WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re                                                                         :
                                                                                   :    **Chapter 11**
**SEARS HOLDINGS CORPORATION**, *et al*.,           :
                                                                                   :    **Case No. 18-23538 (RDD)**
                                                                                   :
                                Debtors.[1]                                :    **(Jointly Administered)**
---------------------------------------------------------------- x

## NOTICE OF ASSUMPTION AND ASSIGNMENT
## OF ADDITIONAL DESIGNATABLE LEASES

1.      Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed a motion,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

dated November 1, 2018 (ECF No. 429) (the "**Sale Motion**") seeking, among other things, the entry of an order pursuant to sections 105, 363 and 365 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq*. (the "**Bankruptcy Code**"), Rules 2002, 6004, 6006, 9007, and 9008 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rules 6004-1, 6005-1 and 6006-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), authorizing and approving the sale of the Acquired Assets and the assumption and assignment of certain executory contracts and unexpired leases of the Debtors in connection therewith.

2.    Pursuant to the Asset Purchase Agreement, if the transactions under the SHIP Purchase Agreement are not consummated, the Buyer will purchase certain assets related to the SHIP business as described in the Asset Purchase Agreement.  On November 27, 2018 and December 5, 2018, the Debtors filed and served on the applicable counterparties the Debtors' calculation of Cure Costs with respect to Contracts and Leases under the SHIP Purchase Agreement (ECF Nos. 901, 1054) (the "**SHIP Notices**").

3.    On January 18, 2019, the Debtors filed and served on the applicable counterparties the *Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 1731) (the "**Initial Notice**").

4.    On January 23, 2019, the Debtors filed and served on the applicable counterparties the *Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 1774) (the "**Supplemental Notice**").

5.    On January 31, 2019, the Debtors filed and served on the applicable counterparties the *Second Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 2314) (the "**Second Supplemental Notice**").

6.    On March 5, 2019, the Debtors filed and served on the applicable counterparties the *Third Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 2753) (the "**Third Supplemental Notice**").

7.    On March 29, 2019, the Debtors filed and served on the applicable counterparties the *Fourth Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 2995) (the "**Fourth Supplemental Notice**" and together with the SHIP Notices, the Initial Notice, the Supplemental Notice, the Second Supplemental Notice, and the Third Supplemental Notice, the "**Assumption and Assignment Notices**").

8.    On February 8, 2019, the *Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and*

*Assignment of Certain Executory Contracts, and Leases in Connection Therewith, and (IV) Granting Related Relief* (the "**Sale Order**") (ECF No. 2507)[2] was entered by the Court.

9. In accordance with the terms of the Sale Order, Buyer may designate Additional Contracts and Designatable Leases (collectively, the "**Additional Assigned Agreements**") for assumption and assignment for up to sixty (60) days after the Closing Date, which occurred on February 11, 2019.

10. On April 2, 2019, the Court entered the *Order (I) Authorizing Assumption and Assignment of Certain Executory Contracts and Leases and (II) Granting Related Relief* (the "**Assumption and Assignment Order**") (ECF No. 3008).

11. Paragraphs 26 and 27 of the Assumption and Assignment Order establish a noticing procedure for assumption and assignment of Additional Assigned Agreements.

12. In accordance with the Sale Order and the Assumption and Assignment Order, Buyer has designated for assumption and assignment certain additional Designatable Leases (the "**Additional Designatable Leases**"), which are listed on **Exhibit 1** hereto.

13. Each of the Additional Designatable Leases listed on Exhibit 1 was listed on an Assumption and Assignment Notice that was previously filed with the Bankruptcy Court and served on the applicable Counterparty, and all objection periods related to such Assumption and Assignment Notice have expired. All Additional Designatable Leases listed in Exhibit 1 shall be deemed to include any and all applicable supplements, amendments, and/or addenda.

14. To the extent a counterparty to an Additional Designatable Lease properly filed and served a Cure Objection, and to the extent such counterparty is entitled to assert an additional objection to cure costs or assumption and assignment that could not have been raised in its prior objection, in accordance with paragraph 34 of the Sale Order and paragraph 26 of the Assumption and Assignment Order, such counterparty shall file and serve such objection (a "**Supplemental Objection**") in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) so as to be filed and received no later than April 15, 2019 at 4:00 p.m. (Eastern Time) (the "**Supplemental Objection Deadline**").

15. If a Cure Objection or a Supplemental Objection has been timely filed and served with respect to an Additional Designatable Lease listed on Exhibit 1, the lease that is the subject of the Cure Objection or Supplemental Cure Objection may be removed from the list of Additional Designatable Leases listed on Exhibit 1 at any time prior to the Assumption Effective Date for such Additional Designatable Lease, as determined in accordance with paragraph 27 of the Assumption and Assignment Order, or, to the extent it remains unresolved, such Cure Objection or Supplemental Objection shall be set for a hearing (the "**Hearing**") before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, New York, 10601-4140 (the "**Bankruptcy Court**") on a date to be scheduled.

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Sale Order.

16.     If a timely Cure Objection was not filed (or any such objection has been withdrawn or resolved) and the Supplemental Objection Deadline is not applicable to an Additional Designatable Lease, the Assumption Effective Date for any such Additional Designatable Lease shall be the date that this notice is filed with the Court.

Dated: April 5, 2019
    New York, New York

/s/ Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jessica Liou

*Attorneys for Debtors*
*and Debtors in Possession*

# Exhibit 1

**Additional Designatable Leases**

WEIL:\96983680\2\73217.0004

1. **Certain Leases Related to Owned Real Property**

| Store # | City | ST | Tenant Counterparty Name | Tenant Sq. Ft. | Tenant Lease Year Executed | Tenant Lease Expiration Date | Assignee |
|---|---|---|---|---|---|---|---|
| 490 | Hoffman Estates | IL | Board of Trustees of Northern Illinois University (d/b/a Niu Parking) | N/A | 2016 | 6/30/2020 | TF Hoffman Estates IL LLC |
| 490 | Hoffman Estates | IL | Sprintcom Inc. (DBA "Sprint") | | 2000 | 11/7/2018* | TF Hoffman Estates IL LLC |
| 490 | Hoffman Estates | IL | Kum Cha Truscott (DBA "Evergreen Cleaners") | 626 | 2003 | 11/30/2018* | TF Hoffman Estates IL LLC |
| 490 | Hoffman Estates | IL | Sears Auto Center (Atrium) | 656 | 2007 | MTM | TF Hoffman Estates IL LLC |
| 490 | Hoffman Estates | IL | Hairstylist Management Systems, Inc. | 983 | 2009 | MTM | TF Hoffman Estates IL LLC |
| 490 | Hoffman Estates | IL | International Business Machines Corporation | 210 | 1999 | 12/31/2019 | TF Hoffman Estates IL LLC |
| 490 | Hoffman Estates | IL | Sedgwick Claims Management Services, Inc. | 23,350 | 2009 | 7/31/2021 | TF Hoffman Estates IL LLC |

| 490 | Hoffman Estates | IL | Hoffman Estates Latus, LLC (DBA "Sbarro") | 1,000 | 2011 | 11/30/2021 | TF Hoffman Estates IL LLC |
|---|---|---|---|---|---|---|---|
| 490 | Hoffman Estates | IL | Panda Express, Inc. | 1,000 | 2011 | 7/24/2021 | TF Hoffman Estates IL LLC |
| 490 | Hoffman Estates | IL | Sears Hometown & Outlet Stores, Inc. | 35,942 | 2012 | 10/31/2022 | TF Hoffman Estates IL LLC |
| 490 | Hoffman Estates | IL | RH Tax and Financial Services d/b/a "Jackson Hewitt" | 366 | 2015 | 8/31/2020 | TF Hoffman Estates IL LLC |
| 490 | Hoffman Estates | IL | Sears Hometown & Outlet Stores, Inc. | 5,017 | 2016 | MTM | TF Hoffman Estates IL LLC |
| 490 | Hoffman Estates | IL | Squadhelp, Inc. (DBA "Leapmatrix Inc.") | 365 | 2016 | 12/31/2018* | TF Hoffman Estates IL LLC |
| 490 | Hoffman Estates | IL | David L. Templer Insurance Agency, LLC | 462 | 2008 | 9/30/2020 | TF Hoffman Estates IL LLC |
| 490 | Hoffman Estates | IL | Bright Horizon's | 19,500 | 2017 | 8/31/2022 | TF Hoffman Estates IL LLC |
| 490 | Hoffman Estates | IL | Fifth Third Bank | | 2017 | 12/31/2020 | TF Hoffman Estates IL LLC |
| 490 | Hoffman Estates | IL | (DBA "ST Messaging Services (formerly Skytel)") | | | MTM | TF Hoffman Estates IL LLC |
| 490 | Hoffman Estates | IL | T-Mobile | N/A | 42430 | 1/31/2021 | TF Hoffman Estates IL LLC |

2

| 1023 | Dulles/Loudoun County | VA | Lands' End, Inc. | 9,535 | 2014 | 1/31/2019 | TF Sterling VA LLC |
| 1068 | Palmdale | CA | Antelope Valley Mall Developers | 983,699 | 1989 | 12/31/2059 | TF Palmdale CA LLC |
| 1068 | Palmdale | CA | Metro Floors Inc. | 18,000 | 1996 | 10/31/2022 | TF Palmdale CA LLC |
| 1136 | Hoover (Birmingham) | AL | Lands' End, Inc. | 4,215 | 2014 | 1/31/2020 | TF Riverchase AL LLC |
| 1224 | Harrisburg | PA | Penrac, LLC (DBA "Enterprise Rent-A-Car") | 29 Parking Spaces | 2007 | 4/30/2022 | TF Harrisburg PA LLC |
| 1224 | Harrisburg | PA | Rare Hospitality International, Inc. c/o Darden Restaurants Inc. (DBA "Longhorn Steakhouse") | 14,132 | 2012 | 4/30/2024 | TF Harrisburg PA LLC |
| 1224 | Harrisburg | PA | Lands' End, Inc. | 7,435 | 2014 | 1/31/2019 | TF Harrisburg PA LLC |
| 1271 | Littleton | CO | Lands' End, Inc. | 5,885 | 2014 | 1/31/2020 | TF Littleton CO LLC |
| 1278 | Torrace | CA | Fourth Searsvale Properties Inc | | 1979 | | Transform Operating Stores LLC |

| 1278 | Torrance | CA | Del Amo Mills LP | 87,800 | 1980 | 6/30/2049 | Transform Operating Stores LLC |
|---|---|---|---|---|---|---|---|
| 1278 | Torrance | CA | First States Investors Realty LLC | 35,000 | 1983 | 6/30/2019 | Transform Operating Stores LLC |
| 1278 | Torrance | CA | Lands' End, Inc. | 7,489 | 2014 | 1/31/2020 | Transform Operating Stores LLC |
| 1285 | Orlando-South | FL | Promenade II (DBA "Florida Mall Hotel") | | 2011 | 10/31/2022 | TF Orlando-South FL LLC |
| 1354 | Willow Grove | PA | Lands' End, Inc. | 8,635 | 2014 | 1/31/2019 | TF Willow Grove PA LLC |
| 1354 | Willow Grove | PA | Primark Us Corp. | 77,615 | 2014 | 10/30/2024 | TF Willow Grove PA LLC |
| 1364 | Lake Grove | NY | Lands' End, Inc. | 7,133 | 2014 | 1/31/2019 | TF Lake Grove NY LLC |
| 1443 | Manchester | CT | Lands' End, Inc. | 6,482 | 2014 | 1/31/2019 | TF Manchester CT LLC |
| 1460 | Livonia | MI | Lands' End, Inc. | 5,116 | 2014 | 1/31/2020 | TF Livonia MI LLC |
| 1475 | Durham | NC | Lands' End, Inc. | 7,596 | 2014 | 1/31/2020 | Transform Saleco LLC |

4

| 1590 | Saginaw | MI | Central Florida Restaurants Inc | 86,876 | 2001 | 11/30/2021 | TF Saginaw MI LLC |
|---|---|---|---|---|---|---|---|
| 1610 | Cincinnati Northgate | OH | Lands' End, Inc. | 5,933 | | 1/31/2019 | Transform Saleco LLC |
| 1804 | Barboursville | WV | Lands' End, Inc. | 8,441 | 2014 | 1/31/2019 | TF Barboursville WV LLC |
| 1853 | Wilmington | DE | Lands' End, Inc. | 8,415 | 2014 | 1/31/2019 | TF Wilmington DE LLC |
| 1974 | Roanoke | VA | Cheddars Casual Café | 20,447 | 2010 | 10/31/2020 | TF Roanoke VA LLC |
| 2092 | Appleton | WI | Lands' End, Inc. | 5,792 | 2,014 | 1/31/2020 | TF Appleton WI LLC |
| 2183 | S Portland | ME | Maine Mall | | 1982 | | TF South Portland ME LLC |
| 2183 | S Portland | ME | OTB Acquisition LLC (DBA "On the Border #146") | 6,585 | 1,999 | 11/30/2019 | TF South Portland ME LLC |
| 2183 | So Portland | ME | Lands' End, Inc. | 5,564 | 2,014 | 1/31/2019 | TF South Portland ME LLC |
| 2191 | Lincoln | NE | Bair / Superior Pointe | see docs | See docs | See docs | TF Lincoln NE LLC |
| 2191 | Lincoln | NE | McDonald's Corporation | | 1981 | 8/4/2081 | TF Lincoln NE LLC |
| 2191 | Lincoln | NE | A.T. Thomas Jewelers | 5,000 | 2,005 | 6/30/2025 | TF Lincoln NE LLC |

5

| 2191 | Lincoln | NE | GMRI, Inc. | 2.01 acres | 2012 | 10/31/2022 | TF Lincoln NE LLC |
|---|---|---|---|---|---|---|---|
| 3088 | Kenosha | WI | Albor Restaurant Group, LLC (DBA "Taco Bell") | 2,646 | 1,994 | 4/30/2031 | TF Kenosha WI LLC |
| 3088 | Kenosha | WI | Dollar Tree Stores, Inc. #3811 | 10,520 | 2,002 | 5/31/2018* | TF Kenosha WI LLC |
| 3088 | Kenosha | WI | Limitless PCS, Inc. (DBA "Metro PCS") | 1,600 | 2,015 | 3/3/2020 | TF Kenosha WI LLC |
| 3433 | Holyoke | MA | D'Angelo's Restaurant | 1,800 | 1,983 | 6/30/2024 | TF Holyoke MA LLC |
| 3433 | Holyoke | MA | Taco Bell | 2,850 | 2,010 | 11/30/2030 | TF Holyoke MA LLC |
| 3433 | Holyoke | MA | Sears Outlet Stores, LLC | 18,012 | 2,012 | 12/31/2018* | TF Holyoke MA LLC |
| 3544 | Salem (Store Closing) | VA | West Main Hair Salon | 1,120 | | 1/31/2019 | Transform Saleco LLC |
| 3544 | Salem (Store Closing) | VA | Sally Beauty Company, Inc. | 1,600 | | 11/30/2020 | Transform Saleco LLC |
| 3544 | Salem (Store Closing) | VA | Ups Store | 1,600 | | 9/30/2018* | Transform Saleco LLC |
| 3544 | Salem (Store Closing) | VA | Chick-Fil-A Inc. | 33,799 | | 4/30/2022 | Transform Saleco LLC |
| 3722 | Burlington | WA | Payless Shoe Source, Inc. #653 | 3,600 | 1,989 | 6/30/2020 | TF Burlington WA LLC |

6

| 3722 | Burlington | WA | Phan Thuy Anh & Nguyen Vu Tan (DBA "Hi-Tek") | 1,200 | 2,008 | 6/30/2021 | TF Burlington WA LLC |
| 3722 | Burlington | WA | Rent-A-Center West, Inc. | 1,720 | 2,011 | 3/31/2021 | TF Burlington WA LLC |
| 3722 | Burlington | WA | PACIFIC NW PROPERTIES I | 3,600 | 2,016 | 1/31/2099 | TF Burlington WA LLC |
| 4395 | Cudahy | WI | Sears Outlet Stores, LLC | 21,070 | | 12/31/2020 | TF Cudahy WI LLC |
| 4857 | Desert Hot Springs | CA | Yucaipa Trading Co., Inc. (DBA "Rio Ranch Market") | 27,917 | 2,017 | 1/31/2027 | TF Desert Hot Springs CA LLC |
| 6298 | Sparks | NV | Sears Outlet Stores, LLC | 20,098 | 2012 | 12/31/2022 | Transform Distribution Center Holdco LLC |
| 8245 | St. Petersburg | FL | Sears Outlet Stores, LLC | 58,617 | | 9/30/2022 | TF Seminole FL LLC |
| 8935 | Rio Piedras | PR | Sears Home Improvement Products, Inc. (Embedded) | 4,813 | | | Transform SHS Properties LLC |
| 8975 | Rio Piedras | PR | Sears Outlet Stores, LLC | 36,472 | 2012 | 12/31/2022 | Transform Distribution Center Holdco LLC |
| 9255 | Palmer | MA | Gil's Gym and Racquet Health Club LLC | 18,512 | 2006 | 11/30/2018* | Transform Operating Stores LLC |

7

| 9394 | Fajardo | PR | AutoZone Puerto Rico, Inc. | 10,530 | 2013 | 1/31/2024 | Transform Operating Stores LLC |
|---|---|---|---|---|---|---|---|
| 26185 | Clarksville | IN | Peddlers Mall | 108,813 | | 12/31/2019 | Transform Saleco LLC |
| 30934 | N Memphis | TN | First Tennessee Bank | 4,338 | | 1/31/2022 | Transform Saleco LLC |
| 30961 | Grensboro | NC | National Distribution Centers, LLC | 1,546,815 | | 1/31/2022 | Transform Saleco LLC |
| 61540 | Indianapolis | IN | Cinema Veterans LLC – Keep For Tax Tracking Purpose | 236,190 | | | Transform Saleco LLC |

8

2. **Leases Related to the "Sparrow" Master Lease**

| Store # | City | ST | Tenant Legal Enity Name | Tenant Sq. Ft. | Tenant Lease Year Executed | Tenant Lease Expiration Date | Assignee |
|---|---|---|---|---|---|---|---|
| 1011 | Grandville | MI | Lands' End, Inc. | 4,621 | 2014 | 1/31/2020 | Transform KM LLC and Transform SR LLC |
| 1012 | Des Moines | IA | ABBELL CREDIT CORPORATION | | | 11/5/2028 | Transform KM LLC and Transform SR LLC |
| 1012 | Des Moines | IA | LAMAR COMPANY LLC | 300 | | 11/5/2028 | Transform KM LLC and Transform SR LLC |
| 1029 | Spokane | WA | Price Spokane Limited Partnership | | 1999 | 9/26/2040 | Transform KM LLC and Transform SR LLC |
| 1074 | Waldorf/St Charles | MD | Lands' End, Inc. | 8,771 | 2014 | 1/31/2020 | Transform KM LLC and Transform SR LLC |
| 1077 | Shreveport | LA | Mall St Vincent LP | | | 12/31/2024 | Transform KM LLC and Transform SR LLC |
| 1092 | Westland (Detroit) | MI | Auto Accessories USA | 15,324 | 2018 | 4/30/2022 | Transform KM LLC and Transform SR LLC |
| 1110 | Portage | MI | Lands' End, Inc. | 5,178 | 2014 | 1/31/2020 | Transform KM LLC and Transform SR LLC |

| 1120 | Columbus | OH | Lands' End, Inc. | 8,374 | 2014 | 1/31/2020 | Transform KM LLC and Transform SR LLC |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1139 | Tukwila | WA | Lands' End, Inc. | 7,216 | 2014 | 1/31/2020 | Transform KM LLC and Transform SR LLC |
| 1171 | Springfield | MO | Lands' End, Inc. | 4,748 | 2014 | 1/31/2020 | Transform KM LLC and Transform SR LLC |
| 1187 | Mesquite | TX | Boot Barn (FKA Sheplers, Inc.) | | 1981 | 7/31/2020 | Transform KM LLC and Transform SR LLC |
| 1192 | Muskegon | MI | Lands' End, Inc. | 4,261 | 2014 | 1/31/2020 | Transform KM LLC and Transform SR LLC |
| 1297 | Hurst | TX | Simon Property Group (Texas) LP | 1.788 acres | 1999 | 8/2/2038 | Transform KM LLC and Transform SR LLC |
| 1297 | Hurst | TX | Chesapeake Exploration LLC | 10.875 acres | 2011 | 5/10/2038 | Transform KM LLC and Transform SR LLC |
| 1314 | New Brunswick | NJ | OTB Acquisitions | 1.56 acres | 1996 | 2/28/2023 | Transform KM LLC and Transform SR LLC |
| 1314 | New Brunswick | NJ | HOP New Brunswick (DBA "Houlihan's") | | 2002 | 11/30/2023 | Transform KM LLC and Transform SR LLC |
| 1314 | New Brunswick | NJ | Lands' End, Inc. | 7,107 | 2014 | 1/31/2020 | Transform KM LLC and Transform SR LLC |
| 1314 | New Brunswick | NJ | Cellco Partnership (DBA "Verizon Wireless") | 13 | 2014 | 1/31/2020 | Transform KM LLC and Transform SR LLC |

10

| 1317 | El Paso | TX | Celina Development Company | 3,856 | 1981 | 6/30/2020 | Transform KM LLC and Transform SR LLC |
|---|---|---|---|---|---|---|---|
| 1407 | Beaumont | TX | Parkdale Mall | | | | Transform KM LLC and Transform SR LLC |
| 1447 | Hulen | TX | Xto Energy Inc. | 14.11 acres | 2008 | 10/22/2050 | Transform KM LLC and Transform SR LLC |
| 1570 | Schaumburg | IL | Namco entertainment Inc. (DBA "Level 257") | 41,960 | 2013 | 2/28/2025 | Transform KM LLC and Transform SR LLC |
| 1570 | Schaumburg | IL | Lands' End, Inc. | 6,552 | 2014 | 1/31/2020 | Transform KM LLC and Transform SR LLC |
| 1595 | Greenville | SC | Forever 21Retail, Inc. (Winter 2014) | 15,481 | 2012 | 8/31/2023 | Transform KM LLC and Transform SR LLC |
| 1634 | Baltimore | MD | Security Square Associates | | 1997 | 9/30/2022 | Transform KM LLC and Transform SR LLC |
| 1650 | Merrillville | IN | Gary Joint Venture | | 1987 | 9/17/2039 | Transform KM LLC and Transform SR LLC |
| 1710 | North Olmsted | OH | Steak and Ale of OH, Inc. | | | | Transform KM LLC and Transform SR LLC |
| 1710 | North Olmsted | OH | George Group-Great Northern Ltd (DBA "Harry Buffalo Restaurant & Lounge") | 6,342 | 2009 | 8/31/2019 | Transform KM LLC and Transform SR LLC |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1710 | North Olmsted | OH | Star-West Great Northern Mall LLC | | 2013 | 11/30/2023 | Transform KM LLC and Transform SR LLC |
| 1710 | North Olmsted | OH | Lands' End, Inc. | 8,789 | 2014 | 1/31/2020 | Transform KM LLC and Transform SR LLC |
| 1764 | Rockaway | NJ | Raymours Furniture Company, Inc. | 38,678 | 2015 | 8/31/2026 | Transform KM LLC and Transform SR LLC |
| 1800 | Mishawaka | IN | Lands' End, Inc. | 5,927 | 2014 | 1/31/2020 | Transform KM LLC and Transform SR LLC |
| 1854 | Parkville | MD | Lands' End, Inc. | 7,928 | 2014 | 1/31/2020 | Transform KM LLC and Transform SR LLC |
| 2290 | Michigan City | IN | First Source Bank | 40,950 | | 12/31/2022 | Transform KM LLC and Transform SR LLC |
| 2309 | Silverdale | WA | Kitsap Mall, LLC | 1.75 acres | 1984 | 8/7/2024 | Transform KM LLC and Transform SR LLC |
| 2497 | Brownsville | TX | CBL & Asssociates Management Inc. (parking lot) | 119,790 | 2000 | | Transform KM LLC and Transform SR LLC |
| 2934 | Taunton | MA | Silver City Galleria | | | 10/31/2055 | Transform KM LLC and Transform SR LLC |
| 8217 | Ft. Worth | TX | Sears Home Improvement Products, Inc. (Embedded) | 3,500 | | | Transform KM LLC and Transform SR LLC |
| 8702 | Minneapolis | MN | Rail Way Restoration Inc. | 10,500 | 2003 | 8/31/2019 | Transform KM LLC and Transform SR LLC |

| 8702 | Minneapolis | MN | Oopegard Vending | 835 | 2007 | 4/30/2019 | Transform KM LLC and Transform SR LLC |
|---|---|---|---|---|---|---|---|
| 8702 | Minneapolis | MN | Sears Home Improvement Products, Inc. (Embedded) | 15,300 | | | Transform KM LLC and Transform SR LLC |
| 8717 | Houston | TX | Holliday Door & Gate, LLC | 12,000 | 2003 | 2/28/2019 | Transform KM LLC and Transform SR LLC |
| 8717 | Houston | TX | Sears Outlet Stores, LLC | 82,593 | 2012 | 12/31/2022 | Transform KM LLC and Transform SR LLC |
| 8755 | Tucker | GA | Sears Outlet Stores, LLC | 133,404 | 2012 | 12/31/2022 | Transform KM LLC and Transform SR LLC |