**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:   SEARS HOLDING CORPORATION, et al.,

Case No.: 18-23538 (RDD)

Chapter 11
(Jointly Administred)

Debtor

---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of  Clement Cheng  to be admitted, ***pro hac vice***, to represent  Sportspower Ltd.  , (the "Client") a  Hong Kong Limited Company in the above referenced __√__ cases _____ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and the bar of the U.S. District Court for the Central District of California, it is hereby

**ORDERED**, that  Clement Cheng  , Esq., is admitted to practice, ***pro hac vice***, in the above referenced __√__ cases _____ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

/s/ Robert D. Drain
United States Bankruptcy Judge

Dated: April 5, 2019
White Plains, New York