UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re: SEARS HOLDINGS CORPORATION, et al,

Case No.: 18-23538 (RDD)

Chapter 11

Debtor

---------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Robert Cardell Gainer, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Matt L. Bauer, a Creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Iowa and, if applicable, the bar of the U.S. District Court for the Southern District of Iowa.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 3/29/2019
WEST DES MOINES, IOWA ~~New York~~

Mailing Address:

Cutler Law Firm

1307 50th Street

Des Moines, IA 50266

E-mail address: rgainer@cutlerfirm.com

Telephone number: (515) 223-6600