de Luca Levine LLC
Richard J. Boyd, Jr.
Three Valley Square, Suite 220
Blue Bell, PA 19422
Tel: (215) 383-0081
Email: rboyd@delucalevine.com

and

de Luca Levine LLC
Kenneth B. Grear
Three Valley Square, Suite 220
Blue Bell, PA 19422
Tel: (215) 383-0081
Email: kgrear@delucalevine.com

*Attorneys for Peter Fey*

Hearing Date: April 18, 2019
Hearing Time: 10:00 A.M
Objection deadline: April 11, 2019

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

----------------------------------------------------------------

| | |
|---|---|
| IN RE | CHAPTER 11 |
| SEARS HOLDINGS CORPORATION, ET AL. | CASE NO. 18-23538 (RDD) |
| DEBTORS[1] | (Jointly administered) |

----------------------------------------------------------------

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart stores of Texas LLC (8915); MyGofer LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

# CERTIFICATE OF SERVICE

Kenneth B. Grear, Esquire, being duly admitted to practice in New York State and before the United States Bankruptcy Court, Southern District of New York, hereby certifies that he caused to be served true and correct copies of the **Notice of Movant Peter Fey's Praecipe to Withdraw His Motion for Relief from Automatic Stay** [Docket Document No. 3071], with the Notice of Motion and Exhibits A and B, and in accordance with this Court's Amended Order Implementing Certain Notice and Case Management Procedures dated November 1, 2018 (the "Order") as follows:

- On April 8, 2019, by regular mail upon the parties designated as the "Standard Parties" in the Order, and attached as Exhibit A; and,

- On April 8, 2019, by electronic mail upon the parties designated as the "Rule 2002 Parties", in the Order, per the updated Master Service List as of March 18, 2019, and attached as Exhibit B.

**de LUCA LEVINE LLC**

BY:   /s/ Richard J. Boyd, Jr.
      Richard J. Boyd, Jr.
      Three Valley Square, Suite 220
      Blue Bell, PA 19422
      Tel: (215) 383-0081
      Email: rboyd@delucalevine.com

      and

      /s/ Kenneth B. Grear
      Kenneth B. Grear
      Three Valley Square, Suite 220
      Blue Bell, PA 19422
      Tel: (215) 383-0081
      Email: kgrear@delucalevine.com

      *Attorneys for Peter Fey*

**Dated:** April 8, 2019