# Exhibit A

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court
For the Southern District of New York,
300 Quarropas Street, Room 248
White Plains, New York 10601

**Debtor(s)**
c/o Sears Holdings Corporation
Attn: Stephen Sitley Esq.
Luke J. Valentino, Esq
3333 Beverly Road
Hoffman Estates IL 60179

**Proposed Attorneys for the Debtors**
Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, P.C.
Jacqueline Marcus, Esq.
Sunny Singh, Esq.
767 Fifth Avenue
New York, New York 10153

**United States Trustee**
Office of the United States Trustee for Region 2
Attn: Paul Schwartzberg, Esq.
201 Varick Street, Suite 1006
New York, New York 10014

**Attorneys for Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent**
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul D. Leake, Esq.
Shana A. Elberg, Esq.
George R. Howard, Esq.
4 Times Square,
New York, NY 10036

**Attorneys for Citibank, N.A., as administrative
agent under the Stand-Alone L/C Facility**
Davis Polk & Wardell LLP
Attn: Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
450 Lexington Avenue
New York, NY10017

**Attorneys for JPP, LLC, as agent under the
Second Lien Credit Facility, IP/Ground Lease
Term Loan Facility, and the Consolidated Secured Loan Facility**
Cleary, Gottlieb,
Attn: Sean A. O'Neal, Esq.
One Liberty Plaza
New York, NY, 10006

**Attorneys for Computershare Trust Company, N.A.,
as trustee for the Second Lien PIK Notes, the Holdings
Unsecured PIK Notes, and the Holdings Unsecured Notes**
Kelley Drye & Warren LLP
Attn: Eric R. Wilson, Esq.
Benjamin D. Feder, Esq.
T. Charlie Liu
101 Park Avenue
New York, NY 10178

**Attorneys for Wilmington Trust, National
Association, as indenture trustee for the Second Lien Notes**
Seyfarth Shaw LLP
Attn: Edward M. Fox, Esq.
620 Eighth Avenue
New York, NY 10018

**Attorneys for The Bank of New York Mellon
Trust Company, as successor trustee for
the SRAC Unsecured PIK Notes,
SRAC Unsecured Notes,
and the SRAC Medium Term Notes**
Carter Ledyard & Milburn LLP
Attn: James Gadsden, Esq.
2 Wall Street
New York, NY 10015

**Attorneys for the Pension Benefit Guaranty Corporation**
Locke Lord LLP
Attn: Brian A. Raynor, Esq
111 South Wacker Drive
Chicago, IL 60606

**Attorneys for the Official Committee of Unsecured Creditors**
Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin, Esq.
Ira Dizengoff, Esq.
Sara Lynne Brauner, Esq.
One Bryant Park
New York, NY 10086

Jeeil Choi, Esquire
Litchfield Cavo LLP
420 Lexington Avenue
New York, NY 10170