UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

———————————————————x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, | : | Case No. 18–23538–rdd |
| *et al.* | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

———————————————————x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Kevin J. Reid to be admitted, *pro hac vice*, to represent Demetrios L. Kozonis c/o Mega Properties, Inc. (the "Client") in the above referenced cases, an upon movant's certification that the movant is a member in good standing of the bar in the State of Illinois and the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that Kevin J. Reid, Esq. is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: April 5, 2019

      White Plains, New York

                                            /s/Robert D. Drain_____
                                            UNITED STATES BANKRUPTCY JUDGE