**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:
SEARS HOLDINGS CORPORATION,
  et al
                    Debtor

---------------------------------------------------------------x

Case No.: 18-23538-rrd

Chapter 11

Adversary Proceeding No.: _____

                    Plaintiff
           v.

                    Defendant

---------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, __Daniel J. Weiner__, request admission, ***pro hac vice***, before the Honorable __Robert D. Drain__, to represent __Retail Contractors of Peurto Rico, Inc.__, a __Creditor__ in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of __Michigan__ and, if applicable, the bar of the U.S. District Court for the __Eastern__ District of __Michigan__.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: __April 8, 2019__

Bloomfield Hills, MI

/s/ Daniel J. Weiner
*Mailing Address*:
40950 Woodward Ave., Suite 100
Bloomfield Hills, MI  48304

*E-mail address*: dweiner@schaferandweiner.com
*Telephone number*: ( 248 ) 540-3340