UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:                                                                                             Case No.: __18-12538__-rrd

SEARS HOLDINGS CORPORATION,                                          Chapter __11__

et al                                      Debtor

---------------------------------------------------------------x

                                                                                                      Adversary Proceeding No.: _____

                                    Plaintiff

                        v.

                                    Defendant

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of __Daniel J. Weiner_____, to be admitted, ***pro hac vice***, to represent __Retail Contractors of Peurto Rico, Inc._____, (the "Client") a __Creditor_____ in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of __Michigan_____ and, if applicable, the bar of the U.S. District Court for the __Eastern_____ District of __Michigan_____, it is hereby

**ORDERED**, that __Daniel J. Weiner_____, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York             /s/ _____

                                                                            UNITED STATES BANKRUPTCY JUDGE