# Exhibit 3

# Royal Consumer Product llc - Summary of Claims

| Type | Amount |
|------|--------|
| Consignment inventory | 42,604.26 |
| Accounts receivable- pre-petition (10-15-2018) | 27,299.51 |
| Accounts receivable- post-petition | 16,308.29 |
| Total | **86,212.06** |

| Item | Kmart # | Inventory 4-1-2019 - vendor 698756 - Royal Consumer Products llc | Price | Ending Store SLBL Ivntry Units (EA) | DC Ivntry Units (EA) | Ending Store SLBL + DC Ivntry Units (EA) | $ Amount |
|---|---|---|---|---|---|---|---|
| 27141 | 6891425 | Eco Brites Yellow 1 Ply | 3.00 | 2.00 | - | 2.00 | 6.00 |
| 24312T | 4811743 | Poster Board Lavendar 1/Pack, | 0.32 | 49.00 | - | 49.00 | 15.68 |
| 23303T | 4811971 | Fl Orange Poster Board 22 x 28 | 0.37 | 70.00 | - | 70.00 | 25.90 |
| 27835 | 8882821 | Eco Brites Project Board 2 | 3.00 | 9.00 | - | 9.00 | 27.00 |
| 27144 | 6891392 | Eco Brites Black 1 Ply Project | 3.00 | 12.00 | - | 12.00 | 36.00 |
| 24320T | 4811315 | 2 Cool Red/Green Poster Board 22 x 28 | 0.35 | 110.00 | - | 110.00 | 38.50 |
| 24321T | 4811109 | Poster Board 2 Cool Colors | 0.35 | 112.00 | - | 112.00 | 39.20 |
| 24328T | 4811138 | Poster Board 2 Cool Colors | 0.35 | 121.00 | - | 121.00 | 42.35 |
| 23303W | 4811971 | Poster Board Fl. Neon Orange | 0.37 | 116.00 | - | 116.00 | 42.92 |
| 27140 | 6891426 | Eco Brites Red 1 Ply Project | 3.00 | 15.00 | - | 15.00 | 45.00 |
| 27135 | 5843503 | Eco Brites Project Board 2 | 4.00 | 15.00 | - | 15.00 | 60.00 |
| 26790 | 5843504 | Two Cool Project Board White/ | 3.75 | 19.00 | - | 19.00 | 71.25 |
| 24321 | 4811109 | Black/Orange 2 Cool Poster B. | 0.35 | 375.00 | 75.00 | 450.00 | 157.50 |
| 27213 | 5843505 | White Tri Fold Presentation | 8.65 | 22.00 | - | 22.00 | 190.30 |
| 27145 | 6891393 | Eco Brites White 1 Ply Project | 3.00 | 127.00 | - | 127.00 | 381.00 |
| 23499 | 4805093 | Poster Board Sign Kit 12 + | 2.53 | 213.00 | - | 213.00 | 538.89 |
| 26896 | 4804891 | Eco Foam Board 2 Cool Colors | 2.04 | 402.00 | - | 402.00 | 820.08 |
| 24301 | 4840271 | White Poster Board | 0.14 | 5,918.00 | - | 5,918.00 | 828.52 |
| 27072 | 4805076 | Eco Brites Project Board, | 1.10 | 792.00 | - | 792.00 | 871.20 |
| 21055 | 4805078 | Bond Roll, White 1/Pack | 1.76 | 538.00 | - | 538.00 | 946.88 |
| 24324 | 6265837 | S-Poster Board White 8/Pack, | 0.98 | 1,160.00 | - | 1,160.00 | 1,136.80 |
| 23304W | 4811853 | Poster Board Fl. Neon Green | 0.37 | 3,268.00 | - | 3,268.00 | 1,209.16 |
| 27839 | 9012495 | Eco Project Board 2 Cool | 1.96 | 648.00 | - | 648.00 | 1,270.08 |
| 23302W | 4840191 | Poster Board Fl. Neon Canary | 0.37 | 3,469.00 | - | 3,469.00 | 1,283.53 |
| 26976 | 4804964 | Vanishing Grid 11X14 Foamboard | 1.28 | 1,019.00 | - | 1,019.00 | 1,304.32 |
| 23305W | 4840202 | Poster Board Fl. Neon Pink | 0.37 | 3,875.00 | - | 3,875.00 | 1,433.75 |
| 27104R | 4811658 | Poster Board Eco Prem. White | 0.38 | 5,052.00 | - | 5,052.00 | 1,919.76 |
| 26825 | 4787729 | Eco Foam Board, Black 1/Pack, | 2.00 | 1,065.00 | - | 1,065.00 | 2,130.00 |
| 23502 | 4809043 | Poster Board Grid Board | 0.77 | 2,739.00 | 72.00 | 2,811.00 | 2,164.47 |
| 26881 | 4799459 | Eco Foam Board Tri-Fold | 2.41 | 916.00 | - | 916.00 | 2,207.56 |
| 27416 | 6257824 | Two Cool Poster Board Primary | 1.50 | 1,557.00 | - | 1,557.00 | 2,335.50 |
| 72700 | 4809041 | L-Grid Poster Board Bilingual, | 1.35 | 1,738.00 | - | 1,738.00 | 2,346.30 |
| 27417 | 6258087 | Two Cool Poster Board | 1.50 | 1,611.00 | - | 1,611.00 | 2,416.50 |
| 26824 | 4889164 | Eco Foam Board, White 1/Pack, | 1.40 | 1,710.00 | 20.00 | 1,730.00 | 2,422.00 |
| 23500 | 4811031 | S-Poster Board Fl. Neon | 0.90 | 2,784.00 | 48.00 | 2,832.00 | 2,548.80 |
| 23408 | 7389260 | Poster Board White, | 2.21 | 1,125.00 | 100.00 | 1,225.00 | 2,707.25 |
| 27383B | 6274857 | Poster Board Shapes, Two Cool | 1.15 | 2,595.00 | - | 2,595.00 | 2,984.25 |
| 46326B | 8818034 | E-Z Print Sign Board, Two Cool | 1.74 | 2,069.00 | - | 2,069.00 | 3,600.06 |

|  |  |  |  |  |  |  | 42,604.26 |

# Accounts Receivable 4-1-2019 - vendor 698756 - Royal Consumer Products llc

|  | Invoice date | due date |  | Amount |
|---|---|---|---|---|
| **Pre Petion** | | | | |
| D31143 | 9/3/2018 | 9/3/2018 | penalty | 23.32 |
| D31142 | 9/3/2018 | 9/3/2018 | penalty | 24.44 |
| D29760 | 3/26/2018 | 3/26/2018 | penalty | 28.55 |
| D30108 | 5/30/2018 | 5/30/2018 | penalty | 150.00 |
| D30109 | 5/30/2018 | 5/30/2018 | penalty | 150.00 |
| | | | | |
| 1673892 | 8/11/2018 | 9/10/2018 | INV | 732.77 |
| 1676129 | 9/15/2018 | 10/15/2018 | INV | 2,660.64 |
| 1675668 | 9/8/2018 | 10/8/2018 | INV | 2,672.09 |
| 1674099 | 8/18/2018 | 9/17/2018 | INV | 2,757.86 |
| 1676694 | 9/22/2018 | 10/22/2018 | INV | 2,828.30 |
| 1674515 | 8/25/2018 | 9/24/2018 | INV | 2,905.73 |
| 1676996 | 9/29/2018 | 10/29/2018 | INV | 2,973.75 |
| 1675114 | 9/1/2018 | 10/1/2018 | INV | 2,982.40 |
| 1677804 | 10/6/2018 | 11/5/2018 | INV | 3,071.01 |
| 1678060 | 10/13/2018 | 11/12/2018 | INV | 3,338.65 |
| | **Total pre-petition** | | | **27,299.51** |
| **Post-Petition** | | | | |
| D32020 | 1/24/2019 | 1/24/2019 | penalty | 6.28 |
| D32082 | 2/4/2019 | 2/4/2019 | penalty | 14.13 |
| D32137 | 2/7/2019 | 2/7/2019 | penalty | 4.28 |
| D32206 | 2/15/2019 | 2/15/2019 | penalty | 100.64 |
| D32271 | 3/7/2019 | 3/7/2019 | penalty | 16.10 |
| D32282 | 3/7/2019 | 3/7/2019 | penalty | 103.42 |
| D32438 | 3/28/2019 | 3/28/2019 | penalty | 6.66 |
| D32412 | 3/28/2019 | 3/28/2019 | penalty | 25.50 |
| | | | | |
| 1679278 | 10/20/2018 | 11/19/2018 | INV | 584.57 |
| 1682958 | 12/15/2018 | 1/14/2019 | INV | 24.00 |
| 1683372 | 12/22/2018 | 1/21/2019 | INV | 1.70 |
| 1685836 | 1/26/2019 | 2/25/2019 | INV | 752.81 |
| 1686807 | 2/2/2019 | 3/4/2019 | INV | 2,070.96 |
| 1686983 | 2/9/2019 | 3/11/2019 | INV | 2,148.34 |
| 1688163 | 2/23/2019 | 3/25/2019 | INV | 874.73 |
| 1689007 | 3/2/2019 | 4/1/2019 | INV | 3,177.17 |
| 1689681 | 3/9/2019 | 4/8/2019 | INV | 2,886.84 |
| 1689960 | 3/16/2019 | 4/15/2019 | INV | 2,282.42 |
| 1690751 | 3/23/2019 | 4/22/2019 | INV | 1,227.74 |
| | **Total post-petition** | | | **16,308.29** |
| | | | | **43,607.80** |