WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
Scott K. Charles
Amy R. Wolf

*Former 327(e) Counsel for Debtors
and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

In re:                                              :
                                                    :        **Chapter 11**
**SEARS HOLDINGS CORPORATION, *et al.*,:**
                                                    :        **Case No.  18-23538 (RDD)**
                                                    :
         **Debtors.**[*]                            :        **(Jointly Administered)**

------------------------------------------------------------ x

## SECOND MONTHLY FEE STATEMENT OF
## WACHTELL, LIPTON, ROSEN & KATZ FOR COMPENSATION FOR
## SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
## AS ATTORNEYS FOR DEBTORS FOR THE PERIOD
## FROM JANUARY 1, 2019 THROUGH MARCH 18, 2019

---

[*] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| **Name of Applicant:** | Wachtell, Lipton, Rosen & Katz, Former Attorneys for Debtor and Debtor in Possession |
| **Date of Retention:** | November 19, 2018 *nunc pro tunc* to October 15, 2018 |
| **Period for Which Fees and Expenses are Incurred:** | January 1, 2019 through and including March 18, 2019† |
| **Monthly Fees Incurred:** | $409,527.50 |
| **Less 20% Holdback:** | $ 81,905.50 |
| **Monthly Expenses Incurred:** | $ 7,471.66 |
| **Total Fees and Expenses Due:** | $335,093.66 |
| **This is a** | _X_ Monthly __ Interim __ Final Fee Application |

In accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 796] (the "Interim Compensation Order"),‡ Wachtell, Lipton, Rosen & Katz ("WLRK") hereby submits this second monthly fee statement (the "Second Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as 327(e) counsel to the Debtors, for the period from January 1, 2019 through March 18, 2019 (the "Second Monthly Fee Period"). By this Second Monthly Fee Statement, WLRK seeks payment in the amount of $335,093.66, which comprises (i) $327,622.00, which represents eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Second Monthly Fee Period and (ii) reimbursement of $7,471.66, which represents one hundred percent (100%) of actual and necessary expenses incurred in connection with such services.

---

† On March 18, 2019, the Court granted WLRK leave to withdraw as counsel to the Debtors pursuant to the *Order Authorizing Wachtell, Lipton, Rosen & Katz to Withdraw as Special Counsel to the Debtors Pursuant to Local Rule 2090-1* [ECF No. 2860].
‡ Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

## Services Rendered and Expenses Incurred

1.      Attached as <u>Exhibit A</u> is a summary of WLRK's professionals by individual, setting forth the (i) name, title, and department of each individual who provided services in connection with the Chapter 11 Cases during the Second Monthly Fee Period, (ii) aggregate hours spent by each individual, (iii) hourly billing rate for each such individual at WLRK's then current billing rates, (iv) amount of fees earned by each WLRK professional, and (v) the year of bar admission for each attorney. The blended hourly billing rate of WLRK attorneys during the Second Monthly Fee Period is approximately $1,387.48. The blended hourly rate of paralegals during the Second Monthly Fee Period is approximately $250.00.

2.      Attached as <u>Exhibit B</u> is a summary of the services rendered and compensation sought, by project category, for the Second Monthly Fee Period.

3.      Attached as <u>Exhibit C</u> is a summary of expenses incurred and reimbursement sought, by expense type, for the Second Monthly Fee Period.

4.      Attached as <u>Exhibit D</u> is itemized time detail of WLRK professionals for the Second Monthly Fee Period and summary materials related thereto.

## Notice and Objection Procedures

Notice of this Second Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Rob Riecker (email: Rob.Riecker@searshc.com), Luke Valentino (email: Luke.Valentino@searshc.com), and Mohsin Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email:

garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036, Attention: Philip C. Dublin (email: pdublin@akingump.com), Ira Dizengoff (email: idizengoff@akingump.com), and Sara Lynne Brauner (email: sbrauner@akingump.com); and (v) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com) (collectively, the "Notice Parties").

Objections to this Second Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **April 23, 2019** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

If no objections to this Second Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Second Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Second Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved,

it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

*[Remainder of Page Intentionally Left Blank]*

Dated:  April 8, 2019                          /s/ Scott K. Charles
New York, New York                             WACHTELL, LIPTON, ROSEN & KATZ
                                               51 West 52nd Street
                                               New York, New York 10019
                                               Telephone: (212) 403-1000
                                               Facsimile: (212) 403-2000
                                               Scott K. Charles
                                               Amy R. Wolf

                                               *Former 327(e) Counsel for Debtors and Debtors in
                                               Possession*

## EXHIBIT A

### SUMMARY OF SECOND MONTHLY FEE STATEMENT OF
### WACHTELL, LIPTON, ROSEN & KATZ FOR SERVICES RENDERED
### FOR THE PERIOD JANUARY 1, 2019 THROUGH MARCH 18, 2019

| NAME OF PROFESSIONAL: | DEPARTMENT§ | YEAR ADMITTED** | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Charles, Scott K. (Partner) | REFI | 1985 | $ 1,500.00 | 185.40 | $ 278,100.00 |
| Silk, David M. (Partner) | CORP | 1989 | $ 1,500.00 | 5.50 | $ 8,250.00 |
| Panovka, Robin (Partner) | RE M&A | 1993 | $ 1,500.00 | 5.00 | $ 7,500.00 |
| Rowe, Paul K. (Of Counsel) | LIT | 1980 | $ 1,400.00 | 1.00 | $ 1,400.00 |
| Wolf, Amy R. (Of Counsel) | REFI | 1980 | $ 1,400.00 | 18.20 | $ 25,480.00 |
| Adlerstein, David M. (Counsel) | CORP | 2003 | $ 1,000.00 | 0.60 | $ 600.00 |
| Snyder, Neil M. (Counsel) | REFI | 2012 | $ 1,100.00 | 76.70 | $ 84,370.00 |
| Gabriele, Hillary R. (Paralegal) | LIT | N/A | $ 250.00 | 9.11 | $ 2,277.50 |
| Zylich, Aimee K. (Paralegal) | LIT | N/A | $ 250.00 | 6.20 | $ 1550.00 |
| **Total Professionals:** | | | | **307.71** | **$ 409,527.50** |

| PROFESSIONALS TOTALS: | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $ 1,387.48 | 292.40 | $ 405,700.00 |
| Paraprofessionals and other non-legal staff | $ 250.00 | 15.31 | $ 3,827.50 |
| **Blended Attorney Rate** | **$ 1,387.48** | | |
| **Total Fees Incurred** | | **307.71** | **$ 409,527.50** |

---

§ REFI – Restructuring & Finance ; CORP – Corporate; RE M&A – Real Estate M&A; LIT – Litigation
** To the bar of the State of New York unless otherwise noted.

## **EXHIBIT B**

### **SUMMARY BY PROJECT CATEGORY FOR THE PERIOD JANUARY 1, 2019 THROUGH MARCH 18, 2019**

| Project Category | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|
| Asset Disposition (002) | 243.71 | $ 325,817.50 |
| Case Administration (007) | 1.60 | $ 1,880.00 |
| Claims Administration and Objections (008) | 3.10 | $ 4,550.00 |
| Corporate Governance (009) | 9.30 | $ 13,850.00 |
| Employee Benefits and Pensions (010) | 3.20 | $ 4,800.00 |
| Employment and Fee Applications (011) | 26.40 | $ 29,920.00 |
| Real Estate (018) | 20.40 | $ 28,710.00 |
| **Total Fees Incurred** | **307.71** | **$ 409,527.50** |

## **EXHIBIT C**

### **EXPENSE SUMMARY FOR THE PERIOD JANUARY 1, 2019 THROUGH MARCH 18, 2019**

| EXPENSES | | AMOUNTS |
|---|---|---|
| Duplicating | $ | 283.35 |
| Duplicating – Color | $ | 1,491.00 |
| Duplicating/Velobinding/Tab | $ | 82.00 |
| Travel – Local Attorneys | $ | 1,543.91 |
| Travel – Package Delivery | $ | 114.63 |
| Travel – Local Staff | $ | 227.91 |
| Proofreading | $ | 33.75 |
| Word Processing | $ | 210.00 |
| Meals – Attorneys | $ | 2,154.76 |
| Meals – Paralegals | $ | 24.46 |
| O/S Proofreading | $ | 32.94 |
| O/S Other Service Co. Fees | $ | 1,192.40 |
| O/S Obtain Court Documents | $ | 5.55 |
| Messengers Overtime | $ | 75.00 |
| **Total Expenses Requested:** | **$** | **7,471.66** |

## **EXHIBIT D**

**ITEMIZED TIME DETAIL FOR THE PERIOD JANUARY 1, 2019 THROUGH MARCH 18, 2019**

*See attached.*

| Work Date | Last Name | First Name | Title | Project Category | Work Hours | Work Amount | Description |
|---|---|---|---|---|---|---|---|
| 01/01/2019 | Charles | Scott K. | Partner | 002 | 2.10 | 3,150.00 | Review certain provisions of GB/Hilco markup; review M-III analysis of liquidation bids; telephone calls and email correspondence regarding liquidation bids |
| 01/01/2019 | Snyder | Neil M. | Counsel | 002 | 2.10 | 2,310.00 | Communication regarding liquidator bids and agency agreement |
| 01/02/2019 | Charles | Scott K. | Partner | 002 | 2.70 | 4,050.00 | Attention to hearing; review of WGM comparison of bids; telephone calls with various parties regarding liquidation bids and store closing process. |
| 01/02/2019 | Snyder | Neil M. | Counsel | 002 | 2.70 | 2,970.00 | Attention to hearing; side letters; agency agreement; communication regarding same |
| 01/03/2019 | Charles | Scott K. | Partner | 002 | 5.70 | 8,550.00 | Review M-III analysis of ESL bid and winddown alternative; review comparison of liquidator bids and agreements; preparation for auction; telephone calls with various parties regarding bids and related matters |
| 01/03/2019 | Snyder | Neil M. | Counsel | 002 | 0.50 | 550.00 | Communication re transaction status |
| 01/04/2019 | Charles | Scott K. | Partner | 002 | 13.20 | 19,800.00 | Attend and participate auction; telephone calls with various parties regarding bids and related matters |
| 01/04/2019 | Snyder | Neil M. | Counsel | 002 | 8.50 | 9,350.00 | Liquidation auction |
| 01/05/2019 | Charles | Scott K. | Partner | 002 | 4.90 | 7,350.00 | Review revised bid from Hilco/Gordon; complete review of M-III recovery analysis; telephone calls and email correspondence with various parties regarding bids and related matters |
| 01/05/2019 | Snyder | Neil M. | Counsel | 002 | 0.50 | 550.00 | Communication re liquidation |
| 01/06/2019 | Charles | Scott K. | Partner | 002 | 1.90 | 2,850.00 | Telephone calls regarding auction, bids and related matters |
| 01/07/2019 | Charles | Scott K. | Partner | 002 | 4.40 | 6,600.00 | Review materials regarding creditor recoveries from M-III; telephone calls with various parties regarding auction, bids, store closing and related matters |
| 01/07/2019 | Snyder | Neil M. | Counsel | 002 | 0.80 | 880.00 | Side letters; review of filings |
| 01/08/2019 | Charles | Scott K. | Partner | 002 | 4.00 | 6,000.00 | Review and comment on creditor recovery analysis; review letter from ESL; telephone calls with various parties regarding the foregoing, bids and related matters |
| 01/08/2019 | Wolf | Amy R. | Of Counsel | 002 | 1.20 | 1,680.00 | Telephone calls with various parties regarding bids |
| 01/09/2019 | Charles | Scott K. | Partner | 002 | 4.00 | 6,000.00 | Review revised M-III recovery analysis; review revised ESL bid; telephone calls with various parties regarding auction, bids and related matters |
| 01/09/2019 | Snyder | Neil M. | Counsel | 002 | 2.60 | 2,860.00 | Review of liquidator materials; review of filings; communication regarding the foregoing and transaction status |
| 01/10/2019 | Charles | Scott K. | Partner | 002 | 4.80 | 7,200.00 | Review revised ESL bid; M-III supporting analysis; review email correspondence regarding 1/14 auction; telephone calls regarding the foregoing, bids and related matters |

| Work Date | Last Name | First Name | Title | Project Category | Work Hours | Work Amount | Description |
|---|---|---|---|---|---|---|---|
| 01/10/2019 | Snyder | Neil M. | Counsel | 002 | 0.70 | 770.00 | Side letters; review of filings; communication regarding the foregoing |
| 01/11/2019 | Charles | Scott K. | Partner | 002 | 3.90 | 5,850.00 | Review terms of ESL bid; review bid of Tiger Capital; review various bids/materials for 1/14 auction; telephone calls with various parties regarding auction, bids and related matters |
| 01/11/2019 | Snyder | Neil M. | Counsel | 002 | 0.60 | 660.00 | KCD Notes; communication regarding same |
| 01/12/2019 | Charles | Scott K. | Partner | 002 | 3.20 | 4,800.00 | Review materials prepared by M-III regarding auction; prepare for 1/14 auction; review correspondence/documents with various liquidators |
| 01/13/2019 | Charles | Scott K. | Partner | 002 | 3.90 | 5,850.00 | Review materials regarding 1/14 auction; review email correspondence; telephone calls regarding auction, bids and related matters |
| 01/14/2019 | Charles | Scott K. | Partner | 002 | 10.80 | 16,200.00 | Attend all day auction at WGM |
| 01/14/2019 | Snyder | Neil M. | Counsel | 002 | 5.00 | 5,500.00 | Auction |
| 01/15/2019 | Charles | Scott K. | Partner | 002 | 6.80 | 10,200.00 | Participate on 2nd day of auction; telephone calls with various parties regarding auction, bids and related matters |
| 01/15/2019 | Snyder | Neil M. | Counsel | 002 | 1.50 | 1,650.00 | Side letters; objections; communication re transaction status |
| 01/16/2019 | Charles | Scott K. | Partner | 002 | 3.10 | 4,650.00 | Telephone calls with various parties regarding auction, bids, proposed sale and related matters |
| 01/16/2019 | Wolf | Amy R. | Of Counsel | 002 | 0.20 | 280.00 | Telephone call |
| 01/17/2019 | Charles | Scott K. | Partner | 002 | 3.70 | 5,550.00 | Review pleadings/papers regarding 1/18 status conference/hearing; Review materials regarding ESL transaction; review committee pleadings regarding ESL transaction; telephone calls regarding the foregoing, liquidation sales and related matters |
| 01/17/2019 | Snyder | Neil M. | Counsel | 002 | 1.10 | 1,210.00 | Landlord side letters; communication re transaction status |
| 01/17/2019 | Snyder | Neil M. | Counsel | 002 | 0.30 | 330.00 | Communication re transaction status |
| 01/18/2019 | Charles | Scott K. | Partner | 002 | 2.50 | 3,750.00 | Review pleadings; attention to hearing; telephone calls with various parties regarding sale process, liquidation sales and related matters |
| 01/18/2019 | Snyder | Neil M. | Counsel | 002 | 0.60 | 660.00 | Communication regarding transaction status |
| 01/18/2019 | Wolf | Amy R. | Of Counsel | 002 | 0.20 | 280.00 | Telephone call |
| 01/19/2019 | Snyder | Neil M. | Counsel | 002 | 0.50 | 550.00 | Communication regarding transaction status |
| 01/21/2019 | Charles | Scott K. | Partner | 002 | 3.90 | 5,850.00 | Review documents relating to ESL bid; review M-III materials regarding ESL bid/real estate; review cetain provisions of master lease; communication regarding the foregoing, sale and related matters |
| 01/21/2019 | Snyder | Neil M. | Counsel | 002 | 0.30 | 330.00 | Communication re transaction status |

| Work Date | Last Name | First Name | Title | Project Category | Work Hours | Work Amount | Description |
|---|---|---|---|---|---|---|---|
| 01/22/2019 | Charles | Scott K. | Partner | 002 | 5.50 | 8,250.00 | Review of Committee's complaint; review miscellaneous pleadings/documents; review M-III materials regarding ESL transaction; telephone calls regarding the foregoing, sale and related matters |
| 01/22/2019 | Snyder | Neil M. | Counsel | 002 | 0.20 | 220.00 | Communication re transaction status |
| 01/22/2019 | Wolf | Amy R. | Of Counsel | 002 | 3.30 | 4,620.00 | Review committee standing motion and PBGC objection; telephone calls and conferences regarding same |
| 01/23/2019 | Charles | Scott K. | Partner | 002 | 3.80 | 5,700.00 | Continue review of Creditors Committee's objection to ESL transaction and review various documents in connection therewith; review miscellaneous pleadings/papers; telephone calls regarding the foregoing, sale and related matters |
| 01/23/2019 | Wolf | Amy R. | Of Counsel | 002 | 3.00 | 4,200.00 | Review standing motion; telephone calls regarding committee objection to sale and standing motion |
| 01/24/2019 | Charles | Scott K. | Partner | 002 | 4.10 | 6,150.00 | Review various provisions of PBGC/Plan Protection Agreement; review various pleadings/papers; telephone calls regarding the foregoing, sale and related matters |
| 01/24/2019 | Snyder | Neil M. | Counsel | 002 | 0.50 | 550.00 | Side letters; communication re transaction status |
| 01/24/2019 | Wolf | Amy R. | Of Counsel | 002 | 0.20 | 280.00 | Telephone call regarding ESL transaction |
| 01/25/2019 | Charles | Scott K. | Partner | 002 | 4.30 | 6,450.00 | Review various objections to ESL sale/cure objections and ancillary pleadings/papers; review various information regarding PBGC objections and Plan Protection Agreement; review of committee pleadings; telephone calls regarding the foregoing, sale and related matters |
| 01/25/2019 | Snyder | Neil M. | Counsel | 002 | 2.10 | 2,310.00 | Review of PBGC agreements; communication re APA and PBGC agreements; landlord side letters |
| 01/25/2019 | Wolf | Amy R. | Of Counsel | 002 | 0.40 | 560.00 | Telephone call regarding PBGC objection |
| 01/26/2019 | Snyder | Neil M. | Counsel | 002 | 2.20 | 2,420.00 | Review of various UCC and PBGC filings; communication re same |
| 01/26/2019 | Wolf | Amy R. | Of Counsel | 002 | 1.30 | 1,820.00 | Review Committee objection to sale motion; telephone call regarding committee objection to sale motion |
| 01/27/2019 | Charles | Scott K. | Partner | 002 | 3.70 | 5,550.00 | Review various objections to ESL bid; review various documents/affidavits supporting Committee objection; telephone calls regarding same |
| 01/27/2019 | Snyder | Neil M. | Counsel | 002 | 0.60 | 660.00 | Compilation of objections; communication re same |
| 01/27/2019 | Wolf | Amy R. | Of Counsel | 002 | 0.40 | 560.00 | Telephone call regarding committee objection to sale motion. |
| 01/27/2019 | Zylich | Aimee K. | Paralegal | 002 | 6.20 | 1,550.00 | Assist with organizing and assembling requested objections for attorney review. |

| Work Date | Last Name | First Name | Title | Project Category | Work Hours | Work Amount | Description |
|---|---|---|---|---|---|---|---|
| 01/28/2019 | Charles | Scott K. | Partner | 002 | 4.70 | 7,050.00 | Continue review of objections to ESL transaction and related pleadings; review PBGC objection/PPPFA; telephone calls regarding the foregoing, sale, liquidation sales and related matters |
| 01/28/2019 | Gabriele | Hillary R. | Paralegal | 002 | 8.03 | 2,007.50 | Objections binder set and TOC |
| 01/28/2019 | Snyder | Neil M. | Counsel | 002 | 0.80 | 880.00 | Side letters; communication re transaction status |
| 01/28/2019 | Wolf | Amy R. | Of Counsel | 002 | 0.70 | 980.00 | Telephone calls and conference regarding committee objections |
| 01/29/2019 | Charles | Scott K. | Partner | 002 | 4.80 | 7,200.00 | Review pleadings/papers regarding ESL transaction; review emails regarding PBGC objection; review various documents regarding PBGC objection; telephone calls regarding the foregoing, sale and related matters |
| 01/29/2019 | Snyder | Neil M. | Counsel | 002 | 2.50 | 2,750.00 | Review of PBGC agreements; communication re same |
| 01/29/2019 | Wolf | Amy R. | Of Counsel | 002 | 0.50 | 700.00 | Review points re PBGC objection and revise same |
| 01/29/2019 | Wolf | Amy R. | Of Counsel | 002 | 0.60 | 840.00 | Telephone call regarding UCC objection to sale |
| 01/30/2019 | Charles | Scott K. | Partner | 002 | 4.80 | 7,200.00 | Review pleadings/papers regarding ESL Sale; review M-III materials regarding ESL transaction; review emails regarding PBGC objection; telephone calls with various parties regarding the foregoing, sale and related matters |
| 01/30/2019 | Gabriele | Hillary R. | Paralegal | 002 | 1.08 | 270.00 | Organizing newly filed objections and printing hard copies |
| 01/30/2019 | Snyder | Neil M. | Counsel | 002 | 1.80 | 1,980.00 | Review of PBGC objection and related matters; communication regarding same and case status |
| 01/30/2019 | Wolf | Amy R. | Of Counsel | 002 | 0.30 | 420.00 | Finalize memo to Weil re PBGC objections. |
| 01/31/2019 | Charles | Scott K. | Partner | 002 | 2.80 | 4,200.00 | Review pleadings/papers regarding ESL sale transaction; review various objections to proposed sale; telephone calls regarding sale and related matters |
| 01/31/2019 | Snyder | Neil M. | Counsel | 002 | 0.50 | 550.00 | Communication re transaction status |
| 01/31/2019 | Wolf | Amy R. | Of Counsel | 002 | 0.20 | 280.00 | Telephone call |
| 02/01/2019 | Charles | Scott K. | Partner | 002 | 6.10 | 9,150.00 | Review various objections to ESL transaction; review ESL papers/pleadings in support of ESL transaction; review Debtors pleadings/papers in support including various affidavits; telephone calls regarding sale |
| 02/01/2019 | Snyder | Neil M. | Counsel | 002 | 0.80 | 880.00 | Side letters; communication re transaction status |
| 02/03/2019 | Snyder | Neil M. | Counsel | 002 | 0.20 | 220.00 | Review of filings |
| 02/04/2019 | Adlerstein | David M. | Counsel | 002 | 0.60 | 600.00 | Bankruptcy matters |

| Work Date | Last Name | First Name | Title | Project Category | Work Hours | Work Amount | Description |
|---|---|---|---|---|---|---|---|
| 02/04/2019 | Charles | Scott K. | Partner | 002 | 5.80 | 8,700.00 | Review various pleadings/papers regarding ESL bid; listen to Court hearing; telephone calls regarding related matters |
| 02/04/2019 | Snyder | Neil M. | Counsel | 002 | 3.20 | 3,520.00 | Attention to hearing; communication re transaction status |
| 02/04/2019 | Wolf | Amy R. | Of Counsel | 002 | 3.00 | 4,200.00 | Listen to Sale hearing. |
| 02/05/2019 | Charles | Scott K. | Partner | 002 | 3.60 | 5,400.00 | Review various filings/pleadings regarding potential ESL transaction; review certain documents regarding PBGC objection; telephone calls and conferences with various parties regarding potential sale, liquidation sales, objections and related matters |
| 02/05/2019 | Snyder | Neil M. | Counsel | 002 | 1.00 | 1,100.00 | Lanlord objection; communication re transaction status |
| 02/06/2019 | Charles | Scott K. | Partner | 002 | 8.10 | 12,150.00 | Listen to all day hearing; eeview certain pleadings regarding hearing; telephone calls regarding same |
| 02/06/2019 | Snyder | Neil M. | Counsel | 002 | 0.80 | 880.00 | Review of filings; communication re same |
| 02/07/2019 | Charles | Scott K. | Partner | 002 | 7.80 | 11,700.00 | Listen to final day of sale hearing/closing arguments; telephone calls with various parties regarding related matters |
| 02/07/2019 | Wolf | Amy R. | Of Counsel | 002 | 0.20 | 280.00 | Telephone call |
| 02/08/2019 | Charles | Scott K. | Partner | 002 | 2.00 | 3,000.00 | Review various pleadings/papers; telephone calls with various parties regarding related matters |
| 02/08/2019 | Wolf | Amy R. | Of Counsel | 002 | 0.20 | 280.00 | Telephone call |
| 02/12/2019 | Charles | Scott K. | Partner | 002 | 0.40 | 600.00 | Telephone calls regarding various matters |
| 02/12/2019 | Snyder | Neil M. | Counsel | 002 | 0.70 | 770.00 | Objections; communication re transaction status |
| 02/13/2019 | Charles | Scott K. | Partner | 002 | 0.80 | 1,200.00 | Review email correspondence; telephone calls regarding various matters |
| 02/13/2019 | Wolf | Amy R. | Of Counsel | 002 | 0.20 | 280.00 | Telephone call |
| 02/14/2019 | Charles | Scott K. | Partner | 002 | 2.20 | 3,300.00 | Attention to 2/14 hearing; telephone calls regarding various matters |
| 02/14/2019 | Wolf | Amy R. | Of Counsel | 002 | 0.20 | 280.00 | Telephone call |
| 03/04/2019 | Snyder | Neil M. | Counsel | 002 | 0.50 | 550.00 | Communication re transaction status |
| 01/10/2019 | Snyder | Neil M. | Counsel | 007 | 0.80 | 880.00 | Trustee resignation; communication regarding same |
| 01/11/2019 | Charles | Scott K. | Partner | 007 | 0.30 | 450.00 | Review emails regarding trustee resignation; telephone calls regarding same |
| 01/11/2019 | Snyder | Neil M. | Counsel | 007 | 0.50 | 550.00 | Trustee resignation; communication regarding same |
| 01/07/2019 | Wolf | Amy R. | Of Counsel | 008 | 0.20 | 280.00 | Doc requested by Peter Osborne |
| 01/10/2019 | Charles | Scott K. | Partner | 008 | 0.60 | 900.00 | Review email correspondence regarding Sears Canada; telephone calls regarding same |
| 01/10/2019 | Wolf | Amy R. | Of Counsel | 008 | 0.20 | 280.00 | Telephone call regarding Sears Canada |
| 01/11/2019 | Charles | Scott K. | Partner | 008 | 0.90 | 1,350.00 | Review Sears Canada monitor report and email correspondence; telephone calls regarding same |
| 01/11/2019 | Wolf | Amy R. | Of Counsel | 008 | 0.20 | 280.00 | Telephone call regarding Sears Canada |
| 01/14/2019 | Wolf | Amy R. | Of Counsel | 008 | 0.20 | 280.00 | Attn to Sears Canada claims against SHC |
| 01/23/2019 | Charles | Scott K. | Partner | 008 | 0.30 | 450.00 | Review emails regarding Sears Canada |

| Work Date | Last Name | First Name | Title | Project Category | Work Hours | Work Amount | Description |
|---|---|---|---|---|---|---|---|
| 02/01/2019 | Charles | Scott K. | Partner | 008 | 0.30 | 450.00 | Review various emails regarding Sears Canada; telephone calls regarding same |
| 02/01/2019 | Wolf | Amy R. | Of Counsel | 008 | 0.20 | 280.00 | Telephone call |
| 01/04/2019 | Silk | David M. | Partner | 009 | 0.50 | 750.00 | Corporate governance matters |
| 01/08/2019 | Charles | Scott K. | Partner | 009 | 2.50 | 3,750.00 | Review materials regarding corporate governance; telephone calls with various parties regarding corporate governance matters |
| 01/08/2019 | Rowe | Paul K. | Of Counsel | 009 | 0.50 | 700.00 | Telephone call regarding corporate governance matters |
| 01/08/2019 | Silk | David M. | Partner | 009 | 3.00 | 4,500.00 | Corporate governance matters |
| 01/09/2019 | Charles | Scott K. | Partner | 009 | 0.30 | 450.00 | Telephone call regarding corporate governance matters |
| 01/10/2019 | Rowe | Paul K. | Of Counsel | 009 | 0.50 | 700.00 | Telephone call regarding corporate governance matters |
| 01/25/2019 | Silk | David M. | Partner | 009 | 2.00 | 3,000.00 | Corporate governance matters |
| 01/10/2019 | Charles | Scott K. | Partner | 010 | 0.50 | 750.00 | Review information regarding PBGC claim |
| 01/16/2019 | Charles | Scott K. | Partner | 010 | 0.70 | 1,050.00 | Review materials regarding PBGC |
| 01/18/2019 | Charles | Scott K. | Partner | 010 | 2.00 | 3,000.00 | Review PPPFA regarding PBGC issues; telephone calls with various parties regarding PBGC matters |
| 01/07/2019 | Snyder | Neil M. | Counsel | 011 | 2.70 | 2,970.00 | Monthly fee statement |
| 01/08/2019 | Charles | Scott K. | Partner | 011 | 0.30 | 450.00 | Telephone call regarding monthly fee statement |
| 01/08/2019 | Snyder | Neil M. | Counsel | 011 | 2.50 | 2,750.00 | Monthly fee statement |
| 01/10/2019 | Snyder | Neil M. | Counsel | 011 | 3.00 | 3,300.00 | Monthly fee statement |
| 01/11/2019 | Snyder | Neil M. | Counsel | 011 | 1.20 | 1,320.00 | Monthly fee statement |
| 01/14/2019 | Snyder | Neil M. | Counsel | 011 | 1.50 | 1,650.00 | Monthly fee statement |
| 01/16/2019 | Charles | Scott K. | Partner | 011 | 0.70 | 1,050.00 | Review fee application |
| 01/16/2019 | Snyder | Neil M. | Counsel | 011 | 6.00 | 6,600.00 | Monthly fee statement |
| 02/05/2019 | Snyder | Neil M. | Counsel | 011 | 2.50 | 2,750.00 | Affidavit of service |
| 02/07/2019 | Snyder | Neil M. | Counsel | 011 | 0.60 | 660.00 | Invoicing |
| 02/11/2019 | Snyder | Neil M. | Counsel | 011 | 0.80 | 880.00 | Invoicing; withdrawal |
| 02/12/2019 | Snyder | Neil M. | Counsel | 011 | 1.00 | 1,100.00 | Invoicing |
| 02/13/2019 | Snyder | Neil M. | Counsel | 011 | 2.30 | 2,530.00 | Withdrawal; review of correspondence |
| 02/19/2019 | Charles | Scott K. | Partner | 011 | 0.20 | 300.00 | Telephone call |
| 02/19/2019 | Wolf | Amy R. | Of Counsel | 011 | 0.20 | 280.00 | Telephone call |
| 03/01/2019 | Charles | Scott K. | Partner | 011 | 0.70 | 1,050.00 | Review withdrawal pleadings/papers; telephone call re same |
| 03/01/2019 | Wolf | Amy R. | Of Counsel | 011 | 0.20 | 280.00 | Telephone call |
| 01/10/2019 | Charles | Scott K. | Partner | 018 | 0.30 | 450.00 | Telephone calls regarding real estate matters |
| 01/11/2019 | Charles | Scott K. | Partner | 018 | 0.80 | 1,200.00 | Telephone calls regarding various leases and sales process |
| 01/16/2019 | Panovka | Robin | Partner | 018 | 1.00 | 1,500.00 | Penn Plaza and other various real estate matters |
| 01/17/2019 | Charles | Scott K. | Partner | 018 | 0.90 | 1,350.00 | Review certain materials regarding real estate matters.; telephone calls regarding same |
| 01/18/2019 | Charles | Scott K. | Partner | 018 | 1.80 | 2,700.00 | Review agreements regarding real estate matters; telephone calls regarding same |

| Work Date | Last Name | First Name | Title | Project Category | Work Hours | Work Amount | Description |
|---|---|---|---|---|---|---|---|
| 01/23/2019 | Charles | Scott K. | Partner | 018 | 1.30 | 1,950.00 | Review various real estate information; telephone calls regarding real estate matters |
| 01/24/2019 | Charles | Scott K. | Partner | 018 | 3.30 | 4,950.00 | Review documentation relating to various leases; telephone calls regarding real estate matters |
| 02/01/2019 | Charles | Scott K. | Partner | 018 | 0.40 | 600.00 | Telephone calls regarding various leases/fees |
| 02/04/2019 | Charles | Scott K. | Partner | 018 | 0.30 | 450.00 | Telephone calls regarding Penn Plaza and other real estate matters |
| 02/04/2019 | Wolf | Amy R. | Of Counsel | 018 | 0.30 | 420.00 | Telephone call regarding Penn Plaza |
| 02/05/2019 | Charles | Scott K. | Partner | 018 | 0.60 | 900.00 | Telephone calls regarding Penn Plaza and other real estate matters |
| 02/05/2019 | Wolf | Amy R. | Of Counsel | 018 | 0.20 | 280.00 | Telephone call |
| 02/07/2019 | Panovka | Robin | Partner | 018 | 1.00 | 1,500.00 | Penn Plaza and other various real estate matters |
| 02/07/2019 | Snyder | Neil M. | Counsel | 018 | 1.50 | 1,650.00 | Site damage; landlord objections; communication re same |
| 02/08/2019 | Charles | Scott K. | Partner | 018 | 0.60 | 900.00 | Telephone calls regarding Penn Plaza and other real estate matters |
| 02/09/2019 | Snyder | Neil M. | Counsel | 018 | 0.50 | 550.00 | Site damage |
| 02/11/2019 | Snyder | Neil M. | Counsel | 018 | 1.00 | 1,100.00 | Site damage; review of filings; communication re transaction status |
| 02/13/2019 | Panovka | Robin | Partner | 018 | 1.00 | 1,500.00 | Penn Plaza and other various real estate matters |
| 02/14/2019 | Snyder | Neil M. | Counsel | 018 | 1.60 | 1,760.00 | Site damage; review of correspondence; communication re transaction status |
| 02/26/2019 | Panovka | Robin | Partner | 018 | 2.00 | 3,000.00 | Penn Plaza and other various real estate matters |
| | | | | | 307.71 | 409,527.50 | |