Douglas J. Pick, Esq.
Eric C. Zabicki, Esq.
**PICK & ZABICKI LLP**
Counsel to Perlene Haley
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF MOTION

**PLEASE TAKE NOTICE** that Perlene Haley, by and through her undersigned counsel, hereby withdraws her motion for an order granting relief from the automatic stay, filed in the above-captioned matter on January 15, 2019 [ECF No. 1569], without prejudice.

Date:  New York, New York
       April 9, 2019

                                              **PICK & ZABICKI LLP**
                                              Counsel to Perlene Haley

By:  _____
     Eric C. Zabicki, Esq.
     369 Lexington Avenue, 12th Floor
     New York, New York 10017
     (212) 695-6000

## CERTIFICATE OF SERVICE

I certify that on April 9, 2019, a true copy of the foregoing *Notice of Withdrawal of Motion* was electronically filed via the Bankruptcy Court's ECF System. Notice of said filing will be sent via e-mail to all parties receiving such notice by operation of the ECF System. Parties may access said filing through the ECF System. In addition, copies were also served via first class United States mail upon the following parties:

> Philip DiDonato, Esq.
> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153

I hereby certify that the foregoing statements made by me are true.

ERIC C. ZABICKI