**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION. INC., *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF DOCUMENT NO. 1349

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws the Motion for the Entry of an Order, Pursuant to 11 U.S.C. §§ 365, 503, and 507 (i) Granting an Administrative Claim; (ii) Compelling the Immediate Payment of Postpetition Arrearages; and (iii) Compelling Debtors to Assume or Reject the Agreement, filed on December 19, 2018, at Docket Entry No. 1349.

Dated:   April 9, 2019

By: */s/ Sam Della Fera, Jr.*
Sam Della Fera, Jr., Esq.
Richard D. Trenk, Esq.
**McMANIMON, SCOTLAND**
 **& BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
*Attorneys for Creditor,*
*LatentView Analytics Corporation*

4827-5461-6723v.1