**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
(WHITE PLAINS)**

| | |
|---|---|
| In re<br><br>SEARS HOLDINGS CORPORATION, *et al.,*<br>　　　　　Debtors[1] | Chapter 11<br><br>Case No.: 18-23538 (RDD)<br>Jointly Administered<br><br>April 9, 2019 |

**NOTICE OF APPEARANCE
AND REQUEST FOR DOCUMENTS**

**PLEASE TAKE NOTICE** that SVETLANA ANDERSON ("ANDERSON"), a creditor and party in interest, by and through her undersigned counsel hereby appears in the above captioned case. Pursuant to Section 342 and 1109(b) of the United States Bankruptcy Code, 11 U.S.C. 101 *et. seq.* and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, ANDERSON requests that all notices given,

---

[1] The Debtors in these chapter 11 cases are as follows: Sears Holdings Corporation; Kmart Holding Corporation; Kmart Operations; LLC; Sears Operations LLC ; Sears, Roebuck and Co.; ServiceLive Inc.; SHC Licensed Business LLC; A&E Factory Service, LLC; A&E Home Delivery, LLC; A&E Lawn & Garden, LLC ; A&E Signature Service, LLC; FBA Holdings Inc. ; Innovel Solutions, Inc.; Kmart Corporation; MaxServ, Inc.; Private Brands, Ltd.; Sears Development Co.; Sears Holdings Management Corporation; Sears Home & Business Franchises, Inc.; Sears Home Improvement Products, Inc.; Sears Insurance Services, L.L.C.; Sears Procurement Services, Inc.; Sears Protection Company; Sears Protection Company (PR) Inc.; Sears Roebuck Acceptance Corp.; Sears, Roebuck de Puerto Rico, Inc.; SYW Relay LLC; Wally Labs LLC ; SHC Promotions LLC; Big Beaver of Florida Development, LLC; California Builder Appliances, Inc.; Florida Builder Appliances, Inc.; KBL Holding Inc.; KLC, Inc.; Kmart of Michigan, Inc.; Kmart of Washington LLC; Kmart Stores of Illinois LLC; Kmart Stores of Texas LLC; MyGofer LLC; Sears Brands Business Unit Corporation; Sears Holdings Publishing Company, LLC.; Sears Protection Company (Florida), L.L.C.; SHC Desert Springs, LLC ; SOE, Inc.; StarWest, LLC; STI Merchandising, Inc.; Troy Coolidge No. 13, LLC; BlueLight.com, Inc.; Sears Brands, L.L.C.; Sears Buying Services, Inc.; Kmart.com LLC; Sears Brands Management Corporation; and SRe Holding Corporation. The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

and all papers served on any party in the case be delivered to, and served upon, its counsel at the following address:

> Myles H. Alderman, Jr.
> Alderman & Alderman, LLC
> 185 Asylum Street
> Hartford, Connecticut 06103
> Tel:   (860) 249-0090
> Fax:   (860) 969-0615
> Email: courts@alderman.com

PLEASE TAKE FURTHER NOTICE that the foregoing requests includes notices of papers referred to in the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests for petition, answering or reply paper, memoranda or briefs in support of the forgoing and other documents brought before the court with respect to the above-captioned case.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Documents shall not be deemed to be a waiver of the appearing parties' rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any other rights, claims, actions, setoffs, or recoupments to which the appearing parties are or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments the appearing parties expressly reserve, or (5) to any and all defenses or objections the appearing parties may have to any claims asserted against it in this

action including, without limitation, any defense based on insufficient service of process, jurisdiction (including personal jurisdiction), or capacity to be sued.

SVETLANA ANDERSON,

By:   */s/ CT305827 -  Apr. 9, 2019*
Myles H. Alderman, Jr.
Alderman & Alderman, LLC
185 Asylum Street
Hartford, Connecticut 06103
T: (860) 249-0090
F: (860) 969-0615
courts@alderman.com

## CERTIFICATION OF SERVICE

I hereby certify that on the 9th day of April, 2019, I caused a true and correct copy of the foregoing *Notice of Appearance and Request for Documents* to be filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Filing System to all parties on the Electronic Mail Notice List.

*/s/ Myles H. Alderman Jr.*_____
Myles H. Alderman Jr.
Alderman & Alderman, LLC