**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SEARS HOLDINGS CORPORATION, *et al.* | § | Case No. 18-23538 (RDD) |
| | § | |
| Debtors. | § | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Kevin M. Lippman, request admission *pro hac vice* before the Honorable Robert D. Drain to represent Comosoft, Inc., a creditor and party in interest in the above-referenced case.

*I certify that I am a member in good standing* of the bar of the State of Texas and the United States District Courts for the Southern, Eastern, Western and Northern Districts of Texas.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated: April 9, 2019      /s/ *Kevin M. Lippman*
                          Kevin M. Lippman
                          Texas Bar No. 00784479
                          klippman@munsch.com

                          **MUNSCH HARDT KOPF & HARR, P.C**.
                          500 N. Akard Street, Suite 3800
                          Dallas, Texas 75201-6659
                          Telephone: (214) 855-7500
                          Facsimile: (214) 855-7584