**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SEARS HOLDINGS CORPORATION, *et al.* | § | Case No. 18-23538 (RDD) |
| | § | |
| Debtors. | § | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL
NOTICES, PLEADINGS, ORDERS AND OTHER PAPERS**

PLEASE TAKE NOTICE that the undersigned counsel and the law firm of Munsch Hardt Kopf & Harr, P.C. hereby appear on behalf of Comosoft, Inc. ("Comosoft"), a creditor and party-in-interest in the jointly administered cases (the "Bankruptcy Cases") of the above-captioned debtors, and pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure hereby enter their appearance and request that all notices given or required to be given in the Bankruptcy Cases, and all papers served or required to be served in the Bankruptcy Cases, be served upon:

> Kevin M. Lippman, Esq.
> Munsch Hardt Kopf & Harr, P.C.
> 500 N. Akard Street, Suite 3800
> Dallas, Texas 75201-6659
> Telephone: (214) 855-7500
> Facsimile: (214) 855-7584
> E-mail: klippman@munsch.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, motions, applications, complaints, demands, notices of motions, notices of applications, notices of hearing, petitions, objections, claims, and all other pleadings or requests, whether formal or informal, whether written or oral, and whether transmitted or conveyed by

mail, other commercial carrier, hand-delivery, facsimile, telegraph, telex, e-mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed as Comosoft's:  (a) waiver of the right to have final orders in non-core matters entered only after de novo review by the United States District Court; (b) waiver of the right to trial by jury in any proceeding to which such right exists in the Bankruptcy Cases or in any case, controversy, or proceeding related to the Bankruptcy Cases; (c) waiver of the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) waiver of the right to contest jurisdiction or appropriate venue in any related proceeding; or (e) waiver of any other rights, claims, actions, defenses, setoffs or recoupments which Comosoft has or may hereafter obtain, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Comosoft hereby expressly reserves.


Dated:  April 9, 2019                    **MUNSCH HARDT KOPF & HARR, P.C**.
                                         500 N. Akard Street, Suite 3800
                                         Dallas, Texas 75201-6659
                                         Telephone: (214) 855-7500
                                         Facsimile: (214) 855-7584
                                         E-mail:  klippman@munsch.com

                                         By: /s/ Kevin M. Lippman
                                             Kevin M. Lippman
                                             Texas Bar No. 00784479

                                         **COUNSEL FOR COMOSOFT, INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 9th day of April, 2019, he caused a true and correct copy of the foregoing Notice of Appearance to be served electronically on those parties requesting electronic service through the Court's ECF system.

 /s/ Kevin M. Lippman
Kevin M. Lippman