## EVIDENCE OF TRANSFER OF CLAIM

TO : THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, BST International Fashion Ltd. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to F.F.T. International (H.K.) LTD. ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, the unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) of **$464,464.65** associated with proof of claim number __7947__ (the "Claim") against Kmart Corporation (the "Debtor"), Chapter 11 Case No. 18-23549 United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee, and all further notices shall be delivered to Assignee, with a copy of such notices to :

F.F.T. International (H.K.) LTD.
c/o Edward L. Schnitzer
CKR Law LLP
1330 Avenue of the Americas, 14th Floor
New York, New York 10019

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __01__ day of __April__, 2019.

| BST International Fashion Ltd | F.F.T. International (H.K.) LTD. |
|---|---|
| By: _____ <br> Name : SHRINIVASAN ARUNACHALAM <br> Title:   DIRECTOR | By: _____ <br> Name : SHRINIVASAN ARUNACHALAM <br> Title:   DIRECTOR |

