UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                          :       Chapter 11
                                                               :
SEARS HOLDINGS CORPORATION, et al.,[3]      :       Case No. 18-23538-RDD
                                                               :
                          Debtors.                   :       (Jointly Administered)
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Yann Geron, hereby certify that on **April 9, 2019**, I caused the foregoing *Supplemental Objection of Adam Levine Productions, Inc. to Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* to be served (i) upon the parties requesting ECF notification via the Court's CM/ECF case notification system; and (ii) upon the following parties via first class mail by depositing true copies of the same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, or to the email address designated for that purpose:

---

[3] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax Identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**First Class Mail Service**

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court, Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

Stephen Sitley, Esq.
Luke J. Valentino, Esq.
Sears Holdings Corporation
3333 Beverly Road
Hoffman Estate, IL 60179

Paul Schwartzberg, Esq.
Office of the US Trustee Region 2
201 Varick Street, Suite 1006
New York, NY 10014

**E-Mail Service**

Rob Riecker:  rob.riecker@searshc.com

Luke Valentino: luke.valentino@searshc.com

Moshin Meghji: mmeghji@miiipartners.com

General Counsel: counsel@searshc.com

Ray Schrock, Esq.: ray.schrock@weil.com

Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com

Garret A. Fail, Esq.: garrett.fail@weil.com

Sunny Singh, Esq.: sunny.singh@weil.com

Debtors' Investment Banker: project.blue.rx@lazard.com

Kunal S. Kamlani: kunal@eslinvest.com

Harold Talisman: harold@eslinvest.com

Chrisptopher E. Austin, Esq.: caustin@cgsh.com

Benet J. O' Reilly, Esq.: boreilly@cgsh.com

Sean A. O' Neal, Esq.: soneal@cgsh.com

Paul Leake, Esq.: Paul.Leake@skadden.com

Shana Elberg, Esq.: Shana.Elberg@skadden.com

George Howard, Esq.: George.Howard@skadden.com

Kevin J. Simard, Esq.: ksimard@choate.com

Jonathan D. Marshall, Esq.: jmarshall@choate.com

Ira S. Dizengoff, Esq.: idizengoff@akingump.com

Philip C. Dublin, Esq.: pdublin@akingump.com

Abid Qureshi, Esq.: aqureshi@akingump.com

Sara L. Brauner, Esq.: sbrauner@akingump.com

Dated: April 9, 2019

                                               *s/ Yann Geron*
                                               Yann Geron, Esq.