# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Thomas D. Berghman, request admission, pro hac vice, in the above-referenced chapter 11 cases to represent Comosoft, Inc.

I certify that I am a member in good standing of the bar in the State of Texas. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 9, 2019

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**
By: */s/ Thomas Berghman*
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail: tberghman@munsch.com

*Counsel for Comosoft, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2019, a true and correct copy of the foregoing pleading was served electronically through the Court's ECF transmission facilities on all parties registered to receive ECF notice in the above-captioned case.

*/s/ Thomas Berghman*
Thomas D. Berghman, Esq.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

      Upon the motion of Thomas D. Berghman, to be admitted, *pro hac vice*, to represent Comosoft, Inc., and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas, it is hereby

      **ORDERED**, that Thomas D. Berghman, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Date:_____, 2019  
      New York, New York                 _____  
                                          THE HONORABLE ROBERT D. DRAIN  
                                          UNITED STATES BANKRUPTCY JUDGE