## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| SEARS HOLDINGS CORPORATION, | : |
| *et al*, | : Case No. 18-23538 (RDD) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that I, Michael J. Klein, hereby request the withdrawal of my appearance as counsel to Robert A. Catalfamo and Lavarita D. Meriwether, plaintiffs in the consolidated ERISA action captioned *In Re 2017 Sears Holdings Corp ERISA Litigation*, No. 1:17-cv-05230 (N.D. Ill.) (the "ERISA Plaintiffs"), as I am no longer associated with Stull, Stull & Brody, which, together with its co-counsel, continues to represent the ERISA Plaintiffs.

**PLEASE TAKE FURTHER NOTICE** that I further request to be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

Dated: April 9, 2019                                                    Respectfully submitted,

                                                                        */s Michael J. Klein*
                                                                        Michael J. Klein