MCGRAIL & BENSINGER LLP
Ilana Volkov, Esq.
Pearl Shah, Esq.
888-C 8th Avenue #107
New York, NY 10019
Telephone: (908) 801-6056

-and-

TAYLOR ENGLISH DUMA LLP
John W. Mills, Esq.
1600 Parkwood Place, Suite 200
Atlanta, Georgia 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376

*Attorneys for BrightView Landscape Services*

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | Chapter 11 |
|---|---|
| In re | Case No. 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, et al., | (Jointly Administered) |
| Debtors. | |

## OBJECTION TO NOTICE OF ASSUMPTION AND ASSIGNMENT OF ADDITIONAL CONTRACTS AND DESIGNATION OF LEASES

COMES NOW BrightView Landscape Services, formerly known as The Brickman Group, Ltd. ("BrightView"), and objects to the Notice of Assumption and Assignment of Additional Contracts and Designation of Lease filed by Transform Holdco LLC ("Transform") [Docket No. 3023] (the "Notice of Assumption"). In support of its Objection, BrightView states as follows:

Transform seeks to assume a landscaping and snow removal contract executed by Sears Holdings Corporation and BrightView in 2015. No cure amount is listed in the Notice of Assumption, however. Indeed, the cure amount sections of Exhibit 1 submitted in support of

Tranform's Notice are blank. The pre-petition amount owed to BrightView to be cured in order for Transform to assume BrightView's contract pursuant to Section 365(b) of the Bankruptcy Code is $78,787.37. BrightView objects to Transform's assumption of the BrightView contract unless its cure amount of $78,787.37 is paid upon assumption.[1]

Dated: April 9, 2019
       New York, NY

                         MCGRAIL & BENSINGER LLP

                         */s/ Pearl Shah*
                         Pearl Shah, Esq.
                         Ilana Volkov, Esq.
                         888-C 8th Avenue #107
                         New York, NY 10019
                         Tel: (908) 801-6056

                         -and-

                         John W. Mills, Esq.
                         TAYLOR ENGLISH DUMA LLP
                         1600 Parkwood Circle, Ste. 200
                         Atlanta, Georgia 30339
                         Tel: 770-434-6868
                         Fax: 770-434-7376
                         jmills@taylorenglish.com

                         *Attorneys for BrightView Landscape Services*

---

[1] This objection is filed with a complete reservation of rights with respect to any post-petition amounts that may be owed to BrightView. Neither the filing of this objection nor the contents thereof should be deemed or construed to waive any administrative expense claim that BrightView might have.