**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
In re                                               )   **Chapter 11**
                                                    )
SEARS HOLDINGS CORPORATION, *et al.*   )   **Case No. 18-23538 (RDD)**
                                                    )
                               Debtors.   )   **(Jointly Administered)**
-------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF MOTION FOR PAYMENT OF PRE-PETITION PACA TRUST CLAIM

Now comes creditor Caito Foods, LLC, by and through undersigned counsel, and hereby respectfully withdraws its "Motion for Payment of Pre-Petition PACA Trust Claim" (Doc. No. 3002) and all related moving papers.

Creditor Caito Foods, LLC also respectfully withdraws its Notice of Hearing/ Notice of Motion (Doc. No. 3003), thereby removing the Motion from the April 18, 2019 omnibus hearing schedule.

Dated:  April 10, 2019                    Respectfully submitted,


                                          */s/ Mark A. Amendola*
                                          MARK A. AMENDOLA
                                            Ohio Bar I.D. No. 0042645
                                            Admitted herein *Pro Hac Vice*
                                          MARTYN AND ASSOCIATES
                                          820 W. Superior Avenue, Tenth Floor
                                          Cleveland, Ohio  44113
                                          (216) 861-4700 - telephone
                                          (216) 861-4703 - facsimile
                                          Email:  mamendola@martynlawfirm.com

                                          Attorney for Creditor/Movant Caito Foods, LLC