**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------X

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.* | ) | **Case No. 18-23538 (RDD)** |
| | ) | |
| Debtors[1]. | ) | **(Jointly Administered)** |

----------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that, on April 10, 2019, I electronically filed the following document with the Clerk's Office using the Court's CM/ECF system which sent e-mail notification of such filing to all registered CM/ECF participants in the above-captioned case, including the Standard Parties[2] other than those identified below:

- Notice of Withdrawal of Motion For Payment Of Pre-Petition PACA Trust Claim (Doc. No. 3106).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings, Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holding Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Product, Inc.(8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] The term "**Standard Parties**" as used herein shall have the defined meaning set forth in the *Amended Order Implementing Certain Notice and Case Management Procedures* (Doc. No. 405).

I further certify that, on April 10, 2019, I caused a true and correct copy of the foregoing filing to be served on the following Standard Parties in the manner indicated:

1. Chambers of the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 248, White Plains, NY 10601 (Via First Class U.S. Mail);

2. Debtors, c/o Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, IL 60179 (Attn: Stephen Sitley, Esq. and Luke Valentino, Esq.) (Via First Class U.S. Mail); and

3. Office of the United States Trustee for Region 2, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Paul Schwartzberg, Esq.) (Via First Class U.S. Mail).

I further certify that, on April 10, 2019, I caused a true and correct copy of the foregoing filing to be served upon all 2002 Parties/Master Service List via e-mail.

Dated: April 10, 2019

Respectfully submitted,

*/s/ Mark A. Amendola*
MARK A. AMENDOLA
Ohio Bar I.D. No. 0042645
Admitted herein *Pro Hac Vice*
MARTYN AND ASSOCIATES
820 W. Superior Avenue, Tenth Floor
Cleveland, Ohio 44113
(216) 861-4700 - telephone
(216) 861-4703 - facsimile
Email: mamendola@martynlawfirm.com

Attorney for Creditor/Movant Caito Foods, LLC