**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X
In re ) **Chapter 11**
)
SEARS HOLDINGS CORPORATION, *et al*. ) **Case No. 18-23538 (RDD)**
)
Debtors. ) **(Jointly Administered)**
-------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that Mark A. Amendola, Esq. hereby withdraws his appearance for creditor Caito Foods, LLC;

PLEASE TAKE FURTHER NOTICE that request is hereby made to be removed from the Court's ECF service list and all other service lists in this case.

Dated: April 10, 2019                                          Respectfully submitted,

*/s/ Mark A. Amendola*
MARK A. AMENDOLA
 Ohio Bar I.D. No. 0042645
 Admitted herein *Pro Hac Vice*
MARTYN AND ASSOCIATES
820 W. Superior Avenue, Tenth Floor
Cleveland, Ohio  44113
(216) 861-4700 - telephone
(216) 861-4703 - facsimile
Email:  mamendola@martynlawfirm.com

Attorney for Caito Foods, LLC