**EXHIBIT "A"**

# COMOSOFT
## MULTICHANNEL SOLUTIONS

# Invoice

| Date | Invoice # |
|---|---|
| 2/19/2019 | 19-23 |

2601 Network Boulevard
Suite 430
Frisco, TX 75034
Ph. 469-633-1650

| Bill To |
|---|
| Sears Holdings Corporation<br>David Klawikowski<br>3333 Beverly Road<br>Hoffman Estates, IL  60179 |

| P.O. No. | Terms |
|---|---|
|  | Due Upon Receipt |

| Qty | Description | Rate | Amount |
|---|---|---|---|
|  | LAGO Annual Software Maintenance & Oracle System SHC Maintenance for February 17-March 17, 2019<br><br>(1) LAGO Core ($40,000.00)<br>(80) Non Production (Web and Explorer) - $3500.00 * 80 = $280,000.00<br>(65) Production (CS) $5,000.00* 65=$325,000.00<br>(2) Automat $6,500.00 * 2 = $13,000.00<br>(2) Pict $3,000.00 * 2 = $6,000.00<br>(1) Stickering $30,000.00 * 1 =$30,000.00<br>(2) Proof $28,500.00  * 2 =$57,000.00<br>(1) Webreport $30,000.00  * 1 =$30,000.00<br>(1) History Module $60,000.00 *1 =$60,000.00<br>(2) Webreport $30,000.00  * 1 =$30,000.00<br><br>-LAGO System Maintenance<br>-Primary Oracle Database Maintenance Activities<br>-Primary Lago Application Server Maintenance Activities<br><br>Total Licensing is $841,000.00 * 17% = $142,970.00<br><br>** NOTE $142,970.00 + $70,200.00 = $213,170.00 *12 = $17,765.00 per month.<br><br>All LAGO software licenses and updates will be delivered electronically or by download. | 17,765.00 | 17,765.00 |

| | | | |
|---|---|---|---|
| | | **Subtotal** | $17,765.00 |
| | | **Sales Tax (9.5%)** | $0.00 |
| | | **Total** | $17,765.00 |

# COMOSOFT
## MULTICHANNEL SOLUTIONS

# Invoice

| Date | Invoice # |
|---|---|
| 3/19/2019 | 19-36 |

2601 Network Boulevard
Suite 430
Frisco, TX 75034
Ph. 469-633-1650

| Bill To |
|---|
| Sears Holdings Corporation<br>David Klawikowski<br>3333 Beverly Road<br>Hoffman Estates, IL  60179 |

| P.O. No. | Terms |
|---|---|
|  | Due Upon Receipt |

| Qty | Description | Rate | Amount |
|---|---|---|---|
|  | LAGO Annual Software Maintenance & Oracle System SHC Maintenance for March 17 - April 17, 2019<br><br>(1) LAGO Core ($40,000.00)<br>(80) Non Production (Web and Explorer) - $3500.00 * 80 = $280,000.00<br>(65) Production (CS) $5,000.00* 65=$325,000.00<br>(2) Automat $6,500.00 * 2 = $13,000.00<br>(2) Pict $3,000.00 * 2 = $6,000.00<br>(1) Stickering $30,000.00 * 1 =$30,000.00<br>(2) Proof $28,500.00  * 2 =$57,000.00<br>(1) Webreport $30,000.00  * 1 =$30,000.00<br>(1) History Module $60,000.00 *1 =$60,000.00<br>(2) Webreport $30,000.00  * 1 =$30,000.00<br><br>-LAGO System Maintenance<br>-Primary Oracle Database Maintenance Activities<br>-Primary Lago Application Server Maintenance Activities<br><br>Total Licensing is $841,000.00 * 17% = $142,970.00<br><br>** NOTE $142,970.00 + $70,200.00 = $213,170.00 *12 = $17,765.00 per month.<br><br>All LAGO software licenses and updates will be delivered electronically or by download. | 17,765.00 | 17,765.00 |

| | **Subtotal** | $17,765.00 |
|---|---|---|
| | **Sales Tax (9.5%)** | $0.00 |
| | **Total** | $17,765.00 |