**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

In re:

SEARS HOLDINGS CORPORATION, *et al.*

Debtors.[1]

------------------------------------------------------X

Chapter 11

Case No: 18-23538 (RDD)

(Jointly Administered)

# NOTICE OF RESCHEDULING OF
# MOTION FOR RELIEF FROM AUTOMATIC STAY

PLEASE TAKE NOTICE, that the presentment of the Motion and proposed Order filed on March 5, 2019 by William Juiris, by and through his attorneys, Alonso, Andalkar & Facher, P.C., to the Honorable Judge Robert D. Drain, Bankruptcy Judge for the United States for the Southern District of New York (the "Bankruptcy Court"), for an Order granting, *inter alia,* relief from the Automatic Stay pursuant to 11 U.S.C. §362, waiving the 14 day stay imposed by and Fed. R. Bankr. P. 4001, is hereby rescheduled from the Omnibus Hearing Date of April 18, 2019 to the Omnibus Hearing Date of **May 21, 2019**, at 10:00 am at 300 Quarropas Street, White Plains, New York 10601.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

PLEASE TAKE FURTHER NOTICE, that pursuant to Local Bankruptcy Rule 9006-1 any answering Affidavits shall be served so as to ensure actual receipt not later than seven (7) days before the return date of this Motion.

PLEASE TAKE FURTHER NOTICE, that Objections, if any, to the relief requested in this Motion must comply with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the Southern District of New York, must be set forth in writing describing the basis therefore and must be filed with the Bankruptcy Court at least seven calendar days before the applicable hearing by or as otherwise ordered by the Court. Failure to file Objections by the Objection Deadline may cause the Court to not consider the Objection.

PLEASE TAKE FURTHER NOTICE that a hearing shall be held on or before the Honorable Judge Robert D. Drain. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

New York, New York
April 10, 2019

Respectfully submitted,

ALONSO, ANDALKAR & FACHER, P.C.

By: ____\s\_ Catania T. Facher_____
Catania T. Facher, Esq.
42 Broadway, 18th Floor
New York, New York 10004
(212) 598-5900

# SERVICE LIST

**Service Via First Class Mail**

Hon. Judge Robert D. Drain
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601-4140

U.S. Trustee
United States Trustee
Office of the United States Trustee
Trustee for Region 2
[Attn: Paul Schwarzberg, Esq.)
U.S. Federal Office Building
201Varick Street, Room 1006
New York, NY 10014

Adam M. Adler
Prime Clerk LLC
830 Third Avenue, 9th Floor
New York, NY 10022
*Claims and Noticing Agent*

Ray C. Schrock, Esq.
Jacqueline Marcus, Esq.
Sunny Singh, Esq.
Garrett A. Fail
WEIL, GOTHSCHAL, & MANGES LLP
767 Fifth Avenue
New York, New York 10153
*Attorneys for the Debtor*

Ira S. Dizengoff
AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
One Bryant Park
New York, NY 10036
*Attorneys for the Creditor Committee*

Stephen Sitley Esq.
Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

Paul D. Leake, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
*Attorneys for Bank of America, N.A., administrative agent*
*under the First Lien Credit Facility and the DIP ABL Agent*

Marshall S. Huebner, Esq.
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY, 10017
*Attorneys for Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility*

Sean A. O'Neal, Esq.
Cleary, Gottlieb
One Liberty Plaza
New York, NY, 10006
*Attorneys for JPP, LLC, as agent under the Second Lien*
*Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated*
*Secured Loan Facility*

Eric R. Wilson, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
*Attorneys for Computershare Trust Company, N.A., as trustee for the Second*
*Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings*
*Unsecured Notes*

Edward M. Fox, Esq.
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
*Attorneys for Wilmington Trust, National*
*Association, as indenture trustee for the Second Lien Notes*

James Gadsden, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10015
*Attorneys for The Bank of New York Mellon Trust*
*Company, as successor trustee for the SRAC Unsecured PIK Notes, SRAC*
*Unsecured Notes, and the SRAC Medium Term Notes*

4

Brian A. Raynor, Esq.
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
*Attorneys for the Pension Benefit Guaranty Corporation*