# EXHIBIT C

**(Emails between Linda Nalley and Charlotte Taylor)**

**From:** Linda Nalley
**Sent:** Tuesday, December 04, 2018 1:30 PM
**To:** 'Taylor, Charlotte'
**Cc:** Bradley, Patricia A; Reed, Madrid
**Subject:** RE: Bridgeview-Sears 7310 w 87th Street

Hi ladies, can you tell me what is happening with this location?   I was told by one of my maintenance workers it looks like you are emptying the space?   Please advsie asap.

Thank you,
Linda

---

**From:** Taylor, Charlotte [mailto:ctayl07@searshc.com]
**Sent:** Tuesday, November 13, 2018 9:40 AM
**To:** Linda Nalley
**Cc:** Bradley, Patricia A; Reed, Madrid
**Subject:** Bridgeview-Sears 7310 w 87th Street

Hi Linda,

Last night as I was leaving around 5:00 pm, I noticed the parking lot lights were not on and it was pretty dark outside. Can you please look into this for me?  With daylight savings time, not sure if the timer was adjusted.

Thanks,

*Charlotte Taylor*
*Operations Manager, Bridgeview*
*Sears Holdings Corporation #9420/4531*
*Direct Line: 708-233-4710*
*Fax: 708-233-4735*
*Email: charlotte.taylor@searshc.com*

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.