# EXHIBIT D

# (12-13-2018 Email from Linda Nalley to Charlotte Taylor)

**From:** Linda Nalley
**Sent:** Thursday, December 13, 2018 12:50 PM
**To:** DiLorenzo, Jan (Janet.Dilorenzo@searshc.com)
**Subject:** Bridgeview Call Center

Hi Jan, I left you a voice mail. Can you please give me some type of update on what is happening with the Bridgeview location? My maintenance people told me it appears everything has been moved out and some of the neighbors there have told us your employees said the location was closing. I know sears is undergoing some financial issues. Can you let me know what is happening. I need to be sure the space is properly being heated etc with the cold weather we are in right now.

Thank you,
Linda

Linda Nalley
Mega Properties