Exhibit "B"

**15-026352**                                                                                        2640440
                                                                                                     1755604
                                                                   *CERTIFIED DATE: 08/20/2015*

SUPERIOR COURT OF NEW JERSEY

```
JUDGMENT:     DJ070714-99           ACTION TYPE:            CONTRC-REG
                                    VENUE:                  PASSAIC
DOCKETED:     03/17/1999
ENTERED IN S.C.P.: 10/19/1998

  CREDITOR(S):                      AWARD:    $1,721.30     DEBT # 1
    PETRO MAC ARTHUR FUEL
    ATTORNEY:  GARODNICK       FRED       D                 OMIT
  DEBTOR(S):
    MICHAEL PARKER
      420 E 31ST ST, PATERSON, NJ 07514
  NOTE: AMOUNT DOCKETED IN SUPERIOR COURT, ADDL $$ MAY APPLY.
```

* * * END OF ABSTRACT * * *

SUPERIOR COURT OF NEW JERSEY

```
JUDGMENT:     DJ184672-99           ACTION TYPE:            CONTRC-REG
                                    VENUE:                  ATLANTIC
DOCKETED:     07/30/1999
ENTERED IN S.C.P.: 07/31/1997

  CREDITOR(S):                      AWARD:    $2,481.74     DEBT # 1
    SEARS ROEBUCK & COMPANY
    ATTORNEY:  EICHENBAUM KANTROWITZ LEFF                    OMIT
  DEBTOR(S):
    MICHAEL W PARKER
      207 W ADAMS AVE, PLEASANTVILLE, NJ 08232
  NOTE: AMOUNT DOCKETED IN SUPERIOR COURT, ADDL $$ MAY APPLY.
```

* * * END OF ABSTRACT * * *

SUPERIOR COURT OF NEW JERSEY

```
JUDGMENT:     DJ187236-99           ACTION TYPE:            CERT DEBT
                                    VENUE:                  MERCER
DOCKETED:     08/03/1999

  CREDITOR(S):                      AWARD:    $250.00       DEBT # 1
    DIV OF MOTOR VEHICLES                                    OMIT
  DEBTOR(S):
    MICHAEL T PARKER, DOB: 02/25/1972
      233 IRVINE TURNER BLVD, NEWARK, NJ 07108
```

* * * END OF ABSTRACT * * *