UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                          :
                                                               :     Chapter 11
                                                               :
SEARS HOLDINGS CORPORATION, *et al*.,    :     Case No. 18-23538 (RDD)
                                                               :
            Debtor.                              :     (Jointly Administered)
                                                               :
---------------------------------------------------------------x

### ORDER PURSUANT TO 11 U.S.C. § 362(d) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)

Upon the motion dated April 10, 2019 (the "Motion") of Wilmington Savings Fund Society, FSB, acting not in its Individual Capacity but Solely as Trustee of Southside NSP Trust 2017-1, by its servicing agent BSI Financial Services, (the "Creditor"), for and order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code") vacating the automatic stay imposed in the above-captioned case by section 362(a) of the Bankruptcy Code as to the Creditor's interest in 109 Division Street, Little Egg Harbor Twp, NJ 08087 (the "Property") to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property; and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion on May 21, 2019; and there being no opposition to the Motion; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing, it is hereby

**ORDERED,** that the Motion is granted as provided herein; and it is further

**ORDERED,** that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under section 362(d) of the Bankruptcy Code as to the Creditor's interests in the Property to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property; and it is further

Dated: _____, _____ 2019

White Plains, New York

_____
HON. ROBERT D. DRAIN