UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:    Case No. 18-23538-rdd
          (Chapter 11)
SEARS HOLDINGS CORPORATION,    (Jointly Administered)

Debtor.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) SS:
COUNTY OF ALBANY   )

Tasha M Shariff being duly sworn, deposes and says she is over the age of 18 years, is not a party to this action and resides in Albany, New York.

That on the 10th day of April, 2019 she served the within Notice of Motion and Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) (with attached proposed Order) upon the following individuals at the following places in the following manner:

Sears Holdings Corporation
Attn: Stephen Sitley Esq.,
and Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates, Illinois  60179

Paul M. Basta, Esq.
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019

Elise S. Frejka
Frejka PLLC
420 Lexington Avenue - Suite 310
New York, NY 10170

Lacy Martin Lawrence, Esq.
Akin Gump Strauss Hauer & Feld, LLP
2300 N. Field Street
Suite 1800
Dallas, TX 75201

Richard C. Morrissey, Esq.
Office of the U.S. Trustee
201 Varick Street, Room 1006
New York, NY 10014

Adam M. Adler
Prime Clerk LLC
830 Third Avenue, 9th Floor
New York, NY 10022

Scott K. Charles
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

Sunny Singh, Esq.
Ray C Schrock, Esq.
Jacqueline Marcus, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Garrett A. Fail, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Jessica Liou
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Paul D. Leake, Esq.
Shana A. Elberg, Esq.
George R. Howard, Esq
Skadden, Arps, Slate, Meagher & Flom LLP,
Attorneys for Bank of America, N.A.
administrative agent under the First Lien Credit
Facility and the DIP ABL Agent
4 Times Square
New York, NY 10036

Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
Attorneys for Citibank, N.A., as administrative
agent under the Stand-Alone L/C Facility
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY, 10017

Edward M. Fox, Esq
Attorneys for Wilmington Trust, National
Association, as indenture trustee for the Second
Lien Notes
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018

Brian A. Raynor, Esq.
Locke Lord LLP
Attorneys for the Pension Benefit Guaranty
Corporation
111 South Wacker Drive
Chicago, IL 60606

Sean A. O'Neal, Esq
Cleary & Gottlieb,
One Liberty Plaza, New York, NY, 10006
Attorneys for JPP, LLC, as agent under the
Second Lien Credit Facility, IP/Ground Lease
Term Loan Facility, and the Consolidated Secured
Loan Facility
One Liberty Plaza
New York, NY, 10006

Eric R. Wilson, Esq.
Benjamin D. Feder, Esq.
T. Charlie Liu, Esq.
Attorneys for Computershare Trust Company,
N.A., as trustee for the Second Lien PIK Notes,
the Holdings Unsecured PIK Notes, and the
Holdings Unsecured Notes;
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

James Gadsden, Esq.
Attorneys for The Bank of New York Mellon
Trust Company, as successor trustee for the SRAC
Unsecured PIK Notes, SRAC Unsecured Notes,
and the SRAC Medium Term Notes
Carter Ledyard & Milburn LLP,
2 Wall Street
New York, NY 10015

Philip C. Dublin, Esq.
Ira Dizengoff, Esq.
Sara Lynne Brauner, Esq
Attorneys for the Official Committee of
Unsecured Creditors (the "Creditors' Committee")
Akin Gump Strauss Hauer & Feld LLP,
One Bryant Park
New York, NY 10036

Matthew A. Olins, Esq.
Ellen M. Chapelle, Esq.
Vanessa R. Tiradentes, Esq.
Attorneys for 233 S. Wacker, LLC.
Gould & Ratner LLP,
222 North LaSalle Street, Suite 800
Chicago, IL 60601

    By depositing a true and correct copy of the same properly enclosed in post-paid wrapper in the Official depository maintained and exclusively controlled by the United States at Albany, New York directed to said individual, respectively, at said addresses within the State and/or County designed for the purpose upon the last papers served in this action or the place where the above then resided or kept offices, according to the best information which can be conveniently obtained.

_____
Tasha M Shariff

Sworn to before me on this 10th day of
April, 2019

_____
Notary Public, State of New York

GEORGIA C. VISCONTI
Notary Public, State of New York
No. 01VI9010150
Qualified in Saratoga County
Commission Expires 3/30/22