**LEECH TISHMAN FUSCALDO & LAMPL, LLC**
Alan M. Kindred, Esq. (NY ID # 2086189)
Patrick W. Carothers, Esq.
Gregory W. Hauswirth, Esq.
545 Fifth Avenue
New York, NY 10017
Telephone: 412.606.3182
Facsimile: 412.227.5551
akindred@leechtishman.com
pcarothers@leechtishman.com
ghauswirth@leechtishman.com

*Attorneys for Libby Dial Enterprises, LLC*

*Hearing Date:*
*April 18, 2019 at 10:00 a.m.*

*Response Deadline:*
*April 11, 2019 at 4:00 p.m.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------x
In re                                          :    **Chapter 11**
                                               :
**SEARS HOLDINGS CORPORATION,**                :    Case No. 18-23538 (RDD)
et al.,                                        :
                                               :
    Debtors:                                   :    (Jointly Administered)
------------------------------------------------x

**NOTICE OF WITHDRAWAL OF MOTION OF LIBBY DIAL ENTERPRISES, LLC
FOR AN ORDER: (i) CONFIRMING INAPPLICABILITY OF
THE AUTOMATIC STAY; OR (ii) TO THE EXTENT NECESSARY,
AN ORDER GRANTING *NUNC PRO TUNC* RELIEF FROM THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that Libby Dial Enterprises, LLC, by and through its undersigned counsel, hereby withdraws its Motion Of Libby Dial Enterprises, LLC For An Order: (i) Confirming Inapplicability Of The Automatic Stay; Or (ii) To The Extent Necessary, An Order Granting *Nunc Pro Tunc* Relief From The Automatic Stay [Docket No. 2968] (the "Motion") and its Notice of Hearing on the Motion [Docket No. 2969], filed in the above-captioned matter on March 27, 2019, without prejudice.

Dated: April 11, 2019

        LEECH TISHMAN FUSCALDO & LAMPL, LLC

        /s/ Alan M. Kindred
        Alan M. Kindred, Esq. (NY ID # 2086189)
        Patrick W. Carothers, Esq.
        Gregory W. Hauswirth, Esq.
        545 Fifth Avenue
        New York, NY 10017
        Telephone: 412.606.3182
        Facsimile: 412.227.5551

*Attorneys for Libby Dial Enterprises, LLC*