John Stern
Assistant Attorney General
State Bar No. 19175662
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
(512) 475-2173
Fax: (512) 936-1409
bk-jstern@oag.texas.gov

Attorney for the Texas Comptroller of Public Accounts

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| SEARS HOLDINGS CORPORATION, | § | CASE NO. 18-23538 |
| | § | |
| DEBTOR | § | |

_____

**NOTICE OF CHANGE OF APPEARANCE IN LEAD COUNSEL
FOR THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS AND
REQUEST FOR NOTICE AND REQUEST FOR ADDITION/DELETION ON
MAILING MATRIX**

Please take notice that the **Texas Comptroller of Public Accounts, ("Texas Comptroller')**, creditor and party-in-interest in the above referenced case, hereby gives Notice of Change in the Appearance of its Lead Counsel from Rachel R. Obaldo to the undersigned:

John Stern
Assistant Attorney General
Office of the Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548

Pursuant to § 1109(b) and Bankruptcy Rule 9010, the **Texas Comptroller**, through its said counsel requests that it be served with copies of all notices, papers, and other documents issued by the Clerk of the Court and all other pleadings and notices to parties-in-interest filed by the Debtor, any Creditors' Committee, or any other interested parties in this case, including plans, disclosure

statements, and/or schedules, notices or any application, complaint, demand, hearing, motion,

petition, settlement, pleading or request whether formal or informal, written or oral, and whether

transmitted or conveyed by mail, delivery, telephone, telex, or otherwise, in accordance with

Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing

notice.   Further request is made that Rachel R. Obaldo, (bk-robaldo@texasattorneygeneral.gov),

be deleted from the service matrix in this case.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division


/s/ John Stern
John Stern
Assistant Attorney General
bk-jstern@oag.texas.gov
State Bar No. 19175662
c/o Sherri K. Simpson, Paralegal
sherri.simpson@oag.texas.gov
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
Tel: (512) 475-4868
Fax: (512) 936-1409

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 11th day of April, 2019, a true copy of the foregoing was served by the method and to the following parties as indicated:

**By Regular First Class Mail**:

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL   60179

Adam M. Adler
Prime Clerk LLC
830 Third Avenue, 9th Floor
New York, NY 10022

Sedric E. Banks
Sedric E. Banks LBN 2730
1038 North Ninth Street
Monroe, LA 71201

Jody A. Bedenbaugh
Nelson Mullins Riley & Scarborough LLP
P.O. Box 11070
Columbia, SC 29211

Teresa M. Bennett
Barclay Doman LLP
125 East Jefferson Street
Syracuse, NY 13202

Body Flex Sports, Inc.
Attn: Frank Chang, General Manager
21717 Ferrero Parkway
Walnut, CA 91789

Bruce Buechler
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

Juan Cervantes
Forman, Cardonsky & Tsinman, LLC
701 Westfield Avenue
Elizabeth, NJ 07208

Cherokee Debt Acquisition, LLC
1325 Avenue of the Americas
28th Floor
New York, NY 10019

Fair Harbor Capital, LLC
PO Box 237037
New York, NY 10023

Fort Pierce Utilities Authority
PO Box 3191
Fort Pierce, FL 34948

Joseph Frank
FrankGecker LLP
325 N. LaSalle, Suite 625
Chicago, IL 60654

Fruit of the Loom, Inc.
c/o Wyatt, Tarrant & Combs, LLP
Attn: Mary L. Fullington
250 West Main Street, Suite 1600
Lexington, KY 40507

Eric D. Goldberg
Gordon Silver
1888 Century Park East, Suite 1500
Los Angeles, CA 90067

E. Philip Groben
Gensburg Calandriello & Kanter, P.C.
200 West Adams Street, Suite 2425
Chicago, NY 60606

Hain Capital Group, LLC
301 Route 17, 7th Floor
Rutherford, NJ 07070

Kristopher M. Hansen
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Paul J. Hooten
Paul J. Hooten & Associates
5505 Nesconset Highway, Suite 203
Mt. Sinai, NY 11706

J. Michael Kelly
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800

Susheel Kirpalani
Quinn Emanuel Urquhart
& Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Kelly E. Kleist
Conley Rosenberg & Mendez LLP
5080 Spectrum Drive, Suite 850E
Addison, TX 75001

Thomas R. Kreller
Milbank LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067

Frances A. Lettieri
Fowler Hirtzel McNulty & Spaulding, LLP
2000 Market Street, Suite 550
Philadelphia, PA 19103

Lexington Tramk Manteca L.P.
c/o Lexington Realty Trust
One Penn Plaza, Suite 4015
New York, NY 10119

Peter W. Lianides
Winthrop Couchot Golubow Hollander
1301 Dove Street, Suite 500
Newport Beach, CA 92660

Ralph Mabey
Kirton McConkie
36 S. State Street, Suite 1900
Salt Lake City, UT 84111

Jarrod B. Martin
McDowell Hetherington LLP
1001 Fannin Street, Suite 2700
Houston, TX 77002

Andrea McSorley
5409 79th Ave E
Palmetto, FL 34221

Wm. Spencer McSorley
5409 79th Ave E
Palmetto, FL 34221

Richard C. Morrissey
Office of the U.S. Trustee
201 Varick Street, Room 1006
New York, NY 10014

Janusz Muszak
P.O. Box 516535
Rockledge, FL 32956

Brian Coke Ng
Church Street Station
P.O. Box 2723
New York, NY 10008

Michael P. O'Sullivan
William W. Green & Associates
3419 Via Lido, #607
Newport Beach, CA 92663-3908

Paul L. Orshan
Orshan, P.A.
701 Brickell Avenue, Suite 2000
Miami, FL 33131

Ernie Zachary Park
Bewley, Lassleben & Miller, LLP
13215 E. Penn Street, Suite 510
Whittier, CA 90602-`797

James L. Person
7422 Bearden Falls
Humble, TX 77396

Linda Pritchard
2104 92nd Avenue
Oakland, CA 94603

Russell Brands, LLC
c/o Wyatt, Tarrant & Combs, LLP
Attn: Mary L. Fullington
250 West Main Street, Suite 1600
Lexington, KY 40507

**By Electronic Means as listed on the Court's ECF Noticing System**:

- Robin S. Abramowitz      abramowitz@larypc.com, fox@larypc.com
- Neil H. Ackerman      nackerman@ackermanfox.com,
  kfox@ackermanfox.com;r52605@notify.bestcase.com
- David G. Aelvoet      sanantonio.bankruptcy@publicans.com
- Jaime Agnew      jaimeagnew21@gmail.com
- Richard A. Aguilar      raguilar@mcglinchey.com, aparish@mcglinchey.com
- Luma Al-Shibib      lal-shibib@andersonkill.com,
  dflynn@andersonkill.com;Dfraser@andersonkill.com;Msilverschotz@andersonkill.com
- Justin Alaburda      jmalaburda@bmdllc.com
- Myles H Alderman      myles.alderman@alderman.com
- John C. Allerding      john.allerding@thompsonhine.com
- Arlene Rene Alves      alves@sewkis.com
- Michael S. Amato      mamato@rmfpc.com, dolsen@rmfpc.com;smcgrath@rmfpc.com
- Mark A. Amendola      mamendola@martynlawfirm.com
- Michele Angell      mangell@kasowitz.com, courtnotices@kasowitz.com
- Tara B. Annweiler      tannweiler@greerherz.com
- Joel D. Applebaum      japplebaum@clarkhill.com
- Laura E. Appleby      appleby@chapman.com

- Jenelle C Arnold       bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com
- Simon Aron       saron@wrslawyers.com, jnarcise@wrslawyers.com
- Joseph Aronauer       jaronauer@aryllp.com
- Peter M. Aronoff       peter.aronoff@usdoj.gov
- Kory A. Atkinson       kaa@koryatkinson.com
- Brandon K. Bains       bbains@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com
- Michael I. Baird       baird.michael@pbgc.gov, efile@pbgc.gov
- John T. Banks       jbanks@pbfcm.com, jbanks@ecf.inforuptcy.com
- Sedric Banks       sedbanks@aol.com
- Shari Barak       sbarak@logs.com, NYBKCourt@logs.com
- Luke A Barefoot       lbarefoot@cgsh.com, maofiling@cgsh.com
- Erika R. Barnes       ebarnes@stites.com, mdennis@stites.com
- Michael Jason Barrie       mbarrie@beneschlaw.com,
  debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com
- Joseph Charles Barsalona       jbarsalona@mnat.com
- Robert D. Bass       bob.bass47@icloud.com, bob.bass47@icloud.com
- Paul M. Basta       pbasta@paulweiss.com
- Christopher Robert Belmonte       cbelmonte@ssbb.com,
  pbosswick@ssbb.com,managingclerk@ssbb.com
- Nola R Bencze       nbencze@clarkhill.com
- Tammy L. Terrell Benoza       bankruptcy@feinsuch.com
- Thomas Daniel Berghman       tberghman@munsch.com
- Richard J. Bernard       rbernard@foley.com
- Jeffrey Bernstein       jbernstein@mdmc-law.com, sshidner@mdmc-law.com
- Jill B. Bienstock       jbienstock@coleschotz.com, fpisano@coleschotz.com
- Karen C. Bifferato       kbifferato@connollygallaher.com
- Jeffrey E Bjork       jeff.bjork@lw.com
- David M. Blau       dblau@clarkhill.com
- Michael V. Blumenthal       michael.blumenthal@tklaw.com
- Stuart E Bodker       sbodker@mcdowellrice.com
- Melissa Boey       melissa.boey@morganlewis.com
- Phillip W. Bohl       phillip.bohl@gpmlaw.com
- Wanda Borges       ecfcases@borgeslawllc.com
- Dustin Parker Branch       branchd@ballardspahr.com, carolod@ballardspahr.com
- Duane Brescia       duane.brescia@clarkhillstrasburger.com,
  bkrtcynotices@clarkhillstrasburger.com;donna.krupa@clarkhillstrasburger.com;Kathi.Al
  exander@clarkhillstrasburger.com
- Kay Diebel Brock       bkecf@co.travis.tx.us
- Michael D. Brofman       mbrofman@weisszarett.com
- James L. Bromley       bromleyj@sullcrom.com, bromleyj@sullcrom.com
- Lynn Hamilton Butler       Lynn.Butler@huschblackwell.com,
  Lynn.Butler@huschblackwell.com
- Lawrence W Byrne       lbyrne@pedersenhoupt.com
- CRG Financial LLC       allison@claimsrecoveryllc.com

- Donald F. Campbell        dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com
- Jeffrey A. Carlino        jacarlino@kslnlaw.com, rabacon@kslnlaw.com
- James S. Carr        KDWBankruptcyDepartment@kelleydrye.com;
- MVicinanza@ecf.inforuptcy.com
- Robert Carson        rcarson@carsonfischer.com
- Jamie S. Cassel        jsc@renozahm.com, jsc@renozahm.com
- Michael J. Catalfimo        mcatalfimo@carterconboy.com,
  hmclenithan@carterconboy.com;rmcfee@carterconboy.com;jstein@carterconboy.com
- Katherine R. Catanese        kcatanese@foley.com
- George B. Cauthen        george.cauthen@nelsonmullins.com,
  Linnea.hann@nelsonmullins.com;joan.kishline@nelsonmullins.com
- Rocco A. Cavaliere        rcavaliere@tarterkrinsky.com, snobles@tarterkrinsky.com
- Janine M. Cerbone        jfigueiredo@hahnhessen.com, jfigueiredo@hahnhessen.com
- Rudy J Cerone        rcerone@mcglinchey.com
- Charles Chamberlin        charles.chamberlin@nebraska.gov
- Mark J Chaney        mchaney@mcglinchey.com, aparish@mcglinchey.com
- Scott K. Charles        skcharles@wlrk.com, calert@wlrk.com
- Michael Chatwin        NYBKCourt@logs.com
- Clement Cheng        law@clemcheng.com
- Gustavo A Chico-Barris        gchico@ferraiuoli.com,
  hruiz@ferraiuoli.com;edocketslit@ferraiuoli.com
- Hyun Suk Choi        hchoi@choiandpark.com,
  lkleist@choiandpark.com;cpark@choiandpark.com;jpatten@choiandpark.com;kmclaughl
  in@choiandpark.com
- Carol Chow        Carol.Chow@ffslaw.com, easter.santamaria@ffslaw.com
- Shawn M. Christianson        schristianson@buchalter.com, cmcintire@buchalter.com
- Jeffrey Chubak        jchubak@storchamini.com
- Mary Ann Claraval        maryannpsu@comcast.net
- Ronald Alexander Clark        aclark@cov.com
- Donald W. Clarke        dclarke@wjslaw.com, dclarke@ecf.inforuptcy.com
- Marvin E. Clements        agbanknewyork@ag.tn.gov
- Eboney Cobb        ecobb@pbfcm.com
- Joshua W. Cohen        jwcohen@daypitney.com, arametta@daypitney.com
- Patrick Collins        pcollins@farrellfritz.com
- Sonia E Colon        scolon@ferraiuoli.com,
  edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com;hruiz@ferraiuoli.com;soniaecolo
  n@gmail.com
- Michael J. Connolly        mconnolly@formanlaw.com, kanema@formanlaw.com
- Andrew S. Conway        aconway@taubman.com
- Joseph Corrigan        bankruptcy2@ironmountain.com
- Ramon Coto-Ojeda        nac@crlawpr.com, nac@crlawpr.com
- Julie Cvek Curley        jcurley@kacllp.com,
  AttorneyCvek@gmail.com;bleonardo@kacllp.com;5696@notices.nextchapterbk.com
- Kelly Rose Cusick        cusick.kelly@pbgc.gov, efile@pbgc.gov

- Brian Custy        bcusty@custylaw.com
- Anthony J D'Artiglio        ajd@ansellgrimm.com,
  jb@ansellgrimm.com;merediths@ansellgrimm.com
- Raniero D'Aversa        rdaversa@orrick.com
- Robert K. Dakis        rdakis@morrisoncohen.com, bankruptcy@morrisoncohen.com
- Richard T. Davis        rdavis@cafarocompany.com
- Louis Thomas DeLucia        louis.delucia@icemiller.com
- Sam Della Fera        sdellafera@msbnj.com, ldipaolo@msbnj.com
- Christopher M. Desiderio        cdesiderio@nixonpeabody.com
- Andrew Devore        andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com
- Andrew G. Dietderich        dietdericha@sullcrom.com,
  s&cmanagingclerk@sullcrom.com;andrew-dietderich-
  6008@ecf.pacerpro.com;BAKERR@SULLCROM.COM
- John P. Dillman        houston_bankruptcy@publicans.com
- Ted A. Dillman        ted.dillman@lw.com
- Ira S. Dizengoff        idizengoff@akingump.com,
  afreeman@akingump.com;apreis@akingump.com;dkrasa-
  berstell@akingump.com;nymco@akingump.com
- Caroline Djang        caroline.djang@bbklaw.com
- Amish R. Doshi        amish@doshilegal.com
- James F. Dowden        jfdowden@swbell.net
- Elizabeth L Doyaga        edoyaga@flwlaw.com, jspiegelman@flwlaw.com
- Leo B Dubler        leodubler@fast.net
- Joshua A. Dunn        jdunn@vedderprice.com, ecfnydocket@vedderprice.com
- David W. Dykhouse        dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com
- Rachel E. Edwards        redwards@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com
- Devon Eggert        deggert@freeborn.com, bkdocketing@freeborn.com
- Judith Elkin        elkinj@mac.com, elkinj@mac.com
- Samuel G Encarnacion        same@haggertylaw.com
- Marita S. Erbeck        marita.erbeck@dbr.com
- Carrie Essenfeld        cessenfeld@halperinlaw.net, cmitchell@halperinlaw.net
- Daniel E. Etlinger        detlinger@jennislaw.com, karon@jennislaw.com
- Kevin J Etzel        ketzel@vedderprice.com
- Michael Eversden        meversden@mcgrathnorth.com
- Catania Facher        cfacher@alonsolegal.com
- Garrett A. Fail        garrett.fail@weil.com, Paloma.VanGroll@weil.com
- Stephen Vincent Falanga        sfalanga@walsh.law, mvargas@walsh.law
- Thomas A. Farinella        tf@lawtaf.com, ecf@lawgmf.com
- Steven Charles Farkas        scf@cohmlaw.com,
  jenniferg@cohmlaw.com;lindac@cohmlaw.com;lah@cohmlaw.com
- John T. Farnum        jfarnum@linowes-law.com, jcummings@linowes-law.com
- Thomas R. Fawkes        tomf@goldmclaw.com
- Alan Feld        afeld@sheppardmullin.com

- Mark E. Felger        MFelger@cozen.com, MBrickley@cozen.com;mmillis@cozen.com
- James R. Felton        jfelton@greenbass.com, mtyndall@greenbass.com
- Christopher V Fenlon        cfenlon@hinckleyallen.com
- William P Fennell        william.fennell@fennelllaw.com, luralene.schultz@fennelllaw.com,charles.bethel@fennelllaw.com,mblackburnjoniaux@fennelllaw.com
- John R. Fifarek        knelson@laskyfifarek.com
- Charles J. Filardi        cfilardi@rrlawpc.com, abothwell@rrlawpc.com
- Scott D. Fink        brodellecf@weltman.com
- Glenn M. Fjermedal        gfjermedal@davidsonfink.com, vbillups@davidsonfink.com
- Jonathan L. Flaxer        jflaxer@golenbock.com, jsavitsky@golenbock.com;mweinstein@golenbock.com
- Ken Florey        kflorey@rsnlt.com
- Christopher Fong        cfong@nixonpeabody.com
- Kiah T Ford        chipford@parkerpoe.com
- Edward M. Fox        emfox@seyfarth.com
- Gregory W. Fox        gfox@goodwinprocter.com
- Shawn Randall Fox        sfox@mcguirewoods.com
- Joseph D. Frank        jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com
- Mark A. Frankel        mfrankel@bfklaw.com, mfrankel@bfklaw.com;mark_frankel@yahoo.com;frankel.mark@gmail.com;frankelmr74702@notify.bestcase.com
- Elise S. Frejka        efrejka@frejka.com
- Alana M. Friedberg        alana.friedberg@dlapiper.com
- Michael Friedman        friedman@chapman.com, iyassin@chapman.com
- Joseph Froehlich        jfroehlich@lockelord.com
- Patricia B. Fugee        Patricia.Fugee@FisherBroyles.com, ecf@cftechsolutions.com
- Thomas M. Gaa        tgaa@bbslaw.com, yessenia@bbslaw.com
- James Gadsden        bankruptcy@clm.com
- Robert Gainer        rgainer@cutlerfirm.com, snewton@cutlerfirm.com
- Gregg M. Galardi        gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com
- David J. Gallagher        dgallagher@mnlawoffice.com
- Alan E. Gamza        Agamza@mosessinger.com, dkick@mosessinger.com;jbonteque@mosessinger.com;kkolbig@mosessinger.com;rcorbi@mosessinger.com
- Jeffrey K. Garfinkle        jgarfinkle@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com
- Victoria D. Garry        vgarry@ag.state.oh.us
- Christopher Gartman        gartman@hugheshubbard.com, corp-reorg-department-7318@ecf.pacerpro.com
- Matthew Gensburg        mgensburg@gcklegal.com
- Charles George        cgeorge@wyrick.com, abray@wyrick.com;cabitbol@wyrick.com
- Stephen B. Gerald        sgerald@wtplaw.com, clano@wtplaw.com

- Yann Geron      ygeron@reitlerlaw.com,
  ygeronnys@ecf.axosfs.com;jlitos@reitlerlaw.com;nsantucci@reitlerlaw.com;adaniszewski@reitlerlaw.com;asuffern@epiqglobal.com
- Peter M. Gilhuly      peter.gilhuly@lw.com, peter-gilhuly-1776@ecf.pacerpro.com
- Steven A. Ginther      sdnyecf@dor.mo.gov
- Luvell L Glanton      glantonfirm@gmail.com
- Eduardo J. Glas      ejglas@gmail.com
- Jeffrey R. Gleit      jgleit@sandw.com,
  gschlack@sandw.com,bcooley@sandw.com;aweiss@sandw.com,nkoslof@sandw.com,tkethro@sandw.com
- Ronald Eric Gold      rgold@fbtlaw.com,
  awebb@fbtlaw.com;bmparker@fbtlaw.com;eseverini@fbtlaw.com
- Janet Ellen Goldstein      janet.goldstein@rhcrlaw.com,
  Jan21gold@aol.com;howard.levine@rhcrlaw.com;Georgia.papazis@rhcrlaw.com
- Michael Goldstein      mgoldstein@goodwinlaw.com
- Brendan Goodhouse      bgoodhouse@cuddyfeder.com
- Eric R Goodman      egoodman@bakerlaw.com
- Leon B Gordon      cary.cain@mvbalaw.com, bankruptcy@mvbalaw.com
- David S. Gragg      dgragg@langleybanack.com, cjohnston@langleybanack.com
- Jonathan Adam Grasso      jon@piercemccoy.com
- Kenneth Brian Grear      kgrear@delucalevine.com
- Ira S. Greene      ira.greene@lockelord.com
- Christopher A. Grosman      cgrosman@carsonfischer.com
- Janice Beth Grubin      Janice.Grubin@leclairryan.com
- Charles A. Gruen      cgruen@gruenlaw.com
- Allen J. Guon      aguon@foxrothschild.com, aguon@foxrothschild.com
- Harry M. Gutfleish      harry@gutfleishlaw.com
- Mark E. Hall      mhall@foxrothschild.com, cbrown@foxrothschild.com
- Aaron L. Hammer      ahammer@hmblaw.com,
  ecfnotices@hmblaw.com;jguzzardo@hmblaw.com
- Paul E. Harner      paul.harner@lw.com
- Juandisha Harris      harrisj12@michigan.gov
- David Henry Hartheimer      david@mhlaw-ny.com, david@clearbid.com
- Jonathan Scott Hawkins      jonathan.hawkins@thompsonhine.com,
  THDaytonECF@thompsonhine.com;ECFDocket@thompsonhine.com
- Patrick L. Hayden      phayden@mcguirewoods.com
- Melissa S Hayward      mhayward@haywardfirm.com
- Leslie C. Heilman      heilmanl@ballardspahr.com, lanoc@ballardspahr.com
- Christopher Matthew Hemrick      chemrick@walsh.law, chemrick@walsh.law
- Ira L. Herman      iherman@blankrome.com,
  nybankruptcydocketing@blankrome.com;eDocketing@blankrome.com
- Neil E. Herman      Nherman@morganlewis.com
- Michael R. Herz      mherz@formanlaw.com, cbrown@formanlaw.com

- George Bernard Hofmann      ghofmann@cohnekinghorn.com, mparks@cohnekinghorn.com
- Marie Polito Hofsdal      mhofsdal@pryorcashman.com
- Evan C Hollander      echollander@orrick.com, jgoldfinger@orrick.com;efua@orrick.com
- James J. Holman      jjholman@duanemorris.com
- Caleb T. Holzaepfel      caleb.holzaepfel@huschblackwell.com
- Robert Honeywell      robert.honeywell@klgates.com, brian.koosed@klgates.com
- Joon P. Hong      joonhong@chapman.com
- Benjamin Hugon      bhugon@mckoolsmith.com, nsauter@mckoolsmith.com
- Hanh Vinh Huynh      hhuynh@rubinlawllc.com, prubin@rubinlawllc.com
- Allison Akiko Ito      aito@hibklaw.com
- Russell Jackson      rjackson@thomasjhenrylaw.com
- Hugh G. Jasne      jf@jasneflorio.com, hgj@jasneflorio.com
- Dwight Jefferson      djefferson@coatsrose.com
- Christian Paul Jensen      jensenc@sullcrom.com
- Monique Debrikka Jewett-Brewster      mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- William Austin Jowers      ajowers@kslaw.com
- Allen G. Kadish      akadish@archerlaw.com, lschildkraut@archerlaw.com;chansen@archerlaw.com;hbreakstone@archerlaw.com
- Vera N Kanova      verkanova@pa.gov
- Alan H Katz      akatz@lockelord.com
- Alan F. Kaufman      akaufman@hinshawlaw.com
- William E. Kelleher      wkelleher@cohenlaw.com, mgraeb@cohenlaw.com;hward@cohenlaw.com
- Steven W. Kelly      skelly@s-d.com
- Gerald P. Kennedy      gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com
- Ferve E. Khan      fkhan@bakerlaw.com, evrodriguez@bakerlaw.com
- Erin C. Kim      kim.erin@pbgc.gov, efile@pbgc.gov
- Jane Kim      jkim@kellerbenvenutti.com
- Alan M Kindred      akindred@leechtishman.com, dtomko@leechtishman.com;ghauswirth@leechtishman.com
- Edward M. King      tking@fbtlaw.com
- Dawn Kirby      dkirby@kacllp.com, bleonardo@kacllp.com;dap@ddw-law.com
- Lauren Catherine Kiss      lkiss@klestadt.com
- Richard Klass      richklass@courtstreetlaw.com
- Sarah J Klebolt      sjk@carmodymacdonald.com, ala@carmodymacdonald.com
- Michael Klein      mklein@aftlaw.com
- Jeremy C. Kleinman      jkleinman@fgllp.com
- Tracy L. Klestadt      tklestadt@klestadt.com, tklestadt@yahoo.com
- John R. Knapp      john.knapp@millernash.com, lisa.petras@millernash.com

- Tanya Korkhov       tkorkhov@kellerrohrback.com
- Lawrence J. Kotler      ljkotler@duanemorris.com
- Matthew Patrick Kremer      mkremer@omm.com, mpkremer@gmail.com
- David S. Kupetz      dkupetz@sulmeyerlaw.com,
  asokolowski@sulmeyerlaw.com;dperez@sulmeyerlaw.com
- Jeffrey Kurtzman      jkurtzma@klehr.com
- Marc J. Kurzman      mkurzman@carmodylaw.com
- Alyssa E. Kutner      kutnera@ballardspahr.com
- Michael Kwiatkowski      mkwiatkowski@msek.com, lgomez@msek.com
- Paul J. Labov      plabov@foxrothschild.com, msteen@foxrothschild.com
- Darryl S. Laddin      bkrfilings@agg.com
- Keith A Langley      klangley@l-llp.com, ehyman@l-llp.com;pgentry@l-llp.com
- Lynn Rowe Larsen      llarsen@taftlaw.com, LLAUREN@TAFTLAW.COM
- Fernand L Laudumiey      laudumiey@chaffe.com
- Lacy Martin Lawrence      llawrence@akingump.com, txdocketing@akingump.com
- Vincent Edward Lazar      vlazar@jenner.com
- Gilbert A. Lazarus      gillazarus@gmail.com
- Harlan Mitchell Lazarus      hmllaw@att.net, hlazarus@lazarusandlazarus.com
- Tara LeDay   ccain@mvbalaw.com;kmorriss@mvbalaw.com;
- tleday@ecf.courtdrive.com;julia.williams@mvbalaw.com;bankruptcy@mvbalaw.com;
- alocklin@mvbalaw.com
- Robert L. LeHane      KDWBankruptcyDepartment@Kelleydrye.com;
- MVicinanza@ecf.inforuptcy.com
- Paul D. Leake      wendy.lamanna@skadden.com;andrea.bates@skadden.com;
- Jacob.aboodi@skadden.com
- Andrew M Leblanc      aleblanc@milbank.com
- Bernice C Lee      blee@slp.law, dwoodall@slp.law
- Michael Skoy Legge      mlegge@huntonak.com,
  tkracht@huntonak.com;rphair@huntonak.com;ghesse@huntonak.com
- Joseph H. Lemkin      jlemkin@stark-stark.com
- Nicole A Leonard      nleonard@mdmc-law.com, sshidner@mdmc-law.com
- William J. Levant      efile.wjl@kaplaw.com
- Richard B. Levin      rlevin@jenner.com
- Mark Levine   mlevine@zlk.com, mlevine@zlk.com
- Kenneth M. Lewis      klewis@wtplaw.com, klewis@lewispllc.com
- Lawrence A. Lichtman      llichtman@honigman.com, litdocket@honigman.com
- Lewis J. Liman      LLiman@cgsh.com, maofiling@cgsh.com
- Jessica Liou   jessica.liou@weil.com
- Alan Jay Lipkin      alipkin@willkie.com, maosbny@willkie.com
- Kevin M Lippman      klippman@munsch.com, pmoore@munsch.com
- Robert Liubicic      rliubicic@milbank.com
- Armando Llorens      armando@furgang.com
- Jacqulyn S. Loftin      jsl@lhmlawfirm.com

- Brian J. Lohan      brian.lohan@arnoldporter.com,
  brian.lohan@arnoldporter.com;edocketscalendaring@arnoldporter.com
- John G. Loughnane      jloughnane@nutter.com
- Donald K. Ludman      dludman@brownconnery.com
- Christopher A. Lynch      clynch@reedsmith.com
- Kramer Lyons      klyons@ohdbslaw.com
- Howard P. Magaliff      hmagaliff@r3mlaw.com, hcolon@r3mlaw.com
- Abena Mainoo      amainoo@cgsh.com, maofiling@cgsh.com
- Christopher J. Major      cjm@msf-law.com, bm@msf-law.com
- Colleen Maker      cmaker@walsh.law
- Jacqueline Marcus      jacqueline.marcus@weil.com,
  jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com
- Jennifer L. Marines      jmarines@mofo.com, docketny@mofo.com;jennifer-marines-
  1173@ecf.pacerpro.com
- Ilan Markus      ilan.markus@leclairryan.com, andrew.cole@leclairryan.com
- Jonathan D. Marshall      jmarshall@choate.com
- Rachel J. Mauceri      rmauceri@morganlewis.com
- Laurence May      lmay@eisemanlevine.com
- Sandra E. Mayerson      sandy@mhlaw-ny.com
- Shlomo Maza      shlomomaza@paulhastings.com
- Matthew McCann      mmccann@swc-law.com, mmccann@swc-law.com
- William McCarron      mccarron.william@pbgc.gov, efile@pbgc.gov
- John G. McCarthy      jmccarthy@sgrlaw.com, nyoecf@sgrlaw.com
- Richard J. McCord      RMcCord@CBAH.com,
  afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com
- Sawnie A. McEntire      smcentire@pmmlaw.com
- Brian S. McGrath      bmcgrath@mcglinchey.com
- David M. Meegan      jhutton@mhksacto.com, jhutton@mhksacto.com
- Deborah Jill Michelson      michelson@mgfl-law.com
- Lisa Milas      lmilas@schillerknapp.com,
  ahight@schillerknapp.com;kcollins@schillerknapp.com;bfisher@schillerknapp.com;Tsh
  ariff@schillerknapp.com
- Aaron Gerhard Miller      amiller@vazirilaw.com
- Brett H. Miller      bmiller@mofo.com, brett-miller-1388@ecf.pacerpro.com
- Curtis S. Miller      cmiller@mnat.com
- Dennis D. Miller      dmiller@steinlubin.com
- Stephen M. Miller      smiller@morrisjames.com,
  wweller@morrisjames.com;jdawson@morrisjames.com
- Russell W. Mills      rmills@bellnunnally.com, nsummerville@bellnunnally.com
- Robert K. Minkoff      rminkoff@cedargladecapital.com
- Joseph Thomas Moldovan      bankruptcy@morrisoncohen.com
- Carol E. Momjian      cmomjian@attorneygeneral.gov
- Laura J. Monroe      lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com

- Kevin P. Montee        kmontee@monteefirm.com, kmontee@monteefirm.com
- Julie F. Montgomery        jmontgomery@brownconnery.com
- Courtney Morgan        morgan.courtney@pbgc.gov, efile@pbgc.gov
- Michael L. Moskowitz        mlm@weltmosk.com,
  mkj@weltmosk.com;mag@weltmosk.com
- John Mueller        jmueller@lippes.com, rfink@lippes.com
- Rahul Mukhi        rmukhi@cgsh.com, maofiling@cgsh.com
- Edgardo Munoz        emunozpsc@gmail.com
- Paul D. Murphy        sdeiches@murphyrosen.com
- Klaus Peter Muthig        muthigk@mcao.maricopa.gov
- Bruce S. Nathan        bnathan@lowenstein.com, msavetsky@lowenstein.com
- Edward E. Neiger        eneiger@askllp.com, lmiskowiec@askllp.com
- Kevin Michael Newman        knewman@barclaydamon.com
- Victor Newmark        vnewmark@evict.net
- Timothy F. Nixon        tnixon@gklaw.com,
  kboucher@gklaw.com;pbrellenthin@gklaw.com
- Sean E. O'Donnell        sodonnell@herrick.com,
  courtnotices@herrick.com;lporetsky@herrick.com;rrichards@herrick.com
- Sean A. O'Neal        soneal@cgsh.com, maofiling@cgsh.com
- Sean A. OKeefe        sokeefe@okeefelc.com, seanaokeefe@msn.com
- Thomas S. Onder        tonder@stark-stark.com
- Mark Russell Owens        mowens@btlaw.com,
  mowens@btlaw.com;bankruptcyindy@btlaw.com
- Stephen M. Packman        spackman@archerlaw.com,
  mfriedman@archerlaw.com;jkulback@archerlaw.com
- Jennifer Kennedy Park        jkpark@cgsh.com
- Richard J. Parks        rjp@pietragallo.com, ms@pietragallo.com;jk@pietragallo.com
- Barbra R. Parlin        barbra.parlin@hklaw.com,
  elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com
- Paul J. Pascuzzi        ppascuzzi@ffwplaw.com
- Jennifer Pastarnack        jennifer.pastarnack@cliffordchance.com
- Kristen N. Pate        bk@brookfieldpropertiesretail.com
- Richard C. Pedone        rpedone@nixonpeabody.com
- Melissa A. Pena        mapena@nmmlaw.com, pfreda@nmmlaw.com
- Eloy A Peral        eperal@wilkauslander.com
- Phillip Russell Perdew        rperdew@lockelord.com, chicagodocket@lockelord.com
- Frank Peretore        fperetore@csglaw.com, ecf@csglaw.com
- Deborah M Perry        dperry@munsch.com
- Geoffrey J. Peters        colnyecf@weltman.com
- Albena Petrakov        apetrakov@offitkurman.com
- Douglas J. Pick        dpick@picklaw.net, ezabicki@picklaw.net
- Jonathan E. Pickhardt        jonpickhardt@quinnemanuel.com
- Michael Ryan Pinkston        rpinkston@seyfarth.com

- Curtis M. Plaza      cplaza@riker.com, tschellhorn@riker.com
- Dana S. Plon      dplon@sirlinlaw.com
- David L. Pollack      pollack@ballardspahr.com
- Cynthia L Pollick      pollick@lawyer.com
- Kimberly A. Posin      kim.posin@lw.com
- Constantine Dean Pourakis      cp@stevenslee.com
- Jennifer L. Pruski      jpruski@trainorfairbrook.com
- Robert L. Pryor      rlp@pryormandelup.com
- Chad Pugatch      cpugatch.ecf@rprslaw.com
- Jonathan I. Rabinowitz      jrabinowitz@rltlawfirm.com
- Anthony M. Rainone      arainone@bracheichler.com
- Shane Ramsey      shane.ramsey@nelsonmullins.com,
  jennifer.murray@nelsonmullins.com;emiller@bayardlaw.com;SMacon@bayardlaw.com
- Justin Logan Rappaport      lr@pryormandelup.com, kj@pryormandelup.com
- Paul L. Ratelle      pratelle@fwhtlaw.com
- Gary O. Ravert      gravert@ravertpllc.com, gary.ravertpllc@gmail.com
- Jeffrey A. Reich      reichlaw@reichpc.com
- Kevin Reid      kreid@kozonislaw.com
- Norman Neville Reid      nreid@foxswibel.com
- Annemarie V. Reilly      annemarie.reilly@lw.com
- Ryan C. Reinert      rreinert@shutts.com, juanitasanchez@shutts.com
- Guy A. Reiss      greiss@reisspreuss.com
- Carol Ann Rich      crich@dudleylaw.com
- Steven Richman      srichman@clarkhill.com
- Michael J. Riela      riela@thsh.com
- Fred B. Ringel      fbr@robinsonbrog.com
- Christy Rivera      christy.rivera@nortonrosefulbright.com
- Jennifer L. Rodburg      jennifer.rodburg@friedfrank.com,
  managingattorneysdepartment@friedfrank.com
- Beth Ellen Rogers      brogers@berlawoffice.com
- Laurel D. Roglen      roglenl@ballardspahr.com, lanoc@ballardspahr.com
- Alexis J. Rogoski      arogoski@skarzynski.com
- Mark S. Roher      mroher@markroherlaw.com, ecf3.markroherlaw@gmail.com
- Kristen D Romano      kromano@mcglinchey.com
- Julie H Rome-Banks      julie@bindermalter.com
- Robert M. Rosen      rrosen@pmmlaw.com
- Sanford Philip Rosen      srosen@rosenpc.com, pgyparakis@rosenpc.com
- Arthur E. Rosenberg      arthur.rosenberg@hklaw.com
- David A. Rosenzweig      david.rosenzweig@nortonrosefulbright.com
- Douglas B. Rosner      drosner@goulstonstorrs.com
- Beth J. Rotenberg      brotenberg@csglaw.com, ecf@csglaw.com
- Paul Rubin      prubin@rubinlawllc.com, hhuynh@rubinlawllc.com

- Myrna Ruiz-Olmo      mro@prbankruptcy.com,
  tbp@prbankruptcy.com,lsg@prbankruptcy.com
- Maura I. Russell      mrussell@ckrlaw.com
- Patrick Morgan Ryan      pmryan@sorlinglaw.com, smjordan@sorlinglaw.com
- CARL JOSEPH SORANNO      csoranno@bracheichler.com,
  dfamula@bracheichler.com;jpmartin@bracheichler.com
- Kayvan B. Sadeghi      ksadeghi@schiffhardin.com
- Thomas James Salerno      thomas.salerno@stinson.com, Karen.graves@stinson.com
- Diane W. Sanders      austin.bankruptcy@lgbs.com
- Thomas J. Sansone      tsansone@carmodylaw.com
- Joseph E. Sarachek      joe@sarachek lawfirm.com, jon@sarachek lawfirm.com
- Robert M. Sasloff      rms@robinsonbrog.com
- Bruce M. Sattin      bsattin@szaferman.com
- Russell W. Savory      russ@bsavory.com
- Gilbert R. Saydah      gsaydah@ckrlaw.com
- Courtney A Schael      cschael@ashfordnjlaw.com, mrogers@ashfordnjlaw.com
- Michael L. Schein      mschein@vedderprice.com,
  ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-schein-
  3874@ecf.pacerpro.com
- Aaron J. Scheinfield      aaron@bk-lawyer.net
- Frederick E. Schmidt      eschmidt@cozen.com
- Bradley Schneider      bradley.schneider@mto.com
- Edward L. Schnitzer      eschnitzer@ckrlaw.com
- Ray C Schrock      ray.schrock@weil.com, matthew.goren@weil.com
- Christopher P. Schueller      christopher.schueller@bipc.com,
  timothy.palmer@bipc.com;donna.curcio@bipc.com
- H. Jeffrey Schwartz      hjschwartz@mckoolsmith.com, hjschwartz@mckoolsmith.com
- Gary F Seitz      gseitz@gsbblaw.com, gary.seitz@gmail.com
- Michelle Marie Sekowski      msekowski@herrick.com,
  courtnotices@herrick.com;lporetsky@herrick.com;maustin@herrick.com
- Stephen      B.      Selbst      sselbst@herrick.com,
  courtnotices@herrick.com;lporetsky@herrick.com
- Richard M. Seltzer      rseltzer@cwsny.com, ecf@cwsny.com
- Pearl Shah      pshah@mcgrailbensinger.com
- Yaron Shaham      yshaham@kahanafeld.com
- Michael Abtin Shakouri      mshakouri@goodkinlynch.com
- Ross G Shank      rshank@kasowitz.com, courtnotices@kasowitz.com
- Karen Sheehan      ksheehan@flwlaw.com, jspiegelman@flwlaw.com
- Bradley S. Shraiberg      bss@slp.law,
  dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com
- Michelle E. Shriro      mshriro@singerlevick.com, scotton@singerlevick.com

- Andrew I. Silfen       andrew.silfen@arentfox.com,
  beth.brownstein@arentfox.com;jordana.renert@arentfox.com;lisa.indelicato@arentfox.c
  om;sean.boren@arentfox.com
- Leah Silverman       lsilverman@opeaklp.com
- Daniel M. Silvershein       daniel@dmsilverlaw.com
- Kevin J. Simard       ksimard@choate.com
- Wendy M. Simkulak       wmsimkulak@duanemorris.com
- Sunny Singh       sunny.singh@weil.com,
  Andriana.Georgallas@weil.com;Paloma.VanGroll@weil.com;Vincent.Yiu@weil.com;Ph
  ilip.DiDonato@weil.com
- Peter B. Siroka       peter.siroka@friedfrank.com,
  aaron_rothman@friedfrank.com;alix.brozman@friedfrank.com;ManagingAttorneysDepa
  rtment@friedfrank.com
- Doug Skierski       enotices@skijain.com
- Daniel W. Sklar       dsklar@nixonpeabody.com, ccarlin@nixonpeabody.com
- Stanley M Slonaker       Stan@SSlonaker.us
- Patrick Slyne       pkslyne@ssbny.com
- Aaron C. Smith       asmith@lockelord.com,
  chicagodocket@lockelord.com;jcataldo@lockelord.com
- Neal Smith       nsmith@robbins-schwartz.com
- Steven B Smith       ssmith@herrick.com,
  ssmith@herrick.com;lporetsky@herrick.com;courtnotices@herrick.com
- Natasha M. Songonuga       nsongonuga@gibbonslaw.com
- Owen M. Sonik       osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com
- James E. Sorenson       bk@svllaw.com, jim@svllaw.com
- Fredric Sosnick       fsosnick@shearman.com
- Sean C. Southard       ssouthard@klestadt.com
- Penny R. Stark       pstarkesq@gmail.com
- Matthew Benjamin Stein       mstein@kasowitz.com, courtnotices@kasowitz.com
- Miriam R Stein       mstein@chuhak.com
- Rick Aaron Steinberg       rsteinberg@pricemeese.com
- Richard A. Stieglitz       RStieglitz@cahill.com,
  MMcLoughlin@cahill.com;ma@cahill.com
- Sabrina L. Streusand       streusand@slollp.com, prentice@slollp.com
- Philip E. Strok       pstrok@swelawfirm.com,
  gcruz@swelawfirm.com;csheets@swelawfirm.com;jchung@swelawfirm.com
- Enid Nagler Stuart       enid.stuart@ag.ny.gov, leo.gagion@ag.ny.gov
- Joshua Sturm       joshua.sturm@ropesgray.com
- Kevin N Summers       ksummers@dflaw.com
- Matthew G. Summers       summersm@ballardspahr.com, lanoc@ballardspahr.com
- Vivek Suri       info@viveksuri.com, lawyer@surilawoffice.com
- Casey Cantrell Swartz       cswartz@taftlaw.com

- Daniel R. Swetnam       Daniel.Swetnam@icemiller.com, Deborah.Martin@icemiller.com

- Douglas T. Tabachnik      dtabachnik@dttlaw.com, rdalba@dttlaw.com
- Stanley B. Tarr      tarr@blankrome.com
- David R Taxin      davidtaxin@dahannowick.com
- Andrew Tenzer      andrewtenzer@paulhastings.com
- Brett S. Theisen      btheisen@gibbonslaw.com
- David L. Tillem      tillemd@wemed.com
- Linda      M.      Tirelli      ltirelli@tw-lawgroup.com,      alopez@tw-lawgroup.com;mshowers@tw-lawgroup.com;notices@tw-lawgroup.com;nhauptman@tw-lawgroup.com
- My Chi To      mcto@debevoise.com
- David G. Tobias      dtobias@tobiaslawpc.com
- Gordon J. Toering      gtoering@wnj.com
- Kevin Tompsett      ktompsett@harrisbeach.com, frichenberg@harrisbeach.com
- Michael Tsang      mtsang@tsanglawfirm.com
- Ronald M. Tucker      rtucker@simon.com, bankruptcy@simon.com
- Curtis Lee Tuggle      curtis.tuggle@thompsonhine.com, ECFDocket@thompsonhine.com
- Andrew P. Tureaud      atureaud@kblaw.com, atureaud@kblaw.com
- Bethany Turke      brt@wexlerwallace.com, ecf@wexlerwallace.com
- Marshall C. Turner      marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com
- United States Trustee      USTPRegion02.NYECF@USDOJ.GOV
- Veronique Urban      vurban@farrellfritz.com
- Seth Van Aalten      svanaalten@cooley.com, efiling-notice@ecf.pacerpro.com
- James Christopher Vandermark      vandermarkj@whiteandwilliams.com
- Lori V. Vaughan      lvaughan@trenam.com, mmosbach@trenam.com;mwoods@trenam.com
- James J. Vincequerra      James.Vincequerra@alston.com
- Eli J. Vonnegut      eli.vonnegut@davispolk.com
- Kaitlin R. Walsh      KRWalsh@mintz.com, docketing@mintz.com
- David H. Wander      dhw@dhclegal.com
- Eric Waxman      eric.waxman@cwt.com, nyecfnotice@cwt.com
- Andrew W. Weaver      aweaver@cgsh.com, maofiling@cgsh.com
- Adam J. Webb      awebb@fbtlaw.com
- Daniel J. Weiner      dweiner@schaferandweiner.com
- William P. Weintraub      wweintraub@goodwinprocter.com, gfox@goodwinprocter.com
- Robert A Weisberg      rweisberg@carsonfischer.com, njudge@carsonfischer.com
- Erica Weisgerber      eweisgerber@debevoise.com, eweisgerber@debevoise.com
- Elizabeth Weller      dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
- 
- Eric R. Wilson      KDWBankruptcyDepartment@Kelleydrye.com;
- MVicinanza@ecf.inforuptcy.com

- Garth D. Wilson       wilson.garth@pbgc.gov, efile@pbgc.gov
- Jeffrey C. Wisler       jwisler@connollygallagher.com
- Samuel C. Wisotzkey       swisotzkey@kmksc.com, kmksc@kmksc.com
- Norman C Witte       ncwitte@wittelaw.com, mmallswede@wittelaw.com
- Lee E. Woodard       bkemail@harrisbeach.com,
  ktompsett@harrisbeach.com;kgriffith@harrisbeach.com
- Melissa S. Woods       mwoods@cwsny.com, ecf@cwsny.com
- Derek L. Wright       dlwright@foley.com
- Thomas Yanega       ty@devacklaw.com
- Megan Young       megan.john@mhllp.com
- Rafael X. Zahralddin       rxza@elliottgreenleaf.com
- Marc A. Zelina       marc.zelina@lw.com
- Matthew C. Ziegler       matthew.ziegler@morganlewis.com
- Tom Zimmerman       tom@attorneyzim.com, firm@attorneyzim.com
- Scott A. Zuber       szuber@csglaw.com, ecf@csglaw.com
- Evan J. Zucker       ezucker@blankrome.com,
  nybankruptcydocketing@blankrome.com;eDocketing@blankrome.com
- Richard L. Zucker       rzucker@lasserhochman.com
- Paul H. Zumbro       pzumbro@cravath.com, mao@cravath.com


/s/ Sherri K. Simpson
Sherri K. Simpson