MCGRAIL & BENSINGER LLP
Ilana Volkov, Esq.
Pearl Shah, Esq.
888-C 8th Avenue #107
New York, NY 10019
Telephone: (908) 801-6056

-and-

TAYLOR ENGLISH DUMA LLP
John W. Mills, Esq.
1600 Parkwood Place, Suite 200
Atlanta, Georgia 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376

*Attorneys for BrightView Landscape Services*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK      Chapter 11

| In re | Case No. 18-23538 (RDD) |
|---|---|
| SEARS HOLDINGS CORPORATION, et al., | (Jointly Administered) |
| Debtors. | |

## WITHDRAWAL OF OBJECTION TO NOTICE OF ASSUMPTION AND ASSIGNMENT OF ADDITIONAL CONTRACTS AND DESIGNATION OF LEASES

**PLEASE TAKE NOTICE** that BrightView Landscape Services, formerly known as The Brickman Group, Ltd., by and through its undersigned counsel, hereby withdraws its Objection to Notice of Assumption and Assignment of Additional Contracts and Designation of Leases [Docket No. 3105], filed in the above captioned matter on April 9, 2019.

Dated: April 11, 2019
      New York, NY

           MCGRAIL & BENSINGER LLP

           */s/ Pearl Shah*
           Pearl Shah, Esq.
           Ilana Volkov, Esq.
           888-C 8th Avenue #107
           New York, NY 10019
           Tel: (908) 801-6056

           -and-

           John W. Mills, Esq.
           TAYLOR ENGLISH DUMA LLP
           1600 Parkwood Circle, Ste. 200
           Atlanta, Georgia 30339
           Tel: 770-434-6868
           Fax: 770-434-7376
           jmills@taylorenglish.com

           *Attorneys for BrightView Landscape Services*