UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

In re:

Sears Holding Corporation, et. al.   CHAPTER 11

Debtors.   Case No. 18-23538-rdd
---------------------------------------------------------------------X

<u>AFFIDAVIT OF SERVICE OF RESPONSE (NO. 3132) TO DEBTORS' MOTION (NO. 3033)
TO ASSUME UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY</u>

STATE OF NEW YORK
COUNTY OF WESTCHESTER)ss:

David R. Taxin, being duly sworn, deposes and states that he is over 18 years of age and a member of the law firm Dahan & Nowick LLP, attorneys for 5525 S. Soto St. Associates ("Landlord") in the above action. On April 11, 2019, after electronically filing Landlord's Response to Debtors' Motion (No. 3033) to Assume Unexpired Lease of Nonresidential Real Property (Docket No. 3132, the "Response"), I served the Response as follows: (i) by email upon those persons identified in Exhibit A, (ii) by first class mail on those persons identified in Exhibit B, and (iii) by hand delivery to the Clerk of the Bankruptcy Court at 300 Quarropas Street, for the Honorable Robert D. Drain marked "Chambers Copy" and for the U.S. Trustee marked "U.S. Trustee Copy".

_____
David R. Taxin

Sworn to before this 11th day of April, 2019

_____
Notary Public

MARC DAHAN
Notary Public, State of New York
No. 4500543
Qualified in Westchester County
Commission Expires March 30, 20~~19~~ 23

1

G:\DRT\AOS Response to Motion to Assume Lease 041119.doc

Exhibit A

## David Taxin

| | |
|---|---|
| **From:** | David Taxin |
| **Sent:** | Thursday, April 11, 2019 1:17 PM |
| **To:** | 'ray.schrock@weil.com'; 'garrett.fail@weil.com'; 'jacqueline.marcus@wil.com'; 'sunny.singh@weil.com'; 'Paul.Leake@skadden.com'; 'Shana.Elberg@skadden.com'; 'George.Howard@skadden.com'; 'soneal@cgsh.com'; 'aweaver@cgsh.com'; 'bfeder@kelleydrye.com'; 'KDW Bankruptcy'; 'emfox@seyfarth.com'; 'gadsden@clm.com'; 'braynor@lockelord.com'; 'asmith@lockelord.com'; 'idizengoff@akingump.com'; 'pdublin@akingump.com'; 'sbrauner@akingump.com'; 'aquereshi@akingump.com'; 'marshall.huebner@davispolk.com'; 'eli.vonnegut@davispolk.com'; 'paul.schwartzberg@usdoj.gov'; 'richard.morrissey@usdoj.gov'; 'saulreiss@verizon.net' |
| **Subject:** | In re Sears Holding Corporation, Chapter 11 case No. 18-23538 - rdd |
| **Attachments:** | Landlord Response_20190411075035.pdf |

Attached is a copy of Response to Debtors' Motion (No. 3033) to Assume Unexpired Lease of Nonresidential Real Property which we filed today (# 3132) on behalf of the landlord under the Warehouse Lease (as defined in No. 3033).

David R. Taxin
Dahan & Nowick LLP
123 Main Street, 9th Floor
White Plains, New York 10601
Main Tel: (914) 461-1650
Direct Line: (914) 461-1643
Fax: (914) 761-2196
email: davidtaxin@dahannowick.com

1

## David Taxin

| | |
|---|---|
| From: | David Taxin |
| Sent: | Thursday, April 11, 2019 1:22 PM |
| To: | 'jacqueline.marcus@weil.com' |
| Subject: | FW: In re Sears Holding Corporation, Chapter 11 case No. 18-23538 - rdd |
| Attachments: | Landlord Response_20190411075035.pdf |

Ms. Marcus, please see the below email and attachment; I had apparently misspelled your email address on initial sending.

David R. Taxin
Dahan & Nowick LLP
123 Main Street, 9th Floor
White Plains, New York 10601
Main Tel: (914) 461-1650
Direct Line: (914) 461-1643
Fax: (914) 761-2196
email: davidtaxin@dahannowick.com

**From:** David Taxin
**Sent:** Thursday, April 11, 2019 1:17 PM
**To:** 'ray.schrock@weil.com'; 'garrett.fail@weil.com'; 'jacqueline.marcus@wil.com'; 'sunny.singh@weil.com'; 'Paul.Leake@skadden.com'; 'Shana.Elberg@skadden.com'; 'George.Howard@skadden.com'; 'soneal@cgsh.com'; 'aweaver@cgsh.com'; 'bfeder@kelleydrye.com'; 'KDW Bankruptcy'; 'emfox@seyfarth.com'; 'gadsden@clm.com'; 'braynor@lockelord.com'; 'asmith@lockelord.com'; 'idizengoff@akingump.com'; 'pdublin@akingump.com'; 'sbrauner@akingump.com'; 'aquereshi@akingump.com'; 'marshall.huebner@davispolk.com'; 'eli.vonnegut@davispolk.com'; 'paul.schwartzberg@usdoj.gov'; 'richard.morrissey@usdoj.gov'; 'saulreiss@verizon.net'
**Subject:** In re Sears Holding Corporation, Chapter 11 case No. 18-23538 - rdd

Attached is a copy of Response to Debtors' Motion (No. 3033) to Assume Unexpired Lease of Nonresidential Real Property which we filed today (# 3132) on behalf of the landlord under the Warehouse Lease (as defined in No. 3033).

David R. Taxin
Dahan & Nowick LLP
123 Main Street, 9th Floor
White Plains, New York 10601
Main Tel: (914) 461-1650
Direct Line: (914) 461-1643
Fax: (914) 761-2196
email: davidtaxin@dahannowick.com

1

**David Taxin**

| | |
|---|---|
| **From:** | David Taxin |
| **Sent:** | Thursday, April 11, 2019 2:21 PM |
| **To:** | 'aqureshi@akingump.com' |
| **Subject:** | FW: In re Sears Holding Corporation, Chapter 11 case No. 18-23538 - rdd |
| **Attachments:** | Landlord Response_20190411075035.pdf |

Please see below email and attachment, I may have misspelled your name on the initial email.

David R. Taxin
Dahan & Nowick LLP
123 Main Street, 9th Floor
White Plains, New York 10601
Main Tel: (914) 461-1650
Direct Line: (914) 461-1643
Fax: (914) 761-2196
email: davidtaxin@dahannowick.com

**From:** David Taxin
**Sent:** Thursday, April 11, 2019 1:17 PM
**To:** 'ray.schrock@weil.com'; 'garrett.fail@weil.com'; 'jacqueline.marcus@wil.com'; 'sunny.singh@weil.com'; 'Paul.Leake@skadden.com'; 'Shana.Elberg@skadden.com'; 'George.Howard@skadden.com'; 'soneal@cgsh.com'; 'aweaver@cgsh.com'; 'bfeder@kelleydrye.com'; 'KDW Bankruptcy'; 'emfox@seyfarth.com'; 'gadsden@clm.com'; 'braynor@lockelord.com'; 'asmith@lockelord.com'; 'idizengoff@akingump.com'; 'pdublin@akingump.com'; 'sbrauner@akingump.com'; 'aquereshi@akingump.com'; 'marshall.huebner@davispolk.com'; 'eli.vonnegut@davispolk.com'; 'paul.schwartzberg@usdoj.gov'; 'richard.morrissey@usdoj.gov'; 'saulreiss@verizon.net'
**Subject:** In re Sears Holding Corporation, Chapter 11 case No. 18-23538 - rdd

Attached is a copy of Response to Debtors' Motion (No. 3033) to Assume Unexpired Lease of Nonresidential Real Property which we filed today (# 3132) on behalf of the landlord under the Warehouse Lease (as defined in No. 3033).

David R. Taxin
Dahan & Nowick LLP
123 Main Street, 9th Floor
White Plains, New York 10601
Main Tel: (914) 461-1650
Direct Line: (914) 461-1643
Fax: (914) 761-2196
email: davidtaxin@dahannowick.com

1

Exhibit B

DAHAN & NOWICK LLP
123 MAIN STREET
WHITE PLAINS, NEW YORK 10601



Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, Illinois  60179
Attn:   Stephen Sitley, Esq. and
            Luke J. Valentino, Esq.

DAHAN & NOWICK LLP
123 MAIN STREET
WHITE PLAINS, NEW YORK 10601



Office of the United States Trustee
  for Region 2
201 Varick Street, Suite 1006
New York, New York  10014
Attn:  Paul Schwartzberg, Esq.

DAHAN & NOWICK LLP
123 MAIN STREET
WHITE PLAINS, NEW YORK 10601



Shason Inc. d/b/a designersstop.com
4940 B. Triggs Street
Commerce, CA  90022

DAHAN & NOWICK LLP
123 MAIN STREET
WHITE PLAINS, NEW YORK 10601



Henry Shahery
9777 Wilshire Blvd.
Beverly Hills, CA  90212

AN & NOWICK LLP
123 MAIN STREET
PLAINS, NEW YORK 10601



NEOPOST
FIRST-CLASS MAIL
$000.50⁰
04/11/2019 ZIP 10601
042L14813751
US POSTAGE

51ˢᵗ Street Partnership
2700 Fruitland Avenue
Vernon, CA  90058