KOZONIS & KLINGER, LTD
Kevin J. Reid
4849 N. Milwaukee Ave, Ste 300
Chicago, Illinois 60630
(773) 545-9607

*Attorneys for Demetrios L. Kozonis c/o Mega Properties, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION., et al.,1 | : | Case No. 18-23538-RDD |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

**CERTIFICATE OF SERVICE FOR OBJECTION OF DEMETRIOS L. KOZONIS TO NOTICE OF REJECTION OF CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND ABANDONMENT OF PROPERTY IN CONNECTION THEREWITH**

I, Kevin J. Reid, HEREBY CERTIFY, that a copy of the below listed documents were served on all parties receiving CM/ECF notices in this case on April 10, 2019, and on the following Standard Parties and Parties Listed in Notice of Rejection [DE 1076] in the manners as identified below.

**DOCUMENTS SERVED:**

- OBJECTION OF DEMETRIOS L. KOZONIS TO NOTICE OF REJECTION OF CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND ABANDONMENT OF PROPERTY IN CONNECTION THEREWITH
- Exhibit A (Debtor's Lease and Extension);
- Exhibit B (Affidavit of Linda Nalley);
- Exhibit C (Emails between Linda Nalley and Charlotte Taylor);
- Exhibit D (December 13, 2018 Email from Linda Nalley to Charlotte Taylor).

**VIA FIRST CLASS MAIL, POSTAGE PREPAID, BEFORE 5PM ON APRIL 10, 2019**

The Chambers of the Honorable Judge Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 248, White Plains, New York 10601

1

Office of the United States Trustee for Region 2, 201 Varick Street, Suite 1006, New York, New York 10014
Attn:   Paul Schwartzberg, Esq.,
        Richard Morrissey, Esq.

Sears Holding Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179
For Debtors

Weil, Gotshal & Mangers, LLP, 767 Fifth Avenue, New York, New York 10153
Attorneys for the Debtors
Attn:   Ray C. Schrock, P.C.,
        Jacqueline Marcus, Esq.,
        Garrett A. Fail. Esq.,
        Sunny Singh, Esq.,
        Jessica Liou, Esq.

Sears, Roebuck and Co., 3333 Beverly Road, Hoffman Estates, Illinois 60179
Attn: Vice President, Real Estate Department 824RE

Skadden, Arps, Slate, Meagher & Flom, LLP, 4 Times Square, New York, New    York 10036
Counsel for the DIP ABL Agent
Attn:   Paul D. Leake, Esq.,
        Shana A. Elberg, Esq.
        George R. Howard, Esq.

Akin Gump Strauss & Feld LLP, One Bryant Park, New York, NY 10036
Counsel for the Official Committee of Unsecured Creditors
Attn:   Philip C. Dublin, Esq.,
        Ira Dizengoff, Esq.,
        Sara Lynne Brauner, Esq.

Sears, Roebuck and Co., 3333 Beverly Road, Hoffman Estates, Illinois 60179
Attn: Assistant General Counsel, Real Estate, Department 766X

Davis Polk & Wardell LLP, 450 Lexington Avenue, New York, NY, 10017
Attorneys for Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility
Attn:   Marshall S. Huebner, Esq.,
        Eli J. Vonnegut, Esq.)

Cleary, Gottlieb, One Liberty Plaza, New York, NY, 10006
Attorneys for JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility
Attn:   Sean A. O'Neal, Esq

Kelley Drye & Warren LLP, 101 Park Avenue, New York, NY 10178
Attorneys for Computershare Trust Company, N.A., as trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes

Attn:   Eric R. Wilson, Esq.,
        Benjamin D. Feder, Esq.,
        T. Charlie Liu, Esq

Wilmington Trust, National Association, Corporate Capital Markets, 50 South Sixth Street, Suite 1290, Minneapolis, MN 55402
As indenture trustee for the Second Lien Notes
Attn:   Sears Holdings Corp. Administrator

Carter Ledyard & Milburn LLP, 2 Wall Street, New York, NY 10015
Attorneys for The Bank of New York Mellon Trust Company, as successor trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes
Attn:   James Gadsden, Esq.

**VIA EMAIL ON APRIL 11, 2019**

richard.morrissey@usdoj.gov
paul.schwartzberg@usdoj.gov
gadsden@clm.com
idizengoff@akingump.com
pdublin@akingump.com
aqureshi@akingump.com
sbrauner@akingump.com
soneal@cgsh.com
KDWBankruptcyDepartment@KelleyDrye.com
bfeder@kelleydrye.com
Paul.Leake@skadden.com
Shana.Elberg@skadden.com
George.Howard@skadden.com
ray.schrock@weil.com
garret.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com
JeriLeigh.Miller@weil.com
jessica.liou@weil.com
Paloma.VanGroll@weil.com
Jared.Friedmann@weil.com
Jessie.Mishkin@weil.com

Dated: Chicago, Illinois
April 11, 2019

By:    /s/ Kevin J. Reid_____
       Kevin J. Reid