**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

IN RE                                                      CHAPTER 11

SEARS HOLDINGS CORPORATION, ET AL.      CASE NO.  18-23538 (RDD)

                              DEBTOR               (Jointly Administered)

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Stephen A. Corr, to be admitted, *pro hac vice*, to represent John Fraser, (the "Client") an individual unsecured creditor/personal injury claimant in the above-captioned case, and upon movant's certification that the movant is a member in good standing of the bar of the Commonwealth of Pennsylvania and the bar of the U.S. District Court for the Eastern District of Pennsylvania, it is hereby

**ORDERED**, that Stephen A. Corr, Esquire, is admitted to practice, ***pro hac vice***, in the above-captioned case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York        /s_____
                                 UNITED STATES BENKRUPTCY JUDGE

{00862635/}

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

---

IN RE                                                         CHAPTER 11

SEARS HOLDINGS CORPORATION, ET AL.       CASE NO.  18-23538 (RDD)

                      DEBTOR            (Jointly Administered)

---

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Stephen A. Corr, request admission, *pro hac vice*, before the Honorable Robert D.

Drain, to represent John Fraser, an individual, as an unsecured creditor/personal injury claimant

in the above-captioned matter.

I certify that I am a member in good standing of the bar of the Commonwealth of

Pennsylvania and the bar of the U.S. District Court for the Eastern District of Pennsylvania.  A

Certificate of Good Standing from the Supreme Court of Pennsylvania is attached as **Exhibit A**.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: <u>April 11, 2019</u>          <u>/s      Stephen A. Corr</u>

                               Stephen A. Corr, Esquire
                               Pa. Bar No. 65266
                               BEGLEY, CARLIN & MANDIO, LLP
                               680 Middletown Boulevard
                               Langhorne, PA  19047
                               (215) 750-0110
                               scorr@begleycarlin.com

{00862635/}