Boyd B. Moss III, Esq.  
Marcus A. Berg, Esq.  
Drue R. Solomon, Esq.  
mail@mossberglv.com



4101 Meadows Ln., Suite 110  
Las Vegas, NV 89107  
Phone: (702) 222-4555  
Fax: (702) 222-4556

March 14, 2019

*Via Certified Mail:*

ATTN: Vito Genna, Clerk of the Bankruptcy Court  
Office of the Clerk of the Bankruptcy Court  
Clerk of the United States Bankruptcy Court  
300 Quarropas Street  
White Plains, New York 10601

|  |  |  |  |
|---|---|---|---|
| Re: | Individual | : | Justine McGough |
|  | Social Security No. | : | XXX-XX-8310 |
|  | Date of Birth | : | 04/26/1991 |
|  | Date of Loss | : | 05/03/2018 |
|  | Case Name | : | SEARS HOLDINGS CORPORATION, et al., |
|  | Case Number | : | 18-23538 (RDD) |

Dear Sir or Madam:

Please be advised that this office no longer represents Justine McGough in regards to the above-referenced matter.

Please contact our office is you have any questions regarding the foregoing.

Sincerely,

MOSS BERG INJURY LAWYERS

BOYD B. MOSS III, ESQ.

BBM/rra  
Enclosure

Boyd B. Moss III, Esq.
Marcus A. Berg, Esq.
Drue R. Solomon, Esq.
mail@mossberglv.com


MOSS BERG
INJURY LAWYERS

4101 Meadows Ln., Suite 110
Las Vegas, NV 89107
Phone: (702) 222-4555
Fax: (702) 222-4556

November 20, 2018

Justine McGough
6300 W Lake Mead Blvd., #2045
Las Vegas, NV 89108

RE:  Your Personal Injury Claim of May 3, 2018

Dear Ms. McGough,

This letter will confirm that our firm no longer represents you regarding the injuries you sustained in the above-referenced incident.

If you desire to continue with your claim, a lawsuit must be filed with the court no later than **May 2, 2020. If you do not resolve the claim or file suit within the two-year (2) time frame, your claim shall be forever barred by the statute of limitations and no recovery will be possible.**

If you would like a copy of your file, please contact my office and we will make it available to you.

Sincerely,

MOSS BERG INJURY LAWYERS

BOYD B. MOSS III, ESQ.

BBM/st