3-19-19

To Whom It May Concern,

I have been trying for over a week calling the number sent with by US Bankruptcy Court to no avail.

I don't understand what has to be done in order to submit my name to the list for Sears Holding Corp., (Chapter 11) case # 18-23538 (RDD)

Since I do owe some stock and I would have to think since I received this notice you have a listing of my stocks.

Please enter my name on that list.

I have tried Prime Clerk as well as E-mart so I would appreciate your help.

                Sincerely,
                Charlotte Cinque

For I know well the plans I have in mind for you — oracle of the LORD — plans for your welfare and not for woe, so as to give you a future of hope.
— Jeremiah 29:11

(over)

561-660-5874

Charlotte Cinque
140 Lake Nancy Ln Apt 313
West Palm Beach FL 33411

3-19-19

To Whom It May Concern

I have been trying for over a week calling the number sent with by US Bankruptcy Court to no avail.

I don't understand what has to be done in order to submit my name to the list for Sears Holding Corp. (Chapter 11) case # 18-23538 (RDD)

Since I do owe some stock and I would have to think since I received this notice you have a listing of my stocks.

Please enter my name on that list.

I have tried Prime Clerk as well as E-mart so I would appreciate your help.

Sincerely,
Charlotte Cinque

*For I know well the plans I have in mind for you — oracle of the LORD — plans for your welfare and not for woe, so as to give you a future of hope.*
— Jeremiah 29:11

(over)

P.S. I CANNOT AFFORD AN ATTORNEY.