| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE | ABANDONED FIXTURES AND EQUIPMENT |
|---|---|---|---|---|---|---|
| 1221 | Northwood Investors dba NW Springs LLC 575 Fifth Avenue, 23rd Floor  New York, NY 10170 | Lands' End Attn: Sr.Vice President &  General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 1650 Briargate Blvd Chapel Hills, CO 80920 | 3/27/2019 | IT, Compactor, Stockroom bins and shelving, department fixtures, carts, fitting rooms, cash wraps, AP equipment, office furniture |
| 4893 | Great Eastern Corporation d/b/a North River Village GEC, LLC c/o Casto Southeast Realty Services LLC  5391 Lakewood Ranch Blvd. Suite 100 Sarasota, FL 34240 | N/A | Kmart Corporation | 6126 Highway 301 Ellenton, FL 34222 | 3/27/2019 | Vendor fixtures, IT equipment, shelving, counters, fixtures, material handling equipment, carts, office furniture |
| 1745 | WPG Westshore LLC c/o Washington Prime Group, Inc. Attn: General Counsel 180 East Broad Street - 21st floor Columbus, OH 43215 | N/A | Sears, Roebuck and Co. | 347 Westshore Plz Tampa/Westshore, FL 33609 | 3/27/2019 | Fixture Purchase of 2 4'Jewelry Cases, 1 2x2 corner case, 1 entrance jewelry case and one spinner section between the cases<br>626 Built-in Cooking Display Wall Fixture<br>Strength Training Weight Display Rack<br>5 Shelf etagere |
| 2422 | Southern Hills Mall, LLC c/o Washington Prime Group Inc.  Chase Tower, 111 Monument Circle  Indianapolis, IN 46204 | N/A | Sears, Roebuck and Co. | 4480 Sergeant Rd Sioux City, IA 51106 | 3/27/2019 | Office furniture, broken trash compactor, AP equipment, office/jewelry safes, cash wraps, Appliances fixtures, apparel tables [universal tables, 3-tier tables], footwear shelving |
| 2990 | Cherryvale Mall LLC C/O CBL & Associates Management, Inc. Attn: President CBL Center, Suite 500 2030 Hamilton Place Chattanooga, TN 37421 | N/A | Sears, Roebuck and Co. | 7200 Harrison Ave Rockford-Cherryvale, IL 61112 | 3/27/2019 | N/A |
| 9030 | Peru K-M Company, LLC c/o William Felton Associates, Inc. 166 Kings Hwy North  Westport, CT 06880 | N/A | Kmart Corporation | 11 Sherwood Square Peru, IN 46970 | 3/27/2019 | Trade fixtures,it equipment,shelving,office furniture,fixtures/counters |
| 1226 | Richards Canal Street Property LLC  4436 Veterans Memorial Blvd. Suite 1000 Metairie, LA 70006 | N/A | Sears, Roebuck and Co. | 4400 Veterans Mem Blvd Metairie, LA 70006 | 3/27/2019 | N/A |
| 9520 | Delmar Plaza Holdings, LLC  225 Springhill Memorial Place Mobile, AL 36608 | N/A | Kmart Corporation | 12057-A Highway 49 Gulfport, MS 39503 | 3/27/2019 | Safe, customer service desk,check out stands, all carmera and domes,several of filters for a/c, fitting room,conveyor belt |
| 1045 | Northwood Investors  dba NW Northgate II LLC 575 Fifth Avenue, 23rd Floor  New York, NY 10170 | N/A | Sears, Roebuck and Co. | 1620 Guess Rd Durham-Northgate, NC 27701 | 3/27/2019 | N/A |
| 9319 | Frontier Management LLC  1721 Broadway P.O. Box 2396 Scottsbluff, NE 69363 | N/A | Kmart Corporation | 1515 W 3Rd Alliance, NE 69301 | 3/27/2019 | N/A |
| 9096 | Midstate Properties Company, Ltd.  c/o Paran Management Company, Ltd 2720 Van Aken Blvd. Suite 200 Cleveland, OH 44120-2227 | N/A | Kmart Corporation | 620 Plaza Dr Fostoria, OH 44830 | 3/27/2019 | Old style gondolas, 5 register stands with registers, service desk with register, hazmat items neatly in the hazmat area, and one gaylord pallet of scrap electrical items |
| 1210 | Polaris Fashion Place II, LLC c/o Washington Prime Group, Inc. Chase Tower, 111 Monument Circle  Indianapolis, IN 46204 | Lands' End Attn: Sr.Vice President &  General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 1400 Polaris Pkwy Polaris, OH 43240 | 3/27/2019 | Store fixtures<br>Material handling equipment<br>Office Furniture<br>Wood and Plastic Pallets<br>Public Address Tower<br>Empty Loss prevention tower formerly CCTV Unit. CCTV system that is mounted in the ceiling etc.<br>Ladder<br>Light bulbs and ballasts |
| 2494 | Namco Realty LLC & Logan Valley Realty LLC  c/o Namdar Realty Group, LLC 150 Great Neck Road Suite 304 Great Neck, NY 11021 | N/A | Sears, Roebuck and Co. | 5580 Goods Lane Suite 1005 Altoona, PA 16602 | 3/27/2019 | Compactor, a few tables ,a few 4 way racks, co stands, office furniture , AP cameras in ceiling |
| 1644 | GGP LP Real Estate, Inc.  C/o Park City Center Business Trust Attn: Law/Lease Administration Department 350 N. Orleans Street, Suite 300 Chicago, IL 60654-1607 | Lands' End Attn: Sr.Vice President &  General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 200 Park City Ctr Lancaster, PA 17601 | 3/27/2019 | N/A |
| 7062 | Libby Dial Enterprises, LLC c/o H.L. Libby Corporation 803 Commonwealth Dr  Warrendale, PA 15086 | N/A | Kmart Corporation | 1143 Broad St Sumter, SC 29150 | 3/27/2019 | Trade fixtures, IT equipments, shelving,material handling equipment, office furniture, fixtures and counters |
| 4170 | Community Enhancement, LLC  520 Kansas City Street Suite 101 Rapid City, SD 57701 | MTS Enterprises LLC Todd 4245 Bennett Road c/o MTS Enterprises LLC Rapid City, SD 57701 | Kmart Corporation | 1111 E North St Rapid City, SD 57701 | 3/27/2019 | 86 Gondolas- shelves scrapped<br>406 Shopping Carts<br>1 Bike Rack<br>54 Quads<br>67 4-way clothing racks<br>13 jewelry cases<br>16 register bays |
| 2036 | OLD HICKORY MALL VENTURE II, LLC C/O CBL & Associates Management, Inc.  Attn:  President CBL Center, Suite 500, 2030 Hamilton Place Blvd. Chattanooga, TN 37421 | N/A | Sears, Roebuck and Co. | 2021 N Highland Ave Jackson, TN 38305 | 3/27/2019 | N/A |
| 1387 | Dillard Texas Central LLC c/o Dillard's Inc. 1600 Cantrell Road  Little Rock, AR 72201 | N/A | Sears, Roebuck and Co. | 7701 I-40 W Amarillo, TX 79121 | 3/27/2019 | N/A |
| 2487 | Wells Fargo Bank, N.A., as Trustee for CSMS 2008-C1 c/o C-III Asset Management LLC Attn: Laura McWilliams 5221 N. O'Connor Blvd., Suite 800 Irving , TX 75039 | N/A | Sears, Roebuck and Co. | 2000 Killeen Mall Killeen, TX 76543 | 3/27/2019 | Office furniture, apparel racks, two office safes, IT equipment, cash wraps, and 12 shopping carts |

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE | ABANDONED FIXTURES AND EQUIPMENT |
|---|---|---|---|---|---|---|
| 1207 | Atrocorinth Beltine & Plano, LLC c/o ATR Corinth Partners, LLC 4645 N. Central Expressway 200 Knox Place, Suite 200 Dallas, TX 75205 | N/A | Sears, Roebuck and Co. | 201 S Plano Rd Richardson, TX 75081 | 3/27/2019 | 5 pallets electronic shred, 2 cash wraps, electromics bunkers, bc builtins, 1 old safe with round door-no combo, 2 shoe runs, 3 light duty wood stkrm runs, ap equip rack G20(empty) ap cameras in ceiling, 6 4' jewelry cases |
| 1367 | Dillard Texas Central LLC c/o Dillard's Inc. 1600 Cantrell Road Little Rock, AR 72201 | N/A | Sears, Roebuck and Co. | 6001 W Waco Dr Waco, TX 76710 | 3/27/2019 | Trade fixtures, IT equipment, shelving, office furniture, fixtures/counters |
| 2435 | Charlottesville Fashion Square, LLC c/o Washington Prime Group, Inc. Attn: General Counsel 180 East Broad Street Columbus, OH 43215 | Lands' End Attn: Sr.Vice President & General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 1531 Rio Rd E Charlottesville, VA 22901 | 3/27/2019 | Office furniture, apparel racks, AP equipment, office safe, IT equipment, |
| 3692 | Unisource Centres, LLC, et. al. c/o Wangard Partners, Inc., Agent 1200 Mayfair Road Suite 310 Milwaukee, WI 53226 | N/A | Kmart Corporation | 1450 Summit Avenue Oconomowoc, WI 53066 | 3/27/2019 | N/A |
| 2056 | SRM-SPE, LLC dba Santa Rosa Mall c/o Radiant Partners LLC 145 West 45th Street 10th Floor New York, NY 10036 | N/A | Sears, Roebuck and Co. | 300 Mary Esther Blvd Mary Esther, FL 32569-1693 | 3/27/2019 | Safes, few whse racks, cash wraps, apparel fixtures |
| 1658 | SPS Portfolio Holdings II, LLC c/o Simon Property Group Attn: General Counsel 225 West Washington Street Indianapolis, IN 46204 | Lands' End, Inc. Attn: Sr.Vice President & General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 100 Santa Rosa Plz Santa Rosa, CA 95401-6381 | 3/27/2019 | Conveyor, trash compactor (built into building) |
| 7223 | GGS, LLC d/b/a Magnolia Shopping Center 201 St. Charles Avenue Suite 3201 New Orleans, LA 70170 | N/A | Kmart Corporation | 7000 Veterans Memorial Metairie, LA 70003-4497 | 3/27/2019 | Gondolas, shelving, register stands, service counter, softlines fixtures, office furniture, safe, jewelry counter, conveyor |
| 1414 | SPS Portfolio Holdings II, LLC c/o Simon Property Group Attn: General Counsel 225 West Washington Street Indianapolis, IN 46204 | Lands' End, Inc. Attn: Sr.Vice President & General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 75 W Route 59 Ste 100 Nanuet, NY 10954-2701 | 3/27/2019 | N/A |
| 1151 | SPS Portfolio Holdings II, LLC c/o Simon Property Group Attn: General Counsel 225 West Washington Street Indianapolis, IN 46204 | N/A | Sears, Roebuck and Co. | 6929 S Memorial Dr Tulsa Woodland Hls, OK 74133-2035 | 3/27/2019 | N/A |
| 1390 | SPS Portfolio Holdings II, LLC c/o Simon Property Group Attn: General Counsel 225 West Washington Street Indianapolis, IN 46204 | Lands' End, Inc. Attn: Sr.Vice President & General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 900 Briarwood Cir Ann Arbor, MI 48108-1618 | 3/27/2019 | N/A |
| 1357 | SPS Portfolio Holdings II, LLC c/o Simon Property Group Attn: General Counsel 225 West Washington Street Indianapolis, IN 46204 | N/A | Sears, Roebuck and Co. | 2901 S Capitol Of Texas Hwy Austin/Barton Creek, TX 78746-8101 | 3/27/2019 | N/A |
| 3424 | Regency Centers, L.P. c/o Regency Centers 1 Independent Drive Suite 114 Jacksonville, FL 32202 | N/A | Kmart Corporation | 900 N W 76 Boulevard Gainesville, FL 32606-6747 | 3/27/2019 | Office furniture/safe IT in ceiling hardline/softline fixtures/counters service desk |
| 3600 | RB 1993-1 Trust- Robinson c/o KM-SC, LLC, First Berkshire Properties, LLC 7978 Cooper Creek Blvd. Suite 100 University Park, FL 34201 VIAPORT PROPERTIES 10401 US HIGHWAY 441 SUITE 336-A LEESBURG, FL 34788 | N/A | Kmart Corporation | 93 West Campbell Rd Schenectady, NY 12306-6800 | 3/27/2019 | Fixtures, counters, office furniture, binning, shopping carts, baler |