

Kenneth B. Grear
*Direct:* 215.310.4734
*Cell:* 610.316.8842
kgrear@delucalevine.com

April 11, 2019

**VIA ECF FILING**
Clerk of the Court
United States Bankruptcy Court
For the Southern District of New York
300 Quarropas Street
Room 248
White Plains, NY 10601

Re:   Sears Holdings Corporation
      Bankruptcy Case No. : 18-23538-rdd
      Our Client/Name of Creditor:  Peter Fey

To the Clerk of the Court:

Please be advised that we have filed withdrawals of the proof of claim and the motion for relief from stay previously filed on behalf of our client Peter Fey.

As such, we do not wish to receive any further electronic filing notices associated with this case that thus far have been going to kgrear@delucalevine.com.

We greatly appreciate your assistance in this regard.

**Very truly yours,**

de LUCA LEVINE LLC

/c/Kenneth B. Grear
**KENNETH B. GREAR**

KBG/ag