UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                         :
                                              :        Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,         :
                                              :        Case No. 18-23538 (RDD)
                                              :
            Debtors.[1]                       :        (Jointly Administered)
-----------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

     I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

     On April 9, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Deadline for Filing Proofs of Claim, a copy which is attached as **Exhibit B**

- Proof of Claim form, a copy which is attached as **Exhibit C**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

On April 9, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the DN 2768 Notice Parties Service List attached hereto as **Exhibit D**:

- Motion of Debtors for Entry of an Order (A) Authorizing Rejection of Certain Executory Contracts, (B) Establishing Procedures for the Rejection of Executory Contracts, and (C) Granting Related Relief [Docket No. 2768]

On April 9, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the DN 2789 Notice Parties Service List attached hereto as **Exhibit E**:

- Notice of Corrected Exhibit to Motion of Debtors for Entry of an Order (A) Authorizing Rejection of Certain Executory Contracts, (B) Establishing Procedures for Rejection of Executory Contracts, and (C) Granting Related Relief [Docket No. 2789]

On April 9, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Turning Point Justice (MMLID#5793639), 12012 South 700 East, Draper, UT 84020:

- Notice of Assumption and Assignment of Additional Contracts and Designatable Leases [Docket No. 2854]

On April 9, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Acullink, Inc., dba Acculynk (MMLID#5794213), Acculynk, Inc., 3225 Cumberland Blvd SE, Suite 550, Atlanta, GA 30339:

- Notice of Filing of Further Revised List of Initial Assigned Agreements in Connection with the Sale Transaction [Docket No. 2910]

On April 9, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document plus additional confidential adequate assurance information to be served via First Class Mail on the DN 2995 Notice Parties Service List attached hereto as **Exhibit F**:

- Fourth Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction [Docket No. 2995]

*[Remainder of page intentionally left blank]*

Dated: April 11, 2019

Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 11, 2019, by Nuno Cardoso, proved to
me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

**ROBERT J. RUBEL JR.**
**NOTARY PUBLIC OF NEW JERSEY**
**Comm. # 50070782**
**My Commission Expires 10/25/2022**

SRF 32160

**<u>Exhibit A</u>**

Exhibit A

Notice Parties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|-------|------|---------|-----------|-----------|------|-------|-------------|
| 5529339 | ALLEY CARL | 6714 SNOW RD | | | CLEVELAND | OH | 44129-3234 |
| 5530935 | AMANDA NEWMAN | 512 W PECAN ST | | | AUBREY | TX | 76227-8821 |
| 5408427 | ANAYA STEPHAINE | 555 S FULTON AVE | | | WAUKEGAN | IL | 60085-7244 |
| 5541579 | AYSE OZTURK | 2719 BOWMORE CT NW | | | ACWORTH | GA | 30101-8792 |
| 5545216 | BASSETT ZACHARY | 1112 KATHY LN. | | | LEWISVILLE | TX | 75067 |
| 5548227 | BERNADETT ANNETTA | 1949 FRANK RD. | | | MTN VU | CA | 94040 |
| 5548787 | BESS GLORIA | 1431 GATES HWY | | | TIMMONSVILLE | SC | 29161 |
| 5549119 | BETSY VAZQUEZ | RES TURABO HEIGHTS EDF 27 APT 1A | | | CAGUAS | PR | 00727 |
| 5557530 | BRONSON SHARON | 922 CARTERET AVE | | | TRENTON | NJ | 08618-5312 |
| 5562731 | CALHOUN KATHY | 569 RIDGECUT RD# 869 | | | EARLY BRANCH | SC | 29916-3911 |
| 5564428 | CAPPS NATHAN | 2109-143 PL SE | | | MILL CREEK | WA | 98012 |
| 5566008 | CARNEGIE YVONNE | PO BOX 25 | | | TETON | ID | 83451-0025 |
| 5795201 | Cheddars Casual Caf | 1000 DARDEN CENTER DR | | | ORLANDO | FL | 32837-4032 |
| 5573975 | CHRIS SOUZA | 600 E 53RD ST. | DISTRICT 53 APTS. D. | | AUSTIN | TX | 78751 |
| 5576367 | CLARENCE HAUSLADEN | 310 LAKE BLVD S | | | BUFFALO | MN | 55313-1456 |
| 5585328 | CRYSTAL PENNINGTON | 2526 MARS HILL ST. | | | INDIANAPOLIS | IN | 46241 |
| 5592188 | DEANNA CARLIN | 600 ALEXANDER AVE | | | MAPLE SHADE | NJ | 08052-2002 |
| 5594801 | DEMETRIOUS GREEN | 3307 E VERNOR HWY #101 | | | DETROIT | MI | 48207-3340 |
| 5602920 | DUTY KEITH | 2611 EAGLE DR | | | GRAPEVINE | TX | 76051-1205 |
| 5613271 | FERNANDEZ ROY | PO BOX 844 | | | LA FUENTE | CA | 91747-0844 |
| 5616299 | FOUR K | 33107 HWY 43 | | | THOMASVILLE | AL | 36784 |
| 5618077 | FREITAS LISA | 1310 IMPERIAL CT | | | TROY | OH | 45373 |
| 5796189 | GGP JV | 350 N ORLEANS ST STE 300 | | | CHICAGO | IL | 60654-1607 |
| 5624490 | GLADYS HERBERT | PO BOX 2374 | | | MONTGOMERY VILLAGE | MD | 20886-2374 |
| 5630582 | GUERRERO OSCAR | 1353 S GREENWOOD AVE | | | JACKSONVILLE | AR | 72076 |
| 5634930 | HARRIS VIRGIE | 1246 NORVIEW AVE #8 | | | NORFOLK | VA | 23513-2045 |
| 5650086 | JAMES KARAKAEDOS | 300 ANDOVER ST STE C | | | PEABODY | MA | 01960-1597 |
| 5650407 | JAMES STEVEN | 198 SOUTH COUNTY ROAD | | | HAWTHORNE | FL | 32640 |
| 5651415 | JANICE ALLEN | 4783 BURKHARDT AVE | | | DAYTON | OH | 45403-3203 |
| 5448947 | JARRELL MICHAEL | 11200 234TH CT | | | TREVOR | WI | 53179-9260 |
| 5653297 | JEFF BAIRD | PO BOX 65014 | | | SAN ANTONIO | TX | 78265-5014 |
| 5658805 | JOHN LAMPLEY | 101 WESTGAY DR APT C | | | AKRON | OH | 44313-7363 |

In re:  Sears Holdings Corporation, *et al.*

Case No. 18-23538 (RDD)

Exhibit A

Notice Parties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|-------|------|---------|-----------|-----------|------|-------|-------------|
| 5663345 | JOSEPH JEAN CALDERON | 4021 W ASHLAND | | | VISALIA | CA | 93277 |
| 5675985 | KRISTY HORNE | 211 SETTLEMENT RD | | | JESUP | GA | 31546-2215 |
| 5676893 | LACHUN TAGGART | 617 16TH ST # 2 | | | ROCKFORD | IL | 61104-3320 |
| 5690460 | LOWE JEAN | 611 AUSTIN LANE | | | HERNDON | VA | 20170 |
| 5692242 | LV MCALLISTER | 279 NORMANDY ST #1 | | | DORCHESTER | MA | 02121-3315 |
| 5699883 | MARSHA MCCORMICK | 5208 SADDLE DR | | | OROVILLE | CA | 95966-5610 |
| 5703614 | MATTHEW FRESHWATER | 629 PATTERSON AVE | | | AKRON | OH | 44310-2329 |
| 5706700 | MCGUINNESS ALEXIS | 4021 WOOD RIVER | | | DORCHESTER | MA | 02121 |
| 5708009 | MEADOWS TAMARA L | 7767 GATEWAY DR | | | JOPLIN | MO | 64850 |
| 5709430 | MELISSA JUDGE | 1653 TURTLE ROCK DR | | | LAKELAND | FL | 33603-4266 |
| 5713589 | MILDRED SMITH | 1934 N 21ST ST | | | PHILADELPHIA | PA | 19121-2109 |
| 5717977 | MOORE CONNOR | 1372 HUNSICKER RD | | | BELLINGHAM | WA | 98226-7872 |
| 5719490 | MORRIS BRENDA | 802 6th Ave SW | | | Conover | NC | 28613-218 |
| 5719731 | MORRISON LATAYO | 438 BLAKE RD | | | JACKSON SPGS | NC | 27281-9158 |
| 5721657 | MYEISHIA JACKSON | 2020 CHASE ST FRNT | | | TOLEDO | OH | 43511-7701 |
| 5722112 | N SHAFFER | 2220 WIGGINS ST | | | BURLINGTON | NC | 27215-7226 |
| 5724051 | NEAL ELLARD | 8118 DEVON WOOD | | | HOUSTON | TX | 77070 |
| 5725622 | NICHOLE GRIFFIN | 2813 ELGIN AVE | | | BALTIMORE | MD | 21216-2816 |
| 5726526 | NIEVES DIANA | 3823 WASHINGTON AVE | | | RACINE | WI | 53405-2853 |
| 5728974 | ODELL ODEA | 25771 PASEO PACIFICO | | | MORENO VALLEY | CA | 92551-1435 |
| 5462761 | OLEARY STEPHEN | 20090 RAGAZZA CIR # 13-101 | | | VENICE | FL | 34293-3454 |
| 5797962 | OPENNMS GROUP INC-647305 | 950 WINDY RD | | | APEX | NC | 27502-2410 |
| 5463726 | PALMER DANIEL | 1107 DE PERE ST. | | | MENASHA | WI | 54952 |
| 5733242 | PAMELA DUBATS | 3052 MARBON ESTATES CT | | | JACKSONVILLE | FL | 3222-3221 |
| 5735420 | PATRICK CALLAHAN | 100 MEREDITH LANE #235 | | | PLANO | TX | 75093 |
| 5736374 | PAULEY ROBERY | 300 18TH ST | | | DUNBAR | WV | 25064-2816 |
| 4883984 | PCT BRANDS LLC | PC TREASURES INC | ATTN : JON THOMAS | 316 N LAPEER RD | OXFORD | MI | 48371-3606 |
| 5736847 | PEARSON | 329 WARDEN RD | | | BALTIMORE | MD | 21225 |
| 5738606 | PERLA JOSEPH | 222 DANI BROOKE DR | | | MONT ALTO | PA | 17237-9680 |
| 5742793 | PRECIOUS SHAW | 1400 KINGSTON ST APT 14 | | | AURORA | CO | 80010-3525 |
| 5743847 | PSIGEN SOFTWARE INC | 5021 NW 24TH CIR | | | BOCA RATON | FL | 33431-4329 |
| 5752188 | RICHARDSON DELLA A | 231 FOURTH ST | | | WESTWEGO | LA | 70094-3317 |
| 5755297 | ROBERT VANVOORHIS | 46 C E PENNEY DR | | | WALLKILL | NY | 12589-4510 |

Exhibit A

Notice Parties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|-------|------|---------|-----------|-----------|------|-------|-------------|
| 5759746 | ROOPESH RAMESH | 1291 NOCHAWAY DR | | | ST AUGUSTINE | FL | 32092-3465 |
| 5761439 | ROSS ERIC | 252 CURTIS | | | ST PAUL | MN | 55107 |
| 5761679 | ROTO ROOTER SEWER SERVICE | 2300 HAMMOND DR # A | | | SCHAUMBURG | IL | 60173-3816 |
| 5762004 | ROY ANGELA | 322 HOWARDS BRANCH RD | | | WINDING GULF | WV | 25908 |
| 5762096 | ROYAL TENEDA | 203 BRADLY RD | | | PELHAM | NC | 27311 |
| 5762562 | RUEL CINDY | 78 MOOSE LN | | | ROCHESTER | NH | 03867-2466 |
| 5771225 | SENTIVIA HAMLIN | 635 NOLES DR | | | MOUNT HOLLY | NC | 28120 |
| 5773156 | SHANTHONI RILEY | 1095 22ND ST NE | | | PARIS | TX | 75460-3218 |
| 5774261 | SHAW JENNIFER L | 1508 HWY 19 S | | | SALEM | MO | 65560 |
| 5775275 | SHELLEY DELLORA L | 3575 SHILOH CHURCH RD | | | DAVIDSON | NC | 28036 |
| 5777182 | SHORT SARA | 6120 CROWN GRANT DR | | | SPOTSYLVANIA | VA | 22553-4439 |
| 5777252 | SHOWELL JOYCE | 408 BUECLAR DRIVE | | | SALISBURY | MD | 21801 |
| 5779108 | SISSON DAVID | 152 DAVID PALMER LN | | | ROANOKE | VA | 24012-9018 |
| 5784443 | STARLING NICOLE | 4912 CONESTOGA RD | | | VA BCH | VA | 23462 |
| 5784849 | STELLA POLLARD | 759 S YEARLING RD | | | COLUMBUS | OH | 43213-3070 |
| 5785854 | STEVE WHITE | 5977 BEAR CREEK DR APT 112 | | | BEDFORD | OH | 44146-2904 |
| 5786493 | STEWART THOMAS | 1185 NE 19TH DRIVE | APT 26 | | NORTH MIAMI | FL | 33181-2838 |
| 5484753 | STRONG CANDICE | 5720 S LAKESHORE DR APT 307 | | | SHREVEPORT | LA | 71119-3929 |
| 5490997 | TEKILIA BANKS | 2901 S KING DR APT 101 | | | CHICAGO | IL | 60616-3308 |
| 5491868 | TERRI GARVIN | 192 STATE HIGHWAY 1959 LOT 16 | | | GRAYSON | KY | 41143-8893 |
| 5491937 | TERRIA SMITH | 1198 ARKWOOD AVE | | | COLUMBUS | OH | 43227-2004 |
| 5495011 | TIFFANY LAJZER | 370 E SPRINGDALE DR | | | STAR VALLEY | AZ | 85541-2573 |
| 5495514 | TIMISHA MITCHELL | 3478 W 56TH ST | | | CLEVELAND | OH | 44102-5720 |
| 5497054 | TONI STEWARD | 1410 W DELAWARE AVE | | | TOLEDO | OH | 43606-4228 |
| 5497456 | TOOMEY VIRGINIA | 1320 ASHEBURY LN APT 138 | | | HOWELL | MI | 48843-1299 |
| 5498219 | TOSIF CHOUHAN | 1090 HIGHLAND CREST CT | | | MABLETON | GA | 30126-5693 |
| 5501120 | TYLER COURTNEY | 10622 WAKE FOREST AVE | | | JACKSONVILLE | FL | 32218 |
| 5505066 | VENAKATA KOTHA | 262 LITTLETON RD | APT 42 | | CHELMSFORD | MA | 01824-6307 |
| 5505187 | VENUS SHELLY | 6767 BENNINGTON ST APT 1113 | | | HOUSTON | TX | 77028-4285 |
| 5505923 | VICKI CAPISTA | 1714 FIELDSTONE DR N | | | SHOREWOOD | IL | 60404-8107 |
| 5506084 | VICKY FULLER | 27070 YOWAISKI MILL RD | | | MECHANICSVILLE | MD | 20659-5808 |
| 5510165 | WARREN PATRICIA | 1375 VIRGINIA RD | | | ORANGEBURG | SC | 29115-7627 |
| 5510764 | WATKINS KIMBERLY | PO BOX 37125 | | | N CHESTERFIELD | VA | 23234-7125 |

In re:  Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Exhibit A

Notice Parties Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|-------|------|---------|-----------|-----------|------|-------|-------------|
| 5510778 | WATKINS MERCEDEZ | 4623 CERNWOOD AVE | | | BALTIMORE | MD | 21212 |
| 5511468 | WEBB DONNA | 79 ABBOTT MOBILEHOME PARK DR | | | NEWCASTLE | VA | 241276368 |
| 5514121 | WIDER CLARISE | 5225 WEST SANDY BAYOU RD | | | PINE | LA | 70727 |
| 5522190 | YVETTE M LAPP | 40 WALKER EXT: WALK 103 | | | UNIONTOWN | PA | 15401 |

**<u>Exhibit B</u>**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK** ||
| In re<br><br>**SEARS HOLDINGS CORPORATION,** *et al.*,<br><br>Debtors. | **Chapter 11 Case No.: 18-23538 (RDD)**<br> **(Jointly Administered)** |

**NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM**

Chapter 11 bankruptcy cases concerning the debtors listed below were filed on October 15, 2018.  You may be a creditor of one of the debtors.  On February 22, 2019, the United States Bankruptcy Court for the Southern District of New York (the "**Court**"), having jurisdiction over the chapter 11 cases of Sears Holdings Corporation and certain of its affiliates as debtors and debtors in possession (collectively, the "**Debtors**"), entered an order (the "**Bar Date Order**") establishing (1) **April 10, 2019** at **5:00 p.m. (Eastern Time)** as the last date and time for each person and entity (including individuals, partnerships, corporations, joint ventures, and trusts, but not governmental units (as defined in section 101(27) of title 11 of the United States Code (the "**Bankruptcy Code**"), "**Governmental Units**")) to file a proof of claim (each, "**Proof of Claim**") in respect of a prepetition claim (as defined in section 101(5) of the Bankruptcy Code), including, for the avoidance of doubt, secured claims, priority claims, and claims arising under section 503(b)(9) of the Bankruptcy Code, against any of the Debtors listed below (the "**General Bar Date**"), and (2) **September 3, 2019** at **5:00 p.m. (Eastern Time)** as the last date and time for each Governmental Unit to file a Proof of Claim in respect of a prepetition claim against any of the Debtors listed below (the "**Governmental Bar Date**," and, together with the General Bar Date, the "**Bar Dates**").

The Bar Date Order, the Bar Dates, and the procedures set forth below for the filing of Proofs of Claim apply to all claims against the Debtors (other than those set forth below as being specifically excluded) that arose prior to **October 15, 2018**, the date on which the Debtors commenced their cases under chapter 11 of the Bankruptcy Code.

**If you have any questions relating to this Notice, please feel free to contact the Debtors' Court-approved claims agent Prime Clerk LLC ("Prime Clerk") at (844) 384-4460 (toll free) or by e-mail at searsinfo@primeclerk.com.**

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROOF OF CLAIM.**

NOTE:  The staff of the Office of the Clerk of the Bankruptcy Court, the Office of the United States Trustee, and Prime Clerk cannot give legal advice.

| **Name of Debtor** | **Case Number** | **Tax Identification Number** |
|---|---|---|
| Sears Holdings Corporation | 18-23538 (RDD) | 20-1920798 |
| Kmart Holding Corporation | 18-23539 (RDD) | 32-0073116 |
| Kmart Operations LLC | 18-23540 (RDD) | 32-0456546 |
| Sears Operations LLC | 18-23541 (RDD) | 35-2524331 |
| Sears, Roebuck and Co. | 18-23537 (RDD) | 36-1750680 |
| ServiceLive, Inc. | 18-23542 (RDD) | 36-4616774 |
| SHC Licensed Business LLC | 18-23616 (RDD) | 37-1783718 |
| A&E Factory Service, LLC | 18-23543 (RDD) | 36-4486695 |
| A&E Home Delivery, LLC | 18-23544 (RDD) | 37-1500205 |
| A&E Lawn & Garden, LLC | 18-23545 (RDD) | 13-4275028 |

| | | |
|---|---|---|
| A&E Signature Service, LLC | 18-23546 (RDD) | 37-1500204 |
| FBA Holdings Inc. | 18-23547 (RDD) | 36-4186537 |
| Innovel Solutions, Inc. | 18-23548 (RDD) | 36-1857180 |
| Kmart Corporation | 18-23549 (RDD) | 38-0729500 |
| MaxServ, Inc. | 18-23550 (RDD) | 74-2707626 |
| Private Brands, Ltd. | 18-23551 (RDD) | 55-0544022 |
| Sears Development Co. | 18-23552 (RDD) | 36-2476028 |
| Sears Holdings Management Corporation | 18-23554 (RDD) | 20-3592148 |
| Sears Home & Business Franchises, Inc. | 18-23553 (RDD) | 98-0126742 |
| Sears Home Improvement Products, Inc. | 18-23556 (RDD) | 25-1698591 |
| Sears Insurance Services, L.L.C. | 18-23557 (RDD) | 36-4287182 |
| Sears Procurement Services, Inc. | 18-23555 (RDD) | 30-0092859 |
| Sears Protection Company | 18-23558 (RDD) | 36-4471250 |
| Sears Protection Company (PR), Inc. | 18-23559 (RDD) | 66-0704861 |
| Sears Roebuck Acceptance Corp. | 18-23560 (RDD) | 51-0080535 |
| Sears, Roebuck de Puerto Rico, Inc. | 18-23561 (RDD) | 66-0233626 |
| SYW Relay LLC | 18-23562 (RDD) | 35-2561870 |
| Wally Labs LLC | 18-23563 (RDD) | None |
| SHC Promotions LLC | 18-23630 (RDD) | 26-4209626 |
| Big Beaver of Florida Development, LLC | 18-23564 (RDD) | None |
| California Builder Appliances, Inc. | 18-23565 (RDD) | 68-0406327 |
| Florida Builder Appliances, Inc. | 18-23566 (RDD) | 36-3619133 |
| KBL Holding Inc. | 18-23567 (RDD) | 26-0031295 |
| KLC, Inc. | 18-23568 (RDD) | 75-2490839 |
| Kmart of Michigan, Inc. | 18-23576 (RDD) | 38-3551696 |
| Kmart of Washington LLC | 18-23570 (RDD) | 61-1448898 |
| Kmart Stores of Illinois LLC | 18-23571 (RDD) | 61-1448897 |
| Kmart Stores of Texas LLC | 18-23572 (RDD) | 61-1448915 |
| MyGofer LLC | 18-23573 (RDD) | 26-4005531 |
| Sears Brands Business Unit Corporation | 18-23574 (RDD) | 42-1564658 |
| Sears Holdings Publishing Company, LLC | 18-23575 (RDD) | 26-0075554 |
| Sears Protection Company (Florida), L.L.C. | 18-23569 (RDD) | 20-0224239 |
| SHC Desert Springs, LLC | 18-23577 (RDD) | None |
| SOE, Inc. | 18-23578 (RDD) | 83-0399616 |

| | | |
|---|---|---|
| StarWest, LLC | 18-23579 (RDD) | 37-1495379 |
| STI Merchandising, Inc. | 18-23580 (RDD) | 38-2760188 |
| Troy Coolidge No. 13, LLC | 18-23581 (RDD) | None |
| BlueLight.com, Inc. | 18-23582 (RDD) | 77-0527034 |
| Sears Brands, L.L.C. | 18-23583 (RDD) | 42-1564664 |
| Sears Buying Services, Inc. | 18-23584 (RDD) | 36-3256533 |
| Kmart.com LLC | 18-23585 (RDD) | 77-0529022 |
| Sears Brands Management Corporation | 18-23586 (RDD) | 36-2555365 |
| SRe Holding Corporation | 19-22031 (RDD) | 46-4344816 |

| **Attorneys for Debtors** | **Address of the Office of the Clerk of the Bankruptcy Court** |
|---|---|
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153-0119<br>Ray C. Schrock, P.C.<br>Jacqueline Marcus<br>Garrett A. Fail<br>Sunny Singh | Clerk of the United States Bankruptcy Court<br>300 Quarropas Street<br>White Plains, New York  10601<br><br>Vito Genna, Clerk of the Bankruptcy Court<br>Hours Open: 8:30 a.m. – 5:00 p.m. |

1.    **WHO MUST FILE A PROOF OF CLAIM**

You **MUST** file a **Proof of Claim** to vote on a chapter 11 plan filed by the Debtors or to share in any distributions from the Debtors' estates if you have a claim that arose prior to **October 15, 2018**, and your claim is not one of the types of claims described in Section 2 below.  Claims based on acts or omissions of the Debtors that occurred before **October 15, 2018**, must be filed on or prior to the applicable Bar Date, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before **October 15, 2018.**

Pursuant to section 101(5) of the Bankruptcy Code and as used in this Notice, the word "**claim**" means:  (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.  Further, claims include unsecured claims, secured claims, and priority claims.

2.    **WHO NEED <u>NOT</u> FILE A PROOF OF CLAIM**

You need not file a Proof of Claim if:

Your claim is listed in the debtors' schedules of assets and liabilities (the "**Schedules**")[1] and (i) is **not** listed in the Schedules as "disputed," "contingent," or "unliquidated"; (ii) you do **not** dispute the amount, nature, and priority of the claim as set forth in the Schedules; and (iii) you do **not** dispute that the claim is an obligation of the specific Debtor against which the claim is listed in the Schedules;

---

[1] The Debtors filed their Schedules on January 17, 2019 (ECF Nos. 1609, 1611, 1613, 1615, 1617, 1619, 1621, 1623, 1625, 1627, 1629, 1631, 1633, 1635, 1637, 1639, 1641, 1643, 1645, 1647, 1649, 1651, 1653, 1655, 1657, 1659, 1661, 1663, 1665, 1667, 1668, 1671, 1673, 1675, 1677, 1679, 1681, 1683, 1685, 1687, 1689, 1691, 1693, 1695, 1697, 1699, 1701, 1703, 1705, 1707, 1709, 1711, 1713).

3

Your claim has been paid in full or will be paid in full under an agreement entered into by the Debtors pursuant to the Final Critical Vendors Order;[2]

Your claim consists of an equity security interest in the Debtors, which interest exclusively is based upon the ownership of common or preferred stock; membership interests; partnership interests; or warrants, options, or rights to purchase, sell, or subscribe to such a security or interest; provided that if you hold such security interest and wish to assert a claim (as opposed to an ownership interest) against the Debtors (including a claim relating to an equity interest or the purchase or sale of such equity interest), a Proof of Claim must be filed on or before the applicable Bar Date as set forth in this Notice;

You hold a claim that is allowable under sections 503(b) and 507(a)(2) of the Bankruptcy Code as an administrative expense (**other than** a claim under section 503(b)(9) of the Bankruptcy Code);

You hold a claim that heretofore has been allowed by an order of the Court or subsequently is allowed by an order of the Court entered on or before the applicable Bar Date;

You hold a claim for which a separate deadline has been fixed by the Court;

You hold a claim for which you already filed a Proof of Claim with the Office of the Clerk of the Bankruptcy Court or Prime Clerk against any of the Debtors, utilizing a claim form that substantially conforms to the form provided with this Notice (the "**Proof of Claim Form**") or Official Bankruptcy Form 410 ("**Official Form 410**"), so long as you do not wish to assert such claim against a Debtor who was not named in the original Proof of Claim, in which case another Proof of Claim must be filed;

You are a person or entity whose claim arises out of any warranties, protection agreements, or other services contracts for the goods and services of the Debtors sold or performed prior to the Commencement Date.

You are a person or entity whose claim exclusively is limited to the repayment of principal, interest, and other fees and expenses (the "**First Lien Credit Agreement Obligations**") under or in connection with that certain Third Amended and Restated Credit Agreement, dated as of July 21, 2015 (as thereafter amended, supplemented, or modified from time to time, the "**First Lien Credit Agreement**"); provided that any person or entity wishing to assert a claim arising out of or relating to the First Lien Credit Agreement, other than a claim for the First Lien Credit Agreement Obligations, shall be required to file a Proof of Claim with respect to such claim on or before the applicable Bar Date, unless another exception identified herein applies;

You are a person or entity whose claim exclusively is limited to the repayment of principal, interest, and other fees and expenses (the "**Stand-Alone L/C Obligations**") under or in connection with that certain Letter of Credit and Reimbursement Agreement, dated as of December 28, 2016 (as thereafter amended, supplemented, or modified from time to time, the "**Stand-Alone L/C Facility**"); provided that any person or entity wishing to assert a claim arising out of or relating to the Stand-Alone L/C Facility, other than a claim for the Stand-Alone L/C Obligations, shall be required to file a Proof of Claim with respect to

---

[2] *See Order Granting Motion (I) Authorizing Debtors to Pay Certain Prepetition Obligations to Critical Vendors, (II) Approving Procedures to Address Vendors who Repudiate and Refuse to Honor Their Contractual Obligations to The Debtors; and (III) Granting Related Relief* (ECF No. 793) (the "**Final Critical Vendors Order**").

such claim on or before the applicable Bar Date, unless another exception identified herein applies;

You are a person or entity whose claim exclusively is limited to the repayment of principal, interest, and other fees and expenses (the "**Second Lien Credit Facility Obligations**") under or in connection with that certain Second Lien Credit Agreement, dated as of September 1, 2016 (as thereafter amended, supplemented, or modified from time to time, the "**Second Lien Credit Facility**"); provided that any person or entity wishing to assert a claim arising out of or relating to the Second Lien Credit Agreement, other than a claim for the Second Lien Credit Agreement Obligations, shall be required to file a Proof of Claim with respect to such claim on or before the applicable Bar Date, unless another exception identified herein applies;

You are a person or entity whose claim exclusively is limited to the repayment of principal, interest, and other fees and expenses (the "**Second Lien Notes Obligations**") under or in connection with that certain Indenture for 6 5/8% Senior Secured Notes due 2018, dated October 12, 2010 (as thereafter amended, supplemented, or modified from time to time, the "**Second Lien Notes**"); provided that any person or entity wishing to assert a claim arising out of or relating to the Second Lien Notes Indenture, other than a claim for the Second Lien Notes Obligations, shall be required to file a Proof of Claim with respect to such claim on or before the applicable Bar Date, unless another exception identified herein applies;

You are a person or entity whose claim exclusively is limited to the repayment of principal, interest, and other fees and expenses (the "**Holdings Unsecured Notes Obligations**") under or in connection with that certain Indenture for 8% Senior Unsecured Notes due 2019, dated November 21, 2014 (as thereafter amended, supplemented, or modified from time to time, the "**Holdings Unsecured Notes**"); provided that any person or entity wishing to assert a claim arising out of or relating to the Holdings Unsecured Notes, other than a claim for the Holdings Unsecured Notes Obligations, shall be required to file a Proof of Claim with respect to such claim on or before the applicable Bar Date, unless another exception identified herein applies;

You are a person or entity whose claim exclusively is limited to the repayment of principal, interest, and other fees and expenses (the "**Holdings Unsecured PIK Notes Obligations**") under or in connection with that certain Second Supplemental Indenture for 8% Senior Unsecured Convertible PIK Notes due 2019, dated as of March 20, 2018 (as thereafter amended, supplemented, or modified from time to time, the "**Holdings Unsecured PIK Notes**"); provided that any person or entity wishing to assert a claim arising out of or relating to the Holdings Unsecured PIK Notes, other than a claim for the Holdings Unsecured PIK Notes Obligations, shall be required to file a Proof of Claim with respect to such claim on or before the applicable Bar Date, unless another exception identified herein applies; or

You are a person or entity whose claim exclusively is limited to the repayment of principal, interest, and other fees and expenses (the "**SRAC Unsecured Notes Obligations**") under or in connection with that certain Indenture for 7%/12% PIK-Toggle Notes due 2028, dated as of May 15, 1995 (as thereafter amended, supplemented, or modified from time to time, the "**SRAC Unsecured PIK Notes**"), or that certain Indenture for certain notes having various interest rates, dated October 1, 2002 (as thereafter amended, supplemented, or modified from time to time, the "**SRAC Unsecured Notes**"); provided that any person or entity wishing to assert a claim arising out of or relating to the SRAC Unsecured PIK Notes or the SRAC Unsecured Notes, other than a claim for the SRAC

5

Unsecured Notes Obligations, shall be required to file a Proof of Claim with respect to such claim on or before the applicable Bar Date, unless another exception identified herein applies.

**YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST THE DEBTORS.**

**THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM OR THAT THE DEBTORS OR THE COURT BELIEVE THAT YOU HAVE A CLAIM.**

3.     **EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

If you hold a claim arising from the rejection of an executory contract or unexpired lease, you must file a Proof of Claim based on such rejection by the later of (i) the applicable Bar Date and (ii) the date that is **thirty (30) days** following the date of entry of the Court order approving the rejection of such executory contract or unexpired lease, or you will be forever barred from so doing. Notwithstanding the foregoing, if you are a party to an executory contract or unexpired lease and you wish to assert a claim with respect to unpaid amounts accrued and outstanding as of **October 15, 2018**, pursuant to such executory contract or unexpired lease (other than a rejection damages claim), you must file a Proof of Claim for such amounts on or before the applicable Bar Date unless another exception identified herein applies.

4.     **WHEN AND WHERE TO FILE**

Except as provided for herein, all Proofs of Claim either must be filed (i) electronically through Prime Clerk's website using the interface available on such website located at https://restructuring.primeclerk.com/sears____under the link entitled "Submit a Claim" (the "**Electronic Filing System**") or (ii) by delivering the original Proof of Claim form by hand or mailing the original Proof of Claim form on or before the applicable Bar Date as follows:

If by first-class mail:

Sears Holdings Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708

OR

If by overnight courier or hand delivery:

Sears Holdings Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

OR

If by hand delivery:

United States Bankruptcy Court, Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Proofs of Claim will be deemed timely filed only if **actually received** by Prime Clerk or the Court as set forth in Section 4 above, in each case, on or before the applicable Bar Date. Proofs of Claim sent by facsimile, telecopy, or

electronic mail transmission (other than Proofs of Claim filed electronically through the Electronic Filing System) **will not** be accepted.

## 5.        WHAT TO FILE

If you file a Proof of Claim, your filed Proof of Claim must:  (i) be written in the English language; (ii) be denominated in the lawful currency of the United States (using the exchange rate, if applicable, as of the date of the commencement f the chapter 11 case by the applicable Debtor; (iii) substantially conform to the Proof of Claim Form or Official Form 410; (iv) specify by name and case number the Debtor against which the Proof of Claim is filed; (v) set forth with specificity the legal and factual basis for the alleged claim; (vi) include supporting documentation for the claim or an explanation as to why such documentation is not available; and (vii) be **signed** by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant under penalty of perjury.

IF YOU ARE ASSERTING A CLAIM AGAINST MORE THAN ONE DEBTOR, YOU MUST FILE SEPARATE PROOFS OF CLAIM AGAINST EACH DEBTOR, AND YOU MUST IDENTIFY ON YOUR PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOU ARE ASSERTING A CLAIM AND THE CASE NUMBER OF THAT DEBTOR'S BANKRUPTCY CASE.  A LIST OF THE NAMES OF THE DEBTORS AND THEIR RESPECTIVE CASE NUMBERS IS SET FORTH ABOVE.

Your Proof of Claim form must **not** contain complete social security numbers or taxpayer identification numbers (only include the last four digits), complete birth dates (only include the year), the names of minors (only include the minor's initials), or financial account numbers (only include the last four digits of such financial account).

Official Form 410 can be found at http://www.uscourts.gov/sites/default/files/form_b_410_16.pdf. Additional Proof of Claim Forms can be obtained at https://restructuring.primeclerk.com/sears/EPOC-Index.

**YOU SHOULD ATTACH TO YOUR COMPLETED PROOF OF CLAIM FORM COPIES OF ANY DOCUMENTS UPON WHICH YOUR CLAIM IS BASED.  IF THE DOCUMENTS ARE VOLUMINOUS, YOU SHOULD ATTACH A SUMMARY.**

## 6.        CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE

**ANY HOLDER OF A CLAIM THAT IS NOT EXCEPTED FROM THE REQUIREMENTS OF THE BAR DATE ORDER, AS SET FORTH IN SECTION 2 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM WILL BE FOREVER BARRED FROM ASSERTING SUCH CLAIM AGAINST THE DEBTORS AND THEIR CHAPTER 11 ESTATES, FROM VOTING ON ANY PLAN OF REORGANIZATION FILED IN THESE CHAPTER 11 CASES, AND FROM PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH CLAIM.**

## 7.        THE DEBTORS' SCHEDULES, ACCESS THERETO, AND CONSEQUENCES OF AMENDMENT THEREOF

You may be listed as the holder of a claim against the Debtors in the Schedules.  To determine if and how you are listed in the Schedules, please refer to the descriptions set forth on the enclosed Proof of Claim Form regarding the nature, amount, and status of your claim(s).  If you received postpetition payments from the Debtors (as authorized by the Court) on account of your claim, the enclosed Proof of Claim Form will reflect the net amount of your claims.  If the Debtors believe that you hold claims against more than one Debtor, you will receive multiple Proof of Claim Forms; each Proof of Claim Form will reflect the nature and amount of your claim against each Debtor as listed in the Schedules.

As set forth above, if you agree with the nature, amount, and status of your claim as listed in the Debtors' Schedules and if your claim is not listed in the Schedules as "disputed," "contingent," or "unliquidated," you need not file a Proof of Claim. Otherwise, or if you decide to file a Proof of Claim, you must do so before the applicable Bar Date in accordance with the procedures set forth in this Notice.

Copies of the Schedules may be examined by interested parties on the Court's electronic docket for the Debtors' chapter 11 cases, which is posted (i) on the website established by Prime Clerk for the Debtors' cases at https://restructuring.primeclerk.com/sears and (ii) on the Court's website at http://www.nysb.uscourts.gov. (A username and password to the Court's Public Access to Court Electronic Records ("**PACER**") system are required to access the information on the Court's website and can be obtained through PACER at https://pacer.psc.uscourts.gov/pscof/regWizard.jsf). Copies of the Schedules also may be examined between the hours of 8:30 a.m. and 5:00 p.m. (Eastern Time), Monday through Friday, at the Office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601. Copies of the Debtors' Schedules also may be obtained by request to Prime Clerk at the address and telephone number set forth below:

**Sears Holdings Corporation Claims Processing Center**
c/o Prime Clerk LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708
US Toll Free: (844) 384-4460
International: +1 (929) 955-2419

In the event that the Debtors amend or supplement their Schedules subsequent to the date of entry of the Bar Date Order, the Debtors shall give notice of any such amendment or supplement to the holders of claims affected thereby, such holders shall have until the later of (i) the applicable Bar Date and (ii) **thirty (30) days** from the date of such notice to file a Proof of Claim or be forever barred from so doing, and the Debtors shall give notice of such deadline to the holders of claims affected by such amendment or supplement.

**A holder of a possible claim against the Debtors should consult an attorney if such holder has any questions regarding this Notice, including whether the holder should file a Proof of Claim.**

Dated:      White Plains, New York            **BY ORDER OF THE COURT**
           February 22, 2019

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

Attorneys for Debtors
and Debtors in Possession

8

**Exhibit C**

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | | | |
|---|---|---|---|---|
| Sears Holdings Corporation (18-23538) | Kmart Corporation (18-23549) | Sears, Roebuck de Puerto Rico, Inc. (18-23561) | MyGofer LLC (18-23573) | Kmart.com LLC (18-23585) |
| Sears, Roebuck and Co. (18-23537) | MaxServ, Inc. (18-23550) | SYW Relay LLC (18-23562) | Sears Brands Business Unit Corporation (18-23574) | Sears Brands Management Corporation (18-23586) |
| Kmart Holding Corporation (18-23539) | Private Brands, Ltd. (18-23551) | Wally Labs LLC (18-23563) | Sears Holdings Publishing Company, LLC (18-23575) | SHC Licensed Business LLC (18-23616) |
| Kmart Operations LLC (18-23540) | Sears Development Co. (18-23552) | Big Beaver of Florida Development, LLC (18-23564) | Kmart of Michigan, Inc. (18-23576) | SHC Promotions LLC (18-23630) |
| Sears Operations LLC (18-23541) | Sears Holdings Management Corporation (18-23553) | California Builder Appliances, Inc. (18-23565) | SHC Desert Springs, LLC (18-23577) | SRe Holding Corporation (19-22301) |
| ServiceLive, Inc. (18-23542) | Sears Home & Business Franchises, Inc. (18-23554) | Florida Builder Appliances, Inc. (18-23566) | SOE, Inc. (18-23578) | |
| A&E Factory Service, LLC (18-23543) | Sears Home Improvement Products, Inc. (18-23555) | KBL Holding Inc. (18-23567) | StarWest, LLC (18-23579) | |
| A&E Home Delivery, LLC (18-23544) | Sears Insurance Services, L.L.C. (18-23556) | KLC, Inc. (18-23568) | STI Merchandising, Inc. (18-23580) | |
| A&E Lawn & Garden, LLC (18-23545) | Sears Procurement Services, Inc. (18-23557) | Sears Protection Company (Florida), L.L.C. (18-23569) | Troy Coolidge No. 13, LLC (18-23581) | |
| A&E Signature Service, LLC (18-23546) | Sears Protection Company (18-23558) | Kmart of Washington LLC (18-23570) | BlueLight.com, Inc. (18-23582) | |
| FBA Holdings Inc. (18-23547) | Sears Protection Company (PR) Inc. (18-23559) | Kmart Stores of Illinois LLC (18-23571) | Sears Brands, L.L.C. (18-23583) | |
| Innovel Solutions, Inc. (18-23548) | Sears Roebuck Acceptance Corp. (18-23560) | Kmart Stores of Texas LLC (18-23572) | Sears Buying Services, Inc. (18-23584) | |

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) **that you received.**

## Part 1:    Identify the Claim

**1. Who is the current creditor?**

_____
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☐ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Where should payments to the creditor be sent? (if different)

Contact phone _____    Contact phone _____

Contact email _____    Contact email _____

**4. Does this claim amend one already filed?**

☐ No
☐ Yes.   Claim number on court claims registry (if known)_____    Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☐ No
☐ Yes. Who made the earlier filing? _____

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ❏ No<br>❏ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |

**7. How much is the claim?**    $_____. **Does this amount include interest or other charges?**

      ❏ No

      ❏ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9. Is all or part of the claim secured?**

❏ No

❏ Yes. The claim is secured by a lien on property.

    **Nature of property:**

    ❏ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

    ❏ Motor vehicle

    ❏ Other. Describe: _____

    **Basis for perfection:** _____

    Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

    **Value of property:**    $_____

    **Amount of the claim that is secured:**    $_____

    **Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

    **Amount necessary to cure any default as of the date of the petition:**    $_____

    **Annual Interest Rate** (when case was filed)_____%

    ❏ Fixed

    ❏ Variable

**10. Is this claim based on a lease?**

❏ No

❏ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

**11. Is this claim subject to a right of setoff?**

❏ No

❏ Yes. Identify the property: _____

| | | Amount entitled to priority |
|---|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☐ No | |
| | ☐ Yes. *Check one:* | |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☐ No | |
| | ☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $_____ |

### Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____(mm/dd/yyyy)

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name of the person who is completing and signing this claim:

Name  _____
First name          Middle name          Last name

Title  _____

Company  _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  _____
Number          Street

_____
City          State          ZIP Code

Contact phone  _____  Email  _____

Modified Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                    12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://restructuring.primeclerk.com/sears.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

---

**Do not file these instructions with your form**

---

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim by <u>one</u> of the following methods:

If by <u>first class mail</u>:
Sears Holdings Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708

If by <u>hand delivery</u>, or <u>overnight courier</u>:
Sears Holdings Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Proof(s) of claim may also be filed <u>electronically</u> at <u>https://restructuring.primeclerk.com/sears/EPOC-Index</u>, but may not be delivered by facsimile, telecopy, or electronic mail transmission.

**<u>Exhibit D</u>**

Exhibit D

DN 2768 Notice Parties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|-------|------|---------|-----------|------|-------|-------------|
| 5791909 | COALFIRE SYSTEMS, INC. | ALAN FERGUSON, EVP | 11000 Westmoor Circle, Suite 450 | Westminster | CO | 80021 |
| 5792009 | DATAMEER INC-696524 | ATTN: CEO | 577 2nd Street, Suite 200 | San Francisco | CA | 94107 |
| 5792214 | FJS HEARING PROFESSIONALS | FRANCISCO J. SALGADO | 11601 ARGUELLO DRIVE | MIRA LOMA | CA | 91752 |
| 5789312 | GEORGE FREDERICK KOERBER, D.D.S. AND SCOTT YOO D.D.S | 140 GREGORY LN | STE 100 | PLEASANT HILL | CA | 94523 |
| 4882613 | INTERNATIONAL BUSINESS MACHINES | 1 New Orchard Road | | Armonk | NY | 10504-1722 |
| 5792493 | IRVIN PUBLIC RELATIONS | SARAH IRVIN CLARK | 61 Jefferson Ave | COLUMBUS | OH | 43215 |
| 5792614 | KLAUS HOLDINGS INC | 704 SW 9TH AVE | | AMARILLO | TX | 79101-3233 |
| 5790544 | LATENTVIEW ANALYTICS CORPORATION-698494 | GENERAL CONSUL | 44 NASSAU ST STE 361 | PRINCETON | NJ | 08542 |
| 5790590 | LUBBOCK POWER & LAWN | ANGELA PEALE | 8406 AVENUE P, UNIT 2 | LUBBOCK | TX | 79423 |
| 5793095 | PIKATO INC-702490 | C/O RETAILNEXT | 60 S. MARKET STREET, FLOOR 10 | SAN JOSE | CA | 95113 |
| 5790840 | RETAILNEXT, INC. | 60 S. Market Street, Floor 10 | | San Jose | CA | 95113 |
| 5793571 | THE NIELSEN COMPANY/CLARITAS | ATTN: CEO | 85 Broad St | New York | NY | 10004 |
| 5793813 | ZEMOGA INC | Dror Liwer | 215 Park Avenue South, Suite 2016 | New York | NY | 10003 |

**<u>Exhibit E</u>**

Exhibit E

DN 2789 Notice Parties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 5790450 | INTERNATIONAL BUSINESS MACHINES | JERRY D ANEEO, WIOT BDM | 1 New Orchard Road | Armonk | NY | 10504-1722 |
| 5792732 | LVI SERVICES INC | JOHN M. LEONARD | Seven Penn Plaza, 370 7th Avenue, Suite 730 | New York | NY | 10001 |
| 5793095 | PIKATO INC-702490 | C/O RETAILNEXT | 60 S. MARKET STREET, FLOOR 10 | SAN JOSE | CA | 95113 |
| 5790840 | RETAILNEXT, INC. | 60 S. Market Street, Floor 10 | | San Jose | CA | 95113 |
| 5793813 | ZEMOGA INC | Dror Liwer | 215 Park Avenue South, Suite 2016 | New York | NY | 10003 |

**<u>Exhibit F</u>**

Exhibit F

DN 2995 Notice Parties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 5830629 | HOP NEW BRUNSWICK (DBA "HOULIHAN'S") | ERIC MUND, MANAGER | 8700 STATE LINE RD, SUITE 100 | LEAWOOD | KS | 66206 |
| 5830510 | LAKEPORT LAKE COUNTY RECORD BEE | ATTN: EMILY FRAGOSO | 2150 S. MAIN | LAKEPORT | CA | 95453 |
| 5830673 | TU TIENDA AND GIFTS | DPE INC., DBA TU TIENDA AND GIFTS | 122 WALLER MILL RD # G | WILLIAMSBURG | VA | 23185 |

In re:  Sears Holdings Corporation, *et al.*

Case No. 18-23538 (RDD)