# EXHIBIT 4

MEETING:         HOFFMAN ESTATES VILLAGE BOARD
DATE:            DECEMBER 19, 2016
PLACE:           COUNCIL CHAMBERS
                 MUNICIPAL BUILDING COMPLEX
                 1900 HASSELL ROAD
                 HOFFMAN ESTATES, ILLINOIS

## 1. CALL TO ORDER:

Village President William McLeod called the meeting to order at 7:00 p.m. The Village Clerk called the roll. Trustees present: Gary Stanton, Michael Gaeta, Gayle Vandenbergh, Karen Mills, Anna Newell. Trustee Pilafas was absent.
A quorum was present.

## ADMINISTRATIVE PERSONNEL PRESENT:

J. Norris, Village Manager
D. O'Malley, Deputy Village Manager
A. Janura, Corporation Counsel
M. Koplin, Asst. Village Manager-Development Services
J. Jorian, Fire Chief
T. Bos, Police Chief
G. Poulos, Asst. Fire Chief
J. Nebel, Public Works Director
R. Musiala, Finance Director
F. Besenhoffer, IS Director
P. Seger, HRM Director
M. Saavedra, H&HS Director
B. Anderson, CATV Coordinator
J. Lester, GG Intern
Y. Ahmed, Levy Food Services

## 2. PLEDGE OF ALLEGIANCE TO THE FLAG:

The Pledge was led by Trustee Stanton.

## 3. RECOGNITION OF AUDIENCE:

No one wished to be recognized.

## 4. APPROVAL OF MINUTES:

Motion by Trustee Gaeta, seconded by Trustee Stanton, to approve Item 4. Voice vote taken. All Ayes.
Motion carried.

Approval of Minutes
  Minutes from December 5, 2016.

Motion by Trustee Mills, seconded by Trustee Gaeta, to approve Item 4. Voice vote taken. All Ayes.
Motion carried.

Minutes December 19, 2016                                                                                    Page | 2

Approval of Minutes
   Minutes from December 12, 2016.

### 5. CONSENT AGENDA/OMNIBUS VOTE:

Motion by Trustee Gaeta, seconded by Trustee Stanton, to approve Item 5.A.

**5.A.** Approval of Agenda

Roll Call:
   Aye:   Stanton, Gaeta, Vandenbergh, Mills, Newell
   Nay:
   Mayor McLeod voted aye.
Motion carried.

Motion by Trustee Gaeta, seconded by Trustee Stanton, to approve Item 5.B.

**5.B.** Approval of the schedule of bills for December 19, 2016: $10,061,822.64.

Roll Call:
   Aye:   Stanton, Gaeta, Vandenbergh, Mills, Newell
   Nay:
   Mayor McLeod voted aye.
Motion carried.

Motion by Trustee Gaeta, seconded by Trustee Stanton, to approve Item 5.C.

**5.C.** Request Board approval of Resolution No. 1625-2016 supporting a Cook County Class 7C classification application for property tax assessment purposes for the site located at the southwest corner of Golf and Higgins Roads (Ace Hardware).

Roll Call:
   Aye:   Stanton, Gaeta, Vandenbergh, Mills, Newell
   Nay:
   Mayor McLeod voted aye.
Motion carried.

Motion by Trustee Gaeta, seconded by Trustee Stanton, to approve Item 5.D.

**5.D.** Request Board approval of Resolution No. 1626-2016 supporting a Cook County Class 7C classification application for property tax assessment purposes for the site located at 2160 Stonington Avenue (Plum Grove Printers).

Roll Call:
   Aye:   Stanton, Gaeta, Vandenbergh, Mills, Newell
   Nay:
   Mayor McLeod voted aye.
Motion carried.

Motion by Trustee Gaeta, seconded by Trustee Stanton, to approve Item 5.E.

**5.E.** Request Board approval of Resolution No. 1627-2016 supporting a Cook County Class C classification application for property tax assessment purposes for the site located at 1300 Higgins Road (Petro Auto).

Roll Call:
    Aye: Stanton, Gaeta, Vandenbergh, Mills, Newell
    Nay:
    Mayor McLeod voted aye.
<u>Motion carried.</u>

Motion by Trustee Gaeta, seconded by Trustee Stanton, to approve Item 5.F.

**5.F.** Request Board approval of 2017 Village Board and Standing Committees meeting schedule.

Roll Call:
    Aye: Stanton, Gaeta, Vandenbergh, Mills, Newell
    Nay:
    Mayor McLeod voted aye.
<u>Motion carried.</u>

Motion by Trustee Gaeta, seconded by Trustee Stanton, to approve Item 5.G.

**5.G.** Request Board authorization to declare $21,162,482.98 as the developer and taxing district allocation for tax levy year 2015 within the EDA Special Tax Allocation Fund, and direct the Treasurer to remit said funds to the developer and taxing districts per PA097-0636.

Roll Call:
    Aye: Stanton, Gaeta, Vandenbergh, Mills, Newell
    Nay:
    Mayor McLeod voted aye.
<u>Motion carried.</u>

Motion by Trustee Gaeta, seconded by Trustee Stanton, to approve Item 5.H.

**5.H.** Request Board authorization to purchase excess property and liability insurance and excess workers' compensation insurance from Alliant Americas Brokerage Services.

Roll Call:
    Aye: Stanton, Gaeta, Vandenbergh, Mills, Newell
    Nay:
    Mayor McLeod voted aye.
<u>Motion carried.</u>

### <u>6. REPORTS:</u>

**6.A. President's Report**

<u>Swearing-In</u>

Mayor McLeod swore Officer Suzanne Levin into the office of Police Sergeant. Sergeant Levin introduced her family and was congratulated by the Board.

<u>Proclamation(s)</u>

Trustee Stanton read the following proclamation.

<u>Minutes December 19, 2016</u>                                                                            Page | 4

Motion by Trustee Gaeta, seconded by Trustee Newell, to concur with the proclamation proclaiming December 31, 2016 at 11:30 p.m. local time as Universal Hour of Peace. Voice vote taken. All ayes. <u>Motion carried.</u>

Members of the School of Metaphysics accepted the proclamation and were congratulated by the Board.

Mayor McLeod thanked the Hoffman Estates High School wrestling team and cheer squad for their help with the senior prom.

Motion by Trustee Gaeta, seconded by Trustee Mills, to accept the appointment of James O'Connor to the Platzkonzert Commission. Voice vote taken. All ayes. <u>Motion carried.</u>

Motion by Trustee Gaeta, seconded by Trustee Stanton, to accept the appointment of Amir Haq to the emerging Technology Advisory Commission. Voice vote taken. All ayes. <u>Motion carried.</u>

Motion by Trustee Mills, seconded by Trustee Gaeta, to accept the resignation, with regrets, of Castella King from the Cultural Awareness Commission. Voice vote taken. All ayes. <u>Motion carried.</u>

Mayor McLeod stated that he attended a Celtic Fest Commission meeting, DARE graduations, a NW Special Recreation luncheon, a NWMC meeting, the retirement celebration of Stephanie Sarnoff from the Schaumburg Township District Library, a chamber holiday lunch, the senior holiday luncheon, a student presentation on the impact of plastic on sea turtles, he delivered coffee cakes to the various Village buildings, had a Mayor for the Day, attended a chamber board meeting, the wake and funeral for Don Arnet and the reception for the Police Explorers.

### 6.B. Trustee Comments

Trustee Stanton sent his sympathies to the Arnet and Jorian families, he stated that he attended DARE graduations, the HE Parks Winter Fest and he wished Trustee Newell a Happy Birthday.

Trustee Mills congratulated Sergeant Levin, sent her condolences to the Arnet family, wrapped presents for Shop with a cop at both the police station and Target, attended the park district winter fest and breakfast with Santa, a NW Mosquito Abatement meeting, the senior holiday lunch and she thanked the senior commission, she helped deliver coffee cakes, she wished everyone a Merry Christmas and Happy New Year and she thanked staff for the past year.

Trustee Vandenbergh stated that she attended Shop with a Cop, she wished Trustee Newell a Happy Birthday, she congratulated the Redhawks, the Explorers and Sgt. Levin, she sent her condolences to the Arnet family and she wished everyone Happy Holidays.

Trustee Gaeta stated that he attended a Haverford Place homeowners meeting and their Christmas party, DARE graduations, Shop with a Cop, the winter fest, he sent his condolences to the Jorian and Arnet families, attended the NWSRA luncheon, delivered coffee cakes and wished everyone a Merry Christmas and Happy New Year.

Trustee Newell thanked everyone for the birthday wishes, stated that she attended Shop with a Cop and thanked everyone who helped out with that event, she attended the winter fest, delivered coffee cakes for the Mayors Open House, she congratulated the Explorers, Redhawks and Sgt. Levin, she sent her condolences to the Jorian and Arnet families, reminded everyone to check on their neighbors, family and friends during this cold snap and wished everyone a Merry Christmas and Happy New Year.

### 6. C. Village Manager's Report

Mr. Norris sent his condolences to the Arnet family and wished everyone Happy Holidays.

Minutes December 19, 2016                                                                    Page | 5

### 6. D. Village Clerk's Report

The Clerk had no report.

### 6.E. Treasurer's Report

Motion by Trustee Gaeta, seconded by Trustee Mills, to approve Item 6.E.

Mrs. Musiala stated that during the month of October 2016 cash disbursements and transfers-out exceeded cash receipts and transfers-in by $359,253, primarily due to general operating expenses. After including these receipts and disbursements, the balance of cash and investments for the operating funds is $38.3 million.
For the operating, Debt Service and Capital Projects funds, cash disbursements and transfers-out exceeded cash receipts and transfers-in by $1.52 million, primarily due to road expense payouts.
For the Trust Funds, cash receipts and transfers-in exceeded cash disbursements and transfers-out by $447,753.
The total for cash and investments for all funds increased to $218 million.

Roll Call:
    Aye:   Stanton, Gaeta, Vandenbergh, Mills, Newell
    Nay:
    Mayor McLeod voted aye.
Motion carried.


### 7. ADDITIONAL BUSINESS:

Motion by Trustee Gaeta, seconded by Trustee Stanton, to approve Item 8.A.

**7.A.** Request Board authorization to award contract for stage, sound, lights and backline equipment for the 2017 Northwest Fourth Fest to SCS Productions, Inc., Roselle, IL in an amount not to exceed $17,355.

Roll Call:
    Aye:   Stanton, Gaeta, Vandenbergh, Mills, Newell
    Nay:
    Mayor McLeod voted aye.
Motion carried.


### 8. ADJOURNMENT:

Motion by Trustee Gaeta, seconded by Trustee Mills, to adjourn the meeting. Time: 7:26p.m. Voice vote taken. All Ayes. Motion carried.

---

Bev Romanoff                                                      Date Approved
Village Clerk


The Village of Hoffman Estates complies with the Americans with Disabilities Act (ADA). For accessibility assistance, call the ADA Coordinator at 847/882-9100.