# EXHIBIT C

18-23538-shl    Doc 3164-4    Filed 04/12/19    Entered 04/12/19 10:08:29    Exhibit C
Pg 1 of 2

| Unit No. | City | State | Document Type | Tenant DBA Name | Tenant Legal Entity Name | Square Foot | Address | City | State | Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|
| 7259 | Williamsburg | VA | License Agreement | New Oriental Crafts, LLC | New Oriental Crafts LLC | 3,200 | 407 Spinnaker Way | Williamsburg | VA | 23185 |
| 7259 | Williamsburg | VA | Sublease | New Oriental Crafts, LLC | New Oriental Crafts LLC | 2,000 | 407 Spinnaker Way | Williamsburg | VA | 23185 |
| 7259 | Williamsburg | VA | Sublease | H & R Block | H & R Block Eastern Enterprises, Inc. | 1,600 | 575 Maryville Centre Drive, Suite 500 | Saint Louis | MO | 63141 |
| 7259 | Williamsburg | VA | Sublease | International Styles | Luis Daniel Avila Hernandez & Rene Rodriguez Martinez | 1,200 | 122 Waller Mill Road Suite K | Williamsburg | VA | 23185 |
| 7259 | Williamsburg | VA | Sublease | Williamsburg Peking Corp | Williamsburg Peking Corp. | 9,560 | 120-J Waller Mill Road | Williamsburg | VA | 23185 |
| 7259 | Williamsburg | VA | License Agreement | Tu Tienda and Gifts | DPE, Inc. | 1,200 | 9317 Barnes Road | Toana | VA | 23168 |
| 7259 | Williamsburg | VA | Sublease | Tu Tienda and Gifts | DPE, Inc. | 5,160 | 3308 Newland Court | Toana | VA | 23168 |