## CERTIFICATE OF SERVICE

On the 12th day of April, 2019, true and correct copies of the Notice of Hearing and Motion of *Colonial Properties, LLC to Compel Payment of Post-Petition Date Rent and Related Lease Obligations Pursuant to 11 U.S.C. §§ 105(a), 363(e), 365(d)(3) and 503(b)(1)(A)* were served via this Court's CM/ECF electronic filing system upon those parties requesting service and upon those parties listed below via United States first class mail:

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates IL 60179
Attn:   Stephen Sitley Esq.
        Luke J. Valentino, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Ray C. Schrock, Esq.
        Jacqueline Marcus, Esq.
        Garret A. Fail, Esq.
        Sunny Singh, Esq.

Office of the United States Trustee
201 Varick Street, Suite 1006
New York, NY 10014
Attn:   Paul Schwartzberg, Esq.

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn:   Paul D. Leake, Esq.
        Shana A. Elberg, Esq.
        George R. Howard, Esq.

4

848392

Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY, 10017
Attn:   Marshall S. Huebner, Esq.
        Eli J. Vonnegut, Esq.

Cleary, Gottlieb
One Liberty Plaza
New York, NY, 10006
Attn:   Sean A. O'Neal, Esq.

Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
Attn:   Edward M. Fox, Esq.

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10015
Attn:   James Gadsden, Esq.

Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Attn:   Brian A. Raynor, Esq.

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Attn:   Philip C. Dublin, Esq.
        Ira Dizengoff, Esq.
        Sara Lynne Brauner, Esq.

/S/ Michael S. Amato
MICHAEL S. AMATO

5

848392