# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, *et al*, ) ) ) | |
| ) | **ORDER GRANTING ADMISSION** |
| Debtors. ) | **TO PRACTICE,** *PRO HAC VICE* |

Upon the motion of Robert C. Gainer to be admitted, ***pro hac vice***, to represent Matt L. Bauer, (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member of good standing of the bar in the State of Iowa and the bar of the U.S. District Court for the Southern District of Iowa, it is hereby

**ORDERED**, that Robert C. Gainer, Esq., is admitted to practice, ***pro hac vice***, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  April 12, 2019

       White Plains, New York

/s/Robert D. Drain_____

UNITED STATES BANKRUPTCY JUDGE