UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) | Case No. 18-23538 (RDD) |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) |  |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the Motion of Kory A. Atkinson to be admitted, *pro hac vice*, to represent Community Unit School District 300 (the "Client") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois, it is hereby

**ORDERED**, that Kory A. Atkinson, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       April 12, 2019

/s/Robert D. Drain_____
UNITED STATE BANKRUPTCY JUDGE

216254070v1