UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**SEARS HOLDINGS CORPORATION,** *et al.*,<br><br>　　　　　　　　　　　**Debtors.** | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>**(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 12th day of April, 2019, I caused Class Representatives' Motion to Extend Application of Federal Rule of Civil Procedure 23 to Class Proofs of Claim (Doc. No. 3170), to be electronically filed with the Clerk's Office using the Court's CM/ECF system, which sent electronic notification of such filing to all registered CM/ECF participants in the above-captioned case, including but not limited to the Standard Parties.[1]

I further certify that, on April 12, 2019, a true and correct copy of the foregoing filing was served on the following Standard Parties via Federal Express:

1. Chambers of the Honorable Judge Robert D. Drain
   United States Bankruptcy Court for the Southern District of New York
   300 Quarropas Street, Room 248
   White Plains, NY 10601

2. Office of the U.S. Trustee for Region 2
   201 Varick Street, Suite 1006
   New York, NY 10014
   Attn: Paul Schwartzberg, Esq.

---

[1] The term "Standard Parties" as used herein shall have the defined meaning set forth in the Court's November 1, 2018 Amended Order Implementing Certain Notice and Case Management Procedures (Doc. No. 405).

I further certify that, on April 12, 2019, a true and correct copy of the foregoing filing was served on the following Standard Parties via First Class Mail:

1. Debtors, c/o Sears Holdings Corporation
   3333 Beverly Road
   Hoffman Estates, IL 60179
   Attn: Stephen Sitley, Esq. and Luke J. Valentino, Esq.

2. Weil, Gotshal & Manges LLP
   767 Fifth Avenue
   New York, NY 10153
   Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq.

3. Skadden, Arps, Slate, Meagher & Flom LLP
   4 Times Square
   New York, NY 10036
   Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq.

4. Davis Polk & Wardell LLP
   450 Lexington Avenue
   New York, NY 10017
   Attn: Marshall S. Huebner, Esq. and Eli J. Vonnegut, Esq.

5. Cleary Gottlieb Steen & Hamilton LLP
   One Liberty Plaza
   New York, NY, 10006
   Attn: Sean A. O'Neal, Esq.

6. Kelley Drye & Warren LLP
   101 Park Avenue
   New York, NY 10178
   Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., and T. Charlie Liu, Esq.

7. Seyfarth Shaw LLP
   620 Eighth Avenue
   New York, NY 10018
   Attn: Edward M. Fox, Esq.

8.     Carter Ledyard & Milburn LLP
   2 Wall Street
   New York, NY 10015
   Attn: James Gadsden, Esq.

9.     Locke Lord LLP
   111 South Wacker Drive
   Chicago, IL 60606
   Attn: Brian A. Raynor, Esq.

10.     Akin Gump Strauss Hauer & Feld LLP
    One Bryant Park
    New York, NY 10036
    Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.

    */s/ James P. Pagano*
    James P. Pagano, Esq.