UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

SEARS HOLDINGS CORPORATION, *et al.,*

                          Debtors.

Chapter 11

Case No. 18-23538 (RDD)

CERTIFICATE OF SERVICE

I, Brendan Cyr, an attorney admitted to practice in the State of New York, and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1.  On the 11th day of April, 2019, a true and correct copy of the Motion of Transform Holdco LLC for Leave to File Under Seal Transform Holdco LLC's Supplemental Reply Brief and Supporting Documents in Response to Debtor's Motion to (A) Enforce Asset Purchase Agreement and Automatic Stay Against Transform Holdco LLC and (B) Compel Turnover of Estate Property, dated April 11, 2019; and redacted versions of Transform Holdco LLC's Supplemental Reply Brief in Response to Debtors' Motion to (A) Enforce Asset Purchase Agreement and Automatic Stay Against Transform Holdco LLC and (B) Compel Turnover of Estate Property, dated April 11, 2019; the Declaration of Abena A. Mainoo in Support of Transform Holdco LLC's Supplemental Reply Brief in Response to Debtors' Motion to (A) Enforce Asset Purchase Agreement and Automatic Stay Against Transform Holdco LLC and (B) Compel Turnover of Estate Property, dated April 11, 2019, with Exhibit A; and the Declaration of Kunal S. Kamlani in Support of Transform Holdco LLC's Supplemental Reply Brief in Response to Debtors' Motion to (A) Enforce Asset Purchase Agreement and Automatic Stay Against Transform Holdco LLC and (B) Compel Turnover of Estate Property, dated April 10, 2019, were served by email and by Federal Express, as indicated, upon:

**BY EMAIL**

jacqueline.marcus@weil.com
ray.schrock@weil.com
sunny.singh@weil.com
garrett.fail@weil.com
jerileigh.miller@weil.com
jessica.liou@weil.com
paloma.vangroll@weil.com
jared.friedmann@weil.com
jessie.mishkin@weil.com
luke.valentino@searshc.com
stephen.sitley@searshc.com
paul.schwartzberg@usdoj.gov
richard.morrissey@usdoj.gov
paul.leake@skadden.com
shana.elberg@skadden.com
george.howard@skadden.com
eli.vonnegut@davispolk.com
marshall.huebner@davispolk.com
ewilson@kelleydrye.com
bfeder@kelleydrye.com
gadsden@clm.com
braynor@lockelord.com
idizengoff@akingump.com
aqureshi@akingump.com
sbrauner@akingump.com
pdublin@akingump.com
emfox@seyfarth.com

**BY FEDERAL EXPRESS**

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006,
New York, New York 10014
Attn: Paul Schwartzberg, Esq.

2.  On the 11th day of April, 2019, unredacted versions of Transform Holdco

LLC's Supplemental Reply Brief in Response to Debtors' Motion to (A) Enforce Asset Purchase

Agreement and Automatic Stay Against Transform Holdco LLC and (B) Compel Turnover of

Estate Property, dated April 11, 2019; Exhibit A to the Declaration of Abena A. Mainoo in

Support of Transform Holdco LLC's Supplemental Reply Brief in Response to Debtors' Motion

to (A) Enforce Asset Purchase Agreement and Automatic Stay Against Transform Holdco LLC and (B) Compel Turnover of Estate Property, dated April 11, 2019; and the Declaration of Kunal S. Kamlani in Support of Transform Holdco LLC's Supplemental Reply Brief in Response to Debtors' Motion to (A) Enforce Asset Purchase Agreement and Automatic Stay Against Transform Holdco LLC and (B) Compel Turnover of Estate Property, dated April 10, 2019, were served by email and by Federal Express, as indicated, upon:

## BY EMAIL

ray.schrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com
jerileigh.miller@weil.com
jessica.liou@weil.com
paloma.vangroll@weil.com
jared.friedmann@weil.com
jessie.mishkin@weil.com
richard.morrissey@usdoj.gov
paul.schwartzberg@usdoj.gov

## BY FEDERAL EXPRESS

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006,
New York, New York 10014
Attn: Paul Schwartzberg, Esq.

Dated:  New York, New York
        April 12, 2019

                                        /s/Brendan Cyr
                                        Brendan Cyr