FERRAIUOLI LLC
390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001
Email: scolon@ferraiuoli.com
Email: gchico@ferraiuoli.com

Counsels for *Santa Rosa Mall, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING OF MOTION FOR ENTRY OF ORDER FOR THE DEBTOR TO: (i) DISCLOSE STATUS OF INSURANCE CLAIM; (ii) DEPOSIT ANY INSURANCE PROCEED INTO SEPARATE ACCOUNT TO BE USED EXCLUSIVELY TO REPAIR THE INSURED DEMISED PREMISES; AND (iii) ALTERNATIVELY, FIND THE AUTOMATIC STAY INAPPLICABLE TO THE INSURANCE PROCEEDS**
(Related documents: Docket No. 1240)

**PLEASE TAKE NOTICE** that the hearing on the *Motion for Entry of Order for the Debtor to: (i)*

*Disclose Status of Insurance Claim; (ii) Deposit Any Insurance Proceed into Separate Account to be Used*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC(6546); Sears Operations LLC(4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

*Exclusively to Repair the Insured Demised Premises; and (iii) Alternatively, Find the Automatic Stay Inapplicable to the Insurance Proceeds* (Docket No. 1240), filed by Santa Rosa Mall, LLC, previously scheduled for the Omnibus Hearing Date of Thursday, April 18, 2019 at 10:00 a.m. (Eastern Time) (the "Hearing"), has been adjourned.

| | |
|---|---|
| Respectfully submitted.<br>Orlando, Florida.<br>Dated: April 15, 2019 | **Ferraiuoli** LLC<br>390 N. Orange Avenue<br>Suite 2300<br>Orlando, Florida 32801<br>Telephone: (407) 982-7310<br>Facsimile: (787) 766-7001<br><br>-and-<br><br>221 Ponce de León Avenue<br>5th Floor, San Juan, PR 00917<br>Telephone: (787) 766-7001<br>Facsimile: (787) 766-7001<br><br>*/s/ Sonia E. Colon Colon*<br>Sonia E. Colón Colón<br>*Admitted Pro Hac Vice*<br>USDC-PR No. 213809<br>scolon@ferraiuoli.com<br><br>*/s/ Gustavo A. Chico-Barris*<br>Gustavo A. Chico-Barris<br>USDC-SDNY No. 929147<br>gchico@ferraiuoli.com<br><br>Attorneys for<br>*Santa Rosa Mall, LLC* |