| Database: | MRI | | Aged Delinquencies | | | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|
| Report Id: | COR_CMAGEDEL | | BOYNTON BEACH MALL | | | | Date: | 4/8/2019 |
| BLDG: | 460030 | | Date: 4/8/2019 | | | | Time: | 11:53 AM |
| | | | All Lease Status Codes | | | | User: | DHAMMOND |
| | | | All Litigation Status Codes | | | | | |
| | | | All Income Categories | | | | | |

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|

**460030-CM8350**   **SEARS**   Master Occupant Id: CM008350-1   Day Due: 1   Delq Day: 10
**ANCHORS**                  501    Current                     Last Payment: 3/7/2019   36730.45
               (847) 286-0277   Lease Status:   BNK   Reserve Status:      Litigation Status:

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 1/1/2017 | CAM | AUTOCHRG @T1/31/2017 | CH | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 |
| 1/1/2017 | RTX | Tax for BRT | CH | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 |
| 11/1/2017 | RTX | Tax for BRT | CH | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 |
| 3/1/2018 | RTX | Tax for CAM | CH | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 |
| 1/8/2019 | RTX | | CR | -34.43 | 0.00 | 0.00 | 0.00 | -34.43 | 0.00 |
| 2/5/2019 | RTX | | CR | -34.43 | 0.00 | 0.00 | -34.43 | 0.00 | 0.00 |
| 3/7/2019 | RTX | | CR | -34.43 | 0.00 | -34.43 | 0.00 | 0.00 | 0.00 |
| 3/11/2019 | RTX | | CR | -11.09 | -11.09 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4/1/2019 | BRT | AUTOCHRG @T4/30/2019 | CH | 28,588.79 | 28,588.79 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4/1/2019 | CAM | AUTOCHRG @T4/30/2019 | CH | 5,835.25 | 5,835.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4/1/2019 | RTX | Tax for CAM | CH | 390.96 | 390.96 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4/1/2019 | RTX | Tax for BRT | CH | 1,915.45 | 1,915.45 | 0.00 | 0.00 | 0.00 | 0.00 |
| | BRT | BASE RENT | | 28,588.79 | 28,588.79 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAM | CAM MONTHLY | | 5,835.35 | 5,835.25 | 0.00 | 0.00 | 0.00 | 0.10 |
| | RTX | RENTAL TAX | | 2,192.17 | 2,295.32 | -34.43 | -34.43 | -34.43 | 0.14 |
| **SEARS Total:** | | | | 36,616.31 | 36,719.36 | -34.43 | -34.43 | -34.43 | 0.24 |
| | BRT | BASE RENT | | 28,588.79 | 28,588.79 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAM | CAM MONTHLY | | 5,835.35 | 5,835.25 | 0.00 | 0.00 | 0.00 | 0.10 |
| | RTX | RENTAL TAX | | 2,192.17 | 2,295.32 | -34.43 | -34.43 | -34.43 | 0.14 |
| **BLDG 460030 Total:** | | | | 36,616.31 | 36,719.36 | -34.43 | -34.43 | -34.43 | 0.24 |
| | BRT | BASE RENT | | 28,588.79 | 28,588.79 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAM | CAM MONTHLY | | 5,835.35 | 5,835.25 | 0.00 | 0.00 | 0.00 | 0.10 |
| | RTX | RENTAL TAX | | 2,192.17 | 2,295.32 | -34.43 | -34.43 | -34.43 | 0.14 |
| | | **Grand Total:** | | 36,616.31 | 36,719.36 | -34.43 | -34.43 | -34.43 | 0.24 |

**-EXHIBIT "C" TO SUPPLEMENT-**

| Database: | MRI | | Aged Delinquencies | | | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|
| Report Id: | COR_CMAGEDEL | | BOYNTON BEACH MALL | | | | Date: | 4/8/2019 |
| BLDG: | 460030 | | Date: 4/8/2019 | | | | Time: | 11:56 AM |
| | | | All Lease Status Codes | | | | User: | DHAMMOND |
| | | | All Litigation Status Codes | | | | | |
| | | | All Income Categories | | | | | |

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|

| 460030-CM8351 | | **SEARS AUTO CENTER** | | Master Occupant Id: CM008351-1 | | Day Due: | 1 | Delq Day: | 10 |
|---|---|---|---|---|---|---|---|---|---|
| **OUTPARCEL** | | | | 499 | Current | Last Payment: | | 3/11/2019 | 11834.81 |
| | | | | Lease Status: | BNK   Reserve Status: | | Litigation Status: | | |
| 2/5/2018 | RTX | | CR | -0.01 | 0.00 | 0.00 | 0.00 | 0.00 | -0.01 |
| 1/8/2019 | RTX | | CR | -11.09 | 0.00 | 0.00 | 0.00 | -11.09 | 0.00 |
| 1/31/2019 | RTX | 2018 TPY Y/E RECONCILIATIC | CH | 4,018.44 | 0.00 | 0.00 | 4,018.44 | 0.00 | 0.00 |
| 1/31/2019 | RTX | BILLING TAX EFF 1/1/19; 1/19 | CH | 334.87 | 0.00 | 0.00 | 334.87 | 0.00 | 0.00 |
| 1/31/2019 | TAX | BILLING TAX EFF 1/1/19; 1/19 | CH | 4,998.06 | 0.00 | 0.00 | 4,998.06 | 0.00 | 0.00 |
| 1/31/2019 | TPY | 2018 TPY Y/E RECONCILIATIC | CH | 59,976.78 | 0.00 | 0.00 | 59,976.78 | 0.00 | 0.00 |
| 2/1/2019 | RTX | Tax for TAX | CH | 334.87 | 0.00 | 0.00 | 334.87 | 0.00 | 0.00 |
| 2/1/2019 | TAX | AUTOCHRG @T2/28/2019 @R | CH | 4,998.06 | 0.00 | 0.00 | 4,998.06 | 0.00 | 0.00 |
| 2/5/2019 | RTX | | CR | -11.09 | 0.00 | 0.00 | -11.09 | 0.00 | 0.00 |
| 3/1/2019 | RTX | Tax for TAX | CH | 334.87 | 0.00 | 334.87 | 0.00 | 0.00 | 0.00 |
| 3/1/2019 | TAX | AUTOCHRG @T3/31/2019 | CH | 4,998.06 | 0.00 | 4,998.06 | 0.00 | 0.00 | 0.00 |
| 4/1/2019 | BRT | AUTOCHRG @T4/30/2019 | CH | 11,091.67 | 11,091.67 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4/1/2019 | RTX | Tax for BRT | CH | 743.14 | 743.14 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4/1/2019 | RTX | Tax for TAX | CH | 334.87 | 334.87 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4/1/2019 | TAX | AUTOCHRG @T4/30/2019 | CH | 4,998.06 | 4,998.06 | 0.00 | 0.00 | 0.00 | 0.00 |
| | BRT | BASE RENT | | 11,091.67 | 11,091.67 | 0.00 | 0.00 | 0.00 | 0.00 |
| | RTX | RENTAL TAX | | 6,078.87 | 1,078.01 | 334.87 | 4,677.09 | -11.09 | -0.01 |
| | TAX | TAXES MONTHLY | | 19,992.24 | 4,998.06 | 4,998.06 | 9,996.12 | 0.00 | 0.00 |
| | TPY | TAX PRIOR YR | | 59,976.78 | 0.00 | 0.00 | 59,976.78 | 0.00 | 0.00 |
| **SEARS AUTO CENTER Total:** | | | | 97,139.56 | 17,167.74 | 5,332.93 | 74,649.99 | -11.09 | -0.01 |
| | BRT | BASE RENT | | 11,091.67 | 11,091.67 | 0.00 | 0.00 | 0.00 | 0.00 |
| | RTX | RENTAL TAX | | 6,078.87 | 1,078.01 | 334.87 | 4,677.09 | -11.09 | -0.01 |
| | TAX | TAXES MONTHLY | | 19,992.24 | 4,998.06 | 4,998.06 | 9,996.12 | 0.00 | 0.00 |
| | TPY | TAX PRIOR YR | | 59,976.78 | 0.00 | 0.00 | 59,976.78 | 0.00 | 0.00 |
| **BLDG 460030 Total:** | | | | 97,139.56 | 17,167.74 | 5,332.93 | 74,649.99 | -11.09 | -0.01 |
| | BRT | BASE RENT | | 11,091.67 | 11,091.67 | 0.00 | 0.00 | 0.00 | 0.00 |
| | RTX | RENTAL TAX | | 6,078.87 | 1,078.01 | 334.87 | 4,677.09 | -11.09 | -0.01 |
| | TAX | TAXES MONTHLY | | 19,992.24 | 4,998.06 | 4,998.06 | 9,996.12 | 0.00 | 0.00 |
| | TPY | TAX PRIOR YR | | 59,976.78 | 0.00 | 0.00 | 59,976.78 | 0.00 | 0.00 |
| | | **Grand Total:** | | 97,139.56 | 17,167.74 | 5,332.93 | 74,649.99 | -11.09 | -0.01 |

**-EXHIBIT "C" TO SUPPLEMENT-**