Dear Judge Drain

I am writing this letter regarding the 'Sears' matter ...

I am a bondholder, specifically the 12/15/19 8% Notes, which I have continued to Own throughout this entire ordeal.

It should be noted that those bonds, which I purchased at Par .... or close to it, are now trading at a mere $3.25 as of yesterdays close .... ..

I therefore Fail to see how your decision NOT to allow Liquidation was in Anybody's best interest .

You dismissed the argument that Eddie Lampert was merely a Theif, who destroyed a 126 yr old institution, then Liquidated any thing of value Himself Completely



outside the Purview of any court!

You can argue that he was just the Worst manager in the world and did Not do this deliberately... but then if this is so, ... then why let him continue ??

It is very clear that there was absolutely _NO_ attempt to repay any of the Debt that was undertaken by his company ... and to add insult to injury, the Bonds that I purchased were part of a $5 Billion offering from _2014_ ... a mere 4 years before he Defaulted ...

The assets of this company, too Numerous to mention, were Sold off ... Where'd the Money Go ?? ... and when I asked this question of the Sears lawyer at our January meeting, they responded that it was



used to "cover employee Pensions" ... however, there was <u>NO</u> mention of this in the original bond Prospectus ... It + was never earmarked to be used for that purpose.

You made mention that Eddie Lampert is a "Wealthy Individual" ... I assure you that I myself am <u>Not</u> ... and the loss on that Bond has been a devastating blow to me financially ...

I'm asking for releif, with full respect for the Court ... in this matter ...

Respectfully yours,

Joe Perilli



Joseph Perilli
8901 Shore Rd, 10B
Brooklyn, N.Y. 11209.

USPS
EDNY

10601-414000

U.S. Bankruptcy Court
for Southern District of New York
300 Quarropas Street
White Plains, New York  10601

