Exhibit 1: Additional Designatable Leases[2]

| Store Number | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount (Counterparty Cure Amount LESS Debtor Cure Amount)[1] |
|---|---|---|---|---|---|---|---|---|---|---|
| 2092 | 2063 | SEARS, ROEBUCK AND CO. | GGP | GROUND LEASE | S2092-6-A | N/A | 9/24/2046 | $5,065 | $3,000 | ($2,065) |

1. Counterparty's cure amount supersedes the Debtors' asserted cure amount.
2. All Additional Designatable Leases listed in Exhibit 1 shall be deemed to include any and all applicable supplements, amendments, and/or addenda.