WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x

In re                                                          :

                                                                :        **Chapter 11**

**SEARS HOLDINGS CORPORATION**, *et al.*,     :

                                                                :        **Case No. 18-23538 (RDD)**

                                                                :

                        Debtors.[1]                        :        **(Jointly Administered)**

-------------------------------------------------------- x

## NOTICE OF ASSUMPTION AND ASSIGNMENT
## OF ADDITIONAL DESIGNATABLE LEASES

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1.      Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed a motion, dated November 1, 2018 (ECF No. 429) (the "**Sale Motion**") seeking, among other things, the entry of an order pursuant to sections 105, 363 and 365 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq*. (the "**Bankruptcy Code**"), Rules 2002, 6004, 6006, 9007, and 9008 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rules 6004-1, 6005-1 and 6006-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), authorizing and approving the sale of the Acquired Assets and the assumption and assignment of certain executory contracts and unexpired leases of the Debtors in connection therewith.

2.      On January 18, 2019, the Debtors filed and served on the applicable counterparties the *Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 1731) (the "**Initial Notice**").

3.      On January 23, 2019, the Debtors filed and served on the applicable counterparties the *Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 1774) (the "**Supplemental Notice**").

4.      On January 31, 2019, the Debtors filed and served on the applicable counterparties the *Second Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 2314) (the "**Second Supplemental Notice**").

5.      On March 5, 2019, the Debtors filed and served on the applicable counterparties the *Third Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 2753) (the "**Third Supplemental Notice**").

6.      On March 29, 2019, the Debtors filed and served on the applicable counterparties the *Fourth Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 2995) (the "**Fourth Supplemental Notice**")

7.      On April 9, 2019, the Debtors filed and served on the applicable counterparties the *Fifth Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 3097) (the "**Fifth Supplemental Notice**")

8.      On April 11, 2019, the Debtors filed and served on the applicable counterparties the *Sixth Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 3152) (the "**Sixth Supplemental Notice**" and together with the Initial Notice, the Supplemental Notice, the Second Supplemental Notice, the Third Supplemental Notice, the

Fourth Supplemental Notice, and the Fifth Supplemental Notice, the "**Assumption and Assignment Notices**").

9.      On February 8, 2019, the *Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts, and Leases in Connection Therewith, and (IV) Granting Related Relief* (the "**Sale Order**") (ECF No. 2507)[2] was entered by the Court.

10.     In accordance with the terms of the Sale Order, Buyer may designate Additional Contracts and Designatable Leases (collectively, the "**Additional Assigned Agreements**") for assumption and assignment for up to sixty (60) days after the Closing Date (the "**Designation Rights Period**"), which occurred on February 11, 2019.  The Debtors and Buyer agreed to an extension of the Designation Rights Period and, on April 12, 2019, the Debtors filed the *Notice of Amendment to Asset Purchase Agreement Extending Certain Deadlines* (ECF No. 3171), which extended the Designation Rights Period to May 3, 2019 for certain Designatable Leases and to May 13, 2019 for certain Additional Contracts.

11.     On April 2, 2019, the Court entered the *Order (I) Authorizing Assumption and Assignment of Certain Executory Contracts and Leases and (II) Granting Related Relief* (the "**Assumption and Assignment Order**") (ECF No. 3008).

12.     Paragraphs 26 and 27 of the Assumption and Assignment Order establish a noticing procedure for assumption and assignment of Additional Assigned Agreements.

13.     In accordance with the Sale Order and the Assumption and Assignment Order, Buyer has designated for assumption and assignment certain additional Designatable Leases (the "**Additional Designatable Leases**"), which are listed on <u>**Exhibit 1**</u> hereto.  The Buyer also seeks assumption and assignment of any unknown unexpired leases, to which a Debtor is a party, associated with the owned real properties listed on <u>**Exhibit 2**</u> hereto (the "**Unknown Leases**"). The Buyer, or an affiliated entity, shall be the relevant Assignee for each Additional Designatable Lease and Unknown Lease.

14.     Each of the Additional Designatable Leases listed on <u>Exhibit 1</u> was listed on an Assumption and Assignment Notice that was previously filed with the Bankruptcy Court and served on the applicable Counterparty. All objection periods related to the Initial Notice, the Supplemental Notice, the Second Supplemental Notice, the Third Supplemental Notice, and the Fourth Supplemental Notice have expired.  All Additional Designatable Leases listed in <u>Exhibit 1</u> shall be deemed to include any and all applicable supplements, amendments, and/or addenda.

15.     To the extent a counterparty to an Additional Designatable Lease properly filed and served a Cure Objection, and to the extent such counterparty is entitled to assert a Cure Objection under the Fifth Supplemental Notice or the Sixth Supplemental Notice, or an additional objection to cure costs or assumption and assignment that could not have been raised

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Sale Order.

in its prior objection, in accordance with paragraph 34 of the Sale Order and paragraph 26 of the Assumption and Assignment Order, such counterparty shall file and serve such objection (a "**Supplemental Objection**") in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) so as to be filed and received no later than April 23, 2019 at 4:00 p.m. (Eastern Time) (the "**Supplemental Objection Deadline**"). To the extent the Debtors and the Buyer become aware of an Unknown Lease with a Cure Cost, the Buyer shall pay such Cure Cost in accordance with the Assumption and Assignment Order. With respect to Additional Designatable Leases or Unknown Leases that are among two or more Debtors, if any, this notice shall serve as notice of the assumption and assignment of the interests of each such Debtor (as lessee or lessor, as applicable) in such Additional Designatable Lease or Unknown Lease.

16.     If a Cure Objection or a Supplemental Objection has been timely filed and served with respect to an Additional Designatable Lease listed on Exhibit 1, the lease that is the subject of the Cure Objection or Supplemental Cure Objection may be removed from the list of Additional Designatable Leases listed on Exhibit 1 at any time prior to the Assumption Effective Date for such Additional Designatable Lease, as determined in accordance with paragraph 27 of the Assumption and Assignment Order, or, to the extent it remains unresolved, such Cure Objection or Supplemental Objection shall be set for a hearing (the "**Hearing**") before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, New York, 10601-4140 (the "**Bankruptcy Court**") on a date to be scheduled.

17.     If a timely Cure Objection is not filed (or any such objection is withdrawn or resolved) and the Supplemental Objection Deadline is not applicable to an Additional Designatable Lease, the Assumption Effective Date for any such Additional Designatable Lease or Unknown Lease shall be the date that this notice is filed with the Court.

Dated: April 15, 2019
          New York, New York

/s/ Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
Jessica Liou

*Attorneys for Debtors*
*and Debtors in Possession*

## **Exhibit 1**

**Additional Designatable Leases**

**Sears Holdings Corporation**
**Supplemental Cure Noticing**
**Real Estate Leases**

| No. | Store Number | Store Name | State | Debtor Counterparty(s) | Counterparty Name | Contract Title | Contract Expiration Date | Debtor's Interest | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 490 | HOFFMAN ESTATES | IL | SEARS HOLDINGS MANAGEMENT CORPORATION | ARAMARK SERVICES (C3) | FOOD SERVICE TENANCY | 12/31/14 (MTM) | LESSOR | $ - |
| 2 | 490 | HOFFMAN ESTATES | IL | SEARS HOLDINGS MANAGEMENT CORPORATION | ARAMARK SERVICES (JAVA CITY) | FOOD SERVICE TENANCY | 12/31/14 (MTM) | LESSOR | $ - |
| 3 | 490 | HOFFMAN ESTATES | IL | SEARS HOLDINGS MANAGEMENT CORPORATION | AXA ADVISORS, LLC | ATRIUM LICENSE AGREEMENT | 9/30/15 (MTM) | LESSOR | $ - |
| 4 | 490 | HOFFMAN ESTATES | IL | SEARS HOLDINGS MANAGEMENT CORPORATION | THE SALVATION ARMY | PARKING LOT ARRANGEMENT | 6/30/2099 | LESSOR | $ - |
| 5 | 3544 | SALEM | VA | KMART CORPORATION | NAIL TIPS | TENANCY | N/A | LESSOR | $ - |
| 6 | 26734 | SANFORD | FL | SEARS ROEBUCK AND CO. | FIELDS CHRYSLER-JEEP-DODGE SANFORD | TENANCY | 11/30/2027 | LESSOR | $ - |
| 7 | 30934 | NORTH MEMPHIS | TN | KMART CORPORATION | C&T ENTREPRENEURS INC | TENANCY | N/A | LESSOR | $ - |
| 8 | 31900 | STERLING | IL | KMART STORES OF ILLINOIS, LLC | MY NAILS | TENANCY | N/A | LESSOR | $ - |

## **Exhibit 2**

**Owned Real Property**

1. **Owned Real Property With Known Leases**

| Store # | City | ST | Assignee |
|---|---|---|---|
| 490 | Hoffman Estates | IL | TF Hoffman Estates IL LLC |
| 1011 | Grandville | MI | Transform SR LLC |
| 1012 | Des Moines | IA | Transform SR LLC |
| 1023 | Dulles/ Loudoun County | VA | TF Sterling VA LLC |
| 1029 | Spokane | WA | Transform SR LLC |
| 1068 | Palmdale | CA | TF Palmdale CA LLC |
| 1074 | Waldorf/St Charles | MD | Transform SR LLC |
| 1077 | Shreveport | LA | Transform SR LLC |
| 1092 | Westland(Det roit) | MI | Transform SR LLC |
| 1110 | Portage | MI | Transform SR LLC |
| 1120 | Columbus | OH | Transform SR LLC |
| 1136 | Hoover (Birmingham) | AL | TF Riverchase AL LLC |
| 1139 | Tukwila | WA | Transform SR LLC |
| 1171 | Springfield | MO | Transform SR LLC |
| 1187 | Mesquite | TX | Transform SR LLC |
| 1192 | Muskegon | MI | Transform SR LLC |
| 1224 | Harrisburg | PA | TF Harrisburg PA LLC |
| 1268 | Buena Park | CA | Transform Operating Stores LLC |
| 1271 | Littleton | CO | TF Littleton CO LLC |
| 1278 | Torrance | CA | Transform Operating Stores LLC |
| 1285 | Orlando- South | FL | TF Orlando-South FL LLC |
| 1297 | Hurst | TX | Transform SR LLC |
| 1314 | New Brunswick | NJ | Transform SR LLC |
| 1317 | El Paso | TX | Transform SR LLC |
| 1354 | Willow Grove | PA | TF Willow Grove PA LLC |
| 1364 | Lake Grove | NY | TF Lake Grove NY LLC |
| 1407 | Beaumont | TX | Transform SR LLC |
| 1443 | Manchester | CT | TF Manchester CT LLC |
| 1447 | Hulen | TX | Transform SR LLC |
| 1460 | Livonia | MI | TF Livonia MI LLC |
| 1475 | Durham | NC | Transform Saleco LLC |
| 1570 | Schaumburg | IL | Transform SR LLC |
| 1590 | Saginaw | MI | TF Saginaw MI LLC |

1

| 1595 | Greenville | SC | Transform SR LLC |
|---|---|---|---|
| 1610 | Cincinnati Northgate | OH | Transform Saleco LLC |
| 1634 | Baltimore | MD | Transform SR LLC |
| 1650 | Merrillville | IN | Transform SR LLC |
| 1710 | North Olmsted | OH | Transform SR LLC |
| 1764 | Rockaway | NJ | Transform SR LLC |
| 1800 | Mishawaka | IN | Transform SR LLC |
| 1804 | Barboursville | WV | TF Barboursville WV LLC |
| 1853 | Wilmington | DE | TF Wilmington DE LLC |
| 1854 | Parkville | MD | Transform SR LLC |
| 1974 | Roanoke | VA | TF Roanoke VA LLC |
| 2092 | Appleton | WI | TF Appleton WI LLC |
| 2183 | S Portland | ME | TF South Portland ME LLC |
| 2191 | Lincoln | NE | TF Lincoln NE LLC |
| 2290 | Michigan City | IN | Transform SR LLC |
| 2309 | Silverdale | WA | Transform SR LLC |
| 2497 | Brownsville | TX | Transform SR LLC |
| 2934 | Taunton | MA | Transform SR LLC |
| 3088 | Kenosha | WI | TF Kenosha WI LLC |
| 3433 | Holyoke | MA | TF Holyoke MA LLC |
| 3544 | Salem (Store Closing) | VA | Transform Saleco LLC |
| 3722 | Burlington | WA | TF Burlington WA LLC |
| 4395 | Cudahy | WI | TF Cudahy WI LLC |
| 4857 | Desert Hot Springs | CA | TF Desert Hot Springs CA LLC |
| 6298 | Sparks | NV | Transform Distribution Center Holdco LLC |
| 8217 | Ft. Worth | TX | Transform SR LLC |
| 8245 | St. Petersburg | FL | TF Seminole FL LLC |
| 8702 | Minneapolis | MN | Transform SR LLC |
| 8717 | Houston | TX | Transform SR LLC |
| 8755 | Tucker | GA | Transform SR LLC |
| 8935 | Rio Piedras | PR | Transform SHS Properties LLC |
| 8975 | Rio Piedras | PR | Transform Distribution Center Holdco LLC |
| 9255 | Palmer | MA | Transform Operating Stores LLC |
| 9394 | Fajardo | PR | Transform Operating Stores LLC |
| 26185 | Clarksville | IN | Transform Saleco LLC |
| 30934 | N Memphis | TN | Transform Saleco LLC |
| 61540 | Indianapolis | IN | Transform Saleco LLC |

2. **Owned Real Property With No Known Leases**

| Store # | City | State | Assignee |
|---------|------|-------|----------|
| 449 | Delano | CA | TF Delano CA LLC |
| 470 | Manteno | IL | Transform Saleco LLC |
| 1015 | Vero Beach | FL | TF Vero Beach FL LLC |
| 1032 | Brooklyn Center | MN | TF Brooklyn Center MN LLC |
| 1055 | Coral Springs | FL | TF Coral Springs FL LLC |
| 1075 | Daytona Beach | FL | Transform Saleco LLC |
| 1093 | Springfield | MA | TF Springfield MA LLC |
| 1100 | Flint | MI | TF Flint MI LLC |
| 1121 | Independence | MO | TF Independence MO LLC |
| 1175 | Merritt Island | FL | TF Merritt Island FL LLC |
| 1209 | Long Beach | CA | TF Long Beach CA LLC |
| 1216 | Memphis/Southland | TN | TF Memphis TN LLC |
| 1255 | Citrus Park | FL | TF Citrus Park FL LLC |
| 1261 | Midwest City | OK | Transform Saleco LLC |
| 1293 | Robinson Twp | PA | TF Robinson Twp PA LLC |
| 1353 | De Witt/Syracuse | NY | Transform Saleco LLC |
| 1370 | Eastland | OH | Transform Saleco LLC |
| 1437 | Arlington/Parks | TX | TF Arlington TX LLC |
| 1485 | Orange Pk | FL | TF Orange Pk FL LLC |
| 1514 | Niagara Falls | NY | Transform Saleco LLC |
| 1555 | Sanford | FL | TF Sanford FL LLC |
| 1588 | Phoenix Metro Ctr. | AZ | TF Phoenix AZ LLC |
| 1598 | City of Industry | CA | TF City of Industry CA LLC |
| 1635 | Jacksonville | FL | TF Jacksonville FL LLC |
| 1675 | Knoxville East Town | TN | TF Knoxville TN LLC |
| 1744 | Ocean | NJ | TF Ocean NJ LLC |
| 1788 | Richmond | CA | Transform Operating Stores LLC |
| 1795 | Myrtle Beach | SC | TF Myrtle Beach SC LLC |
| 1863 | Johnstown | PA | Transform Saleco LLC |
| 2065 | Brunswick | GA | TF Brunswick GA LLC |
| 2135 | Sebring | FL | Transform Operating Stores LLC |
| 2232 | Madison-East | WI | TF Madison WI LLC |
| 2242 | Billings | MT | TF Billings MT LLC |
| 2288 | Antioch | CA | TF Antioch CA LLC |
| 2299 | Aberdeen | WA | Transform Operating Stores LLC |
| 2332 | San Antonio | TX | Transform Saleco LLC |
| 2374 | Vineland | NJ | Transform Saleco LLC |
| 2432 | La Crosse | WI | TF La Crosse WI LLC |
| 2451 | Greeley | CO | Transform Saleco LLC |

3

| 2500 | Duluth | MN | TF Duluth MN LLC |
|------|--------|-----|------------------|
| 2632 | Fairview Hts | IL | Transform Saleco LLC |
| 2815 | Albany | GA | TF Albany GA LLC |
| 2885 | Port Richey | FL | TF Port Richey FL LLC |
| 2940 | Franklin | OH | Transform Saleco LLC |
| 3213 | Southaven | MS | Transform SHS Properties LLC |
| 3368 | Redlands | CA | TF Redlands CA LLC |
| 3853 | Guayama | PR | Transform Operating Stores LLC |
| 3968 | Wasco | CA | Transform Saleco LLC |
| 4019 | Melbourne | FL | Transform SHS Properties LLC |
| 4206 | Warren | MI | TF Warren MI LLC |
| 4457 | Hayward | CA | TF Hayward CA LLC |
| 4726 | Jamestown | NY | TF Jamestown NY LLC |
| 6062 | Tinley Park | IL | Transform Distribution Center Holdco LLC |
| 6303 | Bangor | ME | Transform Saleco LLC |
| 6579 | Spokane | WA | Transform Saleco LLC |
| 6874 | Houston | TX | Transform Saleco LLC |
| 7435 | Hialeah | FL | Transform SHS Properties LLC |
| 7439 | Council Bluff | IA | Transform Saleco LLC |
| 7705 | Tamuning | GU | TF Tamuning GM LLC |
| 8035 | College Park | GA | Transform SHS Properties LLC |
| 8038 | El Cajon | CA | Transform SHS Properties LLC |
| 8098 | San Bernardino | CA | Transform SHS Properties LLC |
| 8106 | Birmingham | AL | Transform SHS Properties LLC |
| 8137 | Houston | TX | TF Houston TX Two LLC |
| 8167 | Houston | TX | Transform SHS Properties LLC |
| 8171 | Overland Park | KS | Transform SHS Properties LLC |
| 8247 | Dickinson | TX | Transform SHS Properties LLC |
| 8254 | Rochester | NY | Transform SHS Properties LLC |
| 8289 | Manteno | IL | TF Manteno IL LLC |
| 8292 | Ocala | FL | TF Ocala FL LLC |
| 8305 | Warren | OH | TF Warren OH LLC |
| 8345 | Virginia Beach | VA | Transform SHS Properties LLC |
| 9385 | Clio | MI | TF Clio MI LLC |
| 24025 | Longwood | FL | Transform SHIP Properties LLC |
| 26596 | Memphis/Hickory | TN | Transform Saleco LLC |
| 26717 | Newport News | VA | Transform Saleco LLC |
| 26987 | Chicago | IL | Transform Saleco LLC |
| 30900 | New Lenox | IL | Transform Saleco LLC |
| 30918 | Jackson | MI | Transform Saleco LLC |
| 30920 | Chicago | IL | Transform Saleco LLC |

| 30927 | Macomb | IL | Transform Saleco LLC |
|-------|--------|-----|----------------------|
| 30949 | Natchez | MS | Transform Saleco LLC |
| 31900 | Sterling | IL | Transform Saleco LLC |
| 31914 | Round Lake Beach | IL | TF Round Lake Beach IL LLC |
| 31930 | Hialeah | FL | Transform Saleco LLC |
| 38480 | Troy | MI | TF Troy MI LLC |
| 49027 | Round Rock | TX | TF Round Rock TX LLC |
| 61030 | Chicago | IL | Transform Saleco LLC |
| 61106 | Jackson | MS | Transform Saleco LLC |
| 61237 | Houston | TX | Transform Saleco LLC |
| 61510 | Calumet City | IL | Transform Saleco LLC |
| 68235 | Phoenix | AZ | Transform Saleco LLC |