# **EXHIBIT A**

Allen G. Kadish
Lance A. Schildkraut
ARCHER & GREINER, P.C.
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Email: akadish@archerlaw.com
       lschildkraut@archerlaw.com

and

Kenneth M. Florey
M. Neal Smith
ROBBINS, SCHWARTZ, NICHOLAS,
LIFTON & TAYLOR, LTD.
631 E. Boughton Road, Suite 200
Bolingbrook, Illinois 60440
Tel: (630) 929-3639
Email: kflorey@robbins-schwartz.com
       nsmith@robbins-schwartz.com

and

Matthew T. Gensburg
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Tel: (312) 263-2200
Email: mgensburg@gcklegal.com

*Attorneys for Community Unit School District 300*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEPOSITION

To:    Jared R. Friedmann
       Weil Gotshal & Manges, LLP
       767 Fifth Avenue
       New York, NY 10153

Ex. D

**PLEASE TAKE NOTICE** that Community Unit School District 300, an Illinois school district existing and operating pursuant to the Illinois School Code (the "School District"), by and through its attorneys, Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd., Gensburg, Calandriello & Kanter, P.C. and Archer & Greiner, P.C., pursuant to Rule 7030(b)(6) of the Federal Rules of Bankruptcy Procedure and Rule 30(b)(6) of the Federal Rules of Civil Procedure, and in accordance with the Order Implementing Certain Notice and Case Management Procedures dated October 17, 2018 [Doc. No. 139], which authorizes discovery in contested matters, will take the deposition of the representative(s) of the of the above-captioned debtors (the "Debtors") with the most knowledge about or regarding the subject matter and documents set forth in the "Rider" attached hereto, beginning March 22, 2019 at 10:00 a.m. (ET) at the office of Archer & Greiner, P.C., 630 Third Avenue, New York, New York, 10017, or at such other time and place as the parties mutually agree.

**PLEASE TAKE FURTHER NOTICE** that the deposition will take place upon oral examination pursuant to the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Civil Procedure made applicable to this proceeding, and will be recorded by sound, video, and/or stenographic means before a notary public or other officer authorized by law to administer oaths.

The deposition will continue until completed, with such adjournments as to time and place may be necessary.

Dated: March 14, 2019

                                     COMMUNITY UNIT SCHOOL DISTRICT 300

                                     By: *Matthew Gensburg* (signature)
                                             One of Its Attorneys

Kenneth M. Florey
M. Neal Smith
**Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd.**
631 E. Boughton Road, Suite 200
Bolingbrook, IL 60440
630-929-3639 (ph)
kflorey@robbins-schwartz.com
nsmith@robbins-schwartz.com

Matthew T. Gensburg
**Gensburg Calandriello & Kanter, P.C.**
200 West Adams Street, Suite 2425
Chicago, IL 60606
312-263-2200 (ph)
mgensburg@gcklegal.com

Allen G. Kadish
**Archer & Greiner, P.C.**
630 Third Avenue, 7th Floor
New York, NY 10017
212-682-4940 (ph)
akadish@archerlaw.com

3

## RIDER

## TOPICS OF EXAMINATION

1. The documents, information and data attached to or referenced in the Declaration of Mohsin Y. Meghji [Doc. No. 2717], including documents, information and data which detail:

   a. How Sears tracked its eligibility for an "EDA Credit" received from the Village of Hoffman Estates, Illinois,

   b. How Sears calculated the number of such workers at its Hoffman Estates campus, including: (1) the number of Sears employees working 35 or more hours per week at its Hoffman Estates campus, (2) the number of employees of tenant companies at the Hoffman Estates campus working 35 or more hours per week, (3) the number of contractors working 35 hours or more per week at the Hoffman Estates campus, and (4) the number of building, or OTB, contractors working more than 35 hours per week at the Hoffman Estates campus.

2. The total number of such EDA Credit-qualifying workers and contractors at the end of each month in 2018.

3. Correspondence between Sears and the Village of Hoffman Estates, concerning Sears alleged eligibility for an EDA Credit from the Village of Hoffman Estates for the calendar years 2012 through and including 2018.

4. The documents produced in response to the document request sent from Kenneth M. Florey of Robbin Schwartz dated January 15, 2019.

5. Sears' interpretation of the jobs requirements under the Economic Development Area Tax Increment Allocation Act (20 ILCS 620/1 et seq.) and the Economic Development for a Growing Economy Tax Credit Act (35 ILCS 10/5-1 et seq.) for calendar years 2012 through and including 2018.

6. Records of counting eligible jobs under the Economic Development Area Tax Increment Allocation Act (20 ILCS 620/1 et seq.) and the Economic Development for a Growing Economy Tax Credit Act (35 ILCS 10/5-1 et seq.) for calendar years 2012 through and including 2018.

7. Methods for counting eligible jobs under the Economic Development Area Tax Increment Allocation Act (20 ILCS 620/1 et seq.) and the Economic Development for a Growing Economy Tax Credit Act (35 ILCS 10/5-1 et seq.) for for calendar years 2012 through and including 2018.

8. Electronic hardware, electronic software, systems, and other tools used in counting eligible jobs under the Economic Development Area Tax Increment Allocation Act (20 ILCS 620/1 et seq.) and the Economic Development for a Growing Economy Tax Credit Act (35 ILCS 10/5-1 et seq.) for calendar years 2012 through and including 2018.

## CERTIFICATE OF SERVICE

Matthew T. Gensburg, an attorney, certifies that on the 14th day of March, 2019, a true and accurate copy of the **Notice of Deposition** was served upon the following parties via email.

Jared R. Friedmann  
Weil Gotshal & Manges, LLP  
767 Fifth Avenue  
New York, NY 10153

Michael L. Schein  
Vedder Price P.C.  
1633 Broadway, 31st Floor  
New York, NY 10019

Dated: March 14, 2019                              */s/ Matthew Gensburg*