## EXHIBIT E

1               UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF NEW YORK

2

3

In Re:  SEARS HOLDING      )

4 CORPORATION, et al.,       )
                     ) Case No. 18-23538(RDD)

5      Debtor,             )

6

7

8      Deposition of MISTY REDMAN OPPENKOWSKI, taken

9 before ELISABETH COLLOPY, CSR, RPR, and Notary

10 Public, pursuant to the Federal Rules of Civil

11 Procedure for the United States Courts pertaining to

12 the taking of depositions for the purpose of

13 discovery, at 3333 Beverly Road, Hoffman Estates,

14 Illinois, commencing at 11:10 a.m., on the 12th day

15 of April, 2019.

16

17

18

19

20

21

22

23

24

1          There were present at the taking of this

2     deposition the following counsel:

3          WEIL, GOTSHAL & MANGES, LLP
           MS. JESSIE MISHKIN
4          767 Fifth Avenue
           New York, New York 10153
5          (212) 310-8000
           jessie.mishkin@weil.com
6
             on behalf of the Debtors;
7

8          ROBBINS SCHWARTZ NICHOLAS LIFTON & TAYLOR
           MR. KENNETH FLOREY
9          55 West Monroe Street
           Suite 800
10         Chicago, Illinois  60603
           (312) 332-7760
11         kflorey@robbins-schwartz.com

12           on behalf of the School District;

13
           GENSBURG CALANDRIELLO & KANTER, PC
14         MR. E. PHILIP GROBEN
           200 West Adams Street
15         Suite 2425
           Chicago, Illinois 60606
16         (312) 263-2200
           pgroben@gcklega.com
17
             on behalf of the School District;
18

19         LAW OFFICE OF KORY ATKINSON
           MR. KORY ATKINSON
20         236 West Lake Street
           Suite 100
21         Bloomingdale, Illinois  60108
           (630) 980-9100
22         kaa@koryatkinson.com

23           on behalf of the School District;

24

1          VEDDER PRICE
           MS. NUSRA ISMAIL
2          222 North LaSalle Street
           Chicago, Illinois  60601
3          (312) 609-7892
           nismail@vedderprice.com
4
             on behalf of Village of Hoffman Estates.
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1                              I N D E X

2       WITNESS

3       MISTY REDMAN OPPENKOWSKI

4
        EXAMINATION BY:                            Page      Line
5
          BY MR. ATKINSON.....................      5         7
6

7       EXHIBITS:

8       Oppenkowski Exhibit No. 1............      5        19
        Oppenkowski Exhibit No. 2............     10         4
9       Oppenkowski Exhibit No. 3............     15        15
        Oppenkowski Exhibit No. 4............     18         9
10      Oppenkowski Exhibit No. 5............     55         5
        Oppenkowski Exhibit No. 6............     57        20
11      Oppenkowski Exhibit No. 7............     59        15
        Oppenkowski Exhibit No. 8............     61         1
12      Oppenkowski Exhibit No. 9............     61         7

13

14

15

16

17

18

19

20

21

22

23

24

1                    (Whereupon the witness was

2                    duly sworn.)

3            MISTY REDMAN OPPENKOWSKI,

4    called as a witness herein, having been first duly

5    sworn, was examined and testified as follows:

6                    EXAMINATION

7               BY MR. ATKINSON:

8         Q.    Thank you for appearing.  Are you

9    prepared to proceed?

10        A.    Yes.

11        Q.    I'd like to show you briefly the

12   subpoena that was issued to you.  I just want to go

13   over the scope of the materials just to make sure

14   that we're on the same page in terms of what we're

15   going to be talking about today.

16             MS. MISHKIN:  Are we marking it as an

17   exhibit?

18             MR. ATKINSON:  I'll mark it as Exhibit 1.

19                    (Oppenkowski Exhibit No. 1 marked.)

20   BY MR. ATKINSON:

21        Q.    And Exhibit 1 is the subpoena issued on

22   April 9, 2019, to Misty Redman citing today for

23   deposition.  Have you had an opportunities to review

24   the topics --

1          A.    Yes.

2          Q.    -- for examination?

3                     And are you prepared to discuss

4     those topics?

5          A.    The topics we've agreed to discuss, yes.

6          Q.    And in terms of what we've agreed to

7     discuss are those that are itemized inside the

8     subpoena?

9          MS. MISHKIN:  Object to form.

10    BY THE WITNESS:

11         A.    So it's my understanding that some of

12    these topics are related to a different tax credit.

13    BY MR. ATKINSON:

14         Q.    Okay.

15         A.    But related to the EDA, yes.

16         Q.    Okay.  We discussed this a few minutes

17    ago, but could you give your name for the record?

18         A.    Misty Oppenkowski.  Misty Redman is my

19    maiden name.  I used it at work.

20         Q.    What is your current role with -- so we

21    have to clarify this too.  So for purposes of our

22    deposition today, we're interested in Sears

23    before -- as it existed before filing for

24    bankruptcy.

1          A.    Okay.

2          Q.    So Sears Holdings.  So when I use the

3     term "Sears," that's what I'm meaning.  And then

4     we'll use -- I think Transform Holdco is the new

5     entity.

6                     So were you employed by Sears?

7          A.    Yes.

8          Q.    And what was your position with Sears?

9          A.    Divisional vice president of government

10    affairs.

11         Q.    How long were you in that position?

12         A.    Just under 15 years.

13         Q.    And what was your -- obviously, I

14    imagine your role shifted somewhat during the

15    15 years.  Since 2012, could you tell us briefly

16    what your role and responsibilities were?

17         A.    Yeah.  I've been in the same role the

18    whole time.  I'm the head of government affairs.  So

19    it's my responsibility to monitor legislation, lobby

20    for the company, manage outside retail associations

21    and lobbyists and things like that.

22         Q.    And are you familiar with the -- I'm

23    going to use the long statutory name.  Are you

24    familiar with the Illinois Economic Development Area

1    Tax Increment Allocation Act?

2         A.   Yes.

3         Q.   How are you familiar with that act?

4         A.   I was part of the team that worked on it

5    back when we extended it in 2011.

6         Q.   Does that -- to your knowledge, does

7    that act provide any financial benefits to Sears?

8         A.   Provided we meet certain thresholds,

9    yes.

10        Q.   And can -- you've alluded to this

11   already, but what requirements does the act place on

12   Sears to receive benefits under the EDA act?

13        MS. MISHKIN:  Object to form.

14   BY THE WITNESS:

15        A.   I'm not an attorney.  It's my not job to

16   interpret the statute, and there are a lot of things

17   in it.  But at a high level, obviously, there is the

18   head count threshold.  And it was meant to reimburse

19   us for the infrastructure that we paid for out here

20   in '92 when we moved out here.

21   BY MR. ATKINSON:

22        Q.   In your role as vice president of

23   governmental affairs?

24        A.   Divisional vice president.  I don't have

1   the vice president.

2         Q.   Okay.  So in that role, did you have any

3   responsibilities in calendar year 2017 regarding the

4   tracking of Sears job counts?

5         A.   Not the tracking.

6         Q.   What were your responsibilities in

7   calendar year 2017 regarding the job counts?

8         A.   I'm the liaison to government officials

9   on the topic, so I was copied on things.

10         Q.   Are you familiar with the declaration

11   that was filed by Mohsin Meghji, who was the chief

12   restructuring officer for Sears in this matter?

13         MS. MISHKIN:  Objection.  I mean, it's fine.

14   You can ask how you want.  Mo's filed a lot of

15   declarations in the Chapter 11.  I think I

16   understand and I think we understand, but if you

17   want to clarify that it's with respect to the topics

18   we're here on today, it might be a little cleaner.

19         MR. ATKINSON:  I have that declaration as an

20   exhibit and we'll be referring to that today.  But

21   for the record we're referring to the declaration of

22   Mohsin Meghji that was filed on February 28, 2019.

23   Is that specific enough?

24         MS. MISHKIN:  I think so.  It's your

1     question.

2          MR. ATKINSON:  I'd like to show you what I --

3     we're going to mark as Exhibit 2.

4                    (Oppenkowski Exhibit No. 2 marked.)

5     BY MR. ATKINSON:

6          Q.   For the record, this is a copy of the

7     declaration in all parts but excluding the names of

8     individual employees in the Edge job counts.  Does

9     that make sense to you?

10         A.   Can you restate that?  Sorry.

11         Q.   So this declaration is complete other

12    than omitting the list of names of individual

13    employees.

14         A.   Gotcha.

15         Q.   Then it would be like 700 pages.  And I

16    don't have questions about the individual employee

17    names or the Edge counts in terms of anything that

18    that list would be required for.

19         A.   Okay.

20         Q.   But if you were to need it, we could

21    certainly provide it.

22                    So how are you familiar with

23    Exhibit 2, the declaration of Mr. Meghji?

24         MS. MISHKIN:  Object to form.

1   BY THE WITNESS:

2        A.   I read through one time.  I skimmed it.

3   BY MR. ATKINSON:

4        Q.   Okay.  Did you help Mr. Meghji at all in

5   providing him data?

6        A.   I did.

7        Q.   Could you provide just a brief

8   explanation of how you assisted him in preparing

9   this declaration?

10       A.   Most of the work that I did was

11   probably -- was with attorneys.  So, you know, I

12   just answered some questions based on information

13   that had been requested, I think by you all.

14       Q.   Okay.

15       A.   And provided that to them.

16       Q.   Okay.  And did you consult with anyone

17   in your efforts to assist Mr. Meghji or Sears with

18   the preparation of that declaration?

19       A.   Other than reviewing old documents that

20   I had gotten from other people before, no.

21       Q.   Okay.  Can you identify the attorney or

22   attorneys that you spoke with regarding the

23   preparation of the declaration?

24       A.   Sure.  So Jessie.  Jared Friedmann.

1    David Leslie from Weil.  And Dave Martin, who is our

2    local outside counsel.

3         Q.   Okay.  Did you have any conversations

4    with Mr. Meghji related to the preparation of his

5    declaration?

6         A.   He was on one call.

7         Q.   And --

8         A.   We did not talk.

9         Q.   Okay.  Do you recall when or about that

10   was?

11        A.   The week before he did his deposition.

12        Q.   Okay.

13        A.   I believe.

14        Q.   Early April-ish?

15        A.   I believe so.

16        Q.   Okay.  So prior to the preparation of

17   the declaration, did you have any conversations with

18   Mr. Meghji?

19        A.   Not directly.

20        Q.   What do you mean by that?

21        A.   The only conversations I had with him

22   were on the call with the attorneys.

23        Q.   Okay.  And the -- was there just that

24   one call or were there multiple calls with

1       Mr. Meghji beyond the declaration at this point?

2              A.    One that I was on.

3              Q.    Okay.  And was that prior to preparing

4       the declaration?  I think you said in early April

5       right, prior to the --

6              A.    It was either late March or early April,

7       because I think his deposition -- but that's when we

8       had direct contact.

9              Q.    I'm going to go through with you now

10      portions of Mr. Meghji's declaration if that's okay.

11      So if I can direct you to paragraph 7 of

12      Mr. Meghji's declaration, it says that at the

13      request of the Village of Hoffman Estates, the

14      Debtors provided the Village with letters certifying

15      that at no time in 2017 did the requisite number of

16      jobs at the Hoffman Estates campus dip below the

17      requisite 4,250 jobs.

18                   Is that correct in terms of what he

19      declared in paragraph 7?

20             MS. MISHKIN:  Object to form.  Just for the

21      record, I'm not asking you to read the whole thing,

22      but just for the record you ellipsied some clauses

23      from that paragraph.

24             THE WITNESS:  So just to clarify, you're

1  asking me to say is that true that at no time in

2  2017?  Is that --

3       MS. MISHKIN:  I don't think that's what

4  you're asking.  Do you want to ask your question

5  again, Kory?

6  BY MR. ATKINSON:

7       Q.   So does paragraph 7 of Mr. Meghji's

8  declaration indicate that at the request of the

9  Village of Hoffman Estates that the debtors provided

10  the Village with letters regarding the EDA

11  distribution for 2017 certifying that at no time

12  that they fell below the 4,250 jobs?

13       MS. MISHKIN:  Object to form.  You're asking

14  her if Mos' declaration says that.

15       MR. ATKINSON:  That is what I'm asking her,

16  if that's what the declaration says.

17  BY THE WITNESS:

18       A.   I'm reading it right now.  That's what

19  it says.

20  BY MR. ATKINSON:

21       Q.   Do you know how the Village made this

22  request to Sears?

23       A.   Well, they were made through two

24  different people because they were for two different

1    years.  So the first letter went to John Bredemeier,

2    who was a director in real estate.  And the second

3    letter also went to John Bredemeier because it was

4    before he left.

5         Q.   Do you know on or about when he left

6    Sears?

7         A.   I can't recall the exact date, but it

8    would have been shortly after we received the second

9    letter.

10        Q.   Okay.  Do you know where we could find

11   him?

12        A.   No.

13        Q.   I'm going to show you what we're going

14   to mark as Exhibit 3.

15                  (Oppenkowski Exhibit No. 3 marked.)

16   BY MR. ATKINSON:

17        Q.   Do you recognize Exhibit 3?

18        A.   Yes.

19        Q.   What do you recognize it to be?

20        A.   The certification letter from 2017 --

21   that we received in 2017.

22        Q.   And in reviewing this letter, is it

23   accurate to say that the Village is requesting

24   certification that 4,250 jobs were maintained at the

1    Sears Holding Corporation campus during calendar

2    year 2017?

3         A.   Yes.

4         Q.   And is it accurate to say that the

5    Village requests certification by December 1, 2017?

6         A.   Yes.

7         Q.   So referring now to -- back to

8    Exhibit 2, which is the Meghji declaration, and this

9    is going to be Exhibit 15 of his declaration.  Are

10   you familiar Exhibit 15 of Exhibit 2?

11        A.   Yes.

12        Q.   And what do you recognize this exhibit

13   to be?

14        A.   The company's response to the

15   November 7th letter.

16        Q.   And is it accurate to say that this

17   letter certified the number of EDA jobs for calendar

18   year 2017?

19        MS. MISHKIN:  Object to form.

20   BY THE WITNESS:

21        A.   It doesn't certify the number of jobs.

22   It just certifies that we were above.

23   BY MR. ATKINSON:

24        Q.   Okay.  During what year?

1          A.    In the year that the Village requested,

2    which was 2017.

3          Q.    For clarity purposes, it's calendar year

4    2017?

5          A.    Yes.

6          Q.    So -- looking at these two exhibits, the

7    Village requesting certification for 2017 and Sears

8    responding to this request with a certification with

9    2017 jobs, do you know why -- let's strike that.

10              I'm going to show you now

11   Exhibit 16 which is in Exhibit 2.  Do you recognize

12   this exhibit?

13         A.    Yes.

14         Q.    And what do you recognize it to be?

15         A.    It was the response to the certification

16   request for -- that we received in 2018.

17         Q.    And is it accurate to say, first, this

18   letter is responding, I think you just said, to a

19   letter received from the Village dated November 14,

20   2018; is that correct?

21         A.    Do I have that one?  I don't remember

22   the exact date unless you gave me that one.

23         Q.    I've not given it to you yet.

24         A.    Okay.

1          Q.    I'm just going on the Exhibit 16.

2          A.    Oh, it says right here.  Okay.

3          Q.    Is it accurate to say that Exhibit 16 is

4     saying that Sears had no fewer than 4,250 jobs

5     during calendar year 2017?

6          A.    Right.

7          Q.    I'd like to show you now what we're

8     going to mark as Exhibit 4.

9                     (Oppenkowski Exhibit No. 4 marked.)

10    BY MR. ATKINSON:

11         Q.    Do you recognize Exhibit 4?

12         A.    Yes.

13         Q.    What do you recognize it to be?

14         A.    This was their request for the -- for

15    certification that we received in 2018.

16         Q.    And when you say "their," the Village of

17    Hoffman Estates?

18         A.    Yes.

19         MS. MISHKIN:  You just have to let him finish

20    the question so you're not talking over each other

21    because Lisa cannot then capture both people talking

22    at the same time.

23    BY MR. ATKINSON:

24         Q.    So in looking at Exhibit 4, is it

1   accurate to say that the Village of Hoffman Estates

2   is requesting certification as to the number of jobs

3   pertaining to the 2018 calendar year?

4          MS. MISHKIN:  Object to form.

5   BY THE WITNESS:

6          A.   Yes.  But I would like to expound on

7   this if I could.

8   BY MR. ATKINSON:

9          Q.   Please.

10          A.   So in the prior year -- in the 2017

11   certification, that was the first certification that

12   had come across my desk.  We were obviously above.

13   We answered what the Village requested we answer.

14              For this one, we were working with

15   outside counsel on a related but separate topic.

16   And after discussions -- which obviously I won't get

17   into what we talked about with outside counsel

18   because it's privileged -- the company made the

19   determination that we should be responding for 2017

20   because that's when the taxes were levied.

21              I think I can also say that our

22   outside counsel spoke with the Village's outside

23   counsel to make sure they understood that that was

24   what we were going to do before we responded.

1          Q.    Do you know when this conversation

2    occurred?

3          A.    I don't know the exact date, but it was

4    sometime in between when we got the letter and when

5    we responded.

6          Q.    That would be after the bankruptcy

7    filing by Sears?

8          A.    Yes.

9          Q.    Do you know who decided to change the

10   reporting year in terms of -- let me back up and

11   clarify my question a little better.

12                You testified a moment ago that the

13   17 certification was just a response to what the

14   Village was asking you for?

15         A.    Right.

16         Q.    And then 2018 there were discussions

17   that -- from Sears or whomever that the reporting

18   year needed to change.  Was that decision made just

19   by Sears?

20         MS. MISHKIN:  I object to the form of the

21   question to the extent it mischaracterizes her

22   testimony.

23         THE WITNESS:  Can you restate the question?

24

1    BY MR. ATKINSON:

2         Q.   Sure.  I'm just trying to lay the table

3    in terms of the question I'm going to ask.

4              So I believe you testified a moment

5    ago that the -- that Sears responded to the 2017

6    letter from Hoffman Estates saying we have more than

7    4,250 jobs for 2017; that that was done because

8    that's what the Village requested and you were just

9    providing what the Village had requested?

10        A.   Right.

11        Q.   Then in 2018, the Village sends a letter

12   to Sears saying please certify the number of jobs

13   for 2018.  And Sears responds back with a letter

14   saying this is how many jobs we had for '17; is that

15   correct?

16        A.   Correct.

17        Q.   And that at some point in time after

18   Sears received the 2018 letter from the Village of

19   Hoffman Estates, a determination was made that Sears

20   would respond back with '17 jobs; is that correct?

21        A.   The determination was made by the

22   company after speaking with outside counsel -- which

23   obviously I can't get into what we discussed; it's

24   privileged -- that we had provided -- we had been

1    asked for and provided the wrong year data for the

2    prior year and that we should have -- that we should

3    be giving 2017 for the 2018 request.

4         Q.   Prior to the response from Sears in

5    January of 2019, did Sears have any conversations

6    with representatives of the Village of Hoffman

7    Estates concerning the proper measuring year?

8         A.   Our outside counsel spoke with their

9    counsel.

10        Q.   Do you know when?

11        A.   I don't know the exact date.

12        Q.   And do you know what representatives

13   from the Village of Hoffman Estates said during the

14   course of that consultation?

15        MS. MISHKIN:  I'm going to instruct the

16   witness to answer that only to the extent she has an

17   understanding separate from advice she received from

18   counsel.

19   BY THE WITNESS:

20        A.   I only know from counsel.

21   BY MR. ATKINSON:

22        Q.   And to clarify, this occurred after --

23   can you tell us what information was passed along

24   from representatives from Hoffman Estates to the

1    attorneys for Sears?

2        A.   I don't know if I feel comfortable

3    speaking on behalf of the attorney of the village,

4    however.

5        Q.   You're not speaking on his behalf.

6    You're just conveying what information was received

7    by you in the course of interacting with these

8    different individuals.

9        MS. MISHKIN:  So let me just give you an

10   instruction.  You can answer that if you're able to

11   separate from also disclosing legal advice that the

12   lawyers gave you, your lawyers gave you.

13       THE WITNESS:  Okay.

14       MS. MISHKIN:  If there was just a conveyance

15   of a fact without additional legal advice being

16   conveyed at the same time, you could answer that.

17   But if, you know, a fact was being conveyed to you

18   in the course of providing legal advice, I instruct

19   you not to answer.

20       MR. FLOREY:  Perfectly clear, right?

21       THE WITNESS:  I'd rather not answer it.

22   BY MR. ATKINSON:

23       Q.   Okay.  I want to turn now to Exhibit 13

24   of Exhibit 2, which is the Meghji declaration.

1              MS. MISHKIN:  Which one?

2              MR. ATKINSON:   Number 13.

3    BY MR. ATKINSON:

4         Q.    Do you recognize Exhibit 13?

5         A.    Yes.

6         Q.    And what do you recognize it to be?

7         A.    This is the report that the real estate

8    team prepared on badge counts to help the finance

9    team create the head count number.  I saw this

10   information when I passed it along for purposes of

11   this litigation.  I did not see it before that

12   point.

13        Q.    Do you know if this report was prepared

14   for litigation?

15        A.    No.  Yes, I do.  It was not.

16        Q.    Just to make sure -- I want to make sure

17   the record is clear.  So you do know whether or not

18   it was prepared for purposes of litigation?

19        A.    Yes.

20        Q.    And was it prepared for the purpose of

21   litigation?

22        A.    No.

23        Q.    And just so I'm clear, you testified a

24   moment ago that you did not see this document prior

1   to the current litigation involving the disputed

2   funds in this case; is that correct?

3          A.   Correct.

4          Q.   Do you know who prepared Exhibit 13?

5          A.   I believe it was Jennifer Mendoza.

6          Q.   And she was with the real estate

7   division?

8          A.   Correct.

9          Q.   Do you know if anybody else worked on it

10   other than Jennifer?

11          A.   So she sent it to her boss, who was -- I

12   think her boss, who was John Bredemeier.

13          Q.   Okay.

14          A.   John Bredemeier provided it to a woman

15   by the name of Amita Agarwal, who was in finance who

16   was -- had taken on the responsibility of sort of

17   meshing all of the numbers together to make sure we

18   were coming to a correct counts.

19          Q.   Is Amita still employed by Sears?

20          A.   No.

21          Q.   Do you know where we could find her?

22          A.   No.

23          Q.   When did she leave Sears?

24          A.   I don't recall exactly.

1          Q.   Do you know if it was before the

2     bankruptcy or after the filing?

3          A.   I do not.

4          Q.   Do you know what methods or processes

5     were used in preparing Exhibit 13?

6          MS. MISHKIN:   Object to form.

7     BY THE WITNESS:

8          A.   No.

9     BY MR. ATKINSON:

10         Q.   Do you know when it was prepared?

11         A.   No.

12         Q.   So I'm going to go through Exhibit 13

13    and I'm anticipating that many of your answers maybe

14    that you don't know, and that's okay.  But I just

15    need to establish whether you're able to assist us

16    with understanding what is actually reported in

17    Exhibit 13.

18              So on Exhibit 13, for clarity

19    purposes, I'm looking at column A, line 3.  It says

20    Occupant Entries.  Do you know what an occupant

21    entry is?

22         MS. MISHKIN:   Object to form.

23    BY THE WITNESS:

24         A.   So on this one, only to the extent that

1    I'm an associate here for a long time and I know

2    sort of the protocol for coming in and out of the

3    building.

4    BY MR. ATKINSON:

5         Q.    Okay.

6         A.    You know, when you come into the

7    building, there are security guards; and if you're

8    an associate, you're required to show them your

9    badge.  If you're a contractor, I believe you swipe

10   your badge.  So, you know, that's what that is.

11              I don't know that it's a perfect

12   system.  It also says on this form that it's from

13   6:00 to 11:00, which isn't the whole day.  So that's

14   about what I know about that.  And that's my

15   associate opinion.

16        Q.    Okay.

17        MS. MISHKIN:  Kory, if we're going to spent a

18   long time on the document, would it be okay if we

19   take a short break?

20        MR. ATKINSON:  Sure.  And I meant to stay at

21   the outset, if you need a break at any time, please

22   don't hesitate.  We'll fully accommodate whatever

23   breaks are needed during the course of the

24   deposition.

```
 1                      (Break taken.)

 2                      (Whereupon Ms. Nusra Ismail

 3                       entered the deposition room.)

 4   BY MR. ATKINSON:

 5        Q.    I'd like to, if I may take a moment and

 6   go back to something we talked about a few moments

 7   ago about your conversations with Mr. Meghji in

 8   terms of the conversations that you had with him.

 9                 I guess, other than the phone

10   conference you said that you had with him in late

11   March or early April of 2019, is there any other

12   occasion where you talked to him?

13        A.    About anything?

14        Q.    Yes.

15        A.    I was on an e-mail exchange with him

16   once, but otherwise no.

17        Q.    Okay.  Can I ask -- well, I can ask.

18   Did you ever advise Mr. Meghji regarding the

19   eligibility for Sears for the EDA incentive for

20   2018?

21        A.    No.

22        Q.    So you never said to him that Sears had

23   more than 4,250 jobs for calendar year 2018?

24        MS. MISHKIN:  Object to form.
```

1    BY THE WITNESS:

2          A.   No.

3    BY MR. ATKINSON:

4          Q.   Your answer is?

5          A.   No.

6          Q.   How about for 2017?  Did you ever advise

7    Mr. Meghji that Sears had 4,250 jobs for calendar

8    year 2017?

9          A.   To the extent I advised him through our

10   counsel.

11         Q.   And I believe you testified earlier that

12   you provided -- or the -- let me back up for a

13   moment.

14              I think you testified earlier that

15   the extent of that communication was you providing

16   documents that were provided by others to you; is

17   that correct?

18         MS. MISHKIN:  Object to form.

19   BY THE WITNESS:

20         A.   I provided those documents, but I also

21   had conversations about whether or not we were above

22   with counsel.  I can't talk about all the things we

23   talked about with counsel.

24

 1   BY MR. ATKINSON:

 2       Q.    Is there anyone other than counsel you

 3   talked to about that topic, specifically eligibility

 4   for the number of jobs in 2017?

 5       A.    I've had numerous conversations over the

 6   years about it since 2017 with various people

 7   internally.  It's a pretty broad question.

 8       Q.    What about Mr. Meghji, if I can bring it

 9   back to that.  In terms of advising Mr. Meghji, are

10   there other people that you talked to to inform

11   Mr. Meghji as to the eligibility of the number of

12   jobs for 2017?

13       MS. MISHKIN:  Object to form.

14   BY THE WITNESS:

15       A.    The same answer.  I spoke with outside

16   counsel, and he was on one of those calls.

17   BY MR. ATKINSON:

18       Q.    So going back, then, to the phone call

19   that you on with Mr. Meghji in late March or early

20   April 2019, do you recall who all was on that call?

21       A.    I believe I answered this already, but

22   it was, I believe, Jared Friedmann, Jessie, David

23   Leslie, David Martin, Mo, myself, and then Drew

24   Farkas, who is here with me in the law department.

1          Q.    And do you recall the duration of that

2    telephone call?

3          A.    Less than an hour.

4          Q.    And do you know when Transform Holdco

5    acquired or purchased Sears?

6          A.    I don't remember the exact date.  I

7    don't have it in front of me.

8          Q.    Was that before March -- late March

9    2019?

10         A.    Yes.

11         Q.    And then do you know the number of times

12   that representatives or counsel from Sears had

13   conversations with representatives or counsel from

14   the Village of Hoffman Estates concerning the jobs

15   requirement for the letter that was prepared in

16   January of 2019?

17         MS. MISHKIN:  Object to form.

18   BY THE WITNESS:

19         A.    Do I know how many times conversations

20   were had with the Village between the company and

21   the Village on that letter?  Is that what you're

22   asking?

23   BY MR. ATKINSON:

24         Q.    Before that letter was sent, so prior to

1    January 2nd of 2019.

2         A.   No.

3         Q.   I'm sorry to bounce back to this.  The

4    conference call that you had with Mr. Meghji and

5    others in late March, early April 2019, do you

6    recall how long you talked on that particular call?

7         MS. MISHKIN:  Object to form.  Asked and

8    answered.

9         THE WITNESS:  How long I personally spoke?

10   BY MR. ATKINSON:

11        Q.   Yes.

12        A.   I don't know.

13        Q.   Could you estimate?

14        A.   No.

15        Q.   Would you say out of the hour long

16   conversation, did you talk for 30 minutes?

17        A.   I was doing a lot of the talking.  I

18   can't tell you how long I was talking.

19        Q.   I'm going to take you back to

20   Exhibit 13.

21        MS. MISHKIN:  Do you have an extra copy?

22   BY MR. ATKINSON:

23        Q.   So before the break, I asked you about

24   occupant entries.  If I were to ask you for occupant

1    entries, there are a series of numbers that are

2    reported per month for those different categories.

3    If I were to ask you how those numbers were

4    calculated, would you be able to answer that

5    question?

6            A.    No.

7            Q.    Do you know who would be able to answer

8    that question?

9            A.    No.

10           Q.    I think you said that Jennifer Mendoza

11   perhaps either prepared or had a role in preparing

12   this report.  Do you think she would be able to

13   understand or -- excuse me.  Do you think she'd be

14   able to answer questions as to how those numbers

15   were calculated?

16           A.    I would guess so.  I've never spoken

17   with her about it.

18           Q.    So I'm going to go through and I'm

19   expecting your answers to be "I don't know," and

20   that's okay.  I just need to establish that for the

21   record.

22                 So the next item is parking.  Do

23   you know how -- well, first, do you know what the --

24   looking at Column A, Row 9 says Parking Spaces

1   Vacant, Average Per Day.  Do you know what that

2   classification means?

3        A.   No.

4        Q.   If I were to ask you how those numbers

5   were calculated, would you be able to answer that

6   question?

7        A.   No.

8        Q.   And I apologize.  I can't remember if I

9   went through these three for Occupant Entries at the

10  top, so I'm just going to cruise through those real

11  fast if that's okay.

12                  Daily Entry Counts, 6:00 to

13  11:00 a.m.  If I were to ask you specifically what

14  that means, would you be able to answer that

15  question?

16       A.   Not as a person who works in the

17  department that controls badge swipes, no.

18       Q.   And if I were to ask you how that number

19  was calculated, would you be able to tell me?

20       A.   No.

21       Q.   And that same question, Daily Contractor

22  Swipes, 6:00 to 11:00 a.m.  Would you be able to

23  answer questions as to what that means?

24       A.   No.

1          Q.    And the numbers, you wouldn't know how

2     they're calculated?

3          A.    No.

4          Q.    And then Daily Associate Counts.  You

5     mentioned because you work here you know what an

6     associate is, but if I were to ask you how -- what

7     that classification actually means specifically,

8     would you be able to answer that question?

9          A.    Again, no.  Not as a person who is

10    responsible for this, no.

11         Q.    Okay.  And you wouldn't be able to

12    answer questions as to how the numbers were

13    calculated; is that correct?

14         A.    Correct.

15         Q.    The next series I'd like to ask briefly

16    about starting with Column A, Row 12, Active Badges.

17    Do you know what an active badge is as it would be

18    reported in this report?

19         A.    No.

20         Q.    And the numbers that are reported there,

21    you wouldn't know how those are calculated?

22         A.    No.

23         Q.    Just for clarity of the record, if I

24    were to ask you how the number of associate badges

1    are calculated, would you be able to answer that

2    question?

3         A.   No.

4         Q.   If I were to ask you how active

5    contractor badges were calculated, would you be able

6    to answer that question?

7         A.   No.

8         Q.   Further down it says Office Spaces.

9    Sorry.  I'm going to go back to Column A Row 17,

10   Sears Tenant Badges.  Do you know what that is

11   within the meaning of this report?

12        MS. MISHKIN:  Ken, it's not too late to be a

13   litigator.  You could ask the questions.

14   BY MR. ATKINSON:

15        Q.   So I'm going to step back for a moment.

16   Column A, Line 16, Sears Field Badges.  Do you know

17   what that means within this report?

18        A.   No.

19        Q.   And do you know how those numbers were

20   calculated?

21        A.   No.

22        Q.   Next row, Column A, Row 17, Tenant

23   Badges.  Do you know what that means within the

24   context of this report?

1          A.    We have a lot of companies here that,

2    you know, lease space or are here working for us in

3    some capacity but not directly.  That would be the

4    meaning of the word "tenant," but not the

5    calculations, no.

6          Q.    So within the context of this report, if

7    I were to ask you what the specific meaning of

8    tenant badges is, could you tell me that?

9          A.    Not officially, no.

10         Q.    Then Column A, Row 18, OTB Contractor

11    Badge.  Do you know what OTB means?

12         A.    Yeah.  It means office of the building.

13         Q.    And within the context of this report,

14    could you tell me specifically what that term means?

15         A.    So office of the building is an internal

16    department here within the real estate function, and

17    they have management over lots of contractors like

18    the people that clean the building, the security

19    people, all of those.  So I imagine that's what

20    those go back to.

21         Q.    Okay.  And then specifically with

22    Column A, Row 18, it says OTB Contractor Badges.

23    Within the context of this report, can you tell me

24    specifically what that term means?

1          A.    Not specifically, no.

2          Q.    And do you know how those numbers were

3    calculated?

4          A.    No.

5          Q.    Now, Column A, Row 23 says FT Occupied

6    Seats.  Do you know what that means in the context

7    of this report?

8          A.    I'm going to abstain from guessing.

9          Q.    Do you know?

10         A.    No.

11         Q.    No is an acceptable answer.

12         A.    Okay.

13         Q.    Presumably because don't know, you don't

14   know how those numbers were calculated that were

15   reported on this?

16         A.    Correct.

17         Q.    Next, Column A, Row 24, FT Unoccupied

18   Seats.  Do you know what that means within the

19   context of this of this report?

20         A.    No.

21         Q.    Do you know how those numbers were

22   calculated?

23         A.    No.

24         Q.    Column A, Row 30 says Jennifer's Notes.

1   Do you know who Jennifer is?

2          A.    I know who she is.  I've never met her.

3          Q.    Do you know her last name?

4          A.    Jennifer Mendoza.

5          Q.    So I'm going to hop down to Column A,

6   Row 34, and this is one of Jennifer's -- it appears

7   to be one of Jennifer's notes.  And it says,

8   "July 2016 associate badge count - noticing several

9   people with multiple badges.  I was unable to

10  visually scan the list to delete those that I

11  recognized as a duplicate = 22 additional duplicate

12  badges removed."

13         MS. MISHKIN:  Objection.  You read it wrong,

14  Kory.

15         MR. FLOREY:  Read it again.

16  BY MR. ATKINSON:

17         Q.    Column A Line 34, "July 2016 associate

18  badge count - noticing several people with multiple

19  badges.  I was able to visually scan the list to

20  delete those that I recognized as a duplicate = 22

21  additional duplicate badges removed."  Is that

22  correct?

23         A.    That's what I read as well.

24         Q.    Do you know what procedures or efforts

1    were taken to control for the number of badges

2    issued to employees?

3          A.   No.

4          Q.   Do you know what steps Jennifer took, if

5    any, beyond a visual scan to detect duplicate

6    badges?

7          A.   No.

8          Q.   Using -- I'm going to use February --

9    I'm going to go back to Jennifer's notes for a

10   moment.  Column A, Line 33, it says, "Per Chuck

11   Jones, we are not getting counts now due to our IT

12   changing servers and then the vendor changed

13   servers.  I believe iVisitor is getting updated but

14   we don't know for sure since we are not getting the

15   daily update counts.  Debbie, I believe is looking

16   into it."  Is that correct?

17         A.   Yes.

18         Q.   Do you know who Debbie is?

19         A.   No.

20         Q.   Do you know who Chuck Jones is?

21         A.   No.

22         Q.   Do you know whether the issues regarding

23   getting counts was ever corrected?

24         MS. MISHKIN:  Object to form.

1    BY THE WITNESS:

2          A.   No.

3    BY MR. ATKINSON:

4          Q.   I'd like to use February 2017 in

5    Exhibit 13 as an example to use.  And I promise I'm

6    not going to go year by year or month by month.  So

7    I'm going to use February '17 as an example.

8                    So looking at February 2017, which

9    is in Column AB of Exhibit 13, and I'm going to look

10   at Row 13 and it has -- I'm going to -- I'm going to

11   ask you if that column reports that there were 4,512

12   associate badges -- active associates badges in

13   February of 2017?

14         A.   Yes.

15         Q.   Same column going higher.  This is under

16   Occupant Entries, and can you tell me if the number

17   of daily associate counts 6:00 to 11:00 was 1,926?

18         A.   So you're talking about Line 6?

19         Q.   That's correct.

20         A.   Only?  Correct.

21         Q.   Can you explain the difference between

22   the number of active badges for associates in

23   February of 2017 and the number of daily associate

24   counts for February of 2017?

1          MS. MISHKIN:  Object to form.

2     BY THE WITNESS:

3          A.   No.

4     BY MR. ATKINSON:

5          Q.   Exhibit 13 here does not have --

6     actually, let me take a step back.

7                    If I were to ask that question for

8     every month, would your answer be the same?

9          MS. MISHKIN:  Object to form.

10    BY THE WITNESS:

11         A.   Yes.

12    BY MR. ATKINSON:

13         Q.   I'm just trying to avoid going through

14    eight or nine months of data where your answer is

15    going to be exactly the same.

16         A.   I cannot speak to the difference between

17    the two.  I did not create this report and I don't

18    track them.

19         Q.   Okay.  So Exhibit 13 stops reporting

20    data starting in September 2017; is that correct?

21         A.   Can you restate?  I'm sorry.

22         Q.   So Exhibit 13 starting in

23    September 2017, so I'm looking at column AI, does

24    the report stop reporting data starting in September

1    '17 and going through December '17?

2         A.   I don't know.

3         Q.   Well, is there any data reported in

4    Exhibit 13 for the months --

5         A.   Oh, no.

6         Q.   I promise it's not a trick question.

7    I'm just asking.

8         A.   No.

9         Q.   Do you know why that is?

10        A.   I don't want to guess.  I mean, I assume

11   that this document was from before that.  But I

12   can't -- I don't know that for sure.

13        Q.   Okay.  So the question do you know, the

14   answer is?

15        A.   No.

16        Q.   So sticking with Exhibit 13 and looking,

17   again, at the active badge count for tenants,

18   contractors, and OTB contractors, does Sears know

19   who those people are?

20        MS. MISHKIN:  Object to form.

21   BY THE WITNESS:

22        A.   I'm not in the departments that monitor

23   that, so I couldn't answer that.

24

1    BY MR. ATKINSON:

2          Q.   Do you know whether those individuals

3    work or worked 35 hours or more per week?

4          MS. MISHKIN:  Object to form.  I'm not clear

5    who you're asking about.

6    BY MR. ATKINSON:

7          Q.   So for the record, I'm asking about

8    active badges for associates.  And for clarity,

9    we'll stick with February of 2017 because that's our

10   example month.  We'll do it one at a time.

11                    So contractor badges, so we're

12   looking at A13 and AB13.  Do you know who the

13   individuals are that -- let me -- I'm going to try

14   that again.  I apologize.

15                    Tenant badges, February 2017

16   reports that there are 464 tenant badges; is that

17   correct?  Just for clarity, I'm looking at Column

18   AB, Line 17.

19         A.   I see 506.  Is that what you said?  Oh,

20   no.  Sorry.  464.  You're right.

21         Q.   Do you know who those 464 people are?

22         A.   No.

23         Q.   Do you know if Sears has records of who

24   they are?

1      A.    No, because I'm not in HR or office of

2    the building.

3      Q.    Do you know whether those 464 people --

4    each of those 464 people worked 35 hours or more per

5    week?

6      A.    No.

7      Q.    Do you know if Sears has records

8    indicating that those people worked 35 hours or more

9    per week?

10      A.    So what I can say is this was not the

11    final number.  So Amita in finance was responsible

12    for taking this information and scrubbing it with

13    her information to make sure we were only including

14    people with the right criteria, which should have

15    scrubbed out any part-timers.  So this number is not

16    the last number that we used.

17      Q.    Okay.  If it's okay, let me focus on

18    that for a moment then.  Do you know whether this

19    was -- whether this was an initial report that was

20    used to start a scrubbing process to get to a final

21    number?

22      A.    Yes.

23      Q.    And do you know what data -- and I think

24    you said Amita.  Is that Amita Argarwal?

1          A.    Yes.

2          Q.    Do you know what steps she used to scrub

3     that data?

4          A.    No.

5          Q.    Do you know if Sears has Amita's final

6     reports for each of these months or for the -- I'll

7     ask them one at a time.  For each of these months?

8          A.    We provided what Amita prepared for this

9     litigation.  I believe it's in the materials.

10          MR. FLOREY:  Can we go off the record?

11              (Discussion had off the record.)

12     BY MR. ATKINSON:

13          Q.    So you testified a moment ago that

14     Exhibit 13 was an initial report of occupant

15     entries, active badges, et cetera, and that Amita

16     Argarwal then took that data and scrubbed it; is

17     that correct.

18          A.    Yes.

19          Q.    And then Amita produced a final report;

20     is that correct?

21          A.    That is correct.  However, in February

22     of 2017, we were far above the number using only the

23     EDGE data.  So we did not necessarily need to be

24     tracking additional associates in the building at

1    that time.

2         Q.   So when did you start tracking other

3    people other than Sears employees for the purposes

4    of the EDA?

5         A.   I don't remember the exact date when

6    everybody was pulled together to make sure we were

7    tracking everybody.  But if you look at the EDGE --

8    I believe you have all the EDGE documents.  You can

9    see when that number dips.  And so that's why you're

10   only seeing tracking come at a certain time in the

11   year.

12        Q.   Now, Exhibit 13 predates 2017?

13        MS. MISHKIN:  Object to form.  I'm sorry,

14   Kory.  I keep mishearing.  We're talking about 13

15   again?

16        MR. ATKINSON:  We are.  Exhibit 13.

17   BY THE WITNESS:

18        A.   The only way for me to speak to that

19   is -- because I'm not in that department -- is just

20   to say that some of this information is stuff that

21   we would track for other purposes.

22   BY MR. ATKINSON:

23        Q.   Okay.  What purposes would they have

24   been tracked for previously?

1           A.    I don't know, but the EDA, we wouldn't

2     have necessarily needed to track swipes, you know,

3     for the EDA, for example.  But, again, I'm not in

4     this department.

5           Q.    Who would we talk to, if you know, that

6     would be able to tell us about that?

7           A.    I don't know.

8           Q.    So I apologize.  We have to go month by

9     month here.  So starting in January 2017, so

10    Exhibit 13, reports a series of numbers for

11    associates, contractors, and others; is that

12    correct?

13          A.    Yes.

14          Q.    And this was a preliminary report?

15          A.    Can you restate that question?

16          Q.    Is this a preliminary report of those

17    counts for January 2017?

18          MS. MISHKIN:  Object to form.

19    BY THE WITNESS:

20          A.    It's not a final number for EDA

21    purposes.

22    BY MR. ATKINSON:

23          Q.    Are you familiar with Exhibit 2, which

24    is the declaration of Mr. Meghji?  I should have

1    stuck with letters.

2                    So the Exhibit 2 is the total and

3    then -- is the entirety of Mr. Meghji's declaration.

4    Are you familiar with that declaration and the

5    exhibits attached to it?

6         A.    To the extent I've looked at them,

7    skimmed them, whatever, yes.

8         Q.    Do you know if there is a final report

9    from Ms. Argarwal pertaining to the numbers of

10   associates, tenants, and contractors for

11   January 2017 contained in the Meghji declaration?

12        A.    For January of 2017?

13        Q.    Correct.

14        A.    I don't know.

15        Q.    If I were to ask you that question for

16   each of the succeed succeeding months through

17   October 2017, would your answer be the same?

18        A.    Yes.  But I just want to clarify that

19   I'm not -- I just don't remember when Amita started

20   tracking this off the top of my head.  I'd have

21   to -- you know.  But I know that it was somewhere

22   around the time that the EDGE reports -- we weren't

23   way above.

24        Q.    So then let me ask you this.  If I

1    wanted to estimate the number of non-Sears employees

2    for EDA purposes, could I reliably use Exhibit 13 to

3    report an accurate figure?

4         A.   I don't know because I didn't create

5    that document.

6         Q.   Now, you testified a while ago that

7    Exhibit 13 would have been provided to Ms. Argarwal.

8    She would have scrubbed it -- excuse me -- she would

9    have -- I'm blanking on the word you used.

10   Reconciled it or whatever.

11              So would you feel comfortable --

12   knowing the processes that Ms. Argarwal used, would

13   you feel comfortable relying on Exhibit 13 to

14   produce an accurate precise number as to the number

15   of tenants, contractors, and OTB contractors?

16        MS. MISHKIN:  Object to form.

17   BY THE WITNESS:

18        A.   I relied on my business people.  I don't

19   work in those functions, so I can't make a

20   determination on that.

21   BY MR. ATKINSON:

22        Q.   But knowing what you know, if I came to

23   you and said, Sears, can say how many non-employees

24   were here for EDGE purposes, by adding the numbers

1    of active badges for tenants, contractors, and OTB

2    contractors, would you accept that number?

3            MS. MISHKIN:  Don't answer.  I'm objecting to

4    the form of that question because you asked about

5    EDGE.

6            MR. ATKINSON:  I apologize.  For EDA

7    purposes.

8            MS. MISHKIN:  I'm also going to object to

9    form just on the basis that it was compound, but if

10   you need to hear it again, let him know.

11           THE WITNESS:  Maybe ask again.

12   BY MR. ATKINSON:

13           Q.   We're going to use February '17 as our

14   example again.

15           A.   Are we back on 13?

16           Q.   We are, yes.

17                So we're in Column AB, Line 14,

18   Contractor Badges.  Does that say 662?

19           A.   Yes.

20           Q.   Going to Row 17, it says Tenant Badges.

21   Does that say 464?

22           A.   Yes.

23           Q.   And looking at OTB Badges, which is

24   Row 18, does it report 176?

1        A.    Yes.

2        Q.    If I wanted to accurately report the

3   number of non-Sears employees for EDA purposes, can

4   I just add those three numbers?

5        A.    I don't know.

6        Q.    Would you rely on -- if I came to you

7   and said the accurate numbers, those three numbers

8   added together, would you accept that answer at face

9   value?

10       A.    Not if it was you.

11   BY MR. ATKINSON:

12       Q.    That's a good answer.

13             If Mr. Meghji came to you and said

14   I'm going to report these numbers and I'm going to

15   add those three together, would you say that that

16   was an appropriate way to do that?

17       A.    I would rely on what my business people

18   responsible for tracking head count came to.

19       Q.    Now, you testified a moment ago that you

20   know that Ms. Argarwal reviewed these numbers and

21   there may be changes; is that correct?

22       MS. MISHKIN:  Object to the form that it

23   misstates her testimony.  You can answer if you can.

24

1    BY THE WITNESS:

2         A.   Yes.   Amita, yes.   I relied on Amita.

3    BY MR. ATKINSON:

4         Q.   So let me -- I'm sorry.   We're covering

5    the same ground a little bit because I'm having to

6    break it apart instead of asking the ultimate

7    question.

8              So you know that Amita received

9    these numbers and did something with them; is that

10   correct?

11        MS. MISHKIN:   Object to form.   You need to

12   clarify what time period you're asking her about.

13   BY MR. ATKINSON:

14        Q.   We're still on February '17, and that's

15   been my example month for at least an hour.

16             So for February of '17 -- and

17   actually, it frankly doesn't matter, but I'm using

18   February '17 and all my questions so far on this

19   topic have been about February '17.

20             If Mr. Meghji wanted to ask -- so

21   if Mr. Meghji came to you and said for February 2017

22   I'm going to add those three numbers and I'm going

23   to certify that number as the number of people who

24   are actually here, would you tell him that's okay?

1          MS. MISHKIN:  Object to form.

2    BY THE WITNESS:

3          A.   No.

4    BY MR. ATKINSON:

5          Q.   Why not?

6          A.   I would tell him to rely on the number

7    that is most clear that we got from the business,

8    which would have been either the EDGE report, which

9    shows that we're above without any other

10   information, or Amita if she had started tracking at

11   that point.

12   BY MR. ATKINSON:

13         Q.   Okay.

14         A.   Or both.

15         Q.   Now, for purposes of Mr. Meghji's

16   declaration, at any point did you advise him to add

17   the numbers for OTB contractors, tenant badges, and

18   contractor badges for individual months to report

19   the number of non-Sears employees at the Hoffman

20   Estates headquarters?

21         A.   No.  I am not in charge of tracking head

22   count.  I would not have been advising somebody

23   on -- directly on what they should do to certify the

24   number.

1          Q.    All right.  I'm going to -- I think

2     we're going to move on from Exhibit 2.

3               MS. MISHKIN:  Do you need a break?

4               THE WITNESS:  I'm good.  Thank you.

5                         (Oppenkowski Exhibit No. 5 marked.)

6     BY MR. ATKINSON:

7          Q.    I'm going to show you what's been marked

8     Exhibit 5.  This has been stamped as page number

9     Sears_EDA_000023.  Do you recognize Exhibit 5?

10         A.    I do.

11         Q.    And what do you recognize it to be?

12         A.    A notification from me to Jim Norris at

13    the Village, just letting him know that we're going

14    to be impacting some people out here as part of a

15    head count exercise and that we'll be sending him a

16    notice.

17         Q.    Let me unpack that answer a little bit.

18    Who is Mr. Jim Norris?

19         A.    He's the Hoffman Estates Village

20    Manager.

21         Q.    And what is a WARN notice?

22         A.    I mean, I'm not an HR professional, but

23    we have to give notice to certain elected officials

24    when we impact over a certain amount of associates.

1          Q.    What does "impact" mean?

2          A.    Impact is just the word I used for

3    sever.

4          Q.    So if Sears is going to layoff or

5    disemploy individuals, then Sears needs to notify

6    certain governmental agencies; is that correct?

7          A.    Yes.  But let me just clarify again I am

8    not a labor attorney.

9          Q.    That's fine.  And I'm interested more in

10   how you understand these terms so we can understand

11   the correspondence.  We don't need statutory

12   citations or anything like that.

13                    And so in your e-mail to

14   Mr. Norris, you say that "We remain above the

15   threshold for EDA purposes."  Is that correct?

16         A.    Yes.

17         Q.    And this e-mail is dated January 31,

18   2018?

19         A.    Yes.

20         Q.    Why was it necessary to inform --

21   actually, strike that.

22                    Why did you inform the village

23   manager as to the EDA job count in January 2018?

24         A.    I, as just a normal course of my job, am

1   responsible for building and maintaining

2   relationships with elected officials, obviously.

3   And so periodically I would, as a courtesy, let them

4   know, basically.  Because if there was a WARN

5   notice, it would become public and the media was

6   interested in our deal, and then he could answer

7   that question if he was asked.  It was not a

8   requirement.  It was a courtesy.

9        Q.    And had Mr. Norris asked you for that

10   courtesy or did you do it on your own accord?

11        A.    I did it on my own accord.

12        Q.    It says "per our discussion."  That's

13   how the e-mail begins.  Had you had a prior

14   conversation with Mr. Norris?

15        A.    I don't recall what the details of that

16   conversation would have been or when it happened

17   that long ago.

18        Q.    I'm going to show you know what's going

19   to be Exhibit 6.

20                   (Oppenkowski Exhibit No. 6 marked.)

21   BY MR. ATKINSON:

22        Q.    Do you recognize Exhibit 6?

23        A.    Yes.

24        Q.    And what do you recognize it to be?

1          A.   So this was another head count exercise

2     that we did back in this time frame, and I was

3     reaching out to him about that.  As normal course in

4     government affairs when we do hit count exercises,

5     even when it has no impact on a tax incentive, I

6     would reach out to local officials just so that they

7     hear it from me.

8          Q.   The portion of the e-mail that's dated

9     March 8, 2017, at 1:10 a.m. -- this is at the top of

10    the page -- you report a total number that counts

11    towards the EDA; is that correct?

12         A.   Yes.

13         Q.   And that number is 5,500; is that

14    correct?

15         A.   Yes.

16         Q.   Where did that number come from?

17         A.   I'm going to have to tell you I don't

18    remember exactly at this point.

19         Q.   Okay.  If you had to speculate?  So not

20    this specific number, but in the course of your

21    duties of reporting a number, how would you go about

22    doing that?

23         A.   So typically there is always two

24    different places that the numbers came from.  The

1    EDGE report, which is the Sears, you know, full-time

2    people, and then somebody in real estate that would

3    have been tracking the other people.

4         Q.   So sounds like I'm repeating myself, but

5    at no time did you calculate what that number was?

6         A.   No.

7         Q.   Again, so this is now March 8, 2017.

8    For what purpose did you inform the Village of the

9    EDA job count at this point in time?

10        A.   Same answer as before.  Media is

11   interested in it.  I, just as a courtesy, wanted

12   them to know that we were still above the number

13   despite the head count reductions.

14        Q.   Okay.  We're going to go to Exhibit 7.

15             (Oppenkowski Exhibit No. 7 marked.)

16   BY MR. ATKINSON:

17        Q.   If we can go back to Exhibit 6, which is

18   the March 8th e-mail.  Regarding the 5,500 number,

19   how would that number have been reported to you?

20        A.   I don't recall who I exactly I got it

21   from as I said before, but there were only two

22   combinations of departments, I guess, that I would

23   ever get it from.  One was the EDGE report, which is

24   HR, and then the real estate team that tracks

1    everybody else.

2            Q.    Would you expect that to be in the form

3    of e-mail correspondence or, like, how --

4    mechanically, how would that information have been

5    communicated to you?

6            A.    Not always e-mail, no.  I couldn't say

7    for sure.

8            Q.    I imagine you speak with people on phone

9    calls?

10           A.    Yeah.  I talk to them as well, yeah.

11           Q.    Were there any internal memoranda or

12   anything like that?

13           A.    No.

14           Q.    Turning to the Exhibit 7, do you

15   recognize Exhibit 7?

16           A.    I do, but I'm sort of reading through it

17   just to remind myself.

18           Q.    Take a moment to review it.

19           A.    Do you guys have the press release or

20   no?

21           Q.    I do, if that would help you.

22           A.    That would.  I have to remind myself of

23   which announcement this was.

24           Q.    We're going to mark this as Exhibit 8.

1                    (Oppenkowski Exhibit No. 8 marked.)

2     BY MR. ATKINSON:

3         Q.   I have a copy of the press release from

4     the Sears Web site if that would help as well.

5         A.   Sure why not.

6         Q.   I would do that as Exhibit 9.

7                    (Oppenkowski Exhibit No. 9 marked.)

8     BY MR. ATKINSON:

9         Q.   Just for clarity of the record, I should

10    go in reverse order because I want to ask you about

11    the e-mail, but it sounds like you needed the

12    subsequent exhibits to refresh your memory.

13        A.   Yes.

14        Q.   So Exhibit 9, do you recognize that?

15        A.   I do.  I recognize it.  I don't remember

16    in detail everything about this with everything

17    that's occurred here to date.  But yes, I recognize

18    it.

19        Q.   What do you recognize it to be?

20        A.   So this was back in early summer after

21    our shareholder meeting, like a month after our

22    shareholder meeting when we just took some

23    significant steps, you know, to move on a positive

24    path; and it impacted a decent amount of associates.

1          Q.    Is it accurate to say that Exhibit 9 is

2     a press release pertaining to the topic that you

3     just discussed?

4          A.    Yes.

5          Q.    Now, Exhibit 8, do you recognize that?

6          A.    Yes.

7          Q.    What do you recognize it to be?

8          A.    An article about the EDGE tax credits.

9          Q.    From Crain's Chicago Business?

10         A.    Yes.

11         Q.    And that's dated June 13, 2017?

12         A.    Yes.

13         Q.    And in reviewing those documents, does

14    that refresh your recollection pertaining to

15    Exhibit 7 which is now before you?

16         A.    Yes.

17         Q.    And do you now recognize Exhibit 7?

18         A.    Yes.

19         Q.    And what do you recognize it to be?

20         A.    So, again, as a normal courtesy when we

21    put out or we do a head count exercise, which we

22    announced in our press release there was going to be

23    a decent sized one, I wanted to talk to our local

24    elected officials about that, give them a head's up.

1          Also, I wanted to correct any

2     assumptions that might come from the headline of

3     this article -- media has been very engaged in these

4     tax incentives -- to make sure they understood that

5     this was referring to the EDGE credit.

6          Q.   So the portion of the e-mail chain dated

7     June 13, 2017, at 3:48 p.m., in that portion of the

8     e-mail, this is from Mr. Norris who is the village

9     manager; is that correct?

10          A.   Correct.

11          Q.   And is he providing guidance to you or

12     help to you?  Is he making suggestions to you?  Let

13     me put it that way.  What is he suggesting that you

14     do?

15          A.   I don't know that I should speak for

16     Jim, but I can tell you how I took it.

17          Q.   That would be fantastic.

18          A.   The EDA benefits and that tax incentive

19     have been very beneficial to the taxing

20     jurisdictions out here over the years.  And I think

21     there was a mutual understanding that we wanted to

22     make sure that people understood that we've still --

23     we're still abiding by the things we agreed to do in

24     the EDA and that we continued to provide those

1    benefits to the taxing jurisdictions and we just

2    wanted to be on the same page.

3         Q.    And I can't remember, I think we

4    clarified this, but when you say EDA, you mean

5    Economic Development Area?

6         A.    The subject of this, yes.

7         Q.    This e-mail is of June 2013 [sic].  Why,

8    at this point in time, was it decided that Sears

9    should inform the Village that it is still within

10   the EDA requirements?

11        A.    Again, it was a courtesy that I did only

12   when we did head count exercises.

13        Q.    Okay.  And for purposes of this e-mail,

14   did you personally calculate the number of jobs at

15   Sears at that time?

16        A.    Not personally.

17        Q.    Did you talk to anybody in terms of

18   those numbers?

19        A.    I always spoke with the business and the

20   people responsible for tracking head count before I

21   told him we were above.

22        Q.    Do you know whether that was by e-mail?

23        A.    I don't.  It could have been phone

24   calls.  Yeah.

1          Q.    Okay.  We're going to now shift back to

2     Exhibit 2, which is the declaration of Mr. Meghji,

3     and specifically we're going to look at Exhibit 14

4     of the declaration.

5          A.    Okay.

6          Q.    And these are -- just to lay a

7     foundation, it looks like at the top of the page

8     that this is an e-mail chain concluding with you

9     sending these materials to David Martin and copying

10    a series of people; is that correct?

11         A.    Yes.

12         Q.    How did you obtain the e-mails that

13    follow to send to Mr. Martin and the others?

14         A.    I am one of several people that are

15    copied on Amita's e-mails.  So I was copied on it.

16         Q.    So I know who Mr. Martin is, but could

17    you tell us who Mr. Martin is?

18         A.    He's our outside counsel in EDA matters,

19    local outside counsel.

20         Q.    I believe it's Neal Gerber Eisenberg?

21         A.    Right.

22         Q.    So in terms of producing this e-mail,

23    did you go through your inbox and find the e-mails

24    from Amita to then forward or how did you go about

1   doing that?

2         A.   Yes.

3         Q.   Very straightforward answer.  Very good.

4              I'm sorry.  Please refresh my

5   memory.  Where did Amita work?

6         A.   She was in the finance department.

7         Q.   Okay.  And do you know what the SG&A

8   group is?

9         A.   It's just a group within finance.

10  That's all I know.

11        Q.   Do you know what methods were used to

12  prepare the tables in Ms. Amita's e-mails?

13        A.   I don't know the methods that she used

14  as a finance professional and a numbers person, but

15  I -- she did utilize the reports from Jennifer and

16  Jon along with the EDGE report.

17        Q.   And so just for clarity, Jon Bredemeier?

18        A.   Yes.

19        Q.   And Jennifer Mendoza?

20        A.   Correct.

21        Q.   So if I were looking at -- if we were to

22  look at the e-mail from Amita dated September 14,

23  2017, which is just below your e-mail, if I were to

24  ask you questions about the details of that table,

1   would you be able to answer my questions?

2        MS. MISHKIN:  Object to form.  I'm not sure

3   she knows what questions you're going to answer, so

4   I'm not sure how she can answer that.

5   BY MR. ATKINSON:

6        Q.   So looking at December '17 in the EDA

7   forecast table, do you see where I'm referring?

8        A.   Uh-huh.

9        Q.   It indicates Number Eligible, and it

10  indicates 4,445; is that correct?

11       A.   Yes.

12       Q.   Would you be able to tell me what that

13  number means?

14       A.   It's just a forecast of how many EDA

15  eligible people she thought we would have in that

16  month.  A forecast.

17       Q.   Would you know how that number is

18  calculated?

19       A.   No.

20       Q.   Would you know the assumptions that were

21  used?

22       A.   No.

23       Q.   The next line over says -- next column

24  says Less Attrition.  If I were to ask you what that

1     number means, would you be able to tell me?

2          A.   I know because she told me, but not as

3     an expert.  She's just was using formulas of sort of

4     what we guessed based on prior months of just

5     natural attrition.  But I'm not an expert.

6          Q.   If I were to ask you how she developed

7     that assumption, would you be able to tell me?

8          A.   No.

9          Q.   If I were to go through each of the

10    individual columns that follow here, would your

11    answers be substantially the same?

12         A.   Yes.

13         Q.   Looking again at December '17, the same

14    table, December '17, in the 4,445 jobs, do you know

15    if that's an estimate?

16         A.   I'm sorry.  You're referring to the New

17    Hires column?

18         Q.   I'm sorry.  It's the Number Eligible.

19         A.   That's a forecast.

20         Q.   It's a forecast.  Okay.

21              Can I ask how do you know it's a

22    forecast?

23         A.   Because it was -- these months were -- I

24    mean it says forecast for one, but it was also

1    future months.

2          Q.    Now, looking, same e-mail, above the

3    table there's bolded language that says EDA Update -

4    December 2017.  Do you see that?

5          A.    Yes.

6          Q.    And it says -- under there, there's

7    number 1 and it says, "EDA eligible head count at

8    the end of November was 4,445."  Is that correct?

9          A.    Correct.

10         Q.    If I were to ask you how that number was

11   calculated, would you be able to tell me?

12         A.    No.

13         Q.    If I were to ask you if that number

14   represented the number of employees working 35 hours

15   or more per week, would you be able to tell me

16   whether that was true or not?

17         A.    It was part of the criteria she was

18   advised to use was only people 35 and up.

19         Q.    But you don't know that of your own

20   knowledge?

21         A.    Correct.

22         Q.    And do you know what processes Amita

23   actually used to control for the number of full-time

24   employees?

1      A.    No.

2      Q.    So then looking at number 3 right below

3   where we just were, it says, "Based on the current

4   attrition and new hire trends, the risk still

5   remains to fall below the threshold by the end of

6   March 2018."  Is that correct?

7      A.    Correct.

8      Q.    What do you understand that to mean?

9      A.    That -- based on what it says, there was

10   a risk that we may fall below in March of 2018.

11      Q.    Do you know whether that risk was

12   realized?

13      A.    This whole chart here was a forecast and

14   does not represent any -- any real numbers or any

15   official certification that has been provided at

16   this point.

17      Q.    Do you know whether the risk was

18   realized in March of 2018?

19      MS. MISHKIN:  Object to form.

20   BY THE WITNESS:

21      A.    Based on the interpretation of the

22   statute and without any official certification, I do

23   not believe that was realized.

24

1   BY MR. ATKINSON:

2          Q.    But do you know?

3          A.    Again, I am not in charge of tracking.

4   There has been no official number generated nor any

5   requirement for us to provide that, but I will tell

6   you that I see some numbers and that we did not

7   realize that based on what I've seen as a

8   non-expert.

9          Q.    Okay.  Have you had communications with

10  the Village of Hoffman Estates concerning the number

11  of jobs in 2018?

12         A.    No.  Let me just say, though, I'm not

13  sure because we're in 2019 now.  I just want to be

14  clear.  If there was a head count exercise in 2018

15  and I mentioned to Jim we were still above over the

16  phone, that may have occurred.  But right off the

17  top of my head, I don't remember if there was --

18  same thing.  It would have been a courtesy call.

19  But I can tell you that I've never made a call to

20  him saying we're below.

21         Q.    Okay.  I want to take you to -- so this

22  is going to be the last page of Exhibit 14.  And I

23  apologize.  This e-mail is split between two pages.

24  So at the bottom of the previous page, it indicates

1  this was an e-mail dated October 16, 2017.  At the

2  top of the next page do you see where it says Next

3  Steps --

4      A.  Yes.

5      Q.  -- in bold?  And it says, "In order for

6  us to secure this credit, we need to find more

7  tenants and rent out some of the underutilized space

8  at the campus.  Please advise if we should step up a

9  meeting to discuss strategies and progress."  Is

10  that correct?

11      A.  Yes.

12      Q.  Do you know whether there were any

13  meetings set up to discuss strategies and progress?

14      A.  Yes.

15      Q.  When were those meetings?

16      A.  I was not at them.  I just know they

17  occurred.

18      Q.  Do you know what the purpose of those

19  meetings were?

20      A.  I know they were meeting just to sort of

21  monitor the numbers and to see if they could, you

22  know, lease more space and get more tenants and more

23  jobs out here.  But I was not in the meetings.

24      Q.  So if I can clarify your testimony, are

1    you saying there is no official report regarding EDA

2    compliance for 2017?

3         MS. MISHKIN:  Object to form.

4    BY THE WITNESS:

5         A.    There's no official report required to

6    my knowledge.

7    BY MR. ATKINSON:

8         Q.    So if you were to answer the question,

9    is there were an official report, what would your

10   answer be?

11        A.    Define official.

12        Q.    Well, I'm using your language because

13   earlier before when I was asking you about

14   Exhibit 13 and the occupancy report that would go to

15   Amita and then Amita would do whatever Amita did and

16   then there would be a final report after that?

17        A.    Right.  But that could have been just to

18   call and say, "Here's the number."  There's no

19   requirement.  I'm not an attorney.  As far as I

20   know, there's no requirement in the statute that we

21   produce an official written report that's consistent

22   or anything like that.  So that's what I meant by

23   that.

24              That was my internal, that's not the

1   official number.  But I wasn't trying to suggest

2   that there is an official report that was generated

3   for official use with officials, local officials or

4   anything like that.

5          Q.   Would Amita's final report be reduced to

6   writing?

7          A.   I think what you see in writing on these

8   e-mails is what I have received.  So there are

9   places where she says this is what the number was in

10  this month, and that month has passed.  So that's

11  more official than, say, the forecast documents.

12         Q.   Okay.  Do you think there would be a

13  memorandum or any other writing somewhere in Sears

14  that would have Ms. Argarwal's reconciliation

15  between the daily occupancy report and her final

16  report?

17         MS. MISHKIN:  Object to form.

18  BY THE WITNESS:

19         A.   I provided the documents that I found

20  from Amita, and I provided them.

21  BY MR. ATKINSON:

22         Q.   Okay.  Do you know whether she created a

23  reconciliation between the data occupancy report and

24  her final report?

1        A.    She had included in the e-mails Excel

2   spreadsheets and things of that nature, but I was

3   not a party to those.  I did not regularly get sent

4   anything other than her final report that went to

5   this group of people that's on the e-mails.

6        Q.    So sitting here today, do you know

7   whether there are any reconciliations?

8        A.    No.

9        Q.    Okay.  Do you know approximately when

10  Amita left Sears?

11       A.    I don't recall.

12       Q.    Do you know -- since her departure, do

13  you know who has been performing her work pertaining

14  to the jobs count exercises?

15       A.    I do not.

16       Q.    Have you seen reports regarding jobs

17  count exercises since her departure?

18       A.    No.

19       MR. ATKINSON:  Would it be okay to take a

20  break?

21                 (Break taken.)

22  BY MR. ATKINSON:

23       Q.    So before the break, you mentioned that

24  that for 2018, based on information that you've

1    seen, that Sears is in compliance with the EDA act

2    for 2018; is that correct?

3            A.    Just to clarify, for the entire year?

4            Q.    Yes.

5            A.    Based on what I've seen and

6    interpretation from attorneys, yes.

7            Q.    And so can you detail for us what you

8    have seen?

9            A.    Again, none of these -- I'm going to use

10   the word you don't like me using, but officially

11   just from an internal perspective, because we've not

12   been asked to file a certification, none of that

13   actual work has been done.  But same places I always

14   see it, so EDGE report plus real estate information.

15           Q.    Okay.  If -- so hypothetically

16   speaking -- because this is an issue that is in

17   dispute in this litigation, so hypothetically

18   speaking, I'm not asking you whether this is

19   actually the case, but in the context of the

20   hypothetical whether this would be true.  For 2018,

21   if the number of tenants, contractors, and OTB

22   contractors were removed from the count, would Sears

23   be in compliance with the EDA requirements?

24           MS. MISHKIN:  I object to the form asking a

1   hypothetical of a fact witness, but if you can

2   answer, you can answer.

3          THE WITNESS:  So based on how you asked, that

4   would leave the Sears-only full-timers, correct?

5   BY MR. ATKINSON:

6          Q.    That's correct.

7          A.    So using that scenario, we would be

8   below as indicated through our public announcements

9   on the other tax credit.

10          Q.    Same hypothetical for but 2017.

11          MS. MISHKIN:  Same objection.

12   BY THE WITNESS:

13          A.    Again, we publicly dropped below on the

14   Sears-only calculation -- I believe I know the exact

15   date, May 31, 2017 -- without the contractors, the

16   tenant, anybody else who is working in this

17   building.

18          MR. ATKINSON:  We have no further questions.

19          MS. MISHKIN:  Thank you.

20          MR. FLOREY:  Thank you for your patience.

21              FURTHER DEPONENT SAITH NAUGHT...

22                    *    *    *    *    *

23

24

1  STATE OF ILLINOIS )
                     )  ss:
2  COUNTY OF C O O K )

3       The within and foregoing deposition of the

4  aforementioned witness was taken before ELISABETH D.

5  COLLOPY, C.S.R., R.P.R., and Notary Public, at the

6  place, date and time aforementioned.

7       There were present during the taking of the

8  deposition the previously named counsel.

9       The said witness was first duly sworn and was

10 then examined upon oral interrogatories; the

11 questions and answers were taken down in shorthand

12 by the undersigned, acting as stenographer and

13 Notary Public; and the within and foregoing is a true,

14 accurate and complete record of all of the questions

15 asked of and answers made by the aforementioned

16 witness, at the time and place hereinabove referred

17 to.

18      The signature of the witness was not waived,

19 and the deposition was submitted, pursuant to

20 Rules 30 (e) and 32 (d) of the Rules of Civil

21 Procedure for the United States District Court, to

22 the deponent per copy of the attached letter.

23

24

1        The undersigned is not interested in the

2   within case, nor of kin or counsel to any of the

3   parties.

4        IN WITNESS WHEREOF I have hereunto set my

5   hand this 12th day of April, 2019.

*Elisabeth D Collopy*

7        ELISABETH D. COLLOPY, CSR, RPR
8        CSR No. 084-004192

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1              UNITED STATES BANKRUPTCY COURT
             SOUTHERN DISTRICT OF NEW YORK
2

3
   In Re:  SEARS HOLDING      )
4  CORPORATION, et al.,       )
                              )  Case No. 18-23538(RDD)
5        Debtor,              )

6

7      I, MISTY REDMAN OPPENKOWSKI, being first duly

8  sworn, on oath say that I am the deponent in the

9  aforesaid deposition taken on April 12, 2019; that I

10 have read the foregoing transcript of my deposition,

11 consisting of pages 1 through 77 inclusive, and

12 affix my signature to same.

13

14              _____
                   MISTY REDMAN OPPENKOWSKI
15

16 Subscribed and sworn to
   before me this _____ day
17 of _____, 2019.

18
   _____
19 Notary Public

20

21

22

23

24

**'**

**'17** [13] - 21:14, 21:20, 41:7, 43:1, 51:13, 53:14, 53:16, 53:18, 53:19, 67:6, 68:13, 68:14
**'92** [1] - 8:20

**0**

**084-004192** [1] - 79:8

**1**

**1** [7] - 4:11, 5:18, 5:19, 5:21, 16:5, 69:7, 80:11
**1,926** [1] - 41:17
**1...........** [1] - 4:8
**10** [1] - 4:8
**100** [1] - 2:20
**10153** [1] - 2:4
**11** [1] - 9:15
**11:00** [4] - 27:13, 34:13, 34:22, 41:17
**11:10** [1] - 1:14
**12** [2] - 35:16, 80:9
**12th** [2] - 1:14, 79:5
**13** [29] - 23:23, 24:2, 24:4, 25:4, 26:5, 26:12, 26:17, 26:18, 32:20, 41:5, 41:9, 41:10, 42:5, 42:19, 42:22, 43:4, 43:16, 46:14, 47:12, 47:14, 47:16, 48:10, 50:2, 50:7, 50:13, 51:15, 62:11, 63:7, 73:14
**14** [5] - 17:19, 51:17, 65:3, 66:22, 71:22
**15** [7] - 4:9, 4:11, 7:12, 7:15, 16:9, 16:10
**16** [5] - 17:11, 18:1, 18:3, 36:16, 72:1
**17** [5] - 20:13, 36:9, 36:22, 44:18, 51:20
**176** [1] - 51:24
**18** [4] - 4:9, 37:10, 37:22, 51:24
**18-23538(RDD** [2] - 1:4, 80:4
**19** [1] - 4:8
**1:10** [1] - 58:9

**2**

**2** [11] - 10:3, 10:4, 10:23, 16:8, 16:10, 17:11, 23:24, 48:23, 49:2, 55:2, 65:2
**2...........** [1] - 4:8
**20** [1] - 4:10
**200** [1] - 2:14
**2011** [1] - 8:5
**2012** [1] - 7:15
**2013** [1] - 64:7
**2016** [2] - 39:8, 39:17
**2017** [52] - 9:3, 9:7, 13:15, 14:2, 14:11, 15:20, 15:21, 16:2, 16:5, 16:18, 17:2, 17:4, 17:7, 17:9, 18:5, 19:10, 19:19, 21:5, 21:7, 22:3, 29:6, 29:8, 30:4, 30:6, 30:12, 41:4, 41:8, 41:13, 41:23, 41:24, 42:20, 42:23, 44:9, 44:15, 46:22, 47:12, 48:9, 48:17, 49:11, 49:12, 49:17, 53:21, 58:9, 59:7, 62:11, 63:7, 66:23, 69:4, 72:1, 73:2, 77:10, 77:15
**2018** [21] - 17:16, 17:20, 18:15, 19:3, 20:16, 21:11, 21:13, 21:18, 22:3, 28:20, 28:23, 56:18, 56:23, 70:6, 70:10, 70:18, 71:11, 71:14, 75:24, 76:2, 76:20
**2019** [14] - 1:15, 5:22, 9:22, 22:5, 28:11, 30:20, 31:9, 31:16, 32:1, 32:5, 71:13, 79:5, 80:9, 80:17
**212** [1] - 2:5
**22** [2] - 39:11, 39:20
**222** [1] - 3:2
**23** [1] - 38:5
**236** [1] - 2:20
**24** [1] - 38:17
**2425** [1] - 2:15
**263-2200** [1] - 2:16
**28** [1] - 9:22
**2nd** [1] - 32:1

**3**

**3** [5] - 15:14, 15:15, 15:17, 26:19, 70:2

**3...........** [1] - 4:9
**30** [3] - 32:16, 38:24, 78:20
**31** [2] - 56:17, 77:15
**310-8000** [1] - 2:5
**312** [3] - 2:10, 2:16, 3:3
**32** [1] - 78:20
**33** [1] - 40:10
**332-7760** [1] - 2:10
**3333** [1] - 1:13
**34** [2] - 39:6, 39:17
**35** [5] - 44:3, 45:4, 45:8, 69:14, 69:18
**3:48** [1] - 63:7

**4**

**4** [5] - 4:8, 18:8, 18:9, 18:11, 18:24
**4,250** [7] - 13:17, 14:12, 15:24, 18:4, 21:7, 28:23, 29:7
**4,445** [3] - 67:10, 68:14, 69:8
**4,512** [1] - 41:11
**4...........** [1] - 4:9
**464** [4] - 44:16, 44:20, 44:21, 45:3, 45:4, 51:21

**5**

**5** [6] - 4:5, 4:8, 4:10, 55:5, 55:8, 55:9
**5,500** [2] - 58:13, 59:18
**5...........** [1] - 4:10
**506** [1] - 44:19
**55** [2] - 2:9, 4:10
**57** [1] - 4:10
**59** [1] - 4:11

**6**

**6** [5] - 41:18, 57:19, 57:20, 57:22, 59:17
**6...........** [1] - 4:10
**60108** [1] - 2:21
**60601** [1] - 3:2
**60603** [1] - 2:10
**60606** [1] - 2:15
**609-7892** [1] - 3:3
**61** [2] - 4:11, 4:12
**630** [1] - 2:21
**662** [1] - 51:18
**6:00** [4] - 27:13, 34:12, 34:22, 41:17

**7**

**7** [11] - 4:5, 4:12, 13:11, 13:19, 14:7, 59:14, 59:15, 60:14, 60:15, 62:15, 62:17
**7...........** [1] - 4:11
**700** [1] - 10:15
**767** [1] - 2:4
**77** [1] - 80:11
**7th** [1] - 16:15

**8**

**8** [5] - 58:9, 59:7, 60:24, 61:1, 62:5
**8...........** [1] - 4:11
**800** [1] - 2:9
**8th** [1] - 59:18

**9**

**9** [7] - 4:9, 5:22, 33:24, 61:6, 61:7, 61:14, 62:1
**9...........** [1] - 4:12
**980-9100** [1] - 2:21

**A**

**a.m** [4] - 1:14, 34:13, 34:22, 58:9
**A13** [1] - 44:12
**AB** [3] - 41:9, 44:18, 51:17
**AB13** [1] - 44:12
**abiding** [1] - 63:23
**able** [22] - 23:10, 26:15, 33:4, 33:7, 33:12, 33:14, 34:5, 34:14, 34:19, 34:22, 35:8, 35:11, 36:1, 36:5, 39:19, 48:6, 67:1, 67:12, 68:1, 68:7, 69:11, 69:15
**abstain** [1] - 38:8
**accept** [2] - 51:2, 52:8
**acceptable** [1] - 38:11
**accommodate** [1] - 27:22
**accord** [2] - 57:10, 57:11
**accurate** [11] - 15:23, 16:4, 16:16, 17:17, 18:3, 19:1, 50:3,

50:14, 52:7, 62:1, 78:14
**accurately** [1] - 52:2
**acquired** [1] - 31:5
**Act** [1] - 8:1
**act** [5] - 8:3, 8:7, 8:11, 8:12, 76:1
**acting** [1] - 78:12
**Active** [1] - 35:16
**active** [8] - 35:17, 36:4, 41:12, 41:22, 43:17, 44:8, 46:15, 51:1
**actual** [1] - 76:13
**Adams** [1] - 2:14
**add** [4] - 52:4, 52:15, 53:22, 54:16
**added** [1] - 52:8
**adding** [1] - 50:24
**additional** [4] - 23:15, 39:11, 39:21, 46:24
**advice** [4] - 22:17, 23:11, 23:15, 23:18
**advise** [4] - 28:18, 29:6, 54:16, 72:8
**advised** [2] - 29:9, 69:18
**advising** [2] - 30:9, 54:22
**affairs** [4] - 7:10, 7:18, 8:23, 58:4
**affix** [1] - 80:12
**aforementioned** [3] - 78:4, 78:6, 78:15
**aforesaid** [1] - 80:9
**Agarwal** [1] - 25:15
**agencies** [1] - 56:6
**ago** [9] - 6:17, 20:12, 21:5, 24:24, 28:7, 46:13, 50:6, 52:19, 57:17
**agreed** [3] - 6:5, 6:6, 63:23
**AI** [1] - 42:23
**al** [2] - 1:4, 80:4
**Allocation** [1] - 8:1
**alluded** [1] - 8:10
**Amita** [22] - 25:15, 25:19, 45:11, 45:24, 46:8, 46:15, 46:19, 49:19, 53:2, 53:8, 54:10, 65:24, 66:5, 66:22, 69:22, 73:15, 74:20, 75:10
**Amita's** [4] - 46:5, 65:15, 66:12, 74:5
**amount** [2] - 55:24, 61:24
**announced** [1] -

62:22
**announcement** [1] - 60:23
**announcements** [1] - 77:8
**answer** [39] - 19:13, 22:16, 23:10, 23:16, 23:19, 23:21, 29:4, 30:15, 33:4, 33:7, 33:14, 34:5, 34:14, 34:23, 35:8, 35:12, 36:1, 36:6, 38:11, 42:8, 42:14, 43:14, 43:23, 49:17, 51:3, 52:8, 52:12, 52:23, 55:17, 57:6, 59:10, 66:3, 67:1, 67:3, 67:4, 73:8, 73:10, 77:2
**answered** [4] - 11:12, 19:13, 30:21, 32:8
**answers** [5] - 26:13, 33:19, 68:11, 78:11, 78:15
**anticipating** [1] - 26:13
**apart** [1] - 53:6
**apologize** [5] - 34:8, 44:14, 48:8, 51:6, 71:23
**appearing** [1] - 5:8
**appropriate** [1] - 52:16
**April** [10] - 1:15, 5:22, 12:14, 13:4, 13:6, 28:11, 30:20, 32:5, 79:5, 80:9
**April-ish** [1] - 12:14
**Area** [2] - 7:24, 64:5
**Argarwal** [6] - 45:24, 46:16, 49:9, 50:7, 50:12, 52:20
**Argarwal's** [1] - 74:14
**article** [2] - 62:8, 63:3
**assist** [2] - 11:17, 26:15
**assisted** [1] - 11:8
**Associate** [1] - 35:4
**associate** [10] - 27:1, 27:8, 27:15, 35:6, 35:24, 39:8, 39:17, 41:12, 41:17, 41:23
**associates** [8] - 41:12, 41:22, 44:8, 46:24, 48:11, 49:10, 55:24, 61:24
**associations** [1] - 7:20

**assume** [1] - 43:10
**assumption** [1] - 68:7
**assumptions** [2] - 63:2, 67:20
**ATKINSON** [66] - 2:19, 2:19, 5:7, 5:18, 5:20, 6:13, 8:21, 9:19, 10:2, 10:5, 11:3, 14:6, 14:15, 14:20, 15:16, 16:23, 18:10, 18:23, 19:8, 21:1, 22:21, 23:22, 24:2, 24:3, 26:9, 27:4, 27:20, 28:4, 29:3, 30:1, 30:17, 31:23, 32:10, 32:22, 36:14, 39:16, 41:3, 42:4, 42:12, 44:1, 44:6, 46:12, 47:16, 47:22, 48:22, 50:21, 51:6, 51:12, 52:11, 53:3, 53:13, 54:4, 54:12, 55:6, 57:21, 59:16, 61:2, 61:8, 67:5, 71:1, 73:7, 74:21, 75:19, 75:22, 77:5, 77:18
**ATKINSON............ ........** [1] - 4:5
**attached** [2] - 49:5, 78:22
**attorney** [5] - 8:15, 11:21, 23:3, 56:8, 73:19
**attorneys** [5] - 11:11, 11:22, 12:22, 23:1, 76:6
**Attrition** [1] - 67:24
**attrition** [2] - 68:5, 70:4
**Avenue** [1] - 2:4
**Average** [1] - 34:1
**avoid** [1] - 42:13

**B**

**badge** [8] - 24:8, 27:9, 27:10, 34:17, 35:17, 39:8, 39:18, 43:17
**Badge** [1] - 37:11
**Badges** [8] - 35:16, 36:10, 36:16, 36:23, 37:22, 51:18, 51:20, 51:23
**badges** [20] - 35:24, 36:5, 37:8, 39:9, 39:12, 39:19, 39:21, 40:1, 40:6, 41:12,

41:22, 44:8, 44:11, 44:15, 44:16, 46:15, 51:1, 54:17, 54:18
**BANKRUPTCY** [2] - 1:1, 80:1
**bankruptcy** [3] - 6:24, 20:6, 26:2
**Based** [1] - 70:3
**based** [8] - 11:12, 68:4, 70:9, 70:21, 71:7, 75:24, 76:5, 77:3
**basis** [1] - 51:9
**become** [1] - 57:5
**begins** [1] - 57:13
**behalf** [7] - 2:6, 2:12, 2:17, 2:23, 3:4, 23:3, 23:5
**below** [9] - 13:16, 14:12, 66:23, 70:2, 70:5, 70:10, 71:20, 77:8, 77:13
**beneficial** [1] - 63:19
**benefits** [4] - 8:7, 8:12, 63:18, 64:1
**better** [1] - 20:11
**between** [7] - 20:4, 31:20, 41:21, 42:16, 71:23, 74:15, 74:23
**Beverly** [1] - 1:13
**beyond** [2] - 13:1, 40:5
**bit** [2] - 53:5, 55:17
**blanking** [1] - 50:9
**Bloomingdale** [1] - 2:21
**bold** [1] - 72:5
**bolded** [1] - 69:3
**boss** [2] - 25:11, 25:12
**bottom** [1] - 71:24
**bounce** [1] - 32:3
**break** [7] - 27:19, 27:21, 32:23, 53:6, 55:3, 75:20, 75:23
**Break** [2] - 28:1, 75:21
**breaks** [1] - 27:23
**Bredemeier** [5] - 15:1, 15:3, 25:12, 25:14, 66:17
**brief** [1] - 11:7
**briefly** [5] - 5:11, 7:15, 35:15
**bring** [1] - 30:8
**broad** [1] - 30:7
**building** [9] - 27:3, 27:7, 37:12, 37:15, 37:18, 45:2, 46:24, 57:1, 77:17

**Business** [1] - 62:9
**business** [4] - 50:18, 52:17, 54:7, 64:19
**BY** [82] - 4:4, 4:5, 5:7, 5:20, 6:10, 6:13, 8:14, 8:21, 10:5, 11:1, 11:3, 14:6, 14:17, 14:20, 15:16, 16:20, 16:23, 18:10, 18:23, 19:5, 19:8, 21:1, 22:19, 22:21, 23:22, 24:3, 26:7, 26:9, 26:23, 27:4, 28:4, 29:1, 29:3, 29:19, 30:1, 30:14, 30:17, 31:18, 31:23, 32:10, 32:22, 36:14, 39:16, 41:1, 41:3, 42:2, 42:4, 42:10, 42:12, 43:21, 44:1, 44:6, 46:12, 47:17, 47:22, 48:19, 48:22, 50:17, 50:21, 51:12, 52:11, 53:1, 53:3, 53:13, 54:2, 54:4, 54:12, 55:6, 57:21, 59:16, 61:2, 61:8, 67:5, 70:20, 71:1, 73:4, 73:7, 74:18, 74:21, 75:22, 77:5, 77:12

**C**

**C.S.R** [1] - 78:5
**CALANDRIELLO** [1] - 2:13
**calculate** [2] - 59:5, 64:14
**calculated** [15] - 33:4, 33:15, 34:5, 34:19, 35:2, 35:13, 35:21, 36:1, 36:5, 36:20, 38:3, 38:14, 38:22, 67:18, 69:11
**calculation** [1] - 77:14
**calculations** [1] - 37:5
**calendar** [9] - 9:3, 9:7, 16:1, 16:17, 17:3, 18:5, 19:3, 28:23, 29:7
**campus** [3] - 13:16, 16:1, 72:8
**cannot** [2] - 18:21, 42:16
**capacity** [1] - 37:3
**capture** [1] - 18:21
**Case** [2] - 1:4, 80:4
**case** [2] - 25:2,

76:19, 79:2
**categories** [1] - 33:2
**certain** [2] - 8:8, 47:10, 55:23, 55:24, 56:6
**certainly** [1] - 10:21
**certification** [14] - 15:20, 15:24, 16:5, 17:7, 17:8, 17:15, 18:15, 19:2, 19:11, 20:13, 70:15, 70:22, 76:12
**certified** [1] - 16:17
**certifies** [1] - 16:22
**certify** [4] - 16:21, 21:12, 53:23, 54:23
**certifying** [2] - 13:14, 14:11
**cetera** [1] - 46:15
**chain** [2] - 63:6, 65:8
**change** [2] - 20:9, 20:18
**changed** [1] - 40:12
**changes** [1] - 52:21
**changing** [1] - 40:12
**Chapter** [1] - 9:15
**charge** [2] - 54:21, 71:3
**chart** [1] - 70:13
**Chicago** [4] - 2:10, 2:15, 3:2, 62:9
**chief** [1] - 9:11
**Chuck** [2] - 40:10, 40:20
**citations** [1] - 56:12
**citing** [1] - 5:22
**Civil** [2] - 1:10, 78:20
**clarified** [1] - 64:4
**clarify** [10] - 6:21, 9:17, 13:24, 20:11, 22:22, 49:18, 53:12, 56:7, 72:24, 76:3
**clarity** [7] - 17:3, 26:18, 35:23, 44:8, 44:17, 61:9, 66:17
**classification** [2] - 34:2, 35:7
**clauses** [1] - 13:22
**clean** [1] - 37:18
**cleaner** [1] - 9:18
**clear** [6] - 23:20, 24:17, 24:23, 44:4, 54:7, 71:14
**COLLOPY** [3] - 1:9, 78:5, 79:7
**column** [10] - 26:19, 36:16, 38:24, 39:17, 40:10, 41:11, 41:15, 42:23, 67:23, 68:17
**Column** [12] - 33:24,

35:16, 36:9, 36:22, 37:10, 37:22, 38:5, 38:17, 39:5, 41:9, 44:17, 51:17

**columns** [1] - 68:10

**combinations** [1] - 59:22

**comfortable** [3] - 23:2, 50:11, 50:13

**coming** [2] - 25:18, 27:2

**commencing** [1] - 1:14

**communicated** [1] - 60:5

**communication** [1] - 29:15

**communications** [1] - 71:9

**companies** [1] - 37:1

**company** [4] - 7:20, 19:18, 21:22, 31:20

**company's** [1] - 16:14

**complete** [2] - 10:11, 78:14

**compliance** [3] - 73:2, 76:1, 76:23

**compound** [1] - 51:9

**concerning** [3] - 22:7, 31:14, 71:10

**concluding** [1] - 65:8

**conference** [2] - 28:10, 32:4

**consistent** [1] - 73:21

**consisting** [1] - 80:11

**consult** [1] - 11:16

**consultation** [1] - 22:14

**contact** [1] - 13:8

**contained** [1] - 49:11

**context** [7] - 36:24, 37:6, 37:13, 37:23, 38:6, 38:19, 76:19

**continued** [1] - 63:24

**contractor** [4] - 27:9, 36:5, 44:11, 54:18

**Contractor** [4] - 34:21, 37:10, 37:22, 51:18

**contractors** [13] - 37:17, 43:18, 48:11, 49:10, 50:15, 51:1, 51:2, 54:17, 76:21, 76:22, 77:15

**control** [2] - 40:1, 69:23

**controls** [1] - 34:17

**conversation** [4] - 20:1, 32:16, 57:14, 57:16

**conversations** [10] - 12:3, 12:17, 12:21, 22:5, 28:7, 28:8, 29:21, 30:5, 31:13, 31:19

**conveyance** [1] - 23:14

**conveyed** [2] - 23:16, 23:17

**conveying** [1] - 23:6

**copied** [3] - 9:9, 65:15

**copy** [4] - 10:6, 32:21, 61:3, 78:22

**copying** [1] - 65:9

**CORPORATION** [2] - 1:4, 80:4

**Corporation** [1] - 16:1

**correct** [45] - 13:18, 17:20, 21:15, 21:16, 21:20, 25:2, 25:3, 25:8, 25:18, 29:17, 35:13, 35:14, 38:16, 39:22, 40:16, 41:19, 41:20, 42:20, 44:17, 46:17, 46:20, 46:21, 48:12, 49:13, 52:21, 53:10, 56:6, 56:15, 58:11, 58:14, 63:1, 63:9, 63:10, 65:10, 66:20, 67:10, 69:8, 69:9, 69:21, 70:6, 70:7, 72:10, 76:2, 77:4, 77:6

**corrected** [1] - 40:23

**correspondence** [2] - 56:11, 60:3

**counsel** [22] - 2:2, 12:2, 19:15, 19:17, 19:22, 19:23, 21:22, 22:8, 22:9, 22:18, 22:20, 29:10, 29:22, 29:23, 30:2, 30:16, 31:12, 31:13, 65:18, 65:19, 78:8, 79:2

**count** [21] - 8:18, 24:9, 39:8, 39:18, 43:17, 52:18, 54:22, 55:15, 56:23, 58:1, 58:4, 59:9, 59:13, 62:21, 64:12, 64:20, 69:7, 71:14, 75:14, 75:17, 76:22

**Counts** [2] - 34:12, 35:4

**counts** [13] - 9:4,

9:7, 10:8, 10:17, 24:8, 25:18, 40:11, 40:15, 40:23, 41:17, 41:24, 48:17, 58:10

**COUNTY** [1] - 78:2

**course** [7] - 22:14, 23:7, 23:18, 27:23, 56:24, 58:3, 58:20

**COURT** [2] - 1:1, 80:1

**Court** [1] - 78:21

**courtesy** [7] - 57:3, 57:8, 57:10, 59:11, 62:20, 64:11, 71:18

**Courts** [1] - 1:11

**covering** [1] - 53:4

**Crain's** [1] - 62:9

**create** [3] - 24:9, 42:17, 50:4

**created** [1] - 74:22

**credit** [4] - 6:12, 63:5, 72:6, 77:9

**credits** [1] - 62:8

**criteria** [2] - 45:14, 69:17

**cruise** [1] - 34:10

**CSR** [3] - 1:9, 79:7, 79:8

**current** [3] - 6:20, 25:1, 70:3

### D

**daily** [5] - 34:12, 40:15, 41:17, 41:23, 74:15

**Daily** [2] - 34:21, 35:4

**data** [11] - 11:5, 22:1, 42:14, 42:20, 42:24, 43:3, 45:23, 46:3, 46:16, 46:23, 74:23

**date** [9] - 15:7, 17:22, 20:3, 22:11, 31:6, 47:5, 61:17, 77:15, 78:6

**dated** [7] - 17:19, 56:17, 58:8, 62:11, 63:6, 66:22, 72:1

**Dave** [1] - 12:1

**David** [4] - 12:1, 30:22, 30:23, 65:9

**deal** [1] - 57:6

**Debbie** [2] - 40:15, 40:18

**Debtor** [2] - 1:5, 80:5

**Debtors** [2] - 2:6, 13:14

**debtors** [1] - 14:9

**December** [6] - 16:5, 43:1, 67:6, 68:13, 68:14, 69:4

**decent** [2] - 61:24, 62:23

**decided** [2] - 20:9, 64:8

**decision** [1] - 20:18

**declaration** [28] - 9:10, 9:19, 9:21, 10:7, 10:11, 10:23, 11:9, 11:18, 11:23, 12:5, 12:17, 13:1, 13:4, 13:10, 13:12, 14:8, 14:14, 14:16, 16:8, 16:9, 23:24, 48:24, 49:3, 49:4, 49:11, 54:16, 65:2, 65:4

**declarations** [1] - 9:15

**declared** [1] - 13:19

**define** [1] - 73:11

**delete** [2] - 39:10, 39:20

**department** [6] - 30:24, 34:17, 37:16, 47:19, 48:4, 66:6

**departments** [2] - 43:22, 59:22

**departure** [2] - 75:12, 75:17

**deponent** [2] - 78:22, 80:8

**DEPONENT** [1] - 77:21

**Deposition** [1] - 1:8

**deposition** [12] - 2:2, 5:23, 6:22, 12:11, 13:7, 27:24, 28:3, 78:3, 78:8, 78:19, 80:9, 80:10

**depositions** [1] - 1:12

**desk** [1] - 19:12

**despite** [1] - 59:13

**detail** [2] - 61:16, 76:7

**details** [2] - 57:15, 66:24

**detect** [1] - 40:5

**determination** [4] - 19:19, 21:19, 21:21, 50:20

**developed** [1] - 68:6

**Development** [2] - 7:24, 64:5

**difference** [2] - 41:21, 42:16

**different** [6] - 6:12, 14:24, 23:8, 33:2,

58:24

**dip** [1] - 13:16

**dips** [1] - 47:9

**direct** [2] - 13:8, 13:11

**directly** [3] - 12:19, 37:3, 54:23

**director** [1] - 15:2

**disclosing** [1] - 23:11

**discovery** [1] - 1:13

**discuss** [5] - 6:3, 6:5, 6:7, 72:9, 72:13

**discussed** [3] - 6:16, 21:23, 62:3

**Discussion** [1] - 46:11

**discussion** [1] - 57:12

**discussions** [2] - 19:16, 20:16

**disemploy** [1] - 56:5

**dispute** [1] - 76:17

**disputed** [1] - 25:1

**distribution** [1] - 14:11

**DISTRICT** [2] - 1:1, 80:1

**District** [4] - 2:12, 2:17, 2:23, 78:21

**division** [1] - 25:7

**divisional** [2] - 7:9, 8:24

**document** [4] - 24:24, 27:18, 43:11, 50:5

**documents** [7] - 11:19, 29:16, 29:20, 47:8, 62:13, 74:11, 74:19

**done** [2] - 21:7, 76:13

**down** [3] - 36:8, 39:5, 78:11

**Drew** [1] - 30:23

**dropped** [1] - 77:13

**due** [1] - 40:11

**duly** [4] - 5:2, 5:4, 78:9, 80:7

**duplicate** [5] - 39:11, 39:20, 39:21, 40:5

**duration** [1] - 31:1

**during** [7] - 7:14, 16:1, 16:24, 18:5, 22:13, 27:23, 78:7

**duties** [1] - 58:21

## E

**e-mail** [21] - 28:15, 56:13, 56:17, 57:13, 58:8, 59:18, 60:3, 60:6, 61:11, 63:6, 63:8, 64:7, 64:13, 64:22, 65:8, 65:22, 66:22, 66:23, 69:2, 71:23, 72:1
**e-mails** [7] - 65:12, 65:15, 65:23, 66:12, 74:8, 75:1, 75:5
**early** [7] - 12:14, 13:4, 13:6, 28:11, 30:19, 32:5, 61:20
**Economic** [2] - 7:24, 64:5
**EDA** [28] - 6:15, 8:12, 14:10, 16:17, 28:19, 47:4, 48:1, 48:3, 48:20, 50:2, 51:6, 52:3, 56:15, 56:23, 58:11, 59:9, 63:18, 63:24, 64:4, 64:10, 65:18, 67:6, 67:14, 69:3, 69:7, 73:1, 76:1, 76:23
**EDGE** [13] - 46:23, 47:7, 47:8, 49:22, 50:24, 51:5, 54:8, 59:1, 59:23, 62:8, 63:5, 66:16, 76:14
**Edge** [2] - 10:8, 10:17
**efforts** [2] - 11:17, 39:24
**eight** [1] - 42:14
**Eisenberg** [1] - 65:20
**either** [3] - 13:6, 33:11, 54:8
**elected** [3] - 55:23, 57:2, 62:24
**eligibility** [3] - 28:19, 30:3, 30:11
**Eligible** [2] - 67:9, 68:18
**eligible** [2] - 67:15, 69:7
**ELISABETH** [3] - 1:9, 78:4, 79:7
**ellipsied** [1] - 13:22
**employed** [2] - 7:6, 25:19
**employee** [1] - 10:16
**employees** [10] - 10:8, 10:13, 40:2, 47:3, 50:1, 50:23,

52:3, 54:19, 69:14, 69:24
**end** [2] - 69:8, 70:5
**engaged** [1] - 63:3
**entered** [1] - 28:3
**entire** [1] - 76:3
**entirety** [1] - 49:3
**entity** [1] - 7:5
**entries** [3] - 32:24, 33:1, 46:15
**Entries** [3] - 26:20, 34:9, 41:16
**entry** [1] - 26:21
**Entry** [1] - 34:12
**establish** [2] - 26:15, 33:20
**estate** [7] - 15:2, 24:7, 25:6, 37:16, 59:2, 59:24, 76:14
**Estates** [16] - 1:13, 3:4, 13:13, 13:16, 14:9, 18:17, 19:1, 21:6, 21:19, 22:7, 22:13, 22:24, 31:14, 54:20, 55:19, 71:10
**estimate** [3] - 32:13, 50:1, 68:15
**et** [3] - 1:4, 46:15, 80:4
**exact** [7] - 15:7, 17:22, 20:3, 22:11, 31:6, 47:5, 77:14
**exactly** [4] - 25:24, 42:15, 58:18, 59:20
**examination** [1] - 6:2
**EXAMINATION** [2] - 4:4, 5:6
**examined** [2] - 5:5, 78:10
**example** [6] - 41:5, 41:7, 44:10, 48:3, 51:14, 53:15
**Excel** [1] - 75:1
**exchange** [1] - 28:15
**excluding** [1] - 10:7
**excuse** [2] - 33:13, 50:8
**exercise** [4] - 55:15, 58:1, 62:21, 71:14
**exercises** [4] - 58:4, 64:12, 75:14, 75:17
**Exhibit** [80] - 4:8, 4:8, 4:9, 4:9, 4:10, 4:10, 4:11, 4:11, 4:12, 5:18, 5:19, 5:21, 10:3, 10:4, 10:23, 15:14, 15:15, 15:17, 16:8, 16:9, 16:10, 17:11, 18:1, 18:3, 18:8, 18:9, 18:11, 18:24, 23:23,

23:24, 24:4, 25:4, 26:5, 26:12, 26:17, 26:18, 32:20, 41:5, 41:9, 42:5, 42:19, 42:22, 43:4, 43:16, 44:16, 47:12, 47:16, 48:10, 48:23, 49:2, 50:2, 50:7, 50:13, 55:2, 55:5, 55:8, 55:9, 57:19, 57:20, 57:22, 59:14, 59:15, 59:17, 60:14, 60:15, 60:24, 61:1, 61:6, 61:7, 61:14, 62:1, 62:5, 62:15, 62:17, 65:2, 65:3, 71:22, 73:14
**exhibit** [4] - 5:17, 9:20, 16:12, 17:12
**exhibits** [3] - 17:6, 49:5, 61:12
**EXHIBITS** [1] - 4:7
**existed** [1] - 6:23
**expect** [1] - 60:2
**expecting** [1] - 33:19
**expert** [3] - 68:3, 68:5, 71:8
**explain** [1] - 41:21
**explanation** [1] - 11:8
**expound** [1] - 19:6
**extended** [1] - 8:5
**extent** [6] - 20:21, 22:16, 26:24, 29:9, 29:15, 49:6
**extra** [1] - 32:21

## F

**face** [1] - 52:8
**fact** [3] - 23:15, 23:17, 77:1
**fall** [2] - 70:5, 70:10
**familiar** [8] - 7:22, 7:24, 8:3, 9:10, 10:22, 16:10, 48:23, 49:4
**fantastic** [1] - 63:17
**far** [3] - 46:22, 53:18, 73:19
**Farkas** [1] - 30:24
**fast** [1] - 34:11
**February** [17] - 9:22, 40:8, 41:4, 41:7, 41:8, 41:13, 41:23, 41:24, 44:9, 44:15, 46:21, 51:13, 53:14, 53:16, 53:18, 53:19, 53:21
**Federal** [1] - 1:10
**fell** [1] - 14:12
**few** [2] - 6:16, 28:6

**fewer** [1] - 18:4
**Field** [1] - 36:16
**Fifth** [1] - 2:4
**figure** [1] - 50:3
**file** [1] - 76:12
**filed** [3] - 9:11, 9:14, 9:22
**filing** [3] - 6:23, 20:7, 26:2
**final** [11] - 45:11, 45:20, 46:5, 46:19, 48:20, 49:8, 73:16, 74:5, 74:15, 74:24, 75:4
**finance** [2] - 24:8, 25:15, 45:11, 66:6, 66:9, 66:14
**financial** [1] - 8:7
**fine** [2] - 9:13, 56:9
**finish** [1] - 18:19
**first** [7] - 5:4, 15:1, 17:17, 19:11, 33:23, 78:9, 80:7
**FLOREY** [5] - 2:8, 23:20, 39:15, 46:10, 77:20
**focus** [1] - 45:17
**follow** [2] - 65:13, 68:10
**following** [1] - 2:2
**follows** [1] - 5:5
**forecast** [9] - 67:7, 67:14, 67:16, 68:19, 68:20, 68:22, 68:24, 70:13, 74:11
**foregoing** [3] - 78:3, 78:13, 80:10
**form** [35] - 6:9, 8:13, 10:24, 13:20, 14:13, 16:19, 19:4, 20:20, 26:6, 26:22, 27:12, 28:24, 29:18, 30:13, 31:17, 32:7, 40:24, 42:1, 42:9, 43:20, 44:4, 47:13, 48:18, 50:16, 51:4, 51:9, 52:22, 53:11, 54:1, 60:2, 67:2, 70:19, 73:3, 74:17, 76:24
**formulas** [1] - 68:3
**forward** [1] - 65:24
**foundation** [1] - 65:7
**frame** [1] - 58:2
**frankly** [1] - 53:17
**Friedmann** [1] - 11:24, 30:22
**front** [1] - 31:7
**FT** [2] - 38:5, 38:17
**full** [3] - 59:1, 69:23, 77:4

**full-time** [2] - 59:1, 69:23
**full-timers** [1] - 77:4
**fully** [1] - 27:22
**function** [1] - 37:16
**functions** [1] - 50:19
**funds** [1] - 25:2
**FURTHER** [1] - 77:21
**future** [1] - 69:1

## G

**generated** [2] - 71:4, 74:2
**GENSBURG** [1] - 2:13
**Gerber** [1] - 65:20
**given** [1] - 17:23
**gotcha** [1] - 10:14
**GOTSHAL** [1] - 2:3
**government** [4] - 7:9, 7:18, 9:8, 58:4
**governmental** [2] - 8:23, 56:6
**GROBEN** [1] - 2:14
**ground** [1] - 53:5
**group** [3] - 66:8, 66:9, 75:5
**guards** [1] - 27:7
**guess** [4] - 28:9, 33:16, 43:10, 59:22
**guessed** [1] - 68:4
**guessing** [1] - 38:8
**guidance** [1] - 63:11
**guys** [1] - 60:19

## H

**hand** [1] - 79:5
**head** [15] - 7:18, 8:18, 24:9, 49:20, 52:18, 54:21, 55:15, 58:1, 59:13, 62:21, 64:12, 64:20, 69:7, 71:14, 71:17
**head's** [1] - 62:24
**headline** [1] - 63:2
**headquarters** [1] - 54:20
**hear** [2] - 51:10, 58:7
**help** [5] - 11:4, 24:8, 60:21, 61:4, 63:12
**herein** [1] - 5:4
**hereinabove** [1] - 78:16
**hereunto** [1] - 79:4
**hesitate** [1] - 27:22
**high** [1] - 8:17

**higher** [1] - 41:15
**hire** [1] - 70:4
**Hires** [1] - 68:17
**hit** [1] - 58:4
**Hoffman** [16] - 1:13, 3:4, 13:13, 13:16, 14:9, 18:17, 19:1, 21:6, 21:19, 22:6, 22:13, 22:24, 31:14, 54:19, 55:19, 71:10
**Holdco** [2] - 7:4, 31:4
**Holding** [1] - 16:1
**HOLDING** [2] - 1:3, 80:3
**Holdings** [1] - 7:2
**hop** [1] - 39:5
**hour** [3] - 31:3, 32:15, 53:15
**hours** [4] - 44:3, 45:4, 45:8, 69:14
**HR** [3] - 45:1, 55:22, 59:24
**hypothetical** [3] - 76:20, 77:1, 77:10
**hypothetically** [2] - 76:15, 76:17

**I**

**identify** [1] - 11:21
**Illinois** [6] - 1:14, 2:10, 2:15, 2:21, 3:2, 7:24
**ILLINOIS** [1] - 78:1
**imagine** [3] - 7:14, 37:19, 60:8
**impact** [4] - 55:24, 56:1, 56:2, 58:5
**impacted** [1] - 61:24
**impacting** [1] - 55:14
**IN** [1] - 79:4
**inbox** [1] - 65:23
**incentive** [3] - 28:19, 58:5, 63:18
**incentives** [1] - 63:4
**included** [1] - 75:1
**including** [1] - 45:13
**inclusive** [1] - 80:11
**Increment** [1] - 8:1
**indicate** [1] - 14:8
**indicated** [1] - 77:8
**indicates** [3] - 67:9, 67:10, 71:24
**indicating** [1] - 45:8
**individual** [5] - 10:8, 10:12, 10:16, 54:18, 68:10
**individuals** [4] - 23:8, 44:2, 44:13,

56:5
**inform** [5] - 30:10, 56:20, 56:22, 59:8, 64:9
**information** [11] - 11:12, 22:23, 23:6, 24:10, 45:12, 45:13, 47:20, 54:10, 60:4, 75:24, 76:14
**infrastructure** [1] - 8:19
**initial** [2] - 45:19, 46:14
**inside** [1] - 6:7
**instead** [1] - 53:6
**instruct** [2] - 22:15, 23:18
**instruction** [1] - 23:10
**interacting** [1] - 23:7
**interested** [5] - 6:22, 56:9, 57:6, 59:11, 79:1
**internal** [4] - 37:15, 60:11, 73:24, 76:11
**internally** [1] - 30:7
**interpret** [1] - 8:16
**interpretation** [2] - 70:21, 76:6
**interrogatories** [1] - 78:10
**involving** [1] - 25:1
**ish** [1] - 12:14
**Ismail** [1] - 28:2
**ISMAIL** [1] - 3:1
**issue** [1] - 76:16
**issued** [3] - 5:12, 5:21, 40:2
**issues** [1] - 40:22
**IT** [1] - 40:11
**item** [1] - 33:22
**itemized** [1] - 6:7
**iVisitor** [1] - 40:13

**J**

**January** [9] - 22:5, 31:16, 32:1, 48:9, 48:17, 49:11, 49:12, 56:17, 56:23
**Jared** [2] - 11:24, 30:22
**Jennifer** [8] - 25:5, 25:10, 33:10, 39:1, 39:4, 40:4, 66:15, 66:19
**Jennifer's** [4] - 38:24, 39:6, 39:7, 40:9

**JESSIE** [1] - 2:3
**Jessie** [2] - 11:24, 30:22
**jessie.mishkin@ weil.com** [1] - 2:5
**Jim** [4] - 55:12, 55:18, 63:16, 71:15
**job** [7] - 8:15, 9:4, 9:7, 10:8, 56:23, 56:24, 59:9
**jobs** [24] - 13:16, 13:17, 14:12, 15:24, 16:17, 16:21, 17:9, 18:4, 19:2, 21:7, 21:12, 21:14, 21:20, 28:23, 29:7, 30:4, 30:12, 31:14, 64:14, 68:14, 71:11, 72:23, 75:14, 75:16
**John** [4] - 15:1, 15:3, 25:12, 25:14
**Jon** [2] - 66:16, 66:17
**Jones** [2] - 40:11, 40:20
**July** [2] - 39:8, 39:17
**June** [3] - 62:11, 63:7, 64:7
**jurisdictions** [2] - 63:20, 64:1

**K**

**kaa@koryatkinson. com** [1] - 2:22
**KANTER** [1] - 2:13
**keep** [1] - 47:14
**Ken** [1] - 36:12
**KENNETH** [1] - 2:8
**kflorey@robbins** [1] - 2:11
**kflorey@robbins-schwartz.com** [1] - 2:11
**kin** [1] - 79:2
**knowing** [2] - 50:12, 50:22
**knowledge** [3] - 8:6, 69:20, 73:6
**knows** [1] - 67:3
**Kory** [4] - 14:5, 27:17, 39:14, 47:14
**KORY** [2] - 2:19, 2:19

**L**

**labor** [1] - 56:8

**Lake** [1] - 2:20
**language** [2] - 69:3, 73:12
**LaSalle** [1] - 3:2
**last** [3] - 39:3, 45:16, 71:22
**late** [6] - 13:6, 28:10, 30:19, 31:8, 32:5, 36:12
**law** [1] - 30:24
**LAW** [1] - 2:19
**lawyers** [2] - 23:12
**lay** [2] - 21:2, 65:6
**layoff** [1] - 56:4
**lease** [2] - 37:2, 72:22
**least** [1] - 53:15
**leave** [2] - 25:23, 77:4
**left** [3] - 15:4, 15:5, 75:10
**legal** [2] - 23:11, 23:15, 23:18
**legislation** [1] - 7:19
**Leslie** [2] - 12:1, 30:23
**Less** [1] - 67:24
**less** [1] - 31:3
**letter** [18] - 15:1, 15:3, 15:9, 15:20, 15:22, 16:15, 16:17, 17:18, 17:19, 20:4, 21:6, 21:11, 21:13, 21:18, 31:15, 31:21, 31:24, 78:22
**letters** [3] - 13:14, 14:10, 49:1
**letting** [1] - 55:13
**level** [1] - 8:17
**levied** [1] - 19:20
**liaison** [1] - 9:8
**LIFTON** [1] - 2:8
**line** [2] - 26:19, 67:23
**Line** [7] - 4:4, 36:16, 39:17, 40:10, 41:18, 44:18, 51:17
**Lisa** [1] - 18:21
**list** [4] - 10:12, 10:18, 39:10, 39:19
**litigation** [7] - 24:11, 24:14, 24:18, 24:21, 25:1, 46:9, 76:17
**litigator** [1] - 36:13
**LLP** [1] - 2:3
**lobby** [1] - 7:19
**lobbyists** [1] - 7:21
**local** [5] - 12:2, 58:6, 62:23, 65:19, 74:3
**look** [4] - 41:9, 47:7, 65:3, 66:22

**looked** [1] - 49:6
**looking** [16] - 17:6, 18:24, 26:19, 33:24, 40:15, 41:8, 42:23, 43:16, 44:12, 44:17, 51:23, 66:21, 67:6, 68:13, 69:2, 70:2
**looks** [1] - 65:7

**M**

**maiden** [1] - 6:19
**mail** [21] - 28:15, 56:13, 56:17, 57:13, 58:8, 59:18, 60:3, 60:6, 61:11, 63:6, 63:8, 64:7, 64:13, 64:22, 65:8, 65:22, 66:22, 66:23, 69:2, 71:23, 72:1
**mails** [7] - 65:12, 65:15, 65:23, 66:12, 74:8, 75:1, 75:5
**maintained** [1] - 15:24
**maintaining** [1] - 57:1
**manage** [1] - 7:20
**management** [1] - 37:17
**Manager** [1] - 55:20
**manager** [2] - 56:23, 63:9
**MANGES** [1] - 2:3
**March** [12] - 13:6, 28:11, 30:19, 31:8, 32:5, 58:9, 59:7, 59:18, 70:6, 70:10, 70:18
**mark** [5] - 5:18, 10:3, 15:14, 18:8, 60:24
**marked** [10] - 5:19, 10:4, 15:15, 18:9, 55:5, 55:7, 57:20, 59:15, 61:1, 61:7
**marking** [1] - 5:16
**Martin** [6] - 12:1, 10:23, 65:9, 65:13, 65:16, 65:17
**materials** [3] - 5:13, 46:9, 65:9
**matter** [2] - 9:12, 53:17
**matters** [1] - 65:18
**mean** [8] - 9:13, 12:20, 43:10, 55:22, 56:1, 64:4, 68:24, 70:8
**meaning** [4] - 7:3,

36:11, 37:4, 37:7
**means** [14] - 34:2,
34:14, 34:23, 35:7,
36:17, 36:23, 37:11,
37:12, 37:14, 37:24,
38:6, 38:18, 67:13,
68:1
**meant** [3] - 8:18,
27:20, 73:22
**measuring** [1] - 22:7
**mechanically** [1] -
60:4
**media** [3] - 57:5,
59:10, 63:3
**meet** [1] - 8:8
**meeting** [4] - 61:21,
61:22, 72:9, 72:20
**meetings** [4] - 72:13,
72:15, 72:19, 72:23
**Meghji** [24] - 9:11,
9:22, 10:23, 11:4,
11:17, 12:4, 12:18,
13:1, 16:8, 23:24,
28:7, 28:18, 29:7,
30:8, 30:9, 30:11,
30:19, 32:4, 48:24,
49:11, 52:13, 53:20,
53:21, 65:2
**Meghji's** [5] - 13:10,
13:12, 14:7, 49:3,
54:15
**memoranda** [1] -
60:11
**memorandum** [1] -
74:13
**memory** [2] - 61:12,
66:5
**Mendoza** [4] - 25:5,
33:10, 39:4, 66:19
**mentioned** [3] - 35:5,
71:15, 75:23
**meshing** [1] - 25:17
**met** [1] - 39:2
**methods** [3] - 26:4,
66:11, 66:13
**might** [2] - 9:18, 63:2
**minutes** [2] - 6:16,
32:16
**mischaracterizes** [1]
- 20:21
**mishearing** [1] -
47:14
**MISHKIN** [50] - 2:3,
5:16, 6:9, 8:13, 9:13,
9:24, 10:24, 13:20,
14:3, 14:13, 16:19,
18:19, 19:4, 20:20,
22:15, 23:9, 23:14,
24:1, 26:6, 26:22,
27:17, 28:24, 29:18,

30:13, 31:17, 32:7,
32:21, 36:12, 39:13,
40:24, 42:1, 42:9,
43:20, 44:4, 47:13,
48:18, 50:16, 51:3,
51:8, 52:22, 53:11,
54:1, 55:3, 67:2,
70:19, 73:3, 74:17,
76:24, 77:11, 77:19
**misstates** [1] - 52:23
**Misty** [3] - 5:22, 6:18
**MISTY** [5] - 1:8, 4:3,
5:3, 80:7, 80:14
**Mo** [1] - 30:23
**Mo's** [1] - 9:14
**Mohsin** [2] - 9:11,
9:22
**moment** [1] - 20:12,
21:4, 24:24, 28:5,
29:13, 36:15, 40:10,
45:18, 46:13, 52:19,
60:18
**moments** [1] - 28:6
**monitor** [3] - 7:19,
43:22, 72:21
**Monroe** [1] - 2:9
**month** [12] - 33:2,
41:6, 42:8, 44:10,
48:8, 48:9, 53:15,
61:21, 67:16, 74:10
**months** [9] - 42:14,
43:4, 46:6, 46:7,
49:16, 54:18, 68:4,
68:23, 69:1
**Mos'** [1] - 14:14
**most** [2] - 11:10,
54:7
**move** [2] - 55:2,
61:23
**moved** [1] - 8:20
**MR** [72] - 2:8, 2:14,
2:19, 4:5, 5:7, 5:18,
5:20, 6:13, 8:21, 9:19,
10:2, 10:5, 11:3, 14:6,
14:15, 14:20, 15:16,
16:23, 18:10, 18:23,
19:8, 21:1, 22:21,
23:20, 23:22, 24:2,
24:3, 26:9, 27:4,
27:20, 28:4, 29:3,
30:1, 30:17, 31:23,
32:10, 32:22, 36:14,
39:15, 39:16, 41:3,
42:4, 42:12, 44:1,
44:6, 46:10, 46:12,
47:16, 47:22, 48:22,
50:21, 51:6, 51:12,
52:11, 53:3, 53:13,
54:4, 54:12, 55:6,
57:21, 59:16, 61:2,

61:8, 67:5, 71:1, 73:7,
74:21, 75:19, 75:22,
77:5, 77:18, 77:20
**MS** [51] - 2:3, 3:1,
5:16, 6:9, 8:13, 9:13,
9:24, 10:24, 13:20,
14:3, 14:13, 16:19,
18:19, 19:4, 20:20,
22:15, 23:9, 23:14,
24:1, 26:6, 26:22,
27:17, 28:24, 29:18,
30:13, 31:17, 32:7,
32:21, 36:12, 39:13,
40:24, 42:1, 42:9,
43:20, 44:4, 47:13,
48:18, 50:16, 51:3,
51:8, 52:22, 53:11,
54:1, 55:3, 67:2,
70:19, 73:3, 74:17,
76:24, 77:11, 77:19
**multiple** [3] - 12:24,
39:9, 39:18
**mutual** [1] - 63:21

# N

**name** [5] - 6:17,
6:19, 7:23, 25:15,
39:3
**named** [1] - 78:8
**names** [3] - 10:7,
10:12, 10:17
**natural** [1] - 68:5
**nature** [1] - 75:2
**NAUGHT..** [1] - 77:21
**Neal** [1] - 65:20
**necessarily** [2] -
46:23, 48:2
**necessary** [1] -
56:20
**need** [10] - 10:20,
26:15, 27:21, 33:20,
46:23, 51:10, 53:11,
55:3, 56:11, 72:6
**needed** [4] - 20:18,
27:23, 48:2, 61:11
**needs** [1] - 56:5
**never** [4] - 28:22,
33:16, 39:2, 71:19
**New** [3] - 2:4, 68:16
**new** [2] - 7:4, 70:4
**NEW** [2] - 1:1, 80:1
**Next** [1] - 72:2
**next** [7] - 33:22,
35:15, 36:22, 38:17,
67:23, 72:2
**NICHOLAS** [1] - 2:8
**nine** [1] - 42:14
**nismail@**

vedderprice.com [1] -
3:3
**non** [5] - 50:1, 50:23,
52:3, 54:19, 71:8
**non-employees** [1] -
50:23
**non-expert** [1] - 71:8
**non-Sears** [3] - 50:1,
52:3, 54:19
**none** [2] - 76:9,
76:12
**normal** [1] - 56:24,
58:3, 62:20
**Norris** [6] - 55:12,
55:18, 56:14, 57:9,
57:14, 63:8
**North** [1] - 3:2
**Notary** [4] - 1:9,
78:5, 78:13, 80:19
**Notes** [1] - 38:24
**notes** [2] - 39:7, 40:9
**notice** [4] - 55:16,
55:21, 55:23, 57:5
**noticing** [2] - 39:8,
39:18
**notification** [1] -
55:12
**notify** [1] - 56:5
**November** [3] -
16:15, 17:19, 69:8
**Number** [2] - 67:9,
68:18
**number** [59] - 13:15,
16:17, 16:21, 19:2,
21:12, 24:2, 24:9,
30:4, 30:11, 31:11,
34:18, 35:24, 40:1,
41:16, 41:22, 41:23,
45:11, 45:15, 45:16,
45:21, 46:22, 47:9,
48:20, 50:1, 50:14,
51:2, 52:3, 53:23,
54:6, 54:19, 54:24,
55:8, 58:10, 58:13,
58:16, 58:20, 58:21,
59:5, 59:12, 59:18,
59:19, 64:14, 67:13,
67:17, 68:1, 69:7,
69:10, 69:13, 69:14,
69:23, 70:2, 71:4,
71:10, 73:18, 74:1,
74:9, 76:21
**numbers** [29] -
25:17, 33:1, 33:3,
33:14, 34:4, 35:1,
35:12, 35:20, 36:19,
38:2, 38:14, 38:21,
48:10, 49:9, 50:24,
52:4, 52:7, 52:14,
52:20, 53:9, 53:22,

54:17, 58:24, 64:18,
66:14, 70:14, 71:6,
72:21
**numerous** [1] - 30:5
**NUSRA** [1] - 3:1
**Nusra** [1] - 28:2

# O

**oath** [1] - 80:8
**object** [32] - 6:9,
8:13, 10:24, 13:20,
14:13, 16:19, 19:4,
20:20, 26:6, 26:22,
28:24, 29:18, 30:13,
31:17, 32:7, 40:24,
42:1, 42:9, 43:20,
44:4, 47:13, 48:18,
50:16, 51:8, 52:22,
53:11, 54:1, 67:2,
70:19, 73:3, 74:17,
76:24
**objecting** [1] - 51:3
**objection** [3] - 9:13,
39:13, 77:11
**obtain** [1] - 65:12
**obviously** [6] - 7:13,
8:17, 19:12, 19:16,
21:23, 57:2
**occasion** [1] - 28:12
**occupancy** [3] -
73:14, 74:15, 74:23
**Occupant** [3] -
26:20, 34:9, 46:14
**occupant** [4] - 26:20,
32:24, 46:14
**Occupied** [1] - 38:5
**occurred** [5] - 20:2,
22:22, 61:17, 71:16,
72:17
**October** [2] - 49:17,
72:1
**OF** [5] - 1:1, 2:19,
78:1, 78:2, 80:1
**Office** [1] - 36:8
**OFFICE** [1] - 2:19
**office** [3] - 37:12,
37:15, 45:1
**officer** [1] - 9:12
**official** [12] - 70:15,
70:22, 71:4, 73:1,
73:5, 73:9, 73:11,
73:21, 74:1, 74:2,
74:3, 74:11
**officially** [2] - 37:9,
76:10
**officials** [7] - 9:8,
55:23, 57:2, 58:6,
62:24, 74:3

old [1] - 11:19
omitting [1] - 10:12
once [1] - 28:16
one [18] - 11:2, 12:6, 12:24, 13:2, 17:21, 17:22, 19:14, 24:1, 26:24, 30:16, 39:6, 39:7, 44:10, 46:7, 59:23, 62:23, 65:14, 68:24
opinion [1] - 27:15
Oppenkowski [19] - 4:8, 4:8, 4:9, 4:9, 4:10, 4:10, 4:11, 4:11, 4:12, 5:19, 6:18, 10:4, 15:15, 18:9, 55:5, 57:20, 59:15, 61:1, 61:7
OPPENKOWSKI [5] - 1:8, 4:3, 5:3, 80:7, 80:14
opportunities [1] - 5:23
oral [1] - 78:10
order [2] - 61:10, 72:5
OTB [9] - 37:10, 37:11, 37:22, 43:18, 50:15, 51:1, 51:23, 54:17, 76:21
otherwise [1] - 28:16
outset [1] - 27:21
outside [11] - 7:20, 12:2, 19:15, 19:17, 19:22, 21:22, 22:8, 30:15, 65:18, 65:19
own [3] - 57:10, 57:11, 69:19

**P**

p.m [1] - 63:7
Page [1] - 4:4
page [8] - 5:14, 55:8, 58:10, 64:2, 65:7, 71:22, 71:24, 72:2
pages [3] - 10:15, 71:23, 80:11
paid [1] - 8:19
paragraph [4] - 13:11, 13:19, 13:23, 14:7
parking [1] - 33:22
Parking [1] - 33:24
part [4] - 8:4, 45:15, 55:14, 69:17
part-timers [1] - 45:15
particular [1] - 32:6

parties [1] - 79:3
parts [1] - 10:7
party [1] - 75:3
passed [3] - 22:23, 24:10, 74:10
path [1] - 61:24
patience [1] - 77:20
PC [1] - 2:13
people [30] - 11:20, 14:24, 18:21, 30:6, 30:10, 37:18, 37:19, 39:9, 39:18, 43:19, 44:21, 45:3, 45:4, 45:8, 45:14, 47:3, 50:18, 52:17, 53:23, 55:14, 59:2, 59:3, 60:8, 63:22, 64:20, 65:10, 65:14, 67:15, 69:18, 75:5
per [7] - 33:2, 44:3, 45:4, 45:9, 57:12, 69:15, 78:22
Per [2] - 34:1, 40:10
perfect [1] - 27:11
perfectly [1] - 23:20
performing [1] - 75:13
perhaps [1] - 33:11
period [1] - 53:12
periodically [1] - 57:3
person [3] - 34:16, 35:9, 66:14
personally [3] - 32:9, 64:14, 64:16
perspective [1] - 76:11
pertaining [6] - 1:11, 19:3, 49:9, 62:2, 62:14, 75:13
pgroben@gcklega.com [1] - 2:16
PHILIP [1] - 2:14
phone [5] - 28:9, 30:18, 60:8, 64:23, 71:16
place [3] - 8:11, 78:6, 78:16
places [3] - 58:24, 74:9, 76:13
plus [1] - 76:14
point [9] - 13:1, 21:17, 24:12, 54:11, 54:16, 58:18, 59:9, 64:8, 70:16
portion [3] - 58:8, 63:6, 63:7
portions [1] - 13:10
position [2] - 7:8, 7:11

positive [1] - 61:23
precise [1] - 50:14
predates [1] - 47:12
preliminary [2] - 48:14, 48:16
preparation [4] - 11:18, 11:23, 12:4, 12:16
prepare [1] - 66:12
prepared [11] - 5:9, 6:3, 24:8, 24:13, 24:18, 24:20, 25:4, 26:10, 31:15, 33:11, 46:8
preparing [4] - 11:8, 13:3, 26:5, 33:11
present [2] - 2:1, 78:7
president [4] - 7:9, 8:22, 8:24, 9:1
press [4] - 60:19, 61:3, 62:2, 62:22
presumably [1] - 38:13
pretty [1] - 30:7
previous [1] - 71:24
previously [2] - 47:24, 78:8
PRICE [1] - 3:1
privileged [2] - 19:18, 21:24
Procedure [2] - 1:11, 78:21
procedures [1] - 39:24
proceed [1] - 5:9
process [1] - 45:20
processes [2] - 26:4, 50:12, 69:22
produce [2] - 50:14, 73:21
produced [1] - 46:19
producing [1] - 65:22
professional [2] - 55:22, 66:14
progress [2] - 72:9, 72:13
promise [2] - 41:5, 43:6
proper [1] - 22:7
protocol [1] - 27:2
provide [5] - 8:7, 10:21, 11:7, 63:24, 71:5
provided [15] - 8:8, 11:15, 13:14, 14:9, 21:24, 22:1, 25:14, 29:12, 29:16, 29:20, 46:8, 50:7, 70:15,

74:19, 74:20
providing [5] - 11:5, 21:9, 23:18, 29:15, 63:11
Public [4] - 1:10, 78:5, 78:13, 80:19
public [2] - 57:5, 77:8
publicly [1] - 77:13
pulled [1] - 47:6
purchased [1] - 31:5
purpose [4] - 1:12, 24:20, 59:8, 72:18
purposes [16] - 6:21, 17:3, 24:10, 24:18, 26:19, 47:3, 47:21, 47:23, 48:21, 50:2, 50:24, 51:7, 52:3, 54:15, 56:15, 64:13
pursuant [2] - 1:10, 78:19
put [2] - 62:21, 63:13

**Q**

questions [13] - 10:16, 11:12, 33:14, 34:23, 35:12, 36:13, 53:18, 66:24, 67:1, 67:3, 77:18, 78:11, 78:14

**R**

R.P.R [1] - 78:5
rather [1] - 23:21
Re [2] - 1:3, 80:3
reach [1] - 58:6
reaching [1] - 58:3
read [6] - 11:2, 13:21, 39:13, 39:15, 39:23, 80:10
reading [2] - 14:18, 60:16
real [9] - 15:2, 24:7, 25:6, 34:10, 37:16, 59:2, 59:24, 70:14, 76:14
realize [1] - 71:7
realized [3] - 70:12, 70:18, 70:23
receive [1] - 8:12
received [10] - 15:8, 15:21, 17:16, 17:19, 18:15, 21:18, 22:17, 23:6, 53:8, 74:8
recognize [22] - 15:17, 15:19, 16:12, 17:11, 17:14, 18:11,

18:13, 24:4, 24:6, 55:9, 55:11, 57:22, 57:24, 60:15, 61:14, 61:15, 61:17, 61:19, 62:5, 62:7, 62:17, 62:19
recognized [2] - 39:11, 39:20
recollection [1] - 62:14
reconciled [1] - 50:10
reconciliation [2] - 74:14, 74:23
reconciliations [1] - 75:7
record [13] - 6:17, 9:21, 10:6, 13:21, 13:22, 24:17, 33:21, 35:23, 44:7, 46:10, 46:11, 61:9, 78:14
records [2] - 44:23, 45:7
REDMAN [5] - 1:8, 4:3, 5:3, 80:7, 80:14
Redman [2] - 5:22, 6:18
reduced [1] - 74:5
reductions [1] - 59:13
referred [1] - 78:16
referring [6] - 9:20, 9:21, 16:7, 63:5, 67:7, 68:16
refresh [3] - 61:12, 62:14, 66:4
regarding [9] - 9:3, 9:7, 11:22, 14:10, 28:18, 40:22, 59:18, 73:1, 75:16
regularly [1] - 75:3
reimburse [1] - 8:18
related [4] - 6:12, 6:15, 12:4, 19:15
relationships [1] - 57:2
release [4] - 60:19, 61:3, 62:2, 62:22
reliably [1] - 50:2
relied [2] - 50:18, 53:2
rely [2] - 52:6, 52:17, 54:6
relying [1] - 50:13
remain [1] - 56:14
remains [1] - 70:5
remember [9] - 17:21, 31:6, 34:8, 47:5, 49:19, 58:18, 61:15, 64:3, 71:17

**remind** [2] - 60:17, 60:22
**removed** [3] - 39:12, 39:21, 76:22
**rent** [1] - 72:7
**repeating** [1] - 59:4
**report** [44] - 24:7, 24:13, 33:12, 35:18, 36:11, 36:17, 36:24, 37:6, 37:13, 37:23, 38:7, 38:19, 42:17, 42:24, 45:19, 46:14, 46:19, 48:14, 48:16, 49:8, 50:3, 51:24, 52:2, 52:14, 54:8, 54:18, 58:10, 59:1, 59:23, 66:16, 73:1, 73:5, 73:9, 73:14, 73:16, 73:21, 74:2, 74:5, 74:15, 74:16, 74:23, 74:24, 75:4, 76:14
**reported** [7] - 26:16, 33:2, 35:18, 35:20, 38:15, 43:3, 59:19
**reporting** [5] - 20:10, 20:17, 42:19, 42:24, 58:21
**reports** [7] - 41:11, 44:16, 46:6, 48:10, 49:22, 66:15, 75:16
**represent** [1] - 70:14
**representatives** [5] - 22:6, 22:12, 22:24, 31:12, 31:13
**represented** [1] - 69:14
**request** [7] - 13:13, 14:8, 14:22, 17:8, 17:16, 18:14, 22:3
**requested** [5] - 11:13, 17:1, 19:13, 21:8, 21:9
**requesting** [3] - 15:23, 17:7, 19:2
**requests** [1] - 16:5
**required** [3] - 10:18, 27:8, 73:5
**requirement** [5] - 31:15, 57:8, 71:5, 73:19, 73:20
**requirements** [3] - 8:11, 64:10, 76:23
**requisite** [2] - 13:15, 13:17
**respect** [1] - 9:17
**respond** [1] - 21:20
**responded** [3] - 19:24, 20:5, 21:5
**responding** [3] -

17:8, 17:18, 19:19
**responds** [1] - 21:13
**response** [4] - 16:14, 17:15, 20:13, 22:4
**responsibilities** [3] - 7:16, 9:3, 9:6
**responsibility** [2] - 7:19, 25:16
**responsible** [5] - 35:10, 45:11, 52:18, 57:1, 64:20
**restate** [4] - 10:10, 20:23, 42:21, 48:15
**restructuring** [1] - 9:12
**retail** [1] - 7:20
**reverse** [1] - 61:10
**review** [2] - 5:23, 60:18
**reviewed** [1] - 52:20
**reviewing** [3] - 11:19, 15:22, 62:13
**risk** [4] - 70:4, 70:10, 70:11, 70:17
**Road** [1] - 1:13
**ROBBINS** [1] - 2:8
**role** [7] - 6:20, 7:14, 7:16, 7:17, 8:22, 9:2, 33:11
**room** [1] - 28:3
**Row** [13] - 33:24, 35:16, 36:9, 36:22, 37:10, 37:22, 38:5, 38:17, 38:24, 39:6, 41:10, 51:20, 51:24
**row** [1] - 36:22
**RPR** [2] - 1:9, 79:7
**Rules** [3] - 1:10, 78:20

## S

**SAITH** [1] - 77:21
**saw** [1] - 24:9
**scan** [3] - 39:10, 39:19, 40:5
**scenario** [1] - 77:7
**School** [3] - 2:12, 2:17, 2:23
**SCHWARTZ** [1] - 2:8
**schwartz.com** [1] - 2:11
**scope** [1] - 5:13
**scrub** [1] - 46:2
**scrubbed** [3] - 45:15, 46:16, 50:8
**scrubbing** [2] - 45:12, 45:20
**Sears** [56] - 6:22, 7:2,

7:3, 7:6, 7:8, 8:7, 8:12, 9:4, 9:12, 11:17, 14:22, 15:6, 16:1, 17:7, 18:4, 20:7, 20:17, 20:19, 21:5, 21:12, 21:13, 21:18, 21:19, 22:4, 22:5, 23:1, 25:19, 25:23, 28:19, 28:22, 29:7, 31:5, 31:12, 36:10, 36:16, 43:18, 44:23, 45:7, 46:5, 47:3, 50:1, 50:23, 52:3, 54:19, 56:4, 56:5, 59:1, 61:4, 64:8, 64:15, 74:13, 75:10, 76:1, 76:22, 77:4, 77:14
**SEARS** [2] - 1:3, 80:3
**Sears-only** [2] - 77:4, 77:14
**Sears_EDA_000023** [1] - 55:9
**Seats** [2] - 38:6, 38:18
**second** [2] - 15:2, 15:8
**secure** [1] - 72:6
**security** [2] - 27:7, 37:18
**see** [11] - 24:11, 24:24, 44:19, 47:9, 67:7, 69:4, 71:6, 72:2, 72:21, 74:7, 76:14
**seeing** [1] - 47:10
**send** [1] - 65:13
**sending** [2] - 55:15, 65:9
**sends** [1] - 21:11
**sense** [1] - 10:9
**sent** [3] - 25:11, 31:24, 75:3
**separate** [3] - 19:15, 22:17, 23:11
**September** [4] - 42:20, 42:23, 42:24, 66:22
**series** [4] - 33:1, 35:15, 48:10, 65:10
**servers** [2] - 40:12, 40:13
**set** [2] - 72:13, 79:4
**sever** [1] - 56:3
**several** [3] - 39:8, 39:18, 65:14
**SG&A** [1] - 66:7
**shareholder** [2] - 61:21, 61:22
**shift** [1] - 65:1
**shifted** [1] - 7:14

**short** [1] - 27:19
**shorthand** [1] - 78:11
**shortly** [1] - 15:8
**show** [8] - 5:11, 10:2, 15:13, 17:10, 18:7, 27:8, 55:7, 57:18
**shows** [1] - 54:9
**sic]** [1] - 64:7
**signature** [2] - 78:18, 80:12
**significant** [1] - 61:23
**site** [1] - 61:4
**sitting** [1] - 75:6
**sized** [1] - 62:23
**skimmed** [2] - 11:2, 49:7
**sometime** [1] - 20:4
**somewhat** [1] - 7:14
**somewhere** [2] - 49:21, 74:13
**sorry** [10] - 10:10, 32:3, 36:9, 42:21, 44:20, 47:13, 53:4, 66:4, 68:16, 68:18
**sort** [5] - 25:16, 27:2, 60:16, 68:3, 72:20
**sounds** [2] - 59:4, 61:11
**SOUTHERN** [2] - 1:1, 80:1
**space** [3] - 37:2, 72:7, 72:22
**Spaces** [2] - 33:24, 36:8
**speaking** [5] - 21:22, 23:3, 23:5, 76:16, 76:18
**specific** [3] - 9:23, 37:7, 58:20
**specifically** [8] - 30:3, 34:13, 35:7, 37:14, 37:21, 37:24, 38:1, 65:3
**speculate** [1] - 58:19
**spent** [1] - 27:17
**split** [1] - 71:23
**spoken** [1] - 33:16
**spreadsheets** [1] - 75:2
**ss** [1] - 78:1
**stamped** [1] - 55:8
**start** [2] - 45:20, 47:2
**started** [2] - 49:19, 54:10
**starting** [5] - 35:16, 42:20, 42:22, 42:24, 48:9
**STATE** [1] - 78:1

**STATES** [2] - 1:1, 80:1
**States** [2] - 1:11, 78:21
**statute** [3] - 8:16, 70:22, 73:20
**statutory** [2] - 7:23, 56:11
**stay** [1] - 27:20
**stenographer** [1] - 78:12
**step** [3] - 36:15, 42:6, 72:8
**Steps** [1] - 72:3
**steps** [3] - 40:4, 46:2, 61:23
**stick** [1] - 44:9
**sticking** [1] - 43:16
**still** [8] - 25:19, 53:14, 59:12, 63:22, 63:23, 64:9, 70:4, 71:15
**stop** [1] - 42:24
**stops** [1] - 42:19
**straightforward** [1] - 66:3
**strategies** [2] - 72:9, 72:13
**Street** [4] - 2:9, 2:14, 2:20, 3:2
**strike** [2] - 17:9, 56:21
**stuck** [1] - 49:1
**stuff** [1] - 47:20
**subject** [1] - 64:6
**submitted** [1] - 78:19
**subpoena** [3] - 5:12, 5:21, 6:8
**Subscribed** [1] - 80:16
**subsequent** [1] - 61:12
**substantially** [1] - 68:11
**succeed** [1] - 49:16
**succeeding** [1] - 49:16
**suggest** [1] - 74:1
**suggesting** [1] - 63:13
**suggestions** [1] - 63:12
**Suite** [3] - 2:9, 2:15, 2:20
**summer** [1] - 61:20
**swipe** [1] - 27:9
**swipes** [2] - 34:17, 48:2
**Swipes** [1] - 34:22
**sworn** [5] - 5:2, 5:5,

78:9, 80:8, 80:16
**system** [1] - 27:12

## T

**table** [5] - 21:2,
66:24, 67:7, 68:14,
69:3
**tables** [1] - 66:12
**tax** [6] - 6:12, 58:5,
62:8, 63:4, 63:18,
77:9
**Tax** [1] - 8:1
**taxes** [1] - 19:20
**taxing** [2] - 63:19,
64:1
**TAYLOR** [1] - 2:8
**team** [4] - 8:4, 24:8,
24:9, 59:24
**telephone** [1] - 31:2
**tenant** [6] - 37:4,
37:8, 44:15, 44:16,
54:17, 77:16
**Tenant** [3] - 36:10,
36:22, 51:20
**tenants** [7] - 43:17,
49:10, 50:15, 51:1,
72:7, 72:22, 76:21
**term** [3] - 7:3, 37:14,
37:24
**terms** [11] - 5:14, 6:6,
10:17, 13:18, 20:10,
21:3, 28:8, 30:9,
56:10, 64:17, 65:22
**testified** [9] - 5:5,
20:12, 21:4, 24:23,
29:11, 29:14, 46:13,
50:6, 52:19
**testimony** [3] -
20:22, 52:23, 72:24
**THE** [34] - 6:10, 8:14,
11:1, 13:24, 14:17,
16:20, 19:5, 20:23,
22:19, 23:13, 23:21,
26:7, 26:23, 29:1,
29:19, 30:14, 31:18,
32:9, 41:1, 42:2,
42:10, 43:21, 47:17,
48:19, 50:17, 51:11,
53:1, 54:2, 55:4,
70:20, 73:4, 74:18,
77:3, 77:12
**three** [5] - 34:9, 52:4,
52:7, 52:15, 53:22
**threshold** [3] - 8:18,
56:15, 70:5
**thresholds** [1] - 8:8
**timers** [2] - 45:15,
77:4

**today** [6] - 5:15,
5:22, 6:22, 9:18, 9:20,
75:6
**together** [4] - 25:17,
47:6, 52:8, 52:15
**took** [4] - 40:4,
46:16, 61:22, 63:16
**top** [6] - 34:10,
49:20, 58:9, 65:7,
71:17, 72:2
**topic** [5] - 9:9, 19:15,
30:3, 53:19, 62:2
**topics** [5] - 5:24, 6:4,
6:5, 6:12, 9:17
**total** [2] - 49:2, 58:10
**towards** [1] - 58:11
**track** [3] - 42:18,
47:21, 48:2
**tracked** [1] - 47:24
**tracking** [13] - 9:4,
9:5, 46:24, 47:2, 47:7,
47:10, 49:20, 52:18,
54:10, 54:21, 59:3,
64:20, 71:3
**tracks** [1] - 59:24
**transcript** [1] - 80:10
**Transform** [2] - 7:4,
31:4
**trends** [1] - 70:4
**trick** [1] - 43:6
**true** [4] - 14:1, 69:16,
76:20, 78:13
**try** [1] - 44:13
**trying** [3] - 21:2,
42:13, 74:1
**turn** [1] - 23:23
**turning** [1] - 60:14
**two** [7] - 14:23,
14:24, 17:6, 42:17,
58:23, 59:21, 71:23
**typically** [1] - 58:23

## U

**ultimate** [1] - 53:6
**unable** [1] - 39:9
**under** [4] - 7:12,
8:12, 41:15, 69:6
**undersigned** [2] -
78:12, 79:1
**understood** [3] -
19:23, 63:4, 63:22
**underutilized** [1] -
72:7
**UNITED** [2] - 1:1,
80:1
**United** [2] - 1:11,
78:21
**unless** [1] - 17:22

**Unoccupied** [1] -
38:17
**unpack** [1] - 55:17
**up** [6] - 20:10, 29:12,
62:24, 69:18, 72:8,
72:13
**Update** [1] - 69:3
**update** [1] - 40:15
**updated** [1] - 40:13
**utilize** [1] - 66:15

## V

**Vacant** [1] - 34:1
**value** [1] - 52:9
**various** [1] - 30:6
**VEDDER** [1] - 3:1
**vendor** [1] - 40:12
**vice** [4] - 7:9, 8:22,
8:24, 9:1
**Village** [29] - 3:4,
13:13, 13:14, 14:9,
14:10, 14:21, 15:23,
16:5, 17:1, 17:7,
17:19, 18:16, 19:1,
19:13, 20:14, 21:8,
21:9, 21:11, 21:18,
22:6, 22:13, 31:14,
31:20, 31:21, 55:13,
55:19, 59:8, 64:9,
71:10
**village** [3] - 23:3,
56:22, 63:8
**Village's** [1] - 19:22
**visual** [1] - 40:5
**visually** [2] - 39:10,
39:19

## W

**waived** [1] - 78:18
**WARN** [2] - 55:21,
57:4
**Web** [1] - 61:4
**week** [5] - 12:11,
44:3, 45:5, 45:9,
69:15
**Weil** [1] - 12:1
**WEIL** [1] - 2:3
**West** [3] - 2:9, 2:14,
2:20
**WHEREOF** [1] - 79:4
**whole** [4] - 7:18,
13:21, 27:13, 70:13
**WITNESS** [36] - 4:2,
6:10, 8:14, 11:1,
13:24, 14:17, 16:20,
19:5, 20:23, 22:19,
23:13, 23:21, 26:7,

26:23, 29:1, 29:19,
30:14, 31:18, 32:9,
41:1, 42:2, 42:10,
43:21, 47:17, 48:19,
50:17, 51:11, 53:1,
54:2, 55:4, 70:20,
73:4, 74:18, 77:3,
77:12, 79:4
**witness** [8] - 5:1, 5:4,
22:16, 77:1, 78:4,
78:9, 78:16, 78:18
**woman** [1] - 25:14
**word** [4] - 37:4, 50:9,
56:2, 76:10
**works** [1] - 34:16
**writing** [3] - 74:6,
74:7, 74:13
**written** [1] - 73:21

## Y

**year** [21] - 9:3, 9:7,
16:2, 16:18, 16:24,
17:1, 17:3, 18:5, 19:3,
19:10, 20:10, 20:18,
22:1, 22:2, 22:7,
28:23, 29:8, 41:6,
47:11, 76:3
**years** [5] - 7:12, 7:15,
15:1, 30:6, 63:20
**YORK** [2] - 1:1, 80:1
**York** [2] - 2:4