UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE:

SEARS HOLDING CORPORATION, INC., et al.,

               Debtors.

-------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

Chapter 11

Case No. 18-23538 (rdd)
(jointly administered)

      DANIELLE R. CALDER, being duly sworn says: I am not a party to this action, am over 18 years of age, and reside in Mount Vernon, NY.

      On April 16, 2019, I served a true copy of the Reply Of Mauldin At Butler, LLC (Store No. 7274) In Further Support Of Its Application For Payment Of Administrative Expenses in accordance with the Federal Rules of Civil Procedure by emailing same to the following parties and participants listed below:

I. Bid Notice Parties
   a. Debtors
      Rob Riecker: rob.riecker@searshc.com
      Luke Valentino: luke.valentino@searshc.com
      Mohsin Meghji: mmeghji@miiipartners.com
      General Counsel: counsel@searshc.com

   b. Debtors' counsel
      Ray Schrock, Esq.: ray.schrock@weil.com
      Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com
      Garrett A. Fail, Esq.: garrett.fail@weil.com
      Sunny Singh, Esq.: sunny.singh@weil.com

   c. Debtors' investment banker: project.blue.rx@lazard.com

II. Buyer Parties
   a. Buyer
      Kunal S. Kamlani: kunal@eslinvest.com
      Harold Talisman: harold@eslinvest.com

   b. Counsel
      Christopher E. Austin, Esq.: caustin@cgsh.com
      Benet J. O'Reilly, Esq.: boreilly@cgsh.com
      Sean A. O'Neal, Esq.: soneal@cgsh.com

III. Consultation Parties
    a. Bank of America
        Paul Leake, Esq.: Paul.Leake@skadden.com
        Shana Elberg, Esq.: Shana.Elberg@skadden.com
        George Howard, Esq.: George.Howard@skadden.com

    b. Wells Fargo Bank
        Kevin J. Simard, Esq.: ksimard@choate.com
        Jonathan D. Marshall, Esq.: jmarshall@choate.com

    c. Committee
        Ira S. Dizengoff, Esq.: idizengoff@akingump.com
        Philip C. Dublin, Esq.: pdublin@akingump.com
        Abid Qureshi, Esq.: aqureshi@akingump.com
        Sara L. Brauner, Esq.: sbrauner@akingump.com

On April 16, 2019, I served true copies of the Reply Of Mauldin At Butler, LLC (Store No. 7274) In Further Support Of Its Application For Payment Of Administrative Expenses in accordance with the Federal Rules of Civil Procedure, by First Class mail, addressed to the last-known addresses of the following parties and participants listed below:

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attn: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, P.C.,
Ellen J. Odoner, Gavin Westerman and Sunny Singh
767 Fifth Avenue
New York, NY 10153

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Paul Schwartzberg, Esq.

Sears Holdings Corporation
Attn: General Counsel
3333 Beverly Road
Hoffman Estates, IL 60179

Cleary Gottlieb Steen & Hamilton LLP
Attn: Christopher E. Austin,
Benet J. O'Reilly and Sean A. O'Neal
One Liberty Plaza
New York, NY 10006

Adam M. Adler
Prime Clerk LLC 830
Third Avenue, 9th Floor
New York, NY 10022
Claims and Noticing Agent

DANIELLE R. CALDER

Sworn to before me on the
16h day of April, 2019

NOTARY PUBLIC

MARIANA M. AGUILA
Notary Public, State of New York
No. 01AG6339311
Qualified in Westchester County
Commission Expires 03/28/2020

2

4065195.v1