Allen G. Kadish  
Lance A. Schildkraut  
ARCHER & GREINER, P.C.  
630 Third Avenue  
New York, New York 10017  
Tel: (212) 682-4940  
Email: akadish@archerlaw.com  
      lschildkraut@archerlaw.com  

   and  

Kenneth M. Florey  
M. Neal Smith  
ROBBINS, SCHWARTZ, NICHOLAS,  
LIFTON & TAYLOR, LTD.  
631 E. Boughton Road, Suite 200  
Bolingbrook, Illinois 60440  
Tel: (630) 929-3639  
Email: kflorey@robbins-schwartz.com  
      nsmith@robbins-schwartz.com  

   and  

Matthew T. Gensburg  
GENSBURG CALANDRIELLO & KANTER, P.C.  
200 West Adams Street, Suite 2425  
Chicago, Illinois 60606  
Tel: (312) 263-2200  
Email: mgensburg@gcklegal.com  

*Attorneys for Community Unit School District 300*

Hearing Date and Time: **April 18, 2019 at 10:00 A.M.**  
Response Deadline: **April 17, 2019 at 4:00 P.M.**

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) ) ) | Case No. 18-23538 (RDD) (Jointly Administered) |
| Debtors. | ) ) | |

## CERTIFICATE OF SERVICE

     Lance A. Schildkraut, being duly admitted to practice in New York State and before the Southern District of New York, hereby certifies that on April 15, 2019, he served true and correct copies of *Motion of Community Unit School District 300 to Strike Declaration and Testimony of Moshin Meghji for Failure to Comply with Rule 30(b)(6) Notice of Deposition* [Docket No. 3215], by email upon the parties identified on the service list attached.

Dated: New York, New York
       April 16, 2019                                                    s/ Lance A. Schildkraut
                                                                    Lance A. Schildkraut

216197825v1

## Service List

| | | |
|---|---|---|
| harrisj12@michigan.gov | christopher.schueller@bipc.com | rco@crlawpr.com |
| idizengoff@akingump.com | terry.shulsky@bipc.com | dcoffino@cov.com |
| pdublin@akingump.com | tyler.dischinger@bipc.com | aclark@cov.com |
| aqureshi@akingump.com | Eric.Waxman@cwt.com | mfelger@cozen.com |
| sbrauner@akingump.com | Anthony.Deleo@cwt.com | pzumbro@cravath.com |
| bnkatty@aldineisd.org | rdavis@cafarocompany.com | davidtaxin@dahannowick.com |
| jarnold@aldridgepite.com | jlevitin@cahill.com | daniel@dmsilverlaw.com |
| James.Vincequerra@alston.com | rstieglitz@cahill.com | dhw@dhclegal.com |
| leib.lerner@alston.com | sjk@carmodymacdonald.com | jwcohen@daypitney.com |
| ajd@ansellgrimm.com | MKurzman@carmodylaw.com | Ksummers@dflaw.com |
| ajd@ansellgrimm.com | tsansone@carmodylaw.com | mcto@debevoise.com |
| andrew.silfen@arentfox.com | mcatalfimo@carterconboy.com | eweisgerber@debevoise.com |
| beth.brownstein@arentfox.com | gadsden@clm.com | jcurley@ddw-law.com |
| brian.lohan@arnoldporter.com | bankruptcy@clm.com | bethsolomon@discover.com |
| ginger.clements@arnoldporter.com | Dennis.roemlein@bnymellon.com | marita.erbeck@dbr.com |
| CSchael@AshfordNJLaw.com | rmccord@certilmanbalin.com | LJKotler@duanemorris.com |
| eneiger@askllp.com | rnosek@certilmanbalin.com | WMSimkulak@duanemorris.com |
| jchristian@askllp.com | appleby@chapman.com | WMSimkulak@duanemorris.com |
| Jg5786@att.com | wilamowsky@chapman.com | Cheitzenrater@duanemorris.com |
| mcuellar45@austinenterpriseslp.com | brotenberg@csglaw.com | emunozPSC@gmail.com |
| mfrankel@bfklaw.com | szuber@csglaw.com | lmay@eisemanlevine.com |
| egoodman@bakerlaw.com | ksimard@choate.com | rxza@elliottgreenleaf.com |
| fkhan@bakerlaw.com | jmarshall@choate.com | sak@elliottgreenleaf.com |
| pollack@ballardspahr.com | hchoi@choiandpark.com | ems@elliottgreenleaf.com |
| branchd@ballardspahr.com | cpark@choiandpark.com | Leopold.matt@Epa.gov |
| heilmanl@ballardspahr.com | lkleist@choiandpark.com | lbercovich@epicor.com |
| summersm@ballardspahr.com | mstein@chuhak.com | ppascuzzi@ffwplaw.com |
| harnerp@ballardspahr.com | eschnitzer@ckrlaw.com | gchico@ferraiuoli.com |
| kutnera@ballardspahr.com | gsaydah@ckrlaw.com | mark.wilson@fisherbroyles.com |
| knewman@barclaydamon.com | srichman@clarkhill.com | patricia.fugee@fisherbroyles.com |
| mowens@btlaw.com | srichman@clarkhill.com | dlwright@foley.com |
| emiller@bayardlaw.com | nbencze@clarkhill.com | kcatanese@foley.com |
| russ@bsavory.com | duane.brescia@clarkhillstrasburger.com | msmall@foley.com |
| rmills@bellnunnally.com | dblau@clarkhill.com | tscannell@foley.com |
| klove@bellnunnally.com | liman@cgsh.com | aguon@foxrothschild.com |
| mbarrie@beneschlaw.com | amainoo@cgsh.com | plabov@foxrothschild.com |
| kcapuzzi@beneschlaw.com | lbarefoot@cgsh.com | thoran@foxrothschild.com |
| wschonberg@beneschlaw.com | soneal@cgsh.com | mhall@foxrothschild.com |
| Ernie.park@bewleylaw.com | soneal@cgsh.com | mherz@foxrothschild.com |
| Tgaa@bbslaw.com | aweaver@cgsh.com | nreid@foxswibel.com |
| michael@bindermalter.com | rmukhi@cgsh.com | jfrank@fgllp.com |

| | | |
|---|---|---|
| julie@bindermalter.com | jkpark@cgsh.com | jkleinman@fgllp.com |
| JRhodes@BlankRome.com | wkelleher@cohenlaw.com | deggert@freeborn.com |
| Tarr@BlankRome.com | hward@cohenlaw.com | brad.eric.scheler@friedfrank.com |
| EZucker@BlankRome.com | rseltzer@cwsny.com | scott.luftglass@friedfrank.com |
| bankruptcy@borgeslawllc.com | jbienstock@coleschotz.com | peter.siroka@friedfrank.com |
| wborges@borgeslawllc.com | mwarner@coleschotz.com | tking@fbtlaw.com |
| schin@borgeslawllc.com | Michael.smith2@computershare.com | rgold@fbtlaw.com |
| arainone@bracheichler.com | kbifferato@connollygallagher.com | awebb@fbtlaw.com |
| jjorissen@briggs.com | kconlan@connollygallagher.com | pmartin@fmdlegal.com |
| jmontgomery@brownconnery.com | cgriffiths@connollygallagher.com | lbrymer@fmdlegal.com |
| pweiser@buchalter.com | svanaalten@cooley.com | gseitz@gsbblaw.com |
| schristianson@buchalter.com | scarnes@cooley.com | mgensburg@gcklegal.com |
| hcohen@gibbonslaw.com | btheisen@gibbonslaw.com | nkenworthy@mrrlaw.net |
| dcampbell@ghclaw.com | nsongonuga@gibbonslaw.com | ALeblanc@milbank.com |
| tnixon@gklaw.com | jacarlino@kslnlaw.com | cprice@milbank.com |
| tomf@goldmclaw.com | ssouthard@klestadt.com | RLiubicic@milbank.com |
| jflaxer@golenbock.com | lkiss@klestadt.com | sdnyecf@dor.mo.gov |
| mweinstein@golenbock.com | kurtzman@kurtzmansteady.com | ssmith@mwlaw.com |
| gfox@goodwinlaw.com | brunnquellw@lanepowell.com | laura.mccarthy@morganlewis.com |
| bbazian@goodwinlaw.com | dgragg@langleybanack.com | neil.herman@morganlewis.com |
| mgoldstein@goodwinlaw.com | jfifarek@laskyfifarek.com | smiller@morrisjames.com |
| searsnotice@gouldratner.com | rzucker@lasserhochman.com | cmiller@mnat.com |
| drosner@goulstonstorrs.com | marc.zelina@lw.com | jbarsalona@mnat.com |
| thoffmann@goulstonstorrs.com | peter.gilhuly@lw.com | jmarines@mofo.com |
| phillip.bohl@gpmlaw.com | ted.dillman@lw.com | bbutterfield@mofo.com |
| tannweiler@greerherz.com | gillazarus@gmail.com | bankruptcy@morrisoncohen.com |
| jfigueiredo@hahnhessen.com | kevin@ksnpc.com | mro@prbankruptcy.com |
| ahalperin@halperinlaw.net | william.fennell@fennelllaw.com | bradley.schneider@mto.com |
| lgu@halperinlaw.net | luralene.schultz@fennelllaw.com | thomas.walper@mto.com |
| dlieberman@halperinlaw.net | office@fennelllaw.com | dperry@munsch.com |
| joia.johnson@hanes.com | cgruen@gruenlaw.com | pmurphy@murphyrosen.com |
| howard.upchurch@hanes.com | dtabachnik@dttlaw.com | dcsillag@murphyrosen.com |
| ktompsett@harrisbeach.com | pstarkesq@gmail.com | kcordry@naag.org |
| sodonnell@herrick.com | hlazarus@lazarusandlazarus.com | jody.bedenbaugh@nelsonmullins.com |
| sselbst@herrick.com | harlan.lazarus@gmail.com | shane.ramsey@nelsonmullins.com |
| ssmith@herrick.com | ilan.markus@leclairryan.com | enid.stuart@ag.ny.gov |
| msekowski@herrick.com | niclas.ferland@leclairryan.com | cdesiderio@nixonpeabody.com |
| elio@higgslaw.com | andrew.cole@leclairryan.com | dsklar@nixonpeabody.com |
| cfenlon@hinckleyallen.com | janice.grubin@leclairryan.com | rpedone@nixonpeabody.com |
| arthur.rosenberg@hklaw.com | alex.chase@leclairryan.com | kmcphall@nixonpeabody.com |
| Marc.Antonecchia@hklaw.com | phoebe.jones@leclairryan.com | eschneider@nixonpeabody.com |
| barbra.parlin@hklaw.com | evelyn.rios@leclairryan.com | bob.bruner@nortonrosefulbright.com |
| elvin.ramos@hklaw.com | jjorissen@losgs.com | howard.seife@nortonrosefulbright.com |

| | | |
|---|---|---|
| jose.casal@hklaw.com | sanantonio.bankruptcy@publicans.com | christy.rivera@nortonrosefulbright.com |
| jjalemany@hklaw.com | dallas.bankruptcy@publicans.com | stephen.castro@nortonrosefulbright.com |
| llichtman@honigman.com | houston_bankruptcy@publicans.com | david.rosenzweig@nortonrosefulbright.com |
| chris.gartman@hugheshubbard.com | jfarnum@linowes-law.com | cmomjian@attorneygeneral.gov |
| bgross@HuntonAK.com | jmueller@lippes.com | rachel.obaldo@oag.texas.gov |
| mlegge@huntonak.com | braynor@lockelord.com | richard.morrissey@usdoj.gov |
| ghesse@huntonak.com | asmith@lockelord.com | paul.schwartzberg@usdoj.gov |
| caleb.holzaepfel@huschblackwell.com | ira.greene@lockelord.com | apetrakov@offitkurman.com |
| lynn.butler@huschblackwell.com | jfroehlich@lockelord.com | smetz@offitkurman.com |
| Daniel.Swetnam@icemiller.com | sbryant@lockelord.com | victoria.garry@ohioattorneygeneral.gov |
| taxcollector@co.imperial.ca.us | bbuechler@lowenstein.com | sokeefe@okeefelc.com |
| alex.macias@impremedia.com | echafetz@lowenstein.com | dpatrick@omm.com |
| Mimi.M.Wong@irscounsel.treas.gov | bnathan@lowenstein.com | jtaylor@omm.com |
| Mimi.M.Wong@irscounsel.treas.gov | dmiller@lubinolson.com | mkremer@omm.com |
| Bankruptcy2@ironmountain.com | mamendola@martynlawfirm.com | paul@orshanpa.com |
| hgj@jasneflorio.com | david@mhlaw-ny.com | lily@pacogarment.com |
| dlk@jasneflorio.com | tleday@mvbalaw.com | chipford@parkerpoe.com |
| brownsvalleyorchards@aol.com | bmcgrath@mcglinchey.com | leslieplaskon@paulhastings.com |
| elkinj@mac.com | kromano@mcglinchey.com | andrewtenzer@paulhastings.com |
| robert.honeywell@klgates.com | mchaney@mcglinchey.com | shlomomaza@paulhastings.com |
| atureaud@kblaw.com | raguilar@mcglinchey.com | pbasta@paulweiss.com |
| tkorkhov@kellerrohrback.com | rcerone@mcglinchey.com | kcornish@paulweiss.com |
| KDWBankruptcyDepartment@KelleyDrye.com | hjschwartz@mckoolsmith.com | lclayton@paulweiss.com |
| bfeder@kelleydrye.com | dmeegan@mhksacto.com | dtobias@tobiaslawpc.com |
| secbankruptcy@sec.gov | cjm@msf-law.com | jpruski@trainorfairbrook.com |
| NYROBankruptcy@sec.gov | sbuergel@paulweiss.com | kay.brock@traviscountytx.gov |
| bankruptcynoticeschr@sec.gov | rbritton@paulweiss.com | David.Jones6@usdoj.gov |
| ashmead@sewkis.com | jhurwitz@paulweiss.com | Jeffrey.Oestericher@usdoj.gov |
| alves@sewkis.com | jaffeh@pepperlaw.com | Joseph.Cordaro@usdoj.gov |
| emfox@seyfarth.com | listwakk@pepperlaw.com | Carina.Schoenberger@usdoj.gov |
| rhermann@sbwh.law | ecobb@pbfcm.com | Lawrence.Fogelman@usdoj.gov |
| mkish@sbwh.law | jbanks@pbfcm.com | Peter.Aronoff@usdoj.gov |
| jshafer@sbwh.law | ecobb@pbfcm.com | Linda.Riffkin@usdoj.gov |
| floridaservice@sbwh.law | lmbkr@pbfcm.com | jdunn@vedderprice.com |
| fsosnick@shearman.com | osonik@pbfcm.com | ketzel@vedderprice.com |
| sara.coelho@shearman.com | dpick@picklaw.net | mschein@vedderprice.com |
| afeld@sheppardmullin.com | jon@piercemccoy.com | marva.m.levine@verizon.com |
| tcohen@sheppardmullin.com | rsteinberg@pricemeese.com | notice@waldrepllp.com |
| rreinert@shutts.com | searsteam@primeclerk.com | sfalanga@walsh.law |
| rtucker@simon.com | serviceqa@primeclerk.com | gtoering@wnj.com |
| mshriro@singerlevick.com | gerald.kennedy@procopio.com | Dclarke@wjslaw.com |
| dplon@sirlinlaw.com | lr@pryormandelup.com | ray.schrock@weil.com |
| Paul.Leake@skadden.com | rlp@pryormandelup.com | garrett.fail@weil.com |

| | | |
|---|---|---|
| Shana.Elberg@skadden.com | mhofsdal@pryorcashman.com | jacqueline.marcus@weil.com |
| George.Howard@skadden.com | susheelkirpalani@quinnemanuel.com | sunny.singh@weil.com |
| enotices@skijain.com | jonpickhardt@quinnemanuel.com | JeriLeigh.Miller@weil.com |
| pstrok@swelawfirm.com | andrewcorkhill@quinnemanuel.com | jessica.liou@weil.com |
| rkinas@swlaw.com | matthewscheck@quinnemanuel.com | Paloma.VanGroll@weil.com |
| bk@svllaw.com | ellisonmerkel@quinnemanuel.com | Jared.Friedmann@weil.com |
| darolf@sorlinglaw.com | cfilardi@rrlawpc.com | Jessie.Mishkin@weil.com |
| pmryan@sorlinglaw.com | greiss@reisspreuss.com | mbrofman@weisszarett.com |
| mary.callahan@bnymellon.com | etikkanen@reisspreuss.com | sfink@weltman.com |
| mary.callahan@bnymellon.com | cpugatch@rprslaw.com | vandermarkj@whiteandwilliams.com |
| tonder@stark-stark.com | hmagaliff@r3mlaw.com | klewis@wtplaw.com |
| jlemkin@stark-stark.com | kflorey@robbins-schwartz.com | sgerald@wtplaw.com |
| cp@stevenslee.com | nsmith@robbins-schwartz.com | bankruptcy@evict.net |
| thomas.salerno@stinson.com | Robert.e.michael.esq@gmail.com | awilliams@williamsadvisors.com |
| streusand@slollp.com | Aron.hume@gmail.com | alipkin@willkie.com |
| khansen@stroock.com | fbr@robinsonbrog.com | gbrunswick@willkie.com |
| jcanfield@stroock.com | rms@robinsonbrog.com | phealy@wsfsbank.com |
| sbhattacharyya@stroock.com | gregg.galardi@ropesgray.com | scimalore@wilmingtontrust.com |
| mklein@ssbny.com | kimberly.kodis@ropesgray.com | david.tillem@wilsonelser.com |
| dietdericha@sullcrom.com | sam.ashuraey@ropesgray.com | ncwitte@wittelaw.com |
| zylberbergd@sullcrom.com | james.wilton@ropesgray.com | LFacopoulos@schiffhardin.com |
| dkupetz@sulmeyerlaw.com | patricia.chen@ropesgray.com | leo.gagian@ag.ny.gov |
| ckwu@sulmeyerlaw.com | ssally@ropesgray.com | mwilmer@foxrothschild.com |
| lawyer@surilawoffice.com | joshua.sturm@ropesgray.com | craig.wolfe@morganlewis.com |
| bsattin@szaferman.com | nicholas.berg@ropesgray.com | kissa@ballardspahr.com |
| Riela@thsh.com | timothy.farrell@ropesgray.com | acunningham@goodwinlaw.com |
| aconway@taubman.com | srosen@rosenpc.com | olivia.vagnoni@klgates.com |
| tf@lawtaf.com | prubin@rubinlawllc.com | hubend@ballardspahr.com |
| Starr.Judith@pbgc.gov | mamato@rmfpc.com | jdwulet@cgsh.com |
| mccarron.william@pbgc.gov | skelly@s-d.com | arametta@daypitney.com |
| efile@pbgc.gov | mmccann@swc-law.com | serena.hill@huschblackwell.com |
| joe@saracheklawfirm.com | rabiuso@swc-law.com | leo.gagion@ag.ny.gov |
| mtsang@tsanglawfirm.com | jweinblatt@sakar.com | |
| Curtis.Tuggle@ThompsonHine.com | cbelmonte@ssbb.com | |
| powerwangtxks@vip.126.com | asnow@ssbb.com | |
| AGBankNewYork@ag.tn.gov | saron@wrslawyers.com | |
| pbosswick@ssbb.com | tom@attorneyzim.com | |

216272380v1