## EXHIBIT 1

### DECLARATION OF JENNIFER DAVY IN SUPPORT OF APPLICATION OF NEW YORK STATE ELECTRIC AND GAS CORPORATION PURSUANT TO SECTION 7 OF THE ORDER (I) APPROVING DEBTORS' PROPOSED FORM OF ADEQUATE ASSURANCE OF PAYMENT TO UTILITY PROVIDERS, (II) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES, AND (III) PROHIBITING UTILITY PROVIDERS FROM ALTERNATING, REFUSING, OR DISCONTINUING UTILITY SERVICE [DOCKET NO. 461] FOR PAYMENT FROM THE ADEQUATE ASSURANCE ACCOUNT

I, Jennifer Davy, declare as follows:

1. I am the Supervisor of Credit & Collections for for New York State Electric and Gas Corporation ("NYSEG") and have been in that position for five months and with NYSEG for six years. In my current position with NYSEG, I assist in the credit and bankruptcy operations.

2. Except as otherwise stated, all facts contained within this Declaration are based upon personal knowledge, my review of NYSEG's business documents, correspondence and relevant documents, or my opinion based upon my experience concerning the operations of NYSEG. If called upon to testify, I would testify to the facts set forth in this Declaration.

3. On behalf of NYSEG, I submit this Declaration in support of the *Application Of New York State Electric And Gas Corporation Pursuant To Section 7 Of The Order (I) Approving Debtors' Proposed Form Of Adequate Assurance of Payment To Utility Providers, (II) Establishing Procedures For Determining Adequate Assurance of Payment For Future Utility Services, and (III) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Service* (the "Application").

4. In making this Declaration, I am familiar with the contents of the Application.

5. It is part of my job responsibility with NYSEG to: (A) review customer accounts with NYSEG; (B) address credit issues with NYSEG's customers; and (C) address issues

concerning customers that file for bankruptcy protection, including payment of post-petition invoices.

6. NYSEG issued the following post-petition invoices, which has the following past due balances:

    A. Account Ending in 0240 - $25,770.25 past due balance due on April 5, 2019; and

    B. Account Ending in 0257 - $44,024 past due balance due on April 4, 2019;

    C. Account Ending in 0299 - $18,024.68 past due balance due on April 6, 2019, which has been paid; and

    D. Account Ending in 5382 - $1,025.79 past due balance due on March 17, 2019, which has been paid.

7. Except for the payment on the invoices referenced in paragraph 6.C. and D. above, the other invoices remain past due as of the date of this Declaration.

Executed this 15th day of April 2019, at Binghamton, NY in Broome County.

_____ 4-15-2019
Jennifer Davy