UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that *FTI Consulting Canada Inc., in its capacity as court-appointed monitor for Sears Canada Inc. and certain of its affiliates* (the "Monitor"), hereby appears in these chapter 11 cases by its counsel, Norton Rose Fulbright US LLP, and demands, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in these cases and all papers served or required to be served in these cases, be given to and served upon the undersigned counsel, at the address set forth below. E-mail addresses are included, and notice by e-mail is affirmatively acknowledged as being acceptable:

> Eric Daucher
> Francisco Vazquez
> NORTON ROSE FULBRIGHT US LLP
> 1301 Avenue of the Americas
> New York, New York 10019-6022
> Telephone: (212) 408-5100
> Facsimile: (212) 541-5369
> E-mail: *eric.daucher@nortonrosefulbright.com*
> *francisco.vazquez@nortonrosefulbright.com*

CPAM: 33943045.1

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, complaint, demand, disclosure statement, plan of reorganization, or any other document which in any way affect the debtors or their property, whether transmitted or conveyed by mail delivery, telephone, facsimile, telex, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, this appearance and demand for notice is neither intended as nor is it a consent of the Monitor to jurisdiction of the Bankruptcy Court nor, specifically but not limited to, a waiver of (i) the Monitor's rights to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the Monitor's rights to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) the Monitor's rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Monitor is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the Monitor expressly reserves.

Dated: New York, New York
April 16, 2019

                                            Respectfully submitted,

                                            */s/ Eric Daucher*
                                            Eric Daucher
                                            Francisco Vazquez
                                            **NORTON ROSE FULBRIGHT US LLP**
                                            1301 Avenue of the Americas
                                            New York, New York 10019-6022
                                            Telephone: (212) 408-5100
                                            Facsimile: (212) 541-5369
                                            Email: eric.daucher@nortonrosefulbright.com
                                                       francisco.vazquez@nortonrosefulbright.com

*Counsel for FTI Consulting Canada Inc.,*
*in its capacity as court-appointed monitor for*
*Sears Canada Inc. and certain of its affiliates*

3

**CERTIFICATE OF SERVICE**

      I certify that on April 16, 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York.

                                            */s/ Eric Daucher*
                                            Eric Daucher