## EXHIBIT 1

### DECLARATION OF VICKI PIAZZA IN SUPPORT OF APPLICATION OF NATIONAL GRID PURSUANT TO SECTION 7 OF THE ORDER (I) APPROVING DEBTORS' PROPOSED FORM OF ADEQUATE ASSURANCE OF PAYMENT TO UTILITY PROVIDERS, (II) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES, AND (III) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING, OR DISCONTINUING UTILITY SERVICE [DOCKET NO. 461] FOR PAYMENT FROM THE ADEQUATE ASSURANCE ACCOUNT

I, Vicki Piazza declare as follows:

1. I am a Lead Analyst, US Shared Services Credit and Collections for National Grid, and I have been a Lead Analyst for 4 years and with National Grid for 29 years. In my current position with National Grid, I assist in the credit and bankruptcy operations of the following operating companies: Boston Gas Company, Colonial Gas Company, KeySpan Energy Delivery Long Island, KeySpan Energy Delivery New York, Massachusetts Electric Company, Narragansett Electric Company and Niagara Mohawk Power Corporation (collectively, "National Grid").

2. Except as otherwise stated, all facts contained within this Declaration are based upon personal knowledge, my review of National Grid's business documents, correspondence and relevant documents, or my opinion based upon my experience concerning the operations of National Grid. If called upon to testify, I would testify to the facts set forth in this Declaration.

3. On behalf of National Grid, I submit this Declaration in support of the *Application Of National Grid Pursuant To Section 7 Of The Order (I) Approving Debtors' Proposed Form Of Adequate Assurance of Payment To Utility Providers, (II) Establishing Procedures For Determining Adequate Assurance of Payment For Future Utility Services, and (III) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Service* (the "Application").

4. In making this Declaration, I am familiar with the contents of the Application.

5.  It is part of my job responsibility with National Grid to: (A) review customer accounts with National Grid; (B) address credit issues with National Grid's customers; and (C) address issues concerning customers that file for bankruptcy protection, including payment of post-petition invoices.

6.  On March 29, 2019, National Grid, by counsel, issued a default notice to the Debtors pursuant to Section 7 of the Utility Order for the following invoices that remain unpaid as of the date of this Declaration:

   a. $413.33 invoice on the account ending in 0025, with $189.20 past-due, and the entire $413.33 due on April 4, 2019;

   b. $3,739.55 invoice on the account ending in 0012, with $1,658.27 past-due, and the entire $3,739.55 due by April 12, 2019 (A $2,081.28 payment was received toward this balance, leaving a balance due of $1,658.27);

   c. $8,468.47 final invoice on the account ending in 1110, with $5,128.92 past-due, and the entire $8,468.47 due upon receipt (A $5,128.92 payment was received toward this balance, leaving a balance due of $3,339.55);

   d. $22.70 final invoice on the account ending in 5116, with the entire $22.70 due upon receipt;

   e. $6,655.16 final invoice on the account ending in 5118, with the entire $6,655.16 due upon receipt; and

   f. $641.96 final invoice on the account ending in 3118, with the entire $641.96 due upon receipt.

7.  As of the date of this Declaration, National Grid has not received payment for the past-due charges set forth above that total $12,730.97.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 15th day of April 2019, at Syracuse, New York

*Vicki Piazza*