UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) Case No. 18-23538 (RDD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

---

**ORDER GRANTING APPLICATION OF NATIONAL GRID PURSUANT TO SECTION 7 OF THE ORDER (I) APPROVING DEBTORS' PROPOSED FORM OF ADEQUATE ASSURANCE OF PAYMENT TO UTILITY PROVIDERS, (II) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES, AND (III) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING, OR DISCONTINUING UTILITY SERVICE [DOCKET NO. 461] <u>FOR PAYMENT FROM THE ADEQUATE ASSURANCE ACCOUNT</u>**

UPON CONSIDERATION of the *Application of National Grid Pursuant to Section 7 of the Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account* (the "Application") filed on behalf of National Grid, and it appearing that the Court has jurisdiction to consider the Application; and it appearing that due notice of the Application thereto has been given and that no further notice need be given; and a hearing on the Application thereto having been held on May 21, 2019, at which time all interested parties were given an opportunity to be heard; and based upon the Application and the proceedings before the Court; and good and sufficient cause appearing therefore, it is hereby

1

**ORDERED, ADJUDGED, AND DECREEED that:**

1. The Application is GRANTED in all respects.

2. The Debtors are required to tender payment to National Grid in the amount of $12,730.97 from the Adequate Assurance Account for past due post-petition invoices.

Dated: _____, 2019

_____<br>United States Bankruptcy Judge

4241671