**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
**In re:**

           **Chapter 11**

**SEARS HOLDINGS CORPORATION, et al.,:**    **Case No. 18-23538 (RDD)**

           **(Jointly Administered)**

      **Debtors.**

-----------------------------------------------------------x
_____

## CERTIFICATE OF SERVICE
_____

I hereby certify that, on this 15th day of April, 2019, I caused the Amended Motion for Relief From The Automatic Stay/Amended Motion For Abstention (Doc. No. 3189), to be electronically filed with the Clerk's Office using this Court's CM/ECF system, which transmitted electronic notification of such filing to all registered CM/ECF participants in the above-captioned case including, but not limited to, the Standard Parties.

I further certify that, on this 15th day of April, 2019, a true and correct copy of the foregoing filing was served on the following Standard Parties via First Class Mail:

    1.    Chambers of the Honorable Robert D. Drain
           United States Bankruptcy Court for the Southern District of New York
           300 Quarropas Street, Room 248
           White Plains, New York 10601

2. Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Paul Schwartzberg, Esq.

3. Debtors, c/o Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: Stephen Sitley, Esq., and Luke J. Valentino, Esq.

4. Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq.

5. Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq.

6. Davis Polk & Wardell LLP
450 Lexington Avenue
New York, New York 10017
Attn: Marshall S. Huebner, Esq., and Eli J. Vonnegut, Esq.

7. Cleary, Gottlieb
One Liberty Plaza
New York, New York 10006
Attn: Sean A. O'Neal, Esq.

8. Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178
Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., and Charlie Liu, Esq.

9. Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
Attn: Edward M. Fox, Esq.

10. Carter Ledyard & Milburn LLP
    2 Wall Street
    New York, New York 10015
    Attn: James Gadsden, Esq.

11. Locke Lord LLP
    111 South Wacker Drive
    Chicago, IL 60606
    Attn: Brian A. Raynor, Esq.

12. Akin Gump Strauss Hauer & Feld LLP
    One Bryant Park
    New York, New York 10036
    Attn: Philip C. Dublin, Esq., Ira Dizengroff, Esq., and Sara Lynne Brauner, Esq.

*/S/Debbie L. Chapa*