WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                                        :
                                                             :   **Chapter 11**
**SEARS HOLDINGS CORPORATION**, *et al*.,                    :
                                                             :   **Case No. 18-23538 (RDD)**
                                                             :
Debtors.[1]                                                  :   **(Jointly Administered)**
------------------------------------------------------------ x

**NOTICE OF ASSUMPTION AND ASSIGNMENT**
**OF ADDITIONAL EXECUTORY CONTRACTS**

1.  Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed a motion,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

dated November 1, 2018 (ECF No. 429) (the "**Sale Motion**") seeking, among other things, the entry of an order pursuant to sections 105, 363 and 365 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq*. (the "**Bankruptcy Code**"), Rules 2002, 6004, 6006, 9007, and 9008 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rules 6004-1, 6005-1 and 6006-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), authorizing and approving the sale of the Acquired Assets and the assumption and assignment of certain executory contracts and unexpired leases of the Debtors in connection therewith.

2.      On January 18, 2019, the Debtors filed and served on the applicable counterparties the *Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 1731) (the "**Initial Notice**").

3.      On January 23, 2019, the Debtors filed and served on the applicable counterparties the *Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 1774) (the "**Supplemental Notice**").

4.      On January 31, 2019, the Debtors filed and served on the applicable counterparties the *Second Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 2314) (the "**Second Supplemental Notice**").

5.      On March 5, 2019, the Debtors filed and served on the applicable counterparties the *Third Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 2753) (the "**Third Supplemental Notice**").

6.      On March 29, 2019, the Debtors filed and served on the applicable counterparties the *Fourth Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 2995) (the "**Fourth Supplemental Notice**")

7.      On April 9, 2019, the Debtors filed and served on the applicable counterparties the *Fifth Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 3097) (the "**Fifth Supplemental Notice**").

8.      On April 11, 2019, the Debtors filed and served on the applicable counterparties the *Sixth Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 3152) (the "**Sixth Supplemental Notice**" and together with the Initial Notice, the Supplemental Notice, the Second Supplemental Notice, the Third Supplemental Notice, the Fourth Supplemental Notice, and the Fifth Supplemental Notice, the "**Assumption and Assignment Notices**").

9.      On February 8, 2019, the *Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts, and Leases in Connection Therewith, and (IV) Granting Related Relief* (the "**Sale Order**") (ECF No. 2507)[2] was entered by the Court.

10.     In accordance with the terms of the Sale Order, Buyer may designate Additional Contracts and Designatable Leases (collectively, the "**Additional Assigned Agreements**") for assumption and assignment for up to sixty (60) days after the Closing Date (the "**Designation Rights Period**"), which occurred on February 11, 2019.  The Debtors and Buyer agreed to an extension of the Designation Rights Period and, on April 12, 2019, the Debtors filed the *Notice of Amendment to Asset Purchase Agreement Extending Certain Deadlines* (ECF No. 3171), which extended the Designation Rights Period to May 3, 2019 for certain Designatable Leases and to May 13, 2019 for certain Additional Contracts.

11.     On April 2, 2019, the Court entered the *Order (I) Authorizing Assumption and Assignment of Certain Executory Contracts and Leases and (II) Granting Related Relief* (the "**Assumption and Assignment Order**") (ECF No. 3008).

12.     Paragraphs 26 and 27 of the Assumption and Assignment Order establish a noticing procedure for assumption and assignment of Additional Assigned Agreements.

13.     In accordance with the Sale Order and the Assumption and Assignment Order, Buyer has designated for assumption and assignment certain Additional Contracts, which are listed on **Exhibit 1** hereto.

14.     Each of the Additional Contracts listed on Exhibit 1 was listed on an Assumption and Assignment Notice that was previously filed with the Bankruptcy Court and served on the applicable Counterparty, and all objection periods related to such Assumption and Assignment Notice, other than the Sixth Supplemental Notice, have expired.  All Additional Contracts listed in Exhibit 1 shall be deemed to include any and all applicable supplements, amendments, and/or addenda.

15.     To the extent a counterparty to an Additional Contract properly filed and served a Cure Objection, and to the extent such counterparty is entitled to assert a Cure Objection under the Sixth Supplemental Notice, or an additional objection to cure costs or assumption and assignment that could not have been raised in its prior objection, in accordance with paragraph 34 of the Sale Order and paragraph 26 of the Assumption and Assignment Order, such counterparty shall file and serve such objection (a "**Supplemental Objection**") in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) so as to be filed and received no later than April 24, 2019 at 4:00 p.m. (Eastern Time) (the "**Supplemental Objection Deadline**").

16.     If a Cure Objection or a Supplemental Objection is timely filed and served with respect to an Additional Contract listed on Exhibit 1, the contract that is the subject of the Cure

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Sale Order.

Objection or Supplemental Cure Objection may be removed from the list of Additional Contracts listed on Exhibit 1 at any time prior to the Assumption Effective Date for such Additional Contract, as determined in accordance with paragraph 27 of the Assumption and Assignment Order, or, to the extent it remains unresolved, such Cure Objection or Supplemental Objection shall be set for a hearing (the "**Hearing**") before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, New York, 10601-4140 (the "**Bankruptcy Court**") on a date to be scheduled.

17. If a timely Cure Objection is not filed (or any such objection has been withdrawn or resolved) and the Supplemental Objection Deadline is not applicable to an Additional Contract, the Assumption Effective Date for any such Additional Contract shall be the date that this notice is filed with the Court.

Dated: April 16, 2019
      New York, New York

/s/ Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors
and Debtors in Possession*

4

# Exhibit 1

**Additional Contracts**

Sears Holdings Corporation
**Executory Contracts to be Assigned**

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1987 | SEARS, ROEBUCK AND CO. | 3PD INC | SUPPLY CHAIN - XPO LAST MILE, INC - EXHIBITS ( CASPER, LAREDO) 2018 | CW2339873 | 11/26/17 | 11/23/2019 | N/A | N/A | N/A | Cure amount resolved |
| 2 | 1987 | INNOVEL SOLUTIONS, INC. | 3PD INC | SUPPLY CHAIN - XPO - EXHIBIT - BOISE, ID 2018 | CW2337480 | 2/4/18 | 01/30/2020 | N/A | N/A | N/A | |
| 3 | 1987 | INNOVEL SOLUTIONS, INC. | 3PD INC | SUPPLY CHAIN - XPO - JANUARY EXHIBITS 2018 - (ALBUQUERQUE, ALLENTOWN, CHESAPEAKE, HOUSTON, LIVERPOOL, LYNCHBURG, MCALLEN, MONROE, OCALA, OKLAHOMA CITY, SALT LAKE CITY, SUNRISE, TAMPA, TULSA, WINTER PK) | CW2335715 | 2/4/18 | 02/07/2020 | N/A | N/A | N/A | |
| 4 | 1987 | INNOVEL SOLUTIONS, INC. | 3PD INC | SUPPLY CHAIN - XPO FEBRUARY 2018 WAREHOUSE EXHIBITS - (LIVERPOOL, LYNCHBURG, MCALLEN, OCALA, OKLAHOMA CITY, SALT LAKE CITY, TULSA) | CW2335951 | 2/4/18 | 02/07/2020 | N/A | N/A | N/A | |
| 5 | 1987 | INNOVEL SOLUTIONS, INC. | 3PD INC | SUPPLY CHAIN - XPO - FEB EXHIBIT 2018 - CHATTANOOGA, TN | CW2339417 | 2/8/18 | 02/07/2020 | N/A | N/A | N/A | |
| 6 | 1987 | INNOVEL SOLUTIONS, INC. | 3PD INC | SUPPLY CHAIN - XPO - FEBRUARY EXHIBITS 2018 (GRAPEVINE, KENT, KINGSTON, LIVONIA, RICHMOND, TUCKER) | CW2335935 | 2/18/18 | 02/07/2020 | N/A | N/A | N/A | |
| 7 | 1987 | INNOVEL SOLUTIONS, INC. | 3PD INC | SUPPLY CHAIN - XPO - EXHIBIT (SANTA ANA, CA) 2018 | CW2339855 | 9/3/18 | 08/28/2021 | N/A | N/A | N/A | |
| 8 | 1987 | INNOVEL SOLUTIONS, INC. | 3PD INC | SUPPLY CHAIN- 3PD INC- WAREHOUSE MSA 2014 | CW2284184 | 6/1/14 | 06/01/2019 | N/A | N/A | N/A | |
| 9 | 1987 | INNOVEL SOLUTIONS, INC. | 3PD INC | SUPPLY CHAIN- XPO (3PD, INC)- WAREHOUSE MSA 2014 | CW2296126 | 2/8/15 | 02/07/2020 | N/A | N/A | N/A | |
| 10 | 1987 | INNOVEL SOLUTIONS, INC. | 3PD INC | SUPPLY CHAIN- XPO (3PD, INC)- MSA SEARS 2015 | CW2303254 | 2/15/15 | 02/14/2020 | N/A | N/A | N/A | |
| 11 | 1987 | INNOVEL SOLUTIONS, INC. | 3PD INC | SUPPLY CHAIN- XPO (3PD, INC)- WAREHOUSE EXHIBIT (EDISON) 2017 | CW2322518 | 7/1/16 | 06/30/2019 | N/A | N/A | N/A | |
| 12 | 1987 | INNOVEL SOLUTIONS, INC. | 3PD INC | SUPPLY CHAIN- XPO- 3PD INC- EXHIBIT (EDISON) 2017 | CW2323336 | 10/10/16 | 06/30/2019 | N/A | N/A | N/A | |
| 13 | 1987 | INNOVEL SOLUTIONS, INC. | 3PD INC | SUPPLY CHAIN- XPO- 3PD INC- EXHIBIT (SECAUCAS) 2017 | CW2323338 | 11/27/16 | 06/30/2019 | N/A | N/A | N/A | |
| 14 | 1987 | INNOVEL SOLUTIONS, INC. | 3PD INC | SUPPLY CHAIN- XPO (3PD, INC)- EXHIBIT (CORPUS CHRISTI, TX) 2017 | CW2307082 | 2/12/17 | 02/08/2020 | N/A | N/A | N/A | |
| 15 | 1987 | INNOVEL SOLUTIONS, INC. | 3PD INC | SUPPLY CHAIN- XPO- HOME DELIVERY AND SHUTTLE AGREEMENT 2018 (MDO) | CW2334024 | 2/4/18 | 08/28/2021 | N/A | N/A | N/A | |
| 16 | 2076 | KMART CORPORATION | AMERICAN GREETINGS CORPORATION | AGREEMENT | N/A | N/A | Recurring | N/A | N/A | N/A | |
| 17 | 2076 | KMART CORPORATION; SEARS, ROEBUCK AND CO. | AMERICAN GREETINGS CORPORATION | THIRD AMENDMENT TO AGREEMENT | N/A | N/A | Recurring | N/A | N/A | N/A | |
| 18 | 2076 | KMART CORPORATION | AMERICAN GREETINGS CORPORATION | SCAN-BASED TRADING/CONSIGNMENT PROTOCOL | N/A | #N/A | N/A | N/A | N/A | N/A | |
| 19 | 2078 | KMART CORPORATION | CARDINAL HEALTH, INC | SUPPLY AGREEMENT LEADER BRAND VITAMINS | SHCLCW4490 | 1/29/12 | Recurring | N/A | N/A | N/A | |
| 20 | 2098 | SEARS HOLDINGS PUBLISHING COMPANY | CORE ORGANIZATION INC | CW2291743 HS THE CORE ORGANIZATION MPA SOW 2013-2015 | CW2291743 | N/A | N/A | N/A | N/A | N/A | Cure amount resolved |
| 21 | 2098 | SEARS HOLDINGS PUBLISHING COMPANY | CORE ORGANIZATION INC | FIRST AMENDMENT TO AGREEMENT | N/A | N/A | N/A | N/A | N/A | N/A | Cure amount resolved |
| 22 | 2098 | SEARS HOLDINGS MANAGEMENT CORPORATION | CORE ORGANIZATION INC | HOME SERVICES PRINT PROGRAM - STATEMENT OF WORK 9/1/16 THROUGH 8/31/18 (2 YEARS) | CW2321178 | 9/1/16 | N/A | N/A | N/A | N/A | Cure amount resolved |
| 23 | 1942 | KMART CORPORATION; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | JOHNSON CONTROLS INC | FAC - JOHNSON CONTROLS INC - MASTER SERVICES AGREEMENT - 2006 | CW2305871 | 9/18/15 | 11/30/2020 | $ 17,656.44 | $ 17,656.44 | $ - | |
| 24 | 1942 | INNOVEL SOLUTIONS, INC.; KMART CORPORATION; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | JOHNSON CONTROLS INC | APP- JOHNSON CONTROL INC- ALARM MONITORING - 2018 | CW2338996 | 9/1/18 | 08/31/2021 | $ 41,000.00 | $ 41,000.00 | $ - | |

**Sears Holdings Corporation**
**Executory Contracts to be Assigned**

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | 2538, 2091 | SEARS HOME IMPROVEMENT PRODUCTS, INC. | ORKIN LLC | MASTER AGREEMENT | CW2334069 | 1/1/18 | 12/31/20 | $ 200,000.00 | $ 200,000.00 | $ - | |
| 26 | 1936 | INNOVEL SOLUTIONS, INC. | UPS | ELECTRONIC DATA ACCESS AND EXCHANGE AGREEMENT | N/A | N/A | 03/31/2020 | $ - | $ - | $ - | |
| 27 | 2114, 2073 | SEARS, ROEBUCK AND CO. | VALVOLINE LLC | RO-ASHLAND CONSUMER MARKETS UNIT- MASTER PURCHASE AGREEMENT-2013 | SHCLCW3162 | N/A | 06/30/2019 | N/A | N/A | N/A | Cure amount resolved |
| 28 | 2114, 2073 | SEARS, ROEBUCK AND CO. | VALVOLINE LLC | N/A | SHCLCW3162 | 7/1/13 | 6/30/19 | N/A | N/A | N/A | Cure amount resolved |
| 29 | 2114, 2073 | SEARS, ROEBUCK AND CO. | VALVOLINE LLC | N/A | SHCLCW3162 | 7/1/13 | 6/30/19 | N/A | N/A | N/A | Cure amount resolved |
| 30 | 2206 | INNOVEL SOLUTIONS, INC.; KMART CORPORATION; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | MAERSK LINE A/S | CONTRACT AMENDMENT | 297368502 | N/A | 04/30/2019 | $ 86,527.02 | $ 86,527.02 | $ - | |
| 31 | 2206 | SEARS HOLDINGS MANAGEMENT CORPORATION; INNOVEL SOLUTIONS, INC. | MAERSK LINE A/S | N/A | N/A | 10/31/18 | N/A | $ - | $ - | $ - | |
| 32 | 2206 | INNOVEL SOLUTIONS, INC | MAERSK LINE A/S | SERVICE CONTRACT AMENDMENT | N/A | N/A | N/A | $ - | $ - | $ - | |
| 33 | 2547, 1783 | N/A | WASTE MANAGEMENT (WMX) | FAC-OC WASTE MANAGEMENT-MDU INVOICING - 2017 | CW2336986 | 9/1/06 | 04/30/2020 | N/A | N/A | N/A | Cure amount resolved |
| 34 | 2547, 1783 | INNOVEL SOLUTIONS, INC.; KMART CORPORATION; SEARS HOME IMPROVEMENT PRODUCT; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | WASTE MANAGEMENT (WMX) | FAC - WASTE REMOVAL - WASTE MANAGEMENT - 2014 | CW2294970 | 2/1/15 | 05/01/2020 | N/A | N/A | N/A | Cure amount resolved |
| 35 | 2547, 1783 | INNOVEL SOLUTIONS, INC.; KMART CORPORATION; SEARS HOME IMPROVEMENT PRODUCT; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | WASTE MANAGEMENT (WMX) | FAC - WASTE AND RECYCLING - WASTE MANAGEMENT - 2015 | CW2302621 | 2/1/15 | 04/30/2020 | N/A | N/A | N/A | Cure amount resolved |
| 36 | 2547, 1783 | N/A | WASTE MANAGEMENT (WMX) | FAC - WASTE MANAGEMENT - RSC INVOICING - 2015 | CW2314505 | 2/1/15 | 04/30/2020 | N/A | N/A | N/A | Cure amount resolved |
| 37 | 2547, 1783 | N/A | WASTE MANAGEMENT (WMX) | FAC - WASTE MANAGEMENT - FRANCHISE INVOICES - 2105 | CW2314503 | 2/1/15 | 04/30/2020 | N/A | N/A | N/A | Cure amount resolved |
| 38 | 2547, 1783 | N/A | WASTE MANAGEMENT (WMX) | FAC - WASTE MANAGEMENT - SUPPORT CENTERS INVOICING - 2016 | CW2314501 | 2/1/15 | 05/01/2020 | N/A | N/A | N/A | Cure amount resolved |
| 39 | 2547, 1783 | INNOVEL SOLUTIONS, INC.; KMART CORPORATION; SEARS HOME IMPROVEMENT PRODUCT; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | WASTE MANAGEMENT (WMX) | FAC - RECYCLING - WASTE MANAGEMENT - MSA 2015 | CW2298491 | 4/1/15 | 05/01/2020 | N/A | N/A | N/A | Cure amount resolved |
| 40 | 2547, 1783 | N/A | WASTE MANAGEMENT (WMX) | FAC - WASTE MANAGEMENT - SEARS AUTO CENTERS - 2015 | CW2314524 | 5/1/15 | 04/30/2020 | N/A | N/A | N/A | Cure amount resolved |
| 41 | 2547, 1783 | N/A | WASTE MANAGEMENT (WMX) | FAC - WASTE MANAGEMENT - DDC INVOICING - 2015 | CW2314507 | 5/1/15 | 04/30/2020 | N/A | N/A | N/A | Cure amount resolved |
| 42 | 2547, 1783 | N/A | WASTE MANAGEMENT (WMX) | FAC - WASTE MANAGEMENT - MDU INVOICING - 2015 | CW2314517 | 5/1/15 | 04/30/2020 | N/A | N/A | N/A | Cure amount resolved |
| 43 | 2547, 1783 | N/A | WASTE MANAGEMENT (WMX) | FAC - WASTE MANAGEMENT - SEARS FLS, MICHIGAN INVOICING - 2015 | CW2314519 | 5/1/15 | 04/30/2020 | N/A | N/A | N/A | Cure amount resolved |
| 44 | 2547, 1783 | N/A | WASTE MANAGEMENT (WMX) | FAC - WASTE MANAGEMENT - RRD-CDFC-TDC INVOICING - 2015 | CW2314515 | 5/1/15 | 04/30/2020 | N/A | N/A | N/A | Cure amount resolved |
| 45 | 2547, 1783 | N/A | WASTE MANAGEMENT (WMX) | FAC - WASTE MANAGEMENT - RDC INVOICING - 2015 | CW2314512 | 5/1/15 | 04/30/2020 | N/A | N/A | N/A | Cure amount resolved |
| 46 | 2547, 1783 | N/A | WASTE MANAGEMENT (WMX) | FAC - WASTE MANAGEMENT - HOME SERVICES INVOICING - 2015 | CW2314509 | 5/1/15 | 04/30/2020 | N/A | N/A | N/A | Cure amount resolved |

**Sears Holdings Corporation**
**Executory Contracts to be Assigned**

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | 2547, 1783 | INNOVEL SOLUTIONS, INC.; KMART CORPORATION; SEARS HOME IMPROVEMENT PRODUCT; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | WASTE MANAGEMENT (WMX) | FAC - WASTE MANAGEMENT - RECYCLING MACHINE MAINT - 2015 | CW2318113 | 5/1/15 | 04/30/2020 | N/A | N/A | N/A | Cure amount resolved |
| 48 | 2547, 1783 | N/A | WASTE MANAGEMENT (WMX) | FAC - WASTE MGMT - JAN LEWIS INVOICE - 2016 | CW2316605 | 1/1/16 | 04/30/2020 | N/A | N/A | N/A | Cure amount resolved |
| 49 | 2547, 1783 | N/A | WASTE MANAGEMENT (WMX) | FAC - WASTE MGMT - KMART INVOICING 1 - 2015 | CW2320607 | 4/1/16 | 04/30/2020 | N/A | N/A | N/A | Cure amount resolved |
| 50 | 2547, 1783 | N/A | WASTE MANAGEMENT (WMX) | FAC - WASTE MGMT - KMART INVOICING 2 - 2016 | CW2320611 | 4/1/16 | 04/30/2020 | N/A | N/A | N/A | Cure amount resolved |
| 51 | 2547, 1783 | N/A | WASTE MANAGEMENT (WMX) | FAC - OC WASTE MANAGEMENT - HOME SERVICES INVOICING - 2017 | CW2326249 | 4/21/17 | 04/30/2020 | N/A | N/A | N/A | Cure amount resolved |
| 52 | 2547, 1783 | N/A | WASTE MANAGEMENT (WMX) | ACC_OC WASTE MANAGEMENT_HOME SERVICES INVOICING_2017 | CW2337467 | 4/21/17 | 04/30/2020 | N/A | N/A | N/A | Cure amount resolved |
| 53 | 2547, 1783 | N/A | WASTE MANAGEMENT (WMX) | FAC - OC WASTE MANAGEMENT SEARS FLS 1 | CW2327504 | 4/21/17 | 04/30/2020 | N/A | N/A | N/A | Cure amount resolved |
| 54 | 2547, 1783 | N/A | WASTE MANAGEMENT (WMX) | FAC - OC WASTE MGMT - KMART INVOICING 1 - 2015 | CW2326201 | 4/21/17 | 04/30/2020 | N/A | N/A | N/A | Cure amount resolved |
| 55 | 2547, 1783 | N/A | WASTE MANAGEMENT (WMX) | FAC - OC WASTE MANAGEMENT - RRD-CDFC-TDC INVOICING - 2017 | CW2326360 | 4/21/17 | 04/30/2020 | N/A | N/A | N/A | Cure amount resolved |
| 56 | 2547, 1783 | N/A | WASTE MANAGEMENT (WMX) | FAC - OC WASTE MANAGEMENT - RSC INVOICING - 2017 | CW2326362 | 4/21/17 | 04/30/2020 | N/A | N/A | N/A | Cure amount resolved |
| 57 | 2547, 1783 | N/A | WASTE MANAGEMENT (WMX) | FAC - OC WASTE MGMT - JAN LEWIS INVOICE - 2017 | CW2326366 | 4/21/17 | 04/30/2020 | N/A | N/A | N/A | Cure amount resolved |
| 58 | 2547, 1783 | N/A | WASTE MANAGEMENT (WMX) | FAC - OC WASTE MANAGEMENT - DDC INVOICING - 2017 | CW2326353 | 4/21/17 | 04/30/2020 | N/A | N/A | N/A | Cure amount resolved |
| 59 | 2547, 1783 | N/A | WASTE MANAGEMENT (WMX) | FAC - OC WASTE MANAGEMENT - RDC INVOICING - 2017 | CW2326356 | 4/21/17 | 04/30/2020 | N/A | N/A | N/A | Cure amount resolved |
| 60 | 2547, 1783 | N/A | WASTE MANAGEMENT (WMX) | FAC - OC WASTE MANAGEMENT - SEARS AUTO CENTERS - 2017 | CW2326348 | 4/21/17 | 04/30/2020 | N/A | N/A | N/A | Cure amount resolved |
| 61 | 2547, 1783 | N/A | WASTE MANAGEMENT (WMX) | FAC - OC WASTE MANAGEMENT SEARS FLS 2 | CW2327514 | 5/9/17 | 04/30/2020 | N/A | N/A | N/A | Cure amount resolved |
| 62 | 2547, 1783 | N/A | WASTE MANAGEMENT (WMX) | FAC - WASTE MGMT - CHILD CARE INVOICE - 2017 | CW2331465 | 6/1/17 | 08/31/2020 | N/A | N/A | N/A | Cure amount resolved |
| 63 | 2547, 1783 | SEARS HOLDINGS MANAGEMENT CORPORATION | WASTE MANAGEMENT (WMX) | | CW2302621 | 6/19/15 | 4/30/20 | N/A | N/A | N/A | Cure amount resolved |
| 64 | 2547, 1783 | SEARS HOLDINGS MANAGEMENT CORPORATION | WASTE MANAGEMENT (WMX) | | CW2302621 | 6/19/15 | 4/30/20 | N/A | N/A | N/A | Cure amount resolved |
| 65 | 2547, 1783 | SEARS, ROEBUCK AND CO. | WASTE MANAGEMENT (WMX) | | CW2302621 | 6/19/15 | 4/30/20 | N/A | N/A | N/A | Cure amount resolved |
| 66 | 2547, 1783 | KMART CORPORATION | WASTE MANAGEMENT (WMX) | | CW2302621 | 6/19/15 | 4/30/20 | N/A | N/A | N/A | Cure amount resolved |
| 67 | 2547, 1783 | SEARS, ROEBUCK DE PUERTO RICO, INC. | WASTE MANAGEMENT (WMX) | | CW2302621 | 6/19/15 | 4/30/20 | N/A | N/A | N/A | Cure amount resolved |
| 68 | 2547, 1783 | SEARS HOME IMPROVEMENT PRODUCTS, INC. | WASTE MANAGEMENT (WMX) | | CW2302621 | 6/19/15 | 4/30/20 | N/A | N/A | N/A | Cure amount resolved |
| 69 | 2547, 1783 | SEARS HOLDINGS MANAGEMENT CORPORATION | WASTE MANAGEMENT (WMX) | | CW2302621 | 2/1/15 | 4/30/20 | N/A | N/A | N/A | Cure amount resolved |
| 70 | 2547, 1783 | SEARS, ROEBUCK AND CO. | WASTE MANAGEMENT (WMX) | | CW2302621 | 2/1/15 | 4/30/20 | N/A | N/A | N/A | Cure amount resolved |
| 71 | 2547, 1783 | KMART CORPORATION | WASTE MANAGEMENT (WMX) | | CW2302621 | 2/1/15 | 4/30/20 | N/A | N/A | N/A | Cure amount resolved |
| 72 | 2547, 1783 | SEARS, ROEBUCK DE PUERTO RICO, INC. | WASTE MANAGEMENT (WMX) | | CW2302621 | 2/1/15 | 4/30/20 | N/A | N/A | N/A | Cure amount resolved |
| 73 | 2547, 1783 | SEARS HOME IMPROVEMENT PRODUCTS, INC. | WASTE MANAGEMENT (WMX) | | CW2302621 | 2/1/15 | 4/30/20 | N/A | N/A | N/A | Cure amount resolved |

**Sears Holdings Corporation**
**Executory Contracts to be Assigned**

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 74 | 2547, 1783 | SEARS, ROEBUCK AND CO. | WASTE MANAGEMENT (WMX) | | CW2302621 | 2/1/15 | 4/30/20 | N/A | N/A | N/A | Cure amount resolved |
| 75 | 2547, 1783 | SEARS, ROEBUCK AND CO. | WASTE MANAGEMENT (WMX) | | CW2302621 | 2/1/15 | 4/30/20 | N/A | N/A | N/A | Cure amount resolved |
| 76 | 2547, 1783 | SEARS HOLDINGS MANAGEMENT CORPORATION | WASTE MANAGEMENT (WMX) | | CW2302621 | 6/19/15 | 4/30/20 | N/A | N/A | N/A | Cure amount resolved |
| 77 | 2547, 1783 | SEARS, ROEBUCK AND CO. | WASTE MANAGEMENT (WMX) | | CW2302621 | 6/19/15 | 4/30/20 | N/A | N/A | N/A | Cure amount resolved |
| 78 | 2547, 1783 | KMART CORPORATION | WASTE MANAGEMENT (WMX) | | CW2302621 | 6/19/15 | 4/30/20 | N/A | N/A | N/A | Cure amount resolved |
| 79 | 2547, 1783 | SEARS, ROEBUCK DE PUERTO RICO, INC. | WASTE MANAGEMENT (WMX) | | CW2302621 | 6/19/15 | 4/30/20 | N/A | N/A | N/A | Cure amount resolved |
| 80 | 2547, 1783 | SEARS HOME IMPROVEMENT PRODUCTS, INC. | WASTE MANAGEMENT (WMX) | | CW2302621 | 6/19/15 | 4/30/20 | N/A | N/A | N/A | Cure amount resolved |
| 81 | 2547, 1783 | SEARS, ROEBUCK AND CO. | WASTE MANAGEMENT (WMX) | | CW2302621 | 6/19/15 | 4/30/20 | N/A | N/A | N/A | Cure amount resolved |
| 82 | 2547, 1783 | KMART CORPORATION | WASTE MANAGEMENT (WMX) | | CW2302621 | 6/19/15 | 4/30/20 | N/A | N/A | N/A | Cure amount resolved |
| 83 | 2547, 1783 | SEARS, ROEBUCK DE PUERTO RICO, INC. | WASTE MANAGEMENT (WMX) | | CW2302621 | 6/19/15 | 4/30/20 | N/A | N/A | N/A | Cure amount resolved |
| 84 | 2547, 1783 | SEARS HOME IMPROVEMENT PRODUCTS, INC. | WASTE MANAGEMENT (WMX) | | CW2302621 | 6/19/15 | 4/30/20 | N/A | N/A | N/A | Cure amount resolved |
| 85 | 2547, 1783 | SEARS HOLDINGS MANAGEMENT CORPORATION | WASTE MANAGEMENT (WMX) | | CW2302621 | 6/19/15 | 4/30/20 | N/A | N/A | N/A | Cure amount resolved |
| 86 | 2547, 1783 | SEARS HOLDINGS MANAGEMENT CORPORATION | WASTE MANAGEMENT (WMX) | | CW2302621 | 6/19/15 | 4/30/20 | N/A | N/A | N/A | Cure amount resolved |
| 87 | 2547, 1783 | KMART CORPORATION;SEARS HOME IMPROVEMENT PRODUCTS, INC.;SEARS, ROEBUCK AND CO.;SEARS, ROEBUCK DE PUERTO RICO, INC. | WASTE MANAGEMENT (WMX) | VENDOR AGREEMENT | CW2302621 | 1/0/00 | 4/29/20 | N/A | N/A | N/A | Cure amount resolved |
| 88 | 2010 | SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | LUXOTTICA RETAIL NORTH AMERICA INC | THE PURPOSE OF THIS LETTER AGREEMENT ("LETTER AGREEMENT") IS TO SET FORTH THE TERMS AND CONDITIONS MUTUALLY AGREED UPON BY SEARS HOLDINGS MANAGEMENT CORP., AS AGENT FOR SEARS, ROEBUCK AND CO. ("SEARS"), AND LUXOTTICA RETAIL NORTH AMERICA INC. ("LUXOTTICA" | N/A | N/A | 5/30/20 | N/A | N/A | N/A | |
| 89 | 2010 | SHC LICENSED BUSINESS LLC | LUXOTTICA RETAIL NORTH AMERICA INC | THIS SECOND AMENDMENT ("SECOND AMENDMENT") TO THE LICENSE AGREEMENT IS MADE AS OF MAY 18, 2018 ("AMENDMENT EFFECTIVE DATE") BY LUXOTTICA RETAIL NORTH AMERICA INC., AN OHIO CORPORATION ("LICENSEE"), AND SHC LICENSED BUSINESS LLC, A DELAWARE LIMITED LIABIL | N/A | N/A | 5/30/20 | N/A | N/A | N/A | |
| 90 | 2010 | SHC LICENSED BUSINESS LLC | LUXOTTICA RETAIL NORTH AMERICA INC | THIS FIRST AMENDMENT (FIRST AMENDMENT) TO THE LICENSE AGREEMENT IS MADE AS OF JUNE 19, 2017 (AMENDMENT EFFECTIVE DATE) BY LUXOTTICA RETAIL NORTH AMERICA INC., AN OHIO CORPORATION (LICENSEE), AND SHC LICENSED BUSINESS LLC, A DELAWARE LIMI | N/A | N/A | 5/30/20 | N/A | N/A | N/A | Cure amount resolved |
| 91 | 2010 | SEARS, ROEBUCK AND CO. | LUXOTTICA RETAIL NORTH AMERICA INC | THIS LICENSE AGREEMENT (TOGETHER WITH ALL SCHEDULE HERETO, THE AGREEMENT) IS ENTERED INTO AS OF MAY 31, 2015 (THE EFFECTIVE DATE), BY SEARS HOLDINGS MANAGEMENT CORP., A DELAWARE CORPORATION, AS AGENT FOR SEARS, ROEBUCK AND CO., A NEW YORK CORP | N/A | N/A | 05/30/2020 | N/A | N/A | N/A | |

Sears Holdings Corporation
**Executory Contracts to be Assigned**

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 92 | 2010 | SHC LICENSED BUSINESS LLC | LUXOTTICA RETAIL NORTH AMERICA INC | THIS SYW PARTNERSHIP AGREEMENT (AGREEMENT) IS ENTERED INTO AND MADE EFFECTIVE AS OF JANUARY 1, 2017 (EFFECTIVE DATE) BY AND BETWEEN LUXOTTICA RETAIL NORTH AMERICA INC., AN OHIO CORPORATION D/B/A SEARS OPTICAL, WITH AN OFFICE LOCATED AT 4 | N/A | N/A | 5/30/20 | N/A | N/A | N/A | |
| 93 | 2010 | SHC LICENSED BUSINESS LLC | LUXOTTICA RETAIL NORTH AMERICA INC | THIS SECOND AMENDMENT (SECOND AMENDMENT) TO THE LICENSE AGREEMENT IS MADE AS OF NOVEMBER 1, 2017 ('AMENDMENT EFFECTIVE DATE') BY LUXOTTICA RETAUIL NORTH AMERICA INC., AN OHIO CORPORATION ('LICENSEE') AND SHC LICENSED BUSINESS LLC, A DELAWARE LIMITED | N/A | N/A | 5/30/20 | N/A | N/A | N/A | |
| 94 | 2010 | SEARS, ROEBUCK AND CO. | LUXOTTICA RETAIL NORTH AMERICA INC | THIS FOURTH AMENDMENT TO MASTER AMENDMENT (THIS FOURTH AMENDMENT), EFFECTIVE AS OF SEPTEMBER 29, 2014 (THE AMENDMENT EFFECTIVE DATE) IS ENTERED INTO BY AND BETWEEN SEARS, ROEBUCK AND CO., A NEW YORK CORPORATION (SEARS), AND LUXOTTICA RET | N/A | N/A | 5/30/20 | N/A | N/A | N/A | |
| 95 | 2010 | SEARS HOLDINGS MANAGEMENT CORPORATION | LUXOTTICA RETAIL NORTH AMERICA INC | THE PURPOSE OF THIS LETTER AGREEMENT ('LETTER AGREEMENT') IS TO SET FORTH THE TERMS AND CODITIONS MUTUALLY AGREED UPON BY SEARS HOLDINGS MANAGEMENT CORP., AS AGENT FOR SEARS, ROEBUCK AND CO. (SEARS), AND LUXOTTICA RETAIL NORTH AMERICA INC. (LUXOTTICA), RE | N/A | N/A | 5/30/20 | N/A | N/A | N/A | |
| 96 | 2010 | SEARS, ROEBUCK AND CO. | LUXOTTICA RETAIL NORTH AMERICA INC | THIS KARDASHIAN ONLINE LICENSE AGREEMENT (TOGETHER WITH ALL SCHEDULE HERTO, THE 'AGREEMENT') IS ENTERED INTO AS OF NOVEMBER 21, 2012 (THE EFFECTIVE DATE), BY SEARS HOLDINGS MANAGEMENT CORP., A DELAWARE CORPORATION, AS AGENT FOR SEARS, ROEBUCK AND CO., A N | N/A | N/A | 5/30/20 | N/A | N/A | N/A | |
| 97 | 2010 | SEARS, ROEBUCK AND CO.; SHC LICENSED BUSINESS LLC | LUXOTTICA RETAIL NORTH AMERICA INC | THIS FIRST AMENDMENT (FIRST AMENDMENT) TO THE LICENSE AGREEMENT IS MADE AS OF JUNE 19, 2017 (AMENDMENT EFFECTIVE DATE) BY LUXOTTICA RETAIL NORTH AMERICA INC., AN OHIO CORPORATION (LICENSEE), AND SHC LICENSED BUSINESS LLC, A DELAWARE LIMI | N/A | N/A | 5/30/20 | N/A | N/A | N/A | |
| 98 | 2010 | SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | LUXOTTICA RETAIL NORTH AMERICA INC | THIS LICENSE AGREEMENT (TOGETHER WITH ALL SCHEDULE HERETO, THE AGREEMENT) IS ENTERED INTO AS OF MAY 31, 2015 (THE "EFFECTIVE DATE"), BY SEARS HOLDINGS MANAGEMENT CORP., A DELAWARE CORPORATION, AS AGENT FOR SEARS, ROEBUCK AND CO., A NEW YORK CORPORAT | N/A | N/A | 05/30/2020 | N/A | N/A | N/A | |
| 99 | 2010 | SHC LICENSED BUSINESS LLC | LUXOTTICA RETAIL NORTH AMERICA INC | THIS SECOND AMENDMENT ("SECOND AMENDMENT) TO THE LICENSE AGREEMENT IS MADE AS OF NOVEMBER 1, 2017 (AMENDMENT EFFECTIVE DATE) BY LUXOTTICA RETAIL NORTH AMERICA INC., AN OHIO CORPORATION ("LICENSEE"), AND SHC LICENSED BUSINESS LLC, A DELAWARE LIMIT | N/A | N/A | 5/30/20 | N/A | N/A | N/A | |

**Sears Holdings Corporation**
**Executory Contracts to be Assigned**

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 2010 | SHC LICENSED BUSINESS LLC | LUXOTTICA RETAIL NORTH AMERICA INC | THIS SYW PARTNERSHIP AGREEMENT (AGREEMENT) IS ENTERED INTO AND MADE EFFECTIVE AS OF JANUARY 1, 2017 (EFFECTIVE DATE) BY AND BETWEEN LUXOTTICA RETAIL NORTH AMERICA INC., AN OHIO CORPORATION D/B/A SEARS OPTICAL, WITH AN OFFICE LOCATED AT 4 | N/A | N/A | 05/30/2021 | N/A | N/A | N/A | |
| 101 | 2010 | SEARS, ROEBUCK AND CO. | LUXOTTICA RETAIL NORTH AMERICA INC | THIS KARDASHIAN ONLINE LICENSE AGREEMENT (TOGETHER WITH ALL SCHEDULE HERTO, THE 'AGREEMENT') IS ENTERED INTO AS OF NOVEMBER 21, 2012 (THE EFFECTIVE DATE), BY SEARS HOLDINGS MANAGEMENT CORP., A DELAWARE CORPORATION, AS AGENT FOR SEARS, ROEBUCK AND CO., A N | N/A | N/A | 05/30/2021 | N/A | N/A | N/A | |
| 102 | 2010 | SEARS, ROEBUCK AND CO. | COLE VISION CORPORATION | COLE VISION CORPORATION AND SEARS, ROEBUCK AND CO. ARE PARTIES TO VARIOUS LICENSE AGREEMENTS FOR THE OPRATION OF SEARS OPTICAL LOCATIONS IN SEARS LOCATIONS AND IN FREE-STANDING LOCATIONS (THE 'AGREEMENTS')  ON AUGUST 2, 2009, COLE VISION CORPORATION WILL | N/A | N/A | 5/30/21 | N/A | N/A | N/A | Cure amount resolved |
| 103 | 2503 1976 | SEARS HOLDINGS MANAGEMENT CORPORATION | PEOPLEREADY - LABOR READY MIDWEST INC | AMENDMENT 01 TO VENDOR AGREEMENT | CW2300313 | N/A | 04/30/2020 | - | - | - | |
| 104 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | LABOR READY MIDWEST INC | IT-LABOR READY-MSA-MAY 2015 | CW2300313 | N/A | 04/30/2020 | - | - | - | |
| 105 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | LABOR READY MIDWEST INC | TEMPLABOR - LABOR READY - KMART ONE OFF TEMP INVOICING | CW2314677 | N/A | 04/30/2020 | - | - | - | |
| 106 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | LABOR READY MIDWEST INC | AMENDMENT 3 TO MSA | CW2300313 | N/A | 04/30/2020 | - | - | - | |
| 107 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | GREER & KIRBY CO INC | SHC-FACILITIES-GREER AND KIRBY-MSA 2016 | CW2313422 | N/A | 04/30/2021 | - | - | - | |
| 108 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | IKON OFFICE SOLUTIONS INC | IT - RICHO USA (IKON OFFICE SOLUTIONS INC) - MASTER ADMINSTRATIVE SERVICES AGREEMENT - 2010 | CW2322067 | N/A | 01/17/2020 | - | - | - | |
| 109 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | IKON OFFICE SOLUTIONS INC | IT - RICHO USA (IKON OFFICE SOLUTIONS INC) - AMENDMENT TO MASTER ADMINSTRATIVE SERVICES AGREEMENT - 2010 | N/A | N/A | 01/17/2020 | - | - | - | |
| 110 | N/A | SEARS, ROEBUCK AND CO. | DPL ENERGY | FAC - DPL ENERGY - SUPPLY AGREEMENT 2017 | CW2334067 | N/A | 03/18/2020 | - | - | - | |
| 111 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | RED HAT INC. | RED HAT ENTERPRISE AGREEMENT | N/A | N/A | 2/7/09 | - | - | - | |
| 112 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | RED HAT INC. | RED HAT ENTERPRISE AGREEMENT - APPENDIX 3 | N/A | N/A | 2/7/09 | - | - | - | |
| 113 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | RED HAT INC. | RED HAT ENTERPRISE LINUX SERVER WITH SMART MANAGEMENT, STANDARD (PHYSICAL OF VIRTUAL NODES) | N/A | N/A | 2/7/09 | - | - | - | |
| 114 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | REMODELING.COM, LLC | SOW #1 LEAD GENERATION SERVICES FOR SEARS HOME IMPROVEMENT PRODUCTS | N/A | N/A | 7/31/21 | - | - | - | |
| 115 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | REMODELING.COM, LLC | REVISION TO EXHIBIT OF SOW #1 LEAD GENERATION SERVICES FOR SEARS HOME IMPROVEMENT PRODUCTS | N/A | N/A | 7/31/21 | - | - | - | |