**BROWN RUDNICK LLP**
Andrew P. Strehle
One Financial Center
Boston, MA 02111
Telephone:    (617) 856-8200
Facsimile:    (617) 856-8201

Gerard T. Cicero
Seven Times Square
New York, NY 10036
Telephone:    (212) 209-4800
Facsimile:    (212) 209-4801

*Counsel to Primark US Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------x
```
In re                                             :
                                                  :        **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.,*         :
                                                  :        **Case No. 18-23538 (RDD)**
                                                  :
            Debtors.                              :        **(Jointly Administered)**
```
-----------------------------------------------x
```

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF ONTARIO        )

Carol S. Ennis being duly sworn, deposes and says:  I am not a party to the within action,

am over 18 years of age and reside in Canandaigua, New York.

On the 15th day of April, 2019, I caused to be served a true and correct copy of the

following document:

*Primark US Corp.'s Supplemental Objection and Reservation of Rights Respecting the*
*Debtors' Notice of Assumption and Assignment of Additional Designatable Leases*

in this proceeding on the attached Service List attached hereto as **Exhibit A**, by first class mail,

postage prepaid and by electronic mail upon the parties listed on the attached **Exhibit B**.

Carol S. Ennis

Subscribed and sworn to before me this
16th day of April, 2019.

Notary Public

MYRANDA BARBARA GARZA
Notary Public, State of New York
Seneca County Reg. #01GA6369145
Commission Expires 01/02/2021

63357617 v1

2

# EXHIBIT A

Brookfield Property REIT Inc.
Attn:  Kristen N. Pate
350 N. Orleans Street, Suite 300
Chicago, IL  60654-1607

Frenkel, Lambert, Weiss, Weisman
 & Gordon, LLP
Attn: Michelle C. Marans, Esq.
53 Gibson Street
Bay Shore, NY  11706

Sears Holding Corporation
Attn:  Stephen Sitley Esq.
        Luke J. Valentino, Esq
3333 Beverly Road
Hoffman Estates, IL  60179

Wilmorite Management Group LLC
Attn: Donald C. Cowan, Jr.
1265 Scottsville Road
Rochester, NY  14624

BST International Fashion Ltd.
Attn: A.R. Shrinivasan, Managing Director
39 Wang Kwong Road, Suite 2301B,
Skyline Tower, Kowloon Bay
Kowloon, Hong Kong
China

Linebarger Goggan Blair & Sampson, LLP
Attn: Diane Wade Sanders
P.O. Box 17428
Austin, TX  78760

The Bank of New York Mellon
 Trust Company
Attn: Corporate Trust Administration
101 Barclay Street, Floor 8W
New York, NY  10286

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attention:  Kunal S. Kamlani and Harold
Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL  33154

Cleary Gottlieb Steen & Hamilton LLP
Attn:  Christopher E. Austin,
Benet J. O'Reilly and Sean A. O'Neal
One Liberty Plaza
New York, NY  10006

Montee & Associates
Attn: Kevin P. Montee, Esq.
1250-I Newell Avenue, Suite 149
Walnut Creek, CA  94596

Wilmington Trust, National Association
Attn: Sears Holdings Corp. Administrator
Corporate Capital Markets
50 South Sixth Street, Suite 1290
Minneapolis, MN  55402

Sears Holding Corporation
Attn:  General Counsel
3333 Beverly Road
Hoffman Estates, IL  60179

# EXHIBIT B

**Members:**

| | |
|---|---|
| ajd@ansellgrimm.com | ajd@ansellgrimm.com |
| akadish@archerlaw.com | akadish@archerlaw.com |
| andrew.silfen@arentfox.com | andrew.silfen@arentfox.com |
| aqureshi@akingump.com | aqureshi@akingump.com |
| arainone@bracheichler.com | arainone@bracheichler.com |
| bankruptcy@borgeslawllc.com | bankruptcy@borgeslawllc.com |
| beth.brownstein@arentfox.com | beth.brownstein@arentfox.com |
| bnkatty@aldineisd.org | bnkatty@aldineisd.org |
| branchd@ballardspahr.com | branchd@ballardspahr.com |
| brian.lohan@arnoldporter.com | brian.lohan@arnoldporter.com |
| CSchael@AshfordNJLaw.com | CSchael@AshfordNJLaw.com |
| egoodman@bakerlaw.com | egoodman@bakerlaw.com |
| emiller@bayardlaw.com | emiller@bayardlaw.com |
| eneiger@askllp.com | eneiger@askllp.com |
| EZucker@BlankRome.com | EZucker@BlankRome.com |
| fkhan@bakerlaw.com | fkhan@bakerlaw.com |
| ginger.clements@arnoldporter.com | ginger.clements@arnoldporter.com |
| harnerp@ballardspahr.com | harnerp@ballardspahr.com |
| heilmanl@ballardspahr.com | heilmanl@ballardspahr.com |
| idizengoff@akingump.com | idizengoff@akingump.com |
| James.Vincequerra@alston.com | James.Vincequerra@alston.com |
| jarnold@aldridgepite.com | jarnold@aldridgepite.com |
| jchristian@askllp.com | jchristian@askllp.com |
| Jg5786@att.com | Jg5786@att.com |
| JRhodes@BlankRome.com | JRhodes@BlankRome.com |
| julie@bindermalter.com | julie@bindermalter.com |
| kcapuzzi@beneschlaw.com | kcapuzzi@beneschlaw.com |
| klove@bellnunnally.com | klove@bellnunnally.com |
| knewman@barclaydamon.com | knewman@barclaydamon.com |
| kutnera@ballardspahr.com | kutnera@ballardspahr.com |
| leib.lerner@alston.com | leib.lerner@alston.com |
| lschildkraut@archerlaw.com | lschildkraut@archerlaw.com |
| mbarrie@beneschlaw.com | mbarrie@beneschlaw.com |
| mcuellar45@austinenterpriseslp.com | mcuellar45@austinenterpriseslp.com |
| michael@bindermalter.com | michael@bindermalter.com |
| pdublin@akingump.com | pdublin@akingump.com |
| pollack@ballardspahr.com | pollack@ballardspahr.com |
| rmills@bellnunnally.com | rmills@bellnunnally.com |

russ@bsavoy.com
sbrauner@akingump.com
schin@borgeslawllc.com
summersm@ballardspahr.com
Tarr@BlankRome.com
Tgaa@bbslaw.com
wborges@borgeslawllc.com
wschonberg@beneschlaw.com

russ@bsavoy.com
sbrauner@akingump.com
schin@borgeslawllc.com
summersm@ballardspahr.com
Tarr@BlankRome.com
Tgaa@bbslaw.com
wborges@borgeslawllc.com
wschonberg@beneschlaw.com

**Members:**

aclark@cov.com
Anthony_Deleo@cwt.com
appleby@chapman.com
aweaver@cgsh.com
bankruptcy@cftn.com
brotenberg@csglaw.com
cgriffiths@connollygallagher.com
christopher.schueller@bipc.com
cpark@choiandpark.com
davidtann@dahannowick.com
dblau@clarkhill.com
dcoffino@cov.com
Dennis.roemlein@bnymellon.com
duane.brescia@clarkhillstrasburger.com
Eric.Waxman@cwt.com
escmitzer@ckrlaw.com
gadsden@cftn.com
gsaydah@ckrlaw.com
hchoi@choiandpark.com
hward@cohenlaw.com
jbienstock@coleschotz.com
jbromley@cgsh.com
jkpark@cgsh.com
jlevitin@cahill.com
jmarshall@choate.com
jmontgomery@brownconnery.com
kbifferato@connollygallagher.com
kconlan@connollygallagher.com
ksimard@choate.com
lkleist@choiandpark.com
mncatalfimo@carterconboy.com
mfelger@cozen.com
Michael.smith2@computershare.com
mstein@chulak.com
mwarner@colescholz.com
pweiser@buchalter.com
pzumbro@cravath.com

duane.brescia@clarkhillstrasburger.com
Eric.Waxman@cwt.com
escmitzer@ckrlaw.com
gadsden@cftn.com
gsaydah@ckrlaw.com
hchoi@choiandpark.com
hward@cohenlaw.com
jbienstock@coleschotz.com
jbromley@cgsh.com
jkpark@cgsh.com
jlevitin@cahill.com
jmarshall@choate.com
jmontgomery@brownconnery.com
kbifferato@connollygallagher.com
kconlan@connollygallagher.com
ksimard@choate.com
lkleist@choiandpark.com
mncatalfimo@carterconboy.com
mfelger@cozen.com
Michael.smith2@computershare.com
mstein@chulak.com
mwarner@colescholz.com
pweiser@buchalter.com
pzumbro@cravath.com
aclark@cov.com
Anthony_Deleo@cwt.com
appleby@chapman.com
aweaver@cgsh.com
bankruptcy@cftn.com
brotenberg@csglaw.com
cgriffiths@connollygallagher.com
christopher.schueller@bipc.com
cpark@choiandpark.com
davidtann@dahannowick.com
dblau@clarkhill.com
dcoffino@cov.com
Dennis.roemlein@bnymellon.com

rdavis@cafarocompany.com
rmccord@certilmanbalin.com
rmukhi@cgsh.com
rnosek@certilmanbalin.com
rseltzer@cwsny.com
rstieglitz@cahill.com
scarnes@cooley.com
schristianson@buchalter.com
sjk@carmodymacdonald.com
soneal@cgsh.com
svanaalten@cooley.com
szuber@csglaw.com
terry.shulsky@bipc.com
tyler.dischinger@bipc.com
wilamowsky@chapman.com
wkelleher@cohenlaw.com

rdavis@cafarocompany.com
rmccord@certilmanbalin.com
rmukhi@cgsh.com
rnosek@certilmanbalin.com
rseltzer@cwsny.com
rstieglitz@cahill.com
scarnes@cooley.com
schristianson@buchalter.com
sjk@carmodymacdonald.com
soneal@cgsh.com
svanaalten@cooley.com
szuber@csglaw.com
terry.shulsky@bipc.com
tyler.dischinger@bipc.com
wilamowsky@chapman.com
wkelleher@cohenlaw.com

**Members:**

| | |
|---|---|
| aguon@foxrothschild.com | aguon@foxrothschild.com |
| awebb@fbtlaw.com | awebb@fbtlaw.com |
| bethsolomon@discover.com | bethsolomon@discover.com |
| brad.eric.scheler@friedfrank.com | brad.eric.scheler@friedfrank.com |
| btheisen@gibbonslaw.com | btheisen@gibbonslaw.com |
| Cheitzenrater@duanemorris.com | Cheitzenrater@duanemorris.com |
| dcampbell@ghclaw.com | dcampbell@ghclaw.com |
| deggert@freeborn.com | deggert@freeborn.com |
| dhw@dhclegal.com | dhw@dhclegal.com |
| dlwright@foley.com | dlwright@foley.com |
| eli.vonnegut@davispolk.com | eli.vonnegut@davispolk.com |
| ems@elliottgreenleaf.com | ems@elliottgreenleaf.com |
| eweisgerber@debevoise.com | eweisgerber@debevoise.com |
| gchico@ferraiuoli.com | gchico@ferraiuoli.com |
| gseitz@gsbblaw.com | gseitz@gsbblaw.com |
| hcohen@gibbonslaw.com | hcohen@gibbonslaw.com |
| jcurley@ddw-law.com | jcurley@ddw-law.com |
| jfrank@fgllp.com | jfrank@fgllp.com |
| jkleinman@fgllp.com | jkleinman@fgllp.com |
| kcatanese@foley.com | kcatanese@foley.com |
| lbercovich@epicor.com | lbercovich@epicor.com |
| lbrymer@fmdlegal.com | lbrymer@fmdlegal.com |
| Leopold.matt@Epa.gov | Leopold.matt@Epa.gov |
| LJKotler@duanemorris.com | LJKotler@duanemorris.com |
| lmay@eisemanlevine.com | lmay@eisemanlevine.com |
| marita.erbeck@dbr.com | marita.erbeck@dbr.com |
| mark.wilson@fisherbroyles.com | mark.wilson@fisherbroyles.com |
| marshall.huebner@davispolk.com | marshall.huebner@davispolk.com |
| mcto@debevoise.com | mcto@debevoise.com |
| mgensburg@gcklegal.com | mgensburg@gcklegal.com |
| mhall@foxrothschild.com | mhall@foxrothschild.com |
| mherz@foxrothschild.com | mherz@foxrothschild.com |
| msmall@foley.com | msmall@foley.com |
| nreid@foxswibel.com | nreid@foxswibel.com |
| nsongonuga@gibbonslaw.com | nsongonuga@gibbonslaw.com |
| patricia.fugee@fisherbroyles.com | patricia.fugee@fisherbroyles.com |
| peter.siroka@friedfrank.com | peter.siroka@friedfrank.com |
| plabov@foxrothschild.com | plabov@foxrothschild.com |

pmartin@fmdlegal.com

ppascuzzi@ffwplaw.com

rgold@fbtlaw.com

rxza@elliottgreenleaf.com

sak@elliottgreenleaf.com

scott.luftglass@friedfrank.com

sears.service@davispolk.com

thoran@foxrothschild.com

tking@fbtlaw.com

tscannell@foley.com

WMSimkulak@duanemorris.com

pmartin@fmdlegal.com

ppascuzzi@ffwplaw.com

rgold@fbtlaw.com

rxza@elliottgreenleaf.com

sak@elliottgreenleaf.com

scott.luftglass@friedfrank.com

sears.service@davispolk.com

thoran@foxrothschild.com

tking@fbtlaw.com

tscannell@foley.com

WMSimkulak@duanemorris.com

**Members:**

ahalperin@halperinlaw.net
alex.macias@impremedia.com
arthur.rosenberg@hklaw.com
atureaud@kblaw.com
Bankruptcy2@ironmountain.com
barbra.parlin@hklaw.com
bbazian@goodwinlaw.com
bfeder@kelleydrye.com
bgross@HuntonAK.com
caleb.holzaepfel@huschblackwell.com
Daniel.Swetnam@icemiller.com
dlieberman@halperinlaw.net
dlk@jasneflorio.com
drosner@goulstonstorrs.com
elio@higgslaw.com
elkinj@mac.com
elvin.ramos@hklaw.com
gfox@goodwinlaw.com
ghesse@huntonak.com
hgj@jasneflorio.com
howard.upchurch@hanes.com
jacarlino@kslnlaw.com
jfigueiredo@hahnhessen.com
jflaxer@golenbock.com
jjalemany@hklaw.com
joia.johnson@hanes.com
jose.casal@hklaw.com
jross@hopkinscarley.com
KDWBankruptcyDepartment@KelleyDrye.com

ktompsett@harrisbeach.com
kurtzman@kurtzmansteady.com
lgu@halperinlaw.net
lkiss@klestadt.com
llichtman@honigman.com
lynn.butler@huschblackwell.com
Marc.Antonecchia@hklaw.com
Mimi.M.Wong@irscounsel.treas.gov

ahalperin@halperinlaw.net
alex.macias@impremedia.com
arthur.rosenberg@hklaw.com
atureaud@kblaw.com
Bankruptcy2@ironmountain.com
barbra.parlin@hklaw.com
bbazian@goodwinlaw.com
bfeder@kelleydrye.com
bgross@HuntonAK.com
caleb.holzaepfel@huschblackwell.com
Daniel.Swetnam@icemiller.com
dlieberman@halperinlaw.net
dlk@jasneflorio.com
drosner@goulstonstorrs.com
elio@higgslaw.com
elkinj@mac.com
elvin.ramos@hklaw.com
gfox@goodwinlaw.com
ghesse@huntonak.com
hgj@jasneflorio.com
howard.upchurch@hanes.com
jacarlino@kslnlaw.com
jfigueiredo@hahnhessen.com
jflaxer@golenbock.com
jjalemany@hklaw.com
joia.johnson@hanes.com
jose.casal@hklaw.com
jross@hopkinscarley.com

KDWBankruptcyDepartment@KelleyDrye.com
ktompsett@harrisbeach.com
kurtzman@kurtzmansteady.com
lgu@halperinlaw.net
lkiss@klestadt.com
llichtman@honigman.com
lynn.butler@huschblackwell.com
Marc.Antonecchia@hklaw.com
Mimi.M.Wong@irscounsel.treas.gov

mjb@hopkinscarley.com
mlegge@huntonak.com
msekowski@herrick.com
mweinstein@golenbock.com
sodonnell@herrick.com
sselbst@herrick.com
ssmith@herrick.com
ssouthard@klestadt.com
tannweiler@greerherz.com
taxcollector@co.imperial.ca.us
thoffmann@goulstonstorrs.com
tnixon@gklaw.com

mjb@hopkinscarley.com
mlegge@huntonak.com
msekowski@herrick.com
mweinstein@golenbock.com
sodonnell@herrick.com
sselbst@herrick.com
ssmith@herrick.com
ssouthard@klestadt.com
tannweiler@greerherz.com
taxcollector@co.imperial.ca.us
thoffmann@goulstonstorrs.com
tnixon@gklaw.com

**Members:**

ALeblanc@milbank.com
alex.chase@leclairryan.com
andrew.cole@leclairryan.com
asmith@lockelord.com
bbuechler@lowenstein.com
bmcgrath@mcglinchey.com
bnathan@lowenstein.com
braynor@lockelord.com
cgruen@gruenlaw.com
cjm@msf-law.com
cprice@milbank.com
dallas.bankruptcy@publicans.com
dgragg@langleybanack.com
dmeegan@mhksacto.com
dmiller@lubinolson.com
dtabachnik@dttlaw.com
dwirt@lockelord.com
echafetz@lowenstein.com
gillazarus@gmail.com
harlan.lazarus@gmail.com
hjschwartz@mckoolsmith.com
hlazarus@lazarusandlazarus.com
houston_bankruptcy@publicans.com
ilan.markus@leclairryan.com
ira.greene@lockelord.com
janice.grubin@leclairryan.com
jfarnum@linowes-law.com
jfifarek@laskyfifarek.com
jfroehlich@lockelord.com
jjorissen@losgs.com
jmueller@lippes.com
kevin@ksnpc.com
kromano@mcglinchey.com
luralene.schultz@fennellaw.com
marc.zelina@lw.com
mchaney@mcglinchey.com
niclas.ferland@leclairryan.com
nkenworthy@mrrlaw.net

ALeblanc@milbank.com
alex.chase@leclairryan.com
andrew.cole@leclairryan.com
asmith@lockelord.com
bbuechler@lowenstein.com
bmcgrath@mcglinchey.com
bnathan@lowenstein.com
braynor@lockelord.com
cgruen@gruenlaw.com
cjm@msf-law.com
cprice@milbank.com
dallas.bankruptcy@publicans.com
dgragg@langleybanack.com
dmeegan@mhksacto.com
dmiller@lubinolson.com
dtabachnik@dttlaw.com
dwirt@lockelord.com
echafetz@lowenstein.com
gillazarus@gmail.com
harlan.lazarus@gmail.com
hjschwartz@mckoolsmith.com
hlazarus@lazarusandlazarus.com
houston_bankruptcy@publicans.com
ilan.markus@leclairryan.com
ira.greene@lockelord.com
janice.grubin@leclairryan.com
jfarnum@linowes-law.com
jfifarek@laskyfifarek.com
jfroehlich@lockelord.com
jjorissen@losgs.com
jmueller@lippes.com
kevin@ksnpc.com
kromano@mcglinchey.com
luralene.schultz@fennellaw.com
marc.zelina@lw.com
mchaney@mcglinchey.com
niclas.ferland@leclairryan.com
nkenworthy@mrrlaw.net

office@fennelllaw.com
peter.gilhuly@lw.com
pstarkesq@gmail.com
raguilar@mcglinchey.com
rcerone@mcglinchey.com
RLiubicic@milbank.com
rzucker@lasserhochman.com
sanantonio.bankruptcy@publicans.com
sbryant@lockelord.com
ted.dillman@lw.com
tleday@mvbalaw.com
william.fennell@fennelllaw.com

office@fennelllaw.com
peter.gilhuly@lw.com
pstarkesq@gmail.com
raguilar@mcglinchey.com
rcerone@mcglinchey.com
RLiubicic@milbank.com
rzucker@lasserhochman.com
sanantonio.bankruptcy@publicans.com
sbryant@lockelord.com
ted.dillman@lw.com
tleday@mvbalaw.com
william.fennell@fennelllaw.com

**Members:**

andrewtenzer@paulhastings.com
apetrakov@offitkurman.com
bankruptcy@morrisoncohen.com
bbutterfield@mofo.com
bob.bruner@nortonrosefulbright.com
bradley.schneider@mto.com
BrettMiller@mofo.com
cdesiderio@nixonpeabody.com
chipford@parkerpoe.com
christy.rivera@nortonrosefulbright.com

cmiller@mnat.com
cmomjian@attorneygeneral.gov
david.rosenzweig@nortonrosefulbright.com

dperry@munsch.com
dsklar@nixonpeabody.com
enid.stuart@ag.ny.gov
howard.seife@nortonrosefulbright.com
jaffeh@pepperlaw.com
jbarsalona@mnat.com
jhurwitz@paulweiss.com
jmarines@mofo.com
jodybedenbaugh@nelsonmullins.com
kcordry@naag.org
kcornish@paulweiss.com
laura.mccarthy@morganlewis.com
lclayton@paulweiss.com
leslieplaskon@paulhastings.com
lily@pacogarment.com
listwak@pepperlaw.com
Mlightner@mofo.com
mro@prbankruptcy.com
neil.herman@morganlewis.com
paul.schwartzberg@usdoj.gov
paul@orshanpa.com
pbasta@paulweiss.com
rachel.obaldo@oag.texas.gov

andrewtenzer@paulhastings.com
apetrakov@offitkurman.com
bankruptcy@morrisoncohen.com
bbutterfield@mofo.com
bob.bruner@nortonrosefulbright.com
bradley.schneider@mto.com
BrettMiller@mofo.com
cdesiderio@nixonpeabody.com
chipford@parkerpoe.com
christy.rivera@nortonrosefulbright.com

cmiller@mnat.com
cmomjian@attorneygeneral.gov
david.rosenzweig@nortonrosefulbright.com

dperry@munsch.com
dsklar@nixonpeabody.com
enid.stuart@ag.ny.gov
howard.seife@nortonrosefulbright.com
jaffeh@pepperlaw.com
jbarsalona@mnat.com
jhurwitz@paulweiss.com
jmarines@mofo.com
jodybedenbaugh@nelsonmullins.com
kcordry@naag.org
kcornish@paulweiss.com
laura.mccarthy@morganlewis.com
lclayton@paulweiss.com
leslieplaskon@paulhastings.com
lily@pacogarment.com
listwak@pepperlaw.com
Mlightner@mofo.com
mro@prbankruptcy.com
neil.herman@morganlewis.com
paul.schwartzberg@usdoj.gov
paul@orshanpa.com
pbasta@paulweiss.com
rachel.obaldo@oag.texas.gov

rbritton@paulweiss.com

richard.morrissey@usdoj.gov

rpedone@nixonpeabody.com

sbuergel@paulweiss.com

sdnyecf@dor.mo.gov

shane.ramsey@nelsonmullins.com

shlomomaza@paulhastings.com

smetz@offitkurman.com

smiller@morrisjames.com

sokeefe@okeefelc.com

ssmith@mwlaw.com

stephen.castro@nortonrosefulbright.com

thomas.walper@mto.com

rbritton@paulweiss.com

richard.morrissey@usdoj.gov

rpedone@nixonpeabody.com

sbuergel@paulweiss.com

sdnyecf@dor.mo.gov

shane.ramsey@nelsonmullins.com

shlomomaza@paulhastings.com

smetz@offitkurman.com

smiller@morrisjames.com

sokeefe@okeefelc.com

ssmith@mwlaw.com

stephen.castro@nortonrosefulbright.com

thomas.walper@mto.com

**Members:**

| | |
|---|---|
| afiedler@schiffhardin.com | afiedler@schiffhardin.com |
| andrewcorkhill@quinnemanuel.com | andrewcorkhill@quinnemanuel.com |
| Aron.hume@gmail.com | Aron.hume@gmail.com |
| asnow@ssbb.com | asnow@ssbb.com |
| cbelmonte@ssbb.com | cbelmonte@ssbb.com |
| cfilardi@rrlawpc.com | cfilardi@rrlawpc.com |
| cpugatch@rprslaw.com | cpugatch@rprslaw.com |
| dpick@picklaw.net | dpick@picklaw.net |
| ecobb@pbfcm.com | ecobb@pbfcm.com |
| ellisonmerkel@quinnemanuel.com | ellisonmerkel@quinnemanuel.com |
| etikkanen@reisspreuss.com | etikkanen@reisspreuss.com |
| fbr@robinsonbrog.com | fbr@robinsonbrog.com |
| gerald.kennedy@procopio.com | gerald.kennedy@procopio.com |
| gregg.galardi@ropesgray.com | gregg.galardi@ropesgray.com |
| greiss@reisspreuss.com | greiss@reisspreuss.com |
| hmagaliff@r3mlaw.com | hmagaliff@r3mlaw.com |
| james.wilton@ropesgray.com | james.wilton@ropesgray.com |
| jbanks@pbfcm.com | jbanks@pbfcm.com |
| jon@piercemccoy.com | jon@piercemccoy.com |
| jonpickhardt@quinnemanuel.com | jonpickhardt@quinnemanuel.com |
| joshua.sturm@ropesgray.com | joshua.sturm@ropesgray.com |
| jweinblatt@sakar.com | jweinblatt@sakar.com |
| kflorey@robbins-schwartz.com | kflorey@robbins-schwartz.com |
| kimberly.kodis@ropesgray.com | kimberly.kodis@ropesgray.com |
| ldelucia@schiffhardin.com | ldelucia@schiffhardin.com |
| lmbkr@pbfcm.com | lmbkr@pbfcm.com |
| mamato@rmfpc.com | mamato@rmfpc.com |
| matthewscheck@quinnemanuel.com | matthewscheck@quinnemanuel.com |
| mmccann@swc-law.com | mmccann@swc-law.com |
| nicholas.berg@ropesgray.com | nicholas.berg@ropesgray.com |
| nsmith@robbins-schwartz.com | nsmith@robbins-schwartz.com |
| NYROBankruptcy@sec.gov | NYROBankruptcy@sec.gov |
| osonik@pbfcm.com | osonik@pbfcm.com |
| patricia.chen@ropesgray.com | patricia.chen@ropesgray.com |
| pbosswick@ssbb.com | pbosswick@ssbb.com |
| prubin@rubinlawllc.com | prubin@rubinlawllc.com |
| rabiuso@swc-law.com | rabiuso@swc-law.com |
| rlp@pryormandelup.com | rlp@pryormandelup.com |

Robert.e.michael.esq@gmail.com
rsteinberg@pricemeese.com
sam.ashuraey@ropesgray.com
searsteam@primeclerk.com
secbankruptcy@sec.gov
serviceqa@primeclerk.com
skelly@s-d.com
srosen@rosenpc.com
ssally@ropesgray.com
susheelkirpalani@quinnemanuel.com
timothy.farrell@ropesgray.com

Robert.e.michael.esq@gmail.com
rsteinberg@pricemeese.com
sam.ashuraey@ropesgray.com
searsteam@primeclerk.com
secbankruptcy@sec.gov
serviceqa@primeclerk.com
skelly@s-d.com
srosen@rosenpc.com
ssally@ropesgray.com
susheelkirpalani@quinnemanuel.com
timothy.farrell@ropesgray.com

**Members:**

| | |
|---|---|
| aconway@taubman.com | aconway@taubman.com |
| afeld@sheppardmullin.com | afeld@sheppardmullin.com |
| alves@sewkis.com | alves@sewkis.com |
| ashmead@sewkis.com | ashmead@sewkis.com |
| bankruptcynoticeschr@sec.gov | bankruptcynoticeschr@sec.gov |
| bk@svllaw.com | bk@svllaw.com |
| bsattin@szaferman.com | bsattin@szaferman.com |
| ckwu@sulmeyerlaw.com | ckwu@sulmeyerlaw.com |
| cp@stevenslee.com | cp@stevenslee.com |
| darolf@sorlinglaw.com | darolf@sorlinglaw.com |
| dietdericha@sullcrom.com | dietdericha@sullcrom.com |
| dkronenberg@sidley.com | dkronenberg@sidley.com |
| dkupetz@sulmeyerlaw.com | dkupetz@sulmeyerlaw.com |
| dplon@sirlinlaw.com | dplon@sirlinlaw.com |
| efile@pbgc.gov | efile@pbgc.gov |
| emfox@seyfarth.com | emfox@seyfarth.com |
| enotices@skijain.com | enotices@skijain.com |
| floridaservice@sbwh.law | floridaservice@sbwh.law |
| fsosnick@shearman.com | fsosnick@shearman.com |
| George.Howard@skadden.com | George.Howard@skadden.com |
| jcanfield@stroock.com | jcanfield@stroock.com |
| jlemkin@stark-stark.com | jlemkin@stark-stark.com |
| joe@saracheklawfirm.com | joe@saracheklawfirm.com |
| jshafer@sbwh.law | jshafer@sbwh.law |
| khansen@stroock.com | khansen@stroock.com |
| lawyer@surilawoffice.com | lawyer@surilawoffice.com |
| mary.callahan@bnymellon.com | mary.callahan@bnymellon.com |
| mccarron.william@pbgc.gov | mccarron.william@pbgc.gov |
| mkish@sbwh.law | mkish@sbwh.law |
| mshriro@singerlevick.com | mshriro@singerlevick.com |
| mtsang@tsanglawfirm.com | mtsang@tsanglawfirm.com |
| Paul.Leake@skadden.com | Paul.Leake@skadden.com |
| pmryan@sorlinglaw.com | pmryan@sorlinglaw.com |
| pstrok@swelawfirm.com | pstrok@swelawfirm.com |
| rhermann@sbwh.law | rhermann@sbwh.law |
| Riela@thsh.com | Riela@thsh.com |
| rkinas@swlaw.com | rkinas@swlaw.com |
| rreinert@shutts.com | rreinert@shutts.com |

rtucker@simon.com
sara.coelho@shearman.com
sbhattacharyya@stroock.com
Shana.Elberg@skadden.com
Starr.Judith@pbgc.gov
streusand@slollp.com
tcohen@sheppardmullin.com
tf@lawtaf.com
thomas.salerno@stinson.com
tonder@stark-stark.com
zylberbergd@sullcrom.com

rtucker@simon.com
sara.coelho@shearman.com
sbhattacharyya@stroock.com
Shana.Elberg@skadden.com
Starr.Judith@pbgc.gov
streusand@slollp.com
tcohen@sheppardmullin.com
tf@lawtaf.com
thomas.salerno@stinson.com
tonder@stark-stark.com
zylberbergd@sullcrom.com

**Members:**

| | |
|---|---|
| AGBankNewYork@ag.tn.gov | AGBankNewYork@ag.tn.gov |
| alipkin@willkie.com | alipkin@willkie.com |
| awilliams@williamsadvisors.com | awilliams@williamsadvisors.com |
| bankruptcy@evict.net | bankruptcy@evict.net |
| boreilly@cgsh.com | boreilly@cgsh.com |
| Carina.Schoenberger@usdoj.gov | Carina.Schoenberger@usdoj.gov |
| caustin@cgsh.com | caustin@cgsh.com |
| counsel@searshc.com | counsel@searshc.com |
| Curtis.Tuggle@ThompsonHine.com | Curtis.Tuggle@ThompsonHine.com |
| David.Jones6@usdoj.gov | David.Jones6@usdoj.gov |
| david.tillem@wilsonelser.com | david.tillem@wilsonelser.com |
| Dclarke@wjslaw.com | Dclarke@wjslaw.com |
| ellen.odoner@weil.com | ellen.odoner@weil.com |
| garrett.fail@weil.com | garrett.fail@weil.com |
| gavin.westerman@weil.com | gavin.westerman@weil.com |
| gbrunswick@willkie.com | gbrunswick@willkie.com |
| gtoering@wnj.com | gtoering@wnj.com |
| harold@eslinvest.com | harold@eslinvest.com |
| jacqueline.marcus@weil.com | jacqueline.marcus@weil.com |
| Jared.Friedmann@weil.com | Jared.Friedmann@weil.com |
| jdunn@vedderprice.com | jdunn@vedderprice.com |
| Jeffrey.Oestericher@usdoj.gov | Jeffrey.Oestericher@usdoj.gov |
| JeriLeigh.Miller@weil.com | JeriLeigh.Miller@weil.com |
| jessica.liou@weil.com | jessica.liou@weil.com |
| Jessie.Mishkin@weil.com | Jessie.Mishkin@weil.com |
| jose.galarza@usbank.com | jose.galarza@usbank.com |
| Joseph.Cordaro@usdoj.gov | Joseph.Cordaro@usdoj.gov |
| kay.brock@traviscountytx.gov | kay.brock@traviscountytx.gov |
| ketzel@vedderprice.com | ketzel@vedderprice.com |
| kunal@eslinvest.com | kunal@eslinvest.com |
| Lawrence.Fogelman@usdoj.gov | Lawrence.Fogelman@usdoj.gov |
| Linda.Riffkin@usdoj.gov | Linda.Riffkin@usdoj.gov |
| marva.m.levine@verizon.com | marva.m.levine@verizon.com |
| mbrofman@weisszarett.com | mbrofman@weisszarett.com |
| mfullington@wyattfirm.com | mfullington@wyattfirm.com |
| mmeghji@miiipartners.com | mmeghji@miiipartners.com |
| mschein@vedderprice.com | mschein@vedderprice.com |
| ncwitte@wittelaw.com | ncwitte@wittelaw.com |

notice@waldrepllp.com
Paloma.VanGroll@weil.com
Peter.Aronoff@usdoj.gov
phealy@wsfsbank.com
powerwangtxks@vip.126.com
project.blue.rx@lazard.com
ray.schrock@weil.com
rob.riecker@searshc.com
saron@wrslawyers.com
scimalore@wilmingtontrust.com
sfalanga@walsh.law
sfink@weltman.com
sgerald@wtplaw.com
soneal@cgsh.com
sunny.singh@weil.com
tom@attorneyzim.com
vandermarkj@whiteandwilliams.com

notice@waldrepllp.com
Paloma.VanGroll@weil.com
Peter.Aronoff@usdoj.gov
phealy@wsfsbank.com
powerwangtxks@vip.126.com
project.blue.rx@lazard.com
ray.schrock@weil.com
rob.riecker@searshc.com
saron@wrslawyers.com
scimalore@wilmingtontrust.com
sfalanga@walsh.law
sfink@weltman.com
sgerald@wtplaw.com
soneal@cgsh.com
sunny.singh@weil.com
tom@attorneyzim.com
vandermarkj@whiteandwilliams.com