**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In Re:** | ) | Chapter 11 Case Number 18-bk-23537-rdd |
| | ) | (jointly administered with 18-bk-23538-lead case) |
| **Sears, Roebuck & Co.,** | ) | |
| | ) | **Judge Robert D. Drain** |
| **Debtor.** | ) | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Sharon A. Harris, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Mario Aliano, a Movant in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Illinois, and the bar of the United States District Court for the Northern District of Illinois, the United States District Court for the Northern District of Indiana, the United States Court of Appeals for the Seventh Circuit, and the United States Court of Appeals for the Ninth Circuit.

I have submitted the filing fee of $200.00 with the motion for *pro hac vice* admission.

Dated: April 17, 2019

Chicago, Illinois

By: /s/ Sharon A. Harris
Sharon A. Harris
*sharon@attorneyzim.com*
ZIMMERMAN LAW OFFICES, P.C.
77 West Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020 telephone
(312) 440-4180 facsimile
www.attorneyzim.com