GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212.813.8800
F: 212.355.3333
Gregory W. Fox
Barry Z. Bazian
*Counsel to Waste Management*
*National Services, Inc. and its affiliates*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**SEARS HOLDINGS CORPORATION,** *et al.***,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF MOTION AND OBJECTIONS OF**
**WASTE MANAGEMENT NATIONAL SERVICES, INC.**

**PLEASE TAKE NOTICE** that Waste Management National Services, Inc. (together with its affiliates, "WM"), by and through its undersigned counsel, hereby withdraws its *Motion*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

*of Waste Management National Services, Inc. for Authorization to Cease Providing Services to the Buyer Through the Services Agreement Between the Buyer and the Debtors Absent an Assumption and Assignment of the Amended and Restated Waste Hauling and Recycling Master Services Agreement to the Buyer* **[Docket No. 2983]** ("Motion to Terminate"), which was filed in the above-captioned case on March 28, 2019. WM also withdraws its related *Notice of Hearing* **[Docket No. 2985]**, thereby removing the Motion to Terminate from the April 18, 2019 omnibus hearing schedule.

WM also hereby withdraws its (i) *Objection of Waste Management National Services, Inc. and its Affiliates to (A) Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction; and (B) The Global Asset Sale Transaction* **[Docket No. 1783]** and (ii) *Supplemental Objection of Waste Management National Services, Inc. and its Affiliates to Second Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* **[Docket No. 2547]**, which were filed in the above-captioned case on January 24, 2019 and February 11, 2019, respectively.

Dated: New York, New York
April 17, 2019

                                              /s/ Gregory W. Fox
                                              GOODWIN PROCTER LLP
                                              The New York Times Building
                                              620 Eighth Avenue
                                              New York, New York 10018
                                              T: 212.813.8800
                                              F: 212.355.3333
                                              Gregory W. Fox
                                              Barry Z. Bazian
                                              gfox@goodwinlaw.com
                                              bbazian@goodwinlaw.com
                                              *Counsel to Waste Management*
                                              *National Services, Inc. and its affiliates*