## PARTIAL EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court
         Southern District of New York
         Attn: Clerk

AND TO:  Sears Holding Corporation, et al., Jointly Administered
         Case No. 18-23538

Claim #: 1069 / Schedule ☐

**TANNOR PARTNERS CREDIT FUND, LP**, its successors and assigns ("Assignor"), for good and valuation consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably partially, sell, transfer and assign unto:

**DOSIS FRAGRANCE**
250 Passaic St.
Newark, NJ 07104

its successors and assigns ("Assignee"), all rights title and interest in and to the partial administrative expense claim or cure claim of Assignor pursuant to section 503(b)(9) of the United States Bankruptcy Code, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $33,339.00 as shown on the enclosed invoice ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee or the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer by its duly authorized representative dated this 17 day of April, 2019.


**TANNOR PARTNERS CREDIT FUND, LP**


By: /s/ Robert J. Tannor

**Dosis Fragrance LLC**

250 Passaic St.
Newark, NJ, 07104
Phone: 718-874-0074
Fax: 718-782-0074

**Invoice**

Date: Sep 28, 2018
Page: 1
Invoice Number: 00004623

**Sold To:**
Sears Holdings Corp
P.O. Box 660200
Dallas, TX 75266

**Ship To:**
Sears Holdings Corp
Location ID: 00039472682275
1 Kresge Road
Fairless Hills, PA 19030

| Order No. | Order Date | Customer No. | Salesperson | PO Number | Ship Via | Terms |
|---|---|---|---|---|---|---|
| 00004768 | Jul 27, 2018 | SEAR | AS | 08275298231 | | NET60 |

| Qty. Ord. | Qty. Shp. | Qty. B/O | Item Number | Description | Unit Price | UOM | Extended Price |
|---|---|---|---|---|---|---|---|
| 252.00 | 252.00 | 0.0000 | G-S01372 | Laura Marano Love You 3 Pc. G/S | 7.000000 | EA | 1,764.00 |
| 180.00 | 180.00 | 0.0000 | G-S01393 | Secret Love Shh! 3 Pc G/S | 4.250000 | EA | 765.00 |
| 180.00 | 180.00 | 0.0000 | G-S01394 | Secret Love Flirt 3 Pc G/S | 4.250000 | EA | 765.00 |
| 180.00 | 180.00 | 0.0000 | G-S01395 | Secret Love Wink 3 Pc G/S | 4.250000 | EA | 765.00 |
| 68.000 | 68.00 | 0.0000 | D-2142 | Dosis 12 Pc. Display (Lolita/Piel Canela/Secr) | 66.000000 | EA | 4,488.00 |
| 240.00 | 240.00 | 0.0000 | G-S01369 | Sexy 5 Po vial Gift Set | 4.250000 | EA | 1,020.00 |
| 240.00 | 240.00 | 0.0000 | G-S01385 | Hunter Cigars 4 Pc. Gift Set | 4.250000 | EA | 1,020.00 |
| 172.00 | 172.00 | 0.0000 | G-S01380 | Hunter Fang 3 Pc. G/S | 4.250000 | EA | 731.00 |
| 172.00 | 172.00 | 0.0000 | G-S01381 | Hunter Claw 3 Pc. G/S | 4.250000 | EA | 731.00 |
| 172.00 | 172.00 | 0.0000 | G-S01382 | Hunter Howl 3 Pc. G/S | 4.250000 | EA | 731.00 |
| 180.00 | 180.00 | 0.0000 | G-S01360 | Sexy All Day Long 3 Pc. Gift Set | 4.250000 | EA | 765.00 |
| 180.00 | 180.00 | 0.0000 | G-S01361 | Sexy All Night Long 3 Pc. Gift Set | 4.250000 | EA | 765.00 |
| 180.00 | 180.00 | 0.0000 | G-S01362 | Sexy Midnight 3 Pc. Gift Set | 4.250000 | EA | 765.00 |
| 252.00 | 252.00 | 0.0000 | G-S01370 | Laura Marano Kiss You 3 Pc. G/S | 7.000000 | EA | 1,764.00 |
| 504.00 | 504.00 | 0.0000 | G-S01331 | Dosis De Carino G/S with 3.3 bottle | 5.500000 | EA | 2,772.00 |
| 480.00 | 480.00 | 0.0000 | G-S01332 | Dosis De Amor G/S with 3.3 bottle | 5.500000 | EA | 2,640.00 |
| 540.00 | 540.00 | 0.0000 | G-S01333 | Dosis De Pasion G/S with 3.3 bottle | 5.500000 | EA | 2,970.00 |
| 480.00 | 480.00 | 0.0000 | G-S01301 | Dosis 5 Pc. Mini Gift Set | 5.500000 | EA | 2,640.00 |
| 504.00 | 504.00 | 0.0000 | G-S01337 | Dosis De Ti G/S with 3.3 bottle | 5.500000 | EA | 2,772.00 |
| 492.00 | 492.00 | 0.0000 | G-S01338 | Dosis De Besos G/S with 3.3 bottle | 5.500000 | EA | 2,706.00 |

| Due Date | Amount Due | Discount Date | Disc. Amount |
|---|---|---|---|
| Nov 27, 2018 | 33,339.00 | Sep 28, 2018 | 0.00 |

Comments:

Tax summary:
NON    0.00

Subtotal: 33,339.00
Total sales tax: 0.00

Total amount: 33,339.00
Less payment: 0.00
Less pmt. disc: 0.00

Amount due: 33,339.00