Alan M. Feld, Esq.
Ted Cohen, Esq. *Admitted Pro Hac Vice*
**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
30 Rockefeller Plaza
New York, NY 10112
Tel:  (212) 653-8700
Fax: (212) 653-8701

*Counsel for Everlast World's Boxing Headquarters Corp.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS, *et. al.*[1],<br><br>              Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>Jointly Administered<br><br>Hearing Date:     April 18, 2019, 10:00 a.m. ET<br>Objection Deadline:  March 14, 2019, 4:00 p.m. ET |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

SMRH:490106747.1

**NOTICE OF WITHDRAWAL OF MOTION OF EVERLAST WORLD'S BOXING HEADQUARTERS CORP. UNDER BANKRUPTCY CODE SECTIONS 365(d)(2) AND 363(e) TO COMPEL: (1) ASSUMPTION OR REJECTION OF LICENSE AGREEMENT FORTHWITH, AND (2) PAYMENT OF ADMINISTRATIVE CLAIM AS ADEQUATE PROTECTION [ECF NO. 2779]**

**PLEASE TAKE NOTICE** that Everlast World's Boxing Headquarters Corp. ("Everlast"), by and through its undersigned counsel, hereby withdraws its Notice of Motion and Motion Under Bankruptcy Code Sections 365(d)(2) and 363(e) to Compel: (1) Assumption or Rejection of License Agreement Forthwith, and (2) Payment of Administrative Claim as Adequate Protection [**ECF No. 2779**] (the "Motion"), filed March 7, 2019.  Based thereon, the Motion will not go forward at the Omnibus Hearing on April 18, 2019.  By withdrawing the Motion, Everlast does not waive in any respect (i) its Proofs of Claim filed February 4, 2019, Claim Nos. 8355 and 8380, as modified, amended or to be modified or amended, or (ii) its right to file any rejection claim(s) upon the rejection of Everlast's license agreement with debtors Sears, Roebuck & Co. and Kmart Corporation.

Dated: April 17, 2019
      Los Angeles, California

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**

By: */s/ Ted Cohen*
Alan M. Feld, Esq.
Ted Cohen, Esq.
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 653-8700
Fax: (212) 653-8701
E-mail: afeld@sheppardmullin.com
       tcohen@sheppardmullin.com

*Counsel for Everlast World's Boxing Headquarters Corp.*