# WELTMAN & MOSKOWITZ, LLP
### ATTORNEYS AT LAW
### 270 MADISON AVENUE
### NEW YORK, NEW YORK 10016-0603

(212) 684-7800
FAX: (212) 684-7995
www.weltmosk.com
info@weltmosk.com

MICHAEL L. MOSKOWITZ
RICHARD E. WELTMAN*

MICHELE K. JASPAN*
MELISSA A. GUSEYNOV

*ALSO ADMITTED IN NJ

575 UNDERHILL BOULEVARD
SYOSSET, NEW YORK 11791-3431
(516) 931-4088

18 COLUMBIA TURNPIKE
SUITE 200
FLORHAM PARK, NEW JERSEY 07932-2266
(201) 794-7500
FAX (201) 625-6475

April 17, 2019

**VIA CM/ECF**
**AND FIRST-CLASS MAIL**

Clerk of the Court
United States Bankruptcy Court, Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601

    Re:    Sears Holdings Corporation
                Chapter 11 Case
                Case No. 18-23538 (RDD)

Dear Sir or Madam:

    Please be advised I do not wish to receive any further electronic filing notices associated with this case (mlm@weltmosk.com).

    Thank you.

Very truly yours,

MICHAEL L. MOSKOWITZ

MLM/jg