UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re: Sears Holdings Corporation, Inc., et al     Case No. 18-23538 Jointly Administered

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Cowen Special Investments LLC
Name of Transferee

A D Sutton & Sons
Name of Transferor

Name and Address where notices to transferee should be sent:

Cowen Special Investments LLC
599 Lexington Ave 21st Floor
New York, NY 10022

Phone: 646-616-3032

Last Four Digits of Acct #: _____

Court Claim # (if known): 7655
Total Amount of Claim: $113,720.26
Transferred Amount of Claim: $38,252.70
503(b)(9) Portion Only
Date Filed: January 14, 2019

Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Gail Rosenblum                    Date: 4/17/2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Exhibit A

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, A D SUTTON & SONS ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Cowen Special Investments LLC ("Assignee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its administrative expense priority claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against Kmart Corporation (the "Debtor"), the debtor in Case No. 18-23538 ("Case") pending in the United States Bankruptcy Court for the Southern District of New York(the "Bankruptcy Court"), and the relevant portion of proofs of claim No. 7655 filed by Assignor or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this ___ day of ____ 2019.

A D SUTTON & SONS

By: _____

Name: Steven S Sutton

Title: Pres.

Cowen Special Investments LLC

By: _____

Name: Jay McCort

Title: MD

-9-

694247v.2 1558/00010