**THOMPSON HINE LLP**
Jonathan S. Hawkins
10050 Innovation Dr. #400
Miamisburg, OH 45432
Phone: 937.443.6600

*Counsel for Teradata Operations, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| IN RE: | : | Chapter 11 |
|  | : |  |
| SEARS HOLDINGS CORP., *et al.*,[1] | : | Case No. 18-23538 |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
|  | : |  |

**AFFIDAVIT OF SERVICE**

STATE OF OHIO            )
                         ) SS.:
COUNTY OF MONTGOMERY     )

      Jonathan S. Hawkins being duly sworn, deposes and says: I am not a party to the within

action, am over 18 years of age and reside in Ohio.

---

[1] The "Debtors" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365); SHC Licensed Business LLC (3718); and SHC Promotions LLC (9626).

On the 17th day of April, 2019, I caused to be served through the Court's ECF Noticing System a true and correct copy of the:

*Objection of Teradata Operations, Inc. to Debtor's Fifth Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction*

in this proceeding on the following:

(A)  the Consultation Parties;

(B)  the Bid Notice Parties;

(C)  counsel for Transform Holdco, LLC; and

(D)  all other parties of record entitled to ECF Notice

and via separate email to the following:

| | |
|---|---|
| Jacqueline Marcus | jacqueline.marcus@weil.com |
| Sean O'Neal | soneal@cgsh.com |
| Luke A. Barefoot | lbarefoot@cgsh.com |
| Sunny Singh | sunny.singh@weil.com |
| Chelsey Rosenbloom | crosenbloom@cgsh.com |

_____
Jonathan S. Hawkins

Subscribed and sworn to before me
this 17th day of April, 2019.

_____
Notary Public

DIANE E. MacLEOD
NOTARY PUBLIC - STATE OF OHIO
MY COMMISSION EXPIRES 11-24-23