WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION, *et al.*,** | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| **Debtors.[1]** | : | **(Jointly Administered)** |

------------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON APRIL 18, 2019 AT 10:00 A.M.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York,
before the Honorable Robert D. Drain, United States Bankruptcy Judge,
300 Quarropas Street, White Plains, New York 10601

## I.    CONTESTED MATTERS:

1.    Debtors' (I) Motion to (A) Enforce Asset Purchase Agreement and Automatic
Stay Against Transform Holdco LLC and (B) Compel Turnover of Estate
Property, and (II) Response to Transform Holdco LLCs Motion to Assign Matter
to Mediation **[ECF No. 2796]**

Response Deadline:  March 18, 2019 at 4:00 p.m.

Responses Filed Relating to Credit Card Receivables Issue:

    A.    Initial Supplemental Brief of Transform Holdco LLC in Response
to Debtors' Motion **[ECF No. 3011]**

    B.    Debtors' Supplemental Memorandum of Law **[ECF No. 3079]**

    C.    Transform Holdco LLC's Supplemental Reply Brief **[ECF No.
3156]**

Related Documents to Credit Card Receivables Issue:

    D.    Second Supplemental Declaration of Mohsin Y. Meghji **[ECF
No. 3080]**

    E.    Declaration of Abena A. Mainoo **[ECF No. 3009]**

    F.    Motion of Transform Holdco LLC for Leave to File Under Seal
Portions of Transform Holdco LLC's Initial Supplemental Brief
**[ECF No. 3012]**

    G.    Declaration of Jon Goodin **[ECF No. 3013]**

    H.    Declaration of Katherine E. Lynch in Support of Transform
Holdco's Supplemental Reply Brief **[ECF No. 3135]**

    I.    Declaration of Kunal S. Kamlani in Support of Transform Holdco's
Supplemental Reply Brief **[ECF No. 3155]**

    J.    Transform Holdco LLC's Motion to File Documents Under Seal
**[ECF No. 3157]**

WEIL:\96985521\12\73217.0004

Other Responses Filed:

      K.     Transform Holdco LLC's Response **[ECF No. 2864]**

      L.     Joinder of the Official Committee of Unsecured Creditors to Debtors' Motion **[ECF No. 2808]**

Other Related Documents:

      M.     Debtors' Reply in Further Support of the Motion **[ECF No. 2913]**

      N.     Declaration of Mohsin Y. Meghji in Support of Debtors' Motion **[ECF No. 2797]**

      O.     Supplemental Declaration of Mohsin Y. Meghji in Support of the Debtors' Motion **[ECF No. 2914]**

      P.     Declaration of Lewis J. Liman in Support of Transform Holdco LLC's Response **[ECF No. 2865]**

      Q.     Declaration of Joseph Lanzkron in Support of Transform Holdco LLC's **[ECF No. 2867]**

      R.     Declaration of Andrew D. Hede in Support of Transform Holdco LLC's Response **[ECF No. 2868]**

      S.     Declaration of Terrence E. Rolecek in Support of Transform Holdco LLC's Response to Debtors' Motion **[ECF No. 2915]**

      T.     Motion of Transform Holdco LLC for Leave to File Under Seal Accompanying Exhibits, dated March 20, 2019, with Exhibit 1 (Proposed Order) **[ECF No. 2916]**

      U.     Notice of Schedules to Asset Purchase Agreement **[ECF No. 2450]**

      V.     Order Approving the Asset Purchase Agreement Among Sellers and Buyer **[ECF No. 2507]**

      W.     Notice of Filing Executed (I) Employee Lease Agreement, (II) Services Agreement, and (III) Amendment No. 1 to the Asset Purchase Agreement **[ECF No. 2599]**

Status:  This matter is going forward on a contested basis solely with respect to the Credit Card Receivables Issue.

WEIL:\96985521\12\73217.0004

2.    Motion of Wilmington Trust, National Association, as Indenture Trustee and
Collateral Agent to Prohibit or Condition Debtors' Continued Use of Collateral,
Including Cash Collateral **[ECF No. 3050]**

Response Deadline:    April 11, 2019 at 4:00 p.m.; (April 12, 2019 at 5:00 p.m.
for Debtors)

Responses Filed:

A.    Debtors' Objection and Declaration in Support **[ECF No. 3198]**

B.    Joinder of the Official Committee of Unsecured Creditors **[ECF
No. 3210]**

Related Documents:

C.    Declaration of Edward M. Fox **[ECF No. 3051]**

D.    Joinder of ESL Investments, Inc. to Motion **[ECF No. 3134]**

E.    Declaration of Katherine E. Lynch in Support of Joinder of ESL
Investments, Inc. **[ECF No. 3135]**

F.    Joinder of Cyrus Capital Partners, L.P. to Motion **[ECF No. 3142]**

G.    Wilmington Trust 's Reply in Further Support **[ECF No. 3267]**

Status:  This matter is going forward on a contested basis.

3.    Motion of Debtors to Compel Turnover of Estate Property **[ECF No. 2715]**

Response Deadline:    March 29, 2019 at 4:00 p.m.

Response Filed:

A.    Community Unit School District 300's Reply to Debtor's
Objection **[ECF No. 2996]**

B.    Supplemental Objection of Community Unit School District 300
**[ECF No. 3247]**

Related Documents:

C.    Reply in Support of Debtors' Motion **[ECF No. 3161]**

D.    Declaration of Jessie B. Mishkin **[ECF No. 2716]**

WEIL:\96985521\12\73217.0004

      E.       Declaration of Mohsin Y. Meghji **[ECF No. 2717]**

Status:  This matter is going forward on a contested basis.

4.      Motion of Community Unit School District 300 for Relief from the Automatic Stay or, in the Alternative, for Abstention **[ECF No. 652]**

Response Deadline:    April 11, 2019 at 4:00 p.m.

Response Filed:

      A.       Debtor's Objection **[ECF No. 1280]**

Related Documents:

      B.       Affidavit of Susan Harkin in Support of Community Unit School District 300's Motion **[ECF No. 1321]**

      C.       Stipulation and Order by and Among the Village of Hoffman Estates, Sears Holdings Corporation and Community Unit School District 300 Concerning Funds Held Pursuant to the Economic Development Area and Tax Inclement Allocation Act **[ECF No. 1548]**

      D.       Community Unit School District 300's Reply to Debtors' Objection **[ECF No. 2996]**

      E.       Reply in Support of Debtors' Motion to Compel Turnover of Estate Property **[ECF No. 3161]**

      F.       Reply Declaration of Jessie B. Mishkin in Support of Debtors' Motion to Compel Turnover of Estate Property **[ECF No. 3162]**

Status:  This matter is going forward.

5.      Motion of Trustees of Estate of Bernice Pauahi Bishop to Compel Payment of Post-Petition Rent and Related Lease Obligations Pursuant to 11 U.S.C. §§ 105(a), 363(e), 365(d)(3) and 503(b)(1)(A) and to Pay all Subsequent Amounts Owed on a Timely Basis **[ECF No. 2414]**

Response Deadline:    April 11, 2019 at 4:00 p.m.

Responses Filed:

      A.       Objection of Transform Holdco, LLC **[ECF No. 2832]**

      B.       Debtors' Response and Reservation of Rights **[ECF No. 3169]**

5

Related Document:

      C.      Response of Trustees of Estate of Bernice Pauahi Bishop **[ECF No. 2922]**

Status:  This matter has been adjourned to June 20, 2019 pursuant to terms reached by the parties and to be disclosed at the hearing on April 18, 2019.

6.      Motion of Dedeaux Inland Empire Properties to Compel Debtor in Possession to Assume and Assign, or, Alternatively, to Reject, Unexpired Lease on Real Property (Sears Contract No. S8729-73-A) **[ECF No. 2980]**

Response Deadline:    April 11, 2019 at 4:00 p.m.

Response Filed:

      A.      Debtors' Objection **[ECF No. 3168]**

Related Document:

      B.      Reply by Dedeaux Inland Empire Properties **[ECF No. 3202]**

Status:  This matter is going forward on a contested basis.

7.      Motion of Mauldin At Butler LLC for Payment of Administrative Expenses Pursuant to 11 U.S.C. §503(a), 503 (b)(1)(A), and 507(a)(2) **[ECF No. 2690]**

Response Deadline:    April 11, 2019 at 4:00 p.m.

Response Filed:

      A.      Debtors' Objection **[ECF No. 3163]**

Related Document:

      B.      Reply of Mauldin at Butler, LLC **[ECF No. 3225]**

Status:  This matter is going forward on a contested basis.

8.      Motion of Debtors for Entry of an Order Authorizing and Approving Procedures for Settling De Minimis Affirmative Claims and Causes of Action of the Debtors **[ECF No. 3031]**

Response Deadline:    April 11, 2019 at 4:00 p.m.

WEIL:\96985521\12\73217.0004

Response Filed:

      A.     Limited Objection of Wilmington Trust, National Association **[ECF No. 3144]**

Related Documents:   None.

Status:  This matter is going forward on a contested basis.

9.     Motion of Winners Industry Co., Ltd. for Allowance and Payment of Administrative Expense Claims **[ECF No. 1386]**

Response Deadline:   March 14, 2019 at 11:59 p.m.

Response Filed:

      A.     Debtors' Objection **[ECF No. 2839]**

Related Documents:

      B.     Reservation of Rights of Winners Industry Co. Ltd. **[ECF No. 2889]**

      C.     Initial Reply of Winners Industry Co., Ltd. **[ECF No. 3229]**

      D.     Joinder by Pearl Global Industries Ltd. **[ECF No. 3258]**

Status:  This matter is going forward solely with respect to 503(b)(1)(A) relief.

## II.   **AUTOMATIC STAY MATTERS:**

10.    Motion of Mario Aliano for Relief from the Automatic Stay to Allow Civil Litigation on Appeal to Proceed **[ECF No. 987]**

Response Deadline:   April 11, 2019 at 4:00 p.m.

Response Filed:

      A.     Second Omnibus Objection of Debtors to Motions for Relief from Stay **[ECF No. 3149]**

Related Document:

      B.     Reply of Mario Aliano **[ECF No. 3230]**

Status:  This matter is going forward.

WEIL:\96985521\12\73217.0004

11.     Motion of Stephen Tuttle for Relief from the Automatic Stay **[ECF No. 2498]**

Response Deadline:     April 11, 2019 at 4:00 p.m.

Responses Filed:       None.

Response Filed:

      A.     Second Omnibus Objection of Debtors to Motions for Relief from Stay **[ECF No. 3149]**

Status:  This matter is going forward.

12.     Motion of Jeffrey Pfeiffer for Relief from the Automatic Stay to Allow Civil Litigation on Appeal to Proceed **[ECF No. 2633]**

Response Deadline:     April 11, 2019 at 4:00 p.m.

Response Filed:

      A.     Second Omnibus Objection of Debtors to Motions for Relief from Stay **[ECF No. 3149]**

Related Documents:     None.

Status:  This matter is going forward.

## III.   **ADJOURNED MATTERS:**

13.     Motion of Qazim B. Krasniqi for Relief from the Automatic Stay **[ECF No. 1105]**

Response Deadline:     May 14, 2019 at 4:00 p.m.

Responses Filed:       None.

Related Document:

      A.     Response of Schindler Elevator Corporation in Support of Debtors' Motion **[ECF No. 2475]**

Status:  This matter has been adjourned to May 21, 2019 at 10:00 a.m.

14.     Motion of Anthony Scullari for Relief from the Automatic Stay **[ECF No. 1112]**

Response Deadline:     May 14, 2019 at 4:00 p.m.

Responses Filed:       None.

Related Document:

    A.    Affirmation of Anthony Scullari **[ECF No. 1114]**

Status:  This matter has been adjourned to May 21, 2019 at 10:00 a.m.

15.    Motion of Dell Financial Services L.L.C. for Relief from the Automatic Stay **[ECF No. 1221]**

Response Deadline:    March 14, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to May 21, 2019 at 10:00 a.m.

16.    Motion of Cupid Foundations, Inc. for Allowance of Section 503(b)(9) Administrative Claim **[ECF No. 1385]**

Response Deadline:    To be determined.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to a date to be determined.

17.    Motion of Charles Pugh, *et al.*, for Relief from the Automatic Stay **[ECF No. 1148]**

Response Deadline:    May 14, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to May 21, 2019 at 10:00 a.m.

18.    Motion of Certain Utility Companies to Determine Adequate Assurance of Payment Pursuant to Section 366(c) of the Bankruptcy Code **[ECF No. 1395]**

Response Deadline:    March 7, 2019 at 4:00 p.m.

WEIL:\96985521\12\73217.0004

Response Filed:

    A.      Debtors' Objection **[ECF No. 2451]**

Related Documents:

    B.      Reply of Certain Utility Companies **[ECF No. 2830]**

    C.      Joinder of Jackson EMC **[ECF No. 1533]**

    D.      Declaration of Sherry R. Ward on behalf of Virginia Electric and Power Company in Support of Motion **[ECF No. 2433]**

    E.      Declaration of Wanda Shirley on behalf of Arizona Public Service Company in Support of Motion **[ECF No. 2434]**

    F.      Declaration of Enobong Enyenihi on behalf of Consolidated Edison Company of New York, Inc. **[ECF No. 2436]**

    G.      Declaration of Karen Palmieri on behalf of Connecticut Light & Power Company, *et al.,* in Support of Motion **[ECF No. 2438]**

    H.      Declaration of Walt Larnerd on behalf of Jersey Central Power & Light Company, *et al.*, in Support of Motion **[ECF No. 2440]**

    I.      Declaration of Lisa R. Holland on behalf of PECO Energy Company in Support of Motion **[ECF No. 2441]**

    J.      Declaration of Aldo Rojas on behalf of Southern California Gas Company in Support of Motion **[ECF No. 2442]**

    K.      Declaration of Marrissa Hinton on behalf of The Dominion East Ohio Gas Company d/b/a Dominion East Ohio in Support of Motion **[ECF No. 2444]**

    L.      Declaration of Dwight C. Snowden on behalf of Public Service Company of Oklahoma, *et al.*, in Support of Motion **[ECF No. 2447]**

    M.      Declaration of Jennifer Davy on behalf of New York State Electric and Gas Corporation in Support of Motion **[ECF No. 2458]**

    N.      Declaration of Emory L. Roberts Jr. on behalf of City of Ocala, Florida in Support of Motion **[ECF No. 2459]**

    O.      Declaration of Louise Williams on behalf of Rochester Gas & Electric Corporation in Support of Motion **[ECF No. 2460]**

WEIL:\96985521\12\73217.0004

P.      Declaration of Dora Hargrove on behalf of Baltimore Gas and
        Electric Company in Support of Motion **[ECF No. 2461]**

Q.      Declaration of Carlandra Edwards on behalf of Commonwealth
        Edison Company in Support of Motion **[ECF No. 2462]**

R.      Declaration of Brent Cochran on behalf of Jackson EMC in
        Support of Motion **[ECF No. 2463]**

S.      Declaration of Stephanie Lemmond on behalf of Sacramento
        Municipal Utility District in Support of Motion **[ECF No. 2467]**

T.      Declaration of Jennifer Woehrle on behalf of Orange & Rockland
        Utilities in Support of Motion **[ECF No. 2484]**

U.      Declaration of Michael W. Franklin on behalf of The Potomac
        Electric Power Company in Support of Motion **[ECF No. 2490]**

V.      Declaration of Vincent Albanito on behalf of Public Service
        Electric and Gas Company in Support of Motion **[ECF No. 2500]**

W.      Declaration of Gerald Houck on behalf of Atlantic City Electric
        Company, *et al.*, in Support of Motion **[ECF No. 2501]**

X.      Declaration of Vicki Piazza on behalf of Boston Gas Company,
        *et al.*, in Support of Motion **[ECF No. 2515]**

Status:  This matter has been adjourned to a date to be determined.

19.     Motion of Apex Tool Group, LLC to Allow and Compel Immediate Payment of
        Administrative Expense Claim Pursuant to 11 U.S.C. 503(b)(1)(a) and 11 U.S.C.
        503(b)(9) **[ECF No. 1491]**

Response Deadline:   To be determined.

Responses Filed:     None.

Related Documents:   None.

Status:  This matter has been adjourned to a date to be determined.

20.     Motion of Maria Gonzalez for Relief from the Automatic Stay **[ECF No. 1586]**

Response Deadline:   May 14, 2019 at 4:00 p.m.

Responses Filed:     None.

11

Related Documents:   None.

Status:  This matter has been adjourned to May 21, 2019 at 10:00 a.m.

21.      Motion of Jenny Yednak and Ronald Yednak for Relief from the Automatic Stay **[ECF No. 1754]**

Response Deadline:    May 14, 2019 at 4:00 p.m.

Responses Filed:      None.

Related Documents:   None.

Status:  This matter has been adjourned to May 21, 2019 at 10:00 a.m.

22.      Motion for Relief from the Automatic Stay to Permit Erica Natasha Moore to re-file and prosecute her personal injury action (State Court Action) against Sears, Roebuck  and Co. (Sears) and Cleaning Services Group, CSG (CSG) in the Superior Court of Lowndes County, State of Georgia of Neil Ackerman Erica Natasha Moore **[ECF No. 1777]**

Response Deadline:    May 14, 2019 at 4:00 p.m.

Responses Filed:      None.

Related Documents:   None.

Status:  This matter has been adjourned to May 21, 2019 at 10:00 a.m.

23.      Motion of Natalie Parker for Relief from the Automatic Stay **[ECF No. 2188]**

Response Deadline:    May 14, 2019 at 4:00 p.m.

Responses Filed:      None.

Response Filed:       None.

Status:  This matter has been adjourned to May 21, 2019 at 10:00 a.m.

24.      Motion of Toyota Industries Commercial Finance, Inc. for Relief from the Automatic Stay **[ECF No. 2637]**

Response Deadline:    April 11, 2019 at 4:00 p.m.

Responses Filed:      None.

WEIL:\96985521\12\73217.0004

<u>Related Documents</u>:    None.

<u>Status</u>:  This matter has been adjourned to May 21, 2019 at 10:00 a.m.

25.    Motion of Tracee M. Britton for Relief from the Automatic Stay **[ECF No. 2669]**

<u>Response Deadline</u>:    May 14, 2019 at 4:00 p.m.

<u>Responses Filed</u>:    None.

<u>Related Documents</u>:    None.

<u>Status</u>:  This matter has been adjourned to May 21, 2019 at 10:00 a.m.

26.    Motion of Ronald Jones for Relief from the Automatic Stay **[ECF No. 2709]**

<u>Response Deadline</u>:    May 14, 2019 at 4:00 p.m.

<u>Responses Filed</u>:    None.

<u>Related Documents</u>:    None.

<u>Status</u>:  This matter has been adjourned to May 21, 2019 at 10:00 a.m.

27.    Motion to Compel Debtor to Assume or Reject Lease Agreements **[ECF No. 2750]**

<u>Response Deadline</u>:    April 11, 2019 at 4:00 p.m.

<u>Responses Filed</u>:    None.

<u>Related Documents</u>:    None.

<u>Status</u>:  This matter has been adjourned to May 21, 2019 at 10:00 a.m.

28.    Motion of Rosa Melgar for Relief from the Automatic Stay **[ECF No. 2960]**

<u>Response Deadline</u>:    May 14, 2019 at 4:00 p.m.

<u>Responses Filed</u>:    None.

<u>Related Documents</u>:    None.

<u>Status</u>:  This matter has been adjourned to May 21, 2019 at 10:00 a.m.

WEIL:\96985521\12\73217.0004

29.    Motion of Colette Molinaro, *et al.*, for Relief from the Automatic Stay **[ECF No. 2961]**

Response Deadline:    May 14, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to a date to be determined.

30.    Motion of Antonio D. Roberts for Relief from the Automatic Stay **[ECF No. 2710]**

Response Deadline:    May 14, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to May 21, 2019 at 10:00 a.m.

31.    Motion of William Juiris for Relief from the Automatic Stay **[ECF No. 2745]**

Response Deadline:    May 14, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to May 21, 2019 at 10:00 a.m.

32.    Motion of Kellermeyer Bergensons Services, LLC and Innovative Facility Services for Entry of an Order (I) Compelling the Debtors to Immediately Assume or Reject the Kellermeyer and Innovative Contracts and Pay Post-Petition Amounts Due Under the Contracts, and (II) Granting Related Relief **[ECF No. 2837]**

Response Deadline:    April 11, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Document:

A.    Motion for Order Shortening Notice **[ECF No. 2838]**

Status:  This matter has been adjourned to May 21, 2019 at 10:00 a.m.

WEIL:\96985521\12\73217.0004

33.   Motion of Gabriel Young for Relief from the Automatic Stay **[ECF No. 3028]**

Response Deadline:   May 14, 2019 at 4:00 p.m.

Responses Filed:   None.

Related Documents:   None.

Status:  This matter has been adjourned to May 21, 2019 at 10:00 a.m.

34.   Motion of Milton Manufacturing, LLC to Allow and Compel Payment of Administrative Expense Claim Under 11 U.S.C. §503(b) for Craftsman Branded Goods Delivered to the Debtor Postpetition **[ECF No. 1477]**

Response Deadline:   February 7, 2019 at 4:00 p.m.

Response Filed:

A.   Debtors' Objection **[ECF No. 2481]**

Related Document:

B.   Milton Manufacturing, LLC's Reply **[ECF No. 2561]**

Status:  This matter has been adjourned to a date to be determined.

35.   Motion of Milton Manufacturing, LLC to (I) Compel the Debtor to Assume or Reject Purchase Orders Related to Craftsman Branded Goods Ordered by the Debtor Being Warehoused in Taiwan, and (II) Grant Related Relief **[ECF No. 1479]**

Response Deadline:   February 7, 2019 at 4:00 p.m.

Response Filed:

A.   Debtors' Objection **[ECF No. 2481]**

Related Document:

B.   Milton Manufacturing, LLC's Reply **[ECF No. 2561]**

Status:  This matter has been adjourned to a date to be determined.

WEIL:\96985521\12\73217.0004

36.    Transform Holdco LLC's Motion to Assign Matter to Mediation, with Notice of Motion and Proposed Order **[ECF No. 2766]**

Response Deadline:    March 14, 2019 at 4:00 p.m.

Responses Filed:

A.    Debtor's Response to Transform Holdco LLC's Motion to Assign Matter to Mediation **[ECF No. 2796]**

B.    Official Committee of Unsecured Creditors Response to Transform Holdco LLCs Motion to Assign Matter to Mediation **[ECF No. 2808]**

C.    Response of Helen Andrews Inc., Mien Co., Ltd., Samil Solutions, Shanghai Fochier, Strong Progress Garment Factory Company LTD **[ECF No. 2835]**

Related Documents:

D.    Declaration of Katherine R. Lynch in Support of Transform Holdco LLC's Motion **[ECF No. 2767]**

E.    Transform Holdco LLC's Response **[ECF No. 2864]**

F.    Declaration of Lewis J. Liman in Support of Transform Holdco LLC's Response **[ECF No. 2865]**

G.    Declaration of Joseph Lanzkron in Support of Transform Holdco LLC's **[ECF No. 2867]**

H.    Declaration of Andrew D. Hede in Support of Transform Holdco LLC's Response **[ECF No. 2868]**

I.    Declaration of Terrence E. Rolecek in Support of Transform Holdco LLC's Response to Debtors' Motion **[ECF No. 2915]**

J.    Motion of Transform Holdco LLC for Leave to File Under Seal Portions of the Declaration of Terrence E. Rolecek and Accompanying Exhibits, dated March 20, 2019, with Exhibit 1 (Proposed Order) **[ECF No. 2916]**

K.    Debtors' Reply in Further Support of the Motion **[ECF No. 2913]**

L.    Declaration of Mohsin Y. Meghji in Support of Debtors' Motion **[ECF No. 2797]**

WEIL:\96985521\12\73217.0004

M.      Supplemental Declaration of Mohsin Y. Meghji in Support of the
        Debtors' Motion **[ECF No. 2914]**

N.      Notice of Schedules to Asset Purchase Agreement **[ECF No. 2450]**

O.      Order (I) Approving the Asset Purchase Agreement Among Sellers
        and Buyer, (II) Authorizing the Sale of Certain of the Debtors'
        Assets Free and Clear of Liens, Claims, Interests and
        Encumbrances, (III) Authorizing the Assumption and Assignment
        of Certain Executory Contracts, and Leases in Connection
        Therewith (and) (IV) Granting Related Relief **[ECF No. 2507]**

P.      Notice of Filing Executed (I) Employee Lease Agreement, (II)
        Services Agreement, and (III) Amendment No. 1 to the Asset
        Purchase Agreement **[ECF No. 2599]**

Q.      Declaration of Abena A. Mainoo in Support of Transform Holdco
        LLC's Initial Supplemental Brief **[ECF No. 3009]**

R.      Supplemental Declaration of Terrence E. Rolecek in Support of
        Transform Holdco LLC's Initial Supplemental **[ECF No. 3010]**

Status:  This matter has been adjourned to a date to be determined.

37.     Motion of Debtors for Entry of an Order Extending the Automatic Stay to Certain
        Non-Debtor Parties **[ECF No. 924]**

Response Deadline:    December 13, 2018 at 4:00 p.m.

Adjourned Responses Filed:

A.      Response of Sante Marcoccia **[ECF No. 1194]**

B.      Objection of Qazim B. Krasniqi **[ECF No. 1187]**

C.      Objections of Karen Smith **[ECF Nos. 1298, 1335 and 1559]**

Related Documents:

D.      Debtors' Reply **[ECF No. 1296]**

E.      Debtors' Reply to Smith Objection **[ECF No. 1550]**

F.      Order Extending the Automatic Stay to Certain Non-Debtor Parties
        **[ECF No. 1528]**

WEIL:\96985521\12\73217.0004

G.     Response in Support of Debtors' Motion on behalf of Schindler Elevator Corporation **[ECF No. 2475]**

Status:  This matter has been adjourned to May 21, 2019 at 10:00 a.m.

38.     Motion for Relief from Stay to Allow Civil Litigation in Action (1) and for Action, (2) To Proceed, and for the Parties to Proceed with Alternative Dispute Resolution (ADR) and Settlement Negotiations to which had Begun Since July 27, 2018, with Certificate of Service **[ECF No. 1006]**

Response Deadline:     January 11, 2019 at 4:00 p.m.

Response Filed:

A.     Debtors' Objection **[ECF No. 1547]**

Related Documents:

B.     Notice of Honorable Judges Orders of Brian Coke Ng **[ECF No. 1387]**

C.     Plaintiff's / Movant's Reply Brief in Response to Defendants' / Debtors' Omnibus Objection to Relief from Stay **[ECF No. 1721]**

D.     Letter of Brian Coke Ng Regarding Motion for Relief to Lift the Automatic Stay **[ECF No. 2533]**

E.     Order signed on 2/28/2019 Denying In Part and Adjourning In Part Motion of Brian Coke Ng for Relief From the Automatic Stay (Related Doc # 1006). **[ECF No. 2721]**

Status:  This matter has been adjourned to a date to be determined.

## IV.    **WITHDRAWN MATTERS:**

39.     Motion of LatentView Analytics to Compel Immediate Payment of Postpetition Arrearages; Granting an Administrative Claim; and Compelling Debtors to Assume or Reject Agreement **[ECF No. 1349]**

Response Deadline:     February 7, 2019 at 4:00 p.m.

Response Filed:

A.     Debtors' Objection **[ECF No. 2481]**

18

Related Document:

    B.     Notice of Withdrawal **[ECF No. 3090]**

Status:  This matter has been withdrawn.

40.    Motion of Perlene Haley for Relief from the Automatic Stay **[ECF No. 1569]**

Response Deadline:    April 11, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Document:

    A.     Notice of Withdrawal **[ECF No. 3089]**

Status:  This matter has been withdrawn.

41.    Motion of Peter B. Fey for Relief from the Automatic Stay **[ECF No. 2948]**

Response Deadline:    April 11, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Document:

    A.     Notice of Withdrawal **[ECF No. 3071]**

Status:  This matter has been withdrawn.

42.    Motion to Shorten Time on Emergency Motion of TELUS International (U.S.) Corporation for an Order (I) Lifting Automatic Stay to Allow it to Terminate Master Outsourced Services Agreement; or, in the Alternative, (II) Compelling Assumption or Rejection of Executory Contract  **[ECF No. 3037]**

Response Deadline:    April 11, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Document:

    A.     Notice of Withdrawal **[ECF No. 3137]**

Status:  This matter has been withdrawn.

WEIL:\96985521\12\73217.0004

43.     Emergency Motion of TELUS International (U.S.) Corporation for an Order (I)
        Lifting Automatic Stay to Allow it to Terminate Master Outsourced Services
        Agreement; or, in the Alternative, (II) Compelling Assumption or Rejection of
        Executory Contract **[ECF No. 3036]**

        Response Deadline:     April 11, 2019 at 4:00 p.m.

        Responses Filed:       None.

        Related Document:

                A.      Notice of Withdrawal **[ECF No. 3137]**

        Status:  This matter has been withdrawn.

44.     Motion of Suzanne Mercado for Relief from the Automatic Stay **[ECF No. 1568]**

        Response Deadline:     April 11, 2019 at 4:00 p.m.

        Responses Filed:       None.

        Related Documents:     None.

        Status:  This matter has been withdrawn.

45.     Motion of Libby Dial Enterprises, LLC for Relief from the Automatic Stay **[ECF
        No. 2968]**

        Response Deadline:     April 11, 2019 at 4:00 p.m.

        Responses Filed:       None.

        Related Document:

                A.      Notice of Withdrawal **[ECF No. 3126]**

        Status:  This matter has been withdrawn.

46.     Motion of Waste Management National Services, Inc. for Authorization to Cease
        Providing Services to the Buyer through the Services Agreement between the
        Buyer and the Debtors Absent an Assumption and Assignment of the Amended
        and Restated Waste Hauling and Recycling Master Services Agreement to the
        Buyer **[ECF No. 2983]**

        Response Deadline:     April 11, 2019 at 4:00 p.m.

        Responses Filed:       None.

WEIL:\96985521\12\73217.0004

Related Document:

    A.    Notice of Withdrawal **[ECF No. 3252]**

Status:  This matter has been withdrawn.

47.    Motion of Luxottica Retail North America INC. for Entry of an Order (1) Compelling Assumption or Rejection of Executory Contract; or in the Alternative, (II) Granting Limited Relief from Stay **[ECF No. 2876]**

Response Deadline:    April 11, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:

    A.    Notice of Proposed Order with Respect to Motion **[ECF No. 2879]**

    B.    Motion to Shorten Notice **[ECF No. 2877]**

    C.    Notice of Withdrawal **[ECF No. 3255]**

Status:  This matter has been withdrawn.

Dated:  April 17, 2019
      New York, New York

                    /s/ Jacqueline Marcus
                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York  10153
                    Telephone:  (212) 310-8000
                    Facsimile:  (212) 310-8007
                    Ray C. Schrock, P.C.
                    Jacqueline Marcus
                    Garrett A. Fail
                    Sunny Singh

                    *Attorneys for Debtors and*
                    *Debtors in Possession*