WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                              :
                                                   :        **Chapter 11**
**SEARS HOLDINGS CORPORATION**, *et al*.,          :
                                                   :        **Case No. 18-23538 (RDD)**
                                                   :
Debtors.[1]                                        :        **(Jointly Administered)**
------------------------------------------------------------x

# NOTICE OF WITHDRAWAL OF NOTICE OF INTENT TO CONDUCT STORE CLOSING SALES SOLELY WITH RESPECT TO STORE NO. 425 AND STORE NO. 443

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**PLEASE TAKE NOTICE THAT** on December 28, 2018, Sears Holdings Corporation and its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the *Notice of Intent to Conduct Store Closing Sales* (ECF No. 1444) (the "**Dec. 28 Notice of Intent**").

**PLEASE TAKE FURTHER NOTICE** that on January 18, 2019, the Debtors filed the *Notice of Intent to Conduct Store Closing Sales* (ECF No. 1720) (the "**Jan. 18 Notice of Intent**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby withdraw without prejudice (i) the Dec. 28 Notice of Intent solely with respect to the distribution center located 1 Imeson Park Blvd, Jacksonville, Florida 32218 (Store No. 425) and (ii) the Jan. 18 Notice of Intent solely with respect to the distribution center located at Hanover Industrial Park, Wilkes Barre, Pennsylvania 13656 (Store No. 443).

**PLEASE TAKE FURTHER NOTICE** that this notice of withdrawal shall not affect any of the other stores or non-retail locations set forth on the Dec. 28 Notice of Intent or Jan. 18 Notice of Intent.

Dated: April 17, 2019
      New York, New York

    /s/ Jacqueline Marcus
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York  10153
    Telephone:  (212) 310-8000
    Facsimile:  (212) 310-8007
    Ray C. Schrock, P.C.
    Jacqueline Marcus
    Garrett A. Fail
    Sunny Singh

    *Attorneys for Debtors and*
    *Debtors in Possession*

WEIL:\97003917\3\73217.0004