**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | Case No. 18-23538 (RDD) |
| **Debtors.** | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Angelo Santos, a person over the age of eighteen, do hereby swear that on April 18, 2019, I electronically filed the *Objection of Securian Life Insurance to Notice of Assumption and Assignment of Additional Contracts* (Docket No. 3270) (the "Objection") with the Clerk of the Bankruptcy Court, which sent notification of such filing to all CM/ECF system participants, including the following Objection Recipients, and I also caused copies of the Objection to be served on the below by the indicated method of service.

Dated: April 18, 2019

                                                     */s/ Angelo Santos*
                                                   Angelo Santos

                                                   Mayerson & Hartheimer, PLLC
                                                   845 Third Avenue, 11th Floor
                                                   New York, New York 10022
                                                   (646) 778-4380
                                                   sandy@mhlaw-ny.com

**VIA EMAIL:**
  I.  Bid Notice Parties

   a. Debtors
       i. Rob Riecker: rob.riecker@searshc.com
       ii. Luke Valentino: luke.valentino@searshc.com
       iii. Mohsin Meghji: mmeghji@miiipartners.com
       iv. General Counsel: counsel@searshc.com
   b. Debtors' counsel
       i. Ray Schrock, Esq.: ray.schrock@weil.com
       ii. Jacqueline Marcus, Esq.: Jacqueline.marcus@weil.com
       iii. Garrett A. Fail, Esq.: garrett.fail@weil.com
       iv. Sunny Singh, Esq.: sunny.singh@weil.com
       v. Ellen J. Odoner, Esq.: ellen.odoner@weil.com
       vi. Gavin Westerman, Esq.: gavin.westerman@weil.com
   c. Debtors' investment banker:
       i. Brandon Aebersold and Levi Quaintance: project.blue.rx@lazard.com

  II. Buyer Parties
   a. Buyer
       i. Kunal S. Kamlani: kunal@eslinvest.com
       ii. Harold Talisman: harold@eslinvest.com
   b. Counsel
       i. Christopher E. Austin, Esq.: caustin@cgsh.com
       ii. Benet J. O'Reilly, Esq.: boreilly@cgsh.com
       iii. Sean A. O'Neal, Esq.: soneal@cgsh.com

  III. Consultation Parties
   a. Bank of America
       i. Paul Leake, Esq.: paul.leake@skadden.com
       ii. Shana Elberg, Esq.: shana.elberg@skadden.com
       iii. George Howard, Esq.: george.howard@skadden.com
   b. Wells Fargo Bank
       i. Kevin J. Simard, Esq.: ksimard@choate.com
       ii. Jonathan D. Marshall, Esq.: jmarshall@choate.com

**VIA FIRST CLASS MAIL:**

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY 10014
Attn. Paul Schwartzberg, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn. Ray C. Schrock, Esq.
Jacqueline Marcus, Esq.
Garrett A. Fail, Esq.
Sunny Singh, Esq.

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attention: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154


Sears Holdings Corporation
Attn: General Counsel
3333 Beverly Road
Hoffman Estates, IL 60179


Cleary Gottlieb Steen & Hamilton LLP
Attention: Christopher E. Austin,
Benet J. O'Reilly and Sean A. O'Neal
One Liberty Plaza
New York, NY 10006