**IN THE UNITED STATES BANKRUPTCYCOURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | Chapter 11 |
| **SEARS HOLDINGS CORPORATION, et al.,** | Case No. 18-23538 (RDD) |
| | (Jointly Administered) |
| Debtors. | Honorable Robert D. Drain |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Roland S. Keske, Attorney, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent Liberty Insurance Corporation, a Movant in the above-referenced case. **I certify that I am a member in good standing** of the bar in the State of Illinois, State of Missouri and the bar of the U.S. District Court for the Northern District of Illinois.

I have submitted the filing fee of $200.00 with this Motion for *Pro Hac Vice* admission.

Respectfully submitted,

LEAHY, EISENBERG & FRAENKEL, LTD.

Dated: April 19, 2019

BY:   /s/ Roland S. Keske
ROLAND S. KESKE
IL Bar #6272522
MO Bar #60228

LEAHY, EISENBERG & FRAENKEL, LTD.
33 West Monroe, Suite 1100
Chicago, Illinois 60603
Phone: (312) 368-4554
Fax:    (312) 368-4562
Firm I.D.:  45875
*Attorney for Liberty Insurance Corp.*

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Roland Scott Keske

*Northern District of Illinois*

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Roland Scott Keske was duly admitted to practice in said Court on (12/21/2000) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (04/11/2019)

Thomas G. Bruton, Clerk,
By: Katherine Baker
Deputy Clerk

**IN THE UNITED STATES BANKRUPTCYCOURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | Chapter 11 |
| **SEARS HOLDINGS CORPORATION, et al.,** | Case No. 18-23538 (RDD) |
| | (Jointly Administered) |
| Debtors. | Honorable Robert D. Drain |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the Motion of Roland S. Keske, to be admitted, *pro hac vice,* to represent Liberty Insurance Corporation, a Movant in the above-referenced case, and upon the Movant's certification that the Movant is a member in good standing of the bar in the State of Illinois, State of Missouri, and the bar of the U.S. District Court for the Northern District of Illinois, **IT IS HEREBY ORDERED, THAT**:

Roland S. Keske, is admitted to practice, *pro hac vice,* in the above-referenced case proceeding to represent the Gabriel Young, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____
New York, New York

/s/ _____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE