**Exhibit A**

WEIL:\96948892\7\73217.0004

IN THE CIRCUIT COURT FOR SHELBY COUNTY, TENNESSEE
AT MEMPHIS

| | |
|---|---|
| NEWKIRK AVREM L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CT-001713-18 |
| ) | |
| SEARS, ROEBUCK AND CO. and ) | |
| INNOVEL SOLUTIONS, INC., ) | |
| ) | |
| Defendants. ) | |

**CONSENT ORDER OF DISMISSAL
WITH PREJUDICE**

TO THE HONORABLE JUDGES OF THE CIRCUIT COURT FOR SHELBY COUNTY, TENNESSEE AT MEMPHIS:

This cause came on to be heard upon the statements of counsel for Plaintiff, Newkirk Avrem L.P., the statements of counsel for Defendants, Sears, Roebuck and Co. and Innovel Solutions, Inc., and the entire record in this cause.

It appearing to the Court that the parties have compromised and settled the claims between them and that this action should be dismissed with prejudice at the cost of Plaintiff, Newkirk Avrem L.P.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the cause of action should be and is dismissed with prejudice at the cost of Plaintiff, Newkirk Avrem L.P.

_____
JUDGE

Date: _____

APPROVED AS TO FORM:

_____
MICHAEL C. PATTON (12206)
KAVITA GOSWAMY SHELAT (29388)

Attorneys for Defendants, Sears, Roebuck and Co.
and Innovel Solutions, Inc.

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
20TH Floor, First Tennessee Building
165 Madison Avenue
Memphis, Tennessee 38103
(901) 526-2000


_____
A. SCOTT DERRICK (006620)
FLYNNE M. DOWDY (35926)

Attorneys for Plaintiff, Newkirk Avrem L.P.

GULLETT SANFORD ROBINSON & MARTIN PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
(615) 244-4994

WEIL:\96948892\7\73217.0004