**Mayerson & Hartheimer, PLLC**
Sandra E. Mayerson, Esq.
David H. Hartheimer, Esq.
845 Third Avenue, 11th Floor
New York, NY 10022
Tel: (646) 778-4380
Fax: (646) 778-4384
sandy@mhlaw-ny.com
david@mhlaw-ny.com
*Counsel to Securian Life Insurance Company*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | Case No. 18-23538 (RDD) |
| **Debtors.** | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF OBJECTION OF SECURIAN LIFE INSURANCE COMPANY TO NOTICE OF ASSUMPTION AND ASSIGNMENT OF ADDITIONAL CONTRACTS**

**PLEASE TAKE NOTICE** that Securian Life Insurance Company, by and through its undersigned counsel, hereby withdraws, without prejudice to refiling or seeking other or related relief in these cases, the *Objection of Securian Life Insurance Company to Notice of Assumption and Assignment of Additional Contracts* [Docket No. 3270] filed on April 17, 2018. This withdrawal is based on the filing of the *Notice of Withdrawal of Certain Additional Contract from the Notice of Assumption and Assignment of Additional Contracts* [Docket No. 3279], which removed the contract identified as Ref # 26 from Exhibit A.

- 2 -

Dated: April 18, 2019                **Mayerson & Hartheimer, PLLC**
*Counsel to Securian Life Insurance Company*

By: */s/ Sandra E. Mayerson*
    Sandra E. Mayerson, Esq.
    David H. Hartheimer, Esq.
    845 Third Avenue, 11th Floor
    New York, NY 10022
    Tel: (646) 778-4380
    Fax: (646) 778-4384
    sandy@mhlaw-ny.com
    david@mhlaw-ny.com

*- and –*

**Fredrikson & Byron, P.A.**
*Counsel to Securian Life Insurance Company*

James C. Brand (*pro hac vice* pending)
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Phone (612) 492-7000
Fax (612) 492-7077
jbrand@fredlaw.com

66531399.1