Allen G. Kadish
Lance A. Schildkraut
ARCHER & GREINER, P.C.
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Email: akadish@archerlaw.com
   lschildkraut@archerlaw.com

    and

Kenneth M. Florey
M. Neal Smith
ROBBINS, SCHWARTZ, NICHOLAS,
LIFTON & TAYLOR, LTD.
631 E. Boughton Road, Suite 200
Bolingbrook, Illinois 60440
Tel: (630) 929-3639
Email: kflorey@robbins-schwartz.com
   nsmith@robbins-schwartz.com

    and

Matthew T. Gensburg
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Tel: (312) 263-2200
Email: mgensburg@gcklegal.com

*Attorneys for Community Unit School District 300*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) | Case No. 18-23538 (RDD) |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) |  |

### CERTIFICATE OF SERVICE

    Lance A. Schildkraut, being duly admitted to practice in New York State and before the Southern District of New York, hereby certifies that on April 18, 2019, he served true and correct copies of the *Objection of Community Unit School District 300 to Debtors' Sixth Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* [Docket No. 3288] by email upon the parties identified on the service list attached.

Dated: New York, New York
      April 22, 2019                                                                  s/ Lance A. Schildkraut
                                                                                    Lance A. Schildkraut

## Service List

| | | |
|---|---|---|
| harrisj12@michigan.gov | mbarrie@beneschlaw.com | ksimard@choate.com |
| idizengoff@akingump.com | kcapuzzi@beneschlaw.com | jmarshall@choate.com |
| pdublin@akingump.com | wschonberg@beneschlaw.com | hchoi@choiandpark.com |
| aqureshi@akingump.com | Ernie.park@bewleylaw.com | cpark@choiandpark.com |
| sbrauner@akingump.com | Tgaa@bbslaw.com | lkleist@choiandpark.com |
| courts@alderman.com | michael@bindermalter.com | mstein@chuhak.com |
| bnkatty@aldineisd.org | julie@bindermalter.com | eschnitzer@ckrlaw.com |
| jarnold@aldridgepite.com | JRhodes@BlankRome.com | gsaydah@ckrlaw.com |
| laura.hall@allenovery.com | Tarr@BlankRome.com | srichman@clarkhill.com |
| joseph.badtke-berkow@allenovery.com | EZucker@BlankRome.com | srichman@clarkhill.com |
| James.Vincequerra@alston.com | bankruptcy@borgeslawllc.com | nbencze@clarkhill.com |
| leib.lerner@alston.com | wborges@borgeslawllc.com | duane.brescia@clarkhillstrasburger.com |
| ajd@ansellgrimm.com | schin@borgeslawllc.com | dblau@clarkhill.com |
| ajd@ansellgrimm.com | arainone@bracheichler.com | liman@cgsh.com |
| andrew.silfen@arentfox.com | jjorissen@briggs.com | amainoo@cgsh.com |
| beth.brownstein@arentfox.com | jmontgomery@brownconnery.com | lbarefoot@cgsh.com |
| brian.lohan@arnoldporter.com | pweiser@buchalter.com | soneal@cgsh.com |
| ginger.clements@arnoldporter.com | schristianson@buchalter.com | soneal@cgsh.com |
| jaronauer@ayllp.com | christopher.schueller@bipc.com | aweaver@cgsh.com |
| CSchael@AshfordNJLaw.com | terry.shulsky@bipc.com | rmukhi@cgsh.com |
| eneiger@askllp.com | tyler.dischinger@bipc.com | jkpark@cgsh.com |
| jchristian@askllp.com | Eric.Waxman@cwt.com | wkelleher@cohenlaw.com |
| Jg5786@att.com | Anthony.Deleo@cwt.com | hward@cohenlaw.com |
| mcuellar45@austinenterpriseslp.com | rdavis@cafarocompany.com | rseltzer@cwsny.com |
| mfrankel@bfklaw.com | jlevitin@cahill.com | jbienstock@coleschotz.com |
| egoodman@bakerlaw.com | rstieglitz@cahill.com | mwarner@coleschotz.com |
| fkhan@bakerlaw.com | sjk@carmodymacdonald.com | scf@cohmlaw.com |
| pollack@ballardspahr.com | MKurzman@carmodylaw.com | Michael.smith2@computershare.com |
| branchd@ballardspahr.com | tsansone@carmodylaw.com | kbifferato@connollygallagher.com |
| heilmanl@ballardspahr.com | mcatalfimo@carterconboy.com | kconlan@connollygallagher.com |
| summersm@ballardspahr.com | gadsden@clm.com | cgriffiths@connollygallagher.com |
| harnerp@ballardspahr.com | bankruptcy@clm.com | svanaalten@cooley.com |
| kutnera@ballardspahr.com | Dennis.roemlein@bnymellon.com | scarnes@cooley.com |
| knewman@barclaydamon.com | rmccord@certilmanbalin.com | rco@crlawpr.com |
| mowens@btlaw.com | rnosek@certilmanbalin.com | dcoffino@cov.com |
| emiller@bayardlaw.com | appleby@chapman.com | aclark@cov.com |
| russ@bsavory.com | wilamowsky@chapman.com | mfelger@cozen.com |
| rmills@bellnunnally.com | brotenberg@csglaw.com | pzumbro@cravath.com |
| klove@bellnunnally.com | szuber@csglaw.com | davidtaxin@dahannowick.com |
| daniel@dmsilverlaw.com | rgold@fbtlaw.com | jjalemany@hklaw.com |
| dhw@dhclegal.com | awebb@fbtlaw.com | llichtman@honigman.com |

| | | |
|---|---|---|
| jwcohen@daypitney.com | pmartin@fmdlegal.com | chris.gartman@hugheshubbard.com |
| Ksummers@dflaw.com | lbrymer@fmdlegal.com | neil.oxford@hugheshubbard.com |
| mcto@debevoise.com | gseitz@gsbblaw.com | dustin.smith@hugheshubbard.com |
| eweisgerber@debevoise.com | mgensburg@gcklegal.com | bgross@HuntonAK.com |
| jcurley@ddw-law.com | btheisen@gibbonslaw.com | mlegge@huntonak.com |
| bethsolomon@discover.com | nsongonuga@gibbonslaw.com | ghesse@huntonak.com |
| marita.erbeck@dbr.com | hcohen@gibbonslaw.com | caleb.holzaepfel@huschblackwell.com |
| LJKotler@duanemorris.com | dcampbell@ghclaw.com | lynn.butler@huschblackwell.com |
| WMSimkulak@duanemorris.com | tnixon@gklaw.com | Daniel.Swetnam@icemiller.com |
| WMSimkulak@duanemorris.com | tomf@goldmclaw.com | taxcollector@co.imperial.ca.us |
| Cheitzenrater@duanemorris.com | jflaxer@golenbock.com | alex.macias@impremedia.com |
| emunozPSC@gmail.com | mweinstein@golenbock.com | jgildea@interactions.com |
| lmay@eisemanlevine.com | gfox@goodwinlaw.com | Mimi.M.Wong@irscounsel.treas.gov |
| rxza@elliottgreenleaf.com | bbazian@goodwinlaw.com | Mimi.M.Wong@irscounsel.treas.gov |
| sak@elliottgreenleaf.com | mgoldstein@goodwinlaw.com | Bankruptcy2@ironmountain.com |
| ems@elliottgreenleaf.com | wweintraub@goodwinlaw.com | hgj@jasneflorio.com |
| Leopold.matt@Epa.gov | searsnotice@gouldratner.com | dlk@jasneflorio.com |
| lbercovich@epicor.com | drosner@goulstonstorrs.com | brownsvalleyorchards@aol.com |
| ppascuzzi@ffwplaw.com | thoffmann@goulstonstorrs.com | elkinj@mac.com |
| gchico@ferraiuoli.com | phillip.bohl@gpmlaw.com | robert.honeywell@klgates.com |
| mark.wilson@fisherbroyles.com | tannweiler@greerherz.com | atureaud@kblaw.com |
| patricia.fugee@fisherbroyles.com | jfigueiredo@hahnhessen.com | tkorkhov@kellerrohrback.com |
| dlwright@foley.com | ahalperin@halperinlaw.net | KDWBankruptcyDepartment@KelleyDrye.com |
| kcatanese@foley.com | lgu@halperinlaw.net | bfeder@kelleydrye.com |
| msmall@foley.com | dlieberman@halperinlaw.net | jacarlino@kslnlaw.com |
| tscannell@foley.com | joia.johnson@hanes.com | ssouthard@klestadt.com |
| aguon@foxrothschild.com | howard.upchurch@hanes.com | lkiss@klestadt.com |
| plabov@foxrothschild.com | ktompsett@harrisbeach.com | kurtzman@kurtzmansteady.com |
| thoran@foxrothschild.com | sodonnell@herrick.com | brunnquellw@lanepowell.com |
| mhall@foxrothschild.com | sselbst@herrick.com | dgragg@langleybanack.com |
| mherz@foxrothschild.com | ssmith@herrick.com | jfifarek@laskyfifarek.com |
| nreid@foxswibel.com | msekowski@herrick.com | rzucker@lasserhochman.com |
| jfrank@fgllp.com | elio@higgslaw.com | christopher.harris@lw.com |
| jkleinman@fgllp.com | cfenlon@hinckleyallen.com | rakim.johnson@lw.com |
| deggert@freeborn.com | arthur.rosenberg@hklaw.com | peter.gilhuly@lw.com |
| brad.eric.scheler@friedfrank.com | Marc.Antonecchia@hklaw.com | ted.dillman@lw.com |
| scott.luftglass@friedfrank.com | barbra.parlin@hklaw.com | gillazarus@gmail.com |
| peter.siroka@friedfrank.com | elvin.ramos@hklaw.com | kevin@ksnpc.com |
| tking@fbtlaw.com | jose.casal@hklaw.com | william.fennell@fennelllaw.com |
| luralene.schultz@fennelllaw.com | cprice@milbank.com | dpatrick@omm.com |
| office@fennelllaw.com | RLiubicic@milbank.com | jtaylor@omm.com |
| cgruen@gruenlaw.com | sdnyecf@dor.mo.gov | mkremer@omm.com |
| dtabachnik@dttlaw.com | ssmith@mwlaw.com | echollander@orrick.com |

| | | |
|---|---|---|
| pstarkesq@gmail.com | laura.mccarthy@morganlewis.com | efua@orrick.com |
| hlazarus@lazarusandlazarus.com | neil.herman@morganlewis.com | mfechik@orrick.com |
| harlan.lazarus@gmail.com | smiller@morrisjames.com | rdaversa@orrick.com |
| ilan.markus@leclairryan.com | cmiller@mnat.com | paul@orshanpa.com |
| niclas.ferland@leclairryan.com | jbarsalona@mnat.com | lily@pacogarment.com |
| janice.grubin@leclairryan.com | jmarines@mofo.com | chipford@parkerpoe.com |
| alex.chase@leclairryan.com | bbutterfield@mofo.com | leslieplaskon@paulhastings.com |
| jjorissen@losgs.com | bankruptcy@morrisoncohen.com | andrewtenzer@paulhastings.com |
| sanantonio.bankruptcy@publicans.com | mro@prbankruptcy.com | shlomomaza@paulhastings.com |
| dallas.bankruptcy@publicans.com | bradley.schneider@mto.com | pbasta@paulweiss.com |
| houston_bankruptcy@publicans.com | thomas.walper@mto.com | kcornish@paulweiss.com |
| jfarnum@linowes-law.com | dperry@munsch.com | lclayton@paulweiss.com |
| jmueller@lippes.com | klippman@munsch.com | sbuergel@paulweiss.com |
| braynor@lockelord.com | kcordry@naag.org | rbritton@paulweiss.com |
| asmith@lockelord.com | jody.bedenbaugh@nelsonmullins.com | jhurwitz@paulweiss.com |
| ira.greene@lockelord.com | shane.ramsey@nelsonmullins.com | lbyrne@pedersenhoupt.com |
| jfroehlich@lockelord.com | enid.stuart@ag.ny.gov | jdelnero@pedersenhoupt.com |
| sbryant@lockelord.com | cdesiderio@nixonpeabody.com | jaffeh@pepperlaw.com |
| bbuechler@lowenstein.com | dsklar@nixonpeabody.com | listwakk@pepperlaw.com |
| echafetz@lowenstein.com | rpedone@nixonpeabody.com | ecobb@pbfcm.com |
| bnathan@lowenstein.com | bob.bruner@nortonrosefulbright.com | jbanks@pbfcm.com |
| dmiller@lubinolson.com | eric.daucher@nortonrosefulbright.com | ecobb@pbfcm.com |
| david@mhlaw-ny.com | francisco.vazquez@nortonrosefulbright.com | lmbkr@pbfcm.com |
| tleday@mvbalaw.com | howard.seife@nortonrosefulbright.com | osonik@pbfcm.com |
| sbodker@mcdowellrice.com | christy.rivera@nortonrosefulbright.com | dpick@picklaw.net |
| jbernstein@mdmc-law.com | stephen.castro@nortonrosefulbright.com | jon@piercemccoy.com |
| nleonard@mdmc-law.com | david.rosenzweig@nortonrosefulbright.com | rsteinberg@pricemeese.com |
| bmcgrath@mcglinchey.com | cmomjian@attorneygeneral.gov | searsteam@primeclerk.com |
| kromano@mcglinchey.com | bk-jstern@oag.texas.gov | serviceqa@primeclerk.com |
| mchaney@mcglinchey.com | sherri.simpson@oag.texas.gov | gerald.kennedy@procopio.com |
| raguilar@mcglinchey.com | nkenworthy@mrrlaw.net | lr@pryormandelup.com |
| rcerone@mcglinchey.com | richard.morrissey@usdoj.gov | rlp@pryormandelup.com |
| hjschwartz@mckoolsmith.com | paul.schwartzberg@usdoj.gov | mhofsdal@pryorcashman.com |
| jsmith@mckoolsmith.com | apetrakov@offitkurman.com | susheelkirpalani@quinnemanuel.com |
| dmeegan@mhksacto.com | smetz@offitkurman.com | jonpickhardt@quinnemanuel.com |
| cjm@msf-law.com | victoria.garry@ohioattorneygeneral.gov | andrewcorkhill@quinnemanuel.com |
| ellisonmerkel@quinnemanuel.com | sokeefe@okeefelc.com | matthewscheck@quinnemanuel.com |
| cfilardi@rrlawpc.com | floridaservice@sbwh.law | mccarron.william@pbgc.gov |
| greiss@reisspreuss.com | fsosnick@shearman.com | efile@pbgc.gov |
| etikkanen@reisspreuss.com | sara.coelho@shearman.com | joe@saracheklawfirm.com |
| cpugatch@rprslaw.com | afeld@sheppardmullin.com | mtsang@tsanglawfirm.com |
| hmagaliff@r3mlaw.com | tcohen@sheppardmullin.com | Curtis.Tuggle@ThompsonHine.com |
| kflorey@robbins-schwartz.com | rreinert@shutts.com | ltirelli@tw-lawgroup.com |

| | | |
|---|---|---|
| nsmith@robbins-schwartz.com | rtucker@simon.com | powerwangtxks@vip.126.com |
| Robert.e.michael.esq@gmail.com | mshriro@singerlevick.com | AGBankNewYork@ag.tn.gov |
| Aron.hume@gmail.com | dplon@sirlinlaw.com | dtobias@tobiaslawpc.com |
| fbr@robinsonbrog.com | Paul.Leake@skadden.com | jpruski@trainorfairbrook.com |
| rms@robinsonbrog.com | Shana.Elberg@skadden.com | kay.brock@traviscountytx.gov |
| gregg.galardi@ropesgray.com | George.Howard@skadden.com | David.Jones6@usdoj.gov |
| kimberly.kodis@ropesgray.com | enotices@skijain.com | Jeffrey.Oestericher@usdoj.gov |
| sam.ashuraey@ropesgray.com | pstrok@swelawfirm.com | Joseph.Cordaro@usdoj.gov |
| james.wilton@ropesgray.com | rkinas@swlaw.com | Carina.Schoenberger@usdoj.gov |
| patricia.chen@ropesgray.com | bk@svllaw.com | Lawrence.Fogelman@usdoj.gov |
| ssally@ropesgray.com | darolf@sorlinglaw.com | Peter.Aronoff@usdoj.gov |
| joshua.sturm@ropesgray.com | pmryan@sorlinglaw.com | Linda.Riffkin@usdoj.gov |
| nicholas.berg@ropesgray.com | mary.callahan@bnymellon.com | jdunn@vedderprice.com |
| timothy.farrell@ropesgray.com | mary.callahan@bnymellon.com | ketzel@vedderprice.com |
| srosen@rosenpc.com | tonder@stark-stark.com | mschein@vedderprice.com |
| prubin@rubinlawllc.com | jlemkin@stark-stark.com | marva.m.levine@verizon.com |
| mamato@rmfpc.com | charles.chamberlin@nebraska.gov | notice@waldrepllp.com |
| skelly@s-d.com | cp@stevenslee.com | sfalanga@walsh.law |
| mmccann@swc-law.com | thomas.salerno@stinson.com | gtoering@wnj.com |
| rabiuso@swc-law.com | streusand@slollp.com | Dclarke@wjslaw.com |
| jweinblatt@sakar.com | khansen@stroock.com | ray.schrock@weil.com |
| cbelmonte@ssbb.com | jcanfield@stroock.com | garrett.fail@weil.com |
| asnow@ssbb.com | sbhattacharyya@stroock.com | jacqueline.marcus@weil.com |
| pbosswick@ssbb.com | mklein@ssbny.com | sunny.singh@weil.com |
| ksadeghi@schiffhardin.com | pkslyne@ssbny.com | JeriLeigh.Miller@weil.com |
| LFacopoulos@schiffhardin.com | dietdericha@sullcrom.com | jessica.liou@weil.com |
| secbankruptcy@sec.gov | zylberbergd@sullcrom.com | Paloma.VanGroll@weil.com |
| NYROBankruptcy@sec.gov | dkupetz@sulmeyerlaw.com | Jared.Friedmann@weil.com |
| bankruptcynoticeschr@sec.gov | ckwu@sulmeyerlaw.com | Jessie.Mishkin@weil.com |
| ashmead@sewkis.com | lawyer@surilawoffice.com | mbrofman@weisszarett.com |
| alves@sewkis.com | bsattin@szaferman.com | sfink@weltman.com |
| emfox@seyfarth.com | Riela@thsh.com | vandermarkj@whiteandwilliams.com |
| rhermann@sbwh.law | aconway@taubman.com | klewis@wtplaw.com |
| mkish@sbwh.law | tf@lawtaf.com | sgerald@wtplaw.com |
| jshafer@sbwh.law | Starr.Judith@pbgc.gov | bankruptcy@evict.net |
| awilliams@williamsadvisors.com | saron@wrslawyers.com | |
| alipkin@willkie.com | tom@attorneyzim.com | |
| gbrunswick@willkie.com | luke.valentino@searshc.com | |
| phealy@wsfsbank.com | mmeghji@miiipartners.com | |
| scimalore@wilmingtontrust.com | project.blue.rx@lazard.com | |
| david.tillem@wilsonelser.com | | |
| ncwitte@wittelaw.com | | |

216295290v1