EXHIBIT B

**4/22/2019 11:36 AM**

## Lease Unpaid Charges
East Towne Mall Tenant: Sears(l0021501)

| Date | Description | Charge | Payment | Net Due | Balance |
|---|---|---|---|---|---|
| 5/10/2017 | Anchor Insurance (2016) | 321.94 | 278.42 | 43.52 | 43.52 |
| 5/9/2018 | 2017 Insurance Billing | 321.94 | 0.99 | 320.95 | 364.47 |
| 5/10/2018 | Anchor Common Area Reimburseme (05/2018-07/2018) | 15,484.39 | 15,472.38 | 12.01 | 376.48 |

4/22/2019 11:36 AM

## Lease Unpaid Charges
St. Clair Square Tenant: Sears(l0024713)

| Date | Description | Charge | Payment | Net Due | Balance |
|---|---|---:|---:|---:|---:|
| 9/28/2018 | Parking Lot Lighting (02/28/17-03/28/17) | 1,111.56 | 0.00 | 1,111.56 | 1,111.56 |
| 9/28/2018 | Parking Lot Lighting (03/29/17-04/26/17) | 722.65 | 0.00 | 722.65 | 1,834.21 |
| 9/28/2018 | Parking Lot Lighting (04/27/17-05/25/17) | 647.98 | 0.00 | 647.98 | 2,482.19 |
| 9/28/2018 | Parking Lot Lighting (05/26/17-06/26/17) | 684.05 | 0.00 | 684.05 | 3,166.24 |
| 9/28/2018 | Parking Lot Lighting (06/27/17-07/26/17) | 582.74 | 0.00 | 582.74 | 3,748.98 |
| 9/28/2018 | Parking Lot Lighting (07/27/17-08/24/17) | 719.96 | 0.00 | 719.96 | 4,468.94 |
| 9/28/2018 | Parking Lot Lighting (08/25/17-09/26/17) | 941.01 | 0.00 | 941.01 | 5,409.95 |
| 9/28/2018 | Parking Lot Lighting (09/26/17-10/24/17) | 1,022.04 | 0.00 | 1,022.04 | 6,431.99 |
| 9/28/2018 | Parking Lot Lighting (10/25/17-11/24/17) | 1,224.89 | 0.00 | 1,224.89 | 7,656.88 |
| 9/28/2018 | Parking Lot Lighting (11/25/17-12/27/17) | 1,312.53 | 0.00 | 1,312.53 | 8,969.41 |
| 9/28/2018 | Parking Lot Lighting (12/28/17-01/26/18) | 1,034.91 | 0.00 | 1,034.91 | 10,004.32 |
| 9/28/2018 | Parking Lot Lighting (01/27/18-02/26/18) | 985.61 | 0.00 | 985.61 | 10,989.93 |
| 9/28/2018 | Parking Lot Lighting (02/27/18-03/27/18) | 767.28 | 0.00 | 767.28 | 11,757.21 |
| 9/28/2018 | Parking Lot Lighting (03/28/18-04/26/18) | 841.67 | 0.00 | 841.67 | 12,598.88 |
| 9/28/2018 | Parking Lot Lighting (04/27/18-05/25/18) | 749.09 | 0.00 | 749.09 | 13,347.97 |
| 9/28/2018 | Parking Lot Lighting (05/26/18-06/26/18) | 681.82 | 0.00 | 681.82 | 14,029.79 |
| 9/28/2018 | Parking Lot Lighting (06/27/18-07/26/18) | 707.80 | 0.00 | 707.80 | 14,737.59 |
| 9/28/2018 | Parking Lot Lighting (07/27/18-08/24/18) | 1,097.48 | 0.00 | 1,097.48 | 15,835.07 |

**4/22/2019 11:36 AM**

## Lease Unpaid Charges

Volusia Mall Tenant: Sears(l0009486)

| Date | Description | Charge | Payment | Net Due | Balance |
|---|---|---|---|---|---|
| 11/1/2017 | 2016 Anchor insurance | 426.32 | 0.00 | 426.32 | 426.32 |