UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                        :
In re                                                   :          Chapter 11
                                                        :
SEARS HOLDINGS CORPORATION, *et al.*,                   :          Case No. 18-23538 (RDD)
                                                        :
                                        Debtors.        :          Jointly Administered
                                                        :
------------------------------------------------------- x

### NOTICE OF APPOINTMENT OF FEE EXAMINER

To: Paul E. Harner, Esq.,

      Pursuant to the Order Authorizing Appointment of Independent Fee Examiner

Pursuant to 11 U.S.C. §105(a) and Modifying Interim Compensation Procedures for Certain

Professionals Employed Pursuant to 11 U.S.C. § 327, ECF No. 3307, you are hereby

notified of your appointment as Fee Examiner of the estate of the above-captioned Debtors.

Dated:  New York, New York
       April 22, 2019

                    WILLIAM K. HARRINGTON
                    UNITED STATES TRUSTEE, REGION 2

           By:    */s/ Paul K. Schwartzberg*
                 Paul K. Schwartzberg
                 Trial Attorney
                 201 Varick Street, Room 1006
                 New York, NY 10014
                 Tel. No. (212) 510-0500
                 Fax. No. (212) 668-2255