# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In Re:**                  ) | **Chapter 11 Case Number 18-bk-23537-rdd** |
| ) | **(jointly administered with 18-bk-23538-lead case)** |
| **Sears, Roebuck & Co.,**   ) | |
| ) | **Judge Robert D. Drain** |
| **Debtor.**                 ) | |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Sharon A. Harris to be admitted ***pro hac vice***, to represent Mario Aliano (the "Client") in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and the bar of the United States District Court for the Northern District of Illinois, the United States District Court for the Northern District of Indiana, the United States Court of Appeals for the Seventh Circuit, and the United States Court of Appeals for the Ninth Circuit, it is hereby

**ORDERED**, that Sharon A. Harris, Esq. is admitted to practice ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  April 22, 2019
         White Plains, New York

                                                  /s/Robert D. Drain
                                                  UNITED STATES BANKRUPTCY JUDGE