# EXHIBIT 1
## List of Sears Owned Properties Subject to REA

| Store # | Property Name | Landlord Entity | Sears' entity | Actual Amounts Due in the Ordinary Course | Estimated Accruals through 4/30/19 | Total |
|---|---|---|---|---|---|---|
| 1278 | Del Amo Fashion Center | Del Amo Fashion Center Operating Co LLC | Sears, Roebuck and Co. | $0.00 | $0.00 | $0.00 |
| 1055 | Coral Square | Coral-CS Ltd Associates | Sears, Roebuck and Co. | $0.00 | $0.00 | $0.00 |
| 1285 | Florida Mall | Florida Mall Assoc., LTD. | Sears, Roebuck and Co. | $13,054.89 | $0.00 | $13,054.89 |
| 2500 | Miller Hill Mall | Simon Property Group, LP | Sears, Roebuck and Co. | $111,986.45 | $100,349.06 | $212,335.51 |
| 1364 | Smith Haven Mall | Mall at Smith Haven, LLC | Sears, Roebuck and Co. | $0.00 | $0.00 | $0.00 |
| 1171 | Battlefield Mall | Battlefield Mall, LLC | Sears, Roebuck and Co. | $0.00 | $0.00 | $0.00 |
| 1595 | Haywood Mall | Haywood Mall | SRC Facilities Statutory Trust No 2003 | $0.00 | $0.00 | $0.00 |
| 1614 | Livingston Mall | Livingston Mall Venture | Sears, Roebuck and Co. | $0.00 | $0.00 | $0.00 |
| 1297 | North East Mall | Simon Property Grp.(TX)LP | Sears, Roebuck and Co. | $11,432.16 | $0.00 | $11,432.16 |
| 1764 | Rockaway Townsquare | Rockaway Center Associates | Sears, Roebuck and Co. | $43.75 | $0.00 | $43.75 |
| 1074 | St. Charles Towne Center | Charles Mall Co. LP | Sears, Roebuck and Co. | $52,627.03 | $62,139.30 | $114,766.33 |
| 1120 | The Mall at Tuttle Crossing | Mall at Tuttle Crossing, LLC | Sears, Roebuck and Co. | $10,098.09 | $0.00 | $10,098.09 |
| 1800 | University Park Mall | University Park Mall, LLC | Sears, Roebuck and Co. | $0.00 | $0.00 | $0.00 |
| 1570 | Woodfield Mall | Woodfield Mall, LLC | Sears and SRC Facilities LLC | $0.00 | $0.00 | $0.00 |