# EXHIBIT 1

Supporting Documentation For Supplemented Cure Amount

Pg 2 of 3

```
                       Recoverable Cost Computation Summary
                       ---------------------------------------

RE:   Project: 0511         Cielo Vista Mall                              Date:  1/25/19
      Tenant: SEAHO/        Sears Holdings Corporation                    Page:        1
      Lease : SEA////       Sears
      Space : 001                                   Unit : F.

Recovery Category:  REX - Real Estate Tax Reimbursement    Recovery from   1/01/18   to   10/14/18
                                                           Net Project Area               0.00

1.  Net Current Year Costs                                                          $33,599.75

2.  Specified Percent                                                                100.0000%

3.  Charge Commencement Date                                                           1/01/18

4.  Total Number of Tenant Recovery Days                                                   287

5.  Total Number of Days Costs Incurred                                                    287

6.  Tenant Recovery Days as Fraction of Total Days    (287/287)                       1.000000

7.  Total Chargeable to Tenant                                                      $33,599.75
    (       33,599.75  X        1.000000  X  1.000000 )

8.  Less Amount Previously Billed For Period                              (              $.00 )
                                                                          -----------------
9.  Additional Amount Due or (Credit)                                               $33,599.75
                                                                          =================
```

Recoverable Cost Computation Summary
---------------------------------------

```
RE:    Project: 0511         Cielo Vista Mall                              Date:  1/25/19
       Tenant: SEAHO/        Sears Holdings Corporation                    Page:        1
       Lease : SEA////       Sears
       Space : 001                              Unit : F

Recovery Category:  RET - Real Estate Tax Reimbursement    Recovery from  10/15/18  to   12/31/18
                                                           Net Project Area              0.00
```

1. Net Current Year Costs                                                              $9,131.64

2. Specified Percent                                                                   100.0000%

3. Charge Commencement Date                                                            10/15/18

4. Total Number of Tenant Recovery Days                                                       78

5. Total Number of Days Costs Incurred                                                        78

6. Tenant Recovery Days as Fraction of Total Days    ( 78/ 78)                          1.000000

7. Total Chargeable to Tenant                                                          $9,131.64
   (            9,131.64   X          1.000000  X  1.000000 )

8. Less Amount Previously Billed For Period                                    (           $.00 )
                                                                                -----------------
9. Additional Amount Due or (Credit)                                                   $9,131.64
                                                                                =================