EXHIBIT 1

CIELO VISTA MALL MAP AND SITE PLAN



