# EXHIBIT 4

# LEASE RENEWAL

18-23538-shl    Doc 3318-4    Filed 04/23/19    Entered 04/23/19 14:18:59    Exhibit 4
Pg 1 of 2

# SEARS HOLDINGS

3333 Beverly Road
Hoffman Estates, IL 60179

March 8, 2018

**VIA CERTIFIED MAIL/**
**RETURN RECEIPT REQUESTED**
**#7010 0290 0000 0650 1553**
Simon Property Group (Texas), L.P.
225 West Washington Street
Indianapolis, IN 46204
Attn: Legal Department

      Re:    Sub-Sublease dated July 6, 1981, as amended, for the premises located at 8401 Gateway Blvd. W,
             El Paso, Texas, and known as Sears Bldg. Pad & Parking Lot, Unit #1317 01-D (Ground Lease)

Dear Landlord:

The undersigned hereby elects to extend the subject Sub-Sublease for an additional term of five (5) years, commencing January 1, 2020, to and including December 31, 2024, upon the terms, conditions, and rental as set-forth in said Sublease, as amended. Pursuant to the provisions of Article IV, Section 4.1 of the Sub-Sublease, the undersigned herewith tenders a check in the sum of One Hundred Dollars ($100.00) in full satisfaction of the rent for the fourth extended term.

It is expressly understood and agreed by the parties hereto that (a) this letter is executed and delivered by U.S. Bank Trust National Association, not individually or personally but solely as trustee of the Trust, in the exercise of the powers and authority conferred and vested in it, (b) each of the representations, undertakings and agreements herein made on the part of any Lessee is made and intended not as personal representations, undertakings and agreements by U.S. Bank Trust National Association but is made and intended for the purpose of binding only such Lessee, (c) nothing herein contained shall be construed as creating any liability on U.S. Bank Trust National Association, individually or personally, to perform any covenant either expressed or implied contained herein, all such liability, if any, being expressly waived by the parties hereto, (d) U.S. Bank Trust National Association has made no investigation as to the accuracy or completeness of any representations and warranties made by any Lessee in this letter and (e) under no circumstances shall U.S. Bank Trust National Association be personally liable for the payment of any indebtedness or expenses of any Lessee or be liable for the breach or failure of any obligation, representation, warranty or covenant made or undertaken by any Lessee under this letter or any other related document.

Sincerely,

SRC REAL ESTATE (TX), LP, a Delaware limited partnership

By: SRC REAL ESTATE HOLDINGS (TX), LLC,
     a Delaware limited liability company, its general partner

By: SRC FACILITIES STATUTORY TRUST NO. 2003-A,
     a Delaware statutory trust acting only with respect to the
     applicable SUBI Portfolio, its sole member ***

By: U.S. BANK TRUST NATIONAL ASSOCIATION, not
     in its individual capacity, but solely as SUBI Trustee

By: _____
Name: JOSE A. GALARZA
Title: VICE PRESIDENT

**VIA CERTIFIED MAIL/**
**RETURN RECEIPT REQUESTED**
**#7010 0290 0000 0650 1560**
Simon Property Group (Texas), L.P.
225 West Washington Street
Indianapolis, IN 46204
Attn: Property Management

**VIA CERTIFIED MAIL/**
**RETURN RECEIPT REQUESTED**
**#7010 0290 0000 0650 1577**
Cielo Vista Mall
c/o Simon Property Group (Texas), L.P.
P.O. Box 2004
Indianapolis, IN 46206-2004

cc: J. Catanese, Lease File

***In November 2003, Sears, Roebuck and Co. assigned its interest in the above-referenced Ground Lease to SRC Real Estate (TX), LP, a wholly-owned subsidiary, as part of an internal sale/leaseback transaction. As has been the practice, please continue to deal directly with Sears, Roebuck and Co. regarding matters related to the Ground Lease and the Shopping Center generally.