**THOMPSON HINE LLP**
Jonathan S. Hawkins
10050 Innovation Dr. #400
Miamisburg, OH 45432
Phone: 937.443.6600

*Counsel for Teradata Operations, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORP., *et al.*,[1] | : | Case No. 18-23538 |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

**NOTICE OF WITHDRAWAL OF OBJECTION OF TERADATA OPERATIONS, INC.
TO DEBTORS' FIFTH SUPPLEMENTAL NOTICE OF CURE COSTS
AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF
EXECUTORY CONTRACTS AND UNEXPIRED LEASES
IN CONNECTION WITH GLOBAL SALE TRANSACTION**

Teradata Operations, Inc. ("Teradata"), by and through counsel, hereby withdraws its

Objection (Dkt. No. 3264; the "Objection") to the Debtors' *Fifth Supplemental Notice of Cure*

*Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases*

---

[1] The "Debtors" in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365); SHC Licensed Business LLC (3718); and SHC Promotions LLC (9626).

*in Connection with Global Sale Transaction* (Dkt. No. 3097). Teradata and Transform SR Holding Management, LLC (on behalf of itself and its affiliates) have reached an agreement concerning the cure of monetary defaults under the agreements referenced in the Objection which renders the Objection moot.

Dated: April 23, 2019

/s/ Jonathan S. Hawkins
Jonathan S. Hawkins
**THOMPSON HINE LLP**
10050 Innovation Dr. #400
Miamisburg, OH 45432
Phone: 937.443.6600
jonathan.hawkins@thompsonhine.com

*Counsel for Teradata Operations, Inc.*