**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| | Case No. 18-23538 (RDD) |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | |
| | (Jointly Administered) |
| **Debtors.** | |

## AFFIDAVIT OF SERVICE

I, Angelo Santos, a person over the age of eighteen, do hereby swear that on April 23, 2019, I electronically filed the *Notice of Withdrawal of Objection of Securian Life Insurance Company to Notice of Assumption and Assignment of Additional Contracts* (Docket No. 3304) (the "Withdrawal") with the Clerk of the Bankruptcy Court, which sent notification of such filing to all CM/ECF system participants, including the following Withdrawal Recipients, and I also caused copies of the Withdrawal to be served on the below by the indicated method of service.

Dated: April 23, 2019

*/s/ Angelo Santos*
Angelo Santos

Mayerson & Hartheimer, PLLC
845 Third Avenue, 11th Floor
New York, New York 10022
(646) 778-4380
sandy@mhlaw-ny.com

**VIA EMAIL:**
  I. Bid Notice Parties
  
   a. Debtors
      i. Rob Riecker: rob.riecker@searshc.com
      ii. Luke Valentino: luke.valentino@searshc.com
      iii. Mohsin Meghji: mmeghji@miiipartners.com
      iv. General Counsel: counsel@searshc.com
   b. Debtors' counsel
      i. Ray Schrock, Esq.: ray.schrock@weil.com
      ii. Jacqueline Marcus, Esq.: Jacqueline.marcus@weil.com
      iii. Garrett A. Fail, Esq.: garrett.fail@weil.com
      iv. Sunny Singh, Esq.: sunny.singh@weil.com
      v. Ellen J. Odoner, Esq.: ellen.odoner@weil.com
      vi. Gavin Westerman, Esq.: gavin.westerman@weil.com
   c. Debtors' investment banker:
      i. Brandon Aebersold and Levi Quaintance: project.blue.rx@lazard.com

  II. Buyer Parties
   a. Buyer
      i. Kunal S. Kamlani: kunal@eslinvest.com
      ii. Harold Talisman: harold@eslinvest.com
   b. Counsel
      i. Christopher E. Austin, Esq.: caustin@cgsh.com
      ii. Benet J. O'Reilly, Esq.: boreilly@cgsh.com
      iii. Sean A. O'Neal, Esq.: soneal@cgsh.com
  III. Consultation Parties
   a. Bank of America
      i. Paul Leake, Esq.: paul.leake@skadden.com
      ii. Shana Elberg, Esq.: shana.elberg@skadden.com
      iii. George Howard, Esq.: george.howard@skadden.com
   b. Wells Fargo Bank
      i. Kevin J. Simard, Esq.: ksimard@choate.com
      ii. Jonathan D. Marshall, Esq.: jmarshall@choate.com

**VIA FIRST CLASS MAIL:**

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY 10014
Attn. Paul Schwartzberg, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn. Ray C. Schrock, Esq.
Jacqueline Marcus, Esq.
Garrett A. Fail, Esq.
Sunny Singh, Esq.

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attention: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154


Sears Holdings Corporation
Attn: General Counsel
3333 Beverly Road
Hoffman Estates, IL 60179


Cleary Gottlieb Steen & Hamilton LLP
Attention: Christopher E. Austin,
Benet J. O'Reilly and Sean A. O'Neal
One Liberty Plaza
New York, NY 10006