Peter M. Gilhuly, Esq.
Ted A. Dillman, Esq.
355 South Grand Ave, Ste. 100
Los Angeles, CA  90071-1560
and
Christopher Harris, Esq.
Rakim E. Johnson, Esq.
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Tel:    (212) 906-1200
Fax:   (212) 751-4864

*Attorneys for Simon Property Group, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
|  | : | **Chapter 11** |
| **In re** | : |  |
|  | : |  |
| **SEARS HOLDINGS CORPORATION.,** *et al.,* | : | **Case No. 18-23538 (RDD)** |
|  | : |  |
|  | : |  |
| **Debtors.¹** | : | **(Jointly Administered)** |

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

The Debtors also include SRe Holding Corporation, filed as Case No. 19-22031 (the "**Additional Debtor**").  The Additional Debtor filed a motion in its separate chapter 11 case requesting joint administration with the Debtors for procedural purposes only pursuant to Rule 1015(b) of the Bankruptcy Rules.

## CERTIFICATE OF SERVICE

I, Michelle Goldman, certify that:

1. I am employed by the law firm Latham & Watkins LLP at 885 Third Avenue, New York, NY, 10022, counsel for Simon Property Group, L.P.

2. On April 23, 2019, I caused true and correct copies of the following documents to be served via electronic mail and/or overnight delivery upon the service list attached hereto as **Exhibit A**:

- Objection of Simon Property Group, L.P. to (I) Notice of Assumption and Assignment of Additional Contracts and Designatable Leases and (II) Debtors' Assumption and Assignment of Certain Executory Contracts and Leases [Docket No. 3316]

- Second Supplemental Cure Objection of Simon Property Group, L.P. to Debtors' Notices of Assumption and Assignment and Notice of Designation [Docket No. 3317]

- Declaration of John Rulli Supporting Objection of Simon Property Group, L.P. to (I) Notice of Assumption and Assignment of Additional Contracts and Designatable Leases and (II) Debtors' Assumption and Assignment of Certain Executory Contracts and Leases [Docket No. 3318]

Dated: April 24, 2019
New York, New York

                                                                                 Michelle Goldman

# EXHIBIT A

## Standard Parties Service List

The Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601

The Debtors, c/o Sears Holdings Corporation
Attn: Stephen Sitley Esq., and Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates IL 60179
luke.valentino@searshc.com

Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garret A. Fail,
Esq., and Sunny Singh, Esq.
767 Fifth Avenue
New York, New York 10153
ray.schrock@weil.com
jacqueline.marcus@weil.com
garrett.fail@weil.com
sunny.singh@weil.com

The Office of the United States Trustee for Region 2
Attn: Paul Schwartzberg, Esq.
201 Varick Street, Suite 1006
New York, New York 10014
paul.schwartzberg@usdoj.gov

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq.
4 Times Square
New York, NY 10036
Paul.Leake@skadden.com
Shana.Elberg@skadden.com
George.Howard@skadden.com

Davis Polk & Wardell LLP
Attn: Marshall S. Huebner, Esq. and Eli J. Vonnegut, Esq.
450 Lexington Avenue
New York, NY, 10017
marshall.huebner@davispolk.com
eli.vonnegut@davispolk.com

Cleary, Gottlieb, Steen & Hamilton LLP
Attn: Sean A. O'Neal, Esq.
One Liberty Plaza
New York, NY, 10006
soneal@cgsh.com

Kelley Drye & Warren LLP
Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., and T. Charlie Liu, Esq.
101 Park Avenue
New York, NY 10178
ewilson@kelleydrye.com
bfeder@kelleydrye.com

Seyfarth Shaw LLP
Attn: Edward M. Fox, Esq.
620 Eighth Avenue
New York, NY 10018
emfox@seyfarth.com

Carter Ledyard & Milburn LLP
Attn: James Gadsden, Esq.
2 Wall Street
New York, NY 10015
gadsden@clm.com

Locke Lord LLP
Attn: Brian A. Raynor, Esq.
111 South Wacker Drive
Chicago, IL 60606
braynor@lockelord.com

Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.
One Bryant Park
New York, NY 10036
pdublin@akingump.com
idizengoff@akingump.com
sbrauner@akingump.com