**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11 Case Number 18-23537-rdd** |
| | ) | **(jointly administered with 18-23538-lead case)** |
| **Sears, Roebuck & Co.,** | ) | |
| | ) | **Judge Robert D. Drain** |
| **Debtor.** | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Movant Mario Aliano.

Date: April 24, 2019					By: /s/ Sharon A. Harris
						Sharon A. Harris (*pro hac vice*)
						*sharon@attorneyzim.com*
						ZIMMERMAN LAW OFFICES, P.C.
						77 West Washington Street, Suite 1220
						Chicago, Illinois 60602
						(312) 440-0020 telephone
						(312) 440-4180 facsimile
						www.attorneyzim.com

## **CERTIFICATE OF SERVICE**

Sharon A. Harris, an attorney, hereby certifies that she caused the above and foregoing *Appearance of Counsel* to be served upon counsel of record in this case via the U.S. District Court CM/ECF System on this day April 24, 2019.

s/ Sharon A. Harris