**South Y Center**
C/O NAI Alliance
5345 Kietzke Lane, Suite #100
Reno, NV  89511

*Property Address:*
1020-4000 Lake Tahoe Blvd
South Lake Tahoe, CA  96150

THIS STATEMENT IS A COURTESY ONLY.  Lease terms govern the rights and responsibilities of the parties and are not amended or modified by this statement.  Please notify Alliance Commercial Real Estate Management Services of any discrepancy from your lease terms.

**4/23/2019**

**ACCOUNT NUMBER**
77    006522    1
Kmart

Tammi Banaszak - BC - 131A
Sears Holding Corp
3333 Beverly Road
Hoffman Estates, IL  60179

*MAKE CHECKS PAYABLE TO:* **South Y Center**                    **BALANCE DUE:  $ 51,077.72**

| Date | Code | Description | Charges | Payments | Amount Due |
|---|---|---|---:|---:|---:|
| 04/21/16 | CAM | 1st Qtr 2016 CAM Billing | 14,800.37 | 14,569.08 | 231.29 |
| 01/23/17 | CAM | 4th Qtr 2016 CAM Rec | 12,729.52 | 12,522.92 | 206.60 |
| 04/20/17 | CAM | 1st Qtr 2017 CAM Rec | 15,727.05 | 15,064.99 | 662.06 |
| 07/24/17 | CAM | 2nd Qtr 2017 CAM Rec | 12,413.79 | 12,307.91 | 105.88 |
| 10/18/17 | CAM | 3rd Qtr 2017 CAM Rec | 12,810.67 | 12,459.97 | 350.70 |
| 01/26/18 | CAM | 4th Qtr 2017 CAM Rec | 15,652.83 | 15,453.65 | 199.18 |
| 07/20/18 | CAM | 2nd Qtr 2018 CAM Billing | 16,892.81 | 0.00 | 16,892.81 |
| 10/19/18 | NSF | Ck #32035902 Returned Unpaid | 25.00 | 0.00 | 25.00 |
| 11/16/18 | CAM | 3rd Qtr 2018 CAM Rec | 10,990.38 | 0.00 | 10,990.38 |
| 11/16/18 | CAM | 3rd Qtr 2018 Sewer Fees | 614.50 | 0.00 | 614.50 |
| 01/22/19 | CAM | 4th Qtr CAM Rec | 12,900.36 | 10,282.86 | 2,617.50 |
| 01/22/19 | CAM | 4th Qtr Sewer Fees | 648.55 | 549.86 | 98.69 |
| 03/05/19 | RMB | Lake Tahoe Plumbing #205120  Back Flow Test | 200.00 | 0.00 | 200.00 |
| 04/17/19 | CAM | 1st Qtr 2019 Sewer Fees | 614.50 | 0.00 | 614.50 |
| 04/17/19 | CAM | 1st Qtr 2019 CAM Rec | 17,268.63 | 0.00 | 17,268.63 |

Please send this portion of the statement with your remittance.

**South Y Center**

**Statement Date:** 04/23/19
**Account Number:** 77    006522
**BALANCE DUE: $ 51,077.72**

*REMIT PAYMENTS TO:*  South Y Center
C/O NAI Alliance
5345 Kietzke Lane, Suite #100
Reno, NV  89511

*TENANT:*
Tammi Banaszak - BC - 131A

| Current | 30 | 60 | 90 | 120 | BALANCE DUE |
|---:|---:|---:|---:|---:|---:|
| 17,883.13 | 200.00 | 0.00 | 2,716.19 | 30,278.40 | 51,077.72 |

**Kmart Corporation**
Real Estate Accounting
2301 West plano Parkway
Suite 201,
Plano, TX 75075
(1-888) 335 - 7720 Ext: 5511121

SEVEN SPRINGS LIMITED PARTNERSHIP
C/O NAI ALLIANCE COMMERCIAL REMS
5345 KIETZKE LANE STE 100
RENO                    NV                89511

| **STORE NO:** | 9153 | **CITY/STATE** | MAHOPAC  CA | **LEASE YR END DATE:** | FEB | 28 | 2019 |

**GROSS SALES:** $7,316,139.74

**PERCENTAGE RENT** (24110): $23,161.40

**LESS   REAL ESTATE TAXES** (24110): $0.00
UNRECOVERED TAX BALANCE    $0.00
TAXES PAID    $14,015.24
BREAKPOINT    $0.00
EXCESS    $0.00

**LESS   SEWER CHARGES** (65150): $0.00

**NET AMOUNT**    $23,161.40
**Pre-Petition (03/01/18 to 10/14/18)**    $14,467.94
**Post-Petition (10/15/18 to 02/28/19)**    $8,693.46

## Taxes Paid for the period of March'18 to Feb'19

| Store | Date Paid | Check Number | Payee | Payment Amt |
|---|---|---|---|---|
| 9153 | 03/20/2018 | 131147395 | El Dorado County Tax Collector | 5,700.23 |
| 9153 | 11/16/2018 | 140037081 | El Dorado County Tax Collector | 8,315.01 |
| **9153 Total** | | | | 14,015.24 |