# EXHIBIT 1

57702867.v1

FOX ROTHSCHILD LLP
321 N. Clark Street, Suite 800
Chicago, Illinois 60654
Telephone: (312) 541-0151
Allen J. Guon *(admitted pro hac vice)*

*Attorneys for Sherthal, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | |
|---|---|
| SEARS HOLDINGS CORPORATION, et al.,[1] | Chapter 11<br>Case No. 18-23538 (RDD)<br>(Jointly Administered) |
| Debtors. | |

**SHERTHAL, LLC'S CURE CLAIM OBJECTION**
**FOR STORE NO. 4421 (NORTH HOLLYWOOD, CALIFORNIA)**

Sherthal, LLC ("Sherthal") pursuant to the *Order Approving Global Bidding Procedures and Granting Related Relief,* dated November 19, 2018 ("Global Bidding Procedures Order") hereby submits its cure claim objection ("Cure Claim Objection") under Section 365(b) of title 11, United States Code ("Bankruptcy Code") for cure of defaults resulting from Kmart Corporation's proposed assumption and assignment of an unexpired nonresidential real property lease for Kmart Store No. 4421 located in North Hollywood, California.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1. On October 15, 2018 ("Petition Date"), Sears Holdings Corporation and several of its affiliates, including Kmart Corporation, filed voluntary petitions under chapter 11 of the Bankruptcy Code.

2. As of the Petition Date, Sherthal was the landlord and Kmart Corporation ("Debtor") was the tenant under a lease of nonresidential real property located in North Hollywood, California (Kmart Store No. 4421) dated as of April 7, 1970, as amended and modified from time to time ("Lease").

3. On January 18, 2019, the Debtor served Sherthal with its *Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* ("Assumption Notice").[2]

4. In the Assumption Notice, the Debtor indicated that the Lease may be assumed and assigned in connection with the sale of the Global Assets and asserted that no Cure Amount was due under the Lease.

5. The Debtor is in default of its monetary obligations under the Lease to pay additional rent including real estate taxes, insurance and other fees.

6. Sherthal's monetary cure claim as of the filing of this Cure Claim Objection with respect to the Lease is an amount not less than $36,417.04. A summary of the cure claim is attached as Exhibit A. Copies of the documentation supporting the monetary cure claim are attached as Exhibits B – D.

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Assumption Notice.

2

7.  The categorical breakdown of the monetary cure claim is as follows:

| Category | Amount |
|---|---|
| Real estate taxes for the period of July 1, 2018 – October 14, 2018 | $12,041.39 – See Ex. B. |
| Real estate taxes for the period January 1, 2019 – June 30, 2019 | $20,561.24 – See Ex. B. |
| Insurance | $3,329.99 – See Ex. C. |
| Los Angeles annual inspection fees | $484.42 – See Ex. D |
| **TOTAL** | **An amount not less than $36,417.04** |

8.  In order to assume the Lease, the Debtor must cure the aforementioned defaults.

9.  This Cure Claim Objection is without prejudice to the fact that other and additional cure claim amounts (a) may exist and/or may become known at a future date and (b) will accrue on an ongoing basis between the filing of this Cure Claim Objection and any subsequent assumption of the Lease. Sherthal expressly reserves its right to amend or supplement its Cure Claim Objection though and including the effective date of any proposed assumption and assignment of the Lease.

**FOX ROTHSCHILD LLP**
Attorneys for Sherthal, LLC

By: /s/Allen J. Guon

Allen J. Guon, Esq.
Fox Rothschild LLP
321 N. Clark Street, Suite 800
Chicago, Illinois 60654
Telephone: (312) 541-0151
E-Mail: aguon@foxrothschild.com

Dated: January 23, 2019
New York, NY

## CERTIFICATE OF SERVICE

Allen J. Guon certifies that he caused to be served a true and correct copy of the attached **Sherthal, LLC's Cure Claim Objection For Store No. 4421 (North Hollywood, California)** via transmission of Notice of Electronic Filing generated by CM/ECF on all parties of record, and on parties listed below as indicated.

**FOX ROTHSCHILD LLP**
Attorneys for Sherthal, LLC

By: /s/Allen J. Guon

Allen J. Guon, Esq.
Fox Rothschild LLP
321 N. Clark Street, Suite 800
Chicago, Illinois 60654
Telephone: (312) 541-0151
E-Mail: aguon@foxrothschild.com

## SERVICE LIST

### VIA EMAIL

I. Bid Notice Parties
    a. Debtors
        Rob Riecker: rob.riecker@searshc.com
        Luke Valentino: luke.valentino@searshc.com
        Mohsin Meghji: mmeghji@miiipartners.com
        General Counsel: counsel@searshc.com

    b. Debtors' counsel
        Ray Schrock, Esq.: ray.schrock@weil.com
        Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com
        Garrett A. Fail, Esq. garrett.fail@weil.com
        Sunny Singh, Esq. sunny.singh@weil.com
        Ellen J. Odoner, Esq. Ellen.Odoner@weil.com
        Gavin Westerman, Esq. Gavin.Westerman@weil.com

    c. Debtors' investment banker:

        Brandon Aebersold and Levi Quaintance: project.blue.rx@lazard.com

II. Buyer Parties
    a. Buyer
        Kunal S. Kamlani: kunal@eslinvest.com
        Harold Talisman: harold@eslinvest.com

    b. Counsel
        Christopher E. Austin, Esq.: caustin@cgsh.com
        Benet J. O'Reilly, Esq.: boreilly@cgsh.com
        Sean A. O'Neal, Esq.: soneal@cgsh.com

III. Consultation Parties
    a. Bank of America
        Paul Leake, Esq.: Paul.Leake@skadden.com
        Shana Elberg, Esq.: Shana.Elberg@skadden.com
        George Howard, Esq.: George.Howard@skadden.com

    b. Wells Fargo Bank
        Kevin J. Simard, Esq.: ksimard@choate.com
        Jonathan D. Marshall, Esq.: jmarshall@choate.com

    c. Committee
        Ira S. Dizengoff, Esq. : idizengoff@akingump.com
        Philip C. Dublin, Esq.: pdublin@akingump.com
        Abid Qureshi, Esq.: aqureshi@akingump.com
        Sara L. Brauner, Esq.: sbrauner@akingump.com

**VIA FIRST CLASS MAIL**

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attention: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Sears Holdings Corporation
Attn: General Counsel
3333 Beverly Road
Hoffman Estates, IL 60179

Weil, Gotshal & Manges LLP
Attention: Ray C. Schrock, P.C.,
Ellen J. Odoner, Gavin Westerman and Sunny Singh
767 Fifth Avenue
New York, New York 10153

Cleary Gottlieb Steen & Hamilton LLP
Attention: Christopher E. Austin,
Benet J. O'Reilly and Sean A. O'Neal
One Liberty Plaza
New York, NY 10006

# EXHIBIT A

**Bolour Trust Number One**
Los Angeles, CA 90025

Statement

Account: C13003S - 1 - Kmart

Date: 01/21/19

Sears Holdings Corp. Kmart Corporation
3333 Beverly Road
Department 824RE
Hoffman Estates, IL   60179

Payment: _____

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
|  | Balance Forward |  |  | 0.00 |
| 10/15/18 | Insurance Post-Petition (10/15/18-08/15/ | 3,329.99 |  | 3,329.99 |
| 11/30/18 | LADBS inspection Fees Sears Auto | 484.42 |  | 3,814.41 |
| 12/17/18 | RE Tax for Pre-Petition (07/01/-10/14/18 | 12,041.39 |  | 15,855.80 |
| 12/17/18 | RE Tax for Future (01/01/-06/30/19) | 20,561.24 |  | 36,417.04 |

| Current | 30 Days | 60 Days | 90 Days | Amount Due |
|---|---|---|---|---|
| 0.00 | 33,087.05 | 0.00 | 3,329.99 | 36,417.04 |

# EXHIBIT B

# SHERTHAL, LLC
REAL ESTATE INVESTMENT

October 23, 2018

**Via Federal Express**

Sears Holdings Corp.
Attn.: Tammi Banaszak
BC-131A
3333 Beverly Road
Hoffman Estate, IL 60179

Re:   Kmart Lease # 4421, 13005 Sherman Way, North Hollywood, California
      Property Taxes for 2018

Dear Tammi,

Paragraph 15 of the above referenced lease requires the Tenant to reimburse the Landlord for a portion of the real estate taxes. Per previous agreements, Kmart Corporation pays 32.21 % of the total property tax amount. The amount due is calculated as follows:

**Total 2018 Property Taxes $ 128,727.95 X 32.21 % = $ 41,463.27**  ÷ 365 = $ 113.598 / Per Day

Tenant's share of the property taxes in the amount of **$ 41,463.27** is due and payable on or before November 23, 2017.

Please make your check payable to:

**SHERTHAL, LLC** and mail the check to the address below.

Please do not hesitate to contact us if you have any questions.

Very truly yours,

Michel Bolour, Manager

Encl.: Copy of the 2018 Tax Bill

# 2018 ANNUAL SECURED PROPERTY TAX BILL 2018
## CITIES, COUNTY, SCHOOLS AND ALL OTHER TAXING AGENCIES IN LOS ANGELES COUNTY
### SECURED PROPERTY TAX FOR FISCAL YEAR JULY 1, 2018 TO JUNE 30, 2019
JOSEPH KELLY, TREASURER AND TAX COLLECTOR
FOR ASSISTANCE CALL 1(213) 974-2111 OR 1(888) 807-2111, ON THE WEB AT lacountypropertytax.com

**PROPERTY IDENTIFICATION**
ASSESSOR'S ID.NO.: 2327 015 019 18 000
OWNER OF RECORD AS OF JANUARY 1, 2018
SAME AS BELOW

**MAILING ADDRESS**
0004334-0004334 SNGL 002 1234-- 737856
SHERTHAL LLC
C/O MICHEL BOLOUR
12301 WILSHIRE BLVD STE 403
LOS ANGELES CA 90025-1021

**ELECTRONIC FUND TRANSFER (EFT) NUMBER**
ID#:19 2327 015 019 8 YEAR:18 SEQUENCE:000 0
PIN:  GHCU4E

**SPECIAL INFORMATION**

**DETAIL OF TAXES DUE FOR**  ASSESSOR'S ID. NO. 2327 015 019  YR SEQ 18 000  CK 90

| AGENCY | AGENCY PHONE NO. | RATE | AMOUNT |
|---|---|---|---|
| GENERAL TAX LEVY | | | |
| ALL AGENCIES | | 1.000000 | $ 90,884.92 |
| VOTED INDEBTEDNESS | | | |
| CITY-LOS ANGELES | | .023107 | $ 2,100.08 |
| METRO WATER DIST | | .003500 | 318.10 |
| COMMNTY COLLEGE | | .046213 | 4,200.06 |
| UNIFIED SCHOOLS | | .123226 | 11,199.38 |
| DIRECT ASSESSMENTS | | | |
| FLOOD CONTROL | (626) 458-5165 | $ | 4,419.17 |
| LA STORMWATER | (213) 485-2422 | | 3,523.08 |
| COUNTY PARK DIST | (833) 265-2600 | | 882.68 |
| LACO VECTR CNTRL | (800) 273-5167 | | 13.09 |
| LACITY PARK DIST | (213) 847-4708 | | 2,315.89 |
| CITY LT MAINT | (213) 847-1363 | | 1,543.02 |
| RPOSD MEASURE A | (833) 265-2600 | | 1,915.11 |
| TRAUMA/EMERG SRV | (866) 587-2862 | | 5,413.37 |

**PROPERTY LOCATION AND/OR PROPERTY DESCRIPTION**
13003 SHERMAN WAY           LOS ANGELE
TR=1081 EX OF STS LOT 50 AND EX OF ST
LOT 51 AND S 64 75 FT EX OF ST LOT 52

**ASSESSOR'S REGIONAL OFFICE**
REGION #28 INDEX:       TRA:00013
SPECIAL PROPERTIES
500 W TEMPLE STREET RM. 180
LOS ANGELES CA 90012
(213)974-3108

ACCT. NO.:   PRINT NO.:  99935 BILL ID.:

**TOTAL TAXES DUE**  $128,727.95
**FIRST INSTALLMENT TAXES**  DUE NOV. 1, 2018  $64,363.98
**SECOND INSTALLMENT TAXES**  DUE FEB. 1, 2019  $64,363.97

**VALUATION INFORMATION**
| ROLL YEAR 18-19 | CURRENT ASSESSED VALUE | TAXABLE VALUE |
|---|---|---|
| LAND | 7,140,963 | 7,140,963 |
| IMPROVEMENTS | 1,947,529 | 1,947,529 |
| TOTAL | | 9,088,492 |
| LESS EXEMPTION: | | |
| NET TAXABLE VALUE | | 9,088,492 |

---

ANY RETURNED PAYMENT MAY BE SUBJECT TO A FEE UP TO $50.00.

DETACH AND MAIL THIS STUB WITH YOUR 2ND INSTALLMENT PAYMENT
DO NOT INCLUDE NOTES WITH YOUR PAYMENT
DO NOT STAPLE, TAPE OR CLIP PAYMENT STUB OR CHECK

ANNUAL    2018

SHERTHAL LLC
12301 WILSHIRE BLVD STE 403
LOS ANGELES CA 90025-1021

ASSESSOR'S ID. NO.  YR SEQ  CK  PK
2327 015 019  18 000  90  2

2ND INSTALLMENT DUE    INDICATE AMOUNT PAID

FOR MAILING ADDRESS CHANGE
PLEASE MARK BOX BELOW AND
COMPLETE FORM ON REVERSE SIDE
OF THIS PAYMENT COUPON.

PAYMENT DUE 02/01/19 --------->  $64,363.97
IF NOT RECEIVED OR POSTMARKED BY 04/10/19
REMIT AMOUNT OF    $70,810.36

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your payment.
30977

LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54018
LOS ANGELES, CA 90054-0018

1931800002327015019000643639700070810369772041 0

**2ND**

---

DETACH AND MAIL THIS STUB WITH YOUR 1ST INSTALLMENT PAYMENT
DO NOT INCLUDE NOTES WITH YOUR PAYMENT
DO NOT STAPLE, TAPE OR CLIP PAYMENT STUB OR CHECK

ANNUAL    2018

SHERTHAL LLC
12301 WILSHIRE BLVD STE 403
LOS ANGELES CA 90025-1021

ASSESSOR'S ID. NO.  YR SEQ  CK  PK
2327 015 019  18 000  90  1

1ST INSTALLMENT DUE    INDICATE AMOUNT PAID

FOR MAILING ADDRESS CHANGE
PLEASE MARK BOX BELOW AND
COMPLETE FORM ON REVERSE SIDE
OF THIS PAYMENT COUPON.

PAYMENT DUE 11/01/18 --------->  $64,363.98
IF NOT RECEIVED OR POSTMARKED BY 12/10/18
REMIT AMOUNT OF    $70,800.37

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your payment.
40980

LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54018
LOS ANGELES, CA 90054-0018

1841800002327015019000643639800070800379801121 0

1ST

## Michel Bolour

| | |
|---|---|
| **From:** | Banaszak, Tammi <Tammi.Banaszak@searshc.com> |
| **Sent:** | Monday, December 17, 2018 9:50 AM |
| **To:** | Michel Bolour |
| **Cc:** | Meyer, Lynnette |
| **Subject:** | RE: KMart # 4421 - Property Tax Payment |

It was calculated based on days

Pre     12,041.39       7/1/18-10/14/18
Post    8,860.64        10/15/18-12/31/18  *Paid*
Future  20,561.24       1/1/19-6/30/19 will be processed in 2019



*Thank you,*
*Tammi Banaszak*
*DIRECTOR-REAL ESTATE*

Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.

**From:** Michel Bolour [mailto:bolours@pacbell.net]
**Sent:** Monday, December 17, 2018 11:21 AM
**To:** Banaszak, Tammi <Tammi.Banaszak@searshc.com>
**Cc:** Meyer, Lynnette <Lynnette.Meyer@searshc.com>
**Subject:** KMart # 4421 - Property Tax Payment

**Enterprise Security Team Alert:** This email originated from outside of the organization. Please use caution when opening messages from external sources.

Hi Tammi,
Just received check# 140049472 in the amount of $8,860.64
Please advise on how this was calculated.
The prorated amount for the prepetition period (July 01, to October 15, 2018 = 3.5 Months) should be $12,093.45 !!
Thanks
Michel Bolour

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

1

# EXHIBIT C

# SHERTHAL, LLC
REAL ESTATE INVESTMENT

October 12, 2018

**Via Electronic Mail**

Sears Holdings Corp.
Attn.: Tammi Banaszak (Tammi.Banaszak@searshc.com)
3333 Beverly Road
BC-131A
Hoffman Estate, IL 60179

Re:   Kmart Lease # 4421, 13003-13007 & 13055 Sherman Way, North Hollywood, California. Insurance 2018

Dear Tammi,

Paragraph 15 of the above referenced lease requires the Tenant to reimburse the Landlord for any increase in insurance premium attributed to any additional improvements that were made by Tenant.

The insurance premium attributed to the building at 13055 Sherman Way (Furr's Building) for the period of 08/15/2018 to 08/15/2019 is $ 4,235.00 per attached supporting documents.

Please pay $ 4,235.00 on or before November 12, 2018

Please make your check payable to: **SHERTHAL, LLC** and mail it to the address below.

Please do not hesitate to contact us if you have any questions.

Very truly yours,

Michel Bolour, Manager


Encl.: Insurance premium invoice.
CC: Lynnette Meyer (Lynnette.Meyer@searshc.com)

---

c/o Apollo Asset Management, Inc. 12301 Wilshire Blvd., Suite 403, Los Angeles, CA 90025
Phone: (310)826-2838, Fax: (310)826-2829, email: apolloasset@pacbell.net

# Grosslight Insurance, Inc.
### 1333 Westwood Blvd., Los Angeles, CA 90024

| Transaction Date | Assured Number |
|---|---|
| 8/15/2018 | BOLOU-1 |

SHERTHAL, LLC
C/O Apollo Asset Management, Inc.
12301 Wilshire Blvd. Suite 403
Los Angeles, CA 90025



| Due Date | Coverage | Insurance Company | Effective Date | Expiration Date |
|---|---|---|---|---|
| Upon Receipt | Commercial Package | Liberty Mutual | 8/15/2018 | 8/15/2019 |

| Coverage Location | Amount |
|---|---|
| Loc. 1: 13003-13007 Sherman Way, North Hollywood, CA | $ 32,560.00 |
| Loc. 2: 13055 Sherman Way, North Hollywood, CA | $ 4,235.00 |
| | $ 36,795.00 |

Make your checks payable to: Liberty Mutual Insurance

# EXHIBIT D

| BOARD OF<br>BUILDING AND SAFETY<br>COMMISSIONERS<br><br>VAN AMBATIELOS<br>PRESIDENT<br><br>E. FELICIA BRANNON<br>VICE-PRESIDENT<br><br>JOSELYN GEAGA-ROSENTHAL<br>GRORGE HOVAGUIMIAN<br>JAVIER NUNEZ | CITY OF LOS ANGELES<br>CALIFORNIA<br><br>Eric Garcetti<br>MAYOR | DEPARTMENT OF<br>BUILDING AND SAFETY<br>201 NORTH FIGUEROA STREET<br>LOS ANGELES, CA 90012<br><br>FRANK BUSH<br>GENERAL MANAGER<br>SUPERINTENDENT OF BUILDING<br><br>OSAMA YOUNAN, P.E.<br>EXECUTIVE OFFICER<br><br>Remit to:<br>Los Angeles Department of<br>Building and Safety<br>Financial Services<br>201 N. Figueroa St. Rm 740<br>Los Angeles, Ca 90012 |
|---|---|---|

SHERTHAL LLC
12301 WILSHIRE BLVD, STE 403-STE 403
LOS ANGELES, CA 90025

December 04, 2018

AIM 770108-5

**SUBJECT:** Notice of Outstanding Annual Inspection Fee regarding Property Located at
<u>13007 W SHERMAN WAY, LOS ANGELES, CA 91605, APN 2327015019</u>

An annual inspection fee has been imposed with respect to the above referenced property in accordance with Los Angeles Municipal Code (L.A.M.C.) Section 98.0402(e) for an annual inspection performed against this location on 11/09/2018 (Invoice # 7701085, Account # 2800042189).

The amount, which is due upon receipt of this notice, is comprised of the following charges

| Operator Name: SEARS AUTO CENTER | |
|---|---|
| **Annual Inspection Fee** | $457.00 |
| **SYS DEV SURHG** | $27.42 |
| Total Due | $484.42 |

Please be advised that assignment to a private collection agency will be made if the above listed fees are not paid within 75 days from the date of the invoice. **Failure to pay the fees may result in a lien against the property, pursuant to L.A.M.C. Section 98.0402 (e) and Los Angeles Administrative Code Sections 7.35.3 and 7.35.5.**

For general information, please call (213) 482-6890 between 7:30 a.m. and 4:30 p.m.

To pay your bill online or inquire the account status, go to <u>www.ladbs.org</u> Online Services, Pay/View Invoice Online.

FOR FURTHER QUESTIONS
PLEASE CONTACT:
DEPARTMENT OF
BUILDING AND SAFETY
201 N. FIGUEROA ST
ROOM 740
LOS ANGELES, CA 90012

CITY OF LOS ANGELES
DEPARTMENT OF BUILDING AND SAFETY
P.O. BOX 514260
LOS ANGELES, CA 90051-4260
PHONE (213) 482-6890

Invoiced to: SEARS AUTO CENTER
SEARS AUTO CENTER C/O ROBERT MAJANO
13007 W SHERMAN WAY
NORTH HOLLYWOOD, CA 91605

AIM 770108-5

INVOICE #: 770108 5
DATE: 11/30/18

**DUE UPON RECEIPT**

| CUSTOMER ACCOUNT # | AUTHORITY | DEPARTMENT CONTROL NUMBER |
|---|---|---|
| 280004218-9 | L.A.M.C. Section 98.0402.(e) | |

ANNUAL INSPECTION AND MONITORING PROGRAM

WORK DATE: 11/9/18
JOB ADDRESS: 13007 W SHERMAN WAY
CASE NO: 196345
INSP NO: 1589036
FISCAL YEAR: 18-19

In accordance with L.A.M.C. Sec. 12.26F.3 or 12.26I.5 Invoice for annual inspection of
AUTO REPAIR GARAGE

| | | | | | | |
|---|---|---|---|---|---|---|
| 48R | 08 | 3800 | 08 | 0000 | Sys Dev Surhg | $27.42 |
| 48R | 08 | 3801 | 08 | 0000 | ANNUAL INSPECTION FEE | $457.00 |

**TOTAL DUE** **$484.42**

For further information, please call inspector at (818) 374-9836 or (818) 374-9837.

**FEE WILL BE DELINQUENT IF NOT PAID WITHIN 30 DAYS FROM THE DATE OF THIS INVOICE (SECTION 12.26F L.A.M.C.).** If this invoice is NOT PAID within 30 DAYS, assignment to a collection agency may be made.

PAY YOUR BILL ONLINE - Go to www.ladbs.org, Online Services, Pay/View Invoice Online
RETAIN THIS PORTION FOR YOUR RECORDS

Page 1 of 1

---

**CUSTOMER NAME:** SEARS AUTO CENTER      **TOTAL DUE**    $ 484.42

**INVOICE #** 770108 5        **ACCOUNT #** 280004218-9      ☐ PLEASE CHANGE MY ADDRESS AS INDICATED:

NAME _____

PLEASE MAKE PAYABLE
AND REMIT TO: **CITY OF LA - BUILDING & SAFETY**
P.O. BOX 514260
LOS ANGELES, CA 90051-4260

NEW ADDRESS _____

CITY, STATE, ZIP _____

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT


*F7701085*