**Exhibit 1**

| Ref # | Contract ID | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 659 | 2201, 1995 | SEARS HOLDINGS MANAGEMENT CORPORATION | GOOGLE LLC | HOME SERVICES - GOOGLE - SUITE360 - ORDER FORM - 2018 | CW2334749 | 6/1/18 | 05/31/2020 | N/A | N/A | N/a | Cure resolved |
| 2 | 658 | 2201, 1995 | SEARS HOLDINGS MANAGEMENT CORPORATION | GOOGLE LLC | ONLINE - GOOGLE - DFP PREMIUM - 2018 | CW2338217 | 6/1/18 | 05/31/2020 | N/A | N/A | N/a | Cure resolved |
| 3 | 30114 | 2201, 1995 | SEARS HOME & BUSINESS FRANCHISES, INC. | GOOGLE LLC | GOOGLE ADVERTISING SERVICE AGREEMENT - ADWORDS ASA | N/A | N/A | Recurring | N/A | N/A | N/a | Cure resolved |