**Exhibit 2**

| Ref # | Contract ID | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | N/A | | SEARS HOLDINGS MANAGEMENT CORPORATION | GOOGLE LLC | MASTER SERVICES AGREEMENT FOR GOOGLE CLOUD PLATFORM LICENSE AND RELATED AMENDMENTS | N/A | 1/28/16 | N/A | N/A | N/A | N/a | Cure resolved |
| 2 | N/A | | SEARS HOLDINGS MANAGEMENT CORPORATION | GOOGLE LLC | DOUBLECLICK ADVERTISING PLATFORM AGREEMENT | N/A | 12/1/14 | N/A | N/A | N/A | N/a | Cure resolved |
| 3 | N/A | | SEARS HOLDINGS MANAGEMENT CORPORATION | GOOGLE LLC | ORDER FORM - DOUBLE CLICK BID MANAGER SERVICE | N/A | 4/1/17 | N/A | N/A | N/A | N/a | Cure resolved |
| 4 | N/A | | SEARS HOLDINGS MANAGEMENT CORPORATION | GOOGLE LLC | ORDER FORM - DOUBLECLICK CAMPAIGN MANAGER FOR ADVERTISERS SERVICE | N/A | 4/1/17 | N/A | N/A | N/A | N/a | Cure resolved |
| 5 | N/A | | SEARS HOLDINGS MANAGEMENT CORPORATION | GOOGLE LLC | ORDER FORM - DOUBLECLICK SEARS FOR ADVERTISERS/AGENCIES SERVICES | N/A | 12/6/16 | N/A | N/A | N/A | N/a | Cure resolved |
| 6 | N/A | | SEARS HOLDINGS MANAGEMENT CORPORATION | GOOGLE LLC | ORDER FORM - DOUBLECLICK RICJ MEDIA SERVICE FOR ADVERTISERS | N/A | 4/1/17 | N/A | N/A | N/A | N/a | Cure resolved |
| 7 | N/A | | SEARS HOLDINGS MANAGEMENT CORPORATION | GOOGLE LLC | GOOGLE SERVICES AGREEMENT | N/A | 2/1/19 | N/A | N/A | N/A | N/a | Cure resolved |
| 8 | N/A | | SEARS HOLDINGS CORPORATION | GOOGLE LLC | ADWORDS ASA 23-May-2011 | N/A | 5/23/11 | N/A | N/A | N/A | N/a | Cure resolved |
| 9 | N/A | | SEARS HOME IMPROVEMENT PRODUCTS, INC. | GOOGLE LLC | ADWORDS ASA 29-JUNE-2012 | N/A | 6/29/12 | N/A | N/A | N/A | N/a | Cure resolved |