UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
In re:                                              :        Chapter 11
                                                    :
SEARS HOLDINGS CORPORATION, *et al.*,               :        Case No. 18-23538 (RDD)
                            *Debtors*               :        (Jointly Administered)
------------------------------------------------------------

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Dana S. Plon, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Loyal Holdings DE LLC in the above-referenced proceeding.

1.  I certify that I am a member in good standing of the bars of the Commonwealth of Pennsylvania and the State of New Jersey and, if applicable, the bar of the U.S. District Court for the Eastern District of Pennsylvania and the U.S. District Court for New Jersey.

2.  I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 24, 2019          SIRLIN LESSER & BENSON, P.C.
Philadelphia, PA               *Attorney for Loyal Holdings DE LLC*

                               By: _____
                                   Dana S. Plon, Esquire
                                   123 South Broad Street, Suite 2100
                                   Philadelphia, PA 19109
                                   Telephone: (215) 864-9700
                                   Fax: (215) 864-9669
                                   *dplon@sirlinlaw.com*