UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                                           :
                                                                :   Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,                           :
                                                                :   Case No. 18-23538 (RDD)
                                                                :
          Debtors.[1]                                           :   (Jointly Administered)
----------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 22, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on PPF Industrial 12016 Telegraph Road, LP (MMLID#4854314), c/o Kearny Real Estate Co., Attn: Hoonie Kang, 11600 Dayton Drive, Rancho Cucamonga, CA, 91730:

- Notice of Assumption and Assignment of Additional Designatable Leases
  [Docket No. 3057]

On April 22, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

- Notice of Assumption and Assignment of Additional Designatable Leases. Objections due by April 15, 2019 [Docket No. 3068]

Dated: April 25, 2019

_____
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 25, 2019, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

18-23538-shl    Doc 3358    Filed 04/25/19    Entered 04/25/19 13:34:37    Main Document
Pg 3 of 4

18-23538-shl    Doc 3358    Filed 04/25/19    Entered 04/25/19 13:34:37    Main Document
Pg 3 of 4

## **Exhibit A**

**Exhibit A**

Exhibit A

Notice Parties Service List

Served via First Class Mail

| MMLID | Name | Address1 | Address2 | Address3 | City | State | PostalCode |
|---|---|---|---|---|---|---|---|
| 5795515 | David L. Templer Insurance Agency, LLC | David L. Templer | 3333 Beverly Rd | | Hoffman Estates | IL | 60179 |
| 4857291 | Fifth Third Bank | Becky Young | 38 Fountain Square Plaza | | Cincinnati | OH | 45263 |
| 4857322 | Promenade II | Florida Mall Hotel | Malcom D. Young | 1500 Sand Lake Road | Orlando | FL | 32809 |
| 4857282 | RH Tax & Financial Services, Inc. | Jackson Hewitt | Balwinder Chholder | 4000 SE Green County Rd | Barttlesville | OK | 74006 |
| 5830642 | STEAK AND ALE OF OH, INC. | VICE PRESIDENT, REAL ESTATE DEPARTMENT | 1900 N CENTRAL EXPY | | PLANO | TX | 75074 |