UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Sears Holdings Corporation, *et al.*          Case No. 18-23538 (RDD)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Hero USA Inc. | Signature Brands, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Hero USA Inc.
One Nutritious Place
Amsterdam, NY 12010

*With a copy to:*

James M. Wilton | Ropes & Gray LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600

Phone: (617) 951-7474

Name and Address where transferee payments should be sent (if different from above):

Same address as above.

Phone: (352) 622-3134

Court Claim No.: 131 (Kmart Corporation) (18-23549)

Date Claim Filed: 10/18/2018

Total Amount of Claim: $1,606,137.60, including 503(b)(9) Administrative Priority Amount of $433,963.20

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____          Date: 4/25/19
Transferee/Transferee's Attorney or Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

75026399_7

**EVIDENCE OF TRANSFER OF CLAIM**

TO:         Clerk, United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")

AND TO:   Sears Holdings Corporation ("Debtor"), Case No. 18-23538 (RDD)

Proof of Claim Number 131

**Signature Brands, LLC** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of the Assignment of Claim, does hereby certify that Assignor has unconditionally and irrevocably sold, transferred, and assigned to:

> **Hero USA Inc.**
> One Nutritious Place
> Amsterdam, NY 12010

its successors and assigns ("Assignee"), all rights, title, and interest in and to Proof of Claim Number 131 ("Claim") against Kmart Corporation (Case No. 18-23549) in the Bankruptcy Court.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

75026399_7

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of **April** 23, 2019.

**Signature Brands, LLC**

By: _____
Name: Brian D. Crosby
Title: Authorized Signatory

[Signature Page to Evidence of Transfer of Claim]

Acknowledged and Agreed:
Hero USA Inc.

By: _____
Name: KIRSTEN BOYEUS
Title: VICE PRESIDENT AND CTO

[Signature Page to Evidence of Transfer of Claim]