Christopher R. Belmonte
Abigail Snow
Pamela Bosswick
SATTERLEE STEPHENS LLP
230 Park Ave., 11th Floor
New York, New York 10169
(212) 818-9200

*Attorneys for International Business Machines Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF OBJECTIONS

PLEASE TAKE NOTICE that *International Business Machines Corporation's Objection to Cure Amounts for Contracts Identified for Potential Assumption and Assignment*, dated January 25, 2019 [Docket No. 1917], *International Business Machines Corporation's Objection and Reservation of Rights to Second Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases*, dated February 11, 2019 [Docket No. 2548], and *International Business Machines Corporation's Limited Objection and Reservation of Rights to Fifth Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases*, dated April 17, 2019 (Docket No. 3261] (together, the "Objections") are hereby withdrawn.

Dated: New York, New York
April 25, 2019

                                      SATTERLEE STEPHENS LLP
                                      *Counsel for International Business Machines Corporation*

1

                By   */s/ Christopher R. Belmonte*
                    Christopher R. Belmonte
                    Abigail Snow
                    Pamela Bosswick
230 Park Avenue, 11th Floor
New York, New York 10169
(212) 818-9200
cbelmonte@ssbb.com
asnow@ssbb.com
pbosswick@ssbb.com

# CERTIFICATION OF SERVICE

I hereby certify that on April 25, 2019, I caused a true and correct copy of the foregoing *Notice of Withdrawal of Objections* to be served on the Objection Recipients, as identified in the *Order Approving Global Bidding Procedures and Granting Related Relief* (ECF No. 816) and set forth on the attached service list, to the email addresses set forth for each person on in the *Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 1731) or on the Master Service List as of 4/1/2019, obtained from website maintained for the Debtors' bankruptcy cases by Prime Clerk.

Dated: April 25, 2019
      New York, New York

                                                                   */s/ Christopher R. Belmonte*
                                                                       Christopher R. Belmonte

## SERVICE LIST

A.  The Bid Notice Parties:

  i.  The Debtors
      Rob Riecker (rob.riecker@searshc.com)
      Luke Valentino (luke.valentino@searshc.com)
      Mohsin Meghji (mmeghji@miiipartners.com));

  ii. Counsel to the Debtors, Weil, Gotshal & Manges LLP
      Ray C. Schrock, P.C. (ray.schrock@weil.com)
      Jacqueline Marcus, Esq. (jacqueline.marcus@weil.com)
      Garrett A. Fail, Esq. (garrett.fail@weil.com)
      Sunny Singh, Esq. (sunny.singh@weil.com));

  iii. The Debtors' Investment Banker, Lazard Frères & Co
      Brandon Aebersold and Levi Quaintance (project.blue.rx@lazard.com));

B.  The Consultation Parties:

  i.  Counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP; and Berkeley Research Group, LLC;
      Paul Leake, Esq. (Paul.Leake@skadden.com)
      Shana Elberg, Esq. (Shana.Elberg@skadden.com)
      George R. Howard, Esq. (George.Howard@skadden.com)

  ii. Counsel to Wells Fargo Bank, National Association, Choate, Hall & Stewart LLP
      Kevin J. Simard, Esq. (ksimard@choate.com)
      Jonathan D. Marshall, Esq. (jmarshall@choate.com)

  iii. Counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP
      Ira S. Dizengoff, Esq. (idizengoff@akingump.com)
      Philip C. Dublin, Esq. (pdublin@akingump.com)
      Abid Qureshi, Esq. (aqureshi@akingump.com)
      Sara L. Brauner, Esq. (sbrauner@akingump.com)

C.  Counsel to the Successful Bidder, Cleary Gottlieb Steen & Hamilton LLP
    Sean A. O'Neal, Esq. (soneal@cgsh.com)
    Lewis J. Liman, Esq. (lliman@cgsh.com)
    Abena A. Mainoo, Esq. (amainoo@cgsh.com)
    Luke A. Barefoot, Esq. (lbarefoot@cgsh.com)
    Andrew Weaver, Esq. (aweaver@cgsh.com)
    Rahul Mukhi, Esq. (rmukhi@cgsh.com)
    Jennifer Kennedy Park, Esq. (jkpark@cgsh.com)