WHITE AND WILLIAMS LLP
James C. Vandermark, Esq.
7 Times Square, Suite 2900
New York, New York  10036-6524
Telephone: (212) 244-9500
Facsimile: (212) 244-6200
E-mail:vandermarkj@whiteandwilliams.com

*Counsel to Google LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No.  18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF GOOGLE LLC'S OBJECTIONS TO THE
POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS**

Google LLC, by and through the undersigned counsel, hereby withdraws, with prejudice, the following objections:

1. GOOGLE LLC'S LIMITED OBJECTION AND RESERVATION OF RIGHTS TO THE POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS [Doc. No. 1995];

2. GOOGLE LLC'S LIMITED OBJECTION AND RESERVATION FO RIGHTS TO THE SUPPLEMENTAL NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS [Doc. No. 2201]; and

3. GOOGLE LLC'S LIMITED OBJECTION AND RESERVATION OF RIGHTS TO THE SECOND SUPPLEMENTAL NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS [Doc. No. 2541].

22711761v.2

|  |  |
|---|---|
| Dated: April 25, 2019<br>New York, NY | Respectfully submitted,<br><br>By: *[signature]*<br>James C. Vandermark, Esq.<br>WHITE AND WILLIAMS LLP<br>7 Times Square, Suite 2900<br>New York, New York 10036<br>(212) 244-9500<br>vandermarkj@whiteandwilliams.com<br><br>*Attorneys for Google LLC* |

22711761v.2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, James C. Vandermark, hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Google LLC's Objections to the Potential Assumption and Assignment of Executory Contracts was filed electronically with the Court on April 25, 2019. Notice of this filing will be sent today to all parties receiving notice via the Court's electronic filing system, including counsel for the Debtors.

Respectfully submitted,

Dated: April 25, 2019
New York, NY

By: _____
James C. Vandermark, Esq.
WHITE AND WILLIAMS LLP
7 Times Square, Suite 2900
New York, New York 10036
(212) 244-9500
vandermarkj@whiteandwilliams.com

*Attorneys for Google LLC*

22711761v.2