# **EXHIBIT "B"**

MCS HEMET VALLEY MALL                                                     Revised
SEARS                                                                     04/08/19
PRE PETITION/POST PETITION BALANCE DUE

**PRE-PETITION:**

    2017 Property Tax (CAM Parking)
        2nd 1/2 2016/2017 + 1st 1/2 2017/2018                           23,154.81
    2017 CAM Expense
        Expense CAP (.35 x 86,143rsf)                                  30,150.05
        Less payments on account:                                     (25,842.96)
    ***SUBTOTAL 2017 CAM EXPENSE DUE:***                               27,461.90

    2018 Property Tax (Store Parcel) 448420003-3
        1st 1/2 2018/2019  $45,970.69  prorated 07/01/18 - 10/14/18     -        Paid 12/3/18

    2018 Property Tax (CAM Parking)
        2nd 1/2 2017/2018 + Prorated 1st 1/2 2018/2019                 18,241.27

    2018 CAM Expense
        Expense CAP (.35 x 86,143rsf) prorated 01/01/18 - 10/14/18     23,707.03
    TOTAL PREPETITION EXPENSE                                          41,948.30
    Less payments on account:                                          (28,714.30)
    ***SUBTOTAL 2018 PREPETITION BALANCE DUE***                        13,234.00

    **TOTAL PREPETITION BALANCE DUE**                                  40,695.90

**POST-PETITION:**

    Property Tax (Store Parcel) 448420003-3
        1st 1/2 2018/2019  $45,970.69  prorated 10/15/18 - 12/31/18     -        Paid 12/3/18

    Property Tax (CAM Parking)
    Prorated 1st 1/2 2018/2019 10/15/18 - 12/31/18                     4,895.18

    CAM Expense
        Expense CAP (.35 x 86,143rsf) prorated 10/15 - 10/21/18          578.22
        Expense CAP (.40 x 86,143rsf) prorated 10/22 - 12/31/18        6,702.63
    TOTAL POST-PETITION BALANCE DUE                                    12,176.03
    Less payments on account:                                          (5,742.86)
    **TOTAL POST-PETITION BALANCE DUE**                                6,433.17

    **Grand total both pre-petition and post-petition**                47,129.07

    Sears store Parcel 1st 1/2                          -    Due 12/10/18  PAID
    Sears store Parcel 2nd 1/2                          -    Reported as paid 04/04/19

N:\Shared\Documents\Documents for Nancy\HVM CAM RECS\HEMET CAM 2017\HEMET-SEARS 2018
SUMMARY.xls