**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION**, *et al.*, | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

---------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 22, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Steak and Ale of OH, Inc. (MMLID#5830642), Vice President, Real Estate President, 1900 N Central Expy., Plano, TX, 75074:

- Notice of Assumption and Assignment of Additional Designatable Leases [Docket No. 3017]

On April 22, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the DN 3023 Notice Parties Service List attached hereto as **Exhibit A**:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

- Notice of Assumption and Assignment of Additional Contracts and Designatable Leases [Docket No. 3023]

On April 22, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the DN 3116 Notice Parties Service List attached hereto as **Exhibit B**:

- Notice of Assumption and Assignment of Additional Contracts [Docket No. 3116]

On April 22, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the DN 3123 Notice Parties Service List attached hereto as **Exhibit C**:

- Notice of Assumption and Assignment of Additional Contracts [Docket No. 3123]

On April 22, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the DN 3172 Notice Parties Service List attached hereto as **Exhibit D**:

- Notice of Assumption and Assignment of Additional Contracts [Docket No. 3172]

Dated: April 25, 2019

Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 25, 2019, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

ROBERT J. RUBEL JR.
NOTARY PUBLIC OF NEW JERSEY
Comm. # 50070782
My Commission Expires 10/25/2022

SRF 32440

## Exhibit A

Exhibit A

DN 3023 Notice Parties Service List

Served via First Class Mail

| MMLID | Name | Address1 | Address2 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| 5789896 | ANDERSON PEST CONTROL | MARK MCCLEARY DISTRICT MANAGER | 65 CENTURY DRIVE | WHEELING | IL | 60090 |
| 5794716 | BARTZ MOWER SERVICE | 1841 39th Street South | | Waide Park | MN | 56301 |
| 5791976 | COVENTRY HEALTH CARE INC | Attn: Legal Department | 6720-B Rockledge Drive, Suite 800 | Bethesda | MD | 20817 |
| 5796078 | FRANK'S LAWN MOWER | 8113 N Milwaukee Ave #A | | Des Plaines | IL | 60714 |
| 5792266 | GASBUDDY, LLC. | Sarah McCrary | 99 Chauncy Street, 4th Floor | Boston | MA | 02111 |
| 5796771 | J&F REPAIR SERVICES,INC | 1855 Wall Street Suite B, Suite B | | Garland | TX | 75041 |
| 5796811 | JD SMALL ENGINE REPAIR | 105 N Market St | | Waterloo | IL | 62298 |
| 5797707 | MSK ASSOCIATES INC | 23813 North Shore Drive | | Emily | MN | 56447 |
| 5797999 | OUTDOOR POWER EQUIPMENT STATION | 6944 South State Road 25 | | Rochester | IN | 46975 |
| 5798207 | PRECISION TOOL REPAIR & SHARPENING | 5517 Merchant Circle # B | | Placerville | CA | 95667 |
| 5798216 | PREMIER POWERSPORTS & TRACTOR | 1504 Fruitvale Boulevard | | Yakima | WA | 98902 |
| 5798414 | REDING REPAIR LLC | 2000 Old County Rd 34 PL | | Burnsville | MO | 55337 |
| 5798483 | RG POWER EQUIPMENT INC | 13237 NE 20TH ST | | Bellevue | WA | 98005 |
| 5798567 | ROUND FARM LLC | 232 W County Road 2163 | | Kingsville | TX | 78363-8882 |
| 5798600 | RUDY'S APPLIANCES | 2954 Veterans Memorial Hwy | | Austell | GA | 30168 |
| 5799176 | SUZ CO | 901 West Morton Avenue 18c | | Jacksonville | FL | 62650 |
| 5799216 | TANNER'S SMALL ENGINE REPAIR LLC | 548 N. Poplar St. | | Centralia | IL | 62801 |
| 5799363 | THOMSON'S GARDEN CENTER | 61 Jefferson Ave | | Salem | MA | 01970 |
| 5799687 | VONDERAHE'S SELECT EQUIPMENT REPAIR, LLC | 703 A BIG BEAR BLVD | | COLUMBIA | MO | 65202 |

**<u>Exhibit B</u>**

Exhibit B

DN 3116 Notice Parties Service List

Served via First Class Mail

| MMLID | Name | Address1 | Address2 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| 5804496 | MABSOOT CLEANING GROUP, LLC | Attn: Cameron Miller | 12901 Nicholson Rd | Dallas | TX | 75234 |
| 5804436 | MARCHIONE ENTERPRISES, LLC | ATTN: TYLER MARCHIONE | 1157 Grand Ave | REDDING | CA | 96003 |
| 5804563 | SEATAC GARAGE SOLUTIONS, LLC | ATTN: CAMERON MILLER | 6170 S 380 W | MURRAY | UT | 84107 |
| 5804451 | TRENTHAM ENTERPRISES | ATTN: TRAVIS TRENTHAM | 3902 E ROESER RD #2 | PHOENIX | AZ | 85040 |
| 4898582 | TRENTHAM ENTERPRISES INC/SEARS CARPET AND AIR DUCT | TRAVIS TRENTHAM | 3902 E ROESER RD #2 | PHOENIX | AZ | 85040 |

**Exhibit C**

Exhibit C

DN 3123 Notice Parties Service List

Served via First Class Mail

| MMLID | Name | Address1 | Address2 | City | State | PostalCode |
|-------|------|----------|----------|------|-------|------------|
| 5791713 | BORROR CONSTRUCTION | 985 N High St #200 | | Columbus | OH | 43201 |
| 5791748 | BROADWATER CAPITAL | 33 Broad St # 403 | | Boston | MA | 02109 |
| 5804580 | COVIELLO SERVICES, LLC | ATTN: MARK COVIELLO, STEVE GUCCIARDO, JOHN EGAN | 202 E 11TH AVE | ROSELLE | NJ | 07203 2016 |
| 5789421 | DREAM FINDERS HOMES, LLC | 14701 PHILIPS WAY, SUTIE 300 | | Jacksonville | FL | 32256 |
| 5792342 | GREENFIELD CONSTRUCTION | 720 KING GEORGE ROAD, 4TH FLOOR | | FORDS | NJ | 08863 |
| 5799559 | Universal Administrators Service, LLC | 7608 West Highway 146 # 201 | | Pewee Valley | KY | 40056 |

In re:  Sears Holdings Corporation, *et al.*

Case No. 18-23538 (RDD)

**<u>Exhibit D</u>**

Exhibit D

DN 3172 Notice Parties Service List
Served via First Class Mail

| MMLID | Name | Address1 | Address2 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| 4875085 | DART WAREHOUSE CORP | 1430 South Eastman Ave | | Los Angeles | CA | 90023 |
| 5797015 | Klunkert Construction Inc. | 1722 Broadmoor Drive # 222 | | Bryan | TX | 77802 |
| 5797160 | Ledcor Construction Inc. | 6405 Mira Mesa Blvd #100 | | San Diego | CA | 92121 |
| 4868888 | MONGODB INC | 100 Forest Avenue | | Palo Alto | CA | 94301 |
| 5798082 | Pavilion Construction | 16037 SW Upper Boones Ferry Rd, Suite 150 | | Tigard | OR | 97224 |
| 5798208 | Preferred Display | 155 Passaic Ave, Suite 360 | | Fairfield | NJ | 07004 |
| 5793155 | QA PARTNERS LLC | Rick Hunter | 815 Wayfarer Drive | Manchester | MO | 63021 |
| 5798758 | Segue Constuction, Inc | 7139 Koll Center Pkwy, Suite 200 | | Pleasanton | CA | 94566 |

In re:  Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

Page 1 of 1