**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| *Debtors* | : | (Jointly Administered) |

---

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the Motion of Dana S. Plon, to be admitted, *pro hac vice*, to represent Pennsee, LLC in the above-referenced bankruptcy proceeding, and upon the movant's certification that the movant is a member in good standing of the bar of the Commonwealth of Pennsylvania and State of New Jersey, and if applicable, the U.S. District Court for the Eastern District of Pennsylvania and the U.S. District Court for New Jersey, it is hereby

ORDERED, that Dana S. Plon, Esquire, is admitted to practice, *pro hac vice*, in the above-referenced proceeding to represent Pennsee, LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____
_____, New York

_____
UNITED STATES BANKRUPTCY JUDGE