CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225 2000
Facsimile: (212) 225 3999
Sean A. O'Neal, Esq.
Luke A. Barefoot, Esq.

*Attorneys for Transform Holdco LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                                        :
                                                             :    **Chapter 11**
**SEARS HOLDINGS CORPORATION**, *et al.*,                    :
                                                             :    **Case No. 18-23538 (RDD)**
                                                             :
                                   Debtors.[1]               :    **(Jointly Administered)**
------------------------------------------------------------ x

**NOTICE OF WITHRAWAL OF A CERTAIN**
**CONTRACT FROM THE NOTICE OF REJECTION OF**
**<u>EXECUTORY CONTRACTS</u>**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**PLEASE TAKE NOTICE** that on April 17, 2019, Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed the *Notice of Rejection of Executory Contracts* (ECF No. 3268) (the "**Rejection Notice**"),[2] notifying applicable counterparties that the Debtors intend to reject the Contracts listed on Schedule 1 to the proposed Rejection Order attached as Exhibit A to the Rejection Notice ("**Schedule of Rejected Contracts**").

**PLEASE TAKE FURTHER NOTICE** that the Contract listed on **Exhibit A** hereto (the "**Removed Contract**") is hereby removed from the Schedule of Rejected Contracts.

**PLEASE TAKE FURTHER NOTICE** that, other than the removal of the Removed Contract from the Schedule of Rejected Contracts, the Rejection Notice remains otherwise unaffected.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have consented to the filing of this notice which effectuates the withdrawal of the Rejection Notice as to the Removed Contract without prejudice, and the Debtors are not seeking to reject the Removed Contract at this time. The Debtors reserve all rights with respect to the Removed Contract.

**PLEASE TAKE FURTHER NOTICE** that this notice will be provided in accordance with the procedures set forth in the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405), including service on the counterparty listed on **Exhibit A**. Transform Holdco LLC submits that no other or further notice need be provided.

---

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Rejection Notice.

Dated: April 26, 2019
New York, New York

                    */s/ Luke A. Barefoot*
                    CLEARY GOTTLIEB STEEN & HAMILTON LLP
                    One Liberty Plaza
                    New York, NY 10006
                    Telephone: (212) 225 2000
                    Facsimile: (212) 225 3999
                    Sean A. O'Neal, Esq.
                    Luke A. Barefoot, Esq.

                    *Attorneys for Transform Holdco LLC*

# Exhibit A

| Ref # | Claim No. | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 107 | N/A | SEARS, ROEBUCK AND CO. | CITIBANK USA, N.A | SALES TAX RECOVERY FILINGS AGREEMENT | N/A | N/A | 11/2/2025 |