UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| *Debtors* | : | (Jointly Administered) |

---

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Dana S. Plon\, to be admitted, *pro hac vice*, to represent Loyal Holdings DE LLC in the above-referenced bankruptcy cases, and upon the movant's certification that the movant is a member in good standing of the bar of the Commonwealth of Pennsylvania and State of New Jersey, and if applicable, the U.S. District Court for the Eastern District of Pennsylvania and the U.S. District Court for New Jersey, it is hereby

ORDERED, that Dana S. Plon, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases to represent Loyal Holdings DE LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
      April 25, 2019

                                      /s/Robert D. Drain
                                      UNITED STATES BANKRUPTCY JUDGE