**Exhibit E**

**Kin No.      3439**
Location:     One Kresge Road, Fairless Hills, Pennsylvania
Landlord:     Fairsan Company LLC
Tenant:       Kmart Corporation
Store No.     8275

**Bankruptcy Filed 10/15/2018**

| **Landlord's Description Of Cure Claim** | **Amount** |
| --- | --- |
| 2019 Falls Township Real Estate Taxes [due 4/30/2019] | $96,461.75 |
| | |
| **Reserve Landlord's rights, including but not limited to, the following:** | |
| 2019-2020 Falls Township School District Real Estate Taxes | t/b/d |
| Unpaid utilities to third parties (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Unpaid maintenance and repair costs to third parties | t/b/d |
| Unbilled CAM and utility charges (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Remove outstanding permits and/or liens (if any) | t/b/d |
| CAM and Fee Reconciliations with third parties for pre-and post-petition time periods (if an) | |
| Legal Fees & Expenses (through 2/28/2019) | $13,887.29 |
| | |
| **Post-Petition Inspection Fees and Deferred Maintenance:** | |
| Anticipated to be Incurred Specific Maintenance/Repair expenses, including but not limited to those items listed below: | |
| HVAC | t/b/d |
| Roof | t/b/d |
| Parking Lot | t/b/d |
| Structural | t/b/d |
| Electrical | t/b/d |
| Inspection Costs | t/b/d |
| | |
| **Cure Claim Not Less Than***  | **$110,349.04** |

---

*Under the Lease, Tenant is obligated to the Landlord for any additional charges with respect to the Premises, but which are not yet known or currently due and payable, including, but not limited to, real estate taxes, amounts payable under reciprocal easement agreements, utilities (including electricity, gas, oil, water, telephone, sanitary sewer services and all other and utilities), attorneys' fees and costs, repair, maintenance, and replacement obligations, and environmental cleanup obligations, or similar charges owing under the Lease that remain undetermined as of the date hereof. Such amounts are not included in the Cure Claim amount set forth herein.

Further documentation in support of these amounts will be provided directly to the Debtors as necessary and upon request. The Landlord reserves the right to modify, increase, supplement and adjust this Cure Claim as necessary or appropriate under the circumstances. Any additional or further documentation shall be deemed to have been filed as of the date hereof.