**BLANK ROME LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5000
Facsimile: (212) 885-5001
Jeffrey Rhodes (*admitted pro hac vice*)
Evan J. Zucker

*Attorneys for Kin Properties, Inc.; Aleff LLC; Arcolo Limited Partnership; Cansan Company, LLC; Fairsan Company LLC; Floreff LLC; Fundamentals Co LLC; Hareff LLC; Hillsborough Associates; Pasan Trust; Mantkin LLC; Musue LLC; Nathan Alison LLC; Sugencole LLC; Sugengran LLC; and Sugensteve LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:                                                       :    Chapter 11
                                                             :
**SEARS HOLDINGS CORPORATION, *et al.*,**                    :    Case No. 18-23538 (RDD)
                                                             :
Debtors.[1]                                                  :    (Jointly Administered)
                                                             :
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

I, Evan J. Zucker, hereby certify that on the 26th day of April, 2019, I caused to be served the foregoing *Supplemental Objection of the Kin Landlords with Respect to Notice of Assumption and Assignment of Fairless Hills Lease* upon the persons or entities listed on the attached service list in the manner indicated thereon.

Dated: New York, New York
April 26, 2019

**BLANK ROME LLP**

By:   /s/ Evan J. Zucker
Evan J. Zucker
1271 Avenue of the Americas
New York, NY 10020
Telephone:   (212) 885-5000
Facsimile:   (212) 885-5001
Email:   EZucker@BlankRome.com

-and-

Jeffrey Rhodes (*admitted pro hac vice*)
1825 Eye Street NW
Washington, D.C. 20006
Telephone:   (202) 420-3150
Facsimile:   (202) 420-2201
E-mail:   JRhodes@BlankRome.com

*Attorneys for Kin Properties, Inc.; Aleff LLC; Arcolo Limited Partnership; Cansan Company, LLC; Fairsan Company LLC; Floreff LLC; Fundamentals Co LLC; Hareff LLC; Hillsborough Associates; Pasan Trust; Mantkin LLC; Musue LLC; Nathan Alison LLC; Sugencole LLC; Sugengran LLC; and Sugensteve LLC*

200467.01608/119334273v.1

## SERVICE LIST

Chambers of the Honorable Judge Robert D. Drain
UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
300 Quarropas Street, Room 248
White Plains, New York 10601
*(Via Overnight Courier)*

SEARS HOLDINGS CORPORATION, ET AL.
Attn: Stephen Sitley Esq., and
Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates, Illinois 60179
*(Via Overnight Courier)*

Ray C. Schrock, P.C
Jacqueline Marcus, Esq.
Garret A. Fail, Esq.
Sunny Singh, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
ray.schrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com
*(Via Electronic Mail)*

OFFICE OF THE UNITED STATES
TRUSTEE FOR REGION 2
Attn: Paul Schwartzberg, Esq.
201 Varick Street, Suite 1006
New York, New York 10014
paul.schwartzberg@usdoj.gov
*(Via Electronic Mail)*

Paul D. Leake, Esq.
Shana A. Elberg, Esq.
George R. Howard, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, New York 10036
Paul.Leake@skadden.com
Shana.Elberg@skadden.com
George.Howard@skadden.com
*(Via Electronic Mail)*

Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
DAVIS POLK & WARDELL LLP
450 Lexington Avenue
New York, New York 10017
marshall.huebner@davispolk.com
eli.vonnegut@davispolk.com
sears.service@davispolk.com
*(Via Electronic Mail)*

Christopher E. Austin, Esq.
Luke A. Barefoot, Esq.
Benet J. O'Reilly, Esq.
Sean A. O'Neal
CLEARY, GOTTLIEB, STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
caustin@cgsh.com
lbarefoot@cgsh.com
boreilly@cgsh.com
soneal@cgsh.com
*(Via Electronic Mail)*

Eric R. Wilson, Esq.
Benjamin D. Feder, Esq.
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
ewilson@kelleydrye.com
bfeder@kelleydrye.com
KDWBankruptcyDepartment@kelleydrye.com
*(Via Electronic Mail)*

Edward M. Fox, Esq.
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
emfox@seyfarth.com
*(Via Electronic Mail)*

James Gadsden, Esq.
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10015
gadsden@clm.com
bankruptcy@clm.com
*(Via Electronic Mail)*

| | |
|---|---|
| Brian A. Raynor, Esq.<br>LOCKE LORD LLP<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>braynor@lockelord.com<br>***(Via Electronic Mail)*** | Philip C. Dublin, Esq.<br>Ira Dizengoff, Esq.<br>Sara Lynne Brauner, Esq.<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, New York 10036<br>idizengoff@akingump.com<br>pdublin@akingump.com<br>sbrauner@akingump.com<br>***(Via Electronic Mail)*** |