# EXHIBIT A

40242256.v1



# BURBANK
TOWN CENTER

March 25, 2019

*Letter sent via Certified Mail w/ Return Receipt*
*Tracking No.: 7015 0640 0001 9840 6618*

Sears - Store #1838
Attn: Real Estate Department
3333 Beverly Road, Dept. 824 RE
Hoffman Estates, IL 60179

RE:   2018/2019 Property Taxes – 1st and 2nd Installment Due
      Burbank Town Center

Dear Tenant,

Enclosed with this letter is a copy of the 2018/2019 Property Tax invoice along with the original property tax bill. Please note that $71,473.62 is currently due for the 1st and 2nd installment.

Please make checks payable to **CAPREF Burbank, LLC** and mail to the address below.

> CAPREF Burbank, LLC
> P.O. Box 678949
> Dallas, TX 75267-8949

Should you have any question, please feel free to contact me at (818) 566-8556 ext. 109 or send your email to michael.deleon@am.jll.com.

Thank You,

Michael I. de Leon
General Manager

## BURBANK TOWN CENTER

### 2018 / 2019 PROPERTY TAX

SEARS UNIT #1838/BURBANK CA.  
DEPT. 824 RE B2.221.A  
3333 BEVERLY ROAD  
HOFFMAN ESTATES, IL 60179

CAPREF BURBANK, LLC  
201 E. MAGNOLIA BLVD., STE. 151  
BURBANK, CA 91501

ACCOUNT #: 11600  
SUITE #:     901

|  | COMMON AREA PROPERTY TAX |
|---|---|
| 2018/2019 Property Tax Parcel # 2460-023-054 | 249,090.91 |
| Number of Parking Spaces (4.6/1,000 SF) | 536 |
| Total Parking Spaces | 1,868 |
| Pro Rata Share % | 28.6938% |
| Annual Pro Rata Share | 71,473.62 |
| 1st Installment Due 12/10/18 | 35,736.81 |
| 2nd Installment Due 4/10/19 | 35,736.81 |

**2018**  **ANNUAL SECURED PROPERTY TAX BILL**  **2018**
CITIES, COUNTY, SCHOOLS AND ALL OTHER TAXING AGENCIES IN LOS ANGELES COUNTY
SECURED PROPERTY TAX FOR FISCAL YEAR JULY 1, 2018 TO JUNE 30, 2019
JOSEPH KELLY, TREASURER AND TAX COLLECTOR
FOR ASSISTANCE CALL 1(213) 974-2111 OR 1(888) 807-2111, ON THE WEB AT lacountypropertytax.com

PROPERTY IDENTIFICATION
ASSESSOR'S ID. NO.: 2460 023 054 18 000

OWNER OF RECORD AS OF JANUARY 1, 2018
SAME AS BELOW

MAILING ADDRESS

CAPREF BURBANK LLC LESSEE
FEE ACQUISITIONS LLC LESSOR
C/O CYPRESS REAL ESTATE PARTNERS
8333 DOUGLAS AVEA STE 975
DALLAS TX 75225-5895

ELECTRONIC FUND TRANSFER (EFT) NUMBER
ID#:19 2460 023 054 5 YEAR:18 SEQUENCE:000 0
PIN:   45P635

SPECIAL INFORMATION

PROPERTY LOCATION AND/OR PROPERTY DESCRIPTION
550 N 1ST ST                        BURBANK CA
P M 258-18-27 LOT 11

ASSESSOR'S REGIONAL OFFICE
REGION #28 INDEX:         TRA:02536
SPECIAL PROPERTIES
500 W TEMPLE STREET RM. 180
LOS ANGELES CA 90012
(213)974-3108

ACCT. NO.: 3046  PRINT NO.: 18046 BILL ID.:

DETAIL OF TAXES DUE FOR    ASSESSOR'S ID NO   YR SEQ   CK
                           2460 023 054       18 000   60

| AGENCY | AGENCY PHONE NO | RATE | AMOUNT |
|---|---|---|---|
| GENERAL TAX LEVY | | | |
| ALL AGENCIES | | 1.000000 S | 206,209.74 |
| VOTED INDEBTEDNESS | | | |
| METRO WATER DIST | | .003500 S | 721.73 |
| COMMUNITY COLLEGE | | .046213 | 9,529.57 |
| UNIFIED SCHOOLS | | .050954 | 10,507.21 |
| DIRECT ASSESSMENTS | | | |
| FLOOD CONTROL | (626) 458-5165 | S | 1,162.84 |
| COUNTY PARK DIST | (833) 265 2600 | | 812.05 |
| LACO VECTR CNTRL | (800) 273-5167 | | 13.09 |
| BURBANK P-BID | (818) 238-5180 | | 20,096.20 |
| MWD STANDBY #5 | (866) 807-6864 | | 38.48 |

TOTAL TAXES DUE                              $249,090.91
FIRST INSTALLMENT TAXES   DUE NOV. 1, 2018   $124,545.46
SECOND INSTALLMENT TAXES  DUE FEB. 1, 2019   $124,545.45

VALUATION INFORMATION
| ROLL YEAR 18-19 | CURRENT ASSESSED VALUE | TAXABLE VALUE |
|---|---|---|
| LAND | 4,837,014 | 4,837,014 |
| IMPROVEMENTS | 15,783,960 | 15,783,960 |
| TOTAL | | 20,620,974 |
| LESS EXEMPTION | | |
| NET TAXABLE VALUE | | 20,620,974 |

ANY RETURNED PAYMENT MAY BE SUBJECT TO A FEE UP TO $50.00

---

DETACH AND MAIL THIS STUB WITH YOUR 2ND INSTALLMENT PAYMENT
DO NOT INCLUDE NOTES WITH YOUR PAYMENT
DO NOT STAPLE, TAPE OR CLIP PAYMENT STUB OR CHECK

ANNUAL    2018

CAPREF BURBANK LLC LESSEE
8333 DOUGLAS AVEA STE 975
DALLAS TX 75225-5895

ASSESSOR'S ID NO   YR SEQ   CK   PK
2460 023 054       18 000   60   2

2ND INSTALLMENT DUE       INDICATE AMOUNT PAID
$124,545.45

FOR MAILING ADDRESS CHANGE
PLEASE MARK BOX BELOW AND
COMPLETE FORM ON REVERSE SIDE
OF THIS PAYMENT COUPON

PAYMENT DUE 02/01/19 ———→
IF NOT RECEIVED OR POSTMARKED BY 04/10/19
REMIT AMOUNT OF   $137,009.99

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your payment.
30639

LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54018
LOS ANGELES, CA 90054-0018

19318000024600230540012454545001370099963920410

**2ND**

---

DETACH AND MAIL THIS STUB WITH YOUR 1ST INSTALLMENT PAYMENT
DO NOT INCLUDE NOTES WITH YOUR PAYMENT
DO NOT STAPLE, TAPE OR CLIP PAYMENT STUB OR CHECK

ANNUAL    2018

CAPREF BURBANK LLC LESSEE
8333 DOUGLAS AVEA STE 975
DALLAS TX 75225-5895

ASSESSOR'S ID NO   YR SEQ   CK   PK
2460 023 054       18 000   60   1

1ST INSTALLMENT DUE       INDICATE AMOUNT PAID
$124,545.46

FOR MAILING ADDRESS CHANGE
PLEASE MARK BOX BELOW AND
COMPLETE FORM ON REVERSE SIDE
OF THIS PAYMENT COUPON

PAYMENT DUE 11/01/18 ———→
IF NOT RECEIVED OR POSTMARKED BY 12/10/18
REMIT AMOUNT OF   $137,000.00

MAKE PAYMENT PAYABLE TO:
Please write the ASSESSOR'S ID. NO.
on the lower left corner of your payment.
40848

LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54018
LOS ANGELES, CA 90054-0018

18418000024600230540012454546001370000064811210

**1ST**