## **EXHIBIT A**

| Kin # | Sears # | Debtor | Counterparty | Premises Address |
|---|---|---|---|---|
| 3641 | 1088 | Sears, Roebuck and Co. | Sugensteve LLC - 50%<br>Sugencole LLC - 25%<br>Sugengran LLC - 25% | 236 N Central Ave/<br>201 W CA Ave<br>Glendale CA |
| 3362 | 1094 | Sears, Roebuck and Co. | Arcolo LP - 50%<br>Sugensteve LLC - 25%<br>Sugencole LLC - 12.5%<br>Sugengran LLC - 12.5% | 436 Main St<br>Hackensack, NJ |
| 3382 | 3949 | Kmart Corporation<br>Gustine Wind Gap Assoc. II Ltd | Pasan Trust – 100% | 803 Male Road<br>Wind Gap, PA |
| 4036 | 1248 | Sears, Roebuck and Co. | Hillsborough Assoc - 100% | 660 West Winton Ave<br>Hayward, CA |
| 3375 | 8744 | Innovel Solutions, Inc. f/k/a Sears Logistics Services, Inc. | Musue LLC - 50%<br>Hareff LLC - 50% | 1820 East Race St.<br>Allentown, PA |
| 3439 | 8275 | Kmart Corporation | Fairsan Company LLC - 100% | One Kresge Road<br>Fairless Hills, PA |
| 3266 | 3013 | Kmart Corporation | Fundamentals Co LLC - 50%<br>Aleff LLC - 50% | 7701/7705 Broadview Rd<br>Seven Hills, OH |