**Exhibit B**

**Kin No.**     **3641**
Location:       236 N. Central Avenue (201 West California Avenue), Glendale, California
Landlord:       Sugensteve LLC (50%), Sugencole LLC (25%), and Sugengran LLC (25%)
Tenant:         Sears Roebuck and Co.
Store No.

**Bankruptcy Filed 10/15/2018**

| **Landlord's Description Of Cure Claim** | **Amount** |
|---|---:|
| 2018/2019 Real Estate Taxes 2nd Half Parcel #5642015045 Due 4/1/2019 | $56,890.07 |
| 2018/2019 Real Estate Taxes 2nd Half Parcel #5642015058 Due 4/1/2019 | $113,436.74 |
| 2018/2019 Real Estate Taxes 2nd Half Parcel #5643020038 Due 4/1/2019 | $15,104.32 |
| **Reserve Landlord's rights, including but not limited to, the following:** | |
| Unpaid utilities to third parties (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Unpaid maintenance and repair costs to third parties | t/b/d |
| Unbilled CAM and utility charges (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Remove outstanding permits and/or liens (if any) | t/b/d |
| CAM and Fee Reconciliations with third parties for pre-and post-petition time periods (if any) | |
| Legal Fees & Expenses (through 2/28/2019) | $13,887.41 |
| **Post-Petition Inspection Fees and Deferred Maintenance:** | |
| Anticipated to be Incurred Specific Maintenance/Repair expenses, including but not limited to those items listed below: | |
| HVAC | t/b/d |
| Roof | t/b/d |
| Parking Lot | t/b/d |
| Structural | t/b/d |
| Electrical | t/b/d |
| Inspection Costs | t/b/d |
| **Cure Claim Not Less Than**[*] | **$199,318.54** |

---

[*] Under the Lease, Tenant is obligated to the Landlord for any additional charges with respect to the Premises, but which are not yet known or currently due and payable, including, but not limited to, real estate taxes, amounts payable under reciprocal easement agreements, utilities (including electricity, gas, oil, water, telephone, sanitary sewer services and all other and utilities), attorneys' fees and costs, repair, maintenance, and replacement obligations, and environmental cleanup obligations, or similar charges owing under the Lease that remain undetermined as of the date hereof. Such amounts are not included in the Cure Claim amount set forth herein.

Further documentation in support of these amounts will be provided directly to the Debtors as necessary and upon request. The Landlord reserves the right to modify, increase, supplement and adjust this Cure Claim as necessary or appropriate under the circumstances. Any additional or further documentation shall be deemed to have been filed as of the date hereof.

| | |
|---|---|
| Kin No. | 3362 |
| Location: | 423 Main Street, Hackensack, New Jersey |
| Landlord: | Arcolo Limited Partnership (50%), Sugensteve LLC (25%), Sugencole LLC (12.5%), and Sugengran LLC (12.5%) |
| Tenant: | Sears Roebuck and Co. |
| Store No. | 1094 |

**Bankruptcy Filed 10/15/2018**

| Landlord's Description Of Cure Claim | Amount |
|---|---:|
| Balance Rent Due 10/15/2018 ($725.00 Due; $362.50 Paid) | $362.50 |
| 2019 2nd Quarter Real Estate Taxes (due 5/1/2019) | $108,510.00 |
| **Reserve Landlord's rights, including but not limited to, the following:** | |
| 2019 3rd & 4th Quarter Real Estate Taxes | t/b/d |
| Unpaid utilities to third parties (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Unpaid maintenance and repair costs to third parties | t/b/d |
| Unbilled CAM and utility charges (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Remove outstanding permits and/or liens (if any) | t/b/d |
| CAM and Fee Reconciliations with third parties for pre-and post-petition time periods (if an) | |
| Legal Fees & Expenses (through 2/28/2019) | $13,887.29 |
| Environmental – Current Compliance Obligations | t/b/d |
| **Post-Petition Inspection Fees and Deferred Maintenance:** | |
| Anticipated to be Incurred Specific Maintenance/Repair expenses, including but not limited to those items listed below: | |
| HVAC | t/b/d |
| Roof | t/b/d |
| Parking Lot | t/b/d |
| Structural | t/b/d |
| Electrical | t/b/d |
| Inspection Costs | t/b/d |
| Environmental –Ongoing Compliance Obligations | t/b/d |
| **Cure Claim Not Less Than\*** | **$123,484.79** |

---

[*] Under the Lease, Tenant is obligated to the Landlord for any additional charges with respect to the Premises, but which are not yet known or currently due and payable, including, but not limited to, real estate taxes, amounts payable under reciprocal easement agreements, utilities (including electricity, gas, oil, water, telephone, sanitary sewer services and all other and utilities), attorneys' fees and costs, repair, maintenance, and replacement obligations, and environmental cleanup obligations, or similar charges owing under the Lease that remain undetermined as of the date hereof.  Such amounts are not included in the Cure Claim amount set forth herein.

Further documentation in support of these amounts will be provided directly to the Debtors as necessary and upon request.  The Landlord reserves the right to modify, increase, supplement and adjust this Cure Claim as necessary or appropriate under the circumstances.  Any additional or further documentation shall be deemed to have been filed as of the date hereof.

**Kin No.**     **3382**
Location:       803 Male Road, Wind Gap, Pennsylvania
Landlord:       Jeffrey Sandelman, Alison Schreier and Tracy Brewer, Successor Co-Trustees
                Of the Pasan Trust
Mortgage/Note:  Intervening Tenant: Gustine Wind Gap Assoc II Ltd.
Subtenant:      Kmart Corporation
Store No.       3949

**Bankruptcy Filed 10/15/2018**

| Landlord's Description Of Cure Claim | Amount |
|---|---|
| **Reserve Landlord's rights, including but not limited to, the following:** | |
| 2019 School District Real Estate Taxes [estimate 2018 + 3%] | $94,944.57 |
| Unpaid Rent and other charges | t/b/d |
| Unpaid utilities to third parties (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Unpaid maintenance and repair costs to third parties | t/b/d |
| Unbilled CAM and utility charges (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Remove outstanding permits and/or liens (if any) | t/b/d |
| CAM and Fee Reconciliations with third parties for pre-and post-petition time periods (if an) | |
| Legal Fees & Expenses (through 2/28/2019) | $13,887.29 |
| Post-Bankruptcy Inspections: | |
| Roof | t/b/d |
| Parking Lot | t/b/d |
| Structural | t/b/d |
| HVAC | t/b/d |
| Electrical | t/b/d |
| Roof Inspection Cost | $2,185.00 |
| **TOTAL DUE:**[*] | **$111,016.86** |

---

[*] Under the Lease, Tenant is obligated to the Landlord for any additional charges with respect to the Premises, but which are not yet known or currently due and payable, including, but not limited to, real estate taxes, amounts payable under reciprocal easement agreements, utilities (including electricity, gas, oil, water, telephone, sanitary sewer services and all other and utilities), attorneys' fees and costs, repair, maintenance, and replacement obligations, and environmental cleanup obligations, or similar charges owing under the Lease that remain undetermined as of the date hereof.  Such amounts are not included in the Cure Claim amount set forth herein.

Further documentation in support of these amounts will be provided directly to the Debtors as necessary and upon request.  The Landlord reserves the right to modify, increase, supplement and adjust this Cure Claim as necessary or appropriate under the circumstances.  Any additional or further documentation shall be deemed to have been filed as of the date hereof.

**Kin No.**    **4036**
Location:         660 West Winton Avenue, Haywood, California
Landlord:       Hillsborough Associates (15%)
Tenant:          Sears Roebuck and Co.
Store No.       1248

**Bankruptcy Filed 10/15/2018**

| Landlord's Description Of Cure Claim | Amount |
|---|---|
| 2018/2019 Real Estate Taxes 2nd Half (Due 4/2019) | $188,555.92 |
| **Reserve Landlord's rights, including but not limited to, the following:** | |
| Unpaid utilities to third parties (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Unpaid maintenance and repair costs to third parties | t/b/d |
| Unbilled CAM and utility charges (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Remove outstanding permits and/or liens (if any) | t/b/d |
| CAM and Fee Reconciliations with third parties for pre-and post-petition time periods (if any) | |
| Legal Fees & Expenses (through 2/28/2019) | $13,887.28 |
| **Post-Petition Inspection Fees and Deferred Maintenance:** | |
| Anticipated to be Incurred Specific Maintenance/Repair expenses, including but not limited to those items listed below: | |
| HVAC | t/b/d |
| Roof | t/b/d |
| Parking Lot | t/b/d |
| Structural | t/b/d |
| Electrical | t/b/d |
| Inspection Costs | t/b/d |
| **Cure Claim Not Less Than**[*] | **$202,443.20** |

---

[*] Under the Lease, Tenant is obligated to the Landlord for any additional charges with respect to the Premises, but which are not yet known or currently due and payable, including, but not limited to, real estate taxes, amounts payable under reciprocal easement agreements, utilities (including electricity, gas, oil, water, telephone, sanitary sewer services and all other and utilities), attorneys' fees and costs, repair, maintenance, and replacement obligations, and environmental cleanup obligations, or similar charges owing under the Lease that remain undetermined as of the date hereof. Such amounts are not included in the Cure Claim amount set forth herein.

Further documentation in support of these amounts will be provided directly to the Debtors as necessary and upon request. The Landlord reserves the right to modify, increase, supplement and adjust this Cure Claim as necessary or appropriate under the circumstances. Any additional or further documentation shall be deemed to have been filed as of the date hereof.

**Kin No.**  3375
Location:  1820 East Race Street, Allentown, Pennsylvania
Landlord:  Musue LLC (50%) and Hareff LLC (50%)
Tenant:  Innovel Solutions, Inc.
Store No.  8744

**Bankruptcy Filed 10/15/2018**

| Landlord's Description Of Cure Claim | Amount |
|---|---|
| County of LeHigh Tax Collector – Copies of tax receipts | $10.00 |
| 2019 Hanover Township Real Estate Taxes (due 5/31/2019) | $6,255.09 |
| 2019 County of Lehigh Real Estate Taxes (due 5/31/2019) | $136.70 |
| 2019-2020 Hanover Township School District Real Estate Taxes (due 7/2019) (Estimate 2018 + 3%) | $33,568.80 |
| **Reserve Landlord's rights, including but not limited to, the following:** | |
| Unpaid utilities to third parties (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Unpaid maintenance and repair costs to third parties | t/b/d |
| Unbilled CAM and utility charges (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Remove outstanding permits and/or liens (if any) | t/b/d |
| CAM and Fee Reconciliations with third parties for pre-and post-petition time periods (if any) | |
| Legal Fees & Expenses (through 2/28/2019) | $13,887.29 |
| **Cure Claim Not Less Than*** | **$53,857.88** |

---

*Under the Lease, Tenant is obligated to the Landlord for any additional charges with respect to the Premises, but which are not yet known or currently due and payable, including, but not limited to, real estate taxes, amounts payable under reciprocal easement agreements, utilities (including electricity, gas, oil, water, telephone, sanitary sewer services and all other and utilities), attorneys' fees and costs, repair, maintenance, and replacement obligations, and environmental cleanup obligations, or similar charges owing under the Lease that remain undetermined as of the date hereof.  Such amounts are not included in the Cure Claim amount set forth herein.

Further documentation in support of these amounts will be provided directly to the Debtors as necessary and upon request.  The Landlord reserves the right to modify, increase, supplement and adjust this Cure Claim as necessary or appropriate under the circumstances.  Any additional or further documentation shall be deemed to have been filed as of the date hereof.

| | |
|---|---|
| Kin No. | 3439 |
| Location: | One Kresge Road, Fairless Hills, Pennsylvania |
| Landlord: | Fairsan Company LLC |
| Tenant: | Kmart Corporation |
| Store No. | 8275 |

**Bankruptcy Filed 10/15/2018**

| **Landlord's Description Of Cure Claim** | **Amount** |
|---|---|
| 2019 Falls Township Real Estate Taxes [due 4/30/2019] | $96,461.75 |
| **Reserve Landlord's rights, including but not limited to, the following:** | |
| 2019-2020 Falls Township School District Real Estate Taxes | t/b/d |
| Unpaid utilities to third parties (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Unpaid maintenance and repair costs to third parties | t/b/d |
| Unbilled CAM and utility charges (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Remove outstanding permits and/or liens (if any) | t/b/d |
| CAM and Fee Reconciliations with third parties for pre-and post-petition time periods (if an) | |
| Legal Fees & Expenses (through 2/28/2019) | $13,887.29 |
| **Post-Petition Inspection Fees and Deferred Maintenance:** | |
| Anticipated to be Incurred Specific Maintenance/Repair expenses, including but not limited to those items listed below: | |
| HVAC | t/b/d |
| Roof | t/b/d |
| Parking Lot | t/b/d |
| Structural | t/b/d |
| Electrical | t/b/d |
| Inspection Costs | t/b/d |
| **Cure Claim Not Less Than**[*] | **$110,349.04** |

---

[*] Under the Lease, Tenant is obligated to the Landlord for any additional charges with respect to the Premises, but which are not yet known or currently due and payable, including, but not limited to, real estate taxes, amounts payable under reciprocal easement agreements, utilities (including electricity, gas, oil, water, telephone, sanitary sewer services and all other and utilities), attorneys' fees and costs, repair, maintenance, and replacement obligations, and environmental cleanup obligations, or similar charges owing under the Lease that remain undetermined as of the date hereof.  Such amounts are not included in the Cure Claim amount set forth herein.

Further documentation in support of these amounts will be provided directly to the Debtors as necessary and upon request.  The Landlord reserves the right to modify, increase, supplement and adjust this Cure Claim as necessary or appropriate under the circumstances.  Any additional or further documentation shall be deemed to have been filed as of the date hereof.

| | |
|---|---|
| Kin No. | 3266 |
| Location: | 7701/7705 Broadview Road, Seven Hills, Ohio |
| Landlord: | Fundamentals Company LLC (50%) and Aleff LLC (50%) |
| Tenant: | Kmart Corporation |
| Store No. | K-3013 |

**Bankruptcy Filed 10/15/2018**

| **Landlord's Description Of Cure Claim** | **Amount** |
|---|---|
| Water/Sewer/Stormwater Charges (billed 8/10/2018) [billed $20,097.82; paid $19,856.44] | $241.38 |
| Stormwater Charges (billed 10/15/2018) | $2,127.48 |
| Stormwater Charges (billed 4/2/2019) | $3,545.80 |
| 2018 1st Half Taxes (paid by Tenant directly to taxing authority) | $0.00 |
| 2018 2nd Half Taxes (paid by Landlord, Landlord to be reimbursed) | $60,284.53 |
| April Rent [$20,833.34 - $1,894.76 concession] | $18,938.58 |

| **Reserve Landlord's rights, including but not limited to, the following:** | |
|---|---|
| 2019 Real Estate Taxes (due 1/2020 and 7/2020) | t/b/d |
| Unpaid utilities to third parties (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Unpaid maintenance and repair costs to third parties | t/b/d |
| Unbilled CAM and utility charges (including, but not limited to, water, sewer, stormwater, electric and gas) | t/b/d |
| Remove outstanding permits and/or liens (if any) | t/b/d |
| CAM and Fee Reconciliations with third parties for pre-and post-petition time periods (if any) | t/b/d |
| Legal Fees & Expenses (through 2/28/2019) | $13,887.29 |

| **Post-Petition Inspection Fees and Deferred Maintenance:** | |
|---|---|
| Anticipated to be Incurred Specific Maintenance/Repair expenses, including but not limited to those items listed below: | |
| HVAC – remove abandoned units | $154,500.00 |
| Roof | $8,000.00 |
| Parking Lot | $675,000.00 |
| Fire Sprinkler System/Electrical | $500.00 |
| Convert Novar lighting control system to local system | $1,000.00 |
| Inspection Costs | t/b/d |
| Structural | t/b/d |

| **Cure Claim Not Less Than**[*] | **$938,025.06** |
|---|---|

---

[*] Under the Lease, Tenant is obligated to the Landlord for any additional charges with respect to the Premises, but which are not yet known or currently due and payable, including, but not limited to, real estate taxes, amounts payable under reciprocal easement agreements, utilities (including electricity, gas, oil, water, telephone, sanitary sewer services and all other and utilities), attorneys' fees and costs, repair, maintenance, and replacement obligations, and environmental cleanup obligations, or similar charges owing under the Lease that remain undetermined as of the date hereof. Such amounts are not included in the Cure Claim amount set forth herein.

Further documentation in support of these amounts will be provided directly to the Debtors as necessary and upon request. The Landlord reserves the right to modify, increase, supplement and adjust this Cure Claim as necessary or appropriate under the circumstances. Any additional or further documentation shall be deemed to have been filed as of the date hereof.