# Exhibit C

# Site Detail Report

### 58280 - SEARS AUTO CENTER #1094 & SEARS ROEBUCK & CO

| PI Number | PI Name | County | Municipality | Activity # | Document Type | Document Status | Document Title | More Info | CEA Fact Sheet |
|---|---|---|---|---|---|---|---|---|---|
| 026818 | SEARS ROEBUCK & CO | Bergen | Hackensack City | LSR100001 | Case Oversight | Active | 97-03-31-1605-49 | Click for Case Details | Fact sheet |
| 026818 | SEARS ROEBUCK & CO | Bergen | Hackensack City | USR000002 | Case Oversight | Closed | 90-06-26-1420 BUST C2 | Click for Case Details | Fact sheet |
| 026818 | SEARS ROEBUCK & CO | Bergen | Hackensack City | UST000002 | UST Registration Profile | Terminated | UST Registration | Click for UST Details | |

Page 1 of 1

*Click here for Activity Tracking details...*

# SRP CASE OVERSIGHT REPORT

## SEARS ROEBUCK & CO
## 436 MAIN ST
## Hackensack City, NJ

| PI Number | 026818 |
|---|---|
| **Activity Number** | LSR100001 |
| **Bureau** | LSR |
| **Document Title** | 97-03-31-1605-49 |
| **Case Status** | LSRP Oversight |
| **Case Status Date** | 1/4/12 |
| **Confirm Contamination** | Yes |
| **Case Manager** | |
| **Phone** | () - |

| Remedial Level | Start Date | End Date |
|---|---|---|
| C2: Formal Design - Known Source or Release with GW Contamination | 1/26/00 | |

| Case Types | Start Date | End Date |
|---|---|---|
| LSRP 2-10 CAOC | 7/9/12 | |
| LSRP GW FEE | 9/20/11 | |
| Regulated UST | 3/31/97 | |

| LSRP Name | |
|---|---|
| **Business Phone Number** | |

**No LSRP**

# *Activity Tracking Report*

### 04/23/2019   4:50 PM

### SEARS ROEBUCK & CO

**PI Number:   026818**

### LSR100001

| Activity Class Description | Licensed Site Professional Program |
|---|---|
| Activity Type Description | LSRP Not Continuously Remediated Case |

| Assigned To | Description | Completed Date |
|---|---|---|
| SRP CLEARING HOUSE, LSRP | Date Remediation was Required to be Initiated | 3/31/97 |
| SRP CLEARING HOUSE, LSRP | LSRP Obligation Event Date | 11/4/09 |
| SRP CLEARING HOUSE, LSRP | LNAPL Identified | 3/1/10 |
| SRP CLEARING HOUSE, LSRP | Case Transferred | 1/4/12 |
| EAKER, JOE | SRP Compliance Alert Letter Issued | 1/27/12 |
| SRP CLEARING HOUSE, LSRP | LNAPL Free Product Reporting Form-Initial Recovery Form Received | 2/27/12 |
| KENNEY, MICHAEL | Phone call - LSRP Compliance Assistance | 4/24/12 |
| SRP CLEARING HOUSE, LSRP | LSRP Retention Form Received | 4/30/12 |
| KENNEY, MICHAEL | Phone call - LSRP Compliance Assistance | 5/29/12 |
| KENNEY, MICHAEL | Phone call - LSRP Compliance Assistance | 5/30/12 |
| KENNEY, MICHAEL | Phone call - LSRP Compliance Assistance | 6/4/12 |
| KENNEY, MICHAEL | Phone call - LSRP Compliance Assistance | 6/5/12 |
| , | Case Transferred | 6/6/12 |
| KENNEY, MICHAEL | Phone call - LSRP Compliance Assistance | 6/8/12 |
| KENNEY, MICHAEL | Phone call - LSRP Compliance Assistance | 6/12/12 |
| SRP CLEARING HOUSE, LSRP | LSRP Receptor Evaluation (Initial) Received | 6/28/12 |

| SRP CLEARING HOUSE, LSRP | Receptor Evaluation (Initial) Received | 6/28/12 |
|---|---|---|
| GARD, DIANE | Receptor Evaluation (Initial) Reviewed | 7/1/12 |
| KENNEY, MICHAEL | Phone call - LSRP Compliance Assistance | 7/2/12 |
| KENNEY, MICHAEL | Compliance Assistance Manager Review Completed | 7/5/12 |
| KENNEY, MICHAEL | Phone call - LSRP Compliance Assistance | 7/5/12 |
| SRP CLEARING HOUSE, LSRP | LSRP Annual Remediation Fee Form Received | 7/9/12 |
| BAYARD, JUDY | Classification Exception Area Biennial Certification Received | 8/27/12 |
| SRP CLEARING HOUSE, LSRP | LNAPL Identified | 8/30/12 |
| WYATT, JUNE | Classification Exception Area Biennial Certification Approved | 9/26/12 |
| SRP CLEARING HOUSE, LSRP | LNAPL Free Product Reporting Form-Initial Recovery Form Received | 11/7/12 |
| SRP CLEARING HOUSE, LSRP | LNAPL Free Product RI & IRM Report Received | 12/9/12 |
| SRP COMPLIANCE ASSISTANCE, LS | May 2014 RI Deadline-Compliance Alert Letter Issued | 6/17/13 |
| SRP CLEARING HOUSE, LSRP | Full Laboratory Data Deliverable Form & Analytical Results Received | 12/9/13 |
| KIERNAN, MURIEL | Remedial Investigation Report Received | 5/7/14 |
| MORROW, JUDITH | Remedial Investigation Completed | 5/7/14 |
| SRP CLEARING HOUSE, LSRP | Remedial Investigation Regulatory Timeframe | 5/7/14 |
| SANGUILIANO, JOSEPH | Referral Returned by ODQ | 9/24/14 |
| , | LSRP Dismissal Form Received | 10/24/16 |
| SRP CLEARING HOUSE, LSRP | Remedial Action Regulatory Timeframe | 5/6/19 |
| SRP CLEARING HOUSE, LSRP | CEA Proposal Due | |
| SRP CLEARING HOUSE, LSRP | LSRP Retention Form Due | |
| SRP CLEARING HOUSE, LSRP | Remedial Action Report Due | |
| SRP CLEARING HOUSE, LSRP | Remedial Action to be Completed for All CAOCs | |

**2**

# Classification Exception Area/Well restriction Area

| **Case Info** | | | |
|---|---|---|---|
| **Case ID** | **026818 LSR100001** | **CEA ID:** | CEA - 2248 |
| **Preferred ID** | 026818 | **Activity Number** | LSR100001 |
| **Case** | SEARS ROEBUCK INCORPORATED #′ | **Subject Item ID:** | CEA1155796 |
| **Address :** | 436 MAIN ST | | |
| **City:** | Hackensack | | |
| **County:** | Bergen | | |

**All PI Block and Lot**

406-3A, 406-3A, 4A, 406-4A

**See Exhibit A [Site Location Map]**

**Lot and Block of the CEA**

406-3A, 404-1, 500-1, 500-4A, 406-4A, 500-4, ROW-River St.

**Contacts**

Site Contact

Organization

Address

Page 1 of 5

Tuesday 23 April 2019

| | |
|---|---|
| Site Contact | Scott Taylor |
| Organization | SEARS ROEBUCK & CO |
| Address | 3333 Beverly Road  B5-335A |
| | |
| | Hoffman Estates, IL   60179 |

**DEP**

() -

**CEA Information**

| | |
|---|---|
| **Description** | CEA for dissolved gasoline compounds. Estimated extent off site across River St to Johnson Memorial Park.  Proposed re-evaluation after remedial actions at site (approx 2 years). |

**GW**

| Aquifer | Vertical Depth |
|---|---|
| Passaic Formation | 50 |

This CEA /WRA applies to the contaminants listed in the table below. The ground water quality criteria / primary drinking water standards for these contaminants are listed in parts per billion (ppb). All constituents standards (N.J.A.C. 7:9:9-6) apply at the designated boundary.

| Contaminant | Concentration | Units | Cleanup Goal | Units |
|---|---|---|---|---|
| Benzene | 9,400 | Micrograms Per Liter | 1 | Micrograms Per Liter |
| Ethylbenzene | 2,200 | Micrograms Per Liter | 700 | Micrograms Per Liter |
| Synthetic Organic Chemicals - Non Carcinogen [Total] | 11,490 | Micrograms Per Liter | 500 | Micrograms Per Liter |
| Toluene | 6,800 | Micrograms Per Liter | 1,000 | Micrograms Per Liter |
| Xylenes (total) | 11,000 | Micrograms Per Liter | 1,000 | Micrograms Per Liter |

**Site**

*Note:*
1 Maximum concentration detected at the time of CEA estblishment
2 Ground Water Quality Standards

### **CEA Boundaries**

| | |
|---|---|
| **horizontal** | See exhibit B (CEA/ WRA Location Map) |
| **Vertical** | See exhibit B (CEA/ WRA Location Map) |
| | Included in affected aquifer above |

| Date Established | Duration | Date Closed/ Lifted | Comments | Note |
|---|---|---|---|---|
| 7/22/03 | 999.00 | | , (Acres - 3), (Perimeter - 1371 ft.), (Area - 121018 sq. ft.) | Since groundwater quality data indicates excedance of contaminants above the Primary Drinking Water Standards, and the designated uses of Class II-A aquifer included potable use, the CEA established for this site is also a Well restriction Area. The extent of Well Restriction shall coincide with the boundaries of the CEA |

**Well Restrictions set within boundaries of the CEA**

| Restrictions | Well Restriction Boundries |
|---|---|
| Double Case Wells | Double Case Wells: With the exception of monitoring wells installed into the first water bearing zone, any proposed well to be installed within the CEA/WRA boundary shall be double cased to an appropriate depth in order to prevent any vertical contaminant migration pathways. This depth is either into a confining layer or 50 feet below the vertical extent of the CEA. |
| Evaluate Production Wells | Evaluate Production Wells: Any proposed high capacity production wells in the immediate vicinity of the CEA/WRA should be pre-evaluated to determine if pumping from these wells would draw a portion of the contaminant plume into the cone of capture of the production wells or alter the configuration of the contaminant plume. |
| Sample Potable Wells | Sample Potable Wells: Any potable well to be installed within the footprint of the CEA/ WRA shall be sampled annually for the parameters of concern. The first sample shall be collected prior to using the well. If contamination is detected, contact your local Health Department. If the contamination is above the Safe Drinking Water Standards, then the NJDEP Hot Line should be called. Treatment is required for any well that has contamination above the Safe Drinking Water Standards. |

**Site Specific Well Restrictions**

**Restriction**

* None at this time

*Click here for Activity Tracking details...*

# SRP CASE OVERSIGHT REPORT
## SEARS ROEBUCK & CO
## 436 MAIN ST
## Hackensack City, NJ

| | |
|---|---|
| **PI Number** | 026818 |
| **Activity Number** | USR000002 |
| **Bureau** | BUST |
| **Document Title** | 90-06-26-1420 BUST  C2 |
| **Case Status** | NFA-A (Unrestricted Use) |
| **Case Status Date** | 1/27/95 |
| **Confirm Contamination** | Yes |
| **Case Manager** | OPRA |
| **Phone** | http://www.nj.gov/dep/opra/ |

| **Remedial Level** | **Start Date** | **End Date** |
|---|---|---|
| C2: Formal Design - Known Source or Release with GW Contamination | 6/9/94 | |

| **Case Types** | **Start Date** | **End Date** |
|---|---|---|
| Regulated UST | 6/26/90 | |

| | |
|---|---|
| **LSRP Name** | |
| **Business Phone Number** | |

**No LSRP**

# Activity Tracking Report

**04/23/2019   4:51 PM**

**SEARS ROEBUCK & CO**

**PI Number:   026818**

**USR000002**

| Activity Class Description | UST Remediation |
|---|---|
| Activity Type Description | Remedial Investigation |

| Assigned To | Description | Completed Date |
|---|---|---|
| FISHER, IAN | Date Remediation was Required to be Initiated | 6/26/90 |
| RIVERA, RAFAEL | Transferred From INS To BUST C2 | 6/9/94 |
| INFANGER, MIKE | Case Manager Assigned BUST  (Default) | 1/23/95 |
| , | NFA-A (Unrestricted Use) Approved | 1/27/95 |
| INSERRA, AL | OSB Final Notice letter Sent | 10/18/12 |
| INSERRA, AL | OSB FNL Response Received by BEI | 12/19/12 |

1

| PI Number |
|---|
| 026818 |

# UST TANK SUMMARY

4/23/19

**SEARS ROEBUCK & CO**                                                                 **026818**

### Active

| Tank ID | Tank No. | Tank Size/Units | Tank Contents | Tank Status | Task Status Date |
|---|---|---|---|---|---|
| TANK-1 | A1 | 2,000 | U. OTHER: BULK OIL | Removed | 6/1/1990 |
| TANK-10 | 02 | 3,000 | Leaded Gasoline | Out of Service | 6/1/1990 |
| TANK-11 | 03 | 3,000 | Leaded Gasoline | Out of Service | 6/1/1990 |
| TANK-12 | 04 | 3,000 | Leaded Gasoline | Out of Service | 6/1/1990 |
| TANK-2 | A2 | 2,000 | U. OTHER: BULK OIL | Removed | 6/1/1990 |
| TANK-3 | A3 | 3,000 | U. OTHER: BULK OIL | Removed | 6/1/1990 |
| TANK-4 | A4 | 3,000 | U. OTHER: BULK OIL | Removed | 6/1/1990 |
| TANK-5 | A5 | 3,000 | U. OTHER: BULK OIL | Removed | 6/1/1990 |
| TANK-6 | A6 | 3,000 | U. OTHER: BULK OIL | Removed | 6/1/1990 |
| TANK-7 | E1 | 7,500 | Heating Oil (No. 4) | Out of Service | 6/1/1990 |
| TANK-8 | E2 | 1,000 | Waste Oil | Removed | 6/1/1990 |
| TANK-9 | 01 | 3,000 | Leaded Gasoline | Out of Service | 6/1/1990 |

### Inactive

| Tank ID | Tank No. | Tank Size/Units | Tank Contents | Tank Status | Task Status Date |
|---|---|---|---|---|---|
| TANK-1 | A1 | 2,000 | U. OTHER: BULK OIL | Removed | 6/1/1990 |
| TANK-10 | 02 | 3,000 | Leaded Gasoline | Removed | 1/1/1983 |
| TANK-11 | 03 | 3,000 | Leaded Gasoline | Removed | 1/1/1983 |
| TANK-12 | 04 | 3,000 | Leaded Gasoline | Removed | 3/27/1997 |
| TANK-2 | A2 | 2,000 | U. OTHER: BULK OIL | Removed | 6/1/1990 |
| TANK-3 | A3 | 3,000 | U. OTHER: BULK OIL | Removed | 6/1/1990 |
| TANK-4 | A4 | 3,000 | U. OTHER: BULK OIL | Removed | 6/1/1990 |
| TANK-5 | A5 | 3,000 | U. OTHER: BULK OIL | Removed | 6/1/1990 |
| TANK-6 | A6 | 3,000 | U. OTHER: BULK OIL | Removed | 6/1/1990 |
| TANK-7 | E1 | 7,500 | Heating Oil (No. 4) | Removed | 3/27/1997 |
| TANK-8 | E2 | 1,000 | Waste Oil | Removed | 6/1/1990 |
| TANK-9 | 01 | 3,000 | Leaded Gasoline | Removed | 1/1/1983 |