**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

In re: Sears Holdings Corporation

                        Debtor

-------------------------------------------------------x

                        Plaintiff

v.

                        Defendant

-------------------------------------------------------x

Case No.: 18-23538-rdd

Chapter 11

Adversary Proceeding No.: _____

**RECEIVED APR 26 2019 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK**

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Robert J. Bruce, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Synergetic Staffing, LLC, a Colorado limited liability co. in the above-referenced ☒ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Colorado and, if applicable, the bar of the U.S. District Court for the District of Colorado.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 12, 2018
Denver, CO, New York

Robert J. Bruce [signature]
Mailing Address:
RJB LAWYER, LLC
1543 Champa Street, Suite 400
Denver, CO 80202
E-mail: bobbruce@rjblawyerllc.com
Telephone number: (303) 573-5498