WASSERMAN, JURISTA & STOLZ, P.C.
110 Allen Road, Suite 304
Basking Ridge, New Jersey 07920
Phone: (973) 467-2700
Fax: (973) 467-8126
Donald W. Clarke
*Attorneys for Levcom Wall Plaza Associates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In Re: : Chapter 11
 :
**SEARS HOLDINGS CORPORATION,** *et al.* : Case No. 18-23538-RDD
 :
 Debtors. : (Jointly Administered)
-----------------------------------------------------------------x

**OBJECTION BY LEVCOM WALL PLAZA ASSOCIATES (STORE NO. 7602) TO THE DEBTORS' NOTICE OF CURE COSTS [DOC 1731]**

*Levcom Wall Plaza Associates* ("Levcom"), creditor and landlord of the above-captioned debtors ("Debtors"), by and through its attorneys, Wasserman, Jurista & Stolz, PC, objects to the Debtors' *NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH GLOBAL SALE TRANSACTION* (the "Cure Notice") [Doc 1731], and sets forth as follows:

1. Levcom is the owner of certain real property on which Store No. 7602 is located. The Debtors operate Store No. 7602 pursuant to the terms of that certain lease, dated June of 1985, and as same has been amended (the "Lease").

2. The Cure Notice shows no cure due and owing under the Lease.

3. Attached hereto as **Exhibit "A"** is a statement, dated November 1, 2018, reflecting **real estate taxes totaling $53,946.47**.

4. Attached as **Exhibit "B"** is a statement showing the **1st Quarter 2019 taxes, totaling $50,524.60**, which become due February 1, 2019.

5. Pursuant to § 365(b) of the Bankruptcy Code, the Debtors are unable to assume the Lease before they first cure or provide adequate assurance that they will promptly cure all defaults (monetary and nonmonetary) as of the date of the propose assumption.

6. The Lease cannot be assigned before it is first assumed, and furthermore, cannot be assigned without adequate assurance of future performance.

7. The Landlord reserves their right to supplement this objection (the "Cure Objection") in the event administrative rents or other cure costs accrue and are unpaid up to and including the date the Lease is assumed.

8. To be clear, in order for the Debtor to assume the Lease, regardless of any proposed assignment, the Cure Amount must be paid in full, or the Debtor must adequately assure that it will promptly cure the default.

9. Unless the Debtors can adequately assure that this case will not be administratively insolvent, the Landlord does not consent to any portion of Cure Amount being treated as an "administrative claim."

10. In the event the proposed assignee of the Lease changes, or for any other reason, the Landlord reserves its right to object to the proposed assignment based on any applicable grounds.

11. Based on the foregoing, the Landlord respectfully requests that the Cure Amounts reflected in the attached *Exhibit "A,"* in addition to any amounts which might accrue prior to the assumption or assignment (*see Exhibit "B"*), be paid in full.

                                                              **WASSERMAN, JURISTA & STOLZ, P.C.**
                                                              *Attorney for Loycom-Wall Plaza Associates*

Dated: January 24, 2019                                                   DONALD W. CLARKE

| | | | |
|---|---|---|---|
| Levcom Wall Plaza Associates | | | Sears Holdings Corp. |
| 1051 Bloomfield Avenue | | | Wall, NJ 07719 |
| P.O. Box 1276 | | | |
| Clifton, NJ 07012 | | | |

## Statement

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|---|---|---|---|
| 11/01/2018 | RE Tax Pre-Petition to 10/14/18 | 53,946.47 | |
| | **PREVIOUS MONTH ENDING BALANCE** | | 53,946.47 |
| | **CURRENT CHARGES** | | |
| | TOTAL CURRENT | | 0.00 |

**Total Amount Due:**                                                                                           **$ 53,946.47**

**Comments:**

---

Sears Holdings Corp.  
Property Tax Dept,; B2-110A  
3333 Beverly Road  
Hoffman Estates, IL 60179

Statement Date:  12/31/2018

Total Due:  $ 53,946.47

---

*Please Return This Coupon With Your Payment*

Levcom Wall Plaza Associates  
1051 Bloomfield Avenue  
P.O. Box 1276  
Clifton, NJ 07012

Date   : 12/31/2018

Unit   : 500-A1TAX-CU

Amount Due   : $ 53,946.47

Bill to:  
Sears Holdings Corp.  
Property Tax Dept,; B2-110A  
3333 Beverly Road  
Hoffman Estates, IL 60179

Send Remittance to :  
Levcom Wall Plaza Associates  
1051 Bloomfield Avenue  
P.O. Box 1276  
Clifton, NJ 07012

| BLOCK NUMBER | LOT NUMBER | QUALIFICATION |
|---|---|---|
| 88 | 5 | |

Property Locat.: 1821 HWY 35
Building Desc.: PLAZA-102,283SF
Additional Lots:
Land Dimens.: 9.408 AC
Bank: Mortgage #
Tax Acct. # 00001474

### ASSESSED VALUATION INFORMATION

| LAND | IMPROVEMENTS | TOTAL |
|---|---|---|
| 5363700 | 4984400 | 10348100 |
| EXEMPTIONS ▶ | NET TAXABLE VALUE ▶ | 10348100 |

LEVCOM WALL PLAZA ASSOC,LP%JK MGMT
1051 BLOOMFIELD AVE ST 2A
CLIFTON, N J          07012

### EXPLANATION OF TAXES

| DESCRIPTION | RATE PER $100 | AMOUNT OF TAX |
|---|---|---|
| COUNTY TAX | 0.256 | 26491.13 |
| COUNTY LIBRARY TAX | 0.018 | 1862.66 |
| DISTRICT SCHOOL | 1.123 | 116209.16 |
| LOCAL MUNICIPAL TAX | 0.459 | 47497.78 |
| COUNTY OPEN SPACE TAX | 0.028 | 2897.47 |
| FIRE DIST 1 | 0.069 | 7140.19 |
| | | |
| 2018 TOTAL TAX | 1.953 | 202098.39 |
| 2018 NET TAX | | 202098.39 |
| LESS 2018 PREV. BILLED | | 99031.32 |
| BALANCE OF 2018 TAX | | 103067.07 |

| 2018 3RD QTR DUE AUG. 1, 2018 | 2018 4TH QTR DUE NOV. 1, 2018 | 2019 1ST QTR DUE FEB. 1, 2019 | 2019 2ND QTR DUE MAY 1, 2019 |
|---|---|---|---|
| 51533.54 | 51533.53 | 50524.60 | 50524.60 |

### INFORMATION FOR TAXPAYERS

MAKE CHECK PAYABLE TO: TOWNSHIP OF WALL - TAX

MAIL TO: TOWNSHIP OF WALL TAX OFFICE
2700 ALLAIRE ROAD
WALL, N.J. 07719
(732) 449-8444

SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

Office Hours - 8:00 TO 5:00pm. M-F
Closed Weekends & Holidays
** Include a SASE for Receipt **
Online Pay Option:   www.wallnj.com
>> Post Mark NOT ACCEPTED.
Do Not Combine Water/Sewer payments
with Tax payments.  ** Please Read
the reverse side for Add'l Info **
Direct Debit Withdrawn on the 5th

**** 3rd Quarter Due August 27 ****
Direct Debit 3rd Quarter > Aug 16th

### 2019 PRELIMINARY TAX

PRELIMINARY TAX IS EQUAL TO
ONE HALF OF 2018 TOTAL NET TAX    101049.20

### DISTRIBUTION OF TAXES

| | | |
|---|---|---|
| County Taxes | 15.47% | $ 31251.26 |
| School Taxes | 57.50% | $ 116209.16 |
| Municipal Taxes | 23.50% | $ 47497.78 |
| | 3.53% | $ 7140.19 |

**STATE AID USED TO OFFSET LOCAL PROPERTY TAXES:** The budgets of the government agencies funded by this tax bill include State aid used to reduce property taxes. State aid offset information for current year municipal tax bills will start becoming available at the end of July. Access the Division of Local Government Services' website at http://www.nj.gov/dca/divisions/dlgs/resources/property_tax.html to find (based on the assessed value of this parcel) the amount of state aid used to offset property taxes on this parcel.

© MGL PRINTING SOLUTIONS    W005-07/07A