# EXHIBIT 1

| Property  | Loyal Plaza |
|-----------|-------------|
| Tenant    | KMART Corp  |
| Suite     | 0001        |
| Suite GLA | 102,558     |

| SUMMARY              |    |         |
|----------------------|----|---------|
| Prior Year CAM       |    | 72,422  |
| Prior Year Insurance |    | 6,620   |
| Prior Year Tax       |    | 71,399  |
| **Total Amount Due** | $  | 150,441 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Tenant | KMART Corp | | | | | |
| Suite | 0001 | | | | | |
| Suite GLA | 102,558 | | | | | |
| Share | 34.93% | | | | | |
| **2018 Prior Year CAM** | Total Center Cost | Participating SF | Cost PSF | Total Tenant Portion | Admin Fee % | Subject to CAP |
| Parking Lot Sweeping | 1,956 | 293,605 | 0.0067 | 683 | 0% | - |
| Repairs & Maintenance | 6,733 | 293,605 | 0.0229 | 2,352 | 0% | - |
| Parking Lot Pavement | 89,780 | 293,605 | 0.3058 | 31,361 | 0% | - |
| Landscaping | 7,715 | 293,605 | 0.0263 | 2,695 | 0% | - |
| Utilities | 88,375 | 293,605 | 0.3010 | 30,870 | 0% | - |
| Cleaning & Janitorial | 30,661 | 293,605 | 0.1044 | 10,710 | 0% | - |
| Snow Removal | 47,840 | 293,605 | 0.1629 | 16,711 | 0% | - |
| Base Year Cost | (65,728) | 293,605 | (0.2239) | (22,959) | 0% | - |
| **Total 2018 Prior Year CAM** | 207,330 | | | 72,422 | | |
| Expenses Not Subject to a Cap | | | | 72,422 | | |
| Total Recoverable Expense | | | | 72,422 | | |
| Total Due for Full Year | | | | 72,422 | | |
| Occupancy Percentage for Year | | | | 100% | | |
| Total Amount Due | | | | 72,422 | | |
| Prior Estimates Billed | | | | | | |
| Total Reconciliation | | | | 72,422 | | |
| Recovery Reconciliation 12/18 | | | | | | |
| Total Reconciliation Billed | | | | 72,422 | | |
| **Total Due** | | | | 72,422 | | |

| | |
|---|---|
| Tenant | KMART Corp |
| Suite | 0001 |
| Suite GLA | 102,558 |
| Share | 34.93% |

| 2018 Prior Year Insurance | Total Center Cost | Participating SF | Cost PSF | Total Tenant Portion | Admin Fee % | Subject to CAP |
|---|---|---|---|---|---|---|
| Insurance - General Liability | 18,951 | 293,605 | 0.0645 | 6,620 | 0% | - |
| **Total 2018 Prior Year Insurance** | **18,951** | | | **6,620** | | |
| | | | | | | |
| **Expenses Not Subject to a Cap** | | | | 6,620 | | |
| **Total Recoverable Expense** | | | | 6,620 | | |
| | | | | | | |
| **Total Due for Full Year** | | | | 6,620 | | |
| **Occupancy Percentage for Year** | | | | 100% | | |
| **Total Amount Due** | | | | 6,620 | | |
| **Prior Estimates Billed** | | | | | | |
| **Total Reconciliation** | | | | 6,620 | | |
| **Recovery Reconciliation 12/18** | | | | | | |
| **Total Reconciliation Billed** | | | | 6,620 | | |
| | | | | | | |
| **Total Due** | | | | **6,620** | | |

| | |
|---|---|
| Tenant | KMART Corp |
| Suite | 0001 |
| Suite GLA | 102,558 |
| Share | 39.87% |

| 2018 Prior Year Taxes | Total Center Cost | Participating SF | Cost PSF | Total Tenant Portion | Admin Fee % | Subject to CAP |
|---|---|---|---|---|---|---|
| 2018/2019 School Taxes | 227,027 | 257,212 | 0.8826 | 90,522 | 0% | - |
| Base Year Cost | (47,960) | 257,212 | -0.1865 | (19,123) | 0% | - |
| **Total 2018 Prior Year Taxes** | **179,067** | | | **71,399** | | |
| **Expenses Not Subject to a Cap** | | | | 71,399 | | |
| **Total Recoverable Expense** | | | | 71,399 | | |
| **Total Due for Full Year** | | | | 71,399 | | |
| **Occupancy Percentage for Year** | | | | 100% | | |
| **Total Amount Due** | | | | 71,399 | | |
| **Prior Estimates Billed** | | | | | | |
| **Total Reconciliation** | | | | 71,399 | | |
| **Recovery Reconciliation 12/18** | | | | | | |
| **Total Reconciliation Billed** | | | | 71,399 | | |
| **Total Due** | | | | **71,399** | | |