## Collection Workout for Legal
## SEARS - INDIAN MOUND MALL
### 4/16/2014 - 4/1/2019

| Date | Monthly Charges | | | | | Total Charges | Total Amount Due |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | BRT | CAM | CPY | TAX | TPY | | |
| Apr-14 | 0.00 | 0.00 | 105.21 | 0.00 | 6.83 | 112.04 | 112.04 |
| MAY14-JUN16 | 0.00 | 1.82 | 0.00 | (0.01) | 0.00 | 1.81 | 113.85 |
| JUL16-SEP17 | 0.98 | 0.14 | 0.00 | 30.69 | 0.00 | 31.81 | 145.66 |
| NOV17-DEC17 | 0.00 | 0.14 | 0.00 | 0.05 | 0.00 | 0.19 | 145.85 |
| Jan-18 | 0.00 | 0.07 | 0.00 | 7,186.91 | 0.00 | 7,186.98 | 7,332.83 |
| Feb-18 | 0.00 | 0.07 | 0.00 | 7,186.97 | 0.00 | 7,187.04 | 14,519.87 |
| Mar-18 | 0.00 | 0.07 | 1,166.69 | 7,186.97 | 0.00 | 8,353.73 | 22,873.60 |
| Apr-18 | 0.00 | 0.07 | 0.00 | 7,186.97 | 0.00 | 7,187.04 | 30,060.64 |
| May-18 | 0.00 | 97.29 | 0.00 | 7,186.97 | 0.00 | 7,284.26 | 37,344.90 |
| Jun-18 | (3,474.80) | 97.29 | 0.00 | 7,186.97 | 0.00 | 3,809.46 | 41,154.36 |
| Jul-18 | 0.00 | (288.80) | 0.00 | 7,186.97 | 0.00 | 6,898.17 | 48,052.53 |
| Aug-18 | 0.00 | (288.80) | 0.00 | 7,186.97 | 0.00 | 6,898.17 | 54,950.70 |
| Sep-18 | 0.00 | (287.80) | 0.00 | 7,186.97 | 0.00 | 6,899.17 | 61,849.87 |
| Oct-18 | (289.80) | 0.00 | 0.00 | 7,186.97 | 0.00 | 6,897.17 | 68,747.04 |
| Nov-18 | 0.00 | 0.00 | 0.00 | 7,186.97 | 0.00 | 7,186.97 | 75,934.01 |
| Dec-18 | 8.33 | 2,897.19 | 0.00 | 7,186.97 | 0.00 | 10,092.49 | 86,026.50 |
| Jan-19 | 0.00 | (288.80) | 0.00 | 7,186.97 | 0.00 | 6,898.17 | 92,924.67 |
| Feb-19 | 8.33 | 3,185.99 | 0.00 | 7,186.97 | 0.00 | 10,381.29 | 103,305.96 |
| Mar-19 | 8.33 | 3,185.99 | 0.00 | 7,186.97 | 0.00 | 10,381.29 | 113,687.25 |
| Apr-19 | 8.33 | 3,185.99 | 0.00 | 0.00 | 0.00 | 3,194.32 | 116,881.57 |
| Total | ($3,730.30) | $11,497.92 | $1,271.90 | $107,835.22 | $6.83 | $116,881.57 | $116,881.57 |

Total Charges:        $116,881.57
Interest & Late Fee:        $0.00
Total Due:        $116,881.57

-EXHIBIT "C" TO SUPPLEMENT-

**Collection Workout for Legal**
**SEARS - MALL AT JOHNSON CITY**
**5/24/2017 - 4/1/2019**

| Date | Monthly Charges | | | Total Charges | Total Amount Due |
| --- | --- | --- | --- | --- | --- |
|  | CAM | PRT | TAX |  |  |
| May-17 | 0.00 | 0.01 | 0.00 | 0.01 | 0.01 |
| Sep-17 | 0.00 | 0.01 | 0.00 | 0.01 | 0.02 |
| Dec-17 | 0.00 | 0.01 | 0.00 | 0.01 | 0.03 |
| Jan-18 | 0.00 | 0.01 | 0.00 | 0.01 | 0.04 |
| Apr-18 | 0.00 | 0.01 | 0.00 | 0.01 | 0.05 |
| Dec-18 | 0.00 | 13,612.67 | 0.00 | 13,612.67 | 13,612.72 |
| Jan-19 | 0.00 | 0.00 | 5,416.67 | 5,416.67 | 19,029.39 |
| Feb-19 | 0.00 | 0.00 | 416.67 | 416.67 | 19,446.06 |
| Mar-19 | 0.00 | 0.00 | 416.67 | 416.67 | 19,862.73 |
| Apr-19 | (545.38) | 0.00 | 416.67 | (128.71) | 19,734.02 |
| Total | ($545.38) | $13,612.72 | $6,666.68 | $19,734.02 | $19,734.02 |

Total Charges:  $19,734.02
Interest & Late Fee:  $0.00
Total Due:  $19,734.02

-EXHIBIT "C" TO SUPPLEMENT-

## Collection Workout for Legal
## SEARS -PEARLRIDGE CENTER 2 DOWNTOWN
## 11/7/2016 - 4/1/2019

| Date | Monthly Charges | | | | | Total Charges | Total Amount Due |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | BRT | CAM | GET | TAX | TPY | | |
| NOV16-JAN18 | 0.00 | 0.00 | (1.50) | 242,967.19 | 0.00 | 242,965.69 | 242,965.69 |
| Jul-18 | 0.00 | 0.00 | 0.00 | 46,285.71 | (143.00) | 46,142.71 | 289,108.40 |
| Aug-18 | 0.00 | 0.00 | 0.00 | 46,285.71 | 0.00 | 46,285.71 | 335,394.11 |
| Sep-18 | 0.00 | 0.00 | 0.00 | 46,285.71 | 0.00 | 46,285.71 | 381,679.82 |
| Oct-18 | 0.00 | 0.10 | (0.10) | 46,285.71 | 0.00 | 46,285.71 | 427,965.53 |
| Nov-18 | 0.00 | 0.00 | 0.00 | 46,285.71 | 0.00 | 46,285.71 | 474,251.24 |
| Dec-18 | 0.30 | 0.00 | 0.00 | 46,285.71 | 0.00 | 46,286.01 | 520,537.25 |
| Jan-19 | 0.00 | 0.00 | 0.00 | 56,120.91 | 0.00 | 56,120.91 | 576,658.16 |
| Feb-19 | 0.00 | 0.00 | 0.00 | 56,120.91 | 0.00 | 56,120.91 | 632,779.07 |
| Mar-19 | 0.00 | 0.00 | 0.00 | 56,120.91 | 0.00 | 56,120.91 | 688,899.98 |
| Apr-19 | 0.00 | 0.00 | 0.00 | 56,120.91 | 0.00 | 56,120.91 | 745,020.89 |
| Total | $0.30 | $0.10 | ($1.60) | $745,165.09 | ($143.00) | $745,020.89 | $745,020.89 |

| | |
| --- | --- |
| Total Charges: | $745,020.89 |
| Interest & Late Fee: | $0.00 |
| Total Due: | $745,020.89 |

-EXHIBIT "C" TO SUPPLEMENT-

**Collection Workout for Legal**
**SEARS - WEBERSTOWN MALL (CAM)**
**10/1/2018 - 4/1/2019**

| Monthly Charges | | | |
|---|---|---|---|
| Date | CAM | Total Charges | Total Amount Due |
| Oct-18 | 800.00 | 800.00 | 800.00 |
| Total | $800.00 | $800.00 | $800.00 |

Total Charges:        $800.00
Interest & Late Fee:   $0.00
Total Due:            $800.00

-EXHIBIT "C" TO SUPPLEMENT-

**Collection Workout for Legal**
**SEARS - WHITEHALL MALL**
**4/28/2016 - 4/1/2019**

| Date | Monthly Charges | | | | Total Charges | Total Amount Due |
|---|---|---|---|---|---|---|
| | BRT | CAM | TAX | WTS | | |
| Apr-16 | 0.00 | 0.00 | 0.00 | 1,195.80 | 1,195.80 | 1,195.80 |
| Jun-16 | 0.00 | 0.00 | 0.00 | 512.00 | 512.00 | 1,707.80 |
| Jul-16 | 0.00 | 0.00 | 0.00 | 648.06 | 648.06 | 2,355.86 |
| Aug-16 | 0.00 | 0.00 | 0.00 | 451.36 | 451.36 | 2,807.22 |
| Dec-16 | 0.00 | 0.00 | 0.00 | 515.00 | 515.00 | 3,322.22 |
| May-17 | 0.00 | 0.00 | 0.00 | 1,878.00 | 1,878.00 | 5,200.22 |
| Jun-17 | 0.00 | 0.00 | 0.00 | 261.00 | 261.00 | 5,461.22 |
| Jul-17 | 0.00 | 0.00 | 0.00 | 618.11 | 618.11 | 6,079.33 |
| Aug-17 | 0.00 | 0.00 | 0.00 | 255.00 | 255.00 | 6,334.33 |
| Sep-17 | 0.00 | 0.00 | 0.00 | 236.32 | 236.32 | 6,570.65 |
| Oct-17 | 0.00 | 0.00 | 0.00 | 258.00 | 258.00 | 6,828.65 |
| Dec-17 | 0.00 | 0.00 | 0.00 | 76.20 | 76.20 | 6,904.85 |
| Jan-18 | 0.00 | 0.00 | 11,611.19 | 37.76 | 11,648.95 | 18,553.80 |
| May-18 | 0.00 | 0.00 | 46,444.75 | 243.00 | 46,687.75 | 65,241.55 |
| Jul-18 | 0.00 | 0.00 | 23,222.38 | 325.34 | 23,547.72 | 88,789.27 |
| Sep-18 | 0.00 | 0.00 | 23,222.38 | 246.00 | 23,468.38 | 112,257.65 |
| Oct-18 | 0.00 | 0.00 | 11,611.19 | 264.00 | 11,875.19 | 124,132.84 |
| Nov-18 | 11,364.35 | 0.00 | 11,611.19 | 0.00 | 22,975.54 | 147,108.38 |
| Dec-18 | 0.00 | 0.00 | 11,611.16 | 0.00 | 11,611.16 | 158,719.54 |
| Jan-19 | 0.00 | 7,860.50 | 13,867.44 | 0.00 | 21,727.94 | 180,447.48 |
| Feb-19 | 0.00 | 0.00 | 6,006.94 | 249.50 | 6,256.44 | 186,703.92 |
| Mar-19 | 0.00 | 0.00 | 5,381.09 | (140.06) | 5,241.03 | 191,944.95 |
| Apr-19 | 0.00 | 0.00 | 13,867.44 | 246.25 | 14,113.69 | 206,058.64 |
| Total | $11,364.35 | $7,860.50 | $178,457.15 | $8,376.64 | $206,058.64 | $206,058.64 |

Total Charges:        $206,058.64
Interest & Late Fee:       $0.00
Total Due:            $206,058.64

-EXHIBIT "C" TO SUPPLEMENT-