# EXHIBIT A

40242256.v1



# BAKER
## PROPERTIES

\*\*\*VIA FEDERAL EXPRESS\*\*\*

April 22, 2019

Tammi Banaszak
Tammi.Banaszak@searshc.com
Sears, Roebuck and Co.
Real Estate Dept D824RE
Unit #8976
3333 Beverly Road
Hoffman Estates, IL 60179

RE: Post-Petition Past Due Amount - Location: 477 North Lewis Road Limerick PA 19468

Dear Ms. Banaszak,

On March 1, 2019 Baker Properties LP invoiced Sears, Roebuck and Co. for the 2019 Town Tax. On March 7, 2019 Baker Properties LP invoices Sears, Roebuck and Co. for gas and electric charges for the lease located ay 477 N. Lewis Road. Both invoices are past due. I have attached a copies of the invoices previously provided.

Here is a summary of the post-petition amounts due to Baker Properties LP from Sears, Roebuck and Co.:

| | |
|---|---|
| 3/1/2019 2019 Town Tax | $16,479.00 |
| Payment applied from 4/1/2019 payment | ($ 4,344.64) |
| -4/1/2019 Late fee for Tax Invoice | $    823.95 |
| 3/7/2019 Gas and Electric charges | $12,101.47 |
| 4/1/2019 Late fee for Rent and Tax | $  3,198.17 |
| **Total Due** | ***$28,257.95*** |

If payment is not received within 10 days of receipt of this notice tenant shall be subjected to a late fee in accordance with the lease for the 3/7/2019 Gas and Electric invoice.

Sincerely,

Stephanie Musto
Property Management/ Accounting Assistant
smusto@thebakercompanies.com
CC: Elizabeth T. Meeker
    Don Duthaler
Attachment: Sears Rec dated: 4/18/2019
    Past Due Invoice No. 8719 Dated 3/1/2019
    Past Due Invoice No. 8854 dated 3/7/2019

One West Red Oak Lane, White Plains, NY  10604
(914) 461-9000 ○ Fax (914) 747-4987
www.thebakercompanies.com

**Sears Rec 4/18/2019**

| Date | Description | Charged | Paid | CK# | Date | Difference |
|---|---|---|---|---|---|---|
| 11/10/2017 | Utility Inv | 3,654.79 | 3,654.79 | 145056 | 1/16/2018 | 0.00 |
| 12/12/2017 | Utility Inv | 6,649.11 | 6,613.11 | 145056 | 1/16/2018 | 36.00 |
| | | | 0.34 | 165096 | 4/3/2018 | (0.34) |
| 1/1/2018 | Rent | 48,851.13 | 48,851.13 | 160505 | 1/2/2018 | 0.00 |
| 1/1/2018 | COC | 7,409.73 | 6,679.89 | 160505 | 1/2/2018 | 729.84 |
| 1/11/2018 | Utility Inv | 8,820.65 | 8,820.65 | 146383 | 2/16/2018 | 0.00 |
| 1/31/2017 | 2016 Rec | (3,682.55) | -3,682.55 | 165096 | 4/3/2018 | 0.00 |
| | | | 729.84 | 165096 | 4/3/2018 | (729.84) |
| 2/1/2018 | Rent | 48,851.13 | 48,851.13 | 162125 | 2/6/2018 | 0.00 |
| 2/1/2018 | COC | 7,409.73 | 6,679.89 | 162125 | 2/6/2018 | 729.84 |
| 2/12/2018 | Utility Inv | 10,843.69 | 10,843.69 | 146988 | 3/6/2018 | 0.00 |
| | | | 729.84 | 165096 | 4/3/2018 | (729.84) |
| 3/1/2018 | Rent | 48,851.13 | 48,851.13 | 163611 | 3/6/2018 | 0.00 |
| 3/1/2018 | COC | 7,409.73 | 6,679.89 | 163611 | 3/6/2018 | 729.84 |
| 3/5/2018 | Tax | 16,479.71 | 16,479.71 | 1311613 | 4/19/2018 | 0.00 |
| 3/12/2018 | Utility Inv | 8,299.43 | 8,299.43 | 149607 | 5/22/2018 | 0.00 |
| | | | 729.84 | 165096 | 4/3/2018 | (729.84) |
| 4/1/2018 | Rent | 48,851.13 | 48,851.13 | 165096 | 4/3/2018 | 0.00 |
| 4/1/2018 | COC | 7,409.73 | 7,409.73 | 165096 | 4/3/2018 | 0.00 |
| 4/11/2018 | Utility Inv | 9,143.85 | 9,143.85 | 149607 | 5/22/2018 | 0.00 |
| 5/1/2018 | Rent | 48,851.13 | 48,851.13 | 166665 | 5/4/2018 | 0.00 |
| 5/1/2018 | COC | 7,409.73 | 7,409.73 | 166665 | 5/4/2018 | 0.00 |
| 5/9/2018 | Late Fees | 414.98 | 414.98 | 167624 | 5/8/2018 | 0.00 |
| 5/11/2018 | Utility Inv | 7,308.88 | 7,308.88 | 150713 | 7/3/2018 | 0.00 |
| 6/1/2018 | Rent | 48,851.13 | 48,851.13 | 168262 | 6/4/2018 | 0.00 |
| 6/1/2018 | COC | 7,409.73 | 7,409.73 | 168262 | 6/4/2018 | 0.00 |
| 7/1/2018 | Rent | 48,851.13 | 48,851.13 | 169738 | 7/3/2018 | 0.00 |
| 7/1/2018 | COC | 7,409.73 | 7,409.73 | 169738 | 7/3/2018 | 0.00 |
| 7/11/2018 | Utility | 4,190.08 | 4,190.08 | 152958 | 9/21/2018 | 0.00 |
| 8/1/2018 | Rent | 48,851.13 | 48,851.13 | 171293 | 8/6/2018 | 0.00 |
| 8/1/2018 | COC | 7,409.73 | 7,409.73 | 171293 | 8/6/2018 | 0.00 |
| 8/6/2018 | Tax | 68,705.86 | 68,705.86 | 131270770 | 9/25/2018 | 0.00 |
| 8/10/2018 | Utility | 4,402.68 | 4,402.68 | 152359 | 9/4/2018 | 0.00 |
| 9/1/2018 | Rent | 48,851.13 | 48,851.13 | 172703 | 9/4/2018 | 0.00 |
| 9/1/2018 | COC | 7,409.73 | 7,409.73 | 172703 | 9/4/2018 | 0.00 |
| 9/12/2018 | Utility | 4,477.57 | | | | 4,477.57 |
| | Late Fee | 225.66 | | | | 225.66 |
| 10/1/2018 | Rent | 48,851.13 | 48,851.13 | 174050 | 10/5/2018 | 0.00 |
| 10/1/2018 | COC | 7,409.73 | 7,409.73 | 174050 | 10/5/2018 | 0.00 |
| 10/10/2018 | Utility | 4,371.97 | | | | 4,371.97 |
| 11/1/2018 | Rent | 48,851.13 | 48,851.13 | 180090 | 11/7/2018 | 0.00 |
| 11/1/2018 | COC | 7,409.73 | 7,409.73 | 180090 | 11/7/2018 | 0.00 |
| 11/12/2018 | Utility | 3,903.23 | | | | 3,903.23 |
| | Late Fee | 195.16 | | | | 195.16 |
| 12/1/2018 | Rent | 48,851.13 | 48,851.13 | 181083 | 12/7/2018 | 0.00 |
| 12/1/2018 | COC | 7,409.73 | 7,409.73 | 181083 | 12/7/2018 | 0.00 |
| 12/10/2018 | Utility | 8,561.74 | 1,361.06 | 155461 | 1/28/2019 | 7,200.68 |
| | | | 2,374.28 | 156982 | 3/11/2019 | (2,374.28) |
| | | | 905.67 | 156982 | 3/11/2019 | (905.67) |
| | | | 3,920.73 | 157236 | 3/25/2019 | (3,920.73) |
| | Late Fee | 426.21 | 426.21 | 157236 | 3/25/2019 | 0.00 |
| 1/1/2019 | Rent | 55,256.25 | 55,256.25 | 182103 | 1/8/2019 | 0.00 |
| 1/1/2019 | COC | 8,707.26 | 6,344.26 | 182103 | 1/8/2019 | 2,363.00 |
| | Late Fee | 53.27 | 53.27 | 157236 | 3/25/2019 | 0.00 |
| | | | 2,363.00 | 157236 | 3/25/2019 | (2,363.00) |
| 1/10/2019 | Utility | 10,006.19 | 1,199.97 | 155461 | 1/28/2019 | 8,806.22 |
| | | | 6,598.07 | 155886 | 2/7/2019 | (6,598.07) |
| | | | 2,208.15 | 156982 | 3/11/2019 | (2,208.15) |
| 2/1/2019 | Rent | 55,256.25 | 55,256.25 | 1830 | 2/5/2019 | 0.00 |
| 2/1/2019 | COC | 8,707.26 | 6,344.26 | 1830 | 2/5/2019 | 2,363.00 |
| | Late Fee | 53.27 | 53.27 | 157236 | 3/25/2019 | 0.00 |
| | | | 2,363.00 | 157236 | 3/25/2019 | (2,363.00) |
| 2/13/2019 | Utility | 11,355.23 | 8,628.95 | 157236 | 3/25/2019 | 2,726.28 |
| | | | 926.73 | | | (926.73) |
| | | | 1,799.55 | | 4/1/2019 | (1,799.55) |
| | Late Fee | 110.40 | 110.40 | | 4/1/2019 | 0.00 |
| 2/28/2019 | 2018 Rec | (4,349.11) | (4,349.11) | 157236 | 3/25/2019 | 0.00 |
| 3/1/2019 | Rent | 55,256.25 | 55,256.25 | 184360 | 3/5/2019 | 0.00 |
| 3/1/2019 | COC | 8,707.26 | 6,344.26 | 184360 | 3/5/2019 | 2,363.00 |
| | | | 2,363.00 | | 4/1/2019 | (2,363.00) |
| 3/1/2019 | Tax Inv | 16,479.00 | 4,344.64 | | 4/1/2019 | 12,134.36 |
| 3/7/2019 | Utilities | 12,101.47 | | | | 12,101.47 |
| 4/1/2019 | Rent | 55,256.25 | 55,256.25 | 184673 | 4/5/2019 | 0.00 |
| 4/1/2019 | COC | 8,707.26 | 8,707.26 | 184673 | 4/5/2019 | 0.00 |
| 4/1/2019 | Late Fee-Rent,COC | 3,198.17 | | | | 3,198.17 |
| 4/1/2019 | Late Fee-Tax Inv | 823.95 | | | | 823.95 |
| 4/9/2019 | Utility | 11,733.93 | | | | 11,733.93 → Due 5/9/19 |
| | | $ 1,159,742.83 | 1,106,541.70 | | $ | 53,201.13 |
| | | $ 53,201.13 | 0.00 | | | |

**Cash Received**

| Date | CK# | Amount |
|---|---|---|
| 1/2/2018 | 160505 | $ 55,531.02 |
| 1/16/2018 | 145056 | 10,267.90 |
| 2/6/2018 | 162125 | 55,531.02 |
| 2/16/2018 | 146383 | 8,820.65 |
| 3/6/2018 | 146988 | 10,843.69 |
| 3/6/2018 | 163611 | $ 55,531.02 |
| 4/3/2018 | 165096 | 54,568.17 |
| 4/19/2018 | 1311613 | $ 16,479.71 |
| 5/4/2018 | 166665 | 56,260.86 |
| 5/8/2018 | 167624 | $ 414.98 |
| 5/22/2018 | 149607 | $ 17,443.28 |
| 6/4/2018 | 168262 | 56,260.86 |
| 7/3/2018 | 169738 | 56,260.86 |
| 7/3/2018 | 150713 | 7,308.88 |
| 8/6/2018 | 171293 | $ 56,260.86 |
| 9/4/2018 | 172703 | 56,260.86 |
| 9/4/2018 | 152359 | 4,402.68 |
| 9/21/2018 | 152958 | 4,190.08 |
| 9/25/2018 | 131270770 | 68,705.86 |
| 10/5/2018 | 174050 | 56,260.86 |
| 11/7/2018 | 180090 | 56,260.86 |
| 12/7/2018 | 181083 | 56,260.86 |
| 1/8/2019 | 1830 | 61,600.51 |
| 1/28/2019 | 155461 | 2,561.03 |
| 2/5/2019 | | 61,600.51 |
| 2/7/2019 | 155865 | 6,598.07 |
| 3/5/2019 | 184360 | 61,600.51 |
| 3/11/2019 | 156982 | 5,488.10 |
| 3/25/2019 | 157236 | 13,459.32 |
| 3/28/2019 | 157309 | 926.73 |
| 4/1/2019 | 184623 | 7,929.19 |
| 4/1/2019 | 157369 | 688.40 |
| 4/5/2019 | 184673 | 63,963.51 |
| | | $ 1,106,541.70 |

Pre-Petition Late Amounts
Post-Petition Amounts

**Pre-Petition**
| | |
|---|---|
| Utilities | 12,768.43 |
| Late Fees | 420.82 |
| **Total Pre-Petition** | **13,209.25** |

**Post Petition**
| | |
|---|---|
| Rent | 0.00 |
| COC | 0.00 |
| Utilities | 23,835.40 |
| Tax Inv | 12,134.36 |
| Late Fees | 4,022.12 |
| **Total Post-Petition** | **39,991.88** |

GRAND TOTAL 53,201.13

LIMERICK, PA
BAKER PROPERTIES LP
ONE WEST RED OAK LANE
WHITE PLAINS, NY 10604

*Tami.banasku@searhc.cu*

|  |  |  |
|---|---|---|
| | 3/1/2019 | **ACCOUNT NUMBER** |
| SEARS, ROEBUCK AND CO.<br>Real Estate Dept D824RE<br>UNIT #8976<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179 | INVOICE #: 008719 | ●●●●0224    1 |

MAKE CHECKS PAYABLE TO:   BAKER PROPERTIES LP         BALANCE DUE      **12,134.36**
                                                                        ~~16,479.00~~

| Date | Code | Description | Charges | Payments | Amount Due |
|---|---|---|---|---|---|
| 3/1/2019 | TAX | 2019 TOWN TAX | 16,479.00 | .00 | 16,479.00 |

---

|  |  |  |
|---|---|---|
| | 3/1/2019 | **ACCOUNT NUMBER** |
| Please send this portion of the statement with your remittance. | INVOICE #: 008719<br>SEARS, ROEBUCK AND CO. | ●●●●0224    1 |

LIMERICK, PA
BAKER PROPERTIES LP
ONE WEST RED OAK LANE
WHITE PLAINS, NY 10604

**$12,134.36**

| Current | 30 | 60 | 90 | 120 | BALANCE DUE |
|---|---|---|---|---|---|
| 16,479.00 | 0.00 | 0.00 | 0.00 | 0.00 | ~~16,479.00~~ |

**LIMERICK TOWNSHIP, MONTGOMERY COUNTY**
2019 REAL ESTATE TAXES AND OTHER FEES
FOR THE PERIOD JANUARY 1ST TO DECEMBER 31ST

| Bill Date: | March 1, 2019 |
|---|---|
| Property Desc: | 477 N LEWIS RD |
|  | 677 X IRR  11.10 AC |
| Assessed Value: | 3,651,582 |
| Parcel No.: | 370001721006 |
| Owner Address: | BAKER PROPERTIES LP |
|  | 1 W RED OAK LN |
|  | WHITE PLAINS NY 10604 |

**RETURN THIS PORTION WITH PAYMENT**

| TOWNSHIP AND COUNTY TAX AND FEES 2019 |||
|---|---|---|
| KIND OF TAX | MILLS/RATE | FACE AMOUNT |
| COUNTY TAX | 3.459 | $12,631.00 |
| MCCC (CTY) | 0.39 | $1,424.00 |
| TOWNSHIP TAX | 2.0890 | $7,628.00 |
| FIRE | 0.431 | $1,574.00 |
| RECREATION | 0.073 | $267.00 |
|  |  |  |
| 03/01/2019 - 04/30/2019 | @ 2% DISCOUNT | $23,054.00 |
| 05/01/2019 - 06/30/2019 | @ FACE | $23,524.00 |
| on or after 07/01/2019 | @ 10% PENALTY | $25,876.00 |



---

**LIMERICK TOWNSHIP, MONTGOMERY COUNTY**
2019 REAL ESTATE TAXES AND OTHER FEES
FOR THE PERIOD JANUARY 1ST TO DECEMBER 31ST

| Bill Date: | March 1, 2019 |
|---|---|
| Property Desc: | 477 N LEWIS RD |
|  | 677 X IRR  11.10 AC |
| Assessed Value: | 3,651,582 |
| Parcel No.: | 370001721006 |
| Owner Address: | BAKER PROPERTIES LP |
|  | 1 W RED OAK LN |
|  | WHITE PLAINS NY 10604 |

**TAXPAYER'S COPY**

| TOWNSHIP AND COUNTY TAX AND FEES 2019 |||
|---|---|---|
| KIND OF TAX | MILLS/RATE | FACE AMOUNT |
| COUNTY TAX | 3.459 | $12,631.00 |
| MCCC (CTY) | 0.39 | $1,424.00 |
| TOWNSHIP TAX | 2.0890 | $7,628.00 |
| FIRE | 0.431 | $1,574.00 |
| RECREATION | 0.073 | $267.00 |
|  |  |  |
| 03/01/2019 - 04/30/2019 | @ 2% DISCOUNT | $23,054.00 |
| 05/01/2019 - 06/30/2019 | @ FACE | $23,524.00 |
| on or after 07/01/2019 | @ 10% PENALTY | $25,876.00 |



**TAX BILL INSTRUCTIONS**

1. Make checks payable to: **RYAN WALL, TAX COLLECTOR**
2. If a receipt is desired you must return **BOTH COPIES** of the tax bill with a **SELF-ADDRESSED STAMPED ENVELOPE.**
3. If a bank or mortgage company escrows your tax money, please forward this bill to them immediately.
4. Payments must be received by the due date on the bill or must be postmarked on or before the due date by the United States Postal Service. Postage meter dates are not valid proof of mailing and will not be accepted as proof of mailing.
5. **Personal checks will not be accepted between 15 December and 31 December 2019.** Only guaranteed funds (cash, money order, cashier's check, or certified check) will be accepted.
6. Partial payments will not be accepted. (There is no installment plan for Township/County taxes.).
7. Taxes unpaid after 31 December 2019 will be forwarded to the Montgomery County Tax Claim Bureau. Call 610-278-1216 or visit www.montcopa.org/taxclaim for further information.
8. Under Pennsylvania law, taxpayers are responsible for their taxes regardless of whether they receive their bill. PL 1050 states, "Failure to receive notice shall not relieve any taxpayer from the payment of any taxes imposed by any taxing district, and such taxpayer shall be charged with his taxes as though he had received notice."
9. **OFFICE HOURS WILL BE HELD AT**
   646 W. RIDGE PIKE, LIMERICK, PA 19468
10. **OFFICE HOURS FOR MARCH - APRIL ARE:**
    Mon. & Wed.        6:00PM – 8:00PM
    Thurs.             7:00AM – 9:00AM
    Sat.               9:00AM – 11:00AM
    Tues. April 30th   9:00AM – 4:00PM
11. Contact Information:
    Ryan Wall, Tax Collector
    Phone: 484-938-8001
    Email: limericktaxcollector@yahoo.com

LIMERICK, PA
BAKER PROPERTIES LP
ONE WEST RED OAK LANE
WHITE PLAINS, NY 10604

|  |  |  |
|---|---|---|
| 3/7/2019 |  | ACCOUNT NUMBER |
| SEARS, ROEBUCK AND CO.<br>Real Estate Dept D824RE<br>UNIT #8976<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179 | INVOICE #: 008854 | ████0224    1 |

MAKE CHECKS PAYABLE TO:   BAKER PROPERTIES LP          BALANCE DUE          12,101.47

| Date | Code | Description | Charges | Payments | Amount Due |
|---|---|---|---|---|---|
| 3/7/2019 | UTR | 1/28/19-2/26/19 ELC CHRGS | 1,214.16 | .00 | 1,214.16 |
| 3/7/2019 | UTR | 1/28/19-2/26/19 GAS CHRGS | 8,563.27 | .00 | 8,563.27 |
| 3/7/2019 | UTR | 1/28/19-2/26/19 ELC CHRGS | 2,324.04 | .00 | 2,324.04 |

|  |  |  |
|---|---|---|
| 3/7/2019 |  | ACCOUNT NUMBER |
| Please send this portion of the statement with your remittance. | INVOICE #: 008854<br>SEARS, ROEBUCK AND CO. | ████0224    1 |

LIMERICK, PA
BAKER PROPERTIES LP
ONE WEST RED OAK LANE
WHITE PLAINS, NY 10604

| Current | 30 | 60 | 90 | 120 | BALANCE DUE |
|---|---|---|---|---|---|
| 12,101.47 | 0.00 | 0.00 | 0.00 | 0.00 | 12,101.47 |


An Exelon Company
Page 1 of 2

Name: **BAKER PROPERTIES LP**
**Account Number:** ▮▮▮▮▮▮1005
**Phone Number:** 914-747-1550
**Service Address:** 477 N Lewis Rd, Unit A, Royersford

PECO ELECTRIC DELIVERY


ELECTRIC
$1,214.16

PECO
2301 Market Street
Philadelphia, PA 19103
800-494-4000

■ TAXES & FEES

**Emergency and Repair**
❗ **800-841-4141**
This is the number to call to report power outages, gas leaks or odors, and safety hazards related to PECO Equipment.

**Billing Summary**

| | |
|---|---|
| Bill Date | 02/26/2019 |
| Thank you for your payment of $905.67 on 02/18/2019 | |

**Current Period Charges**
| | |
|---|---|
| Electric | $1,214.16 |
| **Total New Charges** | **$1,214.16** |
| Total Amount Due on 03/20/2019 | $1,214.16 |

**General Information**
Next scheduled meter reading: 03/29/2019

**1-800-494-4000**
If you have any questions or concerns, please call 800-494-4000 before the due date. Si tiene alguna pregunta, favor de llamar al numero 1-800-494-4000 antes de la fecha de vencimiento.

**peco.com/service**
Customer Self Service - Manage Your Account 24/7
Start, stop and move your service

*Handwritten notes:* ac   7269 / 163 / Sears 07100   updated

Online: peco.com     In Person: 2301 Market St., Philadelphia, PA 19103     By Phone: 1-800-494-4000

---

Return only this portion with your check made payable to PECO. Please write your account number on your check.



PECO
An Exelon Company
2301 Market Street
Philadelphia, PA 19103-1380

**Pay Today!**
peco.com/ebill
Go paperless: receive and pay your bill online.

☐ Enroll in Automatic Payment. *Complete form on reverse side.*
☐ Pledge a donation to MEAF. *Complete form on reverse side.*

Account # ▮▮▮▮▮1005      📞 877-432-9384
Pay by phone, a convenience fee will apply.

| Please pay this amount by 03/20/2019 | $1,214.16 |
|---|---|
| Payment Amount   $ | |

0021730 01 MB 0.425 **AUTO T0 0 8740 10604-361599  -C01-B1-P21751-I1  4 7



BAKER PROPERTIES LP
1 W RED OAK LN
WHITE PLAINS, NY 10604-3615



PECO - Payment Processing
PO Box 37629
Philadelphia, PA 19101-0629

176494100501012141690791214162



An Exelon Company
Page 2 of 2

**Account Number:** ####7649-##1005

## Meter Information

| Read Dates | Meter Number | Load Type | Reading Type | Meter Reading Previous | Meter Reading Present | Difference | Multiplier X | Total Usage |
|---|---|---|---|---|---|---|---|---|
| 01/28-02/26 | 016962820 | General Service | Tot kWh | 15756 Actual | 16007 Actual | 251 | 48 | 12,048 |
| 01/28-02/26 | 016962820 | General Service | Pk kW | 0.00 Actual | 0.86 Actual | 0.86 | 48 | 41.47 |

Distribution kW - Measured : 41.5   Transmission kW - Measured : 41.5   Generation kW - Measured : 41.5          Total kWh Used: 12,048

### Electric Commercial Service 0-100kW

**Service Period 01/28/2019 to 02/26/2019 - 29 days**

| | | |
|---|---|---|
| PECO ELECTRIC DELIVERY | | $351.76 |
| Customer Charge | | 44.22 |
| Distribution Charges | 41.50 kW X 7.10000 | 294.65 |
| Distribution Charges | 12,048 kWh X -0.00060 | -7.23 |
| Energy Efficiency Charge | 12,048 kWh X 0.00167 | 20.12 |
| ELECTRIC SUPPLY | | $793.71 |
| Generation Charges | 12,048 kWh X 0.06085 | 733.12 |
| Transmission Charges | 41.50 kW X 1.46000 | 60.59 |
| TAXES & FEES | | $68.69 |
| State Tax Adjustment | | -0.04 |
| Sales Tax | | 68.73 |
| **Total Current Charges** | | **$1,214.16** |

### Message Center
**From PECO:**
5.90% estimated Gross Receipts Tax of $67.58 included in new charges.

Your electric price to compare is $0.0659 per kWh. This may change in March, June, September and December. For more information and supplier offers visit PAPowerSwitch.com.

### Shopping Information Box
When shopping for a competitive electric/natural gas supplier, please provide the following:

**Account Number:** ####1005
**Electric Rate:** Electric Commercial Service 0-100kW

If you are purchasing the energy you use from a competitive supplier, it is important to understand the terms of your contract and expiration date.

### Your Usage Profile
ANNUAL ELECTRIC USAGE          peco.com/smartideas
                               Save energy and money



| Period | Usage | Avg Daily Usage | Days | Avg Daily Temp |
|---|---|---|---|---|
| Current Month | 12,048 | 415.4 | 29 | 36 |
| Last Month | 11,520 | 384.0 | 30 | 36 |
| Last Year | 13,152 | 453.5 | 29 | 41 |

Avg kWh per Month      15,600
Total Annual kWh Usage  187,200

Online: peco.com          In Person: 2301 Market St., Philadelphia, PA 19103          By Phone: 1-800-494-4000



**PECO.**
An Exelon Company
Page 1 of 3

Name:      BAKER PROPERTIES LP
**Account Number:** ███████0016
Phone Number:   914-747-1550
Service Address:   477 N Lewis Rd, C, Royersford

**Emergency and Repair**
⚠ 800-841-4141

This is the number to call to report power outages, gas leaks or odors, and safety hazards related to PECO Equipment.



PECO ELECTRIC DELIVERY
ELECTRIC
**$727.25**

ELECTRIC SUPPLY
PECO
2301 Market Street
Philadelphia, PA 19103
800-494-4000

■ TAXES & FEES

**Billing Summary**

| | |
|---|---|
| Bill Date | 02/26/2019 |
| Thank you for your payment of $9,352.74 on 02/18/2019 | |

**Current Period Charges**
| | |
|---|---|
| Electric | $727.25 |
| Gas | $8,702.54 |
| **Total New Charges** | **$9,429.79** |
| **Total Amount Due on 03/20/2019** | **$9,429.79** |



PECO GAS DELIVERY
GAS
**$8,702.54**

GAS SUPPLY
PECO
2301 Market Street
Philadelphia, PA 19103
800-494-4000

■ TAXES & FEES

**General Information**
Next scheduled meter reading: 03/29/2019

**1-800-494-4000**
If you have any questions or concerns, please call 800-494-4000 before the due date. Si tiene alguna pregunta, favor de llamar al numero 1-800-494-4000 antes de la fecha de vencimiento.

**peco.com/service**
Customer Self Service - Manage Your Account 24/7
Start, stop and move your service

*Handwritten notes:*
```
update
          7269
          163
          57102     139.27
Sears Gas 07100    8563.27
3rd ec 100% 07100   727.25
```

💻 Online: peco.com    🏢 In Person: 2301 Market St., Philadelphia, PA 19103    ☎ By Phone: 1-800-494-4000

---

Return only this portion with your check made payable to PECO. Please write your account number on your check.

**PECO.**
An Exelon Company
2301 Market Street
Philadelphia, PA 19103-1380

**Pay Today!**
📧 peco.com/ebill
Go paperless: receive and pay your bill online.

☐ Enroll in Automatic Payment. *Complete form on reverse side.*
☐ Pledge a donation to MEAF. *Complete form on reverse side.*

| Account # ███████0016 | 📱 877-432-9384 |
|---|---|
| | Pay by phone, a convenience fee will apply. |

| Please pay this amount by 03/20/2019 | $9,429.79 |
|---|---|
| **Payment Amount** $ | |

0021733 01 MB 0 425  **AUTO  T0 0 8740 10604-381599  -C01-B1-P21754-I1  4 7

BAKER PROPERTIES LP
1 W RED OAK LN
WHITE PLAINS, NY 10604-3615

PECO - Payment Processing
PO Box 37629
Philadelphia, PA 19101-0629



2693290016010942977907994297943



**PECO**
An Exelon Company
Page 2 of 3

**Account Number:** ████████0016

## Meter Information

| Read Dates | Meter Number | Load Type | Reading Type | Meter Reading Previous | Meter Reading Present | Difference | Multiplier X | Total Usage |
|---|---|---|---|---|---|---|---|---|
| 01/28-02/26 | 016962823 | General Service | Tot kWh | 14327 Actual | 14420 Actual | 93 | 48 | 4,464 |
| 01/28-02/26 | 016962823 | General Service | Pk kW | 0.00 Actual | 0.89 Actual | 0.89 | 48 | 42.72 |
| 01/28-02/26 | 027729118 | General Service | Total Ccf | 86187 Actual | 86306 Actual | 119 | 1.34 | 159 |
| 01/28-02/26 | 027869424 | General Service | Total Ccf | 65893 Actual | 73189 Actual | 7,296 | 1.34 | 9,777 |

Distribution kW - Measured : 42.7   Transmission kW - Measured : 42.7   Generation kW - Measured : 42.7

Total kWh Used: 4,464
Total Ccf Used: 9,936

### Electric Commercial Service 0-100kW

**Service Period 01/28/2019 to 02/26/2019 - 29 days**

| | | |
|---|---|---|
| PECO ELECTRIC DELIVERY | | $352.16 |
| Customer Charge | | 44.22 |
| Distribution Charges | 42.70 kW  X  7.10000 | 303.17 |
| Distribution Charges | 4,464 kWh X -0.00060 | -2.68 |
| Energy Efficiency Charge | 4,464 kWh X  0.00167 | 7.45 |
| ELECTRIC SUPPLY | | $333.97 |
| Generation Charges | 4,464 kWh X  0.06085 | 271.63 |
| Transmission Charges | 42.70 kW  X  1.46000 | 62.34 |
| TAXES & FEES | | $41.12 |
| State Tax Adjustment | | -0.04 |
| Sales Tax | | 41.16 |
| **Total Current Charges** | | **$727.25** |

### Message Center
**From PECO:**
5.90% estimated Gross Receipts Tax of $40.48 included in new charges.

Your electric price to compare is $0.0748 per kWh. This may change in March, June, September and December. For more information and supplier offers visit PAPowerSwitch.com.

Your gas price to compare for your rate class is $0.5088 per Ccf. This may change in March, June, September and December. For more information on how to shop for natural gas visit PaGasSwitch.com and oca.state.pa.us.

### Shopping Information Box
When shopping for a competitive electric/natural gas supplier, please provide the following:

**Account Number:** ████████0016
**Electric Rate:** Electric Commercial Service 0-100kW
**Gas Rate:** Gas Commercial Heating Service

If you are purchasing the energy you use from a competitive supplier, it is important to understand the terms of your contract and expiration date.

**Your Usage Profile**
ANNUAL ELECTRIC USAGE
peco.com/smartideas
Save energy and money



| Period | Usage | Avg Daily Usage | Days | Avg Daily Temp |
|---|---|---|---|---|
| Current Month | 4,464 | 153.9 | 29 | 36 |
| Last Month | 5,232 | 174.4 | 30 | 36 |
| Last Year | 12,816 | 441.9 | 29 | 41 |

Avg kWh per Month   11,372
Total Annual kWh Usage   136,464

### Gas Commercial Heating Service

**Service Period 01/28/2019 to 02/26/2019 - 29 days**

| | | |
|---|---|---|
| PECO GAS DELIVERY | | $3,216.71 |
| Customer Charge | | 28.55 |
| Distribution Charges | 2,000 Ccf  X  0.37319 | 746.38 |
| Distribution Charges | 7,936 Ccf  X  0.25924 | 2,057.33 |
| Balancing Service Charges | 9,936 Ccf  X  0.02444 | 242.84 |
| Distribution System Improvement Charge | | 141.61 |



Online: peco.com    In Person: 2301 Market St., Philadelphia, PA 19103    By Phone: 1-800-494-4000



An Exelon Company
Page 3 of 3

**Account Number:** ▓▓▓▓▓0016

| GAS SUPPLY | | | $5,055.34 |
|---|---|---|---|
| Natural Gas Supply Charges | 9,936 Ccf | X 0.38380 | 3,813.44 |
| Gas Cost Adjustment Charges | 9,936 Ccf | X 0.12499 | 1,241.90 |
| **TAXES & FEES** | | | **$430.49** |
| Federal Tax Adjustment | | | -33.99 |
| State Tax Adjustment | | | -28.12 |
| Sales Tax | | | 492.60 |

**Total Current Charges**              **$8,702.54**

### Your Usage Profile
ANNUAL GAS USAGE

peco.com/smartideas
Save energy and money

[Bar chart: FEB 2018 – FEB 2019, y-axis values 0, 2,019, 4,038, 6,057, 8,076, 10,098]

| Period | Usage | Avg Daily Usage | Days | Avg Daily Temp |
|---|---|---|---|---|
| Current Month | 9,936 | 342.6 | 29 | 36 |
| Last Month | 10,098 | 336.6 | 30 | 36 |
| Last Year | 6,725 | 231.9 | 29 | 41 |

Avg Ccf per Month     3,764
Total Annual Ccf Usage     45,173

Online: peco.com     In Person: 2301 Market St., Philadelphia, PA 19103     By Phone: 1-800-494-4000



**PECO.**
An Exelon Company
Page 1 of 3

Name: BAKER PROPERTIES LP
Account Number: ████████7004
Phone Number: 914-747-1550
Service Address: 477 N Lewis Rd, B, Royersford

**PECO ELECTRIC DELIVERY**

ELECTRIC
$2,324.04

■ TAXES & FEES

PECO
2301 Market Street
Philadelphia, PA 19103
800-494-4000

**PECO GAS DELIVERY**

GAS
$2,828.96

■ TAXES & FEES

GAS SUPPLY
PECO
2301 Market Street
Philadelphia, PA 19103
800-494-4000

**Emergency and Repair**
800-841-4141
This is the number to call to report power outages, gas leaks or odors, and safety hazards related to PECO Equipment.

**Billing Summary**

| | |
|---|---|
| Bill Date | 02/26/2019 |

Thank you for your payment of $4,862.99 on 02/18/2019

**Current Period Charges**

| | |
|---|---|
| Electric | $2,324.04 |
| Gas | $2,828.96 |
| **Total New Charges** | **$5,153.00** |
| Total Amount Due on 03/20/2019 | $5,153.00 |

**General Information**
Next scheduled meter reading: 03/29/2019

**1-800-494-4000**
If you have any questions or concerns, please call 800-494-4000 before the due date. Si tiene alguna pregunta, favor de llamar al numero 1-800-494-4000 antes de la fecha de vencimiento.

**peco.com/service**
Customer Self Service - Manage Your Account 24/7
Start, stop and move your service

*Handwritten annotations:*
- EC
- update
- 7269
- 163
- 57102  ∅
- ecus 100% ECC  07100  2324.04
- 3Pd GAS  07100  2828.96

Online: peco.com    In Person: 2301 Market St., Philadelphia, PA 19103    By Phone: 1-800-494-4000

---

Return only this portion with your check made payable to PECO. Please write your account number on your check.

**PECO.**
An Exelon Company
2301 Market Street
Philadelphia, PA 19103-1380

**Pay Today!**
peco.com/ebill
Go paperless: receive and pay your bill online.

0021731 01 MB 0.425 **AUTO T0 0 8740 10604-361599 -C01-B1-P21752-I1 4 7



BAKER PROPERTIES LP
1 W RED OAK LN
WHITE PLAINS, NY 10604-3615

☐ Enroll in Automatic Payment. Complete form on reverse side.
☐ Pledge a donation to MEAF. Complete form on reverse side.

Account # ████████7004    877-432-9384
Pay by phone, a convenience fee will apply.

| Please pay this amount by 03/20/2019 | $5,153.00 |
|---|---|
| Payment Amount $ | |



PECO - Payment Processing
PO Box 37629
Philadelphia, PA 19101-0629

2074417004010515300907951530007



An Exelon Company
Page 2 of 3

**Account Number:** ████████7004

## Meter Information

| Read Dates | Meter Number | Load Type | Reading Type | Meter Reading Previous | Meter Reading Present | Difference | Multiplier X | Total Usage |
|---|---|---|---|---|---|---|---|---|
| 01/28-02/26 | 016949630 | General Service | Tot kWh | 22931 Actual | 23443 Actual | 512 | 48 | 24,576 |
| 01/28-02/26 | 016949630 | General Service | Pk kW | 0.00 Actual | 1.53 Actual | 1.53 | 48 | 73.25 |
| 01/28-02/26 | 027526052 | General Service | Total Ccf | 11760 Actual | 14003 Actual | 2,243 | 1.34 | 3,006 |
| 01/28-02/26 | 027627298 | General Service | Total Ccf | 377 Actual | 377 Actual | 0 | 1.34 | 0 |

Distribution kW - Measured : 73.2   Transmission kW - Measured : 73.2   Generation kW - Measured : 73.2

Total kWh Used: 24,576
Total Ccf Used: 3,006

### Electric Commercial Service 0-100kW
Service Period 01/28/2019 to 02/26/2019 - 29 days

| | | |
|---|---|---|
| PECO ELECTRIC DELIVERY | | $590.23 |
| Customer Charge | | 44.22 |
| Distribution Charges | 73.20 kW  X  7.10000 | 519.72 |
| Distribution Charges | 24,576 kWh X -0.00060 | -14.75 |
| Energy Efficiency Charge | 24,576 kWh X  0.00167 | 41.04 |
| ELECTRIC SUPPLY | | $1,602.32 |
| Generation Charges | 24,576 kWh X  0.06085 | 1,495.45 |
| Transmission Charges | 73.20 kW  X  1.46000 | 106.87 |
| TAXES & FEES | | $131.49 |
| State Tax Adjustment | | -0.06 |
| Sales Tax | | 131.55 |
| **Total Current Charges** | | **$2,324.04** |

### Message Center
From PECO:
5.90% estimated Gross Receipts Tax of $129.36 included in new charges.

Your electric price to compare is $0.0652 per kWh. This may change in March, June, September and December. For more information and supplier offers visit PAPowerSwitch.com.

Your gas price to compare for your rate class is $0.5088 per Ccf. This may change in March, June, September and December. For more information on how to shop for natural gas visit PaGasSwitch.com and oca.state.pa.us.

### Shopping Information Box
When shopping for a competitive electric/natural gas supplier, please provide the following:

Account Number: ████████7004
Electric Rate: Electric Commercial Service 0-100kW
Gas Rate: Gas Commercial Heating Service

If you are purchasing the energy you use from a competitive supplier, it is important to understand the terms of your contract and expiration date.

### Your Usage Profile
ANNUAL ELECTRIC USAGE

peco.com/smartideas
Save energy and money



| Period | Usage | Avg Daily Usage | Days | Avg Daily Temp |
|---|---|---|---|---|
| Current Month | 24,576 | 847.4 | 29 | 36 |
| Last Month | 23,232 | 774.4 | 30 | 36 |
| Last Year | 23,232 | 801.1 | 29 | 41 |

Avg kWh per Month: 23,952
Total Annual kWh Usage: 287,424

### Gas Commercial Heating Service
Service Period 01/28/2019 to 02/26/2019 - 29 days

| | | |
|---|---|---|
| PECO GAS DELIVERY | | $1,160.99 |
| Customer Charge | | 28.55 |
| Distribution Charges | 2,000 Ccf  X  0.37319 | 746.38 |
| Distribution Charges | 1,006 Ccf  X  0.25924 | 260.80 |
| Balancing Service Charges | 3,006 Ccf  X  0.02444 | 73.47 |
| Distribution System Improvement Charge | | 51.79 |



Online: peco.com    In Person: 2301 Market St., Philadelphia, PA 19103    By Phone: 1-800-494-4000

# PECO.
An Exelon Company
Page 3 of 3

**Account Number** ████ 7004

| | | | |
|---|---|---|---|
| GAS SUPPLY | | | $1,529.42 |
| Natural Gas Supply Charges | 3,006 Ccf | X 0.38380 | 1,153.70 |
| Gas Cost Adjustment Charges | 3,006 Ccf | X 0.12499 | 375.72 |
| TAXES & FEES | | | $138.55 |
| Federal Tax Adjustment | | | -12.43 |
| State Tax Adjustment | | | -9.15 |
| Sales Tax | | | 160.13 |

**Total Current Charges**             **$2,828.96**

### Your Usage Profile
ANNUAL GAS USAGE

**peco.com/smartideas**
Save energy and money

```
3,564 -
2,848 -
2,136 -
1,424 -
 712 -
   0
       FEB  MAR  APR  MAY  JUN  JUL  AUG  SEP  OCT  NOV  DEC  JAN  FEB
       2018                                                       2019
```

| Period | Usage | Avg Daily Usage | Days | Avg Daily Temp |
|---|---|---|---|---|
| Current Month | 3,006 | 103.7 | 29 | 36 |
| Last Month | 3,263 | 108.8 | 30 | 36 |
| Last Year | 3,527 | 121.6 | 29 | 41 |

| | |
|---|---|
| Avg Ccf per Month | 1,428 |
| Total Annual Ccf Usage | 17,136 |

Online: peco.com     In Person: 2301 Market St., Philadelphia, PA 19103     By Phone: 1-800-494-4000