**FOX ROTHSCHILD LLP**
49 Market Street
Morristown, New Jersey 07960
Telephone: (973) 992-4800
Facsimile: (973) 992-9125
Mark E. Hall, Esq.
Michael R. Herz, Esq.

*Attorneys for CAPREF Burbank LLC*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| In re:<br><br>SEARS HOLDING CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>Jointly Administered |

**CERTIFICATE OF SERVICE REGARDING SUPPLEMENTAL OBJECTION OF BAKER PROPERTIES LIMITED PARTNERSHIP TO PROPOSED CURE AMOUNT**

CATHI BROWN, of full age, hereby certifies as follows:

1. I am a paralegal employed by the firm of Fox Rothschild LLP. My business address is 49 Market Street, Morristown, NJ 07960. Fox Rothschild LLP is counsel to CAPREF Burbank LLC in connection with the above-referenced cases.

2. On April 26, 2019, the Objection of CAPREF Burbank LLC To Proposed Cure Amount (the "Objection") was electronically filed with the United States Bankruptcy Court for the Southern District of New York, thereby causing the parties entitled to receive notice via the Court's ECF system to be served.

3. In addition, on that date the Objection was served via email upon the: (1) Bid Notice Parties; (2) Buyer Parties; (3) Consultation Parties; and (4) other parties requesting service of documents.

Active\94128755.v1-4/26/19

4. On April 26, 2019, the Objection was served via first class mail upon all parties on the annexed service list.

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/ Cathi Brown<br>CATHI BROWN

Dated:  April 26, 2019

## Service List

| | |
|---|---|
| The Honorable Judge Robert D. Drain<br>United States Bankruptcy Court<br>for the Southern District of New York<br>300 Quarropas Street, Room No. 248<br>White Plains, NY 10601 | Paul Schwartzberg, Esq.<br>Office of the United States Trustee<br>for Region 2<br>201 Varick Street, Suite 1006<br>New York, NY 10014 |
| Weil, Gotshal & Manges LLP<br>Ray C. Schrock<br>Jacqueline Marcus<br>Garrett A. Fail<br>Sunny Singh<br>767 Fifth Avenue<br>New York, NY 10153 | Transform Holdco, LLC<br>c/o ESL Partners, Inc.<br>Kunal S. Kamlani<br>Harold Talisman<br>1170 Kane Concourse, Suite 200<br>Bay Harbor Islands, FL 33154 |
| Sears Holdings Corporation<br>Attn: General Counsel<br>3333 Beverly Road<br>Hoffman Estates, IL 60179 | Cleary Gottlieb Steen & Hamilton LLP<br>Christopher E. Austin<br>Benet J. O'Reilly<br>Sean A. O'Neal<br>One Liberty Plaza<br>New York, NY 10006 |
| Akin Gump Strauss Hauer & Feld LLP<br>Ira S. Dizengoff<br>Philip C. Dublin<br>Abid Qureshi<br>Sara L. Brauner<br>One Bryant Park<br>New York, NY 10036 | |