re : Sears Holdings Corporation Case No: 18-23538 - notice of rejection of executory contracts  Proof of claim no: 10388

To Whom it May Concern,

Herewith I would like to object to the "rejection of executory contracts" for Proof of claim no: 10388,

The factual basis for the objection is that I was fired **1 week** before the ch11 filing of Sears Holdings and haven't received any severance payment.

Best regards,

Kurt Staelens

847-220-2577

Kurt.staelens01@gmail.com

1170 Oakley Av

Winnetka – IL 60093