WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

In re                                            :
                                                 :    **Chapter 11**
**SEARS HOLDINGS CORPORATION**, *et al.*,        :
                                                 :    **Case No. 18-23538 (RDD)**
                                                 :
         Debtors.[1]                             :    **(Jointly Administered)**

---------------------------------------------------------- x

## NOTICE OF ASSUMPTION AND ASSIGNMENT
## OF ADDITIONAL EXECUTORY CONTRACTS

1.      Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed a motion,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

dated November 1, 2018 (ECF No. 429) (the "**Sale Motion**") seeking, among other things, the entry of an order pursuant to sections 105, 363 and 365 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.* (the "**Bankruptcy Code**"), Rules 2002, 6004, 6006, 9007, and 9008 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rules 6004-1, 6005-1 and 6006-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), authorizing and approving the sale of the Acquired Assets and the assumption and assignment of certain executory contracts and unexpired leases of the Debtors in connection therewith.

2.      On January 18, 2019, the Debtors filed and served on the applicable counterparties the *Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 1731) (the "**Initial Notice**").

3.      On January 23, 2019, the Debtors filed and served on the applicable counterparties the *Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 1774) (the "**Supplemental Notice**").

4.      On January 31, 2019, the Debtors filed and served on the applicable counterparties the *Second Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 2314) (the "**Second Supplemental Notice**").

5.      On March 5, 2019, the Debtors filed and served on the applicable counterparties the *Third Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 2753) (the "**Third Supplemental Notice**").

6.      On March 29, 2019, the Debtors filed and served on the applicable counterparties the *Fourth Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 2995) (the "**Fourth Supplemental Notice**")

7.      On April 9, 2019, the Debtors filed and served on the applicable counterparties the *Fifth Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 3097) (the "**Fifth Supplemental Notice**").

8.      On April 11, 2019, the Debtors filed and served on the applicable counterparties the *Sixth Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 3152) (the "**Sixth Supplemental Notice**" and together with the Initial Notice, the Supplemental Notice, the Second Supplemental Notice, the Third Supplemental Notice, the Fourth Supplemental Notice, and the Fifth Supplemental Notice, the "**Assumption and Assignment Notices**").

9.      On February 8, 2019, the *Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and*

WEIL:\97001918\2\73217.0004

*Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts, and Leases in Connection Therewith, and (IV) Granting Related Relief* (the "**Sale Order**") (ECF No. 2507)[2] was entered by the Court.

10.    In accordance with the terms of the Sale Order, Buyer may designate Additional Contracts and Designatable Leases (collectively, the "**Additional Assigned Agreements**") for assumption and assignment for up to sixty (60) days after the Closing Date (the "**Designation Rights Period**"), which occurred on February 11, 2019.  The Debtors and Buyer agreed to an extension of the Designation Rights Period and, on April 12, 2019, the Debtors filed the *Notice of Amendment to Asset Purchase Agreement Extending Certain Deadlines* (ECF No. 3171), which extended the Designation Rights Period to May 3, 2019 for certain Designatable Leases and to May 13, 2019 for certain Additional Contracts.

11.    On April 2, 2019, the Court entered the *Order (I) Authorizing Assumption and Assignment of Certain Executory Contracts and Leases and (II) Granting Related Relief* (the "**Assumption and Assignment Order**") (ECF No. 3008).

12.    Paragraphs 26 and 27 of the Assumption and Assignment Order establish a noticing procedure for assumption and assignment of Additional Assigned Agreements.

13.    In accordance with the Sale Order and the Assumption and Assignment Order, Buyer has designated for assumption and assignment certain Additional Contracts, which are listed on **<u>Exhibit 1</u>** hereto.

14.    Each of the Additional Contracts listed on <u>Exhibit 1</u> was listed on an Assumption and Assignment Notice that was previously filed with the Bankruptcy Court and served on the applicable Counterparty, and all objection periods related to such Assumption and Assignment Notice have expired.  All Additional Contracts listed in <u>Exhibit 1</u> shall be deemed to include any and all applicable supplements, amendments, and/or addenda.

15.    To the extent a counterparty to an Additional Contract properly filed and served a Cure Objection, and to the extent such counterparty is entitled to assert an additional objection to cure costs or assumption and assignment that could not have been raised in its prior objection, in accordance with paragraph 34 of the Sale Order and paragraph 26 of the Assumption and Assignment Order, such counterparty shall file and serve such objection (a "**Supplemental Objection**") in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) so as to be filed and received no later than May 6, 2019 at 4:00 p.m. (Eastern Time) (the "**Supplemental Objection Deadline**").

16.    If a Cure Objection or a Supplemental Objection is timely filed and served with respect to an Additional Contract listed on <u>Exhibit 1</u>, the contract that is the subject of the Cure Objection or Supplemental Cure Objection may be removed from the list of Additional Contracts listed on <u>Exhibit 1</u> at any time prior to the Assumption Effective Date for such Additional Contract, as determined in accordance with paragraph 27 of the Assumption and Assignment Order, or, to

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Sale Order.

the extent it remains unresolved, such Cure Objection or Supplemental Objection shall be set for a hearing (the "**Hearing**") before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, New York, 10601-4140 (the "**Bankruptcy Court**") on a date to be scheduled.

17.     If a timely Cure Objection is not filed (or any such objection has been withdrawn or resolved) and the Supplemental Objection Deadline is not applicable to an Additional Contract, the Assumption Effective Date for any such Additional Contract shall be the date that this notice is filed with the Court.

Dated: April 26, 2019
        New York, New York

/s/ *Sunny Singh*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

## **Exhibit 1**

**Additional Contracts**

Sears Holdings Corporation
Executory Contracts for Assignment

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Agreed to cure amount - via amendment | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | N/A | A&E FACTORY SERVICE, LLC | ABC WAREHOUSE, INC | N/A | CW2340673 | N/A | 8/22/2019 | $          - | $          - | $          - | |
| 2 | N/A | KMART CORPORATION/ SEARS, ROEBUCK AND CO. | ABG SPORTCRAFT, LLC | FIFTH AMENDMENT TO LICENSE AGREEMENT | N/A | N/A | 2/2/2019 | $          - | $          - | $          - | |
| 3 | N/A | SEARS HOLDINGS CORPORATION | ACE AMERICAN INSURANCE COMPANY | FOREIGN PACKAGE | PHF D42183659 002 | N/A | 08/01/2019 | $          - | $          - | $          - | |
| 4 | N/A | SEARS, ROEBUCK AND CO. | ACE HARDWARE STORES, INC | HOME SERVICES - ACE HARDWARE STORE INC - MSA (SMALL ITEM REPAIR GO LOCAL PROJECT) - 2015 | CW2304794 | N/A | 05/04/2020 | $          - | $          - | $          - | |
| 5 | 1986,2057, 2078 | SEARS, ROEBUCK AND CO. | AMAZON.COM SERVICES, INC. | ADDENDUM TO 'TIRE SHIP TO STORE' AGREEMENT (AMAZON SERVICES BUSINESS SOLUTIONS AGREEMENT) AND SELLING SERVICES TERMS FOR SALE OF INSTALLATION SERVICES THROUGH THE SELLING ON AMAZON SERVICE (AUTO CENTER INSTALLATIONS) | N/A | N/A | N/A | $          - | $          - | $          - | |
| 6 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | AMERICAN HOME SHIELD CORPORATION | EIGHTH AMENDMENT TO HOME WARRANTY TO SERVICE AGREEMENT | N/A | N/A | 11/30/2019 | $          - | $          - | $          - | |
| 7 | N/A | INNOVEL SOLUTIONS, INC; SEARS HOLDINGS MANAGEMENT CORPORATION | AMERICAN PRESIDENT LINES, LTD. | CARRIER SERVICE CONTRACT - SERVICE CONTRACT TARIFF FMC NO. ET. NO. GB18/7107 | N/A | N/A | 4/30/2019 | $          - | $          - | $          - | |
| 8 | 1982 | SEARS HOLDINGS MANAGEMENT CORPORATION | ARAMARK CORP | RE- ARAMARK- HOFFMAN ESTATES FOOD SERVICE- 2014 | CW2293348 | 1/1/15 | 12/31/2019 | N/A | N/A | N/A | Cure amount resolved |
| 9 | N/A | A&E FACTORY SERVICE, LLC | ASSURON LLC | ASSURON - B2B IN-HOME | CW2340709 | N/A | PERPETUAL | $          - | $          - | $          - | |
| 10 | N/A | A&E FACTORY SERVICE, LLC | ASURION, LLC | N/A | CW2340709 | N/A | PERPETUAL | $          - | $          - | $          - | |
| 11 | N/A | A&E FACTORY SERVICE, LLC | ASURION, LLC | SECOND AMENDMENT TO SERVICE AGREEMENT | N/A | N/A | 03/31/2019 | $          - | $          - | $          - | |
| 12 | 2077 | SEARS HOLDINGS MANAGEMENT CORPORATION | AT&T | IT OPS-AT AND T-MOBILITY TOW | SHCLCW1488 | 4/1/12 | 09/28/2020 | N/A | N/A | N/A | Cure amount resolved |
| 13 | 2077 | SEARS HOLDINGS MANAGEMENT CORPORATION | AT&T | IT ATT PRICING SCHEDULE | CW2326131 | 9/30/16 | 09/29/2021 | N/A | N/A | N/A | Cure amount resolved |
| 14 | 2077 | SEARS HOLDINGS MANAGEMENT CORPORATION | AT&T | IT ATT SOW PBX MAINTENANCE | CW2322196 | 2/15/17 | 02/14/2020 | N/A | N/A | N/A | Cure amount resolved |
| 15 | 2077 | SEARS HOLDINGS MANAGEMENT CORPORATION | AT&T | IT ATT NETBOND SERVICE | CW2324498 | 3/31/17 | 03/30/2019 | N/A | N/A | N/A | Cure amount resolved |
| 16 | 2077 | SEARS HOLDINGS MANAGEMENT CORPORATION | AT&T | IT ATT PRICING SCHEDULE VOIP | CW2332372 | 10/9/17 | 10/18/2022 | N/A | N/A | N/A | Cure amount resolved |
| 17 | 2077 | SEARS HOLDINGS MANAGEMENT CORPORATION | AT&T | IT ATAND T PRICING SCHEDULE | CW2333935 | 12/15/17 | 12/14/2018 | N/A | N/A | N/A | Cure amount resolved |
| 18 | 2077 | SEARS HOLDINGS MANAGEMENT CORPORATION | AT&T | IT - AT AND T - AMENDED AND F | SHCLCW7697 | 9/30/16 | 10/18/2022 | N/A | N/A | N/A | Cure amount resolved |
| 19 | 2077 | SEARS HOLDINGS MANAGEMENT CORPORATION | AT&T | SHMC - AT&T CORP. - CONFIDEN | N/A | N/A | N/A | N/A | N/A | N/A | Cure amount resolved |

Sears Holdings Corporation
Executory Contracts for Assignment

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Agreed to cure amount - via amendment | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 2077 | SEARS HOLDINGS CORPORATION | AT&T | N/A | U1629351 | 1/17/18 | 1/17/19 | N/A | N/A | N/A | Cure amount resolved |
| 21 | 2077 | SERVICELIVE, INC. | AT&T | AGREEMENT NO. 20120217.037 | N/A | 1/0/00 | N/A | N/A | N/A | N/A | Cure amount resolved |
| 22 | N/A | Sears, Roebuck & Co. | Auto Integrate LLC | Vehicle Service Provider Agreement | N/A | 10/20/2017 | 10/20/2019 | $ - | $ - | $ - | Cure Amount Resolved |
| 23 | N/A | SEARS, ROEBUCK AND CO. | BAKER DISTRIBUTING COMPANY | SC - BAKER DISTRIBUTING COMPANY - PARTS SUPPLIER AGREEMENT - 2014 | SHCLCW6195 | N/A | 06/29/2020 | $ - | $ - | $ - | |
| 24 | N/A | A&E FACTORY SERVICE, LLC | BANKERS WARRANTY GROUP, INC | N/A | CW2340677 | N/A | 11/6/2019 | $ - | $ - | $ - | |
| 25 | N/A | SEARS HOLDINGS CORPORATION | BANKERS WARRANTY GROUP, INC | MASTER SERVICES AGREEMENT | N/A | N/A | N/A | $ - | $ - | $ - | |
| 26 | N/A | A&E FACTORY SERVICE, LLC | BANKERS WARRANTY GROUP, INC | FIRST AMENDMENT TO SERVICE AGREEMENT | N/A | N/A | Not Applicable | $ - | $ - | $ - | |
| 27 | N/A | SEARS HOLDINGS CORPORATION; SEARS, ROEBUCK AND CO. | BAYTOWN C & M EQUIPMENT COMPANY, INC | HOME SERVICES - BAYTOWN C AND M EQUIPMENT CO - MSA (SMALL ITEM REPAIR GO LOCAL PROJECT) - 2015 | CW2302570 | N/A | 05/05/2020 | $ - | $ - | $ - | |
| 28 | N/A | SEARS BRANDS MANAGEMENT CORPORATION | BEIJING INDUSTRIAL DEVELOPMENT CO., LTD | FIRST AMENDMENT TO LICENSE AGREEMENT | N/A | N/A | 12/31/2021 | $ - | $ - | $ - | |
| 29 | N/A | SHC PROMOTIONS LLC | BLACKHAWK NETWORK, INC | FIN SERVICES - BLACKHAWK NETWORK, INC.- BLACKHAWK NETWORK ALLIANCE PARTNERS AGREEMENT-2008 | SHCLCW1740 | 9/9/07 | 06/30/2019 | $ - | $ - | $ - | |
| 30 | N/A | SHC PROMOTIONS LLC | BLACKHAWK NETWORK, INC | FIN SERVICES - BLACKHAWK NETWORK INC - BLACKHAWK NETWORK ALLIANCE PARTNERS - AMENDMENT 11 | CW2338490 | 2/1/13 | 06/30/2019 | $ - | $ - | $ - | |
| 31 | N/A | SHC PROMOTIONS LLC | BLACKHAWK NETWORK, INC | FIN SERVICES - BLACKHAWK NETWORK INC - BLACKHAWK NETWORK MARKETING SERVICES - AMENDMENT 08 | CW2338500 | 6/18/18 | 06/30/2019 | $ - | $ - | $ - | |
| 32 | N/A | SHC PROMOTIONS LLC | BLACKHAWK NETWORK, INC | AMENDMENT NO. 6 TO THE AMENDED AND RESTATED BLACKHAWK NETWORK ALLIANCE PARTERNS AGREEMENT | N/A | N/A | 06/30/2019 | $ - | $ - | $ - | |
| 33 | N/A | SHC PROMOTIONS LLC | BLACKHAWK NETWORK, INC | AMENDMENT NO.8 TO THE AMENDED AND RESTATED BLACKHAWK NETWORK ALLIANCE PARTERNS AGREEMENT | N/A | N/A | 06/30/2019 | $ - | $ - | $ - | |
| 34 | N/A | SHC PROMOTIONS LLC | BLACKHAWK NETWORK, INC | AMENDMENT NO. 9 TO THE AMENDED AND RESTATED BLACKHAWK NETWORK ALLIANCE PARTERNS AGREEMENT | N/A | N/A | 06/30/2019 | $ - | $ - | $ - | |
| 35 | N/A | SHC PROMOTIONS LLC | BLACKHAWK NETWORK, INC | AMENDMENT NO. 10 TO THE AMENDED AND RESTATED BLACKHAWK NETWORK ALLIANCE PARTERNS AGREEMENT | N/A | N/A | 06/30/2019 | $ - | $ - | $ - | |

Sears Holdings Corporation
Executory Contracts for Assignment

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Agreed to cure amount - via amendment | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | N/A | SHC PROMOTIONS LLC | BLACKHAWK NETWORK, INC | AMENDMENT NO. 13 TO THE AMENDED AND RESTATED BLACKHAWK NETWORK ALLIANCE PARTERNS AGREEMENT | N/A | N/A | 06/30/2019 | $ - | $ - | $ - | |
| 37 | N/A | SHC PROMOTIONS LLC | BLACKHAWK NETWORK, INC | AMENDED AND RESTATED BLACKHAWK NETWORK ALLIANCE PARTNERS AGREEMENT DATED 2/1/13 | N/A | N/A | 06/30/2019 | $ - | $ - | $ - | |
| 38 | N/A | SHC PROMOTIONS LLC | BLACKHAWK NETWORK, INC | AMENDMENT NO.6 TO BLACKHAWK NETWORK ALLIANCE PARTNERS AGREEMENT | N/A | N/A | 06/30/2019 | $ - | $ - | $ - | |
| 39 | N/A | SHC PROMOTIONS LLC | BLACKHAWK NETWORK, INC | AMENDMENT NO.9 TO BLACKHAWK NETWORK ALLIANCE PARTNERS AGREEMENT | N/A | N/A | 06/30/2019 | $ - | $ - | $ - | |
| 40 | N/A | SHC PROMOTIONS LLC | BLACKHAWK NETWORK, INC | AMENDMENT NO.10 TO BLACKHAWK NETWORK ALLIANCE PARTNERS AGREEMENT | N/A | N/A | 06/30/2019 | $ - | $ - | $ - | |
| 41 | N/A | SHC PROMOTIONS LLC | BLACKHAWK NETWORK, INC | AMENDMENT NO.12 TO BLACKHAWK NETWORK ALLIANCE PARTNERS AGREEMENT | N/A | N/A | 06/30/2019 | $ - | $ - | $ - | |
| 42 | N/A | SHC PROMOTIONS LLC | BLACKHAWK NETWORK, INC | AMENDMENT NO.13 TO BLACKHAWK NETWORK ALLIANCE PARTNERS AGREEMENT | N/A | N/A | 06/30/2019 | $ - | $ - | $ - | |
| 43 | N/A | SHC PROMOTIONS LLC | BLACKHAWK NETWORK, INC | AMENDMENT TO THE GIFT CARD MARKETING SERVICES AGREEMENT | N/A | N/A | 06/30/2019 | $ - | $ - | $ - | |
| 44 | N/A | SHC PROMOTIONS LLC | BLACKHAWK NETWORK, INC | AMENDMENT #5 TO THE GIFT CARD MARKETING SERVICES AGREEMENT | N/A | N/A | 06/30/2019 | $ - | $ - | $ - | |
| 45 | N/A | SHC PROMOTIONS LLC | BLACKHAWK NETWORK, INC | AMENDMENT #6 TO THE GIFT CARD MARKETING SERVICES AGREEMENT | N/A | N/A | 06/30/2019 | $ - | $ - | $ - | |
| 46 | N/A | SHC PROMOTIONS LLC | BLACKHAWK NETWORK, INC | AMENDMENT #8 TO THE GIFT CARD MARKETING SERVICES AGREEMENT | N/A | N/A | 06/30/2019 | $ - | $ - | $ - | |
| 47 | N/A | SHC PROMOTIONS LLC | BLACKHAWK NETWORK, INC | AMENDMENT #10 TO THE GIFT CARD MARKETING SERVICES AGREEMENT | N/A | N/A | 6/30/2019 | $ - | $ - | $ - | |
| 48 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | BMC SOFTWARE, INC. | AMENDMENT #10 TO ENTERPRISE LICENSE ORDER | N/A | N/A | Expired | $ - | $ - | $ - | |
| 49 | N/A | SEARS HOLDINGS CORPORATION; SEARS, ROEBUCK AND CO. | BROAN | N/A | N/A | N/A | N/A | $ - | $ - | $ - | |
| 50 | N/A | SEARS, ROEBUCK AND CO. | CAHILL CONTRACTORS INC | THIS A SALES ORDER FROM SEARS TO CUSTOMER | N/A | N/A | N/A | $ - | $ - | $ - | |
| 51 | 2078 | KMART CORPORATION; SEARS HOLDINGS MANAGEMENT CORPORATION | CARDINAL HEALTH, INC | RM-CARDINAL HEALTH INC-PHARMACY SUPPLY AGREEMENT-2012 | N/A | N/A | 01/31/2020 | N/A | N/A | N/A | Cure amount resolved |

Sears Holdings Corporation
Executory Contracts for Assignment

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Agreed to cure amount - via amendment | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 | N/A | KMART CORPORATION | CLINICAL DRUG INFORMATION, LLC | CORPORATE SERVICES - WOLTERS KLUWER HEALTH, INC. AMENDMENT 8 | SHCLCW5649 | N/A | 10/31/2019 | $ - | $ - | $ - | |
| 53 | N/A | KMART CORPORATION;KMART OPERATIONS LLC;SEARS HOLDINGS MANAGEMENT CORPORATION | CLINICAL DRUG INFORMATION, LLC | RM - WOLTERS KLUWER HEALTH - EFACTS LICENSE AGREEMENT - 2003 | SHCLCW5649 | N/A | 10/31/2019 | $ - | $ - | $ - | |
| 54 | N/A | KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION | CLINICAL DRUG INFORMATION, LLC / WOLTERS KLUWER HEALTH, INC. | SEVENTH AMENDMENT TO EFACT LICENSE AGREEMENT | N/A | N/A | 11/1/2019 | $ - | $ - | $ - | |
| 55 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | COMMISSION JUNCTION LLC | ONLINE - COMMISSION JUNCTIO | CW2256504 | 4/9/12 | 05/04/2019 | N/A | N/A | N/A | Cure amount resolved |
| 56 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | COMMISSION JUNCTION LLC | AFFILIATE PROGRAM TERMS AN | N/A | N/A | perpetual | N/A | N/A | N/A | Cure amount resolved |
| 57 | N/A | INNOVEL SOLUTIONS, INC.; KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOME IMPROVEMENT PRODUCT; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | CONSOLIDATED FIRE PROTECTION | FAC-CONDOLIDATED FIRE PROT | CW2333755 | 2/1/18 | 01/31/2021 | N/A | N/A | N/A | Cure amount resolved |
| 58 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | CORECENTRIC SOLUTIONS INC | HOME SERVICES - CORECENTRIC | CW2288806 | 10/1/14 | 06/30/2019 | N/A | N/A | N/A | Cure amount resolved |
| 59 | N/A | SEARS HOLDINGS CORPORATION | CRITEO SA | ADDENDUM TO CRITEO AGREEN | N/A | N/A | N/A | N/A | N/A | N/A | Cure amount resolved |
| 60 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | CRITEO SA | ADVERTISER TERMS AND COND | N/A | N/A | N/A | N/A | N/A | N/A | Cure amount resolved |
| 61 | 1893 1200 734 532 | SEARS, ROEBUCK AND CO. | CROSS COUNTRY HOME SERVICES, INC | FIFTH AMENDMENT TO HOME WARRANTY SERVICE AGREEMENT | N/A | N/A | 01/31/2019 | $ - | $ - | $ - | |
| 62 | 1893 1200 734 532 | SEARS HOLDINGS MANAGEMENT CORPORATION | CROSS COUNTRY HOME SERVICES, INC., HOMESURE OF AMERICA, INC., HOMESURE PROTECTION OF CALIFORNIA, INC. AND HOMESURE OF VIRGINIA, INC. | THIRD PARTY WARRANTY AGREEMENT | N/A | N/A | Not Applicable | $ - | $ - | $ - | |
| 63 | N/A | INNOVEL SOLUTIONS, INC | CROWLEY LATIN AMERICA SERVICES, LLC | AMENDMENT NO. 5 TO EXTEND CARRIER SERVICE CONTRACT ONE YEAR (SERVICE CONTRCT NO. CLAM-16-0329-LA) | N/A | N/A | 4/30/2019 | $ - | $ - | $ - | |
| 64 | 1809 | KMART CORPORATION; SEARS BRANDS MANAGEMENT CORP.; SEARS, ROEBUCK AND CO. | DAEWOO ELECTRONICS CO., LTD. | AMENDMENT #1 TO THE SUPPL | N/A | N/A | 7/18/21 | N/A | N/A | N/A | Cure amount resolved |

Sears Holdings Corporation
Executory Contracts for Assignment

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Agreed to cure amount - via amendment | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 65 | 1809 | KMART CORPORATION; SEARS BRANDS MANAGEMENT CORP.; SEARS, ROEBUCK AND CO. | DAEWOO ELECTRONICS CO., LTD. | SUPPLY AGREEMENT FOR REFRI | N/A | N/A | 7/18/21 | N/A | N/A | N/A | Cure amount resolved |
| 66 | 1809 | SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO.; KMART CORPORATION; SEARS BRANDS MANAGEMENT CORPORATION | DAEWOO ELECTRONICS CO., LTD. | N/A | N/A | 10/15/18 | N/A | N/A | N/A | N/A | Cure amount resolved |
| 67 | 1809 | KMART CORPORATION; SEARS BRANDS MANAGEMENT CORP; SEARS, ROEBUCK AND CO. | DAEWOO ELECTRONICS CO., LTD. | AMENDMENT #2 TO THE SUPPL | N/A | N/A | 7/18/21 | N/A | N/A | N/A | Cure amount resolved |
| 68 | N/A | SEARS, ROEBUCK AND CO, SEARS BRANDS LLC, SEARS HOLDINGS CORPORATION | DROPLETS, INC. | NON-EXCLUSIVE, LIMITED-USE, RESTRICTED PATENT LICENSE AGREEMENT | N/A | N/A | N/A | $ - | $ - | $ - | |
| 69 | 1808, 1838, 2219 | KMART CORPORATION; SEARS BRANDS MANAGEMENT CORP.; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | EAST PENN MANUFACTURING CO. | KCD - EAST PENN MANUFACTUR | CW2292453 | 9/1/14 | 08/31/2019 | N/A | N/A | N/A | Cure amount resolved |
| 70 | 1808, 1838, 2219 | SEARS, ROEBUCK AND CO, KMART CORPORATION, SEARS BRANDS MANAGEMENT CORPORATION | EAST PENN MANUFACTURING CO. | CRITICAL VENDOR AGREEMENT | N/A | 12/20/18 | 4/30/20 | N/A | N/A | N/A | Cure amount resolved |
| 71 | 1808, 1838, 2219 | SEARS, ROEBUCK AND CO, KMART CORPORATION, SEARS BRANDS MANAGEMENT CORPORATION | EAST PENN MANUFACTURING CO. | AMENDMENT #2 TO DIEHARD S | N/A | 10/26/17 | N/A | N/A | N/A | N/A | Cure amount resolved |
| 72 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION; SHC LICENSED BUSINESS LLC | EDDY T. LIM DDS DENTAL CORPORATION | LICENSE AGREEMENT MAY 1, 2016 | N/A | N/A | 04/30/2021 | $ - | $ - | $ - | |
| 73 | N/A | KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION | EMDEON | HEALTH AND WELLNESS CHANGE HEALTHCARE ADDENDUM 2016 | CW2316361 | N/A | 02/01/2019 | $ - | $ - | $ - | |
| 74 | N/A | SEARS HOLDINGS CORPORATION | EMMETT SAWS, MOWERS & RENTALS | HOME SERVICES - EMMETT SAWS MOWERS AND RENTALS - MSA (SMALL ITEM REPAIR GO LOCAL PROJECT) - 2015 | CW2302341 | N/A | 04/19/2020 | $ - | $ - | $ - | |
| 75 | N/A | SEARS HOLDINGS CORPORATION | EMMETT SAWS, MOWERS & RENTALS | HOME SERVICES - EMMETT SAWS MOWERS AND RENTALS - MSA (SMALL ITEM REPAIR GO LOCAL PROJECT) - 2015 | CW2304805 | N/A | 04/19/2020 | $ - | $ - | $ - | |
| 76 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | EPISYS LIMITED-1000985606 | IT OPS-EPISYS LTD-SOFTWARE LICENSE AGREEMENT-1998 | SHCLCW1946 | N/A | 11/28/2018 | $ - | $ - | $ - | |

**Sears Holdings Corporation**
**Executory Contracts for Assignment**

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Agreed to cure amount - via amendment | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 77 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | EPISYS LIMITED-1000985606 | ITG - EPISYS - MASTER CONSULTING AGREEMENT AND SOW 15 WITH CC 01 AND CC 02 | CW2211265 | N/A | 11/25/2018 | $ - | $ - | $ - | |
| 78 | N/A | SEARS, ROEBUCK AND CO. | ERACENT, INC. | MASTER SOFTWARE AND SERVICES AGREEMENT | N/A | N/A | 3/15/2019 | $ - | $ - | $ - | |
| 79 | N/A | SEARS HOLDINGS CORPORATION | FEDERAL INSURANCE COMPANY | BOILER & MACHINERY POLICY (INSPECTIONS) INSPECTIONS ONLY | 76401454 | N/A | 02/01/2019 | $ - | $ - | $ - | |
| 80 | 2065, 2066 | INNOVEL SOLUTIONS, INC. | FEDEX | SUPPLY CHAIN - GENCO - INVOI | CW2336309 | 2/1/18 | 04/30/2020 | N/A | N/A | N/A | Cure amount resolved |
| 81 | 2065, 2066 | INNOVEL SOLUTIONS, INC. | FEDEX | FEDEX PRICING AGREEMENT | 4046970 | N/A | Recurring | N/A | N/A | N/A | Cure amount resolved |
| 82 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO.; SHC LICENSED BUSINESS LLC | FELICIA DURAN DDS PA | FIRST AMENDMENT TO LICENSE AGREEMENT MAY 1, 2018 | N/A | N/A | 09/30/2020 | $ - | $ - | $ - | |
| 83 | N/A | SEARS, ROEBUCK AND CO. | FIDELITY NATIONAL HOME WARRANTY COMPANY | THIRD AMENDMENT TO HOME WARRANTY SERVICE AGREEMENT | N/A | N/A | 2/28/2019 | $ - | $ - | $ - | |
| 84 | N/A | SEARS, ROEBUCK AND CO. | FIRST AMERICAN HOME BUYERS PROTECTION CORPORATION (FAI)(S-GS3051) | FOURTH AMENDMENT TO HOME WARRANTY SERVICE AGREEMENT | N/A | N/A | 04/30/2019 | $ - | $ - | $ - | |
| 85 | 2065, 2066 | INNOVEL SOLUTIONS, INC. | GENCO I INC | SC-GENCO-MSA-2011-CURRENT | SHCLCW7076 | N/A | 06/30/2020 | N/A | N/A | N/A | Cure amount resolved |
| 86 | 2065, 2066 | INNOVEL SOLUTIONS, INC. | GENCO I INC | SC-GENCO-SOW 1, 4 WALLS 201 | SHCLCW4692 | N/A | 01/31/2020 | N/A | N/A | N/A | Cure amount resolved |
| 87 | 2065, 2066 | INNOVEL SOLUTIONS, INC. | GENCO I INC | SC-GENCO-SOW 2-TRANSPORTA | SHCLCW6299 | N/A | 01/31/2020 | N/A | N/A | N/A | Cure amount resolved |
| 88 | N/A | KMART CORPORATION | HEALTHCARE DATA SOLUTIONS | PRESCRIBER PRO PORTAL SERVICES AGREEMENT | N/A | N/A | Expired | $ - | $ - | $ - | |
| 89 | N/A | KMART CORPORATION | HEALTHCARE DATA SOLUTIONS | AMENDMENT 2 TO THE CENTRAL PRESCRIBER & PREMIUM PVS SERVICES AGREEMENT | N/A | N/A | Expired | $ - | $ - | $ - | |
| 90 | N/A | KMART CORPORATION | HEALTHCARE QUALITY ASSOCIATION ON ACCREDITATION | CORPORATE SERVICES - HQAA INC - MASTER SERVICES AGREEMENT - 2009 | SHCLCW6744 | N/A | 01/30/2021 | $ - | $ - | $ - | |
| 91 | N/A | KMART CORPORATION | HEALTHCARE QUALITY ASSOCIATION ON ACCREDITATION | CORPORATE SERVICES - ACCREDITATION SERVICES KMART PHARMACIES - HQAA - SOW 4 - 2018 | CW2334976 | N/A | 01/30/2021 | $ - | $ - | $ - | |
| 92 | N/A | SEARS, ROEBUCK AND CO. | HOME BUYERS RESALE WARRANTY CORPORATION | FIRST AMENDMENT TO HOME WARRANTY SERVICE AGREEMENT | N/A | N/A | 11/30/2018 | $ - | $ - | $ - | |
| 93 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | HOME IMPROVEMENT LEADS, INC | AMENDMENT 1 | N/A | N/A | N/A | $ - | $ - | $ - | |
| 94 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | HOME IMPROVEMENT LEADS, INC | N/A | SHCLCW5461 | N/A | 04/15/2021 | $ - | $ - | $ - | |
| 95 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | HOME IMPROVEMENT LEADS, INC | MASTER LEAD AGGREGATION SERVICES AGREEMENT | SHC-114668 | N/A | 04/15/2021 | $ - | $ - | $ - | |

Sears Holdings Corporation
Executory Contracts for Assignment

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Agreed to cure amount - via amendment | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 96 | N/A | SEARS, ROEBUCK AND CO. | HOME WARRANTY OF AMERICA, INC | FIRST AMENDMENT TO HOME WARRANTY SERVICE AGREEMENT | N/A | N/A | 04/30/2019 | $        - | $        - | $        - | |
| 97 | 1999 | SEARS HOLDINGS MANAGEMENT CORPORATION | INFINITE PERIPHERALS INC-665018 | IT - INFINITE PERIPHERALS INC - MUTUAL CONFIDENTIALITY AGREEMENT - 2010 | SHCLCW7699 | N/A | 01/09/2020 | $    48,932 | $    49,088 | N/A | Cure Amount Resolved |
| 98 | 1999 | SEARS HOLDINGS MANAGEMENT CORPORATION | INFINITE PERIPHERALS INC-665018 | FINANCE - INFINITE PERIPHERALS, INC (IPC) - MPA - FEBRUARY 2016 | CW2323521 | N/A | 02/22/2022 | $        - | $        - | N/A | Cure Amount Resolved |
| 99 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | INFOTEK SOLUTIONS INC / SECURITY COMPASS INC | ITG-INFOTEK_SECURITYCOMPASS-SAAS AGREEMENT-DEC 2015 | CW2309148 | N/A | 12/28/2018 | $        - | $        - | $        - | |
| 100 | 2464 | SEARS HOLDINGS MANAGEMENT CORPORATION | INTERACTIONS CORPORATION | HOME SERVICES INTERACTIONS | CW2308348 | 12/29/14 | 12/31/2020 | N/A | N/A | N/A | Cure amount resolved |
| 101 | 2464 | SEARS HOLDINGS MANAGEMENT CORPORATION | INTERACTIONS CORPORATION | MSO INTERACTIONS LLC SOW 3 | CW2337124 | 1/1/18 | 12/31/2020 | N/A | N/A | N/A | Cure amount resolved |
| 102 | 2464 | SEARS HOLDINGS MANAGEMENT CORPORATION | INTERACTIONS CORPORATION | MSO INTERACTIONS SOW 4 PRO | CW2340035 | 10/2/18 | 10/01/2019 | N/A | N/A | N/A | Cure amount resolved |
| 103 | 2464 | SEARS HOLDINGS MANAGEMENT CORPORATION | INTERACTIONS CORPORATION | N/A | CW2340035 | 10/2/18 | 10/1/19 | N/A | N/A | N/A | Cure amount resolved |
| 104 | 2464 | SEARS HOLDINGS MANAGEMENT CORPORATION | INTERACTIONS CORPORATION | N/A | CW2294086 | 9/12/17 | 10/1/19 | N/A | N/A | N/A | Cure amount resolved |
| 105 | 2464 | SEARS HOLDINGS MANAGEMENT CORPORATION | INTERACTIONS CORPORATION | N/A | CO4 SOW1 | 7/13/16 | 10/1/19 | N/A | N/A | N/A | Cure amount resolved |
| 106 | 2464 | SEARS HOLDINGS MANAGEMENT CORPORATION | INTERACTIONS CORPORATION | N/A | CW2298708 | 3/12/15 | 10/1/19 | N/A | N/A | N/A | Cure amount resolved |
| 107 | 2464 | SEARS HOLDINGS MANAGEMENT CORPORATION | INTERACTIONS CORPORATION | N/A | CW2308348 | 1/0/00 | 12/31/20 | N/A | N/A | N/A | Cure amount resolved |
| 108 | 2464 | SEARS HOLDINGS MANAGEMENT CORPORATION | INTERACTIONS CORPORATION | N/A | CW2301355 | 1/0/00 | 12/31/18 | N/A | N/A | N/A | Cure amount resolved |
| 109 | 2464 | SEARS HOLDINGS MANAGEMENT CORPORATION | INTERACTIONS CORPORATION | N/A | CW2334021 | 1/0/00 | 01/31/2018 | N/A | N/A | N/A | Cure amount resolved |
| 110 | 2464 | SEARS HOLDINGS MANAGEMENT CORPORATION | INTERACTIONS CORPORATION | ONLINE INTERACTIONS SOW 2 | CW2301355 | 9/14/15 | 12/31/2018 | N/A | N/A | N/A | Cure amount resolved |
| 111 | 1917, 2548, 2997 | SEARS HOLDINGS MANAGEMENT CORPORATION | INTERNATIONAL BUSINESS MACHINES | Amendment No. 6 To The Amended and Restated Exhibit for Retail Store Support Services | N/A | 7/1/18 | 12/31/19 | N/A | N/A | N/A | Cure amount resolved |
| 112 | 1917, 2548, 2997 | SEARS HOLDINGS MANAGEMENT CORPORATION | INTERNATIONAL BUSINESS MACHINES | International Program License Agreement | N/A | 9/28/12 | Ongoing | N/A | N/A | N/A | Cure amount resolved |
| 113 | 1917, 2548, 2997 | SEARS HOLDINGS MANAGEMENT CORPORATION | INTERNATIONAL BUSINESS MACHINES | Software and Services Special Option | SHCLCW7064 | 6/30/15 | 9/30/19 | N/A | N/A | N/A | Cure amount resolved |

Sears Holdings Corporation
Executory Contracts for Assignment

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Agreed to cure amount - via amendment | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 114 | 1917, 2548, 2997 | SEARS HOLDINGS MANAGEMENT CORPORATION | INTERNATIONAL BUSINESS MACHINES | Amended and Restated Customer Agreement Attachment for Acquisition of Software Maintenance | N/A | 9/28/12 | Ongoing | N/A | N/A | N/A | Cure amount resolved |
| 115 | 1917, 2548, 2997 | SEARS HOLDINGS MANAGEMENT CORPORATION | INTERNATIONAL BUSINESS MACHINES | AMENDMENT NO.1 TO THE SSSO OPTION | N/A | 9/30/18 | 9/30/19 | N/A | N/A | N/A | Cure amount resolved |
| 116 | 1917, 2548, 2997 | SEARS HOLDINGS MANAGEMENT CORPORATION | INTERNATIONAL BUSINESS MACHINES | IT OPS - IBM - EXHIBIT FOR RETAIL STORE SUPPORT SERVICES - 2008 (AMENDED AND RESTATED EXHIBIT FOR RETAIL STORE SUPPORT SERVICES - 2011) | SHCLCW6107 | 10/1/08 | 12/31/2019 | N/A | N/A | N/A | Cure amount resolved |
| 117 | 1917, 2548, 2997 | SEARS HOLDINGS MANAGEMENT CORPORATION | INTERNATIONAL BUSINESS MACHINES | IT - IBM - AMENDMENTS TO AMENDED AND RESTATED SOW (SOFTWARE MAINTENANCE SERVICES) - 2016 | CW2315935 | 6/1/16 | 06/30/2019 | N/A | N/A | N/A | Cure amount resolved |
| 118 | 1917, 2548, 2997 | SEARS HOLDINGS MANAGEMENT CORPORATION | INTERNATIONAL BUSINESS MACHINES | IT - IBM - AMENDED AND RESTATED SOW (HARDWARE MAINTENANCE SERVICES) WITH AMENDMENTS - 2016 | CW2315932 | 6/1/16 | 06/30/2019 | N/A | N/A | N/A | Cure amount resolved |
| 119 | 1917, 2548, 2997 | SEARS HOLDINGS MANAGEMENT CORPORATION | INTERNATIONAL BUSINESS MACHINES | MEMBER TECH  IBM SOW FOR STORE HW MAINT AND DEPOT SUPPORT SERVICES  APPLE AND SLEDS - JULY 2017 | CW2331066 | 7/28/17 | 08/10/2019 | N/A | N/A | N/A | Cure amount resolved |
| 120 | 1917, 2548, 2997 | SEARS HOLDINGS MANAGEMENT CORPORATION | INTERNATIONAL BUSINESS MACHINES | MODIFIED INTERNATIONAL PASSPORT ADVANTAGE AGREEMENT | N/A | 9/28/12 | N/A | N/A | N/A | N/A | Cure amount resolved |
| 121 | N/A | SEARS HOLDINGS CORPORATION | INTRALINKS, INC | PROJECT BLUE - 10/16/2018 | N/A | N/A | 10/15/2019 | $ - | $ - | $ - | |
| 122 | N/A | INNOVEL SOLUTIONS, INC. | J.H.O.C. INC (PREMIER TRANSPORTATION, INC) | DEDICATED FLEET TRANSPORTATION AGREEMENT | 520771 | N/A | 07/01/2019 | $ - | $ - | $ - | |
| 123 | N/A | SHC PROMOTIONS LLC | LAND'S END | GIFT CARD SERVICES AGREEMENT 1-1-2008 | N/A | N/A | N/A | $ - | $ - | $ - | |
| 124 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | LAND'S END | SEARS MARKETPLACE - LOCAL MARKETPLACE - MYGOFER FULFILLED BY MERCHANT (FBM) SUPPLIER AGREEMENT | N/A | N/A | 1/0/1900 | $ - | $ - | $ - | |
| 125 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | LAND'S END | FINANCIAL SERVICES AGREEMENT | N/A | N/A | 1/0/1900 | $ - | $ - | $ - | |
| 126 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | LAND'S END | AMENDMENT #1 TO SEARS MARKETPLACE - LOCAL MARKETPLACE - MYGOFER FULFILLED BY MERCHANT (FBM) SELLER AGREEMENT | N/A | N/A | 1/0/1900 | $ - | $ - | $ - | |
| 127 | N/A | SHC PROMOTIONS LLC | LAND'S END | FIRST AMEDNMENT TO THE GIFT CARD SERVICES AGREEMENT | N/A | N/A | 1/0/1900 | $ - | $ - | $ - | |
| 128 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | LAND'S END | AMENDMENT 1 TO THE SEARS MARKETPLACE FULFILLED BY MERCHANT (FBM) SUPPLIER AGREEMENT | N/A | N/A | 1/0/1900 | $ - | $ - | $ - | |

Sears Holdings Corporation
Executory Contracts for Assignment

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Agreed to cure amount - via amendment | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 129 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | LANGUAGE SCIENTIFIC | N/A | N/A | N/A | REOCCURING | $ - | $ - | $ - | |
| 130 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | LANGUAGE SCIENTIFIC | LANGUAGE SCIENTIFIC | SHC74633 | N/A | Not Applicable | $ - | $ - | $ - | |
| 131 | N/A | KMART CORPORATION | LDM GROUP, LLC | RM - LDM GROUP, LLC - MASTER SERVICES AGREEMENT - 2013 | SHCLCW5826 | N/A | 09/28/2021 | $ - | $ - | $ - | |
| 132 | N/A | KMART CORPORATION | LDM GROUP, LLC | MASTER AGREEMENT | N/A | N/A | N/A | $ - | $ - | $ - | |
| 133 | N/A | KMART CORPORATION | LDM GROUP, LLC | AMENDMENT 1 | N/A | N/A | N/A | $ - | $ - | $ - | |
| 134 | N/A | KMART CORPORATION | LDM GROUP, LLC | N/A | SHCLCW5826 | N/A | 9/28/2021 | $ - | $ - | $ - | |
| 135 | N/A | KMART CORPORATION | LDM GROUP, LLC | AMENDMENT 2 | N/A | N/A | N/A | $ - | $ - | $ - | |
| 136 | N/A | KMART CORPORATION | LDM GROUP, LLC | AMENDMENT 3 | N/A | N/A | N/A | $ - | $ - | $ - | |
| 137 | N/A | CALIFORNIA BUILDER APPLIANCES, | LEVEL 10 CONSTRUCTION LP | BID FORM | N/A | N/A | N/A | $ - | $ - | $ - | |
| 138 | N/A | SEARS, ROEBUCK AND CO. | LEXINGTON INSURANCE COMPANY | SAN JOSE, CA PROPERTY | 060437348-00 | N/A | 05/17/2019 | $ - | $ - | $ - | |
| 139 | N/A | A&E FACTORY SERVICE, LLC | LOWE'S HOME CENTERS, LLC | FIRST AMENDMENT TO LOWE'S AMENDED AND RESTATED INDEPENDENT CONTRACTOR SERVICE AGREEMENT | N/A | N/A | 02/28/2019 | $ - | $ - | $ - | |
| 140 | 2397 | KMART CORPORATION; SEARS, ROEBUCK AND CO. | M & G JEWELERS INC | RM-M AND G JEWELERS-SERVICE AGREEMENT-2011 | SHCLCW4453 | 9/1/11 | 07/31/2020 | N/A | N/A | N/A | Cure amount resolved |
| 141 | N/A | SEARS HOLDINGS MANAGEMENT CORP | MARCH OF DIMES FOUNDATION | N/A | N/A | N/A | 12/31/2018 | $ - | $ - | $ - | |
| 142 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION;KMART CORPORATION | MARCH OF DIMES FOUNDATION | CHARITY AGREEMENT | N/A | N/A | 12/31/2018 | $ - | $ - | $ - | |
| 143 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | MARINE TOYS FOR TOTS FOUNDATION | MKTG - TOYS FOR TOTS - AGREEMENT - 2018 | CW2340386 | N/A | 12/24/2018 | $ - | $ - | $ - | |
| 144 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | MARINE TOYS FOR TOTS FOUNDATION | N/A | CW2340386 | N/A | 12/24/2018 | $ - | $ - | $ - | |
| 145 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | MARINE TOYS FOR TOTS FOUNDATION | N/A | CW2340386 | N/A | 12/24/2018 | $ - | $ - | $ - | |
| 146 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | MASTERCARD INTERNATIONAL INC | FIN - MASTERCARD INTERNATIONAL INC - THE MASTERPASS AND ACCEPTANCE AGREEMENT - 2015 | SHCLCW7121 | N/A | 8/31/2019 | $ - | $ - | $ - | |
| 147 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | MASTERCARD INTERNATIONAL INC | MASTERPASS AND ACCEPTANCE AGREEMENT | N/A | N/A | 8/31/2019 | $ - | $ - | $ - | |
| 148 | N/A | A&E FACTORY SERVICE, LLC | MC APPLIANCE CORPORATION | FIRST AMENDMENT TO THE SERVICE AGREEMENT | N/A | N/A | 09/01/2019 | $ - | $ - | $ - | |
| 149 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | MERCHANTS LEASING | MERCHANTS FLEET MANAGEMENT MASTER AGREEMENT 2018 | CW2339827 | N/A | 09/18/2023 | $ - | $ - | $ - | |
| 150 | N/A | SEARS HOLDINGS CORPORATION | MILLIMAN, INC | FINANCE_MILLIMAN_SERVICES AGREEMENT_2017 | CW2331437 | N/A | 01/31/2019 | $ (87,000) | $ - | $ - | |

Sears Holdings Corporation
Executory Contracts for Assignment

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Agreed to cure amount - via amendment | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 151 | N/A | SEARS HOLDINGS CORPORATION | NATIONAL CASUALTY COMPANY | SPONSORSHIP LIABILITY | KEO0007542100 | N/A | 08/01/2019 | $ - | $ - | $ - | |
| 152 | N/A | SEARS HOLDINGS CORPORATION | NATIONAL CASUALTY COMPANY | SPONSORSHIP LIABILITY | XKO0007542300 | N/A | 08/01/2019 | $ - | $ - | $ - | |
| 153 | N/A | SEARS HOLDINGS | NEUSTAR INFORMATION SERVICES, INC. | MASTER SERVICES AGREEMENT | N/A | N/A | 12/20/2018 | $ - | $ - | $ - | |
| 154 | N/A | KMART CORPORATION | REXAM | RM-REXAM PRESCRIPTION PRODUCTS-PURCHASE AGREEMENT-2010 | SHCLCW1576 | N/A | 08/10/2021 | $ - | $ - | $ - | |
| 155 | N/A | KMART CORPORATION; SEARS, ROEBUCK AND CO. | REXON INDUSTRIAL CORPORATION | FIRST AMENDMENT TO THE SUPPLY AGREEMENT | N/A | N/A | Recurring | $ - | $ - | $ - | |
| 156 | N/A | SEARS HOLDINGS CORPORATION | RHA DELIVERING SOLUTIONS | COVER LETTER - NOT A CONTRACT | N/A | N/A | N/A | $ - | $ - | $ - | |
| 157 | N/A | CALIFORNIA BUILDER APPLIANCES, | RICHARD HEATH & ASOOCIATES | AGREEMENT FOR PERFORMANCE OF WORK | N/A | N/A | 12/31/2019 | $ - | $ - | $ - | |
| 158 | N/A | SEARS HOLDINGS PUBLISHING COMP. | RR DONNELLEY & SONS | MKTG-RR DONNELLEY-MASTER PURCHASE AGREEMENT-2013 | SHCLCW4191 | 7/1/13 | 01/31/2021 | N/A | N/A | N/A | Cure amount resolved |
| 159 | N/A | KMART CORPORATION; SEARS, ROEBUCK AND CO. | RR DONNELLEY & SONS | MKTG - R R DONNELLEY AND SONS COMPANY - LOGISTICS SERVICES AGREEMENT - 2012 | SHCLCW6354 | 1/23/12 | 01/31/2020 | N/A | N/A | N/A | Cure amount resolved |
| 160 | N/A | SEARS ROEBUCK AND CO. | SAFEWAY INC D/B/A SAFEWAY MARKETING SERVICES | GIFT CARD MARKETING SERVICES AGREEMENT | N/A | N/A | 2/9/2006 | $ - | $ - | $ - | |
| 161 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | SAS INSTITUTE | AMENDMENT TO SOFTWARE LICENSE AGREEMENT | CW2339599 | N/A | 8/30/2019 | $ - | $ - | $ - | |
| 162 | N/A | SEARS HOLDINGS CORPORATION | SCOTTSDALE INSURANCE COMPANY | GENERAL LIABILITY - COSTA MESA | BCS0037278 | N/A | 08/14/2019 | $ - | $ - | $ - | |
| 163 | N/A | SEARS HOLDINGS CORPORATION | SCOTTSDALE INSURANCE COMPANY | COMMERCIAL EXCESS LIABILITY | XLS0107980 | N/A | 08/14/2019 | $ - | $ - | $ - | |
| 164 | N/A | A&E FACTORY SERVICE, LLC | SERVICE NET WARRANTY, LLC. | THIRD AMENDMENT TO SERVICE AGREEMENT | N/A | N/A | 05/31/2019 | $ - | $ - | $ - | |
| 165 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | SPOTDOCTOR BUILDING SERVICES | MSA | CW2340998 | N/A | 12/8/2021 | $ - | $ - | $ - | |
| 166 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION LLC | STAFFORD HOLDINGS GROUP, LTD, | N/A | N/A | N/A | Not Applicable | $ - | $ - | $ - | |
| 167 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | SYNAPSE CONNECT, INC | STATEMENT OF WORK NO. 1 | N/A | N/A | 09/04/2019 | $ - | $ - | $ - | |
| 168 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | SYNAPSE RETAIL VENTURES, INC. | SHOP YOUR WAY JOINT MARKETING AGREEMENT | N/A | N/A | 7/12/2020 | $ - | $ - | $ - | |
| 169 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | TAXWARE | ADDENDUM TO LICENSE AGREEMENT | N/A | N/A | 3/20/2019 | $ - | $ - | $ - | |
| 170 | N/A | SEARS HOLDINGS CORPORATION; SEARS, ROEBUCK AND CO. | TEST NEW SUPPLIER | FAC - ALL POWER EQUIPMENT - MASTER SERVICES AGREEMENT - 2017 | SHCLCW7967 | N/A | 02/11/2022 | $ - | $ - | $ - | |
| 171 | N/A | SEARS HOLDINGS CORPORATION; SEARS, ROEBUCK AND CO. | TEST NEW SUPPLIER | HOME SERVICES - COLES SALES AND SERVICE INC DBA MCNABB MOTORSPORTS - MASTER SERVICE AGREEMENT (GO LOCAL) - 2017 | CW2323177 | N/A | 10/18/2021 | $ - | $ - | $ - | |

Sears Holdings Corporation
Executory Contracts for Assignment

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Agreed to cure amount - via amendment | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 172 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | TRISTAR FULFILLMENT SERVICES INC | PROJECT SERVICES AGREEMENT | N/A | N/A | N/A | $ - | $ - | $ - | |
| 173 | N/A | SEARS, ROEBUCK AND CO. | TWG INNOVATIVE SOLOTIONS, INC. | N/A | CW2340720 | N/A | PERPETUAL | $ - | $ - | $ - | |
| 174 | N/A | SEARS, ROEBUCK AND CO. | TWG INNOVATIVE SOLOTIONS, INC. | SECOND AMENDMENT TO HOME WARRANTY SERVICE AGREEMENT | N/A | N/A | 02/28/2019 | $ - | $ - | $ - | |
| 175 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | UNDERWRITERS AT LLOYDS | TX EMPLOYER'S LIABILITY COVERAGE | PEM10062-02 | N/A | 08/01/2019 | $ - | $ - | $ - | |
| 176 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | UNIFY INC. | AMENDMENT NO. 4 | N/A | N/A | 6/30/2018 | $ - | $ - | $ - | |
| 177 | N/A | INNOVEL SOLUTIONS, INC. | UPS | AMENDMENT TO TRANSPORTA | N/A | N/A | 3/31/19 | N/A | N/A | N/A | Cure amount resolved |
| 178 | N/A | INNOVEL SOLUTIONS, INC. | UPS | FAC - UPS SUPPLY CHAIN SOLUTI | CW2330495 | 7/7/14 | 07/31/2021 | N/A | N/A | N/A | Cure amount resolved |
| 179 | N/A | INNOVEL SOLUTIONS, INC. | UPS | AMENDMENT NO.4 TO EXHIBIT | N/A | N/A | 04/28/2020 | N/A | N/A | N/A | Cure amount resolved |
| 180 | N/A | INNOVEL SOLUTIONS, INC. | UPS | AMENDMENT NO. 2 TO MASTER | N/A | N/A | 07/31/2021 | N/A | N/A | N/A | Cure amount resolved |
| 181 | N/A | SEARS HOLDINGS CORPORATION | UPS | STATEMENT OF AGREED PRICIN | N/A | N/A | 01/31/2019 | N/A | N/A | N/A | Cure amount resolved |
| 182 | N/A | INNOVEL SOLUTIONS, INC. | UPS | AMENDMENT NO. 5 TO AMEND | N/A | N/A | 07/31/2021 | N/A | N/A | N/A | Cure amount resolved |
| 183 | N/A | INNOVEL SOLUTIONS, INC.; KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOME IMPROVEMENT PRODUCT; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | US SECURITY ASSOCIATES INC | APP- ANDREWS INTERNATIONA | CW2318081 | 6/1/16 | 05/31/2019 | N/A | N/A | N/A | Cure amount resolved |
| 184 | N/A | INNOVEL SOLUTIONS, INC.; KMART CORPORATION; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | US SECURITY ASSOCIATES INC | APP- U S SECURITY ASSOCIATES- | CW2338531 | 9/1/18 | 08/31/2021 | N/A | N/A | N/A | Cure amount resolved |
| 185 | N/A | SEARS HOME AND BUSINESS FRANCHISES | VAR Technology | Master Lease | 520-0006126 | N/A | N/A | $ - | $ - | N/A | Cure Amount Resolved |
| 186 | N/A | SEARS HOME AND BUSINESS FRANCHISES | VAR Technology | Lease Addendum | 520-0009451 | N/A | N/A | $ - | $ - | N/A | Cure Amount Resolved |
| 187 | 2027 | SEARS PROTECTION COMPANY (FLORIDA), L.L.C. | VIRGIINIA SURETY COMPANY INC | CONTRACTUAL LIABILITY FOR PERFORMANCE OF CONTRACTUAL PROTECTION AGREEMENT OBLIGATIONS IN THE STATE OF FLORIDA | 2722 | N/A | 02/01/2019 | $ - | $ - | $ - | |
| 188 | 2027 | SEARS PROTECTION COMPANY | VIRGIINIA SURETY COMPANY INC | CONTRACTUAL LIABILITY FOR PERFORMANCE OF CONTRACTUAL PROTECTION AGREEMENT OBLIGATIONS IN THE STATE OF FLORIDA | 2709 - GA | N/A | 02/01/2019 | $ - | $ - | $ - | |

**Sears Holdings Corporation**
**Executory Contracts for Assignment**

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Agreed to cure amount - via amendment | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 189 | 2027 | SEARS PROTECTION COMPANY | VIRGIINIA SURETY COMPANY INC | CONTRACTUAL LIABILITY FOR PERFORMANCE OF CONTRACTUAL PROTECTION AGREEMENT OBLIGATIONS IN THE STATE OF FLORIDA | 2709 - GU | N/A | 02/01/2019 | $ - | $ - | $ - | |
| 190 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | VISA U.S.A. INC. | DATE ORDER #2 | N/A | N/A | 12/31/2020 | $ - | $ - | $ - | |