**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | **Case No. 18-23538 (RDD)** |
| | **(Jointly Administered)** |
| **Debtors.** | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Janice I. Daul, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Nina and Gerald Greene in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the States of Pennsylvania and New Jersey and the bar of the United States District Court for the Eastern District of Pennsylvania.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 29, 2019
Philadelphia, Pennsylvania

                                         */s/ Janice I. Daul*
                                         Janice I. Daul, Esq.
                                         KAUFMAN, COREN & RESS, P.C.
                                         Two Commerce Square, Suite 3900
                                         2001 Market Street
                                         Philadelphia, PA 19103
                                         Tel: (215) 735-8700
                                         jdaul@kcr-law.com