**IN THE UNITED STATES
BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.* | ) | Case No. 18-23538 (RDD) |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | Honorable Robert D. Drain |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Rita L. Hullett, Attorney, request admission *pro hac vice* before the Honorable Robert D. Drain, to represent (Geodis Logistics LLC f/k/a OHL Acquisition Corporation d/b/a Ozburn - Hessey Logistics LLC), a lessor in the above-referenced case. **I certify that I am a member in good standing** of the bar of the State of Alabama and the bar of the United States District Court for the Northern District of Alabama. A copy of my certificate of good standing is attached hereto as **Exhibit A** and the proposed order is attached hereto as **Exhibit B**.

I have submitted the filing fee of $200.00 with this motion for *Pro Hac Vice* admission.

Dated: April 29, 2019

                                                                                          Respectfully submitted,

                                                                                           BAKER, DONELSON, BEARMAN,
                                                                                           CALDWELL & BERKOWITZ, PC

                                                                                           /s/ *Rita L. Hullett*
                                                                                           Rita L. Hullett
                                                                                           1400 Wells Fargo Tower
                                                                                           420 20th Street N
                                                                                           Birmingham, AL 35203
                                                                                           Telephone: (205) 276-9807
                                                                                           Email: rhullett@bakerdonelson.com

**<u>Exhibit A</u>**

(See Attached Certificate)

## UNITED STATES DISTRICT COURT
### Northern District of Alabama



Sharon N. Harris
Clerk of Court

Joe Musso
Chief Deputy Clerk

## CERTIFICATE OF GOOD STANDING

I, **Sharon N. Harris**, Clerk of the United States District Court, Northern District of Alabama, **DO HEREBY CERTIFY** that **Rita L. Hullett** was duly admitted to practice in said Court on **December 13, 1994** and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on **April 25, 2019**

SHARON N. HARRIS, CLERK

By: *Pamela Cook*

Pamela R. Cook, Deputy Clerk

**Exhibit B**

**IN THE UNITED STATES
BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.* | ) | Case No. 18-23538 (RDD) |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | Honorable Robert D. Drain |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Rita L. Hullett, to be admitted *pro hac vice*, to represent Geodis Logistics LLC (f/k/a OHL Acquisition Corporation d/b/a Ozburn - Hessey Logistics LLC), a lessor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Alabama, and the bar of the U.S. District Court for the Northern District of Alabama, **IT IS HEREBY ORDERED THAT:**

Rita L. Hullett, Esq., is admitted to practice *pro hac vice,* in the above-referenced case proceeding to represent Geodis Logistics LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____
New York, New York

/s/_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

4826-1891-9317v1
2902696-000255 04/29/2019