**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**SEARS HOLDINGS CORPORATION,** *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>**(Jointly Administered)** |

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, Deborah R. Gross, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Nina and Gerald Greene in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the States of Pennsylvania and Massachusetts and the bar of the United States District Courts for the Eastern District of Pennsylvania, District of Massachusetts, District of Colorado, and Western District of Wisconsin.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 29, 2019
Philadelphia, Pennsylvania

                                             */s/ Deborah R. Gross*
                                             Deborah R. Gross, Esq.
                                             KAUFMAN, COREN & RESS, P.C.
                                             Two Commerce Square, Suite 3900
                                             2001 Market Street
                                             Philadelphia, PA 19103
                                             Tel: (215) 735-8700
                                             dgross@kcr-law.com