**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | **(Jointly Administered)** |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Deborah R. Gross to be admitted, ***pro hac vice***, to represent Nina and Gerald Greene (the "Clients") in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the States of Pennsylvania and Massachusetts and the bar of the United States District Courts for the Eastern District of Pennsylvania, District of Massachusetts, District of Colorado, and Western District of Wisconsin, it is hereby

**ORDERED**, that Deborah R. Gross, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
White Plains, New York

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE