18-23538-shl  Doc 3404-3  Filed 04/29/19  Entered 04/29/19 12:34:25  Exhibit A
to Declaration  Pg 1 of 1  



# INVOICE

Phone: 1-855-210-6513
www.groupbyinc.com
accounts@groupbyinc.com

**Billing Address**

Michael Goldware
Sears
marisa.brillhart@searshc.com

| | |
|---|---|
| **Invoice Number** | SIN002472 |
| **Invoice Date** | 01/01/2019 |

| Customer PO | Project | Invoice Currency | Due Date |
|---|---|---|---|
| 773342 | | USD | 2/15/2019 |

| # | Product Name | Quantity | Unit Price | Net Value |
|---|---|---|---|---|
| 1 | GroupBy Searchandiser Subscription USA<br>*GroupBy Cloud Subscription from Jan 1,2019 to Dec 31,2020 - Semi Annual Billing Jan 1 to Jun 30 2019* | 1.00 | $840,000.00 | $840,000.00 |

| Tax Summary | |
|---|---|
| | **Tax Value** |
| AVA | $0.00 |

| | |
|---|---|
| **Net Total** | $840,000.00 |
| **Invoice Total** | $840,000.00 |

**Invoice Description**

GroupBy Cloud Subscription Jan 2019 to Dec 2020 - Semi Annual billing Jan 1 to Jun 30 2019

**For Payment by Check**

GroupBy USA, Inc.
PO Box 19803
Palatine, IL 60055-9803
USA

**For Payment by ACH and Wire**

Beneficiary Legal Name : GroupBy USA Inc.
Beneficiary Address :720 Brazos Street ,Suite 1100, Austin Texas-78701
Bank Name :HSBC Bank USA NA
Bank Address :452 5th Avenue, New York, NY, U.S.A, 10018
Bank Routing Number (bank code for checks and ACH) :022000020
Bank Account Number : 751726796
Bank Account Currency: USD
Bank ABA Number (bank code for wire transfers) : 021001088
Bank SWIFT Code (bank code for international wires) : MRMDUS33
EXHIBIT A