Ariba Network

**EXHIBIT C**

*This purchase order was delivered by Ariba Network. For more information about Ariba and Ariba Network, visit http://www.ariba.com.*

| From: | To: | |
|---|---|---|
| **Send Invoice To: aparibainv@searshc.com**<br>Email: aparibainv@searshc.com | **GroupBy USA Inc.**<br>136 Madison Avenue<br>6th Floor<br>New York, NY 10016<br>United States<br>Phone: +1 (855) 2106513<br>Fax:<br>Email: accounts@groupbyinc.com | **Purchase Order**<br>**(New)**<br>PO773342<br>Amount: $5,040,000.00 USD<br>Version: 1 |

**Payment Terms**
NET 0

**Comments**
Comment Type:
Submit
Comment Body:
GroupBy Cloud Evaluation/Subscription

$140,000 per month

January 1st , 2018 – May 31st , 2018
Single payment for 5 months $700,000

June 1st , 2018 - December 31st , 2020
Semi-annual for 31 months
Comment By:
DAMIAN GALEZEWSKI
Comment Date:
2018-01-19T08:48:34-08:00


Comment Type:
General
Comment Body:

Comment By:
DAMIAN GALEZEWSKI
Comment Date:
2018-01-19T08:12:14-08:00


Comment Type: Terms and Conditions
Body:Visit our website http://searsholdings.com/docs/NonMerchPOTermsandConditions.pdf

**Other Information**
LDAP ID:                mgoldwa

**ATTACHMENTS**
📎 GroupBy Order Form 01-05-2018_SIGNED.pdf (application/pdf)

| SHIP ALL ITEMS TO | BILL TO | DELIVER TO |
|---|---|---|
| **Sears Holdings Corp**<br>3333 Beverly Road | **Send Invoice To:**<br>**aparibainv@searshc.com** | MICHAEL GOLDWATER _ AC-152B-B _<br>Michael.Goldwater@searshc.com _ |

Hoffman Estates, IL 60179  
United States  
Ship To Code: 36585  
Phone: +1 (312) 3577862  
Email: Michael.Goldwater@searshc.com

Email: apambam̃v@searshc.com

+1 312 357 7862  
Sears Holdings Corp

| Line Items | | | | | |
|---|---|---|---|---|---|
| Line # | Part # / Description | Type | Qty (Unit) | Price | Subtotal |
| 1 | Not Available | Material | 5,040,000 (EA) | $1.00 USD | $5,040,000.00 USD |

GroupBy Cloud Evaluation/Subscription

$140,000 per month

January 1st , 2018 – May 31st , 2018  
Single payment for 5 months $700,000

June 1st , 2018 - December 31st , 2020  
Semi-annual for 31 months

**Other Information**

| | |
|---|---|
| Req. Line No.: | 1 |
| Requester: | MICHAEL GOLDWATER |
| PR No.: | PR541961 |
| Phone: | +1 312 357 7862 |

Order submitted on: Tuesday 23 Jan 2018 8:25 PM GMT-05:00  
Received by Ariba Network on: Tuesday 23 Jan 2018 8:25 PM GMT-05:00  
This Purchase Order was sent by Sears Holdings Corporation (Non-Merchandise) AN01007090221 and delivered by Ariba Network.

Sub-total:    $   5,040,000.00    USD