Exhibit 1

## Sunvalley

| Date | Bill Code | Description | Open Amount |
|---|---|---|---|
| 11/1/2018 | RMRO | Min. Rent - Other Prop. | 376.34 |
| 5/1/2019 | RMRO | Min. Rent - Other Prop. | 833.33 |
| | | | 1,209.67 |

Exhibit 1



November 21, 2018

SEARS Holdings
Attn: Mark P. Conway
     Jorge Belda

By e-mail and First-Class Mail

Ref: SEARS Post Petition work Store # 6831
**SMART Ticket Number:** 9223227

    **Funding Number:** 1800101
    **Description:** Install New Sewage Lift System
    **Facility Type:** Sears/SAC (Sears, Kmart, TGI...)
    **Store#:** 1368/6831  **District:** 161
    **City, State:** Concord, CA
    **Consultant:** NA
    **Sears/Kmart Project Manager:** Jorge Belda

Gentlemen;

I have been contacted regarding the completion of the above job. Considering Sears October 15, 2018 Bankruptcy filing date, the remaining work listed in the below SOV falls into "Post Petition" work and therefore must be authorized.

Please find below a revised schedule of values showing the remaining work at this location.

| SOV | Value | 10/15 status | | Balance to finish |
|---|---|---|---|---|
| engineering and design | $ 5,000.00 | 100% | $ 5,000.00 | $ - |
| sewage pump system | $ 25,545.00 | 0% | $ - | $ 25,545.00 |
| piping | $ 12,500.00 | 30% | $ 3,750.00 | $ 8,750.00 |
| Excavation/concrete work | $ 7,745.00 | 30% | $ 2,323.50 | $ 5,421.50 |
| Electrical and alarm | $ 8,345.00 | 50% | $ 4,172.50 | $ 4,172.50 |
| Permits and fees | $ 1,800.00 | 100% | $ 1,800.00 | $ - |
| Miscellaneous | $ 1,975.00 | 0% | $ - | $ 1,975.00 |
| Camera sewer pipes | $ 4,772.00 | 100% | $ 4,772.00 | $ - |
| Install additional pump | $ 5,600.00 | 0% | $ - | $ 5,600.00 |
| Electrical for N pump | $ 2,156.00 | 30% | $ 646.80 | $ 1,509.20 |
| Concrete removal and replac | $ 1,610.00 | 30% | $ 483.00 | $ 1,127.00 |
| Autodrains | $ 1,596.00 | 0% | $ - | $ 1,596.00 |
| Retainage | | | $ (2,294.78) | $ 2,294.78 |
| | | | | |
| | $ 78,644.00 | | $ 20,653.02 | $ 57,990.98 |

9821 Business Park Drive, Suite 160B Sacramento, CA. 95827
Ph:916 687-8779
Lic. #982286

Exhibit 1

Once proper approval is given for us to proceed with this post-petition work, we will timely proceed.

Additionally, please note that it is our intention to file a Mechanics Lien at this property for all un-paid funds due.

You may contact me at 916 687 8779 and or my e-mail at kuhs@maloneyandbell.com.

Sincerely,
Maloney and Bell General Construction, Inc.

Steven C. Kuhs
President

cc: Sunvalley Shopping Center LLC
    Taubman Land Associates LLC

Exhibit 1

RECORDING REQUESTED BY
STEVEN KUHS
WHEN RECORDED MAIL TO

MALONEY & BELL GENERAL
CONSTRUCTION, INC.
C\O VERITAS ACCOUNTING
9821 BUSINESS PARK DR. SUITE 160
SACRAMENTO CA, 95827



CONTRA COSTA Co Recorder Office
JOSEPH CANCIAMILLA, Clerk-Recorder
DOC- 2019-0047966-00
Check Number 9169 VC AV
Monday, APR 08, 2019 12:23:26
LIE  $7.00  MOD  $2.00  REC  $12.00
FTC  $1.00  DAF  $2.70  REF   $0.30
RED  $1.00  ERD  $1.00  SB2  $75.00
Ttl Pd $102.00    Nbr-0003439693
                                    AAV / RN / 1-2



SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

## Mechanics' Lien
### (Claim of Lien)

(To be recorded in the county recorder's office in the county in which the property is located.)

NOTICE IS HEREBY GIVEN: That __MALONEY & BELL GENERAL CONSTRUCTION, INC.__ as claimant claims a lien for labor, service, equipment, or materials under Section 8000 et Seq. of the Civil Code of the State of California, upon the premises hereinafter described, and upon every estate or interest in such structures, improvements and premises held by any party holding any estate therein.

Said labor, service, equipment or materials were furnished for the construction of those certain buildings, improvements, or structures, now upon that certain parcel of land situated in the County of __CONTRA COSTA__ State of California, said land described as follows:

STREET ADDRESS: 1001 SUN VALLEY BLVD. CONCORD CA
LEGAL DESCRIPTION: 153-230-023, 153-230-024, 153-230-025

**LIEN NOTICE MAILED**

Said lien is claimed for the following labor, services, equipment or materials: (describe labor, services, equipment, or materials in detail) __INSTALL NEW SEWAGE LIFT SYSTEM__

Amount due after deducting all just credits and offsets... $ __75,046.00__

The name of the person or company by whom claimant was employed or to whom claimant furnished labor, services, equipment, or materials is: __SEARS HOLDINGS MANAGEMENT CORPORATION__

That __TAUBMAN LAND ASSOCIATES__
__200 EAST LONG LAKE ROAD, SUITE 200 BLOOMFIELD HILLS MI 48034__
is/are the reputed owner(s) of said building and/or premises, or some interest therein.

DATED: __04/00/19__       Name of Claimant __MALONEY & BELL GENERAL CONSBTRUCTION, INS__
                                                                  (Firm Name)
                          By: __Kristie Ke_____
                                          (Signature)
                          ACCOUNTANT __Kristie Kotaska__
                                                         (Authorized Capacity)

### VERIFICATION

I, the undersigned, certify that I am the __AUTHORIZED AGENT__ of the claimant named in the foregoing Mechanics' Lien, and that I am informed and believe the facts herein to be true, and, on that ground, allege that the facts stated in the foregoing Mechanics' Lien are true.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on __8th of April 2019__, in the City of __SACRAMENTO__, State of __CALIFORNIA__.

__Kristie Ke_____
                                          Its Agent

Exhibit 1

# NOTICE OF MECHANICS LIEN
# ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT
## California Civil Code section 8416(a)(7) and (c)

### AFFIDAVIT FOR SERVICE ON THE OWNER
California Civil Code Section 8416 (a)(7) and (c)(1)

I, KRISTIE KOTASKA _____(name), declare that I served a copy of this Mechanics' Lien and Notice of Mechanics' Lien by registered mail, certified mail, or first-class mail, evidenced by a certificate of mailing, postage prepaid, addressed to the owner(s) or reputed owner(s) of the property:

Name and title of person or entity served: TAUBMAN LAND ASSOCIATES

Service Address: 200 EAST LONG LAKE ROAD, SUITE 200 BLOOMFIELD MI 48304

Said service address is the owner's residence, place of business, or address shown by the building permit on file, with the permitting authority for the work.

Executed on 8th of April, 2019, at Sacramento, CA

By: KRISTIE KOTASKA

Exhibit 1

County Clerk-Recorder
555 Escobar Street
P.O. Box 350
Martinez, California 94553-0135
925.335.7900
925.335.7923 fax

**Contra Costa County**



Joseph E. Canciamilla
County Clerk-Recorder

TAUBMAN LAND ASSOCIATES
200 EAST LONG LAKE ROAD
SUITE 200
BLOOMFIELD HIILS, MI 48034

Document Number
2019-07-0047966-00
April 08, 2019

## LIEN NOTICE

Under the provisions of California Government Code, Section 27297.5 (recordation of liens affecting real property) we are notifying you that a lien has been recorded in the official records of this county which may affect the title to real property you own in this county.

We enclose a copy of the original documents for your information.

If you need additional information as to this matter, you should call the person claiming this lien against you.

We have marked that person's name with a red check mark.

You may also wish to consult your attorney.

We cannot assist you in locating the person claiming this lien against you.

All the information we have concerning this matter is contained in the copy of the document we have enclosed.