# EXHIBIT B

# BILTMORE COMMERCIAL PROPERTIES I, LLC

via Federal Express

October 18, 2018

Ms. Tammi Banaszak
Lease Administrator
Sears Holdings Management Corp.
Real Estate Department, 824RE
3333 Beverly Road
Hoffman Estates, IL  60179

Re:  Kmart #3886, 980 Brevard Road, Asheville, NC  28806

Dear Ms. Banaszak:

Enclosed is a package detailing the common area charges for the third quarter of 2018 for the above-referenced store.  The package includes a listing of charges for the period July 1, 2018 through September 30, 2018.  Supporting invoices and a statement are included indicating Kmart's share totals $8,347.03 for the time period.

As a reminder, according to the Lease covering the property, Tenant should submit payment within 30 days from receipt of Landlord's invoice submission.

If you have any questions, please contact me at the number listed below.

Sincerely,

Kelly Hayes
Property Manager

KH:jms

Enclosures

One Town Square Boulevard   Post Office Box 5355   Asheville, North Carolina 28813
Telephone:  828.209.2000   Facsimile:  828.209.2150

**FedEx.**    Shipment Receipt

## Address Information

**Ship to:**
Ms. Tammi Banaszak
Sears Holdings Management Corp.
3333 Beverly Road

REAL ESTATE DEPARTMENT 824RE
HOFFMAN ESTATES,  IL  601790001
US
8472860516

**Ship from:**
Kelly Hayes
Biltmore Farms, LLC

ONE TOWN SQUARE BLVD
Suite 330

Asheville,  NC  28803
US
8282092000

## Shipment Information:
Tracking no.: 773520605330
Ship date: 10/19/2018
Estimated shipping charges:  13.48 USD

## Package Information
Pricing option: FedEx Standard Rate
Service type: FedEx 2Day AM
Package type: FedEx Envelope
Number of packages: 1
Total weight: 0.60   LBS
Declared Value: 0.00  USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:
Bill transportation to: MyAccount-043
Your reference:  3rd Quarter
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

## Please Note

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**BILTMORE COMMERCIAL PROPERTIES I, LLC**
PLAZA at BILTMORE SQUARE
COMMON AREA MAINTENANCE COST BREAKDOWN
July 1, 2018 through September 30, 2018

## Summary

| CATEGORY | TOTAL |
|---|---|
| General Maintenance | $2,273.64 |
| Landscaping/Parking Lot Maintenance | $6,850.50 |
| Parking Lot Lighting | $5,307.10 |
| **TOTAL PLAZA COSTS** | $  14,431.24 |

| | |
|---|---|
| Total Plaza square footage | 180,201 |
| Total Kmart square footage | 104,231 |
| Kmart % | 57.84% |

| | |
|---|---|
| **Kmart's share of CAM costs** | $  8,347.03 |

| | |
|---|---|
| **Amount Due for July 1, 2018 through September 30, 2018** | $  8,347.03 |

**DUE UPON RECEIPT**

Please remit payment to:    **Biltmore Commercial Properties I, LLC**
**PO Box 5355**
**Asheville, NC 28813**

**BILTMORE COMMERCIAL PROPERTIES I, LLC**
PLAZA at BILTMORE SQUARE
COMMON AREA MAINTENANCE COST BREAKDOWN
July 1, 2018 through September 30, 2018

### GENERAL MAINTENANCE

| DATE | VENDOR | DESCRIPTION | COST |
|------|--------|-------------|------|
| 15-Jul | Republic Services | Trash Removal | $77.34 |
| 27-Jul | CED | Digital Timer for Time Clock | $187.75 |
| 30-Jul | CED | Lighting Supplies | $357.27 |
| 31-Jul | Biltmore Farms | Labor | $200.00 |
| 10-Aug | West Electric | Time Clock Replacement | $140.00 |
| 15-Aug | Republic Services | Trash Removal | $77.34 |
| 31-Aug | Biltmore Farms | Labor | $100.00 |
| 5-Sep | CED | Bulbs | $292.86 |
| 14-Sep | CED | Bulb | $58.74 |
| 15-Sep | Republic Services | Trash Removal | $77.34 |
| 16-Sep | West Electric | LED Lamps and Wall Packs | $245.00 |
| 30-Sep | Biltmore Farms | Labor | $460.00 |
| | | | $ 2,273.64 |

### LANDSCAPING/PARKING LOT MAINTENANCE

| | | | |
|------|--------|-------------|------|
| 1-Jul | Snow Creek | Land Exterior-Contracted Svcs | $585.00 |
| 31-Jul | Acer | Contr. Svcs-Pkg Lot Trash Pick Up | $806.75 |
| 31-Jul | Acer | Contracted Svcs-Pkg Lot Sweeping | $455.00 |
| 1-Aug | Snow Creek | Land Exterior-Contracted Svcs | $585.00 |
| 17-Aug | Mobile Magic | Pressure wash sidewalks | $723.00 |
| 31-Aug | Acer | Contracted Svcs-Pkg Lot Sweeping | $455.00 |
| 31-Aug | Acer | Contr. Svcs-Pkg Lot Trash Pick Up | $867.75 |
| 1-Sep | Snow Creek | Land Exterior-Contracted Svcs | $585.00 |
| 19-Sep | Snow Creek | Trim slopes behind Center | $540.00 |
| 30-Sep | Acer | Contr. Svcs-Pkg Lot Trash Pick Up | $793.00 |
| 30-Jun | Acer | Contracted Svcs-Pkg Lot Sweeping | $455.00 |
| | | | $ 6,850.50 |

### PARKING LOT LIGHTING

| | | | |
|------|--------|-------------|------|
| 23-Apr | Progress Energy | Corner Brevard & Sardis | $1,770.79 |
| 22-May | Progress Energy | Corner Brevard & Sardis | $1,858.66 |
| 22-Jun | Progress Energy | Corner Brevard & Sardis | $1,677.65 |
| | | | $ 5,307.10 |

**REPUBLIC SERVICES**

1070 Riverside Dr
Asheville NC 28804-301616

**Customer Service** (828) 253-3929
RepublicServices.com/Support

RECEIVED
JUL 23 2018

| Account Number | 3-0693-0015771 |
|---|---|
| Invoice Number | 0693-001566295 |
| Invoice Date | July 15, 2018 |
| | |
| Previous Balance | $233.35 |
| Payments/Adjustments | -$168.90 |
| Current Invoice Charges | $77.34 |

| Total Amount Due | Payment Due Date |
|---|---|
| $141.79 | Past Due |

## PAYMENTS/ADJUSTMENTS

| Description | Reference | Amount |
|---|---|---|
| Payment - Thank You 06/27 | 24129 | -$128.90 |
| Payment - Thank You 07/09 | 24134 | -$35.00 |
| Inv# 001550174 Dated 06/15/18 | | -$5.00 |
| For Site 00001 Service Group 01 | | |
| Re: Late Fee | | |

## CURRENT INVOICE CHARGES

| Description | Reference | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Plaza @ Biltmore Square  1000 Brevard Rd CSA A172620728 | | | | |
| Asheville, NC | | | | |
| 1 Waste Container 4 Cu Yd, 1 Lift Per 2 Weeks | | | $77.34 | $77.34 |
| Pickup Service  08/01-08/31 | | | | $77.34 |
| CURRENT INVOICE CHARGES, Due by August 04, 2018 | | | | |

# Electronics Recycling with BlueGuard™

Convenient recycling solutions that are safe for your business and good
for our planet. To learn more, visit RepublicServices.com/Electronics



| | 30 Days | 60 Days | 90+ Days |
|---|---|---|---|
| Past Due | $64.45 | $0.00 | $0.00 |

---

**REPUBLIC SERVICES**

1070 Riverside Dr
Asheville NC 28804-301616

Please Return This
Portion With Payment

Return Service Requested

L2RCACDTHE  015911


BILTMORE COMMERCIAL PROP 1LLC
CRAIG HOPKINS
1 TOWN SQUARE BLVD
STE 330
ASHEVILLE NC 28803-5006

| Total Amount Due | $141.79 |
|---|---|
| Payment Due Date | Past Due |
| Account Number | 3-0693-0015771 |
| Invoice Number | 0693-001566295 |

For Billing Address Changes,
Check Box and Complete Reverse

**Total Enclosed**

Make Checks Payable To:

REPUBLIC SERVICES #693
PO BOX 9001099
LOUISVILLE KY 40290-1099

30693001577100000015662950000077340000141794

# Invoice

Page 1 of 1

| INVOICE NO. | INVOICE DATE |
|---|---|
| 0193-614582 | 07/27/2018 |

**PLEASE SHOW INVOICE NO. AND REMIT TO:**

PO Box 936339
Atlanta, GA 31193-6339

**CED** CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.

343 HILLIARD AVE
ASHEVILLE, NC 28801

T: 8282525313   F: 8282525363

RECEIVED JUL 27 2018

**SOLD TO:**

BILTMORE FARMS
P.O. BOX 5355
ASHEVILLE, NC 28813

**SHIP TO:**

BILTMORE FARMS
ONE TOWN SQUARE BLVD
SUITE 330
ASHEVILLE, NC 28803

| ACCOUNT #/NAME | | JOB NAME | CUSTOMER ORDER NO. |
|---|---|---|---|
| Z8-08110 | BILTMORE FARMS | | PLAZA |

| SALESPERSON | SHIPPING INFORMATION | SHIP VIA | SHIP DATE |
|---|---|---|---|
| 4000 JG | PREPAID | OUR TRUCK | 07/26/2018 |

| QTY ORDERED | PRODUCT CODE | DESCRIPTION | CODE | QTY SHIPPED | PRICE | PER | DISC. | EXTENSION | C/D |
|---|---|---|---|---|---|---|---|---|---|
| 1 | TORK   DTU40 | 40A DIG TMR | | 1 | 175.47 | E | | 175.47 | 2.0 |

Time Clock

502.502.001.601910.003

8/10/18 KH

8/8/19

Jeremy [signature]

TITLE TO MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT OR DAMAGED MERCHANDISE SHOULD BE MADE TO CARRIER.

MERCHANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A RESTOCKING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS DEFECTIVE OR THRU ERROR ON OUR PART.

A SERVICE CHARGE OF 1.5% PER MONTH, BUT NOT TO EXCEED THE HIGHEST AMOUNT LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE ON ALL PAST DUE ACCOUNTS.

THIS SALE IS SUBJECT TO OUR TERMS LOCATED AT SALES.OUR-TERMS.COM, WHICH WE MAY CHANGE FROM TIME TO TIME WITHOUT PRIOR NOTICE.

CODE: TO ADVISE YOU PROMPTLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.

B - BACK ORDERED, WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK, UNABLE TO PURCHASE LOCALLY.

| | |
|---|---|
| MERCHANDISE | 175.47 |
| SALES TAX   7.00000 | 12.28 |
| SHIPPING CHARGE | 0.00 |

CASH DISCOUNT 3.51 OFF TOTAL DUE (INCLUDING SALES TAX) IF PAID BY THE 10TH OF THE MONTH FOLLOWING PURCHASE

**TOTAL DUE**   187.75

## Invoice

Page 1 of 1

**CED** CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.

343 HILLIARD AVE
ASHEVILLE, NC 28801

T: 8282525313    F: 8282525363

| INVOICE NO. | INVOICE DATE |
|---|---|
| 0193-614484 | 07/30/2018 |

**PLEASE SHOW INVOICE NO. AND REMIT TO:**

PO Box 936339
Atlanta, GA 31193-6339

**SOLD TO:**

BILTMORE FARMS
P.O. BOX 5355
ASHEVILLE, NC 28813

**SHIP TO:**

BILTMORE FARMS
ONE TOWN SQUARE BLVD
SUITE 330
ASHEVILLE, NC 28803

| ACCOUNT #/NAME | | JOB NAME | CUSTOMER ORDER NO. |
|---|---|---|---|
| Z8-08110 | BILTMORE FARMS | PLAZA | JEREMY 450-4839 |

| SALESPERSON | SHIPPING INFORMATION | SHIP VIA | SHIP DATE |
|---|---|---|---|
| 0600 BS | PREPAID | OUR TRUCK | 07/25/2018 |

| QTY ORDERED | PRODUCT CODE | DESCRIPTION | CODE | QTY SHIPPED | PRICE | PER | DISC. | EXTENSION | C/D |
|---|---|---|---|---|---|---|---|---|---|
| T 1 | SYL  M400/SUPER5KIT | 47338  400 MH 5 TAP BALLAST | | 1 | 76.10 | E | | 76.10 | 2.0 |
| T 6 | SYL  M400/U/ED37 | 64036  CLR BT37MOG MH LAMP | | 6 | 13.50 | E | | 81.00 | 2.0 |
| T 12 | SYL  M175/U/ED28 | 64030  BT28MOG MH LAMP | B | 10 | 17.68 | E | | 176.80 | 2.0 |
| | ABOVE LAMPS MOGUL BASE | | | | | | | | |
| | NICK TO PRICE | | | | | | | | |
| | PLEASE DELIVER 07/25/18 | | | | | | | | |

*502.502.001.602510.006*

*(handwritten signatures dated 9/10/18 and 8/9/18)*

| | | |
|---|---|---|
| TITLE TO MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT OR DAMAGED MERCHANDISE SHOULD BE MADE TO CARRIER. | CODE: TO ADVISE YOU PROMPTLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES. | MERCHANDISE |
| MERCHANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A RESTOCKING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS  DEFECTIVE OR THRU ERROR ON OUR PART. | B- BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL. | SALES TAX  7.00000 |
| A SERVICE CHARGE OF 1.5% PER MONTH, BUT NOT TO EXCEED THE HIGHEST AMOUNT LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE ON ALL PAST DUE ACCOUNTS. | C - CANCELED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY. | SHIPPING CHARGE |
| THIS SALE IS SUBJECT TO OUR TERMS LOCATED AT SALES.OUR-TERMS.COM, WHICH WE MAY CHANGE FROM TIME TO TIME WITHOUT PRIOR NOTICE. | CASH DISCOUNT 0.68 OFF TOTAL DUE (INCLUDING SALES TAX) IF PAID BY THE 10TH OF THE MONTH FOLLOWING PURCHASE | **TOTAL DUE** |

| | |
|---|---|
| MERCHANDISE | 333.90 |
| SALES TAX  7.00000 | 23.37 |
| SHIPPING CHARGE | 0.00 |
| **TOTAL DUE** | 357.27 |

Biltmore Farms
One Town Square Blvd. Suite 330
Asheville, NC 28803

**Invoice:    N3832787**

Invoice printed on: 7-Aug-18 10:06A

by: Allison Black,Biltmore Farms

**Landport** online incident data:

| | |
|---|---|
| Incident Number: | 5281169-pm |
| Purchase Order: | default |
| Reported by | Kelly Hayes |

Bill to:  Kelly Hayes
Biltmore Farms

Suite 330
Asheville, NC 28803

| | |
|---|---|
| Invoice created by | Allison Black - Biltmore Farms on behalf of Jeremy Taylor, Biltmore Farms |
| Approved by | Kelly Hayes, Biltmore Farms |
| Report time | 1-Jul-18 7:06A |
| completion time | 2-Jul-18 8:00A |

Service
location: 980 Brevard Rd
Suite 100
Asheville, NC 28806

Incident description:

Plaza PM
Monthly PM of Plaza

Service instructions:

Services Provided

-Replaced 3-175 Watt Bulbs -Replaced 1-400 Watt Bulb

| Date | Quantity | Description | Type | Taxable | Unit Cost | Cost Ext. |
|---|---|---|---|---|---|---|
| 7-Aug-18 | 5 | Plaza Monthly PM | labor | no | 40.00 | 200.00 |
| | | | | Subtotal | | 200.00 |
| (Tax rate: 8.25%) | | | | Tax | | 0.00 |
| | | | | Total | | 200.00 |

**West Electric LLC**
240 HOOKERS GAP ROAD
Leicester, NC 28748
(828) 776-0873
west.anthony58@gmail.com



# INVOICE

**BILL TO**
Kelly Hayes
Bilmore Farms

**INVOICE #** 1227
**DATE** 08/10/2018
**DUE DATE** 09/09/2018
**TERMS** Net 30

| | AMOUNT |
|---|---|
| - Replaced the digital time clock at the plaza. | 140.00 |

| | BALANCE DUE | **$140.00** |
|---|---|---|

*(handwritten)* 9/13/18

*(handwritten)* 502·502·001·602610·003



**REPUBLIC** SERVICES

1070 Riverside Dr
Asheville NC 28804-301616

**Customer Service**   (828) 253-3929
RepublicServices.com/Support

| | |
|---|---|
| Account Number | 3-0693-0015771 |
| Invoice Number | 0693-001577360 |
| Invoice Date | August 15, 2018 |
| Previous Balance | $141.79 |
| Payments/Adjustments | -$141.79 |
| **Current Invoice Charges** | **$77.34** |

| Total Amount Due | Payment Due Date |
|---|---|
| $77.34 | September 04, 2018 |

**PAYMENTS/ADJUSTMENTS**

| Description | Reference | Amount |
|---|---|---|
| Payment - Thank You 07/24 | 24146 | -$84.45 |
| Payment - Thank You 08/01 | 24156 | -$77.34 |

**CURRENT INVOICE CHARGES**

| Description | Reference | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| **Plaza @ Biltmore Square  1000 Brevard Rd CSA A172620728 Asheville, NC** | | | | |
| 1 Waste Container 4 Cu Yd, 1 Lift Per 2 Weeks | | | | |
| Pickup Service  09/01-09/30 | | | $77.34 | $77.34 |
| **CURRENT INVOICE CHARGES** | | | | **$77.34** |

*502 502 001*
*604310.001*

# Electronics Recycling with BlueGuard™

Convenient recycling solutions that are safe for your business and good
for our planet. To learn more, visit RepublicServices.com/Electronics





**REPUBLIC** SERVICES

1070 Riverside Dr
Asheville NC 28804-301616

Please Return This
Portion With Payment

| | |
|---|---|
| Total Amount Due | $77.34 |
| Payment Due Date | September 04, 2018 |
| Account Number | 3-0693-0015771 |
| Invoice Number | 0693-001577360 |

Return Service Requested

**Total Enclosed**

*77.34*

☐
For Billing Address Changes,
Check Box and Complete Reverse.

Make Checks Payable To:

BILTMORE COMMERCIAL PROP 1LLC
~~CRAIG HOPKINS~~   *Kelly Hayes*
1 TOWN SQUARE BLVD
STE 330
ASHEVILLE NC 28803-5006

REPUBLIC SERVICES #693
PO BOX 9001099
LOUISVILLE KY 40290-1099

30693001577100000015773600000077340000077343

Biltmore Farms
One Town Square Blvd. Suite 330
Asheville, NC 28803

**Invoice:**   **N3849114**

Invoice printed on: 5-Sep-18 9:50A

by: Allison Black, Biltmore Farms

**Landport** online incident data:

| | |
|---|---|
| Incident Number: | 5312151a |
| Purchase Order: | default |
| Reported by | Kelly Hayes |
| Invoice created by | Jeremy Taylor, Biltmore Farms |
| Approved by | Kelly Hayes, Biltmore Farms |
| Report time | 29-Aug-18 8:11A |
| completion time | 29-Aug-18 4:45P |

Bill to:  Kelly Hayes
Biltmore Farms

Suite 330
Asheville, NC 28803

Service
location: 980 Brevard Rd
Suite 100
Asheville, NC 28806

Incident description:

Plaza PM Monthly PM of Plaza

Service instructions:

Services Provided

-Replaced 10-175 Watt Bulbs

| Date | Quantity | Description | Type | Taxable | Unit Cost | Cost Ext. |
|------|----------|-------------|------|---------|-----------|-----------|
| 30-Aug-18 | 2.5 | - Plaza PM Monthly PM of Plaza | labor | no | 40.00 | 100.00 |
| | | | | Subtotal | | 100.00 |
| (Tax rate: 8.25%) | | | | Tax | | 0.00 |
| | | | | **Total** | | **100.00** |

Terms: Needs Ballast Changed West ELC. Is Coming Wednesday Or Thursday To Change It.

# Invoice

**CED** CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.

343 HILLIARD AVE
ASHEVILLE, NC 28801

T: 8282525313    F: 8282525363

| INVOICE NO. | INVOICE DATE |
|---|---|
| 0193-620190 | 09/05/2018 |
| **PLEASE SHOW INVOICE NO. AND REMIT TO:** | |
| PO Box 936339 Atlanta, GA 31193-6339 | |

**SOLD TO:**

RECEIVED SEP 0 5 2018

BILTMORE FARMS
P.O. BOX 5355
ASHEVILLE, NC 28813

**SHIP TO:**

BILTMORE FARMS
343 HILLIARD AVENUE
ASHEVILLE, NC 28801

| ACCOUNT #/NAME | | JOB NAME | CUSTOMER ORDER NO. |
|---|---|---|---|
| Z8-08110 | BILTMORE FARMS | PLAZA | PLAZA |
| **SALESPERSON** | | **SHIPPING INFORMATION** | **SHIP VIA** | **SHIP DATE** |
| 9800 WF | | PREPAID | WILL CALL | 09/04/2018 |

| QTY ORDERED | | PRODUCT CODE | DESCRIPTION | CODE | QTY SHIPPED | PRICE | PER | DISC. | EXTENSION | C/D |
|---|---|---|---|---|---|---|---|---|---|---|
| T | 2 | LIGEF | LED8038E40A | 14 WATT MED BASE | | 2 | 38.44 | E | | 76.88 | 0.0 |
| T | 2 | LIGEF | LED8033E57 | 35W LED MED BASE 5700K | | 2 | 54.90 | E | | 109.80 | 0.0 |
| T | 2 | PS | 8681 | MED SOCKET ADAPTER | | 2 | 6.06 | E | | 12.12 | 2.0 |
| T | 1 | LIGEF | LED8024M57 | 45W LED MOGUL BASE 5700K | | 1 | 74.90 | E | | 74.90 | 0.0 |

*Bulb's*
*502:502.001.602510.006*
*KH*
*10/2/18*

*Jeremy Taylor*
*10/1/18*

TITLE TO MERCHANDISE PASSES AT POINT OF SHIPMENT, CLAIMS FOR SHORT OR DAMAGED MERCHANDISE SHOULD BE MADE TO CARRIER.

MERCHANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A RESTOCKING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS DEFECTIVE OR THRU ERROR ON OUR PART.

A SERVICE CHARGE OF 1.5% PER MONTH, BUT NOT TO EXCEED THE HIGHEST AMOUNT LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE ON ALL PAST DUE ACCOUNTS.

THIS SALE IS SUBJECT TO OUR TERMS LOCATED AT SALES.OUR-TERMS.COM, WHICH WE MAY CHANGE FROM TIME TO TIME WITHOUT PRIOR NOTICE.

CODE: TO ADVISE YOU PROMPTLY CONCERNING YOUR ORDER. THIS CODE IS USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| MERCHANDISE | 273.70 |
|---|---|
| SALES TAX 7.00000 | 19.16 |
| SHIPPING CHARGE | 0.00 |
| **TOTAL DUE** | 292.86 |

CASH DISCOUNT 0.24 OFF TOTAL DUE (INCLUDING SALES TAX) IF PAID BY THE 10TH OF THE MONTH FOLLOWING PURCHASE

# Invoice

Page 1 of 1

**CED** CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.

343 HILLIARD AVE
ASHEVILLE, NC 28801

T: 8282525313     F: 8282525363

| INVOICE NO. | INVOICE DATE |
|---|---|
| 0193-621358 | 09/14/2018 |

**PLEASE SHOW INVOICE NO. AND REMIT TO:**

PO Box 936339
Atlanta, GA 31193-6339

**SOLD TO:**

BILTMORE FARMS
P.O. BOX 5355
ASHEVILLE, NC 28813

**SHIP TO:**

BILTMORE FARMS
343 HILLIARD AVENUE
ASHEVILLE, NC 28801

| ACCOUNT #/NAME | JOB NAME | CUSTOMER ORDER NO. |
|---|---|---|
| Z8-08110          BILTMORE FARMS | | PLAZA |

| SALESPERSON | SHIPPING INFORMATION | SHIP VIA | SHIP DATE |
|---|---|---|---|
| 9700 NR | PREPAID | WILL CALL | 09/13/2018 |

| QTY ORDERED | PRODUCT CODE | DESCRIPTION | CODE | QTY SHIPPED | PRICE | PER | DISC. | EXTENSION | C/D |
|---|---|---|---|---|---|---|---|---|---|
| 1 | LIGEF    LED8033E57 | 35W LED MED BASE 5700K | | 1 | 54.90 | E | | 54.90 | 0.0 |

*BUIB*

*502·502·001·6025*10·006*

*XH*

*10/2/2018*

*Jeremy Taylor*

*10/1/18*

TITLE TO MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT OR DAMAGED MERCHANDISE SHOULD BE MADE TO CARRIER.

MERCHANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A RESTOCKING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS DEFECTIVE OR THRU ERROR ON OUR PART.

A SERVICE CHARGE OF 1.5% PER MONTH, BUT NOT TO EXCEED THE HIGHEST AMOUNT LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE ON ALL PAST DUE ACCOUNTS.

THIS SALE IS SUBJECT TO OUR TERMS LOCATED AT SALES.OUR-TERMS.COM, WHICH WE MAY CHANGE FROM TIME TO TIME WITHOUT PRIOR NOTICE.

CODE: TO ADVISE YOU PROMPTLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

NET PAYMENT IS DUE BY THE 15TH OF THE MONTH FOLLOWING PURCHASE

| | |
|---|---|
| MERCHANDISE | 54.90 |
| SALES TAX     7.00000 | 3.84 |
| SHIPPING CHARGE | 0.00 |
| **TOTAL DUE** | 58.74 |

**West Electric LLC** .
240 HOOKERS GAP ROAD
Leicester, NC  28748
(828) 776-0873
west.anthony58@gmail.com



# INVOICE

**BILL TO**
Kelly Hayes
Bilmore Farms

**INVOICE #** 1237
**DATE** 09/16/2018
**DUE DATE** 10/16/2018
**TERMS** Net 30

| | AMOUNT |
|---|---|
| Installed (3) Reto LED Lamps on the Kmart Building at the plaza. | 105.00 |
| Installed (3) Retro LED Lamps in the wall packs on the Papa's and  Beer Building at the plaza | 140.00 |

**BALANCE DUE**          **$245.00**

*502.502.001.602510.003*

*KH*

*9/18/18*

Biltmore Farms
One Town Square Blvd. Suite 330
Asheville, NC 28803

**Invoice:**     **N3851281**

Invoice printed on: 3-Oct-18 10:49A
by: Allison Black,Biltmore Farms

**Landport** online incident data:
Incident Number:   5343907
Purchase Order:    default
Reported by        Paul Bowsman
Invoice created by  Jeremy Taylor, Biltmore Farms
Approved by        Paul Bowsman, Biltmore Farms
Report time        31-Aug-18 7:20P
completion time    4-Sep-18 8:15A
Incident description:
Assist Kelly with Sewer line work
Service instructions:

Bill to:  Kelly Hayes
          Biltmore Farms

          Suite 330
          Asheville, NC 28803

Service
location:  980 Brevard Rd
          Suite 100
          Asheville, NC 28806

Services Provided

| Date | Quantity | Description | Type | Taxable | Unit Cost | Cost Ext. |
|------|----------|-------------|------|---------|-----------|-----------|
| 5-Sep-18 | 3 | labor | labor | no | 40.00 | 120.00 |
| | | | | Subtotal | | 120.00 |
| (Tax rate: 8.25%) | | | | Tax | | 0.00 |
| | | | | Total | | 120.00 |

Approval Code: (rubber stamp)

Biltmore Farms
One Town Square Blvd. Suite 330
Asheville, NC 28803

**Invoice:**   **N3866861**

Invoice printed on: 2-Oct-18 11:22A

by: Allison Black, Biltmore Farms

**Landport** online incident data:

| | |
|---|---|
| Incident Number: | 5344126-pm |
| Purchase Order: | default |
| Reported by | Kelly Hayes |
| Invoice created by | Jeremy Taylor, Biltmore Farms |
| Approved by | Kelly Hayes, Biltmore Farms |
| Report time | 1-Sep-18 7:08A |
| completion time | 4-Sep-18 8:15A |

Bill to:  Kelly Hayes
Biltmore Farms

Suite 330
Asheville, NC 28803

Incident description:

Plaza bi-weekly blow curb lines, pick up trash

Service instructions:

Service
location: 980 Brevard Rd
Suite 100
Asheville, NC 28806

Services Provided

| Date | Quantity | Description | Type | Taxable | Unit Cost | Cost Ext. |
|---|---|---|---|---|---|---|
| 28-Sep-18 | 5 | Plaza bi-weekly blow curb lines, pick up trash Completed By Jonathon and Matt 2-Men 2.5 Hours Each | labor | no | 40.00 | 200.00 |
| | | | | | Subtotal | 200.00 |
| (Tax rate: 8.25%) | | | | | Tax | 0.00 |
| | | | | | Total | 200.00 |

Biltmore Farms
One Town Square Blvd. Suite 330
Asheville, NC 28803

**Invoice:**    **N3860017**

Invoice printed on: 2-Oct-18 11:23A

by: Allison Black,Biltmore Farms

**Landport** online incident data:

| | |
|---|---|
| Incident Number: | 5344082-pm |
| Purchase Order: | default |
| Reported by | Kelly Hayes |
| Invoice created by | Jeremy Taylor, Biltmore Farms |
| Approved by | Kelly Hayes, Biltmore Farms |
| Report time | 1-Sep-18 7:08A |
| completion time | 4-Sep-18 8:15A |

Bill to:  Kelly Hayes
Biltmore Farms

Suite 330
Asheville, NC 28803

Incident description:

Plaza PM
Monthly PM of Plaza

Service
location: 980 Brevard Rd
Suite 100
Asheville, NC 28806

Service instructions:

Services Provided
-Replaced 1-175watt bulb

| Date | Quantity | Description | Type | Taxable | Unit Cost | Cost Ext. |
|---|---|---|---|---|---|---|
| 19-Sep-18 | 3.5 | Plaza PM | labor | no | 40.00 | 140.00 |
| | | | | Subtotal | | 140.00 |
| (Tax rate: 8.25%) | | | | Tax | | 0.00 |
| | | | | Total | | 140.00 |

Terms: Needs Ballast Changed West ELC. Is Coming Wednesday Or Thursday To Change It.

**Snow Creek Landscaping, LLC**
226 Clayton Road
Arden, NC 28704

Phone    828.687.1677    E-mail    AR@snowcreekinc.com
Fax       828.687.1667    Web      www.snowcreekinc.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/1/18 | 32629 |

**Bill To:**

Biltmore Farms, Inc.
Attention: Calvin Parton
P.O. Box 5355
Asheville, NC 28813

**Property Location:**

Plaza At Biltmore Sq

☐ Please check box if address is incorrect or has changed, and indicate change(s) on reverse side.
New e-mail address? Enter here: _____

| Balance Due | $585.00 |
|-------------|---------|

---

**Snow Creek Landscaping, LLC**
226 Clayton Road
Arden, NC 28704

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| Terms | Project | Rep |
|-------|---------|-----|
| Due on receipt | | Shea |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Monthly Contractual Services | | 585.00 | 585.00 |

**SNOW CREEK LANDSCAPING, LLC - SINCE 1989**
Thanks for giving us the opportunity to serve you. We greatly value your business!

**\* \* \* GREAT NEWS \* \* \***
You can now pay your invoice online. Go to www.snowcreekinc.com and click on the
PAY BILL tab at the top of the page. We accept Visa and MasterCard only. Thank you!

We are continuing to mail paper copies of customer invoices as well as emailing digital copies. If you prefer not to receive a paper copy, please let us know. Thank you!

| | |
|--------|--------|
| Subtotal | $585.00 |
| Sales Tax (7.0%) | $0.00 |
| Total | $585.00 |
| Payments/Credits | $0.00 |
| Balance Due | $585.00 |

# THE ACER SERVICES GROUP

**DATE**    7/31/2018

P O BOX 1877
FAIRVIEW, NC 28730

**INVOICE NUMBER**    **KP073118**
ANDY.RAY@ALPHA-OMEGATRANS.COM

CUSTOMER:    BILTMORE FARMS LLC/TOWN SQ WEST L REF OR PRO #    **MONTHLY**
1 TOWN SQUARE BLVD
ASHEVILLE          N C                    28803

| QUANTITY | DESCRIPTION AND MARKS | TOTAL |
|---|---|---|
| 13 | BILTMORE (KMART) PLAZA TRASH BAG SERVICE @ 61 PER DAY | $793.00 |
|  | 1/2 hour extra service per request | $13.75 |

502·502·001·603310·003

*KH*
*8·6·18*

**TOTAL    $806.75**

# THE ACER SERVICES GROUP

DATE          7/31/2018

INVOICE NUMBER    **SWPKP073118**

P O BOX 1877
FAIRVIEW, NC 28730

ANDY.RAY@ALPHA-OMEGATRANS.COM

CUSTOMER:    BILTMORE FARMS LLC/TOWN SQ WEST L REF OR PRO #      **MONTHLY**
1 TOWN SQUARE BLVD
ASHEVILLE          N C                    28803

**SWEEPING SERVICE AT K MART PLAZA**

| QUANTITY SWEEP SERVICES | DESCRIPTION AND MARKS | TOTAL |
|---|---|---|
| July | | $455.00 |
| | 502·502·001·603310·003 | |

*KH*
*8·6·18*

**TOTAL    $455.00**

**Snow Creek Landscaping, LLC**
226 Clayton Road
Arden, NC 28704

Phone   828.687.1677
Fax       828.687.1667

E-mail   AR@snowcreekinc.com
Web      www.snowcreekinc.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/1/18 | 32946 |

**Bill To:**

Biltmore Farms, Inc.
Attention: Calvin Parton
P.O. Box 5355
Asheville, NC 28813

**Property Location:**

Plaza At Biltmore Sq

☐ Please check box if address is incorrect or has changed, and indicate change(s) on reverse side.
New e-mail address? Enter here: _____

| Balance Due | $585.00 |
|-------------|---------|

---

**Snow Creek Landscaping, LLC**
226 Clayton Road
Arden, NC 28704

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| Terms | Project | Rep |
|-------|---------|-----|
| Due on receipt | | Shea |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Monthly Contractual Services | | 585.00 | 585.00 |

**SNOW CREEK LANDSCAPING, LLC - SINCE 1989**
Thanks for giving us the opportunity to serve you. We greatly value your business!

**\* \* \* GREAT NEWS \* \* \***
You can now pay your invoice online. Go to www.snowcreekinc.com and click on the PAY BILL tab at the top of the page. We accept Visa and MasterCard only. Thank you!

*We are continuing to mail paper copies of customer invoices as well as emailing digital copies. If you prefer not to receive a paper copy, please let us know. Thank you!*

| | |
|---|---|
| Subtotal | $585.00 |
| Sales Tax (7.0%) | $0.00 |
| **Total** | **$585.00** |
| Payments/Credits | $0.00 |
| **Balance Due** | **$585.00** |

# Mobile Magic

**Invoice**

9 Rhododendron Circle
Asheville, NC  28805
(828) 279-5265

| Date | Invoice # |
|------|-----------|
| 8/17/2018 | 705 |

**Bill To**

Biltmore Farms
One Town Square Boulevard
Suite 300, Asheville, NC  28803

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Pressure wash sidewalks at strip center by KMart Plaza on Brevard Road | 598.00 | 598.00 |
| | Pressure wash sidewalks in front of Kmart | 125.00 | 125.00 |

*KH 8/17/18*

*502·502·001·603310·009*

| | **Total** | $723.00 |
|---|-----------|---------|

# THE ACER SERVICES GROUP

**DATE**    8/31/2018

P O BOX 1877
FAIRVIEW, NC 28730

**INVOICE NUMBER**    **SWPKP083118**
ANDY.RAY@ALPHA-OMEGATRANS.COM

CUSTOMER:    BILTMORE FARMS LLC/TOWN SQ WEST L REF OR PRO #    **MONTHLY**
1 TOWN SQUARE BLVD
ASHEVILLE         N C                    28803

**SWEEPING SERVICE AT K MART PLAZA**

| QUANTITY SWEEP SERVICES | AUGUST | DESCRIPTION AND MARKS | TOTAL $455.00 |
|---|---|---|---|
| | | *AH  9/5/18* | |
| | | *502.502.001.603310.003* | |

**TOTAL    $455.00**

# THE ACER SERVICES GROUP

**DATE**      8/31/2018

P O BOX 1877
FAIRVIEW, NC 28730

**INVOICE NUMBER**   **KP083118**
ANDY.RAY@ALPHA-OMEGATRANS.COM

CUSTOMER:      BILTMORE FARMS LLC/TOWN SQ WEST L REF OR PRO #      **MONTHLY**
1 TOWN SQUARE BLVD
ASHEVILLE          N C          28803

| QUANTITY | DESCRIPTION AND MARKS | TOTAL |
|---|---|---|
| 14 | BILTMORE (KMART) PLAZA TRASH BAG SERVICE @ 61 PER DAY | $854.00 |
| | 1/2 hour extra service per request | $13.75 |

**TOTAL   $867.75**

**Snow Creek Landscaping, LLC**
226 Clayton Road
Arden, NC 28704

Phone   828.687.1677     E-mail   AR@snowcreekinc.com
Fax      828.687.1667     Web      www.snowcreekinc.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/1/18 | 33257 |

**Bill To:**

Biltmore Farms, Inc.
Attention: Calvin Parton
P.O. Box 5355
Asheville, NC 28813

**Property Location:**

Plaza At Biltmore Sq

☐ Please check box if address is incorrect or has changed, and indicate change(s)
on reverse side.
New e-mail address? Enter here: _____

| Balance Due | $585.00 |
|-------------|---------|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Snow Creek Landscaping, LLC**
226 Clayton Road
Arden, NC 28704

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| Terms | Project | Rep |
|-------|---------|-----|
| Due on receipt | | Shea |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Monthly Contractual Services | | 585.00 | 585.00 |

**SNOW CREEK LANDSCAPING, LLC - SINCE 1989**
Thanks for giving us the opportunity to serve you. We greatly value your business!

*** GREAT NEWS ***
You can now pay your invoice online. Go to www.snowcreekinc.com and click on the
PAY BILL tab at the top of the page. We accept Visa and MasterCard only. Thank you!

*We are continuing to mail paper copies of customer invoices as well as emailing digital
copies. If you prefer not to receive a paper copy, please let us know. Thank you!*

| | |
|--|--|
| Subtotal | $585.00 |
| Sales Tax (7.0%) | $0.00 |
| Total | $585.00 |
| Payments/Credits | $0.00 |
| Balance Due | $585.00 |

**Snow Creek Landscaping, LLC**
226 Clayton Road
Arden, NC 28704
Phone   828.687.1677     E-mail   AR@snowcreekinc.com
Fax      828.687.1667     Web      www.snowcreekinc.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/19/18 | 33417 |

**Bill To:**

Biltmore Farms, LLC
P.O. Box 5355
Asheville, NC 28813-

**Property Location:**

Plaza At Biltmore Square

☐ Please check box if address is incorrect or has changed, and indicate change(s)
on reverse side.
New e-mail address? Enter here: _____

| Balance Due | $540.00 |
|-------------|---------|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Snow Creek Landscaping, LLC**
226 Clayton Road
Arden, NC 28704

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| Terms | Project | Rep |
|-------|---------|-----|
| Due on receipt | | Shea |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| 9/15/18 Trim slopes behind Center. | | 540.00 | 540.00 |

**SNOW CREEK LANDSCAPING, LLC - SINCE 1989**
Thanks for giving us the opportunity to serve you. We greatly value your business!

**\* \* \* GREAT NEWS \* \* \***
You can now pay your invoice online. Go to www.snowcreekinc.com and click on the
PAY BILL tab at the top of the page. We accept Visa and MasterCard only. Thank you!

We are continuing to mail paper copies of customer invoices as well as emailing digital
copies. If you prefer not to receive a paper copy, please let us know. Thank you!

| | |
|---|---|
| Subtotal | $540.00 |
| Sales Tax (7.0%) | $0.00 |
| Total | $540.00 |
| Payments/Credits | $0.00 |
| Balance Due | $540.00 |

# THE ACER SERVICES GROUP

**DATE**        9/30/2018

P O BOX 1877
FAIRVIEW, NC 28730

**INVOICE NUMBER**    **KP093018**
ANDY.RAY@ALPHA-OMEGATRANS.COM

CUSTOMER:    BILTMORE FARMS LLC/TOWN SQ WEST L REF OR PRO #
1 TOWN SQUARE BLVD
ASHEVILLE        N C            28803

**MONTHLY**

| QUANTITY | DESCRIPTION AND MARKS | TOTAL |
|---|---|---|
| 13 | BILTMORE (KMART) PLAZA TRASH BAG SERVICE @ 61 PER DAY | $793.00 |

**TOTAL    $793.00**

# THE ACER SERVICES GROUP

**DATE**        9/30/2018

P O BOX 1877
FAIRVIEW, NC 28730

**INVOICE NUMBER**   **SWPKP093018**
ANDY.RAY@ALPHA-OMEGATRANS.COM

CUSTOMER:        BILTMORE FARMS LLC/TOWN SQ WEST L REF OR PRO #        | **MONTHLY**
1 TOWN SQUARE BLVD
ASHEVILLE          N C                    28803

**SWEEPING SERVICE AT K MART PLAZA**

| QUANTITY SWEEP SERVICES | DESCRIPTION AND MARKS | TOTAL |
|---|---|---|
| september | | $455.00 |

**TOTAL   $455.00**

# DUKE ENERGY PROGRESS

**Customer Bill**

page 1 of 2

| Account number | 349 338 8775 |
|---|---|
| **Total due** | **$3,629.45** |
| **Current charges past due after** | **Aug 27** |
| Usage period | Jul 9 - Aug 10 |
| This bill was mailed on | August 13, 2018 |

017243 000000298

BILTMORE COMMERCIAL PROP LLC
BILTMORE PLAZA
PO BOX 5355
ASHEVILLE NC 28813-5355

RECEIVED
AUG 16 2018



kWh Usage History

## Usage

| Meter number | | | TJ6678 |
|---|---|---|---|
| Readings: Aug | 10 | | 57118 |
| Jul | 9 | - | 56261 |
| Meter constant | | x | 25 |
| **kWh usage** | | | **21425** |

Days in period  32    Average kWh per day    670

### Total Peak Registration

| On-peak KW | Jul  12  at  9:44 pm | 59.75 |
|---|---|---|
| Off-peak KW | Aug  1  at 10:14 pm | 59.50 |

## Billing
**SGS-TOU rate**

CORNER BREVARD & SARDIS , ASHEVILLE
BILTMORE PLAZA   -  32 Days

| | | | |
|---|---|---|---|
| Basic customer charge | | | 35.50 |
| On-peak KWH | 3,225  kwh  x | $0.05869 | 189.2753 |
| Off-peak KWH | 18,200  kwh  x | $0.04644 | 845.2080 |
| On-peak KW | 59.75  kw  x | $10.78000 | 644.1050 |
| REPS Adjustment | | | 6.42 |
| 1% Late payment charge | | | 17.71 |
| 7% North Carolina sales tax | | | 120.44 |
| Current bill amount | | | 1,858.66 |
| Balance before current bill | | | 1,770.79 |
| Total due | | | $3,629.45 |
| The past due date applies to current charges and does not extend the due date for previous charges. | | | |

Current month Time-of-Use Savings for meter TJ6678: $    158.14, as compared with rate MGS

Current twelve month Time-of-Use Savings for meter TJ6678: $    2,206.27

This bill is subject to a 1% per month late payment charge after 09/06/2018.

BP_BL_DEP_RBL_20180810_220423_1.CSV-17243-000000298

Please detach here.    Turn over for helpful phone numbers and customer service tips.    **PIN: 606-755-442**

## Return portion

| | **Account number** |
|---|---|
| BILTMORE COMMERCIAL PROP LLC | **349 338 8775** |
| BILTMORE PLAZA | |
| PO BOX 5355 | |
| ASHEVILLE NC 28813-5355 | |

| **Total due** | **$3,629.45** |
|---|---|
| **Current charges past due after** | **Aug 27** |

Make checks payable
and return to:

Duke Energy Progress
PO BOX 1003
Charlotte NC 28201-1003

01
01
01

005

FORM VER. 002
11/98 REV. 01/00

3493388775 8457 450 000177079 000185866 000362945 3493388775 3

# DUKE ENERGY PROGRESS

**Customer Bill**

| | |
|---|---|
| Account number | 349 338 8775 |
| **Total due** | **$1,677.65** |
| **Current charges past due after** | **Sep 25** |
| Thank you for your payment | Aug 23 | $3,629.45 |
| Usage period | Aug 10 - Sep 8 |
| This bill was mailed on | September 11, 2018 |

042731  000000469

BILTMORE COMMERCIAL PROP LLC
BILTMORE PLAZA
PO BOX 5355
ASHEVILLE NC 28813-5355



SEP 14 2018

## kWh Usage History

| | |
|---|---|
| 27,100 | |
| 20,325 | |
| 13,550 | |
| 6,775 | |
| 0 | Sep Nov Jan Mar May Jul Sep |

## Usage

| | |
|---|---|
| Meter number | TJ6678 |
| Readings: Sep 8 | 57856 |
| Aug 10 | - 57118 |
| Meter constant | x 25 |
| **kWh usage** | **18450** |

Days in period 29    Average kWh per day    636

### Total Peak Registration

| | | |
|---|---|---|
| On-peak KW | Aug 10 at 8:59 pm | 59.25 |
| Off-peak KW | Aug 11 at 8:59 pm | 59.25 |

## Billing

GS-TOU rate

CORNER BREVARD & SARDIS , ASHEVILLE
BILTMORE PLAZA  -  29 Days

### New rate service — Charges if new rates applied for entire usage period

| | | | | |
|---|---|---|---|---|
| Basic customer charge | | | | 35.50 |
| On-peak KWH | 2,300 | kwh  x | $0.05920 | 136.1600 |
| Off-peak KWH | 16,150 | kwh  x | $0.04695 | 758.2425 |
| On-peak KW | 59.25 | kw  x | $10.78000 | 638.7150 |
| New Rate Subtotal | | | | 1,568.6175 |

### Old rate service — Charges if old rates applied for entire usage period

| | | | | |
|---|---|---|---|---|
| Basic customer charge | | | | 35.50 |
| On-peak KWH | 2,300 | kwh  x | $0.05869 | 134.9870 |
| Off-peak KWH | 16,150 | kwh  x | $0.04644 | 750.0060 |
| On-peak KW | 59.25 | kw  x | $10.78000 | 638.7150 |
| Old Rate Subtotal | | | | 1,559.2080 |

BP_BL_DEP_RBL_20180610_222725_2.CSV-42731-000000469

Please detach here.    Turn over for helpful phone numbers and customer service tips.    **PIN: 606-755-442**

## Return portion

502-502-001-701165.001
KH 9/18/18

**Account number**
**349 338 8775**

BILTMORE COMMERCIAL PROP LLC
BILTMORE PLAZA
PO BOX 5355
ASHEVILLE NC 28813-5355

| | |
|---|---|
| **Total due** | **$1,677.65** |
| **Current charges past due after** | **Sep 25** |

01
01
01

Make checks payable and return to:

Duke Energy Progress
PO BOX 1003
Charlotte NC 28201-1003

005

FORM VER. 002
11/98 REV. 01/00

3493388775 7457 450 000000000 000167765 000167765 3493388775 3