# EXHIBIT D

BILTMORE COMMERCIAL PROPERTIES I, LLC

via Federal Express

April 17, 2019

Ms. Tammi Banaszak
Lease Administrator
Sears Holdings Management Corp.
Real Estate Department, 824RE
3333 Beverly Road
Hoffman Estates, IL  60179

Re:  Kmart #3886, 980 Brevard Road, Asheville, NC  28806 – 1st Q 2019 CAM

Dear Ms. Banaszak:

Enclosed is a package detailing the common area charges for the first quarter of 2019 for the above-referenced store.  The package includes a listing of charges for the period January 1, 2019 through March 31, 2019.  Supporting invoices and a statement are included indicating Kmart's share totals $14,764.32 for the time period.

As a reminder, according to the Lease covering the property, Tenant should submit payment within 30 days from receipt of Landlord's invoice submission.

If you have any questions, please contact me at the number listed below.

Sincerely,

Craig Hopkins
Property Manager

CH:jms
Enclosures

**FedEx.**     Shipment Receipt

## Address Information

**Ship to:**
Ms. Tammi Banaszak
Sears Holdings Management Corp.
3333 Beverly Road
REAL ESTATE DEPARTMENT 824RE
HOFFMAN ESTATES, IL 601790001
US
8472860516

**Ship from:**
Craig Hopkins
BILTMORE FARMS, LLC
ONE TOWN SQUARE BLVD
Suite 330
Asheville, NC 28803
US
8282092000

## Shipment Information:
Tracking no.: 774997495179
Ship date: 04/17/2019
Estimated shipping charges: 11.14 USD

## Package Information
Pricing option: FedEx Standard Rate
Service type: FedEx Express Saver
Package type: FedEx Envelope
Number of packages: 1
Total weight: 0.50  LBS
Declared Value: 0.00  USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:
Bill transportation to: MyAccount-043
Your reference:  1st Quarter CAM
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

## Please Note

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**BILTMORE COMMERCIAL PROPERTIES I, LLC**
PLAZA at BILTMORE SQUARE
COMMON AREA MAINTENANCE COST BREAKDOWN
January 1, 2019 through March 31, 2019

## Summary

| CATEGORY | TOTAL |
|---|---|
| General Maintenance | $3,076.08 |
| Landscaping/Parking Lot Maintenance | $15,940.70 |
| Parking Lot Lighting | $6,509.36 |
| | |
| TOTAL PLAZA COSTS | $25,526.14 |

| | |
|---|---|
| Total Plaza square footage | 180,201 |
| Total Kmart square footage | 104,231 |
| Kmart % | 57.84% |

| | | |
|---|---|---|
| Kmart's share of CAM costs | $ | 14,764.32 |

| | | |
|---|---|---|
| Amount Due for January 1, 2019 through March 31, 2019 | $ | 14,764.32 |

| DUE UPON RECEIPT | Please remit payment to: | Biltmore Commercial Properties I, LLC PO Box 5355 Asheville, NC 28813 |
|---|---|---|

**BILTMORE COMMERCIAL PROPERTIES I, LLC**
PLAZA at BILTMORE SQUARE
COMMON AREA MAINTENANCE COST BREAKDOWN
January 1, 2019 through March 31, 2019

### GENERAL MAINTENANCE

| DATE | VENDOR | DESCRIPTION | COST |
|------|--------|-------------|------|
| 4-Jan | Republic Services | Trash Removal | $66.80 |
| 31-Jan | Southern Lighting Services | Relamping pole heads - labor & mats. | $1,195.81 |
| 31-Jan | Biltmore Farms | Labor | $320.00 |
| 4-Feb | Republic Services | Trash Removal | $66.80 |
| 20-Feb | CED | Wallpack Light Replacements (parts) | $309.62 |
| 28-Feb | West Electric | Installation of wall packs | $260.00 |
| 28-Feb | Biltmore Farms | Labor | $440.00 |
| 7-Mar | Republic Services | Trash Removal | $97.05 |
| 31-Mar | Biltmore Farms | Labor | $320.00 |
| | | | $ 3,076.08 |

### LANDSCAPING/PARKING LOT MAINTENANCE

| DATE | VENDOR | DESCRIPTION | COST |
|------|--------|-------------|------|
| 1-Jan | Snow Creek | Land Exterior-Contracted Svcs | $656.25 |
| 15-Jan | Snow Creek | Remove limbs downed by high winds | $205.00 |
| 15-Jan | Snow Creek | Pre-treat and ice melt | $398.02 |
| 24-Jan | Snow Creek | Snow removal | $1,549.84 |
| 31-Jan | Snow Creek | Snow removal | $2,172.09 |
| 31-Jan | Carter Asphalt Sealing | Painting & Restriping Parking Lot | $6,025.00 |
| 31-Jan | Acer | Contr. Svcs-Pkg Lot Trash Pick Up | $793.00 |
| 31-Jan | Acer | Contracted Svcs-Pkg Lot Sweeping | $455.00 |
| 1-Feb | Snow Creek | Land Exterior-Contracted Svcs | $656.25 |
| 28-Feb | Acer | Contracted Svcs-Pkg Lot Sweeping | $455.00 |
| 28-Feb | Acer | Contr. Svcs-Pkg Lot Trash Pick Up | $732.00 |
| 1-Mar | Snow Creek | Land Exterior-Contracted Svcs | $656.25 |
| 31-Mar | Acer | Contr. Svcs-Pkg Lot Trash Pick Up | $732.00 |
| 31-Mar | Acer | Contracted Svcs-Pkg Lot Sweeping | $455.00 |
| | | | $ 15,940.70 |

### PARKING LOT LIGHTING

| DATE | VENDOR | DESCRIPTION | COST |
|------|--------|-------------|------|
| 7-Jan | Progress Energy | Corner Brevard & Sardis | $2,306.79 |
| 7-Feb | Progress Energy | Corner Brevard & Sardis | $1,986.38 |
| 7-Mar | Progress Energy | Corner Brevard & Sardis | $2,216.19 |
| | | | $ 6,509.36 |

 **REPUBLIC** SERVICES

1070 Riverside Dr
Asheville NC 28804-301616

**Customer Service** (828) 253-3929
RepublicServices.com/Support

| | |
|---|---|
| **Account Number** | **3-0693-0015771** |
| Invoice Number | 0693-001626750 |
| Invoice Date | December 15, 2018 |
| Previous Balance | $66.80 |
| Payments/Adjustments | -$66.80 |
| **Current Invoice Charges** | **$66.80** |

| **Total Amount Due** | **Payment Due Date** |
|---|---|
| **$66.80** | **January 04, 2019** |

### PAYMENTS/ADJUSTMENTS

| Description | Reference | | | | Amount |
|---|---|---|---|---|---|
| Payment - Thank You 12/11 | 24275 | | | | -$66.80 |

### CURRENT INVOICE CHARGES

| Description | Reference | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Plaza @ Biltmore Square  1000 Brevard Rd CSA A183605925 Asheville, NC | | | | |
| 1 Waste Container 4 Cu Yd, 1 Lift Per 2 Weeks | | | | |
| Pickup Service 01/01-01/31 | | | $66.80 | $66.80 |

### CURRENT INVOICE CHARGES

$66.80

*KH 12/19/18*

*502·502·001·604310.001*

*January invoices*
*1-02-19*

## Electronics Recycling with BlueGuard™

Convenient recycling solutions that are safe for your business and good
for our planet. To learn more, visit RepublicServices.com/Electronics



---

 **REPUBLIC** SERVICES

1070 Riverside Dr
Asheville NC 28804-301616

Please Return This
Portion With Payment

| **Total Amount Due** | **$66.80** |
|---|---|
| **Payment Due Date** | **January 04, 2019** |
| **Account Number** | **3-0693-0015771** |
| **Invoice Number** | **0693-001626750** |

Return Service Requested

**Total Enclosed**

[  ]
For Billing Address Changes,
Check Box and Complete Reverse.

Make Checks Payable To:

BILTMORE COMMERCIAL PROP 1LLC
KELLY HAYES
1 TOWN SQUARE BLVD
STE 330
ASHEVILLE NC 28803-5007

REPUBLIC SERVICES #693
PO BOX 9001099
LOUISVILLE KY 40290-1099

30693001577100000016267500000066800000066808

# Southern Lighting Services, Inc.

P.O. Box 7599
Ocean Isle Beach, NC 28469-1599

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/31/2019 | 72455 |

**Bill To**

Biltmore Farms Inc.
1 Town Square Blvd, Ste 330
Asheville, NC  28803-5007

FEB 0  2019

**Ship To**

Plaza at Biltmore Square
980 Brevard Rd,
Asheville, NC

| P.O. Number | Terms | Rep | Svc. Date | Via | Project |
|-------------|-------|-----|-----------|-----|---------|
|  | Net 30 | TF | 1/30/2019 | Service Call | The Plaza |

| Qty | Item Code | Description | Price Each | Amount |
|-----|-----------|-------------|------------|--------|
| 1 | Service Call | Service Call by Craig Hopkins | 0.00 | 0.00 |
|  |  | Replaced (6) lamps, (2) ballasts, (1) socket in pole heads. |  |  |
| 6 | MH1000L | MH1000/BT56 | 70.78 | 424.68T |
| 2 | BMH10005T | Ballast, 1000w MH 5-tap | 196.18 | 392.36T |
| 1 | SOCMOGUL | Mogul Base Porcelain Socket | 26.28 | 26.28T |
| 10 | Wirenuts | Wirenuts | 0.36 | 3.60T |
| 2.5 | Electrician | Labor / Electrical labor provided by NC licensed electrician | 85.00 | 212.50T |
| 1 | RECYCLE | EPA Recycling | 52.16 | 52.16T |
| 1 | Fuel Surcharge | Fuel Surcharge | 6.00 | 6.00T |
|  |  | SUBTOTAL |  | 1,117.58 |
|  |  | Sales Tax | 7.00% | 78.23 |

Thank you for your business.

| Total | $1,195.81 |
|-------|-----------|
| Payments/Credits | $0.00 |
| **Balance Due** | **$1,195.81** |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 910-579-6400 | 910-579-2230 | mail@southernlightingservices.com |

Biltmore Farms
One Town Square Blvd. Suite 330
Asheville, NC 28803

**Invoice:**    **N3932302**

Invoice printed on: 8-Feb-19 9:45A

by: Allison Black,Biltmore Farms

**Landport** online incident data:

Incident Number:    5458954-pm
Purchase Order:    default
Reported by    Spare User
Invoice created by    Jeremy Taylor, Biltmore Farms
Approved by    Craig Hopkins, Biltmore Farms
Report time    1-Jan-19 7:12A
completion time    3-Jan-19 8:00A
Incident description:
Plaza PM
Monthly PM of Plaza
Service instructions:

Bill to:  Craig Hopkins
Biltmore Farms

Suite 330
Asheville, NC 28803

Service
location: 980 Brevard Rd
Suite 100
Asheville, NC 28806

Services Provided

| Date | Quantity | Description | Type | Taxable | Unit Cost | Cost Ext. |
|---|---|---|---|---|---|---|
| 11-Jan-19 | 6 | Plaza PM and list from craig 2-Men 3 hours each | labor | no | 40.00 | 240.00 |
| | | | | Subtotal | | 240.00 |
| (Tax rate: 8.25%) | | | | Tax | | 0.00 |
| | | | | Total | | 240.00 |

**Invoice:**    **N3938094**

Invoice printed on: 8-Feb-19 9:40A

by: Allison Black,Biltmore Farms

Biltmore Farms
One Town Square Blvd. Suite 330
Asheville, NC 28803

**Landport** online incident data:

Incident Number:    5458996a

Purchase Order:    default

Reported by    Spare User

Invoice created by    Jonathon Staton, Biltmore Farms

Approved by    Craig Hopkins, Biltmore Farms

Report time    25-Jan-19 2:04P

completion time    28-Jan-19 8:00A

Incident description:

Plaza bi-weekly blow curb lines, pick up trash

Service instructions:

Bill to:  Craig Hopkins
Biltmore Farms

Suite 330
Asheville, NC 28803

Service
location: 980 Brevard Rd
Suite 100
Asheville, NC 28806

Services Provided

| Date | Quantity | Description | Type | Taxable | Unit Cost | Cost Ext. |
|------|----------|-------------|------|---------|-----------|-----------|
| 25-Jan-19 | 2 | Plaza bi-weekly blow curb lines, pick up | labor | no | 40.00 | 80.00 |
| | | | | | Subtotal | 80.00 |
| (Tax rate: 8.25%) | | | | | Tax | 0.00 |
| | | | | | Total | 80.00 |

Approval Code: (rubber stamp)





**REPUBLIC** SERVICES
1070 Riverside Dr
Asheville NC 28804-301616
Customer Service    (828) 253-3929
RepublicServices.com/Support

| | |
|---|---|
| Account Number | 3-0693-0015771 |
| Invoice Number | 0693-001641121 |
| Invoice Date | January 15, 2019 |
| Previous Balance | $66.80 |
| Payments/Adjustments | -$66.80 |
| Current Invoice Charges | $66.80 |

| Total Amount Due | Payment Due Date |
|---|---|
| $66.80 | February 04, 2019 |

**PAYMENTS/ADJUSTMENTS**

| Description | Reference | Amount |
|---|---|---|
| Payment - Thank You 12/31 | 24303 | -$66.80 |

**CURRENT INVOICE CHARGES**

| Description | Reference | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Plaza @ Biltmore Square  1000 Brevard Rd CSA A183605925 Asheville, NC | | | | |
| 1 Waste Container 4 Cu Yd, 1 Lift Per 2 Weeks | | | | |
| Pickup Service  02/01-02/28 | | | $66.80 | $66.80 |
| **CURRENT INVOICE CHARGES** | | | | $66.80 |



01/30/19

502-502-001.604310.001

**Electronics Recycling with BlueGuard™**
Convenient recycling solutions that are safe for your business and good
for our planet. To learn more, visit RepublicServices.com/Electronics



**REPUBLIC** SERVICES
1070 Riverside Dr
Asheville NC 28804-301616

Please Return This
Portion With Payment

Return Service Requested

**Total Enclosed**

| Total Amount Due | $66.80 |
|---|---|
| Payment Due Date | February 04, 2019 |
| Account Number | 3-0693-0015771 |
| Invoice Number | 0693-001641121 |

For Billing Address Changes
Check Box & Complete Reverse

Make Checks Payable To:

BILTMORE COMMERCIAL PROP 1LLC
KELLY HAYES
1 TOWN SQUARE BLVD
STE 330
ASHEVILLE NC 28803-5007

REPUBLIC SERVICES #693
PO BOX 9001099
LOUISVILLE KY 40290-1099

30693001577100000016411210000066800000066809



**CED** CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.

# Invoice

| INVOICE NO. | INVOICE DATE |
|---|---|
| 0196-405382 | 02/20/2019 |

**PLEASE SHOW INVOICE NO. AND REMIT TO:**
PO Box 936339
Atlanta, GA 31193-6339

CONSOLIDATED ELECTRICAL DISTR.
9 GLENN BRIDGE ROAD  UNIT 101
ARDEN, NC 28704

T: 8282226800    F: 8286762546

**SOLD TO:**
3799 1 AB 0.412   E0041X I0074 D4537794984 S2 P6160426 0001:0002

BILTMORE FARMS
PO BOX 5355
ASHEVILLE NC 28813-5355

**SHIP TO:**

BILTMORE FARMS
9 GLENN BRIDGE ROAD  UNIT 101
ARDEN, NC 28704

| ACCOUNT #/NAME | | JOB NAME | | CUSTOMER ORDER NO. | |
|---|---|---|---|---|---|
| TG-77779 | BILFAR | | | K-MART PLAZA | |

| SALESPERSON | SHIPPING INFORMATION | SHIP VIA | SHIP DATE |
|---|---|---|---|
| 8000 JS | PREPAID | WILL CALL | 02/20/2019 |

| QTY ORDERED | PRODUCT CODE | DESCRIPTION | CODE | QTY SHIPPED | PRICE | PER | DISC. | EXTENSION | C/D |
|---|---|---|---|---|---|---|---|---|---|
| 2 | SYL   74198 | WALPACK1N 3500 LUMEN | | 2 | 144.68 | E | | 289.36 | 2.0 |

*(handwritten)* 03/05/19
502-502-001-602510.006

| | | |
|---|---|---|
| MERCHANDISE | | 289.36 |
| SALES TAX | 7.00000 | 20.26 |
| SHIPPING CHARGE | | 0.00 |

TITLE TO MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT OR DAMAGED MERCHANDISE SHOULD BE MADE TO CARRIER.

CODE: TO ADVISE YOU PROMPTLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.

MERCHANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A RESTOCKING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS DEFECTIVE OR THRU ERROR ON OUR PART.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.

A SERVICE CHARGE OF 1½% PER MONTH, BUT NOT TO EXCEED THE HIGHEST AMOUNT LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE ON ALL PAST DUE ACCOUNTS.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

THIS SALE IS SUBJECT TO OUR TERMS LOCATED AT SALES.OUR-TERMS.COM, WHICH WE MAY CHANGE FROM TIME TO TIME WITHOUT PRIOR NOTICE.

NET PAYMENT IS DUE BY THE 15TH OF THE MONTH FOLLOWING PURCHASE

**TOTAL DUE**    309.62

101:0002

West Electric LLC
240 HOOKERS GAP ROAD
Leicester, NC 28748
(828) 776-0873
west.anthony58@gmail.com



# Invoice

**BILL TO**
Craig Hopkins
Biltmore Farms
One Town Square Blvd.,Suite 330
Asheville, NC 28803

**INVOICE #** 1266
**DATE** 02/28/2019
**DUE DATE** 03/30/2019
**TERMS** Net 30

| | AMOUNT |
|---|---|
| Installed 2 LED wall packs on the Kmart building. LED wall packs supplied by Biltmore Farms. | 260.00 |

BALANCE DUE **$260.00**

02/28/2019

502-502-001-602510.003

Biltmore Farms
One Town Square Blvd. Suite 330
Asheville, NC 28803

**Invoice:** **N3956074**

Invoice printed on: 6-Mar-19 9:25A

by: Allison Black,Biltmore Farms

**Landport** online incident data:

| | |
|---|---|
| Incident Number: | 5490229-pm |
| Purchase Order: | default |
| Reported by | Craig Hopkins |
| Invoice created by | Jonathon Staton, Biltmore Farms |
| Approved by | Craig Hopkins, Biltmore Farms |
| Report time | 1-Feb-19 7:02A |
| completion time | 26-Feb-19 5:00P |

Bill to: Craig Hopkins
Biltmore Farms

Suite 330
Asheville, NC 28803

Incident description:

Plaza bi-weekly blow curb lines, pick up trash

Service instructions:

Service
location: 980 Brevard Rd
Suite 100
Asheville, NC 28806

Services Provided

| Date | Quantity | Description | Type | Taxable | Unit Cost | Cost Ext. |
|---|---|---|---|---|---|---|
| 26-Feb-19 | 2 | Plaza bi-weekly blow curb lines, pick up trash | labor | no | 40.00 | 80.00 |
| | | | | | Subtotal | 80.00 |
| (Tax rate: 8.25%) | | | | | Tax | 0.00 |
| | | | | | Total | 80.00 |

Approval Code: (rubber stamp)

Biltmore Farms
One Town Square Blvd. Suite 330
Asheville, NC 28803

**Invoice:**   **N3950611**

Invoice printed on: 6-Mar-19 9:25A

by: Allison Black, Biltmore Farms

**Landport** online incident data:

Incident Number:   5490228-pm

Purchase Order:   default

Reported by   Craig Hopkins

Bill to:  Craig Hopkins
Biltmore Farms

Suite 330
Asheville, NC 28803

Invoice created by   Jonathon Staton, Biltmore Farms

Approved by   Craig Hopkins, Biltmore Farms

Report time   1-Feb-19 7:02A

completion time   15-Feb-19 5:15P

Incident description:

Plaza PM
Monthly PM of Plaza

Service
location: 980 Brevard Rd
Suite 100
Asheville, NC 28806

Service instructions:

Services Provided

| Date | Quantity | Description | Type | Taxable | Unit Cost | Cost Ext. |
|------|----------|-------------|------|---------|-----------|-----------|
| 15-Feb-19 | 8 | Plaza PM | labor | no | 40.00 | 320.00 |
| | | | | | Subtotal | 320.00 |
| (Tax rate: 8.25%) | | | | | Tax | 0.00 |
| | | | | | Total | 320.00 |

Biltmore Farms
One Town Square Blvd. Suite 330
Asheville, NC 28803

**Invoice:    N3954176**

Invoice printed on: 6-Mar-19 9:26A

by: Allison Black, Biltmore Farms

**Landport** online incident data:

| | |
|---|---|
| Incident Number: | 5509446 |
| Purchase Order: | default |
| Reported by | Riley Cook |
| Invoice created by | Jonathon Staton, Biltmore Farms |
| Approved by | Craig Hopkins, Biltmore Farms |
| Report time | 21-Feb-19 3:30P |
| completion time | 22-Feb-19 8:00A |

Bill to:  Craig Hopkins
Biltmore Farms

Suite 330
Asheville, NC 28803

Incident description:

Repair time clock latch

Service
location: 980 Brevard Rd
Suite 100
Asheville, NC 28806

Service instructions:

Services Provided

| Date | Quantity | Description | Type | Taxable | Unit Cost | Cost Ext. |
|---|---|---|---|---|---|---|
| 21-Feb-19 | 1 | Repair time clock latch | labor | no | 40.00 | 40.00 |
| | | | | | Subtotal | 40.00 |
| (Tax rate: 8.25%) | | | | | Tax | 0.00 |
| | | | | | Total | 40.00 |

Approval Code: (rubber stamp)



**REPUBLIC**
SERVICES

**Customer Service**   (828) 253-3929
RepublicServices.com/Support

| | |
|---|---|
| Account Number | 3-0693-0015771 |
| Invoice Number | 0693-001651933 |
| Invoice Date | February 15, 2019 |
| Previous Balance | $66.80 |
| Payments/Adjustments | -$66.80 |
| **Current Invoice Charges** | **$97.05** |

RECEIVED
FEB 25 2019

| Total Amount Due | Payment Due Date |
|---|---|
| **$97.05** | **March 07, 2019** |

## PAYMENTS/ADJUSTMENTS

| Description | Reference | Amount |
|---|---|---|
| Payment - Thank You 02/11 | 24346 | -$66.80 |

## CURRENT INVOICE CHARGES

| Description | Reference | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Plaza @ Biltmore Square   1000 Brevard Rd CSA A183605925 Asheville, NC | | | | |
| 1 Waste Container 4 Cu Yd, 1 Lift Per 2 Weeks | | | | |
| Waste/Recycling Overage 01/31 | | 1.0000 | $30.25 | $30.25 |
| Pickup Service   03/01-03/31 | | | $66.80 | $66.80 |
| **CURRENT INVOICE CHARGES** | | | | **$97.05** |

## Electronics Recycling with BlueGuard™

Convenient recycling solutions that are safe for your business and good
for our planet. To learn more, visit RepublicServices.com/Electronics



L2RCACDTN9 012599 1NNNNNNNNN NNN 001 001   025201   210788413.1



**REPUBLIC**
SERVICES

1070 Riverside Dr
Asheville NC 28804-301616

Please Return This
Portion With Payment

Return Service Requested

| | |
|---|---|
| Total Amount Due | $97.05 |
| Payment Due Date | March 07, 2019 |
| Account Number | 3-0693-0015771 |
| Invoice Number | 0693-001651933 |

**Total Enclosed**

L2RCACDTN9  012599

BILTMORE COMMERCIAL PROP 1LLC
KELLY HAYES
1 TOWN SQUARE BLVD
STE 330
ASHEVILLE NC 28803-5007

Make Checks Payable To:

REPUBLIC SERVICES #693
PO BOX 9001099
LOUISVILLE KY 40290-1099

30693001577100000016519330000097050000097053

Biltmore Farms
One Town Square Blvd. Suite 330
Asheville, NC 28803
Fax: 828-209-2150

**Invoice:**     **N3972123**

Invoice printed on: 5-Apr-19 8:22A
by: Allison Black, Biltmore Farms

**Landport** online incident data:

| | |
|---|---|
| Incident Number: | 5525667 |
| Purchase Order: | default |
| Reported by | Paul Bowsman |
| Invoice created by | Matt Shrader, Biltmore Farms |
| Approved by | Craig Hopkins, Biltmore Farms |
| Report time | 11-Mar-19 8:47A |
| completion time | 25-Mar-19 4:45P |

Bill to:  Craig Hopkins
          Biltmore Farms

          Suite 330
          Asheville, NC 28803

Incident description:
Adjust the time clocks at the Plaza for daylight saving

Service instructions:

Service
location: 980 Brevard Rd
          Suite 100
          Asheville, NC 28806

Services Provided

| Date | Quantity | Description | Type | Taxable | Unit Cost | Cost Ext. |
|---|---|---|---|---|---|---|
| 14-Mar-19 | 1 | Adjust Time Clocks | labor | no | 40.00 | 40.00 |
| | | | | | Subtotal | 40.00 |
| (Tax rate: 8.25%) | | | | | Tax | 0.00 |
| | | | | | Total | 40.00 |

Approval Code: (rubber stamp)

Biltmore Farms
One Town Square Blvd. Suite 330
Asheville, NC 28803

**Invoice:**     **N3973541**

Invoice printed on: 5-Apr-19 8:23A
by: Allison Black, Biltmore Farms

**Landport** online incident data:

Incident Number:   5516476-pm
Purchase Order:    default
Reported by        Craig Hopkins

Bill to:  Craig Hopkins
          Biltmore Farms

Invoice created by  Jonathon Staton, Biltmore Farms
Approved by         Craig Hopkins, Biltmore Farms

          Suite 330
          Asheville, NC 28803

Report time        1-Mar-19 7:02A
completion time    27-Mar-19 5:00P
Incident description:

Service
location: 980 Brevard Rd
          Suite 100
          Asheville, NC 28806

Plaza bi-weekly blow curb lines, pick up trash
Service instructions:

Services Provided

| Date | Quantity | Description | Type | Taxable | Unit Cost | Cost Ext. |
|------|----------|-------------|------|---------|-----------|-----------|
| 27-Mar-19 | 3 | Plaza bi-weekly blow curb lines, pick up | labor | no | 40.00 | 120.00 |
| | | | | | Subtotal | 120.00 |
| (Tax rate: 8.25%) | | | | | Tax | 0.00 |
| | | | | | Total | 120.00 |

Approval Code: (rubber stamp)

Biltmore Farms
One Town Square Blvd. Suite 330
Asheville, NC 28803

**Invoice:**    **N3969045**

Invoice printed on: 5-Apr-19 8:24A

by: Allison Black,Biltmore Farms

**Landport** online incident data:

Incident Number:    5516474-pm

Purchase Order:    default

Reported by    Craig Hopkins

Invoice created by    Jonathon Staton, Biltmore Farms

Approved by    Craig Hopkins, Biltmore Farms

Bill to: Craig Hopkins
Biltmore Farms

Suite 330
Asheville, NC 28803

Report time    1-Mar-19 7:02A

completion time    25-Mar-19 8:15A

Incident description:

Plaza PM

Monthly PM of Plaza

Service instructions:

Service
location: 980 Brevard Rd
Suite 100
Asheville, NC 28806

Services Provided

| Date | Quantity | Description | Type | Taxable | Unit Cost | Cost Ext. |
|------|----------|-------------|------|---------|-----------|-----------|
| 22-Mar-19 | 4 | Plaza PM | labor | no | 40.00 | 160.00 |
| | | | | | Subtotal | 160.00 |
| (Tax rate: 8.25%) | | | | | Tax | 0.00 |
| | | | | | Total | 160.00 |

**Snow Creek Landscaping, LLC**
226 Clayton Road
Arden, NC 28704

Phone   828.687.1677      E-mail   AR@snowcreekinc.com
Fax       828.687.1667      Web      www.snowcreekinc.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/1/19 | 05865 |

**Bill To:**

Biltmore Farms, Inc.
Attention: Calvin Parton
P.O. Box 5355
Asheville, NC 28813

**Property Location:**

Plaza At Biltmore Sq

☐ Please check box if address is incorrect or has changed, and indicate change(s) on reverse side.
New e-mail address? Enter here: _____

| **Balance Due** | **$656.25** |
|-----------------|-------------|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Snow Creek Landscaping, LLC**
Arden, NC 28704

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| Terms | Project | | Rep |
|-------|---------|--|-----|
| Due on receipt | | | Shea |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Monthly Contractual Services | | 656.25 | 656.25 |

**SNOW CREEK LANDSCAPING, LLC - SINCE 1989**
Thanks for giving us the opportunity to serve you. We greatly value your business!

* * * GREAT NEWS * * *
You can now pay your invoice online. Go to www.snowcreekinc.com and click on the
PAY BILL tab at the top of the page. We accept Visa and MasterCard only. Thank you!

*We are continuing to mail paper copies of customer invoices as well as emailing digital
copies. If you prefer not to receive a paper copy, please let us know. Thank you!*

| Subtotal | $656.25 |
|----------|---------|
| Sales Tax (7.0%) | $0.00 |
| **Total** | **$656.25** |
| Payments/Credits | $0.00 |
| **Balance Due** | **$656.25** |

**Snow Creek Landscaping, LLC**
226 Clayton Road
Arden, NC 28704
Phone   828.687.1677       E-mail   AR@snowcreekinc.com
Fax      828.687.1667       Web      www.snowcreekinc.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/15/19 | 05977 |

**Bill To:**

Biltmore Farms, LLC
P.O. Box 5355
Asheville, NC 28813-

**Property Location:**

Plaza At Biltmore Square

☐ Please check box if address is incorrect or has changed, and indicate change(s) on reverse side.
New e-mail address? Enter here: _____

| Balance Due | $205.00 |
|-------------|---------|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Snow Creek Landscaping, LLC**
Arden, NC 28704

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| Terms | Project | Rep |
|-------|---------|-----|
| Due on receipt | | Shea |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| 1/9/19 Remove and dispose of limbs downed by high winds. | | 205.00 | 205.00 |

SNOW CREEK LANDSCAPING, LLC - SINCE 1989
Thanks for giving us the opportunity to serve you. We greatly value your business!

* * * GREAT NEWS * * *
You can now pay your invoice online. Go to www.snowcreekinc.com and click on the PAY BILL tab at the top of the page. We accept Visa and MasterCard only. Thank you!

*We are continuing to mail paper copies of customer invoices as well as emailing digital copies. If you prefer not to receive a paper copy, please let us know. Thank you!*

| | |
|---|---|
| Subtotal | $205.00 |
| Sales Tax (7.0%) | $0.00 |
| Total | $205.00 |
| Payments/Credits | $0.00 |
| Balance Due | $205.00 |

**Snow Creek Landscaping, LLC**

Arden, NC 28704

Phone #    828.687.1677

For Services Provided To:                                        www.snowcreekinc.com

Biltmore Farms, LLC
P.O. Box 5355                          Property Location
Asheville, NC 28813-                   Plaza At Biltmore Square

# Invoice        1/15/19

Invoice #        05988                          Terms        Due on receipt

| Description | Qty | Date of Service | Amount |
|---|---|---|---|
| Pre-Treat Specified Areas | | 1/12/19 | |
| Truck with Spreader | 1.25 | 1/12/19 | 93.75 |
| Ice Melt | 18 | 1/12/19 | 261.00T |
| Safety Monitoring during Winter Weather Advisory | | 1/13/19 | 25.00 |
| Sales Tax | | | 18.27 |

All invoices for services are due & payable upon receipt.

THANK YOU FOR YOUR CONTINUED BUSINESS

| Total | $398.02 |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | **$398.02** |

# Snow Creek Landscaping, LLC

**226 Clayton Road**
**Arden, NC 28704**

Phone #    **828.687.1677**

www.snowcreekinc.com

For Services Provided To:

**Biltmore Farms, LLC**
**P.O. Box 5355**
**Asheville, NC 28813-**

Property Location

Plaza At Biltmore Square

# Invoice       1/24/19

| Invoice # | 06044 | | Terms | Due on receipt |
|---|---|---|---|---|

| Description | Qty | Date of Service | Amount |
|---|---|---|---|
| Apply Ice Melt to Slick Areas | | | |
| Truck with Spreader | 0.5 | 1/20/19 | **37.50** |
| Hand Shovel/Hand Spread | 1 | 1/20/19 | **50.00** |
| Ice Melt | 7 | 1/20/19 | **101.50T** |
| | | | |
| Apply Ice Melt to Slick Areas | | | |
| Hand Shovel/Hand Spread | 1.25 | 1/21/19 | **62.50** |
| Ice Melt | 2.5 | 1/21/19 | **36.25T** |
| | | | |
| Apply Ice Melt to Slick Areas | | | |
| Truck with Spreader | 3 | 1/23/19 | **225.00** |
| Hand Shovel/Hand Spread | 1 | 1/23/19 | **50.00** |
| Ice Melt | 63 | 1/23/19 | **913.50T** |
| Sales Tax | | | **73.59** |

| | |
|---|---|
| **Total** | **$1,549.84** |
| Payments/Credits | $0.00 |
| **Balance Due** | **$1,549.84** |

**All invoices for services are due & payable upon receipt**

**THANK YOU FOR YOUR CONTINUED BUSINESS**

**Snow Creek Landscaping, LLC**

**Arden, NC 28704**

Phone #    **828.687.1677**

For Services Provided To:

**Biltmore Farms, LLC**
**P.O. Box 5355**
**Asheville, NC 28813-**

**www.snowcreekinc.com**

**Property Location**

**Plaza At Biltmore Square**

# Invoice    1/31/19

| Invoice # | 06253 |   | Terms | Due on receipt |
|-----------|-------|---|-------|----------------|

| Description | Qty | Date of Service | Amount |
|-------------|-----|-----------------|--------|
| Apply Ice Melt to Slick Areas |  | 1/25/19 |  |
| Truck with Spreader | 0.75 |  | **56.25** |
| Hand Shovel/Hand Spread | 0.75 |  | **37.50** |
| Ice Melt | 8 |  | **116.00T** |
| Pre-Treat Specified Areas / Respond to Snow Event |  | 1/29/19 |  |
| Truck with Spreader | 2.5 |  | **187.50** |
| Hand Shovel/Hand Spread | 7 |  | **350.00** |
| Ice Melt | 70 |  | **1,015.00T** |
| Apply Ice Melt to Slick Areas |  | 1/30/19 | **0.00** |
| Truck with Spreader | 1 |  | **75.00** |
| Hand Shovel/Hand Spread | 1 |  | **50.00** |
| Ice Melt | 11 |  | **159.50T** |
| Blow Ice melt from entries and walks |  | 1/30/19 | **35.00** |
| Sales Tax |  |  | **90.34** |

**All invoices for services are due & payable upon receipt**

**THANK YOU FOR YOUR CONTINUED BUSINESS**

| Total | $2,172.09 |
|-------|-----------|
| Payments/Credits | $0.00 |
| **Balance Due** | $2,172.09 |

Carter Asphalt Sealing & Striping, Inc.

# Invoice

Fax#    (828)683-1268
P. O. Box 82
Leicester, NC 28748

| Date | Invoice # |
|------|-----------|
| 11/25/2018 | 5237 |

**Bill To**

BILTMORE FARMS
Kelly Hayes
1 TOWN SQUARE BLVD
SUITE 330
ASHEVILLE NC 28803

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | PLAZA AT BILTMORE SQUARE.  WHITE AND YELLOW PARKING STALLS INCLUDING HANDI-CAP SPACES. | 1,600.00 | 1,600.00 |
|  | DOUBLE YELLOW AND SINGLE YELLOW ROADWAY CENTER LINES. | 1,750.00 | 1,750.00 |
|  | 3-BLUE AND YELLOW STOP BARS, 8-WHITE STOP BARS | 1,100.00 | 1,100.00 |
|  | 30 DIRECTIONAL ARROWS. | 900.00 | 900.00 |
|  | RED LINE BEHIND SMALL SHOPS | 175.00 | 175.00 |
|  | PAINT ATM INLAND | 500.00 | 500.00 |

502.-502-001-603310.003

*Mcinto*
1-31-19

Thank you for your business.

| **Total** | $6,025.00 |

# THE ACER SERVICES GROUP

**DATE**    **1/31/2019**

P O BOX 1877
FAIRVIEW, NC 28730

**INVOICE NUMBER**    **KP013119**
ANDY.RAY@ALPHA-OMEGATRANS.COM

CUSTOMER:    BILTMORE FARMS LLC/TOWN SQ WEST LIREF OR PRO #

| | | |
|---|---|---|
| | | **MONTHLY** |

1 TOWN SQUARE BLVD
ASHEVILLE          N C          28803

| QUANTITY | DESCRIPTION AND MARKS | TOTAL |
|---|---|---|
| 13 | BILTMORE (KMART) PLAZA TRASH BAG SERVICE @ 61 PER DAY | $793.00 |

**TOTAL   $793.00**

502-502-001-603310.003

pros 2-5-19

$ 793.00

# THE ACER SERVICES GROUP

**DATE**     1/31/2019

P O BOX 1877
FAIRVIEW, NC 28730

**INVOICE NUMBER**     **SWPKP013119**
ANDY.RAY@ALPHA-OMEGATRANS.COM

CUSTOMER:     BILTMORE FARMS LLC/TOWN SQ WEST LIREF OR PRO #
1 TOWN SQUARE BLVD
ASHEVILLE          N C          28803

**MONTHLY**

### SWEEPING SERVICE AT K MART PLAZA

| QUANTITY SWEEP SERVICES | DESCRIPTION AND MARKS | TOTAL |
|---|---|---|
| Jan-19 | | $455.00 |

**TOTAL   $455.00**

502-502-001-603310.003

pss 2-5-19

$455.00

**Snow Creek Landscaping, LLC**
226 Clayton Road
Arden, NC 28704

Phone   828.687.1677     E-mail   AR@snowcreekinc.com
Fax      828.687.1667     Web      www.snowcreekinc.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/1/19 | 06196 |

**Bill To:**

Biltmore Farms, Inc.
Attention: Calvin Parton
P.O. Box 5355
Asheville, NC 28813

**Property Location:**

Plaza At Biltmore Sq

☐ Please check box if address is incorrect or has changed, and indicate change(s)
on reverse side.
New e-mail address? Enter here: _____

| Balance Due | $656.25 |
|-------------|---------|

▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪ ▪

**Snow Creek Landscaping, LLC**
226 Clayton Road
Arden, NC 28704

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| Terms | Project | Rep |
|-------|---------|-----|
| Due on receipt | | Shea |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Monthly Contractual Services | | 656.25 | 656.25 |

**SNOW CREEK LANDSCAPING, LLC - SINCE 1989**
Thanks for giving us the opportunity to serve you. We greatly value your business!

**\* \* \* GREAT NEWS \* \* \***
You can now pay your invoice online. Go to www.snowcreekinc.com and click on the
PAY BILL tab at the top of the page. We accept Visa and MasterCard only. Thank you!

*We are continuing to mail paper copies of customer invoices as well as emailing digital
copies. If you prefer not to receive a paper copy, please let us know. Thank you!*

| | |
|--|--|
| Subtotal | $656.25 |
| Sales Tax (7.0%) | $0.00 |
| Total | $656.25 |
| Payments/Credits | $0.00 |
| Balance Due | $656.25 |

# THE ACER SERVICES GROUP

**DATE**        **2/28/2019**

**INVOICE NUMBER**    **SWPKP022819**

ANDY.RAY@ALPHA-OMEGATRANS.COM

P O BOX 1877
FAIRVIEW, NC 28730

CUSTOMER:        BILTMORE FARMS LLC/TOWN SQ WEST LIREF OR PRO #         **MONTHLY**
1 TOWN SQUARE BLVD
ASHEVILLE          N C                    28803

### SWEEPING SERVICE AT K MART PLAZA

| QUANTITY SWEEP SERVICES | DESCRIPTION AND MARKS | TOTAL |
|---|---|---|
| Feb-19 | | $455.00 |

**TOTAL   $455.00**

# THE ACER SERVICES GROUP

**DATE**    2/28/2019

P O BOX 1877
FAIRVIEW, NC 28730

**INVOICE NUMBER**    **KP022819**
ANDY.RAY@ALPHA-OMEGATRANS.COM

CUSTOMER:    BILTMORE FARMS LLC/TOWN SQ WEST LIREF OR PRO #
1 TOWN SQUARE BLVD
ASHEVILLE            N C            28803

**MONTHLY**

| QUANTITY | DESCRIPTION AND MARKS | TOTAL |
|---|---|---|
| 12 | BILTMORE (KMART) PLAZA TRASH BAG SERVICE @ 61 PER DAY | $732.00 |

**TOTAL    $732.00**

502-502-001.603310.003

mds  3-7-19

$732.00

**Snow Creek Landscaping, LLC**
226 Clayton Road
Arden, NC 28704

| Phone | 828.687.1677 | E-mail | AR@snowcreekinc.com |
| Fax | 828.687.1667 | Web | www.snowcreekinc.com |

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/1/19 | 06491 |

**Bill To:**

Biltmore Farms, Inc.
Attention: Calvin Parton
P.O. Box 5355
Asheville, NC 28813

**Property Location:**

Plaza At Biltmore Sq

☐ Please check box if address is incorrect or has changed, and indicate change(s) on reverse side.
New e-mail address? Enter here: _____

| Balance Due | $656.25 |
|-------------|---------|

**Snow Creek Landscaping, LLC**
226 Clayton Road

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| Terms | Project | Rep |
|-------|---------|-----|
| Due on receipt | | Shea |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Monthly Contractual Services | | 656.25 | 656.25 |

**SNOW CREEK LANDSCAPING, LLC - SINCE 1989**
Thanks for giving us the opportunity to serve you. We greatly value your business!

**\* \* \* GREAT NEWS \* \* \***
You can now pay your invoice online. Go to www.snowcreekinc.com and click on the PAY BILL tab at the top of the page. We accept Visa and MasterCard only. Thank you!

*We are continuing to mail paper copies of customer invoices as well as emailing digital copies. If you prefer not to receive a paper copy, please let us know. Thank you!*

| Subtotal | $656.25 |
|----------|---------|
| Sales Tax (7.0%) | $0.00 |
| **Total** | **$656.25** |
| Payments/Credits | $0.00 |
| **Balance Due** | **$656.25** |

# THE ACER SERVICES GROUP

**DATE**    3/31/2019

P O BOX 1877
FAIRVIEW, NC 28730

**INVOICE NUMBER**    **KP033119**
ANDY.RAY@ALPHA-OMEGATRANS.COM

CUSTOMER:    BILTMORE FARMS LLC/TOWN SQ WEST LIREF OR PRO #
1 TOWN SQUARE BLVD
ASHEVILLE        N C                    28803

**MONTHLY**

| QUANTITY | DESCRIPTION AND MARKS | TOTAL |
|----------|----------------------|-------|
| 12 | BILTMORE (KMART) PLAZA TRASH BAG SERVICE @ 61 PER DAY | $732.00 |

**TOTAL    $732.00**

502-502-001-603310.003

pico 4-8-19

$732.00

# THE ACER SERVICES GROUP

**DATE**      3/31/2019

P O BOX 1877
FAIRVIEW, NC 28730

**INVOICE NUMBER**    **SWPKP033119**
ANDY.RAY@ALPHA-OMEGATRANS.COM

CUSTOMER:    BILTMORE FARMS LLC/TOWN SQ WEST LIREF OR PRO #
1 TOWN SQUARE BLVD
ASHEVILLE         N C                28803

**MONTHLY**

**SWEEPING SERVICE AT K MART PLAZA**

| QUANTITY SWEEP SERVICES | DESCRIPTION AND MARKS | TOTAL |
|---|---|---|
| monthly service | | $455.00 |

**TOTAL   $455.00**

502-502-001-603310.003

4-8-19

$455.00



# DUKE ENERGY PROGRESS.

## Customer Report
Duke Energy Progress

page 1 of 2



048121 000000492

BILTMORE COMMERCIAL PROP LLC
BILTMORE PLAZA
PO BOX 5355
ASHEVILLE NC 28813-5355

**RECEIVED**
JAN 15 2019

| | |
|---|---|
| **Account number** | 349 338 8775 |
| **Total charges** | **$2,306.79** |
| Thank you for your payment | Jan 7      $1,984.68 |
| Usage period | Dec 6 - Jan 10 |
| This bill was mailed on | January 11, 2019 |

**Your account will be drafted for this bill on January 25, 2019.  Do not send a check.**



kWh Usage History

### Usage

| | | |
|---|---|---|
| Meter number | | TJ6678 |
| Readings: Jan | 10 | 61776 |
| Dec | 6 - | 60608 |
| Meter constant | x | 25 |
| **kWh usage** | | **29200** |

Days in period 35    Average kWh per day    834

**Total Peak Registration**

| | | | |
|---|---|---|---|
| On-peak KW | Dec  6  at  5:44 pm | | 59.75 |
| Off-peak KW | Dec  8  at  5:29 pm | | 59.50 |

## Billing
**SGS-TOU rate**

CORNER BREVARD & SARDIS , ASHEVILLE
BILTMORE PLAZA   -   35 Days

**New rate service** — Charges if new rates applied for entire usage period

| | | | | |
|---|---|---|---|---|
| Basic customer charge | | | | 35.50 |
| On-peak KWH | 7,525  kwh | x | $0.06511 | 489.9528 |
| Off-peak KWH | 21,675  kwh | x | $0.05286 | 1,145.7405 |
| On-peak KW | 59.75  kw | x | $8.85000 | 528.7875 |
| New Rate Subtotal | | | | 2,199.9808 |

**Old rate service** — Charges if old rates applied for entire usage period

| | | | | |
|---|---|---|---|---|
| Basic customer charge | | | | 35.50 |
| On-peak KWH | 7,525  kwh | x | $0.06271 | 471.8928 |
| Off-peak KWH | 21,675  kwh | x | $0.05046 | 1,093.7205 |
| On-peak KW | 59.75  kw | x | $8.85000 | 528.7875 |
| Old Rate Subtotal | | | | 2,129.9008 |

**Proration of charges**

| | | | | |
|---|---|---|---|---|
| New Rate | Jan 1 thru Jan 10 | $2,199.98 | x 0.25714 | 565.7031 |
| Old Rate | Dec 6 thru Jan 1 | $2,129.90 | x 0.74286 | 1,582.2181 |

| | |
|---|---|
| Total SGS-TOU Rate Billing | 2,147.92 |

*Plz. mtr TJ6678 Svc. 12/6-1/10*

**Proration factor**

| | | | | | |
|---|---|---|---|---|---|
| New Rate | 9  days | / | 35  days | = | 0.25714 |
| Old Rate | 26  days | / | 35  days | = | 0.74286 |

**Turn over for helpful phone numbers and customer service tips.     PIN: 606-755-442**

# DUKE ENERGY PROGRESS

## Customer Report
Duke Energy Progress

page 1 of 1



048095 000000569

BILTMORE COMMERCIAL PROP LLC
BILTMORE PLAZA
PO BOX 5355
ASHEVILLE NC 28813-5355

RECEIVED
FEB 12 2019

| | |
|---|---|
| Account number | 349 338 8775 |
| **Total charges** | **$1,986.38** |
| Previous draft payment | $2,306.79 |
| Usage period | Jan 10 - Feb 7 |
| This bill was mailed on | February 8, 2019 |

**Your account will be drafted for this bill on February 22, 2019. Do not send a check.**

Thank you for paying by draft!

**kWh Usage History**

(bar chart with values 29,200 / 21,900 / 14,600 / 7,300 / 0; months Feb Apr Jun Aug Oct Dec Feb)

## Usage

| | | |
|---|---|---|
| Meter number | | TJ6678 |
| Readings: Feb | 7 | 62678 |
| Jan | 10 | 61776 |
| Meter constant | x | 25 |
| **kWh usage** | | **22550** |

Days in period  28    Average kWh per day    805

Total Peak Registration

| | | | |
|---|---|---|---|
| On-peak KW | Jan 30 | at 6:14 pm | 62.00 |
| Off-peak KW | Jan 30 | at 9:59 pm | 61.75 |

## Billing
SGS-TOU rate

CORNER BREVARD & SARDIS , ASHEVILLE
BILTMORE PLAZA  -  28 Days

| | | | | |
|---|---|---|---|---|
| Basic customer charge | | | | 35.50 |
| On-peak KWH | 5,900 | kwh x | $0.06511 | 384.1490 |
| Off-peak KWH | 16,650 | kwh x | $0.05286 | 880.1190 |
| On-peak KW | 62.00 | kw x | $8.85000 | 548.7000 |
| REPS Adjustment | | | | 7.96 |
| 7% North Carolina sales tax | | | | 129.95 |
| **Total charges** | | | | **$1,986.38** |

Current month Time-of-Use Savings for meter TJ6678: $    243.80, as compared with rate MGS

Current twelve month Time-of-Use Savings for meter TJ6678: $   2,648.65

This bill is subject to a 1% per month late payment charge after 03/04/2019.

## For your information

Duke Energy Progress has a specialized Business Services team to assist business customers. Call 1.866.582.6345 or visit us at duke-energy.com to find information on your energy usage and billing history for 2018 tax purposes.

From April 1-September 30, time-of-use off-peak hours are 10pm-10am, Monday-Friday. Off-peak days are weekends and these holidays: Good Friday, Memorial Day, July 4th and Labor Day. When one of the above holidays falls on a Saturday, the Friday before the holiday will be considered off-peak; when the holiday falls on a Sunday, the following Monday will be considered off-peak.

Have concerns about a possible environmental or regulatory violation involving Duke Energy? You can report it anonymously 24/7 at 1-855-355-7042 or at duke-energy-env.alertline.com

FORM VER. 002
11/98 REV. 01/00

3493388775 9457 450 000000000 000198638 000198638 3493388775 3

BP_BL_DEP_RBL_20190207_221131_1.CSV-48095-000000569

01
01
01

005



# DUKE ENERGY
## PROGRESS

**Customer Report**
page 1 of 1

Duke Energy Progress

| Account number | 349 338 8775 |
|---|---|
| **Total charges** | **$2,216.19** |
| Previous draft payment | $1,986.38 |
| Usage period | Feb 7 - Mar 11 |
| This bill was mailed on | March 12, 2019 |

048095 000000509



BILTMORE COMMERCIAL PROP LLC
BILTMORE PLAZA
PO BOX 5355
ASHEVILLE NC 28813-5355

RECEIVED
MAR 15 2019

**Your account will be drafted for this bill on March 26, 2019. Do not send a check.**

Thank you for paying by draft!



kWh Usage History

## Usage

| Meter number | | TJ6678 |
|---|---|---|
| Readings: Mar | 11 | 63739 |
| Feb | 7 | 62678 |
| Meter constant | x | 25 |
| **kWh usage** | | **26525** |

Days in period 32    Average kWh per day    829

### Total Peak Registration

| On-peak KW | Mar 4 at 7:14 pm | 62.25 |
|---|---|---|
| Off-peak KW | Mar 9 at 5:59 pm | 62.25 |

## Billing
SGS-TOU rate

CORNER BREVARD & SARDIS , ASHEVILLE
BILTMORE PLAZA   -   32 Days

| Basic customer charge | | | | 35.50 |
|---|---|---|---|---|
| On-peak KWH | 6,100 kwh | x | $0.06511 | 397.1710 |
| Off-peak KWH | 20,425 kwh | x | $0.05286 | 1,079.6655 |
| On-peak KW | 62.25 kw | x | $8.85000 | 550.9125 |
| REPS Adjustment | | | | 7.96 |
| 7% North Carolina sales tax | | | | 144.98 |
| Total charges | | | | $2,216.19 |

Current month Time-of-Use Savings for meter TJ6678: $    325.90, as compared with rate MGS

Current twelve month Time-of-Use Savings for meter TJ6678: $    2,728.86

This bill is subject to a 1% per month late payment charge after 04/05/2019.

## For your information

Duke Energy Progress has a specialized Business Services team to assist business customers. Call 1-866-582-6345 or visit us at www.duke-energy.com to find information on your energy usage and billing history for 2018 tax purposes.

From April 1-September 30, time-of-use off-peak hours are 10pm-10am, Monday-Friday. Off-peak days are weekends and these holidays: Good Friday, Memorial Day, July 4th and Labor Day. When one of the above holidays falls on a Saturday, the Friday before the holiday will be considered off-peak; when the holiday falls on a Sunday, the following Monday will be considered off-peak.

BP_BL_DEP_RBL_20190311_222326_1.GSV-48095-000000509

01
01
01

005

Turn over for helpful phone numbers and customer service tips.    **PIN: 606-755-442**

3493388775 0457 450 000000000 000221619 000221619 3493388775 3