**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : |  |
|  | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION, et al.,** | : |  |
|  | : | **Case No. 18-23538 (RDD)** |
|  | : |  |
| Debtors.[1] | : | **(Jointly Administered)** |

---------------------------------------------------------------x

## NOTICE OF REJECTION OF EXECUTORY CONTRACTS

PLEASE TAKE NOTICE that, on October 15, 2018, Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), each commenced with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") a voluntary case under chapter 11 of title 11 of the United States Code.

PLEASE TAKE FURTHER NOTICE that, on April 4, 2019, the Bankruptcy Court entered an order granting certain expedited procedures for the rejection of the Debtors' executory contracts (ECF No. 3044) (the "**Rejection Procedures Order**"). An electronic copy of the Rejection Procedures Order can found at https://restructuring.primeclerk.com/sears/.

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Rejection Procedures Order, the Debtors hereby give notice of their intent to reject the contract(s) set forth on **Schedule 1**, attached to the Rejection Order (as defined below) (each, a "**Contract**," and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

together, the "**Contracts**"), effective as of April 29, 2019, unless otherwise ordered by the Court (the "**Rejection Date**").

PLEASE TAKE FURTHER NOTICE that, any party wishing to object to the Debtors' proposed rejection of a Contract, must file with the Bankruptcy Court and serve a written objection setting forth the legal and factual bases for such objection (an "**Objection**") so that it is actually filed with the Bankruptcy Court and served on the following parties no later than fourteen (14) calendar days after the date of filing and service of this Rejection Notice (the "**Rejection Objection Deadline**"): (i) the Debtors c/o Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179; (ii) counsel for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 (Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq.); (iii) the applicable counterparty to the Contract that is the subject of the Objection; and (iv) the Office of the United States Trustee for Region 2, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Paul Schwartzberg, Esq. and Richard Morrissey, Esq.); and (v) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.).

PLEASE TAKE FURTHER NOTICE that if no Objection is filed and served in compliance with the foregoing, the Debtors may submit to the Bankruptcy Court after the Rejection Objection Deadline a proposed order approving the rejection of the Contracts (each such order, a "**Rejection Order**"), substantially in the form attached hereto as **Exhibit A**, and the Bankruptcy Court may enter such order without a hearing.

PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Rejection Procedures Order, if no Objection is properly filed and served in compliance with the foregoing, the rejection of each Contract shall become effective as of the Rejection Date. The deadline to file a proof of claim to assert any damages claim arising from the rejection of a Contract shall be thirty (30) days after the entry of the Rejection Order.

PLEASE TAKE FURTHER NOTICE that, if an Objection is properly filed and served in compliance with the foregoing, a hearing will be scheduled to consider the Objection. If the Objection is overruled or withdrawn, the effective date of rejection shall be the (i) Rejection Date; (ii) such other date to which the Debtors and the counterparty to the Unresolved Objection have agreed; or (iii) such other date as determined by the Court. If an Objection is filed for fewer than all of the Contracts included on the Rejection Notice, the Debtors may proceed with submitting a proposed Rejection Order in accordance with the above procedures for the remaining Contracts on the Rejection Notice.

PLEASE TAKE FURTHER NOTICE that a copy of all pleadings filed in these chapter 11 cases, including the motion (ECF No. 2768) that sought the relief granted in the

Rejection Procedures Order, is available for free at https://restructuring.primeclerk.com/sears/ or for a fee via PACER at https://ecf.nysb.uscourts.gov.

Dated: April 29, 2019
　　　　New York, New York

*/s/* Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

## Exhibit A

**Rejection Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                          :
                                               :          **Chapter 11**
**SEARS HOLDINGS CORPORATION, et al.,**        :
                                               :          **Case No. 18-23538 (RDD)**
                                               :
          Debtors.[1]                          :          **(Jointly Administered)**
-----------------------------------------------------------------x

## ORDER APPROVING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS

Pursuant to and in accordance with the *Order Authorizing Debtors to Establish Procedures for Rejection of Executory Contracts* (ECF No. 3044) (the "**Rejection Procedures Order**")[2] entered in the above-captioned chapter 11 cases of Sears Holdings Corporation and its debtor affiliates (collectively, the "**Debtors**"); and the Debtors having properly filed with this Court and served on the Rejection Notice Parties a notice (the "**Rejection Notice**") of their intent to reject certain executory contracts identified on **Schedule 1** attached hereto ("**Contracts**") in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Rejection Procedures Order.

accordance with the terms of the Rejection Procedures Order, and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and no timely objections having been filed to the Rejection Notice; and the Court having found and determined that the relief requested is in the best interests of the Debtors, their estates, their creditors, and all parties in interest, and after due deliberation and sufficient cause appearing therefor,

<strong>IT IS HEREBY ORDERED THAT:</strong>

1.      The Contracts set forth on <strong><u>Schedule 1</u></strong> attached hereto are hereby rejected, effective as of the Rejection Date.

2.      If any affected non-Debtor party (each, a "**Counterparty**") to a Contract asserts a claim against the Debtors arising from the rejection of the Contract, the Counterparty shall submit a proof of claim on or prior to thirty (30) days after the entry of this Order.  If a Counterparty does not timely file a proof of claim in accordance with the terms of this Order, the Counterparty shall forever be barred from asserting a claim arising from the rejection of their Contract.

3.      Nothing contained in this Order is intended to be or shall be construed as (i) an admission as to the validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute the amount of, basis for, or validity of any claim against the Debtors;  (iii) a waiver of any claims or causes of action that may exist against any creditor or interest holder; or (iv) an approval, assumption, or adoption of any agreement, contract, program, or policy between the Debtors and any third party under section 365 of the Bankruptcy Code.

4.      Notwithstanding entry of this Order, nothing herein shall create, nor is intended to create, any rights in favor of or enhance the status of any claim held by, any party.

5.      The Debtors are authorized to take all action necessary to effectuate the relief granted in this Order.

6.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: _____, 2019
         White Plains, New York

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

## Schedule 1—List of Rejected Contracts

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 1 | N/A | INNOVEL SOLUTIONS, INC.; KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOME IMPROVEMENT PRODUCT; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | ACC INTERNATIONAL LLC | FAC - ACC INTERNATIONAL LLC - MASTER SERVICE AGREEMENT (HOUSEKEEPING SERVICES) - 2016 | CW2315518 | N/A | 12/06/2018 |
| 2 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | ACUMEN SOLUTIONS | CORPORATE SERVICES - ACUMEN SOLUTIONS, INC. - CONSULTING SERVICES - MSA 2017 | N/A | N/A | 10/12/2019 |
| 3 | N/A | SEARS, ROEBUCK AND CO. | ACUSTRIP COMPANY | FAC - ACUSTRIP COMPANY INC - MASTER SERVICES AGREEMENT - 2017 | CW2328021 | N/A | 04/11/2019 |
| 4 | N/A | SEARS HOLDINGS CORPORATION | ADAPTLY | INSERTION ORDER - SEARS HOLDINGS | SEARS HOME SERVICES | N/A | N/A | N/A |
| 5 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | ADVANCED TECHNOLOGY SERVICES | HOME SERVICES - ADVANCED TECHNOLOGY SERVICES (ATS) - DEC 2016 | CW2320004 | N/A | 11/11/2021 |
| 6 | N/A | KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | ANTEA USA, INC. | FAC - ANTEA USA INC - MESA 2018 | CW2334706 | N/A | 12/18/2020 |
| 7 | N/A | KMART CORPORATION; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | ASSEMBLERS INCORPORATED | FINANCE- ASSEMBLERS INCORPORATED- MASTER SERVICE AGREEMENT- 2014 | CW2275608 | N/A | 04/29/2019 |
| 8 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | AVERY DENNISON- 4241238 | RETAIL SERVICES - AVERY DENNISON MPA - MARCH 2016 | CW2311423 | N/A | 03/17/2019 |

WEIL:\97016706\1\57682.0005

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 9 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | AVERY DENNISON-4241238 | RETAIL SERVICES - AVERY DENNISON - SOW 1 - MARCH 2016 | CW2311495 | N/A | 03/22/2021 |
| 10 | N/A | SEARS PROCUREMENT SERVICES, INC. | BFC FORMS SERVICE INC | MKTG - BFC - SOW NO. 1 - 2018 | CW2336641 | N/A | 02/28/2019 |
| 11 | N/A | SEARS PROCUREMENT SERVICES, INC. | BFC FORMS SERVICE INC-693971 | FIN SERV - BFC - GIFT CARD CARRIRE - MPA - 2015 | CW2300974 | N/A | 03/01/2019 |
| 12 | N/A | INNOVEL SOLUTIONS, INC.; KMART CORPORATION; KMART OPERATIONS LLC; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO. | BIG ASS FANS COMPANY | FAC - DELTA T CORPORATION (BIG ASS SOLUTIONS) - MASTER PURCHASE AGREEMENT - 2016 | CW2321259 | N/A | 12/18/2019 |
| 13 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | BLUE MOON DIGITAL, INC | MKTG - MSA - BLUE MOON DIGITAL - 2017 | CW2333956 | N/A | 12/13/2018 |
| 14 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | BRAND CONTENT | HS - BRANDCONTENT - MSA - 2018 | CW2337873 | N/A | 05/23/2019 |
| 15 | N/A | SEARS HOLDINGS CORPORATION | CITIBANK GLOBAL MARKETS INC | MASTER SERVICES AGREEMENT | N/A | N/A | 12/31/2020 |
| 16 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | CITIBANK GLOBAL MARKETS INC | AMENDMENT #1 TO ASSOCIATE STOCK PLAN | N/A | N/A | 12/31/2020 |
| 17 | N/A | SEARS HOLDINGS CORPORATION | CITIBANK GLOBAL MARKETS INC | AMENDMENT #2 TO ASSOCIATE STOCK PLAN | N/A | N/A | 12/31/2020 |
| 18 | N/A | SEARS HOLDINGS CORPORATION | CITIBANK GLOBAL MARKETS INC | AMENDMENT #3 TO ASSOCIATE STOCK PLAN | N/A | N/A | 12/31/2020 |
| 19 | N/A | SEARS HOLDINGS CORPORATION | CITIBANK GLOBAL MARKETS INC | AMENDMENT #4 TO ASSOCIATE STOCK PLAN | N/A | N/A | 12/31/2020 |
| 20 | N/A | SEARS HOLDINGS CORPORATION | CITIBANK GLOBAL MARKETS INC | AMENDMENT #5 TO ASSOCIATE STOCK PLAN | N/A | N/A | 12/31/2020 |
| 21 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | CITIBANK USA | FIN - CITIBANK NA - PREPAID CARD PROGRAM MASTER AGREEMENT - 2009 | SHCLCW6486 | N/A | 06/21/2020 |
| 22 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | CITIBANK USA | FIN - CITIBANK NA - PAYROLL CARD ADDENDUM - 2009 | SHCLCW6487 | N/A | 06/21/2020 |
| 23 | N/A | SEARS, ROEBUCK AND CO. | CITIBANK USA NA | FIN - CITIBANK USA NA - AMENDED AND RESTATED PROGRAM AGREEMENT - 2003 | SHCLCW7698 | N/A | 11/02/2025 |
| 24 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | CONSUMER LINK, INC DBA THE LINK GROUP | CUST INS-THE LINK GROUP-PREFERRED SUPPLIER MSA-2007 | SHCLCW2063 | N/A | 1/1/2019 |

WEIL:\97016706\1\57682.0005

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 25 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | CORPORATE RESOURCES, INC. | SEARCH ENGAGEMENT AGREEMENT - 2018 | N/A | N/A | N/A |
| 26 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | CPC STRATEGY | MASTER SERVICES AGREEMENT | N/A | N/A | N/A |
| 27 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | DOW JONES COMPANY - FACTIVA | MKTG - FACTIVA - MASTER AGREEMENT RENEWAL - 2017 | CW2321811 | N/A | 01/31/2019 |
| 28 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | DOW JONES COMPANY - FACTIVA | PR - FACTIVA - ORDER FORM FOR FACTIVA EXECUTIVE - 2018 | CW2335219 | N/A | 01/31/2019 |
| 29 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | DOW JONES COMPANY - FACTIVA | PR - FACTIVA - ORDER FORM FOR DJX - 2018 | CW2335217 | N/A | 01/31/2019 |
| 30 | N/A | SEARS HOLDINGS CORPORATION; SEARS, ROEBUCK AND CO. | DR LOU'S / L.F.G SMALL ENGINE REPAIR | FAC - LFG DR LOUS SMALL ENGINE REPAIR - MASTER SERVICES AGREEMENT - 2017 | SHCLCW7994 | N/A | 10/03/2019 |
| 31 | N/A | KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO. | DRM | MASTER AGREEMENT | N/A | N/A | 10/3/2018 |
| 32 | N/A | SEARS HOLDINGS CORPORATION; SEARS, ROEBUCK AND CO. | E.T.'S LAWN MOWER | HOME SERVICES - ET'S LAWN MOWER - MSA (SMALL ITEM REPAIR GO LOCAL PROJECT) - 2015 | CW2302351 | N/A | 05/13/2020 |
| 33 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | EMPLOYMENT SOLUTIONS | IT - EMPLOYMENT SOLUTIONS - MSA - AUGUST 2016 | CW2316295 | N/A | 07/31/2019 |

3

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 34 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | ERNST & YOUNG | HR_ERNST AND YOUNG_SOW EXPATRIATE SERVICES_2018 | N/A | N/A | 12/31/2019 |
| 35 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | EUCLIDES TECHNOLOGIES INC | HOME SERVICES - EUCLIDES TECHNOLOGIES - MSA-JUNE 2018 | CW2338068 | N/A | 06/11/2019 |
| 36 | N/A | INNOVEL SOLUTIONS, INC. | EVERGREEN COMPANIES INC | INNOVEL-EVERGREEN COMPANIES, INC- SEARS 45564 COVINGTON TOWNSHIP, PA. (GOULDSBORO) LANDSCAPING-2016 | CW2309982 | N/A | 01/31/2019 |
| 37 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | GE FLEET SERVICES | MASTER LEASE AGREEMENTRATE SCHEDULE - INTERIM RENT | N/A | N/A | N/A |
| 38 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | GELCO CORPORATION | AMENDMENT TO FLEET MASTER SERVICES AGREEMENT | N/A | N/A | N/A |
| 39 | N/A | KMART CORPORATION | GEM CITY ARMORED SECURITY | RS - GEM CITY - KMART INVOICE | CW2316433 | N/A | 03/31/2019 |
| 40 | N/A | INNOVEL SOLUTIONS, INC. | GENCO ATC | SC-GENCO-SOW 7, SCRAP METAL COLLECTION-2013 | SHCLCW4691 | N/A | 01/31/2019 |
| 41 | N/A | N/A | GRANITE CITY ARMORED CAR INC | SEARS MONTHLY BILLING- GRANITE CITY | CW2314121 | N/A | 04/30/2019 |
| 42 | N/A | N/A | GRANITE CITY ARMORED CAR INC | KMART MONTHLY BILLING- GRANITE CITY | CW2314123 | N/A | 04/30/2019 |
| 43 | N/A | INNOVEL SOLUTIONS, INC. | HOME DEPOT U.S.A.,INC. | MASTER SERVICES AGREEMENT | 540766 | N/A | 05/01/2021 |
| 44 | N/A | KMART CORPORATION | ICON EYEWEAR | N/A | N/A | N/A | N/A |
| 45 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | INTELLIGRATED SYSTEMS INC | SC- INTELLIGRATED SYSTEMS INC - MASTER SERVICES AGREEMENT - 2012 | SHCLCW5857 | N/A | 01/31/2020 |
| 46 | 116,548 | SEARS HOLDINGS MANAGEMENT CORPORATION | INTERNATIONAL PAPER COMPANY | SUPPLY CHAIN- INTERNATIONAL PAPER COMPANY- MSA 2013 | CW2336663 | N/A | 08/31/2020 |
| 47 | 116,548 | SEARS HOLDINGS MANAGEMENT CORPORATION | INTERNATIONAL PAPER COMPANY | N/A | CW2336663 | N/A | 8/31/2020 |
| 48 | 116,548 | SEARS HOLDINGS MANAGEMENT CORPORATION | INTERNATIONAL PAPER COMPANY | N/A | CW2336663 | N/A | 8/31/2020 |

WEIL:\97016706\1\57682.0005

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 49 | N/A | SEARS HOLDINGS CORPORATION; SEARS, ROEBUCK AND CO. | ITAMCO | FAC - ITAMCO COMMERCIAL INC - MASTER SERVICES AGREEMENT - 2016 | SHCLCW7987 | N/A | 09/05/2021 |
| 50 | N/A | KMART HOLDING CORPORATION | KEHE SOLUTIONS | KMART - PROPOSAL SUMMARY | N/A | N/A | N/A |
| 51 | N/A | INNOVEL SOLUTIONS, INC. | KEYSTONE FREIGHT CORP | SC - KEYSTONE FREIGHT CORP - HOSTLING AGREEMENT - 2009 | SHCLCW6495 | N/A | 06/30/2020 |
| 52 | N/A | INNOVEL SOLUTIONS, INC. | KEYSTONE FREIGHT CORPORATION | AMENDMENT TO TRANSPORTATION AGREEMENT | N/A | N/A | 03/31/2019 |
| 53 | N/A | KMART CORPORATION; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | LAKESHORE DISPLAY CO INC | FAC - LAKESHORE DISPLAY - PTC 2018 | CW2338741 | N/A | 06/30/2021 |
| 54 | N/A | KMART CORPORATION; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | LAMINET COVER COMPANY-1005200837 | FAC - LAMINET COVER COMPANY - PTC 2018 | CW2338744 | N/A | 06/30/2021 |
| 55 | N/A | SEARS, ROEBUCK AND CO. | LANDS' END BUSINESS OUTFITTERS | N/A | CW2318980 | N/A | 7/31/2018 |
| 56 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | LANTERN PARTNERS | EMPLOYMENT SEARCH ENGAGEMENT AGREEMENT - 2018 - LANTERN PARTNERS | N/A | N/A | 01/15/2019 |
| 57 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | LEASE PLAN U.S.A., INC. | FOR FLEET VEHICLE LEASING AND MAINTENANCE SERVICES/ STATEMENT OF WORK #6-DEFENSIVE DRIVING INSTRUCTION | N/A | N/A | N/A |
| 58 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | LINGRAPH PACKAGING SERVICES | PTC | N/A | N/A | N/A |
| 59 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | LINGRAPH PACKAGING SERVICES | ADDENDUM 1 | N/A | N/A | N/A |
| 60 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | LINGRAPH PACKAGING SERVICES | ADDENDUM 2 | N/A | N/A | N/A |
| 61 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | LINGRAPH PACKAGING SERVICES | AMENDMENT 1 | N/A | N/A | N/A |
| 62 | N/A | KMART CORPORATION; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | LINGRAPH PACKAGING SERVICES CO-372276 | FIRST AMENDMENT | CW2302956 | N/A | 1/31/2020 |

WEIL:\97016706\1\57682.0005

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 63 | 1852 | SEARS HOLDINGS MANAGEMENT CORPORATION | LINKEDIN | THCS-LINKEDLN CORPORATION-LINKEDIN CORPORATE SUBSCRIPTION AGREEMENT-2008 | N/A | N/A | 02/28/2019 |
| 64 | 1852 | SEARS HOLDINGS MANAGEMENT CORPORATION | LINKEDIN | LINKEDIN 2018 ORDER FORM TO CORPORATE SUBSCRIPTION AGREEMENT | N/A | N/A | 02/28/2019 |
| 65 | N/A | INNOVEL SOLUTIONS, INC. | LIPSEY LOGISTICS WORLDWIDE, LLC | AMENDMENT TO TRANSPORTATION AGREEMENT | N/A | N/A | 03/31/2019 |
| 66 | N/A | SEARS, ROEBUCK AND CO. | LKN SMALL ENGINE, LLC | HS-LKN SMALL ENGINE, LLC-MSA-GO LOCAL-2017 | CW2331121 | N/A | 07/10/2022 |
| 67 | N/A | KMART CORPORATION;<br><br>SEARS HOLDINGS MANAGEMENT CORPORATION;<br><br>SEARS, ROEBUCK AND CO.;<br><br>SEARS, ROEBUCK DE PUERTO RICO, | LVI SERVICES INC | LEGAL ES - LVI SERVICES - DISASTER RECOVERY MSA 2014 RENEWAL | CW2263893 | N/A | 01/31/2019 |
| 68 | N/A | INNOVEL SOLUTIONS, INC.;<br><br>KMART CORPORATION;<br><br>KMART OPERATIONS LLC;<br><br>SEARS HOME IMPROVEMENT PRODUCT;<br><br>SEARS OPERATIONS LLC;<br><br>SEARS, ROEBUCK AND CO. | LVI SERVICES INC | NORTHSTAR GENERATOR MAINTENANCE 2015 | CW2307446 | N/A | 01/31/2019 |
| 69 | N/A | INNOVEL SOLUTIONS, INC.;<br>KMART CORPORATION;<br>KMART OPERATIONS LLC;<br>SEARS HOME IMPROVEMENT PRODUCTS, INC.;<br>SEARS OPERATIONS LLC;<br>SEARS, ROEBUCK AND CO. | LVI SERVICES INC | MASTER AGREEMENT | N/A | N/A | N/A |
| 70 | N/A | INNOVEL SOLUTIONS, INC.;<br>KMART CORPORATION;<br>KMART OPERATIONS LLC;<br>SEARS HOME IMPROVEMENT PRODUCTS, INC.;<br>SEARS OPERATIONS LLC;<br>SEARS, ROEBUCK AND CO. | LVI SERVICES INC | FIRST AMENDMENT | N/A | N/A | N/A |
| 71 | N/A | SEARS, ROEBUCK AND CO. | LVI SERVICES UNDER NORTHSTAR RECOVERY SERVICES, INC | N/A | CW2307446 | N/A | 1/31/2019 |

6

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 72 | N/A | SEARS OPERATIONS LLC | LVI SERVICES UNDER NORTHSTAR RECOVERY SERVICES, INC | N/A | CW2307446 | N/A | 1/31/2019 |
| 73 | N/A | INNOVEL SOLUTIONS, INC. | LVI SERVICES UNDER NORTHSTAR RECOVERY SERVICES, INC | N/A | CW2307446 | N/A | 1/31/2019 |
| 74 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | LVI SERVICES UNDER NORTHSTAR RECOVERY SERVICES, INC | N/A | CW2307446 | N/A | 1/31/2019 |
| 75 | N/A | KMART CORPORATION | LVI SERVICES UNDER NORTHSTAR RECOVERY SERVICES, INC | N/A | CW2307446 | N/A | 1/31/2019 |
| 76 | N/A | KMART OPERATIONS LLC | LVI SERVICES UNDER NORTHSTAR RECOVERY SERVICES, INC | N/A | CW2307446 | N/A | 1/31/2019 |
| 77 | N/A | SEARS, ROEBUCK AND CO. | LVI SERVICES UNDER NORTHSTAR RECOVERY SERVICES, INC | N/A | N/A | N/A | 1/31/2019 |
| 78 | N/A | SEARS, ROEBUCK AND CO. | LVI SERVICES UNDER NORTHSTAR RECOVERY SERVICES, INC | N/A | N/A | N/A | 1/31/2019 |
| 79 | N/A | KMART OPERATIONS LLC | LVI SERVICES UNDER NORTHSTAR RECOVERY SERVICES, INC | N/A | N/A | N/A | 1/31/2019 |
| 80 | N/A | KMART CORPORATION | LVI SERVICES UNDER NORTHSTAR RECOVERY SERVICES, INC | N/A | N/A | N/A | 1/31/2019 |
| 81 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | LVI SERVICES UNDER NORTHSTAR RECOVERY SERVICES, INC | N/A | N/A | N/A | 1/31/2019 |
| 82 | N/A | INNOVEL SOLUTIONS, INC. | LVI SERVICES UNDER NORTHSTAR RECOVERY SERVICES, INC | N/A | N/A | N/A | 1/31/2019 |
| 83 | N/A | SEARS OPERATIONS LLC | LVI SERVICES UNDER NORTHSTAR RECOVERY SERVICES, INC | N/A | N/A | N/A | 1/31/2019 |

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 84 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | MARATHON RESOURCE MANAGEMENT GROUP LLC | NA | CW2339995 | N/A | 9/30/2020 |
| 85 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | MIND TOOLS LIMITED | THCS - MIND TOOLS LIMITED - SOW 1 MIND TOOLS CONNECT - 2012 | N/A | N/A | 02/09/2019 |
| 86 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | MINTEL INTERNATIONAL GROUP LTD | MKTG - MINTEL - AGREEMENT - 2014 | CW2277625 | N/A | 01/31/2019 |
| 87 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | MINTEL INTERNATIONAL GROUP LTD | KCD - MINTEL - ORDER FORM - 2018 | CW2335965 | N/A | 01/31/2019 |
| 88 | N/A | SEARS HOLDINGS CORPORATION; SEARS, ROEBUCK AND CO. | MONTEBELLO SALES, SERVICE & REPAIR INC | HOME SERVICES - MONTEBELLO SALES AND SERVICE INC - MASTER SERVICE AGREEMENT (GO LOCAL) - 2016 | SHCLCW7602 | N/A | 02/22/2021 |
| 89 | N/A | SEARS HOLDINGS CORPORATION | MORGAN STANLEY SMITH BARNEY | HR-MORGAN STANLEYSMITH BARNEY, LLC-MASTER SERVICES AGREEMENT-2006 | N/A | N/A | 12/31/2020 |
| 90 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | MORGAN STANLEY SMITH BARNEY | HR-MORGAN STANLEYSMITH BARNEY, LLC-STATEMENT OF WORK-2013 | N/A | N/A | 12/31/2018 |
| 91 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | MYERS MEDIA GROUP | HOME SERVICES - MYERS MEDIA GROUP - SAAS AGREEMENT - NOVEMBER 2015 | CW2307434 | N/A | 03/31/2020 |
| 92 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | NHS GLOBAL EVENTS | NHS GLOBAL MSA 2014 | N/A | N/A | 01/31/2019 |
| 93 | N/A | SEARS, ROEBUCK AND CO. | PACIFIC NAIL & STAPLE, INC. | HOME SERVICES - PACIFIC NAIL AND STAPLE INC - MSA (GO LOCAL PROJECT) - 2015 | CW2303402 | N/A | 06/07/2020 |
| 94 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | PARKS ENVIRONMENTAL CONSULTING INC | FAC - PARKS ENVIRONMENTAL CONSULTING - MESA 2018 | CW2334703 | N/A | 01/14/2020 |
| 95 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | PARTNERS IN LEADERSHIP INC | HR - PARTNERS IN LEADERSHIP - MASTER SERVICES AGREEMENT - 2012 | N/A | N/A | 01/31/2019 |
| 96 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | PARTNERS IN LEADERSHIP INC | HR - PARTNERS IN LEADERSHIP - STATEMENT OF WORK 1 TO MSA - 2012 | N/A | N/A | 01/31/2019 |
| 97 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | PERSONAL ENERGY FINANCE INC.(S-G52875) | REGISTERED CONTRACTOR PURCHASE AND SALE AGREEMENT (RETAIL INSTALLMENT SALES) | N/A | N/A | N/A |
| 98 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | PHAIDON INTERNATIONAL | PHAIDON EMPLOYMENT SEARCH ENGAGEMENT AGREEMENT | N/A | N/A | 02/19/2019 |

WEIL:\97016706\1\57682.0005

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 99 | N/A | KMART CORPORATION;<br><br>SEARS HOLDINGS MANAGEMENT CORPORATION;<br><br>SEARS, ROEBUCK AND CO. | PIPP MOBILE STORAGE SYSTEMS INC-418178 | FAC - PIPP MOBILES STORAGE SYSTEMS INC - PTC 2018 | CW2338695 | N/A | 06/30/2021 |
| 100 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | PIPP MOBILES STORAGE SYSTEMS INC | NA | CW2338695 | N/A | 6/30/2021 |
| 101 | N/A | KMART CORPORATION | PRIMO WATER CORPORATION | ADDENDUM K - SCAN BASED TRADING AGREEMENT | N/A | N/A | N/A |
| 102 | N/A | SEARS HOLDINGS CORPORATION | PURPOSEFUL SOFTWARE LLC | HOME SERVICES-PURPOSEFUL SOFTWARE-MSA-JULY 2018 | CW2338776 | N/A | 07/05/2019 |
| 103 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | RIOTECH INTERNATIONAL LTD | NA | CW2338704 | N/A | 6/30/2021 |
| 104 | N/A | KMART CORPORATION | RIOTECH INTERNATIONAL LTD | NA | CW2338704 | N/A | 6/30/2021 |
| 105 | N/A | SEARS, ROEBUCK AND CO. | RIOTECH INTERNATIONAL LTD | NA | CW2338704 | N/A | 6/30/2021 |
| 106 | N/A | KMART CORPORATION;<br><br>SEARS HOLDINGS MANAGEMENT CORPORATION;<br><br>SEARS, ROEBUCK AND CO. | RIOTECH INTERNATIONAL LTD-616925 | FAC - RIOTECH INTERNATIONAL LTD - PTC 2018 | CW2338704 | N/A | 06/30/2021 |
| 107 | N/A | N/A | SADDLE CREEK LOGISTICS SERVICES | FAC - SADDLE CREEK - MNDA 2017 | CW2334127 | N/A | 12/17/2020 |
| 108 | N/A | SEARS, ROEBUCK AND CO. | SAXTONS POWER EQUIPMENT SALES & SERVICE INC. | HS-SAXTONS POWER EQUIPMENT SALES AND SERVICE INC-MSA-GO LOCAL-2017 | CW2331116 | N/A | 06/07/2022 |
| 109 | N/A | SEARS HOLDINGS CORPORATION;<br><br>SEARS, ROEBUCK AND CO. | SCOTT EQUIPMENT COMPANY, LLC | HOME SERVICES - SCOTT EQUIPMENT LLC - MSA (SMALL ITEM REPAIR GO LOCAL PROJECT) - 2015 | CW2304695 | N/A | 06/23/2020 |
| 110 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | SELECT INTERNATIONAL LLC-693257 | HR-SELECT INTERNATIONAL, INC-MASTER SERVICES AGREEMENT-2010 | N/A | N/A | 07/31/2019 |
| 111 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | SELECT INTERNATIONAL LLC-693257 | THCS-SELECT INTERNATIONAL, INC-SOW 2 TO MSA-2011 | N/A | N/A | 04/30/2019 |
| 112 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | SELECT INTERNATIONAL LLC-693257 | SELECT INTL SOW 24 MULTIPLE ASSESSMENT SUBSCRIPTION | N/A | N/A | 02/01/2019 |

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 113 | N/A | INNOVEL SOLUTIONS, INC.; KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOME IMPROVEMENT PRODUCT; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO. | SELECT SYSTEMS TECHNOLOGY(S-G53506) | APP-SELECT SYSTEMS TECHNOLOGY-BOXED GOODS MSA-2017 | CW2323921 | N/A | N/A |
| 114 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | SERVICE.COM(S-G52991) | SERVICE.COM - INSERTION ORDER | N/A | N/A | N/A |
| 115 | N/A | INNOVEL SOLUTIONS, INC. | SEWING COLLECTIONS, INC. | SC-SEWING COLLECTIONS-HANGER RECYCLING REVENUE-2014 | CW2277672 | N/A | 02/24/2019 |
| 116 | N/A | KMART CORPORATION; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | SEWING COLLECTIONS, INC. | SUPPLIES - SEWING COLLECTIONS, INC - DOMESTIC HANGERS - 2017 | CW2324865 | N/A | 04/16/2020 |
| 117 | N/A | SEARS HOLDINGS CORPORATION | SIMONS POWER EQUIPMENT, INC. | HOME SERVICES - SIMON'S LAWN MOWER SHOP AND POWER EQUIPMENT - MSA (SMALL ITEM REPAIR GO LOCAL PROJECT) - 2015 | CW2302490 | N/A | 05/07/2020 |
| 118 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | SKYEWOLFE DESIGNS & PHOTOGRAPHY | HS - SKYEWOLF - PHOTOGRAPHER AGREEMENT - 2014 | CW2283715 | N/A | 01/15/2020 |
| 119 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | SLALOM, LLC | STATEMENT OF WORK #2 | N/A | N/A | N/A |
| 120 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | SPREDFAST | SOCIAL MEDIA - SPREDFAST - MSAAS - 2014 | CW2272604 | N/A | 03/30/2019 |
| 121 | N/A | N/A | SPROUT SOCIAL, INC. | SERVICE AGREEMENT | N/A | N/A | N/A |
| 122 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | STITCHERADS | MKTG - STITCHERADS - MSA - 2018 | CW2338763 | N/A | 06/30/2019 |
| 123 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS HOME IMPROVEMENT PRODUCTS, INC. | TARGET PLUS RESPONSE INC | HOME SERVICES - TARGET PLUS RESPONSE INC - AMENDED AND RESTATED MASTER SERVICES AGREEMENT - 2013 | CW2317114 | N/A | 8/15/2019 |
| 124 | N/A | SEARS, ROEBUCK AND CO. | TEXAS REPAIR CENTER,INC | HOME SERVICES-TEXAS REPAIR CENTER INC-GO LOCAL-2017 | CW2328501 | N/A | 04/05/2022 |

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 125 | N/A | KMART CORPORATION; <br><br>KMART OPERATIONS LLC; <br><br>SEARS OPERATIONS LLC; <br><br>SEARS, ROEBUCK AND CO. | THE BRANDT COMPANIES | FAC - THE BRANDT COMPANIES - MASTER SERVICE AGREEMENT 2018 | CW2334896 | N/A | 01/22/2019 |
| 126 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | TTEC TECHNOLOGY, LLC | STATEMENT OF WORK #28 (FOUR NEW CALL CENTER PROJECT) | N/A | N/A | N/A |
| 127 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | TWILIO INC. | MASTER SALES AGREEMENT | N/A | 10/7/2015 | Ongoing |
| 128 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | TWILIO INC. | MASTER SALES AGREEMENT SUPPLEMENT | N/A | 10/15/2015 | 10/15/2016 |
| 129 | N/A | SEARS, ROEBUCK AND CO. | UNCLE SAM'S GLASS AND DOOR INC, DBA GLASS AMERICA INC. | N/A | SHCLCW3922 | N/A | 3/31/2021 |
| 130 | N/A | INNOVEL SOLUTIONS, INC. | UNCLE SAM'S GLASS AND DOOR INC, DBA GLASS AMERICA INC. | N/A | SHCLCW3922 | N/A | 3/31/2021 |
| 131 | N/A | KMART CORPORATION | UNCLE SAM'S GLASS AND DOOR INC, DBA GLASS AMERICA INC. | N/A | SHCLCW3922 | N/A | 3/31/2021 |
| 132 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | UNCLE SAM'S GLASS AND DOOR INC, DBA GLASS AMERICA INC. | N/A | SHCLCW3922 | N/A | 3/31/2021 |
| 133 | N/A | SEARS, ROEBUCK AND CO. | UNCLE SAM'S GLASS AND DOOR INC, DBA GLASS AMERICA INC. AKA COMMERCIAL SOLUTIONS | N/A | SHCLCW3922 | N/A | 3/31/2021 |
| 134 | N/A | KMART CORPORATION | UNCLE SAM'S GLASS AND DOOR INC, DBA GLASS AMERICA INC. AKA COMMERCIAL SOLUTIONS | N/A | SHCLCW3922 | N/A | 3/31/2021 |
| 135 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | UNCLE SAM'S GLASS AND DOOR INC, DBA GLASS AMERICA INC. AKA COMMERCIAL SOLUTIONS | N/A | SHCLCW3922 | N/A | 3/31/2021 |

11

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 136 | N/A | INNOVEL SOLUTIONS, INC. | UNCLE SAM'S GLASS AND DOOR INC, DBA GLASS AMERICA INC. AKA COMMERCIAL SOLUTIONS | N/A | SHCLCW3922 | N/A | 3/31/2021 |
| 137 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | VANGUARD CLEANING SYSTEMS | FACILITIES-VANGUARD-MSA-2-10-2016 | CW2310555 | N/A | 01/01/2019 |
| 138 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | VISION CABINET SOURCE(S-G52963) | MATERIALMAN AGREEMENT | N/A | N/A | N/A |
| 139 | N/A | SEARS HOLDINGS CORPORATION | VITAL PAK COURIER & LOGISTICS CO | HOME SERVICES- VITAL-PAK COURIER AND LOGISTICS CO- 2017 | CW2330133 | N/A | 09/14/2020 |
| 140 | N/A | SEARS, ROEBUCK AND CO. | WATERBURY'S OUTDOOR POWER EQUIPMENT, INC. | HS-WATERBURY'S OUTDOOR POWER EQUIPMENT, INC-MSA-GO LOCAL-2017 | CW2331126 | N/A | 06/20/2022 |
| 141 | N/A | KMART CORPORATION; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | WHITE GRAPHICS INC | PTC | NA | N/A | N/A |
| 142 | N/A | KMART CORPORATION; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | WHITE GRAPHICS INC | ADDENDUM | NA | N/A | N/A |
| 143 | N/A | KMART CORPORATION; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | WHITE GRAPHICS INC | ADDENDUM 2 | NA | N/A | N/A |
| 144 | N/A | KMART CORPORATION; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | WHITE GRAPHICS INC | AMENDMENT 1 | NA | N/A | N/A |
| 145 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | WHITE GRAPHICS INC | ADDENDUM 1 | NA | N/A | N/A |
| 146 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | WIPRO | N/A | N/A | N/A | N/A |
| 147 | N/A | INNOVEL SOLUTIONS, INC.; KMART CORPORATION; SEARS HOME IMPROVEMENT PRODUCT; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | WW GRAINGER INC | HS - W.W.GRANGER INCORPORATED - MASTER PURCHASE AGREEMENT - 2011 | SHCLCW4957 | N/A | 06/30/2019 |

WEIL:\97016706\1\57682.0005

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 148 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | YPM, INC | HOME SERVICES - YPM INC - AGREEMENTS - 2018 | CW2335602 | N/A | N/A |
| 149 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | COPYTRONICS INFORMATION SYSTEMS | LEASE AGREEMENTS | N/A | N/A | N/A |
| 150 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | COPYTRONICS INFORMATION SYSTEMS | LEASE AGREEMENTS | N/A | N/A | N/A |
| 151 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | COPYTRONICS INFORMATION SYSTEMS | LEASE AGREEMENTS | N/A | N/A | N/A |
| 152 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | COPYTRONICS INFORMATION SYSTEMS | LEASE AGREEMENTS | N/A | N/A | N/A |
| 153 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | COPYTRONICS INFORMATION SYSTEMS | LEASE AGREEMENTS | N/A | N/A | N/A |
| 154 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | COPYTRONICS INFORMATION SYSTEMS | LEASE AGREEMENTS | N/A | N/A | N/A |
| 155 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | COPYTRONICS INFORMATION SYSTEMS | LEASE AGREEMENTS | N/A | N/A | N/A |
| 156 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | COPYTRONICS INFORMATION SYSTEMS | LEASE AGREEMENTS | N/A | N/A | N/A |
| 157 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | COPYTRONICS INFORMATION SYSTEMS | LEASE AGREEMENTS | N/A | N/A | N/A |
| 158 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | COPYTRONICS INFORMATION SYSTEMS | LEASE AGREEMENTS | N/A | N/A | N/A |
| 159 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | COPYTRONICS INFORMATION SYSTEMS | LEASE AGREEMENTS | N/A | N/A | N/A |
| 160 | N/A | SEARS, ROEBUCK AND CO. | METROPOLITAN ASSOCIATES KY LLC | N/A | N/A | N/A | N/A |
| 161 | N/A | SEARS, ROEBUCK AND CO.; SHC LICENSED BUSINESS LLC | MASHIA GHODS, O.D | THIS SECOND AMENDMENT (AMENDMENT) IS MADE AND ENTERED INTO ON JULY 31, 2017, BY AND BETWEEN SHC LICENSED BUSINESS, LLC., A DELAWARE LIMITED LIABILITY COMPANY (COMPANY), AS ASSIGNEE OF SEARS, ROEBUCK AND CO., A NEW YORK CORPORATION ("SEARS"), A | N/A | N/A | 6/30/2019 |

WEIL:\97016706\1\57682.0005

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 162 | N/A | SHC LICENSED BUSINESS LLC | MASHIA GHODS, O.D | THIS THIRD AMENDMENT (AMENDMENT) IS MADE AND ENTERED INTO ON JUNE 12,2018, BY AND BETWEEN SHC LICENSED BUSINESS, LLC., A DELAWARE LIMITED LIABILITYCOMPANY (COMPANY), AS ASSIGNEE OF SEARS, ROEBUCK AND CO., A NEW YORK CORPORATION ("SEARS"), | N/A | N/A | 06/30/2019 |
| 163 | N/A | SHC LICENSED BUSINESS LLC | MASHIA GHODS, O.D | THIS FOURTH AMENDMENT (AMENDMENT) IS MADE AND ENTERED INTO ON JULY 25, 2018, BY AND BETWEEN SHC LICENSED BUSINESS, LLC., A DELAWARE LIMITED LIABILITY COMPANY (COMPANY), AS ASSIGNEE OF SEARS, ROEBUCK AND CO., A NEW YORK CORPORATION ("SEARS"), A | N/A | N/A | 06/30/2019 |
| 164 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | VERINT SYSTEMS | MSO - VERINT - SAAS ADDENDUM - 20160427 | CW2314040 | 4/27/2016 | 4/26/2019 |
| 165 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | VERINT SYSTEMS | MSO - VERINT - CALL ANALYTICS AND PERFORMANCE MGMT - 20160427 | CW2314044 | 4/29/2016 | 4/28/2019 |

WEIL:\97016706\1\57682.0005

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 166 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | VERINT SYSTEMS/ KANA SOFTWARE INC | MSO - KANA-VERINT MSSA 20060523 | CW2314048 | 5/23/2006 | 5/1/2021 |

15