18-23538-shl Doc 3417-1 Filed 04/29/19 Entered 04/29/19 19:11:10 Exhibit I - Schedule 2.1(q) of Asset Purchase Agreement Pg 1 of 1

18-23538-rdd Doc 2507-1 Filed 02/08/19 Entered 02/08/19 15:14:32 Exhibit A Pg 1003 of 1120

EXHIBIT I

## Schedule 2.1(q)

### Proceeds Properties

**INSURED: Sears Holdings Corporation**
**POLICY TERM: 6/1/17 - 6/1/18**
**DOL: 9-20-2017**
**Loss: Hurricane Maria, CAT 1745**
**VERICLAIM FILE NO.:**



| Market | Claim Number | Market % |
|---|---|---|
| ■ | ■ | ■ |
| **Total** | | **100.00%** |