EXHIBIT I

FERRAIUOLI, LLC
390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001
Email: scolon@ferraiuoli.com
Email: gchico@ferraiuoli.com

Attorneys for *Santa Rosa Mall, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING OF SANTA ROSA MALL, LLC'S MOTION FOR AN ORDER
SHORTENING NOTICE WITH RESPECT TO URGENT MOTION TO COMPEL
COMPLIANCE WITH THE COURT'S FEBRUARY 8, 2019 SALE ORDER**

PLEASE TAKE NOTICE that a hearing on the *Motion for an Order Shortening Notice with Respect to Urgent Motion to Compel Compliance with the Court's February 8, 2019 Sale Order* (the "Motion to Shorten", Docket No. ____) filed by creditor Santa Rosa Mall, LLC ("Santa Rosa Mall") on April 29, 2019, for the entry of an order pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure, shortening the notice period and setting the date and time for a hearing on the *Emergency Motion to Compel Compliance with the Court's February 8, 2019 Sale Order* (the "Emergency Motion", Docket No. 3417), all as more fully set forth in the *Motion to Shorten*, will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, New York 10601 (the "Bankruptcy Court") on May __, 2019 at _____ A.M. (Eastern Time) (the "Hearing"), or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that any responses or objections (the "Objections") to the *Emergency Motion* may be asserted in writing or orally at the Hearing.

PLEASE TAKE FURTHER NOTICE that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

| | |
|---|---|
| Respectfully submitted.<br>Dated: April 29, 2019. | **Ferraiuoli** LLC<br>221 Ponce de León Avenue<br>5th Floor, San Juan, PR 00917<br>Telephone: (787) 766-7000<br>Facsimile: (787) 766-7001<br><br>*/s/ Sonia E. Colon Colon*<br>Sonia E. Colón Colón<br>Admitted *Pro Hac Vice*<br>USDC-PR No. 213809<br>scolon@ferraiuoli.com<br><br>*/s/ Gustavo A. Chico-Barris*<br>Gustavo A. Chico-Barris<br>NY State Bar No. 929147<br>USDC-PR No. 224205<br>gchico@ferraiuoli.com<br><br>Attorneys for<br>*Santa Rosa Mall, LLC* |