EXHIBIT II

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**ORDER GRANTING SHORTENING NOTICE WITH RESPECT TO SANTA ROSA MALL'S EMERGENCY MOTION TO COMPEL COMPLIANCE WITH THE COURT'S FEBRUARY 8, 2019 *SALE ORDER***

Upon the *Motion for an Order Shortening Notice with Respect to Emergency Motion to Compel Compliance with the Court's February 8, 2019 Sale Order* (the "Motion to Shorten", Docket No. ____) filed by creditor Santa Rosa Mall, LLC ("Santa Rosa Mall") , on April 29, 2019, for entry of an order pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") shortening the time for notice of the hearing to consider the *Emergency Motion to Compel Compliance with the Court's February 8, 2019 Sale Order* (the "Emergency Motion", Docket No. 3417) all as more fully set forth in the *Motion to Shorten*; the Court having jurisdiction to decide the *Motion to Shorten* and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)–(b) and 1334(b); and having considered the *Motion to Shorten* and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief sought in the *Motion to Shorten* having been provided, such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the *Motion to Shorten* establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.   The *Motion to Shorten* (Docket No. ____) is granted.

2.   A hearing on the *Emergency Motion* (Docket No. 3417) will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern

District of New York, 300 Quarropas Street, White Plains, New York 10601 on May __, 2019 at _____ A.M. (Eastern Time).

       3.      Santa Rosa Mall is authorized to take all actions necessary to effectuate the relief granted in this Order.

       4.      This Court shall retain jurisdiction to resolve all matters relating to, or arising in connection with, the interpretation and/or implementation of this Order.

Dated: _____ __, 2019
       White Plains, New York

                                               _____
                                               HONORABLE ROBERT D. DRAIN
                                               UNITED STATES BANKRUPTCY JUDGE