# Exhibit "B"

| | |
|---|---|
| MCS HEMET VALLEY MALL | *Revised* |
| SEARS | *04/08/19* |
| PRE PETITION/POST PETITION BALANCE DUE | |

**PRE-PETITION:**

| | |
|---|---|
| 2017 Property Tax (CAM Parking) | |
|     2nd 1/2 2016/2017 + 1st 1/2 2017/2018 | 23,154.81 |
| 2017 CAM Expense | |
|     Expense CAP (.35 x 86,143rsf) | 30,150.05 |
|     Less payments on account: | (25,842.96) |
| **SUBTOTAL 2017 CAM EXPENSE DUE:** | **27,461.90** |
| | |
| 2018 Property Tax (Store Parcel) 448420003-3 | |
|     1st 1/2 2018/2019  $45,970.69  prorated 07/01/18 - 10/14/18 | -    *Paid 12/3/18* |
| | |
| 2018 Property Tax (CAM Parking) | |
|     2nd 1/2 2017/2018 + Prorated 1st 1/2 2018/2019 | 18,241.27 |
| | |
| 2018 CAM Expense | |
|     Expense CAP (.35 x 86,143rsf) prorated 01/01/18 - 10/14/18 | 23,707.03 |
| TOTAL PREPETITION EXPENSE | 41,948.30 |
|     Less payments on account: | (28,714.30) |
| **SUBTOTAL 2018 PREPETITION BALANCE DUE** | **13,234.00** |
| | |
| **TOTAL PREPETITION BALANCE DUE** | **40,695.90** |

**POST-PETITION:**

| | |
|---|---|
| Property Tax (Store Parcel) 448420003-3 | |
|     1st 1/2 2018/2019  $45,970.69  prorated 10/15/18 - 12/31/18 | -    Paid 12/3/18 |
| | |
| Property Tax (CAM Parking) | |
|     Prorated 1st 1/2 2018/2019 10/15/18 - 12/31/18 | 4,895.18 |
| | |
| CAM Expense | |
|     Expense CAP (.35 x 86,143rsf) prorated 10/15 - 10/21/18 | 578.22 |
|     Expense CAP (.40 x 86,143rsf) prorated 10/22 - 12/31/18 | 6,702.63 |
| TOTAL POST-PETITION BALANCE DUE | 12,176.03 |
|     Less payments on account: | (5,742.86) |
| **TOTAL POST-PETITION BALANCE DUE** | **6,433.17** |
| | |
| **Grand total both pre-petition and post-petition** | **47,129.07** |
| | |
| Sears store Parcel 1st 1/2 | -    *Due 12/10/18  PAID* |
| Sears store Parcel 2nd 1/2 | -    *Reported as paid 04/04/19* |
| | - |