# Exhibit 1

## EXHIBIT 1

### DECLARATION OF CARLANDRA EDWARDS IN SUPPORT OF APPLICATION OF COMMONWEALTH EDISON COMPANY PURSUANT TO SECTION 7 OF THE ORDER (I) APPROVING DEBTORS' PROPOSED FORM OF ADEQUATE ASSURANCE OF PAYMENT TO UTILITY PROVIDERS, (II) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES, AND (III) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING, OR DISCONTINUING UTILITY SERVICE [DOCKET NO. 461] FOR PAYMENT FROM THE ADEQUATE ASSURANCE ACCOUNT

I, Carlandra Edwards, declare as follows:

1. I am Supervisor Legal Revenue Recovery for Commonwealth Edison Company ("ComEd"), and I have been in that position for eight months and with ComEd for seven years. In my current position with ComEd, I assist in the credit and bankruptcy operations.

2. Except as otherwise stated, all facts contained within this Declaration are based upon personal knowledge, my review of ComEd's business documents, correspondence and relevant documents, or my opinion based upon my experience concerning the operations of ComEd. If called upon to testify, I would testify to the facts set forth in this Declaration.

3. On behalf of Com Ed, I submit this Declaration in support of the *Application Of Commonwealth Edison Company To Section 7 Of The Order (I) Approving Debtors' Proposed Form Of Adequate Assurance of Payment To Utility Providers, (II) Establishing Procedures For Determining Adequate Assurance of Payment For Future Utility Services, and (III) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Service* (the "Application").

4. In making this Declaration, I am familiar with the contents of the Application.

5. It is part of my job responsibility with Com Ed to: (A) review customer accounts with Com Ed; (B) address credit issues with Com Ed's customers; and (C) address issues concerning customers that file for bankruptcy protection, including payment of post-petition

invoices.

6.    On March 28, 2019, Com Ed, by counsel, issued a default notice to the Debtors pursuant to Paragraph 12 of the *Motion of Debtors Requesting Entry of an Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment To Utility Providers, (II) Establishing Procedures For Determining Adequate Assurance of Payment For Future Utility Services, and (III) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Service* (the "Utility Motion")(Docket No. 196) and Section 7 of the *Order( I) Approving Debtors' Proposed Form of Adequate Assurance of Payment To Utility Providers, (II) Establishing Procedures For Determining Adequate Assurance of Payment For Future Utility Services, and (III) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Service* [Docket No. 461] regarding the following invoices:

A. $25,544.65 invoice on Account ending in 1062 that was due on 3/7/19;

B. $167.84 invoice on Account ending in 1035 that was due on 3/11/19; and

C. $5,518.60 invoice on Account ending in 3001 that was due on March 28, 2019, which the Debtors subsequently paid.

7.    The Debtors subsequently tendered a payment of $12,827.66 toward the balance owed on the Account ending in 1062, leaving an unpaid balance of $11,277.64. On 01/02/19 there was an unpaid balance of $24,105.00 left on account ending in 2004 when the account finaled, that balance transferred to acct ending in 1062 (both accounts share the same tax ID number) on 01/23/19. A Payment of $12,827.66 was paid to account ending in 2004 on 03/28/19, that payment was transferred to acct ending in 1062 on 03/28/19, leaving a past due balance of $11,277.64.

8.    As of the date of this Declaration, Com Ed not received payment for the past-due charges set forth above in the amount of $11,277.64 and $167.84.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 19 day of April 2019, at Oak Brook, Illinois.

*Carlandra Edwards* (signature)
Carlandra Edwards