FERRAIUOLI, LLC
390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001
Email: scolon@ferraiuoli.com
Email: gchico@ferraiuoli.com

Attorneys for *Santa Rosa Mall, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING OF SANTA ROSA MALL, LLC'S: (I) EMERGENCY MOTION TO COMPEL COMPLIANCE WITH THE COURT'S FEBRUARY 8, 2019 SALE ORDER; AND (II) MOTION FOR AN ORDER SHORTENING NOTICE WITH RESPECT TO EMERGENCY MOTION TO COMPEL COMPLIANCE WITH THE COURT'S FEBRUARY 8, 2019 SALE ORDER**

PLEASE TAKE NOTICE that a hearing on the previously filed *Emergency Motion to Compel Compliance with the Court's February 8, 2019 Sale Order* (the "Emergency Motion", Docket No. 3417) and the *Motion for an Order Shortening Notice with Respect to Urgent Motion to Compel Compliance with the Court's February 8, 2019 Sale Order* (the "Motion to Shorten", Docket No. 3418) filed by creditor Santa Rosa Mall, LLC ("Santa Rosa Mall") on April 29, 2019, for the entry of an order pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure, shortening the notice period and setting the date and time for a hearing on the *Emergency Motion* (Docket No. 3417), all as more fully set forth in the *Motion to Shorten* (Docket No. 3418), will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, New York 10601 (the "Bankruptcy Court") on **May 8, 2019 at 10:00 A.M. (Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that any responses or objections (the "Objections") to the *Emergency Motion* (Docket No. 3417) and the *Motion to Shorten* (Docket No. 3418) may be asserted in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted pro hac vice, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with the Amended Order Implementing Certain Notice and Case Management Procedures, entered on November 1, 2018 (ECF No. 405), so as to be filed and received no later than **May 1, 2019 at 4:00 P.M. (Eastern Time)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if no Objections are timely filed and served with respect to the *Emergency Motion* (Docket No. 3417) and the *Motion to Shorten* (Docket No. 3418), Santa Rosa Mall may, on or after the Objection Deadline, submit to the Bankruptcy Court a proposed order, which may be entered without further notice or opportunity to be heard.

Respectfully submitted.
Dated: April 30, 2019.

**Ferraiuoli** LLC

221 Ponce de León Avenue
5th Floor, San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001

*/s/ Sonia E. Colon Colon*
Sonia E. Colón Colón
Admitted *Pro Hac Vice*
USDC-PR No. 213809
scolon@ferraiuoli.com

*/s/ Gustavo A. Chico-Barris*
Gustavo A. Chico-Barris
NY State Bar No. 929147
USDC-PR No. 224205
gchico@ferraiuoli.com

Attorneys for
*Santa Rosa Mall, LLC*