UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re:                                                            :    Chapter 11
                                                                  :
SEARS HOLDING CORPORATION, *et al.*,                              :    Case No. 18-23538 (RDD)
                                                                  :
                                                                  :    (Jointly Administered)
                                                                  :
            Debtors[1].                                           :    RELATED DOC. NO. 3421
---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      }
                       } ss:
COUNTY OF NEW YORK     }

I, John C. Murphy, being duly sworn, depose and say:

1. I am not a party to this action, I am employed by Troutman Sanders LLP and am over 18 years of age.

2. On April 29, 2019, I served a true and correct copy of *The Bruce Trusts' (I) Designatable Contract Assumption and Assignment Objection, and (II) Reservation of Rights*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

38808911v1

[ECF No. 3421] via electronic mail upon the persons listed on <u>Exhibit "A"</u> and through the CM/ECF system upon all registered electronic filers appearing in the above-captioned case.

_____
John C. Murphy

Sworn to before me this
30th day of April 2019

_____
Notary Public

KENNY MOLINA
Notary Public, State of New York
No. 01MO6346103
Qualified in New York County
Commission Expires August 8, 2020

38808911v1

# Exhibit A

**Debtors' Counsel**
Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock,
Garrett A. Fail,
Jacqueline Marcus
ray.schrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com

**Buyer's Counsel**
Cleary Gottlieb Steen & Hamilton LLP
Attn: Sean A. O'Neal,
Luke A. Barefoot,
Lewis J. Liman,
Abena A. Mainoo,
soneal@cgsh.com
lbarefoot@cgsh.com
liman@cgsh.com
amainoo@cgsh.com

**Counsel to Official Committee of Unsecured Creditors**
Akin Gump Strauss Hauer & Feld LLP
Attn: Ira S. Dizengoff,
Philip C. Dublin,
Abid Qureshi,
Sara L. Brauner
idizengoff@akingump.com
pdublin@akingump.com
aqureshi@akingump.com
sbrauner@akingump.com

**United States Trustee Southern District of New York Region 2**
Attn: Paul Schwartzberg,
Richard Morrissey
richard.morrissey@usdoj.gov
paul.schwartzberg@usdoj.gov