Pierce McCoy, PLLC
85 Broad Street, Suite 17-063
New York, New York 10004
Telephone: (212) 320-8393
Facsimile: (757) 257-0387
Jonathan A. Grasso, Esq.

*Attorney for WashREIT Frederick County Square LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**SEARS HOLDINGS CORPORATION,** *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**SUPPLEMENTAL CURE CLAIM OBJECTION OF
WASHREIT FREDERICK COUNTY SQUARE LLC (STORE NO. 3131)**

WashREIT Frederick County Square LLC ("**WashREIT**"), by and through its undersigned counsel, hereby files this supplemental objection to the Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction (the "**Cure Notice**")[1] [Dkt. No. 1731] and Notice of Assumption and Assignment of Additional Designatable Leases (the "**Assumption Notice**") [Dkt. No. 3298], and in support thereof states as follows:

1.  On October 15, 2018 (the "**Petition Date**"), Sears Holdings Corporation and related entities commenced their bankruptcy cases by filing voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code.

2.  As of the Petition Date, WashREIT was the landlord and Kmart Corporation (the "**Debtor**") was the tenant under a lease of nonresidential real property located at 1003 W. Patrick

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Cure Notice.

Street, Frederick, Maryland 21701 (Store No. 3131) dated as of October 27, 1972, as amended and modified from time to time (the "**Lease**").

3. On January 18, 2019, the Debtor filed the Cure Notice.

4. In the Cure Notice, the Debtor indicates that the Lease may be assumed and assigned in connection with the sale of the Global Assets and asserts that no Cure Amount is due under the Lease. See Cure Notice Ex. B, Line 176.

5. On April 19, 2019, the Debtor filed the Assumption Notice. The Assumption Notice also incorrectly asserts that no Cure Amount is due under the Lease. See Assumption Notice, Ex. 1, Line 206.

6. The Debtor is in default of its monetary obligations to pay real estate taxes and utility charges pursuant to the Lease.

7. WashREIT's monetary cure claim as of the filing of this Supplemental Cure Claim Objection with respect to the Lease is in an amount not less than $117,279.85. A summary of the cure claim together with evidence in support of the cure claim amount is attached hereto as Exhibit A.

8. The cure claim amount asserted by WashREIT pursuant to the Lease is comprised of $114,813.71 for real estate taxes for the period July 1, 2018 – the Petition Date, and $2,466.14 for post-petition utilities.

9. In order to assume the Lease, the Debtor must cure the aforementioned defaults.

10. This Supplemental Cure Claim Objection is without prejudice to the fact that other and additional cure claim amounts (a) may exist and/or may become known at a future date and (b) will accrue on an ongoing basis between the filing of this Supplemental Cure Claim Objection and any subsequent assumption of the Lease. WashREIT expressly reserves its right

to amend or supplement its Supplemental Cure Claim Objection through and including the effective date of any proposed assumption and assignment of the Lease.

WHEREFORE, WashREIT respectfully requests the entry of an order pursuant to 11 U.S.C. § 365(b)(1) requiring that prior to assuming and assigning the Lease, the Debtor cure the real estate taxes and utility payments due under the Lease in the amount of $117,279.85 together with any and all other cure amounts due under the Lease that arise prior to the actual date that the Lease is assumed, as well as such other and further relief as is just and proper.

Dated: April 30, 2019

                                   Respectfully submitted,

                              By: /s/ *Jonathan A. Grasso*
                                   Jonathan A. Grasso
                                   Pierce McCoy, PLLC
                                   85 Broad Street, Suite 17-063
                                   New York, New York 10004
                                   Telephone: (212) 320-8393
                                   Facsimile: (757) 257-0387
                                   jon@piercemccoy.com

                                   *Attorneys for WashREIT Frederick County Square LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 30, 2019 a true and correct copy of the foregoing Objection has been served via the Court's CM/ECF system on all parties registered to receive such service and on the parties listed below as indicated.

**VIA EMAIL**

I. Bid Notice Parties
    a. Debtors
        Rob Riecker – rob.riecker@searshc.com
        Luke Valentino – luke.valentino@searshc.com
        Mohsin Meghji – mmeghji@miiipartners.com
        General Counsel – counsel@searshc.com

    b. Debtors' Counsel
        Ray Schrock, Esq. – ray.schrock@weil.com
        Jacqueline Marcus, Esq. – Jacqueline.marcus@weil.com
        Garrett A. Fail, Esq. – garrett.fail@weil.com
        Sunny Singh, Esq. – sunny.singh@weil.com
        Ellen J. Odoner, Esq. – ellen.odoner@weil.com
        Gavin Westerman, Esq. – gavin.westerman@weil.com

    c. Debtors' investment broker
        Brandon Aebersold and Levi Quaintance – project.blue.rx@lazard.com

II. Buyer Parties
    a. Buyer
        Kunal S. Kamlani – kunal@eslinvest.com
        Harold Tailsman – harold@eslinvest.com

    b. Counsel
        Christopher E. Austin, Esq. – caustin@cgsh.com
        Benet J. O'Reilly, Esq. – boreilly@cgsh.com
        Sean A. O'Neal, Esq. – soneal@cgsh.com

III. Consultation Parties
    a. Bank of America
        Paul Leake, Esq. – paul.leake@skadden.com
        Shana Elberg, Esq. – shana.elberg@skadden.com
        George Howard, Esq. – George.howard@skadden.com

    b. Wells Fargo Bank
        Kevin J. Simard, Esq. – ksimard@choate.com
        Jonathan D. Marshall, Esq. – jmarshall@choate.com

      c. Committee
           Ira S. Dizengoff, Esq. – idizengoff@akingump.com
           Philip C. Dublin, Esq. – pdublin@akingump.com
           Abid Qureshi, Esq. – aqureshi@akingump.com
           Sara L. Brauner, Esq. – sbrauner@akingump.com

**VIA FIRST CLASS MAIL**

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attn: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Sears Holdings Corporation
Attn: General Counsel
3333 Beverly Road
Hoffman Estates, IL 60179

Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, Ellen J. Odoner,
Gavin Westerman and Sunny Singh
767 Fifth Avenue
New York, NY 10153

Cleary Gottlieb Steen & Hamilton LLP
Attn: Christopher E. Austin,
Benet J. O'Reilly and Sean A. O'Neal
One Liberty Plaza
New York, NY 10006

Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

Lazard Fréres & Co., LLC
Attn: Brandon Aebersold and Levi Quaintance
30 Rockefeller Plaza
New York, NY 10112

Choate, Hall & Stewart LLP
Attn: Kevin J. Simard and Jonathan D. Marshall
Two International Place
Boston, MA 02110

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul D. Leake, Shana A. Elberg and
George R. Howard
4 Times Square
New York, NY 10036

Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin, Ira S. Dizengoff
Abid Qureshi, and Sara L. Brauner
One Bryant Park
New York, NY 10036

Office of the United States Trustee
Attn: Paul Schwartzberg
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

                                                */s/ Jonathan A. Grasso*
                                                Jonathan A. Grasso