# **EXHIBIT A**



# Tenant Statement of Account
## as of 04/23/2019
Excluding Deposits

**Kmart Corporation #3131**
c/o Sears, Roebuck and Co.
Attn: VP R/E Dept 824RE
 3333 Beverly Road
Hoffman Estates, IL 60179

Page 1 of 3
Tenant #: 13990

| Month /Date | Invoice | Lease | Bill Code | Description | Amount | Monthly Balance | Running Balance |
|---|---|---|---|---|---|---|---|
| **Frederick County Square** | | | | | | | |
| | | | | Beginning Balance as of 12/30/2017 | | | 145,975.35 |
| **2018 January** | | | | | | | |
| 01/01 | 1233223 | 31128 | RRTL | Retail Rent | 18,958.33 | | |
| | | | | **Total Monthly Charges** | **18,958.33** | | |
| 01/11 | | | | Check #: 32029196 | (18,958.33) | | |
| | | | | **Total Monthly Payments** | **(18,958.33)** | | |
| | | | | | | 0.00 | 145,975.35 |
| **2018 February** | | | | | | | |
| 02/01 | 1235436 | 31128 | RRTL | Retail Rent | 18,958.33 | | |
| | | | | **Total Monthly Charges** | **18,958.33** | | |
| 02/06 | | | | Check #: 32030037 | (18,958.33) | | |
| | | | | **Total Monthly Payments** | **(18,958.33)** | | |
| | | | | | | 0.00 | 145,975.35 |
| **2018 March** | | | | | | | |
| 03/01 | 1237372 | 31128 | RRTL | Retail Rent | 18,958.33 | | |
| | | | | **Total Monthly Charges** | **18,958.33** | | |
| 03/08 | | | | Check #: 32030831 | (18,958.33) | | |
| | | | | **Total Monthly Payments** | **(18,958.33)** | | |
| | | | | | | 0.00 | 145,975.35 |
| **2018 April** | | | | | | | |
| 04/01 | 1239443 | 31128 | RRTL | Retail Rent | 18,958.33 | | |
| | | | | **Total Monthly Charges** | **18,958.33** | | |
| 04/12 | | | | Check #: 32031592 | (18,958.33) | | |
| 04/16 | | | | Check #: 131159603 | (145,975.35) | | |
| | | | | **Total Monthly Payments** | **(164,933.68)** | | |
| | | | | | | (145,975.35) | 0.00 |
| **2018 May** | | | | | | | |
| 05/01 | 1241712 | 31128 | RRTL | Retail Rent | 18,958.33 | | |
| | | | | **Total Monthly Charges** | **18,958.33** | | |
| 05/11 | | | | Check #: 32032350 | (18,958.33) | | |
| | | | | **Total Monthly Payments** | **(18,958.33)** | | |
| | | | | | | 0.00 | 0.00 |
| **2018 June** | | | | | | | |
| 06/01 | 1244731 | 31128 | RRTL | Retail Rent | 18,958.33 | | |

**washreit.com**
**NYSE: WRE**

1775 I Street, NW, Suite 1000
Washington, DC 20006
+1 202 774 3200

**Kmart Corporation #3131**  
c/o Sears, Roebuck and Co.  
Attn: VP R/E Dept 824RE  
3333 Beverly Road  
Hoffman Estates, IL 60179

Page 2 of 3  
Tenant #: 13990

| Month /Date | Invoice | Lease | Bill Code | Description | Amount | Monthly Balance | Running Balance |
|---|---|---|---|---|---|---|---|
| | | | | **Total Monthly Charges** | **18,958.33** | | |
| 06/05 | | | | Check #: 32033104 | (18,958.33) | | |
| | | | | **Total Monthly Payments** | **(18,958.33)** | 0.00 | 0.00 |
| **2018 July** | | | | | | | |
| 07/01 | 1246965 | 36118 | RRTL | Retail Rent | 18,958.33 | | |
| | | | | **Total Monthly Charges** | **18,958.33** | | |
| 07/03 | | | | Check #: 32033810 | (18,958.33) | | |
| | | | | **Total Monthly Payments** | **(18,958.33)** | 0.00 | 0.00 |
| **2018 August** | | | | | | | |
| 08/01 | 1249245 | 36118 | RRTL | Retail Rent | 18,958.33 | | |
| | | | | **Total Monthly Charges** | **18,958.33** | | |
| 08/07 | | | | Check #: 32034513 | (18,958.33) | | |
| | | | | **Total Monthly Payments** | **(18,958.33)** | 0.00 | 0.00 |
| **2018 September** | | | | | | | |
| 09/06 | 1251547 | 36118 | RRTL | Retail Rent | 18,958.33 | | |
| | | | | **Total Monthly Charges** | **18,958.33** | | |
| 09/04 | | | | Check #: 32035192 | (18,958.33) | | |
| | | | | **Total Monthly Payments** | **(18,958.33)** | 0.00 | 0.00 |
| **2018 October** | | | | | | | |
| 10/01 | 1254137 | 36118 | RRTL | Retail Rent | 18,958.33 | | |
| | | | | **Total Monthly Charges** | **18,958.33** | | |
| 10/09 | | | | Check #: 32035853 | (18,958.33) | | |
| | | | | **Total Monthly Payments** | **(18,958.33)** | 0.00 | 0.00 |
| **2018 November** | | | | | | | |
| 11/01 | 1255161 | 36118 | RRTL | Retail Rent | 18,958.33 | | |
| | | | | **Total Monthly Charges** | **18,958.33** | | |
| 11/05 | | | | Check #: 34000282 | (18,958.33) | | |
| | | | | **Total Monthly Payments** | **(18,958.33)** | 0.00 | 0.00 |
| **2018 December** | | | | | | | |
| 12/01 | 1256591 | 36118 | TAXR | Taxes - 7/1/18 - 6/30/19 | 146,017.43 | | |
| 12/01 | 1258339 | 36118 | RRTL | Retail Rent | 18,958.33 | | |
| | | | | **Total Monthly Charges** | **164,975.76** | | |
| 12/07 | | | | Check #: 34000709 | (18,958.33) | | |
| | | | | **Total Monthly Payments** | **(18,958.33)** | 146,017.43 | 146,017.43 |
| **2019 January** | | | | | | | |
| 01/01 | 1260387 | 36118 | RRTL | Retail Rent | 18,958.33 | | |
| | | | | **Total Monthly Charges** | **18,958.33** | | |
| 01/09 | | | | Check #: 34001106 | (18,958.33) | | |
| | | | | **Total Monthly Payments** | **(18,958.33)** | 0.00 | 146,017.43 |

**Kmart Corporation #3131**  
c/o Sears, Roebuck and Co.  
Attn: VP R/E Dept 824RE  
 3333 Beverly Road  
Hoffman Estates, IL 60179

Page 3 of 3  
Tenant #: 13990

| Month /Date | Invoice | Lease | Bill Code | Description | Amount | Monthly Balance | Running Balance |
|---|---|---|---|---|---|---|---|
| **2019 February** | | | | | | | |
| 02/01 | 1261275 | 36118 | RRTL | Retail Rent | 18,958.33 | | |
| | | | | **Total Monthly Charges** | **18,958.33** | | |
| 02/06 | | | | Check #: 34001556 | (18,958.33) | | |
| 02/26 | | | | Check #: 140090406 Post-Petition Real Estate Taxe | (31,203.72) | | |
| | | | | **Total Monthly Payments** | **(50,162.05)** | | |
| | | | | | | (31,203.72) | 114,813.71 |
| **2019 March** | | | | | | | |
| 03/01 | 1265386 | 36118 | RRTL | Retail Rent | 18,958.33 | | |
| 03/01 | 1347006 | 31128 | LEGL | Reversed March 19 Invoice | (811.25) | | |
| 03/19 | 1267799 | 31128 | LEGL | March 19 Invoice | 811.25 | | |
| | | | | **Total Monthly Charges** | **18,958.33** | | |
| 03/04 | | | | Check #: 34001932 | (18,958.33) | | |
| | | | | **Total Monthly Payments** | **(18,958.33)** | | |
| | | | | | | 0.00 | 114,813.71 |
| **2019 April** | | | | | | | |
| 04/01 | 1268157 | 36118 | RRTL | Retail Rent | 18,958.33 | | |
| 04/23 | 1271092 | 36118 | H2O | 3.2019 Water | 2,466.14 | | |
| | | | | **Total Monthly Charges** | **21,424.47** | | |
| 04/05 | | | | Check #: 34002242 | (18,958.33) | | |
| | | | | **Total Monthly Payments** | **(18,958.33)** | | |
| | | | | | | 2,466.14 | 117,279.85 |
| | | | | **Ending balance for Frederick County Square :** | | | **117,279.85** |

5039

Treasurer of Frederick County
PO Box 4310
Frederick, MD 21705-4310
Office Hours: Mon-Fri, 8 am - 4 pm
Phone: (301) 600-1111

**FREDERICK COUNTY MD**

**REAL ESTATE TAXES AND FEES**

www.frederickcountymd.gov/treasury

| Levy Period | Property No. | Year | Bill Type | Occupancy | Bill No. | Bill Date |
|---|---|---|---|---|---|---|
| 07/01/2018 - 06/30/2019 | 02-046288 | 2019 | FY | NOT A PRINCIPAL RESIDENCE | 1307010 | 07/01/2018 |

WASHREIT FREDERICK COUNTY SQ LLC
1775 EYE ST NW
SUITE 1000
WASHINGTON, DC 20006-2404

**Property Description**
0.98 AC
OFF BAUGHMAN'S LANE

Liber 10735    Folio    318

| Charges | Assessment/Units | Rate | Amount |
|---|---|---|---|
| STATE TAXES | 1,746,733 | .112000 | 1,956.34 |
| COUNTY TAX DIFFRNTL | 1,746,733 | .941300 | 16,442.00 |
| FREDERICK CITY TAX | 1,746,733 | .730500 | 12,759.88 |
| SYSTEM BENEFIT CHG | 6 | 125.000 | 750.00 |
| TOTAL | | | 31,908.22 |
| TOTAL DUE | | | 31,908.22 |

| County Rate | Constant Yield | Difference |
|---|---|---|
| 1.08  -  | 1.0351  = | .0249 |

*If you have a mortgage, please verify payment of your taxes with your present mortgage company.*

5039 31411. 53579    $30,220.
5039 31411. 17251    $1,396.20

ds
7/9/18

PLEASE SEE THE PAYMENT SCHEDULE BELOW FOR AMOUNT DUE.

---

**FREDERICK COUNTY MARYLAND**

| Property No | Year | Bill Type | Bill No. |
|---|---|---|---|
| 02-046288 | 2019 | FY | 1307010 |

Return this coupon with your payment

**2nd Semiannual Payment Schedule**

| If paid in: | Disc/Int | Amount Due |
|---|---|---|
| DEC | 467.38 | 16,046.49 |
| JAN | 623.17 | 16,202.28 |
| FEB | 778.96 | 16,358.07 |

☐ Check here if your address changed & enter changes on the reverse side

WASHREIT FREDERICK COUNTY SQ LLC
1775 EYE ST NW
SUITE 1000
WASHINGTON, DC 20006-2404

Make checks payable to:
Treasurer of Frederick County

DO NOT STAPLE OR FOLD - DO NOT WRITE BELOW LINE

208201980130701070001543310500000000000

---

**FREDERICK COUNTY MARYLAND**

| Property No | Year | Bill Type | Bill No. |
|---|---|---|---|
| 02-046288 | 2019 | FY | 1307010 |

Choose payment option below
Return this coupon with your payment

| Annual Payment Schedule | | | 1st Semiannual Payment Schedule | | |
|---|---|---|---|---|---|
| If paid in: | Disc/Int | Amount Due | If paid in: | Disc/Int | Amount Due |
| JUL | -292.02 | 31,616.20 | JUL | -146.01 | 16,183.10 |
| AUG | -146.02 | 31,762.20 | AUG | -73.01 | 16,256.10 |
| SEP | 0.00 | 31,908.22 | SEP | 0.00 | 16,329.11 |
| OCT | 319.08 | 32,227.30 | OCT | 163.29 | 16,492.40 |
| NOV | 638.16 | 32,546.38 | NOV | 326.58 | 16,655.69 |
| DEC | 957.26 | 32,865.48 | | | |
| JAN | 1,276.34 | 33,184.56 | | | |
| FEB | 1,595.42 | 33,503.64 | | | |

☐ Check here if your address changed & enter changes on the reverse side

WASHREIT FREDERICK COUNTY SQ LLC
1775 EYE ST NW
SUITE 1000
WASHINGTON, DC 20006-2404

Make checks payable to:
Treasurer of Frederick County

DO NOT STAPLE OR FOLD - DO NOT WRITE BELOW LINE

208201980130701070001618310500000000000

5039

**Treasurer of Frederick County**
PO Box 4310
Frederick, MD 21705-4310
Office Hours: Mon-Fri, 8 am - 4 pm
Phone: (301) 600-1111



## FREDERICK COUNTY MD

### REAL ESTATE TAXES AND FEES

www.frederickcountymd.gov/treasury

| Levy Period | Property No. | Year | Bill Type | Occupancy | Bill No. | Bill Date |
|---|---|---|---|---|---|---|
| 07/01/2018 - 06/30/2019 | 02-039168 | 2019 | FY | NOT A PRINCIPAL RESIDENCE | 1306425 | 07/01/2018 |

**Property Description**
20.11 AC
RT. 40 & BAUGHMAN'S LANE

WASHREIT FREDERICK COUNTY SQ LLC
1775 EYE ST NW
SUITE 1000
WASHINGTON, DC 20006-2404

Liber 10735    Folio    318

| Charges | Assessment/Units | Rate | Amount |
|---|---|---|---|
| STATE TAXES | 18,476,100 | .112000 | 20,693.23 |
| COUNTY TAX DIFFRNTL | 18,476,100 | .941300 | 173,915.53 |
| FREDERICK CITY TAX | 18,476,100 | .730500 | 134,967.91 |
| SYSTEM BENEFIT CHG | 108 | 42.000 | 4,536.00 |
| | TOTAL | | 334,112.67 |
| | TOTAL DUE | | 334,112.67 |

| County Rate | | Constant Yield | | Difference |
|---|---|---|---|---|
| 1.06 | - | 1.0351 | = | .0249 |

*If you have a mortgage, please verify payment of your taxes with your present mortgage company.*

5039 31411.17257    $331,023.83

*[signature]*
7/9/18

**PLEASE SEE THE PAYMENT SCHEDULE BELOW FOR AMOUNT DUE.**

---

**FREDERICK COUNTY MARYLAND**

| Property No | Year | Bill Type | Bill No. |
|---|---|---|---|
| 02-039168 | 2019 | FY | 1306425 |

☐ Check here if your address changed
 & enter changes on the reverse side

WASHREIT FREDERICK COUNTY SQ LLC
1775 EYE ST NW
SUITE 1000
WASHINGTON, DC 20006-2404

**Return this coupon with your payment**

**Payment Schedule**

| If paid in: | Disc/Int | Amount Due |
|---|---|---|
| JUL | -3,088.84 | 331,023.83 |
| AUG | -1,544.42 | 332,568.25 |
| SEP | 0.00 | 334,112.67 |
| OCT | 3,341.13 | 337,453.80 |
| NOV | 6,682.25 | 340,794.92 |
| DEC | 10,023.39 | 344,136.06 |
| JAN | 13,364.51 | 347,477.18 |
| FEB | 16,705.64 | 350,818.31 |

Make checks payable to:
**Treasurer of Frederick County**

**DO NOT STAPLE OR FOLD - DO NOT WRITE BELOW LINE**

2082019801306425800334112679000000000000

**WASHINGTON REAL ESTATE INVESTMENT TRUST**
**2018 REAL ESTATE TAX RECONCILIATION**
**FREDERICK COUNTY SQUARE**                                                                ANNUAL TAX
                                                                                           02-039168

| | | |
|---|---:|---:|
| *TENANT NAME* | | KMART #3131 |
| *LEASE NUMBER* | | 36118 |
| *UNIT* | | 0001 |
| GLA | | 214,233 |
| TENANTS SQUARE FOOTAGE | | 94,500 |
| **REAL ESTATE TAX EXPENSES:** | **ACTUALS** | |
| REAL ESTATE TAX | 362,640.03 | 331,023.83 |
| LICENSES AND FEES | - | - |
| LEGAL FEES | - | N/A |
| TAX REFUNDS | - | - |
| REAL ESTATE TAX | $ 362,640.03 | 331,023.83 |
| OCCUPANCY PERCENTAGE | | 100% |
| TOTAL BILLABLE EXPENSES | | 331,023.83 |
| PROPORTIONATE SHARE | | 44.11% |
| TOTAL ANNUAL REAL ESTATE TAX EXPENSE | | 146,017.43 |
| **TOTAL REAL ESTATE TAX DUE** | $ | **146,017.43** |



# COUNTY OF FREDERICK
## FINAL NOTICE
## OF DELINQUENT TAXES AND FEES
### DATE ISSUED 03/15/2019

Make payment to:
Treasurer of Frederick County
30 N. Market Street
Frederick, MD 21701-5420
Phone: 301-600-1111
Office Hours: Mon-Fri, 8 AM-4 PM

Property # : 02-039168

Property Description:
20.11 AC
RT. 40 & BAUGHMAN'S LANE

2358
WASHREIT FREDERICK COUNTY SQ LLC
1775 EYE ST NW STE 1000
WASHINGTON, DC 20006-2404

Current Year Taxable Assessment:

Total $     18,476,100

| CHARGES | MARCH AMT | APRIL AMT |
|---|---|---|
| CITY OF FREDERICK DELINQUENT WTR | 2,466.14 | 2,466.14 |

Payments received after March 13, 2019 are not reflected on this statement.

PAYMENTS MUST BE MADE BY CASH, CASHIER'S CHECK OR CERTIFIED CHECK.
NO PERSONAL/BUSINESS CHECKS OR ONLINE PAYMENTS WILL BE ACCEPTED. (FCC 1-8-5)

IF PAYING AFTER 04/19/2019, PLEASE CONTACT OUR OFFICE FOR THE CORRECT AMOUNT DUE! ADDITIONAL FEES WILL BE APPLIED. PAYMENT MUST BE RECEIVED IN OUR OFFICE BY 4:00 PM ON 04/19/2019 TO AVOID ADVERTISING.

| | | |
|---|---|---|
| Pay this amount no later than 03/31/2019 | $2,466.14 | |
| or Pay this amount no later than 04/19/2019 | | $2,466.14 |

## *THIS IS A FINAL BILL AND LEGAL NOTICE TO THE PERSON WHOSE NAME APPEARS ON THIS NOTICE*

According to the Collector's Tax Roll, you are the owner of the property appearing on this notice. Some of the taxes and other charges listed above are in arrears. Notice is given to you that unless all taxes or charges in arrears are paid on or before 30 days from the above date of this notice, the Collector will proceed with the process to sell the above property to satisfy your entire indebtedness. Interest and penalties MUST be added to the total at the time of payment. (Annotated Code of Maryland, Tax-Property Article Section 14-812)

## NO PAYMENTS WILL BE ACCEPTED BY THE TREASURER'S OFFICE AFTER 4:00 PM ON MAY 10, 2019. THE TAX SALE WILL BE HELD MAY 13, 2019.