# EXHIBIT A

KMART PLAZA - FITCHBURG  
140 WHALON STREET  
FITCHBURG, MA 01420

KMART PLAZA - FITCHBURG  
140 WHALON STREET  
FITCHBURG, MA 01420

OCR Line (with check digit):  297-5D 5D-107066452            297-5D 5D-107066452

| K-MART CORP.#4444, | DATE | ACCOUNT NUMBER | DATE | ACCOUNT NUMBER |
|---|---|---|---|---|
| 3333 BEVERLY ROAD | 4/22/2019 | 5D-10  1 | 4/22/2019 | 5D-10  1 |
| HOFFMAN ESTATES, IL  60179 | INVOICE #: | | INVOICE #: | |
| | | | K-MART CORP.#4444, | |

**MAKE CHECKS PAYABLE TO:** FITCHBURG MFB LLC

| Date | Code | Description | Charges | Payments | Amount Due | Date | Code | Amount Due |
|---|---|---|---|---|---|---|---|---|
| 10/25/2018 | N1 | BANK FEE | 10.00 | 0.00 | 10.00 | 10/25/2018 | N1 | 10.00 |
| 10/1/2018 | RNT | 291088 | 15,625.00 | 8,568.55 | 7,056.45 | 10/1/2018 | RNT | 7,056.45 |

| Current | 30 | 60 | 90 | 120 | BALANCE DUE |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 7,066.45 | 7,066.45 |

BALANCE DUE    7,066.45