# EXHIBIT B

SHOPS AT BILLERICA
480 BOSTON ROAD
BILLERICA, MA  01821

SHOPS AT BILLERICA
480 BOSTON ROAD
BILLERICA, MA  01821

OCR Line (with check digit):  938-A7 A7-50194772734

938-A7 A7-50194772734

| KMART#3288/SEARS ROEBUCK & CO, | DATE | ACCOUNT NUMBER | | DATE | ACCOUNT NUMBER |
|---|---|---|---|---|---|
| P.O.BOX 927000 | 4/22/2019 | A7-50   1 | | 4/22/2019 | A7-50   1 |
| HOFFMAN ESTATES, IL  60192-9901 | INVOICE #: | | | INVOICE #: | |
| | | | | KMART#3288/SEARS ROEBUCK & CO, | |

MAKE CHECKS PAYABLE TO:

| Date | Code | Description | Charges | Payments | Amount Due | Date | Code | Amount Due |
|---|---|---|---|---|---|---|---|---|
| 8/26/2016 | 1C | Y/E CAM | -2,666.44 | 0.00 | -2,666.44 | 8/26/2016 | 1C | -2,666.44 |
| 3/22/2017 | 1C | Y/E CAM | -3,891.76 | 0.00 | -3,891.76 | 3/22/2017 | 1C | -3,891.76 |
| 6/28/2017 | 1C | 273806 | 10,856.44 | 0.00 | 10,856.44 | 6/28/2017 | 1C | 10,856.44 |
| 6/28/2017 | 1C | 273807 | 13,823.26 | 0.00 | 13,823.26 | 6/28/2017 | 1C | 13,823.26 |
| 12/27/2017 | 1C | 280912 | 23,638.25 | 0.00 | 23,638.25 | 12/27/2017 | 1C | 23,638.25 |
| 3/8/2018 | 1C | Y/E CAM | -5,984.75 | 0.00 | -5,984.75 | 3/8/2018 | 1C | -5,984.75 |
| 7/6/2018 | 1C | 288604 | 17,549.95 | 0.00 | 17,549.95 | 7/6/2018 | 1C | 17,549.95 |
| 1/3/2019 | RQ | 01/01/18 - 03/31/18 RET | 49,159.56 | 0.00 | 49,159.56 | 1/3/2019 | RQ | 49,159.56 |
| 1/3/2019 | RQ | 04/01/18 - 06/30/18 RET | 49,159.46 | 0.00 | 49,159.46 | 1/3/2019 | RQ | 49,159.46 |
| 1/3/2019 | RQ | 07/01/18 - 09/30/18 RET | 40,785.51 | 0.00 | 40,785.51 | 1/3/2019 | RQ | 40,785.51 |
| 1/3/2019 | RQ | 10/01/18 - 12/31/18 RET | 40,785.51 | 0.00 | 40,785.51 | 1/3/2019 | RQ | 40,785.51 |
| 3/18/2019 | RQ | POST-PET. RET | -38,442.26 | 0.00 | -38,442.26 | 3/18/2019 | RQ | -38,442.26 |

| Current | 30 | 60 | 90 | 120 | BALANCE DUE | | BALANCE DUE | 194,772.73 |
|---|---|---|---|---|---|---|---|---|
| -38,442.26 | 0.00 | 0.00 | 179,890.04 | 53,324.95 | 194,772.73 | | | |