UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                              Chapter 11

SEARS HOLDING CORPORATION, et al.,    Case No. 18-23538 (RDD)

            Debtors.

-----------------------------------------------------------x

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                        ) ss.:
COUNTY OF NASSAU  )

      DANIEL C. ALMONT, being duly sworn, deposes and says:

      I am not a party to the action, am over 18 years of age and reside Wantagh, New York. On the 30th day of April, 2019, consistent with this Court's Amended Order Implementing Certain Notice and Case Management Procedures dated November 1, 2018 [Docket No. 405], I served a true copy of BRE 312 Owner LLC's Motion to Modify Automatic Stay, with Exhibit, via Electronic Mail (Email), to Standard Parties (as defined in the Order) listed below, at the email addresses identified on Schedule A annexed hereto:

      Weil, Gotshal & Manges LLP
      767 Fifth Avenue
      New York, New York 10153
      Ray C. Schrock, Esq.
      Jacqueline Marcus, Esq.
      Garret A. Fail, Esq.
      Sunny Singh, Esq.
      (Attorneys for the Debtors)

      Skadden, Arps, Slate, Meagher & Flom LLP
      4 Times Square
      New York, New York 10036
      Paul D. Leake, Esq.
      Shana A. Elberg, Esq.
      George R. Howard, Esq.
      (Attorneys for Bank of America, N.A., Administrative
      Agent under the First Lien Credit Facility and the DIP ABL Agent)

      Davis Polk & Wardell LLP
      450 Lexington Avenue
      New York, New York, 10017

Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
(Attorneys for Citibank, N.A., as administrative agent
under the Stand-Along L/C Facility)

Cleary, Gottlieb
One Liberty Plaza
New York, New York 10006
Sean A. O'Neal, Esq.
(Attorneys for JPP, LLC, as agent under the Second
Lien Credit Facility, IP/Ground Lease Term Loan
Facility, and the Consolidated Secured Loan Facility)

Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178
Eric R. Wilson, Esq.
Benjamin D. Feder, Esq.
T. Charlie Liu, Esq.
(Attorneys for Computershare Trust Company, N.A.,
as trustee for the Second Lien PIK Notes, the Holdings
Unsecured PIK Notes, and the Holdings Unsecured Notes)

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
Edward M. Fox, Esq.
(Attorneys for Wilmington Trust, National
Association, as indenture trustee for the Second Lien Notes)

Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York 10015
James Gadsden, Esq.
(Attorneys for the Bank of New York Mellon Trust Company,
as successor trustee for the SRAC Unsecured PIK Notes,
SRAC Unsecured Notes, and the SRAC Medium Term Notes)

Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Brian A. Raynor, Esq.
(Attorneys for the Pension Benefit Guaranty Corporation)

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park

New York, New York 10036
Philip C. Dublin, Esq.
Ira Dizengoff, Esq.
Sara Lynne Brauner, Esq.
(Attorneys for the Official Committee of
Unsecured Creditors (the "Creditors Committee"))

Gould & Ratner LLP
222 North LaSalle Street, Suite 800
Chicago, IL 60601
Matthew A. Olins, Esq.
Ellen M. Chapelle, Esq.
Vanessa R. Tiradentes, Esq.
(Attorneys for 233 S. Wacker, LLC)

   Additionally, I served a true copy of BRE 312 Owner LLC's Motion to Modify Automatic Stay, with Exhibit, via Electronic Mail (Email), upon the parties identified on the attached Schedule A by electronic mail who have sought notice in this matter, and by First Class Mail of the United States Postal Service, postage prepaid thereon on those parties identified on Schedule B.

                  s/Daniel C. Almont
                  DANIEL C. ALMONT

Sworn to before me this
30th day of April, 2019.

s/Lyzzette Lopez-Marin
Lyzzette Lopez-Marin
Notary Public, State of New York
No. 01LO6071624
Qualified in Nassau County
Commission Expires February 11, 2023

## SCHEDULE A – VIA ELECTRONIC MAIL (E-MAIL)

rob.riechker@searshc.com
luke.valentino@searshc.com
mmeghji@miiipartners.com
counsel@searshc.com
ray.schrock@weil.com
jacqueline.marcus@weil.com
garrett.fail@weil.com
sunny.singh@weil.com
ellen.odoner@weil.com
gavin.westerman@weil.com
project.blue.rx@lazard.com
paul.leake@skadden.com
shana.elberg@skadden.com
george.howard@skadden.com
ksimard@choate.com
jmarshall@choate.com
pdublin@akingump.com
idizengoff@akingump.com
aqureshi@akingump.com
sbrauner@akingump.com
kunal@eslinvest.com
harold@eslinvest.com
caustin@cgsh.com
boreilly@cgsh.com
soneal@cgsh.com
paul.schwartzberg@usdoj.gov
harrisj12@michigan.gov
idizengoff@akingump.com
pdublin@akingump.com
aqureshi@akingump.com
sbrauner@akingump.com
bnkatty@aldineisd.org
jarnold@aldridgepite.com
James.Vincequerra@alston.com
leib.lerner@alston.com
ajd@ansellgrimm.com
ajd@ansellgrimm.com
akadish@archerlaw.com
lschildkraut@archerlaw.com
andrew.silfen@arentfox.com
beth.brownstein@arentfox.com
brian.lohan@arnoldporter.com
ginger.clements@arnoldporter.com
CSchael@AshfordNJLaw.com

eneiger@askllp.com
jchristian@askllp.com
Jg5786@att.com
mcuellar45@austinenterpriseslp.com
mfrankel@bfklaw.com
egoodman@bakerlaw.com
fkhan@bakerlaw.com
pollack@ballardspahr.com
branchd@ballardspahr.com
heilmanl@ballardspahr.com
summersm@ballardspahr.com
harnerp@ballardspahr.com
kutnera@ballardspahr.com
knewman@barclaydamon.com
mowens@btlaw.com
emiller@bayardlaw.com
russ@bsavory.com
rmills@bellnunnally.com
klove@bellnunnally.com
mbarrie@beneschlaw.com
kcapuzzi@beneschlaw.com
wschonberg@beneschlaw.com
Ernie.park@bewleylaw.com
Tgaa@bbslaw.com
michael@bindermalter.com
julie@bindermalter.com
JRhodes@BlankRome.com
Tarr@BlankRome.com
EZucker@BlankRome.com
bankruptcy@borgeslawllc.com
wborges@borgeslawllc.com
schin@borgeslawllc.com
arainone@bracheichler.com
jjorissen@briggs.com
jmontgomery@brownconnery.com
pweiser@buchalter.com
schristianson@buchalter.com
christopher.schueller@bipc.com
terry.shulsky@bipc.com
tyler.dischinger@bipc.com
Eric.Waxman@cwt.com
Anthony.Deleo@cwt.com
rdavis@cafarocompany.com
jlevitin@cahill.com
rstieglitz@cahill.com
sjk@carmodymacdonald.com

MKurzman@carmodylaw.com
tsansone@carmodylaw.com
mcatalfimo@carterconboy.com
gadsden@clm.com
bankruptcy@clm.com
Dennis.roemlein@bnymellon.com
rmccord@certilmanbalin.com
rnosek@certilmanbalin.com
appleby@chapman.com
wilamowsky@chapman.com
brotenberg@csglaw.com
szuber@csglaw.com
ksimard@choate.com
jmarshall@choate.com
hchoi@choiandpark.com
cpark@choiandpark.com
lkleist@choiandpark.com
mstein@chuhak.com
eschnitzer@ckrlaw.com
gsaydah@ckrlaw.com
srichman@clarkhill.com
srichman@clarkhill.com
nbencze@clarkhill.com
duane.brescia@clarkhillstrasburger.com
dblau@clarkhill.com
liman@cgsh.com
amainoo@cgsh.com
lbarefoot@cgsh.com
soneal@cgsh.com
soneal@cgsh.com
aweaver@cgsh.com
rmukhi@cgsh.com
jkpark@cgsh.com
wkelleher@cohenlaw.com
hward@cohenlaw.com
rseltzer@cwsny.com
jbienstock@coleschotz.com
mwarner@coleschotz.com
Michael.smith2@computershare.com
kbifferato@connollygallagher.com
kconlan@connollygallagher.com
cgriffiths@connollygallagher.com
svanaalten@cooley.com
scarnes@cooley.com
rco@crlawpr.com
dcoffino@cov.com

aclark@cov.com
mfelger@cozen.com
pzumbro@cravath.com
davidtaxin@dahannowick.com
daniel@dmsilverlaw.com
dhw@dhclegal.com
jwcohen@daypitney.com
Ksummers@dflaw.com
mcto@debevoise.com
eweisgerber@debevoise.com
jcurley@ddw-law.com
bethsolomon@discover.com
marita.erbeck@dbr.com
LJKotler@duanemorris.com
WMSimkulak@duanemorris.com
WMSimkulak@duanemorris.com
Cheitzenrater@duanemorris.com
emunozPSC@gmail.com
lmay@eisemanlevine.com
rxza@elliottgreenleaf.com
sak@elliottgreenleaf.com
ems@elliottgreenleaf.com
Leopold.matt@Epa.gov
lbercovich@epicor.com
ppascuzzi@ffwplaw.com
gchico@ferraiuoli.com
mark.wilson@fisherbroyles.com
patricia.fugee@fisherbroyles.com
dlwright@foley.com
kcatanese@foley.com
msmall@foley.com
tscannell@foley.com
aguon@foxrothschild.com
plabov@foxrothschild.com
thoran@foxrothschild.com
mhall@foxrothschild.com
mherz@foxrothschild.com
nreid@foxswibel.com
jfrank@fgllp.com
jkleinman@fgllp.com
deggert@freeborn.com
brad.eric.scheler@friedfrank.com
scott.luftglass@friedfrank.com
peter.siroka@friedfrank.com
tking@fbtlaw.com
rgold@fbtlaw.com

awebb@fbtlaw.com
pmartin@fmdlegal.com
lbrymer@fmdlegal.com
gseitz@gsbblaw.com
mgensburg@gcklegal.com
btheisen@gibbonslaw.com
nsongonuga@gibbonslaw.com
hcohen@gibbonslaw.com
dcampbell@ghclaw.com
tnixon@gklaw.com
tomf@goldmclaw.com
jflaxer@golenbock.com
mweinstein@golenbock.com
gfox@goodwinlaw.com
bbazian@goodwinlaw.com
mgoldstein@goodwinlaw.com
wweintraub@goodwinlaw.com
searsnotice@gouldratner.com
drosner@goulstonstorrs.com
thoffmann@goulstonstorrs.com
phillip.bohl@gpmlaw.com
tannweiler@greerherz.com
jfigueiredo@hahnhessen.com
ahalperin@halperinlaw.net
lgu@halperinlaw.net
dlieberman@halperinlaw.net
joia.johnson@hanes.com
howard.upchurch@hanes.com
ktompsett@harrisbeach.com
sodonnell@herrick.com
sselbst@herrick.com
ssmith@herrick.com
msekowski@herrick.com
elio@higgslaw.com
cfenlon@hinckleyallen.com
arthur.rosenberg@hklaw.com
Marc.Antonecchia@hklaw.com
barbra.parlin@hklaw.com
elvin.ramos@hklaw.com
jose.casal@hklaw.com
jjalemany@hklaw.com
llichtman@honigman.com
chris.gartman@hugheshubbard.com
bgross@HuntonAK.com
mlegge@huntonak.com
ghesse@huntonak.com

caleb.holzaepfel@huschblackwell.com
lynn.butler@huschblackwell.com
Daniel.Swetnam@icemiller.com
taxcollector@co.imperial.ca.us
alex.macias@impremedia.com
jgildea@interactions.com
Mimi.M.Wong@irscounsel.treas.gov
Mimi.M.Wong@irscounsel.treas.gov
Bankruptcy2@ironmountain.com
hgj@jasneflorio.com
dlk@jasneflorio.com
brownsvalleyorchards@aol.com
elkinj@mac.com
robert.honeywell@klgates.com
atureaud@kblaw.com
tkorkhov@kellerrohrback.com
KDWBankruptcyDepartment@KelleyDrye.com
bfeder@kelleydrye.com
jacarlino@kslnlaw.com
ssouthard@klestadt.com
lkiss@klestadt.com
kurtzman@kurtzmansteady.com
brunnquellw@lanepowell.com
dgragg@langleybanack.com
jfifarek@laskyfifarek.com
rzucker@lasserhochman.com
christopher.harris@lw.com
rakim.johnson@lw.com
peter.gilhuly@lw.com
ted.dillman@lw.com
gillazarus@gmail.com
kevin@ksnpc.com
william.fennell@fennelllaw.com
luralene.schultz@fennelllaw.com
office@fennelllaw.com
cgruen@gruenlaw.com
dtabachnik@dttlaw.com
pstarkesq@gmail.com
hlazarus@lazarusandlazarus.com
harlan.lazarus@gmail.com
ilan.markus@leclairryan.com
niclas.ferland@leclairryan.com
janice.grubin@leclairryan.com
alex.chase@leclairryan.com
jjorissen@losgs.com
sanantonio.bankruptcy@publicans.com

dallas.bankruptcy@publicans.com
houston_bankruptcy@publicans.com
jfarnum@linowes-law.com
jmueller@lippes.com
braynor@lockelord.com
asmith@lockelord.com
ira.greene@lockelord.com
jfroehlich@lockelord.com
sbryant@lockelord.com
bbuechler@lowenstein.com
echafetz@lowenstein.com
bnathan@lowenstein.com
dmiller@lubinolson.com
mamendola@martynlawfirm.com
david@mhlaw-ny.com
tleday@mvbalaw.com
sbodker@mcdowellrice.com
jbernstein@mdmc-law.com
nleonard@mdmc-law.com
bmcgrath@mcglinchey.com
kromano@mcglinchey.com
mchaney@mcglinchey.com
raguilar@mcglinchey.com
rcerone@mcglinchey.com
hjschwartz@mckoolsmith.com
dmeegan@mhksacto.com
cjm@msf-law.com
nkenworthy@mrrlaw.net
cprice@milbank.com
RLiubicic@milbank.com
sdnyecf@dor.mo.gov
ssmith@mwlaw.com
laura.mccarthy@morganlewis.com
neil.herman@morganlewis.com
smiller@morrisjames.com
cmiller@mnat.com
jbarsalona@mnat.com
jmarines@mofo.com
bbutterfield@mofo.com
bankruptcy@morrisoncohen.com
mro@prbankruptcy.com
bradley.schneider@mto.com
thomas.walper@mto.com
dperry@munsch.com
pmurphy@murphyrosen.com
dcsillag@murphyrosen.com

kcordry@naag.org
jody.bedenbaugh@nelsonmullins.com
shane.ramsey@nelsonmullins.com
enid.stuart@ag.ny.gov
cdesiderio@nixonpeabody.com
dsklar@nixonpeabody.com
rpedone@nixonpeabody.com
cmomjian@attorneygeneral.gov
rachel.obaldo@oag.texas.gov
richard.morrissey@usdoj.gov
paul.schwartzberg@usdoj.gov
apetrakov@offitkurman.com
smetz@offitkurman.com
victoria.garry@ohioattorneygeneral.gov
sokeefe@okeefelc.com
dpatrick@omm.com
jtaylor@omm.com
mkremer@omm.com
mfechik@orrick.com
rdaversa@orrick.com
paul@orshanpa.com
lily@pacogarment.com
chipford@parkerpoe.com
leslieplaskon@paulhastings.com
andrewtenzer@paulhastings.com
shlomomaza@paulhastings.com
pbasta@paulweiss.com
kcornish@paulweiss.com
lclayton@paulweiss.com
sbuergel@paulweiss.com
rbritton@paulweiss.com
jhurwitz@paulweiss.com
jaffeh@pepperlaw.com
listwakk@pepperlaw.com
ecobb@pbfcm.com
jbanks@pbfcm.com
ecobb@pbfcm.com
lmbkr@pbfcm.com
osonik@pbfcm.com
dpick@picklaw.net
jon@piercemccoy.com
rsteinberg@pricemeese.com
searsteam@primeclerk.com
serviceqa@primeclerk.com
lr@pryormandelup.com
rlp@pryormandelup.com

mhofsdal@pryorcashman.com
susheelkirpalani@quinnemanuel.com
jonpickhardt@quinnemanuel.com
andrewcorkhill@quinnemanuel.com
matthewscheck@quinnemanuel.com
ellisonmerkel@quinnemanuel.com
cfilardi@rrlawpc.com
greiss@reisspreuss.com
etikkanen@reisspreuss.com
cpugatch@rprslaw.com
hmagaliff@r3mlaw.com
kflorey@robbins-schwartz.com
nsmith@robbins-schwartz.com
Robert.e.michael.esq@gmail.com
Aron.hume@gmail.com
fbr@robinsonbrog.com
rms@robinsonbrog.com
gregg.galardi@ropesgray.com
kimberly.kodis@ropesgray.com
sam.ashuraey@ropesgray.com
james.wilton@ropesgray.com
patricia.chen@ropesgray.com
ssally@ropesgray.com
joshua.sturm@ropesgray.com
nicholas.berg@ropesgray.com
timothy.farrell@ropesgray.com
srosen@rosenpc.com
prubin@rubinlawllc.com
mamato@rmfpc.com
skelly@s-d.com
mmccann@swc-law.com
rabiuso@swc-law.com
jweinblatt@sakar.com
cbelmonte@ssbb.com
asnow@ssbb.com
pbosswick@ssbb.com
LFacopoulos@schiffhardin.com
secbankruptcy@sec.gov
NYROBankruptcy@sec.gov
bankruptcynoticeschr@sec.gov
ashmead@sewkis.com
alves@sewkis.com
emfox@seyfarth.com
rhermann@sbwh.law
mkish@sbwh.law
jshafer@sbwh.law

floridaservice@sbwh.law
fsosnick@shearman.com
sara.coelho@shearman.com
afeld@sheppardmullin.com
tcohen@sheppardmullin.com
rreinert@shutts.com
rtucker@simon.com
mshriro@singerlevick.com
dplon@sirlinlaw.com
Paul.Leake@skadden.com
Shana.Elberg@skadden.com
George.Howard@skadden.com
enotices@skijain.com
pstrok@swelawfirm.com
rkinas@swlaw.com
bk@svllaw.com
darolf@sorlinglaw.com
pmryan@sorlinglaw.com
mary.callahan@bnymellon.com
mary.callahan@bnymellon.com
tonder@stark-stark.com
jlemkin@stark-stark.com
charles.chamberlin@nebraska.gov
cp@stevenslee.com
thomas.salerno@stinson.com
streusand@slollp.com
khansen@stroock.com
jcanfield@stroock.com
sbhattacharyya@stroock.com
mklein@ssbny.com
pkslyne@ssbny.com
dietdericha@sullcrom.com
zylberbergd@sullcrom.com
dkupetz@sulmeyerlaw.com
ckwu@sulmeyerlaw.com
lawyer@surilawoffice.com
bsattin@szaferman.com
Riela@thsh.com
aconway@taubman.com
tf@lawtaf.com
Starr.Judith@pbgc.gov
mccarron.william@pbgc.gov
efile@pbgc.gov
joe@saracheklawfirm.com
mtsang@tsanglawfirm.com
Curtis.Tuggle@ThompsonHine.com

ltirelli@tw-lawgroup.com
powerwangtxks@vip.126.com
AGBankNewYork@ag.tn.gov
dtobias@tobiaslawpc.com
jpruski@trainorfairbrook.com
kay.brock@traviscountytx.gov
David.Jones6@usdoj.gov
Jeffrey.Oestericher@usdoj.gov
Joseph.Cordaro@usdoj.gov
Carina.Schoenberger@usdoj.gov
Lawrence.Fogelman@usdoj.gov
Peter.Aronoff@usdoj.gov
Linda.Riffkin@usdoj.gov
jdunn@vedderprice.com
ketzel@vedderprice.com
mschein@vedderprice.com
marva.m.levine@verizon.com
notice@waldrepllp.com
sfalanga@walsh.law
gtoering@wnj.com
Dclarke@wjslaw.com
ray.schrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com
JeriLeigh.Miller@weil.com
jessica.liou@weil.com
Paloma.VanGroll@weil.com
Jared.Friedmann@weil.com
Jessie.Mishkin@weil.com
mbrofman@weisszarett.com
sfink@weltman.com
vandermarkj@whiteandwilliams.com
klewis@wtplaw.com
sgerald@wtplaw.com
bankruptcy@evict.net
awilliams@williamsadvisors.com
alipkin@willkie.com
gbrunswick@willkie.com
phealy@wsfsbank.com
scimalore@wilmingtontrust.com
david.tillem@wilsonelser.com
ncwitte@wittelaw.com
saron@wrslawyers.com
tom@attorneyzim.com

## SCHEDULE B – VIA FIRST CLASS MAIL

BST International Fashion Ltd.
Attn: A.R. Shrinivasan
Managing Director
39 Wang Kwong Rd.
Ste 2301B, Skyline Tower
Kowloon Bay Kowloon, Hong Kong

U.S. Trustee
Attn: Paul Schwartzberg, Esq.
Region 2,
201 Varick Street, Suite 1006,
New York, New York 10014
(Office of the United States Trustee)

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
(Debtors)