**LOCKHART GARDENS, INC.**
P.O. Box 7020
St. Thomas, VI 00801

Telephone: (340) 776-1900    Fax: (340) 776-1940

# Statement

Date:  10-Apr-2019

Payment:

Building:  Lockhart Gardens Shopping Center
Unit:  A-1
Business Phone:  () 774-4046
Cell Phone:
Fax:

**Kmart #7793**

Sears Holdings Corp. - Dept. 824RE
3333 Beverly Road
Hoffman Estates,  IL   60179

Page: 1

| Date | Description | Reference | Amount | Applied | Balance |
|---|---|---|---:|---:|---:|
| 15-May-2018 | Water | Utility: Water MeterID: KMAR 950    40941 | 776.00 | -726.29 | 49.71 |
| 15-Jun-2018 | Water | Utility: Water MeterID: KMAR 950    41208 | 1,068.00 | 0.00 | 1,117.71 |
| 15-Aug-2018 | Water | Utility: Water MeterID: KMAR 950    41808 | 592.00 | 0.00 | 1,709.71 |
| 24-Sep-2018 | Water | Utility: Water MeterID: KMAR 950    42228 | 480.00 | 0.00 | 2,189.71 |
| 15-Oct-2018 | Water | Utility: Water MeterID: KMAR 950    42544 | 364.00 | 0.00 | 2,553.71 |
| 17-Dec-2018 | Water | Utility: Water MeterID: KMAR 950    43014 | 728.00 | 0.00 | 3,281.71 |
| 31-Dec-2018 | % Rent | Percentage Rent    43299 | 127,341.79 | -27,212.77 | 103,410.73 |
| 31-Dec-2018 | % Rent | Percentage Rent - Reverse incorr    43299 REV | -127,341.79 | 0.00 | -23,931.06 |
| 31-Dec-2018 | % Rent | Percentage Rent - Revised Overa    43615 | 135,018.27 | 0.00 | 111,087.21 |
| 15-Feb-2019 | Water | Utility: Water MeterID: KMAR 950    43453 | 1,176.00 | 0.00 | 112,263.21 |
| 22-Feb-2019 | P/T Annual | Property Tax Annual - 2018    43354 | 33,543.57 | 0.00 | 145,806.78 |
| 15-Mar-2019 | Water | Utility: Water MeterID: KMAR 950    43764 | 228.00 | 0.00 | 146,034.78 |
| **Current** | **31 - 60 Days** | **61 - 90 Days** | **91+ Days** | | **Amount Due** |
| $228.00 | $34,719.57 | $0.00 | $111,087.21 | | $146,034.78 |

# Invoice

**LOCKHART GARDENS, INC.**
P.O. Box 7020
St. Thomas, VI 00801

Federal Tax # 66-0591732
State Tax # 66-0591732

**Invoice #** 41808
Date: 15-Aug-2018

Telephone: (340) 776-1900    Fax: (340) 776-1940

Building: Lockhart Gardens Shopping Center
Unit: A-1

**Kmart #7793**
Sears Holdings Corp. - Dept. 824RE
3333 Beverly Road
Hoffman Estates,   IL   60179

Business Phone: () 774-4046
Cell Phone:
Fax:

Page: 10

| Description | Amount |
|---|---|
| Water Meters | $592.00 |

**Service Address:**    #1, #1A, #1B & #3 10th Street Unit #    **Meter Number** KMAR 95045279
**Service Period - From:** 15-Jul-2018    To: 15-Aug-2018    Days: 31

| Present Reading | Previous Reading | Usage | Conversion 1 | Conversion 2 | Total Usage | Billing Units |
|---|---|---|---|---|---|---|
| 8099600 | 8084800 | 14800 | 1 | 1 | 14,800.0 | Gallons |

Water Reimbursement    14,800.0 @ 0.040000    $592.00

Water Meters  Payment Due by 03-Sep-2018   Total Charge:    $592.00

**Kmart Corporation #7793**
#1, #1A, #1B & #3 10th Street  #A-1

St. Thomas, VI   00802

**Invoice Total Amount Due**    $592.00

# Invoice

**LOCKHART GARDENS, INC.**
P.O. Box 7020
St. Thomas, VI 00801

Telephone: (340) 776-1900    Fax: (340) 776-1940

Federal Tax # 66-0591732
State Tax # 66-0591732

Invoice # 43453
Date: 15-Feb-2019

Building: Lockhart Gardens Shopping Center
Unit: A-1

**Kmart #7793**
Sears Holdings Corp. - Dept. 824RE
3333 Beverly Road
Hoffman Estates, IL   60179

Business Phone: () 774-4046
Cell Phone:
Fax:

Page: 11

| Description | Amount |
|---|---|
| Water Meters | $1,176.00 |

**Service Address:**   #1, #1A, #1B & #3 10th Street Unit #     **Meter Number** KMAR 95045279
**Service Period - From:** 17-Dec-2018   To: 15-Feb-2019   Days: 60

| Present Reading | Previous Reading | Usage | Conversion 1 | Conversion 2 | Total Usage | Billing Units |
|---|---|---|---|---|---|---|
| 8179100 | 8149700 | 29400 | 1 | 1 | 29,400.0 | Gallons |

Water Reimbursement                    29,400.0 @ 0.040000         $1,176.00
Water Meters  Payment Due by 01-Mar-2019   Total Charge:   $1,176.00

**Kmart Corporation #7793**
#1, #1A, #1B & #3 10th Street  #A-1

St. Thomas, VI  00802

**Invoice Total Amount Due**    $1,176.00

# Invoice

**LOCKHART GARDENS, INC.**
P.O. Box 7020
St. Thomas, VI 00801

Telephone: (340) 776-1900    Fax: (340) 776-1940

Federal Tax #  66-0591732
State Tax #  66-0591732

Invoice #  41208
Date:  15-Jun-2018

Building:  Lockhart Gardens Shopping Center
Unit:  A-1

**Kmart #7793**
Sears Holdings Corp. - Dept. 824RE
3333 Beverly Road
Hoffman Estates,  IL  60179

Business Phone:  () 774-4046
Cell Phone:
Fax:

Page:  11

| Description | Amount |
|---|---|
| Water Meters | $1,068.00 |

**Service Address:**    #1, #1A, #1B & #3 10th Street Unit #      **Meter Number** KMAR 95045279
**Service Period - From:** 15-May-2018   To: 15-Jun-2018   Days: 31

| Present Reading | Previous Reading | Usage | Conversion 1 | Conversion 2 | Total Usage | Billing Units |
|---|---|---|---|---|---|---|
| 8056700 | 8030000 | 26700 | 1 | 1 | 26,700.0 | Gallons |

Water Reimbursement       26,700.0 @ 0.040000    $1,068.00
Water Meters Payment Due by 02-Jul-2018    Total Charge:    $1,068.00

**Kmart Corporation #7793**
#1, #1A, #1B & #3 10th Street  #A-1

St. Thomas, VI  00802

**Invoice Total Amount Due**    $1,068.00



P.O. Box 7020
St. Thomas, U.S. Virgin Islands 00801-4090
Voice: 340-776-1900 ■ Fax: 340-776-1940
Website: www.lockhartgardensvi.com

February 21, 2019

Sears Holdings
Property Tax Dept.; B2-110A
3333 Beverly Road
Hoffman Estates, IL 60179

       RE:  Store #7793 -St. Thomas, USVI

Dear Client:

We have received the bills for the 2018 Real Estate Taxes assessed on Lockhart Gardens Shopping Center.  We have enclosed an invoice for Kmart's proportionate share of 2018 Real Estate Taxes.

In accordance with Section 3.6 of your Lease Agreement, the amount owed by Kmart is calculated as follows:

| | | | | | |
|---|---|---|---|---|---|
| Real Estate Tax Bill - 2018 (copies enclosed) | | | $65,581.89 | | |
| Less:  Land lease | | | (987.59) | | |
| Adjusted Property Taxes | | | $64,594.30 | | |
| | | | | | |
| Kmart's Share: | $64,594.30 | x | 60,000 / 115,541 | = | $33,543.57 |

Please remit payment on the attached invoice within 30 days.  Do not hesitate to call us if we can be of any further assistance.

Sincerely,

*Debbie Brathwaite*

Debbie Brathwaite
Controller

enclosures

cc:      Marna Green, Property Manager



**GOVERNMENT OF
THE UNITED STATES VIRGIN ISLANDS
OFFICE OF THE LIEUTENANT GOVERNOR
TAX ASSESSOR'S OFFICE**
No. 5049 Kongens Gade #18
Charlotte Amalie, St. Thomas, Virgin Islands 00802-6487

Pay Online: propertytax.vi.gov

RECEIVED JUL 0 9 2018

### NOTICE OF CHANGE OF ASSESSMENT AND REAL PROPERTY TAX BILL

Dear Property Owner,

Your 2018 Notice of Change of Assessment and Real Property Tax Bill has been prepared in a two-part format. If you had an overpayment from your 2017 tax bill, this bill reflects a prepayment. Please pay Balance Due listed below. If there is still an overpayment the additional credit will be applied towards the 2019 tax bill. Wastewater User Fees charges and any outstanding property taxes are explained on the reverse side of this bill.

You may now pay your property tax bill online at http://propertytax.vi.gov; or, a return envelope is enclosed for your convenience. If you choose to pay your bill by mail, tear off the lower portion of the tax bill and return it in the enclosed return envelope with your check or money order made payable to the GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS. DO NOT SEND CASH.

You may also pay in person by cash, check, money order, or credit card (MasterCard or Visa). The cashier will retain the lower section of your bill.

**THE DUE DATE OF THE REAL PROPERTY TAX BILL IS JULY 28, 2018. PAY BY SEPTEMBER 28, 2018 TO AVOID BECOMING DELINQUENT AND INCURRING LATE PAYMENT CHARGES OF ONE (1) PERCENT PER MONTH.**

You may file an INFORMAL REVIEW (IR) with the Tax Assessor's Office in your district within 45 calendar days after the issuance of the tax bill by sending an IR Form to propertytaxreview@ltg.vi.gov. You may also mail in the IR Form or you are also invited to visit the Tax Assessor's Office in your district where you can file the IR. Call (340) 776-8505 or visit us at www.ltg.gov.vi for details.

VIC, T 33, § 2451, if aggrieved with this assessment, you may file a FORMAL appeal to the Board of Tax Review, Department of Finance.

ACT 7984 established a minimum tax of $360 due for any real property with exemptions and credits and Commercial real property to include buildings with five units or more, effective January 1, 2018

2018 REAL PROPERTY BILLS ARE SENT TO THE OWNER AS OF JANUARY 1, 2018.

## 2018    NOTICE OF CHANGE OF ASSESSMENT AND REAL PROPERTY TAX BILL    2018
### GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS
### St. Thomas

| DESCRIPTION OF PROPERTY | | | | | | | PARCEL NUMBER | | |
|---|---|---|---|---|---|---|---|---|---|
| 3-10TH STREET, KMART STORE NEW QTR | | | | | | | 1-05503-0101-00 | | |
| ASSESSED LAND | ASSESSED IMPROVEMENT | ASSESSED TOTAL | AMOUNT OF TAX | LESS CREDITS | TAX AMOUNT DUE | WASTEWATER USER FEE | AMOUNT DUE | PREPAYMENTS | BALANCE DUE |
| 1,071,300 | 5,138,800 | 6,210,100 | 44,153.81 | 0.00 | 44,153.81 | 0.00 | 44,153.81 | 0.00 | 44,153.81 |

Bill issuance date: Thursday, June 28, 2018

TAX RATE  .007110

TAX CREDITS APPLIED

LOCKHART GARDENS, INC
PO Box 7020
St Thomas, VI 00801

REMAINING CREDIT

## 2018    NOTICE OF CHANGE OF ASSESSMENT AND REAL PROPERTY TAX BILL    2018
### GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS
### St. Thomas

Remittance Copy

| DESCRIPTION OF PROPERTY | | | | | | | PARCEL NUMBER | | |
|---|---|---|---|---|---|---|---|---|---|
| 3-10TH STREET, KMART STORE NEW QTR | | | | | | | 1-05503-0101-00 | | |
| ASSESSED LAND | ASSESSED IMPROVEMENT | ASSESSED TOTAL | AMOUNT OF TAX | LESS CREDITS | TAX AMOUNT DUE | WASTEWATER USER FEE | AMOUNT DUE | PREPAYMENTS | BALANCE DUE |
| 1,071,300 | 5,138,800 | 6,210,100 | 44,153.81 | 0.00 | 44,153.81 | 0.00 | 44,153.81 | 0.00 | 44,153.81 |

Bill issuance date: Thursday, June 28, 2018

TAX RATE  .007110

TAX CREDITS APPLIED

LOCKHART GARDENS, INC
PO Box 7020
St Thomas, VI 00801

REMAINING CREDIT



**GOVERNMENT OF
THE UNITED STATES VIRGIN ISLANDS
OFFICE OF THE LIEUTENANT GOVERNOR
TAX ASSESSOR'S OFFICE**
No. 5049 Kongens Gade #18
Charlotte Amalie, St. Thomas, Virgin Islands 00802-6487

Pay Online: propertytax.vi.gov

RECEIVED JUL 0 9 2018

### NOTICE OF CHANGE OF ASSESSMENT AND REAL PROPERTY TAX BILL

Dear Property Owner,

Your 2018 Notice of Change of Assessment and Real Property Tax Bill has been prepared in a two-part format. If you had an overpayment from your 2017 tax bill, this bill reflects a prepayment. Please pay Balance Due listed below. If there is still an overpayment the additional credit will be applied towards the 2019 tax bill. Wastewater User Fees charges and any outstanding property taxes are explained on the reverse side of this bill

You may now pay your property tax bill online at http://propertytax.vi.gov; or, a return envelope is enclosed for your convenience. If you choose to pay your bill by mail, tear off the lower portion of the tax bill and return it in the enclosed return envelope with your check or money order made payable to the GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS. DO NOT SEND CASH.

You may also pay in person by cash, check, money order, or credit card (MasterCard or Visa). The cashier will retain the lower section of your bill.

**THE DUE DATE OF THE REAL PROPERTY TAX BILL IS JULY 28, 2018. PAY BY SEPTEMBER 28, 2018 TO AVOID BECOMING DELINQUENT AND INCURRING LATE PAYMENT CHARGES OF ONE (1) PERCENT PER MONTH.**

You may file an INFORMAL REVIEW (IR) with the Tax Assessor's Office in your district within 45 calendar days after the issuance of the tax bill by sending an IR Form to propertytaxreview@ltg.vi.gov. You may also mail in the IR Form or you are also invited to visit the Tax Assessor's Office in your district where you can file the IR. Call (340) 776-8505 or visit us at www.ltg.gov.vi for details.

VIC, T 33, § 2451, if aggrieved with this assessment, you may file a FORMAL appeal to the Board of Tax Review, Department of Finance.

ACT 7984 established a minimum tax of $360 due for any real property with exemptions and credits and Commercial real property to include buildings with five units or more, effective January 1, 2018

2018 REAL PROPERTY BILLS ARE SENT TO THE OWNER AS OF JANUARY 1, 2018.

**2018**    NOTICE OF CHANGE OF ASSESSMENT AND REAL PROPERTY TAX BILL
GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS
St. Thomas    **2018**

| DESCRIPTION OF PROPERTY | | | | | | | PARCEL NUMBER | | |
|---|---|---|---|---|---|---|---|---|---|
| 1A-10TH ST. EST. THOMAS(GRAND UN NEW QTR | | | | | | | 1-05503-0103-00 | | |
| ASSESSED LAND | ASSESSED IMPROVEMENT | ASSESSED TOTAL | AMOUNT OF TAX | LESS CREDITS | TAX AMOUNT DUE | WASTEWATER USER FEE | AMOUNT DUE | PREPAYMENTS | BALANCE DUE |
| 812,500 | 786,600 | 1,599,100 | 11,369.60 | 0.00 | 11,369.60 | 0.00 | 11,369.60 | 0.00 | 11,369.60 |

Bill issuance date: Thursday, June 28, 2018

TAX RATE  .007110

TAX CREDITS APPLIED

LOCKHART GARDENS, INC
PO Box 7020
St Thomas, VI 00801

REMAINING CREDIT

**2018**    NOTICE OF CHANGE OF ASSESSMENT AND REAL PROPERTY TAX BILL
GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS
St. Thomas    **2018**

Remittance Copy

| DESCRIPTION OF PROPERTY | | | | | | | PARCEL NUMBER | | |
|---|---|---|---|---|---|---|---|---|---|
| 1A-10TH ST. EST. THOMAS(GRAND UN NEW QTR | | | | | | | 1-05503-0103-00 | | |
| ASSESSED LAND | ASSESSED IMPROVEMENT | ASSESSED TOTAL | AMOUNT OF TAX | LESS CREDITS | TAX AMOUNT DUE | WASTEWATER USER FEE | AMOUNT DUE | PREPAYMENTS | BALANCE DUE |
| 812,500 | 786,600 | 1,599,100 | 11,369.60 | 0.00 | 11,369.60 | 0.00 | 11,369.60 | 0.00 | 11,369.60 |

Bill issuance date: Thursday, June 28, 2018

TAX RATE  .007110

TAX CREDITS APPLIED

LOCKHART GARDENS, INC
PO Box 7020
St Thomas, VI 00801

REMAINING CREDIT



**GOVERNMENT OF
THE UNITED STATES VIRGIN ISLANDS
OFFICE OF THE LIEUTENANT GOVERNOR
TAX ASSESSOR'S OFFICE
No. 5049 Kongens Gade #18
Charlotte Amalie, St. Thomas, Virgin Islands 00802-6487**

Pay Online: propertytax.vi.gov

RECEIVED JUL 0 9 2018

## NOTICE OF CHANGE OF ASSESSMENT AND REAL PROPERTY TAX BILL

Dear Property Owner,

Your 2018 Notice of Change of Assessment and Real Property Tax Bill has been prepared in a two-part format. If you had an overpayment from your 2017 tax bill, this bill reflects a prepayment. Please pay Balance Due listed below. If there is still an overpayment the additional credit will be applied towards the 2019 tax bill. Wastewater User Fees charges and any outstanding property taxes are explained on the reverse side of this bill.

You may now pay your property tax bill online at http://propertytax.vi.gov; or, a return envelope is enclosed for your convenience. If you choose to pay your bill by mail, tear off the lower portion of the tax bill and return it in the enclosed return envelope with your check or money order made payable to the GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS. DO NOT SEND CASH.

You may also pay in person by cash, check, money order, or credit card (MasterCard or Visa). The cashier will retain the lower section of your bill.

THE DUE DATE OF THE REAL PROPERTY TAX BILL IS JULY 28, 2018. PAY BY SEPTEMBER 28, 2018 TO AVOID BECOMING DELINQUENT AND INCURRING LATE PAYMENT CHARGES OF ONE (1) PERCENT PER MONTH.

You may file an INFORMAL REVIEW (IR) with the Tax Assessor's Office in your district within 45 calendar days after the issuance of the tax bill by sending an IR Form to propertytaxreview@lgo.vi.gov. You may also mail in the IR Form or you are also invited to visit the Tax Assessor's Office in your district where you can file the IR. Call (340) 776-8505 or visit us at www.ltg.gov.vi for details.

VIC, T 33, § 2451, if aggrieved with this assessment, you may file a FORMAL appeal to the Board of Tax Review, Department of Finance.

ACT 7984 established a minimum tax of $360 due for any real property with exemptions and credits and Commercial real property to include buildings with five units or more, effective January 1, 2018

2018 REAL PROPERTY BILLS ARE SENT TO THE OWNER AS OF JANUARY 1, 2018.

**2018**    NOTICE OF CHANGE OF ASSESSMENT AND REAL PROPERTY TAX BILL
GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS
St. Thomas    **2018**

| DESCRIPTION OF PROPERTY | | | | | | | PARCEL NUMBER | | |
|---|---|---|---|---|---|---|---|---|---|
| 1B & 1A-1A-10TH STREET 6A NEW QTR | | | | | | | 1-05503-0102-00 | | |
| ASSESSED LAND | ASSESSED IMPROVEMENT | ASSESSED TOTAL | AMOUNT OF TAX | LESS CREDITS | TAX AMOUNT DUE | WASTEWATER USER FEE | AMOUNT DUE | PREPAYMENTS | BALANCE DUE |
| 367,500 | 891,400 | 1,258,900 | 8,950.78 | 0.00 | 8,950.78 | 1,107.70 | 10,058.48 | 0.00 | 10,058.48 |

Bill issuance date: Thursday, June 28, 2018

TAX RATE .007110

TAX CREDITS APPLIED

H. E. LOCKHART DEVP. INC.
PO Box 7020
St Thomas, VI 00801

REMAINING CREDIT

**2018**    NOTICE OF CHANGE OF ASSESSMENT AND REAL PROPERTY TAX BILL
GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS
St. Thomas    **2018**

Remittance Copy

| DESCRIPTION OF PROPERTY | | | | | | | PARCEL NUMBER | | |
|---|---|---|---|---|---|---|---|---|---|
| 1B & 1A-1A-10TH STREET 6A NEW QTR | | | | | | | 1-05503-0102-00 | | |
| ASSESSED LAND | ASSESSED IMPROVEMENT | ASSESSED TOTAL | AMOUNT OF TAX | LESS CREDITS | TAX AMOUNT DUE | WASTEWATER USER FEE | AMOUNT DUE | PREPAYMENTS | BALANCE DUE |
| 367,500 | 891,400 | 1,258,900 | 8,950.78 | 0.00 | 8,950.78 | 1,107.70 | 10,058.48 | 0.00 | 10,058.48 |

Bill issuance date: Thursday, June 28, 2018

TAX RATE .007110

TAX CREDITS APPLIED

H. E. LOCKHART DEVP. INC.
PO Box 7020
St Thomas, VI 00801

REMAINING CREDIT



**GOVERNMENT OF
THE UNITED STATES VIRGIN ISLANDS
OFFICE OF THE LIEUTENANT GOVERNOR
TAX ASSESSOR'S OFFICE**
No. 5049 Kongens Gade #18
Charlotte Amalie, St. Thomas, Virgin Islands 00802-6487

Pay Online: propertytax.vi.gov

RECEIVED JUL 0 9 2018

## NOTICE OF CHANGE OF ASSESSMENT AND REAL PROPERTY TAX BILL

Dear Property Owner,

Your 2018 Notice of Change of Assessment and Real Property Tax Bill has been prepared in a two-part format. If you had an overpayment from your 2017 tax bill, this bill reflects a prepayment. Please pay Balance Due listed below. If there is still an overpayment the additional credit will be applied towards the 2019 tax bill. Wastewater User Fees charges and any outstanding property taxes are explained on the reverse side of this bill.

You may now pay your property tax bill online at http://propertytax.vi.gov; or, a return envelope is enclosed for your convenience. If you choose to pay your bill by mail, tear off the lower portion of the tax bill and return it in the enclosed return envelope with your check or money order made payable to the GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS. DO NOT SEND CASH.

You may also pay in person by cash, check, money order, or credit card (MasterCard or Visa). The cashier will retain the lower section of your bill.

THE DUE DATE OF THE REAL PROPERTY TAX BILL IS JULY 28, 2018. PAY BY SEPTEMBER 28, 2018 TO AVOID BECOMING DELINQUENT AND INCURRING LATE PAYMENT CHARGES OF ONE (1) PERCENT PER MONTH.

You may file an INFORMAL REVIEW (IR) with the Tax Assessor's Office in your district within 45 calendar days after the issuance of the tax bill by sending an IR Form to propertytaxreview@ltg.vi.gov. You may also mail in the IR Form or you are also invited to visit the Tax Assessor's Office in your district where you can file the IR. Call (340) 776-8505 or visit us at www.ltg.gov.vi for details.

VIC, T 33, § 2451, if aggrieved with this assessment, you may file a FORMAL appeal to the Board of Tax Review, Department of Finance.

ACT 7984 established a minimum tax of $360 due for any real property with exemptions and credits and Commercial real property to include buildings with five units or more, effective January 1, 2018

2018 REAL PROPERTY BILLS ARE SENT TO THE OWNER AS OF JANUARY 1, 2018.

### 2018 — NOTICE OF CHANGE OF ASSESSMENT AND REAL PROPERTY TAX BILL — GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS — St. Thomas — 2018

| DESCRIPTION OF PROPERTY | | | | | | | PARCEL NUMBER | | |
|---|---|---|---|---|---|---|---|---|---|
| THOMAS ESTATE 1B&1A-1A-10th ST. 6A NEW QTR | | | | | | | 1-05503-0134-00 | | |
| ASSESSED LAND | ASSESSED IMPROVEMENT | ASSESSED TOTAL | AMOUNT OF TAX | LESS CREDITS | TAX AMOUNT DUE | WASTEWATER USER FEE | AMOUNT DUE | PREPAYMENTS | BALANCE DUE |
| 14,700 | 0 | 14,700 | 104.52 | 0.00 | 104.52 | 0.00 | 104.52 | 0.00 | 104.52 |

Bill issuance date: Thursday, June 28, 2018

TAX RATE .007110

TAX CREDITS APPLIED

LOCKHART GARDENS, INC
PO Box 7020
St Thomas, VI 00801

REMAINING CREDIT

---

### 2018 — NOTICE OF CHANGE OF ASSESSMENT AND REAL PROPERTY TAX BILL — GOVERNMENT OF THE UNITED STATES VIRGIN ISLANDS — St. Thomas — 2018

Remittance Copy

| DESCRIPTION OF PROPERTY | | | | | | | PARCEL NUMBER | | |
|---|---|---|---|---|---|---|---|---|---|
| THOMAS ESTATE 1B&1A-1A-10th ST. 6A NEW QTR | | | | | | | 1-05503-0134-00 | | |
| ASSESSED LAND | ASSESSED IMPROVEMENT | ASSESSED TOTAL | AMOUNT OF TAX | LESS CREDITS | TAX AMOUNT DUE | WASTEWATER USER FEE | AMOUNT DUE | PREPAYMENTS | BALANCE DUE |
| 14,700 | 0 | 14,700 | 104.52 | 0.00 | 104.52 | 0.00 | 104.52 | 0.00 | 104.52 |

Bill issuance date: Thursday, June 28, 2018

TAX RATE .007110

TAX CREDITS APPLIED

LOCKHART GARDENS, INC
PO Box 7020
St Thomas, VI 00801

REMAINING CREDIT