# Statement

Tutu Park, Ltd.
4605 Tutu Park Mall
Suite 254
St Thomas, VI  00802

| Date |
|---|
| 4/10/2019 |

Bill To

Kmart - Sears Holding Cor
Department 824RE
3333 Beverly Road
Hoffman Estates, IL 60179

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 11/01/2017 | Monthly Rent/Lease Charge - November 2017 | 58,629.92 | 58,629.92 |
| 12/01/2017 | Monthly Rent/Lease Charge - December 2017 balance | 29,945.39 | 88,575.31 |
| 03/07/2018 | INV #121517-4. Orig. Amount $6,337.69. cost of sewage line emergency at Kmart, Oct-Nov 2016 | 6,337.69 | 94,913.00 |
| 05/26/2018 | CAM Bill for 2016, parking lot | 67,309.19 | 162,222.19 |
| 08/24/2018 | August water bill | 1,205.50 | 163,427.69 |
| 09/12/2018 | 2018 R/E Tax | 55,938.57 | 219,366.26 |
| 10/02/2018 | September water bill | 1,107.45 | 220,473.71 |
| 10/28/2018 | October water bill | 904.77 | 221,378.48 |
| 10/29/2018 | CAM Bill for 2017, parking lot | 69,052.54 | 290,431.02 |
| 12/17/2018 | PMT #140049479. | -11,954.01 | 278,477.01 |
| 02/21/2019 | Water Utility Usage | 1,142.35 | 279,619.36 |
| 03/15/2019 | Water Utility Usage | 1,308.83 | 280,928.19 |
| 03/22/2019 | CAM Bill for Jan - Oct. 14, 2018, parking lot | 62,733.09 | 343,661.28 |
| 03/22/2019 | CAM Bill for Oct. 15 - Dec. 31, 2018, parkiing lot | 17,049.41 | 360,710.69 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 17,049.41 | 64,041.92 | 1,142.35 | 0.00 | 278,477.01 | $360,710.69 |

Tutu Park Mall

Kmart

CAM 2018

| | | | |
|---|---:|---:|---:|
| CAM Security Payroll | 451,935.13 | | |
| CAM Maintenance Payroll | 256,055.40 | | |
| | 707,990.53 | | |
| | 25% | | |
| 25% allocated to 'outside' | | 176,997.63 | |
| CAM Parking Lot Maintenance | | 34,726.92 | |
| CAM Landscaping | | 2,073.27 | |
| CAM Parking Lot Cleaning | | 44,200.08 | |
| Total 'outside' expenses | | | 257,997.90 |
| Kmart portion | | | 30.9237% |
| Amount Due | | | 79,782.50 |

| | |
|---|---:|
| January 1, 2018 – October 14, 2018 | 62,733.09 |
| October 15, 2018 – December 31, 2018 | 17,049.41 |
| Total 2018 CAM Billing Adjustments | 79,782.50 |

1