# EXHIBIT A

**EXHIBIT A**

## Cure Amounts for Sears Holdings Corporation Lease
## for Space in Mark Plaza Held by Mark Plaza Fifty L.P.

| Location | Mark Plaza | | Attorney Fees[3] | $10,000.00 |
|---|---|---|---|---|
| | **Landlord's Cure Calculation**[1] | | **Interest**[2] | **Landlord's Total Cure Amount** |
| Rent and Charges: | | | | |
| 8/1/2012 | $550.16 | Commercial Rent | $370.64 | $920.80 |
| 9/14/2018 | $14,457.44 | School Tax | $0.00 | $14,457.44 |
| 12/10/2018 | ($1,278.98) | Percentage Rent | $0.00 | ($1,278.98) |
| 12/17/2018 | ($3,089.54) | Unapplied Cash | $0.00 | ($3,089.54) |
| | $27,480.50 | Percentage Rent | $0.00 | $27,480.50 |
| | $38,119.58 | | $370.64 | $38,490.22 |
| **Total Due:** | | $48,490.22 | | |

---

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 04-25-19 (Hearing Date).

3  Includes attorneys fees and costs accrued through 02-11-19. Landlord will supplement with final attorneys fee and cost amounts when available.

# EXHIBIT B

**EXHIBIT B**

| Alternate BU | Tenant Entity | Legal Entity Name | Store Number | GL Date | Bill Code | Name - Remark | Date Range Billed | Gross Amt | Total Amt Due on Acct as of 4/19/19 | Pre-Petition Charges thru 10/14/18 | Post-Petition Charges 10/15-Present | Lease Expiration Date | Original Lease Start Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 511201 - Coastal Way | Sears Holding Corp. (18-23538) | Brixmor GA Coastal Way LLC | Sears #2485 | 10/17/2018 | STX | Hernando, FL | 9/1/17-8/31/18 | 1,097.32 | 1,097.32 | 1,097.32 | | 8/31/2020 | 8/9/2000 |
| 511201 - Coastal Way | Sears Holding Corp. (18-23538) | Brixmor GA Coastal Way LLC | Sears #2485 | 10/17/2018 | QCAM | CAM Reconciliation | 9/1/17-8/31/18 | 17,417.75 | 17,417.75 | 17,417.75 | - | 8/31/2020 | 8/9/2000 |
| | | | | | | TOTALS | | 18,515.07 | 18,515.07 | 18,515.07 | - | | |

# EXHIBIT C

**EXHIBIT C**

## Cure Amounts for Sears Holdings Corporation Lease
## for Space in Lancaster Mall (Store 2715) Held by Lancaster Properties 52, LLC

| **Location** | Lancaster Mall (Store 2715) | | **Attorney Fees**[3] | $10,000.00 |
|---|---|---|---|---|
| | **Landlord's Cure Calculation**[1] | | **Interest**[2] | **Landlord's Total Cure Amount** |
| **Rent and Charges:** | | | | |
| 10/22/2018 | $13,379.79 | Tax Reconciliation | $0.00 | $13,379.79 |
| 3/28/2019 | $9,586.14 | HVAC Maintenance & repair | $0.00 | $9,586.14 |
| | $22,965.93 | | $0.00 | $22,965.93 |

**Total Due:**  $32,965.93

---

1 Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2 Interest calculated at 10% from the due date through 04-25-19 (Hearing Date).

3 Includes attorneys fees and costs accrued through 02-11-19. Landlord will supplement with final attorneys fee and cost amounts when available.

# EXHIBIT D

**EXHIBIT D**

Tenant: Kmart Corporation t/a Kmart
Guarantor: None
Security Deposit: None
Landlord: FR Assembly Row, LLC
Assembly Square, Somerville, MA
Date: April 26, 2019
Chapter 11 File Date: October 15, 2018
Lease Expiration Date:   October 31, 2020

**Pre-petition**

|  |  |  |
|---|---|---|
| 8/14/18 | 2017 CAM Year End Adjustment | (41,354.49) |
| 9/19/18 | 2018 Annual RE Taxes (287 days) | 322,436.27 |
| 2/27/19 | 2018 CAM Year End Adjustment (287 days) | (22,056.78) |
| Total: |  | 259,025.00 |

**Post-petition**

|  |  |  |
|---|---|---|
| 1/2/19 | Check #0140059496 | (1,316.40) |
| 2/27/19 | 2018 CAM Year End Adjustment (78 days) | (5,994.52) |
| 2/27/19 | Jan 2019 CAM Monthly Adjustment | (1,640.68) |
| 2/27/19 | Feb 2019 CAM Monthly Adjustment | (1,640.68) |
| 3/4/19 | Balance of Check | (1,640.68) |
| 4/2/19 | Balance of Check | (1,640.68) |
| Total: |  | (13,873.64) |

**Total:**                                                                              245,151.36

# EXHIBIT E

**EXHIBIT E**

Tenant: Sears Roebuck & Co. t/a Sears  
Guarantor: None  
Security Deposit: None  
Landlord: FR Hastings Ranch, LLC  
Hasting Ranch Plaza, Pasadena, CA  
Date: April 26, 2019  
Chapter 11 File Date: October 15, 2018  
Lease Expiration Date:   April 29, 2024  

**Pre-petition**

|  |  |  |
|---|---|---|
| 9/21/18 | PRO 2017 CAM Year End Adjustment (1/1 - 4/2017) | (1,534.39) |
| 9/19/18 | 2017 CAM Year End Adjustment (4 - 12/31/2017) | 15,314.64 |

Total:                                                                                            13,780.25

**Post-petition**

|  |  |  |
|---|---|---|
| 1/1/19 | Monthly CAM Balance | 1,833.33 |
| 2/1/19 | Monthly CAM Balance | 1,833.33 |
| 3/1/19 | Monthly CAM Balance | 1,833.33 |
| 4/1/19 | Monthly CAM Balance | 1,833.33 |
| 4/1/19 | Check | (0.75) |
| 4/8/19 | Check | (4.69) |

Total:                                                                                             7,327.88

**Total:**                                                                                        21,108.13

# EXHIBIT F

**EXHIBIT F**

## Cure Amounts for Sears Holdings Corporation Lease
## for Space in 1701 Normantown Rd., Romeoville, IL (8871) Held by Hart I-55 Industrial, LLC

| Location | Romeoville I | | Attorney Fees[3] | $10,000.00 |
|---|---|---|---|---|
| | Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure Amount |
| Rent and Charges: | | | | |
| 4/1/2019 | $10,083.39 | April Rent Short-pay | $0.00 | $10,083.39 |
| | $10,083.39 | | $0.00 | $10,083.39 |
| **Total Due:** | | | **$20,083.39** | |

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 04-25-19 (Hearing Date:).

3  Includes attorneys fees and costs accrued through 02-11-19. Landlord will supplement with final attorneys fee and cost amounts when available.