# E X H I B I T   G

**EXHIBIT  G**

## Cure Amounts for Sears Holdings Corporation Lease
### for Space in 1801 Normantown Rd., Romeoville, IL (8934) Held by Hart I-55 Industrial, LLC

| Location | Romeoville II | | Attorney Fees[3] | $10,000.00 |
|---|---|---|---|---|

| | Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Rent and Charges:** | | | | |
| 11/28/2016 | ($15,475.71) | Balance on Account | $0.00 | ($15,475.71) |
| 3/1/2018 | $856.30 | Real Estate Tax Short-pay | $53.25 | $909.55 |
| 4/1/2018 | $5,183.00 | Real Estate Tax | $278.32 | $5,461.32 |
| 5/1/2018 | $31,099.80 | Real Estate Tax (5/18 - 10/18) | $1,178.60 | $32,278.40 |
| 11/1/2018 | $39.78 | Real Estate Tax Short-pay | $1.75 | $41.53 |
| 12/1/2018 | $39.78 | Real Estate Tax Short-pay | $1.43 | $41.21 |
| 1/1/2019 | $39.78 | Real Estate Tax Short-pay | $1.09 | $40.87 |
| 1/1/2019 | ($426.00) | CAM Adjustment | $0.00 | ($426.00) |
| 1/1/2019 | ($237.00) | Real Estate Tax Adjustment | $0.00 | ($237.00) |
| 1/7/2019 | ($61.00) | Prepay | $0.00 | ($61.00) |
| 2/1/2019 | $39.78 | Real Estate Tax Short-pay | $0.00 | $39.78 |
| 2/1/2019 | ($426.00) | CAM Adjustment | $0.00 | ($426.00) |
| 2/1/2019 | ($237.00) | Real Estate Tax Adjustment | $0.00 | ($237.00) |
| 2/5/2019 | ($61.00) | Prepay | $0.00 | ($61.00) |
| 3/4/2019 | ($197.22) | Prepay | $0.00 | ($197.22) |
| 3/6/2019 | ($487.00) | Prepay | $0.00 | ($487.00) |
| 4/1/2019 | $1,461.00 | CAM Short-pay | $10.86 | $1,471.86 |
| 4/1/2019 | $591.66 | Real Estate Tax Short-pay | $13.55 | $605.21 |
| | **$21,742.95** | | **$1,538.85** | **$23,281.80** |

**Total Due:**          **$33,281.80**

---

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 04-25-19 (Hearing Date:).

3  Includes attorneys fees and costs accrued through 02-11-19.  Landlord will supplement with final attorneys fee and cost amounts when available.

# E X H I B I T    H

**EXHIBIT  H**

**Cure Amounts for Sears Holdings Corporation Lease**
**for Space in Green Acres Mall Held by Brooks Shopping Centers, LLC**

| Location | Green Acres Mall | | Attorney Fees[3] | $10,000.00 |
|---|---|---|---|---|
| | Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure Amount |
| Rent and Charges: | | | | |
| 10/12/2013 | $2,445.33 | Property Taxes | $1,354.65 | $3,799.98 |
| 10/12/2013 | $840.52 | Property Taxes | $465.63 | $1,306.15 |
| 10/12/2013 | $829.99 | Property Taxes | $459.79 | $1,289.78 |
| 12/12/2013 | $2,516.07 | Property Taxes | $1,351.78 | $3,867.85 |
| 2/26/2014 | $818.80 | Property Taxes | $422.86 | $1,241.66 |
| 5/12/2014 | $2,777.29 | Property Taxes | $1,377.23 | $4,154.52 |
| 7/12/2014 | $703.75 | Property Taxes | $337.22 | $1,040.97 |
| 9/13/2014 | $2,122.88 | Property Taxes - Prior Year Reconciliation | $0.00 | $2,122.88 |
| 11/21/2014 | $2,610.92 | Property Taxes | $1,156.67 | $3,767.59 |
| 4/12/2015 | $926.74 | Property Taxes | $374.50 | $1,301.24 |
| 6/26/2015 | $136.99 | Property Taxes - Prior Year Reconciliation | $52.54 | $189.53 |
| 5/28/2016 | $7,319.72 | Property Taxes | $2,131.74 | $9,451.46 |
| 7/15/2016 | ($13,201.18) | Property Taxes - Prior Year Reconciliation | $0.00 | ($13,201.18) |
| 8/24/2016 | $22.16 | Property Taxes | $5.92 | $28.08 |
| 8/25/2017 | $22.17 | Property Taxes - Prior Year Reconciliation | $0.00 | $22.17 |
| 9/11/2017 | $1,573.15 | Property Taxes | $255.15 | $1,828.30 |
| 7/20/2018 | $4,308.75 | Property Taxes - Prior Year Reconciliation | $0.00 | $4,308.75 |
| 7/20/2018 | $928.03 | CAM - Prior Year Reconciliation | $71.19 | $999.22 |
| 7/26/2018 | $525.17 | Property Taxes | $39.42 | $564.59 |
| 11/25/2018 | $308,228.59 | Property Taxes | $12,835.82 | $321,064.41 |
| 2/27/2019 | $195,738.14 | Property Taxes | $3,110.36 | $198,848.50 |
| | $522,193.98 | | $25,802.47 | $547,996.45 |
| **Total Due:** | | **$557,996.45** | | |

---

1   Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2   Interest calculated at 10% from the due date through 04-25-19 (Hearing Date).

3   Includes attorneys fees and costs accrued through 02-11-19. Landlord will supplement with final attorneys fee and cost amounts when available.

# E X H I B I T   J

**EXHIBIT  J**

## Cure Amounts for Sears Holdings Corporation Lease
## for Space in Paradise Valley Mall Held by Paradise Valley SPE LLC

| Location | Paradise Valley Mall | | Attorney Fees[3] | $10,000.00 |
|---|---|---|---|---|

| Rent and Charges: | Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| 7/23/2018 | ($11,265.96) | 2017 Property Taxes Reconciliation | $0.00 | ($11,265.96) |
| 7/23/2018 | ($326.71) | Tax on 2017 Property Taxes Reconciliation | $0.00 | ($326.71) |
| 4/24/2019 | $239,046.57 | 2018 Tax Reconciliation | $0.00 | $239,046.57 |
| | $227,453.90 | | $0.00 | $227,453.90 |
| Total Due: | | $237,453.90 | | |

1   Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2   Interest calculated at 10% from the due date through 04-25-19 (Hearing Date).

3   Includes attorneys fees and costs accrued through 02-11-19.  Landlord will supplement with final attorneys fee and cost amounts when available.

# E X H I B I T    K

**EXHIBIT  K**

**Cure Amounts for Sears Holdings Corporation Lease**
**for Space in The Mall of Victor Valley Held by Macerich Victor Valley LP**

| Location | The Mall of Victor Valley | | Attorney Fees[3] | $10,000.00 |
|---|---|---|---|---|
| | **Landlord's** | | | **Landlord's** |
| | | | | **Total Cure** |
| | **Cure Calculation[1]** | | **Interest[2]** | **Amount** |
| **Rent and Charges:** | | | | |
| 12/12/2018 | $27,514.47 | Property Taxes Short-pay | $1,017.66 | $28,532.13 |
| 4/11/2019 | $47,760.92 | Property Taxes Short-pay | $196.28 | $47,957.20 |
| | $75,275.39 | | $1,213.94 | $76,489.33 |
| **Total Due:** | | **$86,489.33** | | |

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 04-25-19 (Hearing Date).

3  Includes attorneys fees and costs accrued through 02-11-19.  Landlord will supplement with final attorneys fee and cost amounts when available.

# EXHIBIT  L

**EXHIBIT  L**

## Cure Amounts for Sears Holdings Corporation Lease
### for Space in  Hanford Mall by Passco Hanford Mall, LLC

| Location | Hanford Mall | | Attorney Fees[3] | $10,000.00 |
|---|---|---|---|---|

| | Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| Rent and Charges: | | | | |
| 4/10/2019 | $29,656.18 | Real Estate Taxes | | $29,656.18 |
| | $29,656.18 | | $0.00 | $29,656.18 |
| Total Due: | | $39,656.18 | | |

---

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 04-25-19 (Hearing Date:).

3  Includes attorneys fees and costs accrued through 02-11-19.  Landlord will supplement with final attorneys fee and cost amounts when available.

# E X H I B I T    M

**EXHIBIT  M**

## Cure Amounts for Sears Holdings Corporation Lease
### for Space in The Mall at Whitney Field Held by VCG Whitney Field, LLC

**Location**   The Mall at Whitney Field            **Attorney Fees**[3]   $10,000.00

| | Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Rent and Charges:** | | | | |
| 9/19/2018 | $100.00 | Tenant Billback | $6.00 | $106.00 |
| 11/27/2018 | $45,777.73 | Real Estate Tax | $1,881.28 | $47,659.01 |
| 4/17/2019 | $39,035.78 | Real Estate Tax | | $39,035.78 |
| 3/29/2019 | $100.00 | Tenant Billback | | $100.00 |
| 3/29/2019 | $100.00 | Tenant Billback | | $100.00 |
| 4/10/2019 | $100.00 | Tenant Billback | | $100.00 |
| | **$85,213.51** | | **$1,887.28** | **$87,100.79** |

**Total Due:**               **$97,100.79**

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 04-25-19 (Hearing Date:).

3  Includes attorneys fees and costs accrued through 02-11-19.  Landlord will supplement with final attorneys fee and cost amounts when available.