# Exhibit A



Union Center Realty, LLC
952 Wilkes Barre Township Boulevard
Wilkes - Barre, PA 18702

April 26, 2019

Sears Holding Corp.
Property Tax Dept: B2-110A
3333 Beverly Road
Hoffman Estates, IL 60179

**ATTENTION:** Property Tax Department

**REGARDING:** Kmart #3268
910 Wilkes Barre Township Boulevard
Wilkes - Barre, PA 18702

Enclosed are the following documents for your review:

- Summary of Balances Due to Union Center Realty Company LLC: **Total $61,179.77**
- Statement Detailing the **2018 PAST DUE Balance Owed of $42,642.99**
- Statement Detailing the 2019 Current Amount Due of $18,536.78

In accordance with the terms of your lease all balances due for the outstanding balances detailed on the attached statements are due upon receipt.

**The 2018 Outstanding Balance of $42,642.99 is 230 DAYS PAST DUE
as of the date of this correspondence.**

If you have any questions or need additional information regarding this matter, please do not hesitate to contact me at 570-704-4223 extension 211 or our Attorney Morris Raub at 570-704-4257 extension 106.

Thank you.

Sincerely,

*Andrea Gussett*

Andrea Gussett
Accounting Department

cc: Attorney Morris Raub
cc: Sally Shipierski, CFO

**UNION CENTER REALTY LLC**
**952 WILKES-BARRE TWP BLVD**
**WILKES-BARRE PA  18702**

| INVOICE | 2019 CTY TAX |
|---|---|
| Date | 4/18/2019 |

**Customer:**

SEARS HOLDING CORP
3333 BEVERLY ROAD
BC-131A
HOFFMAN ESTATES IL   60179

| Purchase Order | Customer ID | Salesperson ID | Shipping Method | Payment Terms ID |
|---|---|---|---|---|
|  | KMA110 |  |  | FIRST OF MONTH |

Description:
2019 CTY TAX

Amount: $16,040.73

| | |
|---|---|
| Subtotal | $16,040.73 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Payment | $0.00 |
| Total Due | $16,040.73 |

**PAYMENT DUE UPON RECEIPT**

Bill Date: 02/04/2019

Wilkes-Barre Township Tax Collector
150 Watson Street
Wilkes-Barre, PA 18702

Telephone: 570-208-4635 Ext. 103    Email: mariaz831@live.com

126052-2

69-I10 -00A-08C-000 1265
UNION CENTER REALTY LLC
952 WILKES BARRE TWP BLVD
WILKES BARRE, PA 18702

2019 COUNTY & MUNICIPAL
REAL ESTATE TAX BILL
Wilkes-Barre Township – Luzerne County

Control No: 69019-1
Tax Bill No: 1265
Parcel Number: 69-I10 -00A-08C-000
Approx. Property Loc.: ROUTE 00309
Property Description: 69-C-2-R-D68-2-D1-2

Assessment:
 Land =      600000
 Building = 1200000
 Total =    1800000

*Office Hours:*
MONDAY THRU FRIDAY 8:30AM TO 3:30PM.
CHECKS MADE PAYABLE TO WILKES BARRE TWP
CHECKS AND MONEY ORDERS ONLY NO CASH

RECEIVED FEB 13 '19

No Partial Payments Accepted

---

2019 COUNTY & MUNICIPAL REAL ESTATE TAX BILL
Wilkes-Barre Township – Luzerne County
Parcel Number: 69-I10 -00A-08C-000

Control No: 69019-1
TAXPAYER COPY
Tax Bill No: 1265

| Tax Description | Assessment | Rate | Discount (−$272.71) | Face | Penalty (+$1363.57) |
|---|---|---|---|---|---|
| County R/E | 1800000 | 5.97540 | $ 10540.61 | $ 10755.72 | $ 11831.29 |
| Municipal R/E |  | 1.60000 | $ 2822.40 | $ 2880.00 | $ 3168.00 |

Payment requested from:
UNION CENTER REALTY LLC
952 WILKES BARRE TWP BLVD
WILKES BARRE, PA 18702

If paying after December 15th: Only official bank checks or certified checks will be accepted.

PAY THIS AMOUNT ➔

| IF PAID BY 04/03/2019 | IF PAID BY 06/03/2019 | IF PAID AFTER 06/03/2019 |
|---|---|---|
| $ 13363.01 | $ 13635.72 | $ 14999.29 |

Liens Will Be Filed After: 12/31/2019
For a receipt, please return entire bill with payment and a self-addressed stamped envelope.

Payable to: Wilkes-Barre Township Tax Collector
150 Watson Street, Wilkes-Barre, PA 18702

2 13 19

---

2019 COUNTY & MUNICIPAL REAL ESTATE TAX BILL
Wilkes-Barre Township – Luzerne County
Parcel Number: 69-I10 -00A-08C-000

Control No: 69019-1
TAX COLLECTOR COPY
Tax Bill No: 1265

| Tax Description | Assessment | Rate | Discount (−$272.71) | Face | Penalty (+$1363.57) |
|---|---|---|---|---|---|
| County R/E | 1800000 | 5.97540 | $ 10540.61 | $ 10755.72 | $ 11831.29 |
| Municipal R/E |  | 1.60000 | $ 2822.40 | $ 2880.00 | $ 3168.00 |

yment requested from:
UNION CENTER REALTY LLC
952 WILKES BARRE TWP BLVD
WILKES BARRE, PA 18702

If paying after December 15th: Only official bank checks or certified checks will be accepted.

PAY THIS AMOUNT ➔

| IF PAID BY 04/03/2019 | IF PAID BY 06/03/2019 | IF PAID AFTER 06/03/2019 |
|---|---|---|
| $ 13363.01 | $ 13635.72 | $ 14999.29 |

Liens Will Be Filed After: 12/31/2019
For a receipt, please return entire bill with payment and a self-addressed stamped envelope.

Payable to: Wilkes-Barre Township Tax Collector
150 Watson Street, Wilkes-Barre, PA 18702

Bill Date: 02/04/2019

Wilkes-Barre Township Tax Collector
150 Watson Street
Wilkes-Barre, PA 18702

Telephone: 570-208-4635 Ext. 103    Email: mariaz831@live.com

T17 B27 P ********SINGLE-PIECE
69-I10  -00A-08B-000 1264
UNION CENTER REALTY LLC
952 WILKES BARRE TWP BLVD
WILKES BARRE, PA 18702

2019 COUNTY & MUNICIPAL
REAL ESTATE TAX BILL
Wilkes-Barre Township – Luzerne County

Control No: 69019-1
Tax Bill No: 1264
Parcel Number: 69-I10  -00A-08B-000
Approx. Property Loc.: ROUTE 00309
Property Description: 69-C-2-R-D58-D2-2

Assessment:
    Land =        700000
    Building =         0
    Total =       700000

Office Hours:
MONDAY THRU FRIDAY 8:30AM TO 3:30PM.
CHECKS MADE PAYABLE TO WILKES BARRE TWP
CHECKS AND MONEY ORDERS ONLY NO CASH

RECEIVED FEB 13 2019

No Partial Payments Accepted

---

**2019 COUNTY & MUNICIPAL REAL ESTATE TAX BILL**
Wilkes-Barre Township – Luzerne County
Parcel Number: 69-I10  -00A-08B-000

Control No: 69019-1
TAXPAYER COPY
Tax Bill No: 1264

| Tax Description | Assessment | Rate | Discount (-$106.06) | Face | Penalty (+$530.28) |
|---|---|---|---|---|---|
| County R/E | 700000 | 5.97540 | $ 4099.12 | $ 4182.78 | $ 4601.06 |
| Municipal R/E |  | 1.60000 | $ 1097.60 | $ 1120.00 | $ 1232.00 |

If paying after December 15th: Only official bank checks or certified checks will be accepted.

PAY THIS AMOUNT ➡

OK (illegible initials)
2-13-19

| IF PAID BY 04/03/2019 | IF PAID BY 06/03/2019 | IF PAID AFTER 06/03/2019 |
|---|---|---|
| $ 5196.72 | $ 5302.78 | $ 5833.06 |

Liens Will Be Filed After: 12/31/2019
For a receipt, please return entire bill with payment and a self-addressed stamped envelope.

Payment requested from:
UNION CENTER REALTY LLC
952 WILKES BARRE TWP BLVD
WILKES BARRE, PA 18702

Payable to:  Wilkes-Barre Township Tax Collector
    150 Watson Street, Wilkes-Barre, PA 18702

---

**2019 COUNTY & MUNICIPAL REAL ESTATE TAX BILL**
Wilkes-Barre Township – Luzerne County
Parcel Number: 69-I10  -00A-08B-000

Control No: 69019-1
TAX COLLECTOR COPY
Tax Bill No: 1264

| Tax Description | Assessment | Rate | Discount (-$106.06) | Face | Penalty (+$530.28) |
|---|---|---|---|---|---|
| County R/E | 700000 | 5.97540 | $ 4099.12 | $ 4182.78 | $ 4601.06 |
| Municipal R/E |  | 1.60000 | $ 1097.60 | $ 1120.00 | $ 1232.00 |

If paying after December 15th: Only official bank checks or certified checks will be accepted.

PAY THIS AMOUNT ➡

| IF PAID BY 04/03/2019 | IF PAID BY 06/03/2019 | IF PAID AFTER 06/03/2019 |
|---|---|---|
| $ 5196.72 | $ 5302.78 | $ 5833.06 |

Liens Will Be Filed After: 12/31/2019
For a receipt, please return entire bill with payment and a self-addressed stamped envelope.

yment requested from:
UNION CENTER REALTY LLC
952 WILKES BARRE TWP BLVD
WILKES BARRE, PA 18702

Payable to:  Wilkes-Barre Township Tax Collector
    150 Watson Street, Wilkes-Barre, PA 18702

UNION CENTER REALTY LLC                                                                                    2141

| Vendor ID | Name | Payment Number | Check Date | Document Number |
|---|---|---|---|---|
| WIL110 | WILKES-BARRE TWP TAX COLLEC | 00000000000001172 | 2/15/2019 | 2141 |

| Our Voucher Number | Date | Amount | Amount Paid | Discount | Net Amount Paid |
|---|---|---|---|---|---|
| 19 CTY TAX #1264 | 2/15/2019 | $5,196.72 | $5,196.72 | $0.00 | $5,196.72 |
| 19 CTY TAX #1265 | 2/15/2019 | $13,363.01 | $13,363.01 | $0.00 | $13,363.01 |
|  |  | $18,559.73 | $18,559.73 | $0.00 | $18,559.73 |

UNION CENTER REALTY LLC
952 WILKES-BARRE TWP BLVD
WILKES-BARRE PA 18702

| INVOICE | WVSA (3268) |
|---|---|
| Date | 4/18/2019 |

**Customer:**

SEARS HOLDING CORP
3333 BEVERLY ROAD
BC-131A
HOFFMAN ESTATES IL 60179

| Purchase Order | Customer ID | Salesperson ID | Shipping Method | Payment Terms ID |
|---|---|---|---|---|
|  | KMA110 |  |  | FIRST OF MONTH |

| Description: | Amount |
|---|---|
| WVSA (3268) | $1,420.73 |

**PAYMENT DUE UPON RECEIPT**

| Subtotal | $1,420.73 |
|---|---|
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Payment | $0.00 |
| Total Due | $1,420.73 |



**WYOMING VALLEY SANITARY AUTHORITY**
PO BOX 33A
WILKES-BARRE PA 18703-1333

CT NO. ████████666-0

SW-TIER 3  QTR 1  YR 19
75  SERVICE LOCATION
DUTE 309(3268)
125.0   175920
ITARY QUARTERLY   412.19
RMWATER QUARTERLY   875.90

PAYMENT OPTIONS
RTERLY SANITARY & YEARLY STORMWATER
H 4% DISCOUNT   3908.29

RTERLY SANITARY & QUARTERLY STORMWATER
1420.73
E ON   4/29/19
N COST

IP THIS PORTION FOR YOUR RECORDS

| MC | ACCOUNT NO. | | | ADDRESS SERVICE REQUESTED | PRESORTED FIRST CLASS MAIL U.S. POSTAGE PAID WILKES-BARRE, PA PERMIT NO. 258 |
|---|---|---|---|---|---|
| 75 | ████████666-0 | | | | |
| UNITS | OWNER | BILL QTR. | YEAR | | |
| 1 | 3 | 1 | 19 | | |

1ST QUARTER PAYMENT OPTION TOTAL WITH 4% YEARLY STORMWATER DISCOUNT     3908.29  DUE ON  4/29/19

| PREVIOUS CHARGE | PENALTY | INTEREST | CURR SANITARY | CURR STORMWATER |
|---|---|---|---|---|
| 80.04 | 52.60 | | 412.19 | 875.90 |

STORMWATER CREDIT CODES APPLIED    SEE WVSA.ORG FOR DETAILS
TOTAL DUE ON  4/29/19    TOTAL DUE    1420.73

DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT | LIEN COST

UNION CENTER REALTY LLC
952 WILKES BARRE TWP BLVD
WILKES BARRE PA 18702-6162

**UNION CENTER REALTY LLC**
**952 WILKES-BARRE TWP BLVD**
**WILKES-BARRE PA   18702**

| INVOICE | WB SEWER FEE |
|---|---|
| Date | 4/18/2019 |

**Customer:**

SEARS HOLDING CORP
3333 BEVERLY ROAD
BC-131A
HOFFMAN ESTATES IL   60179

| Purchase Order | Customer ID | Salesperson ID | Shipping Method | Payment Terms ID |
|---|---|---|---|---|
| | KMA110 | | | FIRST OF MONTH |

| Description: | Amount |
|---|---|
| WB SEWER FEE | $1,075.32 |

**PAYMENT DUE UPON RECEIPT**

| | |
|---|---|
| Subtotal | $1,075.32 |
| Misc | $0.00 |
| Tax | $0.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Payment | $0.00 |
| Total Due | $1,075.32 |

| SEWER MAINTENANCE FEE |
| PO Box 1637 |
| Wilkes Barre PA 18703-1637 |
| (570) 825-5095 |

| ACCOUNT NO. |
| ▇▇▇▇▇666-0 |

| UNITS | MUNIC | BILL QTR | YEAR |
|---|---|---|---|
| 1 | 75 | 2 | 19 |

BALANCE DUE YEARLY PAYMENT

IF PAID ON OR BEFORE

Flow 55.0

| NET BILL | 1075.32 |
| DUE ON OR BEFORE | 5/28/19 |
| GROSS BILL | 1091.65 |
| DUE AFTER | 5/28/19 |
| LIEN COST | |
| SERVICE LOCATION | |
| ROUTE 309 (3268) | |

KEEP THIS PORTION FOR YOUR RECORDS

| UNITS | MUNIC | BILL QTR | YEAR | ADDRESS SERVICE REQUESTED | PRESORTED FIRST CLASS MAIL U.S. POSTAGE PAID WILKES-BARRE, PA PERMIT NO. 258 |
|---|---|---|---|---|---|
| 1 | 75 | 2 | 19 | | |

| BAL. DUE YRLY. PYMT. | | DUE ON OR BEFORE | |

| PREVIOUS CHARGE | PENALTY | INTEREST | CURRENT CHARGE |
|---|---|---|---|
| 869.06 | 36.07 | 6.93 | 163.26 |
| TOTAL DUE ON OR BEFORE | 5/28/19 | | 1075.32 |
| TOTAL DUE AFTER | 5/28/19 | | 1091.65 |

DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT | LIEN COST |

UNION CENTER REALTY LLC
952 WILKES BARRE TWP BLVD
WILKES BARRE PA 18702-6162