# Exhibit B

UNION CENTER REALTY LLC
952 WILKES-BARRE TOWNSHIP BLVD
WILKES-BARRE, PA 18702

**ACCOUNT STATEMENT:**     April 26, 2019

**ATTENTION:**
**PROPERTY MANAGMENT**
SEARS HOLDING CORP.
PROPERTY TAX DEPT: B2-110A
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179

| Summary of Balances Due to Union Center Realty LLC: | | |
|---|---:|---:|
| **2018 County & School Taxes:   230 Days Past Due** | | |
| *** Invoice billed 12/31/18 - 2018 Real Estate Taxes | $54,232.68 | |
| *** Check # ████9482  12/19/18 | ($11,589.39) | |
| **Past Due Balance for 2018** | | **$42,642.99** |
| 2019 County Tax Due: | | $16,040.73 |
| 2019 Sewer Fees Due: | | $2,496.05 |
| **Total Amount Due:** | | **$61,179.77** |