# Exhibit A



23240 Chagrin Blvd., Suite 410
Cleveland, Ohio 44122

RETURN SERVICE REQUESTE

CERTIFIED MAIL™

9171 9690 0935 0211 9940 41



NEOPOST          FIRST
04/16/2019
$005.60
ZIP 4412
041M11296

GARLLY ASSOCIATES LIMITED PARTNERSHIP
Attn: Facilities
477 South Rosemary Avenue 301
West Palm Beach FL 33401

# PRELIMINARY NOTICE

April 16, 2019

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

FROM:     **RYAD CONSULTING INC**
          10421 Big Canoe
          Jasper, GA 30143
          Attn: Randy May, CFO
          Tel: 770/650-8468 Fax:

TO:       **GARLLY ASSOCIATES LIMITED PARTNERSHIP**
          Attn: Facilities
          477 South Rosemary Avenue 301
          West Palm Beach FL 33401

          9171 9690 0935 0211 9940 41

TO:       **GARLLY ASSOCIATES LIMITED PARTNERSHIP**
          c/o Greyhawke Capital Advisors
          777 West Putnam Avenue 1st FL
          Greenwich CT 06830

          9171 9690 0935 0211 9940 58

TO:       **UNITED STATES CORPORATION COMPANY**
          Agent for GARLLY ASSOCIATES LIMITED PARTNERSHIP
          211 East 7th Street 620
          Austin TX 78701-3218

          9171 9690 0935 0211 9940 65

TO:       **SEARS HOLDINGS CORP SLS INC**
          Attn: Mike Mackie
          333 Beverly Road Dept A3-259B
          Hoffman Estates IL 60179-0001

          9171 9690 0935 0211 9940 72

TO:       **SEARS PROCUREMENT SERVICES INC**
          4849 Greenville Avenue 1000
          Dallas TX 75206-4166

          9171 9690 0935 0211 9940 89

TO:       **SEARS DC**
          c/o CONDUENT
          Sears Disbursements PO
          P O Box 30680
          Salt Lake City UT 84130

          9171 9690 0935 0211 9940 96

Ladies/Gentlemen:

In order to comply with the Revised Civil Statutes of Texas, Notice is hereby given that **RYAD CONSULTING INC**, has provided materials and/or labor at the request of **SEARS HOLDINGS CORP SLS INC**, for use in the following described real property:

**Sears, 2775 West Miller Road**
**City of Garland, County of Dallas, State of Texas**
**PIN 26-51330-001-01R-0000**

**RYAD CONSULTING INC** supplied the following materials and/or labor: (**engineering consulting**) for use in the construction / improvement of the above project. The materials and/or labor were furnished during the month(s) of January, 2019.

The balance due, or to become due, for the above materials and/or labor furnished is $7,978.19. In order for our rights to be preserved, it is necessary that we inform you that if the aforementioned sum should not be otherwise paid or settled, you may be personally liable and your property subjected to a Lien unless you take the precaution of withholding funds sufficient to pay that sum from payments due to your original contractor.

Our claim has accrued under the Sections 53.053 and/or 53.083 of the Texas Property Code and is past due under the terms of our contract. Notice is hereby given to you that RYAD CONSULTING INC will be compelled to assert its statutory and constitutional lien rights against the Project through the filing of Affidavits Claiming a Lien should this debt not otherwise be paid in full without further delay.

Also, please consider this as a formal request that we be notified of the filing of any Affidavits of Completion with regard to this project.

THIS NOTICE IS BEING SENT MERELY TO COMPLY WITH STATE LAW AND SHOULD NOT BE CONSTRUED AS A REFLECTION ON THE INTEGRITY OR CREDITWORTHINESS OF ANY OF THE PARTIES INVOLVED.

Sincerely,
RYAD CONSULTING INC

Date: April 16, 2019          By: _____
                                  Michael C. Brown, Authorized Agent

## SWORN STATEMENT OF ACCOUNT

Acting in the capacity of Authorized Agent for RYAD CONSULTING INC, I, Michael C. Brown, make this Affidavit and on oath, state that to the best of my knowledge and belief, RYAD CONSULTING INC, is owed or will be owed the amount of $7,978.19 for materials and/or labor furnished during the month(s) of January, 2019, to SEARS HOLDINGS CORP SLS INC in connection with the project known as Sears, 2775 West Miller Road, City of Garland, County of Dallas, State of Texas, PIN 26-51330-001-01R-0000, and that said amount is just and correct, and that all just and lawful offsets, payments and credits known to me have been allowed.

RYAD CONSULTING INC

By: _____
    Michael C. Brown, Authorized Agent

SWORN TO AND SUBSCRIBED before me by the said Michael C. Brown, this 16 April, 2019, to certify which witness my hand and seal of office.

JANICE E. HOTH
NOTARY PUBLIC
STATE OF OHIO

My Comm. Exp.
October 1, 2022

_____
Notary Public in and for the State of Ohio

This instrument prepared by:
Michael C. Brown, MCC, 23240 Chagrin Blvd 410, Cleveland, OH 44122, (216) 464-670

591506



# LienMaster®

Consultants to the Construction Industry

23240 Chagrin Blvd., Suite 410
Cleveland, Ohio 44122
Tel: (216) 464-6700
Fax: (216) 464-3840
www.lienmaster.com
info@lienmaster.com

April 16, 2019    **VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

FROM:        **RYAD CONSULTING INC**
             10421 Big Canoe
             Jasper GA 30143

TO:          **GARLLY ASSOCIATES LIMITED PARTNERSHIP**
             Attn: Facilities
             477 South Rosemary Avenue 301
             West Palm Beach FL 33401                    9171 9690 0935 0211 9940 41

TO:          **GARLLY ASSOCIATES LIMITED PARTNERSHIP**
             c/o Greyhawke Capital Advisors
             777 West Putnam Ave 1st FL
             Greenwich CT 06830                          9171 9690 0935 0211 9940 58

TO:          **UNITED STATES CORPORATION COMPANY**
             Agent for GARLLY ASSOCIATES LIMITED PARTNERSHIP
             211 East 7th Street 620
             Austin TX 78701-3218                        9171 9690 0935 0211 9940 65

TO:          **SEARS HOLDINGS CORP SLS INC**
             Attn: Mike Mackie
             333 Beverly Road Dept A3-259B
             Hoffman Estates IL 60179-0001               9171 9690 0935 0211 9940 72

TO:          **SEARS PROCUREMENT SERVICES INC**
             4849 Greenville Avenue 1000
             Dallas TX 75206-4166                        9171 9690 0935 0211 9940 89

TO:          **SEARS DC**
             c/o CONDUENT
             Sears Disbursements PO
             P O Box 30680
             Salt Lake City UT 84130                     9171 9690 0935 0211 9940 96

RE:          Claimant:     **RYAD CONSULTING INC**
             Project:      Sears Garland (TX)
             Amt Due:      **$7,978.19**
             Our File:     591506

Ladies/Gentlemen:

Pursuant to Chapter 53 of the Property Code of the Revised Civil Statutes of Texas, Notice is hereby given of the claim of **RYAD CONSULTING INC**, an **Ohio** corporation, in the sum set out in the Mechanic's and Materialman's Lien Affidavit and Claim attached hereto, for materials furnished to **SEARS HOLDINGS CORP SLS INC** with regard to said project, said materials having been used for improvements on the real property as described in the Lien Affidavit.

We are informed and believe that the above-mentioned project is located on real property owned by **GARLLY ASSOCIATES LIMITED PARTNERSHIP,** and **SEARS DC.**

The materials furnished by **RYAD CONSULTING INC** for use in construction on the aforesaid real property consist of **engineering consulting** as set forth in the Mechanic's and Materialman's Lien Affidavit and Claim.

In order to fully protect our client's interests in the payment of this indebtedness, a Lien is hereby claimed and asserted, and a Mechanic's and Materialman's Lien Affidavit and Claim identical to the one enclosed, is being filed with the County Clerk of **Dallas** County, Texas.

A copy of the Mechanic's and Materialman's Lien Affidavit and Claim claiming said Lien is enclosed herewith to you, as owner, pursuant to Chapter 53 of the Property Code of the Revised Civil Statutes of Texas.

Our claim has accrued under the Sections 53.053 and/or 53.083 of the Texas Property Code and is past due under the terms of our contract. Notice is hereby given to you that **RYAD CONSULTING INC** will be compelled to assert its statutory and constitutional lien rights against the Project through the Lien Affidavit should this debt not otherwise be paid in full without further delay.

As required by Chapter 53 of the Property Code of the Revised Civil Statutes of Texas, you are hereby notified as owner(s) of the property being improved that, if this bill remains unpaid, you may become personally liable and your property subject to the Lien, unless you withhold payments from the contract for payment of this claim or unless the bill is otherwise paid or settled.

Very truly yours,
**RYAD CONSULTING INC**

DATE: April 16, 2019

By:

Michael C. Brown
Authorized Agent

MCB:jh
Encl.

| | | |
|---|---|---|
| STATE OF OHIO | ] [ | MICHAEL C. BROWN |
| | ] [ | AS AGENT FOR |
| COUNTY OF CUYAHOGA | ] [ | **RYAD CONSULTING INC** |

BEFORE ME, the undersigned authority, on this day did personally appear MICHAEL C. BROWN ("Affiant"), who, being by me first duly sworn, states as follows:

1.   "The Affiant is the Agent of **RYAD CONSULTING INC**, 10421 Big Canoe, Jasper GA 30143, an Ohio corporation, and that he is authorized to make this Affidavit on behalf of the said **RYAD CONSULTING INC**, hereinafter called 'Claimant'."

2.   "That the Affiant has personal knowledge of the facts set forth in this Affidavit and is not disqualified from making this Affidavit or giving testimony therein."

3.   "That the Claimant has furnished materials and/or labor to improve the property herein described."

4.   "That **GARLLY ASSOCIATES LIMITED PARTNERSHIP**, Attn: Facilities, 477 South Rosemary Avenue 301, West Palm Beach FL 33401, and **GARLLY ASSOCIATES LIMITED PARTNERSHIP** c/o Greyhawke Capital Advisors, 777 West Putnam Ave 1st FL, Greenwich CT 06830 the owner(s) or reputed owner(s), and **SEARS HOLDINGS CORP SLS INC**, Attn: Mike Mackie, 333 Beverly Road Dept A3-259B, Hoffman Estates IL 60179-0001, and **SEARS PROCUREMENT SERVICES INC**, 4849 Greenville Avenue 1000, Dallas TX 75206-4166, and **SEARS DC**, c/o CONDUENT, Sears Disbursements PO, P O Box 30680, Salt Lake City UT 84130, reputed Lessee(s) of the real property herein described and the improvements located thereon."

5.   "That **RYAD CONSULTING INC**, 10421 Big Canoe, Jasper GA 30143 is the prime contractor on the job or that portion thereof for which the hereinafter materials and/or labor were furnished."

6.   "That said materials and/or labor were furnished during the months of **January, 2019 to SEARS HOLDINGS CORP SLS INC**, with regard to said project, said materials and/or labor having been furnished for improvements of that certain real property located in the City of Garland, County of **Dallas**, Texas, and described as follows:

**Sears, 2775 West Miller Road**
**City of Garland, County of Dallas, State of Texas**
**PIN 26-51330-001-01R-0000**
**See attached Legal Description-Exhibit A**

7.   "That there remains due and unpaid to Claimant **Seven Thousand Nine Hundred Seventy-eight and 19/100 Dollars ($7,978.19)**, which amount includes the total for materials and/or labor furnished."

8.   "That the Claimant did furnish said materials for use upon the real property, buildings and improvements, being **engineering consulting**, (in accordance with the invoices and/or statement of account, copies of which are attached hereto.")

9.   "That all just payments, credits and offsets have been allowed."

10.   "This Lien Claim for the above amount shown is upon the real property and the improvements described above."

11.   Preliminary Notice(s) was(were) sent via certified mail--return receipt requested to the owner(s) and prime contractor named herein on **January 10, 2019** ; and a copy of this claim was also mailed to the owner(s) and prime contractor via certified mail--return receipt requested on April 16, 2019.

**Mechanic's and Materialman's Lien Affidavit and Claim** – *Continued*  Page 8 of 10

"I have read the foregoing Affidavit and every fact stated therein is true and correct."

**RYAD CONSULTING INC**

April 16, 2019

By: _____

Michael C. Brown
Authorized Agent

STATE OF OHIO
COUNTY OF CUYAHOGA

SUBSCRIBED AND SWORN TO BEFORE ME, under my official hand and seal of office, this **16 April, 2019**.



JANICE E. HOTH
NOTARY PUBLIC
STATE OF OHIO
My Comm. Exp.
October 1, 2022

Notary Public _____

591506

STATE OF OHIO
COUNTY OF CUYAHOGA

BEFORE ME, the undersigned notary public, in and for said County and State, on this day personally appeared Michael C. Brown, Authorized Agent, for **RYAD CONSULTING INC**, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that the same was the act of said **RYAD CONSULTING INC**, an **Ohio** corporation, and that he executed the same as the act of such corporation for the purposes and consideration therein expressed, and the capacity therein stated.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, this **16 April, 2019**.

JANICE E. HOTH
NOTARY PUBLIC
STATE OF OHIO
My Comm. Exp.
October 1, 2022

Notary Public _____

## SCHEDULE A

### Description of Land

Lot 1R, Block 1 of SEARS INDUSTRIAL DISTRICT, NO. 3 REPLAT, a replat of the remainder of Lot 1, Block 1, SEARS INDUSTRIAL DISTRICT, NO. 3, an addition to the City of Garland, Texas according to the Plat thereof recorded as cc# 200600272358, Real Property Records of Dallas County, Texas



Page 10 of 10

RYAD Consulting Inc.

# INVOICE

**RYAD CONSULTING, INC**
10421 Big Canoe
Jasper, GA 30143
(770) 650-8468
FEI:        34-1773796
Vendor # :      102648
RA DUNS#    425005

Invoice No:    7025

Invoice Date: 01/10/19

Page:  1 of 1

**Bill To:**

Sears Holdings Corp., SLS, Inc.
3333 Beverly Road
Dept: A3-259B
Hoffman Estates, IL 60179
ATTN:  Mr. Mike Mackie

**Location:**

**UNIT # 45378**
DC Warehouse
Garland, TX
**ROOFING REPAIRS**
SHLOG#

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | Roof repairs completed week of January 7th on the Garland, TX facility, as requested by maintenance personnel. Repairs were completed, where required, on all roof levels. | $7,978.19 | |

**THANK YOU!**     **PAYABLE UPON RECEIPT**  **TOTAL DUE:**      **$7,978.19**

RYAD CONSULTING, INC., CONSULTING ENGINEERS
10421 Big Canoe Jasper, GA 30143
Phone: 770.330.1210
www.ryadconsulting.com