# EXHIBIT C

OSTER YORKTOWN PROPERTIES.  
P.O. BOX 1708  
429 SYLVAN AVENUE  
ENGLEWOOD CLIFFS, NJ 07632  

DATE:    1/29/2019  
ACCOUNT #    TA210003  

AMOUNT DUE: **$ 47,655.66**

SEARS HOLDING CORP./KMART # 9414  
RE DEPARTMENT BC-131A/ATTN: TAMMI BANASZAK  
3333 BEVERLY ROAD  
HOFFMAN ESTATES, IL 60179  

## COMMON AREA MAINTENANCE
## 07/2018-12/2018

DEAR TENANT:

IN ACCORDANCE WITH YOUR LEASE, YOUR CHARGE FOR CAM RECONCILIATION FROM 07/18 TO 12/2018 IS:  
**$ 47,655.66**

| | | |
|---|---|---:|
| BILLABLE AMOUNT: | $ | 69,270.97 |
| MULTIPLIED BY PROPORTIONATE SHARE %: | x | 57.33% |
| PROPORTIONATE SHARE OF BILLABLE AMOUNT: | $ | 39,713.05 |
| MULTIPLIED BY ADMIN FEE %: | x | 20.00% |
| ADMINISTRATIVE OVERHEAD: | $ | 7,942.61 |
| PROPORTIONATE SHARE OF BILLABLE AMOUNT: | $ | 39,713.05 |
| ADMINISTRATIVE OVERHEAD: | + $ | 7,942.61 |
| TOTAL AMOUNT DUE: | $ | 47,655.66 |

**BILLING FROM 07/2018 – 12/2018**

| | | |
|---|---|---:|
| ACTUAL AMOUNT DUE: | $ | 47,655.66 |
| BILLED ON ACCOUNT | $ | 0.00 |
| **AMOUNT DUE AFTER ADJUSTMENT:** | $ | 47,655.66 |

PLEASE MAKE CHECKS PAYABLE TO OSTER YORKTOWN PROPERTIES AT YOUR EARLIEST CONVENIENCE  
THANK YOU.

# Oster Yorktown Properties, LLC

429 Sylvan Avenue, P.O. Box 1708 • Englewood Cliffs, N.J. 07632

Telephone: 201-567-0070

Fax: 201-567-2428

YORKTOWN HEIGHTS, NEW YORK
CAM CHARGES
K-MART 7/1/18-12/31/18

| | |
|---|---|
| NYSEG | $ 2,912.74 |
| MAINTENANCE | 38,300.28 |
| REPAIRS & SUPPLIES | 12,595.94 |
| SNOW REMOVAL | 15,462.00 |
| TOTAL | $ 69,270.96 |