# EXHIBIT D

RECONCILIATION LETTER

OSTER YORKTOWN PROPERTIES
P.O. BOX 1708
429 SYLVAN AVENUE
ENGLEWOOD CLIFFS, NJ 07632

DATE: 12/19/2018
ACCOUNT # TA210003

AMOUNT DUE: $ 315,733.86

SEARS HOLDINGS CORPORATION/KMART # 9414
RE DEPARTMENT BC-131A | ATTN: TAMMI BANASZAK
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179

## TAXES 2018

### TOWN & COUNTY TAX (01/2018 – 12/2018) & SCHOOL TAX (07/01/18 – 06/30/19)

DEAR TENANT:

IN ACCORDANCE WITH YOUR LEASE, YOUR CHARGE FOR 2018 TOWN & COUNTY AND 2018-2019 SCHOOL TAXES IS: **$ 315,733.86.**

**ANNUAL COMPUTATION**

| | | |
|---|---|---|
| TOWN & COUNTY TAX AMOUNT: | $ | 178,093.41 |
| SCHOOL TAX AMOUNT: | $ | 372,637.21 |
| BILLABLE AMOUNT: | $ | 550,730.62 |
| MULTIPLIED BY PROPORTIONATE SHARE: | X | 57.33 % |
| PROPORTIONATE SHARE: | $ | 315,733.86 |

**BILLING FROM 01/2018 TO 12/2018**

| | | |
|---|---|---|
| ACTUAL AMOUNT DUE: | $ | 315,733.86 |
| BILLED ON ACCOUNT: | - $ | 0.00 |
| AMOUNT DUE AFTER ADJUSTMENT: | $ | 315,733.86 |

PLEASE MAKE CHECKS PAYABLE TO OSTER YORKTOWN PROPERTIES AT YOUR EARLIEST CONVENIENCE.
THANK YOU.

Fiscal Year:1/1/2018-12/31/2018    Warrant Date:4/1/2018    Acct #:3640000

# TOWN OF YORKTOWN TOWN & COUNTY TAX BILL

MAKE CHECKS PAYABLE AND MAIL TO:

RECEIVER OF TAXES
Town of Yorktown
363 Underhill Avenue
P.O. Box 703
Yorktown Heights, NY 10598

| HOURS OF COLLECTION | Monday through Friday 9:00AM - 5:00PM Barbara A. Korsak Receiver of Taxes |
|---|---|

OSTER YORKTOWN PROPERTIES LLC
429 SYLVAN AVE.
P.O. BOX 1708
ENGLEWOOD CLIFFS, NJ 07632

PROPERTY ADDRESS & LEGAL DESCRIPTION

SWIS:555400    S/B/L:03701800020560
Address: DOWNING DR.
School: Yorktown Central
Regional Shopping Centers    RS:1
Dimensions: 14.94
Bank Code:
1st State Aid: $704,500
Market Val:    16082983
Assessed Val: 382775
Uniform Percent of Value: 2.38

The 2017 ASSESSMENT REFLECTS A
VALUATION DATE OF 07/01/16.  STAR
EXEMPTIONS ONLY APPLY TO SCHOOL TAX.

$76,511 OF THIS TAX LEVY RELATES TO
THE MTA TAX.

| Exemption | Tax Purpose | Value | Full Value | Exemption | Tax Purpose | Value | Full Value |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Levy Description | Total Tax Levy | % Change | Taxable Value | Tax Rate Per $1000 | Tax Amount |
|---|---|---|---|---|---|
| Town Tax | 21037315 | .03 | 382775 | 164.732739 | 63,055.57 |
| County Tax | 17313834 | .014 | 382775 | 135.576009 | 51,895.11 |
| DELINQUENT WATER | 0 | | 35713 | 1.000000 | 35,713.17 |
| YORKTOWN HEIGHTS FI | 1354400 | .02 | 382775 | 17.092032 | 6,542.40 |
| WESTCHESTER COUNTY | 1552698 | -.0096 | 382775 | 11.866966 | 4,542.38 |
| ADVANCED LIFE SUPPO | 589050 | .0439 | 382775 | 4.503305 | 1,723.75 |
| HALLOCKS MILL SEWAG | 2342989 | | 18 | 572.158602 | 10,298.85 |
| YORKTOWN CONSOLIDAT | 1259250 | -.0101 | 382775 | 11.291702 | 4,322.18 |

DATE DUE:    04/30/2018    TOTAL TAXES DUE:    178093.41

*Pd Ck # 11553 - w/ SASE*

**WHEN PAYING IN PERSON PLEASE BRING THE ENTIRE BILL WITH YOU.
WHEN PAYING BY MAIL PLEASE DETACH AND REMIT BOTTOM PORTION WITH YOUR PAYMENT.**

# TOWN OF YORKTOWN SCHOOL TAX BILL

*For Fiscal Year: 7/1/2018-6/30/2019   *Warrant Date: 9/1/2018            Bill No.   3640000

| MAKE CHECKS PAYABLE TO | HOURS OF OPERATION | PROPERTY ADDRESS & LEGAL DESCRIPTION |
|---|---|---|
| RECEIVER OF TAXES<br>363 UNDERHILL AVE.<br>P.O. BOX 703<br>YORKTOWN HEIGHTS, NY 10598<br>914-962-5722 X212 | Monday through Friday<br>9:00 am - 5:00pm<br>Barbara A. Korsak<br>Receiver of Taxes | Address:   DOWNING DR.<br>Town:   Town of Yorktown   Roll Sect. 1<br>Bank Code:<br>Property Class Name:   451 - Regional Shopping Center<br>Parcel Dimensions:   Acreage = 14.94<br>School:   555402 - Yorktown Central |

OSTER YORKTOWN PROPERTIES LLC
429 SYLVAN AVE.
P.O. BOX 1708
ENGLEWOOD CLIFFS NJ 07632

**PROPERTY TAXPAYER'S BILL OF RIGHTS**
The Assessor estimates the FULL MARKET VALUE of this property: 16,288,297
The ASSESSED VALUE of this property:   382,775
The Uniform Percentage Value used to establish assessment was:   2.38%
THE TOWN HAS NO CONTROL OF SCHOOL BUDGETS. THE TOWN ACTS MERELY AS A COLLECTING AGENT FOR YOUR SCHOOL DISTRICT. THE 2017 ASSESSMENT REFLECTS A VALUATION DATE OF 7/1/2016

| Exemption | Value | Tax Purpose | Full Value Estimate | Exemption | Value | Tax Purpose | Full Value Estimate |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## PROPERTY TAXES

| Taxing Purpose | Total Tax Levy | % Change From Prior Year | Taxable Assessed Value Before STAR | Rate Per $1,000 | Tax Amount |
|---|---|---|---|---|---|
| Yorktown School | 77,736,783 | 0.0000 | 382,775 | 973.515007 | 372,637.21 |

                                                            TOTAL TAXES DUE         $372,637.21

RECEIVED-TAX OFFICE
SEP 24 2018
TOWN OF YORKTOWN, NY

<u>THIS IS THE ONLY BILL YOU WILL RECEIVE</u>
THERE WILL BE <u>NO</u> REMINDER FOR THE SECOND HALF DUE IN JANUARY
WHEN PAYING IN PERSON PLEASE BRING THE ENTIRE BILL WITH YOU
REGISTER FOR E-BILLS, RECEIPTS & REMINDERS via EMAIL - visit our website at www.yorktownny.org

*PLEASE DETACH AND REMIT BOTTOM PORTION WITH PAYMENT*

---

**TOWN OF YORKTOWN SCHOOL TAX BILL**
*IF PAYING FULL AMOUNT PLEASE RETURN BOTH PORTIONS*

ACCOUNT NUMBER   3640000

**PROPERTY DESCRIPTION AND LOCATION**

| PARCEL ID | 37.18-2-56 |
| LOCATION | DOWNING DR. |
| AREA | 14.94 |
| SCHOOL DIST. | Yorktown Central |
| BANK CODE | |

| OWNER'S NAME & | OSTER YORKTOWN PROPERTIES LLC<br>429 SYLVAN AVE.<br>P.O. BOX 1708 |

2ND HALF
PLEASE RETURN THIS PORTION WITH SECOND PAYMENT
Make Checks Payable to
Receiver of Taxes
Yorktown Heights, NY 10598

| SECOND PAYMENT | $186,318.60 |
| PENALTY | |
| TOTAL | |