# EXHIBIT A



03/14/2019

        Make Check Payable To:    CROSSROADS JOINT VENTURE

c/o Sears, Roebuck & Co.        Re:    Crossroads JV
Kmart #9416                                White Plains, NY
3333 Beverly Rd/VP-RE Dept 824        Lease ID:   005301
Hoffman Estates, IL 60179

Dear Sir/Madam:
In accordance with the terms of your Lease Agreement, your share of the 2018 ANNUAL CAM RECONCILIATION has been calculated. Enclosed is a detailed statement of the 2018 expenses along with the calculation for your share.

Effective January 01, 2019, your monthly contribution for CAM has been revised based upon the 2018 actual expenses as shown on the accompanying statement. The new monthly contribution amount will be 21,631.60 plus applicable tax reflected on your April 01, 2019 statement.

In addition, as the adjustment was due effective January 01, 2019, a retroactive adjustment amount of 4,547.27 plus applicable tax has been calculated to bring your estimated contributions current through the next billing date.

Please remit the amount shown for the 2018 reconciliation and retroactive new estimate adjustment for 2019 as summarized below.

| | |
|---|---|
| Reconciliation amount including applicable tax due | 18,189.08 |
| Retroactive adjustment amount including applicable tax due | 4,547.27 |
| Total due | 22,736.35 |

   Please Remit Payment To:
        Property # 0087
        PO Box 416246
        Boston, MA 02241-6246

If you have any questions regarding this matter, please do not hesitate to contact our office.

Thank You.

cc:    Dorothy.Field@searshc.com

# Crossroads JV
# 2018 ANNUAL CAM RECONCILIATION Expenses
# For the Year Ending 2018

|  |  | 2018 Actual Expenses | Expenses After Gross Up | G U |
|---|---|---:|---:|---|
| Landscaping Contract (O) | N | 46,817.20 | 46,817.20 |  |
| Lscaping - Ugrnd Irrig(O) | N | 769.62 | 769.62 |  |
| Landscaping - Other (O) | N | 599.15 | 599.15 |  |
| Snow Removal | N | 70,107.78 | 70,107.78 |  |
| Trash Removal Contrct (O) | N | 3,813.15 | 3,813.15 |  |
| Exterminatng Contract (O) | N | 2,048.28 | 2,048.28 |  |
| PLot/Sidewalk Swp Cont(O) | N | 37,814.45 | 37,814.45 |  |
| Other Cleaning Related(O) | N | 6,385.90 | 6,385.90 |  |
| Other Paint & Related(O) | N | 1,588.34 | 1,588.34 |  |
| Striping and Sealcoat (O) | N | 11,061.98 | 11,061.98 |  |
| Other ParkLot & Sidewalk | N | 9,064.69 | 9,064.69 |  |
| Electrical Repairs (O) | N | 1,549.77 | 1,549.77 |  |
| Exterior Lighting (O) | N | 10,523.04 | 10,523.04 |  |
| Plumbing Repairs (O) | N | 187.91 | 187.91 |  |
| Repair Parking Lot (O) | N | 168,112.48 | 168,112.48 |  |
| Repair Sidewalk & Curb(O) | N | 17,487.53 | 17,487.53 |  |
| Electricity (CAM) (O) | N | 18,455.67 | 18,455.67 |  |
| Other Utilities (CAM) (O) | N | 540.71 | 540.71 |  |
| Water and Sewer (CAM) (O) | N | 7,437.95 | 7,437.95 |  |
| Security Contract (O) | N | 76,966.93 | 76,966.93 |  |
| Insurance - Liability | N | 14,117.98 | 14,117.98 |  |
| **Total 2018 ANNUAL CAM RECONCILIATION Expense** |  | **505,450.51** | **505,450.51** |  |

# Acadia Realty Trust
## 2018 ANNUAL CAM RECONCILIATION INVOICE

Property Address:   Crossroads JV
Tenant Name:        Kmart #9416
Lease ID:           005301
Invoice Date:       03/14/2019

| | |
|---|---:|
| 2018 ANNUAL CAM RECONCILIATION Expense | 505,450.51 |
| Prior Year Expense w/ % Increase | |
| Prior Year Expense w/ % Increase | |
| Total Recoverable Expense for Current Year | 505,450.51 |
| Less Stop Amount | |
| Total Recoverable ANNUAL CAM RECONCILIATION Expense | 505,450.51 |
| Tenant Share | 51.36% |
| Total Amount Due for 2018 Before Cap | 259,579.16 |
| Cap for Year | |
| Total Due for Full Year | 259,579.16 |
| Occupancy Percentage for Year | 100.00% |
| Total Amount Due | 259,579.16 |
| Prior Estimates Billed | 241,390.08 |
| Total Reconciliation Billed | 18,189.08 |
| Sales Tax | |
| Total Due | 18,189.08 |

# Acadia Realty Trust
# 2018 CAM INVOICE
# NEW ESTIMATE CALCULATION

Property Address:  Crossroads JV
Tenant Name:       Kmart #9416
Lease ID::         005301
Date:              03/14/2019

| | |
|---|---:|
| 2018 CAM Expense | 505,450.51 |
| Prior Year Expense w/ % Increase | |
| Prior Year Expense w/ % Increase | |
| | |
| Total Recoverable Expense | 505,450.51 |
| Less Stop Amount | |
| Total Recoverable CAM Expense | 505,450.51 |
| | |
| Tenant Share | 51.36% |
| | |
| Total Amount Due for 2018 Before Cap | 259,579.16 |
| Cap for Year | |
| | |
| Total New Annual Amount | 259,579.16 |
| | |
| **New Monthly Recurring CAM** | |
| **Amount Effective January 01, 2019** | 21,631.60 |

### Retroactive Adjustment for Tuesday, January 01, 2019 to April 01, 2019

| | | |
|---|---|---:|
| Retroactive New CAM | Estimate | 64,894.79 |
| Prior Estimates Billed for Retroactive Period | | 60,347.52 |
| | | |
| Total Retroactive Amount | | 4,547.27 |
| | | |
| Total Retroactive Amount Billed | | 4,547.27 |
| Sales Tax | | |
| Retroactive Amount Now Due | | 4,547.27 |