# EXHIBIT B

{}



12/10/2018          Make Check Payable To:   CROSSROADS JOINT VENTURE

c/o Sears, Roebuck & Co.
Kmart #9416
3333 Beverly Rd/VP-RE Dept 824
Hoffman Estates, IL  60179
                                      Re:  Crossroads JV
                                           White Plains, NY


Dear Sir/Madam:

Effective July 01, 2018, your annual contribution for SCHOOL TAX has been revised based upon the budget as shown on the accompanying statement. The new annual contribution amount will be 372,779.09  plus applicable tax reflected on your January 01, 2019 statement.


In addition, as the adjustment was due effective July 01, 2018, a retroactive adjustment amount of 372,779.09  plus applicable tax has been calculated to bring your estimated contributions current through the next billing date.
Please remit the amount shown for the 2018-19 RE Tax reconciliation and retroactive new estimate adjustment as summarized below.

   Retroactive adjustment amount including applicable tax due      372,779.09
   Total due                                                       372,779.09

**Remit Payments to:**
              0087 -005301
              PO Box  416246
              Boston, MA  022416246

If you have any questions regarding this matter, please do not hesitate to contact Camille (914)288-3316.

Enclosures

   cc:

# RETROACTIVE ESTIMATE ADJUSTMENT

Property Address: Crossroads JV  
Tenant Name: Kmart #9416  
Lease ID: 005301  
Date: 12/10/2018  

| | |
|---|---:|
| 2018-19 RE Tax | 725,872.52 |
| Prior Year Expense w/ % Increase | |
| Prior Year Expense w/ % Increase | |
| Total Recoverable Expense | 725,872.52 |
| Less Stop Amount | |
| Total Recoverable SCHOOL TAX Expense | 725,872.52 |
| Tenant Share | 51.356% |
| Total New Annual Amount | 372,779.09 |
| **New Annual Recurring SCHOOL TAX Amount Effective July 01, 2018** | **372,779.09** |

### Retroactive Adjustment for July 01, 2018 to January 01, 2019

| | |
|---|---:|
| Retroactive New SCHOOL TAX Estimate | 372,779.09 |
| Prior Estimates Billed for Retroactive Period | 0.00 |
| Total Retroactive Amount Billed | 372,779.09 |
| Sales Tax | |
| Retroactive Amount Now Due | 372,779.09 |

Make check payable to: CROSSROADS JOINT VENTURE