# EXHIBIT C

From: Moyo, Franck <Franck.Moyo@searshc.com>
Sent: Tuesday, April 9, 2019 3:24 PM
To: Michelle Summa <Msumma@AcadiaRealty.com>
Cc: Banaszak, Tammi <Tammi.Banaszak@searshc.com>; Christina A. Lamendola <clamendola@acadiarealty.com>; Douglas Miller <dmiller@acadiarealty.com>; Mimi Shilleh <mshilleh@acadiarealty.com>
Subject: RE: Kmart Store #9416 @ Crossroads JV, White Plains, NY - Payment Status RE: 2018/19 School Tax Reconciliation

Please file a claim for prepetition amount by using the following link  https://restructuring.primeclerk.com/sears/EPOC-Index
Future post petition (1.1.19 – 6.30.19) will be processed ulteriorly.

```
Prepetition (7.1.18 - 10.14.18)     108,259.13
Potpetition (10.15.18 - 12.31.18)    79,662.38   ← post
Postpetition (1.1.19 - 6.30.19)     184,857.58
                           Billed   372,779.09
```

Thank you

FRANCK MOYO

1

Financial Analyst Real Estate
Sears Holdings Corporation
Desk# BC-183B
Franck.Moyo@searshc.com

Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.

**From:** Michelle Summa [mailto:Msumma@AcadiaRealty.com]
**Sent:** Tuesday, April 09, 2019 1:56 PM
**To:** Moyo, Franck <Franck.Moyo@searshc.com>
**Cc:** Banaszak, Tammi <Tammi.Banaszak@searshc.com>; Christina A. Lamendola <clamendola@acadiarealty.com>; Douglas Miller <dmiller@acadiarealty.com>; Mimi Shilleh <mshilleh@acadiarealty.com>
**Subject:** Kmart Store #9416 @ Crossroads JV, White Plains, NY - Payment Status RE: 2018/19 School Tax Reconciliation
**Importance:** High

**Enterprise Security Team Alert:** This email originated from outside of the organization. Please use caution when opening messages from external sources.

Franck, The referenced check # 140106936, was received. Can you please provide a breakdown? As it was not the $372,779.09 amount due for the 2018/19 School Tax.

The check was in the amount of $79,662.38. Please see attached and provide breakdown.

Thanks,

Michelle Summa
Lease Administration Coordinator

Acadia Realty Trust
msumma@acadiarealty.com
Direct: 914-288-8158

**From:** Moyo, Franck <Franck.Moyo@searshc.com>
**Sent:** Wednesday, April 03, 2019 12:06 PM
**To:** Michelle Summa <Msumma@AcadiaRealty.com>
**Cc:** Banaszak, Tammi <Tammi.Banaszak@searshc.com>; Christina A. Lamendola <clamendola@acadiarealty.com>; Douglas Miller <dmiller@acadiarealty.com>
**Subject:** RE: Kmart Store #9416 @ Crossroads JV, White Plains, NY - Payment Status RE: 2018/19 School Tax Reconciliation

2

Check #140106936 was mailed 3/28

Thank you

FRANCK MOYO
Financial Analyst Real Estate
Sears Holdings Corporation
Desk# BC-183B
Franck.Moyo@searshc.com

Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.

---

**From:** Michelle Summa [mailto:Msumma@AcadiaRealty.com]
**Sent:** Wednesday, April 03, 2019 11:02 AM
**To:** Moyo, Franck <Franck.Moyo@searshc.com>
**Cc:** Banaszak, Tammi <Tammi.Banaszak@searshc.com>; Christina A. Lamendola <clamendola@acadiarealty.com>; Douglas Miller <dmiller@acadiarealty.com>
**Subject:** RE: Kmart Store #9416 @ Crossroads JV, White Plains, NY - Payment Status RE: 2018/19 School Tax Reconciliation
**Importance:** High

**Enterprise Security Team Alert:** This email originated from outside of the organization. Please use caution when opening messages from external sources.

---

Hello Franck, As of today Wednesday, April 3rd, we have not received payment. Please advise on the status as soon as possible.

Please advise if payment can be sent via overnight?

Thank you,

Michelle Summa
Lease Administration Coordinator

Acadia Realty Trust
msumma@acadiarealty.com
Direct: 914-288-8158

3

**From:** Moyo, Franck <Franck.Moyo@searshc.com>
**Sent:** Tuesday, March 26, 2019 3:12 PM
**To:** Michelle Summa <Msumma@AcadiaRealty.com>
**Cc:** Banaszak, Tammi <Tammi.Banaszak@searshc.com>; Christina A. Lamendola <clamendola@acadiarealty.com>; Douglas Miller <dmiller@acadiarealty.com>
**Subject:** RE: Kmart Store #9416 @ Crossroads JV, White Plains, NY - Payment Status RE: 2018/19 School Tax Reconciliation

Reviewed and approved.
Waiting on check to be mailed out.

Thank you


**FRANCK MOYO**
Financial Analyst Real Estate
Sears Holdings Corporation
Desk# BC-183B
Franck.Moyo@searshc.com


Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.



**From:** Michelle Summa [mailto:Msumma@AcadiaRealty.com]
**Sent:** Tuesday, March 26, 2019 1:52 PM
**To:** Moyo, Franck <Franck.Moyo@searshc.com>; Banaszak, Tammi <Tammi.Banaszak@searshc.com>
**Cc:** Christina A. Lamendola <clamendola@acadiarealty.com>; Douglas Miller <dmiller@acadiarealty.com>
**Subject:** Kmart Store #9416 @ Crossroads JV, White Plains, NY - Payment Status RE: 2018/19 School Tax Reconciliation
**Importance:** High


**Enterprise Security Team Alert:** This email originated from outside of the organization. Please use caution when opening messages from external sources.

---

Hello Franck, Please respond as soon as possible regarding the outstanding payment status toward the 2018/19 School Tax in the amount of $372,779.09

I have also attached a current statement of account for your review.   Please let us know when we will receive payment.

Thank you,

Michelle Summa
Lease Administration Coordinator

4

Acadia Realty Trust
msumma@acadiarealty.com
Direct: 914-288-8158

**From:** Michelle Summa
**Sent:** Wednesday, March 20, 2019 5:10 PM
**To:** 'Moyo, Franck' <Franck.Moyo@searshc.com>
**Cc:** Banaszak, Tammi <Tammi.Banaszak@searshc.com>; Douglas Miller <dmiller@acadiarealty.com>; Christina A. Lamendola <clamendola@acadiarealty.com>
**Subject:** RE: Kmart Store #9416 – White Plaines, NY - Outstanding Remittance for 2018/19 School Tax REC
**Importance:** High

Hello Franck, I am following up on the remittance status pertaining to the outstanding 2018/19 School Tax in the amount of $372,779.09. Please advise.

Thank you,

Michelle Summa
Lease Administration Coordinator

Acadia Realty Trust
msumma@acadiarealty.com
Direct: 914-288-8158


**From:** Moyo, Franck <Franck.Moyo@searshc.com>
**Sent:** Thursday, March 14, 2019 5:32 PM
**To:** Michelle Summa <Msumma@AcadiaRealty.com>
**Cc:** Banaszak, Tammi <Tammi.Banaszak@searshc.com>
**Subject:** FW: Kmart Store #9416 – White Plaines, NY - Outstanding Remittance for 2018/19 School Tax REC
**Importance:** High

This has been assigned to me for review.
Please Follow-up next week for status.

Thank you


**FRANCK MOYO**
Financial Analyst Real Estate
Sears Holdings Corporation
Desk# BC-183B
Franck.Moyo@searshc.com


Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.

5