# Exhibit 1

## EXHIBIT 1

## DECLARATION OF LISA R. HOLLAND
## IN SUPPORT OF APPLICATION OF PECO ENERGY COMPANY
## FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES

I, Lisa R. Holland declare as follows:

1. I am Business Analyst for PECO Energy Company ("PECO") and I have been in that position for 15 years and with PECO for 35 years. In my current position with PECO, I assist in the credit and bankruptcy operations.

2. Except as otherwise stated, all facts contained within this Declaration are based upon personal knowledge, my review of PECO's business documents, correspondence and relevant documents, or my opinion based upon my experience concerning the operations of PECO. If called upon to testify, I would testify to the facts set forth in this Declaration.

3. On behalf of PECO, I submit this Declaration in support of the *Application Of PECO Energy Company For Allowance and Payment of Administrative Expenses* (the "Application").

4. In making this Declaration, I am familiar with the contents of the Application.

5. It is part of my job responsibility with PECO to: (A) review customer accounts with PECO; (B) address credit issues with PECO's customers; and (C) address issues concerning customers that file for bankruptcy protection, including payment of post-petition invoices.

6. PECO was the beneficiary of an Irrevocable Standby Letter of Credit in the amount of $20,253 that secured Sears, Roebuck and Company ("Sears") accounts with PECO (the "Sears LOC"). PECO made a demand for payment on the Sears LOC in the amount of $20,253, which was paid by the bank.

7.   PECO was also the beneficiary of an Irrevocable Standby Letter of Credit in the amount of $116,964 that secured Kmart Corp. ("Sears") accounts with PECO (the "Kmart LOC"). PECO made a demand for payment on the Kmart LOC in the amount of $116,964, which was paid by the bank.

8.   On March 21, 2019, PECO issued an invoice in the amount of $2,971.51 on the K-Mart account with PECO ending in 0403 for charges from February 20, 2019 to March 21, 2019, which had an April 12, 2019 due date. PECO has not received payment for the foregoing invoice.

9.   On April 11, 2019, PECO issued an invoice in the amount of $4,432.97 on the K-Mart account with PECO ending in 0403 for current charges from March 21, 2019 to April 10, 2019 in the amount of $1,461.46 and past-due charges of $2,971.51, which has a May 3, 2019 due date.

10.  On March 27, 2019, PECO issued an invoice in the amount of $3,526.87 on the K-Mart account with PECO ending in 1905 for charges from February 25, 2019 to March 26, 2019, which had an April 12, 2019 due date   PECO has not received payment for the foregoing invoice.

11.  On March 28, 2019, PECO issued an invoice in the amount of $1,854.93 on the K-Mart account with PECO ending in 0706 which had an April 22, 2019 due date. PECO has not received payment for the foregoing invoice.

12.  On April 26, 2019, PECO issued an invoice in the amount of $1,945.49 on the K-Mart account with PECO ending in 1302 for charges for service through April 1, 2019.

13.  As of the date of this Declaration, PECO has not received payment for the unpaid charges set forth above totaling $11,760.26.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true

and correct to the best of my knowledge, information, and belief.

Executed this 30th day of April 2019, at Philadelphia, Pennsylvania.

*Lisa R. Holland*
Lisa R. Holland