UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) Case No. 18-23538 (RDD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**ORDER GRANTING APPLICATION OF PECO ENERGY COMPANY FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES**

UPON CONSIDERATION of the *Application of PECO Energy Company for Allowance and Payment of Administrative Expenses* (the "Application"), filed on behalf of PECO Energy Company ("PECO"), and it appearing that the Court has jurisdiction to consider the Application; and it appearing that due notice of the Application thereto has been given and that no further notice need be given; and a hearing on the Application thereto having been held on May 21, 2019, at which time all interested parties were given an opportunity to be heard; and based upon the Application and the proceedings before the Court; and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREEED that:**

1. The Application is granted, and PECO has an allowed administrative expense claim in the amount $11,760.26.

2. The Debtors are hereby ordered to make full payment to PECO in the amount of $11,760.26 within ten (10) business days of the entry of this Order.

Dated: _____, 2019

_____
UNITED STATES BANKRUPTCY JUDGE

4247169