| Store # | RE ID | Property Group | City | State/ Province | Store Address | Counterparty | Building Size | Contract Name | Proposed Cure Amount | Counterparty's Asserted Cure Amount | Disputed Amount | Assignee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30961 | 3096100 | Non-retail | Greensboro | North Carolina | 300 Penry Rd | Drake Pacer Penry Acquisition, LLC | 1,546,815 SF | Lease | $- | $7,734,075.00[1] | $7,734,075.00 | Greensboro Distribution Partners, LLC |
| 30961 | -- | Open Store (Sublease) | Greensboro | North Carolina | 300 Penry Rd | National Distribution Centers, LLC | 1,546,815 SF | Sublease | $- | N/A | N/A | Greensboro Distribution Partners, LLC |
| 30961 | -- | Open Store (Sublease) | Greensboro | North Carolina | 300 Penry Rd | National Distribution Centers, LLC | Parking Lot | Lease | $- | N/A | N/A | Greensboro Land Development Partners OZ LLC |

[1] For estimated cost of roof repairs.