Thomas R. Slome
Michael Kwiatkowski
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300, P.O. Box 9194
Garden City, New York 11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6706
Email: tslome@msek.com
       mkwiatkowski@msek.com

   and

Russell R. Johnson III (VSB No. 31468)
John M. Craig (VSB No. 32977)
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
E-mail: russell@russelljohnsonlawfirm.com
        john@russelljohnsonlawfirm.com

*Co-Counsel for PECO Energy Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | ) Chapter 11 |
|  | ) |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | ) Case No. 18-23538 (RDD) |
|  | ) |
| Debtors. | ) **(Jointly Administered)** |
|  | ) |

**CERTIFICATE OF SERVICE**

    I, Michael Kwiatkowski, hereby certify that on May 1, 2019, I caused true and correct copies of following documents to be served (i) via CM/ECF electronic notice on all parties who receive such notice, (ii) upon the individuals and/or entities listed on the attached **Service List A** via first-class mail (international mail, if applicable), postage pre-paid, and (iii) upon the individuals listed on the attached **Service List B** via electronic mail (email):

- *Notice on Hearing on Application of PECO Energy Company For Allowance and Payment of Administrative Expenses* [ECF Dkt. No. 3459-3]; and

18-23538-shl    Doc 3464    Filed 05/01/19    Entered 05/01/19 15:59:33    Main Document
Pg 2 of 16

- *Application of PECO Energy Company For Allowance and Payment of Administrative Expenses* [ECF Dkt. No. 3459].

<em>/s/ Michael Kwiatkowski</em><br>
Michael Kwiatkowski

**Service List A**
(First-Class Mail)

Sears Holding Corporation
333 Beverly Road
Hoffman Estates, IL 60179
Attn: Stephen Sitley, Esq.
    Luke J. Valentino, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Ray C. Schrock, P.C.
    Jacqueline Marcus, Esq.
    Garret A. Fail, Esq.
    Sunny Singh, Esq.

Office of the United States Trustee
  for Region 2
201 Varick Strreet, Suite 1006
New York, NY 10014
Attn: Paul Schwartzberg, Esq.

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn: Paul D. Leake, Esq.
    Shana A. Elberg, Esq.
    George R. Howard, Esq.

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: Eric R. Wilson, Esq.
    Benjamin D. Feder, Esq.
    T. Charlie Liu, Esq.

Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
Attn: Edward M. Fox, Esq.

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10014
Attn: James Gadsden, Esq.

Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Attn: Brian A. Raynor, Esq.

Akin Gump Strauss Hauer & Feld LLP
One Bryan Park
New York, NY 10036
Attn: Philip C. Dublin, Esq.
    Ira Dizengoff, Esq.
    Sara Lynne Brauner, Esq.

Kristen N. Pate
350 N. Orleans St., Suite 300
Chicago IL 60654-1607
*Counsel to Brookfield Property REIT Inc., as Agent Brookfield Property REIT Inc.*

Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin TX 78760
Attn: Diane Wade Sanders
*Counsel to Aransas County, Bee County, Jim Wells CAD, Nueces County, City of Harlingen, Hidalgo County, Victoria County, Blanco CAD, Harlingen CISD, Cameron County*

Successor Trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes The Bank of New York Mellon Trust Company
Attn: Corporate Trust Administration
101 Barclay St., Floor 8W
New York, NY 10286

Travis County Attorney
P.O. Box 1748
Austin, TX 78767
Attn: David Escamilla
*Counsel to Travis County Travis County Attorney*

Indenture Trustee for the Second Lien Note
  Wilmington Trust, National Association
<u>Attn</u>: Sears Holding Corp. Administrator
  Corporate Capital Markets
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

Wilmorite Management Group LLC
1265 Scottsville Road
Rochester, NY 14624
Attn: Donald C. Cowan, Jr.

Montee & Associates
1250-I Newell Ave., Suite 149
Walnut Creek CA 94596
Attn: Kevin P. Montee, Esq.

BST International Fashio Ltd.
Attn: A.R. Shrinivasan, Managing Director
39 Wang Kwong Rd, Sutie 2301B
Skyline Tower
Kowloon Bay
Kowloon, Hong Kong

Tammy L. Terrell Benoza, Esq.
Fein, Such & Crane, LLP
7 Century Drive, Suite 201
Parsippany, NJ 07054

Michelle C. Marans, Esq.
Frenkel, Lambert, Weiss, Weisman
& Gordon, LLP
53 Gibson Street
Bayshore, NY 11706

Andre M. LeBanc
Milbank, Tweed, Hadlet & McCloy LLP
1850 K Street, NW, Suite 1100
Washington, DC 20006

Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY 10017
Attn: Marshall S. Huebner, Esq.
      Eli J. Vonnegut, Esq.
*Counsel to Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility*

Cleary, Gottlieb
One Liberty Plaza
New York, NY 10006
Attn: Sean A. O'Neal, Esq.
*Counsel for JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility*

2

**Service List B**
(by Email)

| NOTICE NAME | EMAIL |
| --- | --- |
| Ira S. Dizengoff | idizengoff@akingump.com |
| Philip C. Dublin | pdublin@akingump.com |
| Abid Qureshi | aqureshi@akingump.com |
| Sara L. Brauner | sbrauner@akingump.com |
| Pamela H. Walters Johnetta Lang | bnkatty@aldineisd.org |
| Jenelle C. Arnold | Jarnold@aldridgepite.com |
| James J. Vincequerra | James.Vincequerra@alston.com |
| Leib M. Lerner | leib.lerner@alston.com |
| Anthony J. D'Artiglio, Esq. | ajd@ansellgrimm.com |
| Anthony J. D'Artiglio Joshua S. Bauchner | ajd@ansellgrimm.com |
| Allen G. Kadish | akadish@archerlaw.com |
| Lance A. Schildkraut | lschildkraut@archerlaw.com |
| Brian J. Lohan, Esq. | brian.lohan@arnoldporter.com |
| Ginger Clements, Esq. | ginger.clements@arnoldporter.com |
| Courtney A. Schael, Esq. | CSchael@AshfordNJLaw.com |
| Edward E. Neiger | eneiger@askllp.com |
| Jennifer A. Christian | jchristian@askllp.com |
| James W. Grudus, Esq. | Jg5786@att.com |
| Magdalena Cuellar | mcuellar45@austinenterpriseslp.com |
| Eric R. Goodman | egoodman@bakerlaw.com |
| Ferve Khan | fkhan@bakerlaw.com |
| David L. Pollack | pollack@ballardspahr.com |
| Dustin P. Branch | branchd@ballardspahr.com |
| Eslie C. Heilman | heilmanl@ballardspahr.com |
| Matthew G. Summers | summersm@ballardspahr.com |
| Paul E. Harner, | harnerp@ballardspahr.com |
| Alyssa E. Kutner | kutnera@ballardspahr.com |
| Kevin M. Newman | knewman@barclaydamon.com |
| Evan T. Miller | emiller@bayardlaw.com |
| Russell W. Savory | russ@bsavory.com |
| Russell W. Mills | rmills@bellnunnally.com |
| Michael J. Barrie | mbarrie@beneschlaw.com |
| Kevin M. Capuzzi | kcapuzzi@beneschlaw.com |
| William E. Schonberg, Esq. | wschonberg@beneschlaw.com |
| Lawrence M. Schwab Thomas M. Gaa | Tgaa@bbslaw.com |
| Jeffrey Rhodes | JRhodes@BlankRome.com |
| Stanley B. Tarr | Tarr@BlankRome.com |
| Evan J. Zucker | EZucker@BlankRome.com |

1

| | |
|---|---|
| Wanda Borges, Esq. | bankruptcy@borgeslawllc.com |
| | wborges@borgeslawllc.com |
| Sue L. Chin, Esq. | schin@borgeslawllc.com |
| Anthony M. Rainone | arainone@bracheichler.com |
| Julie F. Montgomery, Esq. | jmontgomery@brownconnery.com |
| Shawn M. Christianson | schristianson@buchalter.com |
| Richard T. Davis | rdavis@cafarocompany.com |
| Joel H. Levitin | jlevitin@cahill.com |
| Richard A. Stieglitz Jr. | rstieglitz@cahill.com |
| Sarah J. Klebolt, Esq. | sjk@carmodymacdonald.com |
| Michael J. Catalfimo, Esq. John R. Canney, IV, Esq. | mcatalfimo@carterconboy.com |
| James Gadsden, Esq. | gadsden@clm.com |
| | bankruptcy@clm.com |
| | Dennis.roemlein@bnymellon.com |
| Richard J. McCord, Esq. | rmccord@certilmanbalin.com |
| Robert D. Nosek, Esq. | rnosek@certilmanbalin.com |
| Laura E. Appleby | appleby@chapman.com |
| Steven Wilamowsky | wilamowsky@chapman.com |
| Beth J. Rotenberg | brotenberg@csglaw.com |
| Scott A. Zuber | szuber@csglaw.com |
| Kevin J. Simard | ksimard@choate.com |
| Jonathan D. Marshall | jmarshall@choate.com |
| Hyun Suk Choi | hchoi@choiandpark.com |
| | cpark@choiandpark.com |
| Chull S. Park | lkleist@choiandpark.com |
| Miriam R. Stein | mstein@chuhak.com |
| Edward L. Schnitzer | eschnitzer@ckrlaw.com |
| Gilbert R. Saydah Jr. | gsaydah@ckrlaw.com |
| Duane J. Brescia | duane.brescia@clarkhillstrasburger.com |
| David M. Blau | dblau@clarkhill.com |
| Sean A. O'Neal | soneal@cgsh.com |
| Andrew Weaver | aweaver@cgsh.com |
| Rahul Mukhi | rmukhi@cgsh.com |
| Jennifer Kennedy Park | jkpark@cgsh.com |
| Richard M. Seltzer Melissa S. Woods | rseltzer@cwsny.com |
| Michael A. Smith Vice President – Corporate Trust | Michael.smith2@computershare.com |
| Karen C. Bifferato | kbifferato@connollygallagher.com |
| Kelly M. Conlan | kconlan@connollygallagher.com |
| N. Christopher Griffiths | cgriffiths@connollygallagher.com |
| Seth Van Aalten | svanaalten@cooley.com |
| Sarah Carnes | scarnes@cooley.com |
| Dianne Coffino | dcoffino@cov.com |
| R. Alexander Clark | aclark@cov.com |

2

| | |
|---|---|
| Marl E. Felger | mfelger@cozen.com |
| Paul H. Zumbro | pzumbro@cravath.com |
| David R. Taxin, Esq. | davidtaxin@dahannowick.com |
| David H. Wander, Esq. | dhw@dhclegal.com |
| Erica S. Weisgerber | mcto@debevoise.com |
| My Chi To | eweisgerber@debevoise.com |
| Beth J. Solomon | bethsolomon@discover.com |
| Lawrence J. Kotler | LJKotler@duanemorris.com |
| Wendy M. Simkulak | WMSimkulak@duanemorris.com |
| Wendy M. Simkulak, Esquire | WMSimkulak@duanemorris.com |
| Catherine B. Heitzenrater, Esquire | Cheitzenrater@duanemorris.com |
| Laurence May, Esq. | lmay@eisemanlevine.com |
| Matthew Leopold, General Counsel | Leopold.matt@Epa.gov |
| Larry Bercovich | lbercovich@epicor.com |
| Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| Mark E. Wilson | mark.wilson@fisherbroyles.com |
| Patricia B. Fugée | patricia.fugee@fisherbroyles.com |
| Derek L. Wright | dlwright@foley.com |
| Katherine R. Catanese | kcatanese@foley.com |
| Thomas Scannell | tscannell@foley.com |
| Michael Small | msmall@foley.com |
| Allen J. Guon, Esq. | aguon@foxrothschild.com |
| Paul J. Labov | plabov@foxrothschild.com |
| Thomas M. Horan | thoran@foxrothschild.com |
| Mark E. Hall | mhall@foxrothschild.com |
| Michael R. Herz | mherz@foxrothschild.com |
| N. Neville Reid | nreid@foxswibel.com |
| Joseph D. Frank | jfrank@fgllp.com |
| Jeremy C. Kleinman | jkleinman@fgllp.com |
| Devon J. Eggert, Esq. | deggert@freeborn.com |
| Brad Eric Scheler | brad.eric.scheler@friedfrank.com |
| Scott B. Luftglass | scott.luftglass@friedfrank.com |
| Peter B. Siroka | peter.siroka@friedfrank.com |
| Edward M. King | tking@fbtlaw.com |
| Ronald E. Gold | rgold@fbtlaw.com |
| AJ Webb | awebb@fbtlaw.com |
| Phillip A. Martin | pmartin@fmdlegal.com |
| Laura M. Brymer | lbrymer@fmdlegal.com |
| Gary F. Seitz | gseitz@gsbblaw.com |
| Matthew T. Gensburg | mgensburg@gcklegal.com |
| Brett S. Theisen | btheisen@gibbonslaw.com |
| Natasha M. Songonuga | nsongonuga@gibbonslaw.com |
| Howard A. Cohen | hcohen@gibbonslaw.com |
| Timothy F. Nixon | tnixon@gklaw.com |

| | |
|---|---|
| Jonathan L. Flaxer, Esq. | jflaxer@golenbock.com |
| Michael S. Weinstein, Esq. | mweinstein@golenbock.com |
| | gfox@goodwinlaw.com |
| Barry Z. Bazian | bbazian@goodwinlaw.com |
| Douglas B. Rosner | drosner@goulstonstorrs.com |
| Trevor R. Hoffmann | thoffmann@goulstonstorrs.com |
| Frederick Black | |
| Tara B. Annweiler | |
| Marc D. Young | tannweiler@greerherz.com |
| Janine M. Figueiredo, Esq. | jfigueiredo@hahnhessen.com |
| Alan D. Halperin, Esq. | ahalperin@halperinlaw.net |
| Ligee Gu, Esq. | lgu@halperinlaw.net |
| Donna H. Lieberman, Esq. | dlieberman@halperinlaw.net |
| Joia Johnson, Chief Administrative Officer and General Counsel | joia.johnson@hanes.com howard.upchurch@hanes.com |
| Kevin Tompsett, Esq. | ktompsett@harrisbeach.com |
| Stephen B. Selbst | sselbst@herrick.com |
| Sean E. O'Donnell | sodonnell@herrick.com |
| Michelle M. Sekowski | msekowski@herrick.com |
| Steven Smith | ssmith@herrick.com |
| Martin A. Eliopulos, Esq. | elio@higgslaw.com |
| Arthur E. Rosenberg, Esq. | arthur.rosenberg@hklaw.com |
| Marc L. Antonecchia, Esq. | Marc.Antonecchia@hklaw.com |
| Barbra R. Parlin | barbra.parlin@hklaw.com elvin.ramos@hklaw.com |
| Jose A. Casal, Esq. | jose.casal@hklaw.com |
| Joaquin J. Alemany, Esq. | jjalemany@hklaw.com |
| Lawrence A. Lichtman | llichtman@honigman.com |
| Brett L. Gross | bgross@HuntonAK.com |
| Michael S. Legge | mlegge@huntonak.com |
| Gregory G. Hesse | ghesse@huntonak.com |
| Caleb T. Holzaepfel | caleb.holzaepfel@huschblackwell.com |
| Lynn H. Butler | lynn.butler@huschblackwell.com |
| Daniel R. Swetnam | Daniel.Swetnam@icemiller.com |
| Karen Vogel, Treasurer-Tax Collector | taxcollector@co.imperial.ca.us |
| Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Joseph Corrigan | Bankruptcy2@ironmountain.com |
| Judith Elkin | elkinj@mac.com |
| Eric R. Wilson, Esq. | KDWBankruptcyDepartment@KelleyDrye.com |
| Benjamin D. Feder, Esq. | bfeder@kelleydrye.com |
| Sean C. Southard | ssouthard@klestadt.com |
| Lauren C. Kiss | lkiss@klestadt.com |
| Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| David S. Gragg | dgragg@langleybanack.com |

4

| | |
|---|---|
| John R. Fifarek, Esq. | jfifarek@laskyfifarek.com |
| Richard L. Zucker | rzucker@lasserhochman.com |
| Peter M. Gilhuly | peter.gilhuly@lw.com |
| Ted A. Dillman | ted.dillman@lw.com |
| Gilbert A. Lazarus | gillazarus@gmail.com |
| Kevin S. Neiman | kevin@ksnpc.com |
| William P. Fennell | william.fennell@fennelllaw.com<br>luralene.schultz@fennelllaw.com<br>office@fennelllaw.com |
| 381 Broadway | cgruen@gruenlaw.com |
| Douglas T. Tabachnik, Esq. | dtabachnik@dttlaw.com |
| Penny R. Stark | pstarkesq@gmail.com |
| Harlan M. Lazarus | hlazarus@lazarusandlazarus.com<br>harlan.lazarus@gmail.com |
| Ilan Markus | ilan.markus@leclairryan.com |
| Niclas A. Ferland | niclas.ferland@leclairryan.com |
| David G. Aelvoet | sanantonio.bankruptcy@publicans.com |
| Elizabeth Weller | dallas.bankruptcy@publicans.com |
| John P. Dillman | houston_bankruptcy@publicans.com |
| John T. Farnum, Esq. | jfarnum@linowes-law.com |
| John A. Mueller | jmueller@lippes.com |
| Brian A. Raynor | braynor@lockelord.com |
| Aaron C. Smith | asmith@lockelord.com |
| Ira S. Green | ira.greene@lockelord.com |
| Joseph N. Froehlich | jfroehlich@lockelord.com |
| W. Steven Bryant | sbryant@lockelord.com |
| Bruce Buechler | bbuechler@lowenstein.com |
| Bruce S. Nathan, Esq.<br>Eric S. Chafetz, Esq. | echafetz@lowenstein.com<br>bnathan@lowenstein.com |
| Lee Gordon<br>Tara LeDay | tleday@mvbalaw.com |
| Brian S. McGrath | bmcgrath@mcglinchey.com |
| Kristen D. Romano | kromano@mcglinchey.com |
| Mark J. Chaney, Esq. | mchaney@mcglinchey.com |
| Richard A. Aguilar, Esq. | raguilar@mcglinchey.com |
| Rudy J. Cerone, Esq. | rcerone@mcglinchey.com |
| H. Jeffrey Schwartz | hjschwartz@mckoolsmith.com |
| Christopher J. Major | cjm@msf-law.com |
| Nicole C. Kenworthy | nkenworthy@mrrlaw.net |
| Craig M. Price | cprice@milbank.com |
| Robert J. Liubicic | RLiubicic@milbank.com |
| Steven A. Ginther, Special Assistant Attorney General | sdnyecf@dor.mo.gov |
| Stan D. Smith | ssmith@mwlaw.com |
| Laura McCarthy | laura.mccarthy@morganlewis.com |

5

| | |
|---|---|
| Neil E. Herman | neil.herman@morganlewis.com |
| Stephen M. Miller | smiller@morrisjames.com |
| Curtis S. Miller | cmiller@mnat.com |
| Joseph C. Barsalona II | jbarsalona@mnat.com |
| Jennifer L. Marines | jmarines@mofo.com |
| Benjamin W. Butterfield | bbutterfield@mofo.com |
| Joseph T. Moldovan<br>Robert K. Dakis | bankruptcy@morrisoncohen.com |
| Myrna L. Ruiz-Olmo, Esq. | mro@prbankruptcy.com |
| Deborah M. Perry | dperry@munsch.com |
| Karen Cordry | kcordry@naag.org |
| Jody A. Bedenbaugh | jody.bedenbaugh@nelsonmullins.com |
| Shane G. Ramsey | shane.ramsey@nelsonmullins.com |
| Enid Nagler Stuart; Assistant Attorney General | enid.stuart@ag.ny.gov |
| Daniel W. Sklar, Esquire | dsklar@nixonpeabody.com |
| Christopher M. Desiderio | cdesiderio@nixonpeabody.com |
| Richard C. Pedone | rpedone@nixonpeabody.com |
| Bob B. Bruner | bob.bruner@nortonrosefulbright.com |
| Stephen Castro | stephen.castro@nortonrosefulbright.com |
| Carol E. Momjian<br>Josh Shapiro | cmomjian@attorneygeneral.gov |
| John Stern, Assistant Attorney General | bk-jstern@oag.texas.gov<br>sherri.simpson@oag.texas.gov |
| Paul Schwartzberg<br>Richard Morrissey | richard.morrissey@usdoj.gov<br>paul.schwartzberg@usdoj.gov |
| Albena Petrakov, Esq. | apetrakov@offitkurman.com |
| Stephen A. Metz, Esq. | smetz@offitkurman.com |
| Sean A. O'Keefe | sokeefe@okeefelc.com |
| Lily Wang | lily@pacogarment.com |
| Kiah T. Ford IV | chipford@parkerpoe.com |
| Leslie A. Plaskon, Esq. | leslieplaskon@paulhastings.com |
| Andrew V. Tenzer, Esq. | andrewtenzer@paulhastings.com |
| Shlomo Maza, Esq. | shlomomaza@paulhastings.com |
| Henry Jaffe | jaffeh@pepperlaw.com |
| Kenneth A. Listwak | listwakk@pepperlaw.com |
| Eboney Cobb, Esq. | ecobb@pbfcm.com |
| Ebony Cobb | ecobb@pbfcm.com |
| Laura J. Monroe | lmbkr@pbfcm.com |
| Owen M. Sonik | osonik@pbfcm.com |
| Douglas J. Pick | dpick@picklaw.net |
| Jonathan A. Grasso | jon@piercemccoy.com |
| Rick A. Steinberg | rsteinberg@pricemeese.com |
| Herb Baer | searsteam@primeclerk.com |
| Richard M. Allen | serviceqa@primeclerk.com |

| | |
|---|---|
| Gerald P. Kennedy | gerald.kennedy@procopio.com |
| Robert L. Pryor | rlp@pryormandelup.com |
| Charles J. Filardi, Jr. | cfilardi@rrlawpc.com |
| Guy A. Reiss | greiss@reisspreuss.com |
| Erik Tikkanen | etikkanen@reisspreuss.com |
| Chad P. Pugatch | cpugatch@rprslaw.com |
| Kenneth M. Florey | kflorey@robbins-schwartz.com |
| M. Neal Smith | nsmith@robbins-schwartz.com |
| Robert E. Michael | Robert.e.michael.esq@gmail.com |
| Aaron Hume | Aron.hume@gmail.com |
| Fred B. Ringel, Esq. | fbr@robinsonbrog.com |
| Gregg M. Galardi | gregg.galardi@ropesgray.com |
| Kimberly J. Kodis | kimberly.kodis@ropesgray.com |
| Sam N. Ashuraey | sam.ashuraey@ropesgray.com |
| James M. Wilton | james.wilton@ropesgray.com |
| Patricia I. Chen | patricia.chen@ropesgray.com |
| Stephen Moeller-Sally | ssally@ropesgray.com |
| Joshua Y. Sturm | joshua.sturm@ropesgray.com |
| Nicholas M. Berg | nicholas.berg@ropesgray.com |
| Timothy Farrell | timothy.farrell@ropesgray.com |
| Sanford P. Rosen, Esq. | srosen@rosenpc.com |
| Michael S. Amato, Esq. | mamato@rmfpc.com |
| Robert A. Abiuso | mmccann@swc-law.com |
| Matthew C. McCann | rabiuso@swc-law.com |
| Jay Weinblatt | jweinblatt@sakar.com |
| Christopher R. Belmonte | cbelmonte@ssbb.com |
| Abigail Snow | asnow@ssbb.com |
| Pamela Bosswick | pbosswick@ssbb.com |
| Louis T. DeLucia, Esq. | ldelucia@schiffhardin.com |
| Alyson M. Fiedler, Esq. | lfacopoulos@schiffhardin.com |
| Secretary of the Treasury | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov |
| Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| John R. Ashmead, Esq. | ashmead@sewkis.com |
| Arlene R. Alves, Esq. | alves@sewkis.com |
| Edward M. Fox | emfox@seyfarth.com |
| Fredric Sosnick | fsosnick@shearman.com |
| Sara Coelho | sara.coelho@shearman.com |
| Alan M. Feld, Esq. | afeld@sheppardmullin.com |
| Ted Cohen, Esq. | tcohen@sheppardmullin.com |
| Ryan C. Reinert, Esq. | rreinert@shutts.com |
| Ronald M. Tucker, Esq. | rtucker@simon.com |
| Michelle E. Shriro | mshriro@singerlevick.com |
| Dana S. Plon, Esquire | dplon@sirlinlaw.com |

| | |
|---|---|
| Paul Leake, Esq. | Paul.Leake@skadden.com |
| Shana Elberg, Esq. | Shana.Elberg@skadden.com |
| George R. Howard, Esq. | George.Howard@skadden.com |
| Doug Skierski<br>Kristin H. Jain | enotices@skijain.com |
| Lei Lei Wang Ekvall<br>Philip E. Strok | pstrok@swelawfirm.com |
| Robert R. Kinas | rkinas@swlaw.com |
| James E. Sorenson | bk@svllaw.com |
| David A. Rolf | darolf@sorlinglaw.com |
| Patrick M. Ryan | pmryan@sorlinglaw.com |
| Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| Thomas S. Onder | tonder@stark-stark.com |
| Joseph H. Lemkin | jlemkin@stark-stark.com |
| Constantine D. Pourakis | cp@stevenslee.com |
| Thomas J. Salerno | thomas.salerno@stinson.com |
| Sabrina L. Streusand | streusand@slollp.com |
| Andrew G. Dietderich<br>Brian D. Glueckstein | dietdericha@sullcrom.com |
| David R. Zylberberg | zylberbergd@sullcrom.com |
| David S. Kupetz | dkupetz@sulmeyerlaw.com |
| Claire K. Wu | ckwu@sulmeyerlaw.com |
| Michael J. Riela | Riela@thsh.com |
| Andrew S. Conway | aconway@taubman.com |
| Judith Starr<br>Kartar S. Khalsa | Starr.Judith@pbgc.gov |
| William McCarron, Jr. | mccarron.william@pbgc.gov |
| Adi Berger, Director | efile@pbgc.gov |
| Joseph E. Sarachek | joe@sarecheklawfirm.com |
| Curtis L. Tuggle | Curtis.Tuggle@ThompsonHine.com |
| Power Wang | powerwangtxks@vip.126.com |
| Herbert H. Slatery III<br>Marvin E. Clements, Jr. | AGBankNewYork@ag.tn.gov |
| United States Attorney's Office for the Southern District of New York Bankruptcy Division | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov<br>Lawrence.Fogelman@usdoj.gov<br>Peter.Aronoff@usdoj.gov<br>Linda.Riffkin@usdoj.gov |
| Joshua A. Dunn, Esq.<br>Michael Schein | jdunn@vedderprice.com |
| Kevin J. Etzel | ketzel@vedderprice.com |
| Michael L. Schein | mschein@vedderprice.com |

8

| | |
|---|---|
| Marva M. Levine | marva.m.levine@verizon.com |
| Thomas W. Waldrep, Jr. | notice@waldrepllp.com |
| Stephen V. Falanga, Esq. | sfalanga@walsh.law |
| Gordon J. Toering | gtoering@wnj.com |
| Donald W. Clarke | Dclarke@wjslaw.com |
| Ray C. Schrock, P.C. Jacqueline Marcus Garrett A. Fail Sunny Singh Jared R. Friedmann Jessie B. Mishkin, Esq. | ray.schrock@weil.com garrett.fail@weil.com jacqueline.marcus@weil.com sunny.singh@weil.com JeriLeigh.Miller@weil.com jessica.liou@weil.com Paloma.VanGroll@weil.com Jared.Friedmann@weil.com Jessie.Mishkin@weil.com |
| Michael D. Brofman, Esq. | mbrofman@weisszarett.com |
| Scott D. Fink | sfink@weltman.com |
| James C. Vandermark | vandermarkj@whiteandwilliams.com |
| Stephen B. Gerald | sgerald@wtplaw.com |
| Amy M. Williams | awilliams@williamsadvisors.com |
| Alan J. Lipkin | alipkin@willkie.com |
| Gabriel Brunswick | gbrunswick@willkie.com |
| Patrick J. Healy | phealy@wsfsbank.com |
| Steven Cimalore, Vice President | scimalore@wilmingtontrust.com |
| David L. Tillem | david.tillem@wilsonelser.com |
| Simon Aron | saron@wrslawyers.com |
| Thomas A. Zimmerman, Jr. | tom@attorneyzim.com |
| Mark R. Owens | mowens@btlaw.com |
| Ernie Zachary Park | ernie.park@bewleylaw.com |
| Steven M. Richman | srichman@clarkhill.com |
| Nola R. Bencze | nbencze@clarkhill.com |
| Joshua W. Cohen | jwcohen@daypitney.com |
| Marita S. Erbeck | Marita.erbeck@dbr.com |
| Edwardo Munoz PSC | emunozpsc@gmail.com |
| Rafael X. Zahralddin-Aracen | rxza@elliottgreenleaf.com |
| Shelley A. Kinsella | sak@elliottgreenleaf.com |
| Eric M. Sutty | ems@elliottgreenleaf.com |
| Thomas R. Fawkes | tomf@goldmclaw.com |
| Phillip W. Bohl | Phillip.bohl@gpmlaw.com |
| Christopher Gartman | Chris.gartman@hugheshubbard.com |
| Robert I. Honeywell | Robert.honeywell@klgates.com |
| Jeffrey A. Carlino | jacarlino@kslnlaw.com |
| Janice B. Grubin | janice.grubin@leclairryan.com |
| Alex J. Chase | alex.chase@leclairryan.com |
| James M. Jorissen | jjorissen@losgs.com |
| Bradley R. Schneider | bradley.schneider@mto.com |

| | |
|---|---|
| Thomas B. Walper | thomas.walper@mto.com |
| Darren L. Patrick | dpatrick@omm.com |
| Jennifer Taylor | jtaylor@omm.com |
| Matthew P. Kremer | mkremer@omm.com |
| John T. Banks | jbanks@pbfcm.com |
| Marie Polito Hofsdal | mhofsdal@pryorcashman.com |
| Paul A. Rubin | prubin@rubinlawllc.com |
| Thomas A. Farinella | tf@lawtaf.com |
| Michael Tsang | mtsang@tsanglawfirm.com |
| Jennifer L. Pruski | jpruski@trainorfairbrook.com |
| Norman C. Witte | ncwitte@wittelaw.com |
| Alex Macias | alex.macias@impremedia.com |
| Michael Renetzky | mrenetzky@lockelord.com |
| Dana Nessel/Jaundisha M. Harris | harrisj12@michigan.gov |
| Mark Frankel | mfrankel@bfklaw.com |
| James Jorissen | jjorissen@briggs.com |
| Marc J. Kurzman | MKurzman@carmodylaw.com |
| Thomas J. Sansone | tsansone@carmodylaw.com |
| Lewis J. Liman | liman@cgsh.com |
| Abena A. Mainoo | amainoo@cgsh.com |
| Sean A. O'Neal | soneal@cgsh.com |
| Luke A. Barefoot | lbarefoot@cgsh.com |
| Ramon Coto Ojeda | rco@crlawpr.com |
| Daniel M. Silvershein | daniel@dmsilverlaw.com |
| Kevin N. Summers | Ksummers@dflaw.com |
| Matthew A. Olins | searsnotice@gouldratner.com |
| Ellen M. Chapelle | searsnotice@gouldratner.com |
| Vanessa R. Tiradentes | searsnotice@gouldratner.com |
| Christopher Fenlon | cfenlon@hinckleyallen.com |
| John C. Adams and Kennylugenia Adams | brownsvalleyorchards@aol.com |
| Tanya Korkhov | tkorkhov@kellerrohrback.com |
| Will J. Brunnquell | brunnquellw@lanepowell.com |
| David Hartheimer | david@mhlaw-ny.com |
| Paul D. Murphy | pmurphy@murphyrosen.com |
| Daniel N. Csillag | dcsillag@murphyrosen.com |
| Attn: Office of the Ohio Attorney General | victoria.garry@ohioattorneygeneral.gov |
| Logan Rappaport | lr@pryormandelup.com |
| Robert M. Sasloff | rms@robinsonbrog.com |
| Michael Klein | mklein@ssbny.com |
| Kenneth M. Lewis | klewis@wtplaw.com |
| Andrew I. Silfen | Andrew.silfen@arentfox.com |
| Beth Brownstein | beth.brownstein@arentfox.com |
| Michael W. Malter | michael@bindermalter.com |

| | |
|---|---|
| Julie H. Rome-Banks | julie@bindermalter.com |
| James M. Jorissen | jjorissen@briggs.com |
| Paul M. Weiser | pweiser@buchalter.com |
| Christopher P. Schueller | christopher.schueller@bipc.com |
| Terry A. Shulsky | terry.shulsky@bipc.com |
| Eric G. Waxman III | eric.waxman@cwt.com |
| Anthony De Leo | anthony.deleo@cwt.com |
| William E. Kelleher, Jr. | wkelleher@cohenlaw.com |
| Helen Sara Ward | hward@cohenlaw.com |
| Jill B. Bienstock | jbienstock@coleschotz.com |
| Michael D. Warner | mwarner@coleschotz.com |
| Ksummers@dflaw.com | Ksummers@dflaw.com |
| jcurley@ddw-law.com | jcurley@ddw-law.com |
| marita.erbeck@dbr.com | marita.erbeck@dbr.com |
| Edgardo Munoz, PSC | Emunozpsc@gmail.com |
| Gustavo A. Chico-Barris | gchico@ferraiuoli.com |
| Donald F. Campbell, Jr. | dcampbell@ghclaw.com |
| Michael H. Goldstein | mgoldstein@goodwinlaw.com |
| William P. Weintraub | wweintraub@goodwinlaw.com |
| Matthew A. Olins<br>Ellen M. Chapelle<br>Vanessa R. Tiradentes | searsnotice@gouldratner.com |
| Joseph P. Gildea | jgildea@interactions.com |
| Hugh G. Jasne | hgj@jasneflorio.com |
| Diane L. Klein | dlk@jasneflorio.com |
| Andrew P. Tureaud | atureaud@kblaw.com |
| Christopher Harris | christopher.harris@lw.com |
| Rakim E. Johnson | rakim.johnson@lw.com |
| Dennis D. Miller | dmiller@lubinolson.com |
| Stuart E. Bodker | sbodker@mcdowellrice.com |
| Jeffrey Bernstein | jbernstein@mdmc-law.com |
| Nicle A. Leonard | nleonard@mdmc-law.com |
| David Meegan | dmeegan@mhksacto.com |
| Howard Seife | Howard.seife@nortonrosefulbright.com |
| Christy Rivera | Christy.rivera@nortonrosefulbright.com |
| David A. Rosenzweig | David.rosenzweig@nortonrosefulbright.com |
| Matthew M. Fechik | mfechik@orrick.com |
| Raniero D'Aversa | rdaversa@orrick.com |
| Paul L. Orshan | paul@orshanpa.com |
| Paul M. Basta | pbasta@paulweiss.com |
| Kelley A. Cornish | kcornish@paulweiss.com |
| Lewis R. Clayton | lclayton@paulweiss.com |
| Susanna M. Buergel | sbuergel@paulweiss.com |
| Robert Britton | rbritton@paulweiss.com |
| Jonathan Hurwitz | jhurwitz@paulweiss.com |

| | |
|---|---|
| Susheel Kirpalani | susheelkirpalani@quinnemanuel.com |
| Jonathan E. Pickhardt | jonpickhardt@quinnemanuel.com |
| Andrew S. Corkhill | andrewcorkhill@quinnemanuel.com |
| Matthew Scheck | matthewscheck@quinnemanuel.com |
| Ellison Ward Merkel | ellisonmerkel@quinnemanuel.com |
| Howard P. Magaliff | hmagaliff@r3mlaw.com |
| Steven W. Kelly | skelly@s-d.com |
| Richard P. Hermann | rhermann@sbwh.law |
| Matthew Kish | mkish@sbwh.law |
| Jennifer Shafer | jshafer@sbwh.law |
| | floridaservice@sbwh.law |
| Charles E. Camberlin | charles.chamberlin@nebraska.gov |
| Kristopher M. Hansen | khansen@stroock.com |
| Jonathan D. Canfield | jcanfield@stroock.com |
| Sayan Bhattacharyya | sbhattacharyya@stroock.com |
| Patrick Slyne | pkslyne@ssbny.com |
| Vivek Suri | lawyer@surilawoffice.com |
| Bruce M. Sattin | bsattin@szaferman.com |
| Linda M. Tirelli | ltirelli@tw-lawgroup.com |
| David G. Tobias | dtobias@tobiaslawpc.com |
| Kay D. Brock | Kay.brock@traviscountytx.gov |
| Victor W. Newmark | bankruptcy@evict.net |
| Myles H. Alderman, Jr. | courts@alderman.com |
| Laura R. Hall | Laura.hall@allenovery.com |
| Joseph Badtke-Berkow | Joseph.badtke-berkow@allenovery.com |
| Joseph Aronauer | jaronauer@ayllp.com |
| Steven C. Farkas | scf@cohmlaw.com |
| Neil J. Oxford | neil.oxford@hugheshubbard.com |
| Dustin P. Smith | dustin.smith@hugheshubbard.com |
| James H. Smith | jsmith@mckoolsmith.com |
| Kevin M. Lippman | klippman@munsch.com |
| Louis J. Cisz, III | lcisz@nixonpeabody.com |
| Eric Daucher | Eric.daucher@nortonrosefulbright.com |
| Francisco Vazquez | Francisco.vazquez@nortonrosefulbright.com |
| Evan C. Hollander | echollander@orrick.com |
| Emmanuel Fua | efua@orrick.com |
| Lawrence W. Byrne | lbyrne@pederesenhoupt.com |
| John S. Delnero | hdelnero@pedersenhoupt.com |
| Kayvan B. Sadeghi | ksadeghi@schiffhardin.com |