**Hearing Date and Time: May 8, 2019 at 10:00 a.m. (Eastern Time)**
**Objection Deadline Date and Time: May 1, 2019 at 4:00 p.m. (Eastern Time**

FERRAIUOLI LLC
390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001
Email: scolon@ferraiuoli.com
Email: gchico@ferraiuoli.com

Attorneys for *Santa Rosa Mall, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF SANTA ROSA MALL, LLC'S (I) EMERGENCY MOTION TO COMPEL COMPLIANCE WITH THE COURT'S FEBRUARY 8, 2019 SALE ORDER, (II) MOTION FOR AN ORDER SHORTENING NOTICE WITH RESPECT TO EMERGENCY MOTION TO COMPEL COMPLIANCE WITH THE COURT'S FEBRUARY 8, 2019 SALE ORDER, AND (III) NOTICE OF HEARING**

PLEASE TAKE NOTICE that on April 29, 2019, Santa Rosa Mall, LLC ("Santa Rosa Mall") filed an *Emergency Motion to Compel Compliance with the Court's February 8, 2019 Sale Order* (the "Emergency Motion", Docket No. 3417), for entry of an order compelling the Debtors and the Buyer comply with the Court's February 8, 2019 *Sale Order* (Docket No. 2507) as there was an ongoing dispute regarding whether any insurance proceeds would be transferred to the Buyer upon the assumption and assignment of Store No. 1915's *Lease Agreement*.

PLEASE TAKE FURTHER NOTICE that on even date, April 29, 2019, Santa Rosa Mall, filed a *Motion for and Order Shortening Notice* with respect to the *Emergency Motion* (the "Motion to Shorten", Docket No. 3417).

PLEASE TAKE FURTHER NOTICE that on April 30, 2019, Santa Rosa Mall filed a *Notice of Hearing* (Docket No. 3424) notifying that a hearing on the *Emergency Motion* and the *Motion to Shorten* would be held on May 8, 2019 at 10:00 A.M. (Eastern Time) (the "Hearing").

- 2 -

PLEASE TAKE FURTHER NOTICE that on April 30, 2019, the Debtors filed a *Notice of Rejection of Certain Unexpired Leases of Nonresidential Real Property and Abandonment of Property in Connection Therewith* (Docket No. 3449), wherein Store No. 1915's *Lease Agreement* was rejected. Id. at p. 11.

PLEASE TAKE FURTHER NOTICE that Santa Rosa Mall hereby withdraws the *Emergency Motion* (Docket No. 3417), the *Motion to Shorten*, Docket No. 3417), and the *Notice of Hearing* (Docket No. 3424).

ACCORDINGLY, the *Hearing* is hereby adjourned.

Respectfully submitted.
Dated: May 1st, 2019.

**Ferraiuoli** LLC
221 Ponce de León Avenue
5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001

 */s/ Sonia E. Colon Colon*
By: Sonia E. Colón Colón
Admitted Pro Hac Vice
USDC-PR No. 213809
scolon@ferraiuoli.com

*/s/ Gustavo A. Chico-Barris*
Gustavo A. Chico-Barris
NY State Bar No. 929147
USDC-PR No. 224205
gchico@ferraiuoli.com

Attorneys for Creditor
*Santa Rosa Mall, LLC*