**Costs, Expenses, Repairs**

| Vendor | Invoice | Date paid | Amount | Ck # | Date | Description | recurring monthly service |
|---|---|---|---|---|---|---|---|
| Topdeck | 1808 | 1/26/2019 | $837.31 | 3445 | 1/17/2019 | Secure site , damaged gates, fences, locks+labor | |
| Topdeck | 1817 | 1/31/2019 | $3,639.06 | 3448 | 1/30/2019 | Repair fences, Board up broken window and doors dump debris, trash assorted furniture+labor | |
| Topdeck | 1872 | 2/12/2019 | $200.00 | 3449 | 2/11/2019 | Haul and dump debris, furniture & trash +labor | |
| Ken Shibata Landscap | 12800 | 2/28/2019 | $480.00 | 3451 | Feb. service | Took over landscape maint. -K-mart stopped coming in Dec.2018 | recurring monthly service |
| Topdeck | 1885 | 2/20/2019 | $540.00 | 3458 | 2/20/2019 | Remove stove and 2 truck loads trash 17 bags,1 stove, 3 shopping carts+labor | |
| Topdeck | 1883 | 2/20/2019 | $415.00 | 3459 | 2/20/2019 | Repair and secure gates add more locks and cables+labor | |
| Topdeck | 886 | 2/26/2019 | $375.00 | 3460 | 2/25/2019 | Meet with security company add power outlet for trailer/guard +materials and labor | |
| Don Avila Patrol | #001 | 3/11/2019 | $200.00 | 3463 | Feb. 2019 | Security and patrol and tow of unauthorized vehicles | recurring monthly service |
| 24/7Prime Security S | 180329 | 2/28/201 | $4,600.00 | 3464 | 1/31/19-2/28/19 | Live guard, trailer, toilet | recurring monthly service |
| Ken Shibata Landscap | 12850 | 3/1/2019 | $512.00 | 3469 | Mar-19 | Landscape maintenance | recurring monthly service |
| Topdeck | 1898 | 3/8/2019 | $1,242.28 | 3471 | 3/8/2019 | Truckrental to haul trash and debris, new chainlink fencing and install and replace 2 pieces plywood that were torn down+ labor | |
| Topdeck | 1904 | 3/11/2019 | $400.00 | 3472 | 3/10/2019 | Enter and shut off alarms with police and repair locks ,keys, lock box and fix panel, check interior for leaks | |
| E & E Backflow Servic | 9104 | 3/13/2019 | $100.00 | 3474 | | Received shut off notice from City of Ontario to provide backflow test; Test and certify; Install 2 cages and 2 locks | |
| Topdeck | 1912 | 3/19/2019 | $857.69 | 3477 | | Repaired locks, made keys repaired double doors, broke out glass in back doors | |
| Don Avila Patrol | 3/30/2019 | 3/1-3/31/19 | $250.00 | 3482 | | Security and patrol | recurring monthly service |
| Topdeck | 1939 | 3/25/2019 | $525.00 | 3485 | | Chain up double doors, chase off homeless relock up store | |
| Topdeck | 1950 | 3/25/2019 | $3,945.00 | 3486 | | Steel frame and Board up entry to protect glass front doors | |
| Fire Alliance Inc. | #040219-9 | 3/14/2019 | $600.00 | 3488 | 4/3/2019 | Testing and inspections; Install communicator | |
| Fire Alliance Inc. | #040219-9 | 3/25-26/2019 | $950.00 | 3488 | 4/3/2019 | Submittals,Installation:permits,install set up(inc-equipment, labor | |
| Topdeck | 1954 | 4/12/19 pd | $1,263.27 | 3489 | 3/28/2019 | Lock repairs/ police access to vandalism call and sweep of interior; Secured roof hatxh as was broken into and locks removed | |
| Fire Alliance Inc. | Inv#040219-5 | 4/8/2019 | $255.00 | 3490 | | Monitoring for the Fire Alarm System-April 1-June 30, 2019 | recurring monthly service |
| 24/7 Prime security | March service | 4/8/2019 | $4,600.00 | 3491 | 3/1/19-3/31/19 | Live guard, trailer, toilet | |
| Vacant property Insur | Policy | 4/8/2019 | $17,728.00 | | | Carrier Steadfast Ins Co. | |
| Liability&Umbrella policy | | 5/21/18-5/21/2019 | $3,480.00 | | | Liberty Mutual Ins. Co. #BKO56533319 & | Annual Umbrella premium |
| Fire Alliance Inc. | Proposal #0410 | 4/10/2019 | $14,625.00 | | | Fire Sprinkler System Corrections; This proposal does not include trenching. To be provided by other contractor | |
| CAS | Started April 1, 2019-April 30, 2019 | | $5,280.00 | | | | Live standing guard 10:00PM -6:30 AM daily |
| CAS | Started April 1, 2019-April 30, 2019 | | $2,000.00 | | | | Every 2 hour car patrol all hours not covered by standing guard |
| Corp. Alliance Security Services | | Per month | | | | Every 2 hours-car patrol /7day/wk for 30 days | |
| Topdeck | 1962 | 4/10/2019 | $1,560.00 | 3492 | | | |
| Ken Shibata Landscap | 12900 | 4/1-4/31/19 | $480.00 | 3494 | | | recurring monthly service |
| Topdeck | 1965 | 4/11/2019 | $1,961.58 | 3495 | | k-rails and chain as per city violation to stop dumping and also provide Fire Dept Access | |
| Don Avila Patrol | #003 | 4/1-4/28/2019 | $250.00 | 3496 | | Security and patrol | recurring monthly service |
| CAS | #5455 | 3/31/19-4/14/2019 | $2,640.00 | 3498 | | Security Services- live standing guard 9PM-6AM 24/7 | |
| | | Total | $76,791.19 | | | | |

**Legal Fees & Costs**    1/11/2019-3/31/19    **$30,273.65**

**Repairs (Estimated & Incomplete)**

| Vendor | Invoice | Amount | Description |
|---|---|---|---|
| J.Woods Flooring | Proposal | $279,200.00 | Remove old flooring and replace upper and lower floors due to danger of existing floors |
| Topdeck | Proposal | $9,530.00 | Provide the labor and equipment for the trenching and excavating for the Fire Sprinkler System |
| Fire Alliance Inc. | Proposal | $14,625.00 | Provide for the repairs and corrections to the Automatic Fire Sprinkler System based on specifications and requirements by NFPA #72 & #25 |
| Duo Electric | Proposal | $782,450.00 | Electric panels, fixture wiring repairs and replacement of stripped copper and cut wires to the lighting system, title 24 receptacles etc. and repairs necessary to bring the K-mart to safety |
| | Total | $1,085,805.00 | |

**Cuminlative Total:    $1,192,869.84**