Detailed History for Police Event #P190130357 As of 4/10/2019 14:27:41

Output for: 19999

Priority:1 Type:SUSCR1 - FELONY SUSP CIRC
Location:K MART S EUCLID, ONT at 2530 S EUCLID AV, ONT
LocCross:btwn W GEYER CT and W WALNUT ST
Map:11C

| Created: | 01/13/2019 23:36:21 | OPCOM5 | 80528 |
| Entered: | 01/13/2019 23:37:06 | OPCOM5 | 80528 |
| Dispatch: | 01/13/2019 23:37:57 | OPDR02 | 80518 |
| Enroute: | 01/13/2019 23:38:05 | U1814 | 80421 |
| Onscene: | 01/13/2019 23:38:26 | OPDR02 | 80518 |
| Closed: | 01/13/2019 23:55:16 | U1804 | 19993 |

ICUnit: PrimeUnit:P351 Dispo:CKS104 Type:SUSCR1 - FELONY SUSP CIRC
Agency:OPD Group:WEST Beat:52 RD:254   ☐ Detail

| 23:36:21pst | CREATE | | Location:K MART S EUCLID, ONT Type:SUSCR1 Group:WEST |
| | | 80528/OPCOM5 | RD:254 TypeDesc:FELONY SUSP CIRC LocDesc:at 2530 S EUCLID AV, ONT LocCross:btwn W GEYER CT and W WALNUT ST Priority:1 Response:2PAT Agency:OPD Map:11C LocType:C |
| 23:37:06 | ENTRY | | Comment:RP THINKS SOMEONE POSS ATT TO BREAK INTO KMART |
| 23:37:06 | ALI | | E911Phne:( l1Add:6950 EDISON AVE, XX E911Subs:SPRINT .1Srce:WPH2 AliLong:-117.653425 AliLatitude:34.02842400 |
| 23:37:06 | ALIGEO | | GeoLong:-117.653425 GeoLat:34.02842400 ClosestAdd:2530 S EUCLID AV AddDesc:303 ft N ClosestInt:S EUCLID AV / W GEYER CT InterDesc:797 ft W Area1:254 Area2:O-9 |
| 23:37:06 | -PREMIS | | Comment:OCC, PPR, PPE, FPE |
| 23:37:20 | SELECT | 80518/OPDR02 | |
| 23:37:25 | CLARFY | 80528/OPCOM5 | Comment:HEARD ONLY SUBJ POSS USING A TOOL |
| 23:37:32 | CLARFY | | Comment:LOUD NOISE |
| 23:37:43 | CLARFY | | Comment:POSS 2 MALE SUBJ |
| 23:37:47 | CLARFY | | Comment:WILL BE TO THE REAR |
| 23:37:57 | DISP | 80518/OPDR02 | P351 Operator:19993 OperNames:BURNETTE, JONATHAN - OFCR |
| 23:37:57 | DISP | | P263 Operator:80421 OperNames:TAYLOR,ANDREW OFC |
| 23:37:57 | -PRIU | | P351 |
| 23:38:05 | *ENRTE | 80421/U1814 | P263 |
| 23:38:12 | CLARFY | 80528/OPCOM5 | Name:None--> |
| 23:38:17 | CLARFY | | Phone:None--> |
| 23:38:20 | NOMORE | | |
| 23:38:26 | ONSCN | 80518/OPDR02 | P351 |
| 23:38:28 | CLARFY | 80528/OPCOM5 | Comment:SUBJ HIDING FROM OFC |
| 23:38:45 | CLARFY | | Comment:REAR OF THE LOC NEAR DUMPSTER |
| 23:38:45 | BACKER | 80518/OPDR02 | S34 Operator:18021 OperNames:HARDEN,SEAN-SGT S36 |
| 23:38:52 | CLARFY | 80528/OPCOM5 | Comment:TO OFC LEFT |
| 23:38:52 | BACKUP | 80518/OPDR02 | P273 UnitID:S34 Location:K MART S EUCLID, ONT Operator:80418 OperNames:TALBOT,DANIEL OFC |

| Time | Action | Unit | Detail |
|------|--------|------|--------|
| 23:38:56 | *ENRTE | 80418/U1852 | P273 |
| 23:39:02 | BACKUP | 80518/OPDR02 | K5 UnitID:S34 Location:K MART S EUCLID, ONT Operator:80282 OperNames:RONVEAUX,RYAN-CPL |
| 23:39:02 | BACKUP | | P233 UnitID:S34 Location:K MART S EUCLID, ONT Operator:20132 OperNames:WIDEN, ERIC - OFCR |
| 23:39:02 | BACKUP | | P332 UnitID:S34 Location:K MART S EUCLID, ONT Operator:19813 OperNames:MAY, VICTORIA - OFCR |
| 23:39:05 | *ENRTE | 80282/U1869 | K5 |
| 23:39:08 | *ENRTE | 20132/U1765 | P233 |
| 23:39:12 | CLARFY | 80528/OPCOM5 | Comment:OFC OUT WITH CORR SUBJ |
| 23:39:17 | *ENRTE | 19813/U1809 | P332 |
| 23:39:18 | CLARFY | 80528/OPCOM5 | Comment:SHOULD BE 2 SUBJ |
| 23:39:36 | MISC | 80518/OPDR02 | P351 Comment:OUT WITH A FEM TO THE REAR |
| 23:41:19 | ONSCN | | P263 |
| 23:42:22 | MISC | | P263 Comment:P351 C4 WITH FEM CHKG THE RESR OF THE BUSN |
| 23:42:23 | *ONSCN | 80282/U1869 | K5 |
| 23:42:25 | ONSCN | 80518/OPDR02 | S34 |
| 23:42:45 | *ONSCN | 80418/U1852 | P273 |
| 23:43:27 | MISC | 80518/OPDR02 | P351 Comment:MALE NAMED DENNY PUSHING A CART TWD THE 7/11 PER FEM |
| 23:43:38 | MISC | | P263 Comment:UTL ON THE EAST SIDE FOR FORCED ENTRY |
| 23:44:20 | MISC | | S34 Comment:SHOPPING CART AT 7/11 CHKG THE INSIDE |
| 23:44:40 | *ONSCN | 20132/U1765 | P233 |
| 23:45:04 | BACKOS | 80518/OPDR02 | P372 UnitID:S34 Location:K MART S EUCLID, ONT Operator:20041 OperNames:MORGAN, MIKECO - OFCR |
| 23:45:06 | CLOS | | P372 Location:7/11 WALNUT EUCLID |
| 23:45:14 | CLOS | | P273 Location:711/EUCLD WALNUT |
| 23:46:10 | MISC | | P273 Comment:OUT WITH MALE SUBJ TO THE REAR |
| 23:46:41 | MISC | | K5 Comment:CHK'D THE DUMPSTERS ON THE W/S UTL ANYONE ELSE |
| 23:46:56 | LOGM | | P351 Message:011901140746002661 MessageType:Text Received:01/13/2019 23:45:59 Comment: 'NAME:MAYER CHRISTY GALE* |
| 23:48:39 | LOGM | 19814/OPCOM2 | P372 Message:011901140748002681 MessageType:Text Received:01/13/2019 23:48:14 Comment: 'NAME:BULLARD DENNY SCOTT* |
| 23:49:26 | *ONSCN | 19813/U1809 | P332 |
| 23:50:28 | *AIQ | 20041/U1800 | P372 |
| 23:50:28 | *CLEAR | | P372 |
| 23:50:32 | *ONSCN | 19813/U1809 | P332 |
| 23:51:06 | *AIQ | 80282/U1869 | K5 |
| 23:51:06 | *CLEAR | | K5 |
| 23:51:24 | *AIQ | 80418/U1852 | P273 |
| 23:51:24 | *CLEAR | | P273 |
| 23:51:33 | *AIQ | 80421/U1814 | P263 |
| 23:51:33 | *CLEAR | | P263 |
| 23:51:43 | AIQ | 80518/OPDR02 | S34 Comment:SUBJ TO THE REAR CHK'D AND ADVD |
| 23:51:43 | CLEAR | | S34 |
| 23:52:17 | *AIQ | 20132/U1765 | P233 |
| 23:52:17 | *CLEAR | | P233 |
| 23:52:58 | MISC | 80518/OPDR02 | P351 Comment:FEM CHKS NEG SIGNS OF FORCED ENTRY |
| 23:53:02 | CHANGE | | P351 Dispo:CKS104 |
| 23:53:16 | *AIQ | 19813/U1809 | P332 |

| 23:53:16 | *CLEAR | | P332 |
| 23:55:05 | *MISC | 19993/U1804 | P351 Comment:NO SIGNS OF FORCED ENRTY. SUBJECTS CHECK C4. ADVISED TO STAY OFF PROPERTY. |
| 23:55:16 | *AIQ | | P351 |
| 23:55:16 | *CLEAR | | P351 |
| 23:55:16 | -CLOSE | | |

**CONTACT INFO:**

| Name | Phone | RA | Language |
|------|-------|----|----------|
|  |  |  |  |
|  |  |  |  |

Detailed History for Police Event #P190400068 As of 4/10/2019 14:28:04

Output for: 19999

Priority:5 Type:P - PED CHECK
Location:K MART S EUCLID, ONT at 2530 S EUCLID AV, ONT
LocCross:btwn W GEYER CT and W WALNUT ST
Map:11C

| Created: | 02/09/2019 04:22:19 | OPDR02 | 20160 |
|---|---|---|---|
| Entered: | 02/09/2019 04:22:19 | OPDR02 | 20160 |
| Dispatch: | 02/09/2019 04:22:19 | OPDR02 | 20160 |
| Enroute: | 02/09/2019 04:22:19 | OPDR02 | 20160 |
| Onscene: | 02/09/2019 04:22:19 | OPDR02 | 20160 |
| Transprt: | 02/09/2019 04:33:50 | OPDR02 | 20160 |
| Complete: | 02/09/2019 04:37:54 | OPDR02 | 20160 |
| Closed: | 02/09/2019 04:53:16 | OPDR02 | 20160 |

ICUnit: PrimeUnit:P352 Dispo:WARANT Type:P - PED CHECK
Agency:OPD Group:WEST Beat:52 RD:254
Case #:OP190200440  ☐ Detail

| | | |
|---|---|---|
| 04:22:19pst CREATE | | Location:K MART S EUCLID, ONT Type:P Group:WEST RD:254 |
| | 20160/OPDR02 | TypeDesc:PED CHECK LocDesc:at 2530 S EUCLID AV, ONT LocCross:btwn W GEYER CT and W WALNUT ST Priority:5 Response:1PAT Agency:OPD Map:11C LocType:C |
| 04:22:19 | ENTRY | |
| 04:22:19 | DISPOS | P352 Location:K MART S EUCLID, ONT Operator:19844 OperNames:MARTIN, ZACHARY - OFCR |
| 04:22:19 | -PRIU | P352 |
| 04:22:19 | -PREMIS | Comment:OCC, PPR, PPE, FPE |
| 04:22:34 | BACKER | P362 UnitID:P352 Location:K MART S EUCLID, ONT Operator:20000 OperNames:GIBSON, GARRETT - OFCR |
| 04:28:02 | LOGM | P352 Message:011902091228006307 MessageType:Text |
| | 80450/OPCOM2 | Received:02/09/2019 04:22:46 Comment:SERVED CRIMINAL PROTECTION ORDER *** CHAVEZ JORGE AS RESTRAINED 1/2 PPN:GUERRA JOSE |
| 04:28:24 | LOGM | P352 Message:011902091228006308 MessageType:Text Received:02/09/2019 04:22:41 Comment:CHAVEZ JORGE |
| 04:29:34 | *ONSCN 20000/U1781 | P362 |
| 04:32:03 | LOGM | P352 Message:011902091232006360 MessageType:Text Received:02/09/2019 04:22:49 Comment:****4 WARRANTS CONFIRMED OUT OF CONTROL ***ABSTRCTED TO WVDC ****JORGE CHAVEZ |
| | 80450/OPCOM2 | |
| 04:33:50 | TRANSP 20160/OPDR02 | P352 Location:81/15 |

| 04:33:53 | *AIQ | 20000/U1781 | P362 |
| 04:33:53 | *CLEAR | | P362 |
| 04:37:54 | CMPLT | 20160/OPDR02 | P352 |
| 04:42:17 | CASE | 80450/OPCOM2 | P352 Case#:OP190200440 Comment:WARNT |
| 04:52:12 | *AIQ | 19844/U1803 | P352 |
| 04:52:12 | *CLEAR | | P352 |
| 04:52:12 | -HOLD | | P352 |
| 04:53:16 | CAN | 20160/OPDR02 | Dispo:WARANT |

**Detailed History for Police Event #P190410194 As of 4/10/2019 14:28:06**

Output for: 19999

Priority:2 Type:602 - TRANSIENT
Location:K MART S EUCLID, ONT at 2530 S EUCLID AV, ONT
LocCross:btwn W GEYER CT and W WALNUT ST
Map:11C

| Created: | 02/10/2019 13:39:16 | OPDS1 | 80138 |
|---|---|---|---|
| Entered: | 02/10/2019 13:40:08 | OPDS1 | 80138 |
| Dispatch: | 02/10/2019 13:41:58 | OPDR01 | 19811 |
| Enroute: | 02/10/2019 14:18:54 | OPDR01 | 19811 |
| Onscene: | 02/10/2019 14:23:21 | U1847 | 80543 |
| Closed: | 02/10/2019 14:44:37 | U1847 | 80543 |

ICUnit: PrimeUnit:P152 Dispo:CONADV Type:602 - TRANSIENT
Agency:OPD Group:WEST Beat:52 RD:254 ☐ Detail

| | | |
|---|---|---|
| 13:39:16pst CREATE | 80138/OPDS1 | Location:K MART S EUCLID, ONT Type:602 Name:DON/KMART Group:WEST RD:254 TypeDesc:TRESPASSING LocDesc:at 2530 S EUCLID AV, ONT LocCross:btwn W GEYER CT and W WALNUT ST Priority:2 Response:2PAT Agency:OPD Map:11C LocType:C |
| 13:40:08 | ENTRY | TypeDesc:TRESPASSING-->TRANSIENT Comment:3 TRANSIENTS REFUSING TO LEAVE THE PROPERTY SUBJS ARE RIGHT BEHIND THE VIDEO TOWN PROPERTY |
| 13:40:08 | -PREMIS | Comment:OCC, PPR, PPE, FPE |
| 13:40:16 | CHANGE | Phone:None--> |
| 13:40:19 | CHANGE | Comment:NFI |
| 13:40:27 | CHANGE | Comment:RP WILL BE IN WHITE FORD CREW CAB TRUCK |
| 13:40:29 | NOMORE | |
| 13:41:56 | SELECT 19811/OPDR01 | |
| 13:41:58 | DISP | P152 Operator:80543 OperNames:BROWN, DARRYL - OFCR |
| 13:41:58 | DISP | P151 Operator:19889 OperNames:ROLDAN, ALEXANDRA - OFFICER |
| 13:41:58 | -PRIU | P152 |
| 13:42:57 | PRMPT | P151 Comment:Preempted and dispatched to call #P190410197 |
| 13:43:01 | PRMPT | P152 Comment:Preempted and dispatched to call #P190410197 |
| 13:43:01 | -HOLD | P152 |
| 13:43:58 | HOLD | Unknown:REDISP |
| 14:18:54 | BACKER | P152 Operator:80543 OperNames:BROWN, DARRYL - OFCR Comment:WILL ADV |
| 14:18:54 | -PRIU | P152 |
| 14:23:21 | *ONSCN 80543/U1847 | P152 |
| 14:44:10 | *MISC | P152 Comment:CONADV |
| 14:44:25 | CHANGE 19811/OPDR01 | Dispo:CONADV |
| 14:44:37 | *AIQ 80543/U1847 | P152 |
| 14:44:37 | *CLEAR | P152 |
| 14:44:37 | -CLOSE | |

CONTACT INFO:

| Name | Phone | RA | Language |
|---|---|---|---|
| DON/KMART | | | |

Police Event #P190410194

**Detailed History for Police Event #P190420418 As of 4/10/2019 14:28:14**

Output for: 19999

Priority:1 Type:SUSCR1 - POSS 459UNK
Location:2530 S EUCLID AV, ONT btwn W GEYER CT and W WALNUT ST
Info:K MART
Map:11C

| Created: | 02/11/2019 19:14:45 | OPCOM1 | 80176 |
|---|---|---|---|
| Entered: | 02/11/2019 19:16:51 | OPCOM1 | 80176 |
| Dispatch: | 02/11/2019 19:17:09 | OPDR01 | 19985 |
| Enroute: | 02/11/2019 19:17:54 | U1779 | 20133 |
| Onscene: | 02/11/2019 19:25:52 | U1788 | 20099 |
| Closed: | 02/11/2019 19:41:59 | OPDR01 | 19985 |

ICUnit: PrimeUnit:C253 Dispo:CKS104 Type:SUSCR1 - POSS 459UNK
Agency:OPD Group:WEST Beat:52 RD:254   ☐ Detail

---

| 19:14:45pst | CREATE | | Location:2530 S EUCLID AV, ONT Type:SUSCR1 Info:K MART |
|---|---|---|---|
| | | 80176/OPCOM1 | Group:WEST RD:254 TypeDesc:FELONY SUSP CIRC LocDesc:btwn W GEYER CT and W WALNUT ST Priority:1 Response:2PAT Agency:OPD Map:11C LocType:S |
| 19:16:51 | ENTRY | | TypeDesc:FELONY SUSP CIRC-->POSS 459UNK Comment:VIA CHP TRANSFER |
| | | | RP IS SECURITY |
| | | | NW SIDE THERE IS A GATE THAT APPEARS TO HAVE BEEN KNOCKED DOWN |
| | | | A GARAGE DOOR APPEARS TO BE DAMAGED |
| | | | NO ONE SEEN INSIDE THE GARAGE |
| | | | RP ADV'G SUBJS ARE 97 IN VEHS/UNK IF RELATED |
| 19:16:51 | ALI | | E911Phne          .911Add:2441 S EUCLID AVE, ONT E911Subs:T-MOBILE          E911Srce:WPH2 AliLong:-117.652441 AliLatitude:34.02731300 |
| 19:16:51 | ALIGEO | | GeoLong:-117.652641 GeoLat:34.02731300 ClosestAdd:2530 S EUCLID AV AddDesc:194 ft SE ClosestInt:S EUCLID AV / E WALNUT ST InterDesc:616 ft NW Area1:254 Area2:O-9 |
| 19:16:51 | -PREMIS | | Comment:OCC, PPR, PPE, FPE |
| 19:16:56 | SELECT | 19985/OPDR01 | |
| 19:17:06 | CLARFY | 80176/OPCOM1 | Comment:RP IS CURRENTLY IN THE FRONT PARKING LOT |
| 19:17:09 | DISP | 19985/OPDR01 | P263 Operator:20108 OperNames:VERGARA,EDER - OFCR |
| 19:17:09 | -PRIU | | P263 |
| 19:17:22 | CLARFY | 80176/OPCOM1 | Comment:VEH1/BLK CAR OCCUPIED BY HMA 35 YRS |
| 19:17:47 | CLARFY | | Comment:VEH2/GRY VEH LEAVING NOW...PARKED NEAR THE CARLS JR AT THIS TIME |
| 19:17:49 | BACKUP | 19985/OPDR01 | P224 UnitID:P263 Location:2530 S EUCLID AV, ONT Operator:20133 OperNames:MELNYK, JOSEPH - OFCR |
| 19:17:54 | *ENRTE | 20133/U1779 | P224 |
| 19:17:56 | ENRTE | 19985/OPDR01 | P263 |
| 19:18:03 | CLARFY | 80176/OPCOM1 | Comment:RP ADV'G HE CONTACTED MALE IN VEH1 AND TOLD HIM HE WAS ON PRIVATE PROPERTY |
| 19:18:14 | CLARFY | | Comment:UNK LIC PLATES ON THE VEHS |
| 19:18:31 | CLARFY | | |

18-23538-shl   Doc 3472-5   Filed 05/01/19   Entered 05/01/19 17:58:45   Exhibit C to
Rubaum Declaration-Police Reports   Pg 9 of 29        Page 2 of 2
Police Event #P190420418

Name:None-->WAYNE GREEN/SECURITY Phone:None--:

| Time | Code | Unit | Detail |
|------|------|------|--------|
| 19:18:43 | CLARFY | | Comment:VEH1 NOW PARKED IN FRONT OF LOC |
| 19:18:51 | CLARFY | | Comment:VEH2 PULLING BACK TO REAR OF LOC |
| 19:19:11 | CLARFY | | Comment:ADV'G 2 ADDL VEHS PARKED TO REAR/UNOCCUPIED |
| 19:19:32 | CLARFY | | Comment:GARAGE AND GATE IS PART OF KMART PROPERTY PER THE RP |
| 19:19:39 | CLARFY | | Comment:UNK WHEN DAMAGE OCC'D |
| 19:20:09 | CLARFY | | Comment:RP IN ALL BLK SECURITY UNIFORM TO FRONT |
| 19:20:10 | NOMORE | | |
| 19:23:01 | *BACKER | 20099/U1788 | P273 UnitID:P263 Location:2530 S EUCLID AV, ONT Operator:20099 OperNames:WILLIAMS, RYAN - OFCR |
| 19:23:11 | *AIQ | 20133/U1779 | P224 |
| 19:23:11 | *CLEAR | | P224 |
| 19:23:39 | BACKER | 19985/OPDR01 | C253 UnitID:P273 Location:2530 S EUCLID AV, ONT Operator:80266 OperNames:GALVEZ, JORGE-CPL |
| 19:23:46 | PRIU | | C253 |
| 19:25:52 | *ONSCN | 20099/U1788 | P273 |
| 19:28:25 | MISC | 19985/OPDR01 | C253 Plate:          :omment:29 |
| 19:28:25 | RFT | | C253 Plate: |
| 19:28:36 | ONSCN | | C253 |
| 19:31:00 | BACKOS | | P264 UnitID:C253 Location:2530 S EUCLID AV, ONT Operator:80533 OperNames:MEDINA, CHARLES - OFC |
| 19:33:00 | *ONSCN | 20108/U1803 | P263 |
| 19:33:18 | LOGM | 80176/OPCOM1 | Message:011902120333001320 MessageType:Text Received:02/11/2019 19:32:23 Comment:              )*NAME:LOPEZ BRIAN EDWARD* |
| 19:36:09 | PRMPT | 19985/OPDR01 | P264 Comment:Preempted and dispatched to call #P190420420 |
| 19:36:48 | *AIQ | 20099/U1788 | P273 |
| 19:36:48 | *CLEAR | | P273 |
| 19:39:39 | *MISC | 80266/U1883 | C253 Comment:CKS104, SECURITY WAS CONTACTED, ONE SUBJ WAS CONTACTED TO THE REAR AND ADVISED ON 602 |
| 19:40:04 | CHANGE | 19985/OPDR01 | Dispo:CKS104 |
| 19:40:10 | *AIQ | 20108/U1803 | P263 |
| 19:40:10 | *CLEAR | | P263 |
| 19:41:59 | PRMPT | 19985/OPDR01 | C253 Comment:Preempted and dispatched to call #P190420403 |
| 19:41:59 | -CLOSE | | |

CONTACT INFO:

| Name | Phone | RA | Language |
|------|-------|-----|----------|
| WAYNE GREEN/SECURITY | | | |

**Detailed History for Police Event #P190490148 As of 4/10/2019 14:28:15**

Output for: 19999

Priority:2 Type:415 - DISTURBANCE
Location:K MART S EUCLID, ONT at 2530 S EUCLID AV, ONT
LocCross:btwn W GEYER CT and W WALNUT ST
Map:11C

| Created: | 02/18/2019 09:16:08 | OPCOM6 | 80518 |
|---|---|---|---|
| Entered: | 02/18/2019 09:17:37 | OPCOM6 | 80518 |
| Dispatch: | 02/18/2019 09:17:50 | OPDR01 | 19811 |
| Enroute: | 02/18/2019 09:17:57 | U1788 | 20107 |
| Onscene: | 02/18/2019 09:21:50 | U1788 | 20107 |
| Closed: | 02/18/2019 09:34:22 | OPDR01 | 19811 |

ICUnit:  PrimeUnit:P152 Dispo:GOA Type:415 - DISTURBANCE
Agency:OPD Group:WEST Beat:52 RD:254  ☐ Detail

| 09:16:08pst | CREATE | | Location:K MART S EUCLID, ONT Type:415 Group:WEST RD:254 |
| | | 80518/OPCOM6 | TypeDesc:DISTURBANCE LocDesc:at 2530 S EUCLID AV, ONT |
| | | | LocCross:btwn W GEYER CT and W WALNUT ST Priority:2 |
| | | | Response:2PAT Agency:OPD Map:11C LocType:C |
| 09:17:37 | ENTRY | | Comment:MALE TRANSIENT IN WHEELCHAIR REFUSING TO |
| | | | LEAVE |
| | | | AND 415 WITH RP |
| 09:17:37 | SUBJ | | S#:1 Race:W Sex:M Misc:GRY AND BLK HAT/ AND GRY AND WHI |
| | | | STRIPED SWEATER |
| 09:17:37 | -PREMIS | | Comment:OCC, PPR, PPE, FPE |
| 09:17:42 | SELECT | 19811/OPDR01 | |
| 09:17:50 | DISP | | P152 Operator:20107 OperNames:SCHAFFER,CHERI - OFCR |
| 09:17:50 | DISP | | P161 Operator:80551 OperNames:HOOK, BRIAN - OFCR |
| 09:17:50 | -PRIU | | P152 |
| 09:17:53 | CHANGE | 80518/OPCOM6 | Name:None-->DON PROP MANAGER Phone:None--: |
| 09:17:54 | NOMORE | | |
| 09:17:57 | *ENRTE | 20107/U1788 | P152 |
| 09:17:58 | *ENRTE | 80551/U1849 | P161 |
| 09:18:07 | MISC | 80518/OPCOM6 | Comment:NEG WPNS/ MALE HAS A BROOM |
| 09:18:25 | MISC | | Comment:RP IN A WHI CREW CAB |
| 09:19:01 | BACKER | 19811/OPDR01 | P171 Operator:20096 80206 OperNames:GONZALEZ, MIGUEL - |
| | | | OFCR; SANDOVAL, JORGE-OFC |
| 09:19:07 | *AIQ | 80551/U1849 | P161 |
| 09:19:07 | *CLEAR | | P161 |
| 09:21:50 | *ONSCN | 20107/U1788 | P152 |
| 09:23:36 | ONSCN | 19811/OPDR01 | P171 |
| 09:31:33 | PRMPT | | P171 Comment:Preempted and dispatched to call #P190490138 |
| 09:31:51 | CHANGE | | Dispo:GOA Comment:SUBJ WAS UTL |
| 09:34:22 | PRMPT | | P152 Comment:Preempted and dispatched to call #P190490155 |
| 09:34:22 | -CLOSE | | |

CONTACT INFO:

| Name | Phone | RA | Language |
|---|---|---|---|
| | | | |

DON PROP MANAGER

Detailed History for Police Event #P190510259 As of 4/10/2019 14:28:17

Output for: 19999

Priority:5 Type:MUNI - MUNI CODE VIOL
Location:K MART S EUCLID, ONT at 2530 S EUCLID AV, ONT
LocCross:btwn W GEYER CT and W WALNUT ST
Map:11C

| Created: | 02/20/2019 13:24:29 | OPCOM6 | 20091 |
| Entered: | 02/20/2019 13:26:11 | OPCOM6 | 20091 |
| Dispatch: | 02/20/2019 13:44:59 | OPDR01 | 80373 |
| Enroute: | 02/20/2019 13:45:08 | U1854 | 80492 |
| Onscene: | 02/20/2019 13:58:20 | U1854 | 80492 |
| Closed: | 02/20/2019 14:13:41 | OPCOM2 | 80128 |

ICUnit: PrimeUnit:P152 Dispo:UTL Type:MUNI - MUNI CODE VIOL
Agency:OPD Group:WEST Beat:52 RD:254 ☐ Detail

| 13:24:29pst | CREATE | | Location:K MART S EUCLID, ONT Type:MUNI Name:ANON |
| | | 20091/OPCOM6 | Group:WEST RD:254 TypeDesc:MUNI CODE VIOL LocDesc:at 2530 S EUCLID AV, ONT LocCross:btwn W GEYER CT and W WALNUT ST Priority:5 Response:1PAT Agency:OPD Map:11C LocType:C |
| 13:26:11 | ENTRY | | Comment:RP AVD 5 TRANSIENTS CAMPING AROUND THE AREA ALL OVER THE PARKING LOT UNK DESC |
| 13:26:12 | -PREMIS | | Comment:OCC, PPR, PPE, FPE |
| 13:26:15 | NOMORE | | |
| 13:30:33 | SELECT | 80373/OPDR01 | |
| 13:30:36 | HOLD | | |
| 13:44:59 | DISP | | P152 Operator:20107 OperNames:SCHAFFER,CHERI - OFCR |
| 13:44:59 | DISP | | P151 Operator:80492 OperNames:ROSS,MATTHEW |
| 13:44:59 | -PRIU | | P152 |
| 13:45:08 | *ENRTE | 80492/U1854 | P151 |
| 13:48:58 | ENRTE | 80373/OPDR01 | P152 |
| 13:58:20 | *ONSCN | 80492/U1854 | P151 |
| 14:01:26 | *ONSCN | 20107/U1788 | P152 |
| 14:08:31 | *MISC | | P152 Comment:UTL/GOA |
| 14:09:34 | *PRMPT | | P152 Comment:Preempted and dispatched to call type: B |
| 14:10:05 | CHANGE | 80373/OPDR01 | P151 Dispo:UTL |
| 14:10:13 | IDREQ | | P151 |
| 14:10:19 | 21ACK | | P151 |
| 14:13:41 | PRMPT | 80128/OPCOM2 | P151 Comment:Preempted and dispatched to call type: B |
| 14:13:41 | -CLOSE | | |

CONTACT INFO:

| Name | Phone | RA | Language |
| ANON | | | |

18-23538-shl   Doc 3472-5   Filed 05/01/19   Entered 05/01/19 17:58:45   Exhibit C to
Rubaum Declaration-Police Reports   Pg 13 of 29   Page 1 of 1
Police Event #P190510335

**Detailed History for Police Event #P190510335 As of 4/10/2019 14:28:18**

Output for: 19999

Priority:5 Type:JUVPRB - JUVENILE PROBLEM
Location:K MART S EUCLID, ONT at 2530 S EUCLID AV, ONT
LocCross:btwn W GEYER CT and W WALNUT ST
Map:11C

| Created: | 02/20/2019 16:20:26 | OPCOM6 | 80373 |
|---|---|---|---|
| Entered: | 02/20/2019 16:21:40 | OPCOM6 | 80373 |
| Dispatch: | 02/20/2019 16:50:48 | OPDR02 | 20091 |
| Enroute: | 02/20/2019 16:50:48 | OPDR02 | 20091 |
| Closed: | 02/20/2019 17:17:36 | OPDR02 | 20091 |

ICUnit: PrimeUnit:AIR30 Dispo:UTL Type:JUVPRB - JUVENILE PROBLEM
Agency:OPD Group:WEST Beat:52 RD:254   ☐ Detail

| Time | Action | Unit | Detail |
|---|---|---|---|
| 16:20:26pst | CREATE | 80373/OPCOM6 | Location:K MART S EUCLID, ONT Type:JUVPRB Group:WEST RD:254 TypeDesc:JUVENILE PROBLEM LocDesc:at 2530 S EUCLID AV, ONT LocCross:btwn W GEYER CT and W WALNUT ST Priority:5 Response:1PAT Agency:OPD Map:11C LocType:C |
| 16:21:40 | ENTRY | | Comment:3 JUVIES MESSING AROUND AT THE OLD KMART 1 IS POSS ON THE ROOF |
| 16:21:40 | SUBJ | | S#:1 Name:GRY SWEATER |
| 16:21:40 | SUBJ | | S#:2 Misc:BRO JACKET |
| 16:21:40 | SUBJ | | S#:3 Misc:PINK SWEATER |
| 16:21:40 | -PREMIS | | Comment:OCC, PPR, PPE, FPE |
| 16:21:48 | CLARFY | | Comment:JUVIES 14-16 YRS |
| 16:21:50 | NOMORE | | |
| 16:23:20 | SELECT | 20091/OPDR02 | |
| 16:23:23 | HOLD | | |
| 16:35:03 | MISC | | Comment:C/50 |
| 16:50:48 | DISPER | | P254 Operator:20039 OperNames:MILLAN, JAVIER - OFCR |
| 16:50:48 | -PRIU | | P254 |
| 16:51:38 | PRMPT | | P254 Comment:Preempted and dispatched to call #P190510342 |
| 16:51:38 | -HOLD | | P254 |
| 16:55:57 | HOLD | | Unknown:REDISP |
| 17:13:04 | DISP | | AIR30 Operator:80265 80221 OperNames:EVERY, JEFF-OFC; SHAFFER,PAUL-DET |
| 17:13:04 | -PRIU | | AIR30 |
| 17:13:26 | ENRTE | | AIR30 |
| 17:17:36 | CLEAR | | AIR30 Dispo:UTL |
| 17:17:36 | -CLEAR | | |
| 17:17:36 | CLOSE | | |

Detailed History for Police Event #P190760219 As of 4/10/2019 14:28:40

Output for: 19999

Priority:2 Type:602 - TRESPASSING
Location:K MART S EUCLID, ONT at 2530 S EUCLID AV, ONT
LocCross:btwn W GEYER CT and W WALNUT ST
Map:11C

| Created: | 03/17/2019 13:09:48 | OPCOM2 | 80416 |
|----------|---------------------|--------|-------|
| Entered: | 03/17/2019 13:10:10 | OPCOM2 | 80416 |
| Dispatch: | 03/17/2019 13:19:41 | OPDR02 | 19811 |
| Enroute: | 03/17/2019 13:19:44 | U1848 | 80516 |
| Onscene: | 03/17/2019 13:42:57 | U1871 | 80171 |
| Closed: | 03/17/2019 14:05:27 | OPDR02 | 19811 |

ICUnit: PrimeUnit:P162 Dispo:PIN Type:602 - TRESPASSING
Agency:OPD Group:WEST Beat:52 RD:254 ☐ Detail

| Time | Action | Unit/Operator | Detail |
|------|--------|---------------|--------|
| 13:09:48pdt | CREATE | 80416/OPCOM2 | Location:K MART S EUCLID, ONT Type:602 Name:ROGER Group:WEST RD:254 TypeDesc:TRESPASSING LocDesc:at 2530 S EUCLID AV, ONT LocCross:btwn W GEYER CT and W WALNUT ST Priority:2 Response:2PAT Agency:OPD Map:11C LocType:C |
| 13:10:10 | ENTRY | | |
| 13:10:11 | -PREMIS | | Comment:OCC, PPR, PPE, FPE |
| 13:10:17 | SELECT | 19811/OPDR02 | |
| 13:10:45 | INFO | 80416/OPCOM2 | Comment:DOOR IS UNLOCKED, UNK IF CONSTRUCTION CREW DID IT |
| 13:10:50 | INFO | | Comment:UNK IF ANYONE IS INSIDE |
| 13:10:55 | INFO | | Comment:DARK INSIDE THE BUILDING |
| 13:11:07 | CLARFY | | Phone:None--> |
| 13:11:11 | CLARFY | | Name:ROGER-->ROGER/SECURITY |
| 13:11:11 | NOMORE | | |
| 13:11:32 | MISC | 19811/OPDR02 | Comment:C50 |
| 13:11:33 | HOLD | | |
| 13:19:29 | MISC | 80128/OPCOM1 | Comment:RP LL AGAIN .. HE SAYS HE OPENED THE DOOR AND HE CAN HEAR MOVEMETN .. |
| 13:19:41 | DISP | 19811/OPDR02 | P122 Operator:80516 OperNames:PADILLA, EDUARDO - OFCR |
| 13:19:41 | DISP | | P121 Operator:20039 OperNames:MILLAN, JAVIER - OFCR |
| 13:19:41 | -PRIU | | P122 |
| 13:19:44 | *ENRTE | 80516/U1848 | P122 |
| 13:19:52 | *ENRTE | 20039/U1809 | P121 |
| 13:20:21 | MISC | 80128/OPCOM1 | Comment:RP CAN HEAR SOMEOEN WALKG THE WOOD FLOOR ON 2ND FLOOR |
| 13:20:39 | DISP | 19811/OPDR02 | P171 Operator:15043 OperNames:HASTINGS,WILLIAM-OFC |
| 13:20:46 | 21REQ | | P122 Comment:START RESP |
| 13:20:50 | ENRTE | | P171 |
| 13:21:26 | PRMPT | | P122 P121 Comment:Preempted and dispatched to call #P190760222 |
| 13:21:47 | *AIQ | 15043/U1852 | P171 |
| 13:21:47 | *CLEAR | | P171 |
| 13:21:47 | -HOLD | | P122 |
| 13:22:59 | HOLD | 19811/OPDR02 | Unknown:REDISP |

| 13:33:52 | DISP | | P162 Operator:80171 OperNames:MORALES, CHRIS M.-OFC |
|---|---|---|---|
| 13:33:52 | DISP | | P171 Operator:15043 OperNames:HASTINGS,WILLIAM-OFC |
| 13:33:52 | -PRIU | | P162 |
| 13:33:58 | *ENRTE | 15043/U1852 | P171 |
| 13:37:27 | ENRTE | 19811/OPDR02 | P162 |
| 13:42:57 | *ONSCN | 80171/U1871 | P162 |
| 13:43:00 | *ONSCN | 15043/U1852 | P171 |
| 13:43:01 | DISPOS | 19811/OPDR02 | S14 Operator:80252 OperNames:BONOMO, LAURENCE-SGT |
| 13:44:14 | 21REQ | | P162 Comment:HAVE RP MEET THE UNITS OUTFRONT |
| 13:44:47 | 21ACK | 80128/OPCOM1 | P162 |
| 13:46:38 | MISC | | Comment:RP ADVD TO 87 |
| 13:54:17 | MISC | 80416/OPCOM2 | P162 Comment:PIN |
| 13:58:41 | CHANGE | 19811/OPDR02 | Dispo:PIN |
| 13:58:48 | *AIQ | 15043/U1852 | P171 |
| 13:58:48 | *CLEAR | | P171 |
| 14:04:19 | *AIQ | 80252/U1893 | S14 |
| 14:04:19 | *CLEAR | | S14 |
| 14:04:48 | *MISC | 80171/U1871 | P162 Comment:conadv...utl |
| 14:05:27 | PRMPT | 19811/OPDR02 | P162 Comment:Preempted and dispatched to call #P190760210 |
| 14:05:27 | -CLOSE | | |
| 16:41:45 | XREF | 80138/OPDS1 | Service:P Event:#P190760290 Type:602 Agency:OPD |
| 16:41:51 | -PREMIS | | Comment:OCC, PPR, PPE, FPE |

**CONTACT INFO:**

| Name | Phone | RA | Language |
|---|---|---|---|
| ROGER | | | |
| | | | |
| ROGER/SECURITY | | | |

**Detailed History for Police Event #P190760290 As of 4/10/2019 14:28:43**

Output for: 19999

Priority:2 Type:602 - REPEAT
Location:K MART S EUCLID, ONT at 2530 S EUCLID AV, ONT
LocCross:btwn W GEYER CT and W WALNUT ST
Map:11C

| Created: | 03/17/2019 16:39:58 | OPDS1 | 80138 |
|---|---|---|---|
| Entered: | 03/17/2019 16:40:36 | OPDS1 | 80138 |
| Dispatch: | 03/17/2019 17:22:37 | OPDR02 | 80318 |
| Enroute: | 03/17/2019 17:22:37 | OPDR02 | 80318 |
| Closed: | 03/17/2019 17:27:54 | U1829 | 80473 |

ICUnit: PrimeUnit:C223 Dispo:CANCEL Type:602 - REPEAT
Agency:OPD Group:WEST Beat:52 RD:254 ☐ Detail

| 16:39:58pdt | CREATE | | Location:K MART S EUCLID, ONT Type:602 Name:ROGER/PRIME |
|---|---|---|---|
| | | 80138/OPDS1 | SEC Group:WEST RD:254 TypeDesc:TRESPASSING LocDesc:at 2530 S EUCLID AV, ONT LocCross:btwn W GEYER CT and W WALNUT ST Priority:2 Response:2PAT Agency:OPD Map:11C LocType:C |
| 16:40:36 | ENTRY | | Comment:RP CAN SEE A HMA GOING INTO THE LOCATION HMA IS STILL INSIDE THE LOCATION GARAGE DOOR ROLLED UP |
| 16:40:36 | ALI | | E911Phne:          E911Add:2441 S EUCLID AVE, ONT E911Subs:T-MOBILE          E911Srce:WPH2 AliLong:-117.652748 AliLatitude:34.02724900 |
| 16:40:36 | ALIGEO | | GeoLong:-117.652748 GeoLat:34.02724900 ClosestAdd:2530 S EUCLID AV AddDesc:185 ft SE ClosestInt:S EUCLID AV / E WALNUT ST InterDesc:635 ft NW Area1:254 Area2:O-9 |
| 16:40:37 | -PREMIS | | Comment:OCC, PPR, PPE, FPE |
| 16:40:49 | CHANGE | | |
| 16:40:49 | SUBJ | | S#:1 Race:H Sex:M Type:SUSP Misc:BB CAP// BLUE T SHIRT // JEANS |
| 16:40:57 | CHANGE | | Comment:SUSP IS CURRENTLY INSIDE THE BUILDNG SCREAMING AT HIMSELF |
| 16:41:03 | CHANGE | | Comment:ALL THE OTHER SUBJS RAN AWAY WHEN RP ARRIVED |
| 16:41:20 | CHANGE | | Phone:None--: |
| 16:41:37 | CHANGE | | TypeDesc:TRESPASSING-->REPEAT |
| 16:41:37 | -PREMIS | | Comment:OCC, PPR, PPE, FPE |
| 16:41:45 | XREF | | Service:P Event:#P190760219 Type:602 Agency:OPD |
| 16:41:48 | NOMORE | | |
| 16:44:40 | SELECT | 80318/OPDR02 | |
| 16:44:42 | HOLD | | |
| 17:22:37 | DISPER | | C223 Operator:80473 OperNames:HUGHES,JAMES-OFC |
| 17:22:37 | -PRIU | | C223 |
| 17:22:41 | MISC | | C223 Comment:WILL ADV |
| 17:27:21 | MISC | 19811/OPCOM5 | Comment:RP CB ADV HIS BOSS REQ TO HAVE THE RP TO LOCK THE DOOR AND TO CANCEL THE CALL |
| 17:27:52 | CHANGE | 80318/OPDR02 | Dispo:CANCEL |
| 17:27:54 | *AIQ | 80473/U1829 | C223 |

| 17:27:54 | *CLEAR | C223 |
| 17:27:54 | -CLOSE | |

**CONTACT INFO:**

| Name | Phone | RA | Language |
|---|---|---|---|
| ROGER/PRIME SEC | | | |
| | | | |

Detailed History for Police Event #P190810003 As of 4/10/2019 14:28:59

Output for: 19999

Priority:2 Type:415 - DISTURBANCE
Location:K MART S EUCLID, ONT at 2530 S EUCLID AV, ONT
LocCross:btwn W GEYER CT and W WALNUT ST
Map:11C

| Created: | 03/22/2019 00:05:42 | OPCOM1 | 19984 |
|----------|---------------------|--------|-------|
| Entered: | 03/22/2019 00:06:25 | OPCOM1 | 19984 |
| Dispatch: | 03/22/2019 00:17:19 | OPDR01 | 20007 |
| Enroute: | 03/22/2019 00:17:26 | U1887 | 80462 |
| Onscene: | 03/22/2019 00:19:09 | U1810 | 80548 |
| Control: | 03/22/2019 00:22:50 | OPDR01 | 20007 |
| Closed: | 03/22/2019 00:35:23 | OPDR01 | 20007 |

ICUnit:  PrimeUnit:P351 Dispo:CKS104 Type:415 - DISTURBANCE
Agency:OPD Group:WEST Beat:52 RD:254   ☐Detail

| 00:05:42pdt | CREATE | | Location:K MART S EUCLID, ONT Type:415 Group:WEST RD:254 |
|---|---|---|---|
| | | 19984/OPCOM1 | TypeDesc:DISTURBANCE LocDesc:at 2530 S EUCLID AV, ONT |
| | | | LocCross:btwn W GEYER CT and W WALNUT ST Priority:2 |
| | | | Response:2PAT Agency:OPD Map:11C LocType:C |
| 00:06:25 | ENTRY | | Comment:RP ADV THERE IS A TRANSIENT AT LOC YELLING |
| | | | AND ATT'ING TO GET INTO LOC |
| | | | RP ADV MALE IS REFUSING TO LEAVE |
| | | | HAS BEEN 97 FOR APPROX 15 MINS |
| 00:06:25 | -PREMIS | | Comment:OCC, PPR, PPE, FPE |
| 00:06:28 | SELECT | 20007/OPDR01 | |
| 00:06:59 | CLARFY | 19984/OPCOM1 | Comment:POSS HBD HS |
| | | | MALE IS HOLDING A METAL PIPE |
| 00:06:59 | SUBJ | | S#:1 Race:H Sex:M Age:E40S Misc:LSW/DK SHIRT,BLU JEANS |
| 00:07:20 | CLARFY | | Name:None-->ROGER/SEC Phone:None--> |
| 00:07:27 | NOMORE | | |
| 00:08:00 | HOLD | 20007/OPDR01 | |
| 00:17:19 | DISP | | C312 Operator:80462 OperNames:FALCONIERI,BRENNAN-CPL |
| 00:17:19 | DISP | | P311 Operator:80481 OperNames:NELSEN, CHRISTIAN OFC |
| 00:17:19 | -PRIU | | C312 |
| 00:17:26 | *ENRTE | 80462/U1887 | C312 |
| 00:17:29 | *ENRTE | 80481/U1871 | P311 |
| 00:17:58 | BACKER | 20007/OPDR01 | P321 UnitID:P311 Location:K MART S EUCLID, ONT Operator:80548 |
| | | | OperNames:WALTON, CORY - OFCR |
| 00:18:06 | BACKER | | P351 UnitID:P311 Location:K MART S EUCLID, ONT Operator:80546 |
| | | | OperNames:FERNANDEZ, JOSE - OFCR |
| 00:18:32 | BACKER | | S33 UnitID:P311 Location:K MART S EUCLID, ONT Operator:15036 |
| | | | OperNames:ARANA,MAYNOR-SGT |
| 00:18:39 | PRIU | | P351 |
| 00:18:40 | *AIQ | 80462/U1887 | C312 |
| 00:18:40 | *CLEAR | | C312 |
| 00:18:40 | *AIQ | 80481/U1871 | P311 |
| 00:18:40 | *CLEAR | | P311 |

| Time | Code | Unit | Details |
|------|------|------|---------|
| 00:19:09 | *ONSCN | 80548/U1810 | P321 |
| 00:20:58 | MISC | 20007/OPDR01 | P321 Comment:OUT W 1 / NEG ON METAL PIPE |
| 00:22:05 | ONSCN | | P351 |
| 00:22:50 | OK | | P351 P321 S33 |
| 00:22:52 | AIQ | | S33 |
| 00:22:52 | CLEAR | | S33 |
| 00:25:39 | LOGM | 80514/OPCOM2 | P321 Message:011903220725002530 MessageType:Text Received:03/22/2019 00:24:09 Comment:] NAME:CHAVEZ JORGE ALBERTO* |
| 00:25:45 | LOGM | | P321 Message:011903220725002531 MessageType:Text Received:03/22/2019 00:24:16 Comment:CARPOS - CHAVEZ |
| 00:35:04 | *MISC | 80546/U1811 | P351 Comment:subject checks 10-4/ security advised neg on a crime. subject was advised and sent on his way. |
| 00:35:07 | *AIQ | | P351 |
| 00:35:07 | *CLEAR | | P351 |
| 00:35:23 | CLEAR | 20007/OPDR01 | P321 Dispo:CKS104 |
| 00:35:23 | -CLEAR | | |
| 00:35:23 | CLOSE | | |

**CONTACT INFO:**

| Name | Phone | RA | Language |
|------|-------|-----|----------|
| ROGER/SEC | | | |

Police Event #P190840121

**Detailed History for Police Event #P190840121 As of 4/10/2019 14:29:06**

Output for: 19999

Priority:2 Type:602 - TRESPASSING
Location:K MART S EUCLID, ONT at 2530 S EUCLID AV, ONT
LocCross:btwn W GEYER CT and W WALNUT ST
Map:11C

| Created: | 03/25/2019 08:09:58 | OPCOM6 | 80416 |
| Entered: | 03/25/2019 08:10:29 | OPCOM6 | 80416 |
| Dispatch: | 03/25/2019 08:24:05 | OPDR01 | 80514 |
| Enroute: | 03/25/2019 08:24:36 | U1874 | 80425 |
| Onscene: | 03/25/2019 08:31:04 | U1886 | 80293 |
| Control: | 03/25/2019 08:42:49 | OPDR01 | 80514 |
| Closed: | 03/25/2019 08:46:57 | OPDR01 | 80514 |

ICUnit: PrimeUnit:P152 Dispo:CKS104 Type:602 - TRESPASSING
Agency:OPD Group:WEST Beat:52 RD:254   ☐ Detail

| 08:09:58pdt | CREATE | | Location:K MART S EUCLID, ONT Type:459 Group:WEST RD:254 |
| | | 80416/OPCOM6 | TypeDesc:BURGLARY LocDesc:at 2530 S EUCLID AV, ONT |
| | | | LocCross:btwn W GEYER CT and W WALNUT ST Priority:1 |
| | | | Response:2PS Agency:OPD Map:11C LocType:C |
| 08:10:29 | ENTRY | | Comment:RP IS A CONTRACTOR |
| 08:10:29 | -PREMIS | | Comment:OCC, PPR, PPE, FPE |
| 08:10:34 | SELECT | 80514/OPDR01 | |
| 08:10:40 | CHANGE | | Type:459-->602 Response:2PS-->2PAT Priority:1-->2 |
| | | 80416/OPCOM6 | TypeDesc:BURGLARY-->TRESPASSING |
| 08:10:51 | HOLD | 80514/OPDR01 | |
| 08:10:55 | INFO | | Comment:LOC IS VACANT...RP GOT 97 AND MALES WERE |
| | | 80416/OPCOM6 | WALKING OUT OF THE BUIDLING |
| 08:11:05 | INFO | | Comment:2 SUBJS CAMES OUT OF THE BUILDING |
| 08:11:28 | INFO | | |
| 08:11:28 | SUBJ | | S#:1 Race:H Sex:M Age:30 Misc:BIG JACKETS, BEANIE |
| 08:11:28 | SUBJ | | S#:2 Race:H Sex:M Age:30 Misc:BIG JACKETS, BEANIE |
| 08:11:34 | INFO | | Comment:SUBJS HAVE A BAG WITH THEM |
| 08:11:40 | INFO | | Comment:SUBJS BECAME 415 WITH THE RP |
| 08:11:50 | INFO | | Comment:SUBJS LEFT TOWARDS THE CARLS JR/ UNK IF |
| | | | ANYONE ELSE IS INSIDE |
| 08:12:51 | INFO | | Name:DON Phone: |
| 08:12:51 | NOMORE | | |
| 08:24:05 | DISP | 80514/OPDR01 | P152 Operator:80425 OperNames:REYES,RAY OFC |
| 08:24:05 | DISP | | C121 Operator:80293 OperNames:ARRIOLA,JAVIER-CPL |
| 08:24:05 | -PRIU | | P152 |
| 08:24:36 | *ENRTE | 80425/U1874 | P152 |
| 08:26:02 | *ENRTE | 80293/U1886 | C121 |
| 08:31:04 | *ONSCN | | C121 |
| 08:31:30 | *ONSCN | 80425/U1874 | P152 |
| 08:32:34 | MISC | 80514/OPDR01 | P152 Comment:WALK THROUGH OF LOC W/ RP - NEG C777 |
| 08:42:49 | OK | | P152 C121 |
| 08:46:21 | *MISC | 80425/U1874 | |

|          |          |              | P152 Comment:RP REQ WALK THROUGH ONLY. NEG ON SUBJS INSIDE. RP WILL BE BOARDING UP THE LOC SOON. |
|----------|----------|--------------|--------------------------|
| 08:46:49 | AIQ      | 80514/OPDR01 | P152 C121                |
| 08:46:49 | CLEAR    |              | P152 C121                |
| 08:46:49 | -HOLD    |              | P152                     |
| 08:46:57 | CAN      |              | Dispo:CKS104             |

**CONTACT INFO:**

| Name | Phone | RA | Language |
|------|-------|----|----------|
| DON  |       |    |          |

Detailed History for Police Event #P190860078 As of 4/10/2019 14:29:08

Output for: 19999

Priority:2 Type:602 - TRESPASSING
Location:K MART S EUCLID, ONT at 2530 S EUCLID AV, ONT
LocCross:btwn W GEYER CT and W WALNUT ST
Map:11C

| Created: | 03/27/2019 04:30:55 | OPDS1 | 14860 |
|----------|---------------------|-------|-------|
| Entered: | 03/27/2019 04:31:24 | OPDS1 | 14860 |
| Dispatch: | 03/27/2019 04:31:55 | OPDR01 | 19985 |
| Enroute: | 03/27/2019 04:32:03 | U1810 | 80548 |
| Onscene: | 03/27/2019 04:36:25 | U1810 | 80548 |
| Transprt: | 03/27/2019 05:10:55 | OPDR01 | 19985 |
| Complete: | 03/27/2019 05:16:19 | OPDR01 | 19985 |
| Closed: | 03/27/2019 07:09:40 | U1811 | 80547 |

ICUnit: PrimeUnit:P352 Dispo:459R Type:602 - TRESPASSING
Agency:OPD Group:WEST Beat:52 RD:254
Case #:OP190301478  ☐ Detail

| 04:30:55pdt | CREATE | 14860/OPDS1 | Location:K MART S EUCLID, ONT Type:602 Name:ROGER Group:WEST RD:254 TypeDesc:TRESPASSING LocDesc:at 2530 S EUCLID AV, ONT LocCross:btwn W GEYER CT and W WALNUT ST Priority:2 Response:2PAT Agency:OPD Map:11C LocType:C |
|---|---|---|---|
| 04:31:24 | ENTRY | | Comment:SUBJ SEEN BREAKING THE WOOD OFF THE WINDOW AND GOING INSIDE THE LOC |
| 04:31:24 | ALI | | E911Phne:        E911Add:1510 S BON VIEW AVE, ONT E911Subs:SPRINT        E911Srce:WPH2 AliLong:-117.651987 AliLatitude:34.02770500 |
| 04:31:24 | ALIGEO | | GeoLong:-117.651987 GeoLat:34.02770500 ClosestAdd:2556 S EUCLID AV AddDesc:337 ft NW ClosestInt:S EUCLID AV / W GEYER CT InterDesc:527 ft SW Area1:254 Area2:O-9 |
| 04:31:24 | -PREMIS | | Comment:OCC, PPR, PPE, FPE |
| 04:31:31 | SELECT | 19985/OPDR01 | |
| 04:31:40 | CHANGE | 14860/OPDS1 | Comment:TOO DARK FOR DESC |
| 04:31:53 | CHANGE | | Comment:WINDOW IN QUESTION IS TO THE FRONT |
| 04:31:55 | DISP | 19985/OPDR01 | P351 Operator:80546 OperNames:FERNANDEZ, JOSE - OFCR |
| 04:31:55 | DISP | | P321 Operator:80548 OperNames:WALTON, CORY - OFCR |
| 04:31:55 | -PRIU | | P351 |
| 04:32:03 | *ENRTE | 80548/U1810 | P321 |
| 04:32:05 | *ENRTE | 80546/U1814 | P351 |
| 04:32:05 | CHANGE | 14860/OPDS1 | Name:ROGER-->ROGER SEC Phone:None--> |
| 04:32:26 | CHANGE | | Comment:RP WILL BE TO THE FRONT |
| 04:32:26 | NOMORE | | |
| 04:34:01 | BACKER | 19985/OPDR01 | P352 UnitID:P351 Location:K MART S EUCLID, ONT Operator:80547 OperNames:MEJIA, MICHAEL - OFCR |
| 04:36:25 | *ONSCN | 80548/U1810 | P321 |
| 04:37:04 | ONSCN | 19985/OPDR01 | P351 |
| 04:38:22 | PRIU | | P352 |
| 04:38:47 | *ONSCN | 80547/U1811 | P352 |

| 04:40:44 | MISC | 19985/OPDR01 | P352 Comment:SEC ADVG SUBJ MADE ENTRY TO KMART |
| 04:40:57 | BACKUP | | C312 UnitID:P352 Location:K MART S EUCLID, ONT Operator:80462 OperNames:FALCONIERI,BRENNAN-CPL |
| 04:40:57 | BACKUP | | P311 UnitID:P352 Location:K MART S EUCLID, ONT Operator:80481 OperNames:NELSEN, CHRISTIAN OFC |
| 04:40:57 | BACKUP | | C361 UnitID:P352 Location:K MART S EUCLID, ONT Operator:80262 OperNames:CLINTON, GREGORY-CPL |
| 04:41:01 | *ENRTE | 80462/U1885 | C312 |
| 04:41:01 | *ENRTE | 80262/U1883 | C361 |
| 04:41:01 | *ENRTE | 80481/U1871 | P311 |
| 04:41:07 | CLOS | 19985/OPDR01 | P351 Location:TO REAR KMART |
| 04:41:36 | MISC | | P351 Comment:SOMEONE CAME OUT TO REAR WENT SB ON ARECK |
| 04:41:44 | CLOS | | P321 Location:CARLS JR |
| 04:41:56 | CHGLOC | | P351 Location:CARLS JR |
| 04:42:00 | BACKUP | | S11 UnitID:C312 Location:K MART S EUCLID, ONT Operator:15147 OperNames:GONZALEZ,JOHN-SGT |
| 04:42:04 | ENRTE | | S11 |
| 04:42:32 | BACKER | | P362 UnitID:P311 Location:K MART S EUCLID, ONT Operator:19823 OperNames:VAZQUEZ, JOSE - OFCR |
| 04:42:54 | ONSCN | | P351 |
| 04:43:32 | 21REQ | | P352 Comment:HAVE RP 87 TO FRONT OF KMART |
| 04:43:56 | CHGLOC | | C361 Location:REAR OF KMART |
| 04:44:17 | 21ACK | 14860/OPDS1 | P352 |
| 04:44:48 | MISC | | Comment:VM FOR THE RP / MSG LEFT |
| 04:45:15 | 21REQ | 19985/OPDR01 | P352 Comment:ATTEMPT RESP |
| 04:45:29 | 21ACK | | P352 |
| 04:49:45 | ONSCN | | C361 |
| 04:50:14 | ONSCN | | P362 |
| 04:50:52 | MISC | | P352 Comment:SUSP DESCP: HMA 40S DRK BEENIE WHI JACKET BLU JEANS |
| 04:50:59 | *ONSCN | 80481/U1871 | P311 |
| 04:51:11 | *ONSCN | 80462/U1885 | C312 |
| 04:53:23 | 21REQ | 19985/OPDR01 | P352 Comment:START RESP |
| 04:53:38 | PRMISE | 14860/OPDS1 | Location:2530 S EUCLID AV, ONT PremType:OCC |
| 04:55:13 | MISC | 19985/OPDR01 | P311 Comment:DOING IN FIELD W/RP |
| 04:55:15 | 21ACK | 14860/OPDS1 | P352 |
| 04:55:19 | MISC | | Comment:UTL A RESP |
| 04:55:44 | MISC | 19985/OPDR01 | P311 Comment:POSITIVE ID |
| 04:56:15 | IDREQ | | P352 |
| 04:56:29 | *ONSCN | 15147/U1894 | S11 |
| 04:57:37 | MISC | 19985/OPDR01 | P352 Comment:PERIMETER UNITS CAN CLR |
| 04:57:42 | PRMPT | | C361 Comment:Preempted and dispatched to call #P190860081 |
| 04:58:03 | PRMPT | | P362 Comment:Preempted and dispatched to call #P190860081 |
| 05:10:24 | LOGM | 80444/OPCOM2 | P321 Message:011903271210003669 MessageType:Text Received:03/27/2019 05:09:16 Comment:( |
| 05:10:37 | LOGM | | P321 Message:011903271210003670 MessageType:Text Received:03/27/2019 05:09:20 |
| 05:10:55 | TRANSP | 19985/OPDR01 | P321 Location:81 I5 |
| 05:15:57 | *CASE | 80548/U1810 | P321 Case#:OP190301478 Comment:PC 459 |
| 05:16:19 | CMPLT | 19985/OPDR01 | P321 |
| 05:28:26 | *AIQ | 15147/U1894 | S11 |

| Time | Action | Unit | Details |
|------|--------|------|---------|
| 05:28:26 | *CLEAR | | S11 |
| 05:29:16 | *AIQ | 80481/U1871 | P311 |
| 05:29:16 | *CLEAR | | P311 |
| 05:33:42 | *AIQ | 80548/U1810 | P321 |
| 05:33:42 | *CLEAR | | P321 |
| 05:36:52 | 21ACK | 14860/OPDS1 | P352 |
| 05:43:59 | *PRMPT | 80462/U1885 | C312 Comment:Preempted and dispatched to call type: B |
| 05:45:53 | BACKER | 80373/OPCOM3 | F78 UnitID:P352 Location:K MART S EUCLID, ONT Operator:80408 OperNames:NELLIS,CHRISTOPHER ID |
| 05:48:19 | CHGLOC | 19985/OPDR01 | P352 Location:81 FOLLOW |
| 05:48:27 | CLOS | | P351 |
| 05:54:35 | *ONSCN | 80547/U1811 | P352 |
| 06:03:13 | *ONSCN | 80408/U1485 | F78 |
| 06:07:59 | *AIQ | 80546/U1814 | P351 |
| 06:07:59 | *CLEAR | | P351 |
| 06:32:11 | *AIQ | 80408/U1485 | F78 |
| 06:32:11 | *CLEAR | | F78 |
| 06:39:55 | CHANGE | 80528/OPDR01 | Dispo:459R |
| 07:09:40 | *PRMPT | 80547/U1811 | P352 Comment:Preempted and dispatched to call type: B |
| 07:09:40 | -CLOSE | | |

**CONTACT INFO:**

| Name | Phone | RA | Language |
|------|-------|----|----------|
| ROGER | | | |
| ROGER SEC | | | |

**Detailed History for Police Event #P190930148 As of 4/10/2019 14:29:19**

Output for: 19999

Priority:5 Type:PATREQ - EXTRA PATROL
Location:K MART S EUCLID, ONT at 2530 S EUCLID AV, ONT
LocCross:btwn W GEYER CT and W WALNUT ST
Map:11C

| Created: | 04/03/2019 10:19:20 | OPDR01 | 80443 |
|---|---|---|---|
| Entered: | 04/03/2019 10:19:20 | OPDR01 | 80443 |
| Dispatch: | 04/03/2019 10:19:20 | OPDR01 | 80443 |
| Enroute: | 04/03/2019 10:19:20 | OPDR01 | 80443 |
| Onscene: | 04/03/2019 10:19:20 | OPDR01 | 80443 |
| Closed: | 04/03/2019 10:23:23 | OPDR01 | 80443 |

ICUnit: PrimeUnit:Z6 Dispo:CKS104 Type:PATREQ - EXTRA PATROL
Agency:OPD Group:WEST Beat:52 RD:254 ☐ Detail

| 10:19:20pdt | CREATE | | Location:K MART S EUCLID, ONT Type:T Group:WEST RD:254 |
|---|---|---|---|
| | | 80443/OPDR01 | TypeDesc:TRAFFIC STOP LocDesc:at 2530 S EUCLID AV, ONT |
| | | | LocCross:btwn W GEYER CT and W WALNUT ST Priority:6 |
| | | | Response:1PAT Agency:OPD Map:11C LocType:C |
| 10:19:20 | ENTRY | | |
| 10:19:20 | DISPOS | | Z6 Location:K MART S EUCLID, ONT Operator:80502 80442 |
| | | | OperNames:WILLIAMS,MICHAEL OFCR; BERTAGNA,NICK OFC |
| 10:19:20 | -PRIU | | Z6 |
| 10:19:20 | -PREMIS | | Comment:OCC, PPR, PPE, FPE |
| 10:19:26 | CHANGE | | Z6 Type:T-->PATREQ Response:1PAT-->None Priority:6-->5 |
| | | | TypeDesc:TRAFFIC STOP-->EXTRA PATROL |
| 10:22:33 | *MISC | 80502/U1871 | Z6 Comment:TRASH EVERYWHERE. BUILDING SECURE |
| 10:22:38 | *MISC | | Z6 Comment:CKS |
| 10:22:40 | *AIQ | | Z6 |
| 10:22:40 | *CLEAR | | Z6 |
| 10:22:40 | -HOLD | | Z6 |
| 10:23:23 | CAN | 80443/OPDR01 | Dispo:CKS104 |

18-23538-shl   Doc 3472-5   Filed 05/01/19   Entered 05/01/19 17:58:45   Exhibit C to
Police Event #P190960464 Declaration-Police Reports   Pg 26 of 29   Page 1 of 1
Rosbaum

**Detailed History for Police Event #P190960464 As of 4/10/2019 14:29:29**

Output for: 19999

Priority:9 Type:INFO - INFORMATION
Location:K MART S EUCLID, ONT at 2530 S EUCLID AV, ONT
LocCross:btwn W GEYER CT and W WALNUT ST
Map:11C

| Created: | 04/06/2019 23:20:36 | OPCOM1 | 20043 |
|---|---|---|---|
| Entered: | 04/06/2019 23:21:54 | OPCOM1 | 20043 |
| Closed: | 04/06/2019 23:31:16 | OPDR02 | 20091 |

ICUnit: PrimeUnit: Dispo: Type:INFO - INFORMATION
Agency:OPD Group:WEST Beat:52 RD:254   ☐ Detail

---

| 23:20:36pdt | CREATE | | Location:K MART S EUCLID, ONT Type:INFO Name:OFCR YOUNG/CHP Phone:          Group:WEST RD:254 |
|---|---|---|---|
| | | 20043/OPCOM1 | TypeDesc:INFORMATION LocDesc:at 2530 S EUCLID AV, ONT LocCross:btwn W GEYER CT and W WALNUT ST Priority:9 Agency:OPD Map:11C LocType:C |
| 23:21:54 | ENTRY | | Comment:200 VEHS // STREET RACERS HEADED TO ADDRS // RACERS COMING FROM WALNUT // POSTED ON THEIR SITE... CURRENTLY AT 57/110 |
| 23:21:54 | -PREMIS | | Comment:OCC, PPR, PPE, FPE |
| 23:21:56 | NOMORE | | |
| 23:24:57 | SELECT | 20091/OPDR02 | |
| 23:24:59 | HOLD | | |
| 23:30:48 | XREF | 80213/OPDS1 | Service:P Event:#P190960469 Type:23103 Agency:OPD |
| 23:31:00 | XREF | 19814/OPCOM2 | Service:P Event:#P190960469 Type:23103 Agency:OPD |
| 23:31:16 | COMBIN | 20091/OPDR02 | Service:P Event:#P190960469 Type:23103 Agency:OPD |
| 23:31:16 | -CLOSE | | |

---

CONTACT INFO:

| Name | Phone | RA | Language |
|---|---|---|---|
| OFCR YOUNG/CHP | | | |

**Detailed History for Police Event #P190960469 As of 4/10/2019 14:29:32**

Output for: 19999

Priority:3 Type:23103 - RECKLESS DRIVING
Location:K MART S EUCLID, ONT at 2530 S EUCLID AV, ONT
LocCross:btwn W GEYER CT and W WALNUT ST
Map:11C

| Created: | 04/06/2019 23:29:33 | OPCOM2 | 19814 |
|---|---|---|---|
| Entered: | 04/06/2019 23:30:10 | OPCOM2 | 19814 |
| Dispatch: | 04/06/2019 23:31:47 | OPDR02 | 20091 |
| Enroute: | 04/06/2019 23:31:51 | U1871 | 80509 |
| Onscene: | 04/06/2019 23:36:51 | OPDR02 | 20091 |
| Closed: | 04/06/2019 23:45:20 | OPDR02 | 20091 |

ICUnit: PrimeUnit:P253 Dispo:CKS104 Type:23103 - RECKLESS DRIVING
Agency:OPD Group:WEST Beat:52 RD:254   ☐ Detail

| 23:29:33pdt | CREATE | | Location:E WALNUT ST/S EUCLID AV, ONT Type:23103 |
|---|---|---|---|
| | | 19814/OPCOM2 | Name:REBECCA LUNA Phone:        roup:SOUT RD:294 |
| | | | TypeDesc:RECKLESS DRIVING LocDesc: <100/ 2600> Priority:3 |
| | | | Response:1PAT Agency:OPD Map:11D LocType:H |
| 23:30:10 | ENTRY | | Comment:DOING DONUTS AND POSS RACING |
| 23:30:10 | -PREMIS | | Comment:PPE, FPE |
| 23:30:13 | CHANGE | | Comment:UNK VEH DESC |
| 23:30:18 | SELECT | 20091/OPDR02 | |
| 23:30:19 | HOLD | | |
| 23:30:31 | CHANGE | 19814/OPCOM2 | Comment:POSS WERE IN K MART PARKING LOT |
| 23:30:43 | CHANGE | | Comment:NOW POSS LEAVING UNK DOT |
| 23:30:47 | CHANGE | | Comment:UNK VEH DESC / HEARD ONLY |
| 23:30:48 | XREF | 80213/OPDS1 | Service:P Event:#P190960464 Type:INFO Agency:OPD |
| 23:30:48 | NOMORE | 19814/OPCOM2 | |
| 23:31:00 | XREF | | Service:P Event:#P190960464 Type:INFO Agency:OPD |
| 23:31:16 | COMBIN | 20091/OPDR02 | Service:P Event:#P190960464 Type:INFO Agency:OPD |
| 23:31:21 | MISC | 80213/OPDS1 | Comment:ADDTL RP CALLING ADV VEHS PARKED IN KMART LOT... BURNING OUT |
| 23:31:23 | MISC | 20043/OPCOM1 | Comment:ADDTL CALLER .. ADVD POSS 2-4 VEHS STREET RACING... AUBREY |
| 23:31:44 | MISC | 80213/OPDS1 | Comment:ADDTL RP CALLING FROM CARLS JR IN KMART LOT... SUBJS RACING IN LOT |
| 23:31:46 | CHANGE | 80458/OPDR01 | Location:E WALNUT ST/S EUCLID AV, ONT-->K MART S EUCLID, ONT Group:SOUT-->WEST RD:294-->254 Beat:62-->52 Map:11D-->11C LocDesc: <100/ 2600>-->at 2530 S EUCLID AV, ONT |
| 23:31:46 | -PREMIS | | Comment:OCC, PPR, PPE, FPE |
| 23:31:47 | DISP | 20091/OPDR02 | C351 Operator:80509 OperNames:KNIGHTON, JASON - CPL |
| 23:31:47 | DISP | | P253 Operator:80326 OperNames:DIAZ,NICK-OFC |
| 23:31:47 | -PRIU | | C351 |
| 23:31:51 | *ENRTE | 80509/U1871 | C351 |
| 23:31:52 | MISC | 20043/OPCOM1 | Comment:ADDTL CALLER ADVING VEHS RACING AND DOING DONUTS IN THEKMART PARKING LOT |
| 23:31:52 | *ENRTE | 80326/U1853 | P253 |

18-23538-shl    Doc 3472-5    Filed 05/01/19    Entered 05/01/19 17:58:45    Exhibit C to
Rubaum Declaration-Police Reports    Pg 28 of 29    Page 2 of 3
Police Event #P190960469

| Time | Type | Unit | Comment |
|------|------|------|---------|
| 23:31:57 | MISC | 19814/OPCOM2 | Comment:ADDL RP ADVG SAME / 626 848 2292 |
| 23:31:59 | MISC | 80213/OPDS1 | Comment:EMPLOYEE AT CARLS JR/ PATTY CELL |
| 23:32:03 | MISC | 19814/OPCOM2 | Comment:THIS RP ADV AT LEAST 50 |
| 23:32:06 | MISC | 80514/OPCOM3 | Comment:ADDL RP ADVD SAME |
| 23:32:11 | MISC | 20043/OPCOM1 | Comment:ADDTL CALLER ADVNG SAME CIRCS |
| 23:32:16 | MISC | 19811/OPCOM5 | Comment:POSS 40 TO 50 CARS IN THE PARKING LOT |
| 23:33:00 | MISC | 20043/OPCOM1 | Comment:ADDTL CALLER ADVING SAME |
| 23:33:55 | MISC | | Comment:MAPC V73 |
| 23:35:14 | MISC | | Comment:ADDTL CALLER ADVING 100+ VEHS |
| 23:35:26 | *BACKER | 80516/U1848 | P223 UnitID:C351 Location:K MART S EUCLID, ONT Operator:80516 OperNames:PADILLA, EDUARDO - OFCR |
| 23:35:33 | DISP | 20091/OPDR02 | C321 Operator:80463 OperNames:FLORES,EDWARD CPL |
| 23:35:33 | DISP | | P322 Operator:20133 OperNames:MELNYK, JOSEPH - OFCR |
| 23:35:36 | *ENRTE | 20133/U1808 | P322 |
| 23:35:38 | *ENRTE | 80463/U1876 | C321 |
| 23:35:54 | DISPER | 20091/OPDR02 | P352 Operator:20039 OperNames:MILLAN, JAVIER - OFCR |
| 23:36:01 | MISC | 80213/OPDS1 | Comment:RP CALLING FROM W CORMORANT... NUMEROUS VEHS RACING IN KMART LOT... RP |
| 23:36:28 | PRIU | 20091/OPDR02 | P352 |
| 23:36:33 | MISC | 80213/OPDS1 | Comment:ADDTL RP CALLING ADV SAME CIRCS... RP PH 951 403 3959 |
| 23:36:36 | MISC | 20043/OPCOM1 | Comment:ALL VEHS LEAVING NOW.. DISCONNECTED BEFORE GIVING DOT |
| 23:36:51 | *AIQ | 20133/U1808 | P322 |
| 23:36:51 | *CLEAR | | P322 |
| 23:36:51 | ONSCN | 20091/OPDR02 | P253 |
| 23:37:04 | MISC | | P253 Comment:VEH GOUNG SB EUCLID TOWARDS CHINO |
| 23:37:56 | *AIQ | 80516/U1848 | P223 |
| 23:37:56 | *CLEAR | | P223 |
| 23:37:56 | *AIQ | 80509/U1871 | C351 |
| 23:37:56 | *CLEAR | | C351 |
| 23:38:51 | *ONSCN | 80463/U1876 | C321 |
| 23:38:58 | MISC | 20091/OPDR02 | P253 Comment:ALL VEH'S CLEARING OUT |
| 23:39:00 | *AIQ | 20039/U1812 | P352 |
| 23:39:00 | *CLEAR | | P352 |
| 23:39:04 | PRIU | 20091/OPDR02 | P253 |
| 23:39:22 | *AIQ | 80463/U1876 | C321 |
| 23:39:22 | *CLEAR | | C321 |
| 23:41:17 | PRMPT | 20091/OPDR02 | P253 Comment:Preempted and dispatched to call #P190960472 |
| 23:41:17 | -HOLD | | P253 |
| 23:41:29 | DISPOS | | P253 Operator:80326 OperNames:DIAZ,NICK-OFC |
| 23:41:29 | DISPOS | | P321 |
| 23:41:29 | -PRIU | | P253 |
| 23:41:35 | DISPOS | | C321 Operator:80463 OperNames:FLORES,EDWARD CPL |
| 23:41:38 | AIQ | | P321 |
| 23:41:38 | CLEAR | | P321 |
| 23:41:54 | MISC | | P253 Comment:GETTING FLAGGED DOWN BY SEC |
| 23:42:01 | MISC | | C321 Comment:GETTING FLAGGED DOWN BY RP |
| 23:42:26 | COMBIN | | Service:P Event:#P190960472 Type:T Agency:OPD |
| 23:42:43 | *MISC | 80326/U1853 | P253 Comment:sec advising that he was scared so he took off his uniform and called police. all racers gone now |
| 23:44:34 | *AIQ | | P253 |
| 23:44:34 | *CLEAR | | P253 |

| 23:45:09 | PRMPT | 20091/OPDR02 | C321 Comment:Preempted and dispatched to call #P190960473 |
| 23:45:09 | -HOLD | | P253 |
| 23:45:20 | CAN | | Dispo:CKS104 |

**CONTACT INFO:**

| Name | Phone | RA | Language |
|------|-------|-----|----------|
| REBECCA LUNA | | | |