

# Security Report

**Corporate Alliance Strategies**

#290429798

| | |
|---|---|
| **Issue Type** | Transient on Site |
| **Status** | Closed |
| **Property** | Ocean 1<br>2530 S Euclid Avenue<br>Ontario, CA 91762 |
| **Location** | Default |
| **Reported By** | 2530 S Euclid Avenue |

**Issue Timeline**

| | | |
|---|---|---|
| Created | Sun 03/31/19 09:09 PM | ZMCKNIGHT |
| Assigned To | Sun 03/31/19 09:09 PM | ZMCKNIGHT |
| Acknowledged | Sun 03/31/19 09:09 PM | ZMCKNIGHT |
| Arrived At | Sun 03/31/19 09:09 PM | ZMCKNIGHT |
| Closed | Sun 03/31/19 09:33 PM | ZMCKNIGHT |

**Additional Details**

| | |
|---|---|
| Assigned By | ZMCKNIGHT |
| Reported Address | 2530 S Euclid Avenue |
| Reported Unit | |
| Problem Address | 2530 S Euclid Avenue |
| Problem Unit | |

## Notes

Sun 3/31/2019 9:10 PM - ZMCKNIGHT
Located transient onsite, removed no issue left and was cooperative.

Tue 4/9/2019 2:04 PM - SGTOLSON
Email To:rubaumr@aol.com
Email From:sgtolson
Email Subject:Ocean 1 - (S) Transient on Site
Email Body:Transient in back of K Mart, stated he needed a place to sleep. Was advised he needed to vacate the property and did so without incident.
Attaching Issue with Email

Sun 3/31/2019 9:09 PM - ZMCKNIGHT



03/31/2019 21:09:58 PM PST - CAS TR:zmckDDEED583



# Security Report

**Corporate Alliance Strategies**

#290599587

## Issue Type
Transient Encampment

## Status
Closed

## Property
Ocean 1
2530 S Euclid Avenue
Ontario, CA 91762

## Location
Default

## Reported By
2530 S Euclid Avenue

## Issue Timeline

| | | |
|---|---|---|
| Created | Mon 04/01/19 11:18 AM | MGCAS |
| Assigned To | Mon 04/01/19 11:18 AM | MGCAS |
| Acknowledged | Mon 04/01/19 11:18 AM | MGCAS |
| Arrived At | Mon 04/01/19 11:18 AM | MGCAS |
| Closed | Mon 04/01/19 11:21 AM | MGCAS |

## Additional Details

| | |
|---|---|
| Assigned By | MGCAS |
| Reported Address | 2530 S Euclid Avenue |
| Reported Unit | |
| Problem Address | 2530 S Euclid Avenue |
| Problem Unit | |

## Notes

Mon 4/1/2019 11:21 AM - MGCAS

PAUL 7 ON LOCATION AT OCEAN 1 WHILE ON PATROL NOTICE A ENHANCMAN TOOK IT DOWN LOTS OF TRASH ON THE FLOOR IN THE REAR OF THE FACILITY ALL SECURE

Tue 4/9/2019 2:03 PM - SGTOLSON

Email To:rubaumr@aol.com
Email From:sgtolson
Email Subject:Ocean 1 - (S) Transient Encampment
Email Body:
Attaching Issue with Email

Mon 4/1/2019 11:18 AM - MGCAS                    Mon 4/1/2019 11:19 AM - MGCAS




Abdul Riaz

(M) Level 2

Sat Apr 6, 2019 2:15 PM

(S) Transient Encampment

Abdul Riaz

**Unit:** Ocean 1
**Location:** Default
2530 S Euclid Avenue

2:20 PM Abdul Riaz - A female transient mid 40 Hispanic who was sleeping in shade at side of Kmart, escorted with site with her blanket and sheet. That was same sheet which was in shopping cart for a while. Her dress kind a prostitute but I am not sure but site cleared.

292074857



Sat Apr 6, 2019 2:14 PM

(S) Disposal Area Inspection

Abdul Riaz

**Unit:** Ocean 1
**Location:** Default
2530 S Euclid Avenue

2:15 PM Abdul Riaz - Trash disposable Area inspected upon arrival, no suspicious activity observed, all good.

292074020

(S) Level 1

(S) Level 3





# Security Report     #292206873

Corporate Alliance Strategies

**Issue Type**
Agressive transient on site

**Status**
Closed

**Property**
Ocean 1
2530 S Euclid Avenue
Ontario, CA 91762

**Location**
Default

**Reported By**
2530 S Euclid Avenue

**Issue Timeline**

| | | |
|---|---|---|
| Created | Sat 04/06/19 11:31 PM | LPANTAN |
| Assigned To | Sat 04/06/19 11:31 PM | LPANTAN |
| Acknowledged | Sat 04/06/19 11:31 PM | LPANTAN |
| Arrived At | Sat 04/06/19 11:31 PM | LPANTAN |
| Closed | Sun 04/07/19 12:59 AM | LPANTAN |

**Additional Details**

Assigned By   LPANTAN
Reported Address   2530 S Euclid Avenue
Reported Unit
Problem Address   2530 S Euclid Avenue
Problem Unit

## Notes

Sat 4/6/2019 11:32 PM - LPANTAN
Car racing happen today at the cite emergency

Tue 4/9/2019 2:01 PM - SGTOLSON
Email To:rubaumr@aol.com
Email From:sgtolson
Email Subject:Ocean 1 - (S) Agressive transient on site
Email Body:Please see attached photo of street racing in the K Mart parking lot , CAS Security called Ontario Police Department was called out and came out and got the group to disperse. They did not come back after they were warned of trespassing.
Attaching Issue with Email

Sat 4/6/2019 11:31 PM - LPANTAN



04/06/2019 23:31:59 PM PST - CAS TR:lpan7530C119

Ocean 1
2530 S Euclid Avenue
**Location:** Default
**Unit:**
Tyrone Metcalfe

(S) Level 3

Mon Apr 8, 2019 11:01 PM

11:03 PM Tyrone Metcalfe - PAUL 3 ON-SITE LOCK ON ALLEYWAY GATE HAS NOT BEEN TAMPERED WITH NO SUSPICIOUS ACTIVITY INSIDE THE AREA

292782844

Ocean 1
2530 S Euclid Avenue
**Location:** Default
**Unit:**
Tyrone Metcalfe

(M) Level 2

Mon Apr 8, 2019 10:58 PM

11:02 PM Tyrone Metcalfe - PAUL 3 ON-SITE THERE ARE MULTIPLE PILES OF DISCARDED HOUSEHOLD ITEMS IN THE ALLEYWAY PEOPLE MUST BE DRIVING THROUGH LEAVING THEIR GARBAGE BEHIND

(M) Excessive Trash

Ocean 1
2530 S Euclid Avenue

(S) Activity Update

10:59 PM Tyrone Metcalfe - PAUL 3 ON-SITE LOADING DOCK AND TRASH COMPACTOR AREAS HAVE BEEN THOROUGHLY SEARCHED NO TRANSIENTS ON THE PREMISES

292781916



Mike Guiterrez

**(S) Level 3**

Tue Apr 9, 2019 6:26 AM

**Unit:** Ocean 1
**Location:** Default
2530 S Euclid Avenue

**(S) Disposal Area Inspection**

6:29 AM Mike Guiterrez - PAUL 7 ON LOCATION AT OCEAN ONE MONITOR AND OBSERVE DISPOSAL AREA IN THE REAR OF THE FACILITY NOTICE MORE TRASH LAYING AROUND THE FACILITY NO OTHER SITUATION TO REPORT CONTINUE PATROL

IS SECURE CONTINUE PATROL

292887356

Mike Guiterrez

**(S) Level 3**

Tue Apr 9, 2019 6:24 AM

**Unit:** Ocean 1
**Location:** Default
2530 S Euclid Avenue

**(S) Alley Way**

6:26 AM Mike Guiterrez - PAUL 7 ON LOCATION AT OCEAN ONE MONITOR AND OBSERVE THE ALLEYWAY NO SUSPICIOUS ACTIVITY NO TRANSIENTS HANGING AROUND AT THIS TIME NO OTHER SITUATION TO REPORT CONTINUE PATROL

292886987

Mike Guiterrez



# Security Report     #298315604

Corporate Alliance Strategies

| Issue Type | | Issue Timeline | | |
|---|---|---|---|---|
| Open or unsecured door | | | | |
| **Status** | Created | Sat 04/27/19 10:05 PM | LPANTAN |
| Closed | Assigned To | Sat 04/27/19 10:05 PM | LPANTAN |
| | Acknowledged | Sat 04/27/19 10:05 PM | LPANTAN |
| **Property** | Arrived At | Sat 04/27/19 10:05 PM | LPANTAN |
| Ocean 1 | Closed | Sat 04/27/19 10:08 PM | LPANTAN |
| 2530 S Euclid Avenue | | | | |
| Ontario, CA 91762 | | Additional Details | | |

| | |
|---|---|
| Location | Assigned By: LPANTAN |
| Default | Reported Address: 2530 S Euclid Avenue |
| Reported By | Reported Unit: |
| 2530 S Euclid Avenue | Problem Address: 2530 S Euclid Avenue |
| | Problem Unit: |

## Notes

Sun 4/28/2019 4:07 PM - SGTOLSON

Email To:,Rubaumr@aol.com
Email From:sgtolson
Email Subject:Ocean 1 - (S) Open or unsecured door
Email Body:
Attaching Issue with Email

Sun 4/28/2019 4:07 PM - SGTOLSON

Email To:Rubaumr@aol.com
Email From:sgtolson
Email Subject:Ocean 1 - (S) Open or unsecured door
Email Body:
Attaching Issue with Email

