FERRAIUOLI LLC
390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001
Email: scolon@ferraiuoli.com
Email: gchico@ferraiuoli.com

Attorneys for *Santa Rosa Mall, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING OF SANTA ROSA MALL, LLC'S (I) EMERGENCY MOTION TO COMPEL COMPLIANCE WITH THE COURT'S FEBRUARY 8, 2019 SALE ORDER, AND (II) MOTION FOR AN ORDER SHORTENING NOTICE WITH RESPECT TO EMERGENCY MOTION TO COMPEL COMPLIANCE WITH THE COURT'S FEBRUARY 8, 2019 SALE ORDER**

PLEASE TAKE NOTICE that the hearing on the *Emergency Motion to Compel Compliance with the Court's February 8, 2019 Sale Order* (the "Emergency Motion", Docket No. 3417) and the *Motion for an Order Shortening Notice with Respect to Urgent Motion to Compel Compliance with the Court's February 8, 2019 Sale Order* (the "Motion to Shorten", Docket No. 3418) filed by creditor Santa Rosa Mall, LLC ("Santa Rosa Mall") on April 29, 2019, previously scheduled for May 8, 2019 at 10:00 a.m. (Eastern Time), has been adjourned.

[Signatures in the next page]

Respectfully submitted.
Dated: May 1st, 2019

**Ferraiuoli** LLC
221 Ponce de León Avenue
5th Floor
San Juan, PR 00917
Telephone: (787) 766-7001
Facsimile: (787) 766-7001

*/s/ Sonia E. Colon Colon*
Sonia E. Colón Colón
*Admitted Pro Hac Vice*
USDC-PR No. 213809
scolon@ferraiuoli.com

*/s/ Gustavo A. Chico-Barris*
Gustavo A. Chico-Barris
USDC-SDNY No. 929147
gchico@ferraiuoli.com

Attorneys for
*Santa Rosa Mall, LLC*