Ronald E. Gold, Esq.
(Admitted *pro hac vice*)
Ohio Bar No. 0061351
A.J. Webb, Esq.
(Admitted *pro hac vice*)
Ohio Bar No. 0093655
Erin P. Severini, Esq.
New York Bar No. 4311387
**FROST BROWN TODD LLC**
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 651-6800
Facsimile: (513) 651-6981
Email: rgold@fbtlaw.com
          awebb@fbtlaw.com
          eseverini@fbtlaw.com

*Counsel for Washington Prime Group Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **SEARS HOLDINGS CORPORATION, *et al.*,** | **CASE NO. 18-23538-RDD** |
| **Debtors.** | **(Jointly Administered)** |

**NOTICE OF WITHDRAWAL OF SUPPLEMENTAL OBJECTION AND
RESERVATION OF RIGHTS OF WASHINGTON PRIME GROUP INC. TO THE
PROPOSED CURE AMOUNTS IN CONNECTION WITH THE DEBTORS' PROPOSED
ASSUMPTION AND ASSIGNMENT OF CERTAIN LEASES
(STORE NOS. 1755 & 6820) (DOCKET NO. 3192)**

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to a resolution reached among the applicable parties, Washington Prime Group

Inc. hereby withdraws its *Supplemental Objection and Reservation of Rights of Washington*

*Prime Group Inc. to the Proposed Cure Amounts in Connection with the Debtors' Proposed*

*Assumption and Assignment of Certain Leases (Store Nos. 1755 & 6820)* (Docket No. 3192).

Dated:  May 2, 2019

**FROST BROWN TODD LLC**

*/s/ Ronald E. Gold*
Ronald E. Gold, Esq. (Ohio Bar No. 0061351)
*Admitted Pro Hac Vice*
A.J. Webb, Esq. (Ohio Bar No. 0093655)
*Admitted Pro Hac Vice*
Erin P. Severini, Esq.
New York Bar No. 4311387
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Telephone: (513) 651-6800
Facsimile: (513) 651-6981
Email: rgold@fbtlaw.com
        awebb@fbtlaw.com
        eseverini@fbtlaw.com

*Counsel for Washington Prime Group Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2019, a copy of the foregoing was served electronically or via First Class Mail, postage prepaid upon all those identified on the Master Service List as of April 15, 2019 in accordance with: (i) this Court's *Amended Order Implementing Certain Notice and Case Management Procedures* entered November 1, 2018 (Docket No. 405); and (ii) the Supplemental Notice of Assumption and Assignment and the service requirements established thereby.

*/s/ Ronald E. Gold*
Ronald E. Gold

0028924.0656025  4823-2266-6901v1