# Exhibit 1

` Doc 3480-1    Filed 05/02/19    Entered 05/02/19 09:39:21    Exhibit 1
Pg 1 of 5

## EXHIBIT 1

### DECLARATION OF WALT LARNERD IN SUPPORT OF APPLICATION OF METROPOLITAN EDISON COMPANY, JERSEY CENTRAL POWER & LIGHT COMPANY, OHIO EDISON COMPANY, THE CLEVELAND ELECTRIC ILLUMINATING COMPANY, TOLEDO EDISON COMPANY AND PENNSYLVANIA ELECTRIC COMPANY PURSUANT TO SECTION 7 OF THE ORDER (I) APPROVING DEBTORS' PROPOSED FORM OF ADEQUATE ASSURANCE OF PAYMENT TO UTILITY PROVIDERS, (II) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES, AND (III) PROHIBITING UTILITY PROVIDERS FROM ALTERNATING, REFUSING, OR DISCONTINUING UTILITY SERVICE [DOCKET NO. 461] FOR PAYMENT FROM THE ADEQUATE ASSURANCE ACCOUNT

I, Walt Larnerd declare as follows:

1. I am the Supervisor, Revenue Assurance & Compliance for FirstEnergy Service Corp. and I have been the Supervisor for five years and with FirstEnergy Service Company for ten years. In my current position with FirstEnergy Service Company I assist in the credit and bankruptcy operations of the following operating companies: Metropolitan Edison Company ("Met-Ed"), Jersey Central Power & Light Company ("JCP&L"), Ohio Edison Company ("Ohio Edison"), The Cleveland Electric Illuminating Company, d/b/a The Illuminating Company ("CEI"), Toledo Edison Company ("TE") and Pennsylvania Electric Company ("Penelec") (collectively, "FirstEnergy").

2. Except as otherwise stated, all facts contained within this Declaration are based upon personal knowledge, my review of FirstEnergy's business documents, correspondence and relevant documents, or my opinion based upon my experience concerning the operations of FirstEnergy. If called upon to testify, I would testify to the facts set forth in this Declaration.

3. On behalf of FirstEnergy, I submit this Declaration in support of the *Application Of Metropolitan Edison Company, Jersey Central Power & Light Company, Ohio Edison Company, The Cleveland Electric Illuminating Company, Toledo Edison Company and Pennsylvania Electric*

*Company Pursuant To Section 7 Of The Order (I) Approving Debtors' Proposed Form Of Adequate Assurance of Payment To Utility Providers, (II) Establishing Procedures For Determining Adequate Assurance of Payment For Future Utility Services, and (III) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Service* (the "Application").

4.  In making this Declaration, I am familiar with the contents of the Application.

5.  It is part of my job responsibility with FirstEnergy Service Corp. to: (A) review customer accounts with FirstEnergy; (B) address credit issues with FirstEnergy's customers; and (C) address issues concerning customers that file for bankruptcy protection, including payment of post-petition invoices.

6.  On April 26, 2019, JCP&L issued a post-petition invoice on the Account Ending in 9102 in the amount of $36,325.58, which had a past due balance of $29,036.10, and current charges in the amount of $7,289.48 that is due on May 13, 2019. As of the date of this Declaration, JCP&L has not received payment for the past-due charges in the amount of $29,036.10 or the current charges in the amount of $7,289.48.

7.  On April 9, 2019, Met-Ed issued an invoice on the Account Ending in 9709 with an April 24, 2019 due day reflecting then current charges of $6,081.25 that remained unpaid. As of the date of this Declaration, Met Ed has not received payment for $6,081.25 of this invoice.

8.  On March 28, 2019, Ohio Edison issued an invoice on the Account Ending in 0575 in the amount $7,469.04, which had a due date of April 18, 2019. As of the date of this Declaration, Ohio Edison has not received payment for the past-due charges in the amount of $7,469.04.

9.  On March 8, 2019, Ohio Edison issued an invoice on the Account Ending in 5894

2

in the amount of $731.88, which included the $490.62 past due balance and had a due date of March 29, 2019. As of the date of this Declaration, Ohio Edison has not received payment for the past-due charges in the amount of $731.88.

10. On April 17, 2019, CEI issued an invoice on the Account Ending in 0042 in the amount of $1,213.23, which had a past due balance of $582.07, and current charges in the amount of $631.16 that is due on May 8, 2019. As of the date of this Declaration, CEI has not received payment for the past-due charges in the amount of $582.07, or payment of the current charges in the amount of $631.16.

11. On March 26, 2019, CEI issued an invoice on the Account Ending in 2094 in the amount of $1,163.58, which had a due date of April 16, 2019. As of the date of this Declaration, CEI has not received payment for the past-due charges in the amount of $1,163.58.

12. On March 11, 2019, CEI issued an invoice on the Account Ending in 9094 in the amount of $4,240.52, which had a due date of April 1, 2019. As of the date of this Declaration, CEI has not received payment for the past-due charges in the amount of $4,240.52.

13. On March 20, 2019, TE issued an invoice on the Account Ending in 5969 in the amount of $12.29, which had a due date of April 10, 2019. As of the date of this Declaration, TE has not received payment for the past-due charges in the amount of $12.29.

14. On March 29, 2019, Penelec issued an invoice on the Account Ending in 6532 in the amount of $3,061.89, which had a due date of April 15, 2019. As of the date of this Declaration, Penelec has not received payment for the past-due charges in the amount of $3,061.89.

15. On March 21, 2019, Penelec issued an invoice on the Account Ending in 8280 in

the amount of $4,458.92, which had a due date of April 5, 2019. As of the date of this Declaration, Penelec has not received payment for the past-due charges in the amount of $4,458.92.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this _1_ day of May 2019, at Fairmont/Marion County, West Virginia.

_____
Walt Larnerd

4