HONIGMAN LLP
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226
Telephone: (313) 465-7590
Facsimile: (313) 465-7591
Lawrence A. Lichtman (MI Bar #P35403)
*Admitted Pro Hac Vice*
*Attorneys for QKC Maui Owner, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

| | |
|---|---|
| **In re:** | **Chapter 11** |
| | |
| **SEARS HOLDINGS CORPORATION,** *et al.,*[1] | **Case No. 18-23538 (RDD)** |
| | |
| **Debtors.** | **(Jointly Administered)** |

---------------------------------------------------------------------x

**QKC MAUI OWNER, LLC'S OMNIBUS (I) OBJECTION TO NOTICE OF
ASSUMPTION AND ASSIGNMENT OF ADDITIONAL DESIGNATABLE LEASES, (II)
SUPPLEMENTAL CURE OBJECTION, AND (III) RESTRICTIVE COVENANT
OBJECTION**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

The Debtors also include SHC Licensed Business LLC (3718), filed as Case No. 18-23616, and SHC Promotions LLC (9626), filed as Case No. 18-23630 (the "Additional Debtors"). The Additional Debtors each filed a motion in their respective chapter 11 case requesting joint administration with the Debtors for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

QKC Maui Owner, LLC ("QKC"), by its undersigned counsel, hereby makes the following omnibus objections (collectively, the "Objection") in response to the April 19, 2019 *Notice of Assumption and Assignment of Additional Designatable Leases* [Docket No. 3298] (the "Assumption/Assignment Notice") and to supplement QKC's previously filed Limited Objection [Docket No. 1874] (the "Limited Objection") to (i) the Debtors' January 18, 2019 *Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases In Connection With Global Sale Transaction* [Docket No. 1731] (the "Cure Notice"), and (ii) the Global Asset Sale Transaction as described and defined in the Debtors' January 18, 2019 *Notice of Successful Bidder and Sale Hearing* [Docket No. 1730] (the "Successful Bidder Notice")2, and states:

## I.    BACKGROUND

1.     QKC is a creditor and the landlord of Debtor Sears, Roebuck and Co. (the "Debtor"), with respect to that certain unexpired ground lease of non-residential real property for the purposes of space in a shopping center, being the Debtor's Store No. 2148, which is located at Queen Ka'ahumanu Center, 275 West Ka'ahumanu Avenue, Kahului, Hawaii 96732 (the "Leased Premises").

2.     QKC, as Landlord, leases to Debtor, as Tenant, the above-referenced Leased Premises, pursuant to that certain Sublease, dated January 27, 1972, which was amended by First Agreement Supplementing Lease, dated February 16, 1973, First Amendment of Lease and Amendment of Reciprocal Easement Agreement, dated April 5, 1979, and Second Amendment to Sublease, dated December 16, 1980, which agreements were amended and restated as Third Amendment to and Restatement of Ground Lease, dated October 18, 1993 (the "Lease"), which

---

2 Capitalized terms not otherwise defined herein shall have the meanings given to them in the Cure Notice, the Successful Bidder Notice and/or the Assumption/Assignment Notice, respectively.

Lease is subject to and modified by that certain Amended and Restated Reciprocal Easement Agreement, dated October 15, 1993, recorded at State of Hawaii Bureau of Conveyances Registrar of Conveyances, recorded on October 18, 1993, as Document Nos. 93-171353 through 93-171360, as amended by First Amendment to Amended and Restated Reciprocal Easement Agreement, dated October 23, 1999 (the "REA").  The present Lease Term of the Lease expires on October 17, 2023.  Upon information and belief, copies of the Lease and the REA are in the possession of the Debtors, the Buyer (as defined below) and Transform Operating Stores LLC, the proposed assignee of the Debtor's interest under the Lease (the "Assignee").

3.      The Lease is a lease "of real property in a shopping center", within the meaning of Bankruptcy Code § 365(b)(3).

4.      The Successful Bidder Notice, among other things, stated that the Debtors determined that the offer submitted by Transform Holdco, LLC (together with any applicable Affiliated Designee, the "Successful Bidder" or "Buyer"), established by ESL Investments, Inc., to acquire all or substantially all of the Global Assets, was the highest or best offer for the Global Assets.

5.      The Debtors' Cure Notice, at Exhibit B, Cure Costs Schedule-Leases for Retail Stores, listed the Lease as an unexpired ground lease subject to potential assumption and assignment and alleged a cure amount of $3,245.  The Cure Notice did not provide for the payment of any attorneys' fees to QKC as part of properly satisfying QKC's cure claim.

6.      The Cure Notice, in pertinent part, stated:

> Adequate Assurance Information for the Buyer will be distributed to the applicable Counterparties.  The Buyer's Adequate Assurance Information is intended to provide the Counterparties to the Contracts and Leases with adequate assurance of future performance and to support the Buyer's ability to comply with the requirements of adequate assurance of future performance,

including the Buyer's financial wherewithal and willingness to
perform under the Contracts and Leases.

Cure Notice at ¶ 9.

7.      On January 25, 2019, QKC timely filed and served its Limited Objection.   In
pertinent part, QKC's Limited Objection objected to the proposed cure amount on multiple
grounds, including, without limitation, inaccuracy and substantial understatement of the cure
amount, and further objected with respect to the necessity of any potential assumption and
assignment by the Debtor of the Lease being subject to adequate assurance of future performance
and also being subject to the REA, which is a reciprocal and restrictive land covenant that is a
property interest running with the land, as to which 11 U.S.C. § 365 is inapplicable.

8.      On February 8, 2019, the Court entered the *Order (I) Approving the Asset
Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the
Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing
the Assumption and Assignment of Certain Executory Contracts and Leases in Connection
Therewith, and (IV) Granting Related Relief,* thereby authoring the Debtors' proposed global
asset sale transaction with the Buyer  [Docket No. 2507] (the "Sale Order").

9.      The Sale Order, in pertinent part, fully preserved for future resolution issues
relating to cure amounts, adequate assurance of future performance, and other matters related to
the proposed assumption and assignment of real estate leases that were not designated as Initial
Assigned Agreements (as defined in the Sale Order).  *See* Sale Order at ¶ 3.  QKC's Lease was
not included as one of the Initial Assigned Agreements.

10.     In pertinent part, the Sale Order states:

Nothing herein or in the Asset Purchase Agreement or any related
document shall authorize, absent further order of the Court or
agreement among the Debtors or the Buyer, on the one hand, and
the applicable non-Debtor counterparty, on the other hand, the sale

4

of any real property owned by the Debtors, free and clear of (and shall not diminish) any interests, covenants, or rights applicable to such real estate assets that limit or condition the permitted use of the property such as easements, reciprocal easement agreements, operating or redevelopment agreements, covenants, licenses, or permits (collectively "Restrictive Covenants") that are not executory or that run with the land. ***To the extent that the Debtors or any other party seek to assume and assign any real estate leases to which a Debtor is a party free and clear of any Restrictive Covenant, the Debtors or such party shall file a notice that describes the Restrictive Covenant that the party is seeking to extinguish or otherwise diminish*** and any non-Debtor counterparty to a Restrictive Covenant will have fourteen (14) calendar days from the filing and service of notice of such requested relief to file and serve an objection thereto; any such issues shall be determined by the Court or otherwise resolved consensually prior to the effectiveness of the assignment of any Lease, and all rights, remedies and positions of all parties with respect to any such relief are preserved.

Sale Order at ¶ 59 (emphasis added).

11.     On April 2, 2019, the Court entered its *Order (I) Authorizing Assumption and Assignment of Certain Executory Contracts and Leases and (II) Granting Related Relief* [Docket No. 3008] (the "Assumption and Assignment Order"). The Assumption and Assignment Order continued the preservation of the rights of objecting landlords for future resolution and, like the Sale Order, in pertinent part provides:

> To the extent that the Debtors or any other party seek to assume and assign any real estate leases to which a Debtor is a party free and clear of any interests, covenants, or rights applicable to such real estate assets that limit or condition the permitted use of the property such as easements, reciprocal easement agreements, operating or redevelopment agreements, covenants, licenses, or permits (collectively, "Restrictive Covenants"), the applicable Designated Lease Notice shall describe the Restrictive Covenant that the party is seeking to extinguish or otherwise diminish . . . .

Assumption and Assignment Order at ¶ 26.

12.    On April 19, 2019, the Buyer filed its Assumption/Assignment Notice designating QKC's Lease for proposed assumption and assignment to the Assignee as an Additional Designated Lease.  *See* Assumption/Assignment Notice, p. 7, Item 149.

13.    The Assumption/Assignment Notice was QKC's first notice that the Assignee was the proposed assignee of Debtor's interest under the Lease.

14.    In pertinent part, the Assumption/Assignment Notice, like the original Cure Notice, alleges that the cure amount owed to QKC is $3,245.00.

15.    In pertinent part, the Assumption/Assignment Notice also states:

> In accordance with paragraph 59 of the Sale Order and paragraph 26 of the Assumption and Assignment Order, Buyer intends to designate the Additional Designated Leases for assumption and assignment free and clear of any interests, covenants or rights applicable to such real estate leases to the extent the same limit or condition the permitted use of the property such as easements, reciprocal easement agreements, operating or redevelopment agreements, covenants, licenses, or permits (collectively, "Restrictive Covenants") ***that are executory and do not run with the land.***

Assumption/Assignment Notice at ¶ 18 (emphasis added).

## II.    OBJECTION TO ALLEGED CURE AMOUNT

16.    QKC objects to the proposed cure amount of $3,245.00 in the Assumption/Assignment Notice for the reasons set forth below.

17.    In the intervening period between the filing of the original Cure Notice (and the filing of QKC's prior Limited Objection) and the filing of the Assumption/Assignment Notice, additional charges have accrued under the Lease that are outstanding and unpaid (including, in part and without limitation, additional attorneys' fees incurred by QKC in this case) and certain payments have been received by QKC, on account of certain Lease obligations, such that the cure amount has changed and it is necessary to update the same, as described below.

18.    The accurate cure amount owed to QKC is not less than $190,363.87, consisting of (a) as of April 22, 2019, the balance of $159,370.29 then due and owing under the Lease, as itemized by date and nature of amount owed as set forth in the account statement attached as Exhibit A hereto, exclusive of attorneys' fees and costs, and (b) attorneys' fees and costs of $30,993.58, as incurred by QKC from and after the October 15, 2018 petition date of the Debtors' Chapter 11 cases, and through and including April 22, 2019, with respect to these proceedings; together with additional amounts accruing and/or being chargeable under the Lease, from and after April 22, 2019, and further including, without limitation, amounts that may have accrued but not yet been billed, including periodic reconciliation of certain charges, and additional attorneys' fees and costs.

19.    Pursuant to Section 18.1 of the Lease, QKC is entitled to recover its attorneys' fees and costs. Attorneys' fees and costs incurred in enforcement of the covenants, obligations, and conditions of the Lease, must be paid as a condition of the assumption of the Lease. *See, e.g., Urban Retail Properties v. Lowes Cineplex Entertainment Corporation, et al.,* 2002 WL 5355479 at 152 (S.D.N.Y. April 9, 2002).

20.    In order to assume the Lease, the Debtors are required to cure defaults existing under the Lease, pursuant to Bankruptcy Code §365(b)(1)(A), which provides in pertinent part that "[i]f there has been a default in an executory contract or an unexpired lease of the debtor, the trustee may not assume such contract or lease, unless at the time of assumption of such contract or lease, the trustee. . .cures, or provides adequate assurance that the trustee will promptly cure, such default. . .." Id.

21.    The QKC Lease cannot be assumed and assigned to the Assignee unless, among other things, QKC is paid the full amount of QKC's cure claim for monetary defaults under

7

Bankruptcy Code §365 as of the date of entry of an appropriate order of this Court approving the Debtor's assumption of the Lease or other effective date of such assumption.

## III.    REQUIREMENT OF ADEQUATE ASSURANCE OF FUTURE PERFORMANCE

22.    The Debtor also cannot assume and assign the Lease to Assignee unless there is adequate assurance of Assignee's future performance under the Lease. Bankruptcy Code §365(b)(1)(C); *see also* Bankruptcy Code §365(f)(2).

23.    Because the Lease is a lease of real property in a shopping center, Bankruptcy Code §365(b)(3) also requires that adequate assurance of future performance includes adequate assurance:

(A)    of the source of rent and other consideration due under such lease, and in the case of an assignment, that the financial condition and operating performance of the proposed assignee and its guarantors, if any, shall be similar to the financial condition and operating performance of the debtor and its guarantors, if any, as of the time the debtor became the lessee under the lease;

(B)    that any percentage rent due under such lease will not decline substantially;

(C)    that assumption or assignment of such lease is subject to all the provisions thereof, including (but not limited to) provisions such as a radius, location, use, or exclusivity provision, and will not breach any such provision contained in any other lease, financing agreement, or master agreement relating to such shopping center;

(D)    that assumption or assignment of such lease will not disrupt any tenant mix or balance in such shopping center.

*Id.*

24.    Upon information and belief, QKC has not received any purported adequate assurance information as to the Assignee. Absent satisfying the adequate assurance requirement, the Lease cannot be assigned to Assignee.

25.    If the Assignee cannot otherwise demonstrate that it possesses the financial and operational wherewithal or capitalization to satisfy the requirements of the QKC Lease, the

Assignee should minimally be required to provide (a) a guaranty of future performance from a financially capable affiliated entity; (b) a letter of credit, or (c) a cash security deposit in an amount commercially reasonable in the circumstances.

26.     QKC hereby reserves all rights with respect to Buyer's and/or Assignee's obligation to demonstrate adequate assurance of future performance, and Debtors, Buyer and the Assignee have the burden of proving, among other things, that the requirements of 11 U.S.C. § 365(f)(2)(B) have been satisfied with respect to the Assignee.

## IV.   RESTRICTIVE COVENANT OBJECTION

27.     The REA is neither a lease agreement nor an executory contract that is subject to assumption or rejection.  Rather, the REA is a restrictive reciprocal land covenant which by its terms is a property interest running with the land, to which 11 U.S.C. §365 is inapplicable.  *See Gouveia v. Tazbir*, 37 F.3d 295, 298-299 (7th Cir. 1994); *In re Three A's Holdings, LLC*, 364 B.R. 550 (Bankr. D. Del. 2007).   Reciprocal easement agreements and other such restrictive covenants are not executory contracts. *See, e.g.* In re 523 E. Fifth St. Hous. Pres. Dev. Fund Corp., 79 B.R. 568, 575 (Bankr. S.D.N.Y. 1987); In re Case, 91 B.R. 102, 104 (Bankr. D. Colo. 1988).

28.     The REA is not an executory contract that can be rejected and the Debtors cannot otherwise assume and assign the Lease to the Assignee free and clear of the REA.

29.     The Assumption/Assignment Notice fails to describe the specific Restrictive Covenants, if any, as to which the proposed assumption and assignment of QKC's Lease is or may be sought to be made "free and clear".   To the extent that the Assumption/Assignment Notice may seek to do so, however, this constitutes an impermissible deviation from the aforementioned express requirements of both the Sale Order and the Assumption and Assignment Order as to which QKC objects.

30.     QKC has not consented to any modifications to the Lease or the REA.

31.     QKC objects to any potential change in use of the Leased Premises inconsistent with the terms of the Lease and the REA, unless expressly consented to by QKC.

## V.   JOINDER

32.     In addition to the foregoing, QKC joins in any objections filed by any of the Debtors' other landlords to the extent that such objections have a sound factual and legal basis, and address issues of cure, adequate assurance and preserving existing lease requirements, and/or the continuing effect and enforceability of non-executory restrictive covenants that run with the land, and that are not inconsistent with this Objection.

## VI.   RESERVATION OF RIGHTS

33.     This Objection is also intended to apply to any proposed assumption and assignment of the QKC Lease to any entity other than the Assignee, in the event that the Debtors propose the assumption and assignment of the QKC Lease to any assignee other than the Assignee.

34.     QKC reserves the right to supplement and/or amend this Objection, including, without limitation, to add additional sums that accrue and/or become due to QKC under the QKC Lease from and after April 22, 2019, and further including amounts that may have accrued but not yet been billed, including periodic reconciliation of certain charges, and otherwise with respect to any additional issues relating to any proposed assignee of the Lease other than the Assignee

## VII.   CONCLUSION

WHEREFORE, for the foregoing reasons, QKC respectfully requests that this Court:

(A)     Condition any assumption by the Debtor of the Lease upon QKC being paid in full the aggregate cure claim of QKC as of the date of entry of any assumption

order or other effective date of assumption of the QKC Lease, being not less than $190,363.87, together with any and all additions to QKC's cure claim from and after April 22, 2019, and further including, without limitation, amounts that may have accrued but not yet been billed, including periodic reconciliation of certain charges, and any additional attorneys' fees and costs incurred by QKC in this matter from and after April 22, 2019;

(B)     Require that the Assignee, or any other proposed assignee of the Debtor's interest in the Lease, demonstrate adequate assurance of future performance as a condition precedent to any possible assignment;

(C)     Require that the Assignee, or any other proposed assignee of the Debtor's interest in the Lease, be required to abide by the REA, without exception or modification; and

(D)     Grant to QKC such other and further relief as may be just and appropriate in the circumstances.

HONIGMAN LLP

Attorneys for QKC Maui Owner, LLC

By: /s/ Lawrence A. Lichtman
     Lawrence A. Lichtman (MI Bar No. P35403)
     *Admitted Pro Hac Vice*
   2290 First National Building
   660 Woodward Avenue
   Detroit, MI 48226-3583
   Telephone: (313) 465-7590
   Facsimile: (313) 465-7591
Dated: May 2, 2019            llichtman@honigman.com

## **EXHIBIT A**

Account Statement

**QKC Maui Owner, LLC**
PO Box 843743
Los Angeles, CA 90084-3743

**Statement**

| | |
|---|---|
| **Account** | p0096 t0000313 Sears #002148 |
| **Prop Name** | QKC Maui MZB, LLC DBA Queen Ka'ahumanu Center |
| **Assigned Spaces** | 1000 |

Sears #002148
Sears #002148
3333 Beverly Rd
Hoffman Estates, IL 60179

| | |
|---|---|
| **Date** | 04/22/2019 |
| **Payment** | $ |

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | **Balance Forward** | | | 0.00 |
| 12/03/2015 | Imported Balance as of 12/31/16 | -2,147.47 | 0.00 | -2,147.47 |
| 11/07/2016 | Chk# 99999 - Reapplied Receipt | 0.00 | 520.83 | -2,668.30 |
| 12/19/2016 | Imported Balance as of 12/31/16 | 20,948.69 | 0.00 | 18,280.39 |
| 12/19/2016 | Imported Balance as of 12/31/16 | 872.72 | 0.00 | 19,153.11 |
| 01/03/2017 | Chk# 142269 | 0.00 | 12,808.04 | 6,345.07 |
| 01/11/2017 | Base Minimum Rent (01/2017) | 3,244.57 | 0.00 | 9,589.64 |
| 01/11/2017 | General Excise Tax for Base Minimum Rent (01/2017) | 135.17 | 0.00 | 9,724.81 |
| 01/11/2017 | CAM Charge - Fixed (01/2017) | 9,051.23 | 0.00 | 18,776.04 |
| 01/11/2017 | General Excise Tax for CAM Charge - Fixed (01/2017) | 377.07 | 0.00 | 19,153.11 |
| 01/11/2017 | Marketing Fund (01/2017-12/2017) | 500.00 | 0.00 | 19,653.11 |
| 01/11/2017 | General Excise Tax for Marketing Fund (01/2017-12/2017) | 20.83 | 0.00 | 19,673.94 |
| 01/11/2017 | Water & Sewer (01/2017) | 722.39 | 0.00 | 20,396.33 |
| 01/11/2017 | General Excise Tax for Water & Sewer (01/2017) | 30.09 | 0.00 | 20,426.42 |
| 01/20/2017 | Chk# 131030 | 0.00 | 21,821.41 | -1,394.99 |
| 01/30/2017 | 11/29/16 to 12/28/16 Electric | 19,485.73 | 0.00 | 18,090.74 |
| 01/30/2017 | | 811.78 | 0.00 | 18,902.52 |
| 02/03/2017 | Chk# 132021 - Jan-Mar water | 0.00 | 2,257.44 | 16,645.08 |
| 02/06/2017 | Chk# 144086 - Feb rent | 0.00 | 12,808.04 | 3,837.04 |
| 02/11/2017 | Base Minimum Rent (02/2017) | 3,244.57 | 0.00 | 7,081.61 |
| 02/11/2017 | General Excise Tax for Base Minimum Rent (02/2017) | 135.17 | 0.00 | 7,216.78 |
| 02/11/2017 | CAM Charge - Fixed (02/2017) | 9,051.23 | 0.00 | 16,268.01 |
| 02/11/2017 | General Excise Tax for CAM Charge - Fixed (02/2017) | 377.07 | 0.00 | 16,645.08 |
| 02/11/2017 | Water & Sewer (02/2017) | 722.39 | 0.00 | 17,367.47 |
| 02/11/2017 | General Excise Tax for Water & Sewer (02/2017) | 30.09 | 0.00 | 17,397.56 |
| 02/28/2017 | Chk# 145139 - 2/1/16-1/31/17 % Rent Recon | 0.00 | 2,302.67 | 15,094.89 |
| 02/28/2017 | 2/1/16-1/31/17 % Rent Recon | 2,210.58 | 0.00 | 17,305.47 |
| 02/28/2017 | 2/1/16-1/31/17 % Rent Recon | 92.09 | 0.00 | 17,397.56 |
| 02/28/2017 | 12/29/16 to 1/26/17 Electric | 16,857.28 | 0.00 | 34,254.84 |
| 02/28/2017 | | 702.27 | 0.00 | 34,957.11 |
| 03/01/2017 | Base Minimum Rent (03/2017) | 3,244.57 | 0.00 | 38,201.68 |
| 03/01/2017 | General Excise Tax for Base Minimum Rent (03/2017) | 135.17 | 0.00 | 38,336.85 |
| 03/01/2017 | CAM Charge - Fixed (03/2017) | 9,051.23 | 0.00 | 47,388.08 |
| 03/01/2017 | General Excise Tax for CAM Charge - Fixed (03/2017) | 377.07 | 0.00 | 47,765.15 |
| 03/01/2017 | Water & Sewer (03/2017) | 722.39 | 0.00 | 48,487.54 |
| 03/01/2017 | General Excise Tax for Water & Sewer (03/2017) | 30.09 | 0.00 | 48,517.63 |
| 03/06/2017 | Chk# 133427 - Dec electric | 0.00 | 20,297.51 | 28,220.12 |
| 03/07/2017 | Chk# 145727 - Mar rent | 0.00 | 12,808.04 | 15,412.08 |
| 03/13/2017 | 1/27/17 to 2/25/17 Electric | 18,161.40 | 0.00 | 33,573.48 |
| 03/13/2017 | | 756.60 | 0.00 | 34,330.08 |
| 03/31/2017 | Chk# 147237 - Apr rent | 0.00 | 12,808.04 | 21,522.04 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| 89.55 | 16,640.90 | 0.00 | 142,639.84 | 159,370.29 |

Exhibit A-1

**QKC Maui Owner, LLC**
PO Box 843743
Los Angeles, CA 90084-3743

**Statement**

| | |
|---|---|
| **Account** | p0096 t0000313 Sears #002148 |
| **Prop Name** | QKC Maui MZB, LLC DBA Queen Ka'ahumanu Center |
| **Assigned Spaces** | 1000 |

Sears #002148
Sears #002148
3333 Beverly Rd
Hoffman Estates, IL 60179

| | |
|---|---|
| **Date** | 04/22/2019 |
| **Payment** | $ |

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | **Balance Forward** | | | 0.00 |
| 04/01/2017 | Base Minimum Rent (04/2017) | 3,244.57 | 0.00 | 24,766.61 |
| 04/01/2017 | General Excise Tax for Base Minimum Rent (04/2017) | 135.17 | 0.00 | 24,901.78 |
| 04/01/2017 | CAM Charge - Fixed (04/2017) | 9,051.23 | 0.00 | 33,953.01 |
| 04/01/2017 | General Excise Tax for CAM Charge - Fixed (04/2017) | 377.07 | 0.00 | 34,330.08 |
| 04/01/2017 | Water & Sewer (04/2017) | 722.39 | 0.00 | 35,052.47 |
| 04/01/2017 | General Excise Tax for Water & Sewer (04/2017) | 30.09 | 0.00 | 35,082.56 |
| 04/03/2017 | Chk# 134867 - Apr-Jun Water | 0.00 | 2,257.44 | 32,825.12 |
| 04/10/2017 | 2/26/17 to 3/27/17 Electric | 18,028.74 | 0.00 | 50,853.86 |
| 04/10/2017 | 2/26/17 to 3/27/17 Electric | 751.08 | 0.00 | 51,604.94 |
| 04/21/2017 | Chk# 135857 - Jan-Feb electric | 0.00 | 36,477.55 | 15,127.39 |
| 05/01/2017 | Chk# 148779 - May base rent & CAM | 0.00 | 12,808.04 | 2,319.35 |
| 05/01/2017 | Base Minimum Rent (05/2017) | 3,244.57 | 0.00 | 5,563.92 |
| 05/01/2017 | General Excise Tax for Base Minimum Rent (05/2017) | 135.17 | 0.00 | 5,699.09 |
| 05/01/2017 | CAM Charge - Fixed (05/2017) | 9,051.23 | 0.00 | 14,750.32 |
| 05/01/2017 | General Excise Tax for CAM Charge - Fixed (05/2017) | 377.07 | 0.00 | 15,127.39 |
| 05/01/2017 | Water & Sewer (05/2017) | 722.39 | 0.00 | 15,849.78 |
| 05/01/2017 | General Excise Tax for Water & Sewer (05/2017) | 30.09 | 0.00 | 15,879.87 |
| 05/11/2017 | 3/28/17 to 4/26/17 Electric | 22,130.91 | 0.00 | 38,010.78 |
| 05/11/2017 | 3/28/17 to 4/26/17 Electric | 921.97 | 0.00 | 38,932.75 |
| 05/22/2017 | Chk# 137062 - Mar electric | 0.00 | 18,779.82 | 20,152.93 |
| 06/01/2017 | Base Minimum Rent (06/2017) | 3,244.57 | 0.00 | 23,397.50 |
| 06/01/2017 | General Excise Tax for Base Minimum Rent (06/2017) | 135.17 | 0.00 | 23,532.67 |
| 06/01/2017 | CAM Charge - Fixed (06/2017) | 9,051.23 | 0.00 | 32,583.90 |
| 06/01/2017 | General Excise Tax for CAM Charge - Fixed (06/2017) | 377.07 | 0.00 | 32,960.97 |
| 06/01/2017 | Water & Sewer (06/2017) | 722.39 | 0.00 | 33,683.36 |
| 06/01/2017 | General Excise Tax for Water & Sewer (06/2017) | 30.09 | 0.00 | 33,713.45 |
| 06/06/2017 | Chk# 150309 - Jun base rent & CAM | 0.00 | 12,808.04 | 20,905.41 |
| 06/21/2017 | 4/27/17 to 5/25/17 Electric | 21,201.27 | 0.00 | 42,106.68 |
| 06/21/2017 | 4/27/17 to 5/25/17 Electric | 883.24 | 0.00 | 42,989.92 |
| 06/26/2017 | Chk# 138275 - Jul-Sep water | 0.00 | 2,257.44 | 40,732.48 |
| 07/01/2017 | Base Minimum Rent (07/2017) | 3,244.57 | 0.00 | 43,977.05 |
| 07/01/2017 | General Excise Tax for Base Minimum Rent (07/2017) | 135.17 | 0.00 | 44,112.22 |
| 07/01/2017 | CAM Charge - Fixed (07/2017) | 9,051.23 | 0.00 | 53,163.45 |
| 07/01/2017 | General Excise Tax for CAM Charge - Fixed (07/2017) | 377.07 | 0.00 | 53,540.52 |
| 07/01/2017 | Water & Sewer (07/2017) | 722.39 | 0.00 | 54,262.91 |
| 07/01/2017 | General Excise Tax for Water & Sewer (07/2017) | 30.09 | 0.00 | 54,293.00 |
| 07/06/2017 | Chk# 151664 - Jul base rent & CAM | 0.00 | 12,808.04 | 41,484.96 |
| 07/10/2017 | 5/26/17 to 6/26/17 Electric | 22,199.19 | 0.00 | 63,684.15 |
| 07/10/2017 | 5/26/17 to 6/26/17 Electric | 924.82 | 0.00 | 64,608.97 |
| 07/18/2017 | Chk# 138838 - Apr-May electric | 0.00 | 45,137.39 | 19,471.58 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| 89.55 | 16,640.90 | 0.00 | 142,639.84 | 159,370.29 |

Exhibit A-2

**QKC Maui Owner, LLC**
PO Box 843743
Los Angeles, CA 90084-3743

| | |
|---|---|
| | **Statement** |
| **Account** | p0096 t0000313 Sears #002148 |
| **Prop Name** | QKC Maui MZB, LLC DBA Queen Ka'ahumanu Center |
| **Assigned Spaces** | 1000 |

Sears #002148
Sears #002148
3333 Beverly Rd
Hoffman Estates, IL 60179

| | |
|---|---|
| **Date** | 04/22/2019 |
| **Payment** | $ |

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | **Balance Forward** | | | 0.00 |
| 08/01/2017 | Chk# 153111 - Aug base rent & CAM | 0.00 | 12,808.04 | 6,663.54 |
| 08/01/2017 | Base Minimum Rent (08/2017) | 3,244.57 | 0.00 | 9,908.11 |
| 08/01/2017 | General Excise Tax for Base Minimum Rent (08/2017) | 135.17 | 0.00 | 10,043.28 |
| 08/01/2017 | CAM Charge - Fixed (08/2017) | 9,051.23 | 0.00 | 19,094.51 |
| 08/01/2017 | General Excise Tax for CAM Charge - Fixed (08/2017) | 377.07 | 0.00 | 19,471.58 |
| 08/01/2017 | Water & Sewer (08/2017) | 722.39 | 0.00 | 20,193.97 |
| 08/01/2017 | General Excise Tax for Water & Sewer (08/2017) | 30.09 | 0.00 | 20,224.06 |
| 08/10/2017 | 6/27/17 to 7/26/17 Electric | 22,811.29 | 0.00 | 43,035.35 |
| 08/10/2017 | 6/27/17 to 7/26/17 Electric | 950.32 | 0.00 | 43,985.67 |
| 09/01/2017 | Base Minimum Rent (09/2017) | 3,244.57 | 0.00 | 47,230.24 |
| 09/01/2017 | General Excise Tax for Base Minimum Rent (09/2017) | 135.17 | 0.00 | 47,365.41 |
| 09/01/2017 | CAM Charge - Fixed (09/2017) | 9,051.23 | 0.00 | 56,416.64 |
| 09/01/2017 | General Excise Tax for CAM Charge - Fixed (09/2017) | 377.07 | 0.00 | 56,793.71 |
| 09/01/2017 | Water & Sewer (09/2017) | 722.39 | 0.00 | 57,516.10 |
| 09/01/2017 | General Excise Tax for Water & Sewer (09/2017) | 30.09 | 0.00 | 57,546.19 |
| 09/05/2017 | Chk# 154727 - Sep base rent & CAM | 0.00 | 12,808.04 | 44,738.15 |
| 09/11/2017 | 7/27/17 to 8/25/17 Electric | 21,802.91 | 0.00 | 66,541.06 |
| 09/11/2017 | 7/27/17 to 8/25/17 Electric | 908.31 | 0.00 | 67,449.37 |
| 09/20/2017 | Chk# 141166 - Jun-Jul electric | 0.00 | 46,885.62 | 20,563.75 |
| 10/01/2017 | Base Minimum Rent (10/2017) | 3,244.57 | 0.00 | 23,808.32 |
| 10/01/2017 | General Excise Tax for Base Minimum Rent (10/2017) | 135.17 | 0.00 | 23,943.49 |
| 10/01/2017 | CAM Charge - Fixed (10/2017) | 9,051.23 | 0.00 | 32,994.72 |
| 10/01/2017 | General Excise Tax for CAM Charge - Fixed (10/2017) | 377.07 | 0.00 | 33,371.79 |
| 10/01/2017 | Water & Sewer (10/2017) | 722.39 | 0.00 | 34,094.18 |
| 10/01/2017 | General Excise Tax for Water & Sewer (10/2017) | 30.09 | 0.00 | 34,124.27 |
| 10/02/2017 | Chk# 156300 - Oct base rent & CAM | 0.00 | 12,808.04 | 21,316.23 |
| 10/10/2017 | Chk# 141642 - Aug electric | 0.00 | 22,711.22 | -1,394.99 |
| 10/10/2017 | 8/26/17 to 9/25/17 Electric | 20,878.41 | 0.00 | 19,483.42 |
| 10/10/2017 | 8/26/17 to 9/25/17 Electric | 869.79 | 0.00 | 20,353.21 |
| 10/16/2017 | Chk# 141852 - Oct-Dec water | 0.00 | 2,257.44 | 18,095.77 |
| 11/01/2017 | Base Minimum Rent (11/2017) | 3,244.57 | 0.00 | 21,340.34 |
| 11/01/2017 | General Excise Tax for Base Minimum Rent (11/2017) | 135.17 | 0.00 | 21,475.51 |
| 11/01/2017 | CAM Charge - Fixed (11/2017) | 9,051.23 | 0.00 | 30,526.74 |
| 11/01/2017 | General Excise Tax for CAM Charge - Fixed (11/2017) | 377.07 | 0.00 | 30,903.81 |
| 11/01/2017 | Water & Sewer (11/2017) | 722.39 | 0.00 | 31,626.20 |
| 11/01/2017 | General Excise Tax for Water & Sewer (11/2017) | 30.09 | 0.00 | 31,656.29 |
| 11/06/2017 | Chk# 157940 - Nov base rent & CAM, 2018 Marketing | 0.00 | 13,328.87 | 18,327.42 |
| 11/10/2017 | 9/26/17 to 10/25/17 Electric | 22,401.05 | 0.00 | 40,728.47 |
| 11/10/2017 | 9/26/17 to 10/25/17 Electric | 933.23 | 0.00 | 41,661.70 |
| 11/17/2017 | Chk# 143192 - Sep electric | 0.00 | 21,748.20 | 19,913.50 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| 89.55 | 16,640.90 | 0.00 | 142,639.84 | 159,370.29 |

Exhibit A-3

**QKC Maui Owner, LLC**
PO Box 843743
Los Angeles, CA 90084-3743

**Statement**

| | |
|---|---|
| **Account** | p0096 t0000313 Sears #002148 |
| **Prop Name** | QKC Maui MZB, LLC DBA Queen Ka'ahumanu Center |
| **Assigned Spaces** | 1000 |

Sears #002148
Sears #002148
3333 Beverly Rd
Hoffman Estates, IL 60179

| | |
|---|---|
| **Date** | 04/22/2019 |
| **Payment** | $ |

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | **Balance Forward** | | | 0.00 |
| 12/01/2017 | Base Minimum Rent (12/2017) | 3,244.57 | 0.00 | 23,158.07 |
| 12/01/2017 | General Excise Tax for Base Minimum Rent (12/2017) | 135.17 | 0.00 | 23,293.24 |
| 12/01/2017 | CAM Charge - Fixed (12/2017) | 9,051.23 | 0.00 | 32,344.47 |
| 12/01/2017 | General Excise Tax for CAM Charge - Fixed (12/2017) | 377.07 | 0.00 | 32,721.54 |
| 12/01/2017 | Water & Sewer (12/2017) | 722.39 | 0.00 | 33,443.93 |
| 12/01/2017 | General Excise Tax for Water & Sewer (12/2017) | 30.09 | 0.00 | 33,474.02 |
| 12/04/2017 | Chk# 159427 - Dec base rent & CAM | 0.00 | 12,808.04 | 20,665.98 |
| 12/11/2017 | 10/26/17 to 11/24/17 Electric | 18,476.25 | 0.00 | 39,142.23 |
| 12/11/2017 | 10/26/17 to 11/24/17 Electric | 769.72 | 0.00 | 39,911.95 |
| 01/01/2018 | Base Minimum Rent (01/2018) | 3,244.57 | 0.00 | 43,156.52 |
| 01/01/2018 | General Excise Tax for Base Minimum Rent (01/2018) | 135.17 | 0.00 | 43,291.69 |
| 01/01/2018 | CAM Charge - Fixed (01/2018) | 9,051.23 | 0.00 | 52,342.92 |
| 01/01/2018 | General Excise Tax for CAM Charge - Fixed (01/2018) | 377.07 | 0.00 | 52,719.99 |
| 01/01/2018 | Marketing Fund (01/2018-12/2018) | 500.00 | 0.00 | 53,219.99 |
| 01/01/2018 | General Excise Tax for Marketing Fund (01/2018-12/2018) | 20.83 | 0.00 | 53,240.82 |
| 01/01/2018 | Water & Sewer (01/2018) | 722.39 | 0.00 | 53,963.21 |
| 01/01/2018 | General Excise Tax for Water & Sewer (01/2018) | 30.09 | 0.00 | 53,993.30 |
| 01/02/2018 | Chk# 161045 - Jan base rent & CAM | 0.00 | 12,808.04 | 41,185.26 |
| 01/12/2018 | Chk# 145047 - Oct-Nov electric | 0.00 | 42,580.25 | -1,394.99 |
| 01/26/2018 | 11/25/17 to 12/26/17 Electric | 18,547.55 | 0.00 | 17,152.56 |
| 01/26/2018 | 11/25/17 to 12/26/17 Electric | 772.69 | 0.00 | 17,925.25 |
| 02/01/2018 | Base Minimum Rent (02/2018) | 3,244.57 | 0.00 | 21,169.82 |
| 02/01/2018 | General Excise Tax for Base Minimum Rent (02/2018) | 135.17 | 0.00 | 21,304.99 |
| 02/01/2018 | CAM Charge - Fixed (02/2018) | 9,051.23 | 0.00 | 30,356.22 |
| 02/01/2018 | General Excise Tax for CAM Charge - Fixed (02/2018) | 377.07 | 0.00 | 30,733.29 |
| 02/01/2018 | Water & Sewer (02/2018) | 722.39 | 0.00 | 31,455.68 |
| 02/01/2018 | General Excise Tax for Water & Sewer (02/2018) | 30.09 | 0.00 | 31,485.77 |
| 02/05/2018 | Chk# 162652 - Feb base rent & CAM | 0.00 | 12,808.04 | 18,677.73 |
| 02/05/2018 | Chk# 145862 - Jan-Mar water | 0.00 | 2,257.44 | 16,420.29 |
| 02/26/2018 | 12/27/17 to 1/24/18 Electric | 15,983.41 | 0.00 | 32,403.70 |
| 02/26/2018 | 12/27/17 to 1/24/18 Electric | 665.87 | 0.00 | 33,069.57 |
| 03/01/2018 | Base Minimum Rent (03/2018) | 3,244.57 | 0.00 | 36,314.14 |
| 03/01/2018 | General Excise Tax for Base Minimum Rent (03/2018) | 135.17 | 0.00 | 36,449.31 |
| 03/01/2018 | CAM Charge - Fixed (03/2018) | 9,051.23 | 0.00 | 45,500.54 |
| 03/01/2018 | General Excise Tax for CAM Charge - Fixed (03/2018) | 377.07 | 0.00 | 45,877.61 |
| 03/01/2018 | Water & Sewer (03/2018) | 722.39 | 0.00 | 46,600.00 |
| 03/01/2018 | General Excise Tax for Water & Sewer (03/2018) | 30.09 | 0.00 | 46,630.09 |
| 03/05/2018 | Chk# 164125 - Mar base rent, CAM | 0.00 | 12,808.04 | 33,822.05 |
| 03/16/2018 | 1/25/18 to 2/26/18 Electric | 17,769.01 | 0.00 | 51,591.06 |
| 03/16/2018 | 1/25/18 to 2/26/18 Electric | 740.26 | 0.00 | 52,331.32 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| 89.55 | 16,640.90 | 0.00 | 142,639.84 | 159,370.29 |

Exhibit A-4

**QKC Maui Owner, LLC**
PO Box 843743
Los Angeles, CA 90084-3743

| | | |
|---|---|---|
| | **Statement** | |
| **Account** | p0096 t0000313 Sears #002148 | |
| **Prop Name** | QKC Maui MZB, LLC DBA Queen Ka'ahumanu Center | |
| **Assigned Spaces** | 1000 | |

Sears #002148
Sears #002148
3333 Beverly Rd
Hoffman Estates, IL 60179

| | |
|---|---|
| **Date** | 04/22/2019 |
| **Payment** | $ |

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | **Balance Forward** | | | 0.00 |
| 03/20/2018 | Chk# 147295 - Dec electric | 0.00 | 19,320.24 | 33,011.08 |
| 04/01/2018 | Base Minimum Rent (04/2018) | 3,244.57 | 0.00 | 36,255.65 |
| 04/01/2018 | General Excise Tax for Base Minimum Rent (04/2018) | 135.17 | 0.00 | 36,390.82 |
| 04/01/2018 | CAM Charge - Fixed (04/2018) | 9,051.23 | 0.00 | 45,442.05 |
| 04/01/2018 | General Excise Tax for CAM Charge - Fixed (04/2018) | 377.07 | 0.00 | 45,819.12 |
| 04/01/2018 | Water & Sewer (04/2018) | 722.39 | 0.00 | 46,541.51 |
| 04/01/2018 | General Excise Tax for Water & Sewer (04/2018) | 30.09 | 0.00 | 46,571.60 |
| 04/02/2018 | Chk# 147940 - Jan electric | 0.00 | 16,649.28 | 29,922.32 |
| 04/04/2018 | Chk# 165618 - Apr base rent & CAM | 0.00 | 12,808.04 | 17,114.28 |
| 04/10/2018 | 2/27/18 to 3/27/18 Electric | 16,843.04 | 0.00 | 33,957.32 |
| 04/10/2018 | 2/27/18 to 3/27/18 Electric | 701.68 | 0.00 | 34,659.00 |
| 05/01/2018 | Base Minimum Rent (05/2018) | 3,244.57 | 0.00 | 37,903.57 |
| 05/01/2018 | General Excise Tax for Base Minimum Rent (05/2018) | 135.17 | 0.00 | 38,038.74 |
| 05/01/2018 | CAM Charge - Fixed (05/2018) | 9,051.23 | 0.00 | 47,089.97 |
| 05/01/2018 | General Excise Tax for CAM Charge - Fixed (05/2018) | 377.07 | 0.00 | 47,467.04 |
| 05/01/2018 | Water & Sewer (05/2018) | 722.39 | 0.00 | 48,189.43 |
| 05/01/2018 | General Excise Tax for Water & Sewer (05/2018) | 30.09 | 0.00 | 48,219.52 |
| 05/04/2018 | Chk# 167163 - May base rent, CAM | 0.00 | 12,808.04 | 35,411.48 |
| 05/10/2018 | 3/28/18 to 4/26/18 Electric | 19,710.39 | 0.00 | 55,121.87 |
| 05/10/2018 | 3/28/18 to 4/26/18 Electric | 821.13 | 0.00 | 55,943.00 |
| 06/01/2018 | Base Minimum Rent (06/2018) | 3,244.57 | 0.00 | 59,187.57 |
| 06/01/2018 | General Excise Tax for Base Minimum Rent (06/2018) | 135.17 | 0.00 | 59,322.74 |
| 06/01/2018 | CAM Charge - Fixed (06/2018) | 9,051.23 | 0.00 | 68,373.97 |
| 06/01/2018 | General Excise Tax for CAM Charge - Fixed (06/2018) | 377.07 | 0.00 | 68,751.04 |
| 06/01/2018 | Water & Sewer (06/2018) | 722.39 | 0.00 | 69,473.43 |
| 06/01/2018 | General Excise Tax for Water & Sewer (06/2018) | 30.09 | 0.00 | 69,503.52 |
| 06/04/2018 | Chk# 168757 - Jun base rent & CAM | 0.00 | 12,808.04 | 56,695.48 |
| 06/04/2018 | Chk# 149814 - Apr-Jun water | 0.00 | 2,257.44 | 54,438.04 |
| 06/12/2018 | 4/27/18 to 5/25/18 Electric | 18,443.24 | 0.00 | 72,881.28 |
| 06/12/2018 | 4/27/18 to 5/25/18 Electric | 768.35 | 0.00 | 73,649.63 |
| 07/01/2018 | Base Minimum Rent (07/2018) | 3,244.57 | 0.00 | 76,894.20 |
| 07/01/2018 | General Excise Tax for Base Minimum Rent (07/2018) | 135.17 | 0.00 | 77,029.37 |
| 07/01/2018 | CAM Charge - Fixed (07/2018) | 9,051.23 | 0.00 | 86,080.60 |
| 07/01/2018 | General Excise Tax for CAM Charge - Fixed (07/2018) | 377.07 | 0.00 | 86,457.67 |
| 07/01/2018 | Water & Sewer (07/2018) | 722.39 | 0.00 | 87,180.06 |
| 07/01/2018 | General Excise Tax for Water & Sewer (07/2018) | 30.09 | 0.00 | 87,210.15 |
| 07/02/2018 | Chk# 150654 - Jul-Sep water | 0.00 | 2,257.44 | 84,952.71 |
| 07/05/2018 | Chk# 170244 - Jul base rent & CAM | 0.00 | 12,808.04 | 72,144.67 |
| 07/09/2018 | 5/26/18 to 6/26/18 Electric | 22,965.43 | 0.00 | 95,110.10 |
| 07/09/2018 | 5/26/18 to 6/26/18 Electric | 956.74 | 0.00 | 96,066.84 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| 89.55 | 16,640.90 | 0.00 | 142,639.84 | 159,370.29 |

Exhibit A-5

**QKC Maui Owner, LLC**
PO Box 843743
Los Angeles, CA 90084-3743

**Statement**

| | |
|---|---|
| **Account** | p0096 t0000313 Sears #002148 |
| **Prop Name** | QKC Maui MZB, LLC DBA Queen Ka'ahumanu Center |
| **Assigned Spaces** | 1000 |

Sears #002148
Sears #002148
3333 Beverly Rd
Hoffman Estates, IL 60179

| | |
|---|---|
| **Date** | 04/22/2019 |
| **Payment** | $ _____ |

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | **Balance Forward** | | | 0.00 |
| 08/01/2018 | Base Minimum Rent (08/2018) | 3,244.57 | 0.00 | 99,311.41 |
| 08/01/2018 | General Excise Tax for Base Minimum Rent (08/2018) | 135.17 | 0.00 | 99,446.58 |
| 08/01/2018 | CAM Charge - Fixed (08/2018) | 9,051.23 | 0.00 | 108,497.81 |
| 08/01/2018 | General Excise Tax for CAM Charge - Fixed (08/2018) | 377.07 | 0.00 | 108,874.88 |
| 08/01/2018 | Water & Sewer (08/2018) | 722.39 | 0.00 | 109,597.27 |
| 08/01/2018 | General Excise Tax for Water & Sewer (08/2018) | 30.09 | 0.00 | 109,627.36 |
| 08/06/2018 | Chk# 171799 - Aug base rent, CAM | 0.00 | 12,808.04 | 96,819.32 |
| 08/16/2018 | Chk# 151903 - Apr electric | 0.00 | 20,531.52 | 76,287.80 |
| 08/27/2018 | Chk# 152203 - May-Jun electric | 0.00 | 43,133.76 | 33,154.04 |
| 08/27/2018 | 6/27/18 to 7/26/18 Electric | 23,926.07 | 0.00 | 57,080.11 |
| 08/27/2018 | 6/27/18 to 7/26/18 Electric | 996.76 | 0.00 | 58,076.87 |
| 09/01/2018 | Base Minimum Rent (09/2018) | 3,244.57 | 0.00 | 61,321.44 |
| 09/01/2018 | General Excise Tax for Base Minimum Rent (09/2018) | 135.17 | 0.00 | 61,456.61 |
| 09/01/2018 | CAM Charge - Fixed (09/2018) | 9,051.23 | 0.00 | 70,507.84 |
| 09/01/2018 | General Excise Tax for CAM Charge - Fixed (09/2018) | 377.07 | 0.00 | 70,884.91 |
| 09/01/2018 | Water & Sewer (09/2018) | 722.39 | 0.00 | 71,607.30 |
| 09/01/2018 | General Excise Tax for Water & Sewer (09/2018) | 30.09 | 0.00 | 71,637.39 |
| 09/05/2018 | Chk# 173174 | 0.00 | 12,808.04 | 58,829.35 |
| 09/21/2018 | 7/27/18 to 8/27/18 Electric | 24,342.81 | 0.00 | 83,172.16 |
| 09/21/2018 | 7/27/18 to 8/27/18 Electric | 1,014.12 | 0.00 | 84,186.28 |
| 09/28/2018 | Chk# 0000153038 - Engie Insight - #2148 Water/Sewer | 0.00 | 2,257.44 | 81,928.84 |
| 10/01/2018 | Base Minimum Rent (10/2018) | 3,244.57 | 0.00 | 85,173.41 |
| 10/01/2018 | General Excise Tax for Base Minimum Rent (10/2018) | 135.17 | 0.00 | 85,308.58 |
| 10/01/2018 | CAM Charge - Fixed (10/2018) | 4,963.58 | 0.00 | 90,272.16 |
| 10/01/2018 | General Excise Tax for CAM Charge - Fixed (10/2018) | 206.78 | 0.00 | 90,478.94 |
| 10/01/2018 | CAM Charge - Fixed (10/2018) | 4,233.64 | 0.00 | 94,712.58 |
| 10/01/2018 | General Excise Tax for CAM Charge - Fixed (10/2018) | 176.37 | 0.00 | 94,888.95 |
| 10/01/2018 | Water & Sewer (10/2018) | 722.39 | 0.00 | 95,611.34 |
| 10/01/2018 | General Excise Tax for Water & Sewer (10/2018) | 30.09 | 0.00 | 95,641.43 |
| 10/09/2018 | Chk# 174521 | 0.00 | 12,808.04 | 82,833.39 |
| 10/18/2018 | 08/28/18 to 09/26/18 | 23,227.43 | 0.00 | 106,060.82 |
| 10/18/2018 | 08/28/18 to 09/26/18 | 967.65 | 0.00 | 107,028.47 |
| 11/01/2018 | Base Minimum Rent (11/2018) | 3,244.57 | 0.00 | 110,273.04 |
| 11/01/2018 | General Excise Tax for Base Minimum Rent (11/2018) | 135.17 | 0.00 | 110,408.21 |
| 11/01/2018 | CAM Charge - Fixed (11/2018) | 9,374.49 | 0.00 | 119,782.70 |
| 11/01/2018 | General Excise Tax for CAM Charge - Fixed (11/2018) | 390.54 | 0.00 | 120,173.24 |
| 11/01/2018 | Water & Sewer (11/2018) | 722.39 | 0.00 | 120,895.63 |
| 11/01/2018 | General Excise Tax for Water & Sewer (11/2018) | 30.09 | 0.00 | 120,925.72 |
| 11/06/2018 | Chk# 180524 | 0.00 | 13,328.87 | 107,596.85 |
| 11/15/2018 | 9/27/18 to 10/26/18 Electric | 21,228.55 | 0.00 | 128,825.40 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| 89.55 | 16,640.90 | 0.00 | 142,639.84 | 159,370.29 |

Exhibit A-6

**QKC Maui Owner, LLC**
PO Box 843743
Los Angeles, CA 90084-3743

**Statement**

| | |
|---|---|
| **Account** | p0096 t0000313 Sears #002148 |
| **Prop Name** | QKC Maui MZB, LLC DBA Queen Ka'ahumanu Center |
| **Assigned Spaces** | 1000 |

Sears #002148
Sears #002148
3333 Beverly Rd
Hoffman Estates, IL 60179

| | |
|---|---|
| **Date** | 04/22/2019 |
| **Payment** | $ |

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | **Balance Forward** | | | 0.00 |
| 11/15/2018 | 9/27/18 to 10/26/18 Electric | 884.38 | 0.00 | 129,709.78 |
| 12/01/2018 | Base Minimum Rent (12/2018) | 3,244.57 | 0.00 | 132,954.35 |
| 12/01/2018 | General Excise Tax for Base Minimum Rent (12/2018) | 135.17 | 0.00 | 133,089.52 |
| 12/01/2018 | CAM Charge - Fixed (12/2018) | 9,374.49 | 0.00 | 142,464.01 |
| 12/01/2018 | General Excise Tax for CAM Charge - Fixed (12/2018) | 390.54 | 0.00 | 142,854.55 |
| 12/01/2018 | Water & Sewer (12/2018) | 722.39 | 0.00 | 143,576.94 |
| 12/01/2018 | General Excise Tax for Water & Sewer (12/2018) | 30.09 | 0.00 | 143,607.03 |
| 12/07/2018 | Chk# 181508 | 0.00 | 12,808.04 | 130,798.99 |
| 12/20/2018 | 10/27/18 to 11/27/18 Electric | 21,859.90 | 0.00 | 152,658.89 |
| 12/20/2018 | 10/27/18 to 11/27/18 Electric | 910.68 | 0.00 | 153,569.57 |
| 01/01/2019 | Base Minimum Rent (01/2019) | 3,244.57 | 0.00 | 156,814.14 |
| 01/01/2019 | General Excise Tax for Base Minimum Rent (01/2019) | 135.17 | 0.00 | 156,949.31 |
| 01/01/2019 | CAM Charge - Fixed (01/2019) | 9,051.00 | 0.00 | 166,000.31 |
| 01/01/2019 | General Excise Tax for CAM Charge - Fixed (01/2019) | 377.06 | 0.00 | 166,377.37 |
| 01/01/2019 | Marketing Fund (01/2019-12/2019) | 500.00 | 0.00 | 166,877.37 |
| 01/01/2019 | General Excise Tax for Marketing Fund (01/2019-12/2019) | 20.83 | 0.00 | 166,898.20 |
| 01/01/2019 | Water & Sewer (01/2019) | 722.39 | 0.00 | 167,620.59 |
| 01/01/2019 | General Excise Tax for Water & Sewer (01/2019) | 30.09 | 0.00 | 167,650.68 |
| 01/08/2019 | Chk# 182514 | 0.00 | 12,808.04 | 154,842.64 |
| 01/14/2019 | Chk# 0000154763 | 0.00 | 752.48 | 154,090.16 |
| 01/16/2019 | 11/28/18 to 12/27/18 Elec | 19,358.94 | 0.00 | 173,449.10 |
| 01/16/2019 | 11/28/18 to 12/27/18 Elec | 806.49 | 0.00 | 174,255.59 |
| 02/01/2019 | Base Minimum Rent (02/2019) | 3,244.57 | 0.00 | 177,500.16 |
| 02/01/2019 | General Excise Tax for Base Minimum Rent (02/2019) | 135.17 | 0.00 | 177,635.33 |
| 02/01/2019 | CAM Charge - Fixed (02/2019) | 9,051.00 | 0.00 | 186,686.33 |
| 02/01/2019 | General Excise Tax for CAM Charge - Fixed (02/2019) | 377.06 | 0.00 | 187,063.39 |
| 02/01/2019 | Water & Sewer (02/2019) | 722.39 | 0.00 | 187,785.78 |
| 02/01/2019 | General Excise Tax for Water & Sewer (02/2019) | 30.09 | 0.00 | 187,815.87 |
| 02/04/2019 | Chk# 000183412 | 0.00 | 12,808.04 | 175,007.83 |
| 02/28/2019 | 12/28/2018 to 01/25/2019 | 15,975.36 | 0.00 | 190,983.19 |
| 02/28/2019 | 12/28/2018 to 01/25/2019 | 665.54 | 0.00 | 191,648.73 |
| 03/01/2019 | Base Minimum Rent (03/2019) | 3,244.57 | 0.00 | 194,893.30 |
| 03/01/2019 | General Excise Tax for Base Minimum Rent (03/2019) | 135.17 | 0.00 | 195,028.47 |
| 03/01/2019 | CAM Charge - Fixed (03/2019) | 9,051.00 | 0.00 | 204,079.47 |
| 03/01/2019 | General Excise Tax for CAM Charge - Fixed (03/2019) | 377.06 | 0.00 | 204,456.53 |
| 03/01/2019 | Water & Sewer (03/2019) | 722.39 | 0.00 | 205,178.92 |
| 03/01/2019 | General Excise Tax for Water & Sewer (03/2019) | 30.09 | 0.00 | 205,209.01 |
| 03/06/2019 | Chk# 000184190 | 0.00 | 12,808.04 | 192,400.97 |
| 04/01/2019 | Base Minimum Rent (04/2019) | 3,244.57 | 0.00 | 195,645.54 |
| 04/01/2019 | General Excise Tax for Base Minimum Rent (04/2019) | 135.17 | 0.00 | 195,780.71 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| 89.55 | 16,640.90 | 0.00 | 142,639.84 | 159,370.29 |

**QKC Maui Owner, LLC**
PO Box 843743
Los Angeles, CA 90084-3743

**Statement**

| | |
|---|---|
| **Account** | p0096 t0000313 Sears #002148 |
| **Prop Name** | QKC Maui MZB, LLC DBA Queen Ka'ahumanu Center |
| **Assigned Spaces** | 1000 |

Sears #002148
Sears #002148
3333 Beverly Rd
Hoffman Estates, IL 60179

| | |
|---|---|
| **Date** | 04/22/2019 |
| **Payment** | $_____ |

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | **Balance Forward** | | | 0.00 |
| 04/01/2019 | CAM Charge - Fixed (04/2019) | 9,051.00 | 0.00 | 204,831.71 |
| 04/01/2019 | General Excise Tax for CAM Charge - Fixed (04/2019) | 377.06 | 0.00 | 205,208.77 |
| 04/01/2019 | Water & Sewer (04/2019) | 722.39 | 0.00 | 205,931.16 |
| 04/01/2019 | General Excise Tax for Water & Sewer (04/2019) | 30.09 | 0.00 | 205,961.25 |
| 04/05/2019 | Chk# 185013 - APR2019 RENT | 0.00 | 12,808.04 | 193,153.21 |
| 04/15/2019 | Chk# 0000157633 - ELECTRIC | 0.00 | 31,615.75 | 161,537.46 |
| 04/19/2019 | Chk# 0000157784 - WATER JAN2019 | 0.00 | 2,167.17 | 159,370.29 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| 89.55 | 16,640.90 | 0.00 | 142,639.84 | 159,370.29 |

Exhibit A-8

**HONIGMAN LLP**
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226
Telephone: (313) 465-7590
Facsimile: (313) 465-7591
Lawrence A. Lichtman (MI Bar #P35403)
Admitted *Pro Hac Vice*
Attorneys for QKC Maui Owner, LLC

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x

In re:                                        Chapter 11
                                              Case No. 18-23538 (RDD)
SEARS HOLDING CORPORATION, *et al.*,[1]        (Jointly Administered)

         Debtors.

-------------------------------------------------------- x

## CERTIFICATE OF SERVICE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

The Debtors also include SHC Licensed Business LLC (3718), filed as Case No. 18-23616, and SHC Promotions LLC (9626), filed as Case No. 18-23630 (the "Additional Debtors"). The Additional Debtors each filed a motion in their respective chapter 11 case requesting joint administration with the Debtors for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

I hereby certify that, on May 2, 2019, I caused the foregoing papers to be filed electronically with the Clerk of the Court using the ECF system and served as follows:

(i)     on the parties requesting ECF notifications via the Court's CM/ECF case notification system;

(ii)    via overnight courier (priority overnight delivery) upon the parties on the attached **Service List A**; and

(iii)   via electronic mail upon the parties on the attached **Service List B**.


By: /s/ Lawrence A. Lichtman
    Lawrence A. Lichtman

29914973.2

## SERVICE LIST A

**Chambers Copy**
Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

**Debtors**
Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: Stephen Sitley Esq.
Luke J. Valentino, Esq.

**Office of the United States Trustee**
Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Paul Schwartzberg, Esq.

<u>**SERVICE LIST B**</u>

**Debtors**
Rob Riecker - rob.riecker@searshc.com
Luke Valentino - luke.valentino@searshc.com
Mohsin Meghji - mmeghji@miiipartners.com

**Debtors' Counsel**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Ray C. Schrock, P.C.
Jacqueline Marcus, Esq.
Garret A. Fail, Esq.
Sunny Singh, Esq.
ray.schrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com

**Attorneys for Bank of America, N.A.,
administrative agent under the
First Lien Credit Facility and the DIP ABL Agent**
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn: Paul D. Leake, Esq.
Shana A. Elberg, Esq.
George R. Howard, Esq.
paul.leake@skadden.com
shana.elberg@skadden.com
george.howard@skadden.com

**Attorneys for Citibank, N.A., as administrative agent
under the Stand-Alone L/C Facility**
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY 10017
Attn: Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
marshall.huebner@davispolk.com
eli.vonnegut@davispolk.com

**Attorneys for JPP, LLC, as agent under the**
**Second Lien Credit Facility, IP/Ground Lease Term Loan Facility,**
**and the Consolidated Secured Loan Facility**
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: Sean A. O'Neal, Esq.
Christopher E. Austin, Esq.
Benet J. O'Reilly, Esq.
soneal@cgsh.com
caustin@cgsh.com
boreilly@cgsh.com

**Attorneys for Computershare Trust Company, N.A.,**
**as trustee for the Second Lien PIK Notes, the Holdings**
**Unsecured PIK Notes, and the Holdings Unsecured Notes**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: Eric R. Wilson, Esq.
Benjamin D. Feder, Esq.
T. Charlie Liu, Esq.
ewilson@kelleydrye.com
bfeder@kelleydrye.com
cliu@kelleydrye.com

**Attorneys for Wilmington Trust, National Association,**
**as indenture trustee for the Second Lien Notes**
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
Attn: Edward M. Fox, Esq.
emfox@seyfarth.com

**Attorneys for The Bank of New York Mellon Trust Company,**
**as successor trustee for the SRAC Unsecured PIK Notes,**
**SRAC Unsecured Notes, and the SRAC Medium Term Notes**
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10015
Attn: James Gadsden, Esq.
gadsden@clm.com

29914973.2

**Attorneys for the Pension Benefit Guaranty Corporation**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Attn: Brian A. Raynor, Esq.
braynor@lockelord.com

**Attorneys for the Official Committee of Unsecured Creditors**
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Attn: Philip C. Dublin, Esq.
Ira Dizengoff, Esq.
Sara Lynne Brauner, Esq.
pdublin@akingump.com
idizengoff@akingump.com
sbrauner@akingump.com

**Attorneys to Wells Fargo Bank, National Association**
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
ksimard@choate.com
jmarshall@choate.com

**Debtors' Investment Banker**
Lazard Frères & Co., LLC
30 Rockefeller Plaza,
New York, New York 10112
Attn: Brandon Aebersold
Levi Quaintance
project.blue.rx@lazard.com

**Buyer**
Transform Holdco LLC
c/o ESL Partners, Inc..
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154
Attention: Kunal S. Kamlani and Harold Talisman
kunal@eslinvest.com
harold@eslinvest.com

**Attorneys for Buyer**

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attention: Sean O'Neal
Lewis J. Liman
Abena A. Mainoo, and
Luke A. Barefoot
liman@cgsh.com
amainoo@cgsh.com
lbarefoot@cgsh.com
soneal@cgsh.com