# EXHIBIT A

| Tenant: Kmart Kmart | | | Post Petition | Pre-Petition |
|---|---|---|---|---|
| 7654 | 2/18/2018 | WTR 12.18.17-1.16.18 | | $689.22 |
| | 4/3/2018 | WTR 2.19-3.13.18 | | $11.94 |
| | 6/1/2018 | WTR 4.12-5.15.18 | | $726.53 |
| | 6/6/2018 | Open Credit | | -$594.37 |
| | 7/2/2018 | WTR 5.18-6.18.18 | | $784.30 |
| | 8/1/2018 | WTR 6.19-7.17.18 | | $684.15 |
| | 9/1/2018 | WTR 7.18-8.16.18 | | $95.36 |
| | 10/1/2018 | WTR 8.17-9.14.18 | | $1,068.79 |
| | 11/1/2018 | WTR 9.15-10.15.18 | | $611.68 |
| | 12/1/2018 | WTR 10.16-11.20.18 | $710.33 | |
| | 1/16/2019 | Open Credit | -$409.88 | |
| | 2/2/2019 | WTR 12.21.18-1.9.19 | $394.61 | |
| | 3/2/2019 | WTR 1.10-2.18.19 | $789.25 | |
| | 4/1/2019 | WTR 2.19-3.18.19 | $552.47 | |
| | | | $2,036.78 | $4,077.60 |
| | | May Rent | | |
| | 5/1/2019 | CAM Charge | $55,243.09 | |
| | 5/1/2019 | Fixed Rent | $145,201.33 | |
| | 5/1/2019 | WTR 3.19-4.19.19 | $631.42 | |
| | | | $201,075.84 | |
| | | | $203,112.62 | $4,077.60 |
| | | Total Due | $207,190.22 | |