# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | CASE NO. 18-23538-RDD |
| SEARS HOLDING CORPORATION | |
| KMART CORPORATION | CASE NO. 18-23549 RDD |
| Debtor(s) | CHAPTER 11 (Joint Administration) |

19-034

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO THE HONORABLE COURT:

**NOW COMES** creditor herein, **Luan Investment, SE**, *pro se*, and very respectfully ALLEGES AND PRAYS:

That pursuant to the provisions of Federal Bankruptcy Procedure Rule 9010 (a), the appearing party notifies that with regard to all matters and proceedings in the above-captioned case, showing creditor's name, address and telephone number as follows:

**LUAN INVESTMENT SE**
PO Box 7462
Ponce, PR 00732
Tel: (787) 277-9600 x 120
alexandra.bigas@gmail.com
awilda.ramos@aguadillamallpr.com

**WHEREFORE** the appearing party requests that the Clerk of the Court take notice of the appearance and to notify the appearing creditor of all proceedings in this case, including but not limited to with copies of the petition, schedules, all plans and disclosure statements filed or to be filed in the above captioned case and further prays that his name and address be included in the debtor's Master Address List.

*Sears Holdings Corporation*
*Case No. 18-23538-RDD*
*Kmart Corporation*
*Case No. 18-23549-RDD*
*Notice of Appearance*
*Page 2*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on this same date I electronically filed the foregoing document with the clerk of the court using the CM/ECF System which will send notification of such filing to the following: USTrustee; debtor's attorney, and all parties in interest.

In San Juan, Puerto Rico this 5th day of March, 2019.


/s/ Awilda I. Ramos
**AWILDA I. RAMOS, MD, VP**
**LUAN INVESTMENT, SE**
PO Box 7462
Ponce, PR 00732-7462
Tel: (787) 277-9600 x 120
alexandra.bigas@gmail.com
awilda.ramos@aguadillamallpr.com