BELKIN BURDEN WENIG & GOLDMAN, LLP
Attorneys for Raven Associates
c/o Aegis Investments, Inc.
270 Madison Avenue
New York, New York 10016
Telephone: (212) 867-4466
Facsimile: (212) 867-0709
Jay B. Solomon

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE, that Raven Associates c/o Aegis Investments, Inc., hereby enters its appearance by its counsel, Belkin Burden Wenig & Goldman, LLP, in accordance with 11 U.S.C. §1109(b) and Federal Rule of Bankruptcy Procedure 9010 and pursuant *inter alia*, to 11 U.S.C. §§102(1) and 342 and Federal Rule of Bankruptcy Procedure 2002 and 9007, requests that all notices given or required to be given in this case

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

and all papers served or required to be served in this case be given to and served upon Belkin Burden Wenig & Goldman, LLP at the following address:

> Jay B. Solomon, Esq.
> **BELKIN BURDEN WENIG & GOLDMAN, LLP**
> Attorneys for Raven Associates
> c/o Aegis Investments, Inc.
> 270 Madison Avenue
> New York, New York 10016
> Telephone: (212) 867-4466
> Fax: (212) 297-1859
> Email: jsolomon@bbwg.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. §1109(b), the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, disclosure document of any kind, conference, hearing or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, telephone, facsimile transmission, telegraph, telex or otherwise, which affect or seek to effect in any way any rights or interest of Raven Associates c/o Aegis Investments, Inc.

| | |
|---|---|
| Dated: New York, New York<br>May 2, 2019 | /s/ Jay B. Solomon<br>**BELKIN BURDEN WENIG & GOLDMAN, LLP**<br>Attorneys for Raven Associates<br>c/o Aegis Investments, Inc.<br>270 Madison Avenue<br>New York, New York 10016<br>Telephone: (212) 867-4466<br>Facsimile: (212) 867-0709<br>Jay B. Solomon |