**EXHIBIT A**

Reprinted: 4/30/2019 10:56 PM    LowTaxInfo.com

| TAX ID NUMBER | DUPLICATE NUMBER | | |
|---|---|---|---|
| 64-09-12-476-005.000-004 | 17255068 | 2018 Payable 2019 | Add 5% penalty after May 10, 2019, if there is no delinquent amount; add 10% penalty after June 9, 2019. |
| PARCEL NUMBER | TAXING UNIT NAME | | |
| 64-09-12-476-005.000-004 | Valparaiso Corporation -004 | | |



Par In Sw 7-35-5& Se 12-35-6 Desc Dr282
P2 ex Rd ROW  9.31A(Leased To K-Mart)
TIF

Acres: 9.31

| | |
|---|---:|
| Net Property Tax Spring: | 0.00 |
| Delinquent Tax: | 9,230.90 |
| Delinquent Penalty: | 461.54 |
| Penalty & Fees: | 0.00 |
| **Other Assessments** | |
| Current Tax: | 0.00 |
| Delinquent Tax: | 0.00 |
| Delinquent Penalty: | 0.00 |

Vale Park Development LLC
1200 Cutting Edge Dr
Attn: Daniel D Marchetti
Chesterton IN  46304-3554

Less Spring Payments: 10,153.99

0017255068    000000000000

**\* Do Not Pay \***
CREDIT APPLIED TO 2ND INSTALLMENT     -461.55

---

Reprinted: 4/30/2019 10:56 PM    LowTaxInfo.com

| TAX ID NUMBER | DUPLICATE NUMBER | | |
|---|---|---|---|
| 64-09-12-476-005.000-004 | 17255068 | 2018 Payable 2019 | Add 5% penalty after November 12, 2019, if there is no delinquent amount; add 10% penalty after December 12, 2019. |
| PARCEL NUMBER | TAXING UNIT NAME | | |
| 64-09-12-476-005.000-004 | Valparaiso Corporation -004 | | |



Par In Sw 7-35-5& Se 12-35-6 Desc Dr282
P2 ex Rd ROW  9.31A(Leased To K-Mart)
TIF

Acres: 9.31

| | |
|---|---:|
| Net Property Tax Fall: | 0.00 |
| Penalty & Fees: | 0.00 |
| **Other Assessments** | |
| Current Tax: | 0.00 |

Vale Park Development LLC
1200 Cutting Edge Dr
Attn: Daniel D Marchetti
Chesterton IN  46304-3554

Less Fall Payments: 0.00

0017255068    000000000000

**Amount Due By 11/12/2019:** 0.00

---

Reprinted: 4/30/2019 10:56 PM    LowTaxInfo.com

| TAX ID NUMBER | DUPLICATE NUMBER | | PROPERTY TYPE | BILLED MORTGAGE COMPANY | |
|---|---|---|---|---|---|
| 64-09-12-476-005.000-004 | 17255068 | 2018 Payable 2019 | Real | | |
| PARCEL NUMBER | TAXING UNIT NAME | | TOTAL TAX RATE | LIT 1% RATE | |
| 64-09-12-476-005.000-004 | Valparaiso Corporation -004 | | n/a | n/a | |

Property Address:    2801 Calumet Ave, Valparaiso IN 46383

| | |
|---|---:|
| Total Net Property Tax: | 0.00 |
| Delinquent Tax: | 9,230.90 |
| Delinquent Penalty: | 461.54 |
| Penalty & Fees: | 0.00 |
| **Other Assessments** | |
| Current Tax: | 0.00 |
| Delinquent Tax: | 0.00 |
| Delinquent Penalty: | 0.00 |

Vale Park Development LLC
1200 Cutting Edge Dr
Attn: Daniel D Marchetti
Chesterton IN  46304-3554

Less Payments Received: 10,153.99

**Current Account Balance:** -461.55

EXHIBIT A

STATE FORM 53569 (R16 / 2-19)  Reprinted: 4/30/2019 10:56:20 PM  TREASURER FORM TS-1A
APPROVED BY STATE BOARD OF ACCOUNTS, 2019  PRESCRIBED BY THE DEPARTMENT OF LOCAL GOVERNMENT FINANCE IC 6-1.1-22-8.1

# SPECIAL MESSAGE TO PROPERTY OWNER

Property taxes are constitutionally capped at 1% of property value for homesteads (owner-occupied), 2% for other residential property and farmland, and 3% for all other property. Please note that local government unit annual budget notices are now available online at www.budgetnotices.in.gov.

## TAXPAYER AND PROPERTY INFORMATION

| Taxpayer Name | Address | Date of Notice | Parcel Number | Taxing District |
|---|---|---|---|---|
| Vale Park Development LLC<br>1200 Cutting Edge Dr<br>Attn: Daniel D Marchetti<br>Chesterton IN 46304-3554 | 2801 Calumet Ave<br>Valparaiso IN 46383 | April 30, 2019 | 64-09-12-476-005.000-004 | 004 Valparaiso Corporation -004 |
|  |  | Duplicate Number | Tax ID Number |  |
|  |  | 17255068 | 64-09-12-476-005.000-004 |  |
| Legal Description | Billed Mortgage Company |  |  | Property Type |
| Par In Sw 7-35-5& Se 12-35-6 Desc Dr282 P2 ex Rd ROW 9.31A(Leased To K-Mart) TIF |  |  |  | Real |

**Spring installment due on or before May 10, 2019 and Fall installment due on or before November 12, 2019.**

### TABLE 1: SUMMARY OF YOUR TAXES

| ASSESSED VALUE AND TAX SUMMARY | 2017 Pay 2018 | 2018 Pay 2019 |
|---|---|---|
| 1a. Gross assessed value of homestead property | $0 | $0 |
| 1b. Gross assessed value of other residential property and farmland | $0 | $0 |
| 1c. Gross assessed value of all other property, including personal property | $950,000 | $0 |
| 2. Equals total gross assessed value of property | $950,000 | $0 |
| 2a. Minus deductions (see Table 5 below) | $0 | $0 |
| 3. Equals subtotal of net assessed value of property | $950,000 | $0 |
| 3a. Multiplied by your local tax rate | 3.0029 | 3.0152 |
| 4. Equals gross tax liability (see Table 3 below) | $28,527.54 | $0.00 |
| 4a. Minus local property tax credits | $0.00 | $0.00 |
| 4b. Minus savings due to property tax cap (see Table 2 and footnotes below) | $0.00 | $0.00 |
| 4c. Minus savings due to over 65 circuit breaker credit | $0.00 | $0.00 |
| 5. Total property tax liability (see remittance coupon for total amount due) | $28,527.54 | $0.00 |

Please see Table 4 for a summary of other charges to this property.

### TABLE 2: PROPERTY TAX CAP INFORMATION

| | | |
|---|---|---|
| Property tax cap (1%, 2%, or 3%, depending upon combination of property types) [1] | $28,500.00 | $0.00 |
| Upward adjustment due to voter-approved projects and charges [2] (e.g., referendum) | $5,915.65 | $0.00 |
| Maximum tax that may be imposed under cap | $34,415.65 | $0.00 |

### TABLE 3: GROSS PROPERTY TAX DISTRIBUTION AMOUNTS APPLICABLE TO THIS PROPERTY

| TAXING AUTHORITY | TAX RATE 2018 | TAX RATE 2019 | TAX AMOUNT 2018 | TAX AMOUNT 2019 | TAX DIFFERENCE 2018-2019 | PERCENT DIFFERENCE |
|---|---|---|---|---|---|---|
| CITY/TOWN | 1.2368 | 1.2429 | $11,749.59 | $0.00 | ($11,749.59) | (100.00%) |
| COUNTY | 0.4463 | 0.4500 | $4,239.85 | $0.00 | ($4,239.85) | (100.00%) |
| LIBRARY | 0.0680 | 0.0690 | $646.00 | $0.00 | ($646.00) | (100.00%) |
| SCHOOL | 1.2192 | 1.2199 | $11,582.40 | $0.00 | ($11,582.40) | (100.00%) |
| SPECIAL UNIT | 0.0079 | 0.0080 | $75.05 | $0.00 | ($75.05) | (100.00%) |
| TOWNSHIP | 0.0247 | 0.0254 | $234.65 | $0.00 | ($234.65) | (100.00%) |
| TOTAL | 3.0029 | 3.0152 | $28,527.54 | $0.00 | ($28,527.54) | (100.00%) |

### TABLE 4: OTHER CHARGES / ADJUSTMENTS TO THIS PROPERTY

| LEVYING AUTHORITY | 2018 B. Acres | 2018 | 2019 B. Acres | 2019 | % Change |
|---|---|---|---|---|---|
| TOTAL ADJUSTMENTS | | $0.00 | | $0.00 | |

### TABLE 5: DEDUCTIONS APPLICABLE TO THIS PROPERTY [3]

| TYPE OF DEDUCTION | 2018 | 2019 |
|---|---|---|
| TOTAL DEDUCTIONS | $0 | $0 |

---

1. The property tax cap is calculated separately for each class of property owned by the taxpayer.

2. Charges not subject to the property tax caps include property tax levies approved by voters through a referendum. In Lake County and St. Joseph County, this line also reflects debt obligations incurred prior to the creation of the property tax caps. When added to the base property tax cap amount for your property, this creates the effective tax cap. For more information, see the back of this document.

3. If any circumstances have changed that would make you ineligible for a deduction that you have been granted per Table 5 of this tax bill, you must notify the county auditor. If such a change in circumstances has occurred and you have not notified the county auditor, the deduction will be disallowed and you will be liable for taxes and penalties on the amount deducted.