Reich, Reich & Reich, P.C.
Attorneys for Landlord
Garlly Associates, LP
235 Main Street, Suite 450
White Plains, New York 10601
(914) 949-2126
jreich@reichpc.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
IN RE:

SEARS HOLDING CORPORATION,                          Chapter 11
INC, et al.,

                                                     Case No. 18-23538 (rdd)
                        Debtors.                          (jointly administered)
--------------------------------------------------------------X
AFFIDAVIT OF SERVICE
STATE OF NEW YORK                     )
COUNTY OF WESTCHESTER          )SS:

       SAMARA NEAL being sworn says: I am not a party to the action, am over 18 years of age

and employed at Reich Reich & Reich, P.C., 235 Main Street, White Plains, New York 10601.

       On April 30, 2019, I served true copies of the Objection of Garlly Associates, LP (Store

No. 447) to Debtors' Notice to Cure Costs and Potential Assumption and Assignment of

Executory Contracts and Unexpired Leases (ECF Document No. 3450), together with the notice

of electronic filing of the foregoing document, by emailing same to:

  I. Bid Notice Parties
      a. Debtors
               Rob Riecker: rob.riecker@searshc.com
               Luke Valentino: luke.valentino@searshc.com
               Mohsin Meghji: mmeghji@miiipartners.com
               General Counsel: counsel@searshc.com

      b. Debtors' counsel
               Ray Schrock, Esq.: ray.schrock@weil.com
               Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com
               Garrett A. Fail, Esq.: garrett.fail@weil.com
               Sunny Singh, Esq.: sunny.singh@weil.com

c. Debtors' investment banker:  project.blue.rx@lazard.com

II. Buyer Parties
    a. Buyer
        Kunal S. Kamlani: kunal@eslinvest.com
        Harold Talisman: harold@eslinvest.com

    b. Counsel
        Christopher E. Austin, Esq.: caustin@cgsh.com
        Benet J. O'Reilly, Esq.: boreilly@cgsh.com
        Sean A. O'Neal, Esq.:  soneal@cgsh.com

III. Consultation Parties
    a. Bank of America
        Paul Leake, Esq.: Paul.Leake@skadden.com
        Shana Elberg, Esq.: Shana.Elberg@skadden.com
        George Howard, Esq.: George.Howard@skadden.com

    b. Wells Fargo Bank
        Kevin J. Simard, Esq.: ksimard@choate.com
        Jonathan D. Marshall, Esq.:  jmarshall@choate.com

    c. Committee
        Ira S. Dizengoff, Esq. : idizengoff@akingump.com
        Philip C. Dublin, Esq.: pdublin@akingump.com
        Abid Qureshi, Esq.: aqureshi@akingump.com
        Sara L. Brauner, Esq.: sbrauner@akingump.com

On April 30, 2019, I served true copies of the Objection of Garlly Associates, LP (Store

No. 447) to Debtors' Notice to Cure Costs and Potential Assumption and Assignment of

Executory Contracts and Unexpired Leases (ECF Document No. 3450), together with the notice

of electronic filing of the foregoing document, by mailing same in a sealed envelope, with

postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of

New York, addressed to the last-known address of:

        Transform Holdco, LLC
        c/o ESL Partners, Inc.
        Attn: Kunal S. Kamlani and Harold Talisman
        1170 Kane Concourse, Suite 200
        Bay Harbor Islands, FL 33154

Sears Holdings Corporation
Attn: General Counsel
3333 Beverly Road
Hoffman Estates, IL 60179

Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, P.C.,
Ellen J. Odoner, Gavin Westerman
and Sunny Singh
767 Fifth Avenue
New York, NY 10153

Cleary Gottlieb Steen & Hamilton LLP
Attn: Christopher E. Austin,
Benet J. O'Reilly and Sean A. O'Neal
One Liberty Plaza
New York, NY 10006

/s/Samara Neal
SAMARA NEAL

Sworn to before me on
May 1, 2019

/s/Jeffrey A. Reich
JEFFREY A. REICH
Notary Public, State of New York
No. 02RE604448
Qualified in Westchester County
Commission Expires Dec. 14, 2022