# EXHIBIT 1

# AR Aging Detail

DB Caption: JLL **LIVE**  Property: i7750004 Tenant: t0021793  Status: Current, Past, Future  Entity Type: Tenant  Age As Of: 05/31/2019  Post To: 05/2019
* Base Currency    usd

5/2/2019 2:00 PM

**2100 Center Square Rd (i7750004)**

**Sears, Roebuck and Co., (t0021793)**

| Legal Entity | Property | Customer Code | Charge To | Invoice No | Trans# | Charge Code | Invoice Date | Due Date | Post Month | Total Charges | Future Charges | Current Owed | 0 - 30 Owed | 31 - 60 Owed | 61 - 90 Owed | 91 - 120 Owed | Over 120 Owed | Pre-Payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H2228 | i7750004 | t0021793 | Sears, Roebuck and Co., (t0021793) | 2018000000052 | C-1286262 | BROFF - Base Rent Office | 6/1/2018 | 6/1/2018 | 06/2018 | 43,595.44 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.08 | 0.00 | 0.08 |
| H2228 | i7750004 | t0021793 | Sears, Roebuck and Co., (t0021793) | 2018000000058 | C-1344853 | BROFF - Base Rent Office | 7/1/2018 | 7/1/2018 | 07/2018 | 43,595.44 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.08 | 0.00 | 0.08 |
| H2228 | i7750004 | t0021793 | Sears, Roebuck and Co., (t0021793) | 2018000000070 | C-1402497 | BROFF - Base Rent Office | 8/1/2018 | 8/1/2018 | 08/2018 | 43,595.44 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.08 | 0.00 | 0.08 |
| H2228 | i7750004 | t0021793 | Sears, Roebuck and Co., (t0021793) | 2018000000077 | C-1457478 | BROFF - Base Rent Office | 9/1/2018 | 9/1/2018 | 09/2018 | 43,595.44 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.08 | 0.00 | 0.08 |
| H2228 | i7750004 | t0021793 | Sears, Roebuck and Co., (t0021793) | 2018000000083 | C-1516497 | BROFF - Base Rent Office | 10/1/2018 | 10/1/2018 | 10/2018 | 43,595.44 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.08 | 0.00 | 0.08 |
| H2228 | i7750004 | t0021793 | Sears, Roebuck and Co., (t0021793) | 2018000000089 | C-1586461 | BROFF - Base Rent Office | 11/1/2018 | 11/1/2018 | 11/2018 | 43,595.44 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.08 | 0.00 | 0.08 |
| H2228 | i7750004 | t0021793 | Sears, Roebuck and Co., (t0021793) | 2018000000097 | C-1654739 | BROFF - Base Rent Office | 12/1/2018 | 12/1/2018 | 12/2018 | 43,595.44 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.08 | 0.00 | 0.08 |
| H2228 | i7750004 | t0021793 | Sears, Roebuck and Co., (t0021793) | 2019000000001 | C-1719953 | BROFF - Base Rent Office | 1/1/2019 | 1/1/2019 | 01/2019 | 43,595.44 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.08 | 0.00 | 0.08 |
| H2228 | i7750004 | t0021793 | Sears, Roebuck and Co., (t0021793) | 2019000000008 | C-1791181 | BROFF - Base Rent Office | 2/1/2019 | 2/1/2019 | 02/2019 | 43,595.44 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.08 | 0.00 | 0.00 | 0.08 |
| H2228 | i7750004 | t0021793 | Sears, Roebuck and Co., (t0021793) | 2019000000014 | C-1844881 | BROFF - Base Rent Office | 3/1/2019 | 3/1/2019 | 03/2019 | 43,595.44 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.08 | 0.00 | 0.00 | 0.08 |
| H2228 | i7750004 | t0021793 | Sears, Roebuck and Co., (t0021793) | 2019000000019 | C-1911876 | BROFF - Base Rent Office | 4/1/2019 | 4/1/2019 | 04/2019 | 43,595.44 | 0.00 | 0.08 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.08 |
| H2228 | i7750004 | t0021793 | Sears, Roebuck and Co., (t0021793) | 2019000000026 | C-1988334 | BROFF - Base Rent Office | 5/1/2019 | 5/1/2019 | 05/2019 | 44,685.32 | 0.00 | 44,685.32 | 44,685.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 44,685.32 |
| H2228 | i7750004 | t0021793 | Sears, Roebuck and Co., (t0021793) | 2019000000026 | C-1061443 | CAMRC - CAM Recovery | 1/1/2018 | 1/1/2018 | 01/2018 | 0.28 | 0.00 | 0.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.28 | 0.00 | 0.28 |
| H2228 | i7750004 | t0021793 | Sears, Roebuck and Co., (t0021793) | 2018000000003 | C-1219728 | CAMRC - CAM Recovery | 5/1/2018 | 5/1/2018 | 05/2018 | 4,016.30 | 0.00 | 0.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.09 | 0.00 | 0.09 |
| H2228 | i7750004 | t0021793 | Sears, Roebuck and Co., (t0021793) | 2018000000033 | C-1141384 | CAMRC - CAM Recovery | 4/1/2018 | 4/1/2018 | 04/2018 | 4,016.30 | 0.00 | 0.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.07 | 0.00 | 0.07 |
| H2228 | i7750004 | t0021793 | Sears, Roebuck and Co., (t0021793) | 2018000000015 | C-1068665 | CAMRC - CAM Recovery | 1/1/2018 | 1/1/2018 | 01/2018 | 4,016.30 | 0.00 | 0.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.21 | 0.00 | 0.21 |
| H2228 | i7750004 | t0021793 | Sears, Roebuck and Co., (t0021793) | 2018000000005 | C-1988335 | CAMRC - CAM Recovery | 5/1/2019 | 5/1/2019 | 05/2019 | 4,016.30 | 0.00 | 4,016.30 | 4,016.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,016.30 |
| H2228 | i7750004 | t0021793 | Sears, Roebuck and Co., (t0021793) | 2019000000026 | C-1988336 | INSUR - Insurance Recovery | 5/1/2019 | 5/1/2019 | 05/2019 | 487.35 | 0.00 | 487.35 | 487.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 487.35 |
| H2228 | i7750004 | t0021793 | Sears, Roebuck and Co., (t0021793) | 2019000000026 | C-1988337 | TAXRC - RE Tax Recovery | 5/1/2019 | 5/1/2019 | 05/2019 | 7,025.63 | 0.00 | 7,025.63 | 7,025.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,025.63 |
| **Total For t0021793** | | | | | | | | | | **547,813.62** | **0.00** | **56,216.13** | **56,214.60** | **0.08** | **0.00** | **0.16** | **1.29** | **0.00** | **56,216.13** |
| **Total For i7750004** | | | | | | | | | | **547,813.62** | **0.00** | **56,216.13** | **56,214.60** | **0.08** | **0.00** | **0.16** | **1.29** | **0.00** | **56,216.13** |
| **Grand Total** | | | | | | | | | | **547,813.62** | **0.00** | **56,216.13** | **56,214.60** | **0.08** | **0.00** | **0.16** | **1.29** | **0.00** | **56,216.13** |