

**May, Rammell and Wells**

February 6, 2019

Greenhorn Ventures LLC
1980 S. Meridian Rd
Suite 140
Meridian, Id 83642

Re: Foreclosure of Lien

To Whom it May Concern

You received a certified letter from my office on December 12, 2018. The certified letter advised you that a lien had been placed upon certain real property owned by you in Twin Falls County, Idaho. That lein is the result of certain parking lot enhancements done by Kleopfer Inc, my client. Since your receipt of that letter, we have received nothing from you to indicate how you intend to take care of this overdue bill.

The purpose of this letter is to advise you that my client intends to be paid for the work that they did to enhance the value of your property. As can be seen in the lien documents, my client is owed $135,889.67, plus interest accruing at the rate of 21% per annum or $5.75 per day, effective December 10, 2018. Pursuant to I.C. §45-513 my client is entitled to the costs of filing the lien, and attorney's fees in the amount of $1,800 or whatever cost may be incurred during this action.

You have twenty (20) days from the date of this letter to get this amount to pay the total sum of 138,022.67. Please understand that the interest is increasing by the sum of $5.75 per day, so your pay-off amount must include the interest that has accrued through payoff of the lien. Payment can be sent through my office at PO. Box 370, Pocatello Id, 83204. If full payment, plus interest and the attorneys fees is not tendered within the next twenty (20) days, my office will begin foreclosure on the property.

Sincerely

Peter M. Wells

**Attorneys**

Gregory C. May

Bron M. Rammell

Peter M. Wells

Kyle R. May

Jason M. Brown

**May, Rammell & Wells, Chartered**
Pocatello Office (208) 233-0132 * Fax (208) 234-2961* Burley Office (208) 261-3080
216 West Whitman, P.O. Box 370 * Pocatello, ID 83204-0370
Burley Office 1918 Overland Ave., Burley, ID 83318
www.mayrammellwells.com

Voicemail message transcript

To: Travis Stroud
From: Peter Wells
Date: February 25, 2019

Yeah Travis, my name is Peter Wells, I am an attorney in Burley, ID. I represent Kloepfer, Inc. with regards to a lien on the Sears Kmart parking lot area there in Twin Falls. I understand that you had reached out to Larry Kloepfer related to this matter. He'd asked me to call you to see what we could do on this case to get payment coming on this. As I understand it you had a question as to whether any payments had been made from Kmart. Kloepfer, Inc. has received no money of any kind on this project. I also understand that you had a question related to the current status of negotiation. There is no negotiation going on right now. Kmart has not renewed [sic]. Their timeframe to pay, my understanding is, they are in bankruptcy and that's just the way it is, so we have not seen any payments from them of any kind. So at this point we are gearing up to do a foreclosure on the property. If you have an attorney, please have your attorney contact me or if you want to give me a call back, again my number is 208.233.0132. My name again is Peter Wells. Hope to hear from you soon. Our phones turn on tomorrow at 9am. Thanks bye.