

BUILDING CORNER
DETAIL

2.05

1.77

K-MART    GROCERY
OUTLET

S0°04'39"E   62

1.77    2.05

199.3'

SPLIT BUTTE
RANCH INC.

GROCERY OUTLET
BUILDING

⟨22⟩

1.26

0.26