W. DAVISON (1878-1964)
FRANK DAVISON (1907-1984)
R. H. COPPLE (1919-1995

**DAVISON, COPPLE, COPPLE & COPPLE, LLP**
**ATTORNEYS AT LAW**
199 N CAPITOL BLVD.
SUITE 600
**BOISE, IDAHO 83702**

TELEPHONE (208) 342-3658
FAX (208) 386-9428
http://davisoncopple.com

E DON COPPLE
TERRY C. COPPLE
JAY M. GUSTAVSEN
ED GUERRICABEITIA
MICHAEL E. BAND
E. MALCOLM COPPLE

MAILING ADDRESS
P.O. BOX 1583
BOISE, IDAHO 83701

March 4, 2019

Greenhorn, LLC
3303 E. Linden St.
Caldwell, ID 83605

RE:    Split Butte Ranch

Dear Greenhorn, LLC:

Split Butte Ranch is aware of an encroachment of your building on Split Butte Ranch's property, more particularly described in the enclosed deed. The company invites you to suggest any solutions of which you may be aware.

Very Truly Yours,

DAVISON, COPPLE, COPPLE & COPPLE

E DON COPPLE, of the firm

1996-0187?3

39152sm
TitleFact, Inc.
163 Fourth Avenue North
P.O. Box 486
Twin Falls, Idaho 83303

TWIN FALLS COUNTY, IDAHO
.-CORDED FOR:

TITLEFACT, Inc.

1996 NOV -1  P 2: 39

199601872 1

***** *SPACE ABOVE FOR RECORDER* *****

ROBERT S. FORT
-OFFICIO RECORDER
FEE: 6.00  DEPUTY

## **WARRANTY DEED**

FOR VALUE RECEIVED **READ INVESTMENTS, a partnership**, hereinafter called the grantor, hereby grants, bargains, sells and conveys unto **SPLIT BUTTE RANCH, INC.,** an **Idaho corporation**, hereinafter called grantee, whose address is: 23 River Run East Burla, ID 83318 the following described premises, in Twin Falls County, Idaho, to-wit:

Township 10 South, Range 17 East, Boise Meridian, Twin Falls County, Idaho
Section 14:  A parcel of land in the NW¼NW¼, more particularly described as follows:
BEGINNING at the Northwest corner of said Section 14, said corner marked by a brass cap;
THENCE North 90°00'00" East along the North line of Section 14 for a distance of 647.68 feet to a p.k. nail;
THENCE South 00°04'55" East for a distance of 40.00 feet to a ½" rebar on the south right of way of Addison Ave. which shall be the POINT OF BEGINNING;
THENCE North 90°00'00" East along said right of way for a distance of 159.86 feet to a ½" rebar;
THENCE South 00°26'19" East (South 00°28'00" East rec.) for a distance of 141.48 feet (141.42 feet rec.) to a ½" rebar;
THENCE South 00°04'55" East for a distance of 484.72 feet to a ½" rebar;
THENCE South 89°56'25" West for a distance of 45.22 feet to a 5/8" rebar;
THENCE South 89°55'42" West for a distance of 115.52 feet to a ½" rebar;
THENCE North 00°04'55" West for a distance of 626.39 feet to the POINT OF BEGINNING.

SUBJECT TO:  Any easements or rights of way, existing or of record.
SUBJECT TO:    Agreement and Declaration of Restrictions and Grant of Easements between E.M.I. Limited #6 Associates, a Utah limited partnership; E.M.I. Limited #14 Associates, a Utah limited partnership; E.M.I. Limited #22 Associates, a Utah limited partnership, Real Estates Securities Corporation, a Utah corporation and Pacific Mutual Life Insurance Company, K-Mart Corporation, a Michigan corporation, and Skaggs Properties, Inc., a Delaware corporation, dated February 1, 1980, recorded February 15, 1980, as Instrument No. 777134, records of Twin Falls County, Idaho.

TO HAVE AND TO HOLD the said premises, with their appurtenances unto the said Grantee and the Grantee's heirs and assigns forever.  And the said Grantor does hereby covenant to and with the said Grantee, that the Grantor is the owner in fee simple of said premises; that are free from all encumbrances except as described above and that Grantor will warrant and defend the same from all lawful claims whatsoever.

Dated:    October 24, 1996

READ INVESTMENTS, A PARTNERSHIP

By: PETER READ, General Managing Partner

* * * * * *

STATE OF CALIFORNIA
County of *Alameda*

On this __28th__ day of ~~November~~ October, 1996, before me, a Notary Public, personally appeared Peter and Steven Read, known or identified to me to be the General Managing Partners in READ INVESTMENTS, a partnership, and the partner who subscribed said partnership name to the foregoing instrument and acknowledged to me that ~~he~~ they executed the same in said partnership name.



Notary Public for ~~Idaho~~ CALIFORNIA
Residing in __Berkeley, CA__
Commission Expires __May 30, 1999__

MARLENE E. GRANT
COMM. #1069801
NOTARY PUBLIC-CALIFORNIA
COUNTY OF ALAMEDA
My Comm. Expires May 30, 1999