| Database: | AUBURNDALE | | Aged Delinquencies | | | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|
| | | | Auburndale Properties Inc | | | | Date: | 5/2/2019 |
| BLDG: | 0107 | | BURBANK | | | | Time: | 03:06 PM |
| | | | Date: 5/2/2019 | | | | | |

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 0107-3 | **Kmart Corporation #3834** | | Master Occupant Id: D0000067-1 | | | Day Due: 1 | Delq Day: 10 | | |
| | Terry | | A001    Current | | | Last Payment: | 5/2/2019 | 68,035.83 | |
| | 248-614-0889 | | | | | | | | |
| 2/1/2019 | QTX | QUARTERLY TAX BILLING | CH | 51,987.00 | 0.00 | 0.00 | 0.00 | 51,987.00 | 0.00 |
| 2/27/2019 | QTX | QUARTERLY TAX BILLING | CH | 29,949.00 | 0.00 | 0.00 | 29,949.00 | 0.00 | 0.00 |
| 3/27/2019 | BCM | ANNUAL CAM BILLING | CH | 13,533.00 | 0.00 | 13,533.00 | 0.00 | 0.00 | 0.00 |
| 5/1/2019 | BAS | BASE RENT | CH | 58,968.83 | 58,968.83 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5/1/2019 | CAM | MONTHLY CAM INCOME | CH | 10,973.00 | 10,973.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Kmart Corporation #3834 Total:** | | | 165,410.83 | 69,941.83 | 13,533.00 | 29,949.00 | 51,987.00 | 0.00 |
| | **BLDG 0107 Total:** | | | 165,410.83 | 69,941.83 | 13,533.00 | 29,949.00 | 51,987.00 | 0.00 |