| Database: | AUBURNDALE | | Aged Delinquencies | | | | Page: | 2 |
|---|---|---|---|---|---|---|---|---|
| | | | Auburndale Properties Inc | | | | Date: | 5/2/2019 |
| BLDG: | MTCKEY | | KEY PLAZA SHOPPING CENTER | | | | Time: | 03:06 PM |
| | | | Date: 5/2/2019 | | | | | |

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|

**MTCKEY-KMART    Kmart Store #4725**    Master Occupant Id: D0000021-1    Day Due: 1    Delq Day: 10
                                          01    Current                        Last Payment: 4/8/2019    31,011.92
(305) 293-9211

| Invoice Date | Category | | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 4/23/2012 | BCM | ANNUAL CAM BILLING | CH | 2,559.05 | 0.00 | 0.00 | 0.00 | 0.00 | 2,559.05 |
| 4/29/2016 | BCM | ANNUAL CAM BILLING | CH | 402.11 | 0.00 | 0.00 | 0.00 | 0.00 | 402.11 |
| 5/10/2018 | BCM | ANNUAL CAM BILLING | CH | 776.75 | 0.00 | 0.00 | 0.00 | 0.00 | 776.75 |
| 2/27/2019 | BTX | ANNUAL TAX BILLING | CH | 31,111.00 | 0.00 | 0.00 | 31,111.00 | 0.00 | 0.00 |
| 5/1/2019 | BAS | BASE RENT | CH | 27,996.17 | 27,996.17 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5/1/2019 | CAM | MONTHLY CAM INCOME | CH | 3,015.75 | 3,015.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Kmart Store #4725 Total:** | | | 65,860.83 | 31,011.92 | 0.00 | 31,111.00 | 0.00 | 3,737.91 |
| | **BLDG MTCKEY Total:** | | | 65,860.83 | 31,011.92 | 0.00 | 31,111.00 | 0.00 | 3,737.91 |
| | | **Grand Total:** | | 231,271.66 | 100,953.75 | 13,533.00 | 61,060.00 | 51,987.00 | 3,737.91 |