# EXHIBIT A

B/P

SQ. FT. 836,352

REPORT - ANNUALLY   PAYABLE -ANNUALLY

| | Y/E 2/10 | Y/E 2/11 | Y/E 2/12 | Y/E 2/13 | Y/E 2/14 | Y/E 2/15 | Y/E 2/16 | Y/E 2/17 | Y/E 2/18 | Y/E 2/19 |
|---|---|---|---|---|---|---|---|---|---|---|
| MARCH | 3,088,168.00 | 3,337,224.39 | 2,974,543.00 | 2,860,917.00 | 2,593,207.00 | 2,566,558.00 | 2,555,362.00 | 2,494,869.00 | 2,261,237.00 | 2,018,967.00 |
| APRIL | 2,935,051.00 | 3,049,521.25 | 2,762,707.00 | 2,562,030.00 | 2,368,717.00 | 2,840,206.00 | 2,170,499.00 | 2,063,720.00 | 2,095,883.00 | 1,844,388.00 |
| MAY | 3,006,398.00 | 2,804,335.18 | 2,735,759.00 | 2,534,694.00 | 2,701,960.00 | 2,288,710.00 | 2,627,661.00 | 2,256,093.00 | 2,190,785.00 | 2,213,913.00 |
| JUNE | 3,599,563.00 | 3,611,620.88 | 3,465,375.00 | 3,226,203.00 | 3,064,281.00 | 2,941,453.00 | 2,836,023.00 | 3,071,495.00 | 2,858,839.00 | 2,473,890.00 |
| JULY | 2,459,025.00 | 2,608,165.07 | 2,472,167.00 | 2,590,784.00 | 2,185,500.00 | 3,298,229.00 | 2,095,867.00 | 2,101,226.00 | 2,048,356.00 | 1,648,793.00 |
| AUGUST | 2,700,067.00 | 2,596,067.76 | 2,456,318.00 | 2,420,763.00 | 2,305,332.00 | 2,431,774.00 | 2,131,360.00 | 2,066,390.00 | 1,944,161.00 | 1,853,236.00 |
| SEPTEMBER | 3,249,252.00 | 3,075,808.63 | 3,197,884.00 | 3,129,297.00 | 2,713,750.00 | 3,117,376.00 | 2,695,954.00 | 2,666,838.00 | 2,557,079.00 | 2,255,838.00 |
| OCTOBER | 2,615,035.00 | 2,523,608.26 | 2,566,350.00 | 2,369,149.00 | 2,117,399.00 | 2,367,952.00 | 2,124,258.00 | 2,016,465.00 | 1,812,452.00 | 1,783,125.00 |
| NOVEMBER | 3,353,989.00 | 3,403,133.86 | 3,434,455.00 | 3,300,783.00 | 3,029,877.00 | 2,301,702.00 | 2,933,840.00 | 2,914,028.00 | 2,564,024.00 | 2,189,737.00 |
| DECEMBER | 4,387,088.00 | 4,514,267.14 | 4,130,975.00 | 3,915,033.00 | 3,510,433.00 | 3,571,404.00 | 3,486,304.00 | 3,429,063.00 | 2,953,624.00 | 2,624,694.00 |
| JANUARY | 2,105,922.00 | 2,062,551.83 | 2,051,862.00 | 2,444,329.00 | 1,772,030.00 | 1,673,753.00 | 1,764,642.00 | 1,594,654.00 | 1,887,400.00 | 1,444,983.00 |
| FEBRUARY | 2,364,578.00 | 2,382,139.75 | 2,435,979.00 | 2,216,051.00 | 2,086,230.00 | 1,946,436.00 | 1,784,753.00 | 1,750,127.00 | 1,469,008.00 | 1,328,283.00 |
| TOTAL SALES | 35,864,136.00 | 35,968,444.00 | 34,684,374.00 | 33,570,033.00 | 30,448,716.00 | 31,345,553.00 | 29,206,523.00 | 28,426,968.00 | 26,642,848.00 | 23,679,847.00 |
| ADJ | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 35,864,136.00 | 35,968,444.00 | 34,684,374.00 | 33,570,033.00 | 30,448,716.00 | 31,345,553.00 | 29,206,523.00 | 28,426,968.00 | 26,642,848.00 | 23,679,847.00 |
| LESS BASE | 20,000,000.00 | 20,000,000.00 | 20,000,000.00 | 20,000,000.00 | 20,000,000.00 | 20,000,000.00 | 20,000,000.00 | 20,000,000.00 | 20,000,000.00 | 20,000,000.00 |
| EXCESS | 15,864,136.00 | 15,968,444.00 | 14,684,374.00 | 13,570,033.00 | 10,448,716.00 | 11,345,553.00 | 9,206,523.00 | 8,426,968.00 | 6,642,848.00 | 3,679,847.00 |
| 2% | 2,000,000.00 | 2,000,000.00 | 2,000,000.00 | 2,000,000.00 | 2,000,000.00 | 2,000,000.00 | 2,000,000.00 | 2,000,000.00 | 2,000,000.00 | 2,000,000.00 |
| TOTAL | 13,864,136.00 | 13,968,444.00 | 12,684,374.00 | 11,570,033.00 | 8,448,716.00 | 9,345,553.00 | 7,206,523.00 | 6,426,968.00 | 4,642,848.00 | 1,679,847.00 |
| % RATE | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% |
| OVG DUE | 207,962.04 | 209,526.66 | 190,265.61 | 173,550.50 | 126,730.74 | 140,183.30 | 108,097.85 | 96,404.52 | 69,642.72 | 25,197.71 |
| OVG DUE | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 |
| OVG DUE | 247,962.04 | 249,526.66 | 230,265.61 | 213,550.50 | 166,730.74 | 180,183.30 | 148,097.85 | 136,404.52 | 109,642.72 | 65,197.71 |
| TOTAL OVG | 247,962.04 | 249,526.66 | 230,265.61 | 213,550.50 | 166,730.74 | 180,183.30 | 148,097.85 | 136,404.52 | 109,642.72 | 65,197.71 |