**Affiliates of Westfield, LLC**

| Center Name | Landlord/REA Party | Store No. | Original Objection Cure Amount | Revised Cure Amount | Attys Fees | Total Revised Cure Amount | Originally Scheduled Cure Amount | REA |
|---|---|---|---|---|---|---|---|---|
| Annapolis | Annapolis Mall Owner LLC | 1725 | $79,929.61 | $178,583.45 | $5,000.00 | $183,583.45 | $21,454.00 | YES |
| Brandon | Brandon Shopping Center Partners LTD. | 1007 | $0.00 | $49,493.25 | $5,000.00 | $54,493.25 | $41,517.00 | YES |
| North County | North County Fair LP and EWH Escondido Associates, L.P. | 1758 | $1,353.50 | $12,596.26 | $5,000.00 | $17,596.26 | $3,688.00 | YES |
| Palm Desert | WEA Palm Desert LLC | 1968 | $0.00 | $5,601.55 | $5,000.00 | $10,601.55 | $62,754.00 | YES |
| Palm Desert TBA* | WEA Palm Desert LLC | 2798 | $0.00 | $0.00 | $0.00 | $0.00 | $1.00 | YES |
| Sunrise | Sunrise Mall LLC | 1404 | $0.00 | $36,793.07 | $5,000.00 | $41,793.07 | $0.00 | YES? |
| Sunrise TBA* | Sunrise Mall LLC | 2741 | $0.00 | $7,784.80 | $5,000.00 | $12,784.80 | $8,500.00 | YES? |

| Description | Invoice/Chk GL Date | Remark | GL Offset | Original Amount | Open Amount | Receipt Number |
|---|---|---|---|---|---|---|
| Annapolis | 11/1/2018 | 2017 WATER SETTLEMENT | RWT | 4,532.28 | 4,532.28 | |
| Annapolis | 1/1/2019 | Overage Calc (Bkpt, Sales-Over | PR1 | 75,397.33 | 75,397.33 | |
| Annapolis | 5/1/2019 | Water | WTR | 372.00 | 372.00 | |
| Annapolis | 5/1/2019 | Department Store - Fixed | MR1 | 21,453.59 | 21,453.59 | |
| Annapolis | 5/1/2019 | Promotional Charge | PCH | 579.30 | 579.30 | |
| Annapolis | 5/1/2019 | CAM - Int/Ext - Fixed | CMF | 5,793.04 | 5,793.04 | |
| Annapolis | 4/17/2019 | Y/E Tax Adjustment | RPT | 70,455.91 | 70,455.91 | |
| | | | | 178,583.45 | 178,583.45 | |

| Description | Invoice/Chk GL Date | Remark | GL Offset | Original Amount | Open Amount | Receipt Number |
|---|---|---|---|---|---|---|
| Brandon | 10/1/2007 | 12206 Sears 10/1 | PPR | -48,865.90 | -434.34 | 774790 |
| Brandon | 2/1/2010 | SEARS | UAC | -49,384.86 | -518.97 | 0000007450 |
| Brandon | 3/1/2010 | SEARS | UAC | -49,384.86 | -119.33 | 0000012237 |
| Brandon | 3/8/2011 | SEARS | UAC | -108.99 | -72.66 | 0000067922 |
| Brandon | 2/2/2015 | SEARS - 02/15 | UC | -49,976.49 | -555.30 | 000100181 |
| Brandon | 1/3/2018 | SEARS | UC | -49,976.49 | -93.41 | 000160525 |
| Brandon | 2/6/2018 | SEARS HOLD - OP | UC | -49,976.49 | -93.41 | 000162143 |
| Brandon | 12/7/2016 | Replace Batteries in T-Stat | SVS | 322.43 | 322.43 | |
| Brandon | 12/7/2016 | Florida Sales Tax | STX | 22.57 | 22.57 | |
| Brandon | 3/21/2017 | Repair RTU4 | ITS | 142.99 | 142.99 | |
| Brandon | 3/21/2017 | Florida Sales Tax | STX | 10.01 | 10.01 | |
| Brandon | 3/1/2018 | Florida Sales Tax | STX | 352.90 | 20.76 | |
| Brandon | 3/1/2018 | Florida Sales Tax | STX | 2,823.18 | 134.29 | |
| Brandon | 4/13/2019 | Rent Tax - Hillsborough FL | STX | 1,302.80 | 190.65 | |
| Brandon | 5/1/2019 | Department Store | MR1 | 41,517.33 | 41,517.33 | |
| Brandon | 5/1/2019 | Rent Tax - Hillsborough FL | STX | 3,404.42 | 3,404.42 | |
| Brandon | 5/1/2019 | Common Area Maintenance-Fixed | CMF | 5,189.67 | 5,189.67 | |
| Brandon | 5/1/2019 | Rent Tax - Hillsborough FL | STX | 425.55 | 425.55 | |
| | | | | -242,160.23 | 49,493.25 | |

| Description | Invoice/Chk GL Date | Remark | GL Offset | Original Amount | Open Amount | Receipt Number |
|---|---|---|---|---|---|---|
| North County | 8/4/2014 | SEARS HOLDINGS - coll | UC | -4,390.96 | -1,568.21 | 217017 |
| North County | 7/15/2015 | Y/E CAM Adjustment | RCM | -556.99 | -556.99 | |
| North County | 1/1/2017 | Common Area Maintenance | CAM | 7,140.17 | 94.40 | |
| North County | 2/1/2017 | Common Area Maintenance | CAM | 7,140.17 | 94.40 | |
| North County | 3/1/2017 | Common Area Maintenance | CAM | 7,140.17 | 94.40 | |
| North County | 4/1/2017 | Common Area Maintenance | CAM | 7,140.17 | 94.40 | |
| North County | 5/1/2017 | Common Area Maintenance | CAM | 7,140.17 | 94.40 | |
| North County | 6/1/2017 | Common Area Maintenance | CAM | 7,140.17 | 94.40 | |
| North County | 7/1/2017 | Common Area Maintenance | CAM | 7,140.17 | 94.40 | |
| North County | 8/1/2017 | Common Area Maintenance | CAM | 7,140.17 | 94.40 | |
| North County | 9/1/2017 | Common Area Maintenance | CAM | 7,140.17 | 94.40 | |
| North County | 10/1/2017 | Common Area Maintenance | CAM | 7,140.17 | 94.40 | |
| North County | 11/1/2017 | Common Area Maintenance | CAM | 7,140.17 | 94.40 | |
| North County | 12/1/2017 | Common Area Maintenance | CAM | 7,140.17 | 94.40 | |
| North County | 1/1/2018 | Common Area Maintenance | CAM | 7,140.17 | 94.40 | |
| North County | 2/1/2018 | Common Area Maintenance | CAM | 7,140.17 | 94.40 | |
| North County | 3/1/2018 | Common Area Maintenance | CAM | 7,140.17 | 94.40 | |
| North County | 4/1/2018 | Common Area Maintenance | CAM | 7,140.17 | 94.40 | |
| North County | 5/1/2018 | Common Area Maintenance | CAM | 7,140.17 | 94.40 | |
| North County | 6/1/2018 | Common Area Maintenance | CAM | 7,140.17 | 94.40 | |
| North County | 7/1/2018 | Common Area Maintenance | CAM | 7,140.17 | 94.40 | |
| North County | 8/1/2018 | Enclosed Mall CAM-Hahn - ZA | EMC | 250.00 | 94.40 | |
| North County | 7/20/2018 | Y/E CAM Adjustment | RCM | 1,118.70 | 1,118.70 | |
| North County | 9/1/2018 | Enclosed Mall CAM-Hahn - ZA | EMC | 250.00 | 94.40 | |
| North County | 10/1/2018 | Enclosed Mall CAM-Hahn - ZA | EMC | 250.00 | 94.40 | |
| North County | 11/1/2018 | Enclosed Mall CAM-Hahn - ZA | EMC | 250.00 | 94.40 | |
| North County | 12/1/2018 | Enclosed Mall CAM-Hahn - ZA | EMC | 250.00 | 94.40 | |
| North County | 1/1/2019 | Enclosed Mall CAM-Hahn - ZA | EMC | 250.00 | 94.40 | |
| North County | 2/1/2019 | Enclosed Mall CAM-Hahn - ZA | EMC | 250.00 | 94.40 | |
| North County | 3/1/2019 | Enclosed Mall CAM-Hahn - ZA | EMC | 250.00 | 94.40 | |
| North County | 4/1/2019 | Enclosed Mall CAM-Hahn - ZA | EMC | 250.00 | 94.40 | |
| North County | 5/1/2019 | Enclosed Mall CAM-Hahn - ZA | EMC | 250.00 | 250.00 | |
| North County | 5/1/2019 | Common Area Maintenance | CAM | 7,140.17 | 7,140.17 | |
| North County | 5/1/2019 | Y/E CAM Adjustment | RCM | 3,569.39 | 3,569.39 | |
| | | | | 145,043.54 | 12,596.26 | |

| Description | Invoice/Chk GL Date | Remark | GL Offset | Original Amount | Open Amount | Receipt Number |
|---|---|---|---|---|---|---|
| Palm Desert | 12/1/2006 | 12269 SEARS 12/06 RENT | PPR | -5,164.50 | -795.90 | CK #627503 |
| Palm Desert | 10/4/2010 | SEARS MERCHANDISE GROUP | UC | -6,196.32 | -39.16 | 46932 |
| Palm Desert | 4/1/2010 | Common Area Maintenance-Fixed | CMF | 5,164.42 | 139.35 | |
| Palm Desert | 10/1/2014 | Common Area Maintenance-Fixed | CMF | 1,199.48 | 99.96 | |
| Palm Desert | 5/1/2019 | Common Area Maintenance-Fixed | CMF | 6,197.30 | 6,197.30 | |
| | | | | 1,200.38 | 5,601.55 | |
| | | | | | | |
| Palm Desert | 7/2/2015 | SEARS HOLDINGS | PPR | -11,046.83 | -8,026.73 | 108012 |
| Palm Desert | 8/22/2016 | SEARS HOLDINGS - 01/16 - 08/16 | PPR | -366.00 | -7.00 | 134833 |
| Palm Desert | 8/1/2018 | Common Area Maintenance-Fixed | CMF | 549.00 | 44.75 | |
| Palm Desert | 1/1/2019 | Free Standing Unit | MR4 | 1.00 | 1.00 | |
| Palm Desert | 4/1/2019 | Common Area Maintenance-Fixed | CMF | 549.00 | 549.00 | |
| Palm Desert | 5/1/2019 | Common Area Maintenance-Fixed | CMF | 549.00 | 549.00 | |
| | | | | -9,764.83 | -6,889.98 | |

| Description | Invoice/Chk GL Date | Remark | GL Offset | Original Amount | Open Amount | Receipt Number |
|---|---|---|---|---|---|---|
| Sunrise | 3/10/2014 | SEARS HOLDINGS - 03/14 | UC | -21,633.88 | -606.94 | 204346 |
| Sunrise | 4/9/2014 | SEARS HOLDINGS MANGEM - 04/14 | UC | -21,633.88 | -811.98 | 207016 |
| Sunrise | 5/8/2014 | SEARS HOLDINGS MANAGEM - 05/14 | UC | -21,633.88 | -811.98 | 209590 |
| Sunrise | 7/1/2014 | SEARS HOLDINGS MANAGE - 07/14 | UC | -21,633.88 | -811.98 | 214854 |
| Sunrise | 8/6/2014 | SEARS HOLDINGS MANAGE - 08/14 | UC | -21,633.88 | -811.98 | 217260 |
| Sunrise | 9/10/2014 | SEARS HOLDINGS MANAGE - 09/14 | UC | -21,633.88 | -811.98 | 219475 |
| Sunrise | 10/7/2014 | SEARS HOLDINGS MANAGE - 10/14 | UC | -21,633.88 | -811.98 | 221572 |
| Sunrise | 11/10/2014 | SEARS HOLDINGS MANAGE - 11/14 | UC | -21,633.88 | -811.98 | 223538 |
| Sunrise | 12/5/2014 | SEARS HOLDINGS MANAGE - 12/14 | UC | -21,633.88 | -811.98 | 225670 |
| Sunrise | 1/5/2015 | SEARS HOLDINGS MANAGE - 01/15 | UC | -21,633.88 | -811.98 | 227914 |
| Sunrise | 2/9/2015 | SEARS HOLDINGS MANAG - 02/15 | UC | -21,633.88 | -811.98 | 100939 |
| Sunrise | 4/7/2015 | SEARS HOLDINGS MANAG - 04/15 | UC | -21,633.88 | -811.98 | 105271 |
| Sunrise | 5/11/2015 | SEARS HOLDINGS MANAG - 05/15 | UC | -21,633.88 | -811.98 | 107147 |
| Sunrise | 6/3/2015 | SEARS HOLDINGS MANAGE - 06/15 | UC | -21,633.88 | -811.98 | 109009 |
| Sunrise | 7/10/2015 | SEARS HOLDINGS MANAG - 07/15 | UC | -21,633.88 | -811.98 | 110967 |
| Sunrise | 8/10/2015 | SEARS HOLDINGS MANAG - 08/15 | UC | -21,633.88 | -811.98 | 112812 |
| Sunrise | 9/9/2015 | SEARS HOLDINGS MANAGE - 09/15 | UC | -21,633.88 | -811.98 | 114688 |
| Sunrise | 10/13/2015 | SEARS HOLDINGS MANAGEMENT | UC | -21,633.88 | -811.98 | 116472 |
| Sunrise | 11/10/2015 | SEARS HOLDINGS MANAGEMENT | UC | -21,633.88 | -811.98 | 118219 |
| Sunrise | 12/9/2015 | SEARS HOLDINGS - 12/15 | UC | -21,633.88 | -811.98 | 119987 |
| Sunrise | 6/29/2016 | SEARS HOLDINGS - 06/14 & 03/15 | PPR | -43,267.76 | -1,623.96 | 103326 |
| Sunrise | 2/25/2016 | Y/E CAM Adjustment | RCM | 8,317.50 | 8,317.50 | |
| Sunrise | 3/29/2016 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 3/29/2016 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 3/29/2016 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 4/1/2016 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 5/1/2016 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 6/1/2016 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 7/1/2016 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 8/1/2016 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 9/1/2016 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 10/1/2016 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 11/1/2016 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 12/1/2016 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 1/1/2017 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 2/1/2017 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 3/1/2017 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 4/1/2017 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 5/1/2017 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 6/1/2017 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 7/1/2017 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 8/1/2017 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 9/1/2017 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 10/1/2017 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 11/1/2017 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 12/1/2017 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 1/1/2018 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 2/1/2018 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 3/1/2018 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 4/1/2018 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 5/1/2018 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 6/1/2018 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 7/1/2018 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |

| Description | Invoice/Chk GL Date | Remark | GL Offset | Original Amount | Open Amount | Receipt Number |
|---|---|---|---|---|---|---|
| Sunrise | 8/1/2018 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 9/1/2018 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 10/1/2018 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 11/1/2018 | Department Store | MR1 | 6,250.00 | 2,822.58 | |
| Sunrise | 11/1/2018 | Common Area Maintenance | CAM | 15,743.15 | 7,306.83 | |
| Sunrise | 12/1/2018 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 1/1/2019 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 2/1/2019 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 3/1/2019 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 4/1/2019 | Common Area Maintenance | CAM | 15,743.15 | 359.27 | |
| Sunrise | 5/1/2019 | Common Area Maintenance | CAM | 15,743.15 | 15,743.15 | |
| Sunrise | 5/1/2019 | Department Store | MR1 | 6,250.00 | 6,250.00 | |
| | | | | 190,341.29 | 36,793.07 | |

| Description | Invoice/Chk GL Date | Remark | GL Offset | Original Amount | Open Amount | Receipt Number |
|---|---|---|---|---|---|---|
| Sunrise | 7/15/2011 | SEARS MERCHANDISE GROUP | UC | -9,003.65 | -3.36 | 83894 |
| Sunrise | 7/15/2011 | SEARS MERCHADISE GROUP | UC | -9,003.65 | -3.36 | 79983 |
| Sunrise | 7/15/2011 | SEARS MERCHANDISE GROUP | UC | -9,003.65 | -3.36 | 67430 |
| Sunrise | 9/8/2011 | SEARS MERCHANDISE GROUP | UC | -9,003.65 | -3.36 | 91873 |
| Sunrise | 10/5/2011 | SEARS MERCHANDISE GROUP | UC | -9,003.65 | -3.36 | 95467 |
| Sunrise | 11/4/2011 | SEARS MERCHANDISE GROUP | UC | -9,003.65 | -3.36 | 99800 |
| Sunrise | 12/7/2011 | SEARS MERCHANDISE GROUP | UC | -9,003.65 | -3.36 | 103779 |
| Sunrise | 12/6/2012 | SEARS MERCHANDISE GROUP | UC | -9,022.31 | -22.02 | 148407 |
| Sunrise | 12/6/2012 | SEARS MERCHANDISE GROUP | UC | -9,022.31 | -22.02 | 151979 |
| Sunrise | 12/19/2012 | SEARS MERCHANDISE GROUP | UC | -9,003.65 | -3.36 | 27492 |
| Sunrise | 12/19/2012 | SEARS MERCHANDISE GROUP | PPR | -9,003.65 | -3.36 | 32158 |
| Sunrise | 12/19/2012 | SEARS MERCHANDISE GROUP | PPR | -9,003.65 | -3.36 | 36797 |
| Sunrise | 12/19/2012 | SEARS MERCHANDISE GROUP | UC | -9,003.65 | -3.36 | 50580 |
| Sunrise | 12/19/2012 | SEARS MERCHANDISE GROUP | UC | -9,003.65 | -3.36 | 58631 |
| Sunrise | 12/19/2012 | SEARS MERCHANDISE GROUP | PPR | -9,003.65 | -3.36 | 63104 |
| Sunrise | 12/19/2012 | SEARS MERCHANDISE GROUP | PPR | -9,003.65 | -3.36 | 71455 |
| Sunrise | 12/19/2012 | SEARS MERCHANDISE GROUP | PPR | -9,003.65 | -3.36 | 75542 |
| Sunrise | 12/19/2012 | SEARS MERCHANDISE GROUP | UC | -9,003.65 | -3.36 | 87857 |
| Sunrise | 12/19/2012 | SEARS MERCHANDISE GROUP | PPR | -9,003.65 | -66.49 | 13407 |
| Sunrise | 12/19/2012 | SEARS MERCHANDISE GROUP | PPR | -9,003.65 | -66.49 | 18110 |
| Sunrise | 12/19/2012 | SEARS MERCHANDISE GROUP | PPR | -9,003.65 | -62.41 | 22852 |
| Sunrise | 12/20/2012 | SEARS MERCHANDISE GROUP | UC | -9,003.65 | -3.36 | 41842 |
| Sunrise | 12/20/2012 | SEARS MERCHANDISE GROUP | UC | -9,003.65 | -3.36 | 46245 |
| Sunrise | 12/20/2012 | SEARS MERCHANDISE GROUP | UC | -9,003.65 | -3.36 | 54664 |
| Sunrise | 4/29/2016 | SEARS MERCHANDISE GROUP | PPR | -21,633.88 | -811.98 | 58632 |
| Sunrise | 10/29/2012 | CAM rev due to incorrect CPI | ACM | -535.85 | -66.49 | |
| Sunrise | 10/29/2012 | CAM rev due to incorrect CPI | ACM | -535.85 | -98.69 | |
| Sunrise | 10/29/2012 | CAM rev due to incorrect CPI | ACM | -535.85 | -98.69 | |
| Sunrise | 10/29/2012 | CAM rev due to incorrect CPI | ACM | -535.85 | -98.69 | |
| Sunrise | 10/29/2012 | CAM rev due to incorrect CPI | ACM | -535.85 | -98.69 | |
| Sunrise | 10/29/2012 | CAM rev due to incorrect CPI | ACM | -535.85 | -98.69 | |
| Sunrise | 10/29/2012 | CAM rev due to incorrect CPI | ACM | -535.85 | -98.69 | |
| Sunrise | 10/29/2012 | CAM rev due to incorrect CPI | ACM | -535.85 | -98.69 | |
| Sunrise | 10/29/2012 | CAM rev due to incorrect CPI | ACM | -535.85 | -98.69 | |
| Sunrise | 10/29/2012 | CAM rev due to incorrect CPI | ACM | -535.85 | -98.69 | |
| Sunrise | 10/29/2012 | CAM rev due to incorrect CPI | CAM | -437.16 | -22.02 | |
| Sunrise | 10/29/2012 | CAM rev due to incorrect CPI | CAM | -437.16 | -22.02 | |
| Sunrise | 10/29/2012 | CAM rev due to incorrect CPI | CAM | -437.16 | -22.02 | |
| Sunrise | 10/29/2012 | CAM rev due to incorrect CPI | CAM | -437.16 | -22.02 | |
| Sunrise | 10/29/2012 | CAM rev due to incorrect CPI | CAM | -437.16 | -22.02 | |
| Sunrise | 10/29/2012 | CAM rev due to incorrect CPI | CAM | -437.16 | -22.02 | |
| Sunrise | 10/29/2012 | CAM rev due to incorrect CPI | CAM | -437.16 | -3.36 | |
| Sunrise | 10/29/2012 | CAM rev due to incorrect CPI | CAM | -437.16 | -3.36 | |
| Sunrise | 10/29/2012 | CAM rev due to incorrect CPI | CAM | -437.16 | -3.36 | |
| Sunrise | 10/16/2013 | Common Area Maint Esc-ann Oct | CME | 533.60 | 11.29 | |
| Sunrise | 10/16/2013 | Common Area Maint Esc-ann Oct | CME | 533.60 | 11.29 | |
| Sunrise | 11/13/2014 | Common Area Maint Esc- OCT Esc | CME | 548.86 | 9.84 | |
| Sunrise | 11/13/2014 | Common Area Maint Esc- OCT Esc | CME | 548.86 | 12.55 | |
| Sunrise | 12/1/2014 | Common Area Maint Esc- OCT Esc | CME | 548.86 | 9.84 | |
| Sunrise | 1/1/2015 | Common Area Maint Esc- OCT Esc | CME | 548.86 | 9.84 | |

| Description | Invoice/Chk GL Date | Remark | GL Offset | Original Amount | Open Amount | Receipt Number |
|---|---|---|---|---|---|---|
| Sunrise | 2/1/2015 | Common Area Maint Esc- OCT Esc | CME | 548.86 | 9.84 | |
| Sunrise | 3/1/2015 | Common Area Maint Esc- OCT Esc | CME | 548.86 | 9.84 | |
| Sunrise | 4/1/2015 | Common Area Maint Esc- OCT Esc | CME | 548.86 | 9.84 | |
| Sunrise | 5/1/2015 | Common Area Maint Esc- OCT Esc | CME | 548.86 | 9.84 | |
| Sunrise | 6/1/2015 | Common Area Maint Esc- OCT Esc | CME | 548.86 | 9.84 | |
| Sunrise | 7/1/2015 | Common Area Maint Esc- OCT Esc | CME | 548.86 | 9.84 | |
| Sunrise | 8/1/2015 | Common Area Maint Esc- OCT Esc | CME | 548.86 | 9.84 | |
| Sunrise | 9/1/2015 | Common Area Maint Esc- OCT Esc | CME | 548.86 | 9.84 | |
| Sunrise | 10/1/2015 | Common Area Maint Esc- OCT Esc | CME | 548.86 | 9.66 | |
| Sunrise | 11/1/2015 | Common Area Maint Esc- OCT Esc | CME | 548.86 | 9.66 | |
| Sunrise | 12/1/2015 | Common Area Maint Esc- OCT Esc | CME | 548.68 | 9.66 | |
| Sunrise | 1/1/2016 | Common Area Maint Esc- OCT Esc | CME | 548.68 | 9.66 | |
| Sunrise | 2/1/2016 | Common Area Maint Esc- OCT Esc | CME | 548.68 | 9.66 | |
| Sunrise | 3/1/2016 | Common Area Maint Esc- OCT Esc | CME | 548.68 | 9.66 | |
| Sunrise | 4/1/2016 | Common Area Maint Esc- OCT Esc | CME | 548.68 | 9.66 | |
| Sunrise | 5/1/2016 | Common Area Maint Esc- OCT Esc | CME | 548.68 | 9.66 | |
| Sunrise | 6/1/2016 | Common Area Maint Esc- OCT Esc | CME | 548.68 | 9.66 | |
| Sunrise | 7/1/2016 | Common Area Maint Esc- OCT Esc | CME | 548.68 | 9.66 | |
| Sunrise | 8/1/2016 | Common Area Maint Esc- OCT Esc | CME | 548.68 | 9.66 | |
| Sunrise | 9/1/2016 | Common Area Maint Esc- OCT Esc | CME | 548.68 | 9.66 | |
| Sunrise | 11/8/2016 | Common Area Maint Esc- OCT Esc | CME | 556.70 | 17.68 | |
| Sunrise | 11/8/2016 | Common Area Maint Esc- OCT Esc | CME | 556.70 | 17.68 | |
| Sunrise | 12/1/2016 | Common Area Maint Esc- OCT Esc | CME | 556.70 | 17.68 | |
| Sunrise | 1/1/2017 | Common Area Maint Esc- OCT Esc | CME | 556.70 | 17.68 | |
| Sunrise | 2/1/2017 | Common Area Maint Esc- OCT Esc | CME | 556.70 | 17.68 | |
| Sunrise | 3/1/2017 | Common Area Maint Esc- OCT Esc | CME | 556.70 | 17.68 | |
| Sunrise | 4/1/2017 | Common Area Maint Esc- OCT Esc | CME | 556.70 | 17.68 | |
| Sunrise | 5/1/2017 | Common Area Maint Esc- OCT Esc | CME | 556.70 | 17.68 | |
| Sunrise | 6/1/2017 | Common Area Maint Esc- OCT Esc | CME | 556.70 | 17.68 | |
| Sunrise | 7/1/2017 | Common Area Maint Esc- OCT Esc | CME | 556.70 | 17.68 | |
| Sunrise | 8/1/2017 | Common Area Maint Esc- OCT Esc | CME | 556.70 | 17.68 | |
| Sunrise | 9/1/2017 | Common Area Maint Esc- OCT Esc | CME | 556.70 | 17.68 | |
| Sunrise | 10/1/2017 | Department Store | MR1 | 8,500.00 | 17.68 | |
| Sunrise | 11/1/2017 | Common Area Maint Esc- OCT Esc | CME | 556.70 | 17.68 | |
| Sunrise | 12/1/2017 | Common Area Maint Esc- OCT Esc | CME | 569.13 | 54.97 | |
| Sunrise | 1/1/2018 | Common Area Maint Esc- OCT Esc | CME | 569.13 | 30.11 | |
| Sunrise | 2/1/2018 | Common Area Maint Esc- OCT Esc | CME | 569.13 | 30.11 | |
| Sunrise | 3/1/2018 | Common Area Maint Esc- OCT Esc | CME | 569.13 | 30.11 | |
| Sunrise | 4/1/2018 | Common Area Maint Esc- OCT Esc | CME | 569.13 | 30.11 | |
| Sunrise | 5/1/2018 | Common Area Maint Esc- OCT Esc | CME | 569.13 | 30.11 | |
| Sunrise | 6/1/2018 | Common Area Maint Esc- OCT Esc | CME | 569.13 | 30.11 | |
| Sunrise | 7/1/2018 | Common Area Maint Esc- OCT Esc | CME | 569.13 | 30.11 | |
| Sunrise | 8/1/2018 | Common Area Maint Esc- OCT Esc | CME | 569.13 | 30.11 | |
| Sunrise | 9/1/2018 | Common Area Maint Esc- OCT Esc | CME | 569.13 | 30.11 | |
| Sunrise | 10/1/2018 | Common Area Maint Esc- OCT Esc | CME | 569.13 | 30.11 | |
| Sunrise | 11/1/2018 | Common Area Maint Esc- OCT Esc | CME | 569.13 | 30.11 | |
| Sunrise | 12/1/2018 | Common Area Maint Esc- OCT Esc | CME | 582.09 | 43.07 | |
| Sunrise | 12/2/2018 | Common Area Maint Esc- OCT Esc | CME | 582.09 | 12.96 | |
| Sunrise | 12/2/2018 | Common Area Maint Esc- OCT Esc | CME | 582.09 | 12.96 | |
| Sunrise | 1/1/2019 | Common Area Maint Esc- OCT Esc | CME | 582.09 | 43.07 | |
| Sunrise | 2/1/2019 | Common Area Maint Esc- OCT Esc | CME | 582.09 | 43.07 | |
| Sunrise | 3/1/2019 | Common Area Maint Esc- OCT Esc | CME | 582.09 | 43.07 | |
| Sunrise | 4/1/2019 | Common Area Maint Esc- OCT Esc | CME | 582.09 | 43.07 | |

| Description | Invoice/Chk GL Date | Remark | GL Offset | Original Amount | Open Amount | Receipt Number |
|---|---|---|---|---|---|---|
| Sunrise | 5/1/2019 | Common Area Maint Esc- OCT Esc | CME | 582.09 | 582.09 | |
| Sunrise | 5/1/2019 | Department Store | MR1 | 8,500.00 | 8,500.00 | |
| | | | | -198,599.18 | 7,784.80 | |