McDOWELL, RICE, SMITH & BUCHANAN, P.C.
Stuart E. Bodker
*Admitted Pro Hac Vice*
605 W. 47th Street, Suite 350
Kansas City, MO 64112
(816) 753-5400 telephone
(816) 753-9996 facsimile
sbodker@mcdowellrice.com

ATTORNEYS FOR NORTH K I-29 2004, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) (Jointly Administered) |
| Debtors. | |

-----------------------------------------------------------x

## DECLARATION OF STEVEN E. CAFFEY IN SUPPORT OF NORTH K I-29 2004, LLC'S OBJECTION TO CURE COSTS AND ASSUMPTION OF LEASE[1]

I, Steven E. Caffey, make this Declaration under 28 U.S.C. § 1746 as follows:

1. I am the Executive Vice President – CEO at Block & Company, Inc., which is the property manager for North K I-29 2004, LLC ("North K I-29").

2. I have personal knowledge of the facts and am competent to testify to the matters stated herein. As such, I am fully authorized to make this Declaration in support of North K I-29's Supplemental Objection to Cure Costs and Assumption of Lease.

3. Attached hereto as **Exhibit A** are documents from our file showing Troy Coolidge No. 18, LLC as the assignee of the Ground Lease as successor tenant to wit: the letter dated March 25, 2004 from Malan Realty Investors constituting notice that Malan assigned Tenant's position to Troy Coolidge No. 18, LLC and a copy of the recorded Assignment to Troy Coolidge No. 18, LLC.

---

[1] Attached hereto as **Exhibit C** is Lease No. 3239.

6468528_1

4.   I personally inspected the outside of the premises formerly occupied by Kmart located on real estate owned by North K I-29, which is subject to the Ground Lease listed as Lease No. 3239 in the Debtor's schedules.

5.   I inspected the parking lot with a contractor whose ordinary business is to repair parking lots. Based upon my inspection and discussions with the contractor, I estimate the cost to repair the parking lot will be approximately $150,000.

6.   Attached hereto as **Exhibit B** are four pictures showing the current condition of the premises. These pictures were taken by another employee at Block & Company, however, I can verify that the pictures accurately represent the current condition of the premises. Said pictures show:

   a.   A school path from the school to the premises and open fence;

   b.   Truckers using the parking lot as a "rest stop;"

   c.   The disrepair of the parking lot; and

   d.   Trash and old mattresses on the property.

7.   There is likely additional maintenance required for the interior of the buildings and/or roof. However, despite my written and verbal requests to those persons Sears Holdings suggested I contact, I have not received permission to inspect the interior or the roof of the building.

8.   Tenant is in default of its obligations to keep the property in a "neat and clean condition," has not delivered insurance certificates nor, to my knowledge, paid percentage rent due in 2019 for the prior year.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated May 2, 2019

_____
Steven E. Caffey

2