

EXHIBIT B









































