# **EXHIBIT 2**

5/2/2019 5:33 PM

## AR Aging Detail

DB Caption: JLL **LIVE**   Property: i7750004   Tenant: t0021793   Status: Current, Past, Future   Entity Type: Tenant   Age As Of: 05/31/2019   Post To: 05/2019

* Base Currency: usd

| Legal Entity | Property | Customer Code | Charge To | Invoice No | Trans# | Charge Code | Invoice Date | Due Date | Post Month | Total Charges | Future Charges | Current Owed | 0 - 30 Owed | 31 - 60 Owed | 61 - 90 Owed | 91 - 120 Owed | Over 120 Owed | Pre-Payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2100 Center Square Rd (i7750004)** | | | | | | | | | | | | | | | | | | | |
| **Sears, Roebuck and Co., (t0021793)** | | | | | | | | | | | | | | | | | | | |
| i42228 | i7750004 | | Sears, Roebuck and Co., (t0021793) | 201800000052 | C-1286262 | BROFF - Base Rent Office | 6/1/2018 | 6/1/2018 | 06/2018 | 43,595.44 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.08 | 0.00 | 0.08 |
| i42228 | i7750004 | | Sears, Roebuck and Co., (t0021793) | 201800000058 | C-1344853 | BROFF - Base Rent Office | 7/1/2018 | 7/1/2018 | 07/2018 | 43,595.44 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.08 | 0.00 | 0.08 |
| i42228 | i7750004 | | Sears, Roebuck and Co., (t0021793) | 201800000070 | C-1402497 | BROFF - Base Rent Office | 8/1/2018 | 8/1/2018 | 08/2018 | 43,595.44 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.08 | 0.00 | 0.08 |
| i42228 | i7750004 | | Sears, Roebuck and Co., (t0021793) | 201800000077 | C-1457478 | BROFF - Base Rent Office | 9/1/2018 | 9/1/2018 | 09/2018 | 43,595.44 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.08 | 0.00 | 0.08 |
| i42228 | i7750004 | | Sears, Roebuck and Co., (t0021793) | 201800000083 | C-1516497 | BROFF - Base Rent Office | 10/1/2018 | 10/1/2018 | 10/2018 | 43,595.44 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.08 | 0.00 | 0.08 |
| i42228 | i7750004 | | Sears, Roebuck and Co., (t0021793) | 201800000089 | C-1586461 | BROFF - Base Rent Office | 11/1/2018 | 11/1/2018 | 11/2018 | 43,595.44 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.08 | 0.00 | 0.08 |
| i42228 | i7750004 | | Sears, Roebuck and Co., (t0021793) | 201800000097 | C-1654739 | BROFF - Base Rent Office | 12/1/2018 | 12/1/2018 | 12/2018 | 43,595.44 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.08 | 0.00 | 0.08 |
| i42228 | i7750004 | | Sears, Roebuck and Co., (t0021793) | 201900000001 | C-1719953 | BROFF - Base Rent Office | 1/1/2019 | 1/1/2019 | 01/2019 | 43,595.44 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.08 | 0.00 | 0.08 |
| i42228 | i7750004 | | Sears, Roebuck and Co., (t0021793) | 201900000008 | C-1791181 | BROFF - Base Rent Office | 2/1/2019 | 2/1/2019 | 02/2019 | 43,595.44 | 0.00 | 0.08 | 0.00 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.08 |
| i42228 | i7750004 | | Sears, Roebuck and Co., (t0021793) | 201900000014 | C-1844881 | BROFF - Base Rent Office | 3/1/2019 | 3/1/2019 | 03/2019 | 43,595.44 | 0.00 | 0.08 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.08 |
| i42228 | i7750004 | | Sears, Roebuck and Co., (t0021793) | 201900000019 | C-1911876 | BROFF - Base Rent Office | 4/1/2019 | 4/1/2019 | 04/2019 | 43,595.44 | 0.00 | 0.08 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.08 |
| i42228 | i7750004 | | Sears, Roebuck and Co., (t0021793) | 201900000026 | C-1988334 | BROFF - Base Rent Office | 5/1/2019 | 5/1/2019 | 05/2019 | 44,685.32 | 0.00 | 44,685.32 | 44,685.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 44,685.32 |
| i42228 | i7750004 | | Sears, Roebuck and Co., (t0021793) | 201800000003 | C-1061443 | CAMRC - CAM Recovery | 1/1/2018 | 1/1/2018 | 01/2018 | 0.28 | 0.00 | 0.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.28 | 0.00 | 0.28 |
| i42228 | i7750004 | | Sears, Roebuck and Co., (t0021793) | 201800000033 | C-1219728 | CAMRC - CAM Recovery | 5/1/2018 | 5/1/2018 | 05/2018 | 4,016.30 | 0.00 | 0.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.09 | 0.00 | 0.09 |
| i42228 | i7750004 | | Sears, Roebuck and Co., (t0021793) | 201800000015 | C-1141384 | CAMRC - CAM Recovery | 4/1/2018 | 4/1/2018 | 04/2018 | 4,016.30 | 0.00 | 0.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.07 | 0.00 | 0.07 |
| i42228 | i7750004 | | Sears, Roebuck and Co., (t0021793) | 201800000005 | C-1068665 | CAMRC - CAM Recovery | 1/1/2018 | 1/1/2018 | 01/2018 | 4,016.30 | 0.00 | 0.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.21 | 0.00 | 0.21 |
| i42228 | i7750004 | | Sears, Roebuck and Co., (t0021793) | 201900000026 | C-1988335 | CAMRC - CAM Recovery | 5/1/2019 | 5/1/2019 | 05/2019 | 4,016.30 | 0.00 | 4,016.30 | 4,016.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,016.30 |
| i42228 | i7750004 | | Sears, Roebuck and Co., (t0021793) | 201900000026 | C-1988336 | INSUR - Insurance Recovery | 5/1/2019 | 5/1/2019 | 05/2019 | 487.35 | 0.00 | 487.35 | 487.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 487.35 |
| i42228 | i7750004 | | Sears, Roebuck and Co., (t0021793) | 201900000026 | C-1988337 | TAXRC - RE Tax Recovery | 5/1/2019 | 5/1/2019 | 05/2019 | 7,025.63 | 0.00 | 7,025.63 | 7,025.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,025.63 |
| | | | **Total For t0021793** | | | | | | | 547,813.62 | 0.00 | 56,216.13 | 56,214.60 | 0.08 | 0.00 | 0.16 | 1.29 | 0.00 | 56,216.13 |
| | **Total For i7750004** | | | | | | | | | 547,813.62 | 0.00 | 56,216.13 | 56,214.60 | 0.08 | 0.00 | 0.16 | 1.29 | 0.00 | 56,216.13 |
| **Grand Total** | | | | | | | | | | 547,813.62 | 0.00 | 56,216.13 | 56,214.60 | 0.08 | 0.00 | 0.16 | 1.29 | 0.00 | 56,216.13 |

UserId : aumanc   Date : 5/1/2019   Time :