Case # 18-23538 (RDD), Chapter 1
4-24-2019    page 1

Attention: Honorable Robert D. Drain
United States Bankruptcy Court

My name is Minelli Burr Radney. I have a "Sears" credit card. I've had it since July 2017. I had a roof replacement on my home. The charge was close to $10,000.00.

MR

At the moment it is under $5,000.00. I am disabled. I wrote "Sears" and gave proof of my Disability. "Sears" gave me credit at a time I had no credit cards/Debts.

The contractors did a great job.

However, I am limited to working. I am under doctors' care. The

Case #18-23538 (RDD) chapter 11

4-24-2019 page 2

ailments are "arthritis" in the Spine and (6) other ailments.

All ailments are "incurable"
One of them are deadly.

I can not repay the $5000.00 Before July 2019. My job

only pays $9.25 a hour with Disability payments. $9.25 a hour is for (3) Days of work at 3½ hours those 3 Days I work. That is 10 hours a week!

I am under pressure but "have a desire" to repay "Sears". I am truly trying to re-pay my Debt.

I am successful so far.

Sencerely Yours,

Minelli Burr Radney    ph# 678 358 2262

Case # 18-23538
Chapter 11
4/24/2019

Attention:

Sears has my Disability Records on file & I have a credit card.

Sincerely Yours,

Ms. Merelle Burr Radney

P.S Trying to repay Sears

4/24/2019    Case #18-23538(RDD) chapter 11

Proof of need of medical attention
Home nurse payed By "Humana" Insurance



**RENEA DOUGHTON-JOHNSON**
*FNP-BC*

**Family Nurse Practitioner**

9201 E. Mountain View Rd.
Suite 220
Scottsdale, AZ 85258

877.561.7335 Office

My insurance "Humana" pays this company to send out a home nurse. You may call, but you cannot ask my illnesses. Please, Do not ask about what my illnesses are.

Sincerely Yours
Nenelli Rainy

DFCS - DEKALB CNTY MAIN
178 SAMS STREET
DECATUR GA 30030
1-877-423-4746

DEPARTMENT OF HUMAN SERVICES
DEPARTMENT OF COMMUNITY HEALTH
DEPARTMENT OF PUBLIC HEALTH
DEPARTMENT OF EARLY CARE AND LEARNING

REVIEW RESULTS
4/24/2019

*Sears Case*
*Chapter 11*
*Case #18-23583 (RPD)*

Worker ID: 343291
Worker Name: S.Marsh
Worker Phone Number: (404) 206-5974
Case Number: 117421756
Client ID: ●●●●5954

MINELLI RADNEY
2020 COGAR DR
DECATUR GA 30032-3925

DATE: 04/24/2018

Report Medicaid Fraud: 1-800-533-0686

Dear MINELLI RADNEY,

**MEDICAL ASSISTANCE**



You or someone in your household is still eligible for Medical Assistance. People approved for Medical Assistance will continue to get coverage through the last day of November, 2018 unless there is a change in their situation or regulations. We will send you another letter the month before this period ends telling you what to do to keep getting Medical Assistance.

If you have a Medicaid Spenddown case, Medicaid will only pay for your medical care after your Spenddown is met in a month. A "spenddown" is the amount of your income you must pay on medical bills you are responsible for paying.

Here are the eligibility decisions for each person included on the case:

**Client Name:** MINELLI RADNEY    **Client ID:** ●●●●5954
Program     Medical Assistance-Qualified Individual

| Benefit Month(s) | Decision |
|---|---|
| December, 2017 | Closed |

Program     Medical Assistance-Qualified Medicare Beneficiary

| Benefit Month(s) | Decision |
|---|---|
| December, 2017 --- November, 2018 | Eligible |

The information listed below helped us make our decision.

**Medicaid-Qualified Medicare Beneficiary**    MINELLI RADNEY

| | |
|---|---|
| We understand that you live | At Home |
| You requested assistance for this many people | 1 |
| Social Security (RSDI) Disability Benefit | $ 942.00 |
| The total value of your cash, savings and investments (assets) | $ 20.00 |
| Net Countable Income Used | $ 922.00 |
| Income Limit for HH size | $ 1005.00 |

*proof of Disability amt,*




**How do I file a fair hearing?**

If you disagree with our decision, please see the last two (2) pages of this form for information on your **right** to request a fair hearing.


You will not receive a new Medicaid card. Your current card will still be valid for use. If you have lost or misplaced your card, please call 1-866-211-0950 or go to the Medicaid website at: **www.mmis.georgia.gov.**

**REPORTING CHANGES:**

You must report changes in the following situations:

# MEDICAL ASSISTANCE


During your **Medicaid** eligibility period, you must report if anyone moves in or out of your home, any changes in your household's income. You must report these changes within 10 calendar days of the date on which the change occurs.


**If you fail to report the required changes**, you may have to repay any benefits you receive for which you were not eligible and you may also be prosecuted for fraud.

**You may report changes, check the status of your benefits, and renew your benefits on-line at www.gateway.ga.gov.** You may also report changes to your situation or get information about your benefits by phone at 1-877-423-4746.

# MEDICAL ASSISTANCE


People approved for Medical Assistance will continue to receive coverage unless there is a change in their situation or regulations. Before your eligibility ends, we will send you a letter telling you what to do to keep getting Medical Assistance.

### IMPORTANT INFORMATION:

**Policy** used to determine your eligibility can be found at **http://odis.dhs.ga.gov**.

In accordance with Section 504 of the **Rehabilitation Act of 1973 and the Americans with Disabilities Act (ADA)**, the **Department of Human Services (DHS)** provides reasonable accommodations to persons with disabilities. This includes help with explaining letters and forms. If you would like a reasonable accommodation or **need help with this form, please contact us at 404-657-3433. If you have a hearing impairment, call GA Relay at 711**, for free assistance.

In accordance with Federal laws and State policy, the **Department of Human Services (DHS)** is prohibited from discriminating on the basis of race, color, national origin, sex, age, disability, religion or political beliefs.



Ms. Mirell B. Rodney
2020 Coger Dr.
Decatur, GA. 30032

"Wordwy"
"Sears"

Honorable Robert D. Drain
United STATES Bankruptcy
Court Courtroom 118
300 Quarropas Street
White Plains, New York 10601

Radney
2020 Cogar Dr
Decatur, GA 30032