# EXHIBIT 1

Confidential
Kristina Prator
Jones Lang LaSalle
Jan 11, 2013 15:58 GMT-04 AST, EDT

BOOK 557 PAGE 406

WHEREAS, the parties hereto desire that Parcels A and B (hereinafter collectively called the "Shopping Center Site") be developed as a unified and coordinated retail sales area to be known as MANASSAS MALL (hereinafter called "Shopping Center") for the mutual benefit of all real property included in the Shopping Center Site; and

WHEREAS, the parties hereto recognize that for the optimum development of the Shopping Center as a unified and coordinated retail sales area, it is necessary that they agree on certain matters, including, but not limited to, matters relating to construction and maintenance of facilities on, and the use and restrictions on the use of the Shopping Center, and that absent such agreements Developer would not have assigned to Ward its leasehold estate in Parcel A and Ward would not have accepted and assumed the performance of the covenants contained in the ground lease creating the leasehold estate in Parcel A, and neither of the parties hereto would be willing to undertake the development of any part of the Shopping Center;

NOW THEREFORE, in consideration of the sum of Ten ($10.00) Dollars in hand paid by each party hereto to the other, and of the mutual covenants and agreements hereinafter set forth, the parties intending to be legally bound hereby agree as follows:

SECTION 1.    (a) The Developer has with the consent of Ward entered into an agreement with Ross and France for the preparation of a site plan (hereinafter called the "Site Plan") covering the following items:    (i)  the  grading

-2-

Pg 3 of 9
Kristina Prator
Jones Lang LaSalle
Jan 11, 2013 15:58 GMT-04 AST, EDT

sec 557 pag 407

of the entire Shopping Center Site to the extent necessary to
establish a uniform grade thereon at a mutually satisfactory
elevation; (ii) the location of all buildings within the
Shopping Center Site and the building perimeter lines; (iii)
the location of the parking stalls on the Shopping Center Site;
(iv) the location and/or relocation of all necessary utilities;
(v) the installation of all storm drainage and sewerage
facilities; and (vi) any other matter which may be required to
obtain municipal approval of the Site Plan, but specifically
excluding any and all on-site paving, outdoor lighting fixtures
and landscaping.  The Site Plan shall be prepared by the afore-
said engineer or approved substitute and shall be submitted to
the Developer and Ward within forty-five (45) days of the execu-
tion and delivery of this Agreement. Within fifteen (15) days
after receipt of the Site Plan, each party shall give notice
to the other and to the aforesaid engineer that it approves
the Site Plan or in what respect it disapproves the same.
Neither party shall unreasonably withhold its approval of the
Site Plan, but if either party has any reasonable objection
to the Site Plan, the parties hereto shall meet with the afore-
said engineer to agree to a revision of the Site Plan to
overcome such objection.   In the event of any failure by
either party to disapprove the Site Plan within the aforesaid
fifteen (15) day period, the same shall be deemed approved
for all purposes of this Agreement.  Ward shall pay 31.48%
of the total amount of the said engineer's fees and expenses
in connection with the Site Plan and Developer shall pay
68.52% of the engineer's fees and expenses in connection with
the Site Plan.

-3-

confidential
Kristina Prator
Jones Lang LaSalle
Jan 11, 2013 15:58 GMT-04 AST, EDT

confidential
Kristina Prator
Jones Lang LaSalle
Jan 11, 2013 15:58 GMT-04 AST, EDT

557 og 407

of the entire Shopping Center Site to the extent necessary to
establish a uniform grade thereon at a mutually satisfactory
elevation; (ii) the location of all buildings within the
Shopping Center Site and the building perimeter lines; (iii)
the location of the parking stalls on the Shopping Center Site;
(iv) the location and/or relocation of all necessary utilities;
(v) the installation of all storm drainage and sewerage
facilities; and (vi) any other matter which may be required to
obtain municipal approval of the Site Plan, but specifically
excluding any and all on-site paving, outdoor lighting fixtures
and landscaping.  The Site Plan shall be prepared by the afore-
said engineer or approved substitute and shall be submitted to
the Developer and Ward within forty-five (45) days of the execu-
tion and delivery of this Agreement. Within fifteen (15) days
after receipt of the Site Plan, each party shall give notice
to the other and to the aforesaid engineer that it approves
the Site Plan or in what respect it disapproves the same.
Neither party shall unreasonably withhold its approval of the
Site Plan, but if either party has any reasonable objection
to the Site Plan, the parties hereto shall meet with the afore-
said engineer to agree to a revision of the Site Plan to
overcome such objection.   In the event of any failure by
either party to disapprove the Site Plan within the aforesaid
fifteen (15) day period, the same shall be deemed approved
for all purposes of this Agreement.  Ward shall pay 31.48%
of the total amount of the said engineer's fees and expenses
in connection with the Site Plan and Developer shall pay
68.52% of the engineer's fees and expenses in connection with
the Site Plan.

-3-

confidential
Kristina Prator
Jones Lang LaSalle
Jan 11, 2013 15:58 GMT-04 AST, EDT

Kristina Prator
Jones Lang LaSalle
Jan 11, 2013 15:58 GMT-04 AST, EDT

воок 557 раge 417

ment store on Parcel A is opened for business,
it will cause to be erected protective barricades and furnish
other safeguards during such construction as will enable each
store to operate its facilities on Parcel A as an independent
unit during such construction by Developer. Developer agrees that
it will handle for and in behalf of Ward and its tenants and
occupants and Ground Lessor and defend, indemnify and hold Ward
and its tenants and occupants and Ground Lessor, harmless in and
from all actions, claims, demands, costs, damages or expense of
any kind which may be brought or made against Ward, its tenants
and occupants and Ground Lessor, or which they may pay or incur
by reason of Developer's construction work on Parcel B.

(d) The term Common Areas as used in this Agreement
shall mean all parking areas, driveways, pedestrian walkways,
mall areas as same may from time to time exist within the
Shopping Center Site.

SECTION 5. (a) Developer and Ward hereby give, grant
and convey each to the other and to such of their respective
successors and assigns who hereafter own those portions of
Parcels A and B, a mutual reciprocal and non-exclusive ease-
ment, right and privilege of use, both pedestrian and automotive,
for the purpose of ingress, egress, passage and parking in, to,
upon and over any and all portions of the Common Areas in the
Shopping Center as shown on the Site Plan, which Common Areas
are hereby reserved for such use for the entire term of this
Agreement; provided, however, that this sentence shall not be
construed to prohibit any owner from constructing a building
on any portion of the building area shown on the Site Plan on
Parcels A and B even though such area may theretofore not have
been built upon or from relocating within the Common Areas

-13-

confidential
Kristina Prator
Jones Lang LaSalle
Jan 11, 2013 15:58 GMT-04 AST, EDT

confidential
Kristina Prator
Jones Lang LaSalle
Jan 11, 2013 15:58 GMT-04 AST, EDT

BOOK 557 PAGE 418

shown on the Site Plan designated parking areas (provided the
minimum parking ratio is maintained) or driveways or pedestrian
walkways, etc., which may from time to time be necessary or
desirable in the operation of the Shopping Center.  Any owner
or part thereof
of Parcels A or B/may grant the benefit of such easement, right
and privilege to the tenants, vendees or vendees' tenants of
such owner now or hereafter occupying a building, a portion
of a building, or buildings in the Shopping Center for the
duration of such tenancy and to the customers, employees and
business invitees of said owners and tenants, but the same is
not intended nor shall it be construed as creating any rights
in or for the benefit of the general public.

(b) Developer and Ward hereby give, grant and convey
to each other and to its respective successors and assigns, an
easement for the term of this Agreement in, to, over and
across Parcel A and Parcel B to install, operate, maintain,
repair and remove any Shopping Center signs on Parcel A or
Parcel B as may be agreed upon by Developer and Ward pursuant
to Section 11.

(c) Developer and Ward each hereby give, grant and
convey each to the other and to such of their respective
successors and assigns portions of Parcels A or B, an easement
for the term of this Agreement to come upon the portion of the
Shopping Center owned by such grantor to perform any work which
the owner of any other portion of the Shopping Center may be
required or authorized to perform on the portion of the Shopping
Center owned by such grantor pursuant to the provisions of this
Agreement; provided, however, each party shall give the other
party ten (10) days' prior written notice before commencement
of such work.  Developer and Ward, their successors and assigns,
shall use any easement granted under this Agreement at a rea-

-14-

Confidential
Kristina Prator
Jones Lang LaSalle
Jan 11, 2013 15:58 GMT-04 AST, EDT

BOOK 557 PAGE 420

assigns except any parking lot charge paid by a tenant or owner
of a building in the Shopping Center directly to the owner of
the building area occupied by such tenant or owner as provided
in lease or sale agreements, it being the intention of the
parties hereto that the right to park in the Common Areas shall
be free of any charge whatsoever, except as above indicated.

(c) In the operation of the Common Areas, the owners
of Parcels A and B herein, acting collectively, may adopt
rules and regulations pertaining to the use of all Common
Areas of the Shopping Center provided that all such rules
and regulations and other matters affecting the users of the
Common  Areas shall apply equally and without discrimination
to all persons entitled to use the  Common Areas in the Shopping
Center, including designation of what part of the parking areas
shall be used for automobile parking by employees of the
owners, tenants, occupants and licensees of the owners.  No
employee of any such owner, tenant, occupant or licensee shall
have the right to use any part of the Common Areas for parking
except such area or areas as may be so designated.

SECTION 7.  (a) The owner of each parcel, or portion
thereof, in the Shopping Center, at its own expense, shall,
at all times during the term of this Agreement, maintain or
cause to be maintained, all buildings located on the portion
of the Shopping Center owned by such owner and all parking lots,
roadways, driveways, walkways, landscaping and other facilities
located on the portion of the Shopping Center owned by such
owner and intended for the common use of all of the owners
of land within the Shopping Center, their tenants, invitees
and licensees, in good repair and in a safe  condition,
reasonably clean and free of rubbish, debris, ice, snow or

-16-

confidential
Kristina Prator
Jones Lang LaSalle
Jan 11, 2013 15:58 GMT-04 AST, EDT

confidential 9
Kristina Prator
Jones Lang LaSalle
Jan 11, 2013 15:58 GMT-04 AST, EDT

BOOK 557 PAGE 427

SECTION 8.  Subject to the provisions of Section 10, the term of this Agreement shall commence as of the date this Agreement is executed, and shall continue for a term of fifty (50) years measured from June 15, 1969, and thereafter, if, during the period the Ground Lease is still in full force and effect, provided, however, that the utility and ingress, egress and right of way easements granted in this Agreement shall survive the termination of this Agreement.  Upon commencement of the term, Developer and Ward shall execute a document in recordable form for the State of Virginia setting forth the date of commencement and expiration of the term hereof.

SECTION 9.  (a) Ward and Developer hereby agree that during the term of this Agreement no part of the Shopping Center shall be used for any purpose other than the retail sale of goods and services and operations incidental thereto, (including the operation of auto service facilities on Parcels A and B), the conduct of other businesses and professions as from time to time are customarily carried on in regional shopping centers and for parking and other services in connection therewith.

(b) Ward and Developer further hereby agree that during the term of this Agreement no part of the Shopping Center premises shall be used for the operation of a "second hand store" or an Army, Navy or Government "surplus" store.

(c) Ward and Developer agree that no portion of the Shopping Center owned by Ward or Developer or from time to time by any other owner shall be used for any purpose in violation of any law ordinance or any regulation of any governmental authority or in any manner that will constitute a nuisance or unreasonable annoyance to owners or occupants of

-23-

confidential
Kristina Prator
Jones Lang LaSalle
Jan 11, 2013 15:58 GMT-04 AST, EDT

confidential
Kristina Prator
Jones Lang LaSalle
Jan 11, 2013 15:58 GMT-04 AST, EDT

BOOK 557 PAGE 428

adjoining neighboring property or for any extra hazardous
purpose which would suspend, void or make inoperative any
policy or policies of insurance at any time carried on any
improvements in the Shopping Center.

(d)  Ward hereby agrees that during the term of this
Agreement no part of Parcel A shall be used for the operation
of:  (i) a supermarket food store, but nothing contained in
this clause (i) shall be deemed to prohibit the operation of
a restaurant or snack bar on Parcel A or the operation of a
candy counter or gourmet shop in the retail department store
on Parcel A or the catalog sale of food stuffs through the
catalog desk in the retail department store on Parcel A;
(ii) a theatre or auditorium for public shows, but nothing
contained in this clause (ii) shall be deemed to prohibit the
operation in the retail department store on Parcel A of
fashion shows and other non-profit entertainment  provided no
admission is charged therefor, except for fashion shows; and (iii)
the sale of prescription drugs which must be made pursuant to
municipal, state or federal law by a licensed pharmacist.

(e) Ward hereby agrees that during the term of this
Agreement Ward will not lease, sublease, license or otherwise permit
any occupant of a portion of Parcel A except Montgomery Ward & Co.,
Incorporated or an affiliate thereof, to use the premises demised
or occupied by such entity as a junior department store, 5 and 10
cent store, 5 cent to $1.00 store, 25 cent to $1.00 store or
variety store (whether limited priced or not).

SECTION 10.  (a)  Ward hereby agrees that for a period
of ten (10) years commencing on the date upon which Ward opens
its retail department store on Parcel A to the general public
for business,  Ward or a controlling or subsidiary corporation

-24-