# **EXHIBIT 3**



EXHIBIT B PAGE 2 OF 3

SITE PLAN OF
MAY COMMON AREA WORK
POUGHKEEPSIE GALLERIA

LEGEND
Boundaries of Shopping Center Site.
Tracts of the Developer:
a. Enclosed Mall Mall Stores Tract.
b. Penney Tract
c. Caldor Tract (includes lower level of the Lechmere/Caldor building.
Other designated portions of Developer Parcel:
a. Additional Center Parking Parcel.
b. Reserved Parcel.
NOTES:
1. Parcels of Parties include Store Permissible Building Areas, which, as to Lechmere, is the upper level of the Lechmere/Caldor building.
2. "Developer Parcel" is the whole Shopping Center Site less the Lechmere Parcel, the Allied Parcel, and the May Parcel.
KEY PLAN
HUDSON RIVER
SITE
CITY OF POUGHKEEPSIE
TYPICAL 90° DOUBLE PARKING
SHEAFE ROAD
STRAWBERRY HILL ROAD
COTTAM HILL ROAD
DECLARATION PARCEL
LECHMERE PARCEL
ALLIED PARCEL
CALDOR STORE
MALL STORES
MAY PARCEL
MAY STORE
N/F CHASE
OLD POST ROAD
ROUTE 9
SOUTH ROAD SQUARE
N/F GOLDSTAIN
LECHMERE STORE
CALDOR STORE
PENNEY STORE
UPPER (2 NO LEVEL) OF PARKING DECK
EXHIBIT B PAGE 3 OF 3
SITE PLAN OF PARCELS & TRACTS
PT-1

