# EXHIBIT 5

Sears Robuck and Company
d/b/a Sear's - Lease ID sears21
Filing Date -10/15/18  mana2100
JPMG Manassas Mall Owner LLC

| | Pre-Petition Amount Due | | | Post-Petition Amount Due | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | September & Prior | October 1-14 | Total | October 15-31 | November | December | January 2019 | February | March | April | May | Total |
| CAM-Maint Agree | $0.00 | $0.00 | $0.00 | $0.00 | $2,631.46 | $2,631.46 | $2,631.46 | $2,631.46 | $2,631.46 | $2,631.46 | $2,631.46 | $18,420.22 |
| CAM | 0.00 | 0.00 | 0.00 | 0.00 | 5,108.95 | 5,108.95 | 5,108.95 | 5,108.95 | 5,108.95 | 5,108.95 | 5,108.95 | 35,762.65 |
| CAM Adjustment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,306.27 | 0.00 | 9,306.27 |
| Marketing Fund | 0.00 | 0.00 | 0.00 | 0.00 | 420.00 | 420.00 | 420.00 | 420.00 | 420.00 | 420.00 | 420.00 | 2,940.00 |
| Total | $0.00 | $0.00 | $0.00 | $0.00 | 8,160.41 | 8,160.41 | 8,160.41 | 8,160.41 | 8,160.41 | 17,466.68 | 8,160.41 | $66,429.14 |
| Payments | | | | $0.00 | ($8,160.41) | ($8,160.41) | ($8,160.41) | ($8,160.41) | ($8,160.41) | ($8,160.41) | | ($48,962.46) |
| Balance | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,306.27 | $8,160.41 | $17,466.68 |
| Accum Balance | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,306.27 | $17,466.68 | |

| Check # | Date Posted | Amount |
|---|---|---|
| 000180331 | 11/6/2018 | $8,160.41 |
| 000181320 | 12/10/2018 | $8,160.41 |
| 000182331 | 1/8/2019 | $8,160.41 |
| 000183235 | 2/6/2019 | $8,160.41 |
| 000184050 | 3/6/2019 | $8,160.41 |
| 000184862 | 4/8/2019 | $8,160.41 |

Sears Robuck and Company
d/b/a Sear's - Lease ID sears16
Filing Date -10/15/18           poug1600
Poughkeepsie Galleria LLC

|  | Pre-Petition Amount Due | | | Post-Petition Amount Due | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | September & Prior | October 1-14 | Total | October 15-31 | Taxes | November | December | January 2019 | February | March | April | May | Total |
| CAE | ($313.91) | $0.00 | -$313.91 | $0.00 | $0.00 | $9,059.00 | $9,059.00 | $9,059.00 | $9,059.00 | $9,059.00 | $9,059.00 | $9,059.00 | $63,413.00 |
| Minimum Rent | (224.80) | 0.00 | -$224.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Annual School Taxes (7/1/18-10/14/18) | 11,919.47 | 0.00 | $11,919.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Annual School Taxes (10/15/18-6/30/19) | 0.00 | 0.00 | $0.00 | 0.00 | 29,123.99 ** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $29,123.99 |
| Annual Town & County Taxes | 0.00 | 0.00 | $0.00 | 0.00 | 31,444.19 *** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $31,444.19 |
| Water (5/31/17-5/31/18) | 179.20 | 0.00 | $179.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 |
| Total | $11,559.96 | $0.00 | $11,559.96 | $0.00 | $60,568.18 | 9,059.00 | 9,059.00 | 9,059.00 | 9,059.00 | 9,059.00 | 9,059.00 | 9,059.00 | $123,981.18 |
| Payments |  |  |  | $0.00 | $0.00 | ($9,059.00) | ($9,059.00) | ($9,059.00) | ($9,059.00) | ($9,059.00) | ($9,059.00) |  | ($54,354.00) |
|  |  |  |  |  |  |  | ($8,770.93) |  |  |  |  |  | ($8,770.93) |
| Balance |  |  |  | $0.00 | $60,568.18 | $0.00 | ($8,770.93) | $0.00 | $0.00 | $0.00 | $0.00 | $9,059.00 | $60,856.25 |
| Accum Balance |  |  |  | $0.00 | $60,568.18 | $60,568.18 | $51,797.25 | $51,797.25 | $51,797.25 | $51,797.25 | $51,797.25 | $60,856.25 |  |

**   Annual School Taxes $41,043.46
***  Annual Town & County Taxes $31,444.19

| Check # | Date Posted | Amount |
|---|---|---|
| 000180506 | 11/6/2018 | $9,059.00 |
| 000181490 | 12/10/2018 | $9,059.00 |
| 140050140 | 12/18/2018 | $8,770.93 |
| 000182495 | 1/8/2019 | $9,059.00 |
| 000183395 | 2/7/2019 | $9,059.00 |
| 000184181 | 3/6/2019 | $9,059.00 |
| 000184996 | 4/8/2019 | $9,059.00 |