**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*<br><br>Debtors. | Chapter 11<br><br>No. 18-23538 (RDD)<br><br>(Jointly Administered) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Whitebox Multi-Strategy Partners, LP**
Name of Transferee
Phone: (612) 253-6061
Last Four Digits of Acct #: N/A

**SportsPower Limited**
Name of Transferor
Phone: (646) 616-3082
Last Four Digits of Acct #: N/A

Name and Address where notices and payments
to transferee should be sent:

Claim No: 3352
(Sears, Roebuck and Co.) (18-23537)

**Whitebox Multi-Strategy Partners, LP**
**3033 Excelsior Blvd, Ste 300**
**Minneapolis, MN 55416**

Date Filed: October 29, 2019

Amount of 503(b)(9) Claim: $246,180.00

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _____April 29__, 2019
Transferee/Transferee's Agent    Mark Strefling
                                 Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

TO:         United States Bankruptcy Court
               Southern District of New York
               Attn:   Clerk

AND TO:    SEARS, ROEBUCK AND CO. ("Debtor")
               Case No. 18-23537

Claim Number: 3352 (Sears, Roebuck and Co.) (18-23537)

**SportsPower Limited,** its successors and assigns ("Seller"), pursuant to that certain Transfer of Claim Agreement dated on or about the date hereof, has hereby absolutely and unconditionally sold, transferred and assigned to **Whitebox Multi-Strategy Partners, LP** and its successors and assigns ("Buyer") all rights, title and interest in and to the Administrative Priority 503(b)(9) claim of Seller against the Debtors, docketed as Claim No. 3352 (the "Claims") in the United States Bankruptcy Court for the Southern District of New York in the case In re: Sears, Roebuck and Co., Case No. 18-23537 or any other court with jurisdiction.

| Class | Proof of Claim No. | Transferred Claim Amount |
|---|---|---|
| Administrative Priority 503(b)(9) Claim | 3352 | $246,180.00 |

      Seller hereby waives any objection to the transfer of the Claims to the Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedures, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understand and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered recognizing the assignment evidenced by this Evidence of Partial Transfer of Claims as an unconditional assignment, without further notice to Seller, transferring to Buyer the Claims and recognizing the Buyer as the sole owner of the Claims.

      You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claims to Buyer.

                                      [Signature Page Follows]

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated April 29, 2019.

| SPORTSPOWER LIMITED | WHITEBOX MULTI-STRATEGY PARTNERS, LP |
|---|---|
| By: [signature] | By: [DocuSigned signature] |
| Name: SAM S. CHEN | Name: Mark Strefling |
| Title: CEO | Title: Partner & CEO |