**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:                                                           :  Chapter 11
                                                                 :
SEARS HOLDING CORPORATION, *et al.*,                             :  Case No. 18-23538 (RDD)
                                                                 :
                                                                 :  (Jointly Administered)
                                                                 :
                Debtors[1].                                      :  **RELATED DOC. NO. 3413**
---------------------------------------------------------------- x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK    }
                     } ss:
COUNTY OF NEW YORK   }

I, John C. Murphy, being duly sworn, depose and say:

1. I am not a party to this action, I am employed by Troutman Sanders LLP and am over 18 years of age.

2. On April 30, 2019, I served a true and correct copy of *Biltmore Commercial Properties I, LLC's Omnibus (I) Designatable Contract Assumption and Assignment Objection,*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

38813895v1

*(II) Objection to the Assumption and Assignment of the Unexpired Lease for Store 3886 Free and Clear of Restrictive Covenants, and (III) Supplemental Cure Objection* [ECF No. 3413] (the "Omnibus Objection") by overnight mail upon the Debtors and Office of the United States Trustee, respectively, as follows:

| The Debtors | Office of the United States Trustee for Region 2 |
|---|---|
| c/o Sears Holdings Corporation<br>Attn: Stephen Sitley and<br>Luke J. Valentino<br>3333 Beverly Road<br>Hoffman Estates, IL 60179 | Attn: Paul Schwartzberg<br>201 Varick Street, Suite 1006<br>New York, NY 10014 |

4.  On April 30, 2019, I served the Omnibus Objection by electronic mail upon the persons listed on Exhibit "A".

_____
John C. Murphy

Sworn to before me this
2nd day of May 2019

_____
Notary Public

KENNY MOLINA
Notary Public, State of New York
No. 01MO6346103
Qualified in New York County
Commission Expires August 8, 2020

38813895v1

# Exhibit A

**Attorneys for Bank of America, N.A.**
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul D. Leake, Shana A. Elberg,
and George R. Howard
Paul.Leake@skadden.com
Shana.Elberg@skadden.com
George.Howard@skadden.com

**Attorneys for Citibank, N.A.**
Davis Polk & Wardell LLP
Attn: Marshall S. Huebner and Eli J. Vonnegut
sears.service@davispolk.com

**Attorneys for Computershare Trust Company, N.A.**
Kelley Drye & Warren LLP
Attn: Eric R. Wilson and Benjamin D. Feder
KDWBankruptcyDepartment@KelleyDrye.com
bfeder@kelleydrye.com

**Attorneys for Wilmington Trust, N.A.**
Seyfarth Shaw LLP
Attn: Edward M. Fox
emfox@seyfarth.com

**Attorneys for The Bank of New York Mellon Trust Company**
Carter Ledyard & Milburn LLP
Attn: James Gadsden
gadsden@clm.com

**Attorneys for PBGC**
Locke Lord LLP
Attn: Brian A. Raynor
braynor@lockelord.com

**Buyer**
Transform Holdco LLC
c/o ESL Partners, Inc.
Attn: Kunal S. Kamlani and Harold Talisman
kunal@eslinvest.com
harold@eslinvest.com

38813895v1