# **EXHIBIT A**

**Actual 770 Broadway Cure Costs**

## 770 BROADWAY
### OUTSTANDING CURE COSTS

**770 Broadway**
*Pre-Petition Expenses*

| Description | Time Period | Invoice Date | Invoice # | $ Amount |
|---|---|---|---|---|
| Cash on Account | | 03/17/2015 | | (312) |
| Water | 02/01/2017-03/01/2017 | 03/21/2017 | 30117 | 257 |
| Cash on Account | | 10/23/2017 | | (2,000) |
| Real Estate Tax Adj. | 7/1/2017-12/31/2017 | 11/22/2017 | 6591 | (8,109) |
| Water | 10/01/2017-11/01/2017 | 12/18/2017 | 110117 | 886 |
| Water | 11/01/2017-12/01/2017 | 12/18/2017 | 120117 | 206 |
| Water | 12/01/2017-01/01/2018 | 01/09/2018 | 10118 | 239 |
| Base Rent Credit | 12/01/17-12/31/17 | 01/11/2018 | | (106,228) |
| Base Rent Credit | 12/01/17-12/31/17 | 01/11/2018 | | (317,126) |
| Water | 01/01/2018-02/01/2018 | 02/13/2018 | 20108 | 287 |
| Trash | 02/19/2018 | 02/19/2018 | 109447 | 1,600 |
| Sales Tax | 02/19/2018 | 02/19/2018 | 109447 | 142 |
| Water | 02/01/2018-03/01/2018 | 03/13/2018 | 30118 | 169 |
| Water | 03/01/2018-04/01/2018 | 04/13/2018 | 40118 | 142 |
| Steam | 12/01/2017-01/01/2018 | 04/19/2018 | 10118 | 7,107 |
| Sales Tax | 12/01/2017-01/01/2018 | 04/19/2018 | 10118 | 631 |
| Steam | 01/01/2018-02/01/2018 | 04/19/2018 | 20118 | 13,122 |
| Sales Tax | 01/01/2018-02/01/2018 | 04/19/2018 | 20118 | 1,165 |
| Steam | 03/01/2018-04/01/2018 | 04/19/2018 | 40118 | 6,100 |
| Sales Tax | 03/01/2018-04/01/2018 | 04/19/2018 | 40118 | 541 |
| Steam | 02/01/2018-03/01/2018 | 04/19/2018 | 180301 | 7,343 |
| Sales Tax | 02/01/2018-03/01/2018 | 04/19/2018 | 180301 | 652 |
| Steam | 04/01/2018-05/01/2018 | 05/01/2018 | 50118 | 1,575 |
| Sales Tax | 04/01/2018-05/01/2018 | 05/01/2018 | 50118 | 140 |
| Water | 04/01/2018-05/01/2018 | 05/17/2018 | 180501 | 265 |
| Water | 05/01/2018-06/01/2018 | 06/13/2018 | 60118 | 662 |
| Water | 06/01/2018-07/01/2018 | 07/19/2018 | 70118 | 1,213 |
| Water | 07/01/2018-08/01/2018 | 08/17/2018 | 80118 | 1,278 |
| Water | 08/01/2018-09/01/2018 | 09/12/2018 | 90118 | 1,627 |
| Water | 09/01/2018-10/01/2018 | 10/10/2018 | 100118 | 1,324 |
| Water* | 10/01/2018-11/01/2018 | 11/13/2018 | 110118 | 727 |
| Base Rent | 01/01/18-01/31/18 | 01/11/2018 | | 179,739 |
| Base Rent | 12/01/17-12/31/17 | 01/11/2018 | | 139,153 |
| Base Rent | 02/01/18-2/28/18 | 02/01/2018 | | 179,739 |
| Credit On Account | 02/05/2018 | 02/05/2018 | | (53,643) |
| Trash | 05/28/2018 | 05/28/2018 | 110156 | 1,600 |
| Sales Tax | 05/28/2018 | 05/28/2018 | 110156 | 142 |
| Tenant Improvement Overage | 06/04/2018 | 06/04/2018 | 110177 | 60,443 |
| Real Estate Tax Escalation* | 07/01/2018-12/31/2018 | 07/01/2018 | 324654 | 731,740 |
| Vault Tax* | 07/01/18-06/30/19 | 08/07/2018 | 70118 | 27,804 |
| Trash | 08/27/2018 | 08/27/2018 | 110613 | 871 |
| Bounce Fee | 10/23/2018 | 10/23/2018 | | 25 |
| Bounce Fee | 10/26/2018 | 10/26/2018 | | 25 |
| Prepaid Rent | 03/01/2018 | 03/01/2018 | 19009 | (2,762) |
| Professional Fees | 09/30/2018 | 03/01/2019 | | 297,334 |
| Violation #2018-089823 | 08/01/2018 | 2/20/2019 | | 8,000 |
| **Subtotal** | | | | **1,185,837** |

**Adustments for Pre- & Post-Petition Expenses**

| | |
|---|---|
| (Less) 7/1/2018-12/31/2018 Real Estate Tax Bill | (731,740) |
| (Plus) Adjusted charge for pre-petition period (07/01/2018 - 10/14/2018) | 421,546 |
| (Less) 10/1/2018-11/01/2018 Water Bill | (727) |
| (Plus) Adjusted charge for pre-petition period (10/1/2018 - 10/14/2018) | 328 |
| (Less) 7/1/2018-6/30/2019 Vault Tax Bill | (27,804) |
| (Plus) Adjusted charge for pre-petition period (07/1/2018-10/14/2018) | 8,075 |
| **Total Pre-Petition Unpaid** | **855,516** |

**770 Broadway**
*Post-Petition Expenses*

| Description | Time Period | Invoice Date | Invoice # | $ Amount |
|---|---|---|---|---|
| Water | 11/01/2018-12/01/2018 | 12/12/2018 | 120118 | 288 |
| Water | 12/01/2018-01/01/2019 | 01/19/2019 | 10119 | 430 |
| Real Estate Tax Escalation | 01/01/2019-6/30/2019 | 01/01/2019 | 350603 | 731,740 |
| Water | 01/01/2019-02/01/2019 | 2/11/2019 | 20119 | 188 |
| Trash | 01/22/2019-01/29/2019 | 2/18/2019 | 111935 | 800 |
| Sales Tax | 01/22/2019-01/29/2019 | 2/18/2019 | 111935 | 71 |
| Base Rent | 03/01/2019 | 03/01/2019 | 358116 | 364 |
| Water | 02/1/2019-03/01/2019 | 4/2/2019 | 30119 | 30 |
| Water | 03/01/2019-04/01/2019 | 4/12/2019 | 40119 | 3 |
| Professional Fees | 1/18/2019-4/26/2019 | 4/30/2019 | | TBD |
| **Subtotal** | | | | **733,913** |

**Adustments for Pre- & Post-Petition Expenses**

| | |
|---|---|
| (Plus) Adjusted charge for post-petition period (10/15/2018-12/31/2018) | 310,194 |
| (Plus) Adjusted charge for post-petition period (10/15/2018-11/01/2018) | 399 |
| (Plus) Adjusted charge for post-petition period (10/15/2018-06/30/2019) | 19,729 |
| **Total Post-Petition Unpaid** | **1,064,235** |

| | |
|---|---|
| **Total 770 Broadway Unpaid** | **1,919,751** |

*Includes pre and post petition amounts.