## EXHIBIT B

**Actual One Penn Plaza Cure Costs**

4/26/2019

**ONE PENN PLAZA LLC**
**OUTSTANDING CURE COSTS**

### 250 W 34th Street (One Penn)
*Pre-Petition Expenses*

| Description | Time Period | Invoice Date | Invoice # | $ Amount |
|---|---|---|---|---|
| Cash On Account | 09/20/2016 | 09/20/2016 | | (231) |
| Submetered Electric | 07/16/2018-08/14/2018 | 09/18/2018 | 81418 | 45,842 |
| Sales Tax | 07/16/2018-08/14/2018 | 09/18/2018 | 81418 | 4,068 |
| Submetered Electric | 08/14/2018-09/13/2018 | 10/10/2018 | 91318 | 46,798 |
| Sales Tax | 08/14/2018-09/13/2018 | 10/10/2018 | 91318 | 4,153 |
| Professional Fees | 10/26/2018 | 10/26/2018 | 133553 | 3,057 |
| Bounce Fee | 10/26/2018 | 10/26/2018 | 342770 | 25 |
| Submetered Electric | 09/13/2018-10/14/2018 | 11/13/2018 | 101518 | 42,590 |
| Sales Tax | 09/13/2018-10/14/2018 | 11/13/2018 | 101518 | 3,780 |
| Late Fees | 09/30/2018-10/09/2018 | 03/14/2019 | 31419 | 692 |
| **Total Pre-Petition Unpaid** | | | | **150,776** |

### 250 W 34th Street (One Penn)
*Post-Petition Expenses*

| Description | Time Period | Invoice Date | Invoice # | $ Amount |
|---|---|---|---|---|
| Real Estate Tax Escalation | 01/01/2019-06/30/2019 | 01/01/2019 | 349967 | 924,689 |
| Late Fees | 11/1/2018-03/13/2019 | 03/14/2019 | 31419 | 39,682 |
| Submetered Electric | 12/14/2018-1/15/2019 | 02/22/2019 | 11519 | 32,676 |
| Sales Tax | 12/14/2018-1/15/2019 | 02/22/2019 | 11519 | 2,900 |
| ECB Violation #38266473P | 12/29/2018 | 02/21/2019 | | 625 |
| ECB Violation #38266472N | 12/29/2018 | 02/21/2019 | | 655 |
| ECB Violation #38267101Z | 12/29/2018 | 02/28/2019 | | 1,280 |
| ECB Violation #38267102K | 12/29/2018 | 02/28/2019 | | 1,280 |
| ECB Violation #38267155Y | 12/29/2018 | 02/28/2019 | | 1,280 |
| ECB Violation #38267156X | 12/29/2018 | 02/28/2019 | | 1,280 |
| Cash on Acount | 03/18/2019 | 03/18/2019 | | (1,449) |
| Submetered Electric | 01/15/2019-02/14/2019 | 04/02/2019 | 21419 | 29,075 |
| Sales Tax | 01/15/2019-02/14/2019 | 04/02/2019 | 21419 | 2,580 |
| Submetered Electric | 01/15/2019-02/14/2019 | 04/12/2019 | 31819 | 28,674 |
| Sales Tax | 01/15/2019-02/14/2019 | 04/12/2019 | 31819 | 2,545 |
| Late Fees | 4/1/2018-4/30/2018 | 04/30/2019 | 43019 | 16,017 |
| Professional Fees | 1/18/2019-4/26/2019 | 4/30/2019 | | TBD |
| **Total Post-Petition Unpaid** | | | | **1,083,788** |

| | | | | |
|---|---|---|---|---|
| **Total 250 W 34th Street (One Penn) Unpaid** | | | | **1,234,565** |