## **EXHIBIT C**

**770 Broadway Summons**

# Linebarger Goggan Blair & Sampson, LLP

ATTORNEYS AT LAW
61 Broadway, Suite 2600
New York, NY 10006
1(877) 244-1878 Toll Free
1(855) 650-5846 Fax

FEBRUARY 20, 2019

320127

770 BROADWAY OWNER LL/C/O VORN
210 E ROUTE 4
PARAMUS NJ 07652-5108

Matter #: 2018-089823
Location: 770 BROADWAY
Amount Due: $8,000.00
Total Matters: 6

## DEMAND FOR PAYMENT

Dear 770 BROADWAY OWNER LL/C/O VORN:

The Law Office of Linebarger Goggan Blair & Sampson, LLP has written you on previous occasions concerning your delinquent account with the City of New York. The amount shown above remains due and payable for violations of the New York City Charter, Administrative Code, or other statute or regulation. This may be your final opportunity to voluntarily settle your account, as our client will soon be considering its enforcement options.

Your continued failure to respond and make payment of the amount due subjects you to various remedies available to the City of New York that may adversely affect you, including: a lawsuit being filed against you, which may add court costs to the sum you currently owe; and a judgment lien being placed on your property.

Payment of the full balance may be made by forwarding a cashier's check, money order, company check or personal check made payable to the City of New York, along with the detachable identification coupon at the bottom of this page, in the enclosed envelope. Include your name and matter number on the payment to ensure proper application of funds to your account. If you would like to pay by credit card, please go to https://a836-citypay.nyc.gov/citypay/NYCLawDepartment to find out if your account is eligible. Please note that not all accounts are eligible to be paid by credit card. If you are unable to make payment in full, please contact us to discuss arrangement for payment of your account.

Your attention to this matter is very important. You may reach our office toll-free at 1(877) 244-1878 to discuss your account with us and make arrangements for payment. Our office hours are Monday through Friday, 8:30 a.m. to 5:30 p.m., Eastern Time.

Sincerely,

Linebarger Goggan Blair & Sampson, LLP

If you are now a debtor in bankruptcy, or if you have been discharged from debts through a bankruptcy proceeding, then within 30 days of receipt of this letter, please send a copy of the bankruptcy notice, or in the alternative, provide, in writing, the case number and the name of the court in which your bankruptcy case was filed by mailing the information to us at the address at the top of this letter.

**PLEASE DETACH AND RETURN THE REPLY FORM BELOW WITH PAYMENT IN THE ENVELOPE PROVIDED**

---

Linebarger Goggan Blair & Sampson, LLP
PO BOX 659443
SAN ANTONIO TX  78265-9443



Matter #: 2018-089823
Location: 770 BROADWAY

**TO PAY BY CHECK OR MONEY ORDER:**
Make payable to: City of New York
Write matter number(s) on your payment.
DO NOT MAIL CASH.
When you provide a check as payment, you authorize us to either use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check.

770 BROADWAY OWNER LL/C/O VORN
210 E ROUTE 4
PARAMUS NJ 07652-5108

NEW YORK CITY
C/O LGBS, LLP
CLIENT #: NYCIECB1
PO BOX 702118
SAN ANTONIO TX  78270-2118

P.O. Box 2339
Peck Slip Station
New York NY 10272-2339



**OATH**
Hearings Division

Mailing date of this order: 08/08/2018
Respondent: 770 BROADWAY OWNER LL/C/O VORN
Summons # : 0880991679

770 BROADWAY OWNER LL/C/O VORN<sup>5/901</sup>
210 E STATE RT 4
PARAMUS NJ 07652-5108

---

## DECISION BASED ON FAILURE TO ANSWER SUMMONS

On 11/01/2017 at 770 BROADWAY NEW YORK NY 10003, an agent from the COOLING TOWERS - DOHMH gave summons 0880991679 to 770 BROADWAY OWNER LL/C/O VORN. The agent claims that 770 BROADWAY OWNER LL/C/O VORN violated section 24RCNY8-03 of the Administrative Code, the Rules of the City of New York, the New York City Health Code, or another City or State Law. The summons or a further notice instructed 770 BROADWAY OWNER LL/C/O VORN to come to OATH Hearings Division on 08/01/2018 for a hearing.

770 BROADWAY OWNER LL/C/O VORN did not come to OATH Hearings Division on 08/01/2018. The case has now been decided against 770 BROADWAY OWNER LL/C/O VORN. 770 BROADWAY OWNER LL/C/O VORN must pay a fine of $1,000.00. To avoid paying $1,000.00, 770 BROADWAY OWNER LL/C/O VORN must either:

(A) Admit the summons and pay a special reduced fine of $530.00. Full payment must be received by OATH Hearings Division no more than 30 days from 08/08/2018. See the back of this paper for more instructions; or

(B) Immediately ask for a new hearing. This is done by filling out the form called Request for a New Hearing After a Failure to Appear. You can find this form on our website at: www.nyc.gov/oath. Or you can pick up the form at any OATH Hearings Division office.

A first request for a new hearing will be granted if it is received by OATH Hearings Division:

- no more than 60 days of the mailing or hand delivery date of the default decision.

If 770 BROADWAY OWNER LL/C/O VORN does not do either (A) or (B), 770 BROADWAY OWNER LL/C/O VORN must pay $1,000.00. If 770 BROADWAY OWNER LL/C/O VORN does not pay $1,000.00, the City will get a legal judgment against 770 BROADWAY OWNER LL/C/O VORN. Then the City can take money and property from 770 BROADWAY OWNER LL/C/O VORN to pay the fine.

See the back of this Order for more instructions

---

G15H-AVPS Default with Late Admit
v05222018
RESPONDENT

P.O. Box 2339
Peck Slip Station
New York NY 10272-2339


CITY OF NEW YORK
OATH
Hearings Division

Mailing date of this order: 08/08/2018
Respondent: 770 BROADWAY OWNER LL/C/O VORN
Summons # : 0880991715

770 BROADWAY OWNER LL/C/O VORN 6/985
210 E STATE RT 4
PARAMUS NJ 07652-5108

## DECISION BASED ON FAILURE TO ANSWER SUMMONS

On 11/01/2017 at 770 BROADWAY NEW YORK NY 10003, an agent from the COOLING TOWERS - DOHMH gave summons 0880991715 to 770 BROADWAY OWNER LL/C/O VORN. The agent claims that 770 BROADWAY OWNER LL/C/O VORN violated section 24RCNY8-05(F)(3) of the Administrative Code, the Rules of the City of New York, the New York City Health Code, or another City or State Law. The summons or a further notice instructed 770 BROADWAY OWNER LL/C/O VORN to come to OATH Hearings Division on 08/01/2018 for a hearing.

770 BROADWAY OWNER LL/C/O VORN did not come to OATH Hearings Division on 08/01/2018. The case has now been decided against 770 BROADWAY OWNER LL/C/O VORN. 770 BROADWAY OWNER LL/C/O VORN must pay a fine of $2,000.00. To avoid paying $2,000.00, 770 BROADWAY OWNER LL/C/O VORN must either:

   (A) Admit the summons and pay a special reduced fine of $1,030.00. Full payment must be received by OATH Hearings Division no more than 30 days from 08/08/2018. See the back of this paper for more instructions; or

   (B) Immediately ask for a new hearing. This is done by filling out the form called Request for a New Hearing After a Failure to Appear. You can find this form on our website at: www.nyc.gov/oath. Or you can pick up the form at any OATH Hearings Division office.

A first request for a new hearing will be granted if it is received by OATH Hearings Division:

   - no more than 60 days of the mailing or hand delivery date of the default decision.

If 770 BROADWAY OWNER LL/C/O VORN does not do either (A) or (B), 770 BROADWAY OWNER LL/C/O VORN must pay $2,000.00. If 770 BROADWAY OWNER LL/C/O VORN does not pay $2,000.00, the City will get a legal judgment against 770 BROADWAY OWNER LL/C/O VORN. Then the City can take money and property from 770 BROADWAY OWNER LL/C/O VORN to pay the fine.

See the back of this Order for more instructions

G15H-AVPS Default with Late Admit
v05222018
RESPONDENT

P.O. Box 2339
Peck Slip Station
New York NY 10272-2339



OATH Hearings Division

Mailing date of this order: 08/08/2018
Respondent: 770 BROADWAY OWNER LL/C/O VORN
Summons # : 0880991724

770 BROADWAY OWNER LL/C/O VORN 5/986
210 E STATE RT 4
PARAMUS NJ 07652-5108

DECISION BASED ON FAILURE TO ANSWER SUMMONS

On 11/01/2017 at 770 BROADWAY NEW YORK NY 10003, an agent from the COOLING TOWERS - DOHMH gave summons 0880991724 to 770 BROADWAY OWNER LL/C/O VORN. The agent claims that 770 BROADWAY OWNER LL/C/O VORN violated section 24RCNY8-06(B)(1) of the Administrative Code, the Rules of the City of New York, the New York City Health Code, or another City or State Law. The summons or a further notice instructed 770 BROADWAY OWNER LL/C/O VORN to come to OATH Hearings Division on 08/01/2018 for a hearing.

770 BROADWAY OWNER LL/C/O VORN did not come to OATH Hearings Division on 08/01/2018. The case has now been decided against 770 BROADWAY OWNER LL/C/O VORN. 770 BROADWAY OWNER LL/C/O VORN must pay a fine of $1,000.00. To avoid paying $1,000.00, 770 BROADWAY OWNER LL/C/O VORN must either:

(A) Admit the summons and pay a special reduced fine of $530.00. Full payment must be received by OATH Hearings Division no more than 30 days from 08/08/2018. See the back of this paper for more instructions; or

(B) Immediately ask for a new hearing. This is done by filling out the form called Request for a New Hearing After a Failure to Appear. You can find this form on our website at: www.nyc.gov/oath. Or you can pick up the form at any OATH Hearings Division office.

A first request for a new hearing will be granted if it is received by OATH Hearings Division:

- no more than 60 days of the mailing or hand delivery date of the default decision.

If 770 BROADWAY OWNER LL/C/O VORN does not do either (A) or (B), 770 BROADWAY OWNER LL/C/O VORN must pay $1,000.00. If 770 BROADWAY OWNER LL/C/O VORN does not pay $1,000.00, the City will get a legal judgment against 770 BROADWAY OWNER LL/C/O VORN. Then the City can take money and property from 770 BROADWAY OWNER LL/C/O VORN to pay the fine.

See the back of this Order for more instructions

G15H-AVPS Default with Late Admit
v05222018
RESPONDENT

P.O. Box 2339
Peck Slip Station
New York NY 10272-2339



**OATH**
Hearings Division

Mailing date of this order: 08/08/2018
Respondent: 770 BROADWAY OWNER LL/C/O VORN
Summons # : 0880991697

770 BROADWAY OWNER LL/C/O VORN<sup>5/983</sup>
210 E STATE RT 4
PARAMUS NJ 07652-5108

## DECISION BASED ON FAILURE TO ANSWER SUMMONS

On 11/01/2017 at 770 BROADWAY NEW YORK NY 10003, an agent from the COOLING TOWERS - DOHMH gave summons 0880991697 to 770 BROADWAY OWNER LL/C/O VORN. The agent claims that 770 BROADWAY OWNER LL/C/O VORN violated section 24RCNY8-04(E) of the Administrative Code, the Rules of the City of New York, the New York City Health Code, or another City or State Law. The summons or a further notice instructed 770 BROADWAY OWNER LL/C/O VORN to come to OATH Hearings Division on 08/01/2018 for a hearing.

770 BROADWAY OWNER LL/C/O VORN did not come to OATH Hearings Division on 08/01/2018. The case has now been decided against 770 BROADWAY OWNER LL/C/O VORN. 770 BROADWAY OWNER LL/C/O VORN must pay a fine of $2,000.00. To avoid paying $2,000.00, 770 BROADWAY OWNER LL/C/O VORN must either:

   (A) Admit the summons and pay a special reduced fine of $1,030.00. Full payment must be received by OATH Hearings Division no more than 30 days from 08/08/2018. See the back of this paper for more instructions; or

   (B) Immediately ask for a new hearing. This is done by filling out the form called Request for a New Hearing After a Failure to Appear. You can find this form on our website at: www.nyc.gov/oath. Or you can pick up the form at any OATH Hearings Division office.

A first request for a new hearing will be granted if it is received by OATH Hearings Division:

   - no more than 60 days of the mailing or hand delivery date of the default decision.

If 770 BROADWAY OWNER LL/C/O VORN does not do either (A) or (B), 770 BROADWAY OWNER LL/C/O VORN must pay $2,000.00. If 770 BROADWAY OWNER LL/C/O VORN does not pay $2,000.00, the City will get a legal judgment against 770 BROADWAY OWNER LL/C/O VORN. Then the City can take money and property from 770 BROADWAY OWNER LL/C/O VORN to pay the fine.

See the back of this Order for more instructions

G15H-AVPS Default with Late Admit
v05222018
RESPONDENT

P.O. Box 2339
Peck Slip Station
New York NY 10272-2339



**OATH**
Hearings Division

Mailing date of this order: 08/08/2018
Respondent: 770 BROADWAY OWNER LL/C/O VORN
Summons # : 0880991706

770 BROADWAY OWNER LL/C/O VORN<sup>5/984</sup>
210 E STATE RT 4
PARAMUS NJ 07652-5108

## DECISION BASED ON FAILURE TO ANSWER SUMMONS

On 11/01/2017 at 770 BROADWAY NEW YORK NY 10003, an agent from the COOLING TOWERS - DOHMH gave summons 0880991706 to 770 BROADWAY OWNER LL/C/O VORN. The agent claims that 770 BROADWAY OWNER LL/C/O VORN violated section 24RCNY8-05(C)(3) of the Administrative Code, the Rules of the City of New York, the New York City Health Code, or another City or State Law. The summons or a further notice instructed 770 BROADWAY OWNER LL/C/O VORN to come to OATH Hearings Division on 08/01/2018 for a hearing.

770 BROADWAY OWNER LL/C/O VORN did not come to OATH Hearings Division on 08/01/2018. The case has now been decided against 770 BROADWAY OWNER LL/C/O VORN. 770 BROADWAY OWNER LL/C/O VORN must pay a fine of $1,000.00. To avoid paying $1,000.00, 770 BROADWAY OWNER LL/C/O VORN must either:

(A) Admit the summons and pay a special reduced fine of $530.00. Full payment must be received by OATH Hearings Division no more than 30 days from 08/08/2018. See the back of this paper for more instructions; or

(B) Immediately ask for a new hearing. This is done by filling out the form called Request for a New Hearing After a Failure to Appear. You can find this form on our website at: www.nyc.gov/oath. Or you can pick up the form at any OATH Hearings Division office.

A first request for a new hearing will be granted if it is received by OATH Hearings Division:

  - no more than 60 days of the mailing or hand delivery date of the default decision.

If 770 BROADWAY OWNER LL/C/O VORN does not do either (A) or (B), 770 BROADWAY OWNER LL/C/O VORN must pay $1,000.00. If 770 BROADWAY OWNER LL/C/O VORN does not pay $1,000.00, the City will get a legal judgment against 770 BROADWAY OWNER LL/C/O VORN. Then the City can take money and property from 770 BROADWAY OWNER LL/C/O VORN to pay the fine.

See the back of this Order for more instructions

G15H-AVPS Default with Late Admit
v05222018
RESPONDENT

P.O. Box 2339
Peck Slip Station
New York NY 10272-2339



Mailing date of this order: 08/08/2018
Respondent: 770 BROADWAY OWNER LL/C/O VORN
Summons # : 0880991688

770 BROADWAY OWNER LL/C/O VORN
210 E STATE RT 4
PARAMUS NJ 07652-5108

## DECISION BASED ON FAILURE TO ANSWER SUMMONS

On 11/01/2017 at 770 BROADWAY NEW YORK NY 10003, an agent from the COOLING TOWERS - DOHMH gave summons 0880991688 to 770 BROADWAY OWNER LL/C/O VORN. The agent claims that 770 BROADWAY OWNER LL/C/O VORN violated section 24RCNY8-04(B) of the Administrative Code, the Rules of the City of New York, the New York City Health Code, or another City or State Law. The summons or a further notice instructed 770 BROADWAY OWNER LL/C/O VORN to come to OATH Hearings Division on 08/01/2018 for a hearing.

770 BROADWAY OWNER LL/C/O VORN did not come to OATH Hearings Division on 08/01/2018. The case has now been decided against 770 BROADWAY OWNER LL/C/O VORN. 770 BROADWAY OWNER LL/C/O VORN must pay a fine of $1,000.00. To avoid paying $1,000.00, 770 BROADWAY OWNER LL/C/O VORN must either:

(A) Admit the summons and pay a special reduced fine of $530.00. Full payment must be received by OATH Hearings Division no more than 30 days from 08/08/2018. See the back of this paper for more instructions; or

(B) Immediately ask for a new hearing. This is done by filling out the form called Request for a New Hearing After a Failure to Appear. You can find this form on our website at: www.nyc.gov/oath. Or you can pick up the form at any OATH Hearings Division office.

A first request for a new hearing will be granted if it is received by OATH Hearings Division:

- no more than 60 days of the mailing or hand delivery date of the default decision.

If 770 BROADWAY OWNER LL/C/O VORN does not do either (A) or (B), 770 BROADWAY OWNER LL/C/O VORN must pay $1,000.00. If 770 BROADWAY OWNER LL/C/O VORN does not pay $1,000.00, the City will get a legal judgment against 770 BROADWAY OWNER LL/C/O VORN. Then the City can take money and property from 770 BROADWAY OWNER LL/C/O VORN to pay the fine.

See the back of this Order for more instructions

G15H-AVPS Default with Late Admit
v05222018
RESPONDENT