# **EXHIBIT D**

# **One Penn Plaza Violations**

# DECISION RENDERED
## 1 PENN PLAZA, MANHATTAN

Dear Management Team,
A decision has been rendered on the following ECB violation.

### ECB VIOLATION # 38266473P

| | | |
|---|---|---|
| **RESPONDENT:** KORPENA LLC | **SEVERITY:** CLASS - 2 | **HEARING STATUS:** IN VIOLATION |
| **HEARING DATE:** 2/21/2019 | **ISSUE DATE:** 12/29/2018 | **PENALTY IMPOSED:** $625.00 |
| **DESCRIPTION:** 86I11,99BB5,87B6 | | |

**Jack Jaffa & Associates**
REAL ESTATE CONSULTANTS

# ECB VIOLATION IN DEFAULT!
## 1 PENN PLAZA, MANHATTAN

Dear Management Team,
The following violations have defaulted to maximum penalties due to a lack of appearance at the ECB court.

If you wish for our office to vacate these default judgments and appear on your behalf to reduce these penalties, please reply to this email.

## ECB VIOLATION # 38266472N

| | | |
|---|---|---|
| **RESPONDENT:** KORPENN LLC | **SEVERITY:** CLASS - 2 | **PENALTY IMPOSED:** $655.00 |
| **MISSED HEARING DATE:** 2/21/2019 | **ISSUE DATE:** 12/29/2018 | **DEFAULT DATE:** 2/28/2019 |

**DESCRIPTION:** 86I11,99BB5,87B6. 86I11 - REPLACE MULTIPLE BROKEN COMBS TOP AND BOTTOM; 87B6-SECURE LANDING PALE; 99BB5-EXPIRED CAT1 TAG

## ECB VIOLATION # 38267101Z

| | | |
|---|---|---|
| **RESPONDENT:** KORPENN LLC | **SEVERITY:** CLASS - 1 | **PENALTY IMPOSED:** $1,280.00 |
| **MISSED HEARING DATE:** 2/21/2019 | **ISSUE DATE:** 12/29/2018 | **DEFAULT DATE:** 2/28/2019 |

**DESCRIPTION:** CU93M07-CEILING INTERSECTION GUARD MISSING/PROVIDE.

## ECB VIOLATION # 38267102K

| | | |
|---|---|---|
| **RESPONDENT:** KORPENN LLC | **SEVERITY:** CLASS - 1 | **PENALTY IMPOSED:** $1,280.00 |
| **MISSED HEARING DATE:** 2/21/2019 | **ISSUE DATE:** 12/29/2018 | **DEFAULT DATE:** 2/28/2019 |

**DESCRIPTION:** CU92M07 GLASS BALASTRADE MISSING FROM LOWER LEFT PROVIDE.

## ECB VIOLATION # 38267155Y

| | | |
|---|---|---|
| **RESPONDENT:** KORPENN LLC | **SEVERITY:** CLASS - 1 | **PENALTY IMPOSED:** $1,280.00 |
| **MISSED HEARING DATE:** 2/21/2019 | **ISSUE DATE:** 12/29/2018 | **DEFAULT DATE:** 2/28/2019 |

**DESCRIPTION:** 86I11CU; 89I11CU; 99B1CU; 100I10CU. 86I11-CEASE USE 2 OR MORE COMB TEETH IN A ROW BROKEN; 89I11-CEASE USE MULTIPLE STEPS BROKEN; 88B1-CEASE USE LH HANDRAIL PINCH POINT AT TOP OF UNIT. 100I10-CEASE USE LH INLET

## ECB VIOLATION # 38267156X

| | | |
|---|---|---|
| **RESPONDENT:** KORPENN LLC | **SEVERITY:** CLASS - 1 | **PENALTY IMPOSED:** $1,280.00 |
| **MISSED HEARING DATE:** 2/21/2019 | **ISSUE DATE:** 12/29/2018 | **DEFAULT DATE:** 2/28/2019 |

**DESCRIPTION:** CU89I11,92B11CU,86I11. 89I11-CEASE USE. MULTIPLE BROKEN STEPS; 92B11CEASE USE SCREWS IN DECKING NOT FLUSH CAUSING SNAG POINT; 86I11-DAMAGED COMBTEETH.

# Jack Jaffa & Associates
REAL ESTATE CONSULTANTS