**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
|  | (Jointly Administered) |
| Debtors[1]. | RELATED DOC. NO. 3421 |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK  }
                   } ss:
COUNTY OF NEW YORK }

I, John C. Murphy, being duly sworn, depose and say:

1.  I am not a party to this action, I am employed by Troutman Sanders LLP and am over 18 years of age.

2.  On April 30, 2019, I served a true and correct copy of *The Bruce Trusts' (I) Designatable Contract Assumption and Assignment Objection, and (II) Reservation of Rights*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

38816091v1

[ECF No. 3421] (the "Objection") by overnight mail upon the Debtors and Office of the United States Trustee. The respective envelopes were addressed as follows:

| **The Debtors** | **Office of the United States Trustee for Region 2** |
|---|---|
| c/o Sears Holdings Corporation | Attn: Paul Schwartzberg |
| Attn: Stephen Sitley and | 201 Varick Street, Suite 1006 |
| Luke J. Valentino | New York, NY 10014 |
| 3333 Beverly Road | |
| Hoffman Estates, IL 60179 | |

3. On April 30, 2019, I served the Objection by electronic mail upon the persons listed on Exhibit "A".

_____
John C. Murphy

Sworn to before me this
2nd day of May 2019

_____
Notary Public

KENNY MOLINA
Notary Public, State of New York
No. 01MO6346103
Qualified in New York County
Commission Expires August 8, 2020

38816091v1

## Exhibit A

**Attorneys for Bank of America, N.A.**
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul D. Leake, Shana A. Elberg,
and George R. Howard
Paul.Leake@skadden.com
Shana.Elberg@skadden.com
George.Howard@skadden.com

**Attorneys for Citibank, N.A.**
Davis Polk & Wardell LLP
Attn: Marshall S. Huebner and Eli J. Vonnegut
sears.service@davispolk.com

**Attorneys for Computershare Trust Company, N.A.**
Kelley Drye & Warren LLP
Attn: Eric R. Wilson and Benjamin D. Feder
KDWBankruptcyDepartment@KelleyDrye.com
bfeder@kelleydrye.com

**Attorneys for Wilmington Trust, N.A.**
Seyfarth Shaw LLP
Attn: Edward M. Fox
emfox@seyfarth.com

**Attorneys for The Bank of New York Mellon Trust Company**
Carter Ledyard & Milburn LLP
Attn: James Gadsden
gadsden@clm.com

**Attorneys for PBGC**
Locke Lord LLP
Attn: Brian A. Raynor
braynor@lockelord.com

**Buyer**
Transform Holdco LLC
c/o ESL Partners, Inc.
Attn: Kunal S. Kamlani and Harold Talisman
kunal@eslinvest.com
harold@eslinvest.com