# Plaza Las Américas, Inc.

## SEARS 142 (PLA)

## ID # 1905

Filing Date 10/15/2018                                                BK2018-23561

**POST PETITION**

|  | Billed | Paid | Difference underpayment | Outstanding Balance |  |
|---|---|---|---|---|---|
| Oct. 2018-Unpaid Balance | $206,306.49 | 197,139.16 | 9,167.33 | $9,167.33 |  |
| November 2018-Unpaid Balance | $206,306.49 | 197,139.16 | 9,167.33 | 18,334.66 |  |
| Recovery Recon 2018 (posted Nov. 2018) | $(25,574.12) | - | (25,574.12) | (7,239.46) | credit |
| December 2018-Unpaid Balance | $209,227.89 | 197,139.16 | 12,088.73 | 4,849.27 |  |
| January 2019-Unpaid Balance | $209,227.89 | 197,139.16 | 12,088.73 | 16,938.00 |  |
| February 2019-Unpaid Balance | $209,227.89 | 196,820.59 | 12,407.30 | 29,345.30 |  |
| March 2019-Unpaid Balance | $209,227.89 | 196,614.45 | 12,613.44 | 41,958.74 |  |
| April 2019-Unpaid Balance | $209,227.89 | 196,614.45 | 12,613.44 | 54,572.18 |  |
| May 2019-Unpaid, and outstanding Balance @ 5/2/19 | $209,227.89 | 0.00 | 209,227.89 | **$263,800.07** |  |



EXHIBIT 1

# Plaza Las Américas, Inc.

## SEARS HOME IMPROVEMENTS 009B (PLA)

## ID # 7842

Filing Date 10/15/2018                                                    BK2018-23561

### PRE-PETITION

Outstanding balance @ 10/15/2018                             **$279,940.28**

### POST PETITION

|  | Billed | Paid | Difference underpayment | Outstanding Balance |
|---|---|---|---|---|
| November 2018-Unpaid Balance | $189,682.38 | 183,881.63 | 5,800.75 | 5,800.75 |
| Recovery Recon 2018 (posted Nov. 2018) | $36,986.58 | - | 36,986.58 | 42,787.33 |
| December 2018-Unpaid Balance | $194,013.63 | 187,264.13 | 6,749.50 | 49,536.83 |
| January 2019-Unpaid Balance | $194,013.63 | 183,919.32 | 10,094.31 | 59,631.14 |
| February 2019-Unpaid Balance | $194,013.63 | 183,881.63 | 10,132.00 | 69,763.14 |
| March 2019-Unpaid Balance | $194,013.63 | 183,843.94 | 10,169.69 | 79,932.83 |
| April 2019-Unpaid Balance | $194,013.63 | 183,881.63 | 10,132.00 | **90,064.83** |
| May 2019-Unpaid, and outstanding Balance @ 5/2/2019 | $194,013.63 | 0.00 | 194,013.63 | **$284,078.46** |



EXHIBIT 2