# Plaza del Caribe, S.E.
# SEARS D3 (PDC)
# ID # 1945 (9767)

Filing Date 10/15/2018                                          BK2018-23561

## PRE-PETITION

Outstanding balance @ 10/15/2018                        **$231,188.58**

## POST PETITION

|  | Billed | Paid | Difference underpayment | Outstanding Balance |
|---|---|---|---|---|
| Recovery Recon 2018 (posted Oct.29, 2018) | 117,036.57 | - | 117,036.57 | 117,036.57 |
| November 2018-Unpaid Balance | $62,256.05 | 61,624.65 | 631.40 | 117,667.97 |
| December 2018-Unpaid Balance | $62,256.05 | 61,624.65 | 631.40 | 118,299.37 |
| January 2019-Unpaid Balance | $62,256.05 | 61,624.65 | 631.40 | 118,930.77 |
| February 2019-Unpaid Balance | $62,256.05 | 61,624.65 | 631.40 | 119,562.17 |
| March 2019-Unpaid Balance | $62,256.05 | 61,624.65 | 631.40 | 120,193.57 |
| April 2019-Unpaid Balance | $64,653.30 | 61,624.65 | 3,028.65 | **123,222.22** |
| May 2019-Unpaid, and outstanding balance @ 5/2/19 | $62,256.05 | 0.00 | 62,256.05 | **$185,478.27** |



EXHIBIT 1