James R. Felton, Esq. (Admitted *Pro Hac Vice*)
Jeremy H. Rothstein, Esq.
G&B LAW, LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Tel: (818) 382-6200
Fax: (818) 986-6534
jfelton@gblawllp.com
jrothstein@gblawllp.com

*Counsel for Jackson Shopping Village, LLLP*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**<br><br>**SEARS HOLDINGS CORPORATION, et al.,**<br><br><br><br>**Debtors** | **CHAPTER 11**<br><br>**CASE NO. 18-23538 (RDD)**<br><br>**(Jointly Administered)** |

**SUPPLEMENTAL STATEMENT OF JACKSON SHOPPING VILLAGE, LLLP, A NEVADA LIMITED LIABILITY LIMITED PARTNERSHIP, OF CURE AMOUNT FOR STORE 7139 AND OBJECTION TO CURE AMOUNT STATED BY DEBTOR**

Jackson Shopping Village, LLLP, a Nevada Limited Liability Partnership, Successor in Interest to Flamingo Sandhill a California General Partnership ("Lessor") hereby submits this objection (the "Objection") regarding the proposed cure amount set forth in the Notice of Assumption and Assignment of Additional Designatable Leases [Docket No. 3298] (the "Notice") filed by the above-captioned Debtors (the "Debtors"). In support hereof, Lessor respectfully states:

1.     Lessor leases Kmart Store #7139 in the Jackson Village Shopping Center in Jackson Hole, Wyoming to Debtor Kmart Corporation ("Kmart") pursuant to that certain lease

1

dated May 7, 1990 (as amended, the "Lease"). The store is within a "shopping center" as that term is used in section 365(b)(3) of the Bankruptcy Code. *See Androse Assocs. of Allaire, LLC v. A&P (In re A&P)*, 472 B.R. 666, 677 (Bankr. S.D.N.Y. 2012). Under section 365(b)(3), the assumption and assignment of any lease in a shopping center must subject to all of the provisions of such lease.

2.  The Debtors seek to assume and assign the lease. The Notice lists the Proposed Cure Amount for the Lease as $20,503.00 and Lessor's Asserted Cure as $108,649.10. That asserted cure amount was based on the *Statement of Jackson Shopping Village, LLLP, a Nevada Limited Liability Limited Partnership, Successor in Interest to Flamingo Sandhill, a California General Partnership, of Cure Amount for Store 7139 and Objection to Cure Amount Stated by Debtor* [Docket No. 1941], filed by Lessor on January 25, 2019. Since that date, additional amounts have accrued under the Lease that could not have been asserted in the prior statement.

3.  The amount necessary to cure defaults under the lease is now $270,585.07, comprised of:

    a.  $63,580.17 for unpaid 2018 taxes, including $24,719.55 that represents Kmart's share of Lessor's costs in reducing the 2018 taxes against the Shopping Center (as defined in the Lease);

    b.  $150,021.57 for unpaid CAM charges: $7,529.44 for August 2018, $12,373.24 for September 2018, $5,582.30 for October 2018, $2,191.21 for November 2018, $104,484.17 for March 2019, and $17,861.11 for April 2019;

    c.  $45,833.33 for rent due May 1, 2019; and

    d.  Approximately $11,150.00 in legal expenses incurred by Lessor thus far in connection with the enforcement of the obligations under the Lease.

4.  The above cure amount does not include obligations that have accrued but are as yet unbilled or unknown. The Debtors (or their successor) will remain responsible for such amounts under the Lease, and the amounts must be paid when they come due. Any order authorizing assumption and assignment of the Lease should expressly state that the Debtors or

1719824.1 -- 22044.0004

their successor will assume these obligations and pay them when due, regardless of whether they relate to the period before, or after, the assumption and assignment.

5.     Under the Lease, the Debtors must also indemnify and hold the Landlord harmless with respect to any existing claims which may not become known until after the assumption and assignment of the Lease. Any assumption and assignment of the Lease must include the continuation of all indemnification obligations, regardless of when they arose.

WHEREFORE, Lessor respectfully requests that the Court enter an order (i) requiring the Debtors or their successor to pay Lessor the cure amount set forth herein in connection with the proposed assumption and assignment of the Lease, (ii) providing that obligations accrued but as yet unbilled or unknown shall be an obligation of the Debtors' successor upon the assignment of the Lease.

Dated:   May 2, 2019

James R. Felton, Esq. (Admitted *Pro Hac Vice*)
Jeremy H. Rothstein, Esq.
G&B LAW, LLP
16000 Ventura Boulevard
Suite 1000
Encino, California 91436
Tel: (818) 382-6200
fax: (818) 986-6534
jfelton@gblawllp.com
jrothstein@gblawllp.com

*Counsel for Jackson Shopping Village, LLLP*

1719824.1 -- 22044.0004

## Exhibit A

Calculation of Amount Due

1719824.1 -- 22044.0004

## Kmart Pre- / Post- Petition Charges

Kmart's pro-rata        75.17%

**REVISED**

|  | DUE | PAID | date | BALANCE DUE |
|---|---|---|---|---|
| **Pre-petition (287 days = 0.786302 * 2018 total)** | | | | |
| Taxes | 38,860.62 | | | |
| Fees | 19,437.03 | | | |
| TOTAL | 58,297.65 | | | $ 58,297.65 |
| | | | | |
| Aug CAM | | | | 7,529.44 |
| Sept CAM | | | | 12,373.34 |
| Oct CAM  (1/2 pre-petition) | 5,582.30 | | | 2,791.15 |
| Nov CAM  (deducted Landscape from July 2017 billed late ) | 11,547.50 | 9,356.29 | 1/14/2019 | 2,191.21 |
| | | | | |
| TOTAL Pre-Petition Due | | | | $ 83,182.79 |

**Post petition (78 days = 0.213698 x 2018 total)**

|  | DUE | PAID | date | BALANCE |
|---|---|---|---|---|
| Taxes | 10,561.41 | 10,561.41 | 3/15/2019 | - |
| fees | 5,282.52 | | | $ 5,282.52 |
| TOTAL TAXES | 15,843.93 | | | |
| | | | | |
| October 2018 CAM  (1/2 post-petition) | 5,582.30 | | | 2,791.15 |
| March CAM | 104,484.17 | | | 104,484.17 |
| April CAM | 17,861.11 | | | 17,861.11 |
| | | | | |
| TOTAL Post-Petition Due | | | | 130,418.95 |

| **TOTAL DUE (Pre and Post petition)** | | | | **$ 213,601.74** |

# Exhibit B

CAM Invoices

1719824.1 -- 22044.0004

 

**Maury Abrams LLC**

26135 Mureau Road, Suite 200 • Calabasas, CA 91302 • (818) 880-1800  Fax: (818) 880-1801 • www.mallc.com

9/12/2018

# INVOICE

| JACKSON SHOPPING VILLAGE |
| :---: |
| JACKSON, WYOMING |
| MONTHLY STATEMENT |

Prepared for:    **K-Mart Corporation Store #7139**

Expenses paid for August 2018 are as follows:

| Charge Category | Expense Subtotal | Applicable % | Category Total |
|---|---|---|---|
| 1  Maintenance | $ 1,207.59 | 0.7517 | $ 907.75 |
| 2  Landscape Maintenance | 4,632.75 | 0.7517 | 3,482.44 |
| 3  Water | 2,486.20 | 0.7517 | 1,868.88 |
| 4  Sweeper service | 1,690.00 | 0.7517 | 1,270.37 |
| 5  Fire Sprinler Inspection | - | 0.7517 | - |
| 6  Snow Removal | - | 0.7517 | - |
| Subtotal of all categories | 10,016.54 | | 7,529.44 |
| Administration 0% on items 1 - 5 | $  - | | - |
| **Current Amount due** | | | $   7,529.44 |

| PLEASE MAKE CHECK PAYABLE TO: |
| :---: |
| JACKSON SHOPPING VILLAGE, LLLP |
| c/o Maury Abrams, LLC |
| 26135 Mureau Road, #200 |
| Calabasas, CA  91302 |

tbanasza@searshc.com

NET 10 Days
C:\Users\gmalcolm\Maury Abrams, LLC\Maury Abrams, LLC Team Site - Public\Glennis\CAM_\JCK-CAM\CAM Invoices\KMart Monthly invoice [start 11.18.04]\kmart new invoice


*emailed 10/13/18*


Maury Abrams LLC

26135 Mureau Road, Suite 200 • Calabasas, CA 91302 • (818) 880-1800 Fax: (818) 880-1801 • www.mallc.com

10/13/2018

# INVOICE

| JACKSON SHOPPING VILLAGE |
| :---: |
| JACKSON, WYOMING |
| MONTHLY STATEMENT |

**Prepared for:** **K-Mart Corporation Store #7139**

Expenses paid for September 2018 are as follows:

| Charge Category | Expense Subtotal | Applicable % | Category Total |
| --- | ---: | ---: | ---: |
| 1 Maintenance | $ 250.00 | 0.7517 | $ 187.93 |
| 2 Landscape Maintenance | 10,955.50 | 0.7517 | 8,235.25 |
| 3 Water | 3,564.84 | 0.7517 | 2,679.69 |
| 4 Sweeper service | 1,690.00 | 0.7517 | 1,270.37 |
| 5 Fire Sprinler Inspection | - | 0.7517 | - |
| 6 Snow Removal | - | 0.7517 | - |
| Subtotal of all categories | 16,460.34 | | 12,373.24 |
| Administration 0% on items 1 - 5 | $ - | | - |
| **Current Amount due** | | | $ 12,373.24 |

| PLEASE MAKE CHECK PAYABLE TO: |
| :---: |
| JACKSON SHOPPING VILLAGE, LLLP |
| c/o Maury Abrams, LLC |
| 26135 Mureau Road, #200 |
| Calabasas, CA  91302 |

lbanasza@searshc.com

NET 10 Days

C:\Users\gmalcolm\Maury Abrams, LLC\Maury Abrams, LLC Team Site - Public\Glennis\CAM_\JCK-CAM\CAM Invoices\KMart Monthly invoice (start 11.18.04)\kmart new invoice



**Maury Abrams LLC**

26135 Mureau Road, Suite 200   •   Calabasas, CA 91302   •   (818) 880-1800  Fax: (818) 880-1801   •   www.mallc.com



11/20/2018

# INVOICE

| JACKSON SHOPPING VILLAGE |
| :---: |
| JACKSON, WYOMING |
| MONTHLY STATEMENT |

Prepared for:    **K-Mart Corporation Store #7139**

Expenses paid for October 2018 are as follows:

| Charge Category | Expense Subtotal | Applicable % | Category Total |
|---|---|---|---|
| 1 Maintenance | $ 4,725.00 | 0.7517 | $ 3,551.78 |
| 2 Landscape Maintenance | - | 0.7517 | - |
| 3 Water | 1,011.24 | 0.7517 | 760.15 |
| 4 Sweeper service | 1,690.00 | 0.7517 | 1,270.37 |
| 5 Fire Sprinler Inspection | - | 0.7517 | - |
| 6 Snow Removal | - | 0.7517 | - |
| Subtotal of all categories | 7,426.24 | | 5,582.30 |
| Administration 0% on items 1 - 5 | $ - | | - |
| **Current Amount due** | | | $ **5,582.30** |

PLEASE MAKE CHECK PAYABLE TO:

JACKSON SHOPPING VILLAGE, LLLP
c/o Maury Abrams, LLC
26135 Mureau Road, #200
Calabasas, CA 91302

tbanasza@searshc.com

NET 10 Days

C:\Users\gmalcolm\Maury Abrams, LLC\Maury Abrams, LLC Team Site - Public\Glennis\CAM_\JCK-CAM\CAM Invoices\KMart Monthly invoice [start 11.18.04]\kmart new invoice



**Maury Abrams LLC**

26135 Mureau Road, Suite 200 • Calabasas, CA 91302 • (818) 880-1800 Fax: (818) 880-1801 • www.mallc.com

12/10/2018



# INVOICE

| JACKSON SHOPPING VILLAGE |
| :---: |
| JACKSON, WYOMING |
| MONTHLY STATEMENT |

Prepared for:    **K-Mart Corporation Store #7139**

Expenses paid for November 2018 are as follows:

| Charge Category | Expense Subtotal | Applicable % | Category Total |
|---|---|---|---|
| 1  Maintenance | $  2,733.40 | 0.7517 | $  2,054.70 |
| 2  Landscape Maintenance | 10,647.50 | 0.7517 | 8,003.73 |
| 3  Water | 550.94 | 0.7517 | 414.14 |
| 4  Sweeper service | 1,430.00 | 0.7517 | 1,074.93 |
| 5  Fire Sprinler Inspection | - | 0.7517 | - |
| 6  Snow Removal | - | 0.7517 | - |
| Subtotal of all categories | 15,361.84 | | 11,547.50 |
| Administration 0% on items 1 - 5 | $    - | | - |
| **Current Amount due** | | | $   11,547.50 |

| PLEASE MAKE CHECK PAYABLE TO: |
| :---: |
| JACKSON SHOPPING VILLAGE, LLLP |
| c/o Maury Abrams, LLC |
| 26135 Mureau Road, #200 |
| Calabasas, CA  91302 |

tbanasza@searshc.com

**NET 10 Days**

C:\Users\gmalcolm\Maury Abrams, LLC\Maury Abrams, LLC Team Site - Public\Glennis\CAM_\JCK-CAM\CAM Invoices\KMart Monthly invoice [start 11.18.04]\kmart new invoice



26135 Mureau Road, Suite 200 • Calabasas, CA 91302 • (818) 880-1800 Fax: (818) 880-1801 • www.mallc.com

2/13/2019

**PREPARED FOR:**   K-Mart #7139

Jackson Shopping Village
South US Highway 89

**2018**
REVISED PROPERTY TAX STATEMENT

**Property Taxes**

Your pro-rata share:   75.17%

Original Tax Bill                            $ 113,315.38

Corrected Total Tax Bill                                           $  65,747.01
Reassessment Appeal Cost                                   +     32,884.86
TOTAL                                                                        98,631.87

                                            x   **0.7517**        x    **0.7517**

Billed previously        $ 85,179.17
Revised billing
                                                                         $  74,141.58

Amount due                                                                         $ 74,141.58

PLEASE MAKE CHECK PAYABLE TO:

Jackson Shopping Village, LLLP
26135 Mureau Road, Suite 200
Calabasas, CA  91302

TERMS: NET 10 DAYS

tammi.banaszak@Searshc.com
Roberta.Conrad@searshc.com
PropertyTax@searshc.com



26135 Mureau Road, Suite 200  •  Calabasas, CA 91302  •  (818) 880-1800  Fax: (818) 880-1801  •  www.mallc.com

4/9/2019

# INVOICE

**JACKSON SHOPPING VILLAGE**
**JACKSON, WYOMING**
**MONTHLY STATEMENT**

Prepared for:   **K-Mart Corporation Store #7139**

Expenses paid for March 2019 are as follows:

| Charge Category | Expense Subtotal | Applicable % | Category Total |
|---|---|---|---|
| 1 Maintenance | $  - | 0.7517 | $  - |
| 2 Landscape Maintenance | - | 0.7517 | - |
| 3 Water | 426.15 | 0.7517 | 320.34 |
| 4 Sweeper service | - | 0.7517 | - |
| 5 Fire Sprinler Inspection | - | 0.7517 | - |
| 6 Snow Removal | 138,571.02 | 0.7517 | 104,163.83 |
| Subtotal of all categories | 138,997.17 | | 104,484.17 |
| Administration 0% on items 1 - 5 | $  - | | - |
| **Current Amount due** | | | $  104,484.17 |

PLEASE MAKE CHECK PAYABLE TO:

JACKSON SHOPPING VILLAGE, LLLP
c/o Maury Abrams, LLC
26135 Mureau Road, #200
Calabasas, CA  91302

lbanasza@searshc.com

**NET 10 Days**
C:\Users\gmalcolm\Maury Abrams, LLC\Maury Abrams, LLC Team Site - Public\Glennis\00 CAM\JCK-CAM\CAM Invoices\01 Kmart



26135 Mureau Road, Suite 200  •  Calabasas, CA 91302  •  (818) 880-1800  Fax: (818) 880-1801  •  www.mallc.com

4/30/2019

# INVOICE

JACKSON SHOPPING VILLAGE
JACKSON, WYOMING
MONTHLY STATEMENT

Prepared for:    **K-Mart Corporation Store #7139**

REVISED

Expenses paid for April 2019 are as follows:

| Charge Category | Expense Subtotal | Applicable % | Category Total |
|---|---|---|---|
| 1 Maintenance | $ - | 0.7517 | $ - |
| 2 Landscape Maintenance | - | 0.7517 | - |
| 3 Water/Sewer | 442.45 | 0.7517 | 332.59 |
| 4 Sweeper service | - | 0.7517 | - |
| 5 Fire Sprinler Inspection | - | 0.7517 | - |
| 6 Snow Removal | 23,318.50 | 0.7517 | 17,528.52 |
| Subtotal of all categories | 23,760.95 | | 17,861.11 |
| Administration 0% on items 1 - 5 | $ - | | - |
| Current Amount due | | | $ 17,861.11 |

PLEASE MAKE CHECK PAYABLE TO:

JACKSON SHOPPING VILLAGE, LLLP
c/o Maury Abrams, LLC
26135 Mureau Road, #200
Calabasas, CA  91302

NET 10 Days
https://mauryabrams.sharepoint.com/Shared Documents/Public/Glennis/00 CAM/JCK-CAM/CAM Invoices/01 Kmart

## CERTIFICATE OF SERVICE

Marvin J. Ramos certifies that he caused to be served a true and correct copy of the attached **SUPPLEMENTAL STATEMENT OF JACKSON SHOPPING VILLAGE, LLLP, A NEVADA LIMITED LIABILITY LIMITED PARTNERSHIP, OF CURE AMOUNT FOR STORE 7139 AND OBJECTION TO CURE AMOUNT STATED BY DEBTOR** via transmission of Notice of Electronic Filing generated by CM/ECF on all parties of record, and on the parties listed below as indicated.

G&B Law, LLP

*(signature)*

Marvin J. Ramos
16000 Ventura Blvd., Suite 1000
Encino, CA. 91436
Telephone: (818) 382-6200
Email: mramos@gblawllp.com

*Counsel for Jackson Shopping Village, LLLP, a Nevada Limited Liability Partnership, Successor in Interest to Flamingo Sandhill a California General Partnership*

1719824.1 -- 22044.0004

## SERVICE LIST

**VIA EMAIL**

I. Bid Notice Parties
   a. Debtors
      Rob Riecker: rob.riecker@searshc.com
      Luke Valentino: luke.valentino@searshc.com
      Mohsin Meghji: mmeghji@miiipartners.com
      General Counsel: counsel@searshc.com

   b. Debtors' counsel
      Ray Schrock, Esq.: ray.schrock@weil.com
      Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com
      Garrett A. Fail, Esq. garrett.fail@weil.com
      Sunny Singh, Esq. sunny.singh@weil.com
      Ellen J. Odoner, Esq. Ellen.Odoner@weil.com
      Gavin Westerman, Esq. Gavin.Westerman@weil.com

   c. Debtors' investment banker:

      Brandon Aebersold and Levi Quaintance: project.blue.rx@lazard.com

II. Buyer Parties
   a. Buyer
      Kunal S. Kamlani: kunal@eslinvest.com
      Harold Talisman: harold@eslinvest.com

   b. Counsel
      Christopher E. Austin, Esq.: caustin@cgsh.com
      Benet J. O'Reilly, Esq.: boreilly@cgsh.com
      Sean A. O'Neal, Esq.: soneal@cgsh.com

III. Consultation Parties
   a. Bank of America
      Paul Leake, Esq.: Paul.Leake@skadden.com
      Shana Elberg, Esq.: Shana.Eiberg@skadden.com
      George Howard, Esq.: George.Howard@skadden.com

   b. Wells Fargo Bank
      Kevin J. Simard, Esq.: ksimardachoate.com
      Jonathan D. Marshall, Esq.: jmarshall@choate.com

c. Committee
    Ira S. Dizengoff, Esq. : idizengoff@akingump.com
    Philip C. Dublin, Esq.: pdublin@akingump.com
    Abid Qureshi, Esq.: aqureshi@akingump.com
    Sara L. Brauner, Esq.: sbrauner@akingump.com

**VIA FIRST CLASS MAIL**

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attention: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Sears Holdings Corporation
Attn: General Counsel
3333 Beverly Road
Hoffman Estates, IL 60179

Weil, Gotshal & Manges LLP
Attention: Ray C. Schrock, P.C.,
Ellen J. Odoner, Gavin Westerman and Sunny Singh
767 Fifth Avenue
New York, New York 10153

Cleary Gottlieb Steen & Hamilton LLP
Attention: Christopher E. Austin,
Benet J. O'Reilly and Sean A. O'Neal
One Liberty Plaza
New York, NY 10006