# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **SEARS HOLDINGS CORPORATION**, *et al,* Debtors. | Case No. 18-23538 (RDD) (Jointly Administered) |
| | Hon. Robert D. Drain |

## ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the Motion of Kurt Ramlo, to be admitted, pro hac vice, to represent EMA Investments San Diego, LLC, a creditor in the above-referenced jointly administered cases, and upon the Movant's certification that the Movant is a member in good standing of the bar in the State of California, and the bar of the U.S. District Court for the Central District of California, it is hereby

**ORDERED,** that Kurt Ramlo is admitted to practice, pro hac vice, in the above-referenced jointly administered cases, to represent EMA Investments San Diego, LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____
New York, New York

/s/ _____
    HONORABLE ROBERT D. DRAIN
    UNITED STATES BANKRUPTCY JUDGE