**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x    Chapter 11

In re:

SEARS HOLDINGS CORPORATION, et al.    Case No. 18-23538 (RDD)

(Jointly Administered)

Debtors

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I William P. Fennell, certify that I am not less than 18 years of age, and that service of the following documents:

1.     SUPPLEMENTAL OBJECTION TO CURE AND ADEQUATE ASSURANCE INFORMATION BY DEDEAUX INLAND EMPIRE PROPERTIES RE ONTARIO, CA. LEASE (List No. 8729, Lease No. 872900) (SUPPLEMENTING PREVIOUS OBJECTION FILED JANUARY 29, 2019, Dkt. 2169)

2.     SUPPLEMENTAL OBJECTION TO CURE AND ADEQUATE ASSURANCE INFORMATION BY DART WAREHOUSE CORPORATION RE NAPERVILLE, IL. SUB-LEASE (List No. 8262, Lease Nos. 862200 AND 862250) AND NAPERVILLE MASTER SERVICES AGREEMENT AND STATEMENT OF WORK (List No. 1967, Contract No. CW2288705 AND No. 1964, Contract No. CW2330726) (SUPPLEMENTING JANUARY 29, 2019 OBJECTIONS DKT. 2165 AND DKT. 2167 AND 2168)

3.     SUPPLEMENTAL OBJECTION TO CURE AND ADEQUATE ASSURANCE INFORMATION, AND TO NOTICE OF REJECTION, BY DART INTERNATIONAL RE FLEET TRANSPORTATION AGREEMENT (List. Nos. 1965-1966, Contract Nos. 520768 and 518187) (SUPPLEMENTING JANUARY 29, 2019 OBJECTION DKT. 2170)

was caused to be made on May 2, 2019, in the manner indicated upon the entities identified below.

Dated: May 2, 2019
    San Diego, CA

                         By: /s/William P. Fennell_____
                         William P. Fennell, Esq.

**Via FedEx**

Chambers of the Honorable Judge Robert D.
Drain
United States Bankruptcy Court
Southern District New York
300 Quarropas Street, Room 248
White Plains, NY 10601

**Via Court Notice of Electronic Filing ("NEF")**

Robin S. Abramowitz    abramowitz@larypc.com, fox@larypc.com
Neil H. Ackerman    nackerman@ackermanfox.com,
kfox@ackermanfox.com;r52605@notify.bestcase.com
David G. Aelvoet    sanantonio.bankruptcy@publicans.com
Jaime Agnew    jaimeagnew21@gmail.com
Richard A. Aguilar    raguilar@mcglinchey.com, aparish@mcglinchey.com
Luma Al-Shibib    lal-shibib@andersonkill.com,
dflynn@andersonkill.com;Dfraser@andersonkill.com;Msilverschotz@andersonkill.com
Justin Alaburda    jmalaburda@bmdllc.com
Myles H Alderman    myles.alderman@alderman.com
John C. Allerding    john.allerding@thompsonhine.com
Arlene Rene Alves    alves@sewkis.com
Michael S. Amato    mamato@rmfpc.com, dolsen@rmfpc.com;smcgrath@rmfpc.com
Michele Angell    mangell@kasowitz.com, courtnotices@kasowitz.com
Philip D. Anker    philip.anker@wilmerhale.com,
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com
Tara B. Annweiler    tannweiler@greerherz.com
Joel D. Applebaum    japplebaum@clarkhill.com
Laura E. Appleby    appleby@chapman.com
Jenelle C Arnold    bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com
Simon Aron    saron@wrslawyers.com, jnarcise@wrslawyers.com
Joseph Aronauer    jaronauer@aryllp.com
Peter M. Aronoff    peter.aronoff@usdoj.gov
Kory A. Atkinson    kaa@koryatkinson.com
Joseph Badtke-Berkow    joseph.badtke-berkow@allenovery.com,
kurt.vellek@allenovery.com;courtnotices@allenovery.com;toby.mann@allenovery.com
Brandon K. Bains    bbains@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com
Michael I. Baird    baird.michael@pbgc.gov, efile@pbgc.gov
John T. Banks    jbanks@pbfcm.com, jbanks@ecf.inforuptcy.com
Sedric Banks    sedbanks@aol.com
Shari Barak    sbarak@logs.com, NYBKCourt@logs.com
Luke A Barefoot    lbarefoot@cgsh.com, maofiling@cgsh.com
Erika R. Barnes    ebarnes@stites.com, mdennis@stites.com
Michael Jason Barrie    mbarrie@beneschlaw.com,
debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com
Joseph Charles Barsalona    jbarsalona@mnat.com

Robert D. Bass     bob.bass47@icloud.com, bob.bass47@icloud.com

Paul M. Basta     pbasta@paulweiss.com

Christopher Robert Belmonte     cbelmonte@ssbb.com,
pbosswick@ssbb.com,managingclerk@ssbb.com

Nola R Bencze     nbencze@clarkhill.com

Tammy L. Terrell Benoza     bankruptcy@feinsuch.com

Thomas Daniel Berghman     tberghman@munsch.com

Leslie Ann Berkoff     lberkoff@moritthock.com

Richard J. Bernard     rbernard@foley.com

Jeffrey Bernstein     jbernstein@mdmc-law.com, sshidner@mdmc-law.com

Jill B. Bienstock     jbienstock@coleschotz.com, fpisano@coleschotz.com

Karen C. Bifferato     kbifferato@connollygallagher.com

Jeffrey E Bjork     jeff.bjork@lw.com

David M. Blau     dblau@clarkhill.com

Michael V. Blumenthal     michael.blumenthal@tklaw.com

Stuart E Bodker     sbodker@mcdowellrice.com

Melissa Boey     melissa.boey@morganlewis.com

Phillip W. Bohl     phillip.bohl@gpmlaw.com

Wanda Borges     ecfcases@borgeslawllc.com

Dustin Parker Branch     branchd@ballardspahr.com, carolod@ballardspahr.com

Duane Brescia     duane.brescia@clarkhillstrasburger.com,
bkrtcynotices@clarkhillstrasburger.com;donna.krupa@clarkhillstrasburger.com;Kathi.Alexander
@clarkhillstrasburger.com

Kay Diebel Brock     bkecf@co.travis.tx.us

Michael D. Brofman     mbrofman@weisszarett.com

James L. Bromley     bromleyj@sullcrom.com, bromleyj@sullcrom.com

Lynn Hamilton Butler     Lynn.Butler@huschblackwell.com,
Lynn.Butler@huschblackwell.com

Lawrence W Byrne     lbyrne@pedersenhoupt.com

CRG Financial LLC     allison@claimsrecoveryllc.com

Donald F. Campbell     dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com

Jeffrey A. Carlino     jacarlino@kslnlaw.com, rabacon@kslnlaw.com

James S. Carr
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Robert Carson     rcarson@carsonfischer.com

Jamie S. Cassel     jsc@renozahm.com, jsc@renozahm.com

Michael J. Catalfimo     mcatalfimo@carterconboy.com,
hmclenithan@carterconboy.com;rmcfee@carterconboy.com;jstein@carterconboy.com

Katherine R. Catanese     kcatanese@foley.com

George B. Cauthen     george.cauthen@nelsonmullins.com,
Linnea.hann@nelsonmullins.com;joan.kishline@nelsonmullins.com

Rocco A. Cavaliere     rcavaliere@tarterkrinsky.com, snobles@tarterkrinsky.com

Janine M. Cerbone     jfigueiredo@hahnhessen.com, jfigueiredo@hahnhessen.com

Rudy J Cerone     rcerone@mcglinchey.com

Charles Chamberlin     charles.chamberlin@nebraska.gov

Mark J Chaney     mchaney@mcglinchey.com, aparish@mcglinchey.com

Scott K. Charles     skcharles@wlrk.com, calert@wlrk.com

Michael Chatwin     NYBKCourt@logs.com

Clement Cheng     law@clemcheng.com

Gustavo A Chico-Barris     gchico@ferraiuoli.com,
hruiz@ferraiuoli.com;edocketslit@ferraiuoli.com

Hyun Suk Choi     hchoi@choiandpark.com,
lkleist@choiandpark.com;cpark@choiandpark.com;jpatten@choiandpark.com;kmclaughlin@ch
oiandpark.com

Carol Chow     Carol.Chow@ffslaw.com, easter.santamaria@ffslaw.com

Shawn M. Christianson     schristianson@buchalter.com, cmcintire@buchalter.com

Jeffrey Chubak     jchubak@storchamini.com

Louis J. Cisz     lcisz@nixonpeabody.com

Mary Ann Claraval     maryannpsu@comcast.net

Ronald Alexander Clark     aclark@cov.com

Donald W. Clarke     dclarke@wjslaw.com, dclarke@ecf.inforuptcy.com

Marvin E. Clements     agbanknewyork@ag.tn.gov

Eboney Cobb     ecobb@pbfcm.com

Joshua W. Cohen     jwcohen@daypitney.com, arametta@daypitney.com

Patrick Collins     pcollins@farrellfritz.com

Sonia E Colon     scolon@ferraiuoli.com,
edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com;hruiz@ferraiuoli.com;soniaecolon@gma
il.com

Michael J. Connolly     mconnolly@formanlaw.com, kanema@formanlaw.com

Andrew S. Conway     aconway@taubman.com

Stephen A Corr     scorr@begleycarlin.com

Joseph Corrigan     bankruptcy2@ironmountain.com

Ramon Coto-Ojeda     nac@crlawpr.com, nac@crlawpr.com

Julie Cvek Curley     jcurley@kacllp.com,
AttorneyCvek@gmail.com;bleonardo@kacllp.com;5696@notices.nextchapterbk.com

Kelly Rose Cusick     cusick.kelly@pbgc.gov, efile@pbgc.gov

Brian Custy     bcusty@custylaw.com

Anthony J D'Artiglio     ajd@ansellgrimm.com,
jb@ansellgrimm.com;merediths@ansellgrimm.com

Raniero D'Aversa     rdaversa@orrick.com

Robert K. Dakis     rdakis@morrisoncohen.com, bankruptcy@morrisoncohen.com

Eric C. Daucher     eric.daucher@nortonrosefulbright.com

Janice I Daul     jdaul@kcr-law.com

Richard T. Davis     rdavis@cafarocompany.com

Louis Thomas DeLucia     louis.delucia@icemiller.com

Sam Della Fera     sdellafera@msbnj.com, ldipaolo@msbnj.com

Christopher M. Desiderio     cdesiderio@nixonpeabody.com

Andrew Devore     andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com

Andrew G. Dietderich     dietdericha@sullcrom.com,
s&cmanagingclerk@sullcrom.com;andrew-dietderich-6008@ecf.pacerpro.com;BAKERR@SUL
LCROM.COM

John P. Dillman     houston_bankruptcy@publicans.com

Ted A. Dillman    ted.dillman@lw.com
Ira S. Dizengoff    idizengoff@akingump.com,
afreeman@akingump.com;apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akin
gump.com
Caroline Djang    caroline.djang@bbklaw.com
Amish R. Doshi    amish@doshilegal.com
James F. Dowden    jfdowden@swbell.net
Elizabeth L Doyaga    edoyaga@flwlaw.com, jspiegelman@flwlaw.com
Leo B Dubler    leodubler@fast.net
Joshua A. Dunn    jdunn@vedderprice.com, ecfnydocket@vedderprice.com
David W. Dykhouse    dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com
Rachel E. Edwards    redwards@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com
Devon Eggert    deggert@freeborn.com, bkdocketing@freeborn.com
Judith Elkin    elkinj@mac.com, elkinj@mac.com
Samuel G Encarnacion    same@haggertylaw.com
Marita S. Erbeck    marita.erbeck@dbr.com
Carrie Essenfeld    cessenfeld@halperinlaw.net, cmitchell@halperinlaw.net
Daniel E. Etlinger    detlinger@jennislaw.com, karon@jennislaw.com
Kevin J Etzel    ketzel@vedderprice.com
Michael Eversden    meversden@mcgrathnorth.com
Catania Facher    cfacher@alonsolegal.com
Garrett A. Fail    garrett.fail@weil.com, Paloma.VanGroll@weil.com
Stephen Vincent Falanga    sfalanga@walsh.law, mvargas@walsh.law
Thomas A. Farinella    tf@lawtaf.com, ecf@lawgmf.com
Steven Charles Farkas    scf@cohmlaw.com,
jenniferg@cohmlaw.com;lindac@cohmlaw.com;lah@cohmlaw.com
John T. Farnum    jfarnum@linowes-law.com, jcummings@linowes-law.com
Thomas R. Fawkes    tomf@goldmclaw.com
Alan Feld    afeld@sheppardmullin.com
Mark E. Felger    MFelger@cozen.com, MBrickley@cozen.com;mmillis@cozen.com
James R. Felton    jfelton@greenbass.com, mtyndall@greenbass.com
Christopher V Fenlon    cfenlon@hinckleyallen.com
William P Fennell    william.fennell@fennelllaw.com,
luralene.schultz@fennelllaw.com,charles.bethel@fennelllaw.com,mblackburnjoniaux@fennellla
w.com
John R. Fifarek    knelson@laskyfifarek.com, csczepanski@laskyfifarek.com
Charles J. Filardi    cfilardi@rrlawpc.com, abothwell@rrlawpc.com
Scott D. Fink    brodellecf@weltman.com
Glenn M. Fjermedal    gfjermedal@davidsonfink.com, vbillups@davidsonfink.com
Jonathan L. Flaxer    jflaxer@golenbock.com,
jsavitsky@golenbock.com;mweinstein@golenbock.com
Ken Florey    kflorey@rsnlt.com
Thomas J. Flynn    tflynn@larkinhoffman.com
Christopher Fong    cfong@nixonpeabody.com
Kiah T Ford    chipford@parkerpoe.com
Edward M. Fox    emfox@seyfarth.com

Gregory W. Fox    gfox@goodwinprocter.com, ACunningham@goodwinlaw.com

Shawn Randall Fox    sfox@mcguirewoods.com

Joseph D. Frank    jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

Mark A. Frankel    mfrankel@bfklaw.com,
mfrankel@bfklaw.com;mark_frankel@yahoo.com;frankel.mark@gmail.com;frankelmr74702@n
otify.bestcase.com

Elise S. Frejka    efrejka@frejka.com

Alana M. Friedberg    alana.friedberg@dlapiper.com

Jeff J. Friedman    jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Michael Friedman    friedman@chapman.com, iyassin@chapman.com

Joseph Froehlich    jfroehlich@lockelord.com

Patricia B. Fugee    Patricia.Fugee@FisherBroyles.com, ecf@cftechsolutions.com

Thomas M. Gaa    tgaa@bbslaw.com, yessenia@bbslaw.com

James Gadsden    bankruptcy@clm.com

Robert Gainer    rgainer@cutlerfirm.com, snewton@cutlerfirm.com

Gregg M. Galardi    gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com

David J. Gallagher    dgallagher@mnlawoffice.com

Alan E. Gamza    Agamza@mosessinger.com,
dkick@mosessinger.com;jbonteque@mosessinger.com;kkolbig@mosessinger.com;rcorbi@mose
ssinger.com

Jeffrey K. Garfinkle    jgarfinkle@buchalter.com,
dcyrankowski@buchalter.com;docket@buchalter.com

Victoria D. Garry    vgarry@ag.state.oh.us

Christopher Gartman    gartman@hugheshubbard.com,
corp-reorg-department-7318@ecf.pacerpro.com

Ryan Zachary Gelber    zgelber@gelbersantillo.com

Matthew Gensburg    mgensburg@gcklegal.com

Charles George    cgeorge@wyrick.com, abray@wyrick.com;cabitbol@wyrick.com

Stephen B. Gerald    sgerald@wtplaw.com, clano@wtplaw.com

Yann Geron    ygeron@reitlerlaw.com,
ygeronnys@ecf.axosfs.com;jlitos@reitlerlaw.com;nsantucci@reitlerlaw.com;adaniszewski@reit
lerlaw.com;asuffern@epiqglobal.com

Peter M. Gilhuly    peter.gilhuly@lw.com, peter-gilhuly-1776@ecf.pacerpro.com

Steven A. Ginther    sdnyecf@dor.mo.gov

Luvell L Glanton    glantonfirm@gmail.com

Eduardo J. Glas    ejglas@gmail.com

Jeffrey R. Gleit    jgleit@sandw.com,
gschlack@sandw.com,bcooley@sandw.com;aweiss@sandw.com,nkoslof@sandw.com,tkethro@
sandw.com

Ronald Eric Gold    rgold@fbtlaw.com,
awebb@fbtlaw.com;bmparker@fbtlaw.com;eseverini@fbtlaw.com

Janet Ellen Goldstein    janet.goldstein@rhcrlaw.com,
Jan21gold@aol.com;howard.levine@rhcrlaw.com;Georgia.papazis@rhcrlaw.com

Michael Goldstein    mgoldstein@goodwinlaw.com

Brendan Goodhouse    bgoodhouse@cuddyfeder.com

Eric R Goodman    egoodman@bakerlaw.com

Leon B Gordon     cary.cain@mvbalaw.com, bankruptcy@mvbalaw.com
David S. Gragg     dgragg@langleybanack.com, cjohnston@langleybanack.com
Jonathan Adam Grasso     jon@piercemccoy.com
Ira S. Greene     ira.greene@lockelord.com
Christopher A. Grosman     cgrosman@carsonfischer.com
Deborah R. Gross     dgross@kcr-law.com, JHannigan@kcr-law.com
Janice Beth Grubin     Janice.Grubin@leclairryan.com
Charles A. Gruen     cgruen@gruenlaw.com
Allen J. Guon     aguon@foxrothschild.com, aguon@foxrothschild.com
Harry M. Gutfleish     harry@gutfleishlaw.com
Laura R Hall     laura.hall@allenovery.com,
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com
Mark E. Hall     mhall@foxrothschild.com, cbrown@foxrothschild.com
Aaron L. Hammer     ahammer@hmblaw.com,
ecfnotices@hmblaw.com;jguzzardo@hmblaw.com
Paul E. Harner     paul.harner@lw.com
Juandisha Harris     harrisj12@michigan.gov
Sharon A. Harris     sharon@attorneyzim.com
David Henry Hartheimer     david@mhlaw-ny.com, david@clearbid.com
Jonathan Scott Hawkins     jonathan.hawkins@thompsonhine.com,
THDaytonECF@thompsonhine.com;ECFDocket@thompsonhine.com
Patrick L. Hayden     phayden@mcguirewoods.com
Melissa S Hayward     mhayward@haywardfirm.com
Leslie C. Heilman     heilmanl@ballardspahr.com, lanoc@ballardspahr.com
Christopher Matthew Hemrick     chemrick@walsh.law, chemrick@walsh.law
Ira L. Herman     iherman@blankrome.com,
nybankruptcydocketing@blankrome.com;eDocketing@blankrome.com
Neil E. Herman     Nherman@morganlewis.com
Michael R. Herz     mherz@formanlaw.com, cbrown@formanlaw.com
George Bernard Hofmann     ghofmann@cohnekinghorn.com, mparks@cohnekinghorn.com
Marie Polito Hofsdal     mhofsdal@pryorcashman.com
Evan C Hollander     echollander@orrick.com, jgoldfinger@orrick.com;efua@orrick.com
James J. Holman     jjholman@duanemorris.com
Caleb T. Holzaepfel     caleb.holzaepfel@huschblackwell.com
Robert Honeywell     robert.honeywell@klgates.com, brian.koosed@klgates.com
Joon P. Hong     joonhong@chapman.com
Benjamin Hugon     bhugon@mckoolsmith.com, nsauter@mckoolsmith.com
Rita L Hullett     rhullett@bakerdonelson.com
Hanh Vinh Huynh     hhuynh@rubinlawllc.com, prubin@rubinlawllc.com
Allison Akiko Ito     aito@hibklaw.com
Russell Jackson     rjackson@thomasjhenrylaw.com
Hugh G. Jasne     jf@jasneflorio.com, hgj@jasneflorio.com
Dwight Jefferson     djefferson@coatsrose.com
Christian Paul Jensen     jensenc@sullcrom.com
Monique Debrikka Jewett-Brewster     mjb@hopkinscarley.com, eamaro@hopkinscarley.com
William Austin Jowers     ajowers@kslaw.com

Allen G. Kadish    akadish@archerlaw.com,
lschildkraut@archerlaw.com;chansen@archerlaw.com;hbreakstone@archerlaw.com
Vera N Kanova    verkanova@pa.gov
Alan H Katz    akatz@lockelord.com
Alan F. Kaufman    alan.kaufman@nelsonmullins.com
William E. Kelleher    wkelleher@cohenlaw.com,
mgraeb@cohenlaw.com;hward@cohenlaw.com
Steven W. Kelly    skelly@s-d.com
Gerald P. Kennedy    gerald.kennedy@procopio.com,
angela.stevens@procopio.com;calendaring@procopio.com
Roland Scott Keske    rsk@lefltd.com, eg@lefltd.com
Ferve E. Khan    fkhan@bakerlaw.com
Erin C. Kim    kim.erin@pbgc.gov, efile@pbgc.gov
Jane Kim    jkim@kellerbenvenutti.com
Alan M Kindred    akindred@leechtishman.com,
dtomko@leechtishman.com;ghauswirth@leechtishman.com
Edward M. King    tking@fbtlaw.com
Dawn Kirby    dkirby@kacllp.com, bleonardo@kacllp.com;dap@ddw-law.com
Lauren Catherine Kiss    lkiss@klestadt.com
Richard Klass    richklass@courtstreetlaw.com
Sarah J Klebolt    sjk@carmodymacdonald.com, ala@carmodymacdonald.com
Michael Klein    mklein@aftlaw.com
Jeremy C. Kleinman    jkleinman@fgllp.com
Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@yahoo.com
John R. Knapp    john.knapp@millernash.com, lisa.petras@millernash.com
Tanya Korkhov    tkorkhov@kellerrohrback.com
Lawrence J. Kotler    ljkotler@duanemorris.com
Matthew Patrick Kremer    mkremer@omm.com, mpkremer@gmail.com
David S. Kupetz    dkupetz@sulmeyerlaw.com,
asokolowski@sulmeyerlaw.com;dperez@sulmeyerlaw.com
Jeffrey Kurtzman    jkurtzma@klehr.com
Marc J. Kurzman    mkurzman@carmodylaw.com
Alyssa E. Kutner    kutnera@ballardspahr.com
Michael Kwiatkowski    mkwiatkowski@msek.com, lgomez@msek.com
Paul J. Labov    plabov@foxrothschild.com, msteen@foxrothschild.com
Darryl S. Laddin    bkrfilings@agg.com
Keith A Langley    klangley@l-llp.com, ehyman@l-llp.com;pgentry@l-llp.com
Lynn Rowe Larsen    llarsen@taftlaw.com, LLAUREN@TAFTLAW.COM
Fernand L Laudumiey    laudumiey@chaffe.com
Lacy Martin Lawrence    llawrence@akingump.com, txdocketing@akingump.com
Vincent Edward Lazar    vlazar@jenner.com
Gilbert A. Lazarus    gillazarus@gmail.com
Harlan Mitchell Lazarus    hmllaw@att.net, hlazarus@lazarusandlazarus.com
Tara LeDay
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvb
alaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com

Robert L. LeHane
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com
Paul D. Leake
wendy.lamanna@skadden.com;andrea.bates@skadden.com;Jacob.aboodi@skadden.com
Andrew M Leblanc   aleblanc@milbank.com
Bernice C Lee   blee@slp.law, dwoodall@slp.law
Michael Skoy Legge   mlegge@huntonak.com,
tkracht@huntonak.com;rphair@huntonak.com;ghesse@huntonak.com
Joseph H. Lemkin   jlemkin@stark-stark.com
Nicole A Leonard   nleonard@mdmc-law.com, sshidner@mdmc-law.com
William J. Levant   efile.wjl@kaplaw.com
Richard B. Levin   rlevin@jenner.com
Mark Levine   mlevine@zlk.com, mlevine@zlk.com
Noah Levine   noah.levine@wilmerhale.com, WHDocketing@wilmerhale.com
Kenneth M. Lewis   klewis@wtplaw.com, klewis@lewispllc.com
Lawrence A. Lichtman   llichtman@honigman.com, litdocket@honigman.com
Lewis J. Liman   LLiman@cgsh.com, maofiling@cgsh.com
Jessica Liou   jessica.liou@weil.com
Alan Jay Lipkin   alipkin@willkie.com, maosbny@willkie.com
Kevin M Lippman   klippman@munsch.com, pmoore@munsch.com
Robert Liubicic   rliubicic@milbank.com
Armando Llorens   armando@furgang.com
Jacqulyn S. Loftin   jsl@lhmlawfirm.com
Brian J. Lohan   brian.lohan@arnoldporter.com,
brian.lohan@arnoldporter.com;edocketscalendaring@arnoldporter.com
John G. Loughnane   jloughnane@nutter.com
Donald K. Ludman   dludman@brownconnery.com
Christopher A. Lynch   clynch@reedsmith.com
Kramer Lyons   klyons@ohdbslaw.com
Howard P. Magaliff   hmagaliff@r3mlaw.com, hcolon@r3mlaw.com
Abena Mainoo   amainoo@cgsh.com, maofiling@cgsh.com
Christopher J. Major   cjm@msf-law.com, bm@msf-law.com
Colleen Maker   cmaker@walsh.law
Jacob A. Manheimer   jmanheimer@pierceatwood.com,
mpottle@pierceatwood.com;rkelley@pierceatwood.com;kcunningham@pierceatwood.com
Jacqueline Marcus   jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com
Jennifer L. Marines   jmarines@mofo.com,
docketny@mofo.com;jennifer-marines-1173@ecf.pacerpro.com
Ilan Markus   ilan.markus@leclairryan.com, andrew.cole@leclairryan.com
Jonathan D. Marshall   jmarshall@choate.com
Rachel J. Mauceri   rmauceri@morganlewis.com
Laurence May   lmay@eisemanlevine.com
Sandra E. Mayerson   sandy@mhlaw-ny.com
Shlomo Maza   shlomomaza@paulhastings.com
Matthew McCann   mmccann@swc-law.com, mmccann@swc-law.com

William McCarron     mccarron.william@pbgc.gov, efile@pbgc.gov
John G. McCarthy     jmccarthy@sgrlaw.com, nyoecf@sgrlaw.com
Richard J. McCord     RMcCord@CBAH.com,
afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com
Sawnie A. McEntire     smcentire@pmmlaw.com
Brian S. McGrath     bmcgrath@mcglinchey.com
David M. Meegan     jhutton@mhksacto.com, jhutton@mhksacto.com
Deborah Jill Michelson     michelson@mgfl-law.com
Lisa Milas     lmilas@schillerknapp.com,
ahight@schillerknapp.com;kcollins@schillerknapp.com;bfisher@schillerknapp.com;Tshariff@s
chillerknapp.com
Aaron Gerhard Miller     amiller@vazirilaw.com
Brett H. Miller     bmiller@mofo.com, brett-miller-1388@ecf.pacerpro.com
Curtis S. Miller     cmiller@mnat.com
Dennis D. Miller     dmiller@steinlubin.com
Stephen M. Miller     smiller@morrisjames.com,
wweller@morrisjames.com;jdawson@morrisjames.com
Russell W. Mills     rmills@bellnunnally.com, nsummerville@bellnunnally.com
Robert K. Minkoff     rminkoff@cedargladecapital.com
Joseph Thomas Moldovan     bankruptcy@morrisoncohen.com
Carol E. Momjian     cmomjian@attorneygeneral.gov
Laura J. Monroe     lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com
Kevin P. Montee     kmontee@monteefirm.com, kmontee@monteefirm.com
Julie F. Montgomery     jmontgomery@brownconnery.com
Courtney Morgan     morgan.courtney@pbgc.gov, efile@pbgc.gov
Pauline K. Morgan     bankfilings@ycst.com, dlaskin@ycst.com
John Mueller     jmueller@lippes.com
Rahul Mukhi     rmukhi@cgsh.com, maofiling@cgsh.com
Edgardo Munoz     emunozpsc@gmail.com
Paul D. Murphy     sdeiches@murphyrosen.com
Klaus Peter Muthig     muthigk@mcao.maricopa.gov
Bruce S. Nathan     bnathan@lowenstein.com, msavetsky@lowenstein.com
Edward E. Neiger     eneiger@askllp.com, lmiskowiec@askllp.com
Kevin Michael Newman     knewman@barclaydamon.com
Victor Newmark     vnewmark@evict.net
Timothy F. Nixon     tnixon@gklaw.com, kboucher@gklaw.com;pbrellenthin@gklaw.com
Sean E. O'Donnell     sodonnell@herrick.com,
courtnotices@herrick.com;lporetsky@herrick.com;rrichards@herrick.com
Sean A. O'Neal     soneal@cgsh.com, maofiling@cgsh.com
Sean A. OKeefe     sokeefe@okeefelc.com, seanaokeefe@msn.com
Rachel R Obaldo     bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov
Thomas S. Onder     tonder@stark-stark.com
Mark Russell Owens     mowens@btlaw.com,
mowens@btlaw.com;bankruptcyindy@btlaw.com
Stephen M. Packman     spackman@archerlaw.com,
mfriedman@archerlaw.com;jkulback@archerlaw.com

James P. Pagano    jppaganoesq@gmail.com, jppaganoesq@gmail.com
Jennifer Kennedy Park    jkpark@cgsh.com
Richard J. Parks    rjp@pietragallo.com, ms@pietragallo.com;jk@pietragallo.com
Barbra R. Parlin    barbra.parlin@hklaw.com,
elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com
Paul J. Pascuzzi    ppascuzzi@ffwplaw.com
Jennifer Pastarnack    jennifer.pastarnack@cliffordchance.com
Kristen N. Pate    bk@brookfieldpropertiesretail.com
Richard C. Pedone    rpedone@nixonpeabody.com
Melissa A. Pena    mapena@nmmlaw.com, pfreda@nmmlaw.com
Eloy A Peral    eperal@wilkauslander.com
Phillip Russell Perdew    rperdew@lockelord.com, chicagodocket@lockelord.com
Frank Peretore    fperetore@csglaw.com, ecf@csglaw.com
Deborah M Perry    dperry@munsch.com
Geoffrey J. Peters    colnyecf@weltman.com
Albena Petrakov    apetrakov@offitkurman.com
Douglas J. Pick    dpick@picklaw.net, ezabicki@picklaw.net
Jonathan E. Pickhardt    jonpickhardt@quinnemanuel.com
Michael Ryan Pinkston    rpinkston@seyfarth.com
Curtis M. Plaza    cplaza@riker.com, tschellhorn@riker.com
Dana S. Plon    dplon@sirlinlaw.com
David L. Pollack    pollack@ballardspahr.com
Cynthia L Pollick    pollick@lawyer.com
Kimberly A. Posin    kim.posin@lw.com
Constantine Dean Pourakis    cp@stevenslee.com
Jennifer L. Pruski    jpruski@trainorfairbrook.com
Robert L. Pryor    rlp@pryormandelup.com
Chad Pugatch    cpugatch.ecf@rprslaw.com
Jonathan I. Rabinowitz    jrabinowitz@rltlawfirm.com
Anthony M. Rainone    arainone@bracheichler.com
Kurt Ernest Kates Ramlo    kurt.ramlo@dlapiper.com
Shane Ramsey    shane.ramsey@nelsonmullins.com,
jennifer.murray@nelsonmullins.com;emiller@bayardlaw.com;SMacon@bayardlaw.com
Justin Logan Rappaport    lr@pryormandelup.com, kj@pryormandelup.com
Paul L. Ratelle    pratelle@fwhtlaw.com
Gary O. Ravert    gravert@ravertpllc.com, gary.ravertpllc@gmail.com
Jeffrey A. Reich    reichlaw@reichpc.com
Kevin Reid    kreid@kozonislaw.com
Norman Neville Reid    nreid@foxswibel.com
Annemarie V. Reilly    annemarie.reilly@lw.com
Ryan C. Reinert    rreinert@shutts.com, juanitasanchez@shutts.com
Guy A. Reiss    greiss@reisspreuss.com
Carol Ann Rich    crich@dudleylaw.com
Steven Richman    srichman@clarkhill.com
Michael J. Riela    riela@thsh.com
Fred B. Ringel    fbr@robinsonbrog.com

Christy Rivera    christy.rivera@nortonrosefulbright.com
Jennifer L. Rodburg    jennifer.rodburg@friedfrank.com,
managingattorneysdepartment@friedfrank.com
Beth Ellen Rogers    brogers@berlawoffice.com
Laurel D. Roglen    roglenl@ballardspahr.com, lanoc@ballardspahr.com
Alexis J. Rogoski    arogoski@skarzynski.com
Mark S. Roher    mroher@markroherlaw.com, ecf3.markroherlaw@gmail.com
Kristen D Romano    kromano@mcglinchey.com
Julie H Rome-Banks    julie@bindermalter.com
Adam L. Rosen    adam.rosen@alrcounsel.com, tpavalis@diamondmccarthy.com
Robert M. Rosen    rrosen@pmmlaw.com
Sanford Philip Rosen    srosen@rosenpc.com, pgyparakis@rosenpc.com
Arthur E. Rosenberg    arthur.rosenberg@hklaw.com
David A. Rosenzweig    david.rosenzweig@nortonrosefulbright.com
Douglas B. Rosner    drosner@goulstonstorrs.com
Beth J. Rotenberg    brotenberg@csglaw.com, ecf@csglaw.com
Paul Rubin    prubin@rubinlawllc.com, hhuynh@rubinlawllc.com
Myrna Ruiz-Olmo    mro@prbankruptcy.com,
tbp@prbankruptcy.com,lsg@prbankruptcy.com
Maura I. Russell    mrussell@ckrlaw.com
Patrick Morgan Ryan    pmryan@sorlinglaw.com, smjordan@sorlinglaw.com
CARL JOSEPH SORANNO    csoranno@bracheichler.com,
dfamula@bracheichler.com;jpmartin@bracheichler.com
Kayvan B. Sadeghi    ksadeghi@schiffhardin.com
Thomas James Salerno    thomas.salerno@stinson.com, Karen.graves@stinson.com
Diane W. Sanders    austin.bankruptcy@lgbs.com
Thomas J. Sansone    tsansone@carmodylaw.com
Joseph E. Sarachek    joe@saracheklawfirm.com, jon@saracheklawfirm.com
Robert M. Sasloff    rms@robinsonbrog.com
Bruce M. Sattin    bsattin@szaferman.com
Russell W. Savory    russ@bsavory.com
Gilbert R. Saydah    gsaydah@ckrlaw.com
Courtney A Schael    cschael@ashfordnjlaw.com, mrogers@ashfordnjlaw.com
Michael L. Schein    mschein@vedderprice.com,
ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-schein-3874@ecf.pa
cerpro.com
Aaron J. Scheinfield    aaron@bk-lawyer.net
Frederick E. Schmidt    eschmidt@cozen.com
Bradley Schneider    bradley.schneider@mto.com
Edward L. Schnitzer    eschnitzer@ckrlaw.com
Ray C Schrock    ray.schrock@weil.com, matthew.goren@weil.com
Christopher P. Schueller    christopher.schueller@bipc.com,
timothy.palmer@bipc.com;donna.curcio@bipc.com
H. Jeffrey Schwartz    hjschwartz@mckoolsmith.com, hjschwartz@mckoolsmith.com
Gary F Seitz    gseitz@gsbblaw.com, gary.seitz@gmail.com
Michelle Marie Sekowski    msekowski@herrick.com,

courtnotices@herrick.com;lporetsky@herrick.com;maustin@herrick.com

Stephen B. Selbst    sselbst@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com

Richard M. Seltzer    rseltzer@cwsny.com, ecf@cwsny.com

Pearl Shah    pshah@mcgrailbensinger.com

Yaron Shaham    yshaham@kahanafeld.com

Michael Abtin Shakouri    mshakouri@goodkinlynch.com

Ross G Shank    rshank@kasowitz.com, courtnotices@kasowitz.com

Karen Sheehan    ksheehan@flwlaw.com, jspiegelman@flwlaw.com

Bradley S. Shraiberg    bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com

Michelle E. Shriro    mshriro@singerlevick.com, scotton@singerlevick.com

Andrew I. Silfen    andrew.silfen@arentfox.com,
beth.brownstein@arentfox.com;jordana.renert@arentfox.com;lisa.indelicato@arentfox.com;sean
.boren@arentfox.com

Leah Silverman    lsilverman@opeaklp.com

Daniel M. Silvershein    daniel@dmsilverlaw.com

Kevin J. Simard    ksimard@choate.com

Wendy M. Simkulak    wmsimkulak@duanemorris.com

Sunny Singh    sunny.singh@weil.com,
Andriana.Georgallas@weil.com;Paloma.VanGroll@weil.com;Vincent.Yiu@weil.com;Philip.Di
Donato@weil.com

Peter B. Siroka    peter.siroka@friedfrank.com,
aaron_rothman@friedfrank.com;alix.brozman@friedfrank.com;ManagingAttorneysDepartment
@friedfrank.com

Doug Skierski    enotices@skijain.com

Daniel W. Sklar    dsklar@nixonpeabody.com, ccarlin@nixonpeabody.com

Stanley M Slonaker    Stan@SSlonaker.us

Patrick Slyne    pkslyne@ssbny.com

Aaron C. Smith    asmith@lockelord.com,
chicagodocket@lockelord.com;jcataldo@lockelord.com

Dustin Smith    smithd@hugheshubbard.com,
corp-reorg-department-7318@ecf.pacerpro.com

James Hartmann Smith    jsmith@mckoolsmith.com

Neal Smith    nsmith@robbins-schwartz.com

Steven B Smith    ssmith@herrick.com,
ssmith@herrick.com;lporetsky@herrick.com;courtnotices@herrick.com

Jay B Solomon    jsolomon@bbwg.com

Natasha M. Songonuga    nsongonuga@gibbonslaw.com

Owen M. Sonik    osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com

James E. Sorenson    bk@svllaw.com, jim@svllaw.com

Fredric Sosnick    fsosnick@shearman.com

Sean C. Southard    ssouthard@klestadt.com

Penny R. Stark    pstarkesq@gmail.com

Matthew Benjamin Stein    mstein@kasowitz.com, courtnotices@kasowitz.com

Miriam R Stein    mstein@chuhak.com

Rick Aaron Steinberg    rsteinberg@pricemeese.com

John Mark Stern    bk-jstern@oag.texas.gov, sherri.simpson@oag.texas.gov
Richard A. Stieglitz    RStieglitz@cahill.com, MMcLoughlin@cahill.com;ma@cahill.com
Sabrina L. Streusand    streusand@slollp.com, prentice@slollp.com
Philip E. Strok    pstrok@swelawfirm.com,
gcruz@swelawfirm.com;csheets@swelawfirm.com;jchung@swelawfirm.com
Enid Nagler Stuart    enid.stuart@ag.ny.gov, leo.gagion@ag.ny.gov
Joshua Sturm    joshua.sturm@ropesgray.com
Kevin N Summers    ksummers@dflaw.com
Matthew G. Summers    summersm@ballardspahr.com, lanoc@ballardspahr.com
Vivek Suri    info@viveksuri.com, lawyer@surilawoffice.com
Casey Cantrell Swartz    cswartz@taftlaw.com
Daniel R. Swetnam    Daniel.Swetnam@icemiller.com, Deborah.Martin@icemiller.com
Douglas T. Tabachnik    dtabachnik@dttlaw.com, rdalba@dttlaw.com
Stanley B. Tarr    tarr@blankrome.com
David R Taxin    davidtaxin@dahannowick.com
Andrew Tenzer    andrewtenzer@paulhastings.com
Brett S. Theisen    btheisen@gibbonslaw.com
David L. Tillem    tillemd@wemed.com
Linda M. Tirelli    ltirelli@tw-lawgroup.com,
alopez@tw-lawgroup.com;mshowers@tw-lawgroup.com;notices@tw-lawgroup.com;nhauptman
@tw-lawgroup.com
My Chi To    mcto@debevoise.com
David G. Tobias    dtobias@tobiaslawpc.com
Gordon J. Toering    gtoering@wnj.com
Kevin Tompsett    ktompsett@harrisbeach.com,
frichenberg@harrisbeach.com;efilings@harrisbeach.com
Michael Tsang    mtsang@tsanglawfirm.com
Ronald Lee Tucker    rtucker@simon.com, bankruptcy@simon.com
Curtis Lee Tuggle    curtis.tuggle@thompsonhine.com, ECFDocket@thompsonhine.com
Andrew P. Tureaud    atureaud@kblaw.com, atureaud@kblaw.com
Bethany Turke    brt@wexlerwallace.com, ecf@wexlerwallace.com
Marshall C. Turner    marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com
United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
Veronique Urban    vurban@farrellfritz.com
Seth Van Aalten    svanaalten@cooley.com, efiling-notice@ecf.pacerpro.com
James Christopher Vandermark    vandermarkj@whiteandwilliams.com
Lori V. Vaughan    lvaughan@trenam.com, mmosbach@trenam.com;mwoods@trenam.com
James J. Vincequerra    James.Vincequerra@alston.com
Eli J. Vonnegut    eli.vonnegut@davispolk.com
Kaitlin R. Walsh    KRWalsh@mintz.com, docketing@mintz.com
David H. Wander    dhw@dhclegal.com
Eric Waxman    eric.waxman@cwt.com, nyecfnotice@cwt.com
Andrew W. Weaver    aweaver@cgsh.com, maofiling@cgsh.com
Adam J. Webb    awebb@fbtlaw.com
Daniel J. Weiner    dweiner@schaferandweiner.com
William P. Weintraub    wweintraub@goodwinprocter.com, gfox@goodwinprocter.com

Robert A Weisberg     rweisberg@carsonfischer.com, njudge@carsonfischer.com
Erica Weisgerber     eweisgerber@debevoise.com,
eweisgerber@debevoise.com,amcdermott@debevoise.com
Elizabeth Weller     dallas.bankruptcy@publicans.com,
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Eric R. Wilson
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com
Garth D. Wilson     wilson.garth@pbgc.gov, efile@pbgc.gov
Jeffrey C. Wisler     jwisler@connollygallagher.com
Samuel C. Wisotzkey     swisotzkey@kmksc.com, kmksc@kmksc.com
Norman C Witte     ncwitte@wittelaw.com, mmallswede@wittelaw.com
Amy R. Wolf     arwolf@wlrk.com, calert@wlrk.com
Lee E. Woodard     bkemail@harrisbeach.com,
ktompsett@harrisbeach.com;kgriffith@harrisbeach.com;efilings@harrisbeach.com
Melissa S. Woods     mwoods@cwsny.com, ecf@cwsny.com
Derek L. Wright     dlwright@foley.com
Thomas Yanega     ty@devacklaw.com
Megan Young     megan.john@mhllp.com
Rafael X. Zahralddin     rxza@elliottgreenleaf.com
Marc A. Zelina     marc.zelina@lw.com
Matthew C. Ziegler     matthew.ziegler@morganlewis.com
Tom Zimmerman     tom@attorneyzim.com, firm@attorneyzim.com
Scott A. Zuber     szuber@csglaw.com, ecf@csglaw.com
Evan J. Zucker     ezucker@blankrome.com,
nybankruptcydocketing@blankrome.com;eDocketing@blankrome.com
Richard L. Zucker     rzucker@lasserhochman.com
Paul H. Zumbro     pzumbro@cravath.com, mao@cravath.com

**Via First Class Mail**

c/o Sears Holdings Corporation
Stephen Sitley, Esq.
Luke J. Valentino, Esq.
Rob Riecker
3333 Beverly Road
Hoffman Estates, IL 60179

Paul Schwartzberg, Esq.
Office of the United States Trustee
Region 2
201 Varick Street, Suite 1006
New York, NY 10014

Brookfield Property REIT Inc.
Attn: Kristen N. Pate
350 N. Orleans St., Suite 300
Chicago, IL 60654-1607

Frenkel, Lambert, Weiss, Weisman &
Gordon, LLP
Attn: Michelle C. Marans, Esq.
53 Gibson Street
Bay Shore, NY 11706

Wilmorite Management Group LLC
Attn: Donald C. Cowan, Jr.
1265 Scottsville Road
Rochester, NY 14624

The Bank of New York Mellon Trust
Company
Attn: Corporate Trust Administration
101 Barclay St., Floor 8W
New York, NY 10286

BST International Fashion Ltd.
Attn: A.R. Shinivasan
Managing Director, 39 Wang Kwong Rd, Ste.
2301B, Skyline Tower, Kowloon Bay
Kawloon, Hong Kong

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attn: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Wilmington Trust, National Association
Attn: Sears Holdings Corp. Administrator
Corporate Capital Markets
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

Linebarger Goggan Blair & Sampson, LLP
Attn: Diane Wade Sanders
PO Box 17428
Austin, TX 78760

Hudson Concourse, LLC
c/o Montee & Associates
Attn: Kevin P. Montee, Esq.
1250-I Newell Ave., Suite 149
Walnut Creek, CA 94596

**Via Email:**
See Attached Service List

In re:  **Sears Holdings Corporation,** *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to State of Michigan, Department of Treasury | AG and Assistant AG for the State of Michigan, Dept. of Treasury | Attn: Dana Nessel, Juandisha M. Harris | harrisj12@michigan.gov |
| Proposed Counsel to Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner | idizengoff@akingump.com pdublin@akingump.com aqureshi@akingump.com sbrauner@akingump.com |
| Counsel to Svetlana Anderson ('Anderson") | Alderman & Alderman, LLC | Attn: Myles H. Alderman, Jr. | courts@alderman.com |
| Attorneys for Aldine Independent School District | Aldine Independent School District | Attn: Pamela H. Walters, Johnetta Lang | bnkatty@aldineisd.org |
| As Agent Bayview Loan Servicing, LLC, the Bank of New York Mellon FKA the Bank of New York | Aldridge Pite, LLP | Attn: Jenelle C. Arnold | jarnold@aldridgepite.com |
| Counsel to Morneau Shepell Ltd., in its capacity as administrator of the Sears Canada Inc. Registered Pension Plan | Allen & Overy LLP | Attn: Laura R. Hall & Joseph Badtke-Berkow | laura.hall@allenovery.com joseph.badtke-berkow@allenovery.com |
| Counsel to Twentieth Century Fox Home Entertainment LLC | Alston & Bird LLP | Attn: James J. Vincequerra | James.Vincequerra@alston.com |
| Counsel to Twentieth Century Fox Home Entertainment LLC | Alston & Bird LLP | Attn: Leib M. Lerner | leib.lerner@alston.com |
| Counsel to Sayville Menlo, LLC | Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Esq. | ajd@ansellgrimm.com |
| Counsel to the Local Texas Tax Authorities | Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Joshua S. Bauchner | ajd@ansellgrimm.com |
| Counsel to Community Unit School District 300 | Archer & Greiner, P.C. | Attn: Allen G. Kadish, Lance A. Schildkraut | akadish@archerlaw.com lschildkraut@archerlaw.com |
| Counsel to Rare Hospitality Management, LLC, Rare Hospitality International, Inc., Cheddars Casual Café, Inc., and Darden Restaurants, Inc. | Arent Fox LLP | Attn: Andrew I. Silfen, Beth Brownstein | andrew.silfen@arentfox.com beth.brownstein@arentfox.com |
| Counsel for AT&T and Turner Broadcasting Sales, Inc. | Arnold & Porter Kaye Scholer LLP | Attn: Brian J. Lohan, Esq., Ginger Clements, Esq. | brian.lohan@arnoldporter.com ginger.clements@arnoldporter.com |
| IQ9-200 SW C Ave, LLC ("SW LLC") and U.S. Bank, National Association as Trustee, Successor-in-interest to Bank of America, N.A., as Trustee, Successor-by-merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2005-IQ9 | Aronauer & Yudell, LLP | Attn: Joseph Aronauer, Esq. | jaronauer@ayllp.com |
| Counsel to Shinn Fu Company of America, Inc. | Ashford – Schael LLC | Attn: Courtney A. Schael, Esq. | CSchael@AshfordNJLaw.com |
| Counsel to City Choice Limited | ASK LLP | Attn: Edward E. Neiger, Jennifer A. Christian | eneiger@askllp.com jchristian@askllp.com |
| Counsel for AT&T and Turner Broadcasting Sales, Inc. | AT&T Services Legal Department | Attn: James W. Grudus, Esq. | Jg5786@att.com |
| Interested Party | Austin Enterprises, LP. | Attn: Magdalena Cuellar | mcuellar45@austinenterpriseslp.com |
| Counselt to 233 S. Wacker, LLC | Backenroth Frankel & Krinsky, LLP | Attn: Mark Frankel, Esq. | mfrankel@bfklaw.com |

In re:  **Sears Holdings Corporation,** *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to American Greetings Corporation | Baker & Hostetler LLP | Attn: Eric R. Goodman | egoodman@bakerlaw.com |
| Counsel to American Greetings Corporation | Baker & Hostetler LLP | Attn: Ferve Khan | fkhan@bakerlaw.com |
| Counsel to Brixmor Property Group, Inc. and Federal Realty Investment Trust | Ballard Spahr LLP | Attn: David L. Pollack | pollack@ballardspahr.com |
| Counsel to The Macerich Company, Starwood Retail Partners, LLC, Acadia Realty Limited Partnership, C.E. John Company, Inc., Centennial Real Estate Co., CenterCal Properties, LLC, GS Pacific ER, LLC, PGIM Real Estate, Vintage Real Estate, LLC, WBCMT 2007-C33 Independence Center, LLC, and White Plains Galleria Limited Partnership | Ballard Spahr LLP | Attn: Dustin P. Branch | branchd@ballardspahr.com |
| Counsel to Federal Realty Investment Trust, Acadia Realty Limited Partnership, PGIM Real Estate, Pacific Retail Group, WBCMT 2007-C33 Independence Center LLC, Starwood Retail Partners LLC, Kravco Company, Brixmor Property Group, Inc., Centennial Real Estate Co., CenterCal Properties, LLC, C. E. Johns Company, Inc., GEM Realty Capital, Inc., GS Pacific ER, LLC, The Macerich Company, Vintage Real Estate, LLC, and White Plains Galleria Limited Partnership | Ballard Spahr LLP | Attn: Leslie C. Heilman, Matthew G. Summers | heilmanl@ballardspahr.com summersm@ballardspahr.com |
| Counsel to C.J. Segerstrom & Sons, S-Tract LLC and FBA Holdings, Inc. | Ballard Spahr LLP | Attn: Paul E. Harner, Alyssa E. Kutner | harnerp@ballardspahr.com kutnera@ballardspahr.com |
| Counsel to Aviation Mall NewCo, LLC, Holyoke Mall Company, L.P., JPMG Manassas Mall Owner LLC, Poughkeepsie Galleria LLC, Salmon Run Shopping Center, L.L.C., S&R Company of West Seneca NewCo, LLC, Washington Commons NewCo LLC, and DGI LS, LLC, Light 125 James West LLC, Shilington Plaza LLC | Barclay Damon LLP | Attn: Kevin M. Newman | knewman@barclaydamon.com |
| Counsel to Urschel Development Corporation | Barnes & Thornburg LLP | Attn: Mark R. Owens | mowens@btlaw.com |
| Counsel to Retail Opportunity Investments Corp. | Bayard, P.A. | Attn: Evan T. Miller | emiller@bayardlaw.com |
| Counsel to BICO Associates GP | Beard & Savory, PLLC | Attn: Russell W. Savory | russ@bsavory.com |
| Counsel to M&G Jewelers, Inc. | Bell Nunnally & Martin LLP | Attn: Russell W. Mills | rmills@bellnunnally.com |
| Counsel to PREP Hanover Real Estate LLC | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Michael J. Barrie, Kevin M. Capuzzi | mbarrie@beneschlaw.com kcapuzzi@beneschlaw.com |
| Counsel to MIDAMCO, an Ohio Limited Partnership | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: William E. Schonberg, Esq. | wschonberg@beneschlaw.com |
| Counsel to Brixton Provo Mall, LLC | Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park | Ernie.park@bewleylaw.com |
| Counsel to salesforce.com, Inc., Oath (Americas) Inc. | Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab, Thomas M. Gaa | Tgaa@bbslaw.com |
| Counsel to Wilshire Investments, LLC (formerly known as Wilshire Business Center, a California General Partnership) | Binder & Malter LLP | Attn: Michael W. Malter, Julie H. Rome-Banks | michael@bindermalter.com julie@bindermalter.com |

In re: **Sears Holdings Corporation**, *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Kin Properties, Inc.; Aleff LLC; Arcolo Limited Partnership; Cansan Company, LLC; Fairsan Company LLC; Floreff LLC; Fundamentals Co LLC; Greenmich LLC; Hareff LLC; Hillsborough Associates; Jeffrey Sandelman, Alison Schreier and Tracey Brewer, Successor Co-Trustees of the Pasan Trust; Mantkin LLC; Musue LLC; Nathan Alison LLC; Sugencole LLC; Sugengran LLC; Sugengran LLC; and Sugensteve LLC | Blank Rome LLP | Attn: Jeffrey Rhodes | JRhodes@BlankRome.com |
| Counsel to Hansae Co. Ltd., Kin Properties, Inc.; Aleff LLC; Arcolo Limited Partnership; Cansan Company, LLC; Fairsan Company LLC; Floreff LLC; Fundamentals Co LLC; Greenmich LLC; Hareff LLC; Hillsborough Associates; Jeffrey Sandelman, Alison Schreier and Tracey Brewer, Successor Co-Trustees of the Pasan Trust; Mantkin LLC; Musue LLC; Nathan Alison LLC; Sugencole LLC; Sugengran LLC; Sugengran LLC; and Sugensteve LLC | Blank Rome LLP | Attn: Stanley B. Tarr, Evan J. Zucker | Tarr@BlankRome.com EZucker@BlankRome.com |
| Counsel to Sub-Zero Group, Inc., Sub-Zero Group West Inc., Sub-Zero Group Southwest LLC, Sub-Zero Group Southeast, Inc., Kenney Manfacturing Company | Borges & Associates, LLC | Attn: Wanda Borges, Esq., Sue L. Chin, Esq. | bankruptcy@borgeslawllc.com wborges@borgeslawllc.com schin@borgeslawllc.com |
| Counsel to iStar Jewelry LLC | Brach Eichler LLC | Attn: Anthony M. Rainone | arainone@bracheichler.com |
| Counsel to 1803, LLC, and Camegaran, LLC | Briggs and Morgan, P.A. | Attn: James M. Jorissen | jjorissen@briggs.com |
| Counsel to Brookfield Proprty REIT Inc., as Agent | Brookfield Property REIT Inc. | Attn: Kristen N. Pate | |
| Counsel to SAP Industries, Inc., SAP America, Inc., Sybase, Inc., Ariba, Inc., and Concur Technologies, Inc. | Brown & Connery, LLP | Attn: Julie F. Montgomery, Esq. | jmontgomery@brownconnery.com |
| BST International Fashion Ltd. | BST International Fashion Ltd. | Attn: A.R. Shrinivasan | |
| Counsel to The Realty Associates Fund X, L.P. | Buchalter, A Professional Corporation | Attn: Paul M. Weister | pweiser@buchalter.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Counsel to FedEx Supply Chain, Inc. and FedEx Custom Critical, Inc. | Buchanan Ingersoll & Rooney PC | Attn: Christopher P. Schueller | christopher.schueller@bipc.com |
| Counsel to FedEx Supply Chain, Inc. and FedEx Custom Critical, Inc. | Buchanan Ingersoll & Rooney PC | Attn: Christopher P. Schueller, Terry A. Shulsky, Tyler S. Dischinger | terry.shulsky@bipc.com tyler.dischinger@bipc.com |
| Counsel to Argonaut Insurance Company | Cadwalader, Wickersham & Taft LLP | Attn: Eric G. Waxman III, Anthony De Leo | Eric.Waxman@cwt.com Anthony.Deleo@cwt.com |
| Counsel to the Marion Plaza, Inc. dba Eastwood Mall, Governor's Square Company dba Governor's Square Mall, Huntington Mall Company dba Huntington Mall, Meadowbrook Mall Company dba Meadowbrook Mall, Ohio Valley Mall Company dba Ohio Valley Mall, the Cafaro Northwest Partnership dba South Hill Mall, Spotsylvania Mall Company dba Spotsylvania Towne Centre and Howland Commons, LLC dba Howland Commons | Cafaro Management Company | Attn: Richard T. Davis | rdavis@cafarocompany.com |

In re: **Sears Holdings Corporation,** *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to SHLD Lendco, LLC | Cahill Gordon & Reindel LLP | Attn: Joel H. Levitin, Richard A. Stieglitz Jr. | jlevitin@cahill.com<br>rstieglitz@cahill.com |
| Counsel to 14 Oaks Associates, LLC | Carmody MacDonald P.C. | Attn: Sarah J. Klebolt, Esq. | sjk@carmodymacdonald.com |
| Counsel to Crossroads Joint Venture, LLC, Landlord of Kmart store # 9416 | Carmody Torrance Sandak & Hennessy LLP | Attn: Marc J. Kurzman | MKurzman@carmodylaw.com |
| Counsel to Crossroads Joint Venture, LLC, Landlord of Kmart store # 9416 | Carmody Torrance Sandak & Hennessy LLP | Attn: Thomas J. Sansone | tsansone@carmodylaw.com |
| Local Counsel to BH North American Corporation | Carter Conboy Case Blackmore Maloney & Laird, P.C. | Attn: Michael J. Catalfimo, Esq., John R. Canney, IV, Esq. | mcatalfimo@carterconboy.com |
| Counsel to the Bank of New York Mellon Trust Company and the Chase Manhattan Bank, N.A., Successor Trustees for the SRAC Unsecured PIK Notes (Top 20 Unsecured Creditor), SRAC Unsecured Notes, and the SRAC Medium Term Notes (Top 5 Secured Creditor) | Carter Ledyard & Milburn LLP | Attn: James Gadsden, Esq. | gadsden@clm.com<br>bankruptcy@clm.com<br>Dennis.roemlein@bnymellon.com |
| Counsel to ZG Apparel Group LLC , Studio 1 Div. of Shazdeh Fashions and The Libman Company | Certilman Balin Adler & Hyman, LLP | Attn: Richard J. McCord, Esq., Robert D. Nosek, Esq. | rmccord@certilmanbalin.com<br>rnosek@certilmanbalin.com |
| United States Bankruptcy Court for the Southern District of New York | Chambers of Honorable Robert D. Drain | Sears Chambers Copy | |
| Counsel to WSSR, LLC | Chapman and Cutler LLP | Attn: Laura E. Appleby, Steven Wilamowsky | appleby@chapman.com<br>wilamowsky@chapman.com |
| Counsel to Cardinal Health 110, LLC, Cardinal Health 112, LLC, and Cardinal Health PR 120, Inc., subsidiaries and affiliates of Cardinal Health, Inc., an Ohio Corporation, Top 20 Unsecured Creditor | Chiesa Shahinian & Giantomasi PC | Attn: Beth J. Rotenberg, Scott A. Zuber | brotenberg@csglaw.com<br>szuber@csglaw.com |
| Counsel to Wells Fargo Bank, National Association | Choate, Hall & Stewart LLP | Attn: Kevin J. Simard, Jonathan D. Marshall | ksimard@choate.com<br>jmarshall@choate.com |
| Counsel to Winiadaewoo Electroniccs America, Inc. | Choi & Park, LLC | Attn: Hyun Suk Choi, Chull S. Park | hchoi@choiandpark.com<br>cpark@choiandpark.com<br>lkleist@choiandpark.com |
| Counsel to MJ Holding Company, LLC | Chuhak & Tecson, P.C. | Attn: Miriam R. Stein | mstein@chuhak.com |
| Counsel to Sakar International Inc., Eastern Prime Textiles Limited, Giza Spinning & Weaving Co., Bradshaw Westwood Trust, and BST International Fashion Ltd. | CKR Law LLP | Attn: Edward L. Schnitzer, Gilbert R. Saydah Jr. | eschnitzer@ckrlaw.com<br>gsaydah@ckrlaw.com |
| Counsel for Epicor Software Corporation f/k/a Activant Solutions, Inc. | Clark Hill PLC | Attn: Steven M. Richman | srichman@clarkhill.com |
| Counsel for Epicor Software Corporation f/k/a Activant Solutions, Inc., and Milton Manufacturing, LLC | Clark Hill PLC | Attn: Steven M. Richman, Nola R. Bencze | srichman@clarkhill.com<br>nbencze@clarkhill.com |
| Counsel to Epicor Software Corporation f/k/a Activant Solutions, Inc. | Clark Hill Strasburger | Attn: Duane J. Brescia | duane.brescia@clarkhillstrasburger.com |

In re: **Sears Holdings Corporation**, *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Agree Limited Partnership, Lakewood Shopping Center, LLC, Crossroads Centre II, LLC, and Ramco Jackson Crossing SPE | Clark Hill, PLC | Attn: David M. Blau | dblau@clarkhill.com |
| Counsel to ESL Investments, Inc., JPP, LLC, JPP II, LLC, Transform Holdco LLC | Cleary Gottlieb Steen & Hamilton LLP | Attn: Sean O Neal Lewis J. Liman, Abena A. Mainoo, Luke A. Barefoot | liman@cgsh.com amainoo@cgsh.com lbarefoot@cgsh.com soneal@cgsh.com |
| Counsel to JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, the Consolidated Secured Loan Facility, and ESL Investments, Inc. and its affiliates (including JPP, LLC, & JPP II, LLC) | Cleary, Gottlieb, Steen & Hamilton LLP | Attn: Sean A. O'Neal, Andrew Weaver, Rahul Mukhi, Jennifer Kennedy Park | soneal@cgsh.com aweaver@cgsh.com rmukhi@cgsh.com jkpark@cgsh.com |
| Counsel to Bonita Casa, LLC | Cohen & Grigsby, P.C. | Attn: William E. Kelleher, Jr., Helen Sara Ward | wkelleher@cohenlaw.com hward@cohenlaw.com |
| Counsel to International Union (UAW), United Steelworkers (USW), and Workers United (WU) | Cohen, Weiss and Simon LLP | Attn: Richard M. Seltzer, Melissa S. Woods | rseltzer@cwsny.com |
| Counsel for Kellogg Sales Company | Cole Schotz P.C. | Attn: Jill B. Bienstock, Esq. | jbienstock@coleschotz.com |
| Counsel for Kellogg Sales Company | Cole Schotz P.C. | Attn: Michael D. Warner, Esq. | mwarner@coleschotz.com |
| Counsel to American Casting & Manufacturing Corp. | Colleran, O' Hara & Mills LLP | Attn: Steven C. Farkas, Esq. | scf@cohmlaw.com |
| Trustee for the Second Lien PIK Notes, the Holdings Unsecured Notes (8.00%), and the Holdings Unsecured PIK Notes (8.00%), and Top Creditor | Computershare Trust Company, N.A. | Attn: Michael A. Smith, Vice President – Corporate Trust | Michael.smith2@computershare.com |
| Counsel to IRC Marketplace at Six Corners, L.L.C. and IRC Park Center Plaza, L.L.C. | Connolly Gallagher LLP | Attn: Karen C. Bifferato, Kelly M. Conlan, N. Christopher Griffiths | kbifferato@connollygallagher.com kconlan@connollygallagher.com cgriffiths@connollygallagher.com |
| Counsel to Washington Prime Group Inc. | Cooley LLP | Attn: Seth Van Aalten, Sarah Carnes | svanaalten@cooley.com scarnes@cooley.com |
| Counsel to Payco Foods Corporation | Coto & Associates | Attn: Ramon Coto Ojeda | rco@crlawpr.com |
| Counsel to Verizon Capital Corp. and NCC Key Company | Covington & Burling LLP | Attn: Dianne Coffino, R. Alexander Clark | dcoffino@cov.com aclark@cov.com |
| Counsel to National Distribution Centers, LLC | Cozen O'Connor | Attn: Marl E. Felger | mfelger@cozen.com |
| Counsel to Stanley Black & Decker, Inc. and affiliated entities | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro | pzumbro@cravath.com |
| Counsel to 5525 S. Soto St Associates, 5525 S. Soto Street Associates LLC | Dahan & Nowick LLP | Attn: David R. Taxin, Esq. | davidtaxin@dahannowick.com |
| Counsel to Vivian Hilken | Daniel M. Silvershein, Attorney at Law | Attn: Daniel M. Silvershein | daniel@dmsilverlaw.com |
| Counsel to Electronics for Imaging, Inc. | Davidoff Hutcher & Citron LLP | Attn: David H. Wander, Esq. | dhw@dhclegal.com |
| Counsel to Lakin Tire West Incorporated | Day Pitney LLP | Attn: Joshua W. Cohen | jwcohen@daypitney.com |
| Counsel to Greenwood Motors, Inc., d/b/a R+L Carriers | Dean & Fulkerson | Attn: Kevin N. Summers, Esq. | Ksummers@dflaw.com |
| Counsel to Cascade Investment, L.L.C. and SL Agent, LLC | Debevoise & Plimpton LLP | Attn: Erica S. Weisgerber, My Chi To | mcto@debevoise.com eweisgerber@debevoise.com |

In re:  **Sears Holdings Corporation,** *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Namco USA Inc. | Delbello Donnellan Weingarten Wise & Wiederkehr, LLP | Attn: Julie Cvek Curley, Esq. | jcurley@ddw-law.com |
| DFS Services, LLC | DFS Services, LLC | Attn: Beth J. Solomon | bethsolomon@discover.com |
| Counsel to ProLogis-A4 CA IV, LP; Distribution Funding II, LLC; Prologis, L.P.; KTR Ohio LLC; Prologis and KTR LV Loan LLC | Drinker Biddle & Reath LLP | Attn: Marita S. Erbeck | marita.erbeck@dbr.com |
| Counsel to Riskonnect, Inc. | Duane Morris LLP | Attn: Lawrence J. Kotler, Wendy M. Simkulak | LJKotler@duanemorris.com WMSimkulak@duanemorris.com |
| Counsel to the Chubb Companies | Duane Morris LLP | Attn: Wendy M. Simkulak, Esquire & Catherine B. Heitzenrater, Esquire | WMSimkulak@duanemorris.com Cheitzenrater@duanemorris.com |
| Counsel to Landlord of Kmart store in Frederiksted, VI (Store #7413) referred in various papers as Sunshine Shopping Center Inc, Mall of Saint Croix, Sunshine Mall, Hatim Yusuf, and Plaza Juana Diaz, landlord of Kmart Store in Puerto Rico (Store #3993) | Edgardo Munoz, PSC | Attn: Edgardo Munoz, PSC | emunozPSC@gmail.com |
| Counsel to Prestige Bay Plaza Development  Corp. | Eiseman Levine Lehrhaupt & Kakoyiannis, P.C. | Attn: Laurence May, Esq. | lmay@eisemanlevine.com |
| Counsel to McDonald's Corporation | Elliott Greenleaf, P.C. | Attn: Rafael X. Zahralddin-Aravena, Shelley A. Kinsella, Eric M. Sutty | rxza@elliottgreenleaf.com sak@elliottgreenleaf.com ems@elliottgreenleaf.com |
| Environmental Protection Agency | Environmental Protection Agency | Attn: Matthew Leopold, General Counsel | Leopold.matt@Epa.gov |
| Counsel to Epicor Software Corporation f/k/a Activant Solutions, Inc. | Epicor Software Corporation | Attn: Larry Bercovich | lbercovich@epicor.com |
| Counsel to the McClatchy Company and its Affiliates | Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Attn: Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| Counsel to Santa Rosa Mall, LLC | Ferraiuoli LLC | Attn: Gustavo A. Chico-Barris | gchico@ferraiuoli.com |
| Counsel to Clover Technologies Group, LLC | FisherBroyles, LLP | Attn: Mark E. Wilson | mark.wilson@fisherbroyles.com |
| Counsel to Clover Technologies Group, LLC | FisherBroyles, LLP | Attn: Patricia B. Fugée | patricia.fugee@fisherbroyles.com |
| Counsel to CenterPoint Properties Trust, and Victor Reagan Family Trust | Foley & Lardner LLP | Attn: Derek L. Wright & Katherine R. Catanese | dlwright@foley.com kcatanese@foley.com |
| Counsel to CenterPoint Properties Trust | Foley & Lardner LLP | Attn: Michael Small | msmall@foley.com |
| Counsel to Victor Reagan Family Trust | Foley Gardere Foley & Lardner LLP | Attn: Thomas Scannell | tscannell@foley.com |
| Counsel for Sherthal, LLC | Fox Rothschild LLP | Attn: Allen J. Guon, Esq. | aguon@foxrothschild.com |
| Counsel to Hanesbrands, Inc. and Sherthal, LLC | Fox Rothschild LLP | Attn: Paul J. Labov | plabov@foxrothschild.com |
| Counsel to Hanesbrands, Inc. | Fox Rothschild LLP | Attn: Thomas M. Horan | thoran@foxrothschild.com |
| Counsel to Capref Burbank, LLC | Fox Rothschild, LLP | Attn: Mark E. Hall, Michael R. Herz | mhall@foxrothschild.com mherz@foxrothschild.com |
| Counsel to The Chamberlain Group, Inc. | Fox Swibel Levin & Carroll LLP | Attn: N. Neville Reid | nreid@foxswibel.com |

In re: **Sears Holdings Corporation**, *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Bottling Group, LLC and its affiliates and subsidiaries, operating as Pepsi Beverages Company and Frito-Lay North America, Inc. | FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinman | jfrank@fgllp.com jkleinman@fgllp.com |
| Counsel for True Value Company | Freeborn & Peters LLP | Attn: Devon J. Eggert, Esq. | deggert@freeborn.com |
| Counsel to Seritage Growth Properties, Seritage SRC Finance LLC, and Seritage KMT Finance LLC | Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Brad Eric Scheler, Scott B. Luftglass, Peter B. Siroka | brad.eric.scheler@friedfrank.com scott.luftglass@friedfrank.com peter.siroka@friedfrank.com |
| Counsel to Sitel Operating Corporation | Frost Brown Todd LLC | Attn: Edward M. King | tking@fbtlaw.com |
| Counsel to Washington Prime Group Inc. and The Kroger Co. | Frost Brown Todd LLC | Attn: Ronald E. Gold & AJ Webb | rgold@fbtlaw.com awebb@fbtlaw.com |
| Counsel to Haier U.S. Appliance Solutions, Inc. d/b/a GE Appliances | Fultz Maddox Dickens PLC | Attn: Phillip A. Martin, Laura M. Brymer | pmartin@fmdlegal.com lbrymer@fmdlegal.com |
| Counsel to Yang Ming (America) Corp., and Yang Ming Marine Transport Corp. | Gellert Scali Busenkell & Brown LLC | Attn: Gary F. Seitz | gseitz@gsbblaw.com |
| Counsel to Community Unit School District 300 | Gensburg Calandriello & Kanter, P.C. | Attn: Matthew T. Gensburg | mgensburg@gcklegal.com |
| Counsel to Henkel Corporation, American Lebanese Syrian Associated Charities, Inc. | Gibbons P.C. | Attn: Brett S. Theisen, Natasha M. Songonuga | btheisen@gibbonslaw.com nsongonuga@gibbonslaw.com |
| Counsel to Henkel Corporation | Gibbons P.C. | Attn: Howard A. Cohen | hcohen@gibbonslaw.com |
| Counsel to Interested Party, and Saker ShopRites, Inc. | Giordano, Halleran & Ciesla, P.C. | Attn: Donald F. Campbell, Jr. | dcampbell@ghclaw.com |
| Counsel to A.O. Smith Corporation, and Johnson Controls, Inc. | Godfrey & Kahn, S.C. | Attn: Timothy F. Nixon | tnixon@gklaw.com |
| Counsel to Infinite Peripherals, Inc. | Godlstein & McClintock LLLP | Attn: Thomas R. Fawkes | tomf@goldmclaw.com |
| Counsel to AMAV Enterprises Ltd. | Golenbock Eiseman Assor Bell & Peskoe LLP | Attn: Jonathan L. Flaxer, Esq., Michael S. Weinstein, Esq. | jflaxer@golenbock.com mweinstein@golenbock.com |
| Counsel to Waste Management National Services, Inc., Urban Edge Properties LP and its Subsidiaries | Goodwin Procter LLP | Attn: Barry Z. Bazian, Michael H. Goldstein, | gfox@goodwinlaw.com bbazian@goodwinlaw.com mgoldstein@goodwinlaw.com |
| Counsel to Interactions LLC | Goodwin Procter LLP | Attn: William P. Weintraub | wweintraub@goodwinlaw.com |
| Counselt to 233 S. Wacker, LLC | Gould & Ratner LLP | Attn: Matthew A. Olins, Esq., Ellen M. Chapelle, Esq. & Vanessa R. Tiradentes, Esq. | searsnotice@gouldratner.com |
| Counsel to Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, and OND Property, LLC | Goulston & Storrs PC | Attn: Douglas B. Rosner | drosner@goulstonstorrs.com |
| Counsel to Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, and OND Property, LLC | Goulston & Storrs PC | Attn: Trevor R. Hoffmann | thoffmann@goulstonstorrs.com |
| Counsel to Little Caesar Enterprises, Inc. and Blue Line Foodservice Distribution, Inc. | Gray, Plant, Mooty, Mooty & Bennett, P.A. | Attn: Phillip W. Bohl | phillip.bohl@gpmlaw.com |

In re:  **Sears Holdings Corporation,** *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to American National Insurance Company | Greer, Herz & Adams, LLP | Attn: Frederick Black, Tara B. Annweiler, Marc D. Young | tannweiler@greerherz.com |
| Counsel to Criteo S.A. | Hahn & Hessen LLP | Attn: Janine M. Figueiredo, Esq. | jfigueiredo@hahnhessen.com |
| Counsel to Relator Carl Ireland, Administrator the Estate of James Garbe | Halperin Battaglia Benzija, LLP | Attn: Alan D. Halperin, Esq., Ligee Gu, Esq. | ahalperin@halperinlaw.net lgu@halperinlaw.net |
| Co-Counsel to Taubman Landlords and NW Properties Landlords | Halperin Battaglia Benzija, LLP | Attn: Donna H. Lieberman, Esq. | dlieberman@halperinlaw.net |
| Top 20 Unsecured Creditor | Hanesbrands Inc | Attn: Joia Johnson, Chief Administrative Officer and General Counsel | joia.johnson@hanes.com howard.upchurch@hanes.com |
| Counsel to Van Hook Service Co., Inc. | Harris Beach PLLC | Attn: Kevin Tompsett, Esq. | ktompsett@harrisbeach.com |
| Proposed Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. | Herrick, Feinstein LLP | Attn: Sean E. O'Donnell, Stephen B. Selbst, Steven B. Smith, Michelle M. Sekowski | sodonnell@herrick.com sselbst@herrick.com ssmith@herrick.com msekowski@herrick.com |
| Counsel to BH North American Corporation | Higgs Fletcher & Mack LLP | Attn: Martin A. Eliopulos, Esq. | elio@higgslaw.com |
| Counsel to Greenwood Industries, Inc. | Hinckley, Allen & Snyder LLP | Attn: Christopher V. Fenlon, Esq. | cfenlon@hinckleyallen.com |
| Counsel for Cushman & Wakefield Inc. | Holland & Knight LLP | Attn: Attn: Arthur E. Rosenberg, Esq., Marc L. Antonecchia, Esq. | arthur.rosenberg@hklaw.com Marc.Antonecchia@hklaw.com |
| Counsel to Plaza las Americas, Inc., Plaza del Caribe, S.E., and Garda CL Great Lakes, Inc. | Holland & Knight LLP | Attn: Barbra R. Parlin | barbra.parlin@hklaw.com elvin.ramos@hklaw.com |
| Counsel to Garda CL Great Lakes, Inc. | Holland & Knight LLP | Attn: Jose A. Casal, Esq., Joaquin J. Alemany, Esq. | jose.casal@hklaw.com jjalemany@hklaw.com |
| Counsel to Midwest Tool, Cutlery Company | Honigman Miller Schwartz and Cohn LLP | Attn: Lawrence A. Lichtman | llichtman@honigman.com |
| Counsel to Matson Navigation Company, Inc., Counsel for the Honourable J. Douglas Cunningham, Q.C., as court-appointed litigation trustee for the Canadian Debtors, and Counsel for 1291079 Ontario Limited, as class representative for the potential class of Sears Hometown Dealer stores | Hughes Hubbard & Reed LLP | Attn: Christopher Gartman, Neil J. Oxford, Dustin P. Smith | chris.gartman@hugheshubbard.com neil.oxford@hugheshubbard.com dustin.smith@hugheshubbard.com |
| Counsel to UBS AG, as lender for the Sparrow Term Loan maturing 2019, McLane Company, Inc. | Hunton Andrews Kurth LLP | Attn: Brett L. Gross, Michael S. Legge | bgross@HuntonAK.com mlegge@huntonak.com |
| Counsel to McLane Company, Inc. | Hunton Andrews Kurth LLP | Attn: Gregory G. Hesse | ghesse@huntonak.com |
| Counsel to CBL & Associates Management, Inc. | Husch Blackwell LLP | Attn: Caleb T. Holzaepfel | caleb.holzaepfel@huschblackwell.com |
| Counsel to WC Independence Center LLC, WC MRP Belleville Center, LLC | Husch Blackwell LLP | Attn: Lynn H. Butler | lynn.butler@huschblackwell.com |
| Counsel to 5330 Crosswind, LLC | Ice Miller LLP | Attn: Daniel R. Swetnam | Daniel.Swetnam@icemiller.com |
| County of Imperial, California | Imperial County Treasurer- Tax Collector | Attn: Karen Vogel, Treasurer-Tax Collector | taxcollector@co.imperial.ca.us |
| Impremedia Operating Company, LLC | Impremedia Operating Company, LLC | Attn: Alex Macias | alex.macias@impremedia.com |

In re:  Sears Holdings Corporation, *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Interactions LLC | Interactions LLC | Attn: Joseph P. Gildea, SVP Finance and Administration | jgildea@interactions.com |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Counsel to Iron Mountain Information Management, LLC, | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan | Bankruptcy2@ironmountain.com |
| Counsel to Data Print Technologies, Inc. | Jasne & Florio, L.L.P. | Attn: Hugh G. Jasne, Esq., Diane C. Klein, Esq. | hgj@jasneflorio.com  dlk@jasneflorio.com |
| Counsel to John C. Adams and Kennylugenia Adams | John C. Adams and Kennylugenia Adams | Attn: John C. Adams, Kennylugenia Adams | brownsvalleyorchards@aol.com |
| Counsel to Lennox International Inc. and Lennox National Account Services, LLC | Judith Elkin PLLC | Attn: Judith Elkin | elkinj@mac.com |
| Counsel to Amazon.com Services, Inc., Amazon Payments, Inc., and Amazon Services LLC. | K&L Gates LLP | Attn: Robert T. Honeywell, Esq. | robert.honeywell@klgates.com |
| Counsel to GBR Green Acress Limited Liability Company, Greenwich 29 L.P., and 909 Group, L.P. | Keane & Beane, P.C. | Attn: Andrew P. Tureaud | atureaud@kblaw.com |
| Counsel to Robert A. Catalfamo and Lavarita D. Meriwether, plaintiffs in the consolidated ERISA action, the the ERISA Plaintiffs | Keller Rohrback L.L.P. | Attn: Tanya Korkhov | tkorkhov@kellerrohrback.com |
| Counsel to Computershare Turst Company, N.A., as Indenture Trustee | Kelley Drye & Warren LLP | Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq. | KDWBankruptcyDepartment@KelleyDrye.com  bfeder@kelleydrye.com |
| Counsel to Voortman Cookies Limited | Kenney Shelton Liptak & Nowak, LLP | Attn: Jeffery A. Carlino, Esq. | jacarlino@kslnlaw.com |
| Counsel to Haier U.S. Appliance Solutions, Inc. d/b/a GE Appliances, (i) GLP US Management, LLC, (ii) Icon Owner Pool 4 Northeast/Midwest, LLC, (iii) Western B Southeast FL, LLC, (iv) Icon Owner Pool 1 West/Southwest, LLC, (v) Icon Owner Pool 1 SF Non-Business Parks, LLC, (vi) Icon DP MD Owner Pool 2 West/Northeast/Midwest, LLC, and (vii) Icon Owner Pool 1 SF Business Parks, LLC | Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Sean C. Southard, Lauren C. Kiss | ssouthard@klestadt.com  lkiss@klestadt.com |
| Counsel to PREIT Services, LLC, BET Investments, and the Robbins Companies | Kurtzman | Steady, LLC | Attn: Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| Counsel to Angela Kelly and Janyce L. MacKenzie | Lane Powell PC | Attn.: Will J. Brunnquell, Esq. | brunnquellw@lanepowell.com |
| Counsel to Alatex, a Joint Venture, Papa Rochester, LP, Walters Investments, LP, Wal-Go Associates LLC | Langley & Banack, Incorporated | Attn: David S. Gragg | dgragg@langleybanack.com |
| Counsel for 4th Street South II, LLC, a Michigan Limited Liability Company | Lasky Fifarek, P.C. | Attn: John R. Fifarek, Esq. | jfifarek@laskyfifarek.com |

In re:  **Sears Holdings Corporation,** *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Oster Yorktown Properties, LLC, U.S. Realty 86 Associates and Westmount Plaza Associates | Lasser Hochman, L.L.C. | Attn: Richard L. Zucker | rzucker@lasserhochman.com |
| Counsel to Simon Property Group | Latham & Watkins LLP | Attn: Christopher Harris, Esq. & Rakim E. Johnson, Esq. | christopher.harris@lw.com rakim.johnson@lw.com |
| Counsel to Simon Property Group | Latham & Watkins LLP | Attn: Peter M. Gilhuly, Ted A. Dillman | peter.gilhuly@lw.com ted.dillman@lw.com |
| Counsel to Vandale Industries, Inc. | Law Office of Gilbert A. Lazarus, PLLC. | Attn: Gilbert A. Lazarus | gillazarus@gmail.com |
| Counsel to NW Properties Landlords | Law Office of Kevin S. Neiman, PC | Attn: Kevin S. Neiman | kevin@ksnpc.com |
| Counsel to Dart Warehouse Corporation | Law Office of William P. Fennell, APLC | Attn: William P. Fennell | william.fennell@fennelllaw.com luralene.schultz@fennelllaw.com office@fennelllaw.com |
| Counsel for U.S. Bank National Association d/b/a U.S. Bank Equipment Finance | Law Offices of Charles A. Gruen | 381 Broadway | cgruen@gruenlaw.com |
| Local Counsel for the Certain Texas Taxing Entities | Law Offices of Douglas T. Tabachnik, P.C. | Attn: Douglas T. Tabachnik, Esq. | dtabachnik@dttlaw.com |
| Counsel to Caparra Center Associates, San Patricio Plaza ("SPP") Landlord | Law Offices of Penny R. Stark | Attn: Penny R. Stark | pstarkesq@gmail.com |
| Counsel to Cudlie Accessories LLC, Flatbush Center Parking LLC, Project 28 Clothing LLC, and Ikeddi Imports LLC | Lazarus & Lazarus, P.C. | Attn: Harlan M. Lazarus | hlazarus@lazarusandlazarus.com harlan.lazarus@gmail.com |
| Counsel to Westfield, LLC and its affiliate, Annapolis Mall Owner LLC, Brandon Shopping Center Partners LTD, Broward Mall LLC, Citrus Park Mall Owner LLC, Countryside Mall LLC, Roseville Shoppingtown LLC, Meriden Square Partnership, Montgomery Mall Owner LLC, North County Fair LP and EWH Escondido Associates, L.P., Oakridge Mall LLC, WEA Palm Desert LLC, Sarasota Shoppingtown LLC, WEA Southcenter LLC, Sunrise Mall LLC, UTC Venture LLC, Valencia Town Center Venture, L.P., Wheaton Plaza Regional Shopping Center LLC, Beneson Capital Partners, LLC and its affiliate Brooks Shopping Centers, LLC, Concord Mall LP, and Berkshire Mall LP | LeClairRyan, PLLC | Attn: Ilan Markus and Niclas A. Ferland | ilan.markus@leclairryan.com niclas.ferland@leclairryan.com |
| Counsel to DXC Technology Services LLC, successor in interest to Computer Sciences Corporation and CSC Covansys Corporation | LeClairRyan, PLLC | Attn: Janice B. Grubin, Alex J. Chase | janice.grubin@leclairryan.com alex.chase@leclairryan.com |
| Counsel to 1803, LLC, and Camegaran, LLC | Leonard, O'Brien, Spencer, Gale & Sayre, Ltd. | Attn: James M. Jorissen | jjorissen@losgs.com |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Attn: David G. Aelvoet | sanantonio.bankruptcy@publicans.com |
| Counsel to Tarrant County and Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Counsel to Matagorda County, Angelina County, Cleveland ISD, Galveston County, Orange County, Cypress-Fairbanks ISD, Tyler County, Fort Bend County, Wharton Co Jr Coll Dist, Harris County, Jasper County, Houston CAD, Montgomery County, and Polk County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | houston_bankruptcy@publicans.com |

In re:  **Sears Holdings Corporation,** *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to LTMAC Properties, LLC | Linowes and Blocher LLP | Attn: John T. Farnum, Esq. | jfarnum@linowes-law.com |
| Counsel to SUSO 4 Ocean LP and Maynardville Pike LP | Lippes Mathias Wexler Friedman LLP | Attn: John A. Mueller | jmueller@lippes.com |
| Counsel to Pension Benefit Guaranty Corporation | Locke Lord LLP | Attn: Brian A. Raynor, Aaron C. Smith | braynor@lockelord.com asmith@lockelord.com |
| Counsel to DFS Services, LLC | Locke Lord LLP | Attn: Ira S. Green | ira.greene@lockelord.com |
| Counsel to Cardtronics USA, Inc. | Locke Lord LLP | Attn: Joseph N. Froehlich | jfroehlich@lockelord.com |
| Counsel to Cardtronics USA, Inc. | Locke Lord LLP | Attn: W. Steven Bryant | sbryant@lockelord.com |
| Counsel to Active Media Services, Inc., d/b/a Active International | Lowenstein Sandler LLP | Attn: Bruce Buechler | bbuechler@lowenstein.com |
| Counsel to LG Electronics USA, Inc. and Valvoline | Lowenstein Sandler LLP | Attn: Bruce S. Nathan, Esq., Eric S. Chafetz, Esq. | echafetz@lowenstein.com bnathan@lowenstein.com |
| Counsel to Trinet Essential Facilities XXVII, Inc. | Lubin Olson & Niewiadomski LLP | Attn: Dennis D. Miller | dmiller@lubinolson.com |
| Counsel to City of Minneapolis | Mayerson & Hartheimer PLLC | Attn: David H. Hartheimer | david@mhlaw-ny.com |
| Counsel to the County of Anderson, Texas, Bastrop County Water Control and Improvement District #2, The County of Bastrop, Texas, Tax Appraisal District of Bell County, The County of Bosque, Texas, Bowie Central Appraisal District, The County of Brazos, Texas, Brown County Appraisal District, Burnet Central Appraisal District, Cherokee County Appraisal District, The County of Cherokee, Texas, The County of Comal, Texas, The County of Coryell, Texas, The County of Denton, Texas, Denton County Road Utility District #1, County of Erath, The County of Guadalupe, Texas, Harrison Central Appraisal District, The County of Harrison, Texas, The County of Hays, Texas, The County of Henderson, Texas, The County of Jasper, Texas, Groesbeck Independent School District, The City of Groesbeck, Texas, Mexia Independent School District, City of Waco and/or Waco Independent School District, Midland Central Appraisal District, Central Appraisal District of Taylor County, Terry County Appraisal District, The County of Wharton, Texas and The County of Williamson, Texas, (jointly "The Texas Ad Valorem Taxing Jurisdictions") | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Lee Gordon, Tara LeDay | tleday@mvbalaw.com |
| Counsel to North K I-29 2004, LLC | McDowell, Rice, Smith & Buchanan, PC | Attn: Stuart E. Bodker | sbodker@mcdowellrice.com |
| Counsel to New Jersey Self-Insurers Guaranty Association | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein, Esq. | jbernstein@mdmc-law.com |
| Counsel to New Jersey Self-Insurers Guaranty Association | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole A. Leonard, Esq. | nleonard@mdmc-law.com |
| Counsel to Automotive Rentals, Inc., and ARI Fleet LT | McGlinchey Stafford, PLLC | Attn: Brian S. McGrath, Kristen D. Romano | bmcgrath@mcglinchey.com kromano@mcglinchey.com |

In re:  Sears Holdings Corporation, *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Automotive Rentals, Inc. and ARI Fleet LT | McGlinchey Stafford, PLLC | Attn: Mark J. Chaney, Esq., Richard A. Aguilar, Esq., Rudy J. Cerone, Esq. | mchaney@mcglinchey.com<br>raguilar@mcglinchey.com<br>rcerone@mcglinchey.com |
| Counsel to Winners Industry Co., Ltd. | McKool Smith, P.C. | Attn: H. Jeffrey Schwartz, James H. Smith | hjschwartz@mckoolsmith.com<br>jsmith@mckoolsmith.com |
| Counsel to Creditors Loki Investments, LLC, Michael Rue, J. Terry Eager and Susan B. Eager, as Co-Trustees of the J. Terry Eager Family Trust-1995, and CEMR Properties | Meegan, Hanschu & Kassenbrock | Attn: David Meegan | dmeegan@mhksacto.com |
| Counsel to Royal Consumer Products, LLC | Meister Seelig & Fein LLP | Attn: Christopher J. Major | cjm@msf-law.com |
| Counsel to Prince George's County, Maryland, Calvert County, Maryland and Charles County, Maryland | Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | nkenworthy@mrrlaw.net |
| Counsel to Cyrus Capital Partners, L.P. | Milbank, Tweed, Hadley & McCloy LLP | Attn: Craig M. Price | cprice@milbank.com |
| Counsel to Cyrus Capital Partners, L.P. | Milbank, Tweed, Hadley & McCloy LLP | Attn: Robert J. Liubicic | RLiubicic@milbank.com |
| Counsel to Missouri Department of Revenue | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther, Special Assistant Attorney General | sdnyecf@dor.mo.gov |
| Counsel to Acxiom Corporation | Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. | Attn: Stan D. Smith | ssmith@mwlaw.com |
| Counsel to Kimco Realty Corporation | Morgan, Lewis & Bockius LLP | Attn: Laura McCarthy | laura.mccarthy@morganlewis.com |
| Counsel to Kimco Realty Corporation | Morgan, Lewis & Bockius LLP | Attn: Neil E. Herman | neil.herman@morganlewis.com |
| Counsel to Net Lease Management Partners, L.L.C., Greensboro Lease Management, L.L.C.,Brighton Lease Management, L.L.C., and Drake Pacer Penry Acquisition, LLC | Morris James LLP | Attn: Stephen M. Miller | smiller@morrisjames.com |
| Counsel to Lefmark Tamiami, Inc. | Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller, Joseph C. Barsalona II | cmiller@mnat.com<br>jbarsalona@mnat.com |
| Counsel to Icon Health & Fitness, Inc. | Morrison & Foerster LLP | Attn: Jennifer L. Marines, Benjamin W. Butterfield | jmarines@mofo.com<br>bbutterfield@mofo.com |
| Counsel to Allure Gems, LLC | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Robert K. Dakis | bankruptcy@morrisoncohen.com |
| Counsel to Puerto Rico Supplies Group, Inc. and its subsidiaries and/or affiliates, Glamour Corporation, Healthtex Distributors PR, Inc., PRS Export Group, LLC, PRS On Time Distributors, LLC. (collectively "PRSG"). | MRO Attorneys at Law, LLC | Attn: Myrna L. Ruiz-Olmo, Esq. | mro@prbankruptcy.com |
| Counsel to Whirpool Corporation | Munger, Tolles & Olson, LLP | Attn: Bradley R. Schneider, Thomas B. Walper | bradley.schneider@mto.com<br>thomas.walper@mto.com |
| Counsel to International Airport Center, Inc. | Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry | dperry@munsch.com |
| Counsel to Comosoft, Inc. | Munsch Hardt Kopf & Harr, P.C. | Attn: Kevin M. Lippman, Esq. | klippman@munsch.com |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry | kcordry@naag.org |
| Counsel to Michelin North America, Inc. | Nelson Mullins Riley & Scarborough LLP | Attn: Jody A. Bedenbaugh | jody.bedenbaugh@nelsonmullins.com |
| Counsel to Retail Opportunity Investments Corp. | Nelson Mullins Riley & Scarborough LLP | Attn: Shane G. Ramsey | shane.ramsey@nelsonmullins.com |

In re:  **Sears Holdings Corporation**, *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| New York State Department of Taxation and Finance | New York State Department of Taxation and Finance | Attn: Enid Nagler Stuart; Assistant Attorney General | enid.stuart@ag.ny.gov |
| Counsel to U.S. Bank National Association, N.A., as Indenture Trustee | Nixon Peabody, LLP | Attn: Christopher M. Desiderio | cdesiderio@nixonpeabody.com |
| Counsel to Coral Reef Asia Pacific a/k/a White Mountain Footwear and 266 Route 125, LLC | Nixon Peabody, LLP | Attn: Daniel W. Sklar, Esquire | dsklar@nixonpeabody.com |
| Counsel to California Self-Insurrers' Security Fund | Nixon Peabody, LLP | Attn: Louis J. Cisz, III | lcisz@nixonpeabody.com |
| Counsel to U.S. Bank National Association, N.A., as Indenture Trustee | Nixon Peabody, LLP | Attn: Richard C. Pedone | rpedone@nixonpeabody.com |
| Counsel to Living Spaces Furniture, LLC | Norton Rose Fulbright US LLP | Attn: Bob B. Bruner | bob.bruner@nortonrosefulbright.com |
| Counsel to FTI Consulting Canada Inc., in its capacity as court-appointed monitor for Sears Canada Inc. and certain of its affiliates | Norton Rose Fulbright US LLP | Attn: Eric Daucher & Francisco Vazquez | eric.daucher@nortonrosefulbright.com francisco.vazquez@nortonrosefulbright.com |
| Counsel to World Technologies, Inc. d/b/a Techtronic Industries Power Equipment; Cantor Fitzgerald Securities as Administrative Agent and Collateral Agent under the Superpriority Junior Lien Secured DIP Credit Agreement; Living Spaces Furniture, LLC | Norton Rose Fulbright US LLP | Attn: Howard Seife, Christy Rivera, Stephen Castro, David A. Rosenzweig | howard.seife@nortonrosefulbright.com christy.rivera@nortonrosefulbright.com stephen.castro@nortonrosefulbright.com david.rosenzweig@nortonrosefulbright.com |
| Counsel to Commonwealth of Pennsylvania, Department of Revenue | Office of Attorney General | Attn: Carol E. Momjian, Josh Shapiro | cmomjian@attorneygeneral.gov |
| Counsel to the Comptroller of Public Accounts of the State of Texas | Office of the Texas Attorney General | Attn: John Stern, Assistant Attorney General | bk-jstern@oag.texas.gov sherri.simpson@oag.texas.gov |
| United States Trustee Southern District of New York | Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey | richard.morrissey@usdoj.gov paul.schwartzberg@usdoj.gov |
| Counsel to Saul Subsidiary I, LP | Offit Kurman, P.A. | Attn: Albena Petrakov, Esq. | apetrakov@offitkurman.com |
| Counsel to Saul Subsidiary I, LP | Offit Kurman, P.A. | Attn: Stephen A. Metz, Esq. | smetz@offitkurman.com |
| Counsel to Ohio Department of Taxation | Ohio Department of Taxation | Attn: Office of the Ohio Attorney General | victoria.garry@ohioattorneygeneral.gov |
| Counsel to J.W. Mitchell Company, LLC | OKeefe & Associates Law Corporation, P.C. | Attn: Sean A. O'Keefe | sokeefe@okeefelc.com |
| Counsel to [24]7.ai, Inc | O'Melveny & Myers LLP | Attn: Darren L. Patrick | dpatrick@omm.com |
| Counsel to [24]7.ai, Inc | O'Melveny & Myers LLP | Attn: Jennifer Taylor | jtaylor@omm.com |
| Counsel to [24]7.ai, Inc | O'Melveny & Myers LLP | Attn: Matthew P. Kremer | mkremer@omm.com |
| Counsel to TELUS International (U.S.) Corporation | Orrick, Herrington & Sutcliffe LLP | Attn: Evan C. Hollander & Emmanuel Fua | echollander@orrick.com efua@orrick.com |
| Counsel to Contact US Teleservices (Atento) | Orrick, Herrington & Sutcliffe LLP | Attn: Matthew M. Fechik | mfechik@orrick.com |
| Counsel to Contact US Teleservices (Atento), TELUS International (U.S.) Corporation | Orrick, Herrington & Sutcliffe LLP | Attn: Raniero D'Aversa | rdaversa@orrick.com |
| Counsel to Invicta Watch Company of America, Inc. | Orshan, P.A. | Attn: Paul L. Orshan, Esq. | paul@orshanpa.com |

In re:  Sears Holdings Corporation, *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Top 20 Unsecured Creditor | Paco (China) Garment Ltd | Attn: Lily Wang | lily@pacogarment.com |
| Counsel to Hangzhou GreatStar Industrial Co., Ltd | Parker Poe Adams & Bernstein LLP | Attn: Kiah T. Ford IV | chipford@parkerpoe.com |
| Counsel to GACP II, L.P. | Paul Hastings LLP | Attn: Leslie A. Plaskon, Esq., Andrew V. Tenzer, Esq., Shlomo Maza, Esq. | leslieplaskon@paulhastings.com andrewtenzer@paulhastings.com shlomomaza@paulhastings.com |
| Proposed Conflict Counsel for Debtors and Debtors in Possession | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta, Kelley A. Cornish, Lewis R. Clayton, Susanna M. Buergel, Robert Britton, Jonathan Hurwitz | pbasta@paulweiss.com kcornish@paulweiss.com lclayton@paulweiss.com sbuergel@paulweiss.com rbritton@paulweiss.com jhurwitz@paulweiss.com |
| Counsel to Wlliam Juiris | Pedersen & Houpt | Attn: Lawrence W. Byrne, John S. Delnero | lbyrne@pedersenhoupt.com jdelnero@pedersenhoupt.com |
| Counsel to Red Bull North America, Inc. | Pepper Hamilton LLP | Attn: Henry Jaffe, Kenneth A. Listwak | jaffeh@pepperlaw.com listwakk@pepperlaw.com |
| Local Counsel for the Certain Texas Taxing Entities | Perdue Brandon Fielder Collins and Mott, LLP | Attn: Eboney Cobb, Esq. | ecobb@pbfcm.com |
| Counsel to Fayette County, Kerr County, City of Weslaco, Weslaco Independent School District, Kendall County, Maverick County & Uvalde County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: John T. Banks | jbanks@pbfcm.com |
| Counsel to Richardson ISD, City of Garland, Garland ISD, Carrolton-Farmers Branch ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Ebony Cobb | ecobb@pbfcm.com |
| Counsel to Lubbock Central Appraisal District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | lmbkr@pbfcm.com |
| Counsel to Spring Branch Independent School District, et al | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M. Sonik | osonik@pbfcm.com |
| Counsel to Norton Mailman Associates | Pick & Zabicki LLP | Attn: Douglas J. Pick | dpick@picklaw.net |
| Counsel to the Marion Plaza, Inc. dba Eastwood Mall, Governor's Square Company dba Governor's Square Mall, Huntington Mall Company dba Huntington Mall, Meadowbrook Mall Company dba Meadowbrook Mall, Ohio Valley Mall Company dba Ohio Valley Mall, the Cafaro Northwest Partnership dba South Hill Mall, Spotsylvania Mall Company dba Spotsylvania Towne Centre and Howland Commons, LLC dba Howland Commons | Pierce McCoy, PLLC | Attn: Jonathan A. Grasso | jon@piercemccoy.com |
| Counsel to Tote, Inc. | Price Meese Shulman & D'Arminio, P.C. | Attn: Rick A. Steinberg | rsteinberg@pricemeese.com |
| Claims Agent | Prime Clerk LLC | Attn: Herb Baer, Richard M. Allen | searsteam@primeclerk.com serviceqa@primeclerk.com |
| Counsel to MCS Hemet Valley Center LLC | Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy | gerald.kennedy@procopio.com |
| Counsel to Malca-Almit USA, LLC ("Malca") | Pryor & Mandelup, L.L.P. | Attn: J. Logan Rappaport, Esq. | lr@pryormandelup.com |
| Counsel to ABC Supply Co. Inc. | Pryor & Mandelup, L.L.P. | Attn: Robert L. Pryor | rlp@pryormandelup.com |
| Counsel to Broad Street Station, LLC c/o Collett | Pryor Cashman LLP | Attn: Marie Polito Hofsdal | mhofsdal@pryorcashman.com |

In re:  Sears Holdings Corporation, *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Omega Advisors Inc. | Quinn Emanuel Urquhart & Sullivan LLP | Attn: Susheel Kirpalani, Jonathan E. Pickhardt, Andrew S. Corkhill, Matthew Scheck, Ellison Ward Merkel | susheelkirpalani@quinnemanuel.com jonpickhardt@quinnemanuel.com andrewcorkhill@quinnemanuel.com matthewscheck@quinnemanuel.com ellisonmerkel@quinnemanuel.com |
| Counsel to Southhaven Associates LLC | Reid and Riege, P.C. | Attn: Charles J. Filardi, Jr. | cfilardi@rrlawpc.com |
| Counsel to Miele, Inc. | Reiss+Preuss LLP | Attn: Guy A. Reiss, Erik Tikkanen | greiss@reisspreuss.com etikkanen@reisspreuss.com |
| Counsel to CM Grayson, LLC | Rice Pugatch Robinson Storfer & Cohen, PLLC | Attn: Chad P. Pugatch | cpugatch@rprslaw.com |
| Counsel to Sante Marcoccia | Rich Michaelson Magaliff, LLP | Attn: Howard P. Magaliff | hmagaliff@r3mlaw.com |
| Counsel to Community Unit School District 300 | Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd. | Attn: Kenneth M. Florey, M. Neal Smith | kflorey@robbins-schwartz.com nsmith@robbins-schwartz.com |
| Counsel to Miele, Inc. | Robert E. Michael & Associates PLLC | Attn: Robert E. Michael, Aaron Hume | Robert.e.michael.esq@gmail.com Aron.hume@gmail.com |
| Counsel to East End Commons Associates LLC, Wolf Family Series LP d/b/a Series III, Wolf Family Series LP d/b/a Series VII; Ontario Enterprises of the Wolf Family Series LP | Robinson Brog Leinwand Greene Genovese & Gluck P.C. | Attn: Fred B. Ringel, Esq., Robert M. Sasloff | fbr@robinsonbrog.com rms@robinsonbrog.com |
| Counsel to Apex Tool Group, LLC and Icon DE Holdings LLC and Icon NY Holdings LLC | Ropes & Gray LLP | Attn: Gregg M. Galardi, Kimberly J. Kodis, Sam N. Ashuraey | gregg.galardi@ropesgray.com kimberly.kodis@ropesgray.com sam.ashuraey@ropesgray.com |
| Counsel to Cross Country Home Services, Inc., and Duff & Phelps, LLC | Ropes & Gray LLP | Attn: James M. Wilton, Patricia I. Chen, Stephen Moeller-Sally, Joshua Y. Sturm | james.wilton@ropesgray.com patricia.chen@ropesgray.com ssally@ropesgray.com joshua.sturm@ropesgray.com |
| Counsel to Duff & Phelps, LLC | Ropes & Gray LLP | Attn: Nicholas M. Berg, Timothy Farrell | nicholas.berg@ropesgray.com timothy.farrell@ropesgray.com |
| Counsel to Cranston/BVT Associates, LLP | Rosen & Associates, P.C. | Attn: Sanford P. Rosen, Esq. | srosen@rosenpc.com |
| Counsel to RubyRed Garment Manufacturing S.A.E. (Jerseywear)/Egypt | Rubin LLC | Attn: Paul A. Rubin | prubin@rubinlawllc.com |
| Counsel to Colonial Properties LLC, Groveport Lynx LLC, Lawrence Mart LLC, USP Aerospace Solutions, Inc. | Ruskin Moscou Faltischek, P.C. | Attn: Michael S. Amato, Esq. | mamato@rmfpc.com |
| Counselt to AmCap Wilson II, LLC, Wilson Norridge, LLC, and HRA Fountains LP | S&D Law | Attn: Steven W. Kelly, Esq. | skelly@s-d.com |
| Counsel to Ray Padula Holdings, LLC | Sahn Ward Coschignano, PLLC | Attn: Robert A. Abiuso, Matthew C. McCann | mmccann@swc-law.com rabiuso@swc-law.com |
| Counsel to Sakar International Inc. | Sakar | Attn: Jay Weinblatt | jweinblatt@sakar.com |
| Counsel to International Business Machines Corporation & Advance Magazine Publishers Inc. | Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Abigail Snow, Pamela Bosswick | cbelmonte@ssbb.com asnow@ssbb.com pbosswick@ssbb.com |

In re:  **Sears Holdings Corporation,** *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Dorel Industries Inc. | Schiff Hardin LLP | Attn: Kayvan B. Sadeghi | ksadeghi@schiffhardin.com |
| Counsel to the Ciuffo Family Trust | Schiff Hardin LLP | Attn: Louis T. DeLucia, Esq., Alyson M. Fiedler, Esq. | LFacopoulos@schiffhardin.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury | secbankruptcy@sec.gov NYROBankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| Counsel to Wilmington Savings Fund Society, FSB, as Trustee of the 7.00% 12.00% PIK-Toggle Notes | Seward & Kissel LLP | Attn: John R. Ashmead, Esq. & Arlene R. Alves, Esq. | ashmead@sewkis.com alves@sewkis.com |
| Counsel to Wilmington Trust, National Association, as indeture trustee and collateral agent | Seyfarth Shaw LLP | Attn: Edward M. Fox | emfox@seyfarth.com |
| Counsel to Oracle Elevator Company | Shapiro, Blasi, Wasserman & Hermann, P.A. | Attn: Richard P. Hermann, Matthew Kish, Jennifer Shafer | rhermann@sbwh.law mkish@sbwh.law jshafer@sbwh.law floridaservice@sbwh.law |
| Counsel to Sears Hometown and Outlet Stores, Inc. | Shearman & Sterling LLP | Attn: Fredric Sosnick, Sara Coelho | fsosnick@shearman.com sara.coelho@shearman.com |
| Counsel for Everlast World's Boxing Headquarters Corp. | Sheppard Mullin Richter & Hampton, LLP | Attn: Alan M. Feld, Esq., Ted Cohen, Esq. | afeld@sheppardmullin.com tcohen@sheppardmullin.com |
| Counsel to Manco Florida Associates, LLC | Shutts & Bowen LLP | Attn: Ryan C. Reinert, Esq. | rreinert@shutts.com |
| Counsel to Simon Property Group, L.P. | Simon Property Group, L.P. | Attn: Ronald M. Tucker, Esq. | rtucker@simon.com |
| Counsel to Summit Portraits, LLC | Singer & Levick, P.C. | Attn: Michelle E. Shriro | mshriro@singerlevick.com |
| Counsel for Pennsee, LLC, Loyal Holdings DE LLC and Westfall Town Center JV | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon, Esquire | dplon@sirlinlaw.com |
| Counsel to Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | Paul.Leake@skadden.com Shana.Elberg@skadden.com George.Howard@skadden.com |
| Counsel to Quest Resource Management Group, LLC | Skierski Jain PLLC | Attn: Doug Skierski, Kristin H. Jain | enotices@skijain.com |
| Counsel to Paco (China) Garment Ltd. | Smiley Wang-Ekvall, LLP | Attn: Lei Lei Wang Ekvall, Philip E. Strok | pstrok@swelawfirm.com |
| Counsel to Red Bull North America, Inc. | Snell & Wilmer L.L.P. | Attn: Robert R. Kinas | rkinas@swlaw.com |
| Counsel to Florida Self-Insurers Guaranty Association, Inc. | Sorenson Van Leuven, PLLC | Attn: James E. Sorenson | bk@svllaw.com |
| Counsel to Charles Pugh, Nicole Pugh, Jack Pugh, Sam Pugh, and Charles F. Pugh | Sorling Northrup | Attn: David A. Rolf & Patrick M. Ryan | darolf@sorlinglaw.com pmryan@sorlinglaw.com |
| Top 5 Secured Creditor | SRAC Medium Term Notes | Attn: Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| Top 5 Secured Creditor | SRAC Unsecured Notes | Attn: Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| Counsel to Levin Management Corporation, Phillips Edison & Company, Conopco Inc. dba Unilever | Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H. Lemkin | tonder@stark-stark.com jlemkin@stark-stark.com |

In re:  **Sears Holdings Corporation**, *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| State of Nebraska, Nebraska Game and Parks Commission | State of Nebraska | Attn: c/o Charles E. Chamberlin | charles.chamberlin@nebraska.gov |
| Counsel to East Penn Manufacturing Co. | Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | cp@stevenslee.com |
| Counsel for Telesoft Corp. | Stinson Leonard Street LLP | Attn: Thomas J. Salerno | thomas.salerno@stinson.com |
| Counsel to Dell Financial Services L.L.C | Streusand, Landon, Ozburn & Lemon, LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Counsel to Och-Ziff Capital Structure Arbitrage Master Fund, Ltd. | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Jonathan D. Canfield, Sayan Bhattacharyya | khansen@stroock.com<br>jcanfield@stroock.com<br>sbhattacharyya@stroock.com |
| Counsel to Robert A. Catalfamo, Lavarita D. Meriwether and Plaintiffs in the consolidated ERISA Action (the "ERISA Plaintiffs) | Stull, Stull & Brody | Attn: Michael J. Klein, Patrick Slyne | mklein@ssbny.com<br>pkslyne@ssbny.com |
| Counsel to Fairholme Capital Management, LLC, and the Fairholme Funds, Inc. | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, Brian D. Glueckstein, David R. Zylberberg | dietdericha@sullcrom.com<br>zylberbergd@sullcrom.com |
| Counsel for Izek Shomof and Alene Shomof Irrevocable Children's Trust Dated February 11, 1999, Vegas Group, LLC, and East River Group, LLC | SulmeyerKupetz, A Professional Corporation | Attn: David S. Kupetz & Claire K. Wu | dkupetz@sulmeyerlaw.com<br>ckwu@sulmeyerlaw.com |
| Counsel to KG Denim Limited | Suri Law Office | Attn: Vivek Suri, Esq. | lawyer@surilawoffice.com |
| Counsel to Alexandria Pelletteri & Thomas Pelletteri | Szaferman, Lakind, Blumstein, & Blader P.C. | Attn: Bruce M. Sattin, Esq. | bsattin@szaferman.com |
| Counsel to Vertical Industrial Park Associates | Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Michael J. Riela | Riela@thsh.com |
| Counsel to the Taubman Landlords | Taubman Landlords | Attn: Andrew S. Conway | aconway@taubman.com |
| Counsel to Stockton Mariposa LLC | The Law Office of Thomas A. Farinella, P.C. | Thomas A. Farinella, Esq. | tf@lawtaf.com |
| Top 5 Secured Creditor and Pension Benefit Guaranty Corporation ("PBGC") | The Pension Benefit Guaranty Corporation (PBGC) | Attn: Judith Starr, Kartar S. Khalsa, William McCarron, Jr., & Adi Berger, Director | Starr.Judith@pbgc.gov<br>mccarron.william@pbgc.gov<br>efile@pbgc.gov |
| Counsel to Mien Co., Ltd., Helen Andrews Inc, Strong Progress Garment Factory Company Limited, Shanghai Fochier | The Sarachek Law Firm | Attn: Joseph E. Sarachek | joe@sacheklawfirm.com |
| Counsel to 1803, LLC, and Camegaran, LLC | The Tsang Law Firm, P.C. | Attn: Michael Tsang | mtsang@tsanglawfirm.com |
| Counsel to Virginia Surety Company, Inc. | Thompson Hine LLP | Attn: Curtis L. Tuggle | Curtis.Tuggle@ThompsonHine.com |
| Counsel to the Movant, Martha G. West | Tirelli Law Group, LLC | c/o Linda M. Tirelli, Esq. | ltirelli@tw-lawgroup.com |
| Top 20 Unsecured Creditor | TJ Tianxing Kesheng Leather Products Co Ltd | Attn: Power Wang | powerwangtxks@vip.126.com |
| Counsel to the Tennessee Department of Revenue | TN Dept of Revenue | Attn: Herbert H. Slatery III, Marvin E. Clements, Jr. | AGBankNewYork@ag.tn.gov |
| Counsel to Superb International Co., Ltd. | Tobias Law Firm, P.C. | Attn: David G. Tobias | dtobias@tobiaslawpc.com |
| Counsel to MP Holdings LLC and Larry D. Kelley | Trainor Fairbrook | Attn: Jennifer L. Pruski | jpruski@trainorfairbrook.com |
| Counsel to Travis County | Travis County Attorney | Attn: David Escamilla, Kay D. Brock | kay.brock@traviscountytx.gov |

In re:  **Sears Holdings Corporation,** *et al.*
Master Service List
Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division | David.Jones6@usdoj.gov<br>Jeffrey.Oestericher@usdoj.gov<br>Joseph.Cordaro@usdoj.gov<br>Carina.Schoenberger@usdoj.gov<br>Lawrence.Fogelman@usdoj.gov<br>Peter.Aronoff@usdoj.gov<br>Linda.Riffkin@usdoj.gov |
| Counsel to Village of Hoffman Estates | Vedder Price P.C. | Attn: Joshua A. Dunn, Esq., Michael Schein | jdunn@vedderprice.com |
| Counsel to Agri-Fab, Inc. | Vedder Price P.C. | Attn: Kevin J. Etzel | ketzel@vedderprice.com |
| Counsel to NorthStar Group Services, Inc., and Village of Hoffman Estates | Vedder Price P.C. | Attn: Michael L. Schein | mschein@vedderprice.com |
| Counsel to Verizon Capital Corp. and NCC Key Company | Verizon Capital Corp. | Attn: Marva M. Levine | marva.m.levine@verizon.com |
| Counsel to Hanesbrands, Inc. | Waldrep LLP | Attn: Thomas W. Waldrep, Jr. | notice@waldrepllp.com |
| Counsel to Schindler Elevator Corporation | Walsh Pizzi O'Reilly Falanga LLP | Attn: Stephen V. Falanga, Esq. | sfalanga@walsh.law |
| Counsel to Wolverine World Wide, Inc. and its affiliates, Chervon (HK), Ltd. | Warner Norcross + Judd LLP | Attn: Gordon J. Toering | gtoering@wnj.com |
| Counsel to Levcom Wall Plaza Associates and West Orange Plaza | Wasserman, Jurista & Stolz, P.C. | Attn: Donald W. Clarke | Dclarke@wjslaw.com |
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny SinghJared R. Friedmann, Jessie B. Mishkin, Esq. | ray.schrock@weil.com<br>garrett.fail@weil.com<br>jacqueline.marcus@weil.com<br>sunny.singh@weil.com<br>JeriLeigh.Miller@weil.com<br>jessica.liou@weil.com<br>Paloma.VanGroll@weil.com<br>Jared.Friedmann@weil.com<br>Jessie.Mishkin@weil.com |
| Counsel to Lake Success Shopping Center LLC and CE Vernon II, LLC | Weiss Zarett Brofman Sonnenklar & Levy, P.C. | Attn: Michael D. Brofman, Esq. | mbrofman@weisszarett.com |
| Counsel to Toyota Industries Commercial Finance, Inc. | Weltman, Weinberg & Reis Co., L.P.A. | Attn: Scott D. Fink | sfink@weltman.com |
| Counsel to Amerco Real Estate Company, Salesforce.com, Inc., Cisco Systems, Inc., and Google LLC | White and Williams LLP | Attn: James C. Vandermark | vandermarkj@whiteandwilliams.com |
| Counsel to Angela Kelly and Janyce L. MacKenzie | Whiteford, Taylor & Preston LLC | Attn.: Kenneth M. Lewis, Esq. | klewis@wtplaw.com |
| Counsel to the J.M. Smucker Company and Ainsworth Pet Nutrition LLC | Whiteford, Taylor & Preston LLC | Attn: Stephen B. Gerald | sgerald@wtplaw.com |
| Counsel to 156 Tom Hill LLC | Wiles & Wiles, LLP | Attn: Victor W. Newmark, Esq. | bankruptcy@evict.net |
| Counsel to Capref Burbank, LLC | Williams Legal Advisory Group, LLC | Attn: Amy M. Williams | awilliams@williamsadvisors.com |
| Counsel to Drayton Plains (MI), LLC | Willkie Farr & Gallagher LLP | Attn: Alan J. Lipkin, Gabriel Brunswick | alipkin@willkie.com<br>gbrunswick@willkie.com |

In re:  **Sears Holdings Corporation**, *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Wilmington Savings Fund Society, FSB, as Trustee of the 7.00% 12.00% PIK-Toggle Notes | Wilmington Savings Fund Society, FSB | Attn: Patrick J. Healy | phealy@wsfsbank.com |
| Counsel to Wilmington Trust, National Association, as indeture trustee and collateral agent | Wilmington Trust, National Association | Attn: Steven Cimalore, Vice President | scimalore@wilmingtontrust.com |
| Counsel to Putnam County and Tomra/RSI, LLC | Wilson, Elser, Moskowitz, Edelman & Dicker LLP | Attn: David L. Tillem | david.tillem@wilsonelser.com |
| Counsel to 4th Street South II, LLC | Witte Law Offices, PLLC | Attn: Norman C. Witte | ncwitte@wittelaw.com |
| Counsel to Wolf Family Series LP d/b/a Series III, Ontario Enterprises of the Wolf Family Series LP | Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron | saron@wrslawyers.com |
| Counsel to Movant Mario Aliano | Zimmerman Law Offices, P.C. | Attn: Thomas A. Zimmerman, Jr. | tom@attorneyzim.com |