# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**RESPONSE OF THE TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP, D/B/A KAMEHAMEHA SCHOOLS, LLC TO THE NOTICE OF REJECTION OF CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND ABANDONMENT OF PROPERTY IN CONNECTION THEREWITH**

The Trustees of the Estate of Bernice Pauahi Bishop, d/b/a Kamehameha Schools, LLC (the "Landlord"), through its undersigned counsel, submits this Response (the "Response") to the *Notice of Rejection of Certain Unexpired Leases of Nonresidential Real Property and Abandonment of Property in Connection Therewith* (the "Rejection Notice"),[2] filed by the above-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Docket No. 3300.

captioned debtors (the "Debtors"). In support of the Objection, the Landlord respectfully states as follows:

1. The Debtors filed the Rejection Notice on April 19, 2019 seeking to reject the lease (the "Lease") between the Landlord and the Debtors for the premises in Kaneohe, Hawaii (the "Leased Premises") as of April 19, 2019. According to the Rejection Notice, and the order governing the procedures for the rejection of unexpired leases in these cases (the "Rejection Procedures Order"),[3] the effective date of rejection is the later of the (i) service and filing of the Rejection Notice, and (ii) date the Debtors surrendered the Leased Premises via the delivery of keys, key codes, and alarm codes to the Landlord, or if not delivering such keys or codes, providing notice that the Landlord may re-let the Leased Premises.

2. The Debtors have not surrendered the Leased Premises. The store at the Leased Premises is still open, the Purchaser continues to conduct business at the Premises and the Landlord is unable to confirm that the Debtors have removed any hazardous or toxic materials from the Leased Premises as required by paragraph 4 of the Rejection Procedures Order before the rejection can become effective.[4] As a result, without the consent of the Landlord, the effective date of rejection date cannot be April 19, 2019.

3. On February 5, 2019, the Landlord filed a motion to compel payment of post-petition rent and related obligations.[5] The Debtors, Transform, and the Landlord have been discussing the disposition of the Lease and the Leased Premises but have not yet memorialized any resolution. In the spirit of these negotiations, the Debtors have extended the Landlord's time

---

[3] Docket No. 800.

[4] *See* Rejection Procedures Order ¶ 4 ("*provided* that the Debtors shall remove any hazardous or toxic materials (as such terms are defined in any applicable federal, state or local law, rule, regulation, or ordinance) from the leased premises prior to the Rejection Date").

[5] Docket No. 2414.

to object to the Rejection Notice, but the parties have not yet reached an agreement regarding the rejection effective date.  The Landlord is files this Response to preserve its rights with respect to the removal of any hazardous or toxic materials from the Leased Premises and the effective date of the rejection of the Lease.

WHEREFORE, the Landlord requests that the Court delay entering the proposed order approving the rejection of the Lease as requested herein until the Landlord is able to confirm the removal of any hazardous or toxic materials from the Leased Premises and the parties reach agreement on the effective date of the rejection of the Lease, and grant such other and further relief as is just.

Dated:     May 3, 2019                          KELLEY DRYE & WARREN LLP
           New York, New York

                                                */s/ Robert L. LeHane*
                                                Robert L. LeHane
                                                Maeghan J. McLoughlin
                                                Randall L. Morrison, Jr.
                                                101 Park Avenue
                                                New York, New York 10178
                                                Tel.: (212) 808-7800
                                                Fax: (212) 808-7897

                                                *Counsel for Trustees of the Estate of Bernice*
                                                *Pauahi Bishop, d/b/a Kamehameha Schools*

**CERTIFICATE OF SERVICE**

The undersigned hereby certified that a true and correct copy of the foregoing instrument has been served via electronic mail and/or first class mail, postage pre-paid on this 3rd day of May, 2019 upon the parties listed below and electronically via ECF notification upon all parties requesting service via ECF notification:

Sears Holdings Management Corporation
Attn: Rob Riecker (rob.riechker@searshc.com)
Attn: Luke Valentino (luke.valentino@searshc.com)
Attn: Mohsin Meghji (mmeghji@miiipartners.com)
Attn: General Counsel (counsel@searshc.com)
3333 Beverly Road
Hoffman Estates, IL 60179

Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock (ray.schrock@weil.com)
Attn: Jacqueline Marcus (jacqueline.marcus@weil.com)
Attn: Garret A. Fail (garrett.fail@weil.com)
Attn: Sunny Singh (sunny.singh@weil.com)
767 Fifth Avenue
New York, NY 10153

Lazard Fréres & Co., LLC
Attn: Brandon Aebersold and Levi Quaintance (project.blue.rx@lazard.com)
30 Rockefeller Plaza
New York, NY 10112

Bank of America, N.A.
c/o Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul D. Leake (Paul.Leake@skadden.com)
Attn: Shana A. Elberg (Shana.Elberg@skadden.com)
Attn: George R. Howard (George.Howard@skadden.com)
4 Times Square
New York, NY 10036

Bank of America, N.A.
c/o Berkeley Research Group, LLC
2200 Powell Street, Suite 1200
Emeryville, CA 94608

Wells Fargo Bank, National Association
c/o Choate, Hall & Stewart LLP
Attn: Kevin J. Simard (ksimard@choate.com)
Attn: Jonathan D. Marshall (jmarshall@choate.com)
Two International Place
Boston, MA 02110

4

Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin (pdublin@akingump.com)
Attn: Ira S. Dizengoff (idizengoff@akingump.com)
Attn: Abid Qureshi (aqureshi@akingump.com)
Attn: Sara L. Brauner (sbrauner@akingump.com)
One Bryant Park
New York, NY 10036

Transform Holdco LLC
c/o ESL Partners, Inc.
Attn: Kunal S. Kamlani (kunal@eslinvest.com)
Attn: Harold Talisman (harold@eslinvest.com)
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Cleary Gottlieb Steen & Hamilton LLP
Attn: Christopher E. Austin (caustin@cgsh.com)
Attn: Benet J. O'Reilly (boreilly@cgsh.com)
Attn: Sean A. O'Neal (soneal@cgsh.com)
One Liberty Plaza
New York, NY 10006

Office of the United States Trustee
Attn: Paul Schwartzberg (paul.schwartzberg@usdoj.gov)
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

*/s/ Robert L. LeHane*
Robert L. LeHane