# **EXHIBIT A**

# Cure Amounts for Sears Holdings Corporation Lease
## for Space in Green Acres Mall Held by Brooks Shopping Centers, LLC

**Location**   Green Acres Mall                              **Attorney Fees[3]**   $10,000.00

|  | Landlord's Cure Calculation[1] |  | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Rent and Charges:** | | | | |
| 10/12/2013 | $2,445.33 | Property Taxes | $1,354.65 | $3,799.98 |
| 10/12/2013 | $840.52 | Property Taxes | $465.63 | $1,306.15 |
| 10/12/2013 | $829.99 | Property Taxes | $459.79 | $1,289.78 |
| 12/12/2013 | $2,516.07 | Property Taxes | $1,351.78 | $3,867.85 |
| 2/26/2014 | $818.80 | Property Taxes | $422.86 | $1,241.66 |
| 5/12/2014 | $2,777.29 | Property Taxes | $1,377.23 | $4,154.52 |
| 7/12/2014 | $703.75 | Property Taxes | $337.22 | $1,040.97 |
| 9/13/2014 | $2,122.88 | Property Taxes - Prior Year Reconciliation | $0.00 | $2,122.88 |
| 11/21/2014 | $2,610.92 | Property Taxes | $1,156.67 | $3,767.59 |
| 4/12/2015 | $926.74 | Property Taxes | $374.50 | $1,301.24 |
| 6/26/2015 | $136.99 | Property Taxes - Prior Year Reconciliation | $52.54 | $189.53 |
| 5/28/2016 | $7,319.72 | Property Taxes | $2,131.74 | $9,451.46 |
| 7/15/2016 | ($13,201.18) | Property Taxes - Prior Year Reconciliation | $0.00 | ($13,201.18) |
| 8/24/2016 | $22.16 | Property Taxes | $5.92 | $28.08 |
| 8/25/2017 | $22.17 | Property Taxes - Prior Year Reconciliation | $0.00 | $22.17 |
| 9/11/2017 | $1,573.15 | Property Taxes | $255.15 | $1,828.30 |
| 7/20/2018 | $4,308.75 | Property Taxes - Prior Year Reconciliation | $0.00 | $4,308.75 |
| 7/20/2018 | $928.03 | CAM - Prior Year Reconciliation | $71.19 | $999.22 |
| 7/26/2018 | $525.17 | Property Taxes | $39.42 | $564.59 |
| 11/25/2018 | $308,228.59 | School Property Tax Installment | $12,835.82 | $321,064.41 |
| 2/27/2019 | $195,738.14 | Property Taxes | $3,110.36 | $198,848.50 |
| 5/15/2019 | $535,038.31 | School Property Tax Installment | $0.00 | $535,038.31 |
|  | **$1,057,232.29** |  | **$25,802.47** | **$1,083,034.76** |
| **Total Due:** | | **$1,093,034.76** | | |

---

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 04-25-19 (Hearing Date).

3  Includes attorneys fees and costs accrued through 02-11-19. Landlord will supplement with final attorneys fee and cost amounts when available.