UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re: SEARS HOLDINGS CORPORATION, et als

                    Debtor
-----------------------------------------------------------x

                    Plaintiff

                v.

                    Defendant
-----------------------------------------------------------x

Case No.: <u>18-23538</u>
Chapter <u>11</u>

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, <u>Donald F. Campbel, Jr.</u>, request admission, ***pro hac vice***, before the Honorable <u>Robert D. Drain</u>, to represent <u>Sake ShopRites, Inc.</u>, a <u>interested party</u> in the above-referenced ☑ case ☐ adversary proceeding.

    *I certify that I am a member in good standing* of the bar in the State of <u>New Jersey</u> and, if applicable, the bar of the U.S. District Court for the _____ District of <u>New Jersey</u>.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: <u>5/3/2019</u>
<u>Red Bank, New Jersey</u>,

/s/ <u>Donald F. Campbell, Jr.</u>
*Mailing Address*:
<u>Giordano, Halleran & Ciesla, P.C.</u>
<u>125 Half Mile Road, Suite 300</u>
<u>Red Bank, NJ 07701</u>
*E-mail address*: <u>dcampbell@ghclaw.com</u>
*Telephone number*: (<u>732</u>) <u>741 3900</u>