UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: SEARS, HOLDING CORPORATION, et als

Debtor

Case No.: 18-23538

Chapter 11

-----------------------------------------------------------x

Plaintiff

v.

Defendant

Adversary Proceeding No.: _____

-----------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Donald F. Campbell, Jr._____, to be admitted, *pro hac vice*, to represent Saker ShopRites, Inc._____, (the "Client") a interested party_____ in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New Jersey_____ and, if applicable, the bar of the U.S. District Court for the _____ District of New Jersey_____, it is hereby

**ORDERED**, that Donald F. Campbell, Jr._____, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York          /s/ _____

UNITED STATES BANKRUPTCY JUDGE