# EXHIBIT "A"

| # | | | Status | City | State | Address | Counterparty | Sq Ft | Lease Type | | | | Entity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 174 | 2715 | 271500 | Open Store | Salem | Oregon | 955 Lancaster Dr Ne | Lancaster Development Co. | 10,209 | Lease | $0.00* | $11,357.50 | $11,357.50 | Transform Leaseco LLC |
| 175 | 2728 | 272800 | Open Store | Downey | California | 600 Stonewood | Macerich | 11,703 | Ground Lease | Objection Filed - Cure Amount Not Specified $8,318.75 | Not Specified | N/A | Transform SAC Properties LLC |
| 176 | 2744 | 274400 | Open Store | Horseheads/Elmira | New York | 3300 Chambers Rd | Arnot Realty | 148,344 | Ground Lease | $1,176.00 | N/A | N/A | Transform Operating Stores LLC |
| 177 | 2745 | 274500 | Open Store | Leesburg | Florida | 10401 Us Highway 441 Ste 2002 | Village Lake Promenade LLC & 950 Properties LLC | 69,239 | Lease | $22,105.00 | N/A | N/A | Transform Operating Stores LLC |
| 178 | 2755 | 275500 | Open Store | Jacksonville | North Carolina | 344 Jacksonville Mall | PREIT | 118,057 | Lease | $0.00* | N/A | N/A | Transform Operating Stores LLC |
| 179 | 2774 | 277400 | Open Store | Cumberland | Maryland | 1262 Vocke Rd | Gumberg Asset Management Corp. | 91,579 | Lease | $0.00* | N/A | N/A | Transform Operating Stores LLC |
| 180 | 2774 | 277400 | Open Store | Winchester | Virginia | 1850 Apple Blossom Dr | Simon | 95,005 | Lease | $0.00* | $19,886.90 | $19,886.90 | Transform Leaseco LLC |
| 181 | 2758 | 279800 | Open Store | Palm Desert | California | 44430 TOWN CENTER WAY | Westfield | 14,994 | Ground Lease | $0.00* | N/A | N/A | Transform Leaseco LLC |
| 182 | 2829 | 282900 | Open Store | Victorville | California | 14420 Bear Valley Rd | Macerich | 89,689 | Lease | Objection Filed - Cure Amount Not Specified $0.00* | $37,898.90 | $37,898.90 | Transform Operating Stores LLC |
| 183 | 2936 | 293100 | Open Store | Chicago | Illinois | 1800 W Lawrence Ave | Ravenswood Station LLC | 10,603 | Ground Lease | $0.00* | N/A | N/A | Transform SAC Properties LLC |
| 184 | 3013 | 301300 | Open Store | Cleveland | Ohio | 7701 Broadview Road | Kin Properties | 99,648 | Lease | $554,391.68 | $554,391.68 | $554,391.68 | Transform Operating Stores LLC |
| 185 | 3018 | 301800 | Open Store | Valencia | California | 23222 W Valencia Blvd | SWC, LLC | 84,305 | Lease | $0.00 | $143,783.19 | $143,783.19 | Transform Leaseco LLC |
| 186 | 3018 | 301850 | Open Store (Sublease) | Valencia | California | 23222 W Valencia Blvd | Magic Auto Center | 4,406 | Sublease | $0.00 | N/A | N/A | Transform Leaseco LLC |
| 188 | 3018 | 301851 | Open Store (Sublease) | Valencia | California | 23222 W Valencia Blvd | McDonalds Corp L/C 004-5308 | 5,000 | Sublease | $0.00 | N/A | N/A | Transform Leaseco LLC |
| 189 | 3018 | 301852 | Open Store (Sublease) | Valencia | California | 23222 W Valencia Blvd | Simply Discount Furniture | 79,699 | Sublease | $0.00 | N/A | N/A | Transform Leaseco LLC |
| 190 | 3021 | 302100 | Open Store | Auburn | Maine | 603 Center St | Benderson | 105,343 | Lease | $0.00 | $143,000.00 | $143,000.00 | Transform Operating Stores LLC |
| 191 | 3029 | 302900 | Open Store | Erlanger | Kentucky | 3071 Dixie Hwy | The Kroger Co. | 94,605 | Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 192 | 3029 | 302951 | Open Store (Sublease) | Erlanger | Kentucky | 3071 Dixie Hwy | Wendy's Old Fashioned Hamburgers | 3,500 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 193 | 3040 | 304000 | Open Store | Hyannis | Massachusetts | 768 Iyanough Rd | EDGEWOOD PLAZA HOLDINGS, LLC | 94,605 | Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 194 | 3040 | 304050 | Open Store (Sublease) | Hyannis | Massachusetts | 768 Iyanough Rd | Cape Town Plaza, LLC | 94,605 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 195 | 3056 | 305600 | Open Store | Wayne | New Jersey | 1020 Hamburg Turnpike | The Paper Store, LLC | 85,874 | Lease | $93,095.00 | N/A | N/A | Transform Operating Stores LLC |
| 196 | 3059 | 305900 | Open Store | St. Paul | Minnesota | 245 E Maryland Ave | Levco Management | 95,932 | Lease | $93,095.00 | N/A | N/A | Transform Operating Stores LLC |
| 197 | 3074 | 307450 | Open Store (Sublease) | Miami | Florida | 14091 S W 88Th St | Shindler/West Finance Partners V LP-Henry Cohen | 110,187 | Sublease | $3,575.00 | N/A | N/A | Transform Operating Stores LLC |
| 198 | 3074 | 307450 | Open Store (Sublease) | Miami | Florida | 14091 S W 88Th St | Kimco Realty Corporation | | Sublease | $6,055.00 | N/A | N/A | Transform Operating Stores LLC |
| 200 | 3074 | 307450 | Open Store (Sublease) | Miami | Florida | 14091 S W 88Th St | AerFoods LLC | | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 201 | 3074 | 307452 | Open Store (Sublease) | Miami | Florida | 14091 S W 88Th St | Split.rent for AerFoods | | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 202 | 3086 | 308600 | Open Store | Chico | California | 2155 Pillsbury Rd | Jeffrey H. Tumkin, Inc. | 84,305 | Lease | $0.00 | N/A | N/A | Transform Leaseco LLC |
| 203 | 3116 | 311600 | Closed Store | Wilmington | North Carolina | 815 S College Rd | Start Snedom | 117,346 | Lease | $0.00 | N/A | N/A | Transform Leaseco LLC |
| 204 | 3116 | 311650 | Open Store (Sublease) | Wilmington | North Carolina | 815 S College Rd | Jack A. Sneedes Corporation | 5,604 | Sublease | $0.00* | $45,774.00 | $45,774.00 | Transform Operating Stores LLC |
| 205 | 3127 | 312700 | Open Store | Temple City | California | 5665 N Rosemead Blvd | Graziadio Investment Company | 94,605 | Lease | $0.00* | $45,774.00 | $45,774.00 | Transform Operating Stores LLC |
| 206 | 3127 | 312750 | Open Store (Sublease) | Temple City | California | 5665 N Rosemead Blvd | Crown City Automotive | 5,000 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 207 | 3131 | 313100 | Open Store | Frederick | Maryland | 1003 W Patrick St | Washington Real Estate Investment Trust | 94,605 | Lease | $0.00 | $146,017.43 | $146,017.43 | Transform Operating Stores LLC |
| 208 | 3136 | 313600 | Open Store | Bellingham | Washington | 1001 E Sunset Drive | Kimco Realty Corporation | 103,815 | Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 209 | 3136 | 313600 | Open Store | Shillington | Pennsylvania | 1 Parkside Ave | Mark Shillington, LP | 94,605 | Lease | $7,416.00 | N/A | N/A | Transform Operating Stores LLC |
| 210 | 3136 | 313651 | Open Store (Sublease) | Shillington | Pennsylvania | 1 Parkside Ave | Amelia's, LLC | | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 211 | 3155 | 315500 | Open Store | Belleville | Michigan | 2035 Rawsonville Rd | Schostak Brothers & Co. | 107,008 | Lease | $4,205.00 | $72,184.76 | $72,184.76 | Transform Operating Stores LLC |
| 212 | 3172 | 317200 | Open Store | Hagerstown | Maryland | 1713 Massey Blvd | Grande Realty Trust | 95,830 | Lease | $4,205.00 | $6,596.98 | $2,391.98 | Transform Operating Stores LLC |
| 213 | 3172 | 317251 | Open Store (Sublease) | Hagerstown | Maryland | 1713 Massey Blvd | Dollar-Valley Plaza Llc | 3,246 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 214 | 3174 | 317400 | Open Store | Stockton | California | 2180 E Mariposa Rd | Sinn Nobel MD & Behal Nobel | 94,170 | Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 215 | 3175 | 317500 | Open Store | Honkent | Michigan | 1267 Honkant Rd | B K Centers | 94,667 | Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 216 | 3202 | 320400 | Open Store | Westwood | New Jersey | 700 Broadway | First Real Estate Investment Trust of NJ | 84,280 | Lease | $9,243.00 | $253,437.92 | $244,194.92 | Transform Operating Stores LLC |
| 217 | 3225 | 322500 | Open Store | Chambersburg | Pennsylvania | 1005 Wayne Ave | First Allied Corporation | 84,313 | Lease | $35,578.48* | N/A | N/A | Transform Operating Stores LLC |
| 218 | 3239 | 323900 | Open Store | Kansas City | Missouri | 7100 Nw Prairie View Rd | North K1-29 2004, LLC | 84,000 | Ground Lease | $15,095.67 | $1,200,000.00 | $1,184,903.33 | Transform Operating Stores LLC |
| 219 | 3239 | 323950 | Open Store (Sublease) | Kansas City | Missouri | 7100 Nw Prairie View Rd | BIG BOWL PHO | 4,201 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 220 | 3239 | 323951 | Open Store (Sublease) | Kansas City | Missouri | 7100 Nw Prairie View Rd | Advance America | 1,480 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 221 | 3239 | 323952 | Open Store (Sublease) | Kansas City | Missouri | 7100 Nw Prairie View Rd | Barbers Plus | 1,600 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 222 | 3239 | 323953 | Open Store (Sublease) | Kansas City | Missouri | 7100 Nw Prairie View Rd | H & R Block | 2,400 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 223 | 3239 | 323955 | Open Store (Sublease) | Kansas City | Missouri | 7100 Nw Prairie View Rd | H & R Block | 2,400 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 224 | 3239 | 323958 | Open Store (Sublease) | Kansas City | Missouri | 7100 Nw Prairie View Rd | Papa John'S | 2,000 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 225 | 3265 | 326500 | Open Store | Edwardsville | Pennsylvania | U S Route 11 Mark Plaza | Acadia Realty Trust | 104,519 | Lease | Objection Filed - Cure Amount Not Specified $37,088.00 | $42,642.99 | $42,642.99 | Transform Operating Stores LLC |
| 226 | 3268 | 326800 | Open Store | Wilkes-Barre | Pennsylvania | 910 Wilkes Barre Twp Blvd | Union Center Realty, LLC | 104,978 | Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 227 | 3286 | 328600 | Open Store | Lantana | Florida | 1201 S Dixie | Saglo Development Company (SDC) | 84,180 | Lease | $11,949.00 | N/A | N/A | Transform Operating Stores LLC |
| 228 | 3286 | 328600 | Open Store | Brunswick | Ohio | 3301 Center Rd | Garrison | 84,180 | Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 229 | 3286 | 328651 | Open Store (Sublease) | Brunswick | Ohio | 3301 Center Rd | Jud's Best Discount Muffler & Brake | 3,035 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 230 | 3286 | 328651 | Open Store (Sublease) | Brunswick | Ohio | 3301 Center Rd | GREF II REIT I, LLC | | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 231 | 3288 | 328900 | Open Store | Billerica | Massachusetts | 484 Boston Rd | B.O Management | 84,145 | Lease | $0.00* | $233,214.99 | $233,214.99 | Transform Operating Stores LLC |
| 232 | 3301 | 330100 | Open Store | Santa Fe | New Mexico | 1713 Te Michoel'S Dr | David Nydes | 91,805 | Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 233 | 3317 | 331700 | Open Store | Boca Raton | Florida | 1401 W Palmetto Park Rd | Selig Enterprises, Inc. | 101,218 | Lease | $89,524.00 | N/A | N/A | Transform Operating Stores LLC |
| 234 | 3379 | 337900 | Open Store | Waterford Twp. | Michigan | 5100 Dixie Hwy | W. P. Carey & Co. | 103,308 | Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 235 | 3379 | 337901 | Open Store (Sublease) | Waterford | Michigan | 5100 Dixie Hwy | M & L Auto | 3,701 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 236 | 3350 | 335000 | Open Store | Williamsport | Pennsylvania | 1015 E Third St | Loyal Holdings DE LLC | 102,678 | Lease | $45,777.00 | N/A | N/A | Transform Operating Stores LLC |
| 237 | 3405 | 340500 | Open Store | Minneapolis | Minnesota | 10 W Lake Street | City of Minneapolis | 307,799 | Ground Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 238 | 3405 | 340550 | Open Store (Sublease) | Minneapolis | Minnesota | 10 W Lake Street | Troy Coolidge No. 42 LLC | | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 239 | 3412 | 341200 | Open Store | Salinas | California | 1050 North Davis Road | Rexford Title, Inc. | 84,180 | Lease | $31,356.59* | N/A | N/A | Transform Operating Stores LLC |
| 240 | 3412 | 341200 | Open Store | Salinas | California | 1050 North Davis Road | Rexford Title, Inc. | | Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 241 | 3415 | 341500 | Open Store | Buffalo | New York | 1001 Hertel Avenue | Benderson | 88,765 | Lease | $13,151.00 | $33,632.29 | $30,481.29 | Transform Operating Stores LLC |
| 242 | 3447 | 344700 | Open Store | Avenel | New Jersey | 1550 St George Ave | Avrend Realty Associates, LLC | 84,280 | Lease | $0.00 | $115,880.56 | $115,880.56 | Transform Operating Stores LLC |
| 243 | 3447 | 344700 | Open Store | Clive | Iowa | 10331 University Ave | Kimco Realty Corporation | 69,567 | Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 244 | 3447 | 344750 | Open Store (Sublease) | Clive | Iowa | 10331 University Ave | At Home Stores, LLC | 90,000 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 245 | 3471 | 347100 | Open Store | Chesapeake | Virginia | 2001 South Military Hwy | K G 1 Military LLC | 123,082 | Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 246 | 3471 | 347151 | Open Store (Sublease) | Chesapeake | Virginia | 2001 South Military Hwy | Sears Outlet Stores, LLC | 33,137 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 247 | 3483 | 348300 | Open Store | Ontario | California | 2530 S Euclid Ave | Joseph Wolf, Marvin L Wolf, Wolf Family Series LP | 91,803 | Lease | $0.00 | $50,000.00 | $50,000.00 | Transform Leaseco LLC |
| 248 | 3483 | 348350 | Closed Store | Ontario | California | 2531 S Euclid Ave | Wolf Family Series LP | 11,000 | Lease | $0.00 | N/A | N/A | Transform Leaseco LLC |
| 249 | 3499 | 348400 | Open Store | Elmira | West Virginia | I-79/Us 45 Crossings Mall | Plaza Management | 86,587 | Lease | $0.00* | $279,765.38 | $279,765.38 | Transform Operating Stores LLC |
| 251 | 3499 | 349850 | Open Store (Sublease) | Somerville | Massachusetts | 77 Middlesex Ave | Federal Realty Investment | 95,739 | Sublease | $0.00* | N/A | N/A | Transform Operating Stores LLC |
| 252 | 3499 | 349900 | Open Store | Kearny | New Jersey | 200 Passaic Ave | Delbrook Holding LLC | 90,075 | Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 253 | 3499 | 349951 | Open Store (Sublease) | Kearny | New Jersey | 200 Passaic Ave | Modell's At IL, Inc. | | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 254 | 3501 | 350100 | Open Store | Petaluma | California | 261 N Mc Dowell Blvd | Woolmington-Smith Ventures, LLC | 92,516 | Lease | $11,741.34* | N/A | N/A | Transform Operating Stores LLC |
| 255 | 3557 | 355700 | Closed Store | Philadelphia | Pennsylvania | 7101 Roosevelt Blvd | Pennsee, LLC | 70,110 | Lease | $0.00 | N/A | N/A | Transform Leaseco LLC |
| 256 | 3592 | 359200 | Open Store | Las Vegas | Nevada | 9051 E Bonanza Rd | MDL Group | 97,194 | Lease | $0.00 | N/A | N/A | Transform Leaseco LLC |
| 257 | 3570 | 357000 | Open Store | Holmes | Pennsylvania | 600 Macdade Blvd | Wolfson Group, Inc. | 104,837 | Lease | $285,929.00 | $285,775.58 | $11,846.58 | Transform Operating Stores LLC |
| 258 | 3667 | 366700 | Open Store | Raleigh | North Carolina | 8701 Six Forks Road | Weingarten Realty | 113,849 | Lease | $2,723.00 | $36,774.51 | $36,051.51 | Transform Operating Stores LLC |
| 259 | 3707 | 370700 | Open Store | Lake Havasu City | Arizona | 1870 Mc Collouch Blvd | David L. Long | 100,104 | Lease | $1,492.00 | N/A | N/A | Transform Operating Stores LLC |
| 260 | 3725 | 372550 | Open Store (Sublease) | Freedom | California | 1702 Freedom Boulevard | John C. Adams, Trustee | 94,947 | Ground Lease | $1,543.00 | $1,543.00 | $0.00 | Transform Operating Stores LLC |
| 261 | 3725 | 372551 | Open Store (Sublease) | Watsonville/Freedom | California | 1702 Freedom Boulevard | Advance America #925 | 1,400 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 262 | 3725 | 372553 | Open Store (Sublease) | Watsonville/Freedom | California | 1702 Freedom Boulevard | Jack In The Box, # 3481 | 2,800 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 263 | 3725 | 372553 | Open Store (Sublease) | Watsonville/Freedom | California | 1702 Freedom Boulevard | Jack In The Box, # 3487 | 2,800 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 264 | 3725 | 372554 | Open Store (Sublease) | Watsonville/Freedom | California | 1702 Freedom Boulevard | Designing Cut | 1,050 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |

| # | | Status | City | State | Address | Counterparty | Sq Ft | Type | Cure Amount | | | Assignee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 264 | 3725 | 372555 | Open Store | Watsonville/Freedom | California | 1702 Freedom Boulevard | Freedom Dental | 1,750 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 265 | 3725 | 372557 | Open Store | Watsonville/Freedom | California | 1702 Freedom Boulevard | DORA M. ESPINDOLA (DBA "DESIGNING CUT") | 1,365 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 266 | 3725 | 372557 | Open Store | Watsonville/Freedom | California | 1702 Freedom Boulevard | Whispering Pines Dry Cleaners | 1,200 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 267 | 3725 | 372562 | Open Store | Watsonville/Freedom | California | 1702 Freedom Boulevard | Split rent for The 99 Cent Store | | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 268 | 3737 | 373730 | Open Store (Sublease) | Doylestown | Pennsylvania | 4377 Route 313 | Cross Keys Development Company | 86,972 | Lease | $1,017.00 | N/A | N/A | Transform Operating Stores LLC |
| 269 | 3744 | 374400 | Open Store | Kil Devil Hills | North Carolina | 1091 N Croatan Highway | Joan W. Dolls | 120,289 | Ground Lease | $6,012.00 | N/A | N/A | Transform Operating Stores LLC |
| 270 | 3748 | 374851 | Open Store | Hollister | California | 491 Tres Pinos Road | Lily Klauer / Suzon Klauer Rivera / Carlos Rivera | 201,835 | Ground Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 271 | 3748 | 374851 | Open Store | Hollister | California | 491 Tres Pinos Road | Radio Shack Licensed Dealer | 2,300 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 272 | 3748 | 374852 | Open Store | Hollister | California | 491 Tres Pinos Road | VIP Wireless | 2,700 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 273 | 3750 | 375000 | Open Store | Waupaca | Wisconsin | 830 West Fulton St | Times Square Joint Venture, LLP (FST Real Estate) | 86,479 | Lease | $9,248.00 | N/A | N/A | Transform Operating Stores LLC |
| 274 | 3785 | 378500 | Open Store | Tabb | Virginia | 5007 Victory Blvd | Tri State Development LLC | 192,861 | Lease | $29,196 | N/A | N/A | Transform Operating Stores LLC |
| 275 | 3785 | 378500 | Open Store | Tabb | Virginia | 5007 Victory Blvd | Chick-Fil-A Inc. | 54,860 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 276 | 3785 | 378500 | Open Store (Sublease) | Tabb | Virginia | 5007 Victory Blvd | Kroger Limited Partnership I | 92,348 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 277 | 3785 | 378500 | Open Store (Sublease) | Tabb | Virginia | 5007 Victory Blvd | Kroger Limited Partnership I | 37,268 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 278 | 3785 | 378500 | Open Store (Sublease) | Tabb | Virginia | 5007 Victory Blvd | Restaurant Property Investors II LLC c/o Burger Busters Inc. (DBA "Taco Bell") | 38,768 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 279 | 3793 | 379300 | Closed Store | Miami | Florida | 12350 Sw 8Th Street | Federal Construction, Ltd. | 120,162 | Lease | $35,642.31 | N/A | N/A | Transform Leaseco LLC |
| 280 | 3793 | 379352 | Open Store (Sublease) | Miami | Florida | 12350 Sw 8Th Street | Goodwill | 208 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 281 | 3798 | 379800 | Open Store | Hyattsville | Maryland | 6411 Riggs Road | Miller Wong Wong & Wong | 101,747 | Lease | $8,022.6* | N/A | N/A | Transform Operating Stores LLC |
| 282 | 3818 | 381000 | Open Store | Willow Street | Pennsylvania | 2600 N Willow Street Pike | THF Realty | 86,473 | Lease | $4,098.00 | N/A | N/A | Transform Operating Stores LLC |
| 283 | 3818 | 381800 | Open Store | Hollywood | Florida | 3800 Oakwood Blvd | Kimco Realty Corporation | 113,395 | Lease | $0.00* | $29,265.86 | $29,265.86 | Transform Operating Stores LLC |
| 284 | 3819 | 381900 | Open Store | Hastings | Michigan | 802 West State Street | Hastings Center, LLC | 86,473 | Lease | $6,735.00 | N/A | N/A | Transform Operating Stores LLC |
| 285 | 3826 | 382600 | Closed Store | Temecula | California | 26473 Ynez Road | Kimco Realty Corporation | 85,200 | Lease | $3,120.58 | N/A | N/A | Transform Leaseco LLC |
| 286 | 3829 | 382900 | Open Store | St. Thomas | Virgin Islands | 26 - A Tutu Park Mall | Tutu Park Limited | 104,230 | Lease | $120,571.00 | $289,599.20 | $157,038.10 | Transform Operating Stores LLC |
| 287 | 3834 | 383400 | Closed Store | Burbank | California | 1000 San Fernando Road | Auburndale Properties, Inc | 73,690 | Lease | $24,537.88 | N/A | N/A | Transform Leaseco LLC |
| 288 | 3841 | 384100 | Open Store | Marshall | Michigan | 15861 Michigan Avenue | KC Holding Corporation | 86,479 | Lease | $59,714.91* | N/A | N/A | Transform Operating Stores LLC |
| 289 | 3842 | 384200 | Open Store | Oakdale | California | 175 Maag Avenue | Benderson | 86,955 | Lease | $0.00* | $245,092.00 | $245,092.00 | Transform Operating Stores LLC |
| 290 | 3851 | 385100 | Open Store | Racine | Wisconsin | 5141 Douglas Ave | Zales Discount, LLC | 87,362 | Lease | $40,505.00 | N/A | N/A | Transform Operating Stores LLC |
| 291 | 3862 | 386100 | Open Store | Statesboro | Georgia | 5151 Sunrise Hwy | Sayville Property Company, LLC | 129,486 | Ground Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 292 | 3873 | 387300 | Open Store | Wilmington | Delaware | 4700 Limestone Road | Regency Realty Corp | 79,902 | Lease | $72,053.90 | $72,053.90 | | Transform Operating Stores LLC |
| 293 | 3888 | 388800 | Closed Store | Asheville | North Carolina | 900 Brevard Road | Biltmore Commercial Properties, LLC | 104,231 | Lease | $31,286.51 | $31,286.51 | | Transform Leaseco LLC |
| 294 | 3888 | 388800 | Closed Store | The Dalles | Oregon | 2640 West Sixth St | AMERCO Real Estate Company | 87,101 | Lease | $12,974.00 | N/A | N/A | Transform Leaseco LLC |
| 295 | 3949 | 394900 | Open Store | Wind Gap | Pennsylvania | 801 Male Rd | Bob Gustine | 91,266 | Lease | $0.00* Objection Filed - Cure Amount Not Specified | N/A | N/A | Transform Operating Stores LLC |
| 296 | 3963 | 396300 | Open Store | Elizabethtown | Pennsylvania | 1605 South Market Street | Nassimi Realty, LLC (Mike Nassimi) | 94,808 | Lease | $230.00 | $5,241.00 | $5,010.00 | Transform Operating Stores LLC |
| 297 | 3972 | 397200 | Open Store | St. Croix | Virgin Islands | Sunny Isle S/C, Space #1 | Sunny Isle Developers LLC | 59,577 | Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 298 | 3993 | 399300 | Open Store | Juana Diaz | Puerto Rico | State Rd 149&State Rd 584 | Plaza Juana Diaz, Inc | 86,543 | Lease | $55,433.75 | $55,433.75 | | Transform Operating Stores LLC |
| 299 | 4016 | 401600 | Open Store | Greenville | South Carolina | Church St Extension | Hughes Real Estate & Development | 96,076 | Lease | $0.00 | $74,004.00 | $74,004.00 | Transform Operating Stores LLC |
| 300 | 4022 | 402200 | Open Store | Grand Forks | North Dakota | 1900 S Washington St | Land of Hope, LLC | | Lease | $11,139.79 | N/A | N/A | Transform Operating Stores LLC |
| 301 | 4034 | 403400 | Open Store | Grand Forks | North Dakota | 1900 S Washington St | Hometown Automotive Repair | 4,620 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 302 | 4034 | 403400 | Open Store | Mattydale | New York | 2808 Brewerton Rd | Carlton Commercial / Barkley Properties | 87,716 | Lease | $28,968.00 | N/A | N/A | Transform Operating Stores LLC |
| 303 | 4347 | 404700 | Open Store | Costa Mesa | California | 2200 Harbor Blvd | Gray Enterprises, LP | 90,454 | Lease | $50,130.00 | $168,563.17 | $118,373.17 | Transform Operating Stores LLC |
| 304 | 4057 | 405700 | Open Store | Fargo | North Dakota | 2301 S University Dr | GFI Dakota Development, LLC (W. Gasser & Assoc.) | 93,189 | Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 305 | 4057 | 405750 | Open Store | Fargo | North Dakota | 2301 S University Dr | Dakota Tire Service | 4,000 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 306 | 4057 | 405751 | Open Store (Sublease) | Fargo | North Dakota | 2301 S University Dr | Burger King | 5,000 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 307 | 4112 | 411200 | Closed Store | Asheville | North Carolina | 1001 Patton Ave | The Estate of Walter R. Samuels & Mosllyn Joy Samuels | 93,807 | Lease | $0.00* | N/A | N/A | Transform Leaseco LLC |
| 308 | 4143 | 414340 | Open Store | West Columbia | South Carolina | 1500 Charleston Hwy | Baker & Baker Real Estate Developers, LLC | 100,811 | Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 309 | 4188 | 418800 | Closed Store | Charleston | West Virginia | 1701 4Th Ave W | AMERCO Real Estate Company | 105,575 | Lease | $17,882.38 | N/A | N/A | Transform Leaseco LLC |
| 310 | 4214 | 421400 | Open Store | Des Plaines | Illinois | 1155 Oakton St | Dunnld Geller | 106,319 | Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 311 | 4214 | 421450 | Open Store | Des Plaines | Illinois | 1155 Oakton St | Quick Service Auto | 4,192 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 312 | 4214 | 421452 | Open Store (Sublease) | Des Plaines | Illinois | 1155 Oakton St | Eddies Restaurant CO | 3,205 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 313 | 4214 | 421453 | Open Store (Sublease) | Des Plaines | Illinois | 1155 Oakton St | Taco Bell | | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 314 | 4215 | 421500 | Open Store | Kansas City | Kansas | 7836 State Ave | Split rent w/ N/A for Eddie's Restaurant Co.- Lasalle Bank Na Trust #54625 ID / Arthur Cluffo | 102,500 | Lease | $4,892.67 | $5,416.67 | $524.10 | Transform Operating Stores LLC |
| 315 | 4215 | 421550 | Open Store | Kansas City | Kansas | 7836 State Ave | Xiao Jun Song And Liu Y Lin | 11,458 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 316 | 4272 | 427200 | Open Store | Bismarck | North Dakota | 2625 State St | Bourteous Enterprises | 104,320 | Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 317 | 4272 | 427251 | Open Store (Sublease) | Bismarck | North Dakota | 2625 State St | Mcdonalds Corp 33-019 | 5,000 | Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 318 | 4272 | 427252 | Open Store (Sublease) | Bismarck | North Dakota | 2625 State St | Split rent for Mc Donald's | | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 319 | 4297 | 429700 | Closed Store | Moline | Illinois | 5000 23Rd Ave | AMERCO Real Estate Company | 120,488 | Lease | $16,915.56 | N/A | N/A | Transform Leaseco LLC |
| 320 | 4363 | 434900 | Open Store | Redwood City | California | 1155 Veteran's Blvd | Y.L. Investments, LLC | 56,268 | Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 321 | 4363 | 434960 | Non-retail | Tulsa | Oklahoma | 3643 S 73Rd East Ave | Texmark Industrial, LLC | 11,616 | Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 322 | 4381 | 438100 | Open Store | Bridgeview | Illinois | 7325 W 79Th Street | Lee Dorfman | 98,200 | Lease | $3,640.00 | N/A | N/A | Transform Operating Stores LLC |
| 323 | 4381 | 438151 | Open Store (Sublease) | Bridgeview | Illinois | 7325 W 79Th Street | Sears Outlet Stores, LLC | 11,576 | Sublease | $0.00 | $289,978.20 | $289,978.20 | Transform Operating Stores LLC |
| 324 | 4389 | 438900 | Open Store | McAllen | Texas | 1801 South 10Th Street | C & M Manhattan Associates | 108,100 | Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 325 | 4389 | 438951 | Open Store | Mc Allen | Texas | 1801 South 10Th Street | Big Lots | 22,755 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 326 | 4399 | 439900 | Open Store | Silver Spring | Maryland | 14014 Connecticut Ave | Doug Talbot | 102,116 | Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 327 | 4399 | 439951 | Open Store | Silver Springs | Maryland | 14014 Connecticut Ave | Wahanly | 2,453 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 328 | 4407 | 440700 | Open Store | Brockton | Massachusetts | 2001 Main Street | Brockton Plaza Realty Corp | 94,605 | Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 329 | 4421 | 442100 | Open Store | North Hollywood | California | 13007 Sherman Way | Michel Bolour | 97,373 | Lease | $0.00 | $36,417.04 | $36,417.04 | Transform Operating Stores LLC |
| 330 | 4421 | 442150 | Open Store | North Hollywood | California | 13007 Sherman Way | Big Lots Stores Inc | 20,000 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 331 | 4421 | 442152 | Open Store (Sublease) | North Hollywood | California | 13007 Sherman Way | 3 Day Suit Broker | 11,000 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 332 | 4442 | 444200 | Open Store | Charleston | West Virginia | 6531 Macorkle Avenue S E | Dr. Herbert Singer | 105,358 | Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 333 | 4464 | 446400 | Closed Store | Fitchburg | Massachusetts | 340 Whalon St | RD Management | 100,914 | Lease | $0.00* | N/A | N/A | Transform Leaseco LLC |
| 334 | 4448 | 444800 | Open Store | Salem | New Hampshire | 161 S Broadway | OSM Realty | 84,160 | Lease | $46,250.00 | N/A | N/A | Transform Operating Stores LLC |
| 335 | 4458 | 445600 | Open Store | Pueblo | Colorado | 3415 N Elizabeth St | U.S Realty, a/k/a Gordon Properties | 103,738 | Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 336 | 4458 | 445600 | Non-retail | Bridgeville | Delaware | 7404 Fredericksburg Road | Pet Poultry Products, Inc. | 24,055 | Lease | $0.00 | N/A | N/A | Transform Distribution Center Holdco LLC |
| 337 | 4470 | 447000 | Open Store | West Long Branch | New Jersey | 108 Monmouth Rd | Aetna Realty / US Realty | 94,605 | Lease | $9,382.00 | N/A | N/A | Transform Operating Stores LLC |
| 338 | 4478 | 447850 | Open Store (Sublease) | Trenton | New Jersey | 1061 Whitehorse-Mercervil | Brksner (aka Centro) | 94,500 | Lease | $688.00 Objection Filed - Cure Amount Not Specified | N/A | N/A | Transform Operating Stores LLC |
| 339 | 4478 | 447850 | Open Store (Sublease) | Trenton/Hamilton | New Jersey | 1061 Whitehorse-Mercervil | Brismor Operating Partnership | 208 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 340 | 4490 | 449000 | Open Store | Trujillo Alto | Puerto Rico | 200 Carr 181 | Kimco Realty Corporation | 84,280 | Lease | $103,548.19* | N/A | N/A | Transform Operating Stores LLC |
| 341 | 4490 | 449000 | Open Store | Trujillo Alto | Puerto Rico | 200 Carr 181 | RD Management Corporation | 4,100 | Sublease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 342 | 4706 | 470600 | Closed Store | Riverside | California | 375 E Alessandro Blvd | BPG Properties, LTD. | 104,437 | Lease | $0.00 | N/A | N/A | Transform Leaseco LLC |
| 343 | 4713 | 471300 | Open Store | Key West | Florida | IR 86 Brandford Town Ctr | Namdar Realty Group (Igal Namdar) | 95,041 | Lease | $52,234.00 | N/A | N/A | Transform Operating Stores LLC |
| 344 | 4725 | 472500 | Open Store | Key West | Florida | 2908 North Roosevelt Blvd | Auburndale Properties, Inc. | 87,250 | Lease | $4,404.00 | N/A | N/A | Transform Operating Stores LLC |
| 345 | 4735 | 473500 | Open Store | Miami | Florida | 3825 7Th Street North W | Barbara & Fred Haverick | 100,621 | Lease | $80,769.00 | N/A | N/A | Transform Operating Stores LLC |
| 346 | 4738 | 473800 | Open Store | Aguadilla | Puerto Rico | Road 2 Km 126.5 | Lyon Investment, S.E. | 87,368 | Lease | $33,768.00 | N/A | N/A | Transform Operating Stores LLC |
| 347 | 4760 | 476000 | Open Store | Casper | Wyoming | 4000 East 2Nd Street | AMERCO Real Estate Company | 91,266 | Lease | $12,933.69 | N/A | N/A | Transform Operating Stores LLC |
| 348 | 4751 | 475100 | Open Store | Tehachapi | California | 720 West Tehachapi | 720 West Tehachapi, LLC | 94,841 | Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 349 | 4800 | 480000 | Open Store | Clinton | Oklahoma | 1503 Government Place | Manly Waszeraktis | 96,487 | Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |
| 350 | 4801 | 480100 | Open Store | Bear | Delaware | 901 Governor Place | Event-E. Dalla | 94,881 | Lease | $8,360.32* | N/A | N/A | Transform Operating Stores LLC |
| 351 | 4810 | 481000 | Open Store | Metairie | Louisiana | 2940 Veterans Blvd | Park Investments, LLC | 107,843 | Lease | $0.00 | N/A | N/A | Transform Operating Stores LLC |