# EXHIBIT B

# Classic Climate Control

April 30, 2019

Mr. Lloyd Sova
Vice President – Development
PREP Property Group
5905 East Galbraith Road
Cincinnati, OH 45236

RE: Sears Hanover Chiller System

Dear Mr. Sova,

It is my strong recommendation the entire system at Sears 1775 Washington Street, Hanover MA be replaced. Significant harm has been caused by the lack of an automated control of store temperature. The chiller has suffered internal damage consistently from the oil being washed out by the ongoing short cycling. This is due to load conditions not being monitored or adjusted. Without load control the unit comes on at full speed and drives the temperature of the supply water down to internal set-point. The temperature drops so fast as operated currently the unit short cycles very often and trips out on safeties. The staff at Sears would reset unit after a lockout of control to operate the system. For many years the logic the chiller had allowed it to run no matter the number of times it tripped off. The new front end controls, which were installed by the Landlord on August 17, 2017 do not allow more than 3 cycles.

During the early winter in 2015, Sears employees opened up the damper to AHU3, on an unusually warm winter day (January 11, 2015) and neglected to close them when the store closed. Temperatures dropped significantly that evening causing the AHU3 to incur frozen and burst coils.

After a battle with the Landlord on responsibility, the Landlord made it clear that damage was caused by negligence of Sears' employees. Sears agreed and then hired a company to repair AHU3. Due to the coils in this air handler freezing and bursting, it is evident even after the repairs made to AHU 3 there is not enough volume for proper operation of this system. Simply by making the repair and removing section of pipe that had burst, the AHU is now operating with not enough design flow to insure the chiller can even function at a reasonable percentage.

The lifespan of this chiller has been diminished greatly. The reduction of volume of water due to the damage to AHU3, the largest of the 4 AHU's, is the main cause of malfunction of chiller. The use of the system without any controls and relying on untrained and uncertified store staff to determine temperature setpoint and overall operation led to the shorting the life span of the HVAC system.

Post Office Box 39 • Kingston, Massachusetts 02364 • 508.243.5279 • BruceClassic@aol.com

# Classic Climate Control

The budget for the replacement of the cooling equipment both air-side and water with a new completely automated control system totals to a sum of $1,200,000.

Please let me know if you want to discuss or have any questions.

Sincerely,

Bruce Skerritt
Classic Climate Control
508-243-5279
Bruceclassic@gmail.com

Cc:   Ed Callahan, Hanover Mall
      Michael Hoban, Hanover Mall