| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>WASSERMAN, JURISTA & STOLZ, P.C.<br>110 Allen Road, Suite 304<br>Basking Ridge, New Jersey 07920<br>Tele: (973) 467-2700 / Fax: (973) 467-8126<br>Counsel for Auburndale Properties, Inc.<br>DONALD W. CLARKE, ESQ. | |
| In Re:<br><br>**SEARS HOLDINGS CORPORATION, et al.,**<br><br>Debtor. | Case No.: 18-23538 RDD<br><br>(Jointly Administered)<br><br>Chapter: 11<br><br>Judge: Robert D. Drain |

## CERTIFICATION OF SERVICE

1. I, Denise R. Mendez:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Donald W. Clarke, Esq. who

   represents Auburndale Properties, Inc. in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On May 3, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   a. Objection by Auburndale Properties, Inc. (Store no. 4725) to Transform Holdco, LLC's notice of assumption and assignment of additional designatable leases [Doc. 3298]; and

   b. Objection by Auburndale Properties, Inc. (Store No. 3834) to Transform Holdco, LLC's notice of assumption and assignment of additional designatable leases [Doc 3298].

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 3, 2019  */s/  Denise R. Mendez*
Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| TO ALL PARTIES ON ANNEXED SERVICE LIST | | ☐ Hand-delivered <br><br> ☐ Regular mail <br><br> ☐ Certified mail/RR <br><br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br><br> ☐ Regular mail <br><br> ☐ Certified mail/RR <br><br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br><br> ☐ Regular mail <br><br> ☐ Certified mail/RR <br><br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br><br> ☐ Regular mail <br><br> ☐ Certified mail/RR <br><br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*