| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>WASSERMAN, JURISTA & STOLZ, P.C.<br>110 Allen Road, Suite 304<br>Basking Ridge, New Jersey  07920<br>Tele: (973) 467-2700 / Fax:  (973) 467-8126<br>Counsel for West Orange Plaza<br>DONALD W. CLARKE, ESQ. |

| In Re:<br><br>**SEARS HOLDINGS CORPORATION, et al.,**<br><br>Debtor. | Case No.: 18-23538 RDD<br><br>(Jointly Administered)<br><br>Chapter: 11<br><br>Judge: Robert D. Drain |
|---|---|

## CERTIFICATION OF SERVICE

1. I, Denise R. Mendez:

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Donald W. Clarke, Esq. who

   represents West Orange Plaza in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On May 3, 2019, I sent a copy of the following pleadings and/or documents to the parties

   listed in the chart below.

   Supplement to objection by West Orange Plaza [Doc 3378] (Store no. 9413)

3. I certify under penalty of perjury that the above documents were sent using the mode of

   service indicated.

Date:  May 3, 2019                                          */s/   Denise R. Mendez*
                                                            Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| TO ALL PARTIES ON ANNEXED SERVICE LIST | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br> (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*