


April 30, 2019

Sue Fuller
Sears Holding Management Corp
3333 Beverly Road, BC-204A
Hoffman Estates, IL 60179

**RE: 2018 CAM RECONCILIATION**
**Sears #49011–Butterfield Technology Center, Tucson, AZ**

Dear Sue:

Enclosed please find a copy of the 2018 schedule for the reconciliation of the Common Area Maintenance and expenses for Butterfield Technology Center in Tucson, Arizona. During the reconciliation, we compare the previous calendar year's actual operating expenses with the amount each tenant was billed. Based on these numbers, we either bill for the shortfall in CAMS, or credit the overpayment and adjust the upcoming year's CAM payments to reflect the same.

During Calendar Year 2018, our records indicate there has been an underpayment of the estimated monthly NNN's and Insurance for the location referenced above. However, there is a balance owing on the account for outstanding property taxes. Below please find the total amount due:

| | | |
|---|---|---|
| Actual 2018 NNN Expense (Jan - Dec) | | $86,010.86 |
| 2018 NNN Billed to Tenant (Jan-Dec) | | $83,725.80 |
| Occupancy (Jan to Dec) | **100%** | |
| | | |
| Amount of underpayment | | $2,285.06 |
| Rental Tax | 0.5% | $11.43 |
| Subtotal: | | $2,296.49 |
| | | |
| 2018 Insurance Expense | | $6,765.38 |
| Rental Tax | 0.5% | $33.83 |
| Subtotal | | $6,799.21 |
| | | |
| 2018 NNN and Insurance | | $9,095.69 |
| Previous Outstanding Balance due to underpayments of billed Amt | | $61,853.04 |
| **Total Now Due** | | **$70,948.73** |

* See attached spreadsheet

The following is the breakdown showing the new estimated NNN adjustments and rental amount for your space, retro-active January 1, 2019:

| 2019 Tenant Ledger | | | | | | |
|---|---|---|---|---|---|---|
| **Month** | **Base Rent** | **Cam*** | **Sales Tax** | **Amount Due** | **Amount Paid** | **Balance** |
| January | $ 46,666.67 | $ 6,874.66 | $ 267.71 | $ 53,809.04 | $ 53,809.03 | $ 61,511.22 |
| February | $ 46,666.67 | $ 6,874.66 | $ 267.71 | $ 53,809.04 | $ 53,809.03 | $ 61,511.23 |
| March | $ 46,666.67 | $ 6,874.66 | $ 267.71 | $ 53,809.04 | $ 53,809.03 | $ 61,511.24 |
| April | $ 46,666.67 | $ 6,874.66 | $ 267.71 | $ 53,809.04 | | |
| Jan - Apr 2019 Cam adjust | | $ 1,169.36 | $ 5.85 | **$ 1,175.21** | | |
| May | $ 46,666.67 | $ 7,167.00 | $ 269.17 | $ 54,102.84 | | |

*Subject to the 2019 reconciliation.

Please forward a check in the amount of **$ 10,270.90** to bring the account current. Additionally, please adjust your records to reflect the new monthly obligation shown above.

If you have any questions, feel free to call me at (520) 296-0200 or email cassandra@larsenbaker.com .

Sincerely,

Cassandra Cornforth
Butterfield Technology Center, LLC

Development ▪ Brokerage Management

October 1, 2018

Sue Fuller
Sears Holdings Management Corp
3333 Beverly Road, BC-204A
Hoffman Estates, IL 60179

RE: MaxServ / Sears– 4755 S. Butterfield
**SEMI-ANNUAL BILLING – 1st Half 2018 PROPERTY TAXES**

Dear Sue:

In accordance with the terms of your lease, we are required to bill you your proportionate share of the Real Estate taxes at Butterfield Technology Center. Please reference the breakdown of the amount due:

| **2018 Property Taxes** | **1st Half 2018** |
|---|---|
| Parcel 132-20-029A | $86,934.38 |
| Parcel 132-20-040M | $3,246.79 |
| Sears Pro rata Share: | 67.87% |
| **Subtotal** | **$61,205.19** |
| Rental Tax (.5%): | $306.03 |
| **Total due for 1st half taxes** | **$61,511.22** |

Please make check payable to:
**Butterfield Technology Center, TIC**

If you have any questions, please feel free to email me at cassandra@larsenbaker.com.

Sincerely,

Cassandra Cornforth




February 28, 2019

Sue Fuller
Sears Holdings Management Corp
3333 Beverly Road, BC-204A
Hoffman Estates, IL 60179

RE: MaxServ / Sears #49011– 4755 S. Butterfield
**SEMI-ANNUAL BILLING – 2nd Half 2018 PROPERTY TAXES**

Dear Sue:

In accordance with the terms of your lease, we are required to bill you your proportionate share of the Real Estate taxes at Butterfield Technology Center. Please reference the breakdown of the amount due:

| **2018 Property Taxes** | **2nd Half 2018** | |
|---|---|---|
| Parcel 132-20-029A | $ | 86,934.38 |
| Parcel 132-20-040M | $ | 3,246.79 |
| Protest Fees | $ | 500.00 |
| Sears Pro-rata Share: | | 67.87% |
| **Subtotal** | **$** | **61,545.31** |
| Rental Tax (0.5%): | $ | 307.73 |
| ***Total due for 2nd half taxes** | **$** | **61,853.04** |

***Please submit payment no later than March 31st 2019.**

Please make check payable to:
**Butterfield Technology Center, TIC**
**6298 E. Grant Rd., #100**
**Tucson, AZ 85712**

If you have any questions, please feel free to call me.

Sincerely,

Cassandra Cornforth

PCT0913C *** 7000021483 00.0072.0235 21483/1
21483 1 AV 0.378 *** SCH 5-DIGIT 85711

Remit To:
State Code: 132 20 029A

Please indicate the amount of your payment.



BUTTERFIELD TECHNOLOGY CENTER LLC 58 1/3% &
FOODTOWN DEVELOPMENT CO LLC 41 2/3%
6298 E GRANT RD STE 100
TUCSON AZ 85712-5878





Delinquency Date Second Half Payment
May 1, 2019

Amount Due | 86,934.37

Due March 1, 2019

**2018 SECOND HALF PAYMENT**

Please fold on perforation before tearing.
Return coupon with payment.

# PIMA COUNTY 2018 PROPERTY TAX STATEMENT ARIZONA

## THIS IS THE ONLY STATEMENT YOU WILL RECEIVE

| STATE CODE # BOOK | MAP | PARCEL | AREA CODE | PRIMARY TAX RATE PER $100 ASSESSED VALUE | SECONDARY TAX RATE PER $100 ASSESSED VALUE | IRRIGATION DISTRICT $ PER ACRE |
|---|---|---|---|---|---|---|
| 132 | 20 | 029A | 0100 | 11.9720 | 2.2983 | |

## ASSESSMENT

| | TAXABLE NET ASSESSED VALUE |
|---|---|
| REAL PROPERTY | 1,218,396 |
| PERSONAL PROPERTY | |

## 2018 TAX SUMMARY

| | |
|---|---|
| PRIMARY PROPERTY TAX | 145,866.37 |
| LESS STATE AID TO EDUCATION | 0.00 |
| NET PRIMARY PROPERTY TAX | 145,866.37 |
| SECONDARY PROPERTY TAX | 28,002.38 |
| CAGRD MEMBER DUES | 0.00 |
| TOTAL TAX DUE FOR 2018 | 173,868.75 |

4775 S BUTTERFIELD DR PC

BUTTERFIELD BUSINESS CENTER LOTS 3 21 & 22

| JURISDICTION | 2018 TAXES | 2017 TAXES | DIFFERENCE |
|---|---|---|---|
| PIMA COUNTY PRI | 49,583.84 | 48,847.23 | 736.61 |
| COUNTY ROAD PRI | 0.00 | 2,900.94 | -2,900.94 |
| SCHOOL EQUAL | 5,776.42 | 5,656.84 | 119.58 |
| TUSD MAINT & OPER | 48,737.06 | 70,815.49 | -22,078.43 |
| TUSD UNRES CAPITAL | 1,151.38 | 3,173.63 | -2,022.25 |
| TUSD ADJACENT WAYS | 92.60 | 0.00 | 92.60 |
| TUSD DESEGREGATION | 23,488.24 | 0.00 | 23,488.24 |
| PIMA COLLEGE PRI | 17,036.83 | 16,117.64 | 919.19 |
| COUNTY BONDS SEC | 8,406.93 | 8,122.64 | 284.29 |
| TUSD SCH DIST SEC | 6,401.45 | 6,329.86 | 71.59 |
| JNT TECH ED SEC | 609.20 | 580.19 | 29.01 |
| CEN ARIZ WTR SEC | 1,705.76 | 1,624.53 | 81.23 |
| PIMA CO FLD SEC | 4,063.35 | 3,637.78 | 425.57 |
| LIBRARY DISTRICT | 6,278.39 | 5,863.38 | 415.01 |
| FIRE DIST ASSIST | 537.30 | 532.60 | 4.70 |
| TOTALS | 173,868.75 | 174,202.75 | -334.00 |

SEP 21 2018
BY: BTC

**PAYMENT INSTRUCTIONS**
To pay the 1st half installment, send the 1st half coupon with your payment postmarked no later than Nov. 1, 2018. To pay the 2nd half installment, send the 2nd half coupon with your payment postmarked no later than May 1, 2019. The minimum acceptable payment is $10 or 10% of the payment due, whichever is greater

BUTTERFIELD TECHNOLOGY CENTER LLC 58 1/3% &
FOODTOWN DEVELOPMENT CO LLC 41 2/3%
6298 E GRANT RD STE 100
TUCSON, AZ 85712-5878

Please make your check payable to:
Pima County Treasurer
and mail to:
Pima County Treasurer
PO BOX 29011
Phoenix AZ 85038-9011



PLEASE INCLUDE YOUR STATE CODE NUMBER ON YOUR CHECK

**18 FIRST HALF PAYMENT**

Please fold on perforation before tearing.
Return coupon with payment.

ue October 1, 2018

ount Due | 86,934.38

nquency Date First Half Payment
vember 1, 2018



BUTTERFIELD TECHNOLOGY CENTER LLC 58 1/3% &
FOODTOWN DEVELOPMENT CO LLC 41 2/3%
6298 E GRANT RD STE 100
TUCSON, AZ 85712-5878



e indicate the amount of your payment. State Code: 132 20 029A Remit To:

PCT0913C *** 7000021484 00.0072.0236 21484/1
21484 1 AV 0.378 *** SCH 5-DIGIT 85711



BUTTERFIELD TECHNOLOGY CENTER LLC 58 1/3% &
FOODTOWN DEVELOPMENT CO LLC 41 2/3%
6298 E GRANT RD STE 100
TUCSON AZ 85712-5878



2

**2018 SECOND HALF PAYMENT**

Due March 1, 2019

Amount Due | 3,246.79

Delinquency Date Second Half Payment
May 1, 2019

Please indicate the amount of your payment. State Code: 132 20 040M Remit To:

Please fold on perforation before tearing.
Return coupon with payment.

# PIMA COUNTY — 2018 PROPERTY TAX STATEMENT — ARIZONA

## THIS IS THE ONLY STATEMENT YOU WILL RECEIVE

| STATE CODE # BOOK | MAP | PARCEL | AREA CODE | PRIMARY TAX RATE PER $100 ASSESSED VALUE | SECONDARY TAX RATE PER $100 ASSESSED VALUE | IRRIGATION DISTRICT $ PER ACRE |
|---|---|---|---|---|---|---|
| 132 | 20 | 040M | 0100 | 11.9720 | 2.2983 | |

## ASSESSMENT

| | TAXABLE NET ASSESSED VALUE |
|---|---|
| REAL PROPERTY | 45,504 |
| PERSONAL PROPERTY | |

## 2018 TAX SUMMARY

| | |
|---|---|
| PRIMARY PROPERTY TAX | 5,447.74 |
| LESS STATE AID TO EDUCATION | 0.00 |
| NET PRIMARY PROPERTY TAX | 5,447.74 |
| SECONDARY PROPERTY TAX | 1,045.84 |
| CAGRD MEMBER DUES | 0.00 |
| TOTAL TAX DUE FOR 2018 | 6,493.58 |

BUTTERFIELD BUSINESS CENTER PTN
S266.27' BLK K

| JURISDICTION | 2018 TAXES | 2017 TAXES | DIFFERENCE |
|---|---|---|---|
| PIMA COUNTY PRI | 1,851.83 | 1,915.58 | -63.75 |
| COUNTY ROAD PRI | 0.00 | 113.76 | -113.76 |
| SCHOOL EQUAL | 215.73 | 221.84 | -6.11 |
| TUSD MAINT & OPER | 1,820.21 | 2,777.08 | -956.87 |
| TUSD UNRES CAPITAL | 43.00 | 124.46 | -81.46 |
| TUSD ADJACENT WAYS | 3.46 | 0.00 | 3.46 |
| TUSD DESEGREGATION | 877.23 | 0.00 | 877.23 |
| PIMA COLLEGE PRI | 636.28 | 632.06 | 4.22 |
| COUNTY BONDS SEC | 313.98 | 318.54 | -4.56 |
| TUSD SCH DIST SEC | 239.08 | 248.23 | -9.15 |
| JNT TECH ED SEC | 22.75 | 22.75 | 0.00 |
| CEN ARIZ WTR SEC | 63.70 | 63.71 | -0.01 |
| PIMA CO FLD SEC | 151.76 | 142.66 | 9.10 |
| LIBRARY DISTRICT | 234.48 | 229.94 | 4.54 |
| FIRE DIST ASSIST | 20.09 | 20.93 | -0.84 |
| TOTALS | 6,493.58 | 6,831.54 | -337.96 |

SEP 27 2018
BY: BTC

**PAYMENT INSTRUCTIONS**
To pay the 1st half installment, send the 1st half coupon with your payment postmarked no later than Nov. 1, 2018. To pay the 2nd half installment, send the 2nd half coupon with your payment postmarked no later than May 1, 2019. The minimum acceptable payment is $10 or 10% of the payment due, whichever is greater

BUTTERFIELD TECHNOLOGY CENTER LLC 58 1/3% &
FOODTOWN DEVELOPMENT CO LLC 41 2/3%
6298 E GRANT RD STE 100
TUCSON, AZ 85712-5878

Please make your check payable to:
Pima County Treasurer
and mail to:

Pima County Treasurer
PO BOX 29011
Phoenix AZ 85038-9011



PLEASE INCLUDE YOUR STATE CODE NUMBER ON YOUR CHECK

**18 FIRST HALF PAYMENT**

Please fold on perforation before tearing.
Return coupon with payment.

)ue October 1, 2018

nount Due | 3,246.79

linquency Date First Half Payment
vember 1, 2018



BUTTERFIELD TECHNOLOGY CENTER LLC 58 1/3% &
FOODTOWN DEVELOPMENT CO LLC 41 2/3%
6298 E GRANT RD STE 100
TUCSON, AZ 85712-5878



# Invoice

Butterfield Technology Center, TIC
6298 E. Grant Road, #100
Tucson AZ 85712
(520) 296-0200

**Invoice Number:** 0000309-IN
**Invoice Date:**
**Salesperson:**
**Tax Schedule:** COUNTY

MaxServ Inc.(Sears)
c/o Sears Holdings
attn: lease administration
847-286-7976 - fax

**Customer Number:** MAXSERV
**Customer P.O.:**
**Ship VIA:**
**Terms:** No Terms

**Contact:**

| Item Code | Description | UM | Quantity | Price | Amount |
|---|---|---|---|---|---|
| C-100 | CAM Charges | | | | 327.00 |

4th Qtr. Lieberts

| | |
|---|---|
| Net Invoice: | 327.00 |
| Freight: | 0.00 |
| Sales Tax: | 1.64 |
| **Invoice Total** | **328.64** |

# Invoice

Butterfield Technology Center, TIC
6298 E. Grant Road, #100
Tucson AZ 85712
(520) 296-0200

**Invoice Number:** 0000310-IN
**Invoice Date:**
**Salesperson:**
**Tax Schedule:** COUNTY

MaxServ Inc.(Sears)
c/o Sears Holdings
attn: lease administration
847-286-7976 - fax

**Customer Number:** MAXSERV
**Customer P.O.:**
**Ship VIA:**
**Terms:** No Terms

**Contact:**

| Item Code | Description | UM | Quantity | Price | Amount |
|---|---|---|---|---|---|
| C-100 | CAM Charges | | | | 60.00 |

4th Qtr. Suite 155
HVAC

| | |
|---|---|
| Net Invoice: | 60.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.30 |
| **Invoice Total** | **60.30** |

# Invoice

Butterfield Technology Center, TIC
6298 E. Grant Road, #100
Tucson AZ 85712
(520) 296-0200

**Invoice Number:** 0000311-IN

**Invoice Date:**

**Salesperson:**

**Tax Schedule:** COUNTY

MaxServ Inc.(Sears)
c/o Sears Holdings
attn: lease administration
847-286-7976 - fax

**Customer Number:** MAXSERV

**Customer P.O.:**

**Ship VIA:**

**Contact:**

**Terms:** No Terms

| Item Code | Description | UM | Quantity | Price | Amount |
|---|---|---|---|---|---|
| C-100 | CAM Charges | | | | 2,289.00 |

4th Qtr. Main
HVAC

| | |
|---|---|
| Net Invoice: | 2,289.00 |
| Freight: | 0.00 |
| Sales Tax: | 11.45 |
| **Invoice Total** | **2,300.45** |

# Invoice

Butterfield Technology Center, TIC
6298 E. Grant Road, #100
Tucson AZ 85712
(520) 296-0200

**Invoice Number:** 0000329-IN
**Invoice Date:**
**Salesperson:**
**Tax Schedule:** COUNTY

MaxServ Inc.(Sears)
c/o Sears Holdings
attn: lease administration
847-286-7976 - fax

**Customer Number:** MAXSERV
**Customer P.O.:**
**Ship VIA:**
**Terms:** No Terms

**Contact:**

| Item Code | Description | UM | Quantity | Price | Amount |
|---|---|---|---|---|---|
| C-100 | CAM Charges<br>2018 CAM Reconciliation | | | | 2,285.06 |

| | |
|---|---|
| Net Invoice: | 2,285.06 |
| Freight: | 0.00 |
| Sales Tax: | 11.43 |
| **Invoice Total** | **2,296.49** |

# Invoice

Butterfield Technology Center, TIC
6298 E. Grant Road, #100
Tucson AZ 85712
(520) 296-0200

**Invoice Number:** 0000330-IN
**Invoice Date:**
**Salesperson:**
**Tax Schedule:** COUNTY

MaxServ Inc.(Sears)
c/o Sears Holdings
attn: lease administration
847-286-7976 - fax

**Customer Number:** MAXSERV
**Customer P.O.:**
**Ship VIA:**
**Terms:** No Terms

**Contact:**

| Item Code | Description | UM | Quantity | Price | Amount |
|---|---|---|---|---|---|
| C-100 | CAM Charges<br>Jan - Apr 2019 CAM adjustment | | | | 1,169.36 |

| | |
|---|---|
| Net Invoice: | 1,169.36 |
| Freight: | 0.00 |
| Sales Tax: | 5.85 |
| **Invoice Total** | **1,175.21** |

# Invoice



Butterfield Technology Center, TIC
6298 E. Grant Road, #100
Tucson AZ 85712
(520) 296-0200

**Invoice Number:** 0000331-IN
**Invoice Date:**
**Salesperson:**
**Tax Schedule:** COUNTY

MaxServ Inc.(Sears)
c/o Sears Holdings
attn: lease administration
847-286-7976 - fax

**Contact:**

**Customer Number:** MAXSERV
**Customer P.O.:**
**Ship VIA:**
**Terms:** No Terms

| Item Code | Description | UM | Quantity | Price | Amount |
|---|---|---|---|---|---|
| C-100 | CAM Charges<br>2nd ½ 2018 Property Tax | | | | 61,545.31 |

| | |
|---|---|
| Net Invoice: | 61,545.31 |
| Freight: | 0.00 |
| Sales Tax: | 307.73 |
| **Invoice Total** | **61,853.04** |

# Invoice



Butterfield Technology Center, TIC
6298 E. Grant Road, #100
Tucson AZ 85712
(520) 296-0200

**Invoice Number:** 0000332-IN
**Invoice Date:**
**Salesperson:**
**Tax Schedule:** COUNTY

MaxServ Inc.(Sears)
c/o Sears Holdings
attn: lease administration
847-286-7976 - fax

**Customer Number:** MAXSERV
**Customer P.O.:**
**Ship VIA:**
**Terms:** No Terms

**Contact:**

| Item Code | Description | UM | Quantity | Price | Amount |
|---|---|---|---|---|---|
| C-100 | CAM Charges<br>2018 Insurance | | | | 6,765.38 |

| | |
|---|---|
| Net Invoice: | 6,765.38 |
| Freight: | 0.00 |
| Sales Tax: | 33.83 |
| **Invoice Total** | **6,799.21** |

# Invoice

Butterfield Technology Center, TIC
6298 E. Grant Road, #100
Tucson AZ 85712
(520) 296-0200

**Invoice Number:** 0000289-IN
**Invoice Date:**
**Salesperson:**
**Tax Schedule:** COUNTY

MaxServ Inc.(Sears)
c/o Sears Holdings
attn: lease administration
847-286-7976 - fax

**Customer Number:** MAXSERV
**Customer P.O.:**
**Ship VIA:**
**Terms:** No Terms

**Contact:**

| Item Code | Description | UM | Quantity | Price | Amount |
|---|---|---|---|---|---|
| C-100 | CAM Charges<br>1st 1/2 2018 Property Tax | | | | 61,205.19 |

| | |
|---|---|
| Net Invoice: | 61,205.19 |
| Freight: | 0.00 |
| Sales Tax: | 306.03 |
| **Invoice Total** | **61,511.22** |