## CERTIFICATE OF SERVICE

I hereby certify that, on May 3, 2019, a copy of the foregoing *Cure Objection of Butterfield Tech Center LLC/Foodtown Development, LLC to Transform Holdco LLC's Notice of Assumption and Assignment of Additional Designatable Leases* was filed and served electronically via CM/ECF on all those registered to receive notices in this case, and on the parties listed on the attached service list in the manner indicated.

                                            */s/ Michael J. Barrie*
                                        Michael J. Barrie (No. 5057450)

                                        *Counsel for Butterfield Tech Center LLC/*
                                        *Foodtown Development, LLC*

12293941 v1

**SERVICE LIST**

**VIA FEDEX OVERNIGHT DELIVERY AND E-MAIL**

Debtors, c/o Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Rob Riecker (rob.riecker@searshc.com)
Luke Valentino (luke.valentino@searshc.com)
Mohsin Meghji (mmeghji@miiipartners.com)

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Ray C. Schrock, P.C. (ray.schrock@weil.com)
Jacqueline Marcus, Esq. (jacqueline.marcus@weil.com)
Garrett A. Fail, Esq. (garrett.fail@weil.com)
Sunny Singh, Esq. (sunny.singh@weil.com)

*Counsel to the Debtors*

Lazard Frères & Co., LLC
30 Rockefeller Plaza
New York, New York 10112
Brandon Aebersold and Levi Quaintance (project.blue.rx@lazard.com)

*Debtors' Investment Banker*

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square, New York, NY 10036
Attn: Paul D. Leake, Esq. (Paul.Leake@skadden.com)
Shana A. Elberg, Esq. (Shana.Elberg@skadden.com)
George R. Howard, Esq. (George.Howard@skadden.com)

*Counsel to Bank of America, N.A.*

Cleary, Gottlieb, Steen & Hamilton
One Liberty Plaza, New York, NY, 10006
Sean A. O'Neal, Esq. (soneal@cgsh.com)
James L. Bromley (jbromley@cgsh.com)
Andrew Weaver (aweaver@cgsh.com)
Rahul Mukhi (rmukhi@cgsh.com)
Jennifer Kennedy Park (jkpark@cgsh.com)

*Counsel to the Buyer and its affiliates*

Choate, Hall and Stewart LLP
Two International Place
Boston, MA 02110
Kevin J. Simard (ksimard@choate.com)
Jonathan D. Marshall (jmarshall@choate.com)

*Counsel to Wells Fargo Bank, National Association*

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park, New York, NY 10036
Philip C. Dublin, Esq. (pdublin@akingump.com)
Ira Dizengoff, Esq. (idizengoff@akingump.com)
Abid Qureshi (aqureshi@akingump.com)
Sara Lynne Brauner, Esq. (sbrauner@akingump.com)

*Counsel to the Official Committee of Unsecured Creditors*