

**5330 Crosswinds Drive Building, Columbus, Ohio**
**Tenant: Innovel Solutions, Inc.**

Amounts Currently Owed - Through April 30, 2019:

| **Expense** | **Amount** |
|---|---|
| Jul 2018 Operating Expense Recoveries | $25,367.83 |
| Aug-Sept 2018 Operating Expense Recoveries | $31,329.90 |
| Oct-Dec 2018 Operating Expense Recoveries | $39,047.75 |
| Parcel 570-102689 real estate taxes (reimbursement for 1st 2018 half taxes paid in 1/2019) | $5,892.42 |
| Jan.- April 2019 Operating Expense Recoveries | $51,192.32 |
| Ice Miller Legal through April 2019 | $34,105.81 |
| Ice Miller Legal May (Est.) | $5,000.00 |
| **Total Currently Due** | **$191,936.03** |

Expenses incurred, but due at a future date:

| **Expense** | **Amount** | **Approx. Date Due** |
|---|---|---|
| 570-102689 2nd half 2018 RE taxes | $5,892.42 | 6/15/2019 |
| 570-213092 2nd half 2018 RE taxes | $339,980.87 | 6/15/2019 |
| 570-234282 2nd half 2018 RE taxes | $4,686.29 | 6/15/2019 |
| 570-102689 1st half 2019 Estimated RE taxes | $3,874.47 | 1/15/2020 |
| 570-213092 1st half 2019 Estimated RE taxes | $223,549.10 | 1/15/2020 |
| 570-234282 1st half 2019 Estimated RE taxes | $3,081.00 | 1/15/2020 |
| **Total Due in Future** | **$581,064.15** | |

CO\6126670.2