

# Invoice

| | |
|---|---|
| Date: | August 20, 2018 |
| Invoice #: | 07.2018 OPEX Innovel |
| Account #: | i7799800-t0018284 |

To: **Innovel Solutions, Inc.**
Attn: Tammi Banaszak, Director- Real Estate
3333 Beverly Road
BC 131A
Hoffman Estates, IL  60179

| Description | Time Period | Business Unit | Due |
|---|---|---|---|
| July Operating Expense Reconciliation | Jul-18 | 5330 Crosswind | 11/25/18 |

| Period | Description | Price | Line Total |
|---|---|---|---|
| Jul-18 | Insurance | $ 4,749.09 | $ 4,749.09 |
| Jul-18 | Management Fees | $ 4,604.41 | $ 4,604.41 |
| Jul-18 | General Maintenance | $ 13,680.30 | $ 13,680.30 |
| Jul-18 | Electrical R&M (Exterior parking lot lights) | $ 608.42 | $ 608.42 |
| Jul-18 | Security/Fire Life Safety (Repairs to fire suppression system) | $ 1,690.00 | $ 1,690.00 |
| Jul-18 | Administrative | 35.61 | $ 35.61 |

| | |
|---|---|
| Subtotal | $ 25,367.83 |
| Sales Tax | |
| Total | $ **25,367.83** |

**Remit Payment To:**
Jones Lang LaSalle Americas Inc., 65 E. State Street, Suite 550, Columbus, Ohio  43215



EXHIBIT 2

65 East State Street, Suite 550, Columbus, OH  43215    Ph: 614-460-4405 kelly.tamulonis@am.jll.com



# Invoice

Date: October 25, 2018
Invoice #: 08.2018-09.2018OPEXIni
Account #: i7799800-t0018284

To: **Innovel Solutions, Inc.**
Attn: Tammi Banaszak, Director- Real Estate
3333 Beverly Road
BC 131A
Hoffman Estates, IL  60179

| Description | Time Period | Business Unit | Due |
|---|---|---|---|
| August - September Operating Expense Reconciliation | August 2018 - September 2018 | 5330 Crosswind | 11/25/18 |

| Period | Description | Price | Line Total |
|---|---|---|---|
| August 2018 - September 2018 | Insurance | $ 9,504.84 | $ 9,504.84 |
| August 2018 - September 2018 | Management Fees | $ 10,202.34 | $ 10,202.34 |
| August 2018 - September 2018 | General Maintenance | $   - | $   - |
| August 2018 - September 2018 | Electrical R&M (Exterior parking lot lights) | $ 353.49 | $ 353.49 |
| August 2018 - September 2018 | Security/Fire Life Safety (Repairs to fire suppression system) | $ 11,245.00 | $ 11,245.00 |
| August 2018 - September 2018 | Administrative | 24.23 | $ 24.23 |

Subtotal $ 31,329.90
Sales Tax
Total $ **31,329.90**

**Remit Payment To:**
Jones Lang LaSalle Americas Inc., 65 E. State Street, Suite 550, Columbus, Ohio  43215

65 East State Street, Suite 550, Columbus, OH  43215   Ph: 614-460-4405 kelly.tamulonis@am.jll.com



# Invoice

Date: February 26, 2019
Invoice #: 10.2018-12.2018OPEXIni
Account #: I7799800-t0018284

To: **Innovel Solutions, Inc.**
Attn: Tammi Banaszak, Director- Real Estate
3333 Beverly Road
BC 131A
Hoffman Estates, IL  60179

| Description | Time Period | Business Unit | Due |
|---|---|---|---|
| October - December Operating Expense Reconciliation | October 2018 - December 2018 | 5330 Crosswind | 2/26/19 |

| Period | Description | Price | Line Total |
|---|---|---|---|
| October 2018 - December 2018 | Insurance | $ 14,250.57 | $ 14,250.57 |
| October 2018 - December 2019 | RE Tax | $ 5,892.42 | $ 5,892.42 |
| October 2018 - December 2018 | Management Fees | $ 14,158.56 | $ 14,158.56 |
| October 2018 - December 2018 | General Maintenance | $ - | $ - |
| October 2018 - December 2018 | Electrical R&M (Exterior parking lot lights) | $ 648.75 | $ 648.75 |
| October 2018 - December 2018 | Security/Fire Life Safety (Repairs to fire suppression system) | $ 9,905.00 | $ 9,905.00 |
| October 2018 - December 2018 | Administrative | 84.87 | $ 84.87 |

Subtotal $ 44,940.17
Sales Tax
Total $ **44,940.17**

**Remit Payment To:**
Jones Lang LaSalle Americas Inc., 65 E. State Street, Suite 550, Columbus, Ohio  43215