


EXHIBIT 3

# Invoice

Date: May 2, 2019
Invoice #: Jan-Apr 2019 OPEX Inno'
Account #: i7799800-t0018284

To: **Innovel Solutions, Inc.**
Attn: Tammi Banaszak, Director- Real Estate
3333 Beverly Road
BC 131A
Hoffman Estates, IL  60179

| Description | Time Period | Business Unit | Due |
|---|---|---|---|
| January - April 2019 Operating Expense Reconciliation | 1/1/19-4/30/19 | 5330 Crosswind | 5/31/19 |

| Period | Description | Price | Line Total |
|---|---|---|---|
| 1/1/19-4/30/19 | Insurance | $ 18,996.34 | $ 18,996.34 |
| 1/1/19-4/30/19 | Management Fees | $ 18,878.08 | $ 18,878.08 |
| 1/1/19-4/30/19 | General Maintenance | $    - | $    - |
| 1/1/19-4/30/19 | Electrical R&M (Exterior parking lot lights) | $ 718.49 | $ 718.49 |
| 1/1/19-4/30/19 | Security/Fire Life Safety (Repairs to fire suppression system) | $ 12,509.00 | $ 12,509.00 |
| 1/1/19-4/30/19 | Administrative | 90.41 | $ 90.41 |

Subtotal  $    51,192.32
Sales Tax
Total  $    **51,192.32**

**Remit Payment To:**
Jones Lang LaSalle Americas Inc., 65 E. State Street, Suite 550, Columbus, Ohio  43215

65 East State Street, Suite 550, Columbus, OH  43215    Ph: 614-460-4405 kelly.tamulonis@am.jll.com