# Exhibit A

104 - DEED BARGAIN AND SALE (Covenant as to Grantor's Acts)
CORP TO IND OR CORP – Plain Language    GRVST 1

Copyright © 1982 By ALL-STATE LEGAL SUPPLY CO
One Commerce Drive, Cranford, N.J. 07016

# DEED

Prepared by: (Print signer's name below signature)

JOSEPH MIRNE, ESQ.

This Deed is made on August 20, 19 85

**BETWEEN**

JONATHAN CRAIG CORP.

a corporation of the state of New Jersey

having its principal office at 91 Roosevelt Avenue, Deal, New Jersey

referred to as the Grantor.

**AND**

LEVCOM WALL PLAZA ASSOCIATES,
a New Jersey General Partnership

whose post office address is Plaza 46 West, West Paterson, New Jersey, 07424

referred to as the Grantee.

The word "Grantee" shall mean all Grantees listed above.

**Transfer of Ownership.** The Grantor grants and conveys (transfers ownership of) the property described below to the Grantee. This transfer is made for the sum of ONE MILLION, SIX HUNDRED THIRTY-NINE THOUSAND, SIX HUNDRED TWENTY AND 00/100 ($1,639,620.00) DOLLARS
The Grantor acknowledges receipt of this money.

**Tax Map Reference.** (N.J.S.A. 46:15-2.1) Municipality of Township of Wall
Block No.   88    Lot No.   4,5,6,9 and 10    Account No.
☐ No property tax identification number is available on the date of this Deed. (Check box if applicable.)

**Property.** The property consists of the land and all the buildings and structures on the land in the Township of Wall, County of Monmouth and State of New Jersey. The legal description is:

All that certain lot, tract or parcel of land and premises, situate, lying and being in the Township of Wall, County of Monmouth and State of New Jersey.

BEING known and designed as Lots 4,5,6,9 and 10 in Block 88 as shown on the official Tax Map of the Township of Wall.

BEGINNING at a point in the southerly line, 25.00 feet from centerline, of Eighteenth Avenue (Monmouth County Highway Route No: 30) distant 9.75 feet on a course of South 84 degrees 55 minutes 40 seconds East from the point of intersection of the easterly line, 25.00 feet centerline, of Old Mill Road, extended Northwardly with the aforesaid southerly line of Eighteenth Avenue, extended westwardly and running from said BEGINNING POINT (1) South 84 degrees 55 minutes 40 seconds East along the aforesaid southerly line of Eighteenth Avenue 419.48 feet to an angle point in said line, thence (2) South 82 degrees 47 minutes 20 seconds East continuing along the southerly line of Eighteenth Avenue 176.16 feet to its intersection with the westerly line of Lot 7, Block 88 Wall Township Tax Map, extended northwardly, thence (3) South 03 degrees 01 minutes 20 seconds West along the aforesaid Westerly line of Lot 7, 496.47 feet to a point in the northerly line of Lot 8, thence (4) South 89 degrees 22 minutes 47 seconds West along said northerly line 9.01 feet to the most westerly corner of Lot 8, thence (5) South 58 degrees 51 minutes 23 seconds East along the southwesterly line of Lot 8, 221.09 feet to the northwesterly Right of Way line of New Jersey State Highway Route 35, thence (6) South 38 degrees 29 minutes 27 seconds West along the northwesterly Right of Way line of New Jersey State Highway Route 35 316.49 feet to a point of curvature thence (7) Southwestwardly continuing along said northwesterly Right of Way line along the arc of a curve having a radius of 11,499.00 feet and bearing to the left an arc distance of 194.32 feet to its intersection with the northerly line of Lot 11, thence (8) North 83 degrees 40 minutes 40 seconds West along the northerly line of Lot 11, 261.32 feet to the northwesterly corner thereof, thence (9) South 05 degrees 30 minutes 00 seconds West along the westerly line of Lot 11, 205.20 feet to its intersection with the northerly line of Lot 3, thence (10) North 80 degrees 04 minutes 00 seconds West along the northerly line of Lot 3, 195.70 feet to an angle point in said line, thence (11) South 09 degrees 56 minutes 00 seconds West continuing along the northerly line of Lot 3, 225.00 feet to another angle point in said line, thence

BOOK 4587 PAGE 905

SEE DEED REC. 10/13/2001
BOOK OR 8056 PAGE 5657

(12) North 80 degrees 04 minutes 00 seconds West still along the northerly line of Lot 3, 158.50 feet to the easterly line 16.50 feet, from centerline of Old Mill Road, thence (13) North 09 degrees 56 minutes 00 seconds East along the aforesaid easterly line of Old Mill Road, 434.54 feet to an angle point in said line, thence (14) North 10 degrees 00 minutes 40 seconds East, continuing along the easterly line of Old Mill Road, 522.55 feet to another angle point in said line, thence (15) North 06 degrees 30 minutes 40 seconds East still along the easterly line of Old Mill Road, 228.88 feet to another angle point in said line, thence (16) South 83 degrees 33 minutes 40 seconds East still along the easterly line of Old Mill Road, 8.50 feet, thence (17) North 06 degrees 30 minutes 40 seconds East along the easterly line 25.00 feet from centerline of Old Mill Road 229.84 feet to a point of curvature thence (18) Northeastwardly, eastwardly and southeastwardly along the arc of a curve having a radius of 10.00 feet and bearing to the right an arc distance of 15.46 feet to the point or place of BEGINNING.

Containing 18.218 Acres.

The above description is drawn in accordance with a survey prepared by Birdsall Engineering, Inc., dated February 15, 1985.

SUBJECT to covenants and restrictions, municipal building and zoning ordinances, municipal, county, state and federal health rules and regulations, ~~xxxxxxxxxxxx~~ ~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~ rights, public and private in streets and roads abutting the hereinabove described premises ~~xxxxxxxxxxxxxx~~ ~~xxxxxxxxxxxxxx~~

SUBJECT to and together with an easement for storm and sanitary sewer as set forth in Deed Book 3893 page 47.

SUBJECT to slope and drainage rights, of the State of New Jersey as set forth in Deed Book 1593 page 401 and Deed Book 1593 page 398.

SUBJECT to rights of Jersey Central Power and Light Company and New Jersey Bell Telephone Company under Grant recorded in Deed Book 3462 page 571; Deed Book 2514 page 275 and Deed Book 2904 page 298.

SUBJECT to Restrictive covenants as contained in the following deed:
Deed Book 3896 page 91.

SUBJECT to Easement Agreement as set forth in Deed Book 3346 page 71 and Deed Book 3346 page 67.

SUBJECT NEVERTHELESS to the following covenants and restrictions that the within described premises shall not be used as a supermarket, nor for the sale of wine, beer or other alcoholic beverages for off-premises consumption as long as a supermarket or liquor store is located on contiguous premises upon which is now located a Shop Rite Shopping Center and Jonathan Craig Liquor. Each of said restrictions shall be deemed waived if the prohibited use shall have been discontinued for a continuous period of twenty-four (24) months. Conveyance shall be made subject to the further restrictions that the premises set forth in Deed Book 3896 page 91 may not be used as a pizzeria or for the sale or manufacture of pizza products which restriction expires December 27, 1987, nor shall a pharmacist or druggist be employed nor be engaged in any business, nor shall any prescription drugs be sold, on any portion of premises herein conveyed. This restriction shall be deemed waived if the prohibited use shall have been discontinued for a period of twenty-four (24) months. Notwithstanding anything to the contrary contained herein, it is understood that each of said uses shall be deemed separate and distinct so that, by way of example, but not by way of limitation, in the event that a liquor store should not be operated on the contiguous premises for a continuous period of twenty-four (24) months, then the restriction applying to off-premises consumption of liquor shall be deemed terminated and at an end, notwithstanding the fact that a supermarket or pharmacy (employing a pharmacist or druggist and/or engaged in the sale of prescription drugs) may continue to be maintained on the contiguous premises. The same inter se provision shall apply to the supermarket or pharmacy restriction contained herein.

BEING the same premises conveyed to JONATHAN CRAIG CORP. by Deed from M. Holtzman Realty Company dated December 31, 1973 and recorded July 29, 1974 in the Monmouth County Clerk's Office in Book 3893 page 47 and Deed from Joseph Meli and Helen Meli, his wife dated August 15, 1974 and recorded August 16, 1974 in the Monmouth County Clerk's office in Book 3896 page 89.

EXCEPTING THEREOUT AND THEREFROM premises conveyed by JONATHAN CRAIG CORP., to COUNTY OF MONMOUTH by deed dated August 9, 1985 and intended to be recorded in the Monmouth County Clerk's office prior to the recording of the within deed.

* SUBJECT to and together with the benefit of that certain Declaration of Easements and Restrictions dated August 1, 1985 by Jonathan Craig Corp., a New Jersey corporation which is intended to be recorded immediately prior to the recordation of this Deed of conveyance.

**Promises by Grantor.** The Grantor promises that the Grantor has done no act to encumber the property. This promise is called a "covenant as to grantor's acts" (N.J.S.A. 46:4-6). This promise means that the Grantor has not allowed anyone else to obtain any legal rights which affect the property (such as by making a mortgage or allowing a judgment to be entered against the Grantor).

**Signatures.** This Deed is signed and attested to by the Grantor's proper corporate officers as of the date at the top of the first page. Its corporate seal is affixed.

JONATHAN CRAIG CORP.

Attested by:

_____ Secretary        By: _____ President
MARY HOLTZMAN                                   MAURICE HOLTZMAN

STATE OF NEW JERSEY, COUNTY OF MONMOUTH    SS.:
I CERTIFY that on    August 20,    19 85
MARY HOLTZMAN,
personally came before me and this person acknowledged under oath, to my satisfaction, that:
(a) this person is the _____ secretary of _____ the corporation named in this Deed;
(b) this person is the attesting witness to the signing of this Deed by the proper corporate officer who is MAURICE HOLTZMAN the President of the corporation;
(c) this Deed was signed and delivered by the corporation as its voluntary act duly authorized by a proper resolution of its Board of Directors;
(d) this person knows the proper seal of the corporation which was affixed to this Deed;
(e) this person signed this proof to attest to the truth of these facts; and
(f) the full and actual consideration paid or to be paid for the transfer of title is $ 1,639,620.00 (Such consideration is defined in N.J.S.A. 46:15-5.).

Signed and sworn to before me on

_____                    _____
                                            (Print name of attesting witness below signature)
A Notary Public of the State of New Jersey,   MARY HOLTZMAN
My Commission expires:

JUDITH DINAR
Notary Public of New Jersey
Commission Expires June 21, 1987

BOOK 4587 PAGE 907

Not Certified Copy



| DEED | Dated: August 20, 1985 |
|---|---|
| JONATHAN CRAIG CORP., A New Jersey Corporation, | Record and return to: |
| Grantor. | |
| TO | BATHGATE, WEGENER WOLTERS & NEWMANN, P.C. One Airport Road, P.O. Box 679, Lakewood, New Jersey, 08701. |
| LEVCOM WALL PLAZA ASSOCIATES, A New Jersey General Partnership. | |
| Grantee. | |

TRIDENT ABSTRACT CO.
P.O. BOX 110
FREEHOLD, N.J. 07728

BOOK 4587 PAGE 908

END OF DOCUMENT