**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------

In re:                                                      Chapter 11
                                                            Case No. 18-23538-rdd
SEARS HOLDING CORPORATION, *et al.*                         Jointly Administered

                                    Debtors.
--------------------------------------------------------------

## AFFIDAVIT OF SERVICE

*STATE OF NEW YORK*          )
*COUNTY OF ONONDAGA*         ) ss.:

     **DEBORAH S. MILLER**, being duly sworn, deposes and says:

     1.    That she is in the employ of Barclay Damon LLP, attorneys for *DGI LS, LLC* in the above-captioned bankruptcy cases.

     2.    That on the 2nd day of May, 2019, she electronically filed the following documents:

     a.    *Supplemental Cure Objection of DGI LS, LLC to the Buyer's Notice of Assumption and Assignment of Additional Designatable Leases* (Dkt. 3499);

     b.    *Declaration of Lorne Kumer in Support of Objection of DGI LS, LLC to Transform Holdco LLC's Notice of Assumption and Assignment of Additional Designatable Leases* (Dkt. 3516);

     c.    *Objection of DGI LS, LLC to Transform Holdco LLC's Notice of Assumption and Assignment of Additional Designatable Leases* (Dkt. 3514);

with the Clerk of the Bankruptcy Court for the Southern District of New York using the CM/ECF system, which sent notification of such filing to all counsel of record.

     3.    That on the 2nd day of May, 2019, she served a copy of above documents (2a, 2b and 2c) upon the parties set forth on the attached **Service List A** via electronic mail by transmitting copies of same to their designated respective email addresses.

     4.    That on the 2nd day of May, 2019, she served a copy of the above documents (2a, 2b and 2c) upon the parties set forth on the attached **Service List B** via first class mail by depositing copies of same in a properly addressed, postage paid envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                          */s/Deborah S. Miller*
                          DEBORAH S. MILLER

Sworn to before me this
3rd day of May, 2019.

     */s/Audrey A. Vrooman*
Notary Public, State of New York
Qual. In Onondaga Cty No. 01VR4762616

Commission Expires July 31, 2022

**Service List A**

| Name | Email |
|---|---|
| Aaron C. Smith | asmith@lockelord.com; chicagodocket@lockelord.com; jcataldo@lockelord.com |
| Aaron Gerhard Miller | amiller@vazirilaw.com |
| Aaron Hume | Aron.hume@gmail.com |
| Aaron J. Scheinfield | aaron@bk-lawyer.net |
| Aaron L. Hammer | ahammer@hmblaw.com; ecfnotices@hmblaw.com; jguzzardo@hmblaw.com |
| Abena Mainoo | amainoo@cgsh.com; maofiling@cgsh.com |
| Abigail Snow | asnow@ssbb.com |
| Adam J. Webb | awebb@fbtlaw.com |
| Adam L. Rosen | adam.rosen@alrcounsel.com; tpavalis@diamondmccarthy.com |
| Alan E. Gamza | Agamza@mosessinger.com; dkick@mosessinger.com; jbonteque@mosessinger.com; kkolbig@mosessinger.com; rcorbi@mosessinger.com |
| Alan F. Kaufman | alan.kaufman@nelsonmullins.com |
| Alan Feld | afeld@sheppardmullin.com |
| Alan H Katz | akatz@lockelord.com |
| Alan Jay Lipkin | alipkin@willkie.com; maosbny@willkie.com |
| Alan M Kindred | akindred@leechtishman.com; dtomko@leechtishman.com; ghauswirth@leechtishman.com |
| Alan M. Feld, Esq. | afeld@sheppardmullin.com |
| Alana M. Friedberg | alana.friedberg@dlapiper.com |
| Albena Petrakov | apetrakov@offitkurman.com |
| Alexis J. Rogoski | arogoski@skarzynski.com |
| Allen G. Kadish | akadish@archerlaw.com; lschildkraut@archerlaw.com; chansen@archerlaw.com; hbreakstone@archerlaw.com |
| Allen J. Guon | aguon@foxrothschild.com; aguon@foxrothschild.com |
| Allison Akiko Ito | aito@hibklaw.com |
| Alyssa E. Kutner | kutnera@ballardspahr.com |
| Amish R. Doshi | amish@doshilegal.com |
| Amy M. Williams | awilliams@williamsadvisors.com |
| Amy R. Wolf | arwolf@wlrk.com; calert@wlrk.com |
| Andrew Devore | andrew.devore@ropesgray.com; nova.alindogan@ropesgray.com |
| Andrew G. Dietderich, Brian D. Glueckstein | dietdericha@sullcrom.com; s&cmanagingclerk@sullcrom.com; andrew-dietderich-6008@ecf.pacerpro.com; BAKERR@SULLCROM.COM |
| Andrew I. Silfen | andrew.silfen@arentfox.com; beth.brownstein@arentfox.com; jordana.renert@arentfox.com; lisa.indelicato@arentfox.com; sean.boren@arentfox.com |
| Andrew M Leblanc | aleblanc@milbank.com |
| Andrew P. Tureaud | atureaud@kblaw.com; atureaud@kblaw.com |
| Andrew S. Conway | aconway@taubman.com |
| Andrew S. Corkhill | andrewcorkhill@quinnemanuel.com |

| | |
|---|---|
| Andrew Tenzer | andrewtenzer@paulhastings.com |
| Andrew W. Weaver | aweaver@cgsh.com; maofiling@cgsh.com |
| Annemarie V. Reilly | annemarie.reilly@lw.com |
| Anthony J D'Artiglio | ajd@ansellgrimm.com; jb@ansellgrimm.com;merediths@ansellgrimm.com |
| Anthony M. Rainone | arainone@bracheichler.com |
| Arlene R. Alves, Esq. | alves@sewkis.com |
| Armando Llorens | armando@furgang.com |
| Arthur E. Rosenberg | arthur.rosenberg@hklaw.com |
| Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| Bankruptcy Division | David.Jones6@usdoj.gov; Jeffrey.Oestericher@usdoj.gov; Joseph.Cordaro@usdoj.gov; Carina.Schoenberger@usdoj.gov; Lawrence.Fogelman@usdoj.gov; Peter.Aronoff@usdoj.gov; Linda.Riffkin@usdoj.gov |
| Barbra R. Parlin | barbra.parlin@hklaw.com; elvin.ramos@hklaw.com; glenn.huzinec@hklaw.com |
| Benjamin Hugon | bhugon@mckoolsmith.com; nsauter@mckoolsmith.com |
| Bernice C Lee | blee@slp.law; dwoodall@slp.law |
| Beth Ellen Rogers | brogers@berlawoffice.com |
| Beth J. Rotenberg | brotenberg@csglaw.com; ecf@csglaw.com |
| Bethany Turke | brt@wexlerwallace.com; ecf@wexlerwallace.com |
| Bradley S. Shraiberg | bss@slp.law; dwoodall@slp.law; blee@slp.law; bshraibergecfmail@gmail.com |
| Bradley Schneider | bradley.schneider@mto.com |
| Brandon Aebersold and Levi Quaintance | project.blue.rx@lazard.com |
| Brandon K. Bains | bbains@l-llp.com; ehyman@l-llp.com; ltemp@l-llp.com |
| Brendan Goodhouse | bgoodhouse@cuddyfeder.com |
| Brett H. Miller | bmiller@mofo.com; brett-miller-1388@ecf.pacerpro.com |
| Brett S. Theisen | btheisen@gibbonslaw.com |
| Brian Custy | bcusty@custylaw.com |
| Brian J. Lohan | brian.lohan@arnoldporter.com; brian.lohan@arnoldporter.com; edocketscalendaring@arnoldporter.com |
| Brian S. McGrath | bmcgrath@mcglinchey.com |
| Bruce Buechler | bbuechler@lowenstein.com |
| Bruce M. Sattin, Esq. | bsattin@szaferman.com |
| Bruce S. Nathan | bnathan@lowenstein.com; msavetsky@lowenstein.com |
| Caleb T. Holzaepfel | caleb.holzaepfel@huschblackwell.com |
| CARL JOSEPH SORANNO | csoranno@bracheichler.com; dfamula@bracheichler.com; jpmartin@bracheichler.com |
| Carol Ann Rich | crich@dudleylaw.com |
| Carol Chow | Carol.Chow@ffslaw.com; easter.santamaria@ffslaw.com |
| Carol E. Momjian | cmomjian@attorneygeneral.gov |
| Caroline Djang | caroline.djang@bbklaw.com |

| | |
|---|---|
| Carrie Essenfeld | cessenfeld@halperinlaw.net; cmitchell@halperinlaw.net |
| Casey Cantrell Swartz | cswartz@taftlaw.com |
| Catania Facher | cfacher@alonsolegal.com |
| Chad P. Pugatch | cpugatch@rprslaw.com; cpugatch.ecf@rprslaw.com |
| Charles A. Gruen | cgruen@gruenlaw.com |
| Charles E. Chamberlin | charles.chamberlin@nebraska.gov |
| Charles George | cgeorge@wyrick.com; abray@wyrick.com; cabitbol@wyrick.com |
| Charles J. Filardi | cfilardi@rrlawpc.com; abothwell@rrlawpc.com |
| Charles J. Filardi, Jr. | cfilardi@rrlawpc.com |
| Christian Paul Jensen | jensenc@sullcrom.com |
| Christopher A. Grosman | cgrosman@carsonfischer.com |
| Christopher A. Lynch | clynch@reedsmith.com |
| Christopher Fong | cfong@nixonpeabody.com |
| Christopher Gartman | gartman@hugheshubbard.com; corp-reorg-department-7318@ecf.pacerpro.com |
| Christopher J. Major | cjm@msf-law.com; bm@msf-law.com |
| Christopher M. Desiderio | cdesiderio@nixonpeabody.com |
| Christopher Matthew Hemrick | chemrick@walsh.law; chemrick@walsh.law |
| Christopher P. Schueller | christopher.schueller@bipc.com; timothy.palmer@bipc.com; donna.curcio@bipc.com |
| Christopher Robert Belmonte | cbelmonte@ssbb.com; pbosswick@ssbb.com; managingclerk@ssbb.com |
| Christopher V Fenlon | cfenlon@hinckleyallen.com |
| Christy Rivera | christy.rivera@nortonrosefulbright.com |
| Claire K. Wu | ckwu@sulmeyerlaw.com |
| Clement Cheng | law@clemcheng.com |
| Colleen Maker | cmaker@walsh.law |
| Constantine Dean Pourakis | cp@stevenslee.com |
| Courtney A Schael | cschael@ashfordnjlaw.com; mrogers@ashfordnjlaw.com |
| Courtney Morgan | morgan.courtney@pbgc.gov; efile@pbgc.gov |
| CRG Financial LLC | allison@claimsrecoveryllc.com |
| Curtis Lee Tuggle | curtis.tuggle@thompsonhine.com; ECFDocket@thompsonhine.com |
| Curtis M. Plaza | cplaza@riker.com; tschellhorn@riker.com |
| Curtis S. Miller | cmiller@mnat.com |
| Cynthia L Pollick | pollick@lawyer.com |
| Dana S. Plon, Esquire | dplon@sirlinlaw.com |
| Daniel E. Etlinger | detlinger@jennislaw.com; karon@jennislaw.com |
| Daniel J. Weiner | dweiner@schaferandweiner.com |
| Daniel M. Silvershein | daniel@dmsilverlaw.com |

| | |
|---|---|
| Daniel R. Swetnam | Daniel.Swetnam@icemiller.com; Deborah.Martin@icemiller.com |
| Daniel W. Sklar | dsklar@nixonpeabody.com; ccarlin@nixonpeabody.com |
| Darryl S. Laddin | bkrfilings@agg.com |
| David A. Rolf | darolf@sorlinglaw.com |
| David A. Rosenzweig | david.rosenzweig@nortonrosefulbright.com |
| David Escamilla, Kay D. Brock | kay.brock@traviscountytx.gov |
| David G. Aelvoet | sanantonio.bankruptcy@publicans.com |
| David G. Tobias | dtobias@tobiaslawpc.com |
| David H. Wander | dhw@dhclegal.com |
| David Henry Hartheimer | david@mhlaw-ny.com; david@clearbid.com |
| David J. Gallagher | dgallagher@mnlawoffice.com |
| David L. Pollack | pollack@ballardspahr.com |
| David L. Tillem | tillemd@wemed.com |
| David L. Tillem | david.tillem@wilsonelser.com |
| David M. Blau | dblau@clarkhill.com |
| David M. Meegan | jhutton@mhksacto.com; jhutton@mhksacto.com |
| David R Taxin | davidtaxin@dahannowick.com |
| David R. Zylberberg | zylberbergd@sullcrom.com |
| David S. Gragg | dgragg@langleybanack.com; cjohnston@langleybanack.com |
| David S. Kupetz | dkupetz@sulmeyerlaw.com; asokolowski@sulmeyerlaw.com; dperez@sulmeyerlaw.com |
| David W. Dykhouse | dwdykhouse@pbwt.com; mcobankruptcy@pbwt.com |
| Dawn Kirby | dkirby@kacllp.com; bleonardo@kacllp.com; dap@ddw-law.com |
| Deborah Jill Michelson | michelson@mgfl-law.com |
| Deborah M Perry | dperry@munsch.com |
| Deborah R. Gross | dgross@kcr-law.com; JHannigan@kcr-law.com |
| Dennis D. Miller | dmiller@steinlubin.com |
| Derek L. Wright | dlwright@foley.com |
| Devon Eggert | deggert@freeborn.com; bkdocketing@freeborn.com |
| Diane W. Sanders | austin.bankruptcy@lgbs.com |
| Donald F. Campbell | dcampbell@ghclaw.com; 4433@notices.nextchapterbk.com |
| Donald K. Ludman | dludman@brownconnery.com |
| Donald W. Clarke | dclarke@wjslaw.com; dclarke@ecf.inforuptcy.com |
| Doug Skierski, Kristin H. Jain | enotices@skijain.com |
| Douglas B. Rosner | drosner@goulstonstorrs.com |
| Douglas J. Pick | dpick@picklaw.net; ezabicki@picklaw.net |
| Douglas T. Tabachnik | dtabachnik@dttlaw.com; rdalba@dttlaw.com |
| Duane Brescia | duane.brescia@clarkhillstrasburger.com; |

| | |
|---|---|
| | bkrtcynotices@clarkhillstrasburger.com;<br>donna.krupa@clarkhillstrasburger.com;<br>Kathi.Alexander@clarkhillstrasburger.com |
| Dustin Parker Branch | branchd@ballardspahr.com; carolod@ballardspahr.com |
| Dustin Smith | smithd@hugheshubbard.com; corp-reorg-department-7318@ecf.pacerpro.com |
| Dwight Jefferson | djefferson@coatsrose.com |
| Eboney Cobb | ecobb@pbfcm.com |
| Edgardo Munoz | emunozpsc@gmail.com |
| Eduardo J. Glas | ejglas@gmail.com |
| Edward E. Neiger | eneiger@askllp.com; lmiskowiec@askllp.com |
| Edward L. Schnitzer | eschnitzer@ckrlaw.com |
| Edward M. Fox | emfox@seyfarth.com |
| Edward M. King | tking@fbtlaw.com |
| Eli J. Vonnegut | eli.vonnegut@davispolk.com |
| Elise S. Frejka | efrejka@frejka.com |
| Elizabeth L Doyaga | edoyaga@flwlaw.com; jspiegelman@flwlaw.com |
| Elizabeth Weller | dallas.bankruptcy@publicans.com; Beth.weller@lgbs.com; Dora.Casiano-Perez@lgbs.com |
| Ellison Ward Merkel | ellisonmerkel@quinnemanuel.com |
| Eloy A Peral | eperal@wilkauslander.com |
| Enid Nagler Stuart | enid.stuart@ag.ny.gov; leo.gagion@ag.ny.gov |
| Eric C. Daucher | eric.daucher@nortonrosefulbright.com |
| Eric D. Goldberg | egoldberg@gordonsilver.com |
| Eric R Goodman | egoodman@bakerlaw.com |
| Eric R. Wilson | KDWBankruptcyDepartment@Kelleydrye.com;<br>MVicinanza@ecf.inforuptcy.com |
| Eric Waxman | eric.waxman@cwt.com; nyecfnotice@cwt.com |
| Erica Weisgerber | eweisgerber@debevoise.com; eweisgerber@debevoise.com;<br>amcdermott@debevoise.com |
| Erik Tikkanen | etikkanen@reisspreuss.com |
| Erika R. Barnes | ebarnes@stites.com; mdennis@stites.com |
| Erin C. Kim | kim.erin@pbgc.gov; efile@pbgc.gov |
| Evan C Hollander | echollander@orrick.com; jgoldfinger@orrick.com; efua@orrick.com |
| Evan J. Zucker | ezucker@blankrome.com; nybankruptcydocketing@blankrome.com;<br>eDocketing@blankrome.com |
| Fernand L Laudumiey | laudumiey@chaffe.com |
| Ferve E. Khan | fkhan@bakerlaw.com |
| Frank Peretore | fperetore@csglaw.com; ecf@csglaw.com |
| Fred B. Ringel, Esq. | fbr@robinsonbrog.com |
| Frederick E. Schmidt | eschmidt@cozen.com |
| Fredric Sosnick | fsosnick@shearman.com |
| Gabriel Brunswick | gbrunswick@willkie.com |

| | |
|---|---|
| Garrett A. Fail | garrett.fail@weil.com; Paloma.VanGroll@weil.com |
| Garth D. Wilson | wilson.garth@pbgc.gov; efile@pbgc.gov |
| Gary F Seitz | gseitz@gsbblaw.com; gary.seitz@gmail.com |
| Gary O. Ravert | gravert@ravertpllc.com; gary.ravertpllc@gmail.com |
| Geoffrey J. Peters | colnyecf@weltman.com |
| George B. Cauthen | george.cauthen@nelsonmullins.com; Linnea.hann@nelsonmullins.com; joan.kishline@nelsonmullins.com |
| George Bernard Hofmann | ghofmann@cohnekinghorn.com; mparks@cohnekinghorn.com |
| George R. Howard, Esq. | George.Howard@skadden.com |
| Gerald P. Kennedy | gerald.kennedy@procopio.com; angela.stevens@procopio.com; calendaring@procopio.com |
| Gilbert A. Lazarus | gillazarus@gmail.com |
| Gilbert R. Saydah | gsaydah@ckrlaw.com |
| Glenn M. Fjermedal | gfjermedal@davidsonfink.com; vbillups@davidsonfink.com |
| Gordon J. Toering | gtoering@wnj.com |
| Gregg M. Galardi | gregg.galardi@ropesgray.com; nova.alindogan@ropesgray.com |
| Gregory W. Fox | gfox@goodwinprocter.com; ACunningham@goodwinlaw.com |
| Gustavo A Chico-Barris | gchico@ferraiuoli.com; hruiz@ferraiuoli.com; edocketslit@ferraiuoli.com |
| Guy A. Reiss | greiss@reisspreuss.com |
| H. Jeffrey Schwartz | hjschwartz@mckoolsmith.com; hjschwartz@mckoolsmith.com |
| Hanh Vinh Huynh | hhuynh@rubinlawllc.com; prubin@rubinlawllc.com |
| Harlan Mitchell Lazarus | hmllaw@att.net; hlazarus@lazarusandlazarus.com |
| Harry M. Gutfleish | harry@gutfleishlaw.com |
| Herb Baer | searsteam@primeclerk.com |
| Herbert H. Slatery III, Marvin E. Clements, Jr. | AGBankNewYork@ag.tn.gov |
| Howard P. Magaliff | hmagaliff@r3mlaw.com; hcolon@r3mlaw.com |
| Hugh G. Jasne | jf@jasneflorio.com; hgj@jasneflorio.com |
| Hyun Suk Choi | hchoi@choiandpark.com; lkleist@choiandpark.com; cpark@choiandpark.com; jpatten@choiandpark.com; kmclaughlin@choiandpark.com |
| Ilan Markus | ilan.markus@leclairryan.com; andrew.cole@leclairryan.com |
| Ira L. Herman | iherman@blankrome.com; nybankruptcydocketing@blankrome.com; eDocketing@blankrome.com |
| Ira S. Dizengoff | idizengoff@akingump.com; afreeman@akingump.com; apreis@akingump.com; dkrasa-berstell@akingump.com; nymco@akingump.com |
| Ira S. Greene | ira.greene@lockelord.com |
| J. Logan Rappaport, Esq. | lr@pryormandelup.com |
| J. Michael Kelly | kellyjm@cooley.com; efiling-notice@ecf.pacerpro.com |

| | |
|---|---|
| Jacob A. Manheimer | jmanheimer@pierceatwood.com; mpottle@pierceatwood.com; rkelley@pierceatwood.com; kcunningham@pierceatwood.com |
| Jacqueline Marcus | jacqueline.marcus@weil.com; jessica.liou@weil.com; matthew.goren@weil.com; candace.arthur@weil.com |
| Jacqulyn S. Loftin | jsl@lhmlawfirm.com |
| Jaime Agnew | jaimeagnew21@gmail.com |
| James Christopher Vandermark | vandermarkj@whiteandwilliams.com |
| James E. Sorenson | bk@svllaw.com; jim@svllaw.com |
| James F. Dowden | jfdowden@swbell.net |
| James Gadsden | bankruptcy@clm.com |
| James Hartmann Smith | jsmith@mckoolsmith.com |
| James J. Holman | jjholman@duanemorris.com |
| James J. Vincequerra | James.Vincequerra@alston.com |
| James L. Bromley | bromleyj@sullcrom.com; bromleyj@sullcrom.com |
| James M. Wilton | james.wilton@ropesgray.com |
| James P. Pagano | jppaganoesq@gmail.com; jppaganoesq@gmail.com |
| James R. Felton | jfelton@greenbass.com; mtyndall@greenbass.com |
| James S. Carr | KDWBankruptcyDepartment@kelleydrye.com; MVicinanza@ecf.inforuptcy.com |
| Jamie S. Cassel | jsc@renozahm.com; jsc@renozahm.com |
| Jane Kim | jkim@kellerbenvenutti.com |
| Janet Ellen Goldstein | janet.goldstein@rhcrlaw.com; Jan21gold@aol.com; howard.levine@rhcrlaw.com; Georgia.papazis@rhcrlaw.com |
| Janice Beth Grubin | Janice.Grubin@leclairryan.com |
| Janice I Daul | jdaul@kcr-law.com |
| Janine M. Cerbone | jfigueiredo@hahnhessen.com; jfigueiredo@hahnhessen.com |
| Jared R. Friedmann | Jared.Friedmann@weil.com |
| Jay Weinblatt | jweinblatt@sakar.com |
| Jeff J. Friedman | jeff.friedman@kattenlaw.com; nyc.bknotices@kattenlaw.com |
| Jeffrey A. Carlino | jacarlino@kslnlaw.com; rabacon@kslnlaw.com |
| Jeffrey A. Reich | reichlaw@reichpc.com |
| Jeffrey Bernstein | jbernstein@mdmc-law.com; sshidner@mdmc-law.com |
| Jeffrey C. Wisler | jwisler@connollygallagher.com |
| Jeffrey Chubak | jchubak@storchamini.com |
| Jeffrey E Bjork | jeff.bjork@lw.com |
| Jeffrey K. Garfinkle | jgarfinkle@buchalter.com; dcyrankowski@buchalter.com; docket@buchalter.com |
| Jeffrey Kurtzman | jkurtzma@klehr.com |
| Jeffrey R. Gleit | jgleit@sandw.com; gschlack@sandw.com; bcooley@sandw.com; aweiss@sandw.com; nkoslof@sandw.com; tkethro@sandw.com |
| Jenelle C Arnold | bkecfinbox@aldridgepite.com; jarnold@ecf.courtdrive.com |

| | |
|---|---|
| Jennifer Kennedy Park | jkpark@cgsh.com |
| Jennifer L. Marines | jmarines@mofo.com; docketny@mofo.com; jennifer-marines-1173@ecf.pacerpro.com |
| Jennifer L. Pruski | jpruski@trainorfairbrook.com |
| Jennifer L. Rodburg | jennifer.rodburg@friedfrank.com; managingattorneysdepartment@friedfrank.com |
| Jennifer Pastarnack | jennifer.pastarnack@cliffordchance.com |
| Jennifer Shafer | jshafer@sbwh.law; floridaservice@sbwh.law |
| Jeremy C. Kleinman | jkleinman@fgllp.com |
| JeriLeigh Miller | JeriLeigh.Miller@weil.com |
| Jessica Liou | jessica.liou@weil.com |
| Jessie B. Mishkin, Esq. | Jessie.Mishkin@weil.com |
| Jill B. Bienstock | jbienstock@coleschotz.com; fpisano@coleschotz.com |
| Joel D. Applebaum | japplebaum@clarkhill.com |
| John C. Allerding | john.allerding@thompsonhine.com |
| John G. Loughnane | jloughnane@nutter.com |
| John G. McCarthy | jmccarthy@sgrlaw.com; nyoecf@sgrlaw.com |
| John Mark Stern | john.stern@oag.texas.gov; sherri.simpson@oag.texas.gov |
| John Mueller | jmueller@lippes.com |
| John P. Dillman | houston_bankruptcy@publicans.com |
| John R. Ashmead, Esq. | ashmead@sewkis.com |
| John R. Fifarek | knelson@laskyfifarek.com; csczepanski@laskyfifarek.com |
| John R. Knapp | john.knapp@millernash.com; lisa.petras@millernash.com |
| John T. Banks | jbanks@pbfcm.com; jbanks@ecf.inforuptcy.com |
| John T. Farnum | jfarnum@linowes-law.com; jcummings@linowes-law.com |
| Jonathan Adam Grasso | jon@piercemccoy.com |
| Jonathan D. Canfield | jcanfield@stroock.com |
| Jonathan D. Marshall | jmarshall@choate.com |
| Jonathan E. Pickhardt | jonpickhardt@quinnemanuel.com |
| Jonathan I. Rabinowitz | jrabinowitz@rltlawfirm.com |
| Jonathan L. Flaxer | jflaxer@golenbock.com; jsavitsky@golenbock.com; mweinstein@golenbock.com |
| Jonathan Scott Hawkins | jonathan.hawkins@thompsonhine.com; THDaytonECF@thompsonhine.com; ECFDocket@thompsonhine.com |
| Joon P. Hong | joonhong@chapman.com |
| Joseph Aronauer | jaronauer@aryllp.com |
| Joseph Badtke-Berkow | joseph.badtke-berkow@allenovery.com; kurt.vellek@allenovery.com; courtnotices@allenovery.com; toby.mann@allenovery.com |
| Joseph Charles Barsalona | jbarsalona@mnat.com |

| | |
|---|---|
| Joseph Corrigan | bankruptcy2@ironmountain.com |
| Joseph D. Frank | jfrank@fgllp.com; csucic@fgllp.com; csmith@fgllp.com |
| Joseph E. Sarachek | joe@saracheklawfirm.com; jon@saracheklawfirm.com |
| Joseph Froehlich | jfroehlich@lockelord.com |
| Joseph H. Lemkin | jlemkin@stark-stark.com |
| Joseph Thomas Moldovan | bankruptcy@morrisoncohen.com |
| Joshua A. Dunn, Esq., Michael Schein | jdunn@vedderprice.com; ecfnydocket@vedderprice.com |
| Joshua Sturm | joshua.sturm@ropesgray.com |
| Joshua W. Cohen | jwcohen@daypitney.com; arametta@daypitney.com |
| Joshua Y. Sturm | joshua.sturm@ropesgray.com |
| Juandisha Harris | harrisj12@michigan.gov |
| Judith Elkin | elkinj@mac.com; elkinj@mac.com |
| Judith Starr, Kartar S. Khalsa | Starr.Judith@pbgc.gov; efile@pbgc.gov |
| Julie Cvek Curley | jcurley@kacllp.com; AttorneyCvek@gmail.com; bleonardo@kacllp.com; 5696@notices.nextchapterbk.com |
| Julie F. Montgomery | jmontgomery@brownconnery.com |
| Julie H Rome-Banks | julie@bindermalter.com |
| Justin Alaburda | jmalaburda@bmdllc.com |
| Justin Logan Rappaport | lr@pryormandelup.com; kj@pryormandelup.com |
| Kaitlin R. Walsh | KRWalsh@mintz.com; docketing@mintz.com |
| Karen C. Bifferato | kbifferato@connollygallagher.com |
| Karen Sheehan | ksheehan@flwlaw.com; jspiegelman@flwlaw.com |
| Katherine R. Catanese | kcatanese@foley.com |
| Kay Diebel Brock | bkecf@co.travis.tx.us |
| Kayvan B. Sadeghi | ksadeghi@schiffhardin.com |
| Keith A Langley | klangley@l-llp.com; ehyman@l-llp.com; pgentry@l-llp.com |
| Kelly Rose Cusick | cusick.kelly@pbgc.gov; efile@pbgc.gov |
| Ken Florey | kflorey@rsnlt.com |
| Kenneth M. Florey | nsmith@robbins-schwartz.com |
| Kenneth M. Lewis, Esq. | klewis@wtplaw.com; klewis@lewispllc.com |
| Kevin J Etzel | ketzel@vedderprice.com |
| Kevin J. Simard | ksimard@choate.com |
| Kevin M Lippman | klippman@munsch.com; pmoore@munsch.com |
| Kevin Michael Newman | knewman@barclaydamon.com |
| Kevin N Summers | ksummers@dflaw.com |
| Kevin P. Montee | kmontee@monteefirm.com; kmontee@monteefirm.com |
| Kevin Reid | kreid@kozonislaw.com |

| Kevin Tompsett | ktompsett@harrisbeach.com; frichenberg@harrisbeach.com; efilings@harrisbeach.com |
|---|---|
| Kiah T Ford | chipford@parkerpoe.com |
| Kimberly A. Posin | kim.posin@lw.com |
| Kimberly J. Kodis | kimberly.kodis@ropesgray.com |
| Klaus Peter Muthig | muthigk@mcao.maricopa.gov |
| Kory A. Atkinson | kaa@koryatkinson.com |
| Kramer Lyons | klyons@ohdbslaw.com |
| Kristen D Romano | kromano@mcglinchey.com |
| Kristen N. Pate | bk@brookfieldpropertiesretail.com |
| Kristopher M. Hansen | khansen@stroock.com |
| Kristopher M. Hansen | mmagzamen@stroock.com; gsasson@stroock.com; dmohamed@stroock.com; mgarofalo@stroock.com; sbhattacharyya@stroock.com |
| Lacy Martin Lawrence | llawrence@akingump.com; txdocketing@akingump.com |
| Laura E. Appleby | appleby@chapman.com |
| Laura J. Monroe | lmbkr@pbfcm.com; krobertson@ecf.inforuptcy.com |
| Laura R Hall | laura.hall@allenovery.com; kurt.vellek@allenovery.com; toby.mann@allenovery.com; courtnotices@allenovery.com |
| Laurel D. Roglen | roglenl@ballardspahr.com; lanoc@ballardspahr.com |
| Lauren Catherine Kiss | lkiss@klestadt.com |
| Laurence May | lmay@eisemanlevine.com |
| Lawrence A. Lichtman | llichtman@honigman.com; litdocket@honigman.com |
| Lawrence J. Kotler | ljkotler@duanemorris.com |
| Lawrence W Byrne | lbyrne@pedersenhoupt.com |
| Leah Silverman | lsilverman@opeaklp.com |
| Lee E. Woodard | bkemail@harrisbeach.com; ktompsett@harrisbeach.com; kgriffith@harrisbeach.com; efilings@harrisbeach.com |
| Lei Lei Wang Ekvall, Philip E. Strok | pstrok@swelawfirm.com |
| Leo B Dubler | leodubler@fast.net |
| Leon B Gordon | cary.cain@mvbalaw.com; bankruptcy@mvbalaw.com |
| Leslie Ann Berkoff | lberkoff@moritthock.com |
| Leslie C. Heilman | heilmanl@ballardspahr.com; lanoc@ballardspahr.com |
| Lewis J. Liman | LLiman@cgsh.com; maofiling@cgsh.com |
| Linda M. Tirelli, Esq. | ltirelli@tw-lawgroup.com; alopez@tw-lawgroup.com; mshowers@tw-lawgroup.com; notices@tw-lawgroup.com; nhauptman@tw-lawgroup.com |
| Lisa Milas | lmilas@schillerknapp.com; ahight@schillerknapp.com; kcollins@schillerknapp.com; bfisher@schillerknapp.com; Tshariff@schillerknapp.com |
| Lori V. Vaughan | lvaughan@trenam.com; mmosbach@trenam.com; mwoods@trenam.com |
| Louis J. Cisz | lcisz@nixonpeabody.com |
| Louis T. DeLucia, Esq., Alyson M. | LFacopoulos@schiffhardin.com |

| | |
|---|---|
| Fiedler, Esq. | |
| Louis Thomas DeLucia | louis.delucia@icemiller.com |
| Luke A Barefoot | lbarefoot@cgsh.com; maofiling@cgsh.com |
| Luke Valentino | luke.valentino@searshc.com |
| Luma Al-Shibib | lal-shibib@andersonkill.com; dflynn@andersonkill.com; Dfraser@andersonkill.com; Msilverschotz@andersonkill.com |
| Luvell L Glanton | glantonfirm@gmail.com |
| Lynn Hamilton Butler | Lynn.Butler@huschblackwell.com; Lynn.Butler@huschblackwell.com |
| Lynn Rowe Larsen | llarsen@taftlaw.com; LLAUREN@TAFTLAW.COM |
| M. Neal Smith | nsmith@robbins-schwartz.com |
| Marc A. Zelina | marc.zelina@lw.com |
| Marc J. Kurzman | mkurzman@carmodylaw.com |
| Marhsall S. Huebner, Esq. | marshall.huebner@davispolk.com |
| Marie Polito Hofsdal | mhofsdal@pryorcashman.com |
| Marita S. Erbeck | marita.erbeck@dbr.com |
| Mark A. Frankel | mfrankel@bfklaw.com; mfrankel@bfklaw.com; mark_frankel@yahoo.com; frankel.mark@gmail.com; frankelmr74702@notify.bestcase.com |
| Mark E. Felger | MFelger@cozen.com; MBrickley@cozen.com; mmillis@cozen.com |
| Mark E. Hall | mhall@foxrothschild.com; cbrown@foxrothschild.com |
| Mark J Chaney | mchaney@mcglinchey.com; aparish@mcglinchey.com |
| Mark Levine | mlevine@zlk.com; mlevine@zlk.com |
| Mark Russell Owens | mowens@btlaw.com; mowens@btlaw.com; bankruptcyindy@btlaw.com |
| Mark S. Roher | mroher@markroherlaw.com; ecf3.markroherlaw@gmail.com |
| Marshall C. Turner | marshall.turner@husch.com; marshall-turner-8668@ecf.pacerpro.com |
| Marva M. Levine | marva.m.levine@verizon.com |
| Marvin E. Clements | agbanknewyork@ag.tn.gov |
| Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| Mary Ann Claraval | maryannpsu@comcast.net |
| Matthew Benjamin Stein | mstein@kasowitz.com; courtnotices@kasowitz.com |
| Matthew C. McCann | mmccann@swc-law.com |
| Matthew C. Ziegler | matthew.ziegler@morganlewis.com |
| Matthew G. Summers | summersm@ballardspahr.com; lanoc@ballardspahr.com |
| Matthew Gensburg | mgensburg@gcklegal.com |
| Matthew Kish | mkish@sbwh.law; floridaservice@sbwh.law |
| Matthew McCann | mmccann@swc-law.com; mmccann@swc-law.com |
| Matthew Patrick Kremer | mkremer@omm.com; mpkremer@gmail.com |
| Matthew Scheck | matthewscheck@quinnemanuel.com |
| Maura I. Russell | mrussell@ckrlaw.com |

| | |
|---|---|
| Megan Young | megan.john@mhllp.com |
| Melissa A. Pena | mapena@nmmlaw.com; pfreda@nmmlaw.com |
| Melissa Boey | melissa.boey@morganlewis.com |
| Melissa S Hayward | mhayward@haywardfirm.com |
| Melissa S. Woods | mwoods@cwsny.com; ecf@cwsny.com |
| Michael Abtin Shakouri | mshakouri@goodkinlynch.com |
| Michael Chatwin | NYBKCourt@logs.com |
| Michael D. Brofman, Esq. | mbrofman@weisszarett.com |
| Michael Eversden | meversden@mcgrathnorth.com |
| Michael Friedman | friedman@chapman.com; iyassin@chapman.com |
| Michael Goldstein | mgoldstein@goodwinlaw.com |
| Michael I. Baird | baird.michael@pbgc.gov; efile@pbgc.gov |
| Michael J. Catalfimo | mcatalfimo@carterconboy.com; hmclenithan@carterconboy.com; rmcfee@carterconboy.com; jstein@carterconboy.com |
| Michael J. Connolly | mconnolly@formanlaw.com; kanema@formanlaw.com |
| Michael J. Klein | mklein@ssbny.com |
| Michael J. Riela | riela@thsh.com |
| Michael Jason Barrie | mbarrie@beneschlaw.com; debankruptcy@beneschlaw.com; kcapuzzi@beneschlaw.com |
| Michael Klein | mklein@aftlaw.com |
| Michael Kwiatkowski | mkwiatkowski@msek.com; lgomez@msek.com |
| Michael L. Schein | mschein@vedderprice.com; ecfnydocket@vedderprice.com; docketing-6992@ecf.pacerpro.com; michael-schein-3874@ecf.pacerpro.com |
| Michael R. Herz | mherz@formanlaw.com; cbrown@formanlaw.com |
| Michael Ryan Pinkston | rpinkston@seyfarth.com |
| Michael S. Amato, Esq. | mamato@rmfpc.com; dolsen@rmfpc.com; smcgrath@rmfpc.com |
| Michael Skoy Legge | mlegge@huntonak.com; tkracht@huntonak.com; rphair@huntonak.com; ghesse@huntonak.com |
| Michael Tsang | mtsang@tsanglawfirm.com |
| Michael V. Blumenthal | michael.blumenthal@tklaw.com |
| Michele Angell | mangell@kasowitz.com; courtnotices@kasowitz.com |
| Michelle E. Shriro | mshriro@singerlevick.com; scotton@singerlevick.com |
| Michelle Marie Sekowski | msekowski@herrick.com; courtnotices@herrick.com; lporetsky@herrick.com; maustin@herrick.com |
| Miriam R Stein | mstein@chuhak.com |
| Mohsin Meghji | mmeghji@miiipartners.com |
| Monique Debrikka Jewett-Brewster | mjb@hopkinscarley.com; eamaro@hopkinscarley.com |
| My Chi To | mcto@debevoise.com |

| | |
|---|---|
| Myles H Alderman | myles.alderman@alderman.com |
| Myrna Ruiz-Olmo | mro@prbankruptcy.com; tbp@prbankruptcy.com; lsg@prbankruptcy.com |
| Natasha M. Songonuga | nsongonuga@gibbonslaw.com |
| Neal Smith | nsmith@robbins-schwartz.com |
| Neil E. Herman | Nherman@morganlewis.com |
| Neil H. Ackerman | nackerman@ackermanfox.com; kfox@ackermanfox.com; r52605@notify.bestcase.com |
| Nicholas M. Berg | nicholas.berg@ropesgray.com |
| Nicole A Leonard | nleonard@mdmc-law.com; sshidner@mdmc-law.com |
| Noah Levine | noah.levine@wilmerhale.com; WHDocketing@wilmerhale.com |
| Nola R Bencze | nbencze@clarkhill.com |
| Norman C Witte | ncwitte@wittelaw.com; mmallswede@wittelaw.com |
| Norman Neville Reid | nreid@foxswibel.com |
| Owen M. Sonik | osonik@pbfcm.com; tpope@pbfcm.com; osonik@ecf.inforuptcy.com |
| Paloma VanGroll | Paloma.VanGroll@weil.com |
| Pamela Bosswick | pbosswick@ssbb.com |
| Patricia B. Fugee | Patricia.Fugee@FisherBroyles.com; ecf@cftechsolutions.com |
| Patricia I. Chen | patricia.chen@ropesgray.com |
| Patrick Collins | pcollins@farrellfritz.com |
| Patrick J. Healy | phealy@wsfsbank.com |
| Patrick L. Hayden | phayden@mcguirewoods.com |
| Patrick M. Ryan | pmryan@sorlinglaw.com |
| Patrick Morgan Ryan | pmryan@sorlinglaw.com; smjordan@sorlinglaw.com |
| Patrick Slyne | pkslyne@ssbny.com |
| Paul A. Rubin | prubin@rubinlawllc.com |
| Paul D. Leake | wendy.lamanna@skadden.com; andrea.bates@skadden.com; Jacob.aboodi@skadden.com |
| Paul D. Murphy | sdeiches@murphyrosen.com |
| Paul E. Harner | paul.harner@lw.com |
| Paul H. Zumbro | pzumbro@cravath.com; mao@cravath.com |
| Paul J. Labov | plabov@foxrothschild.com; msteen@foxrothschild.com |
| Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| Paul L. Ratelle | pratelle@fwhtlaw.com |
| Paul Leake, Esq. | Paul.Leake@skadden.com |
| Paul M. Basta | pbasta@paulweiss.com |
| Paul Rubin | prubin@rubinlawllc.com; hhuynh@rubinlawllc.com |
| Pauline K. Morgan | bankfilings@ycst.com; dlaskin@ycst.com |
| Pearl Shah | pshah@mcgrailbensinger.com |
| Penny R. Stark | pstarkesq@gmail.com |
| Peter B. Siroka | peter.siroka@friedfrank.com; aaron_rothman@friedfrank.com; |

| | alix.brozman@friedfrank.com; ManagingAttorneysDepartment@friedfrank.com |
|---|---|
| Peter M. Aronoff | peter.aronoff@usdoj.gov |
| Peter M. Gilhuly | peter.gilhuly@lw.com; peter-gilhuly-1776@ecf.pacerpro.com |
| Philip D. Anker | philip.anker@wilmerhale.com; yolande.thompson@wilmerhale.com; WHDocketing@wilmerhale.com |
| Philip E. Strok | pstrok@swelawfirm.com; gcruz@swelawfirm.com; csheets@swelawfirm.com; jchung@swelawfirm.com |
| Phillip Russell Perdew | rperdew@lockelord.com; chicagodocket@lockelord.com |
| Phillip W. Bohl | phillip.bohl@gpmlaw.com |
| Power Wang | powerwangtxks@vip.126.com |
| Rachel E. Edwards | redwards@l-llp.com; ehyman@l-llp.com; ltemp@l-llp.com |
| Rachel J. Mauceri | rmauceri@morganlewis.com |
| Rachel R Obaldo | bk-robaldo@oag.texas.gov; sherri.simpson@oag.texas.gov |
| Rafael X. Zahralddin | rxza@elliottgreenleaf.com |
| Rahul Mukhi | rmukhi@cgsh.com; maofiling@cgsh.com |
| Ralph Mabey | rmabey@kmclaw.com |
| Ramon Coto-Ojeda | nac@crlawpr.com; nac@crlawpr.com |
| Raniero D'Aversa | rdaversa@orrick.com |
| Ray C. Schrock, P.C. | ray.schrock@weil.com; matthew.goren@weil.com |
| Richard A. Aguilar | raguilar@mcglinchey.com; aparish@mcglinchey.com |
| Richard A. Stieglitz | RStieglitz@cahill.com; MMcLoughlin@cahill.com; ma@cahill.com |
| Richard B. Levin | rlevin@jenner.com |
| Richard C. Morrissey | richard.morrissey@usdoj.gov |
| Richard C. Pedone | rpedone@nixonpeabody.com |
| Richard J. Bernard | rbernard@foley.com |
| Richard J. McCord | RMcCord@CBAH.com; afollett@certilmanbalin.com; cfollett@certilmanbalin.com; rnosek@certilmanbalin.com |
| Richard J. Parks | rjp@pietragallo.com; ms@pietragallo.com; jk@pietragallo.com |
| Richard Klass | richklass@courtstreetlaw.com |
| Richard L. Zucker | rzucker@lasserhochman.com |
| Richard M. Allen | serviceqa@primeclerk.com |
| Richard M. Seltzer | rseltzer@cwsny.com; ecf@cwsny.com |
| Richard P. Hermann | rhermann@sbwh.law; floridaservice@sbwh.law |
| Richard T. Davis | rdavis@cafarocompany.com |
| Rick Aaron Steinberg | rsteinberg@pricemeese.com |
| Rita L Hullett | rhullett@bakerdonelson.com |
| Rob Riecker | rob.riecker@searshc.com |
| Robert A Weisberg | rweisberg@carsonfischer.com; njudge@carsonfischer.com |
| Robert A. Abiuso | rabiuso@swc-law.com |
| Robert Carson | rcarson@carsonfischer.com |
| Robert D. Bass | bob.bass47@icloud.com; bob.bass47@icloud.com |

| | |
|---|---|
| Robert E. Michael | Robert.e.michael.esq@gmail.com |
| Robert Gainer | rgainer@cutlerfirm.com; snewton@cutlerfirm.com |
| Robert Honeywell | robert.honeywell@klgates.com; brian.koosed@klgates.com |
| Robert K. Dakis | rdakis@morrisoncohen.com; bankruptcy@morrisoncohen.com |
| Robert K. Minkoff | rminkoff@cedargladecapital.com |
| Robert L. LeHane | KDWBankruptcyDepartment@Kelleydrye.com; MVicinanza@ecf.inforuptcy.com |
| Robert L. Pryor | rlp@pryormandelup.com |
| Robert Liubicic | rliubicic@milbank.com |
| Robert M. Rosen | rrosen@pmmlaw.com |
| Robert M. Sasloff | rms@robinsonbrog.com |
| Robert R. Kinas | rkinas@swlaw.com |
| Robin S. Abramowitz | abramowitz@larypc.com; fox@larypc.com |
| Rocco A. Cavaliere | rcavaliere@tarterkrinsky.com; snobles@tarterkrinsky.com |
| Roland Scott Keske | rsk@lefltd.com; eg@lefltd.com |
| Ronald Alexander Clark | aclark@cov.com |
| Ronald Eric Gold | rgold@fbtlaw.com; awebb@fbtlaw.com; bmparker@fbtlaw.com; eseverini@fbtlaw.com |
| Ronald M. Tucker, Esq. | rtucker@simon.com; bankruptcy@simon.com |
| Ross G Shank | rshank@kasowitz.com; courtnotices@kasowitz.com |
| Rudy J Cerone | rcerone@mcglinchey.com |
| Russell Jackson | rjackson@thomasjhenrylaw.com |
| Russell W. Mills | rmills@bellnunnally.com; nsummerville@bellnunnally.com |
| Russell W. Savory | russ@bsavory.com |
| Ryan C. Reinert | rreinert@shutts.com; juanitasanchez@shutts.com |
| Ryan C. Reinert, Esq. | rreinert@shutts.com |
| Ryan Zachary Gelber | zgelber@gelbersantillo.com |
| Sabrina L. Streusand | streusand@slollp.com; prentice@slollp.com |
| Sam Della Fera | sdellafera@msbnj.com; ldipaolo@msbnj.com |
| Sam N. Ashuraey | sam.ashuraey@ropesgray.com |
| Samuel C. Wisotzkey | swisotzkey@kmksc.com; kmksc@kmksc.com |
| Samuel G Encarnacion | same@haggertylaw.com |
| Sandra E. Mayerson | sandy@mhlaw-ny.com |
| Sanford Philip Rosen, Esq. | srosen@rosenpc.com; pgyparakis@rosenpc.com |
| Sara Coelho | sara.coelho@shearman.com |
| Sarah J Klebolt | sjk@carmodymacdonald.com; ala@carmodymacdonald.com |
| Sawnie A. McEntire | smcentire@pmmlaw.com |
| Sayan Bhattacharyya | sbhattacharyya@stroock.com |
| Scott A. Zuber | szuber@csglaw.com; ecf@csglaw.com |

| | |
|---|---|
| Scott D. Fink | brodellecf@weltman.com |
| Scott D. Fink | sfink@weltman.com |
| Scott K. Charles | skcharles@wlrk.com; calert@wlrk.com |
| Sean A. OKeefe | sokeefe@okeefelc.com; seanaokeefe@msn.com |
| Sean A. O'Neal | soneal@cgsh.com; maofiling@cgsh.com |
| Sean C. Southard | ssouthard@klestadt.com |
| Sean E. O'Donnell | sodonnell@herrick.com; courtnotices@herrick.com; lporetsky@herrick.com; rrichards@herrick.com |
| Secretary of the Treasury | secbankruptcy@sec.gov; NYROBankruptcy@sec.gov |
| Sedric Banks | sedbanks@aol.com |
| Seth Van Aalten | svanaalten@cooley.com; efiling-notice@ecf.pacerpro.com |
| Shana Elberg, Esq. | Shana.Elberg@skadden.com |
| Shane Ramsey | shane.ramsey@nelsonmullins.com; jennifer.murray@nelsonmullins.com; emiller@bayardlaw.com; SMacon@bayardlaw.com |
| Shari Barak | sbarak@logs.com; NYBKCourt@logs.com |
| Sharon A. Harris | sharon@attorneyzim.com |
| Shawn M. Christianson | schristianson@buchalter.com; cmcintire@buchalter.com |
| Shawn Randall Fox | sfox@mcguirewoods.com |
| Shlomo Maza | shlomomaza@paulhastings.com |
| Simon Aron | saron@wrslawyers.com; jnarcise@wrslawyers.com |
| Sonia E Colon | scolon@ferraiuoli.com; edocketslit@ferraiuoli.com; scolon@ecf.courtdrive.com; hruiz@ferraiuoli.com; soniaecolon@gmail.com |
| Stanley B. Tarr | tarr@blankrome.com |
| Stanley M Slonaker | Stan@SSlonaker.us |
| Stephen A Corr | scorr@begleycarlin.com |
| Stephen B. Gerald | sgerald@wtplaw.com; clano@wtplaw.com |
| Stephen B. Selbst | sselbst@herrick.com; courtnotices@herrick.com; lporetsky@herrick.com |
| Stephen M. Miller | smiller@morrisjames.com; wweller@morrisjames.com; jdawson@morrisjames.com |
| Stephen M. Packman | spackman@archerlaw.com; mfriedman@archerlaw.com; jkulback@archerlaw.com |
| Stephen Moeller-Sally | ssally@ropesgray.com |
| Stephen Vincent Falanga, Esq. | sfalanga@walsh.law; mvargas@walsh.law |
| Steven A. Ginther | sdnyecf@dor.mo.gov |
| Steven B Smith | ssmith@herrick.com; ssmith@herrick.com; lporetsky@herrick.com; courtnotices@herrick.com |
| Steven Charles Farkas | scf@cohmlaw.com; jenniferg@cohmlaw.com; lindac@cohmlaw.com; lah@cohmlaw.com |
| Steven Cimalore, Vice President | scimalore@wilmingtontrust.com |
| Steven Richman | srichman@clarkhill.com |

| | |
|---|---|
| Steven W. Kelly, Esq. | skelly@s-d.com |
| Stuart E Bodker | sbodker@mcdowellrice.com |
| Sunny Singh | sunny.singh@weil.com; Andriana.Georgallas@weil.com; Paloma.VanGroll@weil.com; Vincent.Yiu@weil.com; Philip.DiDonato@weil.com |
| Susheel Kirpalani | susheelkirpalani@quinnemanuel.com; benjaminfinestone@quinnemanuel.com; susheel-kirpalani-9317@ecf.pacerpro.com |
| Tammy L. Terrell Benoza | bankruptcy@feinsuch.com |
| Tanya Korkhov | tkorkhov@kellerrohrback.com |
| Tara B. Annweiler | tannweiler@greerherz.com |
| Tara LeDay | ccain@mvbalaw.com; kmorriss@mvbalaw.com; tleday@ecf.courtdrive.com; julia.williams@mvbalaw.com; bankruptcy@mvbalaw.com; alocklin@mvbalaw.com |
| Ted A. Dillman | ted.dillman@lw.com |
| Ted Cohen, Esq. | tcohen@sheppardmullin.com |
| Thomas A. Farinella, Esq. | tf@lawtaf.com; ecf@lawgmf.com |
| Thomas A. Zimmerman, Jr. | tom@attorneyzim.com |
| Thomas Daniel Berghman | tberghman@munsch.com |
| Thomas J. Salerno | thomas.salerno@stinson.com |
| Thomas J. Sansone | tsansone@carmodylaw.com |
| Thomas James Salerno | thomas.salerno@stinson.com; Karen.graves@stinson.com |
| Thomas M. Gaa | tgaa@bbslaw.com; yessenia@bbslaw.com |
| Thomas R. Fawkes | tomf@goldmclaw.com |
| Thomas R. Kreller | tkreller@milbank.com;  hmaghakian@milbank.com; gbray@milbank.com; jbrewster@milbank.com; malston@milbank.com |
| Thomas S. Onder | tonder@stark-stark.com |
| Thomas W. Waldrep, Jr. | notice@waldrepllp.com |
| Thomas Yanega | ty@devacklaw.com |
| Timothy F. Nixon | tnixon@gklaw.com; kboucher@gklaw.com; pbrellenthin@gklaw.com |
| Timothy Farrell | timothy.farrell@ropesgray.com |
| Tom Zimmerman | tom@attorneyzim.com; firm@attorneyzim.com |
| Tracy L. Klestadt | tklestadt@klestadt.com; tklestadt@yahoo.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| Vera N Kanova | verkanova@pa.gov |
| Veronique Urban | vurban@farrellfritz.com |
| Victor Newmark | vnewmark@evict.net |
| Victor W. Newmark, Esq. | bankruptcy@evict.net |
| Victoria D. Garry | vgarry@ag.state.oh.us |

| | |
|---|---|
| Vincent Edward Lazar | vlazar@jenner.com |
| Vivek Suri, Esq. | info@viveksuri.com; lawyer@surilawoffice.com |
| Wanda Borges | ecfcases@borgeslawllc.com |
| Wendy M. Simkulak | wmsimkulak@duanemorris.com |
| William Austin Jowers | ajowers@kslaw.com |
| William E. Kelleher | wkelleher@cohenlaw.com; mgraeb@cohenlaw.com; hward@cohenlaw.com |
| William J. Levant | efile.wjl@kaplaw.com |
| William McCarron | mccarron.william@pbgc.gov; efile@pbgc.gov |
| William McCarron, Jr., & Adi Berger, Director | mccarron.william@pbgc.gov; efile@pbgc.gov |
| William P Fennell | william.fennell@fennelllaw.com; luralene.schultz@fennelllaw.com; charles.bethel@fennelllaw.com; mblackburnjoniaux@fennelllaw.com |
| William P. Weintraub | wweintraub@goodwinprocter.com; gfox@goodwinprocter.com |
| Yann Geron | ygeron@reitlerlaw.com; ygeronnys@ecf.axosfs.com; jlitos@reitlerlaw.com; nsantucci@reitlerlaw.com; adaniszewski@reitlerlaw.com; asuffern@epiqglobal.com |
| Yaron Shaham | yshaham@kahanafeld.com |

## Service List B

Weil, Gotshal & Manges LLP
Ray C. Schrock, P.C., Jacqueline Marcus, Garrett
A. Fail, Sunny Singh, Jared R. Friedmann, Jessie B.
Mishkin, Esq.
767 Fifth Avenue
New York, NY 10153

Cleary Gottlieb Steen & Hamilton LLP
Sean O Neal, Lewis J. Liman, Abena A. Mainoo,
Luke A. Barefoot
One Liberty Plaza
New York, NY 10006

United States Trustee Southern District of NY
Office of United States Trustee for Region 2
Paul Schwartzberg, Richard Morrissey
201 Varick St., Ste. 1006
New York, NY 10014

Adam M. Adler
Prime Clerk LLC
One Grand Central Place
60 East 42nd Street
Suite 1440
New York, NY 10165

Jody A. Bedenbaugh
Nelson Mullins Riley & Scarborough LLP
1320 Main Street, 17th Floor
P.O. Box 11070 (29211)
Columbia, SC 29201

Jennifer Lynn Benn
191 NE Rose Avenue
Myrtle Creek, OR 97457

Jim Birdsell
9315 SE Bell Ave.
Milwaukie, OR 97222

Body Flex Sports, Inc.
Attn: Frank Chang, General Manager
21717 Ferrero Parkway
Walnut, CA 91789

Robert J. Bruce
RJB Lawyer, LLC
1543 Champa Street, Suite 400
Denver, CO 80202

Juan Cervantes
Forman, Cardonsky & Tsinman, LLC
701 Westfield Avenue
Elizabeth, NJ 07208

Cherokee Debt Acquisition, LLC
1325 Avenue of the Americas
28th Floor
New York, NY 10019

Charlotte Cinque
140 Lake Nancy Ln Apt 313
West Palm Breach, FL 33411

Cowen Special Investments LLC
599 Lexington Avenue
21st Floor
New York, NY 10022

Fair Harbor Capital, LLC
PO Box 237037
New York, NY 10023

Peter B. Fey
de Luca Levine LLC
Three Valley Square
Suite 220
Blue Bell, PA 19422

Fort Pierce Utilities Authority
206 South 6th Street (34950)
PO Box 3191
Fort Pierce, FL 34948

Fruit of the Loom, Inc.
c/o Wyatt, Tarrant & Combs, LLP
Attn: Mary L. Fullington
250 West Main Street, Suite 1600
Lexington, KY 40507

E. Philip Groben
Gensburg Calandriello & Kanter, P.C.
200 West Adams Street, Suite 2425
Chicago, NY 60606

Hain Capital Group, LLC
301 Route 17
7th Floor
Rutherford, NJ 07070

Paul J. Hooten
Paul J. Hooten & Associates
5505 Nesconset Highway
Suite 203
Mt. Sinai, NY 11706

Kelly E. Kleist
Conley Rosenberg & Mendez LLP
5080 Spectrum Drive
Suite 850E
Addison, TX 75001

June Kushner
PO Box 3097
Astoria, NY 11103

Frances A. Lettieri
Fowler Hirtzel McNulty & Spaulding, LLP
2000 Market Street
Suite 550
Philadelphia, PA 19103

Lexington Tramk Manteca L.P.
c/o Lexington Realty Trust
One Penn Plaza, Suite 4015
New York, NY 10119

Peter W. Lianides
Winthrop Couchot Golubow Hollander
1301 Dove Street
Suite 500
Newport Beach, CA 92660

Jarrod B. Martin
McDowell Hetherington LLP
1001 Fannin Street
Suite 2700
Houston, TX 77002

Andrea McSorley
5409 79th Ave E
Palmetto, FL 34221

Wm. Spencer McSorley
5409 79th Ave E
Palmetto, FL 34221

Boyd B. Moss
Moss Berg
4101 Meadows Ln., Suite 110
Las Vegas, NV 89107

Janusz Muszak
P.O. Box 516535
Rockledge, FL 32956

Brian Coke Ng
Church Street Station
P.O. Box 2723
New York, NY 10008

Michael P. O'Sullivan
William W. Green & Associates
3419 Via Lido, #607
Newport Beach, CA 92663-3908

Paul L. Orshan
Orshan, P.A.
701 Brickell Avenue
Suite 2000
Miami, FL 33131

Ernie Zachary Park
Bewley, Lassleben & Miller, LLP
13215 E. Penn Street
Suite 510
Whittier, CA 90602-`797

James L. Person
7422 Bearden Falls
Humble, TX 77396

Linda Pritchard
2104 92nd Avenue
Oakland, CA 94603

Russell Brands, LLC
c/o Wyatt, Tarrant & Combs, LLP
Attn: Mary L. Fullington
250 West Main Street, Suite 1600
Lexington, KY 40507

Select Portfolio Servicing, Inc. as servicer for U.S.
Bank National Association, as Trustee, successor in
interest to Bank of America, National Association
as successor by merger to LaSalle Bank Nati
c/o Frenkel Lambert, et al
53 Gibson Street
Bay Shore, NY 11706

Select Portfolio Servicing, Inc. as servicer for U.S.
Bank National Association, as Trustee, in trust for
the registered holders of Citigroup Mortgage Loan
Trust 2007-AHL2, Asset-Backed Pass-Through C
c/o Frenkel Lambert et al.
53 Gibson Street
Bay Shore, NY 11706

Shoreline Capital, LLC
345 E. 80th Street
#19EF
New York, NY 10075

Stan D. Smith
Mitchell, Williams, Selig, Gates & Woody
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201-3525

Tannor Partners Credit Fund LP
555 Theodore Fremd Avenue
Suite C-209
Rye, NY 10580

The Core Organization
c/o Pedersen & Houpt, P.C.
161 N. Clark Street
Suite 2700
Chicago, IL 60601

Vanity Fair Brands, LP
c/o Wyatt, Tarrant & Combs, LLP
Attn: Mary L. Fullington
250 West Main Street, Suite 1600
Lexington, KY 40507

Brent R. Wilson
Hawley Troxell Ennis & Hawley LLP
877 Main Strett, Suite 1000
Boise, ID 83702

The Bank of New York Mellon Trust Company
Corporate Trust Administration
101 Barclay St., Floor 8W
New York, NY 10286

Wilmorite Management Group LLC
Donald C. Cowan, Jr.
1265 Scottsville Road
Rochester, NY 14624

Wilmington Trust, National Association
Sears Holdings Corp. Administrator
Corporate Capital Markets
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402