ENTWISTLE & CAPPUCCI LLP
Andrew J. Entwistle
Joshua K. Porter
299 Park Avenue, 20th Floor
New York, New York 10171
Telephone: (212) 894-7200
Facsimile: (212) 894-7272
aentwistle@entwistle-law.com

*Counsel for Platte Valley Investment, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
:
In re                                                            :    Chapter 11
:
SEARS HOLDINGS CORPORATION, *et. al.*,                           :    Case No. 18-23538 (RDD)
:
Debtors.                                                         :    (Jointly Administered)
:
----------------------------------------------------------------x

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Entwistle & Cappucci LLP, counsel for Platte Valley Investment, LLC hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in these cases be given and served upon counsel at the following address and telephone number:

Andrew J. Entwistle
Joshua K. Porter
**ENTWISTLE & CAPPUCCI LLP**
299 Park Ave. Floor 20
New York, NY 10171
Telephone:  (212) 894-7200

Facsimile: (212) 894-7272
Email: aentwistle@entwistle-law.com
jporter@entwistle-law.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise filed or made with regard to the above-mentioned case and proceedings therein.

| | |
|---|---|
| Dated: New York, New York<br>May 3, 2019 | ENTWISTLE & CAPPUCCI LLP<br><br>*/s Andrew J. Entwistle*<br>Andrew J. Entwistle<br>Joshua K. Porter<br>299 Park Avenue, 20th Floor<br>New York, New York 10171<br>Telephone: (212) 894-7200<br>aentwistle@entwistle-law.com<br>jporter@entwistle-law.com<br><br>*Counsel to Platte Valley Investments, LLC* |

EC.00097954.2