# EXHIBIT A

# Lease Ledger

## Lease Information

|  |  |
|---|---|
| Date | 04/26/2019 |
| Lease Id | 291sears |
| Property | kci291 |
| Location | Platte Valley Industrial Center |
| Assigned Space(s) | 761 |
| Customer |  |
| ICS Code |  |
| Lease Type | Triple Net-Industrial |
| Lease Term | From 06/01/2002 To 05/31/2022 |
| Lease Area | 48,138(Rentable) |
| Monthly Rent | 18813.94 |
| Office Phone | (816)505-9231 |
| Fax No |  |
| E-Mail |  |

Sears Logistics Service Inc.
Sears Logistics Services Inc
Attn: Tammi Banaszak/Unit 8701
3333 Beverly Road, BC-131A
Hoffman Estates , IL , 60179

Friday, April 26, 2019

| Date | Description | Unit | Charges | Payments | Balance |
|---|---|---|---|---|---|
| | **Balance Forward** | | | | **1,911.13** |
| 09/01/18 | Base Rent (09/2018) | 761 | 18,813.94 | | 20,725.07 |
| 09/01/18 | CAM Recoveries (Net) - CY (09/2018) | 761 | 2,793.04 | | 23,518.11 |
| 09/01/18 | Insurance Recoveries (Net) - CY (09/2018) | 761 | 336.00 | | 23,854.11 |
| 09/01/18 | Tax Recoveries (Net) - CY (09/2018) | 761 | 722.00 | | 24,576.11 |
| 09/04/18 | Chk# 172712 | | | 22,664.98 | 1,911.13 |
| 09/18/18 | Chk# 173783 | | | 55.02 | 1,856.11 |
| 09/30/18 | BMS - Repaired Toilet & Sink | | 110.04 | | 1,966.15 |
| 09/30/18 | BMS - Repaired Lights & Toilet Seats | | 55.02 | | 2,021.17 |
| 10/01/18 | Base Rent (10/2018) | 761 | 18,813.94 | | 20,835.11 |
| 10/01/18 | CAM Recoveries (Net) - CY (10/2018) | 761 | 2,793.04 | | 23,628.15 |
| 10/01/18 | Insurance Recoveries (Net) - CY (10/2018) | 761 | 336.00 | | 23,964.15 |
| 10/01/18 | Tax Recoveries (Net) - CY (10/2018) | 761 | 722.00 | | 24,686.15 |
| 10/09/18 | Chk# 174059 | | | 22,664.98 | 2,021.17 |
| 11/01/18 | Base Rent (11/2018) | 761 | 18,813.94 | | 20,835.11 |
| 11/01/18 | CAM Recoveries (Net) - CY (11/2018) | 761 | 2,793.04 | | 23,628.15 |
| 11/01/18 | Insurance Recoveries (Net) - CY (11/2018) | 761 | 336.00 | | 23,964.15 |
| 11/01/18 | Tax Recoveries (Net) - CY (11/2018) | 761 | 722.00 | | 24,686.15 |
| 11/06/18 | Chk# 180096 | | | 22,664.98 | 2,021.17 |
| 11/30/18 | BMS - Repaired Urinal | | 82.74 | | 2,103.91 |
| 12/01/18 | Base Rent (12/2018) | 761 | 18,813.94 | | 20,917.85 |
| 12/01/18 | CAM Recoveries (Net) - CY (12/2018) | 761 | 2,793.04 | | 23,710.89 |
| 12/01/18 | Insurance Recoveries (Net) - CY (12/2018) | 761 | 336.00 | | 24,046.89 |
| 12/01/18 | Tax Recoveries (Net) - CY (12/2018) | 761 | 722.00 | | 24,768.89 |
| 12/10/18 | Chk# 181088 | | | 22,664.98 | 2,103.91 |
| 12/31/18 | BMS - Garbage Disposal | | 113.36 | | 2,217.27 |
| 12/31/18 | BMS - Installed Garbage Disposal | | 82.74 | | 2,300.01 |
| 01/01/19 | Base Rent (01/2019) | 761 | 18,813.94 | | 21,113.95 |
| 01/01/19 | CAM Recoveries (Net) - CY (01/2019) | 761 | 2,836.00 | | 23,949.95 |
| 01/01/19 | Insurance Recoveries (Net) - CY (01/2019) | 761 | 339.00 | | 24,288.95 |
| 01/01/19 | Tax Recoveries (Net) - CY (01/2019) :Revised by ctrl# 1918381 | 761 | 3,849.00 | | 28,137.95 |
| 01/01/19 | Tax Recoveries (Net) - CY (01/2019) :Revises charge ctrl# 1859122 | 761 | (3,172.96) | | 24,964.99 |
| 01/08/19 | Chk# 182108 | | | 22,664.98 | 2,300.01 |
| 01/14/19 | Chk# 182853 | | | 82.74 | 2,217.27 |
| 02/01/19 | Base Rent (02/2019) | 761 | 18,813.94 | | 21,031.21 |
| 02/01/19 | CAM Recoveries (Net) - CY (02/2019) | 761 | 2,836.00 | | 23,867.21 |
| 02/01/19 | Insurance Recoveries (Net) - CY (02/2019) | 761 | 339.00 | | 24,206.21 |
| 02/01/19 | Tax Recoveries (Net) - CY (02/2019) | 761 | 676.04 | | 24,882.25 |
| 02/04/19 | Chk# 183018 | | | 29,010.90 | (4,128.65) |
| 02/28/19 | BMS - Unit Heater | | 48.79 | | (4,079.86) |
| 03/01/19 | Base Rent (03/2019) | 761 | 18,813.94 | | 14,734.08 |
| 03/01/19 | CAM Recoveries (Net) - CY (03/2019) | 761 | 2,836.00 | | 17,570.08 |
| 03/01/19 | Insurance Recoveries (Net) - CY (03/2019) | 761 | 339.00 | | 17,909.08 |
| 03/01/19 | Tax Recoveries (Net) - CY (03/2019) | 761 | 676.04 | | 18,585.12 |
| 03/04/19 | Chk# 183882 | | | 25,837.94 | (7,252.82) |
| 03/30/19 | CAM Recoveries (Net) - PY (01/2018 - 12/2018) | | 769.79 | | (6,483.03) |
| 03/30/19 | Tax Recoveries (Net) - PY (01/2018 - 12/2018) | | 32,279.57 | | 25,796.54 |
| 03/30/19 | Insurance Recoveries (Net) - PY (01/2018 - 12/2018) | | (103.78) | | 25,692.76 |
| 03/31/19 | BMS - Garbage Disposal Repaired | | 55.16 | | 25,747.92 |
| 04/01/19 | Base Rent (04/2019) | 761 | 18,813.94 | | 44,561.86 |
| 04/01/19 | CAM Recoveries (Net) - CY (04/2019) | 761 | 2,836.00 | | 47,397.86 |
| 04/01/19 | Insurance Recoveries (Net) - CY (04/2019) | 761 | 339.00 | | 47,736.86 |
| 04/01/19 | Tax Recoveries (Net) - CY (04/2019) | 761 | 676.04 | | 48,412.90 |
| 04/05/19 | Chk# 184677 | | | 25,837.94 | 22,574.96 |

| 0-30 Days | 31-60 Days | 61-90 Days | Above 90 Days | Amount Due |
|---|---|---|---|---|
| (1,578.69) | 48.79 | 0.00 | 24,104.86 | 22,574.96 |