INVOICE
2018 CAM/INSURANCE/TAX RECONCILIATION
EDGEWOOD PLAZA

|  | NO PROVISION CAM | TAXES | NO PROVISION INSURANCE |
|---|---|---|---|
| TENANT: KMART, STORE #3029 |  |  |  |
| TENANT SQUARE FOOTAGE: | 94,500 | 94,500 | 94,500 |
| TENANT % OF BUILDING: | 64.98% | 64.98% | 64.98% |
| GLA OF CENTER: | 145,424 | 145,424 | 145,424 |
| MONTHS APPLICABLE: | 12/12 | 12/12 | 12/12 |
| TOTAL EXPENDITURE: | $ 0.00 | $102,700.84 | $0.00 |
| TENANT'S PRORATION: | $ $0.00 | $66,735.01 | $0.00 |
| LESS PREPAID: | $ 0.00 | $0.00 | $0.00 |
| AMOUNT DUE: | $ 0.00 | $66,735.01 | $0.00 |
| NET PAYMENT | $ 66,735.01 |  |  |

Please make your check payable to: EDGEWOOD PLAZA HOLDINGS and mail to the attention of Sharon Kosyan at the address listed below:

1045 S. WOODSMILL ROAD
SUITE ONE
TOWN & COUNTRY, MO 63017

4/29/2019 11:51 AM

## AR Aging Detail

DB Caption: JLL **LIVE**   Property: o1607600   Status: Current, Past, Future   Entity Type: Tenant   Age As Of: 04/30/2019   Post To: 04/2019

* Base Currency: usd

| Legal Entity | Property | Customer Code | Charge To | Invoice No | Trans# | Charge Code | Invoice Date | Due Date | Post Month | Total Charges | Future Charges | Current Owed | 0 - 30 Owed | 31 - 60 Owed | 61 - 90 Owed | 91 - 120 Owed | Over 120 Owed | Pre-Payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Contact Pointe (o1607600)** | | | | | | | | | | | | | | | | | | | |
| **Sears, Roebuck and Co. (t0000419)** | | | | | | | | | | | | | | | | | | | |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201600000006 | C-42552 | BROFF - Base Rent Office | 6/1/2016 | 6/1/2016 | 06/2016 | 93,090.00 | 0.00 | 14,137.99 | 0.00 | 0.00 | 0.00 | 0.00 | 14,137.99 | 0.00 | 14,137.99 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201700000019 | C-694383 | EOPXR - Escl-Oper Exp | 7/1/2017 | 7/1/2017 | 07/2017 | 2,049.05 | 0.00 | 2,049.05 | 0.00 | 0.00 | 0.00 | 0.00 | 2,049.05 | 0.00 | 2,049.05 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201700000020 | C-694384 | EOPXR - Escl-Oper Exp | 7/1/2017 | 7/1/2017 | 07/2017 | 2,049.05 | 0.00 | 2,049.05 | 0.00 | 0.00 | 0.00 | 0.00 | 2,049.05 | 0.00 | 2,049.05 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201700000021 | C-694385 | EOPXR - Escl-Oper Exp | 7/1/2017 | 7/1/2017 | 07/2017 | 2,049.05 | 0.00 | 2,049.05 | 0.00 | 0.00 | 0.00 | 0.00 | 2,049.05 | 0.00 | 2,049.05 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201700000033 | C-785892 | EOPXR - Escl-Oper Exp | 8/1/2017 | 8/1/2017 | 08/2017 | 2,049.05 | 0.00 | 2,049.05 | 0.00 | 0.00 | 0.00 | 0.00 | 2,049.05 | 0.00 | 2,049.05 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201700000034 | C-807782 | BROFF - Base Rent Office | 10/1/2017 | 10/1/2017 | 10/2017 | 95,882.70 | 0.00 | 13,507.99 | 0.00 | 0.00 | 0.00 | 0.00 | 13,507.99 | 0.00 | 13,507.99 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201700000039 | C-842705 | EOPXR - Escl-Oper Exp | 10/1/2017 | 10/1/2017 | 10/2017 | 2,049.05 | 0.00 | 2,049.05 | 0.00 | 0.00 | 0.00 | 0.00 | 2,049.05 | 0.00 | 2,049.05 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201700000040 | C-842706 | EOPXR - Escl-Oper Exp | 10/1/2017 | 10/1/2017 | 10/2017 | 2,049.05 | 0.00 | 2,049.05 | 0.00 | 0.00 | 0.00 | 0.00 | 2,049.05 | 0.00 | 2,049.05 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201700000046 | C-953111 | EOPXR - Escl-Oper Exp | 12/1/2017 | 12/1/2017 | 12/2017 | 2,049.05 | 0.00 | 2,049.05 | 0.00 | 0.00 | 0.00 | 0.00 | 2,049.05 | 0.00 | 2,049.05 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201800000015 | C-1168180 | ELENT - Electric Non-Taxable | 4/1/2018 | 4/1/2018 | 04/2018 | 7,836.24 | 0.00 | 603.41 | 0.00 | 0.00 | 0.00 | 0.00 | 603.41 | 0.00 | 603.41 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201800000019 | C-1260857 | ELENT - Electric Non-Taxable | 5/1/2018 | 5/1/2018 | 05/2018 | 7,306.30 | 0.00 | 7,306.30 | 0.00 | 0.00 | 0.00 | 0.00 | 7,306.30 | 0.00 | 7,306.30 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201800000029 | C-1383403 | ELENT - Electric Non-Taxable | 7/1/2018 | 7/1/2018 | 07/2018 | 12,100.51 | 0.00 | 12,100.51 | 0.00 | 0.00 | 0.00 | 0.00 | 12,100.51 | 0.00 | 12,100.51 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201800000031 | C-1434711 | ELENT - Electric Non-Taxable | 8/1/2018 | 8/1/2018 | 08/2018 | 9,390.01 | 0.00 | 9,390.01 | 0.00 | 0.00 | 0.00 | 0.00 | 9,390.01 | 0.00 | 9,390.01 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201800000033 | C-1494569 | ELENT - Electric Non-Taxable | 9/1/2018 | 9/1/2018 | 09/2018 | 11,656.84 | 0.00 | 11,656.84 | 0.00 | 0.00 | 0.00 | 0.00 | 11,656.84 | 0.00 | 11,656.84 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201800000034 | C-1494570 | TSRNT - TSR Non Taxable | 9/1/2018 | 9/1/2018 | 09/2018 | 175.00 | 0.00 | 175.00 | 0.00 | 0.00 | 0.00 | 0.00 | 175.00 | 0.00 | 175.00 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201800000035 | C-1494571 | ELENT - Electric Non-Taxable | 9/1/2018 | 9/1/2018 | 09/2018 | 107.00 | 0.00 | 107.00 | 0.00 | 0.00 | 0.00 | 0.00 | 107.00 | 0.00 | 107.00 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201800000036 | C-1527906 | BROFF - Base Rent Office | 10/1/2018 | 10/1/2018 | 10/2018 | 98,594.20 | 0.00 | 98,594.20 | 0.00 | 0.00 | 0.00 | 0.00 | 98,594.20 | 0.00 | 98,594.20 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201800000036 | C-1527907 | OPXRC - Operating Expense | 10/1/2018 | 10/1/2018 | 10/2018 | 1,471.98 | 0.00 | 1,471.98 | 0.00 | 0.00 | 0.00 | 0.00 | 1,471.98 | 0.00 | 1,471.98 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201800000036 | C-1527908 | TAXRC - RE Tax Recovery | 10/1/2018 | 10/1/2018 | 10/2018 | 666.99 | 0.00 | 666.99 | 0.00 | 0.00 | 0.00 | 0.00 | 666.99 | 0.00 | 666.99 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201800000037 | C-1549773 | ELENT - Electric Non-Taxable | 10/1/2018 | 10/1/2018 | 10/2018 | 11,119.59 | 0.00 | 11,119.59 | 0.00 | 0.00 | 0.00 | 0.00 | 11,119.59 | 0.00 | 11,119.59 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201800000038 | C-1602399 | BROFF - Base Rent Office | 11/1/2018 | 11/1/2018 | 11/2018 | 98,594.20 | 0.00 | 98,594.20 | 0.00 | 0.00 | 0.00 | 0.00 | 98,594.20 | 0.00 | 98,594.20 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201800000038 | C-1602400 | OPXRC - Operating Expense | 11/1/2018 | 11/1/2018 | 11/2018 | 1,471.98 | 0.00 | 1,471.98 | 0.00 | 0.00 | 0.00 | 0.00 | 1,471.98 | 0.00 | 1,471.98 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201800000042 | C-1691923 | ELENT - Electric Non-Taxable | 12/1/2018 | 12/1/2018 | 12/2018 | 12,456.91 | 0.00 | 12,456.91 | 0.00 | 0.00 | 0.00 | 0.00 | 12,456.91 | 0.00 | 12,456.91 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201900000001 | C-1729875 | BROFF - Base Rent Office | 1/1/2019 | 1/1/2019 | 01/2019 | 98,501.89 | 0.00 | 98,501.89 | 0.00 | 0.00 | 0.00 | 98,501.89 | 0.00 | 0.00 | 98,501.89 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201900000002 | C-1750514 | ELENT - Electric Non-Taxable | 1/1/2019 | 1/1/2019 | 01/2019 | 8,746.07 | 0.00 | 8,746.07 | 0.00 | 0.00 | 0.00 | 8,746.07 | 0.00 | 0.00 | 8,746.07 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201900000004 | C-1809613 | OPXRC - Operating Expense | 1/1/2019 | 1/1/2019 | 01/2019 | 6,227.30 | 0.00 | 6,227.30 | 0.00 | 0.00 | 0.00 | 6,227.30 | 0.00 | 0.00 | 6,227.30 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201900000004 | C-1809614 | TAXRC - RE Tax Recovery | 1/1/2019 | 1/1/2019 | 01/2019 | 458.52 | 0.00 | 458.52 | 0.00 | 0.00 | 0.00 | 458.52 | 0.00 | 0.00 | 458.52 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201900000003 | C-1782359 | BROFF - Base Rent Office | 2/1/2019 | 2/1/2019 | 02/2019 | 98,501.89 | 0.00 | 98,501.89 | 0.00 | 0.00 | 98,501.89 | 0.00 | 0.00 | 0.00 | 98,501.89 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201900000003 | C-1782360 | OPXRC - Operating Expense | 2/1/2019 | 2/1/2019 | 02/2019 | 6,227.30 | 0.00 | 6,227.30 | 0.00 | 0.00 | 6,227.30 | 0.00 | 0.00 | 0.00 | 6,227.30 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201900000003 | C-1782361 | TAXRC - RE Tax Recovery | 2/1/2019 | 2/1/2019 | 02/2019 | 458.52 | 0.00 | 458.52 | 0.00 | 0.00 | 458.52 | 0.00 | 0.00 | 0.00 | 458.52 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201900000005 | C-1825790 | ELENT - Electric Non-Taxable | 2/1/2019 | 2/1/2019 | 02/2019 | 9,985.27 | 0.00 | 9,985.27 | 0.00 | 0.00 | 9,985.27 | 0.00 | 0.00 | 0.00 | 9,985.27 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201900000006 | C-1854167 | BROFF - Base Rent Office | 3/1/2019 | 3/1/2019 | 03/2019 | 101,441.47 | 0.00 | 101,441.47 | 0.00 | 101,441.47 | 0.00 | 0.00 | 0.00 | 0.00 | 101,441.47 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201900000006 | C-1854168 | OPXRC - Operating Expense | 3/1/2019 | 3/1/2019 | 03/2019 | 6,227.30 | 0.00 | 6,227.30 | 0.00 | 6,227.30 | 0.00 | 0.00 | 0.00 | 0.00 | 6,227.30 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201900000006 | C-1854169 | TAXRC - RE Tax Recovery | 3/1/2019 | 3/1/2019 | 03/2019 | 458.52 | 0.00 | 458.52 | 0.00 | 458.52 | 0.00 | 0.00 | 0.00 | 0.00 | 458.52 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201900000007 | C-1888481 | ELENT - Electric Non-Taxable | 3/1/2019 | 3/1/2019 | 03/2019 | 10,142.92 | 0.00 | 10,142.92 | 0.00 | 10,142.92 | 0.00 | 0.00 | 0.00 | 0.00 | 10,142.92 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201900000008 | C-1921782 | BROFF - Base Rent Office | 4/1/2019 | 4/1/2019 | 04/2019 | 101,441.47 | 0.00 | 101,441.47 | 101,441.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 101,441.47 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201900000008 | C-1921783 | OPXRC - Operating Expense | 4/1/2019 | 4/1/2019 | 04/2019 | 6,227.30 | 0.00 | 6,227.30 | 6,227.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,227.30 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201900000008 | C-1921784 | TAXRC - RE Tax Recovery | 4/1/2019 | 4/1/2019 | 04/2019 | 458.52 | 0.00 | 458.52 | 458.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 458.52 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201900000009 | C-1955461 | ELENT - Electric Non-Taxable | 4/1/2019 | 4/1/2019 | 04/2019 | 9,166.20 | 0.00 | 9,166.20 | 9,166.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,166.20 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201800000038 | C-1602401 | TAXRC - RE Tax Recovery | 11/1/2018 | 11/1/2018 | 11/2018 | 666.99 | 0.00 | 666.99 | 0.00 | 0.00 | 0.00 | 0.00 | 666.99 | 0.00 | 666.99 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201800000039 | C-1618313 | ELENT - Electric Non-Taxable | 11/1/2018 | 11/1/2018 | 11/2018 | 10,663.02 | 0.00 | 10,663.02 | 0.00 | 0.00 | 0.00 | 0.00 | 10,663.02 | 0.00 | 10,663.02 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201800000040 | C-1618314 | TSRNT - TSR Non Taxable | 11/1/2018 | 11/1/2018 | 11/2018 | 153.07 | 0.00 | 153.07 | 0.00 | 0.00 | 0.00 | 0.00 | 153.07 | 0.00 | 153.07 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201800000041 | C-1644860 | TAXRC - RE Tax Recovery | 12/1/2018 | 12/1/2018 | 12/2018 | 666.99 | 0.00 | 666.99 | 0.00 | 0.00 | 0.00 | 0.00 | 666.99 | 0.00 | 666.99 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201800000041 | C-1644859 | OPXRC - Operating Expense | 12/1/2018 | 12/1/2018 | 12/2018 | 1,471.98 | 0.00 | 1,471.98 | 0.00 | 0.00 | 0.00 | 0.00 | 1,471.98 | 0.00 | 1,471.98 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201800000041 | C-1644858 | BROFF - Base Rent Office | 12/1/2018 | 12/1/2018 | 12/2018 | 98,594.20 | 0.00 | 98,594.20 | 0.00 | 0.00 | 0.00 | 0.00 | 98,594.20 | 0.00 | 98,594.20 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201600000001 | R-2019 | Prepay | 3/9/2016 | | 03/2016 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -715.21 | -715.21 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201600000002 | R-4344 | Prepay | 4/1/2016 | | 04/2016 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2,359.01 | -2,359.01 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201600000003 | R-9620 | Prepay | 5/2/2016 | | 05/2016 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2,359.01 | -2,359.01 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201700000001 | R-130702 | Prepay | 1/5/2017 | | 01/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,777.61 | -3,777.61 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201700000002 | R-149432 | Prepay | 2/6/2017 | | 02/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,777.61 | -3,777.61 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201700000007 | R-170348 | Prepay | 3/7/2017 | | 03/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,777.61 | -3,777.61 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201700000008 | R-193923 | Prepay | 3/31/2017 | | 04/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,777.61 | -3,777.61 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201700000013 | R-216215 | Prepay | 5/2/2017 | | 05/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,777.61 | -3,777.61 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201700000018 | R-243024 | Prepay | 6/6/2017 | | 06/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,777.61 | -3,777.61 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201700000016 | R-236279 | Prepay | 6/9/2017 | | 06/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2,333.59 | -2,333.59 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201700000019 | R-258385 | Prepay | 7/6/2017 | | 07/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,777.61 | -3,777.61 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201700000020 | R-284675 | Prepay | 8/2/2017 | | 08/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,777.61 | -3,777.61 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201700000021 | R-302578 | Prepay | 9/5/2017 | | 09/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3,777.61 | -3,777.61 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201700000026 | R-346839 | Prepay | 11/7/2017 | | 11/2017 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2,049.05 | -2,049.05 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201800000014 | R-453856 | Prepay | 3/30/2018 | | 03/2018 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2,216.96 | -2,216.96 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201800000026 | R-593369 | Prepay | 8/31/2018 | | 08/2018 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -100,733.17 | -100,733.17 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201800000028 | R-647173 | Prepay | 11/1/2018 | | 11/2018 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -100,733.17 | -100,733.17 |

EXHIBIT "A" TO SUPPLEMENT — KROGER LEASE AT LAKE MARY

4/29/2019 11:51 AM

**AR Aging Detail**

DB Caption: JLL **LIVE**  Property: o1607600  Status: Current, Past, Future  Entity Type: Tenant  Age As Of: 04/30/2019  Post To: 04/2019

* Base Currency: usd

| Legal Entity | Property | Customer Code | Charge To | Invoice No | Trans# | Charge Code | Invoice Date | Due Date | Post Month | Total Charges | Future Charges | Current Owed | 0 - 30 Owed | 31 - 60 Owed | 61 - 90 Owed | 91 - 120 Owed | Over 120 Owed | Pre-Payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201800000037 | R-666102 | Prepay | 11/29/2018 | | 11/2018 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -100,733.17 | -100,733.17 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201800000038 | R-696017 | Prepay | 12/31/2018 | | 12/2018 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -100,638.86 | -100,638.86 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201900000009 | R-745189 | Prepay | 2/1/2019 | | 02/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -100,638.86 | -100,638.86 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201900000007 | R-732252 | Prepay | 2/13/2019 | | 02/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -8,746.07 | -8,746.07 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201900000010 | R-754961 | Prepay | 3/5/2019 | | 03/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -103,578.44 | -103,578.44 |
| o16076 | o1607600 | | Sears, Roebuck and Co. (t0000419) | 201900000013 | R-779293 | Prepay | 4/1/2019 | | 04/2019 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -103,578.44 | -103,578.44 |
| | | | **Total For t0000419** | | | | | | | 1,053,150.51 | 0.00 | 884,590.96 | 117,293.49 | 118,270.21 | 115,172.98 | 113,933.78 | 419,920.50 | -765,411.50 | 119,179.46 |
| | **Total For o1607600** | | | | | | | | | 1,053,150.51 | 0.00 | 884,590.96 | 117,293.49 | 118,270.21 | 115,172.98 | 113,933.78 | 419,920.50 | -765,411.50 | 119,179.46 |
| **Grand Total** | | | | | | | | | | 1,053,150.51 | 0.00 | 884,590.96 | 117,293.49 | 118,270.21 | 115,172.98 | 113,933.78 | 419,920.50 | -765,411.50 | 119,179.46 |

UserId : talbel Date : 4/29/2019 Time :