**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, *et al* | Case No. 18-23538-rdd |
| Debtors | Jointly Administered |

---

# CERTIFICATION OF SERVICE

STATE OF NEW JERSEY
COUNTY OF MONOUTH

1. I, Deirdre Rice:

    ☐ represent _____, the Creditor in the above-captioned matter.

    ☒ am the secretary/paralegal for Giordano, Halleran & Ciesla, P.C., who represents the Saker ShopRites, Inc. and interested party in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On May 3, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Reservation of Rights as to Assignment of Lease [3565]

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

*/s/ Deirdre Rice*
Deirdre Rice, Paralegal

2

**BY EMAIL**

I. Bid Notice Parties
   a.     Debtors:

| Rob Riecker | Rob.riecker@searshc.com |
|---|---|
| Luke Valentino | Luke.valentino@searshc.com |
| Mohsin Meghji | mmeghji@miiipartners.com |
| General Counsel | counsel@searshc.com |

   b.     Debtors' counsel:

| Ray Schrock, Esq. | Ray.schrock@weil.com |
|---|---|
| Jacqueline Marcus, Esq. | Jacqueline.marcus@weil.com |
| Garrett A. Fail, Esq. | Garrett.fail@weil.com |
| Sunny Singh, Esq. | Sunny.singh@weil.com |
| Ellen J. Odoner, Esq. | Ellen.odoner@weil.com |
| Gavin Westerman, Esq. | Gavin.westerman@weil.com |

   c.     Debtors' investment banker: project.blue.rx@lazard.com

II. Buyer Parties
   a.     Buyer:

| Kunal S. Kamlani | kunal@eslinvest.com |
|---|---|
| Harold Talisman | harold@eslinvest.com |

   b.     Counsel:

| Christopher E. Austin, Esq. | caustin@cgsh.com |
|---|---|
| Benet J. O'Reilly, Esq. | boreilly@cgsh.com |
| Sean A. O'Neal, Esq. | soneal@cgsh.com |

III. Consultation Parties
   a.     Bank of America:

| Paul Leake, Esq. | Paul.leake@skadden.com |
|---|---|
| Shana Elberg, Esq. | Shana.elberg@skadden.com |
| George Howerd, Esq. | George.howard@skadden.com |

   b.     Wells Fargo Bank:

| Kevin J. Simard, Esq | ksimard@choate.com |
|---|---|
| Jonathan D. Marshall, Esq. | jmarshall@choate.com |

   c.     Committee:

| Ira S. Dizengoff, Esq | idizengoff@akingump.com |
|---|---|
| Philip C. Dublin, Esq | pdublin@akingump.com |
| Abid Qureshi, Esq. | aqureshi@akingump.com |
| Sara L. Brauner, Esq. | sbrauner@akingump.com |

**By First Class Mail**

Transform Holdco, LLC c/o ESL Partners, Inc.
Attention: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Sears Holdings Corporation
Attn: General Counsel
3333 Beverly Road
Hoffman Estates, IL 60179

Weil, Gotshal & Manges LLP
Attention: Ray C. Schrock, Ellen J. Odoner, Gavin Westerman and Sunny Singh
767 Fifth Avenue
New York, New York 10153

Cleary Gottlieb Steen & Hamilton LLP
Attention: Christopher E. Austin, Benet J. O'Reilly and Sean A. O'Neal
One Liberty Plaza
New York, NY 10006

M. Holtzman Realty, LLC
44 Farmersville Road
Califon, NJ 07830
Attn.: Jonathan Holtzman

Docs #3751870-v1