**GUTFLEISH LAW, LLC**
Three University Plaza, Suite 410
Hackensack NJ 07601
(201) 241-2032
Harry M. Gutfleish, Esq.
(harry@gutfleishlaw.com)
*Attorneys for First Real Estate*
*Investment Trust of New Jersey*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et als.,*<br><br>Debtors. | Chapter 11<br>Case No. 18-23538 (RDD)<br>(Jointly Administered) |

**WITHDRAWAL OF CURE OBJECTION FOR STORE #3202**
**FILED BY FIRST REAL ESTATE INVESTMENT TRUST OF NEW JERSEY**

In light of the parties' agreement to a cure amount of $253,437.92 for the assumption and assignment of the lease between First Real Estate Investment Trust of New Jersey and KMart Corporation ("KMart") for nonresidential real property located in Westwood, New Jersey (designated as Store #3202), First Real Estate Investment Trust of New Jersey withdraws its objection filed at Docket Number 1815 to the Notice Of Cure Costs And Potential Assumption And Assignment Of Executory Contracts And Unexpired Leases In Connection With Global Sale Transaction filed at Docket Number 1731, and its supplemental statement filed at Docket Number 3374 to the Notice Of Assumption And Assignment Of Additional Designatable Leases filed at Docket Number 3298.

          **GUTFLEISH LAW, LLC**
          *Attorneys for First Real Estate*
          *Investment Trust of New Jersey*

          By: */s/ Harry M. Gutfleish*
              Harry M. Gutfleish

Dated:  May 3, 2019