Darrell W. Clark, Esq.
STINSON LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006
Email: darrell.clark@stinson.com
Tel: 202-785-9100
Fax: 202-572-9991

*Counsel for the Subsidiaries of Verizon Communications Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | ) | Case No. 18-23538 (RDD) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

## **MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Darrell W. Clark, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the Subsidiaries of Verizon Communications Inc. ("Verizon"), creditors in the above-referenced proceeding.

I certify that I am a member in good standing of the bars in the District of Columbia and the States of Maryland, Missouri and Virginia; the United States District Courts for the District

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179

CORE/0048629.1062/150953517.1

of Maryland, District of Columbia, and Eastern District of Virginia; the United States Court of Appeals for the District of Columbia Circuit; and the Supreme Court of the United States.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: May 3, 2019
    /s/ Darrell W. Clark
    Darrell W. Clark, Esq.
    STINSON LLP
    1775 Pennsylvania Ave., NW, Suite 800
    Washington, DC 20006
    Email: darrell.clark@stinson.com
    Tel: 202-785-9100
    Fax: 202-572-9991

    *Counsel for the Subsidiaries of*
    *Verizon Communications Inc.*