**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.* | **Case No. 18-23538 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Norman N. Kinel, hereby certify that on May 2, 2019, a true and accurate copy of the

*KDI Rivergate Mall, LLC's (A) Objection to Notice of Assumption and Assignment of Additional*

*Designatable Leases, (B) Objection to Proposed Cure Amount, and (C) Restrictive Covenant*

*Objection* [ECF 3544] was served via CM/ECF.  On May 3, 2019, the following parties were

served via Federal Express and/or Electronic Mail:

Chambers of the Honorable Judge Robert D. Drain
UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
300 Quarropas Street, Room 248
White Plains, New York 10601
*(via Federal Express)*

SEARS HOLDINGS CORPORATION, ET AL.
Stephen Sitley Esq.
Luke J. Valentino, Esq.
Harold Talisman, Esq.
3333 Beverly Road
Hoffman Estates, Illinois 60179
*(via Federal Express)*

Ray C. Schrock, P.C
Jacqueline Marcus, Esq.
Garret A. Fail, Esq.
Sunny Singh, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
ray.schrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com
*(Via Electronic Mail)*

OFFICE OF THE UNITED STATES
TRUSTEE FOR REGION 2
Attn: Paul Schwartzberg, Esq.
201 Varick Street, Suite 1006
New York, New York 10014
paul.schwartzberg@usdoj.gov
*(Via Electronic Mail)*

Paul D. Leake, Esq.
Shana A. Elberg, Esq.
George R. Howard, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, New York 10036
Paul.Leake@skadden.com
Shana.Elberg@skadden.com
George.Howard@skadden.com
*(Via Electronic Mail)*

Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
DAVIS POLK & WARDELL LLP
450 Lexington Avenue
New York, New York 10017
marshall.huebner@davispolk.com
eli.vonnegut@davispolk.com
sears.service@davispolk.com
*(Via Electronic Mail)*

Christopher E. Austin, Esq.
Luke A. Barefoot, Esq.
Benet J. O'Reilly, Esq.
Sean A. O'Neal
CLEARY, GOTTLIEB, STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
caustin@cgsh.com
lbarefoot@cgsh.com
boreilly@cgsh.com
soneal@cgsh.com
*(Via Electronic Mail)*

Eric R. Wilson, Esq.
Benjamin D. Feder, Esq.
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
ewilson@kelleydrye.com
bfeder@kelleydrye.com
KDWBankruptcyDepartment@kelleydrye.com
*(Via Electronic Mail)*

Edward M. Fox, Esq.
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
emfox@seyfarth.com
*(Via Electronic Mail)*

James Gadsden, Esq.
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10015
gadsden@clm.com
bankruptcy@clm.com
*(Via Electronic Mail)*

Brian A. Raynor, Esq.
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606
braynor@lockelord.com
*(Via Electronic Mail)*

Philip C. Dublin, Esq.
Ira Dizengoff, Esq.
Sara Lynne Brauner, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
idizengoff@akingump.com
pdublin@akingump.com
sbrauner@akingump.com
*(Via Electronic Mail)*

Transform Holdco, LLC
Do ESL Partners
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154
Attn: Kunal S. Kamlani
*(via Federal Express)*

Dated: May 3, 2019

                                        /s/ Norman N. Kinel
                                        Norman N. Kinel, Esq.
                                        Squire Patton Boggs (US) LLP
                                        30 Rockefeller Plaza, 23rd Floor
                                        New York, New York 10112
                                        Telephone: (212) 407-0130
                                        Fax: (212) 872-9815
                                        norman.kinel@squirepb.com

                                        *Counsel for KDI Rivergate Mall, LLC*