Peter M. Gilhuly, Esq.
Christopher Harris, Esq.
Ted A. Dillman, Esq.
Rakim E. Johnson, Esq.
885 Third Avenue
New York, NY 10022-4834

*Attorneys for Simon Property Group, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| **In re** | : | **Chapter 11** |
|  | : |  |
| **SEARS HOLDINGS CORPORATION.,** *et al.,* | : | Case No. 18-23538 (RDD) |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)** |

**NOTICE OF WITHDRAWAL OF OBJECTIONS OF**
**<u>SIMON PROPERTY GROUP, L.P.</u>**

Pursuant to a resolution reached among the applicable parties, Simon Property Group, L.P., as landlord and/or managing agent, through its undersigned counsel, hereby withdraws the following objections:

(a) *Objection of Simon Property Group, L.P. to Debtors' Notice to Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases* [Docket No. 2080];

(b) *Limited Objection of Simon Property Group, L.P. to the Proposed Sale and Assumption and Assignment of Leases and Adequate Assurance of Future Performance* [Docket No. 2082];

(c) *Objection of Simon Property Group, L.P. to Debtors' Supplemental Notice to Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases* [Docket No. 2214];

(d) *Objection to (I) Notice of Assumption and Assignment of Additional Contracts and Designatable Leases and (II) Debtors' Assumption and Assignment of Certain Executory Contracts and Leases* [Docket No. 3316]; and

(e) *Second Supplemental Cure Objection to Debtors' Notices of Assumption and Assignment and Notice of Designation* [Docket No. 3317].

Dated: May 3, 2019
New York, New York

                                           */s/ Ted A. Dillman*

Peter M. Gilhuly (admitted *pro hac vice*)
Christopher Harris, Esq.
Ted A. Dillman (admitted *pro hac vice*)
Rakim E. Johnson, Esq.
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
Tel: (212) 906-1200
Fax: (212) 751-4864
Email: peter.gilhuly@lw.com
       christopher.harris@lw.com
       ted.dillman@lw.com
       rakim.johnson@lw.com