# Exhibit 1

## EXHIBIT 1

**DECLARATION OF DORA HARGROVE IN SUPPORT OF APPLICATION OF BALTIMORE GAS AND ELECTRIC COMPANY PURSUANT TO SECTION 7 OF THE ORDER (I) APPROVING DEBTORS' PROPOSED FORM OF ADEQUATE ASSURANCE OF PAYMENT TO UTILITY PROVIDERS, (II) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES, AND (III) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING, OR DISCONTINUING UTILITY SERVICE [DOCKET NO. 461] FOR PAYMENT FROM THE ADEQUATE ASSURANCE ACCOUNT**

I, Dora Hargrove, declare as follows:

1. I am Revenue Management Specialist for Baltimore Gas and Electric Company ("BGE") and I have been in that position for 17 years and with BGE for 33 years. In my current position with BGE, I assist in the credit and bankruptcy operations.

2. Except as otherwise stated, all facts contained within this Declaration are based upon personal knowledge, my review of BGE's business documents, correspondence and relevant documents, or my opinion based upon my experience concerning the operations of BGE. If called upon to testify, I would testify to the facts set forth in this Declaration.

3. On behalf of BGE, I submit this Declaration in support of the *Application of Baltimore Gas and Electric Company Pursuant To Section 7 Of The Order (I) Approving Debtors' Proposed Form Of Adequate Assurance of Payment To Utility Providers, (II) Establishing Procedures For Determining Adequate Assurance of Payment For Future Utility Services, and (III) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Service [Docket No. 461] For Payment From the Adequate Assurance Account* (the "Application").

4. In making this Declaration, I am familiar with the contents of the Application.

5. It is part of my job responsibility with BGE to: (A) review customer accounts with BGE; (B) address credit issues with BGE's customers; and (C) address issues concerning

customers that file for bankruptcy protection, including requests for adequate assurance of payment.

6. On May 2, 2019, BGE, by counsel, issued a default notice to the Debtors pursuant to Section 7 of the Utility Order for the following invoices that remain unpaid and past-due as of the date of this Declaration:

a. invoice on the account ending in 6902, with $1,144.03 due by April 29, 2019; and

b. invoice on the account ending in 4230, with $4,380.32 due by April 26, 2019.

7. As of the date of this Declaration, BGE has not received payment for the past-due charges set forth above that total $5,524.35.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 3rd day of May 2019, at Richmond, Virginia.

_____
Dora Hargrove