**Hearing Date: May 21, 2019 at 10:00 a.m.**
**Objection Deadline: May 14, 2019 at 4:00 p.m.**

Thomas R. Slome
Michael Kwiatkowski
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6706
Email: tslome@msek.com
mkwiatkowski@msek.com

and

Russell R. Johnson III (VSB No. 31468)
John M. Craig (VSB No. 32977)
Law Firm Of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
Telephone: (804) 749-8861
Facsimile: (804) 749-8862
Email: russell@russelljohnsonlawfirm.com
john@russelljohnsonlawfirm.com

*Co-Counsel for Baltimore Gas and Electric Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | ) Chapter 11 |
|  | ) |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | ) Case No. 18-23538 (RDD) |
|  | ) |
| Debtors. | ) **(Jointly Administered)** |
|  | ) |

**NOTICE OF HEARING ON APPLICATION OF BALTIMORE GAS
AND ELECTRIC COMPANY PURSUANT TO SECTION 7 OF THE
ORDER (I) APPROVING DEBTORS' PROPOSED FORM OF ADEQUATE
ASSURANCE OF PAYMENT TO UTILITY PROVIDERS, (II) ESTABLISHING
PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE
OF PAYMENT FOR FUTURE UTILITY SERVICES, AND
(III) PROHIBITING UTILITY PROVIDERS FROM ALTERNATING,
REFUSING, OR DISCONTINUING UTILITY SERVICE [DOCKET NO. 461]
<u>FOR PAYMENT FROM THE ADEQUATE ASSURANCE ACCOUNT</u>**

**PLEASE TAKE NOTICE** that a hearing to consider the *Application of Baltimore Gas and Electric Company Pursuant to Section 7 of the Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account* (the "Application") filed on behalf of Baltimore Gas and Electric Company ("BGE"), for the entry of an order requiring the Debtors to immediately tender payment BGE from the Adequate Assurance Account for past due post-petition invoices totaling $5,524.35, will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains New York 10601-4140 (the "Bankruptcy Court") on **May 21, 2019 at 10:00 a.m. (Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "Objections") to the Application shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted pro hac vice, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-RM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with General Order M-

2

399 and the *Amended Order Implementing Certain Notice and Case Management Procedures,* entered on November 1, 2018 (Docket No. 405), so as to be filed and received no later than **May 14, 2019 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Application, BGE may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Application, which order may be entered without further notice or opportunity to be heard.

Dated: Garden City, New York
       May 3, 2019

                                  MEYER, SUOZZI, ENGLISH & KLEIN, P.C.


                            By:        */s/ Michael Kwiatkowski*
                                  Thomas R. Slome
                                  Michael Kwiatkowski
                                  990 Stewart Avenue, Suite 300
                                  P.O. Box 9194
                                  Garden City, New York 11530-9194
                                  (516) 741-6565
                                  Email: tslome@msek.com
                                         mkwiatkowski@msek.com

                                  and

                                  Russell R. Johnson III
                                  John M. Craig
                                  Law Firm of Russell R. Johnson III, PLC
                                  2258 Wheatlands Drive
                                  Manakin-Sabot, Virginia  23103
                                  (804) 749-8861
                                  Email: russell@russelljohnsonlawfirm.com
                                         john@russelljohnsonlawfirm.com

                                  *Co-Counsel for Baltimore Gas and
                                        Electric Company*

4248395