# **EXHIBIT A**

## Cure Amounts for Sears Holdings Corporation Lease
## for Space in 7200 Arlington Held by 7200 Arlington Associates LLC

**Location**: 7200 Arlington

**Attorney Fees[3]**: $10,000.00

| Date | Landlord's Cure Calculation[1] | Description | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Rent and Charges:** | | | | |
| 10/1/2018 | $1,000.00 | CAM (Kmart) | $56.71 | $1,056.71 |
| 11/1/2018 | $1,000.00 | CAM (Kmart) | $48.22 | $1,048.22 |
| 12/1/2018 | $1,000.00 | CAM (Kmart) | $40.00 | $1,040.00 |
| 12/31/2018 | $8,493.96 | Tax (KFC) | $269.95 | $8,763.91 |
| 1/1/2019 | $1,000.00 | CAM (Kmart) | $31.51 | $1,031.51 |
| 2/1/2019 | $1,000.00 | CAM (Kmart) | $23.01 | $1,023.01 |
| 3/1/2019 | $1,000.00 | CAM (Kmart) | $15.34 | $1,015.34 |
| 3/1/2019 | $2,665.50 | CAM (Kmart) | $40.90 | $2,706.40 |
| 3/1/2019 | $2,665.50 | CAM (Kmart) | $40.90 | $2,706.40 |
| 3/1/2019 | $2,665.50 | CAM (Kmart) | $40.90 | $2,706.40 |
| 4/1/2019 | $3,665.50 | CAM (Kmart) | $25.11 | $3,690.61 |
| 4/23/2019 | ($3,630.30) | Chk # 140117100 | $0.00 | ($3,630.30) |
| 5/1/2019 | $18,641.67 | Rent (Kmart) | $0.00 | $18,641.67 |
| 5/1/2019 | $3,665.50 | CAM (Kmart) | $0.00 | $3,665.50 |
| 5/1/2019 | $1,000.00 | CAM SEC (Kmart) | $0.00 | $1,000.00 |
| 5/1/2019 | $3,565.13 | Rent (KFC) | $0.00 | $3,565.13 |
| | **$49,397.96** | | **$632.55** | **$50,030.51** |

**Total Due:** **$60,030.51**

---

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Interest calculated at 10% from the due date through 04-25-19 (Hearing Date).

3  Includes attorneys fees and costs accrued through 02-11-19. Landlord will supplement with final attorneys fee and cost amounts when available.