UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re                                                        :    Chapter 11
                                                             :
SEARS HOLDINGS CORPORATION, *et. al.*,  :    Case No. 18-23538 (RDD)
                                                             :
         Debtors                                             :    (Jointly Administered)
                                                             :
                                                             :    **CERTIFICATE OF SERVICE**
------------------------------------------------------------ x

I hereby certify that on May 3, 2019, a copy of **Amazon's Limited Objection and Reservation of Rights Regarding Assumed Contracts, Pursuant to Sale Order and Assumption and Assignment Agreement** [ECF No. 3581], was filed and served electronically via CM/ECF on all those registered to receive notices in this case, and on the parties listed on the attached service list in the manner indicated.

        K&L GATES LLP

        By:   /s/ Robert T. Honeywell
             Robert T. Honeywell

        599 Lexington Avenue
        New York, NY 10022-6030
        Telephone: (212) 536-3900
        Facsimile: (212) 536-3901

        *Attorneys for Amazon.com Services, Inc.*
        *and Certain Affiliates*

**SERVICE LIST**

VIA EMAIL on all parties listed in the Sears Holding Corporation Master Service List as of May 3, 2019 located at https://restructuring.primeclerk.com/sears/ ; and

VIA FEDEX OVERNIGHT DELIVERY on the following:

The Honorable Robert D. Drain
U.S. Bankruptcy Court
For the Southern District of New York
Room 248
300 Quarropas Street
White Plains, NY 10601-4140

VIA FEDEX OVERNIGHT DELIVERY AND EMAIL SERVICE on the following:

Debtors, c/o Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Rob Riecker (rob.riecker@searshc.com)
Luke Valentino (luke.valentino@searshc.com)
Mohsin Meghji (mmeghji@miiipartners.com)

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Ray C. Schrock, P.C. (ray.schrock@weil.com)
Jacqueline Marcus, Esq. (jacqueline.marcus@weil.com)
Garrett A. Fail, Esq. (garrett.fail@weil.com)
Sunny Singh, Esq. (sunny.singh@weil.com)
Natasha Hwangpo (natasha.hwangpo@weil.com)
Paloma Van Groll (paloma.vanGroll@weil.com)
Olga Peshko (olga.peshko@weil.com)

*Counsel to the Debtors*

Lazard Frères & Co., LLC
30 Rockefeller Plaza
New York, New York 10112
Brandon Aebersold and Levi Quaintance (project.blue.rx@lazard.com)

*Debtors' Investment Banker*

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square,
New York, NY 10036
Attn: Paul D. Leake, Esq. (Paul.Leake@skadden.com)
Shana A. Elberg, Esq. (Shana.Elberg@skadden.com)
George R. Howard, Esq. (George.Howard@skadden.com)

*Counsel to Bank of America, N.A.*

Cleary, Gottlieb, Steen & Hamilton
One Liberty Plaza,
New York, NY 10006
Sean A. O'Neal, Esq. (soneal@cgsh.com)
James L. Bromley (jbromley@cgsh.com)
Andrew Weaver (aweaver@cgsh.com)
Rahul Mukhi (rmukhi@cgsh.com)
Jennifer Kennedy Park (jkpark@cgsh.com)
Matthew Livingston (mlivingston@cgsh.com)

*Counsel to ESL Investments and its affiliates*

Choate, Hall and Stewart LLP
Two International Place
Boston, MA 02110
Kevin J. Simard (ksimard@choate.com)
Jonathan D. Marshall (jmarshall@choate.com)

*Counsel to Wells Fargo Bank, National Association*

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park,
New York, NY 10036
Philip C. Dublin, Esq. (pdublin@akingump.com)
Ira Dizengoff, Esq. (idizengoff@akingump.com)
Abid Qureshi (aqureshi@akingump.com)
Sara Lynne Brauner, Esq. (sbrauner@akingump.com)

*Counsel to the Official Committee of Unsecured Creditors*

United States Trustee Southern District of New York
Office of The United States Trustee for Region 2
Attn: Paul Schwartzberg, Richard Morrissey
201 Varick St. Ste. 1006
New York, NY 10014
212-510-0500 212-668-2255
richard.morrissey@usdoj.gov
paul.schwartzberg@usdoj.gov

303332542 v1