## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2019, a copy of the foregoing was served electronically upon all those identified on the Master Service List and registered to receive ECF service in these cases.

*/s/ William E. Schonberg*
William E. Schonberg
