UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------X

# ORDER GRANTING MOTION OF PEARL GLOBAL INDUSTRIES, LTD. TO ALLOW AND COMPEL PAYMENT OF ADMINISTARTIVE EXPENSE CLAIM UNDER 11 U.S.C. § 503(b)(1)

Upon the motion dated May 3, 2019 of Pearl Global Industries Ltd. ("Pearl Global") to allow and compel payment of administrative expense claim (the "Motion"); and due and proper notice of the Motion having been provided and no further notice being required; and upon the Court's review of the Motion and any responses or objections thereto; and upon the hearing on the Motion; and after due deliberation, it is hereby ORDERED THAT:

1. The Motion is GRANTED.

2. Pearl Global shall have an allowed administrative expense claim pursuant to 11 U.S.C. § 503(b)(1)(A) against Sears, Roebuck & Co. in the amount of $409,052.97.

3. Pearl Global shall have an allowed administrative expense claim pursuant to 11 U.S.C. § 503(b)(1)(A) against Kmart Corporation in the amount of $552,572.95.

4. Sears, Roebuck & Co. is authorized and directed to pay Pearl Global $409,052.97 within fourteen (14) days of this Order on account of Pearl Global's administrative expense claim.

**[The Rest of this Page is Intentionally Left Blank]**

652796v.1

2

5.  Kmart Corporation is authorized and directed to pay Pearl Global $552,572.95 within fourteen (14) days of this Order on account of Pearl Global's administrative expense claim.

Dated: New York, New York
       May ___, 2019

                                                                HONORABLE ROBERT D. DRAIN
                                                UNITED STATES BANKRUPTCY JUDGE