Benjamin W. Reeves
SNELL & WILMER L.L.P.
One Arizona Center
Phoenix, Arizona 85004-2202
Tel: 602-382-6506


        - and –


Patrick Collins
Darren A. Pascarella
FARRELL FRITZ, P.C.
400 RXR Plaza
Uniondale, New York 11556
Tel:    (516) 227-0700
Fax:    (516) 227-0777

*Attorneys for Univest-BTC S&R, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                          :        Chapter 11
                                                                :
SEARS HOLDINGS CORPORATION, *et al*.,        :        Case No. 18-23538 (RDD)
                                                                :        (Jointly Administered)
                                            Debtors.     :
-----------------------------------------------------------------x

        The undersigned attorney hereby certifies that a true and correct copy of the *LIMITED
OBJECTION AND RESERVATION OF RIGHTS OF UNIVEST-BTC S&R, LLC TO
ASSUMPTION AND ASSIGNMENT OF LEASE* [Docket 3549] was served via CM/ECF on all
persons having registered to receive services in that manner and upon each of the persons
identified in the attached Exhibit "A" in the manner and on the date set forth therein.

Dated:  Uniondale, New York
        May 3, 2019                    FARRELL FRITZ, P.C.



                        By:    /s/ *Patrick Collins*
                               Patrick Collins
                               Darren A. Pascarella
                               400 RXR Plaza
                               Uniondale, New York 11556
                               Tel:    (516) 227-0700
                               Fax:    (516) 227-0777

                               *Attorneys for Univest-BTC S&R, LLC*


FF\8365346.1

## EXHIBIT A

**Via FedEx on May 3, 2019**

Chambers of the Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601

Sears Holdings Corporation
Attn: Stephen Sitley Esq. and Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates, IL 60179

Transform Holdco, LLC
c/o ESL Partners
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL  33154
Attn: Kunal S. Kamlani

**Via E-Mail on May 3, 2019**

bankruptcy@clm.com
bfeder@kelleydrye.com
boreilly@cgsh.com
braynor@lockelord.com
caustin@cgsh.com
eli.vonnegut@davispolk.com
emfox@seyfarth.com
ewilson@kelleydrye.com
gadsden@clm.com
garrett.fail@weil.com
George.Howard@skadden.com
idizengoff@akingump.com
jacqueline.marcus@weil.com
KDWBankruptcyDepartment@kelleydrye.com
lbarefoot@cgsh.com
marshall.huebner@davispolk.com
Paul.Leake@skadden.com
paul.schwartzberg@usdoj.gov
pdublin@akingump.com
ray.schrock@weil.com
sbrauner@akingump.com
sears.service@davispolk.com
Shana.Elberg@skadden.com
soneal@cgsh.com
sunny.singh@weil.com