# EXHIBIT A

| Shipment handed over after 25.09.18 to 15.10.18 In water as on 15 oct 2018 | | | | | | | KMART CORPORATION | |
| Buyer | P.O NO | Inv no | factory inv no. | H/O DATE | B/L No | ETD | | Value |
| SEARS ROEBUCK & CO. | SI6649 | 201822300297 | PGILBE/0645/1819 | 26-Sep-18 | 7796162979 | 02.10.2018 | | 22,839.52 |
| SEARS ROEBUCK & CO. | SJ6615 | 20182268733B | PGIL/29530/1819 | 30-Sep-18 | 7796206143 | 15.10.2018 | | 12,507.70 |
| | | | | | | | Grand Total | 35,347.22 |

SEARS ROEBUCK & CO.

**UPS Supply Chain Solutions**  **OTI License No. 275F**

**UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| PEARL GLOBAL INDUSTRIES LIMITED, 446, UDYOG VIHAR, PHASE -V, GURGAON, 122016, HARYANA INDIA | 966683555 | 7796206143 |

| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
|---|---|---|
| | AWB 7796206143 | 09-OCT-2018 |
| | CUST PO NO:SJ6615-101 | |
| | CUST INV NO:201822687338 | |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PH:(310)404-2792/FAX:(310)404-2962
ATTN: MARY ELLEN WRATSCHKO

Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO |
|---|---|---|
| | NHAVA SHEVA, INDIA | |

| EXPORT CARRIER (VESSEL/VOW/FLAG) | PORT OF LADING | |
|---|---|---|
| MAERSK DETROIT 1810 | NHAVA SHEVA, INDIA | |

| PORT OF DISCHARGE | PORT OF DELIVERY BY ON CARRIER | NO OF ORIGINALS |
|---|---|---|
| NEWARK | CHAMBERSBURG, PA | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MRKU2562762 SEALCODE1: MLIN1763755 MARKS & NO: 236 CTNS NOS. 1 TO 236  FREIGHT COLLECT CFS/DOOR | 1 | 40' HIGH CUBE CONTAINER 236 CARTON SAID TO CONTAIN 236 CARTON 96%RAYON 4%OTHER FIBER WOVEN LADIES LTOP GT INV NO:201822687338 INV NO:PGIL/029530/1819 DTD. 05.10.2018 PO NO: SJ6615 REF # 101 DIV : 4 DEPT NO:007 TOTAL QTY:2270 PCS NET WT: 662.02 KGS S/B NO:8113116 DT: 8.10.2018 HTS CODE:6206403010 | 968.820 KG 2135.880 LB | 5.900 M3 208.329 F3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on:

| Document List | Original | Copy |
|---|---|---|

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

Issued by   MUMBAI

Month   Oct      Day   15      Year   2018

# COMMERCIAL INVOICE

Page 1 of 3

DATE: October 05, 2018

INVOICE NO.: 2018226S7338

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| SEARS    SJ6615 | PLAID SPAR WARM RED | 73 CARTONS | 73 AST ( 730 PCS ) | 55.100 USD AST | 4,022.30 USD |
| ITEM:    440048410757 | | | | | |
| MADE IN    INDIA | | | | | |
| CONTENTS    1 ASSORTMENT | | | | | |
| SEARS DIV    616 | | | | | |
| SEARS ITEM/SKU    46972/ | | | | | |

WP9SE77262PL
DESCRIPTION : PLAID SPARKLE TOP DOBBY SEQUIN
WOMEN'S PLAID SPARKLE TOP DOBBY SEQUIN WITH FRONT OPEN PLACKET
SEVEN PLASTIC BUTTON'S AT THE PLACKET AND SHORT RAGLAN SLEEVE .
BODY LENGTH- BACK HIGH POINT SHOULDER TO CROTCH
FABRIC CONTENT - 97% RAYON, 3% METALLIC THREAD    //         100 % WOVEN
HANGER PACK    //        HANGER CODE :- 479B

| | | | |
|---|---|---|---|
| CONTRACT NO. | SJ6615 | REFERENCE NO. | 101 |
| DC CODE | CHA | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9SE77262PL | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE |

| | | |
|---|---|---|
| FACTORY NO. | 102172 | |
| PEARL GLOBAL INDUSTRIAL LTD (446) | | |
| PLOT NO. 446 | | |
| UDYOG VIHAR, PHASE V | | |
| GURUGRAM | | |
| HARYANA | | |
| India | | |
| FTY MID NO. | INPEAGLO446GUR | |

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| SEARS    SJ6615 | PLAID SPAR WARM RED | 45 CARTONS | 45 AST ( 405 PCS ) | 49.590 USD AST | 2,231.55 USD |
| ITEM:    440048410823 | | | | | |
| MADE IN    INDIA | | | | | |
| CONTENTS    1 ASSORTMENT | | | | | |
| SEARS DIV    616 | | | | | |
| SEARS ITEM/SKU    46972/ | | | | | |

WP9SE77262PL
DESCRIPTION : PLAID SPARKLE TOP DOBBY SEQUIN
WOMEN'S PLAID SPARKLE TOP DOBBY SEQUIN WITH FRONT OPEN PLACKET
SEVEN PLASTIC BUTTON'S AT THE PLACKET AND SHORT RAGLAN SLEEVE .
BODY LENGTH- BACK HIGH POINT SHOULDER TO CROTCH
FABRIC CONTENT - 97% RAYON, 3% METALLIC THREAD    //        100 % WOVEN
HANGER PACK    //        HANGER CODE :- 479B

| | | | |
|---|---|---|---|
| CONTRACT NO. | SJ6615 | REFERENCE NO. | 101 |
| DC CODE | CHA | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9SE77262PL | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE |

# COMMERCIAL INVOICE

Page 2 of 3

DATE: October 05, 2018

INVOICE NO.: 201822687338

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB India

FACTORY NO.        102172
PEARL GLOBAL INDUSTRIAL LTD (446)
PLOT NO. 446
UDYOG VIHAR, PHASE V
GURUGRAM
HARYANA
India
FTY MID NO.        INPEAGLO446GUR

| SEARS | SJ6615 | PLAID SPAR COOL BLUE | 73 CARTONS | 73 AST | 55.100 USD AST | 4,022.30 USD |
|---|---|---|---|---|---|---|
| | | | ( 730 PCS ) | | | |

ITEM: 440048411011
MADE IN INDIA
CONTENTS 1 ASSORTMENT
SEARS DIV 616
SEARS ITEM/SKU 46973/

WP9SE77262PL
DESCRIPTION : PLAID SPARKLE TOP DOBBY SEQUIN
WOMEN'S PLAID SPARKLE TOP DOBBY SEQUIN WITH FRONT OPEN PLACKET
SEVEN PLASTIC BUTTON'S AT THE PLACKET AND SHORT RAGLAN SLEEVE .
BODY LENGTH- BACK HIGH POINT SHOULDER TO CROTCH
FABRIC CONTENT - 97% RAYON, 3% METALLIC THREAD    //        100 % WOVEN
HANGER PACK  //        HANGER CODE :- 479B

| CONTRACT NO. | SJ6615 | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | CHA | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9SE77262PL | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE |

FACTORY NO.        102172
PEARL GLOBAL INDUSTRIAL LTD (446)
PLOT NO. 446
UDYOG VIHAR, PHASE V
GURUGRAM
HARYANA
India
FTY MID NO.        INPEAGLO446GUR

| SEARS | SJ6615 | PLAID SPAR COOL BLUE | 45 CARTONS | 45 AST | 49.590 USD AST | 2,231.55 USD |
|---|---|---|---|---|---|---|
| | | | ( 405 PCS ) | | | |

ITEM: 440048411169
MADE IN INDIA
CONTENTS 1 ASSORTMENT
SEARS DIV 616
SEARS ITEM/SKU 46973/

WP9SE77262PL
DESCRIPTION : PLAID SPARKLE TOP DOBBY SEQUIN
WOMEN'S PLAID SPARKLE TOP DOBBY SEQUIN WITH FRONT OPEN PLACKET
SEVEN PLASTIC BUTTON'S AT THE PLACKET AND SHORT RAGLAN SLEEVE .
BODY LENGTH- BACK HIGH POINT SHOULDER TO CROTCH
FABRIC CONTENT - 97% RAYON, 3% METALLIC THREAD    //        100 % WOVEN
HANGER PACK  //        HANGER CODE :- 479B

# COMMERCIAL INVOICE

Page 3 of 3

DATE: October 05, 2018

INVOICE NO.: 201822687338

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB India

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SJ6615 | REFERENCE NO. | 101 | |
| DC CODE | CHA | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9SE77262PL | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE | |

FACTORY NO.    102172
PEARL GLOBAL INDUSTRIAL LTD (446)
PLOT NO. 446
UDYOG VIHAR, PHASE V
GURUGRAM
HARYANA
India
FTY MID NO.    INPEAGLO446GUR

PAYMENT TERM    Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER    OPEN ACCOUNT
LC#    NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 236 | 236 | ASSORTMENTS | 12,507.70   USD |

TOTAL US DOLLARS TWELVE THOUSAND FIVE HUNDRED SEVEN DOLLARS AND SEVENTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

Own quota, no quota charges are included in FOB price of goods.

| PEARL GLOBAL INDUSTRIES LTD. |
|---|
| EMPLOYEE NAME       R.SRINIVASAN |
| EMPLOYEE TITLE       MANAGER-LOGISTICS |

UPS Supply Chain Solutions

FMC License No. 275F

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

| SHIPPER & EXPORTER (COMPLETE NAME AND ADDRESS) | | |
|---|---|---|
| PEARL GLOBAL INDUSTRIES LIMITED 446, UDYOG VIHAR PHASE-V, GURGAON HARYANA -122016, INDIA | BOOKING NO 966605676 | CARGO RECEIPT NO. 7796162979 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO 02-OCT-2018 |
| | CUST PO NO: SI6649-101 CUST INV NO:201822300297 | 0645 3 019 0 |

CONSIGNEE (COMPLETE NAME AND ADDRESS)
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PH:(310)404-2792/FAX:(310)404-2962
ATTN: MARY ELLEN WRATSCHKO

Declared Value is: _____

EXPORT LICENSE NO

| PLACE OF RECEIPT BY PRE-CARRIER NHAVA SHEVA, INDIA | |
|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) MAERSK ATLANTA 1810 | PORT OF LADING NHAVA SHEVA, INDIA |
| PORT OF DISCHARGE NEWARK | PORT OF DELIVERY BY ON CARRIER CHAMBERSBURG, PA |
| | NO OF ORIGINALS 1/ONE |

## PARTICULARS FURNISHED BY SHIPPER

| MRKS & NOS/CONTAINER NOS | NO OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: AMFU8762840 SEALCODE1: MLIN1672130 MARKS & NO: CTN NOS 01 TO 284

FREIGHT COLLECT CFS/DOOR | 1 | 40' HIGH CUBE CONTAINER 284 CARTON SAID TO CONTAIN 284 CARTON 100% COTTON WOVEN WOMENS TOP GT INV NO: 201822300297 INV NO : PGILBE/0645/1819 PO NO : SI6649 REF # 101 DIV:4 DEPT NO:007 STYLE #: WP9SE77293PL TOTAL QTY : 2732  PCS NET WT : 386.240 KGS S/B NO:7936096 DT:02.10.2018 HTS/RITC CODE NO : 620630 | 650.360 KG 1433.800 LB | 7.514 M3 265.319 F3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | 1 |
| PACKING LIST | | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHIPPED ON BOARD
- 8 OCT 2018
FOR UPS SCS, MUMBAI
AS AGENT

For UPS SCS (INDIA) PVT. LTD.

Issued by  MUMBAI                    AS AGENT

Month  Oct        Day  10        Year  2018

# COMMERCIAL INVOICE

Page 1 of 3

DATE: October 02, 2018

INVOICE NO.: 201822300297

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India    SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB India

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SI6649 | RUFFLE SLE BLUE PLAID | 88 CARTONS | 88 AST | 83.600 USD AST | 7,356.80 USD |
| ITEM: | 440024893562 | | | ( 88 pcs ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 616 | | | | | |
| SEARS ITEM/SKU | 47106/ | | | | | |

WP9SE77293PL
DESCRIPTION : LADIES WOVEN PLAID RUFFLE SLEEVE TUNIC
WOMEN'S PLAID TOP WITH ROUND NECK
PLACKET TILL MIDWAY WITH PLACKET FIVE BUTTON'S AND THREE FORTH RUFFLE SLEEVE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% Cotton    //    100 % WOVEN
HANGER CODE :- 479B

| | | | |
|---|---|---|---|
| CONTRACT NO. | SI6649 | REFERENCE NO. | 101 |
| DC CODE | CHA | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9SE77293PL | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RNONE |

FACTORY NO.    104314
PEARL GLOBAL INDUSTRIES LTD (19A)
19A, ANU SOLAR BUILDING, NTTF ROAD
2ND STAGE PEENYA INDUSTRIAL AREA
BANGALORE
KARNATAKA
India
FTY MID NO.    INPEAGLO19BAN

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SI6649 | RUFFLE SLE BLUE PLAID | 54 CARTONS | 54 AST | 75.240 USD AST | 4,062.96 USD |
| ITEM: | 440024893570 | | | ( 54 pcs ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 616 | | | | | |
| SEARS ITEM/SKU | 47100/ | | | | | |

WP9SE77293PL
DESCRIPTION : LADIES WOVEN PLAID RUFFLE SLEEVE TUNIC
WOMEN'S PLAID TOP WITH ROUND NECK
PLACKET TILL MIDWAY WITH PLACKET FIVE BUTTON'S AND THREE FORTH RUFFLE SLEEVE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% Cotton    //    100 % WOVEN
HANGER CODE :- 479B

| | | | |
|---|---|---|---|
| CONTRACT NO. | SI6649 | REFERENCE NO. | 101 |
| DC CODE | CHA | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9SE77293PL | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RNONE |

# COMMERCIAL INVOICE

Page 2 of 3

DATE: October 02, 2018

INVOICE NO.: 201822300297

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB India

FACTORY NO.    104314
PEARL GLOBAL INDUSTRIES LTD (19A)
19A, ANU SOLAR BUILDING, NTTF ROAD
2ND STAGE PEENYA INDUSTRIAL AREA
BANGALORE
KARNATAKA
India
FTY MID NO.    INPEAGLO19BAN

| SEARS | SI6649 | RUFFLE SLE YELLOW | | 88 | 88 | 83.600 USD | 7,356.80 USD |
|-------|--------|-------------------|--|----|----|------------|--------------|
| | | | | CARTONS | AST | AST | |
| ITEM: | 440024893646 | | | ( 88 pcs ) | | | |
| MADE IN | INDIA | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 616 | | | | | | |
| SEARS ITEM/SKU | 47107/ | | | | | | |

WP9SE77293PL
DESCRIPTION : LADIES WOVEN PLAID RUFFLE SLEEVE TUNIC
WOMEN'S PLAID TOP WITH ROUND NECK
PLACKET TILL MIDWAY WITH PLACKET FIVE BUTTON'S AND THREE FORTH RUFFLE SLEEVE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% Cotton    //    100 % WOVEN
HANGER CODE :- 479B

| CONTRACT NO. | SI6649 | REFERENCE NO. | 101 |
|--------------|--------|---------------|-----|
| DC CODE | CHA | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9SE77293PL | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RNONE |

FACTORY NO.    104314
PEARL GLOBAL INDUSTRIES LTD (19A)
19A, ANU SOLAR BUILDING, NTTF ROAD
2ND STAGE PEENYA INDUSTRIAL AREA
BANGALORE
KARNATAKA
India
FTY MID NO.    INPEAGLO19BAN

| SEARS | SI6649 | RUFFLE SLE YELLOW | | 54 | 54 | 75.240 USD | 4,062.96 USD |
|-------|--------|-------------------|--|----|----|------------|--------------|
| | | | | CARTONS | AST | AST | |
| ITEM: | 440024893653 | | | ( 54 pcs ). | | | |
| MADE IN | INDIA | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 616 | | | | | | |
| SEARS ITEM/SKU | 47107/ | | | | | | |

WP9SE77293PL
DESCRIPTION : LADIES WOVEN PLAID RUFFLE SLEEVE TUNIC
WOMEN'S PLAID TOP WITH ROUND NECK
PLACKET TILL MIDWAY WITH PLACKET FIVE BUTTON'S AND THREE FORTH RUFFLE SLEEVE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% Cotton    //    100 % WOVEN

# COMMERCIAL INVOICE

Page 3 of 3

DATE: October 02, 2018

INVOICE NO.: 201822300297

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Nhava Sheva (JNP), India          SHIPPED TO:   Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

HANGER CODE :-  479B

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SI6649 | REFERENCE NO. | 101 | |
| DC CODE | CHA | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9SE77293PL | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RNONE | |

FACTORY NO.          104314
PEARL GLOBAL INDUSTRIES LTD (19A)
19A, ANU SOLAR BUILDING, NTTF ROAD
2ND STAGE PEENYA INDUSTRIAL AREA
BANGALORE
KARNATAKA
India
FTY MID NO.          INPEAGLO19BAN

PAYMENT TERM          Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER          OPEN ACCOUNT
LC#          NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 284 | 284 | ASSORTMENTS | 22,839.52  USD |

TOTAL US DOLLARS TWENTY-TWO THOUSAND EIGHT HUNDRED THIRTY-NINE DOLLARS AND FIFTY-TWO CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME          _____

EMPLOYEE TITLE          _____

| Buyer | P.O NO | Inv no | factory inv no. | H/O DATE | ETA | Cur | Value |
|---|---|---|---|---|---|---|---|
| KMART CORPORATION | IN3ZK/IN3ZL/IN3Z | 20182178143 | 1061SERK23368 | 10-Sep-18 | 20-Oct-18 | USD | 6,760.62 |
| KMART CORPORATION | IN3ZN | 201821821388 | 1061SERK23432 | 10-Sep-18 | 20-Oct-18 | USD | 8,149.00 |
| KMART CORPORATION | IN41A | 201821860316 | 1061SERK23442 | 10-Sep-18 | 20-Oct-18 | USD | 5,790.72 |
| KMART CORPORATION | IN40D | 201821933812 | 1061SERK23444 | 10-Sep-18 | 20-Oct-18 | USD | 5,398.74 |
| KMART CORPORATION | IN3ZE/IN3ZF | 201821966512 | 1061SERK23507 | 17-Sep-18 | 1-Dec-18 | USD | 7,800.48 |
| KMART CORPORATION | IN3ZG/IN3ZX | 201821966934 | 1061SERK23509 | 17-Sep-18 | 1-Dec-18 | USD | 8,627.88 |
| KMART CORPORATION | IN401/IN3ZC/IN40R | 201821967679 | 1061SERK23515 | 17-Sep-18 | 1-Dec-18 | USD | 3,354.78 |
| KMART CORPORATION | IN3ZH/IN3ZI | 201821970793 | 1061SERK23517 | 17-Sep-18 | 1-Dec-18 | USD | 1,904.26 |
| KMART CORPORATION | IN416 | 201822118516 | 1061SERK23501 | 17-Sep-18 | 1-Dec-18 | USD | 6,448.72 |
| KMART CORPORATION | IN3ZM | 201822031464 | 1061SERK23544 | 17-Sep-18 | 1-Dec-18 | USD | 3,732.40 |
| KMART CORPORATION | IN3ZE/IN3ZF | 201821966689 | 1061SERK23508 | 17-Sep-18 | 27-Oct-18 | USD | 8,239.86 |
| KMART CORPORATION | IN3ZG/IN3ZX | 201821967026 | 1061SERK23510 | 17-Sep-18 | 27-Oct-18 | USD | 9,065.78 |
| KMART CORPORATION | IN401/IN3ZC/IN40R | 201821967903 | 1061SERK23516 | 17-Sep-18 | 27-Oct-18 | USD | 3,527.54 |
| KMART CORPORATION | IN3ZH/IN3ZI | 201821970889 | 1061SERK23518 | 17-Sep-18 | 27-Oct-18 | USD | 2,017.02 |
| KMART CORPORATION | IN416 | 201822118635 | 1061SERK23502 | 17-Sep-18 | 27-Oct-18 | USD | 6,870.70 |
| KMART CORPORATION | IN3ZM | 201822031655 | 1061SERK23545 | 17-Sep-18 | 27-Oct-18 | USD | 4,096.96 |
| KMART CORPORATION | IN3S4 | 201821437230 | 1061SERK23167 | 29-Aug-18 | 1-Dec-18 | USD | 55,804.14 |
| KMART CORPORATION | IN3ZK/IN3ZL/IN3Z | 201821780914 | 1061SERK23367 | 10-Sep-18 | 21-Oct-18 | USD | 6,331.18 |
| KMART CORPORATION | IN3ZN | 201821821283 | 1060SERK23431 | 10-Sep-18 | 22-Oct-18 | USD | 7,851.75 |
| KMART CORPORATION | IN3ZP | 201821821873 | 1060SERK23433 | 10-Sep-18 | 22-Oct-18 | USD | 14,233.23 |
| KMART CORPORATION | IN3ZQ | 201821822302 | 1061SERK23435 | 10-Sep-18 | 21-Oct-18 | USD | 6,381.54 |
| KMART CORPORATION | IN3ZM | 201821965975 | 1060SERK23437 | 10-Sep-18 | 22-Oct-18 | USD | 5,546.52 |
| KMART CORPORATION | IN41A | 201821860260 | 1061SERK23441 | 10-Sep-18 | 21-Oct-18 | USD | 5,503.04 |
| KMART CORPORATION | IN40D | 201821933710 | 1061SERK23443 | 10-Sep-18 | 21-Oct-18 | USD | 5,094.36 |
| KMART CORPORATION | IN3ZP | 201821822142 | 1060SERK23434 | 10-Sep-18 | 20-Oct-18 | USD | 14,897.52 |
| KMART CORPORATION | IN3ZQ | 201821822445 | 1060SERK23436 | 10-Sep-18 | 20-Oct-18 | USD | 6,697.35 |
| KMART CORPORATION | IN3ZM | 201821966157 | 1060SERK23438 | 10-Sep-18 | 20-Oct-18 | USD | 5,963.16 |
| KMART CORPORATION | IN40F | 201822076374 | 1061SERK23589 | 24-Sep-18 | 5-Nov-18 | USD | 7,464.80 |
| KMART CORPORATION | IN40F | 201822076482 | 1061SERK23590 | 24-Sep-18 | 3-Nov-18 | USD | 7,849.20 |
| KMART CORPORATION | IN40G | 201822204023 | NFFL547-SEARS06 | 24-Sep-18 | 5-Nov-18 | USD | 17,567.34 |
| KMART CORPORATION | IN3ZO | 201822321816 | NFFL557-SEARS11 | 24-Sep-18 | 5-Nov-18 | USD | 6,159.66 |
| KMART CORPORATION | IN3Z8 | 201821900876 | PGILBE/0579/1819 | 11-Sep-18 | 23-Oct-18 | USD | 9,015.49 |
| KMART CORPORATION | IN40G | 201822204015 | NFFL548-SEARS10 | 24-Sep-18 | 3-Nov-18 | USD | 18,472.18 |
| KMART CORPORATION | IN3ZO | 201822321573 | NFFL558-SEARS14 | 24-Sep-18 | 3-Nov-18 | USD | 6,387.03 |
| | | | | | | | 2,99,004.95 |

*1061 pm. 23368*

# COMMERCIAL INVOICE

Page 1 of 15

DATE: September 10, 2018

INVOICE NO.: 201821751143

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 448
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh          SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3ZK | SIDE STRIPE SKATER BBLACK DAISY | 28 | 28 | 20.160 USD | 564.48 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 8600052634904 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9J053509JR
DESCRIPTIONS: SIDE STRIPE SKATER KNIT SKIRT
DETAIL OF THE GARMENTS: SIDE STRIPE SKATER SKIRT WITH  WAIST BANDS 2 PLY WITH
ELASTIC,
LEG OPENING HEMMED, NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER,
BODY LENGTH: WAIST TILL ANKEL
FABRICATION BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/S
HANGER CODE 60120 & SIZER CODE CS1Q , PRICE: HANGER $0.098 & SIZER $ .015
Size: S,M,L,XL
COUNTRY OF ORIGIN (FABRIC)  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZK | REFERENCE NO. | 601P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9J053509JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RNONE |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNI0AZ

| KMART | IN3ZK | SIDE STRIPE SKATER BBLACK DAISY | 24 | 24 | 23.520 USD | 564.48 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 8600052634912 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9J053509JR
DESCRIPTIONS: SIDE STRIPE SKATER SKIRT
DETAIL OF THE GARMENTS: SIDE STRIPE SKATER SKIRT WITH  WAIST BANDS 2 PLY WITH
ELASTIC,
LEG OPENING HEMMED, NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER,
BODY LENGTH: WAIST TILL ANKEL
FABRICATION BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/S
HANGER CODE 60120 & SIZER CODE CS1Q , PRICE: HANGER $0.098 & SIZER $ .015
Size: S,M,L,XL
COUNTRY OF ORIGIN (FABRIC)  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

# COMMERCIAL INVOICE

Page 2 of 16

DATE: September 10, 2018

INVOICE NO.: 201521781143

**8873**
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO:   Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN32K | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9J053509JR | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RNONE | |

FACTORY NO.         102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.         BDNORKNKGAZ

| KMART | IN32K | SIDE STRIPE SKATER SKIRT BLACK DAISY | | 5 | 5 | 23.520 USD | 117.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| ITEM: | 860052634920 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9J053509JR
DESCRIPTIONS: SIDE STRIPE SKATER SKIRT
DETAIL OF THE GARMENTS: SIDE STRIPE SKATER SKIRT WITH  WAIST BANDS 2 PLY WITH
ELASTIC,
LEG OPENING HEMMED, NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER,
BODY LENGTH: WAIST TILL ANKEL
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/S
HANGER CODE 6012S & 6 0ZER CODE CS1Q . PRICE: HANGER $0.096 & SIZER $ .015
Size: S,M,L,XL
COUNTRY OF ORIGIN [FABRIC]  CHINA,
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN32K | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9J053509JR | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RNONE | |

FACTORY NO.         102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.         BDNORKNKGAZ

| KMART | IN32K | SIDE STRIPE SKATER SKIRT RED | | 26 | 26 | 23.160 USD | 564.48 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| ITEM: | 860052634879 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

# COMMERCIAL INVOICE

Page 3 of 15
DATE: September 10, 2016
INVOICE NO.: 2016217811K3

8673
PEARL GLOBAL INDUSTRIES LTD.
PCIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Chambersburg , PA

FOB Bangladesh

STYLE NAME: WP9J85350SJR
DESCRIPTIONS: SIDE STRIPE SKATER SKIRT
DETAIL OF THE GARMENTS: SIDE STRIPE SKATER SKIRT WITH  WAIST BANDS 2 PLY WITH
ELASTIC,
LEG OPENING HEMMED, NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER,
BODY LENGTH: WAIST TILL ANKEL
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/5
HANGER CODE 8012D & SIZER CODE C51Q . PRICE: HANGER $0.098 & SIZER $ .015
Size: S,M,L,XL
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN32K | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9J85350SJR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RHONE |

FACTORY NO.     102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY SID NO.     BDNORKNIGAZ

| KMART | IN32K | SIDE STRIPE SKATER SKRID | | 24 CARTONS | 24 AST | 23.520 USD AST | 564.46 USD |

ITEM:     860052635448
MADE IN     BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP9J85350SJR
DESCRIPTIONS: SIDE STRIPE SKATER SKIRT
DETAIL OF THE GARMENTS: SIDE STRIPE SKATER SKIRT WITH  WAIST BANDS 2 PLY WITH
ELASTIC,
LEG OPENING HEMMED, NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER,
BODY LENGTH: WAIST TILL ANKEL
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/5
HANGER CODE 8012D & SIZER CODE C51Q . PRICE: HANGER $0.098 & SIZER $ .015
Size: S,M,L,XL
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN32K | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9J85350SJR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RHONE |

FACTORY NO.     102761

# COMMERCIAL INVOICE

Page 4 of 15

DATE: September 10, 2018

INVOICE NO.: 201821761143

8873
PEARL GLOBAL INDUSTRIES LTD,
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FYY KID NO.    BONORKNIGAZ

| KMART | IN32K | SIDE STRIPE SKATER SRED | $ | 6 | 23.520 USD | 117.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 000052635455 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9JB53509JR
DESCRIPTIONS: SIDE STRIPE SKATER SKIRT
DETAIL OF THE GARMENTS: SIDE STRIPE SKATER SKIRT WITH  WAIST BANDS 2 PLY WITH
ELASTIC,
LEG OPENING HEMMED, NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER.
BODY LENGTH: WAIST TILL ANKEL
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/5
HANGER CODE 60120 & SIZER CODE OS1Q , PRICE: HANGER $0.098 & SIZER $ .015
Size: S,M,L,XL
COUNTRY OF ORIGIN [FABRIC]  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN32K | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9JB53509JR | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR | | CATEGORY | 642, RHONE | |
| PRECLASS # | | | | |
| FACTORY NO. | 102761 | | | |

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FYY KID NO.    BONORKNIGAZ

| KMART | IN32L | SIDE STRIPE SKATER SBLACK DAISY | 10 | 10 | 23.460 USD | 234.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 000052636822 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9JB53509PL
DESCRIPTIONS: LADIES STRIPE SKATER SKIRT
DETAIL OF THE GARMENTS: PLUS SIDE STRIPE SKATER SKIRT WITH  WAIST BANDS 2 PLY
WITH ELASTIC, LEG OPENING HEMMED, NO POCKETS, BOTTOM TREATMENT-HEMMED
NO BUTTON , NO ZIPPER. BODY LENGTH: WAIST TILL KNEE
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/5
HANGER CODE# 60146
COUNTRY OF ORIGIN [FABRIC]  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

# COMMERCIAL INVOICE

Page 5 of 15

DATE: September 10, 2018

INVOICE NO.: 201821781143

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh       SHIPPED TO:   Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | |
|---|---|---|
| CONTRACT NO. | IN32L | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9JB53509PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RHONE |

FACTORY NO.       102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY REG NO.       BONORKNIGAZ

| KMART | IN32L | SIDE STRIPE SKATER 6BLACK DAISY | | | 7 | 7 | 27.370 USD | 191.59 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | | AST |
| ITEM: | 880052630830 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |

STYLE NAME: WP9JB53509PL
DESCRIPTIONS: LADIES STRIPE SKATER SKIRT
DETAIL OF THE GARMENTS: PLUS SIDE STRIPE SKATER SKIRT WITH WAIST BANDS 2 PLY
WITH ELASTIC, LEG OPENING HEMMED, NO POCKETS, BOTTOM TREATMENT-HEMMED
NO BUTTON , NO ZIPPER, BODY LENGTH: WAIST TILL KNEE
FABRICATION: BODY— 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 176 GMS
STITCH COUNT PER 1 CM : VERTICAL- 16 / HORIZONTAL-07, COUNT 32/G
HANGER CODE: 80149
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| | | |
|---|---|---|
| CONTRACT NO. | IN32L | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9JB53509PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RHONE |

FACTORY NO.       102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY REG NO.       BONORKNIGAZ

| KMART | IN32L | SIDE STRIPE SKATER 6BLACK DAISY | | | 3 | 3 | 23.460 USD | 70.38 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | | AST |
| ITEM: | 880052638840 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |

STYLE NAME: WP9JB53509PL
DESCRIPTIONS: LADIES STRIPE SKATER SKIRT
DETAIL OF THE GARMENTS: PLUS SIDE STRIPE SKATER SKIRT WITH WAIST BANDS 2 PLY

# COMMERCIAL INVOICE

DATE: September 10, 2018

INVOICE NO.: 2018217B1143

8573
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Bangladesh

WITH ELASTIC, LEG OPENING HEMMED, NO POCKETS, BOTTOM TREATMENT-HEMMED
NO BUTTON , NO ZIPPER, BODY LENGTH: WAIST TILL KNEE
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/S
HANGER CODE# 0014B
COUNTRY OF ORIGIN (FABRIC)  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| CONTRACT NO. | IN3ZL | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | WP9JB53509PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RNONE |

FACTORY NO.        102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

| KMART | IN3ZL | SIDE STRIPE SKATER SRED | | | 10 CARTONS | 10 AST | 23.460 USD AST | 234.60 USD |
|---|---|---|---|---|---|---|---|---|

ITEM:        680052643731
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP9JB53509PL
DESCRIPTIONS: LADIES STRIPE SKATER SKIRT
DETAIL OF THE GARMENTS: PLUS SIDE STRIPE SKATER SKIRT WITH  WAIST BANDS 2 PLY
WITH ELASTIC, LEG OPENING HEMMED, NO POCKETS, BOTTOM TREATMENT-HEMMED
NO BUTTON , NO ZIPPER, BODY LENGTH: WAIST TILL KNEE
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/S
HANGER CODE# 0014B
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| CONTRACT NO. | IN3ZL | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | WP9JB53509PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RNONE |

FACTORY NO.        102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

# COMMERCIAL INVOICE

DATE: September 10, 2018

INVOICE NO.: 201821781143

6873
PEARL GLOBAL INDUSTRIES LTD,
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOR Bangladesh

| KMART | IN3ZL | SIDE STRIPE SKATER SRED | | 7 | 7 | 27,370 USD | 191.59 USD |
|-------|-------|-------------------------|---|----|----|-----------|------------|
| | | | | CARTONS | AST | AST | |

ITEM:    6800526043748
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP9JB53609PL
DESCRIPTIONS: LADIES STRIPE SKATER SKIRT
DETAIL OF THE GARMENTS: PLUS SIDE STRIPE SKATER SKIRT WITH  WAIST BANDS 2 PLY
WITH ELASTIC, LEG OPENING HEMMED, NO POCKETS, BOTTOM TREATMENT-HEMMED
NO BUTTON , NO ZIPPER, BODY LENGTH: WAIST TILL KNEE
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/9
HANGER CODE# 6014B
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| CONTRACT NO. | IN3ZL | REFERENCE NO. | 801P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB53609PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RNONE |

FACTORY NO.    102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZL | SIDE STRIPE SKATER SRED | | 3 | 3 | 23,460 USD | 70.38 USD |
|-------|-------|-------------------------|---|----|----|-----------|-----------|
| | | | | CARTONS | AST | AST | |

ITEM:    6800526048766
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP9JB53609PL
DESCRIPTIONS: LADIES STRIPE SKATER SKIRT
DETAIL OF THE GARMENTS: PLUS SIDE STRIPE SKATER SKIRT WITH  WAIST BANDS 2 PLY
WITH ELASTIC, LEG OPENING HEMMED, NO POCKETS, BOTTOM TREATMENT-HEMMED
NO BUTTON , NO ZIPPER, BODY LENGTH: WAIST TILL KNEE
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/9
HANGER CODE# 6014B
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| CONTRACT NO. | IN3ZL | REFERENCE NO. | 801P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB53609PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RNONE |

FACTORY NO.    102781

# COMMERCIAL INVOICE

Page 8 of 15

DATE: September 10, 2018

INVOICE NO.: 201821761143

8573
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO:  Chamberburg , PA

MODE OF TRANSPORTATION: Ocean

F-OB-Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNGAZ

| KMART | IN3ZY | SIDE STRIPE BODYCON BLACK | 28 | 28 | 18.960 USD | 530.88 USD |
|-------|-------|---------------------------|----|----|------------|------------|
|       |       |                           | CARTONS | AST | AST | |

ITEM:    860070630872
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP9JB53510JR
DESCRIPTIONS: SIDE STRIPE BODYCON SKIRT
DETAIL OF THE GARMENTS: SIDE STRIPE BODYCON SKIRT WITH WAIST BANDS 2 PLY WITH E
LASTIC, ZIPPER AT BACK
LEG OPENING HEMMED, NO POCKETS, NO BUTTON ,
BODY LENGTH: WAIST TILL ANKEL
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 176 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-47, COUNT 32/S
HANGER CODE# 60129 & SIZER CODE# CS1Q , PRICE: HANGER $0.098 & SIZER $ .015
Size: S,M,L,XL
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZY | REFERENCE NO. | 801P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | WP9JB53510JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNGAZ

| KMART | IN3ZY | SIDE STRIPE BODYCON BLACK | 24 | 24 | 22.120 USD | 530.88 USD |
|-------|-------|---------------------------|----|----|------------|------------|
|       |       |                           | CARTONS | AST | AST | |

ITEM:    860070831102
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP9JB53510JR
DESCRIPTIONS: SIDE STRIPE BODYCON SKIRT
DETAIL OF THE GARMENTS: SIDE STRIPE BODYCON SKIRT WITH WAIST BANDS 2 PLY WITH E
LASTIC, ZIPPER AT BACK
LEG OPENING HEMMED, NO POCKETS, NO BUTTON ,
BODY LENGTH: WAIST TILL ANKEL
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 176 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-47, COUNT 32/S
HANGER CODE# 60129 & SIZER CODE# CS1Q , PRICE: HANGER $0.098 & SIZER $ .015
Size: S,M,L,XL
COUNTRY OF ORIGIN [FABRIC] CHINA

# COMMERCIAL INVOICE

Page 9 of 15
DATE: September 10, 2018
INVOICE NO.: 201821781143

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA.

FOB Bangladesh

COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ZY | REFERENCE NO. | 601P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9J653510JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY.
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZY | SIDE STRIPE BODYCON BLACK | | 6 CARTONS | 6 AST | 22.120 USD AST | 110.60 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 680070032571 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9J653510JR
DESCRIPTIONS: SIDE STRIPE BODYCON SKIRT
DETAIL OF THE GARMENTS: SIDE STRIPE BODYCON SKIRT WITH WAIST BANDS 2 PLY WITH ELASTIC, ZIPPER AT BACK
LEG OPENING HEMMED, NO POCKETS, NO BUTTON ,
BODY LENGTH: WAIST TILL ANKEL
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07. COUNT 32/S
HANGER CODE# 6012R & SIZER CODE# C51Q . PRICE: HANGER $0.090 & SIZER $ .046
Sku: 9JAJ_XL
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ZY | REFERENCE NO. | 601P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9J653510JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY.
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 10 of 15
DATE: September 10, 2018
INVOICE NO.: 201821781143

6573
PEARL GLOBAL INDUSTRIES LTD.
PGK, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN32Y | SIDE STRIPE BODYCON ROYAL BLUE | 28 CARTONS | 28 AST | 18.960 USD AST | 530.88 USD |
|-------|-------|-------|-------|-------|-------|-------|
| ITEM: | 880070838463 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9JB53510JR
DESCRIPTIONS: SIDE STRIPE BODYCON SKIRT
DETAIL OF THE GARMENTS: SIDE STRIPE BODYCON SKIRT WITH  WAIST BANDS 2 PLY WITH E
LASTIC, ZIPPER AT BACK
LEG OPENING HEMMED, NO POCKETS, NO BUTTON ,
BODY LENGTH: WAIST TILL ANKEL
FABRICATION: BODY– 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/S
HANGER CODE# 59120 & SIZER CODE# CS1Q , PRICE: HANGER $0.095 & SIZER $ .015
Size: S,M,L,XL
COUNTRY OF ORIGIN [FABRIC]: CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN32Y | REFERENCE NO. | 801P |
|-------|-------|-------|-------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | WP9JB53510JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RNONE |

FACTORY NO.    102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
PTY MID NO,    BDNORKNIGAZ

| KMART | IN32Y | SIDE STRIPE BODYCON ROYAL BLUE | 24 CARTONS | 24 AST | 22.120 USD AST | 530.88 USD |
|-------|-------|-------|-------|-------|-------|-------|
| ITEM: | 880070835525 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9JB53510JR
DESCRIPTIONS: SIDE STRIPE BODYCON SKIRT
DETAIL OF THE GARMENTS: SIDE STRIPE BODYCON SKIRT WITH  WAIST BANDS 2 PLY WITH E
LASTIC, ZIPPER AT BACK
LEG OPENING HEMMED, NO POCKETS, NO BUTTON ,
BODY LENGTH: WAIST TILL ANKEL
FABRICATION: BODY– 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/S
HANGER CODE# 59120 & SIZER CODE# CS1Q , PRICE: HANGER $0.095 & SIZER $ .015
Size: S,M,L,XL
COUNTRY OF ORIGIN [FABRIC]: CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN32Y | REFERENCE NO. | 801P |
|-------|-------|-------|-------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | WP9JB53510JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RNONE |

# COMMERCIAL INVOICE

Page 11 of 15

DATE: September 10, 2018

INVOICE NO.: 201821781143

8873
PEARL GLOBAL INDUSTRIES LTD.
PGR., PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Chambersburg , PA

FOB Bangladesh

FACTORY NO.        102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZY | SIDE STRIPE BODYCON ROYAL BLUE | 5 CARTONS | 5 AST | 22.120 USD AST | 110.60 USD |
|---|---|---|---|---|---|---|
| ITEM: | 880070835533 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9J653510JR
DESCRIPTIONS: SIDE STRIPE BODYCON SKIRT
DETAIL OF THE GARMENTS: SIDE STRIPE BODYCON SKIRT WITH WAIST BANDS 2 PLY WITH E
LASTIC, ZIPPER AT BACK
LEG OPENING HEMMED, NO POCKETS, NO BUTTON ,
BODY LENGTH: WAIST TILL ANKEL
FABRICATION: BODY- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-37, COUNT 32/S
HANGER CODE# 60129 & SIZER CODE# CS10 . PRICE: HANGER $0.098 & SIZER $ .015
Size: S,M,L,XL
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZY | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9J653510JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 842, RNONE |

FACTORY NO.        102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN400 | SIDE STRIPE BODYCON BLACK | 7 CARTONS | 7 AST | 25.620 USD AST | 179.34 USD |
|---|---|---|---|---|---|---|
| ITEM: | 880070830286 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9J653510PL
WOMEN PLUS SIDE STRIPE BODYCON KNIT SKIRT
DETAIL OF THE GARMENTS: PLUS SIDE STRIPE BODYCON SKIRT WITH WAIST BANDS 2 PLY
WITH ELASTIC, ZIPPER AT BACK
LEG OPENING HEMMED, NO POCKETS, NO BUTTON ,
MID THIGH TO KNEE LENGTH
FABRICATION: BODY- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-37, COUNT 32/S
HANGER CODE# 60148 & SIZER CODE# CS10 . PRICE: HANGER $0.110 & SIZER $ .015
Size: 1X,2X,3X

# COMMERCIAL INVOICE

Page 12 of 15
DATE: September 10, 2018
INVOICE NO.: 2018217811143

6673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122010

TO:     KMART CORPORATION
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN400 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 |
| VENDOR ITEM CODE | WP9J053510PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN400 | SIDE STRIPE BODYCON BLACK | | 10 CARTONS | 10 AST | 21.950 USD AST | 219.50 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 020070035541 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9J053510PL
WOMEN PLUS SIDE STRIPE BODYCON KNIT SKIRT
DETAIL OF THE GARMENTS: PLUS SIDE STRIPE BODYCON SKIRT WITH WAIST BANDS 2 PLY
WITH ELASTIC, ZIPPER AT BACK
LEG OPENING HEMMED, NO POCKETS, NO BUTTON .
MID THIGH TO KNEE LENGTH
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/S
HANGER CODE# 60140 & SIZE# CODE# C610 . PRICE: HANGER $0.110 & SIZE $ .015
Size: 1X,2X,3X
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED  ·

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN400 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 |
| VENDOR ITEM CODE | WP9J053510PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

# COMMERCIAL INVOICE

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

                                          FOB Bangladesh

| KMART | IN400 | SIDE STRIPE BODYCON BLACK | | 3 | 3 | 21,960 USD | 65.83 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |

ITEM:      880070A35506
MADE IN    BANGLADESH
CONTENTS   1 ASSORTMENT

STYLE NAME: WP9JB53510PL
DESCRIPTIONS: PLUS SIDE STRIPE BODYCON SKIRT
DETAIL OF THE GARMENTS: PLUS SIDE STRIPE BODYCON SKIRT WITH WAIST BANDS 2 PLY
WITH ELASTIC, ZIPPER AT BACK
LEG OPENING HEMMED, NO POCKETS, NO BUTTON ,
MID THIGH TO KNEE LENGTH
FABRICATION: BODY- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/S
HANGER CODE# 60148 & SIZER CODE# CS1Q . PRICE: HANGER $0.110 & SIZER $ .016
Size: 1X,2X,3X
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN400 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB53510PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RNONE |

FACTORY NO.     102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNIGAZ

| KMART | IN400 | SIDE STRIPE BODYCON ROYAL BLUE | | 10 | 10 | 21,960 USD | 219.50 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |

ITEM:      880070B39073
MADE IN    BANGLADESH
CONTENTS   1 ASSORTMENT

STYLE NAME: WP9JB53510PL
WOMEN PLUS SIDE STRIPE BODYCON KNIT SKIRT
DETAIL OF THE GARMENTS: PLUS SIDE STRIPE BODYCON SKIRT WITH WAIST BANDS 2 PLY
WITH ELASTIC, ZIPPER AT BACK
LEG OPENING HEMMED, NO POCKETS, NO BUTTON ,
MID THIGH TO KNEE LENGTH
FABRICATION: BODY- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/S
HANGER CODE# 60148 & SIZER CODE# CS1Q . PRICE: HANGER $0.110 & SIZER $ .016
Size: 1X,2X,3X
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN400 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB53510PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RNONE |

# COMMERCIAL INVOICE

Page 14 of 15

DATE: September 10, 2016

INVOICE NO.: 201621761143

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Bangladesh

FACTORY NO. 102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO. BDNORKNIGAZ

| KMART | IN400 | SIDE STRIPE BODYCON ROYAL BLUE | 7 CARTONS | 7 AST | 25,620 USD AST | 179.34 USD |
|---|---|---|---|---|---|---|

ITEM: 680070838701
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT

STYLE NAME: WP9J0535510PL
WOMEN PLUS SIDE STRIPE BODYCON KNIT SKIRT
DETAIL OF THE GARMENTS: PLUS SIDE STRIPE BODYCON SKIRT WITH WAIST BANDS 2 PLY
WITH ELASTIC, ZIPPER AT BACK
LEG OPENING HEMMED, NO POCKETS, NO BUTTON,
MID THIGH TO KNEE LENGTH
FABRICATION: BODY– 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/S
HANGER CODE# 60140 & SIZER CODE# CS1Q . PRICE: HANGER $0.110 & SIZER $ .015
Size: 1X,2X,3X
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

CONTRACT NO. IN400
DC CODE PCD
DIVISION NO. Division 4
VENDOR ITEM CODE WP9J0535510PL
BINDING RULING # OR
PRECLASS #

REFERENCE NO. 801P
DEPARTMENT NO. 027
VENDOR NO. 8873
COUNTRY OF ORIGIN BANGLADESH
CATEGORY 642, RINONE

FACTORY NO. 102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO. BDNORKNIGAZ

| KMART | IN400 | SIDE STRIPE BODYCON ROYAL BLUE | 3 CARTONS | 3 AST | 21,960 USD AST | 65.55 USD |
|---|---|---|---|---|---|---|

ITEM: 680070835500
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT

STYLE NAME: WP9J0535510PL
WOMEN PLUS SIDE STRIPE BODYCON KNIT SKIRT
DETAIL OF THE GARMENTS: PLUS SIDE STRIPE BODYCON SKIRT WITH WAIST BANDS 2 PLY
WITH ELASTIC, ZIPPER AT BACK
LEG OPENING HEMMED, NO POCKETS, NO BUTTON,
MID THIGH TO KNEE LENGTH
FABRICATION: BODY– 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/S
HANGER CODE# 60140 & SIZER CODE# CS1Q . PRICE: HANGER $0.110 & SIZER $ .015
Size: 1X,2X,3X

# COMMERCIAL INVOICE

Page 15 of 15

DATE: September 10, 2018

INVOICE NO.: ZO1821781143

6873
PEARL GLOBAL INDUSTRIES LTD.
PJIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh

**SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

**FOB** Bangladesh

COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN400 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6573 |
| VENDOR ITEM CODE | WP9JB53510PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RKNONE |

FACTORY NO.     102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNIGAZ

PAYMENT TERM          Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER          OPEN ACCOUNT
LC#                          NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 308 | 308 | ASSORTMENTS | 6,760.62  USD |

TOTAL US DOLLARS SIX THOUSAND SEVEN HUNDRED SIXTY DOLLARS AND SIXTY-TWO CENTS ONLY.

(PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME    _____

EMPLOYEE TITLE    _____

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

MAEU

564137909

**Shipper**
NORP KNIT INDUSTRIES LTD.,
NORTH KHAILKUR, P.O. NATIONAL,
UNIVERSITY,
GAZIPUR-1704,BANGLADESH.

Booking No
578351651

Export reference
3310C0016551

297360502

**Consignee**
UNTO THE ORDER OF:
STANDARD CHARTERED BANK,
67 GULSHAN AVENUE,DHAKA 1212,
BANGLADESH.

**Notify Party**
KMART CORPORATION,
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179,U.S.A.***

| Vessel | Voyage No. |
|---|---|
| MARINE BIA | 812S |

| Port of Loading | Port of Discharge |
|---|---|
| Chittagong | Newark |

Place of Delivery
PCD,Chambersburg, PA 17201(Door)

**PARTICULARS FURNISHED BY SHIPPER**

Weight: 662.20 KGS    Measurement: 5.480 CBM

1 Container Said to Contain 308 Carton

WOMEN'S 90%POLYESTER 10%SPANDEX KNITTED DRESS
STYLE NO.  WP9JB53509JR
STYLE NO.  WP9JB53509PL
STYLE NO.  WP9JB53510JR
STYLE NO.  WP9JB53510PL
ORDER NO.  IN3ZK
ORDER NO.  IN3ZL
ORDER NO.  IN3ZY
ORDER NO.  IN400
REF NO. 801P QNTY- 1,992 PCs
CAT NO.642  HTS#6104.6320.11
VENDOR#8873 , DIV NO.4 , DEPT# 027,
INVOICE NO. 1061SERK23SG8 DATE: 30.08.2018
E-DOC INV NO.201821781143   DATE: 30.08.2018
EXP NO. 2486-39260-2018  DATE: 30.08.2018
Export L/C #  PGL-NORP/1061 DATE: 31.10.2017

RECEIVED FOR SHIPMENT: 10.09.2018
CONTAINER GATE-IN DATE: 13.09.2018
MOTHER VESSEL NAME: APL SANTIAGO V.039S

**Freight & Charges** | Rate | Unit | Currency | Prepaid | Collect

| Carrier's Receipt | Place of Issue of B/L |
|---|---|
| 1 container | Dhaka |

| Number & Sequence of Original B/L's | Date of Issue of B/L |
|---|---|
| 1/THREE | 2018-09-25 |

Declared Value

Shipped on Board Date ( Local Time )
2018-09-16

Signed for the Carrier Maersk Line A/S

MAERSK BANGLADESH LTD
As Agent(s)

This transport document has one or more numbered pages

BL 584137909                    Page 2

# MAERSK LINE

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 15/09/2018

K-MART
IN3ZK
IN3ZL
IN3ZY
IN400
ITEM NO :
860-05263490-4
860-05263491-2
860-05263492-0
860-05263497-9
860-05263544-8
860-05263545-5
880-05263882-2
880-05263883-0
880-05263884-8
880-05264373-1
880-05264374-9
880-05264375-6
860-07083087-2
860-07083110-2
860-07083257-1
860-07083548-3
860-07083552-5
860-07083553-3
860-07083028-6
860-07083554-1
860-07083556-6
880-07083607-3
860-07083870-1
860-07083880-0
MADE IN



| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

B . _ 584137909                                    Page : 3

# MAERSK LINE

BANGLADESH
CONTENTS: PCS

AMFU8731670  ML-BD0540526  40 DRY 9'6  306 Carton  662.20 KGS  5.460 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd
License Number : 1732/85
Date of Expiry   :  31 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (AMFU8731670;
WHICH CAN ONLY BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(584137903,584137904,584137905,584137906,584137907,584137908,584137909,5841
37910,584137911,584137912,584137913,584137914,584137915,584137916,584137917
,584137918,584137919)
COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY: ***KMART C/O UPS SUPPLY-CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE,CA,90502
PHONE(310)404-2792,FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO.

CY/SD

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

*1041 ḡ Rd - ẞ 2632*

# COMMERCIAL INVOICE

Page 1 of 6
DATE: September 10, 2018
INVOICE NO.: 201621621368

6673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO:   Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (UNS PER) |
|---|---|---|---|---|---|---|
| KMART | IN3ZN | FLOUNCE MAXI DRESS BLACK ONYX | 10 CARTONS | 10 AST | 59.750 USD AST | 607.50 USD |
| ITEM: | 540049615107 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | STYLE NAME: WPBAN12196MI  FOBS 7.25 DESCRIPTION: FLOUNCE MAXI DRESS (KNIT) NO SLEEVE, NO POCKET, NO ZIPPER, BOTTOM TREATMENT: TURNBACK HEMMED, GARMENT LENGTH IS FROM HIGH POINT BODICE TO ANKLE CUTTING & ASSEMBLY IN : BANGLADESH FABRICATION: CHINA FABRIC CONTENT: 95% RAYON, 5% SPANDEX JERSEY HANGER PACK HANGER CODE : 4848, CROWN SIZER COST: $0.072 | | | | |

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZN | REFERENCE NO. | 901P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 | |
| VENDOR ITEM CODE | WPBAN12196MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 636, RNONE | |

FACTORY NO.      102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.      BONORKNIGAZ

| KMART | IN3ZN | FLOUNCE MAXI DRESS BLACK ONYX | 31 CARTONS | 31 AST | 58.000 USD AST | 1,798.00 USD |
|---|---|---|---|---|---|---|
| ITEM: | 540049615131 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | STYLE NAME: WPBAN12196MI  FOBS 7.25 DESCRIPTION: FLOUNCE MAXI DRESS (KNIT) NO SLEEVE, NO POCKET, NO ZIPPER, BOTTOM TREATMENT: TURNBACK HEMMED, GARMENT LENGTH IS FROM HIGH POINT BODICE TO ANKLE CUTTING & ASSEMBLY IN : BANGLADESH FABRICATION: CHINA FABRIC CONTENT: 95% RAYON, 5% SPANDEX JERSEY HANGER PACK HANGER CODE : 4848, CROWN SIZER COST: $0.072 | | | | |

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZN | REFERENCE NO. | 901P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 | |
| VENDOR ITEM CODE | WPBAN12196MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 636, RNONE | |

FACTORY NO.      102781

# COMMERCIAL INVOICE

Page 2 of 6

DATE: September 10, 2018

INVOICE NO.: 201821621386

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

*FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZN | FLOUNCE MAXI DRESS BLACK ONYX | | 33 | 33 | 43.500 USD | 1,435.50 USD |
|-------|-------|-------------------------------|--|----|----|-----------|-------------|
| ITEM: | 640049616410 | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9AN12196MI   FOBS 7.25
DESCRIPTION: FLOUNCE MAXI DRESS (KNIT)
NO SLEEVE, NO POCKET, NO ZIPPER.
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT BODICE TO ANKLE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: CHINA
FABRIC CONTENT: 95% RAYON, 5% SPANDEX JERSEY
HANGER PACK
HANGER CODE : 4848, CROWN SIZER COST: $0.072

| CONTRACT NO. | IN3ZN | REFERENCE NO. | 801P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9AN12196MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZN | FLOUNCE MAXI DRESS BLACK ONYX | | 10 | 10 | 58.000 USD | 580.00 USD |
|-------|-------|-------------------------------|--|----|----|-----------|------------|
| ITEM: | 640040016106 | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9AN12196MI   FOBS 7.25
DESCRIPTION: FLOUNCE MAXI DRESS (KNIT)
NO SLEEVE, NO POCKET, NO ZIPPER.
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT BODICE TO ANKLE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: CHINA
FABRIC CONTENT: 95% RAYON, 5% SPANDEX JERSEY
HANGER PACK
HANGER CODE : 4848, CROWN SIZER COST: $0.072



# COMMERCIAL INVOICE

Page 3 of 6
DATE: September 10, 2018
INVOICE NO.: 201821621386

6673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Bangladesh

| CONTRACT NO. | IN32N | REFERENCE NO. | 601P |
| DC CODE | PCO | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 |
| VENDOR ITEM CODE | WP9AN12196M2 | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 636, RNONE |

FACTORY NO. 102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO. BDNORKNIGAZ

| KMART | IN32N | FLOUNCE MAXI DRESS CLOISONNE | | 20 CARTONS | 20 AST | 65.250 USD AST | 1,305.00 USD |
| ITEM: | 640049616234 |
| MADE IN | BANGLADESH |
| CONTENTS | 1 ASSORTMENT |

STYLE NAME: WP9AN12196M8  FOB$ 7.25
DESCRIPTION: FLOUNCE MAXI DRESS (KNIT)
NO SLEEVE, NO POCKET, NO ZIPPER.
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT BODICE TO ANKLE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: CHINA
FABRIC CONTENT: 95% RAYON, 5% SPANDEX JERSEY
HANGER PACK
HANGER CODE : 464B, CROWN SIZER COST: $0.072

| CONTRACT NO. | IN32N | REFERENCE NO. | 601P |
| DC CODE | PCO | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 |
| VENDOR ITEM CODE | WP9AN12196M2 | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 636, RNONE |

FACTORY NO. 102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO. BDNORKNIGAZ

| KMART | IN32N | FLOUNCE MAXI DRESS CLOISONNE | | 20 CARTONS | 29 AST | 43.500 USD AST | 1,261.50 USD |
| ITEM: | 640049616263 |
| MADE IN | BANGLADESH |
| CONTENTS | 1 ASSORTMENT |

STYLE NAME: WP9AN12196M8  FOB$ 7.25
DESCRIPTION: FLOUNCE MAXI DRESS (KNIT)
NO SLEEVE, NO POCKET, NO ZIPPER.
BOTTOM TREATMENT- TURNBACK HEMMED.

# COMMERCIAL INVOICE

Page 4 of 6

DATE: September 10, 2018

INVOICE NO.: 201621521358

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Bangladesh

GARMENT LENGTH IS FROM HIGH POINT BODICE TO ANKLE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: CHINA
FABRIC CONTENT: 95% RAYON, 5% SPANDEX JERSEY
HANGER PACK
HANGER CODE : 484B, CROWN SIZER COST: $0.072

| CONTRACT NO. | IN3ZN | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9AN12196MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 636, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BONORKONGAZ

| KMART | IN3ZN | FLOUNCE MAXI DRESS CLOISONNE | | 8 | 6 | 43.500 USD | 348.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 154004961828I | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9AN12196MI   FOB $ 7.25
DESCRIPTION: FLOUNCE MAXI DRESS (KNIT)
NO SLEEVE, NO POCKET, NO ZIPPER.
BOTTOM TREATMENT: TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT BODICE TO ANKLE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: CHINA
FABRIC CONTENT: 95% RAYON, 5% SPANDEX JERSEY
HANGER PACK
HANGER CODE : 484B, CROWN SIZER COST: $0.072

| CONTRACT NO. | IN3ZN | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9AN12196MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 636, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BONORKONGAZ



# COMMERCIAL INVOICE

Page 5 of 8
DATE: September 10, 2018
INVOICE NO.: 2018251288

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Bangladesh

| KMART | IN32N | FLOUNCE MAXI DRESS CLOISONNE | 18 CARTONS | 16 AST | 50.750 USD AST | 812.50 USD |
|---|---|---|---|---|---|---|

ITEM:  54004901832S
MADE IN  BANGLADESH
CONTENTS  1 ASSORTMENT

STYLE NAME: WPSAN1219016   FOOS 7.25
DESCRIPTION: FLOUNCE MAXI DRESS (KNIT)
NO SLEEVE, NO POCKET, NO ZIPPER.
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT BODICE TO ANKLE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: CHINA
FABRIC CONTENT: 95% RAYON, 5% SPANDEX JERSEY
HANGER PACK
HANGER CODE : 4846, CROWN SIZER COST: $0.072

CONTRACT NO.  IN32N
DC CODE  PCO
DIVISION NO.  Division 4
VENDOR ITEM CODE  WPSAN1219016M
BINDING RULING # OR  PRECLASS II

REFERENCE NO.  801P
DEPARTMENT NO.  027
VENDOR NO.  YM73
COUNTRY OF ORIGIN  BANGLADESH
CATEGORY  636, RNONE

FACTORY NO.  102751
NCRP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.  BDNCRBGNGAZ

PAYMENT TERM  Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER  OPEN ACCOUNT
LCF  NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 159 | 159 | ASSORTMENTS | 8,149.00 USD |

TOTAL US DOLLARS EIGHT THOUSAND ONE HUNDRED FORTY-NINE DOLLARS AND ZERO CENTS ONLY.

# COMMERCIAL INVOICE

Page 6 of 6

DATE: September 10, 2016

INVOICE NO.: 201021821366

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
2333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh

MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

*1061 ρck 23.432*
*K-mart*

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

SCAC **MAEU**

B/L No. **584137903**

| | |
|---|---|
| Shipper<br>NORP KNIT INDUSTRIES LTD,<br>NORTH KHAILKUR, P.O. NATIONAL,<br>UNIVERSITY,<br>GAZIPUR-1704, BANGLADESH. | Booking No.<br>S78351651 |
| | Export reference<br>331c00016552 |
| | Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant) |

| | |
|---|---|
| Consignee (negotiable only if consigned "to order", "to order of a named Person or "to order of bailee")<br>UNTO THE ORDER OF:<br>STANDARD CHARTERED BANK,<br>67 GULSHAN AVENUE, DHAKA 1212,<br>BAN GLADESH. | Notify Party (see clause 22)<br>KMART CORPORATION,<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,<br>ILLINOIS 60179, U.S.A. *** |

SC Carriers
297368502

| Vessel (as clause 1 & 19)<br>MARINE 81A | Voyage No.<br>8125 | Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
|---|---|---|
| Port of Loading<br>Chittagong | Port of Discharge<br>Newark | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1)<br>PCD, Chambersburg, PA 17201(Door) |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| | 924.86 KGS | 5.750 CBM |

1 Container Said to Contain 159 Carton

WOMEN'S 95% RAYON 5% SPANDEX KNITTED DRESS
STYLE NO. WP9AN12196MI
ORDER NO. IN3ZN
REF NO. 801P QNTY- 1,124 PCS
CAT NO.636 HTS#6110.3030,59
VENDOR#8873 , DIV NO.4 , DEPT# 027,
INVOICE NO. 1061SERK23432 DATE: 01.09.2018
E-DOC INV NO.2018218213BB DATE: 01.09.2018
EXP NO. 2486-40070-2018 DATE: 03.09.2018
Export L/C # PGL-NORP/1061 DATE: 31.10.2017

RECEIVED FOR SHIPMENT: 10.09.2018
CONTAINER GATE-IN DATE: 13.09.2018
MOTHER VESSEL NAME: APL SANTIAGO V.0395

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 15/09/2018

K-MART

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier.<br>1 container | Place of Issue of B/L<br>Dhaka | |
| Number & Sequence of Original B(s)/L<br>1/THREE | Date of Issue of B/L<br>2018-09-25 | |
| Declared Value (see clause 7.3)<br> | Shipped on Board Date ( Local Time )<br>2018-09-16 | |

This transport document has one or more numbered pages

Signed for the Carrier Maersk Line A/S

MAERSK BANGLADESH LTD
As Agent(s)

327

B／L 584137903          Page    2

# MAERSK LINE

IN3ZN
ITEM NO :
540049615107
540049615131
540049616410
540049618168
540049618234
540049618283
540049618291
540049618325
MADE IN
BANGLADESH
CONTENTS:

AMFU8731670  ML-BD0540526  40 DRY 9'6  159 Carton  721.86 KGS  5.750 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd
License Number : 1732/85
Date of Expiry  : 31 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (AMFU8731670)
WHICH CAN ONLY BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(584137903,584137904,584137905,584137906,584137907,584137908,584137909,584
137910,584137911,584137912,584137913,584137914,584137915,584137916,584137917
,584137918,584137919)
COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY  ***KMART C/O UPS SUPPLY CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE,CA 90502
PHONE(310)404-2792;FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO.

| Freight & Charges | Rate | APM | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |



# COMMERCIAL INVOICE

Page 1 of 10

DATE: September 10, 2018

INVOICE NO.: 201821600310

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 445
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO:  Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN41A | EMBROIDERED TANK CORE WHITE | 15 CARTONS | 15 AST | 32.480 USD AST | 487.20 USD |
| ITEM: | 780063047127 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE78874MI   FOB$ 4.64
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 15ST/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: HANGER CODE 4848 $0.072/PC

| CONTRACT NO. | IN41A | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78874MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.       102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR.
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN41A | EMBROIDERED TANK CORE WHITE | 19 CARTONS | 19 AST | 32.480 USD AST | 617.12 USD |
| ITEM: | 780063047127 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE78874MI   FOB$ 4.64
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 15ST/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: HANGER CODE 4848 $0.072/PC

| CONTRACT NO. | IN41A | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78874MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.       102761

# COMMERCIAL INVOICE

DATE: September 10, 2016
INVOICE NO.: 2016210503316

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Chambersburg, PA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN41A | EMBROIDERED TANK CORE WHITE | | 13 | 13 | 37.120  USD | 482.56  USD |
|-------|-------|------------------------------|---|----|----|-------------|-------------|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780063647135 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78074MI  FOB$ 4.64
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN-CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 16ST/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: HANGER CODE 484B $0.072/PC

| CONTRACT NO. | IN41A | REFERENCE NO. | 601P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9BE78074MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN41A | EMBROIDERED TANK CORE WHITE | | 4 | 4 | 37.120  USD | 148.48  USD |
|-------|-------|------------------------------|---|----|----|-------------|-------------|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780063647135 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78074MI  FOB$ 4.64
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN-CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 16ST/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: HANGER CODE 484B $0.072/PC

## COMMERCIAL INVOICE

DATE: September 10, 2018
INVOICE NO.: 2018231600316

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:    Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN41A | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE78874MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN41A | EMBROIDERED TANK CORE WHITE | | 9 | 9 | 41.760 USD | 375.84 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780063647143 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78874MI    FOB$ 4.64
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 1557/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: HANGER CODE 4848 $0.072/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN41A | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE78874MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN41A | EMBROIDERED TANK CORE WHITE | | 1 | 1 | 41.760 USD | 41.76 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780063647143 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78874MI    FOB$ 4.64
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH

## COMMERCIAL INVOICE

DATE: September 10, 2018

INVOICE NO.: 2018521860316

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 16ST/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: HANGER CODE 4849 $0.072/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN41A | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE76874MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.    102761

NORP KNIT INDUSTRIES LTD (UNIT 1)

NORTH KHAILKUR,

P.O. NATIONAL UNIVERSITY,

GAZIPUR

Bangladesh

FTY MID NO.    BDNORKNIGAZ

| KMART | IN41A | EMBROIDERED TANK CORE WHITE | | 10 | 16 | 27.840 USD | 445.44 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 760063647150 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE76874MI  FOB$ 4.64
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 16ST/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: HANGER CODE 4849 $0.072/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN41A | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE76874MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.    102761

NORP KNIT INDUSTRIES LTD (UNIT 1)

NORTH KHAILKUR,

P.O. NATIONAL UNIVERSITY,

GAZIPUR

Bangladesh

FTY MID NO.    BDNORKNIGAZ

# COMMERCIAL INVOICE

DATE: September 10, 2016

INVOICE NO.: 201621660016

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      KMART CORPORATION
         3333 Beverly Road
         Hoffman Estates, IL 60179
         US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO:  Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN41A | EMBROIDERED TANK CORE WHITE | | 13 | 13 | 27.840 USD | 361.92 USD |
|-------|-------|------------------------------|--|-----------|-----|-----------|-----------|
| | | | | CARTONS | AST | AST | |

ITEM:        780063647150
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP9BE78674MI   FOB$ 4.64
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 1687/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: HANGER CODE 484B $0.072/PC

| CONTRACT NO. | IN41A | REFERENCE NO. | 602P |
|--------------|-------|----------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78674MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.      102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.      BDNORIGNGAZ

| KMART | IN41A | EMBROIDERED TANK PEACH AMBER | | 15 | 15 | 32.480 USD | 487.20 USD |
|-------|-------|-------------------------------|--|-----------|-----|-----------|-----------|
| | | | | CARTONS | AST | AST | |

ITEM:        780063651366
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP9BE78674MI   FOB$ 4.64
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 1687/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: HANGER CODE 484B $0.072/PC

| CONTRACT NO. | IN41A | REFERENCE NO. | 601P |
|--------------|-------|----------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78674MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.      102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR

## COMMERCIAL INVOICE

Page 6 of 10
DATE: September 10, 2018
INVOICE NO.: 2018218600318

5873
PEARL GLOBAL INDUSTRIES LTD.
PQIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122010

TO:        KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN41A | EMBROIDERED TANK PEACH AMBER | | 17 CARTONS | 17 AST | 32.480 USD AST | 552.16 USD |
|-------|-------|------------------------------|--|------------|--------|----------------|------------|

ITEM:        780063651398
MADE IN        BANGLADESH
CONTENTS        1 ASSORTMENT

STYLE NAME: WP9BE78874MI    FOB$ 4.64
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 155T/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: HANGER CODE 4849 $0.072/PC

| CONTRACT NO. | IN41A | REFERENCE NO. | 802P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5873 |
| VENDOR ITEM CODE | WP9BE78874MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR,
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN41A | EMBROIDERED TANK PEACH AMBER | | 15 CARTONS | 15 AST | 27.840 USD AST | 417.60 USD |
|-------|-------|------------------------------|--|------------|--------|----------------|------------|

ITEM:        780063651376
MADE IN        BANGLADESH
CONTENTS        1 ASSORTMENT

STYLE NAME: WP9BE78874MI    FOB$ 4.64
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 155T/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: HANGER CODE 4849 $0.072/PC

| CONTRACT NO. | IN41A | REFERENCE NO. | 801P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5873 |
| VENDOR ITEM CODE | WP9BE78874MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.        102761

## COMMERCIAL INVOICE

Page 7 of 10
DATE: September 10, 2018
INVOICE NO.: 201821850316

6673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN41A | EMBROIDERED TANK PEACH AMBER | 12 CARTONS | 12 AST | 27.840 USD AST | 334.08 USD |
|-------|-------|------------------------------|------------|--------|----------------|------------|

ITEM:        760063651376
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP9BE78874MI   FOB$ 4.64
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 15ST/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: HANGER CODE 464B $0.072/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN41A | REFERENCE NO. | 302P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 | |
| VENDOR ITEM CODE | WP9BE78874MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | |

FACTORY NO.        102751
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN41A | EMBROIDERED TANK PEACH AMBER | 18 CARTONS | 18 AST | 37.120 USD AST | 668.16 USD |
|-------|-------|------------------------------|------------|--------|----------------|------------|

ITEM:        760063651384
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP9BE78874MI   FOB$ 4.64
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 15ST/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: HANGER CODE 464B $0.072/PC



# COMMERCIAL INVOICE

Page 8 of 10
DATE: September 10, 2018
INVOICE NO.: 201821660316

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg, PA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN41A | REFERENCE NO. | 601P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE78874MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | |

FACTORY NO. 102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN41A | EMBROIDERED TANK PEACH AMBER | | 5 CARTONS | 5 AST | 37.120 USD AST | 185.60 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 780063651384 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78874MI   FOB$ 4.64
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 16ST/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: HANGER CODE 494B $0.072/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN41A | REFERENCE NO. | 602P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE78874MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | |

FACTORY NO. 102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN41A | EMBROIDERED TANK PEACH AMBER | | 3 CARTONS | 3 AST | 46.400 USD AST | 139.20 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 780063651382 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78874MI   FOB$ 4.64
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH

## COMMERCIAL INVOICE

Page 9 of 10

DATE: September 10, 2018

INVOICE NO.: 201821800316

8073
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
      3333 Beverly Road
      Hoffman Estates, IL 60179
      US

SHIPPED FROM:  Chittagong, Bangladesh
MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:   Chambersburg , PA

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 15ST/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK:  HANGER CODE 484B $0.072/PC

| CONTRACT NO. | IN41A | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP96ET8874MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.       102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR.
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN41A | EMBROIDERED TANK PEACH AMBER | | 1 | 1 | 46,400  USD | 46.40  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM:        780063651392
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP96ET8874MI   FOB$ 4.64
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
ENB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 16ST/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: HANGER CODE 484B $0.072/PC

| CONTRACT NO. | IN41A | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP96ET8874MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.       102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR.
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

PAYMENT TERM       Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT
LC#                NO LC

## COMMERCIAL INVOICE

Page 10 of 10

DATE: September 10, 2018

INVOICE NO.: 201621860316

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 176 | 176 | ASSORTMENTS | 5,790.72  USD |

TOTAL US DOLLARS FIVE THOUSAND SEVEN HUNDRED NINETY DOLLARS AND SEVENTY-TWO CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME   _____

EMPLOYEE TITLE   _____

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

scac MAEU

B/L No. 584137905

Shipper
NORP KNIT INDUSTRIES LTD,
NORTH KHAILKUR, P.O. NATIONAL,
UNIVERSITY,
GAZIPUR-1704,BANGLADESH.

Booking no.
578351651

Export references
331c0016551

297368502

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

Consignee (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer")
UNTO THE ORDER OF:
STANDARD CHARTERED BANK,
67 GULSHAN AVENUE,DHAKA 1212,
BANGLADESH.

Notify Party (see clause 22)
KMART CORPORATION.
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179,U.S.A.***

Vessel (see clause 1 + 19)
MARINE BIA

Voyage No.
8125

Place of Receipt. Applicable only when document used as Multimodal Transport b/L (see clause 1)

Port of Loading
Chittagong

Port of Discharge
Newark

Place of Delivery. Applicable only when document used as Multimodal Transport b/L. (see clause 1)
PCD,Chambersburg, PA 17201(Door)

**PARTICULARS FURNISHED BY SHIPPER**

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 176 Carton<br><br>WOMEN'S 100%COTTON KNITTED TOP<br>STYLE NO. WP9BE78874MI<br>ORDER NO. IN41A<br>REF NO. 801P QNTY- 1,248 PCs<br>CAT NO.339 HTS#6110.2020.77<br>VENDOR#9873 , DIV NO.4 , DEPT# 027,<br>INVOICE NO. 1061SERK23442 DATE:01.09.2018<br>E-DOC INV NO.201821860316 DATE:01.09.2018<br>EXP NO. 2486-39840-2018 DATE:03.09.2018<br>Export L/C #  PGL-NORP/1061 DATE:31.10.2017<br><br>RECEIVED FOR SHIPMENT: 10.09.2018<br>CONTAINER GATE-IN DATE: 13.09.2018<br>MOTHER VESSEL NAME: APL SANTIAGO V.039S<br><br>CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 15/09/2018<br><br>K-MART | 286.88 KGS | 3.670 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|---|

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier. | Place of Issue of B/L | |
|---|---|---|
| 1 container | Dhaka | |
| Number & Sequence of Original B(s)/L | Date of Issue of B/L | |
| 1/THREE | 2018-09-25 | |
| Declared Value (see clause 7.3) | Shipped on Board Date (Local Time) | |
| | 2018-09-16 | |

Signed for the Carrier Maersk Line A/S

MAERSK BANGLADESH LTD
As Agent(s)

This transport document has one or more numbered pages.

B/L. 584137905                    Page : 2

# MAERSK LINE

IN41A
ITEM NO :
780-06364712-7
780-06364712-7
780-06364713-5
780-06364713-5
780-06364714-3
780-06364714-3
780-06364715-0
780-06364715-0
780-06365136-8
780-06365136-8
780-06365137-6
780-06365137-6
780-06365138-4
780-06365138-4
780-06365139-2
780-06365139-2
MADE IN
BANGLADESH
CONTENTS: PCS

AMFU8731670 ML-BD0540526 40 DRY 9'6 176-Carton 286.88 KGS 3.670 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd
License Number : 1732/85
Date of Expiry   : 31 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (AMFU8731670)
WHICH CAN ONLY BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(584137903,584137904,584137905,584137906,584137907,584137908,584137909,5841
37910,584137911,584137912,584137913,584137914,584137915,584137916,584137917
,584137918,584137919)

| Freight Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

B L 584157905                              Page . 3

# MAERSK LINE

COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY: ***KMART C/O UPS SUPPLY CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE,CA,90502
PHONE(310)404-2792,FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO.

CY/SD

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

*1061 ........ 2344*

# COMMERCIAL INVOICE

DATE: September 10, 2018

INVOICE NO.: 201821930612

6673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh       SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN40D | SLEEVELESS EMBROIDERPEACH AMBER | 32 CARTONS | 32 AST | 32.040 USD AST | 1,025.28 USD |
| ITEM: | 430063723092 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9DE75574PL  FOB$ 5.34
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH, STITCH COUNT HORZ 15/VERT 15 ST/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY .
HANGING PACK: CODE - 4790 PRICE - $0.053/PC

| CONTRACT NO. | IN40D | REFERENCE NO. | 601P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 |
| VENDOR ITEM CODE | WP9DE75574PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.     102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNIGAZ

| KMART | IN40D | SLEEVELESS EMBROIDERPEACH AMBER | 26 CARTONS | 26 AST | 37.380 USD AST | 934.50 USD |
|---|---|---|---|---|---|---|
| ITEM: | 430063723100 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9DE75574PL  FOB$ 5.34
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 15ST/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK CODE - 4790 PRICE - $0.053/PC

| CONTRACT NO. | IN40D | REFERENCE NO. | 601P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 |
| VENDOR ITEM CODE | WP9DE75574PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.     102761

# COMMERCIAL INVOICE

Page 2 of 4
DATE: September 10, 2018
INVOICE NO.: 201821933812

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Chambersburg , PA
**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN40D | SLEEVELESS EMBROIDERPEACH AMBER | | 5 | 5 | 32,040 USD | 192.24 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 430063723126 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78974PL   FOB$ 5.34
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION:BANGLADESH, STITCH COUNT HORZ/VERT 15ST/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: CODE - 4798 PRICE - $0.063/PC

| **CONTRACT NO.** | IN40D | **REFERENCE NO.** | 801P |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8873 |
| **VENDOR ITEM CODE** | WP9BE78974PL | **COUNTRY OF ORIGIN** | BANGLADESH |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 339, RNONE |

**FACTORY NO.**        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN40D | SLEEVELESS EMBROIDERCORE WHITE | | 32 | 32 | 37,380 USD | 1,196.16 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 430063723167 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78974PL   FOB$ 5.34
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION:BANGLADESH
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: CODE - 4798 PRICE - $0.063/PC

# COMMERCIAL INVOICE

DATE: September 10, 2018
INVOICE NO.: 201821833812

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:    Chambersburg , PA

FOB Bangladesh

| CONTRACT NO. | IN40D | REFERENCE NO. | 601P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE78874PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN40D | SLEEVELESS EMBROIDERCORE WHITE | | 48 | 48 | 32.040 USD | 1,537.92 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 430003723175 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78874PL    FOB$ 5.34
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - NORZZVET 15STCM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: CODE - 4798 PRICE - $0.083/PC

| CONTRACT NO. | IN40D | REFERENCE NO. | 601P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE78874PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN40D | SLEEVELESS EMBROIDERCORE WHITE | | 16 | 16 | 32.040 USD | 512.64 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 430003723183 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78874PL    FOB$ 5.34
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH

## COMMERCIAL INVOICE

Page 4 of 4

DATE: September 10, 2018

INVOICE NO.: 201821033812

8073
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Chambersburg , PA

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 15ST/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: CODE - 4729 PRICE - $0.063/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN40D | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 927 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | WP9BE78674PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.       102751
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

| | |
|---|---|
| PAYMENT TERM | Open Acct |
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |
| LC# | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 159 | 159 | ASSORTMENTS | 5,398.74  USD |

TOTAL US DOLLARS FIVE THOUSAND THREE HUNDRED NINETY-EIGHT DOLLARS AND SEVENTY-FOUR CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME       ------------------------------

EMPLOYEE TITLE       ------------------------------

*1061 f mun 23444*
*Kmut*

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

SCAC  MAEU

B/L No. 584137904

**Shipper**
NORP KNIT INDUSTRIES LTD,
NORTH KHAILKUR, P.O. NATIONAL,
UNIVERSITY,
GAZIPUR-1704,BANGLADESH.

**Booking No.**
578351651

**Export references**
331c0016551

Svc Contract
297368502

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

**Consignee (negotiable only if consigned "to order", "to order of a Named Person or "to order of bearer")**
UNTO THE ORDER OF:
STANDARD CHARTERED BANK,
67 GULSHAN AVENUE,DHAKA 1212,
BANGLADESH.

**Notify Party (see clause 20)**
KMART CORPORATION,
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179,U.S.A.***

| Vessel (see clause 1 + 19) | Voyage No. | Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
|---|---|---|
| MARINE BIA | 812S | |

| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
|---|---|---|
| Chittagong | Newark | PCD,Chambersburg, PA 17201(Door) |

**PARTICULARS FURNISHED BY SHIPPER**

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 159 Carton | 242.85 KGS | 3.570 CBM |

WOMEN'S 100%COTTON KNITTED TOP
STYLE NO. WP9BE78874PL
ORDER NO. IN40D
REF NO. 801P QNTY- 1,011 PCs
CAT NO.339 HTS#6110.2020.77
VENDOR#8673 , DIV NO.4 , DEPT# 027,
INVOICE NO. 1061SERK23444 DATE:01.09.2018
E-DOC INV NO.2018219336912 DATE:01.09.2018
EXP NO. 2466-39839-2018 DATE:03.09.2018
Export L/C #  PGL-NORP/4061 DATE:31.10.2017

RECEIVED FOR SHIPMENT: 10.09.2018
CONTAINER GATE-IN DATE: 13.09.2018
MOTHER VESSEL NAME: APL SANTIAGO V.039S

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 15/09/2018

K-MART

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|---|

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier. | Place of Issue of B/L |
|---|---|
| 1 container | Dhaka |

| Number & Sequence of Original B(s)/L | Date of Issue of B/L |
|---|---|
| 1/THREE | 2018-09-25 |

| Declared Value (see clause 7.3) | Shipped on Board Date (Local Time) |
|---|---|
| | 2018-09-16 |

Signed for the Carrier Maersk Line A/S

MAERSK BANGLADESH LTD
As Agent(s)

This transport document has one or more numbered pages

B _ 584137904                Page : 2

# MAERSK LINE

IN4DD
ITEM NO :
430-06372309-2
430-06372310-0
430-06372312-6
430-06372316-7
430-06372317-5
430-06372318-3
MADE IN
BANGLADESH
CONTENTS: PCS

AMFU8731670  ML-BD0540526  40 DRY 9'6  159 Carton  242.85 KGS  3.570 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd
License Number : 1732/85
Date of Expiry  : 31 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (AMFU8731670)
WHICH CAN ONLY BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(584137903,584137904,584137905,584137906,584137907,584137908,584137909,5841
37910,584137911,584137912,584137913,584137914,584137915,584137916,584137917
584137918,584137919)
COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY: ***KMART C/O UPS SUPPLY CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE,CA 90502
PHONE(310)404-2792,FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO.

O* ED

| Description of Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

# COMMERCIAL INVOICE

Page 1 of 15
DATE: September 17, 2018
INVOICE NO.: 201821068512

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL PLOT NO. 448
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Bangladesh

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART    IN3ZE | LACE UP YUMMY COLD SROYAL BLUE | 34 CARTONS | 34 AST | 20.700 USD AST | 703.80 USD |
| ITEM:    800052492493 MADE IN    BANGLADESH CONTENTS    1 ASSORTMENT | STYLE NAME WP9JB78520JR DESCRIPTIONS LACE UP COLD SHOULDER TUNIC DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH BOTTOM HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON, NO ZIPPER BODY LENGTH SHOULDER TO THIGH FABRICATION BODY 90% POLYESTER 10% SPANDEX KNIT BODY FABRIC WEIGHT 176 GSM STITCH COUNT PER 1 CM VERTICAL- 12 / HORIZONTAL-10 1000+40D HANGER CODE 4648 COUNTRY OF ORIGIN [FABRIC] CHINA COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH BOTTOM TREATMENT-HEMMED | | | | |

| CONTRACT NO. | IN32E | REFERENCE NO. | 601C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9JB78520JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN5ZE | LACE UP YUMMY COLD SROYAL BLUE | 8 CARTONS | 8 AST | 27.600 USD AST | 220.80 USD |
|---|---|---|---|---|---|---|
| ITEM:    800052492543 MADE IN    BANGLADESH CONTENTS    1 ASSORTMENT | | STYLE NAME WP9JB78520JR DESCRIPTIONS LACE UP COLD SHOULDER TUNIC DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH BOTTOM HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON, NO ZIPPER BODY LENGTH SHOULDER TO THIGH FABRICATION BODY 90% POLYESTER 10% SPANDEX KNIT BODY FABRIC WEIGHT 176 GSM STITCH COUNT PER 1 CM VERTICAL- 12 / HORIZONTAL-10 1000+40D HANGER CODE 4648 COUNTRY OF ORIGIN [FABRIC] CHINA COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH BOTTOM TREATMENT-HEMMED | | | | |

| CONTRACT NO. | IN3ZE | REFERENCE NO. | 601C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9J378520JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

# COMMERCIAL INVOICE

Page 2 of 15

DATE: September 17, 2018

INVOICE NO.: 201821996512

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN3ZE | LACE UP YUMMY COLD SROYAL BLUE | 26 CARTONS | 26 AST | 24.150 USD AST | 627.90 USD |
|-------|-------|--------------------------------|------------|--------|----------------|------------|
| ITEM: | 060052492600 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME WP9JB78520JR
DESCRIPTION'S LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH
BOTTOM HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON, NO ZIPPER
BODY LENGTH SHOULDER TO THIGH
FABRICATION BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT 175 GSM
STITCH COUNT PER 1 CM VERTICAL- 12 / HORIZONTAL-10 100D+40D
HANGER CODE 4849
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZE | REFERENCE NO. | 601C |
|---|---|---|---|
| DC CODE | OCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB78520JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN3ZE | LACE UP YUMMY COLD SBLACK FLORAL | 34 CARTONS | 34 AST | 20.700 USD AST | 703.80 USD |
|-------|-------|----------------------------------|------------|--------|----------------|------------|
| ITEM: | 060052494440 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME WP9JB78520JR
DESCRIPTION'S LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH
BOTTOM HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON, NO ZIPPER
BODY LENGTH SHOULDER TO THIGH
FABRICATION BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT 175 GSM
STITCH COUNT PER 1 CM VERTICAL- 12 / HORIZONTAL-10 100D+40D
HANGER CODE 4849
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

# COMMERCIAL INVOICE

Page 3 of 16
DATE: September 17, 2016
INVOICE NO.: 201821066512

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh    SHIPPED TO:  Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| CONTRACT NO. | IN3ZE | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB78520JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        102781
HORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZE | LACE UP YUMMY COLD SBLACK FLORAL | | 8 | 8 | 27.600 USD | 220.80 USD |
| | | | | CARTONS | AST | | AST |
| ITEM: | 660052498490 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME WP9JB78520JR
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH
BOTTOM HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON, NO ZIPPER
BODY LENGTH SHOULDER TO THIGH
FABRICATION BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT 176 GSM
STITCH COUNT PER 1 CM VERTICAL- 12 / HORIZONTAL-10 1000+40D
HANGER CODE 484B
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZE | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB78520JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        102781
HORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART... | IN3ZE | LACE UP YUMMY COLD SBLACK FLORAL | | 26 | 26 | 24.150 USD | 627.90 USD |
| | | | | CARTONS | AST | | AST |
| ITEM: | 660052501188 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME WP9JB78520JR
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC

# COMMERCIAL INVOICE

Page 4 of 15
DATE: September 17, 2018
INVOICE NO.: 201821065512

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH
BOTTOM HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON, NO ZIPPER
BODY LENGTH SHOULDER TO THIGH
FABRICATION BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT 175 GSM
STITCH COUNT PER 1 CM :VERTICAL- 12 / HORIZONTAL-10 100D+40D
HANGER CODE 4846
COUNTRY OF ORIGIN (FABRIC)  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZE | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9J078520JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZE | LACE UP YUMMY COLD SHUMBA RED | | 30 | 30 | 20.700  USD | 621.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | AST |
| ITEM: | 860052506080 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | | |

STYLE NAME WP9J078520JR
DESCRIPTION: LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH
BOTTOM HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON, NO ZIPPER
BODY LENGTH SHOULDER TO THIGH
FABRICATION BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT 175 GSM
STITCH COUNT PER 1 CM :VERTICAL- 12 / HORIZONTAL-10 100D+40D
HANGER CODE 4846
COUNTRY OF ORIGIN (FABRIC)  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZE | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | DMelon 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9J078520JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 5 of 15

DATE: September 17, 2018

INVOICE NO.: 201821056512

8873
PEARL GLOBAL INDUSTRIES LTD,
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Bangladesh

| KMART | IN32E | LACE UP YUMMY COLD SRUMBA RED | | 4 | 4 | 27,600  USD | 110.40  USD |
|-------|-------|-------------------------------|--|----|----|----------|----------|
| ITEM: | 860052509163 | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME WP9JB78520JR
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH
BOTTOM HEM AND SLEEVE HEM. NO POCKETS, NO BUTTON, NO ZIPPER
BODY LENGTH SHOULDER TO THIGH
FABRICATION BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT 175 GSM
STITCH COUNT PER 1 CM VERTICAL- 12 / HORIZONTAL-10 100D+40D
HANGER CODE 484B
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN32E | REFERENCE NO. | 601C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB78520JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN32E | LACE UP YUMMY COLD SRUMBA RED | | 22 | 22 | 24,150  USD | 531.30  USD |
|-------|-------|-------------------------------|--|----|----|----------|----------|
| ITEM: | 860052509379 | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME WP9JB78520JR
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH
BOTTOM HEM AND SLEEVE HEM. NO POCKETS, NO BUTTON, NO ZIPPER
BODY LENGTH SHOULDER TO THIGH
FABRICATION BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT 175 GSM
STITCH COUNT PER 1 CM VERTICAL- 12 / HORIZONTAL-10 100D+40D
HANGER CODE 484B
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN32E | REFERENCE NO. | 601C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB78520JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    102761

# COMMERCIAL INVOICE

DATE: September 17, 2018

INVOICE NO.: 2018210660512

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma ,CA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZE | LACE UP YUMMY COLD SHRIDAL, ROSE | | 30 | 30 | 20.700  USD | 621.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 860052514855 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME WP9J878520JR
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH
BOTTOM HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON, NO ZIPPER
BODY LENGTH SHOULDER TO THIGH
FABRICATION BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT 175 GSM
STITCH COUNT PER 1 CM VERTICAL- 12 / HORIZONTAL-10 100D+40D
HANGER CODE 484B
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZE | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9J878520JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        102791
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZE | LACE UP YUMMY COLD SHRIDAL, ROSE | | 4 | 4 | 27.600  USD | 110.40  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 860052514855 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME WP9J878520JR
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH
BOTTOM HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON, NO ZIPPER
BODY LENGTH SHOULDER TO THIGH
FABRICATION BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT 175 GSM
STITCH COUNT PER 1 CM VERTICAL- 12 / HORIZONTAL-10 100D+40D
HANGER CODE 484B
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

# COMMERCIAL INVOICE

DATE: September 17, 2018

INVOICE NO.: 201621086512

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Bangladesh

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | IN3ZE | REFERENCE NO. | 801C | | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | | |
| VENDOR ITEM CODE | WP9JB78520JR | COUNTRY OF ORIGIN | BANGLADESH | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE | | |

FACTORY NO.     102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNIGAZ

| KMART | IN3ZE | LACE UP YUMMY COLD S8RIDAL ROSE | 22 | 22 | 24.150 USD | 531.30 USD |
|---|---|---|---|---|---|---|
| ITEM: | 880062514882 | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME WP9JB78520JR
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH
BOTTOM HEM AND SLEEVE HEM. NO POCKETS, NO BUTTON, NO ZIPPER
BODY LENGTH SHOULDER TO THIGH
FABRICATION BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT 175 GSM
STITCH COUNT PER 1 CM (VERTICAL- 12 / HORIZONTAL-10 100D+40D
HANGER CODE 4848
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | IN3ZE | REFERENCE NO. | 801C | | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | | |
| VENDOR ITEM CODE | WP9JB78520JR | COUNTRY OF ORIGIN | BANGLADESH | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE | | |

FACTORY NO.     102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNIGAZ

| KMART | IN3ZF | LACE UP YUMMY COLD SROYAL BLUE | 4 | 4 | 24.660 USD | 98.64 USD |
|---|---|---|---|---|---|---|
| ITEM: | 880062514002 | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME WP9JB78520RL
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC

# COMMERCIAL INVOICE

Page 8 of 16
DATE: September 17, 2018
INVOICE NO.: 2018219560512

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Bangladesh

DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH BOTTOM
HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON , NO PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST, BOTTOM TREATMENT-HEMMED
FABRICATION: BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10
HANGER CODE # 4798
COUNTRY OF ORIGIN [FABRIC]  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| CONTRACT NO. | IN32F | REFERENCE NO. | 601C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9JB78520PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.   102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.   BDNORKNIGAZ

| KMART | IN32F | LACE UP YUMMY COLD EROYAL BLUE | 10 CARTONS | 10 AST | 32.850 USD AST | 328.60 USD AST |
|---|---|---|---|---|---|---|
| ITEM: | 880052514940 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME WP9JB78520PL
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH BOTTOM
HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON , NO PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST, BOTTOM TREATMENT-HEMMED
FABRICATION: BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10
HANGER CODE # 4798
COUNTRY OF ORIGIN [FABRIC]  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| CONTRACT NO. | IN32F | REFERENCE NO. | 601C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9JB78520PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.   102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.   BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 9 of 15

DATE: September 17, 2018

INVOICE NO.: 201821880512

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

| KMART | IN32F | LACE UP YUMMY COLD 5ROYAL BLUE | | 5 | 5 | 26.770 USD | 143.85 USD |
|-------|-------|--------------------------------|--|---|---|------------|------------|
| | | | | CARTONS | AST | AST | |

ITEM:        680052614057
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME WP9JB78520PL
DESCRIPTION:LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH BOTTOM
HEM AND SLEEVE HEM. NO POCKETS, NO BUTTON , NO PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST, BOTTOM TREATMENT-HEMMED
FABRICATION: BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10
HANGER CODE # 4799
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| CONTRACT NO. | IN32F | REFERENCE NO. | 601C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9JB78520PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

| KMART | IN32F | LACE UP YUMMY COLD 5BLACK FLORAL | | 4 | 4 | 24.860 USD | 99.64 USD |
|-------|-------|----------------------------------|--|---|---|------------|------------|
| | | | | CARTONS | AST | AST | |

ITEM:        680052614999
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME WP9JB78520PL
DESCRIPTION:LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH BOTTOM
HEM AND SLEEVE HEM. NO POCKETS, NO BUTTON , NO PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST, BOTTOM TREATMENT-HEMMED
FABRICATION: BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10
HANGER CODE # 4799
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| CONTRACT NO. | IN32F | REFERENCE NO. | 601C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9JB78520PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        102761

# COMMERCIAL INVOICE

Page 10 of 16

DATE: September 17, 2018

INVOICE NO.: 201621066012

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZF | LACE UP YUMMY COLD SBLACK FLORAL | 10 CARTONS | 10 AST | 32.880 USD AST | 328.80 USD |
|---|---|---|---|---|---|---|
| ITEM: | 8800525150004 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME WP9JB78520PL
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH BOTTOM
HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON , NO PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST, BOTTOM TREATMENT-HEMMED
FABRICATION: BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10
HANGER CODE # 4798
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| CONTRACT NO. | IN3ZF | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB78520PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 630, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZF | LACE UP YUMMY COLD SBLACK FLORAL | 5 CARTONS | 5 AST | 28.770 USD AST | 143.85 USD |
|---|---|---|---|---|---|---|
| ITEM: | 8800525150012 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME WP9JB78520PL
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH BOTTOM
HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON , NO PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST, BOTTOM TREATMENT-HEMMED
FABRICATION: BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10
HANGER CODE # 4798
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

# COMMERCIAL INVOICE

Page 11 of 15

DATE: September 17, 2018

INVOICE NO.: 201821006612

6673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZF | REFERENCE NO. | 601C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | |
| VENDOR ITEM CODE | WP9JB78S20PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |
| | | | | |
| FACTORY NO. | 102761 | | | |

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZF | LACE UP YUMMY COLD SRUMBA RED | | 4 CARTONS | 4 AST | 24.660 USD AST | 98.64 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 800052515091 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME WP9JB78S20PL
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH BOTTOM
HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON , NO PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST, BOTTOM TREATMENT-HEMMED
FABRICATION: BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10
HANGER CODE # 479B
COUNTRY OF ORIGIN [FABRIC]  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZF | REFERENCE NO. | 601C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | |
| VENDOR ITEM CODE | WP9JB78S20PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |
| | | | | |
| FACTORY NO. | 102761 | | | |

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZF | LACE UP YUMMY COLD SRUMBA RED | | 3 CARTONS | 3 AST | 28.770 USD AST | 86.31 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 800052515078 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME WP9JB78S20PL
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH BOTTOM

# COMMERCIAL INVOICE

Page 12 of 16
DATE: September 17, 2018
INVOICE NO.: 201821066512

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

HEM AND SLEEVE HEM. NO POCKETS, NO BUTTON , NO PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST, BOTTOM TREATMENT-HEMMED
FABRICATION: BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10
HANGER CODE # 4795
COUNTRY OF ORIGIN (FABRIC)  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| | | |
|---|---|---|
| CONTRACT NO. | IN3ZF | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB78520PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZF | LACE UP YUMMY COLD BRUMBA RED | 10 | 10 | 32.880  USD | 328.80  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 889052516335 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME WP9JB78520PL
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH BOTTOM
HEM AND SLEEVE HEM. NO POCKETS, NO BUTTON , NO PLASTIC ZIPPER
FABRICATION: BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10
HANGER CODE # 4795
COUNTRY OF ORIGIN (FABRIC)  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| | | |
|---|---|---|
| CONTRACT NO. | IN3ZF | REFERENCE NO. | 801C, |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9J078520PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

# COMMERCIAL INVOICE

DATE: September 17, 2016
INVOICE NO.: 201621956512

8073
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma, CA

             FOB Bangladesh

| KMART | IN3ZF | LACE UP YUMMY COLD 6BRIDAL ROSE | 4 CARTONS | 4 AST | 24,660 USD AST | 98.64 USD |
|-------|-------|----------|-----------|-------|-----------|-----------|

ITEM:        860052518131
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME WP9JB78520PL
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH BOTTOM
HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON , NO PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST, BOTTOM TREATMENT-HEMMED
FABRICATION: BODY 80% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10
HANGER CODE # 4790
COUNTRY OF ORIGIN [FABRIC]  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| CONTRACT NO. | IN3ZF | REFERENCE NO. | 601C |
|------|------|------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB78520PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAIKUR.
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZF | LACE UP YUMMY COLD 6BRIDAL ROSE | 3 CARTONS | 3 AST | 28,770 USD AST | 69.31 USD |
|-------|-------|----------|-----------|-------|-----------|-----------|

ITEM:        860052518198
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME WP9JB78520PL
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH BOTTOM
HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON , NO PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST, BOTTOM TREATMENT-HEMMED
FABRICATION: BODY 80% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10
HANGER CODE # 4790
COUNTRY OF ORIGIN [FABRIC]  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| CONTRACT NO. | IN3ZF | REFERENCE NO. | 601C |
|------|------|------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB78520PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        102761

# COMMERCIAL INVOICE

DATE: September 17, 2018

INVOICE NO.: 201621985512

5673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
      3333 Beverly Road
      Hoffman Estates, IL 60179
      US

SHIPPED FROM: Chittagong, Bangladesh       SHIPPED TO:  Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN02F | LACE UP YUMMY COLD SBRIDAL ROSE | 10 CARTONS | 10 AST | 32.880 USD AST | 328.60 USD AST |
|-------|-------|--------------------------------|------------|--------|----------------|----------------|

ITEM:        680052521762
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME WP9JB78520PL
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS; LACE UP COLD SHOULDER TUNIC WITH BOTTOM
HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON , NO PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST, BOTTOM TREATMENT-HEMMED
FABRICATION: BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 176 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10
HANGER CODE # 479B
COUNTRY OF ORIGIN [FABRIC]  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN02F | REFERENCE NO. | 801C |
| DC CODE | CCO | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5673 |
| VENDOR ITEM CODE | WP9JB78520PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 630, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO,        BDNORKNIGAZ

PAYMENT TERM       Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT
LC#                NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 320 | 320 | ASSORTMENTS | 7,800.48 USD |

TOTAL US DOLLARS SEVEN THOUSAND EIGHT HUNDRED DOLLARS AND FORTY-EIGHT CENTS ONLY.

# COMMERCIAL INVOICE

Page 15 of 15

DATE: September 17, 2018

INVOICE NO.: 201621966512

5873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 449
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME    _____

EMPLOYEE TITLE    _____

APL CO. PTE LTD

# APL

## BILL OF LADING

APL CO. PTE LTD

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | BL NUMBER | PAGE 1 OF 2 |
|---|---|---|---|
| NORP KNIT INDUSTRIES LTD. NORTH KHAILKUR.P.O.NATIONAL UNIVERSITY.GAZIPUR-1704,BANGLADESH. TEL:880-2-9292036-2037,9291936-1937. | 056448154 | | APLU 056448154 |

FINAL DEST:CCD, MIRA LOMA, CA 91752

| CONSIGNEE (Name and Full Address) (Unless provided otherwise, a consignment "To Order" means To Order of Shipper) | FORWARDING AGENT (References, FM.C. No.) |
|---|---|
| UNTO THE ORDER OF: STANDARD CHARTERED BANK, 67 GULSHAN AVENUE,DHAKA 1212, BANGLADESH. | AIR ALLIANCE LTD. BILQUIS TOWER,2ND FL,6,NORTH GULSHAN, C/A,CIR-2,DHAKA-1212,BD. |

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

| NOTIFY PARTY (Name and Full Address) | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING/ FROM POINT OF DESTINATION |
|---|---|
| KMART CORPORATION. 3333 BEVERLY ROAD, HOFFMAN ESTATES, ILLINOIS 60179,U.S.A. | KMART C/O UPS SUPPLY CHAIN SOLUTION 19701 HAMILTON AVENUE TORRANCE,CA 90502,PHONE:(310) 404-2792,FAX:(310)404-2962, ATTN:MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| EXPORT CARRIER (Vessel voyage, & flag) | PORT OF LOADING |
|---|---|
| TAICHUNG         005 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO,CA (SPQ) | MIRA LOMA,CA-MWE |

(Excess liability o Please refer to Clause 7(II) on Reverse Side)   PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| K-MART IN32E IN3ZF ITEM NO : 860-05249249-3 860-05249254-3 860-05249260-0 860-05249444-0 860-05249849-0 860-05250118-6 860-05250908-0 860-05250916-3 860-05250927-9 860-05251485-8 860-05251486-6 860-05251488-2 880-05251493-2 880-05251494-0 880-05251495-7 880-05251499-9 | SC GB18/ 328 | 7107B AA)LV84000.00.00 SLAC CY/CY WOMEN'S 90% POLYESTER 10% SPANDEX KNITTED DRESS STYLE NO. WP9JB78520JR STYLE NO. WP9JB78520PL ORDER NO. IN32E ORDER NO. IN3ZF REF NO. 801C QNTY- 2,160 PCS CAT.NO.639 HTS#6109.9010.50 VENDOR#8873 , DIV NO.4 , DEPT# 027 INVOICE NO. 1061SERK23507 DATE: 05.09.2018 E-DOC INV NO.201821966512 DATE: 05.09.2018 EXP NO. 2486-40424-2018 DATE: 09.09.2018 EXPORT L/C # PGL-NORP/1061 DATE: 31.10.2017 RECEIVED FOR SHIPMENT : 17.09.2018 CONTAINER GATE-IN DATE : 19.09.2018 MOTHER VESSEL NAME : CMA CGM CONTINUED ON FOLLOWING PAGE | 688.000KG | 5.660M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

FREIGHT COLLECT

| BL TO BE RELEASED AT   DHAKA, BA | OCEAN FREIGHT PAYABLE AT   MIRA LOMA, CA | | |
|---|---|---|---|
| FREIGHT RATES CHARGES, WEIGHTS AND/OR AS A MEASUREMENT FROM ABUT TO COMPUTATION | PREPAID U.S.$ | COLLECT U.S. $ | Local Currency |

The undersigned Carrier hereby acknowledges receipt of the parcel container or package or other property which said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper accepts, and the Carrier has and every person purchasing this instrument for value. It says in other words having an interest in the Goods is notified that the receipt, Goods, carriage and delivery of the Goods are subject to all the terms and conditions set forth and by reference to the other side and the reverse hereof, whether written, stamped or printed.

3

A set of original Bills of Lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable Bill of Lading, properly endorsed, all others shall be void.
THIS CARRIER
APL CO. PTE LTD

By APL (Bangladesh) Pvt. Ltd.
Authorized Signature  AS AGENTS

Date and
Place issued

| J1M | 005 | TOTAL PREPAID | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Office | TOTAL COLLECT | | | | | | |
| | 00926134 | 00562026 | 00597609 | CHT | SPQ | MWE | Y | APLU 0564481S4 | |
| FGG | FORWARDER | SHIPPER | CONSIGNEE | LD PORT | DIS PORT | DEST | NOTIFY | ORIG | B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

APL CO. PTE LTD

## BILL OF LADING

| | | |
|---|---|---|
| | BOOKING NUMBER 056448154 | B/L NUMBER PAGE 2 OF 2 APLU 056448154 |

**SHIPPER** (Principal or Seller licensee and full address)
NORP KNIT INDUSTRIES LTD,
NORTH KHAILKUR, P.O.NATIONAL
UNIVERSITY,GAZIPUR-1704, BANGLADESH.
TEL:680-2-9292036-2037,9291936-1937.

EXP FINAL DEST:CCD, MIRA LOMA, CA 91752

**CONSIGNEE** (Name and Full Address)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper)
UNTO THE ORDER OF:
STANDARD CHARTERED BANK,
67 GULSHAN AVENUE,DHAKA 1212,
BANGLADESH.

**FORWARDING AGENT** (References, F.M.C. No.)
AIR ALLIANCE LTD,
BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,
C/A,CIR-2,DHAKA-1212,BD.

**POINT AND COUNTRY OF ORIGIN OF GOODS**
GAZIPUR, BANGLADESH

**NOTIFY PARTY** (Name and Full Address)
KMART CORPORATION,
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179,U.S.A.

**ALSO NOTIFY** (Name and Full Address)/DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION
KMART C/O UPS SUPPLY CHAIN SOLUTION
19701 HAMILTON AVENUE
TORRANCE,CA 90502,PHONE:(210)
404-2792,FAX:(310)404-2962,
ATTN:MARY ELLEN WRATSCHKO.

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT CHITTAGONG |
|---|---|

| EXPORT CARRIER (Vessel Voyage & Reg) TAICHUNG        005 | PORT OF LOADING CHITTAGONG, BA |
|---|---|

| PORT OF DISCHARGE SAN PEDRO, CA (SPO) | PLACE OF DELIVERY MIRA LOMA, CA-MWF |
|---|---|

Excess Valuation Please refer to Clause First on Reverse Side       **PARTICULARS FURNISHED BY SHIPPERS**

| MARKS AND NUMBERS | NO OF PKGS | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| 880-05251500-1 880-05251500-1 880-05251510-1 880-05251506-1 880-05251507-1 880-05251533-1 880-05251813-1 880-05251819-8 880-05252176-2 MADE IN BANGLADESH CONTENTS: PCS ***CTR NBR** MAGU5350S9-9 | | IVANHOE V-309 ***FREIGHT COLLECT*** | WEIGHT 688.00KG | MSMT 5.660M3 |
| ****SEAL 0732272** | | NBR**** T/S HT   MODE   QUANT/TYPE D40 96  CX/ CY   320CTN SHIPPER'S LOAD, STOW AND COUNT ** | | |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD SEP. 21, 2018

| | OCEAN FREIGHT PAYABLE AT | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |
|---|---|---|---|---|

APL CO. PTE LTD

By APL (Bangladesh) Pvt Ltd.
Authorized Signature

SEP. 21 2018
CHITTAGONG,

| J1M 005 | | TOTAL PREPAID | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Vessel  Voyage  Office | | TOTAL COLLECT | | | | | | |
| 00926134 | 00562026 | 00597609 | CHT | SPO | MWF | | Y | APLU 056448154 |
| FOC | FORWARDER | SHIPPER | CONSIGNEE | LD PORT | DIS PORT | DEST | NOTIFY | OSC | B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

*1061 peau·· 23509*

# COMMERCIAL INVOICE

Page 1 of 15

DATE: September 17, 2016

INVOICE NO.: 20162198034

C873
PEARL GLOBAL INDUSTRIES LTD,
PCIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3ZG | YUMMY LACE YOKE COLD/WHITE FLORAL | 35 | 35 | 22.740 USD | 795.90 USD |
| ITEM: | 660052613494 | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9J078521JR
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM
AND SLEEVE HEM. THIS STYLE HAVING LACE FABRIC.
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGRE PACK:
HANGER CODE 464B & SIZER CODE CS1Q . PRICE: HANGER $0.072 & SIZER $ .015
SIZE: S,M,L,XL
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZG | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9J078521JR | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 839, RHONE | |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3ZG | YUMMY LACE YOKE COLD/WHITE FLORAL | 8 | 8 | 30.320 USD | 242.56 USD |
| ITEM: | 660052616010 | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9J078521JR
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM
AND SLEEVE HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGRE PACK:
HANGER CODE 464B & SIZER CODE CS1Q . PRICE: HANGER $0.072 & SIZER $ .015
SIZE: S,M,L,XL
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

# COMMERCIAL INVOICE

DATE: September 17, 2018

INVOICE NO.: 2018219G0034

6873
PEARL GLOBAL INDUSTRIES LTD.
PGK. PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

| CONTRACT NO. | IN3ZG | REFERENCE NO. | 601C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9J878521JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZG | YUMMY LACE YOKE COLD WHITE FLORAL | | 26 | 26 | 26,530 USD | 689.78 USD |
| | | | | CARTONS | AST | AST | AST |
| ITEM: | 660052815028 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9J878521JR
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM
AND SLEEVE HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGRE PACK:
HANGER CODE 4849 & SIZER CODE  CS1Q . PRICE: HANGER $0.072 & SIZER $ .015
SIZE: S,M,L,XL
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZG | REFERENCE NO. | 601C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9J878521JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZG | YUMMY LACE YOKE COLD LAVENDAR FOG | | 30 | 30 | 22.740 USD | 682.20 USD |
| | | | | CARTONS | AST | AST | AST |
| ITEM: | 660052815580 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

# COMMERCIAL INVOICE

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 440
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      KMART CORPORATION
         3333 Beverly Road
         Hoffman Estates, IL 60179
         US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO: Mira Loma ,CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

STYLE NAME: WP9JB78521JR
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM
AND SLEEVE HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL- 10, 100D+40D
HANGER PACK:
HANGER CODE  484B & SIZER CODE  CS1Q . PRICE: HANGER $0.072 & SIZER $ .015
SIZE: S,M,L,XL
COUNTRY OF ORIGIN (FABRIC)  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | INSZG | REFERENCE NO. | 801C |
| DC CODE | CCO | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB78521JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RHONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNKGAZ

| KMART | INSZG | YUMMY LACE YOKE COLD LAVENDAR FOG | | | 4 | 4 | 30.320 USD | 121.28 USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 880052616711 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |

STYLE NAME: WP9JB78521JR
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM
AND SLEEVE HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL- 10, 100D+40D
HANGER PACK
HANGER CODE  484B & SIZER CODE  CS1Q . PRICE: HANGER $0.072 & SIZER $ .015
SIZE: S,M,L,XL
COUNTRY OF ORIGIN (FABRIC)  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | INSZG | REFERENCE NO. | 801C |
| DC CODE | CCO | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB78521JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RHONE |

FACTORY NO.        102761

# COMMERCIAL INVOICE

Page 4 of 16

DATE: September 17, 2016

INVOICE NO.: 2016521960934

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122015

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN3ZG | YUMMY LACE YOKE COLDLAVENDAR FOG | 22 CARTONS | 22 AST | 25.530 USD AST | $63.66 USD |
|-------|-------|----------------------------------|------------|--------|----------------|------------|

ITEM: 860052016745
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT

STYLE NAME: WP9J878521JR
DESCRIPTION: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM
AND SLEEVE HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGRE PACK:
HANGER CODE  464B & SIZER CODE  CS1Q , PRICE: HANGER $0.072 & SIZER $ .015
SIZE: S,M,L,XL
COUNTRY OF ORIGIN [FABRIC]  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZG | REFERENCE NO. | 601C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9J878521JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 636, RHONE |

FACTORY NO.          122761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN3ZG | YUMMY LACE YOKE COLDPETIT FOUR | 30 CARTONS | 30 AST | 22.740 USD AST | $82.20 USD |
|-------|-------|-------------------------------|------------|--------|----------------|------------|

ITEM: 860052016246
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT

STYLE NAME: WP9J878521JR
DESCRIPTION: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM
AND SLEEVE HEM, THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGRE PACK:
HANGER CODE  464B & SIZER CODE  CS1Q , PRICE: HANGER $0.072 & SIZER $ .015

## COMMERCIAL INVOICE

Page 6 of 10
DATE: September 17, 2016
INVOICE NO.: 201521966034

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

SIZE: S,M,L,XL
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZG | REFERENCE NO. | 801C | |
| DC CODE | OCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | |
| VENDOR ITEM CODE | WP9J878521JR | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZG | YUMMY LACE YOKE COLDBLACK | 35 CARTONS | 35 AST | 22.740 USD AST | 795.90 USD |
|---|---|---|---|---|---|---|

ITEM:        800052018983
MADE IN        BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP9J878521JR
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM
AND SLEEVE HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGRE PADIC
HANGER CODE 484B & SIZER CODE C81Q . PRICE: HANGER $0.072 & SIZER $ .015
SIZE: S,M,L,XL
COUNTRY OF ORIGIN (FABRIC)- CHINA-
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZG | REFERENCE NO. | 801C | |
| DC CODE | OCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | |
| VENDOR ITEM CODE | WP9J878521JR | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 6 of 16

DATE: September 17, 2018

INVOICE NO.: 201821986034

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

| KMART | IN3ZG | YUMMY LACE YOKE COLD/BLACK | | 8 | 8 | 30,320 USD | 242.56 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 860052620730 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9J878521JR
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM
AND SLEEVE HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGRE PACK:
HANGER CODE 464B & SIZER CODE C61Q . PRICE: HANGER $0.072 & SIZER $ .015
SIZE: S,M,L,XL.
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZG | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | DCD | DEPARTMENT NO. | 627 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9J878521JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 838, RHONE |

FACTORY NO.  102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.  BDNORKNIGAZ

| KMART | IN3ZG | YUMMY LACE YOKE COLD/BLACK | | 26 | 26 | 25,630 USD | 669.76 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 860052621091 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9J878521JR
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM
AND SLEEVE HEM. THIS STYLE HAVING LACE FABRIC.
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGRE PACK:
HANGER CODE 464B & SIZER CODE C61Q . PRICE: HANGER $0.072 & SIZER $ .015
SIZE: S,M,L,XL.
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

# COMMERCIAL INVOICE

Page 7 of 16
DATE: September 17, 2018
INVOICE NO.: 201821950934

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

| CONTRACT NO. | IN32G | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WPSJB78521JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN32G | YUMMY LACE YOKE COLDPETIT FOUR | 4 | 4 | 30.320 USD | 121.26 USD |
| | | | CARTONS | AST | AST | AST |
| ITEM: | 0600052621109 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WPSJB78521JR
DESCRIPTION: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM
AND SLEEVE HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION BODY- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D*40D
HANGER PACK:
HANGER CODE 4849 & SIZER CODE CS10 . PRICE: HANGER $0.072 & SIZER $ .016
SIZE: S,M,L,XL
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN32G | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WPSJB78521JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN32G | YUMMY LACE YOKE COLDPETIT FOUR | 22 | 22 | 26.530 USD | 583.66 USD |
| | | | CARTONS | AST | AST | AST |
| ITEM: | 0600052621174 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

# COMMERCIAL INVOICE

Page 8 of 10
DATE: September 17, 2016
INVOICE NO.: 201621966934

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:   Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

STYLE NAME: WP9JB7852TJR
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM
AND SLEEVE HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL - 12 / HORIZONTAL - 10, 100D+40D
HANGRIE PACK:
HANGER CODE  4848 & SIZER CODE  CS1Q . PRICE: HANGER $0.072 & SIZER'S .015
SIZE: S,M,L,XL
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZG | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB7852TJR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 839, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNKIAZ

| KMART | IN3ZX | YUMMY LACE YOKE COLDBLACK | | 4 | 4 | 27.240 USD | 108.96 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 580053061412 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9J07852TPL
DESCRIPTIONS: LACE YOKE COLD SHOULDER KNIT TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM AND SLEEVE
HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL - 12 / HORIZONTAL - 10, 100D+40D
HANGRIE PACK:
HANGER CODE# 4769 & SIZER CODE# CS1Q . PRICE: HANGER $0.063 & SIZER $ .015
Size: 1X,2X,3X
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZX | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9J07852TPL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 839, RNONE |

FACTORY NO.        102761

# COMMERCIAL INVOICE

Page 9 of 10
DATE: September 17, 2018
INVOICE NO.: 201821050934

8973
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 90176
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma, CA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZX | YUMMY LACE YOKE COLDBLACK | | 10 | 10 | 36.320 USD | 363.20 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 880055432488 | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9JB78521PL
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM AND SLEEVE
HEM, THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGRE PACK:
HANGER CODE# 4798 & SIZER CODE# CS10 . PRICE: HANGER $0.083 & SIZER $ .015
Size: 1X,2X,3X
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZX | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8973 |
| VENDOR ITEM CODE | WP9JB78521PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE ; |

FACTORY NO.        102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZX | YUMMY LACE YOKE COLDBLACK | | 5 | 5 | 31.780 USD | 158.90 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 880055432520 | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9JB78521PL
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM AND SLEEVE
HEM, THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGRE PACK:
HANGER CODE# 4798 & SIZER CODE# CS10 . PRICE: HANGER $0.083 & SIZER $ .015

## COMMERCIAL INVOICE

Page 10 of 18
DATE: September 17, 2018
INVOICE NO.: 2018219966S4

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

Size: 1X,2X,3X
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZX | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9J378521PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNOME |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR.
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZX | YUMMY LACE YOKE COLDWHITE | | 4 | 4 | 27,240 USD | 108.96 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| ITEM: | 880055432595 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9J378521PL
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM AND SLEEVE
HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY– 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D=40D
HANGRE PACK:
HANGER,CODE# 479B & SIZER CODE# CS1Q . PRICE: HANGER $0.083 & SIZER $ .015
Size: 1X,2X,3X
COUNTRY OF ORIGIN (FABRIC)-CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZX | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9J378521PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNOME |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 11 of 16

DATE: September 17, 2018

INVOICE NO.: 201821866934

6673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

| KMART | IN32X | YUMMY LACE YOKE COLDWHITE | | 10 | 10 | 36.320 USD | 363.20 USD |
|-------|-------|---------------------------|---|-----|-----|------------|------------|
| | | | | CARTONS | AST | AST | |

ITEM: 680055432903
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT

STYLE NAME: WP9JB78521PL
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM AND SLEEVE
HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY– 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D=40D
HANGRE PACK:
HANGER CODE# 479B & SIZER CODE# CS1Q . PRICE: HANGER $0.083 & SIZER $ .015
Size: 1X,2X,3X
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN32X | REFERENCE NO. | 801C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 |
| VENDOR ITEM CODE | WP9JB78521PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RMONE |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY.
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN32X | YUMMY LACE YOKE COLDWHITE | | 5 | 5 | 31.780 USD | 158.90 USD |
|-------|-------|---------------------------|---|-----|-----|------------|------------|
| | | | | CARTONS | AST | AST | |

ITEM: 680055430154
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT

STYLE NAME: WP9JB78521PL
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM AND SLEEVE
HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY– 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D=40D
HANGRE PACK:
HANGER CODE# 479B & SIZER CODE# CS1Q . PRICE: HANGER $0.083 & SIZER $ .015
Size: 1X,2X,3X
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

## COMMERCIAL INVOICE

Page 12 of 16
DATE: September 17, 2018
INVOICE NO.: 201821956934

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      KMART CORPORATION
         3333 Beverly Road
         Hoffman Estates, IL 60179
         US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZX | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9JB78521PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN3ZX | YUMMY LACE YOKE COLDLAVENDAR FOG | 4 CARTONS | 4 AST | 27.240 USD AST | 108.96 USD |
|---|---|---|---|---|---|---|
| ITEM: | 8800SS438337 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9JB78521PL
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM AND SLEEVE
HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGRE PACK)
HANGER CODE# 4798 & SIZER CODE# CS1Q . PRICE: HANGER $0.063 & SIZER $ .015
Size: 1X,2X,3X
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZX | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9JB78521PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN3ZX | YUMMY LACE YOKE COLDLAVENDAR FOG | 3 CARTONS | 3 AST | 31.780 USD AST | 95.34 USD |
|---|---|---|---|---|---|---|
| ITEM: | 8800SS438352 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

# COMMERCIAL INVOICE

Page 13 of 15

DATE: September 17, 2018

INVOICE NO.: 2018321906934

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh         SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION:  Ocean

FOB Bangladesh

STYLE NAME: WP9JB76521PL
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM AND SLEEVE
HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-  90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM / VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGRE PACK:
HANGER CODE# 479B & SIZER CODE# CS1Q , PRICE: HANGER $0.063 & SIZER $ .015
Size: 1X,2X,3X
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZX | REFERENCE NO. | 801C |
| DC CODE | OCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB76521PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.          102761

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
PTY MID NO.          BDNORKNIGAZ

| KMART | IN3ZX | YUMMY LACE YOKE COLD/LAVENDAR FOG | | 10 | 10 | 36.320 USD | 363.20 USD |
| | | | | CARTONS | AST | | AST |
| ITEM: | 880055436394 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9JB76521PL
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM AND SLEEVE
HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-  90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM / VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGRE PACK:
HANGER CODE# 479B & SIZER CODE# CS1Q , PRICE: HANGER $0.063 & SIZER $ .015
Size: 1X,2X,3X
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZX | REFERENCE NO. | 801C |
| DC CODE | OCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB76521PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.          102761

# COMMERCIAL INVOICE

DATE: September 17, 2018

INVOICE NO.: 201601966934

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZX | YUMMY LACE YOKE COLDPETIT FOUR | | 4 | 4 | 27.240 USD | 108.96 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| ITEM: | 880055438457 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9J678S21PL
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM AND SLEEVE
HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGER PACK:
HANGER CODE# 4788 & SIZER CODE# CS10 . PRICE: HANGER $0.063 & SIZER $ .015
Size: 1X,2X,3X
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZX | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | C27 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9J678S21PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZX | YUMMY LACE YOKE COLDPETIT FOUR | | 3 | 3 | 31.760 USD | 95.34 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| ITEM: | 880055440135 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9JB76S21PL
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM AND SLEEVE
HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGRE PACK:
HANGER CODE# 4788 & SIZER CODE# CS10 . PRICE: HANGER $0.063 & SIZER $ .015

# COMMERCIAL INVOICE

DATE: September 17, 2016
INVOICE NO.: 201621965934

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mrs Lorrie , CA

FOB Bangladesh

Size: 1X,2X,3X
COUNTRY OF ORIGIN [FABRIC]: CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZX | REFERENCE NO. | 601C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | |
| VENDOR ITEM CODE | WP9JB78521PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZX | YUMMY LACE YOKE COLDPETIT FOUR | 10 | 10 | 36.320 USD | 363.20 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 560085440160 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9JB78521PL
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM AND SLEEVE
HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY= 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGER PACK:
HANGER CODE# 4798 & SIZER CODE# C51Q , PRICE: HANGER $0.083 & SIZER $ .015
Size: 1X,2X,3X
COUNTRY OF ORIGIN [FABRIC]: CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZX | REFERENCE NO. | 601C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | |
| VENDOR ITEM CODE | WP9JB78521PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 16 of 16

DATE: September 17, 2018

INVOICE NO.: 201821966004

6573
PEARL GLOBAL INDUSTRIES LTD,
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER         OPEN ACCOUNT
LC#                 NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 322 | 322 | ASSORTMENTS | 8,627.88  USD |

TOTAL US DOLLARS EIGHT THOUSAND SIX HUNDRED TWENTY-SEVEN DOLLARS AND EIGHTY-EIGHT CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

# APL

**BILL OF LADING**

APL CO. PTE LTD

| | |
|---|---|
| **SHIPPER (Principal or Seller Express and full address)**<br>NORP KNIT INDUSTRIES LTD<br>NORTH KHAILKUR, P.O.NATIONAL<br>UNIVERSITY,GAZIPUR-1704,BANGLADESH.<br>TEL:880-2-9292036-2037,9291936-1937. | **BOOKING NUMBER** 056448155   **B/L NUMBER**   **PAGE** 1 **OF** 2<br>APLU 056448155<br><br>**EXPORT REF/DEST:CCD, MIRA LOMA, CA 91752** |

**CONSIGNEE (Name and Full Address)**
(Unless provided otherwise, a consignment 'To Order' means To Order of Shipper)

UNTO THE ORDER OF:
STANDARD CHARTERED BANK,
67 GULSHAN AVENUE,DHAKA 1212,
BANGLADESH.

**FORWARDING AGENT (References, F.M.C. No.)**
AIR ALLIANCE LTD.
BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,
C/A,CIR-2,DHAKA-1212,BD.

**POINT AND COUNTRY OF ORIGIN OF GOODS**
GAZIPUR, BANGLADESH

**NOTIFY PARTY (Name and Full Address)**
KMART CORPORATION,
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179,U.S.A.

**ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING**
**EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING**
**FROM POINT OF DESTINATION**
KMART C/O UPS SUPPLY CHAIN SOLUTION
19701 HAMILTON AVENUE
TORRANCE, CA 90502,PHONE:(310)
404-2792,FAX:(310)404-2962,
ATTN:MARY ELLEN WRATSCHKO.

| **INITIAL CARRIAGE BY (MODE)** | **PLACE OF RECEIPT**<br>CHITTAGONG |
|---|---|

| **EXPORT CARRIER (Vessel, Voyage, & flag)**<br>TAICHUNG    005 | **PORT OF LOADING**<br>CHITTAGONG, BA |
|---|---|

| **PORT OF DISCHARGE**<br>SAN PEDRO,CA (SPQ) | **PLACE OF DELIVERY**<br>MIRA LOMA,CA-MWF |
|---|---|

Excess Valuation Please refer to Clause 7(ii) on Reverse Side    **PARTICULARS FURNISHED BY SHIPPERS**

| MARKS & NOS/CONTAINER NOS | NO OF PKGS | KIND | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| K-MART<br>IN3ZG<br>IN3ZX<br>ITEM NO :<br>860-05261349-4<br>860-05261501-0<br>860-05261502-8<br>860-05261558-0<br>860-05261671-1<br>860-05261674-5<br>860-05261824-6<br>860-05261868-3<br>860-05262073-9<br>860-05262109-1<br>860-05262110-9<br>860-05262117-4<br>860-05306141-2<br>880-05543248-8<br>880-05543252-0<br>880-05543259-5<br>880-05543260-3<br>880-05543815-4<br>880-05543833-7 | SC GB18/71075E<br>322 | | FREIGHT COLLECT<br>CTN   AA)1V84000.00.00   SLAC CY/CY<br>WOMEN'S 90% POLYESTER 10% SPANDEX<br>KNITTED DRESS<br>STYLE NO. WP9JB78521JR<br>STYLE NO. WP9JB78521PL<br>ORDER NO. IN3ZG<br>ORDER NO. IN3ZX<br>REF NO. 801C CNTY- 2,172 PCS<br>CAT NO.639 HTS#6109.9010.50<br>VENDOR#8873 , DIV NO.4 , DEPT# 027,<br><br>INVOICE NO. 1061SERK23509 DATE:<br>05.09.2018<br>E-DOC INV NO.201821966934 DATE:<br>05.09.2018<br>EXP NO. 2486-40423-2018 DATE:<br>09.09.2018<br>EXPORT L/C # PGL-NORP/1061 DATE:<br>31.10.2017<br>RECEIVED FOR SHIPMENT : 17.09.2018<br>CONTAINER GATE-IN DATE : 19.09.2018<br>MOTHER VESSEL NAME : CMA CGM<br>       CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT **<br>          ** ORIGINAL BL ** | 692.300KG | 5.200M3 |

| **PLACE AND DATE OF ISSUE** DHAKA, BA. | **OCEAN FREIGHT PAYABLE AT**<br>MIRA LOMA, CA | The undersigned Carrier hereby acknowledges receipt of the sealed container or packages or other shipping units said to contain the Goods described below in apparent external good order and condition unless otherwise noted. The Shipper agrees, and the Consignee and other person partaking the transaction (to wham it applies) is otherwise bound, and agrees to the Goods is accepted that the above lading, damage and delivery of the Goods are subject to all of the terms and conditions set forth and by incorporated by reference on this side and the reverse hereof, whether written, stamped or printed. |
|---|---|---|
| **TARIFF OR CONTRACT CHARGES & FREIGHT & OTHER CHARGES PAYABLE AT CARRIER'S OPTION** | **PREPAID U.S. $**    **COLLECT U.S. $**    **Local Currency** | |

APL CO. PTE LTD

By. APL (Bangladesh) Pvt. Ltd.
Authorised Signatory AS AGENTS

Date and
Place Issued

| J1M 005 | | **TOTAL PREPAID** | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Option | **TOTAL COLLECT** | | | | | |
| | 00926134 | 00562026 | 00597609 | CHT | SPQ | MWF | Y | APLU 056448155 |
| FOC | FORWARDER | SHIPPER | CONSIGNEE | LD PORT | DIS PORT | DEST | NOTIFY | CEC | B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

APL CO. PTE LTD

# BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | | BOOKING NUMBER | B/L NUMBER | PAGE   2  OF  2 |
|---|---|---|---|---|
| NORP KNIT INDUSTRIES LTD, NORTH KHAILKUR, P.O.NATIONAL UNIVERSITY,GAZIPUR-1704,BANGLADESH. TEL:880-2-9292036-2037,9291936-1937. | | 056446155 | | APLU 056448155 |

FINAL DEST:CCD, MIRA LOMA, CA 91752

| CONSIGNEE (Name and Full Address) | FORWARDING AGENT (References, F.M.C. No.) |
|---|---|
| UNTO THE ORDER OF: STANDARD CHARTERED BANK, 67 GULSHAN AVENUE,DHAKA 1212, BANGLADESH. | AIR ALLIANCE LTD. BILQUIS TOWER,2ND FL,6,NORTH GULSHAN, C/A,CIR-2,DHAKA-1212,BD. |

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

| NOTIFY PARTY (Name and Full Address) | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION |
|---|---|
| KMART CORPORATION. 3333 BEVERLY ROAD, HOFFMAN ESTATES, ILLINOIS 60179,U.S.A. | KMART C/O UPS SUPPLY CHAIN SOLUTION 19701 HAMILTON AVENUE TORRANCE,CA 90502, PHONE:(310) 404-2792,FAX:(310)404-2962, ATTN:MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| TAICHUNG      005 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO,CA (SPQ) | MIRA LOMA,CA-MWF |

Excess Valuation Please refer to Clause 7(8) on Reverse Side     PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NOS.CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| 880-0554383S-2 880-0554383S-4 880-0554384S-1 880-0554401S-5 880-0554401S-0 MADE IN BANGLADESH CONTENTS:  PCS | | IVANHOE V- 309 ***FREIGHT COLLECT*** | | |
| **CTR NBR** MAGU535059-9 | | ****SEAL NBR****  T/S HT    MODE    QUANT/TYPE 0732272         D40 96  CY/ CY    322CTN **  SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT 692.30KG | MSMT 5.200M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD  SEP. 21, 2018

| | OCEAN FREIGHT PAYABLE AT | | |
|---|---|---|---|
| | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |

3

APL CO. PTE LTD

By APL (Bangladesh) Pvt Ltd.
Authorized Signature

Date and      SEP. 21, 2018
Place Issued  CHITTAGONG,

| J1M | 005 | | TOTAL PREPAID | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Office | TOTAL COLLECT | | | | | | | |
| | 00926134 | | 00562026 | 00597609 | CHT | SPQ | MWF | | Y | APLU 056448155 |
| POG | FORWARDER | SHIPPER | CONSIGNEE | LO PORT | DIS PORT | DEST | NOTIFY | CEC | | B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

# COMMERCIAL INVOICE

Page 1 of 6
DATE: September 17, 2018
INVOICE NO.: 2018210576T6

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 448
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh          SHIPPED TO: Mira Loma, CA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3ZC | CUT OUT TEE PLUS BLACK | 5 CARTONS | 5 AST | 20.160 USD AST | 100.80 USD AST |
| ITEM: | 880047647870 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WC8JB78121PL
DESCRIPTIONS: LADIES TEE
DETAIL OF THE GARMENTS: PRINT CUT OUT TEE WITH BOTTOM
HEM AND SLEEVE HEM. NO POCKETS, NO BUTTON , NO ZIPPER,
BODY LENGTH: SHOULDER TO WAIST, BOTTOM TREATMENT-HEMMED
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEK KNIT
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
FOLDPACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ZC | REFERENCE NO. | 601C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WC8JB78121PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639 |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3ZC | CUT OUT TEE PLUS BLACK | 6 CARTONS | 6 AST | 15.680 USD AST | 94.08 USD AST |
| ITEM: | 880047669429 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WC8JB78121PL
DESCRIPTIONS: LADIES TEE
DETAIL OF THE GARMENTS: PRINT CUT OUT TEE WITH BOTTOM
HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON , NO ZIPPER,
BODY LENGTH: SHOULDER TO WAIST, BOTTOM TREATMENT-HEMMED
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
FOLDPACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ZC | REFERENCE NO. | 601C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WC8JB78121PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639 |

# COMMERCIAL INVOICE

Page 2 of 5
DATE: September 17, 2018
INVOICE NO.: 201621907670

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
      3333 Beverly Road
      Hoffman Estates, IL 60179
      US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO:  Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

FACTORY NO.       102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

| KMART | IN3ZC | CUT OUT TEE PLUS BLACK | | 25 | 25 | 13.440  USD | 336.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 880047863207 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WC8JB78121PL
DESCRIPTIONS: LADIES TEE
DETAIL OF THE GARMENTS: PRINT CUT OUT TEE WITH BOTTOM
HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON , NO ZIPPER,
BODY LENGTH: SHOULDER TO WAIST, BOTTOM TREATMENT-HEMMED
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
FOLDPACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZC | REFERENCE NO. | 801C | |
| DC CODE | CCO | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WC8JB78121PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639 | |

FACTORY NO.       102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

| KMART | IN401 | JB YUMMY LEGGING PLUBLACK | | 77 | 77 | 15.000  USD | 1,155.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 880015323468 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WC8JB53060PL
DESCRIPTIONS: LADIES LEGGING
DETAIL OF THE GARMENTS: LEGGING YOGA PANTS WITH  WAISTBANDS 2 PLY WITH ELASTIC,
LEG OPENING HEMMED, NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER,
BODY LENGTH: REACHES TO ANKLE
FABRICATION: BODY- 90% POLYESTER 10% SPANDEX //      KNITTED
BODY FABRIC WEIGHT: 175 GRAMS PER SQUARE METER
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/S
HANGER CODE# 6014B COST $0.11
Size: 1X,2X,3X
COUNTRY OF ORIGIN [FABRIC]  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

# COMMERCIAL INVOICE

Page 3 of 6

DATE: September 17, 2016

INVOICE NO.: 201621097679

5873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FCO Bangladesh

| | | | | |
|---|---|---|---|
| CONTRACT NO. | IN401 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5873 |
| VENDOR ITEM CODE | WC8JB53090PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN401 | JB YUMMY LEGGING PLUBLACK | | 12 CARTONS | 12 AST | 17.500 USD AST | 210.00 USD AST |
|---|---|---|---|---|---|---|---|
| ITEM: | 880015330111 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WC8JB53090PL
DESCRIPTIONS: LADIES LEGGING
DETAIL OF THE GARMENTS: LEGGING YOGA PANTS WITH WAISTBANDS 2 PLY WITH ELASTIC,
LEG OPENING HEMMED, NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER,
BODY LENGTH: REACHES TO ANKLE
FABRICATION: BODY- 90% POLYESTER 10% SPANDEX //    KNITTED
BODY FABRIC WEIGHT: 176 GRAMS PER SQUARE METER
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/S
HANGER CODE# 80148 COST $0.11
Size: 1X,2X,3X
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | | |
|---|---|---|---|
| CONTRACT NO. | IN401 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5873 |
| VENDOR ITEM CODE | WC8JB53090PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN401 | PLUS LEGGINGS BLACK | | 6 CARTONS | 6 AST | 15.000 USD AST | 90.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 880017973421 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| | | STYLE NAME: WC8JB53090PL | | | | | |

# COMMERCIAL INVOICE

Page 4 of 6
DATE: September 17, 2018
INVOICE NO.: 201821967679

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

DESCRIPTIONS: LADIES LEGGING
DETAIL OF THE GARMENTS: LEGGING YOGA PANTS WITH  WAISTBANDS 2 PLY WITH ELASTIC,
LEG OPENING HEMMED, NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER,
BODY LENGTH: REACHES TO ANKLE
FABRICATION: BODY- 90% POLYESTER 10% SPANDEX //   KNITTED
BODY FABRIC WEIGHT: 175 GRAMS PER SQUARE METER
STITCH COUNT PER 1 CM : VERTICAL- 19 / HORIZONTAL-07, COUNT 32/S
HANGER CODE# 8014B COST $0.11
Size: 1X,2X,3X
COUNTRY OF ORIGIN [FABRIC]  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN401 | REFERENCE NO. | 501C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WC8JB53090PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RKNOME | |

FACTORY NO.   102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.   BDNORKNIGAZ

| KMART | IN40R | CUT OUT TEE BLACK | | | 42 | 42 | 13.650 USD | 573.30 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |
| ITEM: | 860047587668 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |

STYLE NAME: WC8JB76121JR
DESCRIPTIONS: SOLID CUT OUT TEE
DETAIL OF THE GARMENTS: PRINT CUT OUT TEE WITH BOTTOM HEM AND SLEEVE HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
COUNTRY OF ORIGIN [FABRIC]  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN40R | REFERENCE NO. | 501C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WC8JB76121JR | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639 | |

FACTORY NO.   102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.   BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 6 of 6

DATE: September 17, 2018

INVOICE NO.: 201821967679

**6673**
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN40R | CUT OUT TEE BLACK | | 36 | 36 | 15.600 USD | 561.60 USD |
|-------|-------|-------------------|--|----|----|------------|-------------|
| ITEM: | 660047667406 | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WC6JB76121JR
DESCRIPTIONS: SOLID CUT OUT TEE
DETAIL OF THE GARMENTS: PRINT CUT OUT TEE WITH BOTTOM HEM AND SLEEVE HEM.
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 176 GMS
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN40R | REFERENCE NO. | 801C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 |
| VENDOR ITEM CODE | WC6JB76121JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639 |

FACTORY NO.   102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.   BDNORKNIGAZ

| KMART | IN40R | CUT OUT TEE BLACK | | 20 | 20 | 11.700 USD | 234.00 USD |
|-------|-------|-------------------|--|----|----|------------|-------------|
| ITEM; | 660063037023 | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WC6JB76121JR
DESCRIPTIONS: SOLID CUT OUT TEE
DETAIL OF THE GARMENTS: PRINT CUT OUT TEE WITH BOTTOM HEM AND SLEEVE HEM.
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 176 GMS
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN40R | REFERENCE NO. | 801C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 |
| VENDOR ITEM CODE | WC6JB76121JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639 |

FACTORY NO.   102781

# COMMERCIAL INVOICE

Page 6 of 6

DATE: September 17, 2016

INVOICE NO.: 201621007679

5873
PEARL GLOBAL INDUSTRIES LTD,
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON,
HARYANA
India
122016

TO:    KMART-CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:    Mira Loma, CA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
PTY MID NO.        BDNORKNIGAZ

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 220 | 229 | ASSORTMENTS | 3,364.78 USD |

TOTAL US DOLLARS THREE THOUSAND THREE HUNDRED FIFTY-FOUR DOLLARS AND SEVENTY-EIGHT CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

APL CO. PTE LTD

# APL

**BILL OF LADING**    219676 79 K

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | BL NUMBER | PAGE 1 OF 2 |
|---|---|---|---|
| NORP KNIT INDUSTRIES LTD,<br>NORTH KHAILKUR, P.O. NATIONAL<br>UNIVERSITY, GAZIPUR-1704, BANGLADESH.<br>TEL: 880-2-9292036-2037, 9291936-1937. | 056448220 | | APLU 056446220 |

EXPORT FINAL DEST: CCD, MIRA LOMA, CA 91752

| CONSIGNEE (Name and Full Address) (Unless provided otherwise, a consignment "To Order" means To Order of Shipper) | FORWARDING AGENT (References, T.M.C. No 1 |
|---|---|
| UNTO THE ORDER OF:<br>STANDARD CHARTERED BANK,<br>67 GULSHAN AVENUE, DHAKA 1212,<br>BANGLADESH. | AIR ALLIANCE LTD.<br>BILOUIS TOWER, 2ND FL, 6, NORTH GULSHAN,<br>C/A, CIR-2, DHAKA-1212, BD.<br>POINT AND COUNTRY OF ORIGIN OF GOODS<br>GAZIPUR, BANGLADESH |

| NOTIFY PARTY (Name and Full Address) | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/<br>EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING |
|---|---|
| KMART CORPORATION.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,<br>ILLINOIS 60179, U.S.A. | FROM POINT OF DESTINATION<br>KMART C/O UPS SUPPLY CHAIN SOLUTION<br>19701 HAMILTON AVENUE<br>TORRANCE, CA 90502, PHONE: (310)<br>404-2792, FAX: (310) 404-2962,<br>ATTN: MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT<br>CHITTAGONG |
|---|---|

| EXPORT CARRIER (Vessel, voyage, & flag)<br>TAICHUNG    005 | PORT OF LOADING<br>CHITTAGONG, BA |
|---|---|

| PORT OF DISCHARGE<br>SAN PEDRO, CA (SPQ) | PLACE OF DELIVERY<br>MIRA LOMA, CA-MWF |
|---|---|

Excess Valuation Please refer to Clause 7(B) on Reverse Side    **PARTICULARS FURNISHED BY SHIPPERS**

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | HM | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| K-MART<br>IN401<br>IN3ZC<br>IN4OR<br><br>ITEM NO :<br>880-01532348-8<br>880-01533011-1<br>880-01797342-1<br><br>880-04764787-0<br>880-04766942-9<br>880-04768329-7<br><br>860-04758768-8<br>860-04759740-6<br>860-06393702-3<br>MADE IN<br>BANGLADESH<br>CONTENTS:    PCS | SC GB18/7107E<br>229 | | FREIGHT COLLECT<br>CTN  AA) LV84000.00.00  SLAC CY/CY<br>WOMEN'S 90% POLYESTER 10% SPANDEX<br>KNITTED LEGGING<br>WOMEN'S 90% POLYESTER 10% SPANDEX<br>KNITTED TEE<br>STYLE NO. WC8JB53090PL<br>STYLE NO. WC8JB78121PL<br>STYLE NO. WC8JB78121JR<br>ORDER NO. IN401<br>ORDER NO. IN3ZC<br>ORDER NO. IN4OR<br>REF NO. 801C QNTY- 1,521 PCS<br>REF NO. 801C<br>CAT NO.639 HTS#6104.6320.06&<br>3923.9000.80,6110.3030.59<br>VENDOR#8873 , DIV NO.4 , DEPT# 027,<br><br>INVOICE NO. 1061SERK23515 DATE:<br>05.09.2018<br>E-DOC INV NO. 201821967679 DATE:<br>05.09.2018<br>EXP NO. 2485-40420-2018 DATE:<br>CONTINUED ON FOLLOWING PAGE ** | 492.350KG | 2.810M3 |

** FREIGHT COLLECT **<br>** ORIGINAL BL **

| PLACE OF RELEASED AT: DHAKA, BA | OCEAN FREIGHT PAYABLE AT: MIRA LOMA, CA | | |
|---|---|---|---|
| | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |

The undersigned Carrier hereby acknowledges receipt of the below consignment as packages or other shipping units for a carriage and delivery...

THE CARRIER
APL CO. PTE LTD

B, APL (Bangladesh) Pvt. Ltd.
Authorized Signature  AS AGENTS

| J1M | 005 | | TOTAL PREPAID | | | | | |
|---|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Office | TOTAL COLLECT | | | | | |
| 00926134 | | 00562026 | 00597609 | CHT | SPQ | MWF | Y | APLU 056448220 |
| FOC | FORWARDER | SHIPPER | CONSIGNEE | LD PORT | DIS PORT | DEST | NOTIFY | ORG | BL NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

# APL

APL CO. PTE LTD

## BILL OF LADING

| | |
|---|---|
| **SHIPPER** (Principal or Seller licensee and full address)<br>NORP KNIT INDUSTRIES LTD.<br>NORTH KHAILKUR, P.O. NATIONAL<br>UNIVERSITY, GAZIPUR-1704, BANGLADESH.<br>TEL:880-2-9292036-2037,9291936-1937. | **BOOKING NUMBER** 056448220   **BL NUMBER** PAGE 2 OF 2<br>APLU 056448220 |

**EXPO FINAL DEST:** CCD, MIRA LOMA, CA 91752

**CONSIGNEE** (Name and Full Address)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper)
UNTO THE ORDER OF:
STANDARD CHARTERED BANK,
67 GULSHAN AVENUE, DHAKA 1212,
BANGLADESH.

**FORWARDING AGENT** (References, F.M.C. No.)
AIR ALLIANCE LTD.
BILOUIS TOWER, 2ND FL, 6, NORTH GULSHAN,
C/A, CIR-2, DHAKA-1212, BD.

**POINT AND COUNTRY OF ORIGIN OF GOODS**
GAZIPUR, BANGLADESH

**NOTIFY PARTY** (Name and Full Address)
KMART CORPORATION.
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179, U.S.A.

**ALSO NOTIFY** (Name and Full Address)/DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING
**FROM POINT OF DESTINATION**
KMART C/O UPS SUPPLY CHAIN SOLUTION
19701 HAMILTON AVENUE
TORRANCE, CA 90502, PHONE: (310)
404-2792, FAX: (310)404-2962,
ATTN:MARY ELLEN WRATSCHKO.

| **INITIAL CARRIAGE BY (MODE)** | **PLACE OF RECEIPT**<br>CHITTAGONG |
|---|---|
| **EXPORT CARRIER** (Vessel, voyage, & flag)<br>TAICHUNG        005 | **PORT OF LOADING**<br>CHITTAGONG, BA |
| **PORT OF DISCHARGE**<br>SAN PEDRO, CA (SPQ) | **PLACE OF DELIVERY**<br>MIRA LOMA, CA-MWF |

Excess Valuation Please refer to Clause VIII on Reverse Side    **PARTICULARS FURNISHED BY SHIPPERS**

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | 09.09.2018<br>EXPORT L/C # PGL-NORP/1061 DATE:<br>31.10.2017<br>RECEIVED FOR SHIPMENT : 17.09.2018<br>CONTAINER GATE-IN DATE : 19.09.2018<br>MOTHER VESSEL NAME : CMA CGM<br>IVANHOE V- 309<br>***FREIGHT COLLECT*** | | |
| ***CTR NBR**<br>APHU648490-6 | ****SEAL<br>0732278** | NBR**** T/S HT  MODE  QUANT/TYPE<br>D40 96  CY/ CY  229CTN<br>SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT<br>492.35KG | MSMT<br>2.810M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD  SEP. 21, 2018

| | OCEAN FREIGHT PAYABLE AT | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |
|---|---|---|---|---|---|
| | | | | | APL CO. PTE LTD<br><br>By APL (Bangladesh) Pvt. Ltd.<br>Authorized Signature. AS AGENT<br>Date and Place Issued  SEP. 21 2018<br>CHITTAGONG, |

| Vessel | Voyage | Disch | TOTAL PREPAID<br>00926134 | TOTAL COLLECT<br>00562026 | 00597609 | CHT | SPQ | MWF | | Y | APLU 056448220 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| J1M | 005 | | | | | | | | | | |
| FOC | FORWARDER | SHIPPER | CONSIGNEE | LC PORT | DIS PORT | DEST | NOTIFY | CSC | BK NUMBER |

APL CO. PTE LTD

*1061 £ₐₙ 23517*

# COMMERCIAL INVOICE

Page 1 of 4
DATE: September 17, 2016
INVOICE NO.: 20182197070₃

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN32H | SOLID X NECK TEE SOLID X NECK TEE B | 20 | 20 | 11.700 USD | 234.00 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 800012278606 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE WC8J878122JR
DESCRIPTIONS X-NECK TEE
DETAIL OF THE GARMENTS SS X NECK LADIES TEE WITH BOTTOM HEM AND SLEEVE HEM.
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER, BOTTOM TREATMENT-HEMMED
BODY LENGTH SHOULDER TO WAIST
FABRICATION BODY 90 POLYESTER 10 SPANDEX    //    KNITTED
BODY FABRIC WEIGHT 175 GRAMS PER SQUARE METER
STITCH COUNT PER 1 CM  VERTICAL- 12 / HORIZONTAL-10, 100D+40D
FOLD PACK
Size S,M,L,XL
COUNTRY OF ORIGIN FABRIC  CHINA
COUNTRY OF CUTTING & ASSEMBLY  BANGLADESH

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN32H | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WC8J878122JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639 |

FACTORY NO.    102791
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI9AZ

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN32H | SOLID X NECK TEE BLACK | 42 | 42 | 13.650 USD | 573.30 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 800097608511 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE WC8J878122JR
DESCRIPTIONS X-NECK TEE
DETAIL OF THE GARMENTS SS X NECK LADIES TEE WITH BOTTOM HEM AND SLEEVE HEM.
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER, BOTTOM TREATMENT-HEMMED
BODY LENGTH SHOULDER TO WAIST
FABRICATION BODY 90 POLYESTER 10 SPANDEX    //    KNITTED
BODY FABRIC WEIGHT 175 GRAMS PER SQUARE METER
STITCH COUNT PER 1 CM  VERTICAL- 12 / HORIZONTAL-10, 100D+40D
FOLD PACK
Size S,M,L,XL
COUNTRY OF ORIGIN FABRIC  CHINA
COUNTRY OF CUTTING & ASSEMBLY  BANGLADESH

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN32H | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WC8J878122JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639 |

# COMMERCIAL INVOICE

Page 2 of 4

DATE: September 17, 2018

INVOICE NO.: 201821970793

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Mira Loma , CA

FOB Bangladesh

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN3ZH | SOLID X NECK TEE BLACK | 36 CARTONS | 36 AST | 15.600 USD AST | 561.60 USD |
|---|---|---|---|---|---|---|
| ITEM: | 8800976668636 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE WC6J878122JR
DESCRIPTIONS X-NECK TEE
DETAIL OF THE GARMENTS  SS X NECK LADIES TEE WITH BOTTOM HEM AND SLEEVE HEM.
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER, BOTTOM TREATMENT-HEMMED
BODY LENGTH  SHOULDER TO WAIST
FABRICATION BODY  90 POLYESTER 10 SPANDEX     //   KNITTED
BODY FABRIC WEIGHT  175 GRAMS PER SQUARE METER
STITCH COUNT PER 1 CM  VERTICAL- 12 / HORIZONTAL-10, 100D+40D
FOLD PACK
Size S,M,L,XL
COUNTRY OF ORIGIN FABRIC  CHINA
COUNTRY OF CUTTING & ASSEMBLY  BANGLADESH

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZH | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WC6J878122JR | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639 | |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN3ZJ | SOLID X NECK TEE PL/SOLID X NECK TEE S | 27 CARTONS | 27 AST | 13.440 USD AST | 362.88 USD |
|---|---|---|---|---|---|---|
| ITEM: | 8800122676622 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE  WC6J878122PL
DESCRIPTIONS X-NECK TEE
DETAIL OF THE GARMENTS  SS X NECK LADIES TEE WITH BOTTOM HEM AND SLEEVE HEM.
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER, BOTTOM TREATMENT-HEMMED
BODY LENGTH  SHOULDER TO WAIST
FABRICATION BODY  90 POLYESTER 10 SPANDEX     //   KNITTED
BODY FABRIC WEIGHT  175 GRAMS PER SQUARE METER
STITCH COUNT PER 1 CM  VERTICAL- 12 / HORIZONTAL-10, 100D+40D
FOLD PACK
Size S,M,L,XL
COUNTRY OF ORIGIN FABRIC  CHINA
COUNTRY OF CUTTING & ASSEMBLY  BANGLADESH

## COMMERCIAL INVOICE

Page 3 of 4
DATE: September 17, 2016
INVOICE NO.: 201621970703

8573
PEARL GLOBAL INDUSTRIES LTD.
POIL, PLOT NO. 448
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZJ | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 | |
| VENDOR ITEM CODE | WC8JB78122PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639 | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZJ | SOLID X NECK TEE PLUSOLID X NECK TEE B | 3 | 3 | 15.680 USD | 47.04 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 880012276030 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE WC8JB78122PL
DESCRIPTIONS X-NECK TEE
DETAIL OF THE GARMENTS ES X NECK LADIES TEE WITH BOTTOM HEM AND SLEEVE HEM.
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER, BOTTOM TREATMENT-HEMMED
BODY LENGTH SHOULDER TO WAIST
FABRICATION BODY 90 POLYESTER 10 SPANDEX    //    KNITTED
BODY FABRIC WEIGHT 175 GRAMS PER SQUARE METER
STITCH COUNT PER 1 CM  VERTICAL- 12 / HORIZONTAL-10, 160D+40D
FOLD PACK
Size S,M,L,XL
COUNTRY OF ORIGIN FABRIC CHINA
COUNTRY OF CUTTING & ASSEMBLY BANGLADESH

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZJ | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 | |
| VENDOR ITEM CODE | WC8JB78122PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639 | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZJ | SOLID X NECK TEE PLUSOLID X NECK TEE B | 7 | 7 | 17.920 USD | 125.44 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 880012276045 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE WC8JB78122PL
DESCRIPTIONS X-NECK TEE

# COMMERCIAL INVOICE

Page 4 of 4

DATE: September 17, 2018

INVOICE NO.: 201821970793

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB Bangladesh

DETAIL OF THE GARMENTS  SS X NECK LADIES TEE WITH BOTTOM HEM AND SLEEVE HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER, BOTTOM TREATMENT-HEMMED
BODY LENGTH  SHOULDER TO WAIST
FABRICATION BODY  90 POLYESTER 10 SPANDEX    //    KNITTED
BODY FABRIC WEIGHT  175 GRAMS PER SQUARE METER
STITCH COUNT PER 1 CM  VERTICAL-12 / HORIZONTAL-10, 100D+40D
FOLD PACK
Size  S,M,L,XL
COUNTRY OF ORIGIN  FABRIC  CHINA
COUNTRY OF CUTTING & ASSEMBLY  BANGLADESH

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ZJ | REFERENCE NO. | 501C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WC8JB78122PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 135 | 135 | ASSORTMENTS | 1,904.26  USD |

TOTAL US DOLLARS ONE THOUSAND NINE HUNDRED FOUR DOLLARS AND TWENTY-SIX CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME        _____

EMPLOYEE TITLE        _____

*1061 polo no 5.7*

APL CO. PTE LTD
21976793 Kment

# APL   BILL OF LADING

| SHIPPER (Immodal or Serial (carriage and full address) | BOOKING NUMBER | BL NUMBER | PAGE 1 OF 2 |
|---|---|---|---|
| NORP KNIT INDUSTRIES LTD. NORTH KHAILKUR,P.O.NATIONAL UNIVERSITY,GAZIPUR-1704,BANGLADESH. TEL:880-2-9292036-2037,9291936-1937. | 056448151 | | APLU 056448151 |

EXPORT FINAL DEST: CCD, MIRA LOMA, CA 91752

| CONSIGNEE (Name and Full Address ...) (Unless provided otherwise, a consignment "To Order" means To Order of Shipper) | FORWARDING AGENT (References, F.M.C. No.) |
|---|---|
| UNTO THE ORDER OF: STANDARD CHARTERED BANK, 67 GULSHAN AVENUE,DHAKA 1212, BANGLADESH. | AIR ALLIANCE LTD. BILQUIS TOWER,2ND FL,6,NORTH GULSHAN, C/A,CIR-2,DHAKA-1212,BD. |

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

| NOTIFY PARTY (Name and Full Address) | ALSO NOTIFY (Name and Full Address)DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION |
|---|---|
| KMART CORPORATION, 3333 BEVERLY ROAD, HOFFMAN ESTATES, ILLINOIS 60179,U.S.A. | KMART C/O UPS SUPPLY CHAIN SOLUTION 19701 HAMILTON AVENUE TORRANCE, CA 90502,PHONE:(310) 404-2792,FAX:(310)404-2962, ATTN:MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT CHITTAGONG |
|---|---|

| EXPORT CARRIER (Vessel, voyage, & flag) TAICHUNG 005 | PORT OF LOADING CHITTAGONG, BA |
|---|---|

| PORT OF DISCHARGE SAN PEDRO,CA (SPO) | PLACE OF DELIVERY MIRA LOMA,CA-MWF |
|---|---|

Excess Valuation: Please refer to Clause 7(III) on Reverse Side   PARTICULARS FURNISHED BY SHIPPERS

| MARKS AND NUMBERS | NO. OF PKGS | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| K-MART IN3ZH IN3ZJ  ITEM NO : 860-01227660-6 860-09766851-1 860-09766863-6  880-01227662-2 880-01227663-0 880-01227664-8  MADE IN BANGLADESH CONTENTS: PCS | SC GB18/ 7107E 135 CTN | FREIGHT COLLECT  AA)LV84000.00.00  SLAC CY/CY WOMEN'S 90% POLYESTER 10% SPANDEX KNITTED TEE STYLE NO. WC8JB78122JR STYLE NO. WC8JB78122PL ORDER NO. IN3ZH ORDER NO. IN3ZJ REF NO. 801C QNTY- 941 PCS CAT NO.639 HTS#6110.3030.59 VENDOR#8873 , DIV NO.4 , DEPT# 027,  INVOICE NO. 1061SERK23S17 DATE: 05.09.2018 E-DOC INV NO.201821970793 DATE: 05.09.2018 EXP NO. 2486-40419-2018 DATE: 09.09.2018 EXPORT L/C # PGL-NORP/1061 DATE: 31.10.2017 RECEIVED FOR SHIPMENT : 17.09.2018 CONTAINER GATE-IN DATE : 19.09.2018 MOTHER VESSEL NAME : CMA CGM          CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT ** ** ORIGINAL BL ** | 290.250KG | 1.140M3 |

| BL TO BE RELEASED AT DHAKA,BA | OCEAN FREIGHT PAYABLE AT MIRA LOMA, CA | |
|---|---|---|
| FREIGHT RATES, CHARGES, WEIGHTS AND/OR MEASUREMENT | PREPAID U.S.$ | COLLECT U.S.$ | Local Currency |

The undersigned Carrier hereby acknowledges receipt of the stated number of packages or other shipping units said to contain the goods described above in the Shipper agrees, and the Shipper agrees on his particular... whose entirety stated. The Shipper agrees and the Carrier agrees by every person purchasing this document for what, if applicable, or contained herein and herein it is the Goods as described that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and by incorporation by reference on the side and the reverse hereof, whether written, stamped or printed.

A set of   3   originals of this bill of lading is hereby issued by the Carrier. Upon surrender of this Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.
THE CARRIER
APL CO. PTE LTD

by. APL (Bangladesh) Pvt. Ltd.
Authorized Signature: AS AGENTS

| J1M 005 | | TOTAL/PREPAID | | | | | | Date and Place Issued | |
|---|---|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Office | TOTAL COLLECT | | | | | | |
| 00926134 | 00562026 | 00597609 | CHT | SPO | MWF | | Y | APLU 056448151 |
| FDC | FORWARDER | SHIPPER | CONSIGNEE | LD PORT | DIS PORT | DEST | NOTIFY | CSC | B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

32H

APL CO. PTE LTD

**APL**

## BILL OF LADING

| | |
|---|---|
| SHIPPER (Principal or Seller licensee and full address) NORP KNIT INDUSTRIES LTD. NORTH KHAILKUR, P.O.NATIONAL UNIVERSITY, GAZIPUR-1704, BANGLADESH. TEL:880-2-9292036-2037,9291936-1937. | BOOKING NUMBER 056448151   B/L NUMBER PAGE 2 OF 2 APLU 056448151 |
| | EXPORT FINAL DEST:CCD, MIRA LOMA, CA 91752 |
| CONSIGNEE (Name and Full Address) (Unless provided otherwise, a consignment "To Order" means To Order of Shipper) UNTO THE ORDER OF: STANDARD CHARTERED BANK, 67 GULSHAN AVENUE,DHAKA 1212, BANGLADESH. | FORWARDING AGENT (References, F.M.C. No.) AIR ALLIANCE LTD. BILQUIS TOWER, 2ND FL,6,NORTH GULSHAN, C/A,CIR-2,DHAKA-1212,BD. |
| | POINT AND COUNTRY OF ORIGIN OF GOODS GAZIPUR, BANGLADESH |
| NOTIFY PARTY (Name and Full Address) KMART CORPORATION. 3333 BEVERLY ROAD, HOFFMAN ESTATES, ILLINOIS 60179,U.S.A. | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/MER-TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION KMART C/O UPS SUPPLY CHAIN SOLUTION 19701 HAMILTON AVENUE TORRANCE,CA 90502,PHONE:(310) 404-2792,FAX:(310)404-2962, ATTN:MARY ELLEN WRATSCHKO. |
| PLACE OF RECEIPT CHITTAGONG | |
| PORT OF LOADING DADOHUNG 005   CHITTAGONG, BA | |
| SAN PEDRO, CA (SPC)   MIRA LOMA,CA-MWF | |

Subject to Clause 7 on Reverse Side   **PARTICULARS FURNISHED BY SHIPPERS**

| CTR NBR/SEAL NBR/MARKS & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|
| IVANHOE V- 309 ***FREIGHT COLLECT*** | WEIGHT 290.25KG | MSMT 1.140M3 |
| ***CTR NBR** MAGU535059-9   ****SEAL NBR****   T/S HT MODE QUANT/TYPE 0732272: D40 96 CY/ CY 135CTN ** SHIPPER'S LOAD, STOW AND COUNT ** | | |
| | ** FREIGHT COLLECT ** ** ORIGINAL BL ** | |
| SHIPPED ON BOARD SEP. 21, 2018 | | |

| B/L TO BE RELEASED AT | OCEAN FREIGHT PAYABLE AT | | | | |
|---|---|---|---|---|---|
| FREIGHT RATES CHARGES WEIGHTS AND/OR MEASUREMENTS SUBJECT TO CORRECTION | PREPAID U.S.$ | COLLECT U.S. $ | Local Currency | | The undersigned Carrier hereby acknowledges receipt of the stated container or packages or other shipping units, said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees, and the Consignee and Owner of the goods by purchasing this document for value, in acceptance, or otherwise having (a) reserved of the Goods, a warrant that the below, subject, carriage and delivery of the Goods are subject to all the terms and conditions set forth and by incorporated by reference on the bulk and the reverse hereof whether written or printed or typed. |
| | | | | | In witness whereof **3** originals this set of bearing a hereby issued by the Carrier, which justended to the Carrier of any one negotiable bill of lading, properly endorsed, all others void, stand void. **THE CARRIER** APL CO. PTE LTD |
| | | | | | By: **APL (Bangladesh) Pvt. Ltd.** Authorized Signature |
| | | | | | Date and Place Issued SEP. 21,2018 CHITTAGONG, |

| J1M 005 | | TOTAL PREPAID | | | | | | APLU 056448151 |
|---|---|---|---|---|---|---|---|---|
| Vessel Voyage Office | | TOTAL COLLECT | | | | | | |
| 00926134 | 00562026 | 00597609 | CHT | SPQ | MWF | | Y | APLU 056448151 |
| FOC FORWARDER | SHIPPER | CONSIGNEE | LG PORT | DIS PORT | DEST | NOTIFY | OBC | B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING



# COMMERCIAL INVOICE

Page 1 of 7

DATE: September 17, 2016

INVOICE NO.: 201622116516

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|---|
| KMART | IN416 | COLD SHOULDER TOP CORE WHITE | | | 20 CARTONS | 20 AST | 32.460 USD AST | 649.20 USD |
| ITEM: | 760024671170 | | | | | | | |
| MADE IN : | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |

STYLE NAME: WP9BE76873MI  FOBS 5.41
COLD SHOULDER TOP
SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, JERSEY
HANGING PACK: CODE - 484B  PRICE - $ 0.072

| CONTRACT NO. | IN416 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE76873MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN416 | COLD SHOULDER TOP CORE WHITE | | | 10 CARTONS | 10 AST | 32.460 USD AST | 324.60 USD |
|---|---|---|---|---|---|---|---|---|
| ITEM: | 760024671170 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |

STYLE NAME: WP9BE76873MI  FOBS 5.41
COLD SHOULDER TOP
SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, JERSEY
HANGING PACK: CODE - 484B  PRICE - $ 0.072

| CONTRACT NO. | IN416 | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE76873MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.          102761

## COMMERCIAL INVOICE

Page 2 of 7
DATE: September 17, 2016
INVOICE NO.: 201622118516

6873
PEARL GLOBAL INDUSTRIES LTD,
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh        SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

| KMART | IN416 | COLD SHOULDER TOP CORE WHITE | | 14 | 14 | 37.870  USD | 530.18  USD |
|-------|-------|------------------------------|--|----|----|------------|-------------|
|       |       |                              |  | CARTONS | AST |       AST | |

ITEM:        780024672954
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP96E76873MI  FOB$ 5.41
COLD SHOULDER TOP
SHORT SLEEVE, NO POCKET, NO ZIPPER.
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, JERSEY
HANGING PACK  CODE= 484B  PRICE - $ 6.072

| CONTRACT NO. | IN416 | REFERENCE NO. | 601C |
|--------------|-------|---------------|------|
| BC CODE | CCD | DEPARTMENT NO. | C27 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP96E76873MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.       102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

| KMART | IN416 | COLD SHOULDER TOP CORE WHITE | | 27 | 27 | 37.870  USD | 1,022.49  USD |
|-------|-------|------------------------------|--|----|----|------------|----------------|
|       |       |                              |  | CARTONS | AST |       AST | |

ITEM:        780024672954
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP96E76873MI  FOB$ 5.41
COLD SHOULDER TOP
SHORT SLEEVE, NO POCKET, NO ZIPPER.
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, JERSEY
HANGING PACK  CODE= 484B  PRICE - $ 6.072

# COMMERCIAL INVOICE

Page 3 of 7
DATE: September 17, 2018
INVOICE NO.: 201822116516

6073
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh       SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN416 | REFERENCE NO. | 802C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP98E78873MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MFG NO.        BONORBKNIGAZ

| KMART | IN416 | COLD SHOULDER TOP CORE WHITE | 16 CARTONS | 16 AST | 48.690 USD AST | 779.04 USD |
|---|---|---|---|---|---|---|
| ITEM: | 760024673143 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP98E78873MI   FOOS 6.41
COLD SHOULDER TOP
SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, JERSEY
HANGING PACK CODE - 4849   PRICE - $ 0.072

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN416 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP98E78873MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MFG NO.        BONORBKNIGAZ

| KMART | IN416 | COLD SHOULDER TOP CORE WHITE | 17 CARTONS | 17 AST | 32.460 USD AST | 551.82 USD |
|---|---|---|---|---|---|---|
| ITEM: | 760024674919 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP98E78873MI   FOOS 6.41
COLD SHOULDER TOP
SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH

# COMMERCIAL INVOICE

Page 4 of 7

DATE: September 17, 2018

INVOICE NO.: 201822118516

8573
PEARL GLOBAL INDUSTRIES LTD.
PGK, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:       KMART CORPORATION
          3333 Beverly Road
          Hoffman Estates, IL 60179
          US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, JERSEY
HANGING PACK: CODE - 484B   PRICE - $ 0.072

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN416 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | WPSBE78673MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.           102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.           BDNORKNIGAZ

| KMART | IN416 | COLD SHOULDER TOP CORE WHITE | | 10 CARTONS | 10 AST | 32.480 USD AST | 324.80 USD |
|---|---|---|---|---|---|---|---|

ITEM:        780024574919
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WPSBE78673MI   FOB$ 5.41
COLD SHOULDER TOP
SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, JERSEY
HANGING PACK: CODE - 484B   PRICE - $ 0.072

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN416 | REFERENCE NO. | 802C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | WPSBE78673MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.           102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.           BDNORKNIGAZ

# COMMERCIAL INVOICE



Page 6 of 7
DATE: September 17, 2018
INVOICE NO.: 201622110516

8573
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122015

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

| KMART | IN416 | COLD SHOULDER TOP CORE WHITE | 12 CARTONS | 12 AST | 37.870 USD AST | 454.44 USD |
|---|---|---|---|---|---|---|

ITEM: 780024875027
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT

STYLE NAME: WP9SE78673MI  FOB $ 5.41
COLD SHOULDER TOP
SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, JERSEY
HANGING PACK: CODE - 4848  PRICE - $ 0.072

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN416 | REFERENCE NO. | 601C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | WP9SE78673MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY SRD NO.    BDNORKNIGAZ

| KMART | IN416 | COLD SHOULDER TOP CORE WHITE | 26 CARTONS | 26 AST | 37.870 USD AST | 984.62 USD |
|---|---|---|---|---|---|---|

ITEM: 780024875027
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT

STYLE NAME: WP9SE78673MI  FOB $ 5.41
COLD SHOULDER TOP
SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, JERSEY
HANGING PACK: CODE - 4848  PRICE - $ 0.072

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN416 | REFERENCE NO. | 602C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | WP9SE78673MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR

# COMMERCIAL INVOICE

Page 6 of 7

DATE: September 17, 2016

INVOICE NO.: 201622118516

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh

MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

Bangladesh

FTY MID NO.        BONORKNIGAZ

| KMART | IN416 | COLD SHOULDER TOP CORE WHITE | | 17 CARTONS | 17 AST | 48.690 USD AST | 827.73 USD |
|---|---|---|---|---|---|---|---|

ITEM:            760024677951
MADE IN          BANGLADESH
CONTENTS         1 ASSORTMENT

STYLE NAME: WP9BET8873MI  FOB$ 8.41
COLD SHOULDER TOP
SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, JERSEY
HANGING PACK: CODE - 4846  PRICE - $ 0.072

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN416 | REFERENCE NO. | 681C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BET8873MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.       102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BONORKNIGAZ

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER         OPEN ACCOUNT
LC#                 NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 169 | 169 | ASSORTMENTS | 6,446.72 USD |

TOTAL US DOLLARS SIX THOUSAND FOUR HUNDRED FORTY-EIGHT DOLLARS AND SEVENTY-TWO CENTS ONLY.

## COMMERCIAL INVOICE

Page 7 of 7

DATE: September 17, 2016

INVOICE NO.: 201622118516

6973
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mike Lorne , CA

FOB Bangladesh

| PEARL GLOBAL INDUSTRIES LTD. | |
|---|---|
| EMPLOYEE NAME | |
| EMPLOYEE TITLE | |

# APL

## BILL OF LADING

APL CO. PTE LTD
22418816 kund

| | |
|---|---|
| SHIPPER (Principal or Seller licensee and full address)<br>NORP KNIT INDUSTRIES LTD.<br>NORTH KHAILKUR, P.O.NATIONAL<br>UNIVERSITY,GAZIPUR-1704 BANGLADESH.<br>TEL:880-2-9292035-2037,9291936-1937. | BOOKING NUMBER 056446152   B/L NUMBER   PAGE 1 OF 2<br>APLU 056448152<br>EXPORT FINAL DEST:CCD, MIRA LOMA, CA 91752 |
| CONSIGNEE (Name and Full Address)<br>(Unless consigned otherwise, a consignment "To Order" means "To Order of Shipper")<br>UNTO THE ORDER OF:<br>STANDARD CHARTERED BANK,<br>67 GULSHAN AVENUE,DHAKA 1212,<br>BANGLADESH. | FORWARDING AGENT (References, FMC. No.)<br>AIR ALLIANCE LTD.<br>BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,<br>C/A,CIR-2,DHAKA-1212,BD.<br>PORT AND COUNTRY OF ORIGIN OF GOODS<br>GAZIPUR, BANGLADESH |
| NOTIFY PARTY (Name and Full Address)<br>KMART CORPORATION,<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,<br>ILLINOIS 60179,U.S.A. | ALSO NOTIFY (Name and Full Address)DOMESTIC ROUTING/<br>EXPORT INSTRUCTIONS/PIER-TERMINAL ONWARD ROUTING<br>FROM PORT OF DESTINATION<br>KMART C/O UPS SUPPLY CHAIN SOLUTION<br>19701 HAMILTON AVENUE<br>TORRANCE,CA 90502,PHONE:(310)<br>404-2792,FAX:(310)404-2962,<br>ATTN:MARY ELLEN WRATSCHKO. |
| INITIAL CARRIAGE BY (MODE)   PLACE OF RECEIPT<br>CHITTAGONG | |
| EXPORT CARRIER (Vessel, voyage, & flag)   PORT OF LOADING<br>TAICHUNG      005   CHITTAGONG, BA | |
| PORT OF DISCHARGE   PLACE OF DELIVERY<br>SAN PEDRO, CA (SPQ)   MIRA LOMA,CA-MWF | |

Excess valuation Please refer to Clause 7(B) on Reverse Side    **PARTICULARS FURNISHED BY SHIPPERS**

| NO. OF CONTAINERS OR PACKAGES | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|
| K-MART<br>IN416 | SC GB18/7107E<br>169 CTN   FREIGHT COLLECT<br>AA)LV84000.00.00  SLAC CY/CY<br>WOMEN'S 100% COTTON KNITTED TOP | 278.850KG | 2.740M3 |
| ITEM NO :<br>780-02487117-0<br>780-02487117-0<br>780-02487295-4<br>780-02487295-4<br>780-02487314-3<br>780-02487491-9<br>780-02487491-9<br>780-02487562-7<br>780-02487562-7<br>780-02487796-1<br>MADE IN<br>BANGLADESH<br>CONTENTS:  PCS | STYLE NO. WP9BE76673MI<br>ORDER NO. IN416<br>REF NO. 801C QNTY- 1,192 PCS<br>CAT NO.339 HTS#6110.2020.79&<br>3923.9000.80<br>VENDOR#8873 , DIV NO.4 , DEPT# 027,<br>INVOICE NO. 1061SERK23501 DATE:<br>05.09.2018<br>E-DOC INV NO.201822118516 DATE:<br>05.09.2018<br>EXP NO. 2486-40426-2018 DATE:<br>09.09.2018<br>EXPORT L/C # PGL-NORP/1061 DATE:<br>31.10.2017<br>RECEIVED FOR SHIPMENT : 17.09.2018<br>CONTAINER GATE-IN DATE : 19.09.2018<br>MOTHER VESSEL NAME : CMA CGM<br>IVANHOE V- 309<br>**CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT **<br>** ORIGINAL BL **** | | |

| B/L TO BE RELEASED AT   DHAKA, BA | OCEAN FREIGHT PAYABLE AT   MIRA LOMA, CA | |
|---|---|---|

| | PREPAID U.S.$ | COLLECT U.S. $ | Local Currency | |
|---|---|---|---|---|

APL CO. PTE LTD

By APL (Bangladesh) Pvt. Ltd.
AUTHORIZED SIGNATURE  AS AGENTS

| J1M | 005 | | TOTAL PREPAID | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | TOTAL COLLECT | | | | | | |
| 00926134 | 00562026 | 00597609 | CHT | SPQ | MWF | | Y | APLU 056448152 |
| E/C | FORWARDER | SHIPPER | CONSIGNEE | LD PORT | DIS PORT | DEST | NOTIFY | E/C | B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

APL CO. PTE LTD

## BILL OF LADING

| APL | BOOKING NUMBER 056448152 | B/L NUMBER APLU 056448152 | PAGE 2 OF 2 |

**SHIPPER** (Principal or Seller licensee and full address)
NORP KNIT INDUSTRIES LTD,
NORTH KHAILKUR, P.O.NATIONAL
UNIVERSITY,GAZIPUR-1704,BANGLADESH.
TEL:880-2-9292036-2037,9291936-1937.

**FINAL DEST**:CCD, MIRA LOMA, CA 91752

**CONSIGNEE** (Name and Full Address)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper)
UNTO THE ORDER OF:
STANDARD CHARTERED BANK,
67 GULSHAN AVENUE,DHAKA 1212,
BANGLADESH.

**FORWARDING AGENT** (References, F.M.C. No.)
AIR ALLIANCE LTD.
BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,
C/A,CIR-2,DHAKA-1212,BD.

**POINT AND COUNTRY OF ORIGIN OF GOODS**
GAZIPUR, BANGLADESH

**NOTIFY PARTY** (Name and Full Address)
KMART CORPORATION,
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179,U.S.A.

**ALSO NOTIFY** (Name and Full Address)/DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION
KMART C/O UPS SUPPLY CHAIN SOLUTION
19701 HAMILTON AVENUE
TORRANCE,CA. 90502,PHONE:(310)
404-2792,FAX:(310)404-2962,
ATTN:MARY ELLEN WRATSCHKO.

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT CHITTAGONG |
| EXPORT CARRIER (Vessel voyage. & flag) TAICHUNG  005 | PORT OF LOADING CHITTAGONG, BA |
| PLACE OF DELIVERY SAN PEDRO,CA (SPQ) | MIRA LOMA,CA-MWF |

Subject to Clause 7(ii) Please refer to Clause 7(ii) on Reverse Side

## PARTICULARS FURNISHED BY SHIPPERS

| MARKS AND NUMBERS | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|
| ***CTR NBR** NAGU518059-9 | ***FREIGHT COLLECT*** ****SEAL NBR**** T/S HT  MODE  QUANT/TYPE 0732272    D40 96  CY/ CY  169CTN ** SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT 278.85KG | MSMT 2.740M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD  SEP. 21, 2018

| B/L TO BE RELEASED AT | OCEAN FREIGHT PAYABLE AT | | |
| FREIGHT RATES, CHARGES, WEIGHTS AND/OR MEASUREMENTS | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |

The undersigned Carrier hereby acknowledges receipt of the stated number of packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise noted. The Shipper agrees, on his (owner's) and every person purchasing this document for value, if required, whatsoever having an interest in the Goods is bound by the receipt, custody, carriage and delivery of said Goods are subject to all the terms and conditions set forth and is comprised by reference on this side and the reverse hereof, whether printed, stamped or printed.

A set of  3  originals of the bill of lading is hereby issued for the Carrier. Upon surrender to the Owner of any one negotiated bill of lading, properly endorsed, all others shall stand void.

THE CARRIER
APL CO. PTE LTD

By APL (Bangladesh) Pvt. Ltd.
Authorized Signature (As Agents)

Date and  SEP. 21, 2018
Place Issued  CHITTAGONG,

| J1M | 005 | TOTAL PREPAID | | | | | APLU 056448152 |
| Vessel | Voyage | Office | TOTAL COLLECT | | | | | |
| | 00926134 | | 00562026 | 00597609 | CHT | SPQ | MWF | Y | APLU 056448152 |
| POC | FORWARDER | SHIPPER | CONSIGNEE | LD PORT | DIS PORT | DEST | NOTIFY | CBC | B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

*10 61 ρ αµ. Ϸ'ϧ δ ϥϥ*



# COMMERCIAL INVOICE

DATE: September 17, 2018

INVOICE NO.: 291622031404

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN32M | S/S BUTTON BLACKET PCORE WHITE | 22 CARTONS | 22 AST | 26.040 USD AST | 572.56 USD |
| ITEM: | 4300496195S4 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP90E78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN32M | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP90E78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
PTY 6ID NO.        BDNORKKNIGAZ

| KMART | IN32M | S/S BUTTON BLACKET PCORE WHITE | 0 CARTONS | 0 AST | 39.060 USD AST | 351.54 USD |
|---|---|---|---|---|---|---|
| ITEM: | 4300496195S2 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP90E78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN32M | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP90E78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761

# COMMERCIAL INVOICE

DATE: September 17, 2018
INVOICE NO.: 201822031464

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh
MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:   Mira Loma , CA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN32M | S/S BUTTON BLACKET PCORE WHITE | | 1 | 1 | 30.360 USD | 30.36 USD |
|-------|-------|-------|-------|-------|-------|-------|-------|
| | | | | CARTONS | AST | AST | |
| ITEM: | 430049016766 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP90E78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9"W x 12" D)

| CONTRACT NO. | IN32M | REFERENCE NO. | 602C |
|-------|-------|-------|-------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP90E78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 338 |

FACTORY NO.        162761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN32M | S/S BUTTON BLACKET PLEMONADE ANCHORS BE | | 16 | 16 | 26.040 USD | 416.64 USD |
|-------|-------|-------|-------|-------|-------|-------|-------|
| | | | | CARTONS | AST | AST | |
| ITEM: | 430049620206 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP90E78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9"W x 12" D)

## COMMERCIAL INVOICE

Page 3 of 11

DATE: September 17, 2018

INVOICE NO.: 201622031464

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIIL, PLOT NO.446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122015

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mire Loma , CA

FOB Bangladesh

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | OCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP98E78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO. 102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO. BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PLEMONADE ANCHORS BE | 2 CARTONS | 2 AST | 39.000 USD AST | 78.12 USD |
|---|---|---|---|---|---|---|

ITEM: 430049920222
MADE IN: BANGLADESH
CONTENTS: 1 ASSORTMENT

STYLE NAME: WP98E78247PL  FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK (9"W x 12"D)

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | OCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP98E78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO. 102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO. BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PLEMONADE ANCHORS BE | 2 CARTONS | 2 AST | 30.380 USD AST | 60.76 USD |
|---|---|---|---|---|---|---|

ITEM: 430049024075
MADE IN: BANGLADESH
CONTENTS: 1 ASSORTMENT

STYLE NAME: WP98E78247PL  FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH

## COMMERCIAL INVOICE

Page 4 of 11

DATE: September 17, 2016

INVOICE NO.: 201622031404

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh

SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION:  Ocean

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN32M | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP99E78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN32M | 6/S BUTTON BLACKET POORNFLOWER BLUE BUTT | 16 | 16 | 26.040  USD | 416.64  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | AST |

ITEM:            43004954125
MADE IN          BANGLADESH
CONTENTS         1 ASSORTMENT

STYLE NAME: WP99E78247PL   FOBS 4.34
DESCRIPTION: 6/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN32M | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP99E78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ



COMMERCIAL INVOICE

Page 5 of 11
DATE: September 17, 2018
INVOICE NO.: 2018220031464

TO:     KMART CORPORATION
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

6573
PEARL GLOBAL INDUSTRIES LTD.
PGK, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN3ZM | S/S BUTTON BLACKET PCORNFLOWER BLUE BUTT | | 2 CARTONS | 2 AST | 39.050 USD AST | 78.12 USD |

ITEM:      430049624469
MADE IN    BANGLADESH
CONTENTS   1 ASSORTMENT

STYLE NAME: WP9BE78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

CONTRACT NO.           IN3ZM          REFERENCE NO.      802C
DC CODE                CCD            DEPARTMENT NO.     027
DIVISION NO.           Division 4     VENDOR NO.         8873
VENDOR ITEM CODE       WP9BE78247PL   COUNTRY OF ORIGIN  BANGLADESH
BINDING RULING # OR                   CATEGORY           339
PRECLASS #

FACTORY NO.            102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.           BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PCORNFLOWER BLUE BUTT | | 2 CARTONS | 2 AST | 30.380 USD AST | 60.76 USD |

ITEM:      430049626055
MADE IN    BANGLADESH
CONTENTS   1 ASSORTMENT

STYLE NAME: WP9BE78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

CONTRACT NO.           IN3ZM          REFERENCE NO.      802C
DC CODE                CCD            DEPARTMENT NO.     027
DIVISION NO.           Division 4     VENDOR NO.         8873
VENDOR ITEM CODE       WP9BE78247PL   COUNTRY OF ORIGIN  BANGLADESH
BINDING RULING # OR                   CATEGORY           339
PRECLASS #

FACTORY NO.            102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR



COMMERCIAL INVOICE

Page 6 of 11
DATE: September 17, 2018
INVOICE NO.: 201822051464

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN32M | S/S BUTTON BLACKET PPEACH AMBER DOTS INC | 16 CARTONS | 16 AST | 20,040 USD AST | 415.64 USD |

ITEM:        430049627961
MADE IN     BANGLADESH
CONTENTS   1 ASSORTMENT

STYLE NAME: WP98E78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN32M | REFERENCE NO. | 602C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP98E78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN32M | S/S BUTTON BLACKET PPEACH AMBER DOTS INC | 2 CARTONS | 2 AST | 30,060 USD AST | 78.12 USD |

ITEM:        430049626064
MADE IN     BANGLADESH
CONTENTS   1 ASSORTMENT

STYLE NAME: WP98E78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN32M | REFERENCE NO. | 602C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP98E78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761

## COMMERCIAL INVOICE

Page 7 of 11
DATE: September 17, 2016
INVOICE NO.: 201622031464

6673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 00179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHALIKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PPEACH AMBER DOTS BE | 2 CARTONS | 2 AST | 30.380 USD AST | 60.76 USD |
|-------|-------|------|------|------|------|------|

ITEM:          430049029553
MADE IN        BANGLADESH
CONTENTS       1 ASSORTMENT

STYLE NAME: WP9BE78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 338 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHALIKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO. .        BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PMARITIME BLUE STRIPE | 16 CARTONS | 16 AST | 26.040 USD AST | 416.64 USD |
|-------|-------|------|------|------|------|------|

ITEM:          430049030169
MADE IN        BANGLADESH
CONTENTS       1 ASSORTMENT

STYLE NAME: WP9BE78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

# COMMERCIAL INVOICE

Page 8 of 11
DATE: September 17, 2016
INVOICE NO.: 201822031484

3673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 802C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 3673 |
| VENDOR ITEM CODE | WP98E76247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY 3RD NO.        BDNORBKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PMARITIME BLUE STRIPE | | 2 CARTONS | 2 AST | 39.060 USD AST | 78.12 USD |
| ITEM: | 430049650401 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP98E76247PL    FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" L)

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 802C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 3673 |
| VENDOR ITEM CODE | WP98E76247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY 3RD NO.        BDNORBKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PMARITIME BLUE STRIPE | | 2 CARTONS | 2 AST | 30.360 USD AST | 60.76 USD |
| ITEM: | 430049651060 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP98E76247PL    FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH

# COMMERCIAL INVOICE

DATE: September 17, 2018
INVOICE NO.: 2018220314154

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122018

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ZM | REFERENCE NO. | 802C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP98E78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PCABBAGE | | 16 | 16 | 26.040 USD | 416.64 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | AST |
| ITEM: | 4300496528637 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP98E78247PL   FO05 4.3X
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ZM | REFERENCE NO. | 802C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP98E78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ



# COMMERCIAL INVOICE

Page 10 of 11

DATE: September 17, 2018

INVOICE NO.: 201822031464

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

| KMART | IN3ZM | S/S BUTTON BLACKET PCABBAGE | 2 CARTONS | 2 AST | 39.060 USD AST | 78.12 USD |
|---|---|---|---|---|---|---|
| ITEM: | 430049652036 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP98E78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP98E78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.   102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.   BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PCABBAGE | 2 CARTONS | 2 AST | 30.380 USD AST | 60.76 USD |
|---|---|---|---|---|---|---|
| ITEM: | 430049653033 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP98E78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP98E78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.   102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR

# COMMERCIAL INVOICE

Page 1) of 1)
DATE: September 17, 2018
INVOICE NO.: 201822031464

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma, CA

FOB Bangladesh

Bangladesh
FTY MID NO.    BDNORKNIGAZ

| PAYMENT TERM | Open Acct |
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |
| LC# | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 132 | 132 | ASSORTMENTS | 3,732.40 USD |

TOTAL US DOLLARS THREE THOUSAND SEVEN HUNDRED THIRTY-TWO DOLLARS AND FORTY CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME
EMPLOYEE TITLE

# APL

## BILL OF LADING

APL CO PTE LTD

| BOOKING NUMBER | B/L NUMBER | PAGE 1 OF 2 |
|---|---|---|
| 056448153 | APLU 056448153 | |

**SHIPPER** (Principal or Seller licensee and full address)
NORP KNIT INDUSTRIES LTD.
NORTH KHAILKUR, P.O.NATIONAL
UNIVERSITY, GAZIPUR-1704, BANGLADESH.
TEL:880-2-9292036-2037,9291936-1937.

EXPORT TICKET DEST: CCD, MIRA LOMA, CA 91752

**CONSIGNEE** (Name and Full Address)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper)
UNTO THE ORDER OF:
STANDARD CHARTERED BANK,
67 GULSHAN AVENUE,DHAKA 1212,
BANGLADESH.

**FORWARDING AGENT** (References, F.M.C. No.)
AIR ALLIANCE LTD.
BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,
C/A,CIR-2,DHAKA-1212,BD.

**POINT AND COUNTRY OF ORIGIN OF GOODS**
GAZIPUR, BANGLADESH

**NOTIFY PARTY** (Name and Full Address)
KMART CORPORATION.
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179,U.S.A.

**ALSO NOTIFY** (Name and Full Address)DOMESTIC ROUTING:
EXPORT INSTRUCTIONS/INLAND TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION
KMART C/O UPS SUPPLY CHAIN SOLUTION
19701 HAMILTON AVENUE
TORRANCE,CA 90502,PHONE:(310)
404-2792,FAX:(310)404-2962.
ATTN:MARY ELLEN WRATSCHKO.

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| TAICHUNG       005 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO,CA (SPQ) | MIRA LOMA,CA-MWF |

Excess Valuation Please refer to Clause 7(ii) on Reverse Side

**PARTICULARS FURNISHED BY SHIPPERS**

| MARKS & NOS (CONTAINER NOS.) | NO. OF PKGS | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| K-MART IN3ZM | SC GB18A7107E 132 | FREIGHT COLLECT<br>CTN   AA)LV84000.00.00  SLAC CY/CY<br>WOMEN'S 96%COTTON 4%SPANDEX<br>KNITTED TOP<br>STYLE NO. WP9BE78247PL<br>ORDER NO. IN3ZM | 246.840KG | 1.870M3 |

ITEM NO :
430-04961955-4
430-04961956-2
430-04961978-6
430-04962020-6
430-04962022-2
430-04962407-5
430-04962412-5
430-04962448-9
430-04962695-5
430-04962796-1
430-04962955-3
430-04963018-9
430-04965040-1
430-04965106-0
430-04965283-7
430-04965293-6
430-04965303-3
MADE IN

REF NO. 802C QNTY- 860 PCS
CAT NO.339 HTS#6110.2020.77
VENDOR#8873 , DIV NO.4 , DEPT# 027.
INVOICE NO. 1061SERK23544 DATE:
10.09.2018
E-DOC INV NO.201822031464 DATE:
10.09.2018
EXP NO. 2486-40733-2018 DATE:
10.09.2018
EXPORT L/C # PGL-NORP/1061 DATE:
31.10.2017
RECEIVED FOR SHIPMENT : 17.09.2018
CONTAINER GATE-IN DATE : 19.09.2018
MOTHER VESSEL NAME : CMA CGM
IVANHOE V= 309
***FREIGHT COLLECT***
CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT **
** ORIGINAL BL **

| B/L TO BE RELEASED AT DHAKA, BA | OCEAN FREIGHT PAYABLE AT MIRA LOMA, CA | | |
|---|---|---|---|
| | PREPAID U.S.$ | COLLECT U.S.$ | Local Currency |

THE CARRIER
APL CO. PTE LTD

By APL (Bangladesh) Pvt. Ltd.
Authorised Signature   AS AGENTS

| J1M 005 | | TOTAL PREPAID | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Other | TOTAL COLLECT | | | | | |
| | 00926134 | 00562026 | 00597609 | CHT | SPQ | MWF | Y | APLU 056448153 |

| FCC | FORWARDER | SHIPPER | CONSIGNEE | LD PORT | DIS PORT | DEST | NOTIFY | COC | B/L NUMBER |
|---|---|---|---|---|---|---|---|---|---|

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

APL CO. PTE LTD

**APL**

## BILL OF LADING

| | | |
|---|---|---|
| SHIPPER (Principal or Seller licensee and full address)<br>NORP KNIT INDUSTRIES LTD.<br>NORTH KHAILKUR, P.O.NATIONAL<br>UNIVERSITY, GAZIPUR-1704, BANGLADESH.<br>TEL:680-2-9292036-2037,9291936-1937. | BOOKING NUMBER<br>056448153 | B/L NUMBER PAGE 2 OF 2<br>APLU 056448153 |
| | EXP FINAL DEST:CCD, MIRA LOMA, CA 91752 | |
| CONSIGNEE (Name and Full Address)<br>(Unless provided otherwise, a consignment "To Order" means To Order of Shipper)<br>UNTO THE ORDER OF:<br>STANDARD CHARTERED BANK,<br>67 GULSHAN AVENUE,DHAKA 1212,<br>BANGLADESH. | FORWARDING AGENT (References, F.M.C. No.)<br>AIR ALLIANCE LTD.<br>BILQUIS TOWER, 2ND FL, 6, NORTH GULSHAN,<br>C/A,CIR-2,DHAKA-1212,BD. | |
| | POINT AND COUNTRY OF ORIGIN OF GOODS<br>GAZIPUR, BANGLADESH | |
| NOTIFY PARTY (Name and Full Address)<br>KMART CORPORATION.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,<br>ILLINOIS 60179,U.S.A. | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/<br>EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING<br>FROM POINT OF DESTINATION<br>KMART C/O UPS SUPPLY CHAIN SOLUTION<br>19701 HAMILTON AVENUE<br>TORRANCE,CA 90502, PHONE:(310)<br>404-2792, FAX:(310)404-2962,<br>ATTN:MARY ELLEN WRATSCHKO. | |
| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT*<br>CHITTAGONG | |
| EXPORT CARRIER (Vessel, Voyage, & flag)<br>TAICHUNG      005 | PORT OF LOADING<br>CHITTAGONG, BA | |
| PORT OF DISCHARGE<br>SAN PEDRO, CA (SPQ) | PLACE OF DELIVERY*<br>MIRA LOMA,CA-MWF | |

Excess Valuation Please refer to Clause 7(II) on Reverse Side    PARTICULARS FURNISHED BY SHIPPERS

| MARKS AND NUMBERS | NO. OF PKGS | HM | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| BANGLADESH<br>CONTENTS: PCS<br><br>***CTR NBR**<br>MAGU535059-9 | PCS | | ****SEAL NBR**** T/S HT  MODE  QUANT/TYPE<br>0732272          D40 96  CY/ CY     132CTN<br>** SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT<br>246.84KG | MSMT<br>1.870M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD  SEP. 21, 2018

The undersigned Carrier hereby acknowledges receipt of the stated number or packages, or the goods said to contain... [fine print]

3

APL CO. PTE LTD

By APL (Bangladesh) Pvt.Ltd.
Authorised Signature

Date and    SEP. 21 2018
Place Issued    CHITTAGONG,

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| J1M | 005 | | | | | | | |
| Vessel | Voyage | Office | TOTAL PREPAID<br>TOTAL COLLECT | | | | | |
| 00926134 | 00562026 | 00597609 | CHT | SPQ | MWF | Y | APLU 056448153 | |
| PCC | FORWARDER | SHIPPER | CONSIGNEE | LD PORT | DIS PORT | DEST | NOTIFY | CSC | B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

# COMMERCIAL INVOICE

DATE: September 17, 2016

INVOICE NO.: 201621056669

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3ZE | LACE UP YUMMY COLD SROYAL BLUE | 36 CARTONS | 36 AST | 20.700 USD AST | 745.20 USD |
| ITEM: | 060052492493 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME WP9J878520JR
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH
BOTTOM HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON, NO ZIPPER
BODY LENGTH SHOULDER TO THIGH
FABRICATION BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT 176 GSM
STITCH COUNT PER 1 CM :VERTICAL- 12 / HORIZONTAL-10 100D+40D
HANGER CODE 4849
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZE | REFERENCE NO. | 601P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9J878520JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RHONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZE | LACE UP YUMMY COLD SROYAL BLUE | 9 CARTONS | 9 AST | 27.600 USD AST | 248.40 USD |
|---|---|---|---|---|---|---|
| ITEM: | 060052492543 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME WP9J878520JR
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH
BOTTOM HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON, NO ZIPPER
BODY LENGTH SHOULDER TO THIGH
FABRICATION BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT 176 GSM
STITCH COUNT PER 1 CM :VERTICAL- 12 / HORIZONTAL-10 100D+40D
HANGER CODE 4849
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZE | REFERENCE NO. | 601P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9J878520JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RHONE |

# COMMERCIAL INVOICE

Page 2 of 15

DATE: September 17, 2016

INVOICE NO.: 201621960060

5873
PEARL GLOBAL INDUSTRIES LTD.
PGIL PLOT NO. 445
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh

SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

FACTORY NO.      102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNIGAZ

| KMART | IN32E | LACE UP YUMMY COLD SROYAL BLUE | 25 CARTONS | 25 AST | 24,150  USD AST | 676.20 USD |
|---|---|---|---|---|---|---|

ITEM:          600052492600
MADE IN        BANGLADESH
CONTENTS       1 ASSORTMENT

STYLE NAME WP9JB78520JR
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH
BOTTOM HEM AND SLEEVE HEM. NO POCKETS, NO BUTTON, NO ZIPPER
BODY LENGTH SHOULDER TO THIGH
FABRICATION BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT  175 GSM
STITCH COUNT PER 1 CM VERTICAL- 12 / HORIZONTAL-10 100D+40D
HANGER CODE 464B
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN32E | REFERENCE NO. | 601P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5873 |
| VENDOR ITEM CODE | WP9JB78520JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 630, RNONE |

FACTORY NO.      102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNIGAZ

| KMART | IN32E | LACE UP YUMMY COLD SBLACK FLORAL. | 36 CARTONS | 36 AST | 20,700  USD AST | 745.20 USD |
|---|---|---|---|---|---|---|

ITEM:          600052494446
MADE IN        BANGLADESH
CONTENTS       1 ASSORTMENT

STYLE NAME WP9JB78520JR
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH
BOTTOM HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON, NO ZIPPER
BODY LENGTH SHOULDER TO THIGH
FABRICATION BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT  175 GSM
STITCH COUNT PER 1 CM VERTICAL- 12 / HORIZONTAL-10 100D+40D
HANGER CODE 464B
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

# COMMERCIAL INVOICE

Page 3 of 15

DATE: September 17, 2018

INVOICE NO.: 201821905089

5873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:   Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| CONTRACT NO. | IN32E | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5873 |
| VENDOR ITEM CODE | WP9JB78520JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN32E | LACE UP YUMMY COLD SBLACK FLORAL | | 9 | 9 | 27.600 USD | 248.40 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 860052498490 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME WP9JB78520JR
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH
BOTTOM HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON, NO ZIPPER
BODY LENGTH SHOULDER TO THIGH
FABRICATION BODY 90% POLYESTER 10% SPANDEK KNIT
BODY FABRIC WEIGHT  175 GSM
STITCH COUNT PER 1 CM VERTICAL- 12 / HORIZONTAL-10 100D+40D
HANGER CODE 4848
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN32E | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5873 |
| VENDOR ITEM CODE | WP9JB78520JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN32E | LACE UP YUMMY COLD SBLACK FLORAL | | 25 | 25 | 24.150 USD | 678.20 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 860052501186 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME WP9JB78520JR
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC

# COMMERCIAL INVOICE

Page 4 of 16
DATE: September 17, 2018
INVOICE NO.: 201821900680

6673
PEARL GLOBAL INDUSTRIES LTD.
PGI, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122018

TO:    KMART CORPCRATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh          SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB Bangladesh

DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH
BOTTOM HEM AND SLEEVE HEM. NO POCKETS, NO BUTTON, NO ZIPPER
BODY LENGTH SHOULDER TO THIGH
FABRICATION BODY  90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT  175 GSM
STITCH COUNT PER 1 CM :VERTICAL- 12 / HORIZONTAL-10 1000+400
HANGER CODE 4849
COUNTRY OF ORIGIN [FABRIC]  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZE | REFERENCE NO. | 601P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 | |
| VENDOR ITEM CODE | WP9JB78520JR | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORXNIGAZ

| KMART | IN3ZE | LACE UP YUMMY COLD BRUMBA RED | | | 31 CARTONS | 31 AST | 20.700 USD AST | 641.70 USD |
|---|---|---|---|---|---|---|---|---|
| ITEM: | 9600052609080 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |

STYLE NAME WP9JB78520JR
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH
BOTTOM HEM AND SLEEVE HEM. NO POCKETS, NO BUTTON, NO ZIPPER
BODY LENGTH SHOULDER TO THIGH
FABRICATION BODY  90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT  175 GSM
STITCH COUNT PER 1 CM :VERTICAL- 12 / HORIZONTAL-10 1000+400
HANGER CODE 4849
COUNTRY OF ORIGIN [FABRIC]  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZE | REFERENCE NO. | 601P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 | |
| VENDOR ITEM CODE | WP9JB78520JR | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 5 of 15

DATE: September 17, 2016

INVOICE NO.: 201621966089

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
922016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN3ZE | LACE UP YUMMY COLD SRUMBA RED | | 4 | 4 | 27.600 USD | 110.40 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM: 8000S2609163
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT

STYLE NAME WP9J078S20JR
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH
BOTTOM HEM AND SLEEVE HEM. NO POCKETS, NO BUTTON, NO ZIPPER
BODY LENGTH SHOULDER TO THIGH
FABRICATION BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT 175 GSM
STITCH COUNT PER 1 CM VERTICAL- 12 / HORIZONTAL-10 100D+40D
HANGER CODE 4848
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZE | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | WP9J878S20JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO. 102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO. BDNORKNIGAZ

| KMART | IN3ZE | LACE UP YUMMY COLD SRUMBA RED | | 23 | 23 | 24.150 USD | 595.45 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM: 8800S2609379
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT

STYLE NAME WP9J878S20JR
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH
BOTTOM HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON, NO ZIPPER
BODY LENGTH SHOULDER TO THIGH
FABRICATION BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT 175 GSM
STITCH COUNT PER 1 CM VERTICAL- 12 / HORIZONTAL-10 100D+40D
HANGER CODE 4848
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZE | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | WP9J878S20JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO. 102701

# COMMERCIAL INVOICE

Page 5 of 15
DATE: September 17, 2016
INVOICE NO.: 201621906689

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh   SHIPPED TO: Chambersburg, PA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN32E | LACE UP YUMMY COLD SSBRIDAL ROSE | | 31 CARTONS | 31 AST | 20.700 USD AST | 641.70 USD |
|---|---|---|---|---|---|---|---|

ITEM: 5600062514658
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT

STYLE NAME WP9J976520JR
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH
BOTTOM HEM AND SLEEVE HEM. NO POCKETS, NO BUTTON, NO ZIPPER
BODY LENGTH SHOULDER TO THIGH
FABRICATION BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT 175 GSM
STITCH COUNT PER 1 CM VERTICAL- 12 / HORIZONTAL-10 100D+40D
HANGER CODE 4848
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN32E | REFERENCE NO. | 831P |
|---|---|---|---|
| DC CODE | PCD. | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9J976520JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING S OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.   102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN32E | LACE UP YUMMY COLD SSBRIDAL ROSE | | 4 CARTONS | 4 AST | 27.600 USD AST | 110.40 USD |
|---|---|---|---|---|---|---|---|

ITEM: 5600062514668
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT

STYLE NAME WP9J976520JR
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH
BOTTOM HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON, NO ZIPPER
BODY LENGTH SHOULDER TO THIGH
FABRICATION BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT 175 GSM
STITCH COUNT PER 1 CM VERTICAL- 12 / HORIZONTAL-10 100D+40D
HANGER CODE 4848
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

# COMMERCIAL INVOICE

DATE: September 17, 2018

INVOICE NO.: 2018219600589

| | |
|---|---|
| 8873 | **TO:** KMART CORPORATION |
| PEARL GLOBAL INDUSTRIES LTD. | 3333 Beverly Road |
| PGIL, PLOT NO. 446 | Hoffman Estates, IL 60179 |
| UDYOG VIHAR, PHASE 5 | US |
| GURGAON | |
| HARYANA | |
| India | |
| 122016 | **SHIPPED FROM:** Chittagong, Bangladesh |

**SHIPPED TO:** Chambersburg, PA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| CONTRACT NO. | IN32E | REFERENCE NO. | 601P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB78520JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    102781

NORP KNIT INDUSTRIES LTD (UNIT 1)

NORTH KHAILKUR,

P.O. NATIONAL UNIVERSITY,

GAZIPUR

Bangladesh

FTY MID NO.    BDNORKNIGAZ

| KMART | IN32E | LACE UP YUMMY COLD SBRIDAL, ROSE | | 23 CARTONS | 23 AST | 24.150 USD AST | 555.45 USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 880052514982 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |

STYLE NAME WP9JB78520JR
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH
BOTTOM HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON, NO ZIPPER
BODY LENGTH SHOULDER TO THIGH
FABRICATION BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT 175 GSM
STITCH COUNT PER 1 CM :VERTICAL- 12 / HORIZONTAL-10 100D+40D
HANGER CODE 4848
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN32E | REFERENCE NO. | 601P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB78520JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    102781

NORP KNIT INDUSTRIES LTD (UNIT 1)

NORTH KHAILKUR,

P.O. NATIONAL UNIVERSITY,

GAZIPUR

Bangladesh

FTY MID NO.    BDNORKNIGAZ

| KMART | IN32F | LACE UP YUMMY COLD SROYAL BLUE | | 5 CARTONS | 5 AST | 24.660 USD AST | 123.30 USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 880052514932 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |

STYLE NAME WP9JB78520PL
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC

# COMMERCIAL INVOICE

Page 8 of 15
DATE: September 17, 2018
INVOICE NO.: 201821986689

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH BOTTOM
HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON, NO PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST, BOTTOM TREATMENT-HEMMED
FABRICATION: BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10
HANGER CODE # 4798
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| CONTRACT NO. | IN3ZF | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WPSJB78520PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.     102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNIGAZ

| KMART | IN3ZF | LACE UP YUMMY COLD SROYAL BLUE | | 11 | 11 | 32.660 USD | 361.66 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 880052514940 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME WPSJB78520PL
DESCRIPTION: LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH BOTTOM
HEM AND SLEEVE HEM, NO POCKETS , NO BUTTON , NO PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST, BOTTOM TREATMENT-HEMMED
FABRICATION: BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10
HANGER CODE # 4798
COUNTRY OF ORIGIN (FABRIC)  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| CONTRACT NO. | IN3ZF | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WPSJB78520PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.     102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNIGAZ

## COMMERCIAL INVOICE

DATE: September 17, 2018

INVOICE NO.: 201821966659

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY M/D NO.        BDNORKNIGAZ

| KMART | IN32F | LACE UP YUMMY COLD SSLACK FLORAL | 11 | 11 | 32.650 USD | 361.58 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 680052515004 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME WP9J078520PL
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH BOTTOM
HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON, NO PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST, BOTTOM TREATMENT-HEMMED
FABRICATION: BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10
HANGER CODE # 4700
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| CONTRACT NO. | IN32F | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9J078520PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN32F | LACE UP YUMMY COLD SSLACK FLORAL | 5 | 5 | 28.770 USD | 143.85 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 680052515012 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME WP9J078520PL
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH BOTTOM
HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON, NO PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST, BOTTOM TREATMENT-HEMMED
FABRICATION: BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10
HANGER CODE # 4700
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

# COMMERCIAL INVOICE

Page 11 of 15
DATE: September 17, 2018
INVOICE NO.: 201621906669

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZF | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | |
| VENDOR ITEM CODE | WP9J878520PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZF | LACE UP YUMMY COLD SRUMBA RED | 4 CARTONS | 4 AST | 24.660 USD AST | 98.64 USD |
|---|---|---|---|---|---|---|
| ITEM: | 5B00S2515981 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME WP9J878520PL
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH BOTTOM
HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON , NO PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST, BOTTOM TREATMENT-HEMMED
FABRICATION: BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL- 10
HANGER CODE # 4798
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZF | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | |
| VENDOR ITEM CODE | WP9J878520PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZF | LACE UP YUMMY COLD SRUMBA RED | 3 CARTONS | 3 AST | 26.770 USD AST | 80.31 USD |
|---|---|---|---|---|---|---|
| ITEM: | 8000S2515079 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME WP9J878520PL
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH BOTTOM

# COMMERCIAL INVOICE

Page 12 of 15

DATE: September 17, 2018

INVOICE NO.: 2018219666S8

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM:  Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

HEM AND SLEEVE HEM. NO POCKETS, NO BUTTON , NO PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST, BOTTOM TREATMENT-HEMMED
FABRICATION: BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10
HANGER CODE # 4798
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | IN32F | REFERENCE NO. | 801P | | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 | | |
| VENDOR ITEM CODE | WP9JB78520PL | COUNTRY OF ORIGIN | BANGLADESH | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | | |

FACTORY NO.          102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN32F | LACE UP YUMMY COLD &RUMBA RED | 10 CARTONS | 10 AST | 32.680 USD AST | 326.50 USD |
|---|---|---|---|---|---|---|
| ITEM: | 880052616335 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME WP9JB78520PL
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH BOTTOM
HEM AND SLEEVE HEM. NO POCKETS, NO BUTTON , NO PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST, BOTTOM TREATMENT-HEMMED
FABRICATION: BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10
HANGER CODE # 4798
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN32F | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 | |
| VENDOR ITEM CODE | WP9JB78520PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.          102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

## COMMERCIAL INVOICE

Page 13 of 15
DATE: September 17, 2016
INVOICE NO.: 201821066669

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      KMART CORPORATION
         3333 Beverly Road
         Hoffman Estates, IL 60179
         US

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN3ZF | LACE UP YUMMY COLD SBRIDAL ROSE | | 4 | 4 | 24.660 USD | 98.64 USD |
|-------|-------|------|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM:       860052616131
MADE IN     BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME WP9JB78520PL
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH BOTTOM
HEM AND SLEEVE HEM. NO POCKETS, NO BUTTON , NO PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST, BOTTOM TREATMENT-HEMMED
FABRICATION: BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10
HANGER CODE # 4790
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZF | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9JB78520PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 839, RNONE | |

FACTORY NO.      102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

| KMART | IN3ZF | LACE UP YUMMY COLD SBRIDAL ROSE | | 3 | 3 | 28.770 USD | 86.31 USD |
|-------|-------|------|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM:       860052616109
MADE IN     BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME WP9JB78520PL
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH BOTTOM
HEM AND SLEEVE HEM. NO POCKETS, NO BUTTON , NO PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST, BOTTOM TREATMENT-HEMMED
FABRICATION: BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10
HANGER CODE # 4790
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZF | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9JB78520PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 839, RNONE | |

FACTORY NO.      102761

## COMMERCIAL INVOICE

DATE: September 17, 2018

INVOICE NO.: 2018210066680

Page 14 of 15

| | |
|---|---|
| 5573<br>PEARL GLOBAL INDUSTRIES LTD.<br>PGIL, PLOT NO. 446<br>UDYOG VIHAR, PHASE 5<br>GURGAON<br>HARYANA<br>India<br>122016 | TO:    KMART CORPORATION<br>3333 Beverly Road<br>Hoffman Estates, IL 60179<br>US |

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN32F | LACE UP YUMMY COLD SBRIDAL ROSE | 10<br>CARTONS | 10<br>AST | 32.860 USD<br>AST | 328.60 USD |
|---|---|---|---|---|---|---|
| ITEM:<br>MADE IN<br>CONTENTS | 880052521762<br>BANGLADESH<br>1 ASSORTMENT | | | | | |

STYLE NAME WP9J978520PL
DESCRIPTIONS LACE UP COLD SHOULDER TUNIC
DETAIL OF THE GARMENTS: LACE UP COLD SHOULDER TUNIC WITH BOTTOM
HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON , NO PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST, BOTTOM TREATMENT-HEMMED
FABRICATION: BODY 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10
HANGER CODE # 4798
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN32F | REFERENCE NO. | 501P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5573 |
| VENDOR ITEM CODE | WP9J978520PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR<br>PRECLASS # | | CATEGORY | 836, RHONE |

FACTORY NO.      102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| | |
|---|---|
| PAYMENT TERM | Open Acct |
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |
| LC# | NO LC |

| | QUANTITY<br>(CARTONS) | QUANTITY<br>(INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 338 | 338 | ASSORTMENTS | 8,239.86  USD |

TOTAL US DOLLARS EIGHT THOUSAND TWO HUNDRED THIRTY-NINE DOLLARS AND EIGHTY-SIX CENTS ONLY.

## COMMERCIAL INVOICE

Page 15 of 15
DATE: September 17, 2018
INVOICE NO.: 201821000059

8073
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:         KMART CORPORATION
            3333 Beverly Road
            Hoffman Estates, IL 60179
            US

SHIPPED FROM: Chittagong, Bangladesh          SHIPPED TO: Chambersburg, PA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME _____

EMPLOYEE TITLE _____

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

SCAC MAEU

B/L NO 587251940

| | |
|---|---|
| **Shipper**<br>NORP-KNIT INDUSTRIES LTD,<br>NORTH KHAILKUR, P.O. NATIONAL,<br>UNIVERSITY,<br>GAZIPUR-1704, BANGLADESH. | **Booking No**<br>578469113 |
| | **Export references**<br>331c0016551 |
| | SM Contract<br>297366502 |

*Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)*

| | |
|---|---|
| **Consignee** (negotiable only if consigned "to order", "to order of a named Person or "to order of bearer")<br>UNTO THE ORDER OF:<br>STANDARD CHARTERED BANK,<br>67 GULSHAN AVENUE, DHAKA 1212,<br>BANGLADESH. | **Notify Party** (see clause 22)<br>KMART CORPORATION.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,<br>ILLINOIS 60179, U.S.A. *** |

| | |
|---|---|
| **Vessel** (see clause 1 + 19)<br>XPRESS MAHANANDA | **Voyage No**<br>0095 | **Place of Receipt.** Applicable only when document used as Multimodal Transport B/L. (see clause 1) |

| | |
|---|---|
| **Port of Loading**<br>Chittagong | **Port of Discharge**<br>Newark | **Place of Delivery.** Applicable only when document used as Multimodal Transport B/L. (see clause 1)<br>PCD,Chambersburg, PA 17201(Door) |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| | 726.70 KGS | 5.980 CBM |

1 Container Said to Contain 338 Carton

WOMEN'S 90% POLYESTER 10% SPANDEX KNITTED DRESS
STYLE NO. WP9JB78520JR
STYLE NO. WP9JB78520PL
ORDER NO. IN3ZE
ORDER NO. IN3ZF
REF NO. 801P QNTY- 2,282 PCS
CAT NO.639 HTS#6109.9010.50
VENDOR#8873 , DIV NO.4 , DEPT# 027
INVOICE NO. 1061SERK23508 DATE: 05.09.2018
E-DOC INV NO.201821966689  DATE: 05.09.2018
EXP NO. 2466-40435-2018  DATE: 09.09.2018
Export L/C #  PGL-NORP/1061  DATE: 31.10.2017

RECEIVED FOR SHIPMENT :17.09.2018
CONTAINER GATE-IN DATE: 20.09.2018
MOTHER VESSEL NAME: APL HOUSTON V.030S

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 20/09/2018

*Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)*

| | | | | | |
|---|---|---|---|---|---|
| **Freight & Charges** | Rate | Unit | Currency | Prepaid | Collect |

| | |
|---|---|
| **Carrier's Receipt** (see clause 1 and 14). Total number of containers or packages received by Carrier.<br>1 container<br>**Number in Sequence of original B/Ls(s)**<br>1/THREE<br>**Declared Value** (see clause 7.3) | **Place of Issue of B/L**<br>Dhaka<br>**Date of Issue of B/L**<br>2018-09-30<br>**Shipped on Board Date ( Local Time )**<br>2018-09-25 |

*SHIPPED, at the place acknowledged by responsible source of shipping, in apparent good order and condition unless otherwise stated herein, the total number or quantity of Containers or other packages or units indicated in the box stated "Carrier's Receipt" for Carriage from the Port of Loading (or the Place of Receipt, if mentioned above) to the Port of Discharge (or the Place of Delivery, if mentioned above), such Carriage being always subject to the terms, rights, defences, provisions, conditions, exceptions, limitations, and liberties ...*

Signed for the Carrier Maersk Line A/S

**MAERSK BANGLADESH LTD**
*As Agent(s)*

This transport document has one or more numbered insert(s).

21966686

32E

B/L: 587251840                    Page . 7



# MAERSK LINE

K-MART
JN3ZE
IN3ZF
ITEM NO :
860-05249249-3
860-05249254-3
860-05249260-0
860-05249444-0
860-05249849-0
860-05250118-6
860-05250908-0
860-05250916-3
860-05250937-9
860-05251485-8
860-05251486-6
860-05251488-2
880-05251493-2
880-05251494-0
880-05251495-7
880-05251499-9
880-05251500-4
880-05251501-2
880-05251506-1
880-05251507-9
880-05251533-5
880-05251813-1
880-05251819-8
860-05252176-2
MADE IN
BANGLADESH
CONTENTS: PCS

MSKU0201269  ML-BD0540590  40 DRY 9'6  336 Carton  726.70 KGS  5.980 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd

B/L: 587251840          Page : 3

# MAERSK LINE

License Number : 1732/85
Date of Expiry   : 31 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (MSKU0201269)
WHICH CAN ONLY BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(587251836,587251837,587251838,587251839,587251840,587251841,587251842,5872
51843,587251844,587251845,587251846)
COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY: ***KMART C/O UPS SUPPLY CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE,CA.90502
PHONE(310)404-2792,FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO.

CY/SD

# COMMERCIAL INVOICE

Page 1 of 10

DATE: September 17, 2018

INVOICE NO.: 201821967026

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3ZG | YUMMY LACE YOKE COLDWHITE FLORAL | 36 | 36 | 22.740 USD | 818.64 USD |
| ITEM: | 600052613494 | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9J87852IJR
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM
AND SLEEVE HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGRE PACK:
HANGER CODE 484B & SIZER CODE CS1Q , PRICE: HANGER $0.072 & SIZER $ .015
SIZE: S,M,L,XL
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZG | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9J87852IJR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.     102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR.
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNIGAZ

| KMART | IN3ZG | YUMMY LACE YOKE COLDWHITE FLORAL | 9 | 9 | 30.320 USD | 272.88 USD |
|---|---|---|---|---|---|---|
| ITEM: | 600052615010 | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9J87852IJR
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM
AND SLEEVE HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGRE PACK:
HANGER CODE 484B & SIZER CODE CS1Q , PRICE: HANGER $0.072 & SIZER $ .015
SIZE: S,M,L,XL
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

# COMMERCIAL INVOICE

DATE: September 17, 2018

INVOICE NO.: 201621067026

6873
PEARL-GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      KMART CORPORATION
         3333 Beverly Road
         Hoffman Estates, IL 60179
         US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| CONTRACT NO. | IN32G | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WPSJB78521JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN32G | YUMMY LACE YOKE COLDWHITE FLORAL | 28 CARTONS | 28 AST | 26.530 USD AST | 742.84 USD |
|---|---|---|---|---|---|---|
| ITEM: | 800052815026 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WPSJB78521JR
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM
AND SLEEVE HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON, NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 176 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGRE PACK:
HANGER CODE  484B & SIZER CODE  CS1G . PRICE: HANGER $0.072 & SIZER $ .015
SIZE: S,M,L,XL
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN32G | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WPSJB78521JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN32G | YUMMY LACE YOKE COLDLAVENDAR FOG | 31 CARTONS | 31 AST | 22.740 USD AST | 704.94 USD |
|---|---|---|---|---|---|---|
| ITEM: | 800052815560 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

# COMMERCIAL INVOICE

DATE: September 17, 2018

INVOICE NO.: 201821967026

8673
PEARL GLOBAL INDUSTRIES LTD,
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Bangladesh

STYLE NAME: WP9JB78521JR
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM
  AND SLEEVE HEM. THIS STYLE HAVING LACE FABRIC
  NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION BODY:- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 1000+400
HANGRE PACK:
HANGER CODE 484B & SIZER CODE CS1Q . PRICE: HANGER $0.072 & SIZER $ .015
SIZE: S,M,L,XL
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN32G | REFERENCE NO. | 501P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | |
| VENDOR ITEM CODE | WP9JB78521JR | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.         102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.         BDNORKNIGAZ

| KMART | IN32G | YUMMY LACE YOKE COLDLAVENDAR FOG | | 4 | 4 | 36.320 USD | 121.28 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 88005261671 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9J578521JR
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM
  AND SLEEVE HEM. THIS STYLE HAVING LACE FABRIC
  NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION BODY:- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 1000+400
HANGRE PACK:
HANGER CODE 484B & SIZER CODE CS1Q . PRICE: HANGER $0.072 & SIZER $ .015
SIZE: S,M,L,XL
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN32G | REFERENCE NO. | 501P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | |
| VENDOR ITEM CODE | WP9J378521JR | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.         102761

# COMMERCIAL INVOICE

Page 4 of 16

DATE: September 17, 2016

INVOICE NO.: 201621907026

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 445
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN32G | YUMMY LACE YOKE COLDLAVENDAR FOG | 23 CARTONS | 23 AST | 26.530 USD AST | 610.19 USD |
|---|---|---|---|---|---|---|
| ITEM: | 96005201674S | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9J978521JR
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM
AND SLEEVE HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON, NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+400
HANGRE PACK:
HANGER CODE 4849 & SIZER CODE CS1Q , PRICE: HANGER $0.072 & SIZER $ .015
SIZE: S,M,L,XL
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN32G | REFERENCE NO. | 601P |
|---|---|---|---|
| DC CODE | PCO | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9JB78521JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        102751
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN32G | YUMMY LACE YOKE COLDPETIT FOUR | 31 CARTONS | 31 AST | 22.740 USD AST | 704.94 USD |
|---|---|---|---|---|---|---|
| ITEM: | 96005201824S | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9J978521JR
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM
AND SLEEVE HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+400
HANGRE PACK:
HANGER CODE 4849 & SIZER CODE CS1Q , PRICE: HANGER $0.072 & SIZER $ .015

# COMMERCIAL INVOICE

DATE: September 17, 2018
INVOICE NO.: 201821067026

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO, 445
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:         KMART CORPORATION
            3333 Beverly Road
            Hoffman Estates, IL 60179
            US

SHIPPED FROM: Chitagong, Bangladesh

SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

SIZE: S,M,L,XL
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZG | REFERENCE NO. | 601P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB78521JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        102781
NCRP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZG | YUMMY LACE YOKE COLDBLACK | | 36 | 36 | 22.740 USD | 818.64 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 8600020116683 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9JB78521JR
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM
AND SLEEVE HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGRE PACK:
HANGER CODE 484B & SIZER CODE CS1Q . PRICE: HANGER $0.072 & SIZER $ .015
SIZES S,M,L,XL
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZG | REFERENCE NO. | 601P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB78521JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        102781
NCRP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ



## COMMERCIAL INVOICE

Page 0 of 18

DATE: September 17, 2018

INVOICE NO.: 2018219G702G

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122015

TO:      KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

| KMART | IN3ZG | YUMMY LACE YOKE COLDBLACK | | 9 | 9 | 30.320 USD | 272.88 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 880052620739 | | | CARTONS | AST | AST | |
| MADE #: | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP0J876521JR
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM
AND SLEEVE HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGRE PACK:
HANGER CODE 484B & SIZER CODE CS1G . PRICE: HANGER $0.072 & SIZER $ .015
SIZE: S,M,L,XL
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZG | REFERENCE NO. | 601P |
|---|---|---|---|
| DC CODE | PCO | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP0JB76521JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 539, RNONE |

FACTORY NO.      102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNIGAZ

| KMART | IN3ZG | YUMMY LACE YOKE COLDBLACK | | 28 | 28 | 26.530 USD | 742.84 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 880052521091 | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP0J876521JR
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM
AND SLEEVE HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGRE PACK:
HANGER CODE 484B & SIZER CODE CS1G . PRICE: HANGER $0.072 & SIZER $ .015
SIZE: S,M,L,XL
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED



# COMMERCIAL INVOICE

Page 7 of 16

DATE: September 17, 2018

INVOICE NO.: 201621067026

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

| CONTRACT NO. | IN3ZG | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB78521JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZG | YUMMY LACE YOKE COLDPETIT FOUR | 4 | 4 | 20,320 USD | 121.25 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 060052621109 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9JB78521JR
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM
AND SLEEVE HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 176 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL -10, 100D/100D
HANGER PACK:
HANGER CODE 4848 & SIZER CODE CS10 . PRICE: HANGER $0.472 & SIZER $ .015
SIZE: S,M,L,XL
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZG | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB78521JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZG | YUMMY LACE YOKE COLDPETIT FOUR | 23 | 23 | 26,630 USD | 610.19 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 060052621174 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

# COMMERCIAL INVOICE

DATE: September 17, 2018
INVOICE NO.: 201821967026

8573
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

STYLE NAME: WP9JB78521JR
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM
AND SLEEVE HEM, THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGRE PACK:
HANGER CODE 484B & SIZER CODE CS1Q . PRICE: HANGER $0.072 & SIZER $ .015
SIZE: S,M,L,XL
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZG | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | WP9JB78521JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RHONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZX | YUMMY LACE YOKE COLD BLACK | | 5 | 6 | 27.240 USD | 136.20 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 880053001412 | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9JB78521PL
DESCRIPTIONS: LACE YOKE COLD SHOULDER KNIT TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM AND SLEEVE
HEM, THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGRE PACK:
HANGER CODE# 479B & SIZER CODE# CS1Q . PRICE: HANGER $0.093 & SIZER $ .015
Size: 1X,2X,3X
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZX | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | WP9JB78521PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RHONE |

FACTORY NO.    102761

# COMMERCIAL INVOICE

DATE: September 17, 2016

INVOICE NO.: 201821067020

6673
PEARL GLOBAL, INDUSTRIES.LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:       KMART CORPORATION
          3333 Beverly Road
          Hoffman Estates, IL 60179
          US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNIGAZ

| KMART | IN32X | YUMMY LACE YOKE COLDBLACK | | 11 CARTONS | 11 AST | 36.320 USD AST | 399.52 USD |
|-------|-------|---------------------------|--|------------|--------|----------------|------------|

ITEM:        860055432486
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP9J876521PL
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM AND SLEEVE
HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGSE PACK:
HANGER CODE# 4790 & SIZER CODE# CS1Q . PRICE: HANGER $0.053 & SIZER $ .015
Size: 1X,2X,3X
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN32X | REFERENCE NO. | 801P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 |
| VENDOR ITEM CODE | WP9J876521PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.      102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNIGAZ

| KMART | IN32X | YUMMY LACE YOKE COLDBLACK | | 6 CARTONS | 5 AST | 31.750 USD AST | 158.90 USD |
|-------|-------|---------------------------|--|-----------|--------|----------------|------------|

ITEM:        860055432620
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP9J876521PL
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM AND SLEEVE
HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGRE PACK:
HANGER CODE# 4790 & SIZER CODE# CS1Q . PRICE: HANGER $0.053 & SIZER $ .015

# COMMERCIAL INVOICE

Page 10 of 16
DATE: September 17, 2018
INVOICE NO.: 201821967025

8073
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

Size: 1X,2X,3X
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ZX | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8073 |
| VENDOR ITEM CODE | WP9JB78521PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZX | YUMMY LACE YOKE COLDWHITE | 5 | 5 | 27,240 USD | 136.20 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 8800554325G5 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9JB78521PL
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM AND SLEEVE
HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY~ 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 170 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGER PACK
HANGER CODE# 47C5 & SIZER CODE# CS1Q . PRICE: HANGER $0.053 & SIZER $ .015
Size: 1X,2X,3X
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ZX | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8073 |
| VENDOR ITEM CODE | WP9JB78521PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 11 of 16

DATE: September 17, 2018

INVOICE NO.: 201821957020

8873
PEARL GLOBAL INDUSTRIES LTD,
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

| KMART | IN3ZX | YUMMY LACE YOKE COLDWHITE | 11 CARTONS | 11 AST | 36,320 USD AST | 399.52 USD |
|-------|-------|---------------------------|------------|--------|----------------|------------|
| ITEM: | 550055432603 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9JB78521PL
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM AND SLEEVE
HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+400
HANGRE PACK:
HANGER CODE# 4798 & SIZER CODE# CS1Q . PRICE: HANGER $0.083 & SIZER $ .015
Size: 1X,2X,3X
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZX | REFERENCE NO. | 601P |
|--------------|-------|---------------|------|
| DC CODE | PCO | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB78521PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 836, RHONE |

FACTORY NO.    102761

NORP KNIT INDUSTRIES LTD (UNIT 1)

NORTH KHAILKUR,

P.O. NATIONAL UNIVERSITY,

GAZIPUR

Bangladesh

FTY MID NO.    BDNORKKIGAZ

| KMART | IN3ZX | YUMMY LACE YOKE COLDWHITE | 5 CARTONS | 5 AST | 31,760 USD AST | 158.90 USD |
|-------|-------|---------------------------|-----------|-------|----------------|------------|
| ITEM: | 550055432154 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9JB78521PL
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM AND SLEEVE
HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+400
HANGRE PACK:
HANGER CODE# 4798 & SIZER CODE# CS1Q . PRICE: HANGER $0.083 & SIZER $ .015
Size: 1X,2X,3X
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

# COMMERCIAL INVOICE

DATE: September 17, 2016
INVOICE NO.: 201621967026

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Bangladesh

| | | |
|---|---|---|
| CONTRACT NO. | IN3ZX | |
| DC CODE | PCD | |
| DIVISION NO. | Division 4 | |
| VENDOR ITEM CODE | WP9JB78521PL | |
| BINDING RULING # OR PRECLASS # | | |

| | |
|---|---|
| REFERENCE NO. | 801P |
| DEPARTMENT NO. | 027 |
| VENDOR NO. | 8873 |
| COUNTRY OF ORIGIN | BANGLADESH |
| CATEGORY | 639, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZX | YUMMY LACE YOKE COLDLAVENDAR FOG | 4 CARTONS | 4 AST | 27.240 USD AST | 108.96 USD |
|---|---|---|---|---|---|---|

ITEM:    880055438327
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP9JB78521PL
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM AND SLEEVE
HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-19, 100D+40D
HANGRE PACK:
HANGER CODE# 4786 & SIZER CODE# CS1Q , PRICE: HANGER $0.083 & SIZER $ .015
Size: 1X,2X,3X
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | |
|---|---|---|
| CONTRACT NO. | IN3ZX | |
| DC CODE | PCD | |
| DIVISION NO. | Division 4 | |
| VENDOR ITEM CODE | WP9JB78521PL | |
| BINDING RULING # OR PRECLASS # | | |

| | |
|---|---|
| REFERENCE NO. | 801P |
| DEPARTMENT NO. | 027 |
| VENDOR NO. | 8873 |
| COUNTRY OF ORIGIN | BANGLADESH |
| CATEGORY | 639, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZX | YUMMY LACE YOKE COLDLAVENDAR FOG | 3 CARTONS | 3 AST | 31.780 USD AST | 95.34 USD |
|---|---|---|---|---|---|---|

ITEM:    880055438352
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT

# COMMERCIAL INVOICE

DATE: September 17, 2016
INVOICE NO.: 201621867026

8673
PEARL GLOBAL INDUSTRIES LTD.
PGK, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Chambersburg , PA

FOB Bangladesh

STYLE NAME: WP9J878521PL
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM AND SLEEVE
HEM, THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGRE PACK:
HANGER CODE# 470B & SIZER CODE# CS1Q . PRICE: HANGER $0.083 & SIZER $ .015
Size: 1X,2X,3X
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN32X | REFERENCE NO. | 801P |
| DC CODE | PCO | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9J878521PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RHONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN32X | YUMMY LACE YOKE COLDLAVENDAR FOG | | 10 | 10 | 35.320 USD | 353.20 USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 880055438394 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9J878521PL
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM AND SLEEVE
HEM, THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGRE PACK:
HANGER CODE# 470B & SIZER CODE# CS1Q . PRICE: HANGER $0.083 & SIZER $ .015
Size: 1X,2X,3X
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN32X | REFERENCE NO. | 801P |
| DC CODE | PCO | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9J878521PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RHONE |

FACTORY NO.    102761

# COMMERCIAL INVOICE

DATE: September 17, 2016

INVOICE NO.: 201621907026

6873
PEARL GLOBAL INDUSTRIES LTD.
POIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:        KMART CORPORATION
           3333 Beverly Road
           Hoffman Estates, IL 60179
           US

SHIPPED FROM:  Chittagong, Bangladesh      SHIPPED TO:  Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZX | YUMMY LACE YOKE COLDPETIT FOUR | | 4 | 4 | 27.240 USD | 108.96 USD |
|-------|-------|-------------------------------|--|---|---|------------|------------|
| | | | | CARTONS | AST | AST | |
| ITEM: | 880055436451 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9JB78521PL
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM AND SLEEVE
HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON, NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGRE PACK
HANGER CODE# 4798 & SIZER CODE# CS1Q . PRICE: HANGER $0.063 & SIZER $ .015
Size: 1X,2X,3X
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | | |
|--|--|--|--|--|
| CONTRACT NO. | IN3ZX | REFERENCE NO. | 801P | |
| DC CODE | PCO | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 | |
| VENDOR ITEM CODE | WP9JB78521PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RHONE | |

FACTORY NO.        102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZX | YUMMY LACE YOKE COLDPETIT FOUR | | 3 | 3 | 31.780 USD | 95.34 USD |
|-------|-------|-------------------------------|--|---|---|------------|-----------|
| | | | | CARTONS | AST | AST | |
| ITEM: | 880055440135 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9JB78521PL
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM AND SLEEVE
HEM. THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON, NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGRE PACK
HANGER CODE# 4798 & SIZER CODE# CS1Q . PRICE: HANGER $0.063 & SIZER $ .015

# COMMERCIAL INVOICE

Page 15 of 16
DATE: September 17, 2018
INVOICE NO.: 201821907025

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      KMART CORPORATION
         3333 Beverly Road
         Hoffman Estates, IL 60179
         US

SHIPPED FROM: Chittagong, Bangladesh          SHIPPED TO:   Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

Size: 1X,2X,3X
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | 1N3ZX | REFERENCE NO. | 601P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9J876521PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | 1N3ZX | YUMMY LACE YOKE COLD PETIT FOUR | 10 | 10 | 36.320  USD | 363.20 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM:          650055440160
MADE IN        BANGLADESH
CONTENTS       1 ASSORTMENT

STYLE NAME: WP9J876521PL
DESCRIPTIONS: LACE YOKE COLD SHOULDER TOP
DETAIL OF THE GARMENTS: LACE YOKE COLD SHOULDER TOP WITH BOTTOM HEM AND SLEEVE
HEM, THIS STYLE HAVING LACE FABRIC
NO POCKETS, NO BUTTON, NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM: VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGER PACK:
HANGER CODE# 4796 & SIZER CODE# CS1Q . PRICE: HANGER $0.083 & SIZER $ .015
Size: 1X,2X,3X
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | 1N3ZX | REFERENCE NO. | 601P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9J876521PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 15 of 16

DATE: September 17, 2016

INVOICE NO.: 201621007026

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| PAYMENT TERM | Open Acct |
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |
| LC# | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 338 | 338 | ASSORTMENTS | 9,065.78  USD |

TOTAL US DOLLARS NINE THOUSAND SIXTY-FIVE DOLLARS AND SEVENTY-EIGHT CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

SCAC MAEU

B/L No. 567251841

**Shipper**
NORP KNIT INDUSTRIES LTD,
NORTH KHAILKUR, P.O. NATIONAL,
UNIVERSITY,
GAZIPUR-1704, BANGLADESH.

**Booking No.**
578469113

**Export references**
331c0016551

Svc Contract
297368502

Onward inland routing (not part of Carriage as defined in clause 1. for account and risk of Merchant)

**Consignee (negotiable only if consigned "to order", "to order of a named Person or "to order of bearer")**
UNTO THE ORDER OF
STANDARD CHARTERED BANK,
67 GULSHAN AVENUE, DHAKA 1212,
BANGLADESH.

**Notify Party (see clause 22)**
KMART CORPORATION,
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179, U.S.A.

**Vessel (see clause 1 + 19)**
XPRESS MAHANANDA

**Voyage No.**
0095

**Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (See clause 1)**

**Port of Loading**
Chittagong

**Port of Discharge**
Newark

**Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (See clause 1)**
PCD; Chambersburg, PA 17201 (Door)

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| | 726.70 KGS | 5.440 CBM |

1 Container Said to Contain 338 Carton

WOMEN'S 90% POLYESTER 10% SPANDEX KNITTED DRESS
STYLE NO. WP9JB78S21JR
STYLE NO. WP9JB78S21PL
ORDER NO. 1N3ZG
ORDER NO. 1N3ZX
REF-NO. 801P QNTY- 2,282 PCs
CAT NO.639 HTS#6109.9010.50.
VENDOR#8873, DIV NO.4, DEPT# 027.
INVOICE NO. 1061SERK23510 DATE; 05.09.2018
E-DOC INV NO.201821967026 DATE; 05.09.2018
EXP NO. 2496-40434-2018 DATE; 09.09.2018
Export L/C # PGL-NORP/1061 DATE; 31.10.2017

RECEIVED FOR SHIPMENT ;17.09.2018
CONTAINER GATE-IN DATE: 20.09.2018
MOTHER VESSEL NAME: APL HOUSTON V.03D5

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 20/09/2018



Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

**Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier.**
1 container

**Number & Sequence of Original B/Ls.**
1/THREE

**Declared Value (see clause 7.3)**

**Place of Issue of B/L**
Dhaka

**Date of Issue of B/L**
2018-09-20

**Shipped on Board Date (Local Time)**
2018-09-25

Signed for the Carrier Maersk Line A/S

MAERSK BANGLADESH LTD
As Agent(s)

This transport document has one or more numbered pages.

# MAERSK LINE

K-MART
IN3ZG
IN3ZX
ITEM NO :
860-05261349-4
860-05261501-0
860-05261502-8
860-05261558-0
860-05261671-1
860-05261674-5
860-05261824-6
860-05261868-3
860-05262073-9
860-05262109-1
860-05262110-9
860-05262117-4
880-05306141-2
880-05543248-8
880-05543252-0
880-05543259-5
880-05543260-3
880-05543815-4
880-05543833-7
880-05543835-2
880-05543839-4
880-05543845-1
880-05544013-5
880-05544015-0
MADE IN
BANGLADESH
CONTENTS: PCS

MSKU0201269  ML-BD0540590  40 DRY 9'6  338 Carton  726.70 KGS  5.440 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

B/L: S87251841    Page : 3

# MAERSK LINE

License Number : 1732/85
Date of Expiry   : 31 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (MSKU0201269)
WHICH CAN ONLY BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(S87251836,S87251837,S87251838,S87251839,S87251840,S87251841,S87251842,S872
51843,S87251844,S87251845,S87251846)
COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY: ***KMART C/O UPS SUPPLY CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE,CA.90502
PHONE(310)404-2792,FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO.

CY/SD

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

# COMMERCIAL INVOICE

Page 1 of 6
DATE: September 17, 2016
INVOICE NO.: 201021567903

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:   Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|---|
| KMART | IN3ZC | CUT OUT TEE PLUS BLACK | | | 6 | 6 | 20.160  USD | 100.80  USD |
| | | | | | CARTONS | AST | AST | |
| ITEM: | 880047647670 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |
| | | STYLE NAME: WC8JB76121PL | | | | | | |
| | | DESCRIPTIONS: LADIES TEE | | | | | | |
| | | DETAIL OF THE GARMENTS: PRINT CUT OUT TEE WITH BOTTOM | | | | | | |
| | | HEM AND SLEEVE HEM. NO POCKETS, NO BUTTON , NO ZIPPER. | | | | | | |
| | | BODY LENGTH: SHOULDER TO WAIST, BOTTOM TREATMENT-HEMMED | | | | | | |
| | | FABRICATION: BODY-  90% POLYESTER 10% SPANDEX KNIT | | | | | | |
| | | BODY FABRIC WEIGHT: 175 GMS | | | | | | |
| | | STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10 | | | | | | |
| | | COUNTRY OF ORIGIN (FABRIC)  CHINA | | | | | | |
| | | COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH | | | | | | |
| | | FOLDPACK | | | | | | |
| | CONTRACT NO. | IN3ZC | REFERENCE NO. | 801P | | | | |
| | DC CODE | PCD | DEPARTMENT NO. | 027 | | | | |
| | DIVISION NO. | Division 4 | VENDOR NO. | 8873 | | | | |
| | VENDOR ITEM CODE | WC8JB76121PL | COUNTRY OF ORIGIN | BANGLADESH | | | | |
| | BINDING RULING # OR PRECLASS # | | CATEGORY | 639 | | | | |
| | FACTORY NO. | 102761 | | | | | | |
| | NORP KNIT INDUSTRIES LTD (UNIT 1) | | | | | | | |
| | NORTH KHAILKUR, | | | | | | | |
| | P.O. NATIONAL UNIVERSITY, | | | | | | | |
| | GAZIPUR | | | | | | | |
| | Bangladesh | | | | | | | |
| | FTY MID NO. | BDNORKNIGAZ | | | | | | |
| KMART | IN3ZC | CUT OUT TEE PLUS BLACK | | | 7 | 7 | 15.960  USD | 109.76  USD |
| | | | | | CARTONS | AST | AST | |
| ITEM: | 880047669429 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |
| | | STYLE NAME: WC8JB76121PL | | | | | | |
| | | DESCRIPTIONS: LADIES TEE | | | | | | |
| | | DETAIL OF THE GARMENTS: PRINT CUT OUT TEE WITH BOTTOM | | | | | | |
| | | HEM AND SLEEVE HEM. NO POCKETS, NO BUTTON , NO ZIPPER. | | | | | | |
| | | BODY LENGTH: SHOULDER TO WAIST, BOTTOM TREATMENT-HEMMED | | | | | | |
| | | FABRICATION: BODY-  90% POLYESTER 10% SPANDEX KNIT | | | | | | |
| | | BODY FABRIC WEIGHT: 175 GMS | | | | | | |
| | | STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10 | | | | | | |
| | | COUNTRY OF ORIGIN (FABRIC)  CHINA | | | | | | |
| | | COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH | | | | | | |
| | | FOLDPACK | | | | | | |
| | CONTRACT NO. | IN3ZC | REFERENCE NO. | 801P | | | | |
| | DC CODE | PCD | DEPARTMENT NO. | 027 | | | | |
| | DIVISION NO. | Division 4 | VENDOR NO. | 8873 | | | | |
| | VENDOR ITEM CODE | WC8JB76121PL | COUNTRY OF ORIGIN | BANGLADESH | | | | |
| | BINDING RULING # OR PRECLASS # | | CATEGORY | 639 | | | | |

# COMMERCIAL INVOICE

Page 2 of 6
DATE: September 17, 2018
INVOICE NO.: 201821967003

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Bangladesh

FACTORY NO. 102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO. BDNORKNIGAZ

| KMART | IN32C | CUT OUT TEE PLUS BLACK | | 27 CARTONS | .27 AST | 13.440 USD AST | 362.88 USD AST |
|-------|-------|------------------------|---|------------|---------|----------------|----------------|
| ITEM: | 880047883297 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WC8JB78121PL
DESCRIPTIONS: LADIES TEE
DETAIL OF THE GARMENTS: PRINT CUT OUT TEE WITH BOTTOM
HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON , NO ZIPPER,
BODY LENGTH: SHOULDER TO WAIST, BOTTOM TREATMENT-HEMMED
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER.1 CM : VERTICAL- 12 / HORIZONTAL-10
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
FOLDPACK

| CONTRACT NO. | IN32C | REFERENCE NO. | 801P |
|--------------|-------|---------------|------|
| OC CODE | PCO | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WC8JB78121PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639 |

FACTORY NO. 102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO. BDNORKNIGAZ

| KMART | IN401 | JB YUMMY LEGGING PLUBLACK | | 80 CARTONS | 80 AST | 15.000 USD AST | 1,200.00 USD |
|-------|-------|---------------------------|---|------------|--------|----------------|--------------|
| ITEM: | 880015323486 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WC8JB53090PL
DESCRIPTIONS: LADIES LEGGING
DETAIL OF THE GARMENTS: LEGGING YOGA PANTS WITH WAISTBANDS 2 PLY WITH ELASTIC,
LEG OPENING HEMMED, NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER,
BODY LENGTH: REACHES TO ANKLE
FABRICATION: BODY- 90% POLYESTER 10% SPANDEX //    KNITTED
BODY FABRIC WEIGHT: 175 GRAMS PER SQUARE METER
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/S
HANGER CODE# 6014B COST $0.11
Size: 1X,2X,3X
COUNTRY OF ORIGIN (FABRIC)  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

## COMMERCIAL INVOICE

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Bangladesh

| | |
|---|---|
| CONTRACT NO. | IN401 |
| DC CODE | PCD |
| DIVISION NO. | Division 4 |
| VENDOR ITEM CODE | WC8JB53090PL |
| BINDING RULING # OR PRECLASS # | |

| | |
|---|---|
| REFERENCE NO. | 801P |
| DEPARTMENT NO. | 027 |
| VENDOR NO. | 6873 |
| COUNTRY OF ORIGIN | BANGLADESH |
| CATEGORY | 648, RNONE |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNDRKNIGAZ

---

**KMART**          IN401          JB YUMMY LEGGING PLUBLACK

ITEM:          6800015330111          12          12          17.500 USD          210.00 USD
MADE IN          BANGLADESH          CARTONS          AST          AST
CONTENTS          1 ASSORTMENT

STYLE NAME: WC8JB53090PL
DESCRIPTIONS: LADIES LEGGING
DETAIL OF THE GARMENTS: LEGGING YOGA PANTS WITH WAISTBANDS 2 PLY WITH ELASTIC,
LEG OPENING HEMMED, NO POCKETS, NO BUTTON, NO METAL / PLASTIC ZIPPER,
BODY LENGTH: REACHES TO ANKLE
FABRICATION: BODY- 90% POLYESTER 10% SPANDEX // KNITTED
BODY FABRIC WEIGHT: 175 GRAMS PER SQUARE METER
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/S
HANGER CODE# 50148 COST $0.11
Size: 1X,2X,3X
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

---

| | |
|---|---|
| CONTRACT NO. | IN401 |
| DC CODE | PCD |
| DIVISION NO. | Division 4 |
| VENDOR ITEM CODE | WC8JB53090PL |
| BINDING RULING # OR PRECLASS # | |

| | |
|---|---|
| REFERENCE NO. | 801P |
| DEPARTMENT NO. | 027 |
| VENDOR NO. | 6873 |
| COUNTRY OF ORIGIN | BANGLADESH |
| CATEGORY | 648, RNONE |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

---

**KMART**          IN401          PLUS LEGGINGS BLACK

ITEM:          6800017973421          7          7          15.000 USD          105.00 USD
MADE IN          BANGLADESH          CARTONS          AST          AST
CONTENTS          1 ASSORTMENT

STYLE NAME: WC8JB53090PL

# COMMERCIAL INVOICE

Page 5 of 6

DATE: September 17, 2018

INVOICE NO.: 201821967903

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:    Chambersburg , PA

FOB Bangladesh

| KMART | IN40R | CUT OUT TEE BLACK | | 38 | 38 | 15.600 USD | 892.80 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 660047697406 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WC6JB78121JR
DESCRIPTIONS: SOLID CUT OUT TEE
DETAIL OF THE GARMENTS: PRINT CUT OUT TEE WITH BOTTOM HEM AND SLEEVE HEM.
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN40R | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WC6JB78121JR | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639 | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN40R | CUT OUT TEE BLACK | | 21 | 21 | 11.700 USD | 245.70 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 660063637023 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WC6JB78121JR
DESCRIPTIONS: SOLID CUT OUT TEE
DETAIL OF THE GARMENTS: PRINT CUT OUT TEE WITH BOTTOM HEM AND SLEEVE HEM. .
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN40R | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WC6JB78121JR | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639 | |

FACTORY NO.    102761

# COMMERCIAL INVOICE

DATE: September 17, 2018

INVOICE NO.: 701821987003

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO:    Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 241 | 241 | ASSORTMENTS | 3,527.54  USD |

TOTAL US DOLLARS THREE THOUSAND FIVE HUNDRED TWENTY-SEVEN DOLLARS AND FIFTY-FOUR CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME
EMPLOYEE TITLE

1061 Box- 23516
21967903 Export

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

voc MAEU

B/L No. 587251838

| | |
|---|---|
| Shipper<br>NORP KNIT INDUSTRIES LTD,<br>NORTH KHAILKUR, P.O. NATIONAL,<br>UNIVERSITY,<br>GAZIPUR-1704, BANGLADESH. | Booking no.<br>578469113<br><br>Export references.<br>331c0016SS1  Svc Contrat<br>297368502<br><br>Onward inland routing (Not port of Carriage as defined in clause 1. For account and risk of Merchant) |
| Consignee (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer")<br>UNTO THE ORDER OF:<br>STANDARD CHARTERED BANK,<br>67 GULSHAN AVENUE, DHAKA 1212,<br>BANGLADESH. | Notify Party (see clause 22)<br>KMART CORPORATION.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,<br>ILLINOIS 60179, U.S.A.*** |
| Vessel (see clause 4 + 19)<br>XPRESS MAHANANDA    Voyage No.<br>009S | Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
| Port of Loading<br>Chittagong    Port of Discharge<br>Newark | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1)<br>PCD, Chambersburg, PA 17201(Door) |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight<br>518.15 KGS | Measurement<br>2.930 CBM |
|---|---|---|

1 Container Said to Contain 241 Carton

WOMEN'S 90% POLYESTER 10% SPANDEX KNITTED LEGGING
WOMEN'S 90% POLYESTER 10% SPANDEX KNITTED TEE
STYLE NO. WC8JB53090PL
STYLE NO. WC8JB78121PL
STYLE NO. WC8JB78121JR
ORDER NO. 1N401
ORDER NO. 1N3ZC
ORDER NO. 1N40R
REF NO. B01P QNTY- 1,600 PCs
REF NO. B01P
CAT NO.639  HTS#6104.6320.06&3923.9000.60,6110.3030.59
VENDOR#8873 , DIV NO.4 , DEPT# 027,
INVOICE NO. 1061SERK23516  DATE: 05.09.2018
E-DOC INV NO.201821967903  DATE: 05.09.2018
EXP NO. 2486-40430-2018  DATE: 09.09.2018
Export L/C #  PGL-NORP/1061  DATE: 31.10.2017

RECEIVED FOR SHIPMENT :17.09.2018
CONTAINER GATE-IN DATE: 20.09.2018
MOTHER VESSEL NAME: APL HOUSTON V.03DS

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| | | |
|---|---|---|
| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier.<br>1 container<br><br>Number & Sequence of Original B/sL<br>1/THREE<br><br>Declared Value (see clause 7.33) | Place of Issue of B/L<br>Dhaka<br><br>Date of Issue of B/L<br>2018-09-30<br><br>Shipped on Board Date ( Local Time )<br>2018-09-25 | SHIPPED, as far as ascertained by reasonable means of checking... |

Signed for the Carrier Maersk Line A/S

*[signature]*

MAERSK BANGLADESH LTD
As Agent(s)

This transport document has one or more numbered pages

B/L: 587251838                                  Page : 2

# MAERSK LINE

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 20/09/2018

K-MART
1N4D1
1N3ZC
1N4OR
ITEM NO :
880-01532348-8
880-01533011-1
880-01797342-1
880-04764787-0
880-04766942-9
880-04766329-7
860-04758768-8
860-04759740-6
860-06393702-3
MADE IN
BANGLADESH
CONTENTS: PCS

MSKU0201269  ML-BD0540590  40 DRY 9'6  241 Carton  518.15 KGS  2.930 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd
License Number : 1732/85
Date of Expiry    :  31 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (MSKU0201269)
WHICH CAN ONLY BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(587251836,587251837,587251838,587251839,587251840,587251841,587251842,5872
51843,587251844,587251845,587251846)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

B/L: 587251838                          Page : 3

# MAERSK LINE

COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY: ***KMART C/O UPS SUPPLY CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE,CA.90502
PHONE(310)404-2792,FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO.

CY/SD

*I 6 6 1 ℈ ∽ ₂ ₂ ﹨ 8*

# COMMERCIAL INVOICE

Page 1 of 4

DATE: September 17, 2016

INVOICE NO.: 201821670689

6673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh        SHIPPED TO:   Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3ZH | SOLID X NECK TEE SOLID X NECK TEE B | 21 | 21 | 11,700 USD | 245.70 USD |
| ITEM: | 000012270006 | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | STYLE WC8J878122JR DESCRIPTIONS X-NECK TEE DETAIL OF THE GARMENTS SS X NECK LADIES TEE WITH BOTTOM HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER, BOTTOM TREATMENT-HEMMED BODY LENGTH SHOULDER TO WAIST FABRICATION BODY 90 POLYESTER 10 SPANDEX    //    KNITTED BODY FABRIC WEIGHT 175 GRAMS PER SQUARE METER STITCH COUNT PER 1 CM  VERTICAL- 12 / HORIZONTAL-10, 100D+40D FOLD PACK Size S,M,L,XL COUNTRY OF ORIGIN FABRIC  CHINA COUNTRY OF CUTTING & ASSEMBLY  BANGLADESH | | | | |

CONTRACT NO.         IN3ZH              REFERENCE NO.        601P
DC CODE               PCD                DEPARTMENT NO.       027
DIVISION NO.          Division 4         VENDOR NO.           6673
VENDOR ITEM CODE     WC8J878122JR        COUNTRY OF ORIGIN    BANGLADESH
BINDING RULING # OR                       CATEGORY             639
PRECLASS #

FACTORY NO.          102761

NORP KNIT INDUSTRIES LTD (UNIT 1)

NORTH KHAILKUR,

P.O. NATIONAL UNIVERSITY,

GAZIPUR

Bangladesh

FTY MID NO.          BDNORKNIGAZ

| KMART | IN3ZH | SOLID X NECK TEE BLACK | 44 | 44 | 13,650 USD | 600.60 USD |
|---|---|---|---|---|---|---|
| ITEM: | 500097668511 | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | STYLE WC8J878122JR DESCRIPTIONS X-NECK TEE DETAIL OF THE GARMENTS SS X NECK LADIES TEE WITH BOTTOM HEM AND SLEEVE HEM, NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER, BOTTOM TREATMENT-HEMMED BODY LENGTH SHOULDER TO WAIST FABRICATION BODY 90 POLYESTER 10 SPANDEX    //    KNITTED BODY FABRIC WEIGHT 175 GRAMS PER SQUARE METER STITCH COUNT PER 1 CM  VERTICAL- 12 / HORIZONTAL-10, 100D+40D FOLD PACK Size S,M,L,XL COUNTRY OF ORIGIN FABRIC  CHINA COUNTRY OF CUTTING & ASSEMBLY  BANGLADESH | | | | |

CONTRACT NO.         IN3ZH              REFERENCE NO.        601P
DC CODE               PCD                DEPARTMENT NO.       027
DIVISION NO.          Division 4         VENDOR NO.           6673
VENDOR ITEM CODE     WC8J878122JR        COUNTRY OF ORIGIN    BANGLADESH
BINDING RULING # OR                       CATEGORY             639
PRECLASS #

# COMMERCIAL INVOICE

Page 2 of 4

DATE: September 17, 2016

INVOICE NO.: 201521970560

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Bangladesh

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN32H | SOLID X NECK TEE BLACK | | 36 CARTONS | 36 AST | 15.600 USD AST | 592.80 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 860097669639 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE WC5J878122JR
DESCRIPTIONS X-NECK TEE
DETAIL OF THE GARMENTS SS X NECK LADIES TEE WITH BOTTOM HEM AND SLEEVE HEM.
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER, BOTTOM TREATMENT-HEMMED
BODY LENGTH SHOULDER TO WAIST
FABRICATION BODY 90 POLYESTER 10 SPANDEX    //    KNITTED
BODY FABRIC WEIGHT 175 GRAMS PER SQUARE METER
STITCH COUNT PER 1 CM  VERTICAL- 12 / HORIZONTAL-10, 100D+40D
FOLD PACK
Size S,M,L,XL
COUNTRY OF ORIGIN FABRIC  CHINA
COUNTRY OF CUTTING & ASSEMBLY  BANGLADESH

| CONTRACT NO. | IN32H | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WC5J878122JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN32J | SOLID X NECK TEE PLUSSOLID X NECK TEE B | | 29 CARTONS | 29 AST | 13.440 USD AST | 389.76 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 860012278022 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE WC5J878122PL
DESCRIPTIONS X-NECK TEE
DETAIL OF THE GARMENTS SS X NECK LADIES TEE WITH BOTTOM HEM AND SLEEVE HEM.
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER, BOTTOM TREATMENT-HEMMED
BODY LENGTH SHOULDER TO WAIST
FABRICATION BODY 90 POLYESTER 10 SPANDEX    //    KNITTED
BODY FABRIC WEIGHT 175 GRAMS PER SQUARE METER
STITCH COUNT PER 1 CM  VERTICAL- 12 / HORIZONTAL-10, 100D+40D
FOLD PACK
Size S,M,L,XL
COUNTRY OF ORIGIN FABRIC  CHINA
COUNTRY OF CUTTING & ASSEMBLY  BANGLADESH

# COMMERCIAL INVOICE

Page 3 of 4

DATE: September 17, 2018

INVOICE NO.: 201821970589

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      KMART CORPORATION
         3333 Beverly Road
         Hoffman Estates, IL 60179
         US

SHIPPED FROM: Chittagong, Bangladesh          SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| CONTRACT NO. | 8N3ZJ | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WC8J878122PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639 |

FACTORY NO.       102761

NORP KNIT INDUSTRIES LTD (UNIT 1)

NORTH KHAILKUR,

P.O. NATIONAL UNIVERSITY,

GAZIPUR

Bangladesh

FTY MID NO.      BDNORKNIGAZ

| KMART | 8N3ZJ | SOLID X NECK TEE PLUSOLID X NECK TEE B | 4 | 4 | 15.680  USD | 62.72  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 6500122760630 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE   WC8J878122PL
DESCRIPTIONS  X-NECK TEE
DETAIL OF THE GARMENTS  ISS X NECK LADIES TEE WITH BOTTOM HEM AND SLEEVE HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER, BOTTOM TREATMENT-HEMMED
BODY LENGTH  SHOULDER TO WAIST
FABRICATION BODY  90 POLYESTER 10 SPANDEX   //   KNITTED
BODY FABRIC WEIGHT  175 GRAMS PER SQUARE METER
STITCH COUNT PER 1 CM  VERTICAL- 12 / HORIZONTAL-10, 100D+40D
FOLD PACK
Size  S,M,L,XL
COUNTRY OF ORIGIN FABRIC  CHINA
COUNTRY OF CUTTING & ASSEMBLY  BANGLADESH

| | | | |
|---|---|---|---|
| CONTRACT NO. | 8N3ZJ | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WC8J878122PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639 |

FACTORY NO.      102761

NORP KNIT INDUSTRIES LTD (UNIT 1)

NORTH KHAILKUR,

P.O. NATIONAL UNIVERSITY,

GAZIPUR

Bangladesh

FTY MID NO.      BDNORKNIGAZ

| KMART | 8N3ZJ | SOLID X NECK TEE PLUSOLID X NECK TEE B | 7 | 7 | 17.920  USD | 125.44  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 6500122760648 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE   WC8J878122PL
DESCRIPTIONS  X-NECK TEE

# COMMERCIAL INVOICE

Page 4 of 4

DATE: September 17, 2018

INVOICE NO.: 201821970889

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:       KMART CORPORATION
          3333 Beverly Road
          Hoffman Estates, IL 60179
          US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

DETAIL OF THE GARMENTS :SS X NECK LADIES TEE WITH BOTTOM HEM AND SLEEVE HEM.
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER, BOTTOM TREATMENT-HEMMED
BODY LENGTH  SHOULDER TO WAIST
FABRICATION  BODY  90 POLYESTER-10  SPANDEX    //    KNITTED
BODY FABRIC WEIGHT 175 GRAMS PER SQUARE METER
STITCH COUNT PER 1 CM  VERTICAL- 12 / HORIZONTAL-10, 100D+40D
FOLD PACK
Size  S,M,L,XL
COUNTRY OF ORIGIN  FABRIC  CHINA
COUNTRY OF CUTTING & ASSEMBLY  BANGLADESH

| | | | |
|---|---|---|---|
| CONTRACT NO. | NGZJ | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WC8J8781Z2PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY.
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 143 | 143 | ASSORTMENTS | 2,017.02  USD |

TOTAL US DOLLARS TWO THOUSAND SEVENTEEN DOLLARS AND TWO CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME    _____

EMPLOYEE TITLE   _____

*[handwritten: 16 91 ... 21970889]*

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**    MAEU

B/L No. 567251837

**Shipper**
NORP KNIT INDUSTRIES LTD,
NORTH KHAILKUR, P.O. NATIONAL,
UNIVERSITY,
GAZIPUR-1704, BANGLADESH.

Booking No. 576469113
Export references 331c0018551

Svc Contract 297368502

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

**Consignee (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer")**
UNTO THE ORDER OF:
STANDARD CHARTERED BANK,
67 GULSHAN AVENUE, DHAKA-1212,
BANGLADESH.

Notify Party (see clause 22)
KMART CORPORATION.
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179, U.S.A.***

| Vessel (see clause 1 + 19) | Voyage No | Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
|---|---|---|
| XPRESS MAHANANDA | 009S | |
| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
| Chittagong | Newark | PCD, Chambersburg, PA 17201(Door) |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| | 307.45 KGS | 1.200 CBM |

1 Container Said to Contain 143 Carton

WOMEN'S 90% POLYESTER 10% SPANDEX KNITTED TEE
STYLE NO. WC8JB78122JR
STYLE NO. WC8JB78122PL
ORDER NO. 1N3ZH
ORDER NO. 1N3ZJ
REF NO. 801P QNTY- 996 PCs
CAT NO.348   HTS#6110.3030.59
VENDOR#8873 , DIV NO.4 , DEPT# 049,
INVOICE NO. 1061SERK23518 DATE: 05.09.2018
E-DOC INV NO.201821970889   DATE:05.09.2018
EXP NO. 2486-40428-2018  DATE: 09.09.2018
Export L/C #  PGL-NORP/1061 DATE: 31.10.2017

RECEIVED FOR SHIPMENT :17.09.2018
CONTAINER GATE-IN DATE: 20.09.2018
MOTHER VESSEL NAME: APL HOUSTON V.030S

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 20/09/2018

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| | |
|---|---|
| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier. | Place of Issue of B/L. |
| 1 container | Dhaka |
| Number & Sequence of Original B/L's. | Date of Issue of B/L. |
| 1/THREE | 2018-09-30 |
| Declared Value (see clause 7.3) | Shipped on Board Date ( Local Time ) |
| | 2018-09-25 |

Signed for the Carrier Maersk Line A/S

*[signature]*

MAERSK BANGLADESH LTD
As Agent(s)

This transport document has one or more numbered pages

B/L: 587251837                          Page : 2

# MAERSK LINE

K-MART
IN3ZH
IN3ZJ
ITEM NO :
860-01227660-6
860-09766851-1
860-09766863-6
880-01227662-2
880-01227663-0
880-01227664-8
MADE IN
BANGLADESH
CONTENTS: PCS

MSKU0201269  ML-BD0540590  40 DRY 9'6  143 Carton  307.45 KGS  1.200 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd
License Number : 1732/85
Date of Expiry   :  31 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (MSKU0201269)
WHICH CAN ONLY BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(587251836,587251837,587251838,587251839,587251840,587251841,587251842,5872
51843,587251844,587251845,587251846)
COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY: ***KMART C/O UPS SUPPLY CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE,CA.90502
PHONE(310)404-2792,FAX(310)404-2952
ATTN:MARY ELLEN WRATSCHKO

CY/SD

# COMMERCIAL INVOICE

Page 1 of 8

DATE: September 17, 2018

INVOICE NO.: 201832118035

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:   Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART         IN416 | COLD SHOULDER TOP CORE WHITE | 21 CARTONS | 21 AST | 32.460 USD AST | 681.66 USD |

ITEM:              780024671170
MADE IN         BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP9BE78873MI  FOB$ 5.41
COLD SHOULDER TOP
SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, JERSEY
HANGING PACK: CODE - 4840  PRICE - $ 0.072

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN416 | REFERENCE NO. | 601P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 | |
| VENDOR ITEM CODE | WP9BE78873MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | |

FACTORY NO.         102761

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.         BDNORKNIGAZ

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART         IN416 | COLD SHOULDER TOP CORE WHITE | 11 CARTONS | 11 AST | 32.460 USD AST | 357.06 USD |

ITEM:              780024671170
MADE IN         BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP9BE78873MI  FOB$ 5.41
COLD SHOULDER TOP
SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, JERSEY
HANGING PACK: CODE - 4840  PRICE - $ 0.072

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN416 | REFERENCE NO. | 602P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 | |
| VENDOR ITEM CODE | WP9BE78873MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | |

FACTORY NO.         102761

# COMMERCIAL INVOICE

Page 2 of 8

DATE: September 17, 2018

INVOICE NO.: 201822110035

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh)
FTY MID NO.          BDNORKNIGAZ

| KMART | IN416 | COLD SHOULDER TOP CORE WHITE | 16 CARTONS | 15 AST | 37.670 USD AST | 565.05 USD |
|-------|-------|------------------------------|-----------|--------|----------------|------------|
| ITEM: | 780024872954 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE78873MI  FOB$ 5.41
COLD SHOULDER TOP
SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, JERSEY
HANGING PACK: CODE - 484B  PRICE - $ 0.072

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN416 | REFERENCE NO. | 601P | |
| DC CODE | PCO | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE78873MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN416 | COLD SHOULDER TOP CORE WHITE | 29 CARTONS | 29 AST | 37.870 USD AST | 1,098.23 USD |
|-------|-------|------------------------------|-----------|--------|----------------|--------------|
| ITEM: | 780024872954 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE78873MI  FOB$ 5.41
COLD SHOULDER TOP
SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, JERSEY
HANGING PACK: CODE - 484B  PRICE - $ 0.072

## COMMERCIAL INVOICE

Page 3 of 8
DATE: September 17, 2018
INVOICE NO.: 201822116035

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| CONTRACT NO. | IN416 | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP98E78873MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN416 | COLD SHOULDER TOP CORE WHITE | | 16 | 16 | 48.890 USD | 770.04 USD |
| | | | | CARTONS | AST | AST | AST |
| ITEM: | 780024673143 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP98E78873MI  FOB$ 5.41
COLD SHOULDER TOP
SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, JERSEY
HANGING PACK:  CODE - 4648  PRICE - $ 0.072

| CONTRACT NO. | IN416 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP98E78873MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN416 | COLD SHOULDER TOP CORE WHITE | | 1 | 1 | 48.890 USD | 48.89 USD |
| | | | | CARTONS | AST | AST | AST |
| ITEM: | 780024673143 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP98E78873MI  FOB$ 5.41
COLD SHOULDER TOP
SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH

# COMMERCIAL INVOICE

Page 4 of 8
DATE: September 17, 2018
INVOICE NO.: 201822116635

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:       KMART CORPORATION
          3333 Beverly Road
          Hoffman Estates, IL 60179
          US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, JERSEY
HANGING PACK: CODE - 484B  PRICE - $ 0.072

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN416 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE78873MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | |
| FACTORY NO. | 102781 | | | |

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| KMART | IN416 | COLD SHOULDER TOP CORE WHITE | | | 18 | 18 | 32.480 USD | 584.28 USD |
| | | | | | CARTONS | AST | AST | |
| ITEM: | 780024874919 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78873MI  FOBS 5.41
COLD SHOULDER TOP
SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, JERSEY
HANGING PACK: CODE - 484B  PRICE - $ 0.072

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN416 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE78873MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | |
| FACTORY NO. | 102781 | | | |

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 5 of 8
DATE: September 17, 2018
INVOICE NO.: 20182216535

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN416 | COLD SHOULDER TOP CORE WHITE | | 10 | 10 | 32.460 USD | 324.60 USD |
|-------|-------|------------------------------|--|----|----|------------|------------|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780024874910 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78873MI  FOB$ 5.41
COLD SHOULDER TOP
SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, JERSEY
HANGING PACK: CODE - 4845  PRICE - $ 0.072

| CONTRACT NO. | IN416 | REFERENCE NO. | 802P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78873MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN416 | COLD SHOULDER TOP CORE WHITE | | 13 | 13 | 37.870 USD | 492.31 USD |
|-------|-------|------------------------------|--|----|----|------------|------------|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780024876527 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78873XLB  FOB$ 5.41
COLD SHOULDER TOP
SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, JERSEY
HANGING PACK: CODE - 4845  PRICE - $ 0.072

| CONTRACT NO. | IN416 | REFERENCE NO. | 801P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78873MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR

# COMMERCIAL INVOICE

Page 6 of 6
DATE: September 17, 2016
INVOICE NO.: 201822116635

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN416 | COLD SHOULDER TOP CORE WHITE | | 26 | 26 | 37.670 USD | 1,060.36 USD |
|-------|-------|------------------------------|--|----|----|------------|--------------|
| | | | | CARTONS | AST | AST | |

ITEM:            760024875627
MADE IN          BANGLADESH
CONTENTS         1 ASSORTMENT

STYLE NAME: WP9BE78873MI  FOBS 6.41
COLD SHOULDER TOP
SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, JERSEY
HANGING PACK: CODE - 4848   PRICE - $ 0.072

| CONTRACT NO. | IN416 | REFERENCE NO. | 802P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78873MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RHONE |

FACTORY NO.        102751
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY.
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN416 | COLD SHOULDER TOP CORE WHITE | | 17 | 17 | 48.690 USD | 827.73 USD |
|-------|-------|------------------------------|--|----|----|------------|------------|
| | | | | CARTONS | AST | AST | |

ITEM:            760024877061
MADE IN          BANGLADESH
CONTENTS         1 ASSORTMENT

STYLE NAME: WP9BE78873MI  FOBS 6.41
COLD SHOULDER TOP
SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, JERSEY
HANGING PACK: CODE - 4848   PRICE - $ 0.072

| CONTRACT NO. | IN416 | REFERENCE NO. | 801P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78873MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RHONE |

FACTORY NO.        102751

# COMMERCIAL INVOICE

Page 7 of 8

DATE: September 17, 2018

INVOICE NO.: 201822118035

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN416 | COLD SHOULDER TOP CORE WHITE | | 1 | 1 | 48.690  USD | 48.69  USD |
|-------|-------|-------------------------------|--|---|---|---|---|
| ITEM: | 780024677951 | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9GE78673MI  FOB $ 5.41
COLD SHOULDER TOP
SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, JERSEY
HANGING PACK: CODE - 4548  PRICE - $ 0.072

| CONTRACT NO. | IN416 | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9GE78673MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 330, RNONE |

FACTORY NO.        102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT
LC#        NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 180 | 180 | ASSORTMENTS | 6,870.70  USD |

TOTAL US DOLLARS SIX THOUSAND EIGHT HUNDRED SEVENTY DOLLARS AND SEVENTY CENTS ONLY.

## COMMERCIAL INVOICE

Page 6 of 8
DATE: September 17, 2018
INVOICE NO.: 201822118836

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      KMART CORPORATION
         3333 Beverly Road
         Hoffman Estates, IL 60179
         US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Chambersburg , PA

              FOB Bangladesh

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

# MAERSK LINE

BILL OF LADING FOR OCEAN TRANSPORT
OR MULTIMODAL TRANSPORT

SCAC **MAEU**

B/L No. **S87251839**

| Shipper | Booking No. |
|---|---|
| NORP KNIT INDUSTRIES LTD, NORTH KHAILKUR, P.O. NATIONAL, UNIVERSITY, GAZIPUR-1704, BANGLADESH. | 578469113 |
| | Export references 331C0016551 | Svc Contract 297368502 |

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Consignee (negotiable only if consigned "to order", "to order of a named Person or "to order of bearer") | Notify Party (see clause 22) |
|---|---|
| UNTO THE ORDER OF: STANDARD CHARTERED BANK, 67 GULSHAN AVENUE, DHAKA 1212, BANGLADESH. | KMART CORPORATION. 3333 BEVERLY ROAD, HOFFMAN ESTATES, ILLINOIS 60179,U.S.A.*** |

| Vessel (see clause 1 + 19) XPRESS MAHANANDA | Voyage No. 0095 | Place of Receipt. Applicable only when document used as Multimodal Transport B/L (see clause 1) |
|---|---|---|

| Port of Loading Chittagong | Port of Discharge Newark | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1) PCD,Chambersburg, PA 17201(Door) |
|---|---|---|

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| | 297.00 KGS | 2.920 CBM |

1 Container Said to Contain 180 Carton

WOMEN'S 100% COTTON KNITTED TOP
STYLE NO. WP98578873MI
ORDER NO. IN416
REF NO. 801P QNTY- 1,270 PCs
CAT NO.339 HTS#6110.2020.79&3523.9000.80
VENDOR#8873 ,DIV NO.4 , DEPT#.027.
INVOICE NO. 1061SERK23502 ,DATE:05.09.2018
E-DOC INV NO.20182211855 ,DATE:05.09.2018
EXP NO. 2485-40438-2018 ,DATE:09.09.2018
Export L/C # PGL-NORP/1061 DATE:31.10.2017

RECEIVED FOR SHIPMENT :17.09.2018
CONTAINER GATE-IN DATE: 20.09.2018
MOTHER VESSEL NAME: APL HOUSTON V.03DS

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 20/09/2018

K-MART

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier. 1 container | Place of Issue of B/L Dhaka |
|---|---|
| Number & Sequence of Original B/Ls 1/THREE | Date of Issue of B/L 2018-09-30 |
| Declared Value (see clause 7.3) | Shipped on Board Date (Local Time) 2018-09-25 |

Signed for the Carrier Maersk Line A/S

MAERSK BANGLADESH LTD
As Agent(s)

This transport document has one or more numbered pages.

B/L: 587251839                        Page : 2

# MAERSK LINE

IN416
ITEM NO :
780-02487117-0
780-02487117-0
780-02487295-4
780-02487295-4
780-02487314-3
780-02487314-3
780-02487491-9
780-02487491-9
780-02487562-7
780-02487562-7
780-02487796-1
780-02487796-1
MADE IN
BANGLADESH
CONTENTS: PCS

MSKU0201269   ML-BD0S40590   40 DRY 9'6   180 Carton  297.00 KGS  2.920 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd.
License Number : 1732/85
Date of Expiry   :  31 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (MSKU0201269)
WHICH CAN ONLY BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(587251836,587251837,587251838,587251839,587251840,587251841,587251842,5872
51843,587251844,587251845,587251846)
COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY: *** KMART C/O UPS SUPPLY CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE,CA 90502

| Freight Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

B/L: 587251839

Page : 3

# MAERSK LINE

PHONE(310)404-2792,FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO.

CY/SD

# COMMERCIAL INVOICE

Page 1 of 11

DATE: September 17, 2018

INVOICE NO.: 2018220316SS

#873
PEARL-GLOBAL INDUSTRIES LTD.
POR, PLOT NO. 446
UDYOG VIHAR PHASE 6
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3ZM | S/S BUTTON BLACKET PCORE WHITE | 22 | 22 | 25.040 USD | 572.96 USD |
| ITEM: | 4300498195S4 | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP99E78247PL   FOBS 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ZM | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP99E78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
PTY MID NO.        BDNORKNIGA2

| KMART | IN3ZM | S/S BUTTON BLACKET PCORE WHITE | 10 | 10 | 39.060 USD | 390.60 USD |
|---|---|---|---|---|---|---|
| ITEM: | 4300498195S2 | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP99E78247PL   FOBS 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ZM | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP99E78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761

# COMMERCIAL INVOICE

Page 7 of 11
DATE: September 17, 2018
INVOICE NO.: 201822031655

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN32M | S/S BUTTON BLACKET PCORE WHITE | | 1 CARTONS | 1 AST | 30.380 USD AST | 30.38 USD |
|-------|-------|--------------------------------|--|-----------|-------|----------------|-----------|
| ITEM: | 430049619765 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKEY, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN32M | REFERENCE NO. | 802P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR FREECLASS # | | CATEGORY | 339 |

FACTORY NO.        132761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh.
FTY MID NO.        BDNORKNIGAZ

| KMART | IN32M | S/S BUTTON BLACKET PLEMONADE ANCHORS BE | | 17 CARTONS | 17 AST | 26.040 USD AST | 442.66 USD |
|-------|-------|------------------------------------------|--|------------|--------|----------------|------------|
| ITEM: | 430049620205 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

# COMMERCIAL INVOICE

Page 3 of 11
DATE: September 17, 2016
INVOICE NO.: 201622031655

6873
PEARL GLOBAL INDUSTRIES LTD.
PGR., PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO: Chambersburg, PA
MODE OF TRANSPORTATION: Ocean

                                            FOB Bangladesh

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 602P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP96E76247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PLEMONADE ANCHORS BE | | | 3 | 3 | 39.060 USD | 117.18 USD |
| | | | | | CARTONS | AST | AST | |
| ITEM: | 430049820222 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |

STYLE NAME: WP96E76247PL    FOBS 4.34
DESCRIPTION:S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION:BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 602P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP96E76247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PLEMONADE ANCHORS BE | | | 2 | 2 | 30.380 USD | 60.76 USD |
| | | | | | CARTONS | AST | AST | |
| ITEM: | 430049024976 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |

STYLE NAME: WP96E76247PL    FOBS 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH

## COMMERCIAL INVOICE

DATE: September 17, 2016
INVOICE NO.: 201622031655

6873
PEARL GLOBAL INDUSTRIES LTD.
PGI., PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:        KMART CORPORATION
           3333 Beverly Road
           Hoffman Estates, IL 60179
           US

SHIPPED FROM:  Chittagong, Bangladesh
MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:  Chambersburg, PA

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | #N32M | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP98E76247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | #N32M | S/S BUTTON BLACKET POORNFLOWER BLUE BUTT | | 17 CARTONS | 17 AST | 26,040 USD AST | 442.68 USD |
| ITEM: | 430049624125 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP98E76247PL   FOBS 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT-TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | #N32M | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP98E76247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ



## COMMERCIAL INVOICE

Page 5 of 11
DATE: September 17, 2016
INVOICE NO.: 201622031655

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Bangladesh

| KMART | IN3ZM | S/S BUTTON BLACKET PCORNFLOWER BLUE BUTT | 3 CARTONS | 3 AST | 39.000 USD | 117.18 USD |
|---|---|---|---|---|---|---|

ITEM: 430049024489
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT

STYLE NAME: WP9BE78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZM | REFERENCE NO. | 802P | |
| DC CODE | PCO | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PCORNFLOWER BLUE BUTT | 2 CARTONS | 2 AST | 30.380 USD | 60.76 USD |
|---|---|---|---|---|---|---|

ITEM: 430049026855
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT

STYLE NAME: WP9BE78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZM | REFERENCE NO. | 802P | |
| DC CODE | PCO | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR

## COMMERCIAL INVOICE

Page 6 of 11

DATE: September 17, 2018

INVOICE NO.: 201822031665

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN32M | S/S BUTTON BLACKET PPEACH AMBER DOTS BE | | 17 | 17 | 26.040 USD | 443.68 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 430049627961 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK (9" W x 12" D)

| CONTRACT NO. | IN32M | REFERENCE NO. | 602P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN32M | S/S BUTTON BLACKET PPEACH AMBER DOTS BE | | 3 | 3 | 39.060 USD | 117.18 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 430049628064 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK (9" W x 12" D)

| CONTRACT NO. | IN32M | REFERENCE NO. | 602P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.          102761



## COMMERCIAL INVOICE

Page 7 of 11

DATE: September 17, 2018

INVOICE NO.: 201822031655

8673
PEARL GLOBAL INDUSTRIES LTD.
PLR, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART-CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh

MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET FPEACH AMBER DOTS BE | | 2 | 2 | 30.380 USD | 60.76 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 430049620563 | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP98E78247PL    FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCO | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP98E78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PMARITIME BLUE STRIPE | | 17 | 17 | 26.040 USD | 442.68 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 430049630189 | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP98E78247PL    FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

# COMMERCIAL INVOICE

Page 6 of 11
DATE: September 17, 2018
INVOICE NO.: 201822031655

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Bangladesh

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP98E78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO. 102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO. BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PMARITIME BLUE STRIPE | 3 | 3 | 39.060 USD | 117.18 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 430049550401 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP98E78247PL FOBS 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY .
FOLD PACK (9" W x 12" D)

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP98E78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO. 102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO. BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PMARITIME BLUE STRIPE | 2 | 2 | 30.380 USD | 60.76 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 430049551060 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP98E78247PL FOBS 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH

# COMMERCIAL INVOICE

DATE: September 17, 2018

INVOICE NO.: 201822031055

8073
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122010

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh       SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN32M | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8073 | |
| VENDOR ITEM CODE | WP96E78247PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BONORPKNIGAZ

| KMART | IN32M | B/E BUTTON BLACKET PCABBAGE | | 17 CARTONS | 17 AST | 26,840 USD AST | 442.65 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 430049652637 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP96E78247PL   FOBS 4.34
DESCRIPTION: B/E 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH 85 FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK (9" W x 12" D)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN32M | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8073, | |
| VENDOR ITEM CODE | WP96E78247PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BONORPKNIGAZ

# COMMERCIAL INVOICE

Page 10 of 11

DATE: September 17, 2018

INVOICE NO.: 201822031565

8573
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:   Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN32M | S/S BUTTON BLACKET PCABBAGE | | 3 | 3 | 39,060 USD | 117.18 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM:    430049052036
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP9BE78247PL    FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN32M | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN32M | S/S BUTTON BLACKET PCABBAGE | | 2 | 2 | 30,380 USD | 60.76 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM:    430049053033
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP9BE78247PL    FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN32M | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR

## COMMERCIAL INVOICE

Page 11 of 11
DATE: September 17, 2018
INVOICE NO.: 201622031655

6973
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

Bangladesh
FTY MID NO.     BDNORKNIGAZ

PAYMENT TERM     Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER     OPEN ACCOUNT
LC#     NO LC

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 143 | 143 | ASSORTMENTS | 4,096.96  USD |

TOTAL US DOLLARS FOUR THOUSAND NINETY-SIX DOLLARS AND NINETY-SIX CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME
EMPLOYEE TITLE

1081 Rank Industry
2203165S Rank B

# MAERSK LINE

BILL OF LADING FOR OCEAN TRANSPORT    Scac  MAEU
OR MULTIMODAL TRANSPORT

B/L No. 587251844

| Shipper | Booking No. |
|---|---|
| NORP KNIT INDUSTRIES LTD, NORTH KHAILKUR, P.O. NATIONAL, UNIVERSITY, GAZIPUR-1704,BANGLADESH. | 578469113 |
| | Export references 331C0016SS1 |
| | Svc Contr#2 297368502 |

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Consignee (negotiable only if consigned "to order", "to order of a named Person or "to order of bearer") | Notify Party (see clause 22) |
|---|---|
| UNTO THE ORDER OF: STANDARD CHARTERED BANK, 67 GULSHAN AVENUE,DHAKA 1212, BANGLADESH. | KMART CORPORATION. 3333 BEVERLY ROAD, HOFFMAN ESTATES, ILLINOIS 60179,U.S.A.**** |

| Vessel (see clause 1 + 19) XPRESS MAHANANDA | Voyage No. 0095 | Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
|---|---|---|
| Port of Loading Chittagong | Port of Discharge Newark | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1) PCD,Chambersburg, PA 17201(Door) |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| | 267.41 KGS | 2.010 CBM |

1 Container Said to Contain 143 Carton

WOMEN'S 96%COTTON 4%SPANDEX KNITTED TOP
STYLE NO. WP9BE78247PL
ORDER NO. 1N3ZM
REF NO. 802P QNTY- 944 PCs
CAT NO.339 HTS#6110.2020.77
VENDOR#8873 , DIV NO,4 , DEPT# 027,
INVOICE NO. 1061SERK23S4S DATE: 10.09.2018
E-DOC INV NO.20182203165S DATE: 10.09.2018
EXP NO. 2486-40734-2018 DATE: 10.09.2018
Export L/C #  PGL-NORP/1061 DATE: 31.10.2017

RECEIVED FOR SHIPMENT :17.09.2018
CONTAINER GATE-IN DATE: 20.09.2018
MOTHER VESSEL NAME: APL HOUSTON V.03DS

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 20/09/2018

K-MART

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier. 1 container | Place of Issue of B/L. Dhaka |
|---|---|
| Number & Sequence of Original B(s)/L. 1/THREE | Date of Issue of B/L. 2018-09-30 |
| Declared Value (see clause 7.3) | Shipped on Board Date (Local Time) . 2018-09-25 |

Signed for the Carrier Maersk Line A/S

MAERSK BANGLADESH LTD
As Agent(s)

This transport document has one or more numbered pages.

B/L 58225:844                          Page : 2

# MAERSK LINE

IN3ZM
ITEM NO :
430-04961955-4
430-04961956-2
430-04961978-6
430-04962020-6
430-04962022-2
430-04962407-5
430-04962412-5
430-04962448-9
430-04962695-5
430-04962796-1
430-04962809-4
430-04962955-3
430-04963018-9
430-04965040-1
430-04965106-0
430-04965283-7
430-04965293-6
430-04965303-3
MADE IN
BANGLADESH
CONTENTS: PCS

MSKU0201269  ML-BD0S40S90  40 DRY 9'6  143 Carton  267.41 KGS  2.010 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd
License Number : 1732/85
Date of Expiry   :  31 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (MSKU0201269)
WHICH CAN ONLY BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(587251836,587251837,587251838,587251839,587251840,587251841,587251842,5872

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

B/L: 587251844                              Page : 3

# MAERSK LINE

51843,587251844,587251845,587251846)
COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY: ***KMART C/O UPS SUPPLY CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE,CA,90502
PHONE(310)404-2797,FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO.

CY/SD

| Freight Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

*1061 item. 23167*

# COMMERCIAL INVOICE

DATE: August 29, 2018

INVOICE NO.: 201821437230

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3S4 | SHERPA LINED JACKET SMOKEY GREY HEATHER | 65 CARTONS | 55 AST | 79.920 USD AST | 4,395.60 USD |
| ITEM: | 430096417223 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WH89E79166PL   FOB$ 9.99
DESCRIPTION: SHERPA MOCK JACKET
LONG SLEEVE, POCKET ON EACH SIDE AT WAIST LABEL, TWILL TAPE AT BACK NECK, AND
ZIPPER AT CENTER FRONT
DTM DRAWCORD INTO COLLAR, COLLAR AT NECK, INSIDE HAS SHERPA AS LINING, BUTTON AT
COLLAR & BOTTOM AT CENTER FRONT
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRIC: CHINA
FABRIC CONTENT FOR MARITIME BLUE, BLACK ONYX & LYONS BLUE: 77/23% COTTON/
POLYESTER
FABRIC CONTENT FOR SMOKEY GREY HEATHER: 60/40% COTTON/POLYESTER
COUNT AND CONSTRUCTION FOR MARITIME BLUE, BLACK ONYX & LYONS BLUE: 32S
COTTON+50D/48F POLYESTER+16S CVC, BRUSH BACK TWILL FRENCH TERRY
COUNT AND CONSTRUCTION SMOKEY GREY HEATHER: 32S CVC + 16S CVC HEATHER, BRUSH BACK
TWILL FRENCH TERRY
HANGER PACK
HANGER CODE : KMSRO16 COST: $0.130

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3S4 | REFERENCE NO. | 601C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WH89E79166PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 335, RNONE | |

FACTORY NO.       102761

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3S4 | SHERPA LINED JACKET SMOKEY GREY HEATHER | 57 CARTONS | 57 AST | 109.890 USD AST | 6,263.73 USD |
| ITEM: | 430096417454 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WH88E79166PL   FOB$ 9.99
DESCRIPTION: SHERPA MOCK JACKET
LONG SLEEVE, POCKET ON EACH SIDE AT WAIST LABEL, TWILL TAPE AT BACK NECK, AND
ZIPPER AT CENTER FRONT
DTM DRAWCORD INTO COLLAR, COLLAR AT NECK, INSIDE HAS SHERPA AS LINING, BUTTON AT
COLLAR & BOTTOM AT CENTER FRONT
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRIC: CHINA
FABRIC CONTENT FOR MARITIME BLUE, BLACK ONYX & LYONS BLUE: 77/23% COTTON/
POLYESTER
FABRIC CONTENT FOR SMOKEY GREY HEATHER: 60/40% COTTON/POLYESTER
COUNT AND CONSTRUCTION FOR MARITIME BLUE, BLACK ONYX & LYONS BLUE: 32S
COTTON+50D/48F POLYESTER+16S CVC, BRUSH BACK TWILL FRENCH TERRY
COUNT AND CONSTRUCTION SMOKEY GREY HEATHER: 32S CVC + 16S CVC HEATHER, BRUSH BACK
TWILL FRENCH TERRY
HANGER PACK
HANGER CODE : KMSRO16 COST: $0.130

# COMMERCIAL INVOICE

Page 2 of 5
DATE: August 29, 2018
INVOICE NO.: 201821437230

8073
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:  Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | IN364 | REFERENCE NO. | 801C | | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8073 | | |
| VENDOR ITEM CODE | WH6BE78166PL | COUNTRY OF ORIGIN | BANGLADESH | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 335, RNONE | | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN364 | SHERPA LINED JACKET SMOKEY GREY HEATHER | | 72 | 72 | 89.910 USD | 6,473.52 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| ITEM: | 430096417462 | | | | | | |
| MADE IN: | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WH6BE78166PL    FOB $ 9.99
DESCRIPTION: SHERPA MOCK JACKET
LONG SLEEVE, POCKET ON EACH SIDE AT WAIST LABEL, TWILL TAPE AT BACK NECK, AND
ZIPPER AT CENTER FRONT
DTM DRAWCORD INTO COLLAR, COLLAR AT NECK, INSIDE HAS SHERPA AS LINING. BUTTON AT
COLLAR & BOTTOM AT CENTER FRONT
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRIC: CHINA
FABRIC CONTENT FOR MARITIME BLUE, BLACK ONYX & LYONS BLUE: 77/23% COTTON/
POLYESTER
FABRIC CONTENT FOR SMOKEY GREY HEATHER: 60/40% COTTON/POLYESTER
COUNT AND CONSTRUCTION FOR MARITIME BLUE, BLACK ONYX & LYONS BLUE: 32S
COTTON+60D/46F POLYESTER+18S CVC, BRUSH BACK TWILL FRENCH TERRY
COUNT AND CONSTRUCTION SMOKEY GREY HEATHER: 32S CVC +18S CVC HEATHER, BRUSH BACK
TWILL FRENCH TERRY
HANGER PACK
HANGER CODE : KM6RO16 COST: $0.130

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | IN364 | REFERENCE NO. | 801C | | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8073 | | |
| VENDOR ITEM CODE | WH6BE78166PL | COUNTRY OF ORIGIN | BANGLADESH | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 335, RNONE | | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 3 of 5
DATE: August 29, 2018
INVOICE NO.: 291821437230

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Bangladesh

| KMART | IN394 | SHERPA LINED JACKET MARITIME BLUE | 172 | 172 | 89,910 USD | 15,464.62 USD |
|-------|-------|-----------------------------------|-----|-----|------------|---------------|
| | | | CARTONS | AST | AST | |

ITEM:    430005117612
MADE IN  BANGLADESH
CONTENTS 1 ASSORTMENT

STYLE NAME: WH3BE76180PL  FOB$ 9.99
DESCRIPTION: SHERPA MOCK JACKET
LONG SLEEVE, POCKET ON EACH SIDE AT WAIST LABEL, TWILL TAPE AT BACK NECK, AND
ZIPPER AT CENTER FRONT
DTM DRAWCORD INTO COLLAR, COLLAR AT NECK, INSIDE HAS SHERPA AS LINING, BUTTON AT
COLLAR & BOTTOM AT CENTER FRONT
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRIC: CHINA
FABRIC CONTENT FOR MARITIME BLUE, BLACK ONYX & LYONS BLUE: 77/23% COTTON/
POLYESTER
FABRIC CONTENT FOR SMOKEY GREY HEATHER: 60/40% COTTON/POLYESTER
COUNT AND CONSTRUCTION FOR MARITIME BLUE, BLACK ONYX & LYONS BLUE: 32S
COTTON+50D/48F POLYESTER+18S CVC, BRUSH BACK TWILL FRENCH TERRY
COUNT AND CONSTRUCTION SMOKEY GREY HEATHER: 32S CVC +10S CVC HEATHER, BRUSH BACK
TWILL FRENCH TERRY
HANGER PACK
HANGER CODE : KMSRO18 COST: $0.130

| CONTRACT NO. | IN3S4 | REFERENCE NO. | 601C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | DIvision 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WH3BE76166PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 335, RNONE |

FACTORY NO.       102761
NCRP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIQAZ

| KMART | IN394 | SHERPA LINED JACKET BLACK ONYX | 202 | 202 | 79,920 USD | 16,143.84 USD |
|-------|-------|--------------------------------|-----|-----|------------|---------------|
| | | | CARTONS | AST | AST | |

ITEM:    430096417653
MADE IN  BANGLADESH
CONTENTS 1 ASSORTMENT

STYLE NAME: WH3BE76166PL  FOB$ 9.99
DESCRIPTION: SHERPA MOCK JACKET
LONG SLEEVE, POCKET ON EACH SIDE AT WAIST, TWILL TAPE AT BACK NECK, AND
ZIPPER AT CENTER FRONT
DTM DRAWCORD INTO COLLAR, COLLAR AT NECK, INSIDE HAS SHERPA AS LINING, BUTTON AT
COLLAR & BOTTOM AT CENTER FRONT
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRIC: CHINA
FABRIC CONTENT FOR MARITIME BLUE, BLACK ONYX & LYONS BLUE: 77/23% COTTON/
POLYESTER
FABRIC CONTENT FOR SMOKEY GREY HEATHER: 60/40% COTTON/POLYESTER
COUNT AND CONSTRUCTION FOR MARITIME BLUE, BLACK ONYX & LYONS BLUE: 32S
COTTON+50D/48F POLYESTER+18S CVC, BRUSH BACK TWILL FRENCH TERRY
COUNT AND CONSTRUCTION SMOKEY GREY HEATHER: 32S CVC +10S CVC HEATHER, BRUSH BACK
TWILL FRENCH TERRY
HANGER PACK
HANGER CODE : KMSRO18 COST: $0.130

# COMMERCIAL INVOICE

Page 4 of 6

DATE: August 29, 2018

INVOICE NO.: 201821437230

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | |
|---|---|---|
| CONTRACT NO. | IN354 | |
| DC CODE | CCD | |
| DIVISION NO. | Division 4 | |
| VENDOR ITEM CODE | WH8BE76168PL | |
| BINDING RULING # OR PRECLASS # | | |

| | |
|---|---|
| REFERENCE NO. | 601C |
| DEPARTMENT NO. | 027 |
| VENDOR NO. | 6873 |
| COUNTRY OF ORIGIN | BANGLADESH |
| CATEGORY | 335, RNONE |

FACTORY NO. 102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO. BDNORKNIGAZ

| KMART | IN354 | SHERPA LINED JACKET LYONS BLUE | | 101 CARTONS | 101 AST | 69.930 USD AST | 7,062.93 USD |
|---|---|---|---|---|---|---|---|

ITEM: 430098417803
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT

STYLE NAME: WH8BE76168PL   FOB$ 0.00
DESCRIPTION: SHERPA MOCK JACKET
LONG SLEEVE, POCKET ON EACH SIDE AT WAIST LABEL, TWILL TAPE AT BACK NECK, AND
ZIPPER AT CENTER FRONT
DTM DRAWCORD INTO COLLAR, COLLAR AT NECK, INSIDE HAS SHERPA AS LINING, BUTTON AT
COLLAR & BOTTOM AT CENTER FRONT
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRIC: CHINA
FABRIC CONTENT FOR MARITIME BLUE, BLACK ONYX & LYONS BLUE: 77/23% COTTON/
POLYESTER
FABRIC CONTENT FOR SMOKEY GREY HEATHER: 60/40% COTTON/POLYESTER
COUNT AND CONSTRUCTION FOR MARITIME BLUE, BLACK ONYX & LYONS BLUE: 32S
COTTON+60D/45F POLYESTER+16S CVC, BRUSH BACK TWILL FRENCH TERRY
COUNT AND CONSTRUCTION SMOKEY GREY HEATHER: 32S CVC +16S CVC HEATHER, BRUSH BACK
TWILL FRENCH TERRY
HANGER PACK
HANGER CODE : KM6RO18 COST: $0.130

| | | |
|---|---|---|
| CONTRACT NO. | IN354 | |
| DC CODE | CCD | |
| DIVISION NO. | DIvision 4 | |
| VENDOR ITEM CODE | WH8BE76168PL | |
| BINDING RULING # OR PRECLASS # | | |

| | |
|---|---|
| REFERENCE NO. | 601C |
| DEPARTMENT NO. | 027 |
| VENDOR NO. | 6873 |
| COUNTRY OF ORIGIN | BANGLADESH |
| CATEGORY | 335, RNONE |

FACTORY NO. 102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO. BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 5 of 5

DATE: August 29, 2016

INVOICE NO.: 201621437230

0873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT
LC#                NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 859 | 859 | ASSORTMENTS | 55,804.14  USD |

TOTAL US DOLLARS FIFTY-FIVE THOUSAND EIGHT HUNDRED FOUR DOLLARS AND FOURTEEN CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

1061 gam - 23167 Kumar

APL CO. PTE LTD

# APL                    BILL OF LADING

| | BOOKING NUMBER 056384985 | B/L NUMBER APLU 056384985 | PAGE 1 OF 2 |

**SHIPPER** (Name of Seller or Manufacturer)
NORP KNIT INDUSTRIES LTD,
NORTH KHAILKUR, P.O.NATIONAL
UNIVERSITY,GAZIPUR-1704,BANGLADESH.
TEL:880-2-9292036-2037,9291936-1937.

EXP FINAL DEST:CCD, MIRA LOMA, CA 91752

**CONSIGNEE** (Name and Full Address,
where provided otherwise, a consignment "To Order" means To Order of Shipper)
UNTO THE ORDER OF:
STANDARD CHARTERED BANK,
67 GULSHAN AVENUE,DHAKA 1212,
BANGLADESH.

**FORWARDING AGENT** (References, F.M.C. No)
AIR ALLIANCE LTD.
BILOUIS TOWER,2ND FL,6,NORTH GULSHAN,
C/A,CIR-2,DHAKA-1212,BD.

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

**NOTIFY PARTY** (Name and Full Address)
KMART CORPORATION,
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179,U.S.A.

ALSO NOTIFY (Name and Full Address)DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINY
KMART C/O UPS SUPPLY CHAIN SOLUTION
19701 HAMILTON AVENUE
TORRANCE, CA 90502, PHONE: (310)
404-2792, FAX: (310)404-2962,
ATTN:MARY ELLEN WRATSCHKO.

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT CHITTAGONG |

| EXPORT CARRIER (Local vessel) (Flag) SENTOSA TRADER  001 | PORT OF LOADING CHITTAGONG,  BA |

| PORT OF DISCHARGE SAN PEDRO, CA (SPQ) | PLACE OF DELIVERY MIRA LOMA,CA-MWF |

Excess Valuation: Please refer to Clause 7(III) on Reverse Side       PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NUMBERS | NO. OF PKGS | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| K-MART IN3S4 ITEM NO.: 430098417223 430098417454 430098417462 430098417512 430098417553 430098417603 MADE IN BANGLADESH CONTENTS:   PCS | SC GB18/7107E 659 | FREIGHT COLLECT AA)LV84000.00.00  SLAC CY/CY WOMEN'S 75%COTTON 25%POLYESTER KNITTED JACKET STYLE NO. WH8BE78168PL ORDER NO. IN3S4 REF NO. 801C QNTY- 5,586 PCS CAT NO.335 HTS#6102.2000.10 VENDOR#8873   DIV NO.4   DEPT# 027 INVOICE NO. 1061SERK23167 DATE:05.08.2018. E-DOC INV NO.201821437230 DATE:05.08.2018 EXP NO. 2466-36308-2018 DATE:07.08.2018 EXPORT L/C # PGL-NORP/1061 DATE: 31.10.2017 RECEIVED FOR SHIPMENT:29.08.2018 CONTAINER GATE-IN DATE: 05.09.2018 MOTHER VESSEL NAME: APL MEXICO CITY V- 301 ***FREIGHT COLLECT*** | 5502.650KG | 67.340M3 |

CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT **
** ORIGINAL BL **

| DRAKA,BA | OCEAN FREIGHT PAYABLE AT | MIRA LOMA, CA | | |
| | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |

APL CO. PTE LTD

by APL (Bangladesh) Pvt. Ltd.
Authorised Signatory  AS AGENTS

| SOR 001 | TOTAL PREPAID | | | | | | |
| | TOTAL COLLECT | | | | | | |
| Vessel Voyage Disch 0105854 | 00562026 | 00597609 | CRT | SPQ | MWF | Y | APLU 056384985 |
| FCC | FORWARDER | SHIPPER | CONSIGNEE | L'D Point | Load to V/C | D/CH. | AGENCY CSC B/L NUMBER |

APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

# APL

## BILL OF LADING

| BOOKING NUMBER | DC NUMBER | PAGE 2 OF 2 |
|---|---|---|
| 056384985 | | APLU 056384985 |

**SHIPPER** (Principal or Seller licensee and full address)
NORP KNIT INDUSTRIES LTD.
NORTH KHAILKUR.P.O.NATIONAL
UNIVERSITY,GAZIPUR-1704,BANGLADESH.
TEL:880-2-9292036-2037,9291936-1937.

**EXP FINAL DEST:CCD, MIRA LOMA, CA 91752**

**CONSIGNEE** (Name and Full Address)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper)
UNTO THE ORDER OF:
STANDARD CHARTERED BANK,
67 GULSHAN AVENUE,DHAKA 1212,
BANGLADESH.

**FORWARDING AGENT** (References, F.M.C. No.)
AIR ALLIANCE LTD.
BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,
C/A,CIR-2,DHAKA-1212,BD.

**POINT AND COUNTRY OF ORIGIN OF GOODS**
GAZIPUR, BANGLADESH

**NOTIFY PARTY** (Name and Full Address)
KMART CORPORATION,
3333 BEVERLY ROAD,
HOFFMAN ESTATES
ILLINOIS 60179,U.S.A.

**ALSO NOTIFY** (Name and Full Address) DOMESTIC ROUTING
EXPORT INSTRUCTIONS PIER-TERMINAL ONWARD ROUTING
FROM POINT OF DESTINATION
KMART C/O UPS SUPPLY CHAIN SOLUTION
19701 HAMILTON AVENUE
TORRANCE,CA 90502,PHONE:(310)
404-2792,FAX:(310)404-2962,
ATTN:MARY ELLEN WRATSCHKO.

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| EXPORTING CARRIER (Vessel/Voyage/Flag) | PORT OF LOADING |
|---|---|
| SENTOSA TRADER  001 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO,CA (SPQ) | MIRA LOMA,CA-MWF |

## PARTICULARS FURNISHED BY SHIPPERS

| CONTAINER NBRS/SEAL NBRS & GOODS | | | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| ***CTR NBR** | ****SEAL NBR**** T/S HT   MODE   QUANT/TYPE | | WEIGHT | MSMT |
| (CMAU570647 9 | 0590159   D40 96  CY/ CY   659CTNS | | 5502.65KG | 67.340M3 |
| | ** SHIPPER'S LOAD, STOW AND COUNT ** | | | |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD   SEP. 07, 2018

| | OCEAN FREIGHT PAYABLE AT | PREPAID U.S.$ | COLLECT U.S.$ | Local Currency | |
|---|---|---|---|---|---|
| | | | | | 3 |

APL CO. PTE LTD

By, APL (Bangladesh) Pvt. Ltd.
Authorized Signature

Date and   SEP. 07 2018
Place       CHITTAGONG,

| SOR | 001 | (TOTAL PREPAID) | | | | | | APLU 056384985 |
|---|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Othr | (TOTAL COLLECT) | | | | | |
| 01058547 | 00562026 | 00597609 | CHT | SPQ | MWF | | Y | APLU 056384985 |

| FOC | FORWARDER | SHIPPER | CONSIGNEE | (1) POINT | (11) POINT | (III) ST | NOTIFY | MISC | VIA - RAIL - |
|---|---|---|---|---|---|---|---|---|---|

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

*1061 Baux 23367*

# COMMERCIAL INVOICE

Page 1 of 75

DATE: September 10, 2018

INVOICE NO.: 2018217860014

8873
PEARL GLOBAL INDUSTRIES LTD.
POIL, PLOT NO. 448
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3ZK | SIDE STRIPE SKATER 5BLACK DAISY | 26 CARTONS | 26 AST | 20.160 USD ASY | 524.16 USD |
| ITEM: | 060052094604 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9JB53509JR
DESCRIPTIONS: SIDE STRIPE SKATER KNIT SKIRT
DETAIL OF THE GARMENTS: SIDE STRIPE SKATER SKIRT WITH WAIST BANDS 2 PLY WITH
ELASTIC,
LEG OPENING HEMMED, NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER,
BODY LENGTH: WAIST TILL ANKEL
FABRICATION: BODY= 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/S
HANGER CODE 60129 & SIZER CODE C81Q . PRICE: HANGER $0.098 & SIZER $ .015
Size: S,M,L,XL
COUNTRY OF ORIGIN (FABRIC): CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZK | REFERENCE NO. | 8010 | |
| DO CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9JB53509JR | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RNONE | |

FACTORY NO.         102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.         BONDRKNIQAZ

| KMART | IN3ZK | SIDE STRIPE SKATER 5BLACK DAISY | 23 CARTONS | 23 AST | 23.620 USD AST | 543.98 USD |
|---|---|---|---|---|---|---|
| ITEM: | 000052094912 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9JB53509JR
DESCRIPTIONS: SIDE STRIPE SKATER SKIRT
DETAIL OF THE GARMENTS: SIDE STRIPE SKATER SKIRT WITH WAIST BANDS 2 PLY WITH
ELASTIC,
LEG OPENING HEMMED, NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER,
BODY LENGTH: WAIST TILL ANKEL
FABRICATION: BODY= 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/S
HANGER CODE 60129 & SIZER CODE C81Q . PRICE: HANGER $0.098 & SIZER $ .015
Size: S,M,L,XL
COUNTRY OF ORIGIN (FABRIC): CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

# COMMERCIAL INVOICE

Page 2 of 16

DATE: September 10, 2018

INVOICE NO.: 2018021780014

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
.US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

| CONTRACT NO. | IN3ZK | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP6JB53509JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 842, RNONE |

FACTORY NO.         102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.         BDNORKNIGAZ

| KMART | IN3ZK | SIDE STRIPE SKATER S6LACK DAISY | | 5 | 5 | 23.520  USD | 117.60  USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 8600620340 20 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP6JB53509JR
DESCRIPTIONS: SIDE STRIPE SKATER SKIRT.
DETAIL OF THE GARMENTS: SIDE STRIPE SKATER SKIRT WITH  WAIST BANDS 2 PLY WITH
ELASTIC,
LEG OPENING HEMMED, NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER,
BODY LENGTH: WAIST TILL ANKEL
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/3
HANGER CODE 00126 & SIZER CODE C31C , PRICE: HANGER $0.025 & SIZER $ .015
Size: S,M,L,XL
COUNTRY OF ORIGIN (FABRIC): CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZK | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP6JB53509JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 842 |

FACTORY NO.         102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.         BDNORKNIGAZ

| KMART | IN3ZK | SIDE STRIPE SKATER SRED | | 20 | 20 | 20.180  USD | 624.16  USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 8600620340 79 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

# COMMERCIAL INVOICE

DATE: September 10, 2016

INVOICE NO.: 201621780014

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:        KMART CORPORATION
           3333 Beverly Road
           Hoffman Estates, IL 60179
           US

SHIPPED FROM: Chittagong, Bangladesh          SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

                                               FOB Bangladesh

STYLE NAME: WP8JB63609JR
DESCRIPTIONS: SIDE STRIPE SKATER SKIRT
DETAIL OF THE GARMENTS: SIDE STRIPE SKATER SKIRT WITH  WAIST BANDS 2 PLY WITH
ELASTIC.
LEG OPENING HEMMED, NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER.
BODY LENGTH: WAIST TILL ANKEL
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/S
HANGER CODE 60129 & SIZER CODE C61Q . PRICE: HANGER $0.098 & SIZER $ .015
Size: S,M,L,XL
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

CONTRACT NO.          IN32K          REFERENCE NO.          601C
DC CODE               CCD            DEPARTMENT NO.         027
DIVISION NO.          Division 4     VENDOR NO.             8873
VENDOR ITEM CODE      WP8JB63609JR   COUNTRY OF ORIGIN      BANGLADESH
BINDING RULING # OR                  CATEGORY               RNONE, 842
PRECLASS #

FACTORY NO.           102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.           BONORKNIGAZ

| KMART | IN32K | SIDE STRIPE SKATER SRED | | 23 | 23 | 23,520 USD | 540.96 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 660052636448 | | | CARTONS | AST | | AST |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP8JB63609JR
DESCRIPTIONS: SIDE STRIPE SKATER SKIRT
DETAIL OF THE GARMENTS: SIDE STRIPE SKATER SKIRT WITH  WAIST BANDS 2 PLY WITH
ELASTIC.
LEG OPENING HEMMED, NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER.
BODY LENGTH: WAIST TILL ANKEL
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/S
HANGER CODE 60129 & SIZER CODE C61Q . PRICE: HANGER $0.098 & SIZER $ .015
Size: S,M,L,XL
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

CONTRACT NO.          IN32K          REFERENCE NO.          601C
DC CODE               CCD            DEPARTMENT NO.         027
DIVISION NO.          Division 4     VENDOR NO.             8873
VENDOR ITEM CODE      WP8JB63609JR   COUNTRY OF ORIGIN      BANGLADESH
BINDING RULING # OR                  CATEGORY               RNONE, 842
PRECLASS #

FACTORY NO.           102701

# COMMERCIAL INVOICE

DATE: September 10, 2018

INVOICE NO.: 2018217800914

Page 4 of 16

8873
PEARL GLOBAL INDUSTRIES LTD.
POIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
PTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZK | SIDE STRIPE SKATER SRED | | 6 | 6 | 23.520 USD | 117.60 USD |
|-------|-------|-------------------------|--|---|---|------------|------------|
| | | | | CARTONS | AST | AST | |

ITEM:        860052035455
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP9JB53500JR
DESCRIPTIONS: SIDE STRIPE SKATER SKIRT
DETAIL OF THE GARMENTS: SIDE STRIPE SKATER SKIRT WITH WAIST BANDS 2 PLY WITH
ELASTIC.
LEG OPENING HEMMED, NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER,
BODY LENGTH: WAIST TILL ANKEL
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/S
HANGER CODE 8012B & SIZER CODE CS1Q . PRICE: HANGER $0.008 & SIZER $ .016
Size: S,M,L,XL
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZK | REFERENCE NO. | 801C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB53500JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 642 |

FACTORY NO.        102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
PTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZL | SIDE STRIPE SKATER SBLACK DAISY | | 9 | 9 | 23.460 USD | 211.14 USD |
|-------|-------|--------------------------------|--|---|---|------------|------------|
| | | | | CARTONS | AST | AST | |

ITEM:        860052935822
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP9JB53500PL
DESCRIPTIONS: LADIES STRIPE SKATER SKIRT
DETAIL OF THE GARMENTS: PLUS SIDE STRIPE SKATER SKIRT WITH WAIST BANDS 2 PLY
WITH ELASTIC. LEG OPENING HEMMED, NO POCKETS, BOTTOM TREATMENT-HEMMED
NO BUTTON , NO ZIPPER, BODY LENGTH: WAIST TILL KNEE
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/S
HANGER CODE 8014B
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

# COMMERCIAL INVOICE

Page 5 of 16
DATE: September 10, 2018
INVOICE NO.: 2018217800014

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma, CA

FOB Bangladesh

| CONTRACT NO. | IN3ZL | REFERENCE NO. | 6010 |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9JB6360PPL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | - | CATEGORY | RNONE, 642 |

FACTORY NO. 102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO. BDNORKNIGAZ

| KMART | IN3ZL | SIDE STRIPE SKATER SBLACK DAISY | | 7 | 7 | 27.370 USD | 191.59 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 080002038830 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9JB6360PPL
DESCRIPTIONS: LADIES STRIPE SKATER SKIRT
DETAIL OF THE GARMENTS: PLUS SIDE STRIPE SKATER SKIRT WITH WAIST BANDS 2 PLY
WITH ELASTIC, LEG OPENING HEMMED, NO POCKETS, BOTTOM TREATMENT-HEMMED
NO BUTTON, NO ZIPPER, BODY LENGTH: WAIST TILL KNEE
FABRICATION: BODY- 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/5
HANGER CODE# 6014S
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| CONTRACT NO. | IN3ZL | REFERENCE NO. | 6010 |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9JB6360PPL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 642 |

FACTORY NO. 102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FYY MID NO. BDNORKNIGAZ

| KMART | IN3ZL | SIDE STRIPE SKATER SBLACK DAISY | | 2 | 2 | 23.460 USD | 46.92 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 080002038845 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9JB6360PPL
DESCRIPTIONS: LADIES STRIPE SKATER SKIRT
DETAIL OF THE GARMENTS: PLUS SIDE STRIPE SKATER SKIRT WITH WAIST BANDS 2 PLY

## COMMERCIAL INVOICE

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

WITH ELASTIC, LEG OPENING HEMMED, NO POCKETS, BOTTOM TREATMENT-HEMMED
NO BUTTON , NO ZIPPER, BODY LENGTH: WAIST TILL KNEE
FABRICATION: BODY- 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/8
HANGER CODE# 6014B
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ZL | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB63609PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 642 |

FACTORY NO.         102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.         BDNORKNIGAZ

| KMART | IN3ZL | SIDE STRIPE SKATER SRED | | 9 | 9 | 23.460 USD | 211.14 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| ITEM: | 800062643731 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9JB53609PL
DESCRIPTION: LADIES STRIPE SKATER SKIRT
DETAIL OF THE GARMENT: PLUS SIDE STRIPE SKATER SKIRT WITH WAIST BANDS 2 PLY
WITH ELASTIC, LEG OPENING HEMMED, NO POCKETS, BOTTOM TREATMENT-HEMMED
NO BUTTON , NO ZIPPER, BODY LENGTH: WAIST TILL KNEE
FABRICATION: BODY- 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/8
HANGER CODE# 6014B
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ZL | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB53609PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 642 |

FACTORY NO.         102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.         BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 7 of 16

DATE: September 10, 2018

INVOICE NO.: 2018021780914

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN3ZL | SIDE STRIPE SKATER SRED | | 7 | 7 | 27.370 USD | 191.59 USD |
|-------|-------|-------------------------|--|---|---|------------|------------|
| | | | | CARTONS | AST | AST | |

ITEM:          880052643749
MADE IN      BANGLADESH
CONTENTS   1 ASSORTMENT

STYLE NAME: WP9JB53509PL
DESCRIPTION: LADIES STRIPE SKATER SKIRT
DETAIL OF THE GARMENTS: PLUS SIDE STRIPE SKATER SKIRT WITH WAIST BANDS 2 PLY
WITH ELASTIC, LEG OPENING HEMMED, NO POCKETS, BOTTOM TREATMENT-HEMMED
NO BUTTON , NO ZIPPER, BODY LENGTH: KNEE
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/S
HANGER CODE# 6014B
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| | | | |
|--|--|--|--|
| CONTRACT NO. | IN3ZL | REFERENCE NO. | 601C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB53509PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 842, RNONE |

FACTORY NO.          102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN3ZL | SIDE STRIPE SKATER SRED | | 2 | 2 | 23.460 USD | 46.92 USD |
|-------|-------|-------------------------|--|---|---|------------|-----------|
| | | | | CARTONS | AST | AST | |

ITEM:          880052643758
MADE IN      BANGLADESH
CONTENTS   1 ASSORTMENT

STYLE NAME: WP9JB53509PL
DESCRIPTION: LADIES STRIPE SKATER SKIRT
DETAIL OF THE GARMENTS: PLUS SIDE STRIPE SKATER SKIRT WITH WAIST BANDS 2 PLY
WITH ELASTIC, LEG OPENING HEMMED, NO POCKETS, BOTTOM TREATMENT-HEMMED
NO BUTTON , NO ZIPPER, BODY LENGTH: WAIST TILL KNEE
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX KNIT
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/S
HANGER CODE# 6014B
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| | | | |
|--|--|--|--|
| CONTRACT NO. | IN3ZL | REFERENCE NO. | 601C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB53509PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 842, RNONE |

FACTORY NO.          102701

# COMMERCIAL INVOICE

Page 8 of 15

DATE: September 10, 2018

INVOICE NO.: 201821780914

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZY | SIDE STRIPE BODYCON BLACK | | 28 | 28 | 16.900 USD | 493.80 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM:        5500070830372
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP9JB52510JR
DESCRIPTION: SIDE STRIPE BODYCON SKIRT
DETAIL OF THE GARMENTS: SIDE STRIPE BODYCON SKIRT WITH WAIST BANDS 2 PLY WITH E
LASTIC, ZIPPER AT BACK
LEG OPENING HEMMED, NO POCKETS, NO BUTTON ,
BODY LENGTH: WAIST TILL ANKEL
FABRICATION: BODY-  90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/8
HANGER CODE# 00120 & SIZER CODE# C81Q . PRICE: HANGER $0.098 & SIZER $ .015
Size: S,M,L,XL
COUNTRY OF ORIGIN [FABRIC]  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZY | REFERENCE NO. | 501C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB53510JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRICLASS # | | CATEGORY | 942, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZY | SIDE STRIPE BODYCON BLACK | | 23 | 23 | 22.120 USD | 508.76 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM:        5500070831102
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP9JB53610JR
DESCRIPTION: SIDE STRIPE BODYCON SKIRT
DETAIL OF THE GARMENTS: SIDE STRIPE BODYCON SKIRT WITH WAIST BANDS 2 PLY WITH E
LASTIC, ZIPPER AT BACK
LEG OPENING HEMMED, NO POCKETS, NO BUTTON ,
BODY LENGTH: WAIST TILL ANKEL
FABRICATION: BODY- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/8
HANGER CODE# 00120 & SIZER CODE# C81Q . PRICE: HANGER $0.098 & SIZER $ .015
Size: S,M,L,XL
COUNTRY OF ORIGIN [FABRIC] CHINA

# COMMERCIAL INVOICE

Page 9 of 15
DATE: September 10, 2018
INVOICE NO.: 201821760914

5873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122018

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma, CA

FOB Bangladesh

COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZY | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB63610JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RNONE |

FACTORY NO.   102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.   BDNORKNIGAZ

| KMART | IN3ZY | SIDE STRIPE BODYCON BLACK | | 5 | 5 | 22.120 USD | 110.60 USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 86007003257/1 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9JB63610JR
DESCRIPTIONS: SIDE STRIPE BODYCON SKIRT
DETAIL OF THE GARMENTS: SIDE STRIPE BODYCON SKIRT WITH WAIST BANDS 2 PLY WITH E
LASTIC, ZIPPER AT BACK
LEG OPENING HEMMED, NO POCKETS, NO BUTTON ,
BODY LENGTH: WAIST TILL ANKEL
FABRICATION: BODY~ 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/5
HANGER CODE# 60120 & SIZER CODE# C512 , PRICE: HANGER $0.099 & SIZER $ .015
Size: S,M,L,XL
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZY | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB63610JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RNONE |

FACTORY NO.   102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.   BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 10 of 15
DATE: September 10, 2018
INVOICE NO.: 201821780914

8973
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

| KMART | IN3ZY | SIDE STRIPE BODYCON ROYAL BLUE | | 26 | 26 | 18.960 USD | 492.96 USD |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | CARTONS | AST | AST | |
| ITEM: | 600070035463 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP6JB53510J/R
DESCRIPTIONS: SIDE STRIPE BODYCON SKIRT
DETAIL OF THE GARMENTS: SIDE STRIPE BODYCON SKIRT WITH  WAIST BANDS 2 PLY WITH E
LASTIC, ZIPPER AT BACK
LEG OPENING HEMMED, NO POCKETS, NO BUTTON .
BODY LENGTH: WAIST TILL ANKEL
FABRICATION: BODY-  90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/3
HANGER CODE# 60128 & SIZER CODE# CS1Q . PRICE: HANGER $0.098 & SIZER $ .015
Size: S,M,L,XL
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZY | REFERENCE NO. | 801C |
| --- | --- | --- | --- |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP6JB53510JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RNONE |

FACTORY NO.       102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

| KMART | IN3ZY | SIDE STRIPE BODYCON ROYAL BLUE | | 23 | 23 | 22.120 USD | 508.70 USD |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | CARTONS | AST | AST | |
| ITEM: | 600070035526 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP6JB53510J/R
DESCRIPTIONS: SIDE STRIPE BODYCON SKIRT
DETAIL OF THE GARMENTS: SIDE STRIPE BODYCON SKIRT WITH  WAIST BANDS 2 PLY WITH E
LASTIC, ZIPPER AT BACK
LEG OPENING HEMMED, NO POCKETS, NO BUTTON ,
BODY LENGTH: WAIST TILL ANKEL
FABRICATION: BODY-  90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/3
HANGER CODE# 60128 & SIZER CODE# CS1Q . PRICE: HANGER $0.098 & SIZER $ .015
Size: S,M,L,XL
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZY | REFERENCE NO. | 801C |
| --- | --- | --- | --- |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP6JB53510J/R | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RNONE |

# COMMERCIAL INVOICE

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh          SHIPPED TO:  Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN3ZY | SIDE STRIPE BODYCON ROYAL BLUE | | 5 CARTONS | 5 AST | 22.120 USD AST | 110.60 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 090070836633 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9JB53510JR
DESCRIPTIONS: SIDE STRIPE BODYCON SKIRT
DETAIL OF THE GARMENTS: SIDE STRIPE BODYCON SKIRT WITH WAIST BANDS 2 PLY WITH ELASTIC, ZIPPER AT BACK
LEG OPENING HEMMED, NO POCKETS, NO BUTTON ,
BODY LENGTH: WAIST TILL ANKEL
FABRICATION: BODY- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/8
HANGER CODE# 60126 & SIZER CODE# C81Q , PRICE: HANGER $0.098 & SIZER $ .016
Size: S.M.L.XL
COUNTRY OF ORIGIN [FABRIC]  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN3ZY | REFERENCE NO. | 501C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9JB53510JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RNONE |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN400 | SIDE STRIPE BODYCON BLACK | | 7 CARTONS | 7 AST | 25.620 USD AST | 179.34 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 090070830260 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9JB53510PL
WOMEN PLUS SIDE STRIPE BODYCON KNIT SKIRT
DETAIL OF THE GARMENTS: PLUS SIDE STRIPE BODYCON SKIRT WITH WAIST BANDS 2 PLY WITH ELASTIC, ZIPPER AT BACK
LEG OPENING HEMMED, NO POCKETS, NO BUTTON ,
MID THIGH TO KNEE LENGTH
FABRICATION: BODY- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 170 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/8
HANGER CODE# 60140 & SIZER CODE# C81Q , PRICE: HANGER $0.110 & SIZER $ .015
Size: 1X,2X,3X

# COMMERCIAL INVOICE

DATE: September 10, 2018

INVOICE NO.: 201021780014

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN400 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9J853510PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 642 |

FACTORY NO.    102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN400 | SIDE STRIPE BODYCON BLACK | | 2 | 9 | 21.960  USD | 197.64  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 889070836641 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9J853510PL
WOMEN PLUS SIDE STRIPE BODYCON KNIT SKIRT
DETAIL OF THE GARMENTS: PLUS SIDE STRIPE BODYCON SKIRT WITH  WAIST BANDS 2 PLY
WITH ELASTIC, ZIPPER AT BACK
LEG OPENING HEMMED, NO POCKETS, NO BUTTON ,
MID THIGH TO KNEE LENGTH
FABRICATION BODY-  90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM / VERTICAL- 10 / HORIZONTAL-07, COUNT 32/8
HANGER CODE# 00140 & SIZER CODE# 0810 , PRICE: HANGER $0.110 & SIZER $ .015
Size: 1X,2X,3X
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN400 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9J853510PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 642 |

FACTORY NO.    102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

# COMMERCIAL INVOICE

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh        SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION:  Ocean

FOB Bangladesh

| KMART | IN400 | SIDE STRIPE BODYCON BLACK | | 2 | 2 | 21.960 USD | 43.92 USD |
|-------|-------|---------------------------|--|---|---|------------|-----------|
| | | | | CARTONS | AST | AST | |

ITEM:  860070030600
MADE IN  BANGLADESH
CONTENTS  1 ASSORTMENT

STYLE NAME: WP9JB53510PL
DESCRIPTIONS: PLUS SIDE STRIPE BODYCON SKIRT
DETAIL OF THE GARMENTS: PLUS SIDE STRIPE BODYCON SKIRT WITH  WAIST BANDS 2 PLY
WITH ELASTIC, ZIPPER AT BACK
LEG OPENING HEMMED, NO POCKETS, NO BUTTON ,
MID THIGH TO KNEE LENGTH
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/8
HANGER CODE# 60149 & SIZER CODE# CS1Q , PRICE: HANGER $0.110 & SIZER $ .015
Size: 1X,2X,3X
COUNTRY OF ORIGIN (FABRIC)  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN400 | REFERENCE NO. | 601C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9JB53510PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNCINE, 642 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BONORKNIGAZ

| KMART | IN400 | SIDE STRIPE BODYCON ROYAL BLUE | | 9 | 9 | 21.960 USD | 197.64 USD |
|-------|-------|--------------------------------|--|---|---|------------|------------|
| | | | | CARTONS | AST | AST | |

ITEM:  860070030073
MADE IN  BANGLADESH
CONTENTS  1 ASSORTMENT

STYLE NAME: WP9JB53510PL
WOMEN PLUS SIDE STRIPE BODYCON KNIT SKIRT
DETAIL OF THE GARMENTS: PLUS SIDE STRIPE BODYCON SKIRT WITH  WAIST BANDS 2 PLY
WITH ELASTIC, ZIPPER AT BACK
LEG OPENING HEMMED, NO POCKETS, NO BUTTON ,
MID THIGH TO KNEE LENGTH
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/8
HANGER CODE# 60149 & SIZER CODE# CS1Q , PRICE: HANGER $0.110 & SIZER $ .015
Size: 1X,2X,3X
COUNTRY OF ORIGIN (FABRIC)  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN400 | REFERENCE NO. | 601C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9JB53510PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RHCNC, 642 |

# COMMERCIAL INVOICE

Page 14 of 15

DATE: September 10, 2016

INVOICE NO.: 2016217B0014

0073
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN400 | SIDE STRIPE BODYCON ROYAL BLUE | | 7 CARTONS | 7 AST | 25.920 USD AST | 179.34 USD |
|-------|-------|-------|---|---|---|---|---|

ITEM:        880070036701
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP9JB53510PL
WOMEN PLUS SIDE STRIPE BODYCON KNIT SKIRT
DETAIL OF THE GARMENTS: PLUS SIDE STRIPE BODYCON SKIRT WITH WAIST BANDS 2 PLY
WITH ELASTIC, ZIPPER AT BACK
LEG OPENING HEMMED, NO POCKETS, NO BUTTON ,
MID THIGH TO KNEE LENGTH
FABRICATION: BODY– 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/8
HANGER CODE# 6014B & SIZE# CS1Q . PRICE: HANGER $0.110 & SIZE# $ .015
Size: 1X,2X,3X
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN400 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 0073 |
| VENDOR ITEM CODE | WP9JB53510PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 642 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN400 | SIDE STRIPE BODYCON ROYAL BLUE | | 2 CARTONS | 2 AST | 21.960 USD AST | 43.92 USD |
|-------|-------|-------|---|---|---|---|---|

ITEM:        880070038600
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP9JB53510PL
WOMEN PLUS SIDE STRIPE BODYCON KNIT SKIRT
DETAIL OF THE GARMENTS: PLUS SIDE STRIPE BODYCON SKIRT WITH WAIST BANDS 2 PLY
WITH ELASTIC, ZIPPER AT BACK
LEG OPENING HEMMED, NO POCKETS, NO BUTTON ,
MID THIGH TO KNEE LENGTH
FABRICATION: BODY– 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07, COUNT 32/8
HANGER CODE# 6014D & SIZE# CS1Q . PRICE: HANGER $0.110 & SIZE# $ .015
Size: 1X,2X,3X

# COMMERCIAL INVOICE

Page 15 of 15

DATE: September 10, 2018

INVOICE NO.: 201821780914

6573
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN400 | REFERENCE NO. | 501C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6573 |
| VENDOR ITEM CODE | WPGJB93610PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | PNONE, 642 |

FACTORY NO.     102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNIGAZ

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT
LC#        NO LC

| | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|---|
| TOTAL INVOICE | | 266 | 266 | ASSORTMENTS | 6,331.18  USD |

TOTAL US DOLLARS SIX THOUSAND THREE HUNDRED THIRTY-ONE DOLLARS AND EIGHTEEN CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME
EMPLOYEE TITLE

*1061 gem-23367 kent*

APL CO. PTE LTD

# APL

## BILL OF LADING

| | | |
|---|---|---|
| | BOOKING NUMBER 056447431 | BA NUMBER PAGE 1 OF 2 APLU 056447431 |

**SHIPPER** (Principal or Seller, licensee and full address)
NORP KNIT INDUSTRIES LTD,
NORTH KHAILKUR, P.O.NATIONAL
UNIVERSITY,GAZIPUR-1704,BANGLADESH.
TEL:880-2-9292036-2037,9291936-1937.

**EXPORT REFERENCES**
FINAL DEST:CCD, MIRA LOMA, CA 91752

**CONSIGNEE** (Name and Full Address)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper)
UNTO THE ORDER OF:
STANDARD CHARTERED BANK,
67 GULSHAN AVENUE,DHAKA 1212,
BANGLADESH.

**FORWARDING AGENT** (References, F.M.C. No.)
AIR ALLIANCE LTD
BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,
C/A,CIR-2,DHAKA-1212,BD.

**POINT AND COUNTRY OF ORIGIN OF GOODS**
GAZIPUR, BANGLADESH

**NOTIFY PARTY** (Name and Full Address)
KMART CORPORATION,
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179,U.S.A.

**ALSO NOTIFY** (Name and Full Address)/DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION
KMART C/O UPS SUPPLY CHAIN SOLUTION
19701 HAMILTON AVENUE
TORRANCE,CA 90502,PHONE:(310)
404-2792,FAX:(310)404-2962,
ATTN:MARY ELLEN WRATSCHKO.

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT CHITTAGONG |
|---|---|

| EXPORT CARRIER (Vessel, voyage, & flag) THORSWIND 038 | PORT OF LOADING CHITTAGONG, BA |
|---|---|

| PORT OF DISCHARGE SAN PEDRO,CA (SPQ) | PLACE OF DELIVERY: MIRA LOMA,CA-MWF |
|---|---|

Excess Valuation Please refer to Clause 7(ii) on Reverse Side.   **PARTICULARS FURNISHED BY SHIPPERS**

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | PKG | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| K-MART<br>IN32K<br>IN32Z<br>IN32Y<br>IN400<br>ITEM NO :<br>860-0526349044<br>860-0526349142<br>860-0526349242<br>860-0526349219<br>860-0526354448<br>860-0526354515<br>880-0526388242<br>880-0526388340<br>860-0526388448<br>880-0528437341<br>880-0526437449<br>880-0526437545<br>860-0708308742<br>860-0708311042<br>860-0708325741<br>860-0708354845<br>860-0708355215 | SC GB18/<br>288 | 7107E | FREIGHT COLLECT<br>CTN   AA)LV84000.00.00   SLAC CY/CY<br>WOMEN'S 90%POLYESTER 10%SPANDEX<br>KNITTED DRESS<br>STYLE NO. WF9JBS3509JR<br>STYLE NO. WP9JBS3509PL<br>STYLE NO. WP9JBS3510JR<br>STYLE NO. WP9JBS3510PL<br>ORDER NO. IN32K<br>ORDER NO. IN32Z<br>ORDER NO. IN32Y<br>ORDER NO. IN400<br>REF NO. 801C QNTY- 1,868 PCS<br>CAT NO.642 HTS#6104.6320.11<br>VENDOR#8873 , DIV NO.4 , DEPT# 027<br><br>INVOICE NO. 1061SERK23367 DATE:<br>30.08.2018<br>E-DOC INV NO.201821780914 DATE:<br>30.08.2018<br>EXP NO. 2486-39259-2018 DATE:<br>30.08.2018<br>EXPORT L/C # PGL-NORP/1061 DATE: | 619.200KG | 5.120M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

CONTINUED ON FOLLOWING PAGE

| BA TO BE RELEASED AT DHAKA,BA | OCEAN FREIGHT PAYABLE AT MIRA LOMA, CA | | |
|---|---|---|---|
| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |

APL CO. PTE LTD

by: APL (Bangladesh) Pvt. Ltd.
Authorized Signature - AS AGENT(s)

| WCA | 038 | | TOTAL PREPAID | - | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Other | TOTAL COLLECT | | | | | | | |
| | 01058547 | 00562026 | 00597609 | CHT | SPQ | MWF | | Y | APLU 056447431 |
| POC | FORWARDER | SHIPPER | CONSIGNEE | LD PORT | DIS. PORT | DEST | NOTIFY | CSC | BA NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

APL CO. PTE LTD

# BILL OF LADING

**APL**

| | |
|---|---|
| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER 056447431 |
| NORP KNIT INDUSTRIES LTD. NORTH KHAILKUR, P.O.NATIONAL UNIVERSITY, GAZIPUR-1704, BANGLADESH. TEL:880-2-9292036-2037,9291936-1937. | B/L NUMBER PAGE 2 OF 2 APLU 056447431 |

EXPORT CO. PTE FINAL DEST:CCD, MIRA LOMA, CA 91752

CONSIGNEE (Name and Full Address) (Unless provided otherwise, a consignment "To Order" means "To Order of Shipper")

UNTO THE ORDER OF:
STANDARD CHARTERED BANK,
67 GULSHAN AVENUE,DHAKA 1212,
BANGLADESH.

FORWARDING AGENT (References, F.M.C. No.)
AIR ALLIANCE LTD.
BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,
C/A,CIR-2,DHAKA-1212,BD.

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

NOTIFY PARTY (Name and Full Address)
KMART CORPORATION.
3333 BEVERLY ROAD,
HOFFMAN ESTATES
ILLINOIS 60179,U.S.A.

ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION
KMART C/O UPS SUPPLY CHAIN SOLUTION
19701 HAMILTON AVENUE
TORRANCE,CA 90502,PHONE:(310)
404-2792,FAX:(310)404-2962,
ATTN:MARY ELLEN WRATSCHKO.

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT CHITTAGONG |
|---|---|

| EXPORT CARRIER (Vessel, voyage, & flag) THORSWIND     038 | PORT OF LOADING CHITTAGONG, BA |
|---|---|

| PORT OF DISCHARGE SAN PEDRO,CA (SPQ) | PLACE OF DELIVERY MIRA LOMA,CA-MWF |
|---|---|

Excess Valuation Please refer to Clause 7(B) on Reverse Side          PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NOS/CONTAINER NOS. | NO. OF PKGS | HM | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| 860-07083553-3 880-07083028-6 880-07083554-1 880-07083556-6 880-07083807-3 880-07083870-1 880-07083880-0 MADE IN BANGLADESH CONTENTS: PCS ***CTR NBR** TCNU322799~2 | | | 31.10.2017 RECEIVED FOR SHIPMENT : 10.09.2018 CONTAINER GATE-IN DATE : 12.09.2018 MOTHER VESSEL NAME : APL COLUMBUS V- 305 ***FREIGHT COLLECT*** | | |
| ***SEAL NBR**** 0590243 ** | | | T/S HT MODE QUANT/TYPE D40 96 CY/ CY 288CTN SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT 619.20KG | MSMT 5.120M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD   SEP. 15, 2018

| | OCEAN FREIGHT PAYABLE AT | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |
|---|---|---|---|---|---|

The undersigned Carrier hereby acknowledges receipt of the stated container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees, and the Consignee and every person purchasing the indorsee for value, if applicable, or whoever having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and by indorsed and by reference on the title and the reverse hereof, whether written, stamped or printed.

A total of   3   originals of the bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier any one negotiated bill of lading properly endorsed, all others shall stand void.
THE CARRIER
APL CO. PTE LTD

By APL (Bangladesh) Pvt. Ltd.
Authorized Signature   AS AGENT

Date and   SEP. 15, 2018
Place Issued   CHITTAGONG,

| WCA 038 | | TOTAL PREPAID | | | | | | APLU 056447431 |
|---|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Office | TOTAL COLLECT | | | | | |
| 01058547 | | 00562026 | 00597609 | CHT | SPQ | MWF | Y | APLU 056447431 |
| FCO | FORWARDER | SHIPPER | CONSIGNEE | LP PORT | D/C PORT | UCST | NOTIFY | B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

# COMMERCIAL INVOICE

Page 1 of 6

DATE: September 10, 2018

INVOICE NO.: 201621621285

6873
PEARL GLOBAL INDUSTRIES LTD,
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:  Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN32N | FLOUNCE MAXI DRESS BLACK ONYX | 10 CARTONS | 10 AST | 50.750 USD AST | 507.50 USD |
| ITEM: | 640040616107 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9AN12199MI   FOBS 7.25
DESCRIPTION: FLOUNCE MAXI DRESS (KNIT)
NO SLEEVE, NO POCKET, NO ZIPPER.
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT BODICE TO ANKLE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION:CHINA
FABRIC CONTENT: 95% RAYON, 5% SPANDEX JERSEY
HANGER PACK
HANGER CODE : 484B, CROWN SIZER COST: $0.072

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN32N | REFERENCE NO. | 601C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 | |
| VENDOR ITEM CODE | WP9AN12199MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 636, RNONE | |

FACTORY NO.        102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAX

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN32N | FLOUNCE MAXI DRESS BLACK ONYX | 30 CARTONS | 30 AST | 58.000 USD AST | 1,740.00 USD |
| ITEM: | 640040616131 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9AN12199MI   FOBS 7.25
DESCRIPTION: FLOUNCE MAXI DRESS (KNIT)
NO SLEEVE, NO POCKET, NO ZIPPER.
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT BODICE TO ANKLE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION:CHINA
FABRIC CONTENT: 95% RAYON, 5% SPANDEX JERSEY
HANGER PACK
HANGER CODE : 484B, CROWN SIZER COST: $0.072

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN32N | REFERENCE NO. | 601C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 | |
| VENDOR ITEM CODE | WP9AN12199MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 636, RNONE | |

FACTORY NO.        102701

# COMMERCIAL INVOICE

Page 2 of 6
DATE: September 10, 2016
INVOICE NO.: 201621821263

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

POB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN32N | FLOUNCE MAXI DRESS BLACK ONYX | 32 CARTONS | 32 AST | 43.500 USD AST | 1,392.00 USD |
|-------|-------|-------------------------------|------------|--------|----------------|--------------|
| ITEM: | 540040016410 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9AN12108M  FOBS 7.25
DESCRIPTION: FLOUNCE MAXI DRESS (KNIT)
NO SLEEVE, NO POCKET, NO ZIPPER.
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT BODICE TO ANKLE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: CHINA
FABRIC CONTENT: 95% RAYON, 5% SPANDEX JERSEY
HANGER PACK
HANGER CODE : 484B, CROWN SIZER COST: $0.072

| CONTRACT NO. | IN32N | REFERENCE NO. | 801C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9AN12108M | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN32N | FLOUNCE MAXI DRESS BLACK ONYX | 9 CARTONS | 9 AST | 58.000 USD AST | 522.00 USD |
|-------|-------|-------------------------------|-----------|-------|----------------|------------|
| ITEM: | 540040016188 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9AN12108M  FOBS 7.25
DESCRIPTION: FLOUNCE MAXI DRESS (KNIT)
NO SLEEVE, NO POCKET, NO ZIPPER.
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT BODICE TO ANKLE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: CHINA
FABRIC CONTENT: 95% RAYON, 5% SPANDEX JERSEY
HANGER PACK
HANGER CODE : 484B, CROWN SIZER COST: $0.072

# COMMERCIAL INVOICE

DATE: September 10, 2016

INVOICE NO.: 201021021263

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| CONTRACT NO. | IN3ZN | REFERENCE NO. | 601C |
|---|---|---|---|
| DC CODE | OCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9AN12196Mi | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 636, RNONE |

FACTORY NO.     102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNIGAZ

| KMART | IN3ZN | FLOUNCE MAXI DRESS CLOISONNE | 20 CARTONS | 20 AST | 65.250 USD AST | 1,305.00 USD |
|---|---|---|---|---|---|---|
| ITEM: | 540049616234 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9AN12196MI   FOB$ 7.25
DESCRIPTION: FLOUNCE MAXI DRESS (KNIT)
NO SLEEVE, NO POCKET, NO ZIPPER.
BOTTOM TREATMENT- TURNBACK HEMMED. -
GARMENT LENGTH IS FROM HIGH POINT BODICE TO ANKLE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: CHINA
FABRIC CONTENT; 95% RAYON, 5% SPANDEX JERSEY
HANGER PACK
HANGER CODE : 484B, CROWN SIZER COST: $0.072

| CONTRACT NO. | IN3ZN | REFERENCE NO. | 601C |
|---|---|---|---|
| DC CODE | OCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9AN12196Mj | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 636, RNONE |

FACTORY NO.     102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNIGAZ

| KMART | IN3ZN | FLOUNCE MAXI DRESS CLOISONNE | 27 CARTONS | 27 AST | 43.500 USD AST | 1,174.50 USD |
|---|---|---|---|---|---|---|
| ITEM: | 540049616263 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9AN12196MI   FOB$ 7.25
DESCRIPTION: FLOUNCE MAXI DRESS (KNIT)
NO SLEEVE, NO POCKET, NO ZIPPER.
BOTTOM TREATMENT- TURNBACK HEMMED.

# COMMERCIAL INVOICE

Page 4 of 6
DATE: September 10, 2016
INVOICE NO.: 201621621260

6673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Mira Loma, CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

GARMENT LENGTH IS FROM HIGH POINT BODICE TO ANKLE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: CHINA
FABRIC CONTENT: 65% RAYON, 5% SPANDEX JERSEY
HANGER PACK
HANGER CODE : 484B, CROWN SIZER COST: $0.072

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ZN | REFERENCE NO. | 601C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 |
| VENDOR ITEM CODE | WP9AN12196MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 835, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BGNORBKNIGAZ

| KMART | IN3ZN | FLOUNCE MAXI DRESS OLD&DKNZ | | | 6 CARTONS | 9 AST | 43.500 USD AST | 348.00 USD |
|---|---|---|---|---|---|---|---|---|

ITEM:    540049618261
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP9AN12196MI    FOB$ 7.25
DESCRIPTION: FLOUNCE MAXI DRESS (KNIT)
NO SLEEVE, NO POCKET, NO ZIPPER.
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT BODICE TO ANKLE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: CHINA
FABRIC CONTENT: 95% RAYON, 5% SPANDEX JERSEY
HANGER PACK
HANGER CODE : 484B, CROWN SIZER COST: $0.072

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ZN | REFERENCE NO. | 601C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 |
| VENDOR ITEM CODE | WP9AN12196MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 835, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BGNORBKNIGAZ

# COMMERCIAL INVOICE

Page 5 of 5
DATE: September 10, 2018
INVOICE NO.: 201821021283

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:   Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN02N | FLOUNCE MAXI DRESS CLOISONNE | | 17 | 17 | 50.750 USD | 862.75 USD |
|-------|-------|------------------------------|--|----|----|-----------|-----------|
| | | | | CARTONS | AST | ASY | |

ITEM:          640049016325
MADE IN        BANGLADESH
CONTENTS       1 ASSORTMENT

STYLE NAME: WP9AN12196MI    FOB$ 7.25
DESCRIPTION: FLOUNCE MAXI DRESS (KNIT)
NO SLEEVE, NO POCKET, NO ZIPPER.
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT BODICE TO ANKLE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: CHINA.
FABRIC CONTENT: 95% RAYON, 5% SPANDEX JERSEY
HANGER PACK
HANGER CODE : 484B, CROWN SIZER COST: $0.072

CONTRACT NO.        IN02N        REFERENCE NO.        601C
DC CODE             CCD          DEPARTMENT NO.       827
DIVISION NO.        Division 4   VENDOR NO.           8873
VENDOR ITEM CODE    WP9AN12196MI COUNTRY OF ORIGIN    BANGLADESH
BINDING RULING # OR              CATEGORY             836, RNONE
PRECLASS #

FACTORY NO.         192761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.         BDNORKNIGAZ

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER         OPEN ACCOUNT
LC#                 NO LC

| | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|--|--|--------------------|--------------------------|--|--------------|
| TOTAL INVOICE | | 153 | 153 | ASSORTMENTS | 7,851.75  USD |

TOTAL US DOLLARS SEVEN THOUSAND EIGHT HUNDRED FIFTY-ONE DOLLARS AND SEVENTY-FIVE CENTS ONLY.

# COMMERCIAL INVOICE

Page 6 of 8
DATE: September 10, 2015
INVOICE NO.: 201521521253

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:        KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Bangladesh

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

APL CO. PTE LTD

# APL                    BILL OF LADING

| | |
|---|---|
| SHIPPER (Principal of Seller licensee and full address)<br>NORP KNIT INDUSTRIES LTD.<br>NORTH KHAILKUR, P.O.NATIONAL<br>UNIVERSITY,GAZIPUR-1704,BANGLADESH.<br>TEL:880-2-9292036-2037,9291936-1937. | BOOKING NUMBER 056447428  B/L NUMBER APLU 056447428  PAGE 1 OF 2<br>FINAL DEST:CCD, MIRA LOMA, CA 91752 |
| CONSIGNEE (Name and Full Address)<br>(Unless provided otherwise, a consignment "To Order" means To Order of Shipper)<br>UNTO THE ORDER OF:<br>THE HONGKONG AND SHANGHAI BANKING<br>CORPORATION LTD,<br>186 BIR UTTAM MIR<br>SHAWKAT ALI ROAD,DHAKA, BANGLADESH | FORWARDING AGENT (References, F.M.C. No.)<br>AIR ALLIANCE LTD.<br>BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,<br>C/A,CIR-2,DHAKA-1212,BD.<br>POINT AND COUNTRY OF ORIGIN OF GOODS<br>GAZIPUR, BANGLADESH |
| NOTIFY PARTY (Name and Full Address)<br>KMART CORPORATION.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,<br>ILLINOIS 60179,U.S.A. | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/<br>EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING<br>FROM/PORT OF DESTINATION<br>KMART C/O UPS SUPPLY CHAIN SOLUTION<br>19701 HAMILTON AVENUE<br>TORRANCE,CA 90502,PHONE:(310)<br>404-2792,FAX:(310)404-2962,<br>ATTN:MARY ELLEN WRATSCHKO. |
| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT<br>CHITTAGONG | |
| EXPORT CARRIER (Vessel, voyage, & flag)<br>THORSWIND      038 | PORT OF LOADING<br>CHITTAGONG, BA | |
| PORT OF DISCHARGE<br>SAN PEDRO,CA (SPQ) | PLACE OF DELIVERY<br>MIRA LOMA,CA-MWF | |

Excess Valuation Please refer to Clause 7(6) on Reverse Side    PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | KIND | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| K-MART<br>IN32N<br>ITEM NO :<br>540049615107<br>540049615131<br>540049616410<br>540049616168<br>540049618234<br>540049618283<br>540049618291<br>540049618325<br>MADE IN<br>BANGLADESH<br>CONTENTS: | SC GB18<br>158 | 7107E | FREIGHT COLLECT<br>CTN   AA)LV84000.00.00  SLAC CY/CY<br>WOMEN'S 95% RAYON 5% SPANDEX<br>KNITTED DRESS<br>STYLE NO. WP9AN12196MI<br>ORDER NO. IN32N<br>REF NO. 801C QNTY- 1,083 PCS<br>CAT NO.636 HTS#6110.3030.59<br>VENDOR#8873 , DIV NO.4 , DEPT# 027<br><br>INVOICE NO. 1060SERK23431 DATE:<br>01.09.2018<br>E-DOC INV NO.201821821283 DATE:<br>03.09.2018<br>EXP.NO. 2859-47212-2018 DATE:<br>25.10.2017<br>EXPORT L/C # PGL-NORP/1060 DATE:<br>25.10.2017<br>RECEIVED FOR SHIPMENT : 10.09.2018<br>CONTAINER GATE-IN DATE : 12.09.2018<br>MOTHER VESSEL NAME : APL COLUMBUS<br>V- 305<br>***FREIGHT COLLECT***<br>CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT **<br>** ORIGINAL BL ** | 694.620KG | 5.550M3 |

| P4. FLIGHT/SEA-FREIGHT AT<br>DHAKA, BD. | OCEAN FREIGHT PAYABLE AT<br>MIRA LOMA, CA | |
|---|---|---|
| | PREPAID US.$ | COLLECT US.$  Local Currency |

The undersigned Carrier hereby acknowledges receipt of the signed container or package or other Shipping Units said to contain the Goods described above as apparent external good order and condition unless otherwise stated...

APL CO. PTE LTD

By APL (Bangladesh) Pvt. Ltd.
Authorized Signature   AS AGENTS

| WCA 036 | | TOTAL PREPAID | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Other | TOTAL COLLECT | | | | | |
| | 01058547 | 00562026 | 00597609 | CHT | SPQ | MWF | 2 | APLU 056447428 |
| FCC | FORWARDER | SHIPPER | CONSIGNEE | | | USD* | NOTIFY | CCC | B/L NUMBER |

*APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

# APL

## BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | BK NUMBER | PAGE 2 OF 2 |
|---|---|---|---|
| NORF KNIT INDUSTRIES LTD.<br>NORTH KHAILKUR, P.O. NATIONAL<br>UNIVERSITY, GAZIPUR-1704, BANGLADESH.<br>TEL:880-2-9292036-2037,9291936-1937. | 056447428 | | APLU 056447428 |

EXP FINAL DEST:CCD, MIRA LOMA, CA 91752

| CONSIGNEE (Name and Full Address) | FORWARDING AGENT (References, F.M.C. No.) |
|---|---|
| (Unless provided otherwise, a consignment "To Order" means To Order of Shipper)<br>UNTO THE ORDER OF:<br>THE HONGKONG AND SHANGHAI BANKING<br>CORPORATION LTD.<br>186 BIR UTTAM MIR<br>SHAWKAT ALI ROAD, DHAKA, BANGLADESH | AIR ALLIANCE LTD.<br>BELOUIS TOWER, 2ND FL, 6, NORTH GULSHAN,<br>C/A, CIR-2, DHAKA-1212, BD. |

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

| NOTIFY PARTY (Name and Full Address) | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/ |
|---|---|
| KMART CORPORATION<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,<br>ILLINOIS 60179,U.S.A. | EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING<br>FROM POINT OF DESTINATION<br>KMART C/O UPS SUPPLY CHAIN SOLUTION<br>19701 HAMILTON AVENUE<br>TORRANCE, CA 90502, PHONE: (310)<br>404-2792, FAX: (310) 404-2962.<br>ATTN:MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| THORSWIND        038 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO, CA (SPC) | MIRA LOMA, CA-MWF |

Excess Valuation Please refer to Clause 7(B) on Reverse Side      PARTICULARS FURNISHED BY SHIPPERS

| MARKS & (IDENTIFICATION NOS.) | NO. OF PKGS. | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| ***CTR NBR***<br>TCNU0322799-2 | ****SEAL NBR**** | T/S HT    MODE    QUAN&/TYPE | WEIGHT | MSMT |
| | 0590243 | D40 96  CY/ CY  153CTN | 694.62KG | 5.550M3 |
| | | ** SHIPPER'S LOAD, STOW AND COUNT ** | | |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD    SEP. 15, 2018

| | | OCEAN FREIGHT PAYABLE AT | | | The undersigned Carrier hereby acknowledges receipt of the loaded container/s or packages or other Shipping units said to contain the Goods... |
|---|---|---|---|---|---|
| | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |
| | | | | | APL CO. PTE LTD |
| | | | | | By APL (Bangladesh) Pvt. Ltd. |
| | | | | | Authorised Signature |
| | | | | | Date and    SEP. 15 2018 |
| WCA 038 | TOTAL PREPAID | | | | Place Issued    CHITTAGONG, |
| | TOTAL COLLECY | | | | APLU 056447428 |
| 01058547 | 00582026 | 00597609 | CHT | SPC | MWF |
| YCC | FORWARDER | SHIPPER | CONSIGNEE | 1B PCM | HS (1/M | DEST | NOTIFY | CRC | RA FAJMOBTD |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

# COMMERCIAL INVOICE

Page 1 of 20

DATE: September 10, 2018

INVOICE NO.: 201821621673

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3ZP | S/S 4 BTN POLO CORE WHITE | 22 CARTONS | 22 AST | 29.040 USD AST | 638.88 USD |
| ITEM: | 780049678840 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9SE76247MI  FOBS 3.83
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ZP | REFERENCE NO. | 601C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9SE76247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NDRP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNDRKHK3AZ

| KMART | IN3ZP | S/S 4 BTN POLO CORE WHITE | 24 CARTONS | 24 AST | 29.040 USD AST | 696.96 USD |
|---|---|---|---|---|---|---|
| ITEM: | 780049678840 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9SE76247MI  FOBS 3.83
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ZP | REFERENCE NO. | 602C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9SE76247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761

# COMMERCIAL INVOICE

Page 2 of 29
DATE: September 10, 2018
INVOICE NO.: 201521821873

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM:  Chittagong, Bangladesh       SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION:  Ocean

POB Bangladesh

NORP KNIT INDUSTRIES LTD.(UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.           BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO CORE WHITE | 16 | 16 | 21.780 USD | 348.48 USD |
|---|---|---|---|---|---|---|
| ITEM: | 780046078857 | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE76247MI   FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION:BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZP | REFERENCE NO. | 601C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | DMaion 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE76247MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO CORE WHITE | 19 | 19 | 21.780 USD | 413.82 USD |
|---|---|---|---|---|---|---|
| ITEM: | 780046078857 | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE76247MI   FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

## COMMERCIAL INVOICE

Page 3 of 29

DATE: September 10, 2018

INVOICE NO.: 201821621873

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh       SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 502C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.       102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO CORE WHITE | 3 CARTONS | 3 AST | 32.670 USD AST | 98.01 USD |
|---|---|---|---|---|---|---|
| ITEM: | 780049078999 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 501C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.       102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO CORE WHITE | 14 CARTONS | 14 AST | 32.670 USD AST | 457.38 USD |
|---|---|---|---|---|---|---|
| ITEM: | 780049078999 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH

# COMMERCIAL INVOICE

Page 4 of 28

DATE: September 10, 2016

INVOICE NO.: 201621821873

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN32P | REFERENCE NO. | 802C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE76247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAIKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
PTY MID NO.        BDNORKNIGAZ

| KMART | IN32P | S/S 4 BTN POLO CORE WHITE | | 5 CARTONS | 5 AST | 36.300 USD AST | 181.50 USD |
| ITEM: | 760049878915 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE76247MI   FOB $ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN32P | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE76247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAIKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
PTY MID NO.        BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 5 of 20
DATE: September 10, 2018
INVOICE NO.: 201621821673

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 449
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:    Mira Loma , CA

FOB Bangladesh

| KMART | IN32P | S/S 4 BTN POLO CORE WHITE | | 12 | 12 | 36.300  USD | 435.60  USD |
|-------|-------|---------------------------|--|----|----|-----|-----|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780049678915 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE76247MI    FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN32P | REFERENCE NO. | 802C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE76247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN32P | S/S 4 BTN POLO MARITIME BLUE | | 12 | 12 | 21.780  USD | 261.36  USD |
|-------|-------|------------------------------|--|----|----|-----|-----|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780049679996 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE76247MI    FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN32P | REFERENCE NO. | 801C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE76247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR

# COMMERCIAL INVOICE

Page 6 of 20

DATE: September 10, 2016

INVOICE NO.: 201621621873

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO MARITIME BLUE | | 13 | 13 | 21.780 USD | 283.14 USD |
|-------|-------|------------------------------|--|----|----|------------|------------|
| | | | | CARTONS | AST | AST | |

ITEM:        760049679995
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WPSBE78247MI   FOBS 3.83
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 802C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WPSBE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO MARITIME BLUE | | 3 | 3 | 32.670 USD | 98.01 USD |
|-------|-------|------------------------------|--|----|----|------------|-----------|
| | | | | CARTONS | AST | AST | |

ITEM:        760049680192
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WPSBE78247MI   FOBS 3.83
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 801C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WPSBE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102781

# COMMERCIAL INVOICE

Page 7 of 20
DATE: September 10, 2016
INVOICE NO.: 201621621073

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Mira Loma , CA
**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BONORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO MARITIME BLUE | 12 | 12 | 32.670 USD | 392.04 USD |
|-------|-------|------------------------------|------|------|-----------|-----------|
| ITEM: | 780049660192 | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP8BE78247MI    FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 502C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP8BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BONORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO MARITIME BLUE | 21 | 21 | 29.040 USD | 609.84 USD |
|-------|-------|------------------------------|------|------|-----------|-----------|
| ITEM: | 780049660200 | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP8BE76247MI    FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

# COMMERCIAL INVOICE

Page 8 of 20

DATE: September 10, 2018

INVOICE NO.: 201821821873

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:        KMART CORPORATION
           3333 Beverly Road
           Hoffman Estates, IL 60179
           US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:   Mike Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 601C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP90E78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO MARITIME BLUE | | 20 CARTONS | 20 AST | 29.040 USD AST | 580.80 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 780049660200 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP90E78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 16 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 602C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP90E78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO MARITIME BLUE | | 3 CARTONS | 3 AST | 36.300 USD AST | 108.90 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 780049660228 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP90E78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH

# COMMERCIAL INVOICE

Page 2 of 29
DATE: September 10, 2018
INVOICE NO.: 201821821873

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:    Mira Loma , CA

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ZP | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO MARITIME BLUE | | 10 CARTONS | 10 AST | 36.300 USD AST | 363.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 780049660226 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78247MI    FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ZP | REFERENCE NO. | 802C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 10 of 20

DATE: September 10, 2018

INVOICE NO.: 201921621873

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UCVOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122018

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh

SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN3ZP | S/S 4 BTN POLO LEMONADE ANCHORS | 2 CARTONS | 2 AST | 29.040  USD AST | 58.08  USD |
|---|---|---|---|---|---|---|
| ITEM: | 760049681026 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE76247MI   FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT  POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER.
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE76247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO LEMONADE ANCHORS | 4 CARTONS | 4 AST | 29.040  USD AST | 116.16  USD |
|---|---|---|---|---|---|---|
| ITEM: | 760049681026 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE76247MI   FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT  POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE76247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR

# COMMERCIAL INVOICE

Page 11 of 26
DATE: September 10, 2016
INVOICE NO.: 201021621673

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

Bangladesh
FTY MID NO.      BDNORKNIGAZ

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

| KMART | IN3ZP | S/S 4 BTN POLO LEMONADE ANCHORS | 14 | 14 | 25.410 USD | 355.74 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM:            780049662255
MADE IN          BANGLADESH
CONTENTS      1 ASSORTMENT

STYLE NAME: WP9BE78247MI  FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION:BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9"LW X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.      102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO LEMONADE ANCHORS | 13 | 13 | 25.410 USD | 330.33 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM:            780049662255
MADE IN          BANGLADESH
CONTENTS      1 ASSORTMENT

STYLE NAME: WP9BE78247MI  FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION:BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.      102781

# COMMERCIAL INVOICE

Page 12 of 20
DATE: September 10, 2018
INVOICE NO.: 201821821673

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO:   Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO LEMONADE ANCHORS | 13 | 13 | 29.040 USD | 377.52 USD |
|-------|-------|--------------------------------|-----|-----|-----------|-----------|
| ITEM: | 780049683046 | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 501C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.       102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO LEMONADE ANCHORS | 14 | 14 | 29.040 USD | 406.56 USD |
|-------|-------|--------------------------------|-----|-----|-----------|-----------|
| ITEM: | 780049683046 | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

# COMMERCIAL INVOICE

DATE: September 10, 2016

INVOICE NO.: 201621821873

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 602C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | DMhion 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO LEMONADE ANCHORS | | 3 | 3 | 32.670 USD | 98.01 USD |
| ITEM: | 780049883053 | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78247MI   FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 601C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | DMsion 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO LEMONADE ANCHORS | | 10 | 10 | 32.670 USD | 326.70 USD |
| ITEM: | 780049093063 | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78247MI   FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH

# COMMERCIAL INVOICE

Page 14 of 20
DATE: September 10, 2018
INVOICE NO.: 201821821873

8873
PEARL GLOBAL INDUSTRIES LTD,
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP98E76247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO CORNFLWR BUTTERFLY | | | 2 | 2 | 29.040 USD | 58.08 USD |
| | | | | | CARTONS | AST | AST | |
| ITEM: | 790049660452 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |

STYLE NAME: WP98E76247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP98E76247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

# COMMERCIAL INVOICE

DATE: September 10, 2018

INVOICE NO.: 201821821673

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Bangladesh

| KMART | IN3ZP | S/S 4 BTN POLO CORNFLWR BUTTERFLY | 4 CARTONS | 4 AST | 29.040  USD AST | 116.16  USD |
|-------|-------|-----------------------------------|-----------|-------|------------------|-------------|

ITEM:       780049886462
MADE IN     BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED. ·
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ZP | REFERENCE NO. | 802C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.       102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FYY MID NO.       BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO CORNFLWR BUTTERFLY | 14 CARTONS | 14 AST | 25.410  USD AST | 355.74  USD |
|-------|-------|-----------------------------------|-----------|-------|------------------|-------------|

ITEM:       780049886564
MADE IN     BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ZP | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.       102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR

# COMMERCIAL INVOICE

DATE: September 10, 2018
INVOICE NO.: 2018218216T3

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Bangladesh

Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO CORNFLWR BUTTERFLY | 13 CARTONS | 13 AST | 25,410 USD AST | 330.33 USD |
|-------|-------|-----------------------------------|------------|--------|----------------|------------|

ITEM:         780049686604
MADE IN       BANGLADESH
CONTENTS      1 ASSORTMENT

STYLE NAME: WP9BE78247MI   FOB$ 3.83
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ZP | REFERENCE NO. | 802C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.       102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO CORNFLWR BUTTERFLY | 13 CARTONS | 13 AST | 29,040 USD AST | 377.52 USD |
|-------|-------|-----------------------------------|------------|--------|----------------|------------|

ITEM:         780049686512
MADE IN       BANGLADESH
CONTENTS      1 ASSORTMENT

STYLE NAME: WP9BE78247MI   FOB$ 3.83
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ZP | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.       102761

# COMMERCIAL INVOICE

Page 17 of 20

DATE: September 10, 2018

INVOICE NO.: 201621821873

5873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION:  Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN32P | S/S 4 BTN POLO CORNFLWR BUTTERFLY | | 14 | 14 | 20,040  USD | 406.56  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 750049686512 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP96E76247MI   FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT  POLO SHIRT
BUTTON ON CENTER FRONY, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | CONTRACT NO. | IN32P | REFERENCE NO. | 802C |
|---|---|---|---|---|
| | DC CODE | CCD | DEPARTMENT NO. | 027 |
| | DIVISION NO. | Division 4 | VENDOR NO. | 5873 |
| | VENDOR ITEM CODE | WP96E76247MI | COUNTRY OF ORIGIN | BANGLADESH |
| | BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN32P | S/S 4 BTN POLO CORNFLWR BUTTERFLY | | 3 | 3 | 32,870  USD | 98.61  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 750049686553 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP96E76247MI   FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

# COMMERCIAL INVOICE

Page 18 of 29
DATE: September 10, 2018
INVOICE NO.: 201921621673

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZP | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 | |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO. 102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO. BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO CORNFLWR BUTTERFLY | 10 CARTONS | 10 AST | 32.670 USD AST | 326.70 USD |
|---|---|---|---|---|---|---|
| ITEM: | 780049866553 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZP | REFERENCE NO. | 802C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 | |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO. 102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO. BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO CABBAGE | 8 CARTONS | 8 AST | 26.410 USD AST | 203.28 USD |
|---|---|---|---|---|---|---|
| ITEM: | 780049866435 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH

# COMMERCIAL INVOICE

Page 10 of 20
DATE: September 10, 2018
INVOICE NO.: 2018210210573

8573
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:        XMART CORPORATION
           3333 Beverly Road
           Hoffman Estates, IL 60179
           US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:   Mira Loma , CA
MODE OF TRANSPORTATION: Ocean
                                                          FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

---

| KMART | IN3ZP | S/S 4 BTN POLO CABBAGE | | 7 | 7 | 25.410 USD | 177.87 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM:        760049666435
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP9BE78247MI   FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 20 of 20

DATE: September 10, 2018

INVOICE NO.: 201821821873

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN3ZP | S/S 4 BTN POLO CABBAGE | | 7 | 7 | 21.780 USD | 152.46 USD |
|-------|-------|------------------------|--|---|---|------------|------------|
| | | | | -CARTONS | AST | AST | |

ITEM: 780049088534
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT

STYLE NAME: WP9BE76247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 601C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9BE76247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.   102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR.
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.   BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO CABBAGE | | 9 | 9 | 21.780 USD | 196.02 USD |
|-------|-------|------------------------|--|---|---|------------|------------|
| | | | | -CARTONS | AST | AST | |

ITEM: 780049088534
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT

STYLE NAME: WP9BE76247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 602C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9BE76247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.   102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR.
P.O. NATIONAL UNIVERSITY,
GAZIPUR

## COMMERCIAL INVOICE

Page 23 of 29
DATE: September 10, 2018
INVOICE NO.: 2018215211673

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh   SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

Bangladesh
FTY MID NO.      BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO CABBAGE | | 13 CARTONS | 13 AST | 29.040 USD AST | 377.52 USD |
|-------|-------|------------------------|--|------------|--------|----------------|------------|

ITEM:         780049692106
MADE IN       BANGLADESH
CONTENTS      1 ASSORTMENT

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION:S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION:BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 801C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING/# OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.      102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO CABBAGE | | 14 CARTONS | 14 AST | 29.040 USD AST | 406.56 USD |
|-------|-------|------------------------|--|------------|--------|----------------|------------|

ITEM:         780049692106
MADE IN       BANGLADESH
CONTENTS      1 ASSORTMENT

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 802C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.      102761

# COMMERCIAL INVOICE

Page 22 of 29

DATE: September 10, 2018

INVOICE NO.: 201821821973

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN32P | S/S 4 BTN POLO CABBAGE | 3 CARTONS | 3 AST | 32.670 USD AST | 98.01 USD |
|---|---|---|---|---|---|---|

ITEM:        780049692122
MADE IN        BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP9BE78247MI    FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN32P | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN32P | S/S 4 BTN POLO CABBAGE | 8 CARTONS | 8 AST | 32.670 USD AST | 261.36 USD |
|---|---|---|---|---|---|---|

ITEM:        780049692122
MADE IN        BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP9BE78247MI    FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

# COMMERCIAL INVOICE

Page 23 of 29

DATE: September 19, 2016

INVOICE NO.: 201621021673

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      KMART CORPORATION
         3333 Beverly Road
         Hoffman Estates, IL 60179
         US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 602C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE76247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO PEACH AMBER | | 6 CARTONS | 5 AST | 25.410 USD AST | 203.28 USD |
| ITEM: | 760049694771 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE76247MI   FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 601C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE76247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO PEACH AMBER | | 7 CARTONS | 7 AST | 25.410 USD AST | 177.87 USD |
| ITEM: | 760049694771 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE76247MI   FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH

# COMMERCIAL INVOICE

Page 24 of 29

DATE: September 10, 2016

INVOICE NO.: 201621821873

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 440
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

POB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZP | REFERENCE NO. | 802C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.    102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO PEACH AMBER | | 7 | 7 | 21.780 USD | 152.46 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | AST |
| ITEM: | 700049694647 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78247MI    FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT: TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZP | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.    102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 26 of 29

DATE: September 10, 2018

INVOICE NO.: 201821921673

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

| KMART | IN3ZP | S/S 4 BTN POLO PEACH AMBER | | 9 CARTONS | 9 AST | 21.780 USD AST | 196.02 USD |
|-------|-------|---------------------------|--|-----------|-------|----------------|------------|

ITEM:  780048004847
MADE IN  BANGLADESH
CONTENTS  1 ASSORTMENT

STYLE NAME: WP9BE78247MI  FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 802C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.  102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.  BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO PEACH AMBER | | 13 CARTONS | 13 AST | 29.040 USD AST | 377.52 USD |
|-------|-------|---------------------------|--|------------|--------|----------------|------------|

ITEM:  780048004854
MADE IN  BANGLADESH
CONTENTS  1 ASSORTMENT

STYLE NAME: WP9BE78247MI  FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 801C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.  102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR

# COMMERCIAL INVOICE

Page 26 of 28

DATE: September 10, 2016

INVOICE NO.: 201021821573

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh   SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

Bangladesh
FTY MID NO,      BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO PEACH AMBER | | 14 | 14 | 29.040 USD | 406.56 USD |
|-------|-------|---------------------------|--|----|----|-----------|-----------|
| | | | | CARTONS | AST | AST | |

ITEM:          780049094854
MADE IN        BANGLADESH
CONTENTS       1 ASSORTMENT

STYLE NAME: WP9BE78247MI  FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 18 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 802C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.      102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO PEACH AMBER | | 3 | 3 | 32.670 USD | 98.01 USD |
|-------|-------|---------------------------|--|----|----|-----------|-----------|
| | | | | CARTONS | AST | AST | |

ITEM:          780049094938
MADE IN        BANGLADESH
CONTENTS       1 ASSORTMENT

STYLE NAME: WP9BE78247MI  FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 18 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 801C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.      102761

# COMMERCIAL INVOICE

DATE: September 10, 2018
INVOICE NO.: 201821621673

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO PEACH AMBER | | 8 CARTONS | 8 AST | 32.670 USD AST | 261.36 USD |
|---|---|---|---|---|---|---|---|

ITEM:    760049634938
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP9BE78247MI   FOB$ 3.53
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

CONTRACT NO.    IN3ZP
DC CODE    CCD
DIVISION NO.    Division 4
VENDOR ITEM CODE    WP9BE78247MI
BINDING RULING # OR
PRECLASS #

REFERENCE NO.    602C
DEPARTMENT NO.    027
VENDOR NO.    6873
COUNTRY OF ORIGIN    BANGLADESH
CATEGORY    339

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO WHITE CHERRIES | | 8 CARTONS | 8 AST | 25.410 USD AST | 203.28 USD |
|---|---|---|---|---|---|---|---|

ITEM:    760049680560
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP9BE78247MI   FOB$ 3.53
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

# COMMERCIAL INVOICE

Page 26 of 29

DATE: September 10, 2018

INVOICE NO.: 201823521073

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh       SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION:  Ocean

FOB Bangladesh

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO WHITE CHERRIES | | 7 | 7 | 25.410 USD | 177.87 USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 700049099580 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 802C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

PAYMENT TERM    Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER    OPEN ACCOUNT
LC#    NO LC

| | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
| TOTAL INVOICE | | 608 | 608 ASSORTMENTS | | 14,233.23 USD |

## COMMERCIAL INVOICE

Page 20 of 20

DATE: September 10, 2018

INVOICE NO.: 201821521573

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh

MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

TOTAL US DOLLARS FOURTEEN THOUSAND TWO HUNDRED THIRTY-THREE DOLLARS AND TWENTY-THREE CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

# APL

### BILL OF LADING

APL CO. PTE LTD

| SHIPPER (Principal or Seller licensor and full address) | BOOKING NUMBER | B/L NUMBER | PAGE 1 OF 3 |
|---|---|---|---|
| NORP KNIT INDUSTRIES LTD,<br>NORTH KHAILKUR, P.O.NATIONAL<br>UNIVERSITY,GAZIPUR-1704,BANGLADESH,<br>TEL:880-2-9292036-2037,9291936-1937. | 056447422 | | APLU 056447422 |

EXPORT REFERENCES: FINAL DEST:CCD, MIRA LOMA, CA 91752

| CONSIGNEE (Name and Full Address)<br>(Unless provided otherwise, a consignment "To Order" means To Order of Shipper) | FORWARDING AGENT (Reference), F.M.C. No.) |
|---|---|
| UNTO THE ORDER OF:<br>THE HONGKONG AND SHANGHAI BANKING<br>CORPORATION LTD.<br>186 BIR UTTAM MIR<br>SHAWKAT ALI ROAD,DHAKA,BANGLADESH | AIR ALLIANCE LTD.<br>BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,<br>C/A,CIR-2,DHAKA-1212,BD. |

POINT AND COUNTRY OF ORIGIN OF GOODS: GAZIPUR, BANGLADESH

| NOTIFY PARTY (Name and Full Address) | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/<br>EXPORT INSTRUCTIONS/PIER/TERMINAL/ONWARD ROUTING<br>FROM POINT OF DESTINATION |
|---|---|
| KMART CORPORATION.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,<br>ILLINOIS 60179,U.S.A. | KMART C/O UPS SUPPLY CHAIN SOLUTION<br>19701 HAMILTON AVENUE<br>TORRANCE,CA 90502, PHONE:(310)<br>404-2792,FAX:(310)404-2962,<br>ATTN:MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT<br>CHITTAGONG |
|---|---|
| EXPORT CARRIER (Vessel, Voyage, & flag)<br>THORSWIND       038 | PORT OF LOADING<br>CHITTAGONG, BA |
| PORT OF DISCHARGE<br>SAN PEDRO, CA (SPQ) | PLACE OF DELIVERY*<br>MIRA LOMA, CA-MWF |

Excess Valuation Please refer to Clause 7(ii) on Reverse Side       PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NOS/CONTAINER NOS. | NO. OF PKGS | KIND | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| K-MART<br>IN3ZP<br>ITEM NO :<br>780-04967884-0<br>780-04967884-0<br>780-04967885-7<br>780-04967885-7<br>780-04967888-9<br>780-04967888-9<br>780-04967891-5<br>780-04967891-5<br>780-04967999-6<br>780-04967999-6<br>780-04968019-2<br>780-04968019-2<br>780-04968020-0<br>780-04968020-0<br>780-04968022-6<br>780-04968022-6<br>780-04968102-6<br>780-04968102-6<br>780-04968225-5<br>780-04968225-5 | SC GB18<br>508 | 7107E | FREIGHT COLLECT<br>CTN   AA)LV84000.00,00   SLAC CY/CY<br>WOMEN'S 96%COTTON 4% SPANDEX<br>KNITTED POLO SHIRT<br>STYLE NO. WP9BE78247MI<br>ORDER NO. IN3ZP<br>REF NO. 801C QNTY- 3,921 PCS<br>CAT.NO.339 HTS#6110.2020.77<br>VENDOR#8873 , DIV NO.4 , DEPT# 027,<br>INVOICE NO. 1060SERK23433 DATE:<br>01.09.2018<br>E-DOC INV NO.201821821873 DATE:<br>01.09.2018<br>EXP NO. 2859-47210-2018 DATE:<br>03.09.2018<br>EXPORT L/C # PGL-NORP/1060 DATE:<br>25.10.2017<br>RECEIVED FOR SHIPMENT : 10.09.2018<br>CONTAINER GATE-IN DATE : 12.09.2018<br>MOTHER VESSEL NAME : APL COLUMBUS<br>V- 305<br>***FREIGHT COLLECT*** | 909.320KG | 5.960M3 |

CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT **
** ORIGINAL B/L **

| B/L TO BE RELEASED AT<br>DHAKA, BA | OCEAN FREIGHT PAYABLE AT<br>MIRA LOMA, CA | | |
|---|---|---|---|
| | PREPAID U.S.$ | COLLECT U.S.$ | Local Currency |

The undersigned Owner (or any person acting on behalf of the ... THE CARRIER

APL CO. PTE LTD

by APL (Bangladesh) Pvt. Ltd.
Authorised Signature  AS AGENTS

| WCA | 038 | TOTAL PREPAID | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Voyage | Voyage | Other | TOTAL COLLECT | | | | | |
| | 01058547 | 00562026 | 00597609 | CRT | SPQ | MWF | | Y | APLU 056447422 |
| FCC | FORWARDER | SHIPPER | CONSIGNEE | LB PORT | DIS PORT | DEST | NOTIFY | CNC | B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

# APL

## BILL OF LADING

| SHIPPER (Principal or Seller licensor and full address) | BOOKING NUMBER | B/L NUMBER | PAGE 2 OF 3 |
|---|---|---|---|
| NORP KNIT INDUSTRIES LTD<br>NORTH KHAILKUR, P.O.NATIONAL<br>UNIVERSITY,GAZIPUR-1704,BANGLADESH.<br>TEL:880-2-9292036-2037,9291936-1937. | 056447422 | | APLU 056447422 |

EXP FINAL DEST:CCD, MIRA LOMA, CA 91752

CONSIGNEE (Name and Full Address)
(Unless provided otherwise, a consignee "To Order" means To Order of Shipper)

UNTO THE ORDER OF:
THE HONGKONG AND SHANGHAI BANKING
CORPORATION LTD.
186 BIR UTTAM MIR
SHAWKAT ALI ROAD,DHAKA,BANGLADESH

FORWARDING AGENT (References, F.M.C. No.)
AIR ALLIANCE LTD.
BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,
C/A,CIR-2,DHAKA-1212,BD.

NOTIFY PARTY (Name and Full Address)
KMART CORPORATION.
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179,U.S.A.

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

ALSO NOTIFY (Name and Full Address/DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION
KMART C/O UPS SUPPLY CHAIN SOLUTION
19701 HAMILTON AVENUE
TORRANCE,CA 90502,PHONE:(310)
404-2792,FAX:(310)404-2962,
ATTN:MARY ELLEN WRATSCHKO.

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| THORSWIND   038 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO,CA (SPQ) | MIRA LOMA,CA-MWF |

Excess Valuation Please refer to Clause 7(8) on Reverse Side

PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NUMBERS/CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| 780-04968304-8<br>780-04968304-8<br>780-04968306-3<br>780-04968306-3<br>780-04968646-2<br>780-04968646-2<br>780-04968650-4<br>780-04968650-4<br>780-04968651-2<br>780-04968651-2<br>780-04968655-3<br>780-04968655-3<br>780-04968843-5<br>780-04968843-5<br>780-04968853-4<br>780-04968853-4<br>780-04969210-6<br>780-04969210-6<br>780-04969212-2<br>780-04969212-2<br>780-04969477-1<br>780-04969477-1<br>780-04969484-7<br>780-04969484-7 | | | | |

**CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT **
** ORIGINAL BL **

| (N) TO BE PREPAID AT | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|
| FREIGHT RATES, CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |

The undersigned Carrier hereby acknowledges receipt of the stated number of packages or other cargo units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees, and the Carrier and all every person purchasing this Instrument for value, if negotiable, or otherwise having an interest in the Goods, is subject to the terms, conditions, provisions and liberties of the Good-set subject to all the terms and conditions set forth and by incorporated by reference on the back and the reverse hereof, whether written or printed.

In witness whereof the number of this bill of lading is hereunder stated, all of which being of this tenor and date, one of which being accomplished, the others to stand void.
THE CARRIER
APL CO. PTE LTD

By APL (Bangladesh) Pvt. Ltd.
Authorized Signature, AS AGENTS

Date and
Place Issued

| WCA | 038 | | TOTAL PREPAID | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PIECES | Voyage | CHGS | TOTAL COLLECT | | | | | | APLU 056447422 |
| | 01098847 | | 00562026 | 00597609 | CRT | SPQ | MWF | Y | |
| FCE | FORWARDER | SHIPPER | CONSIGNEE | LD PORT | FIN PORT | DEST | NOTIFY | CSC | BL NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING.

# APL

## BILL OF LADING

| | |
|---|---|
| SHIPPER (Principal or Seller licensor and full address)<br>NORP KNIT INDUSTRIES LTD.<br>NORTH KHAILKUR P.O.NATIONAL<br>UNIVERSITY,GAZIPUR-1704, BANGLADESH.<br>TEL:880-2-9292036-2037,9291936-1937. | BOOKING NUMBER 056447422   BL NUMBER PAGE 3 OF 3<br>APLO 056447422<br><br>EXPORT FINAL DEST:CCD, MIRA LOMA, CA 91752 |
| CONSIGNEE (Name and Full Address)<br>(Unless provided otherwise, a consignment "To Order" means To Order of Shipper)<br>UNTO THE ORDER OF:<br>THE HONGKONG AND SHANGHAI BANKING<br>CORPORATION LTD.<br>186. BIR UTTAM MIR<br>SHAWKAT ALI ROAD,DHAKA,BANGLADESH | FORWARDING AGENT (References, F.M.C. No.)<br>AIR ALLIANCE LTD.<br>BILOUIS TOWER,2ND FL,6,NORTH GULSHAN,<br>C/A,CIR-2,DHAKA-1212,BD.<br><br>POINT AND COUNTRY OF ORIGIN OF GOODS<br>GAZIPUR, BANGLADESH |
| NOTIFY PARTY (Name and Full Address)<br>KMART CORPORATION.<br>3333. BEVERLY ROAD,<br>HOFFMAN ESTATES<br>ILLINOIS 60179,U.S.A. | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/<br>EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING<br>FROM POINT OF DESTINATION<br>KMART C/O UPS SUPPLY CHAIN SOLUTION<br>19701 HAMILTON AVENUE<br>TORRANCE,CA 90502,PHONE:(310)<br>404-2792,FAX:(310)404-2962,<br>ATTN:MARY ELLEN WRATSCHKO. |
| INITIAL CARRIAGE BY (MODE)   PLACE OF RECEIPT<br>CHITTAGONG | |
| EXPORT CARRIER (Vessel, voyage, & flag)   PORT OF LOADING<br>THORSWIND   038   CHITTAGONG, BA | |
| PORT OF DISCHARGE   PLACE OF DELIVERY<br>SAN PEDRO,CA (SPO)   MIRA LOMA,CA-MWF | |

Excess Valuation Please refer to Clause 7(II) on Reverse Side    PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| 780-04969489-4<br>780-04969489-4<br>780-04969491-8<br>780-04969491-8<br>780-04969958-0<br>780-04969958-0<br>MADE IN<br>BANGLADESH<br>CONTENTS:<br><br>***CTR NBR**<br>TCNU322799-2 | ****SEAL NBR****<br>0590243 | T/S HT MODE QUANT/TYPE<br>D40 96 CY/ CY 508CTN<br>** SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT<br>909.32KG | MSMT<br>5.960M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD SEP. 15, 2018

| | | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|---|
| BE TO THE RELEASE OF | | PREPAID U.S. $ | COLLECT U.P. $ | Local Currency | The undersigned Carrier hereby acknowledges receipt of the sealed container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees, and the Consignee and other parties purchasing this instrument for value, if negotiable or otherwise having an interest in the Goods at whatever time may become, severally, jointly and severally all the Goods are subject to all the terms and conditions set forth and by incorporated by reference on this Bill of Lading whether written, stamped or printed... A set of original Bills of Lading is being issued by the Carrier. Upon surrender to the Carrier of any one negotiable Bill of Lading, properly endorsed all others shall stand void.<br>APL CO. PTE LTD<br><br>By. APL (Bangladesh) Pvt. Ltd.<br>Authorized Signature<br>Date and SEP. 15, 2018<br>Place Issued CHITTAGONG, |

| WCA 038 | TOTAL PREPAID | | | | | |
|---|---|---|---|---|---|---|
| Vessel Voyage Other | TOTAL COLLECT | | CHT | SPO | MWF | Y APLO 056447422 |
| 01058547 | 00562028 | 00597609 | | | | |
| PCC | FORWARDER | SHIPPER | CONSIGNEE | O/PORT | DIS PORT | DEST | NOTIFY | COG | BL NUMBER |

*APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING.

*1061 8044 23435*

# COMMERCIAL INVOICE

Page 1 of 16

DATE: September 10, 2018

INVOICE NO.: 201821822302

8273
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Chittagong, Bangladesh       SHIPPED TO: Mira Loma, CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3ZQ | S/S 4 BTN POLO WHITE CHERRIES | 7 CARTONS | 7 AST | 21.780 USD AST | 152.46 USD |
| ITEM: | 780049703341 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE76247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE76247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.          102751
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| KMART | IN3ZQ | S/S 4 BTN POLO WHITE CHERRIES | 9 CARTONS | 9 AST | 21.780 USD AST | 196.02 USD |
| ITEM: | 780049703341 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE76247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 802C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE76247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.          102751

# COMMERCIAL INVOICE

Page 2 of 15
DATE: September 10, 2018
INVOICE NO.: 201821822302

8273
PEARL GLOBAL INDUSTRIES LTD.
POIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO WHITE CHERRIES | 13 CARTONS | 13 AST | 29.040 USD AST | 377.52 USD |
|---|---|---|---|---|---|---|
| ITEM: | 780049703368 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 601C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8273 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO WHITE CHERRIES | 14 CARTONS | 14 AST | 29.040 USD AST | 406.56 USD |
|---|---|---|---|---|---|---|
| ITEM: | 780040703368 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

# COMMERCIAL INVOICE

Page 3 of 15

DATE: September 10, 2018

INVOICE NO.: 201821822302

8873
PEARL GLOBAL INDUSTRIES LTD.
POIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma, CA

FOB Bangladesh

| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 802C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102751
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO WHITE CHERRIES | | 3 | 3 | 32,870 USD | 98.61 USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 780049703308 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78247MI    FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (6" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102751
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO WHITE CHERRIES | | 8 | 8 | 32,870 USD | 261.36 USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 780049703308 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78247MI    FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH

# COMMERCIAL INVOICE

Page 4 of 15
DATE: September 10, 2018
INVOICE NO.: 201021822302

8873
PEARL GLOBAL INDUSTRIES LTD.
POIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:    Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 602C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP98E78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO FAIRY TALE | | | | 13 | 13 | 25.410  USD | 330.33  USD |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CARTONS | AST | AST | |

ITEM:    760049708748
MADE IN    BANGLADESH
CONTENTS    1  ASSORTMENT

STYLE NAME: WP98E78247MI    FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 601C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP98E78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 6 of 15

DATE: September 10, 2018

INVOICE NO.: 201821822302

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN3ZQ | S/S 4 BTN POLO FAIRY TALE | | 8 | 8 | 25.410  USD | 203.28  USD |
|-------|-------|---------------------------|--|---|---|-------------|-------------|
| | | | | CARTONS | AST | AST | |

ITEM:        780049708746
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (0" W X 12" D) STITCH COUNT PER 1CM VERTICAL 16 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 802C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.       102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO,       BDNORKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO FAIRY TALE | | 14 | 14 | 29.040  USD | 406.56  USD |
|-------|-------|---------------------------|--|----|----|-------------|-------------|
| | | | | CARTONS | AST | AST | |

ITEM:        780049708705
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (0" W X 12" D) STITCH COUNT PER 1CM VERTICAL 16 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 801C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.       102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR

# COMMERCIAL INVOICE

Page 9 of 15
DATE: September 10, 2018
INVOICE NO.: 201821822302

8873
PEARL GLOBAL INDUSTRIES LTD.
POIL PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean
                                          FOB Bangladesh

Bangladesh
FTY MID NO.     BDNORKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO FAIRY TALE | | 20 | 20 | 29,040 USD | 580.80 USD |
|-------|-------|---------------------------|--|----|----|-----------|-----------|
| | | | | CARTONS | AST | AST | |

ITEM:     760049708790
MADE IN   BANGLADESH
CONTENTS  1 ASSORTMENT

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 802C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.     102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO FAIRY TALE | | 1 | 1 | 25.410 USD | 25.41 USD |
|-------|-------|---------------------------|--|----|----|-----------|-----------|
| | | | | CARTONS | AST | AST | |

ITEM:     760049708852
MADE IN   BANGLADESH
CONTENTS  1 ASSORTMENT

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 801C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.     102761

# COMMERCIAL INVOICE

Page 7 of 10

DATE: September 10, 2018

INVOICE NO.: 201821822302

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.         BDNORKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO FAIRY TALE | 3 | 3 | 25,410 USD | 76.23 USD |
|-------|-------|---------------------------|---|---|-----------|-----------|
|       |       |                           | CARTONS | AST |  | AST |

ITEM:       760049709852
MADE IN     BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (8" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 802C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.         102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.         BDNORKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO FAIRY TALE | 2 | 2 | 21,780 USD | 43.56 USD |
|-------|-------|---------------------------|---|---|-----------|-----------|
|       |       |                           | CARTONS | AST |  | AST |

ITEM:       760049709082
MADE IN     BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (8" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

# COMMERCIAL INVOICE

Page 9 of 18
DATE: September 10, 2018
INVOICE NO.: 201821822302

6873
PEARL GLOBAL INDUSTRIES LTD,
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 802C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 | |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO. 102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO MARITIME BLUE | 6 | 6 | 21.780 USD | 130.68 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 780049711260 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 | |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO. 102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO MARITIME BLUE | 13 | 13 | 21.780 USD | 283.14 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 780049711260 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH

# COMMERCIAL INVOICE

Page 9 of 15

DATE: September 10, 2018

INVOICE NO.: 201821022302

0873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | |
|---|---|
| CONTRACT NO. | IN3ZQ |
| DC CODE | CCD |
| DIVISION NO. | Division 4 |
| VENDOR ITEM CODE | WP69E78247MI |
| BINDING RULING # OR PRECLASS # | |

| | |
|---|---|
| REFERENCE NO. | 802C |
| DEPARTMENT NO. | 027 |
| VENDOR NO. | 0873 |
| COUNTRY OF ORIGIN | BANGLADESH |
| CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO MARITIME BLUE | 13 CARTONS | 13 AST | 29.040 USD AST | 377.52 USD |
|---|---|---|---|---|---|---|
| ITEM: | 780049711294 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP69E78247MI   FOB$ 3.03
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | |
|---|---|
| CONTRACT NO. | IN3ZQ |
| DC CODE | CCD |
| DIVISION NO. | Division 4 |
| VENDOR ITEM CODE | WP69E78247MI |
| BINDING RULING # OR PRECLASS # | |

| | |
|---|---|
| REFERENCE NO. | 801C |
| DEPARTMENT NO. | 027 |
| VENDOR NO. | 0873 |
| COUNTRY OF ORIGIN | BANGLADESH |
| CATEGORY | 339 |

FACTORY NO.        102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 10 of 15
DATE: September 10, 2018
INVOICE NO.: 201821622302

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh       SHIPPED TO: Mira Loma, CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN3ZQ | S/S 4 BTN POLO MARITIME BLUE | 22 | 22 | 29.040 USD | 638.88 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM:       760040711204
MADE IN     BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 338 |

FACTORY NO.       102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO MARITIME BLUE | 1 | 1 | 36.300 USD | 36.30 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM:       760040711302
MADE IN     BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 338 |

FACTORY NO.       102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR

# COMMERCIAL INVOICE

DATE: September 10, 2018
INVOICE NO.: 201821822302

8573
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO MARITIME BLUE | 4 | 4 | 36.300 USD | 145.20 USD |
|-------|-------|------|------|------|------|------|
|       |       |      | CARTONS | AST | AST | |

ITEM:       780049711302
MADE IN     BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP9BE76247MI   FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 16 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 502C |
|------|------|------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | WP9BE76247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO WHITE STRIPE | 6 | 6 | 21.760 USD | 130.86 USD |
|-------|-------|------|------|------|------|------|
|       |       |      | CARTONS | AST | AST | |

ITEM:       780049711435
MADE IN     BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP9BE76247MI   FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 16 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 501C |
|------|------|------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | WP9BE76247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761

# COMMERCIAL INVOICE

DATE: September 10, 2018

INVOICE NO.: 201821022302

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO WHITE STRIPE | 13 | 13 | 21.780 USD | 283.14 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM:          780049711435
MADE IN          BANGLADESH
CONTENTS      1 ASSORTMENT

STYLE NAME: WP9BE76247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE76247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.          102751
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO WHITE STRIPE | 13 | 13 | 29.040 USD | 377.52 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM:          780049711466
MADE IN          BANGLADESH
CONTENTS      1 ASSORTMENT

STYLE NAME: WP9BE76247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

# COMMERCIAL INVOICE

Page 13 of 16

DATE: September 10, 2018

INVOICE NO.: 201821822302

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 601C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102781

NORP KNIT INDUSTRIES LTD (UNIT 1)

NORTH KHAILKUR,

P.O. NATIONAL UNIVERSITY,

GAZIPUR

Bangladesh

FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO WHITE STRIPE | | | 22 | 22 | 29.040 USD | 638.88 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | AST |
| ITEM: | 780046711488 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 18 AND HORIZONTAL 17

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 602C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102781

NORP KNIT INDUSTRIES LTD (UNIT 1)

NORTH KHAILKUR,

P.O. NATIONAL UNIVERSITY,

GAZIPUR

Bangladesh

FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO WHITE STRIPE | | | 1 | 1 | 35.300 USD | 35.30 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | AST |
| ITEM: | 780046711476 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH

# COMMERCIAL INVOICE

Page 14 of 16

DATE: September 20, 2018

INVOICE NO.: 201821822002

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 448
UDYOG VIHAR, PHASE V
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT FOR 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 001C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE76247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO WHITE STRIPE | | 4' | 4 | 36.300 USD | 145.20 USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 780049711470 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE76247MI    FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 002C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE76247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| PAYMENT TERM | Open Acct |
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |
| LC# | NO LC |

## COMMERCIAL INVOICE

Page 15 of 15

DATE: September 10, 2018

INVOICE NO.: 201821622302

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 233 | 233 | ASSORTMENTS | 6,381.54  USD |

TOTAL US DOLLARS SIX THOUSAND THREE HUNDRED EIGHTY-ONE DOLLARS AND FIFTY-FOUR CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME  _____

EMPLOYEE TITLE  _____

*1061 8am. 23435 kmrt*

APL CO. PTE LTD

# APL                    BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER |
|---|---|---|
| NORP KNIT INDUSTRIES LTD, NORTH KHAILKUR, P.O. NATIONAL UNIVERSITY, GAZIPUR-1704, BANGLADESH. TEL:880-2-9292036-2037,9291936-1937. | 056447429 | PAGE 1 OF 2 APLU 056447429 |

EXPORT: FINAL DEST:CCD, MIRA LOMA, CA 91752

| CONSIGNEE (Name and Full Address) (Unless provided otherwise, a consignment "To Order" means To Order of Shipper) | FORWARDING AGENT (References. F.M.C. No.) |
|---|---|
| UNTO THE ORDER OF: STANDARD CHARTERED BANK, 67 GULSHAN AVENUE,DHAKA 1212, BANGLADESH. | AIR ALLIANCE LTD. BILQUIS TOWER,2ND FL,6,NORTH GULSHAN, C/A,CIR-2,DHAKA-1212,BD. |

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

| NOTIFY PARTY (Name and Full Address) | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION |
|---|---|
| KMART CORPORATION. 3333 BEVERLY ROAD, HOFFMAN ESTATES, ILLINOIS 60179,U.S.A. | KMART C/O UPS SUPPLY CHAIN SOLUTION 19701 HAMILTON AVENUE TORRANCE, CA 90502,PHONE:(310) 404-2792,FAX:(310)404-2962, ATTN:MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| THORSWIND    038 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO,CA (SPQ) | MIRA LOMA,CA-MWF |

Excess Valuation Please refer to Clause 7(II) on Reverse Side    PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NUMBERS/CONTAINER NOS | NO. OF PKGS | HM | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| K-MART 1N3ZQ ITEM NO : 780-04970334-1 780-04970334-1 780-04970335-8 780-04970335-8 780-04970336-6 780-04970336-6 780-04970874-6 780-04970874-6 780-04970879-5 780-04970879-5 780-04970885-2 780-04970885-2 780-04970908-2 780-04971126-0 780-04971126-0 780-04971129-4 780-04971129-4 780-04971130-2 | SC GB18/7107E 233 | | FREIGHT COLLECT CTN   AA}LV84000.00.00   SLAC CY/CY WOMEN'S 96%COTTON 4% SPANDEX KNITTED POLO SHIRT STYLE NO. WP9BE78247MI ORDER NO. 1N3ZQ REF NO. 801C QNTY- 1,758 PCS CAT NO.339 HTS#6110.2020.77 VENDOR#8873 , DIV NO.4 , DEPT# 027, INVOICE NO. 1061SERK23435 DATE: 01.09.2018 E-DOC INV NO.201821822302 DATE: 01.09.2018 EXP NO. 2486-40071-2018 DATE: 03.09.2018 EXPORT L/C # PGL-NORP/1061 DATE: 31.10.2017 RECEIVED FOR SHIPMENT : 10.09.2018 CONTAINER GATE-IN DATE : 12.09.2018 MOTHER VESSEL NAME : APL COLUMBUS V- 305 ***FREIGHT COLLECT*** CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT ** ** ORIGINAL BL ** | 348.900KG | 2.650M3 |

| B/L TO BE RELEASED AT  DHAKA,BA | OCEAN FREIGHT PAYABLE AT  MIRA LOMA, CA | | The storage and Carrier hereby acknowledges receipt of the stated |
|---|---|---|---|
| FREIGHT PAID AS INDICATED, WEIGHT & MEASURE HEREIN DECLARED BY SHIPPER TO BE CORRECT(?) | PREPAID U.S. $ | COLLECT U.S. $    Local Currency | container or packages or other shipping units, said to contain the Goods described above is apparent in good order and condition ... |
| | | | In of 3  originals of this Bill of lading is hereby stated by the Carrier. Upon surrender by the Carrier of one one original Bill of lading, properly endorsed, all others shall stand void. THE CARRIER APL CO. PTE LTD By APL (Bangladesh) Pvt. Ltd. Authorized Signature  AS AGENTS |

| WCA 038 | | | TOTAL PREPAID | | | | | | Date and Place Issued |
|---|---|---|---|---|---|---|---|---|---|
| | | | TOTAL COLLECT | | | | | | |
| Vessel | Voyage | Office | | | | | | | Y  APLU 056447429 |
| 01058547 | 00562026 | 00597609 | CHT | SPQ | MWF | | | | |

| POD | FDI MANIFER | SHIPPER | CONSIGNEE | LD PORT | DIS PORT | DEST | NOTIFY | CRG | B/L NUMBER |
|---|---|---|---|---|---|---|---|---|---|

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

# APL

## BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER | PAGE 2 OF 2 |
|---|---|---|---|
| NORP KNIT INDUSTRIES LTD. NORTH KHAILKUR, P.O. NATIONAL UNIVERSITY, GAZIPUR-1704, BANGLADESH. TEL:880-2-9292036-2037,9291936-1937. | 056447429 | APLU 056447429 | |

EXPORT REFERENCES FINAL DEST:CCD, MIRA LOMA, CA 91752

| CONSIGNEE (Name and Full Address) (Unless provided otherwise, a consignment "To Order" means To Order of Shipper) | FORWARDING AGENT (References, F.M.C. No.) |
|---|---|
| UNTO THE ORDER OF: STANDARD CHARTERED BANK, 67 GULSHAN AVENUE,DHAKA 1212, BANGLADESH. | AIR ALLIANCE LTD. BILQUIS TOWER,2ND FL,6,NORTH GULSHAN, C/A,CIR-2,DHAKA-1212,BD. |

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

| NOTIFY PARTY (Name and Full Address) | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING |
|---|---|
| KMART CORPORATION. 3333 BEVERLY ROAD, HOFFMAN ESTATES, ILLINOIS 60179,U.S.A. | FROM POINT OF DESTINATION KMART C/O UPS SUPPLY CHAIN SOLUTION 19701 HAMILTON AVENUE TORRANCE,CA 90502 PHONE:(310) 404-2792,FAX:(310)404-2962, ATTN:MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| EXPORT CARRIER (Vessel voyage, & flag) | PORT OF LOADING |
|---|---|
| THORSWIND 038 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO, CA (SEQ) | MIRA LOMA, CA-MWF |

## PARTICULARS FURNISHED BY SHIPPERS

| MARKS AND NUMBERS/CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| 780-04971130-2 780-04971143-5 780-04971143-5 780-04971146-8 780-04971146-8 780-04971147-6 780-04971147-6 MADE IN BANGLADESH CONTENTS: ***CTR NBR** TCNU322799-2 | ****SEAL NBR**** 0590243 | T/S HT MODE QUANT/TYPE D40 96 CY/ CY 233CTN ** SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT 348.90KG | MSMT 2.650M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD SEP. 15, 2018

The undersigned Carrier hereby acknowledges receipt of the stated container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and notify parties (including the Insurance) by virtue, if applicable, or otherwise having an interest in the Goods as set out that the receipt custody, damage and delivery of the Goods are subject to all the terms and conditions set forth and by acceptance by reference on the face and the reverse hereof, whether written, stamped or printed.

A set of _____ originals in the bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one original bill of lading, properly endorsed, all others shall stand void.
THE CARRIER

APL CO. PTE LTD

By. APL (Bangladesh) Pvt.Ltd.
Authorised Signatory AS AGENTS

Date and          SEP. 15 2018
Place Issued      CHITTAGONG,

| | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|
| BL NUMBER AND DATE | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |

3

| WCA 038 | | TOTAL PREPAID | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Office | TOTAL COLLECT | | | | | | | |
| | 01058547 | 00562026 | 00597609 | CHT | SPQ | MWF | | Y | APLU 056447429 |
| FORWARDER | SHIPPER | CONSIGNEE | LD PORT | DIS PORT | DENT | NOTIFY | CSC | B/L NUMBER |

WHEN USED AS MULTIMODAL BILL OF LADING

1060 ßmy- 23437

# COMMERCIAL INVOICE

Page 1 of 11

DATE: September 10, 2018

INVOICE NO.: 201821985076

8873
PEARL GLOBAL INDUSTRIES LTD,
POR., PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3ZM | S/S BUTTON BLACKET PCORE WHITE | 34 CARTONS | 34 AST | 25.040 USD AST | 855.36 USD |
| ITEM: | 430049819554 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE78247PL  FOBS 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZM | REFERENCE NO. | 501C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO, | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.    102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3ZM | S/S BUTTON BLACKET PCORE WHITE | 13 CARTONS | 13 AST | 30.000 USD AST | 507.75 USD |
| ITEM: | 430049819552 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE78247PL  FOBS 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZM | REFERENCE NO. | 501C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.    102781

# COMMERCIAL INVOICE

Page 2 of 11

DATE: September 10, 2018

INVOICE NO.: 201821868078

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 440
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY.
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PCORE WHITE | | 1 | 1 | 30.380 USD | 30.38 USD |
|-------|-------|-------------------------------|--|---|---|------------|-----------|
| | | | | CARTONS | AST | AST | |
| ITEM: | 430049619788 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78247PL    FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 801C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | DIVsion 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NCRP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PLEMONADE ANCHORS BE | | 29 | 29 | 26.040 USD | 755.16 USD |
|-------|-------|------------------------------------------|--|----|----|------------|-----------|
| | | | | CARTONS | AST | AST | |
| ITEM: | 430049620208 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78247PL    FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

# COMMERCIAL INVOICE

DATE: September 10, 2018

INVOICE NO.: 201521986075

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP98E78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 359 |

FACTORY NO.     102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PLEMONADE ANCHORS BE | | 1 | 1 | 39.000 USD | 39.06 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 430048020222 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP98E78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP98E78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 359 |

FACTORY NO.     102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PLEMONADE ANCHORS BE | | 1 | 1 | 30.380 USD | 30.38 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 430049024075 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP98E78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH

# COMMERCIAL INVOICE

Page 4 of 11

DATE: September 10, 2018

INVOICE NO.: 201821965975

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 00179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:    Mira Loma , CA

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 601C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9BE76247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 330 |

FACTORY NO.    102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PCORNFLOWER BLUE BUTT | | 29 | 29 | 20,049 USD | 705.16 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 430049624125 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE76247PL    FOBS 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 601C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9BE76247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 5 of 11

DATE: September 10, 2016

INVOICE NO.: 201621065975

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN3ZM | S/S BUTTON BLACKET PCORNFLOWER BLUE BUTT | 1 | 1 | 39.060 USD | 39.06 USD |
|-------|-------|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM:  430049624489
MADE IN  BANGLADESH
CONTENTS  1 ASSORTMENT

STYLE NAME: WP9BE76247PL  FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 601C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE76247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.  102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.  BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PCORNFLOWSR BLUE BUTT | 1 | 1 | 30.360 USD | 30.36 USD |
|-------|-------|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM:  430049626655
MADE IN  BANGLADESH
CONTENTS  1 ASSORTMENT

STYLE NAME: WP9BE76247PL  FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 601C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE76247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.  102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR

# COMMERCIAL INVOICE

Page 9 of 11

DATE: September 10, 2018

INVOICE NO.: 201821965975

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL. PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh      SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

Bangladesh
FTY MID NO.         BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PPEACH AMBER DOTS BE | 29 | 29 | 28.040 USD | 755.16 USD |
|-------|-------|------|------|------|------|------|
| | | | CARTONS | AST | AST | |

ITEM:          430049027901
MADE IN        BANGLADESH
CONTENTS       1 ASSORTMLNT

STYLE NAME: WP9BE78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | DMelon 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.         102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.         BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PPEACH AMBER DOTS BE | 1 | 1 | 39.060 USD | 39.06 USD |
|-------|-------|------|------|------|------|------|
| | | | CARTONS | AST | AST | |

ITEM:          430049026084
MADE IN        BANGLADESH
CONTENTS       1 ASSORTMENT

STYLE NAME: WP9BE78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | DMelon 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.         102701

# COMMERCIAL INVOICE

Page 7 of 11

DATE: September 10, 2018

INVOICE NO.: 201821966076

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh          SHIPPED TO:    Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PPEACH AMBER DOTS BE | 1 | 1 | 30.360 USD | 30.36 USD |
|-------|-------|------|------|-----|------|------|
| | | | CARTONS | AST | AST | |

ITEM:        430049020553
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP9BE78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CGD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PMARITIME BLUE STRIPE | 29 | 29 | 26.040 USD | 755.16 USD |
|-------|-------|------|------|-----|------|------|
| | | | CARTONS | AST | AST | |

ITEM:        430049630166
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP9BE78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

# COMMERCIAL INVOICE

Page 6 of 11

DATE: September 10, 2016

INVOICE NO.: 201621965675

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZM | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.    102761

NORP KNIT INDUSTRIES LTD (UNIT 1)

NORTH KHAILKUR,

P.O. NATIONAL UNIVERSITY,

GAZIPUR

Bangladesh

FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PMARITIME BLUE STRIPE | 1 | 1 | 39.060 USD | 39.06 USD |
|---|---|---|---|---|---|---|
| ITEM: | 430049660401 | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (8" W x 12" D)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZM | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.    102761

NORP KNIT INDUSTRIES LTD (UNIT 1)

NORTH KHAILKUR,

P.O. NATIONAL UNIVERSITY,

GAZIPUR

Bangladesh

FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PMARITIME BLUE STRIPE | 1 | 1 | 30.360 USD | 30.36 USD |
|---|---|---|---|---|---|---|
| ITEM: | 430049651060 | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH

# COMMERCIAL INVOICE

Page 9 of 11

DATE: September 10, 2018

INVOICE NO.: 2018210060/5

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 601C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRCLASS # | | CATEGORY | 339 |

FACTORY NO.        102751
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZM | 8/S BUTTON BLACKET PCABBAGE | 29 | 29 | 26.040 USD | 755.16 USD |
| | | | CARTONS | AST | AST | |

ITEM:        430040662837
MADE IN        BANGLADESH
CONTENTS        1 ASSORTMENT

STYLE NAME: WP9BE78247PL  FOB$ 4.34
DESCRIPTION: B/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 601C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRCLASS # | | CATEGORY | 339 |

FACTORY NO.        102751
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 10 of 11

DATE: September 10, 2018

INVOICE NO.: 2018211965975

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

| KMART | IN3ZM | S/S BUTTON BLACKET PCABBAGE | | 1 CARTONS | 1 AST | 39.060 USD AST | 39.06 USD |
|---|---|---|---|---|---|---|---|

ITEM: 430049862936

MADE IN: BANGLADESH

CONTENTS: 1 ASSORTMENT

STYLE NAME: WP9BE78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZM | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.   102781

NORP KNIT INDUSTRIES LTD (UNIT 1)

NORTH KHAILKUR,

P.O. NATIONAL UNIVERSITY,

GAZIPUR

Bangladesh

FTY MID NO.   BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PCABBAGE | | 1 CARTONS | 1 AST | 30.360 USD AST | 30.36 USD |
|---|---|---|---|---|---|---|---|

ITEM: 430049853033

MADE IN: BANGLADESH

CONTENTS: 1 ASSORTMENT

STYLE NAME: WP9BE78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZM | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.   102781

NORP KNIT INDUSTRIES LTD (UNIT 1)

NORTH KHAILKUR,

P.O. NATIONAL UNIVERSITY,

GAZIPUR

# COMMERCIAL INVOICE

Page 11 of 11

DATE: September 10, 2016

INVOICE NO.: 201621985075

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO:  Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

Bangladesh
PTY MID NO.          BDNORKNIGAZ

PAYMENT TERM       Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT
LC#                 NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 203 | 203 | ASSORTMENTS | 5,546.52 USD |

TOTAL US DOLLARS FIVE THOUSAND FIVE HUNDRED FORTY-SIX DOLLARS AND FIFTY-TWO CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME       _____

EMPLOYEE TITLE      _____

1060 Bank - 23437 Kent

APL CO. PTE LTD

# APL

## BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address)<br>NORP KNIT INDUSTRIES LTD<br>NORTH KHAILKUR, P.O.NATIONAL<br>UNIVERSITY, GAZIPUR-1704 BANGLADESH.<br>TEL:880-2-9292036-2037, 9291936-1937, | BOOKING NUMBER<br>056447430 | B/L NUMBER<br>APLU 056447430 | PAGE 1 OF 2 |
|---|---|---|---|

**FINAL DEST:CCD, MIRA LOMA, CA 91752**

CONSIGNEE (Name and Full Address)
(Unless provided otherwise, a consignment "To Order" means "to Order of Shipper")
UNTO THE ORDER OF:
THE HONGKONG AND SHANGHAI BANKING
CORPORATION LTD.
186 BIR UTTAM MIR
SHAWKAT ALI ROAD, DHAKA, BANGLADESH

FORWARDING AGENT (References, F.M.C. No.)
AIR ALLIANCE LTD.
BILQUIS TOWER, 2ND FL, 6, NORTH GULSHAN,
C/A, CIR-2, DHAKA-1212, BD.

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

NOTIFY PARTY (Name and Full Address)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179, U.S.A.

ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION
KMART C/O UPS SUPPLY CHAIN SOLUTION
19701 HAMILTON AVENUE
TORRANCE, CA 90502, PHONE: (310)
404-2792, FAX: (310)404-2962,
ATTN:MARY ELLEN WRATSCHKO.

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT<br>CHITTAGONG | |
|---|---|---|
| EXPORT CARRIER (Vessel, voyage, & flag)<br>THORSWIND   038 | PORT OF LOADING<br>CHITTAGONG, BA | |
| POINT OF DISCHARGE<br>SAN PEDRO, CA (SPQ) | PLACE OF DELIVERY<br>MIRA LOMA, CA-MWF | |

Excess Valuation: Please refer to Clause 7(II) on Reverse Side.          PARTICULARS FURNISHED BY SHIPPERS

| MARKS AND NUMBERS/CONTAINER NOS | NO. OF PKGS | KIND | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| K-MART<br>IN3ZM<br><br>ITEM NO :<br>430-04961955-4<br>430-04961956-2<br>430-04961978-6<br>430-04962020-5<br>430-04962022-2<br>430-04962407-5<br>430-04962412-7<br>430-04962448-9<br>430-04962695-5<br>430-04962798-1<br>430-04962808-4<br>430-04962955-3<br>430-04963018-9<br>430-04965040-1<br>430-04965106-0<br>430-04965283-7<br>430-04965293-6<br>430-04965303-3<br>MADE IN | SC GB18/<br>201 | 7107E<br>CTN | FREIGHT COLLECT<br>AA)LV84000.00.00  SLAC CY/CY<br>WOMEN'S 96%COTTON 4%SPANDEX<br>KNITTED TOP<br>STYLE NO. WP9BE78247PL<br>ORDER NO. IN3ZM<br>REF NO. 801C ONTY- 1,278 PCS<br>CAT NO.339 HTS#6110.2020.77<br>VENDOR#8873 , DIV NO.4 , DEPT# 027,<br><br>INVOICE NO. 1060SERK23437 DATE:<br>01.09.2018<br>E-DOC TRV NO.201821965975 DATE:<br>01.09.2018<br>EXP NO. 2859-47213-2018 DATE:<br>03.09.2018<br>EXPORT L/C # PGL-NORP/1060 DATE:<br>25.10.2017<br>RECEIVED FOR SHIPMENT : 10.09.2018<br>CONTAINER GATE-IN DATE : 12.09.2018<br>MOTHER VESSEL NAME : APL COLUMBUS<br>V-305<br>***FREIGHT COLLECT***<br>        CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT **<br>                                ** ORIGINAL BL ** | 379.610KG | 3.790M3 |

| B/L TO BE RELEASED AT<br>DHAKA, BA | | OCEAN FREIGHT PAYABLE AT<br>MIRA LOMA, CA | | | The undersigned Carrier hereby acknowledges receipt of the total number of packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise noted. The Shipper agrees, and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the particulars, cartage and delivery of the Goods are subject to all the terms and conditions set forth and by incorporated by reference on this side and the reverse hereof, whether written, stamped or printed |
|---|---|---|---|---|---|
| FREIGHT RATES, CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |

A set of **3** originals of this bill of lading has been issued by the Carrier. Upon surrender to the Carrier of any one negotiable Bill of lading, properly endorsed, all others shall stand void.
THE CARRIER
APL CO. PTE LTD

By: APL (Bangladesh) Pvt. Ltd.
Authorized Signature    AS AGENTS

| WCA | 038 | | TOTAL PREPAID | | | | | | Date and Place Issued |
|---|---|---|---|---|---|---|---|---|---|

| Vessel | Voyage | Office | TOTAL COLLECT | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01058547 | | | 00562026 | 00597609 | CHT | SPQ | MWF | Y | APLU 056447430 |

| POC | FORWARDER | SHIPPER | CONSIGNEE | LD POINT | SHIPMENT | DLST | NOTIFY | OSC | B/L NUMBER |
|---|---|---|---|---|---|---|---|---|---|

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING.

# APL

## BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address)<br>NORP KNIT INDUSTRIES LTD,<br>NORTH KHAILKUR, P.O.NATIONAL<br>UNIVERSITY,GAZIPUR-1704,BANGLADESH.<br>TEL:880-2-9292036-2037,9291936-1937. | BOOKING NUMBER<br>056447430 | B/L NUMBER PAGE  2  OF  2<br>APLU 056447430 |
|---|---|---|
| | EXPORT REFERENCES<br>FINAL DEST:CCD, MIRA LOMA, CA 91752 | |

| CONSIGNEE (Name and Full Address)<br>(Unless provided otherwise, a consignment "To Order" means To Order of Shipper)<br>UNTO THE ORDER OF:<br>THE HONGKONG AND SHANGHAI BANKING<br>CORPORATION LTD.<br>186 BIR UTTAM MIR<br>SHAWKAT ALI ROAD, DHAKA, BANGLADESH | FORWARDING AGENT (References, F.M.C. No.)<br>AIR ALLIANCE LTD.<br>BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,<br>C/A,CIR-2,DHAKA-1212,BD. |
|---|---|
| NOTIFY PARTY (Name and Full Address)<br>KMART CORPORATION.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,<br>ILLINOIS 60179,U.S.A. | POINT AND COUNTRY OF ORIGIN OF GOODS<br>GAZIPUR, BANGLADESH |
| | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/<br>EXPORT INSTRUCTION/PIER-TERMINAL/ONWARD ROUTING<br>FROM POINT OF DESTINATION<br>KMART C/O UPS SUPPLY CHAIN SOLUTION<br>19701 HAMILTON AVENUE<br>TORRANCE,CA 90502,PHONE:(310)<br>404-2792,FAX:(310)404-2962,<br>ATTN:MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT*<br>CHITTAGONG | |
|---|---|---|
| EXPORT CARRIER (Vessel, voyage, & flag)<br>THORSWIND     038 | PORT OF LOADING<br>CHITTAGONG, BA | |
| PORT OF DISCHARGE<br>SAN PEDRO,CA (SPQ) | PLACE OF DELIVERY*<br>MIRA LOMA,CA-MWF | |

Excess Valuation Please refer to Clause VIII on Reverse Side    **PARTICULARS FURNISHED BY SHIPPERS**

| MARKS & NUMBERS/CONTAINER NOS | NO. OF PKGS | KIND | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| BANGLADESH<br>CONTENTS:  PCS<br>***CTR NBR**<br>TCNU322799-2 | ****SEAL NBR****<br>0590243 | ** | T/S HT   MODE   QUANT/TYPE<br>D40 96   CY/ CY    203CTN<br>SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT<br>379.61KG | MSMT<br>3.790M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD  SEP. 15, 2018

| B/L TERMS/CLAUSE(S) | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|
| | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |

3  originals of the bill of lading is hereby issued
by the Carrier. Upon surrender to the Carrier of one (1) of negotiable bill of lading, properly endorsed, all others shall stand void
THE CARRIER
APL CO. PTE LTD
By: APL (Bangladesh) Pvt. Ltd.
Authorized Signature  AS AGENT(S)
Date and    SEP. 15, 2018
Place Issued   CHITTAGONG,

| WCA | 038 | | TOTAL PREPAID | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Office | TOTAL COLLECT | | | | | | |
| | 01058547 | 00562026 | 00597609 | CHT | SPQ | MWF | | Y | APLU 056447430 |

| FOC | FORWARDER | SHIPPER | CONSIGNEE | LD PORT | DIR PORT | DEST | NOTIFY | CSC | UA NUMBER |
|---|---|---|---|---|---|---|---|---|---|

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

# COMMERCIAL INVOICE

Page 1 of 8
DATE: September 10, 201A
INVOICE NO.: 201821860260

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 445
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Bangladesh

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART | IN41A | EMBROIDERED TANK CORE WHITE | 15 CARTONS | 15 AST | 32.480 USD AST | 487.20 USD |

ITEM:          780003647127
MADE IN       BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP9BE78874MI   FOB$ 4.04
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 15B7/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: HANGER CODE 4B4B $0.072/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN41A | REFERENCE NO. | 501C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78874MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 330, RNONE |

FACTORY NO.      102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNIGAZ

| KMART | IN41A | EMBROIDERED TANK CORE WHITE | 18 CARTONS | 18 AST | 32.480 USD AST | 584.84 USD |
|---|---|---|---|---|---|---|

ITEM:          780003647127
MADE IN       BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP9BE78874MI   FOB$ 4.04
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 15B7/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: HANGER CODE 4B4B $0.072/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN41A | REFERENCE NO. | 502C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78874MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 330, RNONE |

FACTORY NO.      102701

# COMMERCIAL INVOICE

DATE: September 10, 2018

INVOICE NO.: 2016218602S0

8873
PEARL GLOBAL INDUSTRIES LTD.
POIL, PLOT NO, 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN41A | EMBROIDERED TANK CORE WHITE | | 12 CARTONS | 12 AST | 37.120 USD AST | 445.44 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 780063647136 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP90E70874MI    FOB$ 4.64
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 16ST/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK:  HANGER CODE 484B $0.072/PC

| CONTRACT NO. | IN41A | REFERENCE NO. | 901C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | DMsion 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP90E70874MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RHONE |

FACTORY NO.      102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN41A | EMBROIDERED TANK CORE WHITE | | 4 CARTONS | 4 AST | 37.120 USD AST | 148.48 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 780063647136 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP90E70874MI    FOB$ 4.64
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 16ST/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: HANGER CODE 484B $0.072/PC

# COMMERCIAL INVOICE

DATE: September 10, 2018
INVOICE NO.: 201821560260

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN41A | REFERENCE NO. | 802C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE78974MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | |

FACTORY NO.           102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.           BDNORKNIGAZ

| KMART | IN41A | EMBROIDERED TANK CORE WHITE | | 8 | 8 | 41.780  USD | 334.06  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780003647141 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78974MI   FOB5 4.64
SLEEVELESS EMBROIDED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 155T/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK:  HANGER CODE 484B $0.072/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN41A | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE78974MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | |

FACTORY NO.           102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.           BDNORKNKIGAZ

| KMART | IN41A | EMBROIDERED TANK CORE WHITE | | 1 | 1 | 41.780  USD | 41.70  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780003647143 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78974MI   FOB5 4.64
SLEEVELESS EMBROIDED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH

# COMMERCIAL INVOICE

Page 4 of 9
DATE: September 10, 2016
INVOICE NO.: 201621800200

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Mira Loma , CA

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 16ST/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: HANGER CODE 484B $0.072/PC

| CONTRACT NO. | IN41A | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | G27 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP66E78874MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.        102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN41A | EMBROIDERED TANK CORE WHITE | | | 16 | 16 | 27.840 USD | 445.44 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |
| ITEM: | 780063847160 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |

STYLE NAME: WP66E78874MI    FOB$ 4.64
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HSMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 16ST/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: HANGER CODE 484B $0.072/PC

| CONTRACT NO. | IN41A | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | G27 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP66E78874MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.        102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 5 of 9

DATE: September 10, 2016

INVOICE NO.: 201621660260

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN41A | EMBROIDERED TANK CORE WHITE | | 12 | 12 | 27.840  USD | 334.08  USD |
|-------|-------|------------------------------|--|----|----|-------------|-------------|
| | | | | CARTONS | AST | AST | |

ITEM:        780063647150
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP9BE76874MI    FOBS 4.64
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 155Y/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK:  HANGER CODE 464B $0.072/PC

| CONTRACT NO. | IN41A | REFERENCE NO. | 802C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE76874MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.          102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN41A | EMBROIDERED TANK PEACH AMBER | | 15 | 15 | 32.480  USD | 487.20  USD |
|-------|-------|-------------------------------|--|----|----|-------------|-------------|
| | | | | CARTONS | AST | AST | |

ITEM:        780063601366
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP9BE76874MI    FOBS 4.64
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 155Y/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK:  HANGER CODE 464B $0.072/PC

| CONTRACT NO. | IN41A | REFERENCE NO. | 801C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE76874MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.          102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR

# COMMERCIAL INVOICE

Page 6 of 9
DATE: September 10, 2018
INVOICE NO.: 2018211860260

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN41A | EMBROIDERED TANK PEACH AMBER | | 17 CARTONS | 17 AST | 32.480 USD AST | 562.16 USD |
|---|---|---|---|---|---|---|---|

ITEM:        780053861360
MADE IN     BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP69E78874MI   FOB$ 4.54
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 1587/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: HANGER CODE 484B $0.072/PC

| CONTRACT NO. | IN41A | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP69E78874MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.        102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN41A | EMBROIDERED TANK PEACH AMBER | | 15 CARTONS | 15 AST | 27.840 USD AST | 417.60 USD |
|---|---|---|---|---|---|---|---|

ITEM:        780053861370
MADE IN     BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP69E78874MI   FOB$ 4.64
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 1587/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: HANGER CODE 484B $0.072/PC

| CONTRACT NO. | IN41A | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP69E78874MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.        102781

# COMMERCIAL INVOICE

Page 7 of 9

DATE: September 10, 2016

INVOICE NO.: 201621860260

8073
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNIGAZ

| KMART | IN41A | EMBROIDERED TANK PEACH AMBER | | | 11 | 11 | 27.840 USD | 306.24 USD |
|-------|-------|------------------------------|--|--|----|----|-----------|-----------|
| | | | | | CARTONS | AST | AST | |

ITEM:         780083051376
MADE IN       BANGLADESH
CONTENTS      1 ASSORTMENT

STYLE NAME: WP98E76674MI   FOB$ 4.64
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 16ST/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: HANGER CODE 484B $0.072/PC

| CONTRACT NO. | IN41A | REFERENCE NO. | 802C |
|--------------|-------|---------------|------|
| OC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8073 |
| VENDOR ITEM CODE | WP98E76674MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNIGAZ

| KMART | IN41A | EMBROIDERED TANK PEACH AMBER | | | 17 | 17 | 27.120 USD | 531.04 USD |
|-------|-------|------------------------------|--|--|----|----|-----------|-----------|
| | | | | | CARTONS | AST | AST | |

ITEM:         780083651384
MADE IN       BANGLADESH
CONTENTS      1 ASSORTMENT

STYLE NAME: WP98E76674MI   FOB$ 4.64
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 16ST/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: HANGER CODE 484B $0.072/PC

# COMMERCIAL INVOICE

Page 8 of 9
DATE: September 10, 2018
INVOICE NO.: 201821880260

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN41A | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE78874MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | |

FACTORY NO.    102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN41A | EMBROIDERED TANK PEACH AMBER | | 4 | 4 | 37.120 USD | 148.48 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | ASY | ASY |
| ITEM: | 780083851384 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78874MI   FOB$ 4.64
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 158T/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: HANGER CODE 484B $0.072/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN41A | REFERENCE NO. | 802C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE78874MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | |

FACTORY NO.    102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN41A | EMBROIDERED TANK PEACH AMBER | | 3 | 3 | 46.400 USD | 139.20 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780083851392 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78874MI   FOB$ 4.64
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH

# COMMERCIAL INVOICE

Page 0 of 0
DATE: September 10, 2016
INVOICE NO.: 201621560260

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 15ST/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK:  HANGER CODE 4840 $0.072/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN41A | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78874MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.     102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNIGAZ

PAYMENT TERM     Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER     OPEN ACCOUNT
LC#     NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 166 | 166 | ASSORTMENTS | 5,503.04  USD |

TOTAL US DOLLARS FIVE THOUSAND FIVE HUNDRED THREE DOLLARS AND FOUR CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME
EMPLOYEE TITLE

# APL

## BILL OF LADING

APL CO. PTE LTD

| | |
|---|---|
| SHIPPER (Principal or Seller licensee and full address)<br>NORP KNIT INDUSTRIES LTD,<br>NORTH KHAILKUR, P.O.NATIONAL<br>UNIVERSITY,GAZIPUR-1704 BANGLADESH.<br>TEL:880-2-9292036-2037,9291936-1937. | BOOKING NUMBER<br>056447427 | B/L NUMBER  PAGE  1  OF  2<br>APLU 056447427 |

EXPORT REF DEST:CCD, MIRA LOMA, CA 91752

| | |
|---|---|
| CONSIGNEE (Name and Full Address)<br>(Unless provided otherwise, a consignment "To Order" means To Order of Shipper)<br>UNTO THE ORDER OF:<br>STANDARD CHARTERED BANK,<br>67 GULSHAN AVENUE,DHAKA 1212,<br>BANGLADESH. | FORWARDING AGENT (Reference, F.M.C. No.)<br>AIR ALLIANCE LTD.<br>BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,<br>C/A,CIR-2,DHAKA-1212,BD. |
| | POINT AND COUNTRY OF ORIGIN OF GOODS<br>GAZIPUR, BANGLADESH |
| NOTIFY PARTY (Name and Full Address)<br>KMART CORPORATION,<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,<br>ILLINOIS 60179,U.S.A. | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/<br>EXPORT INSTRUCTIONS/PIER/TERMINAL/ONWARD ROUTING<br>FROM PORT OF DESTINATION<br>KMART C/O UPS SUPPLY CHAIN SOLUTION<br>19701 HAMILTON AVENUE<br>TORRANCE, CA 90502, PHONE:(310)<br>404-2792, FAX:(310)404-2962,<br>ATTN:MARY ELLEN WRATSCHKO. |
| INITIAL CARRIAGE BY (MODE)       PLACE OF RECEIPT<br>                                  CHITTAGONG | |
| EXPORT CARRIER (Vessel, Voyage, & flag)  PORT OF LOADING<br>THORSWIND     038      CHITTAGONG, BA | |
| PORT OF DISCHARGE                PLACE OF DELIVERY<br>SAN PEDRO,CA (SPQ)     MIRA LOMA,CA-MWF | |

Excess Valuation Please refer to Clause 7(iii) on Reverse Side   PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NOS(CONTAINER NOS) | NO OF PKGS | (KM) | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| K-MART<br>IN41A<br>ITEM NO :<br>780-06364712-7<br>780-06364712-7<br>780-06364713-5<br>780-06364713-5<br>780-06364714-3<br>780-06364714-3<br>780-06365115-0<br>780-06365115-0<br>780-06365136-8<br>780-06365136-8<br>780-06365137-6<br>780-06365137-6<br>780-06365138-4<br>780-06365138-4<br>780-06365139-2<br>780-06365139-2<br>MADE IN<br>BANGLADESH<br>CONTENTS:  PCS | SC GB18/<br>16 | 7107E<br>8 | FREIGHT COLLECT<br>CTN  AA)LV84000.00.00  SLAC CY/CY<br>WOMEN'S 100%COTTON KNITTED TOP<br>STYLE NO: WP9BE78874MI<br>ORDER NO. IN41A<br>REF NO. 801C QNTY- 1,186 PCS<br>CAT NO.339 HTS#6110.2020.77<br>VENDOR#8873 , DIV NO.4 , DEPT# 027,<br>INVOICE NO. 1061SERK23441 DATE:<br>01.09.2018<br>E-DOC INV NO.201821860260 DATE:<br>01.09.2018<br>EXP NO. 2486-39835-2018 DATE:<br>03.09.2018<br>EXPORT L/C # PGL-NORP/1061 DATE:<br>31.10.2017<br>RECEIVED FOR SHIPMENT : 10.09.2018<br>CONTAINER GATE-IN DATE : 12.09.2018<br>MOTHER VESSEL NAME : APL COLUMBUS<br>V- 305<br>***FREIGHT COLLECT***<br>CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT **<br>                                ** ORIGINAL BL ** | 273.840KG | 3.490M3 |

| | | | | |
|---|---|---|---|---|
| I/A TO BE RELEASED AT  DHAKA, BA | OCEAN FREIGHT PAYABLE AT  MIRA LOMA, CA | | | The undersigned Carrier hereby acknowledges receipt of the stated number of packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is admitted to the terms conditions, coverage and delivery of the Goods are subject to all the terms and conditions set forth and as incorporated or referred to on the front and the reverse hereof, whether written stamped or printed. |
| FREIGHT RATES CHARGES & WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |
| | | | | A set of   originals of the bill of lading is hereby issued by the Carrier. If one warrants for the Carrier has been signalled all of lading, properly endorsed, all others must stand void<br>THE CARRIER<br>APL CO. PTE LTD |
| | | | | or, APL (Bangladesh) Pvt. Ltd.<br>Authorized Signature  AS AGENTS |

| WCA | 038 | | TOTAL PREPAID | | Date and<br>Place issued |
|---|---|---|---|---|---|
| | | | TOTAL COLLECT | | |
| 01058547 | 00562026 | 00597609 | CHT | SPQ | MWF | Y | APLU 056447427 |

| PKG | FORWARDER | SHIPPER | CONSIGNEE | SO PORT | DIS PORT | DEST | NOTIFY | COS | BL NUMBER |
|---|---|---|---|---|---|---|---|---|---|

APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

41/A

# APL

**BILL OF LADING**

| | |
|---|---|
| **SHIPPER** (Principal or Seller Revenue and full address) | **BOOKING NUMBER** 056447427 |
| NORP KNIT INDUSTRIES LTD NORTH KHAILKUR, P.O. NATIONAL UNIVERSITY, GAZIPUR-1704, BANGLADESH. TEL:880-2-9292036-2037,9291936-1937. | **BL NUMBER** APLU 056447427 **PAGE** 2 **OF** 2 |

**EXPORT FINAL DEST:CCD, MIRA LOMA, CA 91752**

| CONSIGNEE (Name and Full Address) (Unless provided otherwise, a consignment "To Order" means To Order of Shipper) | FORWARDING AGENT (References, F.M.C. No.) |
|---|---|
| UNTO THE ORDER OF: STANDARD CHARTERED BANK, 67 GULSHAN AVENUE, DHAKA 1212, BANGLADESH. | AIR ALLIANCE LTD. BILQUIS TOWER, 2ND FL, 6, NORTH GULSHAN C/A, CIR-2, DHAKA-1212, BD. |

**POINT AND COUNTRY OF ORIGIN OF GOODS**
GAZIPUR, BANGLADESH

| NOTIFY PARTY (Name and Full Address) | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING |
|---|---|
| KMART CORPORATION, 3333 BEVERLY ROAD, HOFFMAN ESTATES, ILLINOIS 60179,U.S.A. | FROM POINT OF DESTINATION KMART C/O UPS SUPPLY CHAIN SOLUTION 19701 HAMILTON AVENUE TORRANCE, CA 90502, PHONE:(310) 404-2792, FAX:(310)404-2962, ATTN:MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT CHITTAGONG |
|---|---|
| EXPORT CARRIER (Vessel, voyage, & flag) THORSWIND    038 | PORT OF LOADING CHITTAGONG, BA |
| PORT OF DISCHARGE SAN PEDRO,CA (SPQ) | PLACE OF DELIVERY MIRA LOMA,CA-MWF |

Excess Valuation Please refer to Clause 7(h) on Reverse Side    **PARTICULARS FURNISHED BY SHIPPERS**

| MARKS & NOS/CONTAINER/NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT WEIGHT | MEASUREMENT MSMT |
|---|---|---|---|---|
| ***CTR NBR** TCNU322799-2 | ****SEAL 0590243 ** | NBR**** T/S WT   MODE   QUANT/TYPE D40.96  CY/ CY    168CTN ** SHIPPER'S LOAD, STOW AND COUNT ** | 273.84KG | 3.490M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD   SEP. 15, 2018

The undersigned Carrier hereby acknowledges receipt of the carrier container or packages or other property units said to contain the Goods described above is apparent external good order and condition unless otherwise stated. The Shipper agrees, and the Consignee and every person purchasing this merchandise by virtue, is regarded on all of also having an interest in the Goods as defined that the carrier expressly, certainly and delivery of the Goods are subject to all the terms and conditions set forth and is incorporated by reference on this rear and the current hereof whether written or printed or typed.

| | OCEAN FREIGHT PAYABLE AT PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |
|---|---|---|---|

In witness the bill of lading of number stated by the Carrier has been entered by Carrier of any time otherwise bills of lading, prepaid unstamp, all others stand unstamped.

**THE CARRIER**
APL CO. PTE LTD

By. APL (Bangladesh) Pvt. Ltd.
Authorized Signature

SEP. 15, 2018
Date and
Place Issued   CHITTAGONG,

| WCA | 038 | | TOTAL PREPAID | | | | | |
|---|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Carrier | TOTAL COLLECT | | | | | |
| 01058547 | 00562026 | 00597609 | CHT | SPQ | MWF | | Y | APLU 056447427 |
| FGC | FORWARDER | SHIPPER | CONSIGNEE | LD POINT | DIS POINT | DEST | NOTIFY | CBC | BL NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

# COMMERCIAL INVOICE

Page 1 of 4
DATE: September 10, 2018
INVOICE NO.: 2018219933710

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN40D | SLEEVELESS EMBROIDERPEACH AMBER | 30 CARTONS | 30 AST | 32.040 USD AST | 961.20 USD |
| ITEM: | 430063723092 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE78874PL   FOB$ 5.34
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH, STITCH COUNT HORZ 16/VERT 16 ST/CM
FABRIC CONTENT: 100% COTTON, BLUE JERSEY
HANGING PACK: CODE - 4798 PRICE - $0.083/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN40D | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78874PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.        102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| MARKS | | DESCRIPTION | QUANTITY | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| KMART | IN40D | SLEEVELESS EMBROIDERPEACH AMBER | 24 CARTONS | 24 AST | 37.380 USD AST | 897.12 USD |
| ITEM: | 430063723100 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE78874PL   FOB$ 5.34
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - NORZ/VERT 16ST/CM
FABRIC CONTENT: 100% COTTON, BLUE JERSEY
HANGING PACK: CODE - 4798 PRICE - $0.083/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN40D | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78874PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.        102701

# COMMERCIAL INVOICE

Page 2 of 4
DATE: September 10, 2016
INVOICE NO.: 201621933710

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UOYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUN,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN40D | SLEEVELESS EMBROIDERPEACH AMBER | | 5 | 5 | 32.040 USD | 160.20 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 430083723128 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78674PL   FOB$ 5.34
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH, STITCH COUNT HORZ/VERT 13ST/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: CODE - 4798 PRICE - $0.083/PC

| CONTRACT NO. | IN40D | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE78674PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.        102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN40D | SLEEVELESS EMBROIDERCORE WHITE | | 30 | 30 | 37.380 USD | 1,121.40 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 430083723167 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78674PL   FOB$ 5.34
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: CODE - 4798 PRICE - $0.083/PC

# COMMERCIAL INVOICE

Page 3 of 4
DATE: September 10, 2015
INVOICE NO.: 201521933710

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | IN40D | REFERENCE NO. | 601C | | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | | |
| VENDOR ITEM CODE | WP9SE78874PL | COUNTRY OF ORIGIN | BANGLADESH | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN40D | SLEEVELESS EMBROIDERCORE WHITE | | 46 CARTONS | 46 AST | 32.040 USD AST | 1,473.84 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 430083723175 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9SE78874PL   FOBS 6.34
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VET 16STCM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: CODE - 4799 PRICE - $0.083/PC

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | IN40D | REFERENCE NO. | 601C | | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | | |
| VENDOR ITEM CODE | WP9SE78874PL | COUNTRY OF ORIGIN | BANGLADESH | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RHONE | | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN40D | SLEEVELESS EMBROIDERCORE WHITE | | 15 CARTONS | 15 AST | 32.040 USD AST | 480.60 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 430083723153 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9SE78874PL   FOBS 6.34
SLEEVELESS EMBROIDERED TANK WITH KEYHOLE ONE BTTN CLSRE
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH

# COMMERCIAL INVOICE

Page 4 of 4
DATE: September 10, 2018
INVOICE NO.: 201821033710

5673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH - HORZ/VERT 166T/CM
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: CODE - 4790 PRICE - $0.083/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN40D | REFERENCE NO. | 601C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5673 | |
| VENDOR ITEM CODE | WP66E78074PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | |

FACTORY NO.    102761

NORP KNIT INDUSTRIES LTD (UNIT 1)

NORTH KHAILKUR,

P.O. NATIONAL UNIVERSITY,

GAZIPUR

Bangladesh

PTY MID NO.    BDNORKNIGAZ

PAYMENT TERM    Open Acct

ORDER PAYMENT TERMS

DRAWN UNDER    OPEN ACCOUNT

LC#    NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 150 | 150 | ASSORTMENTS | 5,094.36  USD |

TOTAL US DOLLARS FIVE THOUSAND NINETY-FOUR DOLLARS AND THIRTY-SIX CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

APL CO. PTE LTD

# APL

## BILL OF LADING

| SHIPPER (Principal or Seller license and full address) | BOOKING NUMBER | B/L NUMBER | PAGE 1 OF 2 |
|---|---|---|---|
| NORP KNIT INDUSTRIES LTD, NORTH KHAILKUR, P.O. NATIONAL UNIVERSITY, GAZIPUR-1704, BANGLADESH. TEL:880-2-9292036-2037,9291936-1937. | 056447426 | | APLU 056447426 |

EXPORT FINAL DEST:CCD, MIRA LOMA, CA 91752

**CONSIGNEE** (Name and Full Address)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper)
UNTO THE ORDER OF:
STANDARD CHARTERED BANK,
67 GULSHAN AVENUE, DHAKA 1212,
BANGLADESH.

FORWARDING AGENT (References, F.M.C. No.)
AIR ALLIANCE LTD.
BILOUIS TOWER, 2ND FL, 6, NORTH GULSHAN,
C/A, CIR-2, DHAKA-1212, BD.

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

**NOTIFY PARTY** (Name and Full Address)
KMART CORPORATION.
3333 BEVERLY ROAD,
HOFFMAN ESTATES
ILLINOIS 60179, U.S.A.

ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION
KMART C/O UPS SUPPLY CHAIN SOLUTION
19701 HAMILTON AVENUE
TORRANCE, CA 90502, PHONE: (310)
404-2792, FAX: (310)404-2962,
ATTN:MARY ELLEN WRATSCHKO.

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT* |
|---|---|
| | CHITTAGONG |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| THORSWIND    038 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY* |
|---|---|
| SAN PEDRO, CA (SPQ) | MIRA LOMA, CA-MWF |

Excess Valuation Please refer to Clause 7(II) on Reverse Side    **PARTICULARS FURNISHED BY SHIPPERS**

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | SHL | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| K-MART IN40D ITEM NO.: 430-06372309-2 430-06372310-0 430-06372312-6 430-06372316-7 430-06372317-5 430-06372318-3 MADE IN BANGLADESH CONTENTS:  PCS | SC GB18/7107B 150 | CTN | FREIGHT COLLECT AA)LV84000.00.00  SLAC CY/CY WOMEN'S 100%COTTON KNITTED TOP STYLE NO. WP9BE78874PL ORDER NO.  IN40D REF NO.  801C QNTY- 954 PCS CAT NO.339 HTS#6110.2020.77 VENDOR#8873 , DIV NO.4 , DEPT# 027, INVOICE NO. 1061SERK23443 DATE: 01.09.2018 E-DOC  INV NO.201821933710 DATE: 01.09.2018 EXP NO.  2486-39834-2018 DATE: 03.09.2018 EXPORT L/C # PGL-NORP/1061 DATE: 31.10.2017 RECEIVED FOR SHIPMENT : 10.09.2018 CONTAINER GATE-IN DATE : 12.09.2018 MOTHER VESSEL NAME : APL COLUMBUS V- 305 ***FREIGHT COLLECT*** | 229.140KG | 3.360M3 |

CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT **
** ORIGINAL BL **

| B/L TO BE RELEASED AT DHAKA, BA | OCEAN FREIGHT PAYABLE AT MIRA LOMA, CA | | |
|---|---|---|---|
| PRIORITY RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (STATED BY SHIPPERS) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |
| | | | |

The undersigned Carrier hereby acknowledges receipt of the sealed container or packages or other containers said to contain the Goods described above...

APL CO. PTE LTD

By APL (Bangladesh) Pvt. Ltd.
Authorized Signature   AS AGENTS

Date and
Place Issued

| WCA 038 | | | TOTAL PREPAID | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | TOTAL COLLECT | | | | | | |
| Vessel | Voyage | Office | 01058547 | 00562026 | 00597609 | CHT | SPQ | MWF | Y | APLU 056447426 |
| FCC | FORWARDER | SHIPPER | CONSIGNEE | | | | | | OR NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

# APL                                    BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | | |
|---|---|---|
| NORP KNIT INDUSTRIES LTD. NORTH KHAILKUR, P.O.NATIONAL UNIVERSITY,GAZIPUR-1704,BANGLADESH. TEL:880-2-9292036-2037,9291936-1937. | BOOKING NUMBER 056447426 | B/L NUMBER PAGE 2 OF 2 APLU 056447426 |
| | EXPORT FINAL DEST:CCD, MIRA LOMA, CA 91752 | |

| CONSIGNEE (Name and Full Address) (Unless provided otherwise, a consignment "To Order" means To Order of Shipper) | FORWARDING AGENT (References, F.M.C. No.) |
|---|---|
| UNTO THE ORDER OF: STANDARD CHARTERED BANK, 67 GULSHAN AVENUE,DHAKA 1212, BANGLADESH. | AIR ALLIANCE LTD. BILQUIS TOWER,2ND FL,6,NORTH GULSHAN, C/A,CIR-2,DHAKA-1212,BD. |
| | POINT AND COUNTRY OF ORIGIN OF GOODS GAZIPUR, BANGLADESH |

| NOTIFY PARTY (Name and Full Address) | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/ |
|---|---|
| KMART CORPORATION, 3333 BEVERLY ROAD, HOFFMAN ESTATES, ILLINOIS 60179,U.S.A. | EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION KMART C/O UPS SUPPLY CHAIN SOLUTION 19701 HAMILTON AVENUE TORRANCE,CA 90502,PHONE:(310) 404-2792,FAX:(310)404-2962. ATTN:MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE CY (MODE) | PLACE OF RECEIPT* CHITTAGONG |
|---|---|
| EXPORT CARRIER (Vessel, voyage, & flag) THORSWIND        038 | PORT OF LOADING CHITTAGONG, BA |
| PORT OF DISCHARGE SAN PEDRO, CA (SPQ) | PLACE OF DELIVERY* MIRA LOMA,CA-MWF |

Excess Valuation Please refer to Clause 7(l) on Reverse Side       PARTICULARS FURNISHED BY SHIPPERS

| *MARK & NUMBERS/CONTAINER NO. | NO. OF PKGS | | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| ***CTR NBR** TCNU322799-2 | ***SEAL NBR**** 0590243 ** | T/S HT MODE QUANT/TYPE D40 96 CY/ CY 150CTN SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT 229.14KG | MSMT 3.360M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD  SEP. 15, 2018

| U/L TO BE RELEASED AT | | OCEAN FREIGHT PAYABLE AT | | | The undersigned Carrier hereby acknowledges receipt of the stated container or packages or other shipping units said to contain the Goods described above hereby acknowledges the undersigned... |
|---|---|---|---|---|---|
| DOCUMENT WHICH DISCLOSE VARIOUS APPLIED MEASUREMENTS GIVEN DIRECTLY TO CONSIGNEES | | PREPAID U.S.$ | COLLECT U.S.$ | Local Currency | ...APL CO. PTE LTD |
| | | | | | By: APL (Bangladesh) Pvt.Ltd. Authorized Signature |
| | | | | | Date and SEP. 15, 2018 Place issued CHITTAGONG, |

| WCA | 038 | | TOTAL PREPAID | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Offline | TOTAL COLLECT | | | | | | |
| | 01058547 | | 00562026 | 00597509 | CHT | SPQ | MWF | Y | APLU 056447426 |
| FDC | FORWARDER | SHIPPER | CONSIGNEE | 1st PKG | 1st PLACE | DEST | NOTIFY | CNC | B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

*16 61 8me 22424*

# COMMERCIAL INVOICE

Page 1 of 20
DATE: September 10, 2016
INVOICE NO.: 2016218224A2

0073
PEARL GLOBAL INDUSTRIES LTD.
PGIL PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:        KMART CORPORATION
           3333 Beverly Road
           Hoffman Estates, IL 60179
           US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART    IN32P | S/S 4 BTN POLO CORE WHITE | 23 CARTONS | 23 AST | 29.040 USD AST | 667.92 USD |
| ITEM: 7800496788440 | | | | | |
| MADE IN BANGLADESH | | | | | |
| CONTENTS 1 ASSORTMENT | STYLE NAME: WP90E78247MI    FOB$ 3.63 DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER BOTTOM TREATMENT- TURNBACK HEMMED. GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH CUTTING & ASSEMBLY IN : BANGLADESH FABRICATION: BANGLADESH FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | IN32P | REFERENCE NO. | 801P | | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | | |
| VENDOR ITEM CODE | WP90E78247MI | COUNTRY OF ORIGIN | BANGLADESH | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | | |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART    IN32P | S/S 4 BTN POLO CORE WHITE | 25 CARTONS | 25 AST | 29.040 USD AST | 726.00 USD |
| ITEM: 7800496788440 | | | | | |
| MADE IN BANGLADESH | | | | | |
| CONTENTS 1 ASSORTMENT | STYLE NAME: WP90E78247MI    FOB$ 3.63 DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER BOTTOM TREATMENT- TURNBACK HEMMED. GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH CUTTING & ASSEMBLY IN : BANGLADESH FABRICATION: BANGLADESH FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | IN32P | REFERENCE NO. | 802P | | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | | |
| VENDOR ITEM CODE | WP90E78247MI | COUNTRY OF ORIGIN | BANGLADESH | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | | |

FACTORY NO.        102761

# COMMERCIAL INVOICE

Page 2 of 29
DATE: September 10, 2018
INVOICE NO.: 201621832142

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO CORE WHITE | | 17 | 17 | 21.780  USD | 370.26  USD |
|-------|-------|---------------------------|---|----|----|-------------|-------------|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780049678857 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP0GE76247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 601P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP0GE76247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO,        BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO CORE WHITE | | 20 | 20 | 21.780  USD | 435.60  USD |
|-------|-------|---------------------------|---|----|----|-------------|-------------|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780049678857 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP0GE76247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

# COMMERCIAL INVOICE

Page 3 of 29
DATE: September 10, 2018
INVOICE NO.: 201821822142

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO, 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZP | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | |
| VENDOR ITEM CODE | WP98E78247MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO CORE WHITE | 3 | 3 | 32.670 USD | 84.01 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |
| ITEM: | 780049678499 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP98E78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 18 AND HORIZONTAL 17

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZP | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | |
| VENDOR ITEM CODE | WP98E78247MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO CORE WHITE | 15 | 15 | 32.670 USD | 490.05 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |
| ITEM: | 780049678499 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP98E78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH

# COMMERCIAL INVOICE

Page 4 of 29

DATE: September 10, 2018

INVOICE NO.: 201821622142

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN32P | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP90E78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN32P | S/S 4 BTN POLO-CORE WHITE | | | 6 | 6 | 36.300 USD | 451.50 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | | AST |
| ITEM: | 78004967601S | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |

STYLE NAME: WP90E78247MI    FOB: 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN32P | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP90E78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ



## COMMERCIAL INVOICE

Page 5 of 20
DATE: September 13, 2018
INVOICE NO.: 201821822142

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh    SHIPPED TO:  Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN3ZP | S/S 4 BTN POLO ODRE WHITE | | 12 | 12 | 36.300 USD | 435.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780049078015 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BC78247MI   FOB$ 3.83
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ZP | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.     102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FYY MID NO.     BONO/RKNGAZ

| KMART | IN3ZP | S/S 4 BTN POLO MARITIME BLUE | | 13 | 13 | 21.780 USD | 283.14 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780049078998 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78247MI   FOB$ 3.83
DESCRIPTION:S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ZP | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.     102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR



## COMMERCIAL INVOICE

Page 6 of 20

DATE: September 10, 2018

INVOICE NO.: 201921822142

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

Bangladesh

FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO MARITIME BLUE | | 14 CARTONS | 14 AST | 21,760 USD AST | 304.92 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 780049672695 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP99E78247MI    FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP99E78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR,
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO MARITIME BLUE | | 3 CARTONS | 3 AST | 32,670 USD AST | 95.01 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 780049660192 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP99E78247MI    FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP99E78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761



COMMERCIAL INVOICE

Page 7 of 29
DATE: September 10, 2018
INVOICE NO.: 201621632142

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
      3333 Beverly Road
      Hoffman Estates, IL 60179
      US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Bangladesh

NORP KNIT INDUSTRES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO MARITIME BLUE | 12 CARTONS | 12 AST | 32.670 USD AST | 392.04 USD |
| --- | --- | --- | --- | --- | --- | --- |
| ITEM: | 780049680192 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE78247MI   FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | | |
| --- | --- | --- | --- | --- |
| CONTRACT NO. | IN3ZP | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.      102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh   ..
FTY MID NO.      BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO MARITIME BLUE | 22 CARTONS | 22 AST | 29.040 USD AST | 638.88 USD |
| --- | --- | --- | --- | --- | --- | --- |
| ITEM: | 780049680200 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE78247MI   FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

# COMMERCIAL INVOICE

Page 8 of 29

DATE: September 10, 2018

INVOICE NO.: 201821522142

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP90E78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.      102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO MARITIME BLUE | | 20 | 20 | 29.040 USD | 580.80 USD |
| ITEM: | 780049660200 | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP90E78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL, 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP90E78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.      102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO MARITIME BLUE | | 4 | 4 | 36.300 USD | 145.20 USD |
| ITEM: | 780049660226 | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP90E78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH

# COMMERCIAL INVOICE

Page 9 of 20

DATE: September 10, 2018

INVOICE NO.: 201821822142

6573
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL, 19 AND HORIZONTAL 17

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZP | REFERENCE NO. | 601P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6573 | |
| VENDOR ITEM CODE | WP96E78247MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO MARITIME BLUE | | | 11 CARTONS | 11 AST | 36.300 USD AST | 399.30 USD |
|---|---|---|---|---|---|---|---|---|
| ITEM: | 780049660226 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |

STYLE NAME: WP96E78247MI    FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL, 19 AND HORIZONTAL 17

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZP | REFERENCE NO. | 602P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6573 | |
| VENDOR ITEM CODE | WP96E78247MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 10-0129
DATE: September 10, 2018
INVOICE NO.: 2018218221142

8873
PEARL GLOBAL INDUSTRIES LTD.
PGK, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
      3333 Beverly Road
      Hoffman Estates, IL 60179
      US

SHIPPED FROM: Chittagong, Bangladesh   SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN32P | S/S 4 BTN POLO LEMONADE ANCHORS | | 3 | 3 | 29,040 USD | 87.12 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780049681025 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP96E76247MI    FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT  POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN32P | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCO | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP96E76247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORGGRGAZ

| KMART | IN32P | S/S 4 BTN POLO LEMONADE ANCHORS | | 4 | 4 | 29,040 USD | 116.16 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780049681026 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP96E76247MI    FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT  POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN32P | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCO | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP96E76247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR

## COMMERCIAL INVOICE

DATE: September 10, 2018

INVOICE NO.: 201824522142

8573
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO LEMONADE ANCHORS | | 14 | 14 | 25.410 USD | 355.74 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM: 780049082255
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT

STYLE NAME: WP9BE78247MI  FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACY NO. | IN3ZP | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR.
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO LEMONADE ANCHORS | | 14 | 14 | 25.410 USD | 355.74 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM: 780049082265
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT

STYLE NAME: WP9BE78247MI  FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACY NO. | IN3ZP | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761

# COMMERCIAL INVOICE

DATE: September 10, 2016

INVOICE NO.: 201621822142

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHALKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY BID NO.        BDNORBGNIGAZ

| KMART | IN32P | S/S 4 BTN POLO LEMONADE ANCHORS | | 13 | 13 | 29.040 USD | 377.52 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780049093048 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN32P | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHALKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY BID NO.        BDNORKNIGAZ

| KMART | IN32P | S/S 4 BTN POLO LEMONADE ANCHORS | | 14 | 14 | 29.040 USD | 406.56 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780049093048 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

# COMMERCIAL INVOICE

DATE: September 10, 2015

INVOICE NO.: 201621622142

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Bangladesh

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | IN32P | REFERENCE NO. | 802P | | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | | |
| VENDOR ITEM CODE | WP96E78247MI | COUNTRY OF ORIGIN | BANGLADESH | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | | |

FACTORY NO.    102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY M'D NO.    BDNORKNIGAZ

| KMART | IN32P | S/S 4 BTN POLO LEMONADE ANCHORS | | 4 CARTONS | 4 AST | 32.670 USD AST | 130.68 USD AST |
|---|---|---|---|---|---|---|---|
| ITEM: | 780049083063 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP96E78247MI  FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | IN32P | REFERENCE NO. | 801P | | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | | |
| VENDOR ITEM CODE | WP96E78247MI | COUNTRY OF ORIGIN | BANGLADESH | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | | |

FACTORY NO.    102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY M'D NO.    BDNORKNIGAZ

| KMART | IN32P | S/S 4 BTN POLO LEMONADE ANCHORS | | 10 CARTONS | 10 AST | 32.670 USD AST | 326.70 USD AST |
|---|---|---|---|---|---|---|---|
| ITEM: | 780049083063 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP96E78247MI  FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH

# COMMERCIAL INVOICE

Page 14 of 29

DATE: September 10, 2018

INVOICE NO.: 201821822142

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh       SHIPPED TO:  Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN32P | REFERENCE NO. | 802P | |
| DC CODE | PCO | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP98E78247MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN32P | S/S 4 BTN POLO CORNFLWR BUTTERFLY | | 3 | 3 | 29.040 USD | 87.12 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780049686452 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP98E78247MI   FOB3 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN32P | REFERENCE NO. | 801P | |
| DC CODE | PCO | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP98E78247MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ



# COMMERCIAL INVOICE

Page 16 of 29
DATE: September 10, 2018
INVOICE NO.: 201621522142

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

| KMART | IN3ZP | S/S 4 BTN POLO CORNFLWR BUTTERFLY | | 4 CARTONS | 4 AST | 29.040 USD AST | 116.16 USD |

ITEM: 780049686462
MADE IN: BANGLADESH
CONTENTS: 1 ASSORTMENT

STYLE NAME: WP9BE78247MI  FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 802P |
| DC CODE | PCO | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY BID NO.    BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO CORNFLWR BUTTERFLY | | 14 CARTONS | 14 AST | 25.410 USD AST | 355.74 USD |

ITEM: 780049686504
MADE IN: BANGLADESH
CONTENTS: 1 ASSORTMENT

STYLE NAME: WP9BE78247MI  FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 801P |
| DC CODE | PCO | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR

# COMMERCIAL INVOICE

Page 16 of 29

DATE: September 10, 2018

INVOICE NO.: 201021822142

**8873**
PEARL GLOBAL INDUSTRIES LTD.
PCH. PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

Bangladesh
FTY MID NO.    BDNORKKNIGAZ

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN3ZP | S/S 4 BTN POLO CORNFLWR BUTTERFLY | 14 CARTONS | 14 AST | 25,410 USD AST | 355.74 USD |
|---|---|---|---|---|---|---|

ITEM:    750040855504
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP90E78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURN/BACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP90E78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS 6 | | CATEGORY | 330 |

FACTORY NO.    102761
HORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO CORNFLWR BUTTERFLY | 13 CARTONS | 13 AST | 29,040 USD AST | 377.52 USD |
|---|---|---|---|---|---|---|

ITEM:    750040885512
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP90E78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURN/BACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP90E78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS 6 | | CATEGORY | 330 |

FACTORY NO.    102761

# COMMERCIAL INVOICE

Page 17 of 29
DATE: September 10, 2016
INVOICE NO.: 201021622142

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

| KMART | IN32P | S/S 4 BTN POLO CORNFLWR BUTTERFLY | 14 | 14 | 29.040 USD | 406.56 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | AST |
| ITEM: | 780049686512 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE76247MI  FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT  POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN32P | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE76247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 338 |

FACTORY NO.       102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

| KMART | IN32P | S/S 4 BTN POLO CORNFLWR BUTTERFLY | 4 | 4 | 32.670 USD | 130.68 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | AST |
| ITEM: | 780049686553 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE76247MI  FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

## COMMERCIAL INVOICE

Page 18 of 29

DATE: September 10, 2016

INVOICE NO.: 201621022142

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP96E78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761

NORP KNIT INDUSTRIES LTD (UNIT 1)

NORTH KHAILKUR,

P.O. NATIONAL UNIVERSITY,

GAZIPUR

Bangladesh

FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO CORNFLWR BUTTERFLY | | 10 CARTONS | 10 AST | 32.570 USD AST | 325.70 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 780049686553 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP96E78247MI   FOB$ 3.53
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP96E78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761

NORP KNIT INDUSTRIES LTD (UNIT 1)

NORTH KHAILKUR,

P.O. NATIONAL UNIVERSITY,

GAZIPUR

Bangladesh

FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO CABBAGE | | 9 CARTONS | 9 AST | 25.410 USD AST | 228.69 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 780049686435 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP96E78247MI   FOB$ 3.53
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH

# COMMERCIAL INVOICE

Page 19 of 29

DATE: September 10, 2018

INVOICE NO.: 201821822142

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh

MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 501P |
| DC CODE | PCO | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP99E78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNKGAZ

| KMART | IN3ZP | S/S 4 BTN POLO CABBAGE | | 6 | 8 | 25.419 USD | 203.25 USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 780049686435 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP99E78247MI  FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
6 BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 502P |
| DC CODE | PCO | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP99E78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNKGAZ



# COMMERCIAL INVOICE

DATE: September 10, 2016

INVOICE NO.: 20182N822142

Page 20 of 29

0873
PEARL GLOBAL INDUSTRIES LTD,
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB-Bangladesh

| KMART | IN3ZP | S/S 4 BTN POLO CABBAGE | | 7 CARTONS | 7 AST | 21.780 USD AST | 152.46 USD |

ITEM:    780040686534
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION:BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY RID NO.    BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO CABBAGE | | 9 CARTONS | 9 AST | 21.780 USD AST | 196.02 USD |

ITEM:    780040686534
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION:BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR

# COMMERCIAL INVOICE

Page 21 of 29
DATE: September 10, 2016
INVOICE NO.: 201621622142

6873
PEARL GLOBAL INDUSTRIES LTD.
PGR, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg, PA

FOB Bangladesh

Bangladesh
FTY MID NO.      DDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO CABBAGE | | 14 CARTONS | 14 AST | 29.040 USD AST | 406.56 USD |
|---|---|---|---|---|---|---|---|

ITEM:           780049692106
MADE IN         BANGLADESH
CONTENTS        1 ASSORTMENT

STYLE NAME: WP9BE78247MI    FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.         102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.         BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO CABBAGE | | 14 CARTONS | 14 AST | 29.040 USD AST | 406.56 USD |
|---|---|---|---|---|---|---|---|

ITEM:           780049692106
MADE IN         BANGLADESH
CONTENTS        1 ASSORTMENT

STYLE NAME: WP9BE78247MI    FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.         102761

# COMMERCIAL INVOICE

Page 22 of 29

DATE: September 16, 2016

INVOICE NO.: 201621822142

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg, PA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BONORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO CABBAGE | | 3 | 3 | 32.670 USD | 98.01 USD |
|-------|-------|------------------------|---|---|---|-----------|-----------|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780049692122 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP96E78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 801P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP96E78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BONORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO CABBAGE | | 8 | 8 | 32.670 USD | 261.36 USD |
|-------|-------|------------------------|---|---|---|-----------|-----------|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780049692122 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP96E78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

# COMMERCIAL INVOICE

DATE: September 16, 2018

INVOICE NO.: 201821822142

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZP | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP98E78247MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO PEACH AMBER | | 0 CARTONS | 0 AST | 25.410 USD AST | 226.69 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 7600499947771 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP98E78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZP | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP98E78247MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO PEACH AMBER | | 8 CARTONS | 8 AST | 25.410 USD AST | 203.28 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 7600499947771 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP98E78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH

Page 23 of 29

# COMMERCIAL INVOICE

Page 24 of 29

DATE: September 16, 2018

INVOICE NO.: 201821522142

8973
PEARL GLOBAL INDUSTRIES LTD.
PGIL PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh          SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZP | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8973 | |
| VENDOR ITEM CODE | WP98E78247MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO PEACH AMBER | | 7 | 7 | 21,760 USD | 152.46 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| ITEM: | 780049004947 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP98E78247MI  FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZP | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8973 | |
| VENDOR ITEM CODE | WP98E78247MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

# COMMERCIAL INVOICE

DATE: September 10, 2016

INVOICE NO.: 201821822142

Page 25 of 29

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh

SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB Bangladesh

| KMART | IN32P | S/S 4 BTN POLO PEACH AMBER | | 9 | 9 | 21.780 USD | 196.02 USD |
|-------|-------|------|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM:        780049094847
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEM/MED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (8" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN32P | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN32P | S/S 4 BTN POLO PEACH AMBER | | 14 | 14 | 29.040 USD | 406.56 USD |
|-------|-------|------|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM:        780049094654
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (8" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN32P | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR

## COMMERCIAL INVOICE

DATE: September 10, 2018

INVOICE NO.: 201821022142

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA,
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:    Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

Bangladesh

FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO PEACH AMBER | | 14 | 14 | 29.040  USD | 406.56  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780049694654 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78247MI    FOB$ 3.83
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO PEACH AMBER | | 3 | 3 | 32.670  USD | 98.01  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780049694656 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78247MI    FOB$ 3.83
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761

# COMMERCIAL INVOICE

Page 27 of 29

DATE: September 10, 2018

INVOICE NO.: 201821022142

8872
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh

**SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY BID NO.        BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO PEACH AMBER | | 8 | 6 | 33.570 USD | 201.36 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 780049804938 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP96E78247MI   FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZP | REFERENCE NO. | 802P |
|---|---|---|---|
| PC CODE | PCO | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8872 |
| VENDOR ITEM CODE | WP96E78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY BID NO.        BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO WHITE CHERRIES | | 9 | 9 | 25.410 USD | 228.69 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 780049899550 | | | | | | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP96E78247MI   FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

# COMMERCIAL INVOICE

Page 28 of 29
DATE: September 10, 2016
INVOICE NO.: 201621822142

6073
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:        KMART CORPORATION
           3333 Beverly Road
           Hoffman Estates, IL 60179
           US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:  Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

                                                          POB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZP | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6573 | |
| VENDOR ITEM CODE | WP90E78247MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.        102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZP | S/S 4 BTN POLO WHITE CHERRIES | | # | 6 | 25.410 USD | 203.28 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 780049699590 | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP90E78247MI  FOBS 3.03
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 10 AND HORIZONTAL 17

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZP | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6573 | |
| VENDOR ITEM CODE | WP90E78247MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.        102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT
LC#        NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 532 | 532 ASSORTMENTS | | 14,697.52  USD |

## COMMERCIAL INVOICE

Page 29 of 29

DATE: September 10, 2016

INVOICE NO.: 201629632142

| | |
|---|---|
| 8873 | TO: KMART CORPORATION |
| PEARL GLOBAL INDUSTRIES LTD. | 3333 Beverly Road |
| PGIL PLOT NO. 446 | Hoffman Estates, IL 60179 |
| UDYOG VIHAR, PHASE 6 | US |
| GURGAON | |
| HARYANA | |
| India | |
| 122016 | SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg , PA |
| | MODE OF TRANSPORTATION: Ocean |
| | FOB Bangladesh |

TOTAL US DOLLARS FOURTEEN THOUSAND EIGHT HUNDRED NINETY-SEVEN DOLLARS AND FIFTY-TWO CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME _____

EMPLOYEE TITLE _____

*1061 fell. 35434*

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

SCAC **MAEU**

B/L No. **564137906**

| | |
|---|---|
| Shipper<br>NORP KNIT INDUSTRIES LTD,<br>NORTH KHAILKUR, P.O. NATIONAL,<br>UNIVERSITY,<br>GAZIPUR-1704,BANGLADESH. | Booking No.<br>576351651<br><br>Export references<br>231C0016651<br><br>Onward Inland routing (not part of Carriage as defined in clause 1. For account and risk of Merchant) |

Svc Contract
297363502

| | |
|---|---|
| Consignee (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer")<br>UNTO THE ORDER OF:<br>THE HONGKONG AND SHANGHAI BANKING<br>CORPORATION LTD.186 BIR UTTAM MIR<br>SHAWKAT ALI ROAD,DHAKA,BANGLADESH | Notify Party (see clause 22)<br>KMART CORPORATION.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,<br>ILLINOIS 60179,U.S.A.*** |

| Vessel (see clause 1 + 19)<br>MARINE BIA | Voyage No.<br>812S | Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
|---|---|---|
| Port of Loading<br>Chittagong | Port of Discharge<br>Newark | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1)<br>FCD,Chambersburg, PA 17201(Door) |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| | 952.28 KGS | 6.250 CBM |

1 Container Said to Contain 532 Carton

WOMEN'S 96%COTTON 4% SPANDEX KNITTED POLO SHIRT
STYLE NO.  WP9BE78247MI
ORDER NO. 1N3ZP
REF NO. 801P QNTY: 4,104 PCS
CAT NO.339  HTS#6110.2020.77
VENDOR#8873., DIV NO.4 , DEPT# 027,
INVOICE NO. 1060SERK23434  DATE:01.09.2018
E-DOC INV NO.201821822142   DATE:01.09.2018
EXP NO. 2859-47211-2018  DATE:03.09.2018
Export L/C #   PGL-NORP/1060 DATE:25.10.2017

RECEIVED FOR SHIPMENT: 10.09.2018
CONTAINER GATE-IN DATE: 13.09.2018
MOTHER VESSEL NAME: APL SANTIAGO V.039S

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 15/09/2018

K-MART 1N3ZP

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier<br>1 container | Place of Issue of B/L<br>Dhaka | |
|---|---|---|
| Number & Sequence of Original B(s)L.<br>1/THREE | Date of issue of B/L<br>2018-09-25 | |
| Declared Value (see clause 7.3) | Shipped on Board Date ( Local Time )<br>2018-09-16 | |

Signed for the Carrier Maersk Line A/S

MAERSK BANGLADESH LTD
As Agent(s)

This transport document has one or more numbered pages

*32p*

B L 584137906                    Page    2

# MAERSK LINE

ITEM NO :
780-04967884-0,780-04967884-0,
780-04967885-7,780-04967885-7,
780-04967889-9,780-04967889-9,
780-04967891-5,780-04967891-5,
780-04967999-6,780-04967999-6,
780-04966019-2,780-04968019-2,
780-04968020-0,780-04968020-0,
780-04968022-6,780-04968022-6,
780-04968102-6,780-04968102-6,
780-04968225-5,780-04968225-5,
780-04968304-8,780-04968304-8,
780-04968306-3,780-04968306-3,
780-04968646-2,780-04968646-2,
780-04968650-4,780-04968650-4,
780-04968651-2,780-04968651-2,
780-04968655-3,780-04968655-3,
780-04968843-5,780-04968843-5,
780-04968853-4,780-04968853-4,
780-04969210-6,780-04969210-6,
780-04969212-2,780-04969212-2,
780-04969477-1,780-04969477-1,
780-04969484-7,780-04969484-7,
780-04969485-4,780-04969485-4,
780-04969493-8,780-04969493-8,
780-04969958-0,780-04969958-0,
MADE IN BANGLADESH
CONTENTS:

AMFU8731670  ML-BDD540S26  40 DRY 9'6  532 Carton  952.28 KGS  6.250 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd
License Number : 1732/85
Date of Expiry   :  31 December 2021

| Freight & Charges | | Rate | | Unit | | Currency | Prepaid | | Collect |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

B L 584137906                    Page : 3

# MAERSK LINE

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (AMFU6731670)
WHICH CAN ONLY BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(584137903,584137904,584137905,584137906,584137907,584137908,584137909,5841
37910,584137911,584137912,584137913,584137914,584137915,584137916,584137917
,584137918,584137919)
COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY: ***KMART C/O UPS SUPPLY CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE,CA.90502
PHONE(310)404-2792,FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO.

CY/SD

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

*1061 Item 2-3434*

## COMMERCIAL INVOICE

Page 1 of 16
DATE: September 16, 2016
INVOICE NO.: 2016216022445

8073
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
      3333 Beverly Road
      Hoffman Estates, IL 60179
      US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh;

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART   IN3ZQ | S/S 4 BTN POLO WHITE CHERRIES | 7 CARTONS | 7 AST | 21.780 USD AST | 152.46 USD |

ITEM:       780049703341
MADE IN     BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP9BE78247MI   FOB$ 3.83
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 4CM VERTICAL 19 AND HORIZONTAL 17

CONTRACT NO.         IN3ZQ
DC CODE              PCD
DIVISION NO.         Division 4
VENDOR ITEM CODE     WP9BE78247MI
BINDING RULING # OR
PRECLASS #

REFERENCE NO.        801P
DEPARTMENT NO.       027
VENDOR NO.           8073
COUNTRY OF ORIGIN    BANGLADESH
CATEGORY             339

FACTORY NO.          102761
NORF KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FYY MID NO.          BDNORKNKGAZ

| KMART   IN3ZQ | S/S 4 BTN POLO WHITE CHERRIES | 9 CARTONS | 9 AST | 21.780 USD AST | 190.02 USD |
|---|---|---|---|---|---|

ITEM:       780049703341
MADE IN     BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP9BE78247MI   FOB$ 3.83
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 4CM VERTICAL 19 AND HORIZONTAL 17

CONTRACT NO.         IN3ZQ
DC CODE              PCD
DIVISION NO.         Division 4
VENDOR ITEM CODE     WP9BE78247MI
BINDING RULING # OR
PRECLASS #

REFERENCE NO.        802P
DEPARTMENT NO.       027
VENDOR NO.           8073
COUNTRY OF ORIGIN    BANGLADESH
CATEGORY             339

FACTORY NO.          102761



## COMMERCIAL INVOICE

Page 2 of 16
DATE: September 10, 2018
INVOICE NO.: 201821623445

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Chambersburg , PA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY SRO NO.        SDNORKNIGAZ

| KMART | IN3ZO | B/S 4 BTN POLO WHITE CHERRIES | | 14 | 14 | 29.040 USD | 406.56 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 780049703356 | | | CARTONS | AST | | AST |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP90E78247M    FOB$ 3.63
DESCRIPTION: B/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZO | REFERENCE NO. | 601P |
|---|---|---|---|
| QC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP90E78247M | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY SRO NO.        SDNORKNIGAZ

| KMART | IN3ZO | B/S 4 BTN POLO WHITE CHERRIES | | 14 | 14 | 29.040 USD | 406.56 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 780049703356 | | | CARTONS | AST | | AST |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP90E78247M    FOB$ 3.63
DESCRIPTION: B/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17



## COMMERCIAL INVOICE

Page 3 of 16
DATE: September 10, 2018
INVOICE NO.: 201821822445

8073
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122015

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO: Chambersburg, PA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 802P | |
| DC CODE | PCO | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | |
| VENDOR ITEM CODE | WP90E78247MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.     102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
PTY MID NO.     BDNORKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO WHITE CHERRIES | 3 CARTONS | 3 AST | 32.670 USD AST | 98.01 USD |
|---|---|---|---|---|---|---|
| ITEM: | 780049703308 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP90E78247MI  FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH 63 FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 13" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 801P | |
| DC CODE | PCO | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | |
| VENDOR ITEM CODE | WP90E78247MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.     102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
PTY MID NO.     BDNORKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO WHITE CHERRIES | 8 CARTONS | 8 AST | 32.670 USD AST | 261.36 USD |
|---|---|---|---|---|---|---|
| ITEM: | 780049703308 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP90E78247MI  FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH 63 FROM HIGH POINT SHOULDER TO CROTCH



# COMMERCIAL INVOICE

Page 4 of 15

DATE: September 10, 2018

INVOICE NO: 201821822445

8573
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 602P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 | |
| VENDOR ITEM CODE | WP90E78247MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.   102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.   BDNORKNIGAZ

| | | 8/S 4 BTN POLO FAIRY TALE | | | | 14 | 14 | 25.410 USD | 355.74 USD |
|---|---|---|---|---|---|---|---|---|---|
| KMART | IN3ZQ | | | | | CARTONS | AST | AST | |
| ITEM: | 780045708746 | | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | | |

STYLE NAME: WP90E78247MI   FOBS 2.83
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNSACK HEMMED,
GARMENT LENGTH 53 FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 601P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 | |
| VENDOR ITEM CODE | WP90E78247MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.   102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.   BDNORKNIGAZ



**COMMERCIAL INVOICE**

Page 6 of 10
DATE: September 10, 2018
INVOICE NO.: 201821622445

6673
PEARL GLOBAL INDUSTRIES LTD.
POL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM:  Chittagong, Bangladesh       SHIPPED TO:   Chambersburg, PA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN3ZQ | S/S 4 BTN POLO FAIRY TALE | | 4 | 3 | 25,410 USD | 203.28 USD |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ITEM: | 780049708746 | | | CARTONS | AST | | AST |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP98E78247MI    FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 602P |
| --- | --- | --- | --- |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 |
| VENDOR ITEM CODE | WP98E78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO FAIRY TALE | | 15 | 15 | 29,040 USD | 435.60 USD |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ITEM: | 780049708795 | | | CARTONS | AST | | AST |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP98E78247MI    FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 601P |
| --- | --- | --- | --- |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 |
| VENDOR ITEM CODE | WP98E78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR



# COMMERCIAL INVOICE

Page 0 of 16
DATE: September 10, 2018
INVOICE NO.: 201821822445

6673
PEARL GLOBAL INDUSTRIES LTD.
POSL. PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

Bangladesh
FTY MID NO.    BDNORKHIGAZ

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:    Chambersburg , PA

FOB Bangladesh

| KMART | IN3ZQ | S/S 4 BTN POLO FAIRY TALE | 20 CARTONS | 20 AST | 29.040 USD AST | 580.80 USD AST |
|---|---|---|---|---|---|---|

ITEM: 780049708295
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT

STYLE NAME: WP9DE78247MI  FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL, 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9DE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 239 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKHIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO FAIRY TALE | 1 CARTONS | 1 AST | 25.410 USD AST | 25.41 USD AST |
|---|---|---|---|---|---|---|

ITEM: 780049708852
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT

STYLE NAME: WP9DE78247MI  FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZZ | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9DE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761



COMMERCIAL INVOICE

Page 7 of 15

DATE: September 10, 2018

INVOICE NO.: 201821032445

8073
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NCRP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNCRKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO FAIRY TALE | | 3 | 3 | 25,410 USD | 76.23 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780049709852 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER.
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102781
NCRP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNCRKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO FAIRY TALE | | 1 | 1 | 21.760 USD | 21.76 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780049709082 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17



# COMMERCIAL INVOICE

Page 8 of 16

DATE: September 10, 2018

INVOICE NO.: 201821822445

8673
PEARL GLOBAL INDUSTRIES LTD.
PGK, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Bangladesh

| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP98E7824TMI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO. 102761
NORP KNIT INDUSTRIES LTD (UNIT 1) -
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.                BDNORKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO FAIRY TALE | | 3 CARTONS | 3 AST | 21.780 USD AST | 65.34 USD |
| ITEM: | 3780049709082 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP98E7824TMI   FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" C) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP98E7824TMI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO. 102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.                BDNORKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO MARITIME BLUE | | 6 CARTONS | 6 AST | 21.780 USD AST | 130.68 USD |
| ITEM: | 780049711280 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP98E7824TMI   FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH



## COMMERCIAL INVOICE

Page 9 of 16

DATE: September 10, 2018

INVOICE NO.; 2018218ZZ445

8573
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 440
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
12.2018

TO:     KMART CORPORATION
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION:BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 801P |
| DC CODE | PCO | DEPARTMENT NO. | C27 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | WP9BE78247MB | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.       102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO MARITIME BLUE | | 13 CARTONS | 13 AST | 21.780 USD AST | 283.14 USD |

ITEM;       780048711250
MADE IN     BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP9GE78247MB   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 802P |
| DC CODE | PCO | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | WP9BE78247MC | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.       102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ



# COMMERCIAL INVOICE

Page 10 of 16

DATE: September 10, 2018

INVOICE NO.: 201621022445

8573
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN32Q | S/S 4 BTN POLO MARITIME BLUE | | 14 | 14 | 29,040 USD | 406.56 USD |
|-------|-------|------------------------------|--|-----|------|------------|-----------|
| | | | | CARTONS | AST | | AST |

ITEM:          780049711294
MADE IN        BANGLADESH
CONTENTS       1 ASSORTMENT

STYLE NAME: WP9BE78247ME    FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN32Q | REFERENCE NO. | 801P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | WP9BE78247ME | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN32Q | S/S 4 BTN POLO MARITIME BLUE | | 23 | 33 | 29,040 USD | 667.92 USD |
|-------|-------|------------------------------|--|-----|------|------------|-----------|
| | | | | CARTONS | AST | | AST |

ITEM:          780049711294
MADE IN        BANGLADESH
CONTENTS       1 ASSORTMENT

STYLE NAME: WP9BE78247ME    FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN32Q | REFERENCE NO. | 802P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | WP9BE78247ME | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR



**COMMERCIAL INVOICE**

Page 11 of 16

DATE: September 10, 2016

INVOICE NO.: 201621822445

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

Bangladesh
FTY MID NO.          BDNORIKNIGAZ

SHIPPED FROM:  Chittagong, Bangladesh

SHIPPED TO:  Chambersburg, PA

MODE OF TRANSPORTATION:  Ocean

FOB Bangladesh

| KMART | IN3ZQ | S/S 4 BTN POLO MARITIME BLUE | 2 CARTONS | 2 AST | 36.300 USD AST | 72.60 USD |
|---|---|---|---|---|---|---|

ITEM:        780049711302
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP9BE78247MI  FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT-TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION:BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORIKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO MARITIME BLUE | 4 CARTONS | 4 AST | 36.300 USD AST | 145.20 USD |
|---|---|---|---|---|---|---|

ITEM:        780049711302
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP9BE78247MI  FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT-TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION:BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9BE78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.          102761



## COMMERCIAL INVOICE

Page 92 of 10
DATE: September 10, 2016
INVOICE NO.: 201621622465

3873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:       KMART CORPORATION
          3333 Beverly Road
          Hoffman Estates, IL 60179
          US.

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO WHITE STRIPE | 6 | 6 | 21.780 USD | 130.66 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 780046711435 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9DE76247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH 55 FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 3873 |
| VENDOR ITEM CODE | WP9DE76247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR FRECLASS # | | CATEGORY | 339 |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO WHITE STRIPE | 13 | 13 | 21.780 USD | 283.14 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 780046711435 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9DE76247MI   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH 55 FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17



# COMMERCIAL INVOICE

Page 13 of 16
DATE: September 10, 2016
INVOICE NO.: 201821822446

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg, PA
MODE OF TRANSPORTATION: Ocean
FOB Bangladesh

| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP98E78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BGNORKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO WHITE STRIPE | 14 CARTONS | 14 AST | 29.040 USD AST | 406.56 USD |
|---|---|---|---|---|---|---|

ITEM:    780049711408
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP98E78247MI    FOBS 3.83
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP98E78247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BGNORKNIGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO WHITE STRIPE | 23 CARTONS | 23 AST | 29.040 USD AST | 667.92 USD |
|---|---|---|---|---|---|---|

ITEM:    780049711408
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP98E78247MI    FOBS 3.83
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH

## COMMERCIAL INVOICE

Page 14 of 16
DATE: September 10, 2018
INVOICE NO.: 201821822445

9573
PEARL GLOBAL INDUSTRIES LTD.
POIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 90179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:   Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 | |
| VENDOR ITEM CODE | WP90E78247LM | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORPGNGAZ

| KMART | IN3ZQ | S/S 4 BTN POLO WHITE STRIPE | | 2 | 2 | 36,308  USD | 72.60  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM:    780049711476
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: WP90E78247LM   FOB$ 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH 85 FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 | |
| VENDOR ITEM CODE | WP90E78247LM | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORPGNGAZ

# COMMERCIAL INVOICE

Page 15 of 16

DATE: September 10, 2018

INVOICE NO.: 201821822445

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN3ZQ | S/S 4 BTN POLO WHITE STRIPE | | 4 | 4 | 36.300 USD | 145.20 USD |
|-------|-------|------------------------------|--|---|-----|------------|------------|
| ITEM: | 780040711475 | | | CARTONS | AST | AST | AST |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP99E76247MI   FOBS 3.63
DESCRIPTION: S/S 4 BUTTON KNIT POLO SHIRT
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D) STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | |
|--|--|--|--|
| CONTRACT NO. | IN3ZQ | REFERENCE NO. | 802F |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP99E76247MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.     102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNGAZ

PAYMENT TERM     Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER     OPEN ACCOUNT
LC#     NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|--|---------|----------|--|--------|
| TOTAL INVOICE | 244 | 244 | ASSORTMENTS | 8,697.35 USD |

TOTAL US DOLLARS SIX THOUSAND SIX HUNDRED NINETY-SEVEN DOLLARS AND THIRTY-FIVE CENTS ONLY.

## COMMERCIAL INVOICE

Page 16 of 16
DATE: September 10, 2018
INVOICE NO.: 2018210222445

8873
PEARL GLOBAL INDUSTRIES LTD.
POIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:   Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

B/L No. 584137907

**Shipper**
NORP KNIT INDUSTRIES LTD,
NORTH KHAILKUR, P.O. NATIONAL,
UNIVERSITY,
GAZIPUR-1704,BANGLADESH.

Booking No.
578356651

Export references
331c0016551

Svc Contract
297368502

**Consignee**
UNTO THE ORDER OF:
THE HONGKONG AND SHANGHAI BANKING
CORPORATION LTD.186 BIR UTTAM MIR
SHAWKAT ALI ROAD,DHAKA,BANGLADESH

**Notify Party**
KMART CORPORATION,
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179,U.S.A.***

| Vessel | Voyage No. | Place of Receipt |
|---|---|---|
| MARINE BIA | 812S | |
| Port of Loading | Port of Discharge | Place of Delivery |
| Chittagong | Newark | PCD,Chambersburg, PA 17201(Door) |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 244 Carton | 358.68 KGS | 2.810 CBM |

WOMEN'S 96%COTTON 4% SPANDEX KNITTED POLO SHIRT
STYLE NO. WP9SE78247MI
ORDER NO. 1N32Q
REF NO. 801P QNTY: 1,845 PCs
CAT NO.339   HTS#6110.2020.77
VENDOR#8673 , DIV NO.4 , DEPT# 027,
INVOICE NO. 1060SERX23436 ,DATE:01.09.2018
E-DOC INV NO.2018218222445 ,DATE:01.09.2018
EXP NO. 2859-47214-2018 DATE:03.09.2018
Export L/C #  PGL-NORP/1060 DATE:25.10.2017

RECEIVED FOR SHIPMENT: 10.09.2018
CONTAINER GATE-IN DATE: 13.09.2018
MOTHER VESSEL NAME: APL SANTIAGO V.039S

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 15/09/2018

K-MART

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt (Total number of containers or packages received by Carrier) | Place of Issue of B/L | |
|---|---|---|
| 1 container | Dhaka | |
| Number & Sequence of Original B/Ls | Date of Issue of B/L | |
| 1/THREE | 2018-09-25 | |
| Declared Value | Shipped on Board Date (Local Time) | |
| | 2018-09-16 | |

Signed for the Carrier Maersk Line A/S

MAERSK BANGLADESH LTD
As Agent(s)

This transport document has one or more numbered pages.

32Q

B.L. 584.17901                          Page  1

# MAERSK LINE

IN3ZQ
ITEM NO :
780-04970334-1
780-04970334-1
780-04970335-8
780-04970335-8
780-04970336-6
780-04970336-6
780-04970874-6
780-04970874-6
780-04970879-5
780-04970879-5
780-04970885-2
780-04970885-2
780-04970908-2
780-04970908-2
780-04971126-0
780-04971126-0
780-04971129-4
780-04971129-4
780-04971130-2
780-04971130-2
780-04971143-5
780-04971143-5
780-04971146-6
780-04971146-6
780-04971147-5
780-04971147-5
MADE IN
BANGLADESH
CONTENTS :

AMFU6731676  ML-600540526  40 DRY 9'6  244 Carton  358.68 KGS  2.610 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd

| Freight Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

B.L. 584137902    Page : 3

# MAERSK LINE

License Number : 1732/85
Date of Expiry   :  31 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (AMFU8731670)
WHICH CAN ONLY BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(584137903,584137904,584137905,584137906,584137907,584137908,584137909,5841
37910,584137911,584137912,584137913,584137914,584137915,584137916,584137917
,584137918,584137919)
COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY:.***KMART C/O UPS SUPPLY CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE,CA.90502
PHONE(310)404-2792,FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO.

CY/SD

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

4061 & cell + 23426

# COMMERCIAL INVOICE

Page 1 of 11

DATE: September 10, 2018

INVOICE NO.: 201821008157

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3ZM | S/S BUTTON BLACKEY POORE WHITE | 36 CARTONS | 36 AST | 26.040 USD AST | 937.44 USD |
| ITEM: | 430049619554 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZM | REFERENCE NO. | 501P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 | |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.    102761

NORP KNIT INDUSTRIES LTD (UNIT 1)

NORTH KHAILKUR,

P.O. NATIONAL UNIVERSITY.

GAZIPUR

Bangladesh

FTY MID NO.    BDNORKNIGAZ

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| KMART | IN3ZM | S/S BUTTON BLACKEY POORE WHITE | 14 CARTONS | 14 AST | 39.060 USD AST | 546.84 USD |
| ITEM: | 430049619562 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZM | REFERENCE NO. | 501P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 | |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.    102761

# COMMERCIAL INVOICE

Page 2 of 11

DATE: September 10, 2018

INVOICE NO.: 201821966107

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:    Chambersburg , PA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PCORE WHITE | | 1 | 1 | 30.360 USD | 30.36 USD |
|-------|-------|--------------------------------|--|---|---|------------|-----------|
| ITEM: | 430049619786 | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP98E78247PL    FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT-TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 801P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP98E78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO,        BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PLEMONADE ANCHORS BE | | 30 | 30 | 26.040 USD | 781.20 USD |
|-------|-------|------------------------------------------|--|-----|-----|------------|-----------|
| ITEM: | 430049023206 | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP98E78247PL    FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

# COMMERCIAL INVOICE

Page 3 of 11

DATE: September 10, 2016

INVOICE NO.: 201621065157

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg, PA

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZM | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 | |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.          102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PLEMONADE ANCHORS BE | 2 CARTONS | 2 AST | 39.060 USD AST | 78.12 USD |
|---|---|---|---|---|---|---|
| ITEM: | 430049520222 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE78247PL    FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZM | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 | |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.          102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PLEMONADE ANCHORS BE | 1 CARTONS | 1 AST | 30.350 USD AST | 30.38 USD |
|---|---|---|---|---|---|---|
| ITEM: | 430049524075 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE78247PL    FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH

# COMMERCIAL INVOICE

Page 4 of 11

DATE: September 10, 2018

INVOICE NO.: 201821958157

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.         102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET POORNFLOWER BLUE BUTT | | 30 | 30 | 26.040 USD | 781.20 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 430049824125 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78247PL   FOBS 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.         102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 5 of 11
DATE: September 10, 2016
INVOICE NO.: 201621996157

8873
PEARL GLOBAL INDUSTRIES LTD,
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN32M | | | | | |
|---|---|---|---|---|---|---|
| | | S/S BUTTON BLACKET PCORNFLOWER BLUE BUTT | | 2 | 2 | 39.060 USD | 78.12 USD |
| ITEM: | 430049624489 | | | CARTONS | AST | AST |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN32M | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.           102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO,         BGNORKNIGAZ

| KMART | IN32M | | | | | |
|---|---|---|---|---|---|---|
| | | S/S BUTTON BLACKET PCORNFLOWER BLUE BUTT | | 1 | 1 | 30.380 USD | 30.38 USD |
| ITEM: | 430049626955 | | | CARTONS | AST | AST |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN32M | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.           102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR

# COMMERCIAL INVOICE

Page 0 of 11
DATE: September 10, 2018
INVOICE NO.: 201821966167

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO, 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

Bangladesh
FTY MID NO.   BDNCRKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKEY PPEACH AMBER DOTS BE | | 30 CARTONS | 30 AST | 26.040 USD AST | 781.20 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 430049627961 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78247PL   FOBS 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 601P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.   102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.   BDNCRKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKEY PPEACH AMBER DOTS BE | | 2 CARTONS | 2 AST | 39.060 USD AST | 78.12 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 430049628064 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE78247PL   FOBS 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 601P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.   102761

# COMMERCIAL INVOICE

Page 7 of 11

DATE: September 10, 2018

INVOICE NO.: 201821986157

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:    Chambersburg , PA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR.
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PPEACH AMBER DOTS B6 | 1 | 1 | 30.360 USD | 30.38 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | AST |
| ITEM: | 430049629553 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE76247PL    FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT-TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE76247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR.
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PMARITIME BLUE STRIPE | 30 | 30 | 26.040 USD | 781.20 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | AST |
| ITEM: | 430049630160 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE76247PL    FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

## COMMERCIAL INVOICE

Page 6 of 11

DATE: September 10, 2018

INVOICE NO.: 201821966157

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 448
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Chambersburg , PA

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZM | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE76247PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PMARITIME BLUE STRIPE | 2 | 2 | 39.060 USD | 78.12 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 430040850401 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE76247PL    FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3ZM | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE76247PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PMARITIME BLUE STRIPE | 1 | 1 | 30.380 USD | 30.38 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 430040851080 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE76247PL    FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH

# COMMERCIAL INVOICE

Page 9 of 11

DATE: September 10, 2018

INVOICE NO.: 201821966157

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg, PA

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 601P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PCABBAGE | | | | 30 | 30 | 26.040 USD | 781.20 USD |
|---|---|---|---|---|---|---|---|---|---|
| ITEM: | 430049652837 | | | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | | |

STYLE NAME: WP9BE78247PL   FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 601P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORIQNIGAZ

# COMMERCIAL INVOICE

Page 10 of 11
DATE: September 10, 2018
INVOICE NO.: 2018218666157

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB Bangladesh

| KMART | IN3ZM | S/S BUTTON BLACKET PCABBAGE | | 2 | 2 | 30.000 USD | 78.12 USD |
|-------|-------|-----------------------------|---|---|---|------------|-----------|
| | | | | CARTONS | AST | AST | |

ITEM:        430049852036
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP9BE78247PL    FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 501P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN3ZM | S/S BUTTON BLACKET PCABBAGE | | 1 | 1 | 30.380 USD | 30.38 USD |
|-------|-------|-----------------------------|---|---|---|------------|-----------|
| | | | | CARTONS | AST | AST | |

ITEM:        430049853033
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP9BE78247PL    FOB$ 4.34
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | IN3ZM | REFERENCE NO. | 501P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE78247PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR

## COMMERCIAL INVOICE

Page 11 of 11

DATE: September 10, 2018

INVOICE NO.: 201821966157

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

Bangladesh

FTY MID NO,        BDNORKNIGAZ

PAYMENT TERM       Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT
LC#                NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 216 | 216 | ASSORTMENTS | 5,963.16  USD |

TOTAL US DOLLARS FIVE THOUSAND NINE HUNDRED SIXTY-THREE DOLLARS AND SIXTEEN CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

*lobf Reim. 23438*

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

SCAC MAEU

B/L No. S84137908

| | |
|---|---|
| **Shipper**<br>NORP KNIT INDUSTRIES LTD,<br>NORTH KHAILKUR, P.O. NATIONAL,<br>UNIVERSITY,<br>GAZIPUR-1704, BANGLADESH. | **Booking No.**<br>S78351651<br>**Export reference**<br>331c0016551 |
| | Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant) |

Svc Contract
297368502

| | |
|---|---|
| **Consignee (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer")**<br>UNTO THE ORDER OF:<br>THE HONGKONG AND SHANGHAI BANKING<br>CORPORATION LTD.186 BIR UTTAM MIR<br>SHAWKAT ALI ROAD, DHAKA, BANGLADESH | **Notify Party (see clause 22)**<br>KMART CORPORATION.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,<br>ILLINOIS 60179, U.S.A.*** |

| Vessel (see clause 1 + 19)<br>MARINE BIA | Voyage No.<br>8125 | Place of Receipt. Applicable only when document used as Multimodal Transport B/L (see clause 1) |
|---|---|---|
| Port of Loading<br>Chittagong | Port of Discharge<br>Newark | Place of Delivery. Applicable only when document used as Multimodal Transport B/L (see clause 1)<br>PCD, Chambersburg, PA 17201(Door) |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| | 403.92 KGS | 4.000 CBM |

1 Container Said to Contain 216 Carton

WOMEN'S 96%COTTON 4%SPANDEX KNITTED TOP
STYLE NO. WP9BE78247PL
ORDER NO. IN3ZM
REF NO. 801P QNTY- 1,374 PCs
CAT NO.339 HTS#6110.2020.77
VENDOR#8873 , DIV NO.4 , DEPT# 027,
INVOICE NO. 1060SERK23438 DATE:01.09.2018
E-DOC INV NO.2018219668157 DATE:01.09.2018
EXP NO. 2859-47209-2018 DATE:03.09.2018
Export L/C # PGL-NORP/1060 DATE:25.10.2017

RECEIVED FOR SHIPMENT: 10.09.2018
CONTAINER GATE-IN DATE: 13.09.2018
MOTHER VESSEL NAME: APL SANTIAGO V.039S

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 15/09/2018

K-MART

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier.<br>1 container | Place of Issue of B/L<br>Dhaka | |
|---|---|---|
| Number & Sequence of Original B(s)L<br>1/THREE | Date of Issue of B/L<br>2018-09-25 | |
| Declared Value (see clause 7.3) | Shipped on Board Date (Local Time)<br>2018-09-16 | |

Signed for the Carrier Maersk Line A/S

MAERSK BANGLADESH LTD
As Agent(s)

This transport document has one or more numbered pages.

32/11

B. L. 584137908                                    Page : 2

# MAERSK LINE

IN3ZM
ITEM NO :
430-04961955-4
430-04961956-2
430-04961978-6
430-04962020-6
430-04962022-2
430-04962407-5
430-04962412-5
430-04962448-9
430-04962695-5
430-04962796-1
430-04962808-4
430-04962955-3
430-04963018-9
430-04965040-1
430-04965106-0
430-04965283-7
430-04965293-6
430-04965303-3
MADE IN
BANGLADESH
CONTENTS: PCS

AMFU8731670  ML-BD0540526  40 DRY 9'6  216 Carton  403.92 KGS  4.000 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd
License Number : 1732/85
Date of Expiry   : 31 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (AMFU8731670)
WHICH CAN ONLY BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(584137903,584137904,584137905,584137906,584137907,584137908,584137909,5841

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

B. L. 584137908                    Page : 3

# MAERSK LINE

37910,584137911,584137912,584137913,584137914 584137915 584137916,584137917
,584137918,584137919)
COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY: ***KMART C/O UPS SUPPLY CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE,CA.90502
PHONE(310)404-2792,FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO.

CY/SD

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

# COMMERCIAL INVOICE

Page 1 of 9

DATE: September 24, 2016

INVOICE NO.: 201622070374

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN40F | TANK DRESS W/CONTRAS MARITIME STRIPE | 14 CARTONS | 14 AST | 37.200 USD AST | 520.80 USD |
| ITEM: | 780063714026 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP60E12869MI  FOB$ 6.20
KNIT TANK DRESS W/CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, INTERLOCK
HANGING PACK:  HANGER CODE 484B $0.072/PC

| CONTRACT NO. | IN40F | REFERENCE NO. | 602C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP60E12869MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE |

FACTORY NO.    102751
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN40F | TANK DRESS W/CONTRAS MARITIME STRIPE | 20 CARTONS | 20 AST | 37.200 USD AST | 744.00 USD |
|---|---|---|---|---|---|---|
| ITEM: | 780063714026 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP60E12869MI  FOB$ 6.20
KNIT TANK DRESS W/CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, INTERLOCK
HANGING PACK:  HANGER CODE 484B $0.072/PC

| CONTRACT NO. | IN40F | REFERENCE NO. | 603C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP60E12869MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE |

FACTORY NO.    102751

# COMMERCIAL INVOICE

Page 2 of 8
DATE: September 24, 2018
INVOICE NO.: 201822075374

5673
PEARL GLOBAL INDUSTRIES LTD.
PGIL PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN40F | TANK DRESS W/CONTRAS MARITIME STRIPE | | 21 CARTONS | 21 AST | 49.600 USD AST | 1,041.60 USD |
|-------|-------|-----|---|---|---|---|---|
| ITEM: | 780063714059 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE12869MI  FOBS 6.20
KNIT TANK DRESS W/CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, INTERLOCK
HANGING PACK: HANGER CODE 464B $0.072/PC

| CONTRACT NO. | IN40F | REFERENCE NO. | 602C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5673 |
| VENDOR ITEM CODE | WP9BE12869MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 335, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN40F | TANK DRESS W/CONTRAS MARITIME STRIPE | | 26 CARTONS | 26 AST | 49.600 USD AST | 1,388.80 USD |
|-------|-------|-----|---|---|---|---|---|
| ITEM: | 780063714059 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE12869MI  FOBS 6.20
KNIT TANK DRESS W/CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, INTERLOCK
HANGING PACK: HANGER CODE 464B $0.072/PC

# COMMERCIAL INVOICE

Page 3 of 9
DATE: September 24, 2018
INVOICE NO.: 201822076374

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

| CONTRACT NO. | IN40F | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE12869MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNKGAZ

| KMART | IN40F | TANK DRESS W/CONTRAS MARITIME BLUE | | 6 CARTONS | 6 AST | 43.400 USD AST | 260.40 USD |
| ITEM: | 780063714323 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE12869MI  FOB$ 6.20
KNIT TANK DRESS W/CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, INTERLOCK
HANGING PACK: HANGER CODE 484B $0.072/PC

| CONTRACT NO. | IN40F | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE12869MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNKGAZ

| KMART | IN40F | TANK DRESS W/CONTRAS MARITIME BLUE | | 6 CARTONS | 6 AST | 43.400 USD AST | 347.20 USD |
| ITEM: | 780063714323 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE12869MI  FOB$ 6.20
KNIT TANK DRESS W/CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE

## COMMERCIAL INVOICE

Page 4 of 9

DATE: September 24, 2016

INVOICE NO.: 201622076374

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh        SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, INTERLOCK
HANGING PACK: HANGER CODE 454B $0.072/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN40F | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE12869MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 330, RNONE | |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN40F | TANK DRESS W/CONTRAS MARITIME BLUE | | 4 CARTONS | 4 AST | $9,600 USD AST | $98.40 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 780093714331 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE12869MI   FOB $ 6.20
TANK DRESS W/CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, INTERLOCK
HANGING PACK: HANGER CODE 454B $0.072/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN40F | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE12869MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 330, RNONE | |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 6 of 9
DATE: September 24, 2016
INVOICE NO.: 201622070374

6873
PEARL GLOBAL INDUSTRIES LTD.
POIL. PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM; Chittagong, Bangladesh

SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION; Ocean

FOB Bangladesh

| KMART | IN40F | TANK DRESS W/CONTRAS CALYPSO CORAL. | | 12 | 12 | 49.600 USD | 595.20 USD |
|-------|-------|------------|--|------|------|---------|---------|
| ITEM: | 780063714396 | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE12869MI  FOBS 6.20
TANK DRESS W/CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY: BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, INTERLOCK
HANGING PACK: HANGER CODE 4848 $0.072/PC

| CONTRACT NO. | IN40F | REFERENCE NO. | 603C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE12869MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN40F | TANK DRESS W/CONTRAS CALYPSO CORAL. | | 23 | 23 | 49.600 USD | 1,140.80 USD |
|-------|-------|------------|--|------|------|---------|---------|
| ITEM: | 780063714396 | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE12869MI  FOBS 6.20
TANK DRESS W/CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IS: BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, INTERLOCK
HANGING PACK: HANGER CODE 4848 $0.072/PC

| CONTRACT NO. | IN40F | REFERENCE NO. | 603C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE12869MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR

## COMMERCIAL INVOICE

Page 5 of 9

DATE: September 24, 2018

INVOICE NO.: 201822076374

**8873**
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

Bangladesh
FTY MID NO.        BDNORBKNIGAZ

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Bangladesh

| KMART | IN40F | TANK DRESS W/CONTRAS CALYPSO CORAL | 6 CARTONS | 6 AST | 37.200 USD AST | 223.20 USD |
|---|---|---|---|---|---|---|

ITEM:        780003714406
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP9BE12869MI  FOB$ 6.20
TANK DRESS W/CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, INTERLOCK
HANGING PACK: HANGER CODE 484B $0.072/PC

| CONTRACT NO. | IN40F | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE12869MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORBKNIGAZ

| KMART | IN40F | TANK DRESS W/CONTRAS CALYPSO CORAL | 6 CARTONS | 6 AST | 37.200 USD AST | 297.60 USD |
|---|---|---|---|---|---|---|

ITEM:        780003714406
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: WP9BE12869MI  FOB$ 6.20
TANK DRESS W/CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, INTERLOCK
HANGING PACK: HANGER CODE 484B $0.072/PC

| CONTRACT NO. | IN40F | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE12869MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE |

FACTORY NO.        102761

# COMMERCIAL INVOICE

Page 7 of 9
DATE: September 24, 2018
INVOICE NO.: 201822076374

6973
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: -Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNIGAZ

| KMART | IN40F | TANK DRESS W/CONTRASCALYPSO CORAL | | 5 | 5 | 37,200  USD | 297.60  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780063714414 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP80E12869MI  FOB$ 6.20
TANK DRESS W/CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, INTERLOCK
HANGING PACK:  HANGER CODE 484B $0.072/PC

| CONTRACT NO. | IN40F | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | COD. | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6973 |
| VENDOR ITEM CODE | WP80E12869MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.      102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNIGAZ

| KMART | IN40F | TANK DRESS W/CONTRASCALYPSO CORAL | | 7 | 7 | 37,200  USD | 260.40  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780063714414 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP80E12869MI  FOB$ 6.20
TANK DRESS W/CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, INTERLOCK
HANGING PACK:  HANGER CODE 484B $0.072/PC

# COMMERCIAL INVOICE

Page 8 of 9
DATE: September 24, 2016
INVOICE NO.: 201632070374

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
12,2016

TO:

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN40F | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 | |
| VENDOR ITEM CODE | WP9BE12869MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE | |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN40F | TANK DRESS W/CONTRAS CALYPSO CORAL | | 3 CARTONS | 3 AST | 49.600 USD AST | 148.80 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 780063714588 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE12869MI  FOBS 6.20
TANK DRESS W/CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, INTERLOCK
HANGING PACK: HANGER CODE 484B $0.072/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN40F | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 | |
| VENDOR ITEM CODE | WP9BE12869MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE | |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

PAYMENT TERM          Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER          OPEN ACCOUNT
LC#          NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 108 | 108 | ASSORTMENTS | 7,464.80 USD |

## COMMERCIAL INVOICE

DATE: September 24, 2016
INVOICE NO.: 20162207637#

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

                                                            FOB Bangladesh

TOTAL: US DOLLARS SEVEN THOUSAND FOUR HUNDRED SIXTY-FOUR DOLLARS AND EIGHTY CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

APL                                          BILL OF LADING

| | | |
|---|---|---|
| BOOKING NUMBER 056446838 | BL NUMBER APLU 056448838 | PAGE 1 OF 2 |

**SHIPPER** (Principal or Seller licensor and full address)
NCRP KNIT INDUSTRIES LTD.
NORTH KHAILKUR, P.O.NATIONAL
UNIVERSITY,GAZIPUR-1704,BANGLADESH.
TEL:880-2-9292036-2037,9291936-1977.

EXPORT DEST:CCD, MIRA LOMA, CA 91752

**CONSIGNEE** (Name and Full Address)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper)
UNTO THE ORDER OF:
STANDARD CHARTERED BANK,
67 GULSHAN AVENUE,DHAKA 1212,
BANGLADESH.

**FORWARDING AGENT** (References, FMC No.)
AIR ALLIANCE LTD.
BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,
C/A,CIR-2,DHAKA-1212,BD.

**POINT AND COUNTRY OF ORIGIN OF GOODS**
GAZIPUR, BANGLADESH

**NOTIFY PARTY** (Name and Full Address)
KMART CORPORATION.
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179,U.S.A.

**ALSO NOTIFY** (Name and Full Address)/DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING/
FROM POINT OF DESTINATION
KMART C/O UPS SUPPLY CHAIN SOLUTION
19701 HAMILTON AVENUE
TORRANCE, CA 90502,PHONE:(310)
404-2792,FAX:(310)404-2962,
ATTN:MARY ELLEN WRATSCHKO.

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT CHITTAGONG |
|---|---|

| EXPORT CARRIER (Vessel, voyage, & flag) KOTA BINTANG 044 | PORT OF LOADING CHITTAGONG, BA |
|---|---|

| PORT OF DISCHARGE SAN PEDRO,CA (SPQ) | PLACE OF DELIVERY MIRA LOMA,CA-MWH |
|---|---|

Excess Valuation Please refer to Clause 7(II) on Reverse Side      **PARTICULARS FURNISHED BY SHIPPERS**

| MARKS & NOS/CONTAINER (NOS) | NO. OF PKGS | SHIP | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| K-MART IN40F ITEM NO : 780063714026 780063714026 780063714059 780063714059 780063714323 780063714323 780063714331 780063714398 780063714398 780063714406 780063714406 780063714414 780063714414 780063714588 MADE IN BANGLADESH CONTENTS: PCS | SC GB18/7107E 168 | CTN | FREIGHT COLLECT AA)LV84000.00.00 SLAC CY/CY WOMEN'S 100% COTTON KNITTED TANK TOP STYLE NO. WP9BE12869MI ORDER NO. IN40F REF NO. 802C QNTY- 1,204 PCS CAT NO.336 HTS#6110.2020.77 VENDOR#8873 DIV NO.4 DEPT# 027 INVOICE NO. 1061SERK23589 DATE:10.09.2018 E-DOC INV NO.201822076374 DATE: 10.09.2018 EXP.NO. 2486-41412-2018 DATE:13.09.2018. EXPORT L/C # PGL-NCRP/1061 DATE: 31.10.2017 RECEIVED FOR SHIPMENT:24.09.2018 CONTAINER GATE-IN DATE:26.09.2018 MOTHER VESSEL NAME:CMA CGM ORFEO V- 305 ***FREIGHT COLLECT*** | 532.560KG | 4.850M3 |

CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT **
** ORIGINAL BL **

| FOR DELIVERY OF GOODS APPLY TO DHAKA, BA | OCEAN FREIGHT PAYABLE AT MIRA LOMA, CA | | | The undersigned Carrier hereby acknowledges receipt of the number of packages or packages in the shipping order said to contain the goods described herein in apparent external good order and condition... |
|---|---|---|---|---|
| | PREPAID U.S.$ | COLLECT U.S.$ | Local Currency | |

APL CO. PTE LTD

As APL (Bangladesh) Pvt. Ltd.

| 91B 044 | TOTAL PREPAID | | | | | |
|---|---|---|---|---|---|---|
| Vessel Voyage Order 00926134 | TOTAL COLLECT 00562026 | 00597609 | CHT | SPQ | MWF | Y APLU 056448838 |

**APL**

APL CO. PTE LTD

## BILL OF LADING

| | | |
|---|---|---|
| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B.L. NUMBER |
| NORP KNIT INDUSTRIES LTD. NORTH KHAILKUR, P.O.NATIONAL UNIVERSITY, GAZIPUR-1704, BANGLADESH. TEL:880-2-9292036-2037,9291936-1937. | 056448838 | PAGE 2 OF 2 APLU 056448838 |

EXP FINAL DEST:CCD, MIRA LOMA, CA 91752

CONSIGNEE (Name and Full Address (Non the firm "Pick Co-a, it is (To Or)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper)
UNTO THE ORDER OF:
STANDARD CHARTERED BANK,
67 GULSHAN AVENUE,DHAKA 1212,
BANGLADESH.

FORWARDING AGENT (References, F.M.C. No.)
AIR ALLIANCE LTD.
BILQUIS TOWER,2RD FL,6,NORTH GULSHAN,
C/A,CIR-2,DHAKA-1212,BD.

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

NOTIFY PARTY (Name and Full Address)
KMART CORPORATION,
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179,U.S.A.

ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PRE-TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION
KMART C/O UPS SUPPLY CHAIN SOLUTION
19701 HAMILTON AVENUE
TORRANCE, CA 90502,PHONE:(310)
404-2792,FAX:(310)404-2962,
ATTN:MARY ELLEN WRATSCHKO.

| INITIAL CARRIAGE (by) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| VESSEL AND VOYAGE (Original company & flag) | PORT OF LOADING |
|---|---|
| KOTA BINTANG    044 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO,CA (SPQ) | MIRA LOMA,CA-MWF |

Excess Valuation Please refer to Clause 7(B) on Reverse Side    PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NOS/CONTAINER NOS. | NO. OF PKGS | | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| **CTR. NBR** CMAU569745-9 | ***SEAL NBR**** 0732287 ** | | T/S HT MODE QUANT/TYPE D40.96 CY/CY 16BCTN SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT 532.56KG | MSMT 4.850M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD SEP. 28, 2018

| B.L. TO BE RELEASED (AT) | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|
| FREIGHT PREPAID CHARGES, WEIGHTS AND MEASUREMENTS AS PER SHIPPERS TO BE AMENDED FROM | PREPAID U.S.$ | COLLECT U.S.$ | Local Currency | The undersigned Carrier hereby acknowledges receipt of the stated number of packages or other shipping units said to contain the goods described below enumerated written otherwise listed. The Shipper agrees and the Consignee by accepting this Bill of Lading... |

|  |  |  |  |  |  |
|---|---|---|---|---|---|

APL CO. PTE LTD

By APL (Bangladesh) Pvt. Ltd.
Authorized Signatory AS AGENTS

Date MST SEP. 28, 2018
Place of Issue CHITTAGONG,

| 91B 044 | | TOTAL PREPAID | | | | |
|---|---|---|---|---|---|---|
| Vessel | Voyage | Others | TOTAL COLLECT | | | |
| 00926134 | 00562026 | 00597609 | CHT | SPQ | MWF | Y | APLU 056448838 |

| FCC | FORWARDER | SHIPPER | CONSIGNEE | | | | | |
|---|---|---|---|---|---|---|---|---|

· APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

# COMMERCIAL INVOICE

Page 1 of 9
DATE: September 24, 2018
INVOICE NO.: 2018220754B2

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO:   Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN40F | TANK DRESS W/CONTRASMARITIME STRIPE | 15 CARTONS | 15 AST | 37.200 USD AST | 558.00 USD |
| ITEM: | 780063714026 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE12669MI  FOB$ 6.20
KNIT TANK DRESS W/CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, INTERLOCK
HANGING PACK: HANGER CODE 484B $0.072/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN40F | REFERENCE NO. | 602P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9BE12669MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR.
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| MARKS | | DESCRIPTION | QUANTITY | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| KMART | IN40F | TANK DRESS W/CONTRASMARITIME STRIPE | 21 CARTONS | 21 AST | 37.200 USD AST | 781.20 USD |
| ITEM: | 780063714026 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE12669MI  FOB$ 6.20
KNIT TANK DRESS W/CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, INTERLOCK
HANGING PACK: HANGER CODE 484B $0.072/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN40F | REFERENCE NO. | 603P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9BE12669MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE |

FACTORY NO.          102761

# COMMERCIAL INVOICE

Page 2 of 9

DATE: September 24, 2018

INVOICE NO.: 201822076482

6673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

| KMART | IN40F | TANK DRESS W/CONTRASMARITIME STRIPE | 22 | 22 | 49.600 USD | 1,091.20 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 780063714069 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP96E12869MI  FOB$ 6.20
KNIT TANK DRESS W/CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, INTERLOCK
HANGING PACK:  HANGER CODE 4840 $0.072/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN40F | REFERENCE NO. | 802P | |
| OC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 | |
| VENDOR ITEM CODE | WP96E12869MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE | |

FACTORY NO.       102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

| KMART | IN40F | TANK DRESS W/CONTRASMARITIME STRIPE | 29 | 29 | 49.600 USD | 1,438.40 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 780063714059 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP96E12869MI  FOB$ 6.20
KNIT TANK DRESS W/CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, INTERLOCK
HANGING PACK:  HANGER CODE 4840 $0.072/PC

# COMMERCIAL INVOICE

Page 3 of 9

DATE: September 24, 2018

INVOICE NO.: 2018220704B2

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN40F | REFERENCE NO. | 603P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE12869MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN40F | TANK DRESS W/CONTRAS MARITIME BLUE | 7 | 7 | 43.400 USD | 303.80 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | AST |
| ITEM: | 780053714323 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE12869MI  FOB $ 6.20
KNIT TANK DRESS W/CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION; BANGLADESH
FABRIC CONTENT: 100% COTTON, INTERLOCK
HANGING PACK: HANGER CODE 484B $0.072/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN40F | REFERENCE NO. | 602P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE12869MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN40F | TANK DRESS W/CONTRAS MARITIME BLUE | 9 | 9 | 43.400 USD | 390.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | AST |
| ITEM: | 780053714323 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE12869MI  FOB $ 6.20
KNIT TANK DRESS W/CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE

# COMMERCIAL INVOICE

Page 4 of 9

DATE: September 24, 2018

INVOICE NO.: 201822076452

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Chambersburg , PA

FOB Bangladesh

CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, INTERLOCK
HANGING PACK:  HANGER CODE 484B $0.072/PC

| CONTRACT NO. | IN40F | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE12889MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN40F | TANK DRESS W/CONTRAS MARITIME BLUE | | 4 | 4 | 49.600 USD | 198.40 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780063714331 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE12889MI   FOB$ 6.20
TANK DRESS W/CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, INTERLOCK
HANGING PACK:  HANGER CODE 484B $0.072/PC

| CONTRACT NO. | IN40F | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE12889MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 5 of 6
DATE: September 24, 2016
INVOICE NO.: 201622079462

6973
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN40F | TANK DRESS W/CONTRAS CALYPSO CORAL | | 13 | 13 | 49.000 USD | 644.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780063714598 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE12860MI  FOB$ 6.20
TANK DRESS W/CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, INTERLOCK
HANGING PACK: HANGER CODE 484B $0.072/PC

| CONTRACT NO. | IN40F | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8973 |
| VENDOR ITEM CODE | WP9BE12860MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE |

FACTORY NO.   102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.   BDNORKNIGAZ

| KMART | IN40F | TANK DRESS W/CONTRAS CALYPSO CORAL | | 23 | 23 | 49.600 USD | 1,140.80 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780063714398 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE12860MI  FOB$ 6.20
TANK DRESS W/CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, INTERLOCK
HANGING PACK: HANGER CODE 484B $0.072/PC

| CONTRACT NO. | IN40F | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8973 |
| VENDOR ITEM CODE | WP9BE12860MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE |

FACTORY NO.   102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR

## COMMERCIAL INVOICE

Page 6 of 9
DATE: September 24, 2018
INVOICE NO.: 201822076452

6873
PEARL GLOBAL INDUSTRIES LTD,
PGIL, PLOT NO. 445
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM:  Chittagong, Bangladesh
MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN40F | TANK DRESS W/CONTRASCALYPSO CORAL | | 7 | 7 | 37.200  USD | 260.40  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780063714406 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE12869MI  FOB$ 6.20
TANK DRESS W/CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, INTERLOCK
HANGING PACK: HANGER CODE 484B $0.072/PC

| CONTRACT NO. | IN40F | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE12869MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN40F | TANK DRESS W/CONTRASCALYPSO CORAL | | 6 | 6 | 37.200  USD | 267.60  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 780063714406 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE12869MI  FOB$ 6.20
TANK DRESS W/CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, INTERLOCK
HANGING PACK: HANGER CODE 484B $0.072/PC

| CONTRACT NO. | IN40F | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE12869MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE |

FACTORY NO.        102761

# COMMERCIAL INVOICE

DATE: September 24, 2018

INVOICE NO.: 201822076482

6573
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN40F | TANK DRESS W/CONTRASCALYPSO CORAL | | 8 CARTONS | 8 AST | 37.200 USD AST | 297.60 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 780053714414 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE12869MI  FOB$ 6.20
TANK DRESS W/CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION BANGLADESH
FABRIC CONTENT: 100% COTTON, INTERLOCK
HANGING PACK:  HANGER CODE 484B $0.072/PC

| CONTRACT NO. | IN40F | REFERENCE NO. | 502P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6573 |
| VENDOR ITEM CODE | WP9BE12869MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 335, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN40F | TANK DRESS W/CONTRASCALYPSO CORAL | | 8 CARTONS | 8 AST | 37.200 USD AST | 297.60 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 780053714414 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE12869MI  FOB$ 6.20
TANK DRESS W/CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, INTERLOCK
HANGING PACK:  HANGER CODE 484B $0.072/PC

# COMMERCIAL INVOICE

Page 8 of 8
DATE: September 24, 2018
INVOICE NO.: 701022070482

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:    Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN40F | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE12669MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN40F | TANK DRESS W/CONTRAS CALYPSO CORAL | 3 | 3 | 49.600  USD | 148.80  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 780053714588 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE12669MI   FOB$ 8.20
TANK DRESS W/CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON, INTERLOCK
HANGING PACK: HANGER CODE 484B $0.072/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN40F | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE12669MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

PAYMENT TERM    Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER    OPEN ACCOUNT
LC#    NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | AMOUNT (US$) |
|---|---|---|---|
| TOTAL INVOICE | 177 | 177 ASSORTMENTS | 7,040.20  USD |

# COMMERCIAL INVOICE

Page 0 of 0

DATE: September 24, 2018

INVOICE NO.: 201822076482

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:    Chambersburg , PA

FOB Bangladesh

TOTAL US DOLLARS SEVEN THOUSAND EIGHT HUNDRED FORTY-NINE DOLLARS AND TWENTY CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

Kmart

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

SCAC MAEU

B/L No S87169398

Shipper
NORP KNIT INDUSTRIES LTD,
NORTH KHAILKUR, P.O. NATIONAL,
UNIVERSITY,
GAZIPUR-1704, BANGLADESH.

Booking No.
966529933

Export references

Svc Contract
297360502

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

Consignee (negotiable only if consigned "to order", "to order of" a named Person or "to order of order")
UNTO THE ORDER OF:
STANDARD CHARTERED BANK,
67 GULSHAN AVENUE, DHAKA 1212,
BANGLADESH.

Notify Party (see clause 22)
KMART CORPORATION,
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179, U.S.A. ***

Vessel (see clause 2 + 19)
X-PRESS LHOTSE

Voyage No.
053S

Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1)

Port of Loading
Chittagong

Port of Discharge
Newark

Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1)
PCD, Chambersburg, PA 17201(Door)

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 177 Carton | 561.09 KGS | 5.120 CBM |

READYMADE GARMENTS:
WOMEN'S 100% COTTON KNITTED TANK TOP
STYLE NO. WP98E12869MI
REF NO.602P QNTY-1,266 PCs
CAT NO.336 HTS#6110.2020.77
VENDOR#6873 ,DIV NO.4 ,DEPT# 027,
INVOICE NO.1061SERK23590 DATE:10.09.2018
E-DOC INV NO.201822076462 DATE:10.09.2018
EXP NO.2486-41415-2018 DATE:13.09.2018
Export L/C.# PGL-NORP/1061 DATE:31.10.2017
RECEIVED FOR SHIPMENT:24 SEP 18
CONTAINER GATE-IN DATE: 27.09.2018
MOTHER VESSEL NAME: APL VANCOUVER V-03HS
PO. no. IN40F

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 28/09/2018

ITEM NO :
780063714026
780063714026
780063714059
780063714059

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt (see clause 3 and 14). Total number of containers or packages received by Carrier. | Place of Issue of B/L | |
|---|---|---|
| 1 container | Dhaka | |
| Number & Sequence of Original B(s)/L | Date of Issue of B/L | |
| 1/THREE | 2018-10-04 | |
| Declared Value (see clause 7.3) | Shipped on Board Date ( Local Time ) | |
| | 2018-09-30 | |

SHIPPED, in, for as applicable) by instruction mean of shipping, in apparent good order and condition unless otherwise stated herein, the total number of quantity of Containers or other packages or units indicated in the box opposite "Carrier's Receipt" for carriage from the Port of Loading to the Place of Receipt, if mentioned above to the Port of Discharge for the Place of Delivery, if mentioned above, such carriage being always subject to the terms, rights, defences, provisions, conditions, exceptions, limitations, liberties, and options herein (INCLUDING ALL THOSE TERMS AND CONDITIONS ON THE REVERSE HEREOF NUMBERED 1-26 AND THOSE TERMS AND CONDITIONS CONTAINED IN THE CARRIER'S APPLICABLE TARIFF) and by the Merchant, anything to contrary notwithstanding. In accepting this Bill of Lading the Merchant (as defined herein) expressly accepts and agrees to all its terms whether printed, stamped or written, or otherwise incorporated, notwithstanding the non-signing of this Bill of Lading by the Merchant. If required by the Carrier one original Bill of Lading, duly endorsed, must be surrendered by the Merchant to the Carrier in exchange for the Goods or a delivery order. IN WITNESS WHEREOF the number of original Bills of Lading stated above all of this tenor and date have been signed, one of which being accomplished, the other(s) to be void.

Signed for the Carrier Maersk Line A/S

MAERSK BANGLADESH LTD

IN40F

This transport document has one or more numbered pages

B/L: S87169396                    Page   2

# MAERSK LINE

780063714323
780063714323
780063714331
780063714398
780063714398
780063714406
780063714406
780063714414
780063714414
780063714S88
MADE IN
BANGLADESH
CONTENTS: PCS

CAIU8157338  ML BD0463161  40 DRY 9'6  177 Carton  561.09 KGS  5.120 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd
License Number : 1732/85
Date of Expiry  :  31 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (CAIU8157338) WHICH CAN ONLY BE
RELEASED AGAINST PRESENTATION OF BILL OF LADING
(578907764,587169388,587169389,587169390,587169391,587169392,587169393,5871
69394,587169395,587169396,587169397,587169398,587169399,587169400)
COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY: ***KMART C/O UPS SUPPLY CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE,CA.90502
PHONE(310)404-2792,FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO.

CY/SD

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

# COMMERCIAL INVOICE

Page 1 of 27

DATE: September 16, 2018

INVOICE NO.: 201822204020

8873
PEARL GLOBAL INDUSTRIES LTD.
FGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN40G | UTILITY PO CAPRI CHAMBRAY | 42 CARTONS | 42 AST | 47.624 USD AST | 2,000.21 USD |
| ITEM: | 530026594778 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG-CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 62- 6 OZ
HANGER  PACK
HANGER CODE # 6012B? PRICE # $0.16

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN40G | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

FACTORY NO.    102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI CHAMBRAY | 16 CARTONS | 16 AST | 47.624 USD AST | 761.98 USD |
|---|---|---|---|---|---|---|
| ITEM: | 530026504778 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 62- 6 OZ
HANGER  PACK
HANGER CODE # 6012B? PRICE # $0.16

# COMMERCIAL INVOICE

Page 2 of 22

DATE: September 16, 2018

INVOICE NO.: 201822204023

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN40G | REFERENCE NO. | 802C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP99E53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    102819
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI CHAMBRAY | 30 | 30 | 35.718  USD | 1,071.54  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 630026594802 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE #WP99E53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONALPATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
COUNTRY OF ORIGIN [FABRIC] - CHINA
FABRIC -99%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 6012B7 PRICE # $0.16

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN40G | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP99E53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    102819
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI CHAMBRAY | 25 | 25 | 35.718  USD | 892.95  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 630026594802 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE #WP99E53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT

# COMMERCIAL INVOICE

DATE: September 16, 2018

INVOICE NO.: 201822004023

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122015

TO:

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER   PACK
HANGER CODE # 6012B7 PRICE # $0.16

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | 1N40G | REFERENCE NO. | 802C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

FACTORY NO.           102610
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.           BDNOMFASGAZ

| KMART | 1N40G | UTILITY PO CAPRI CHAMBRAY | | | 7 | 7 | 59.530  USD | 416.71  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |
| ITEM: | 530026594610 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER   PACK
HANGER CODE # 6012B7 PRICE # $0.16

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | 1N40G | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

FACTORY NO.           102610
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.           BDNOMFASGAZ

# COMMERCIAL INVOICE

Page 4 of 22

DATE: September 16, 2016

INVOICE NO.: 201622004020

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

| KMART | IN40G | UTILITY PO CAPRI CHAMBRAY | | 1 | 1 | 59.530 USD | 59.53 USD |
|-------|-------|---------------------------|--|---|---|------------|-----------|
| ITEM: | 530028594610 | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER   PACK
HANGER CODE # 6012B? PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 802C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.       102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY #ID NO.        BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI CHAMBRAY | | 12 | 12 | 53.577 USD | 642.92 USD |
|-------|-------|---------------------------|--|----|----|------------|-----------|
| ITEM: | 530028594828 | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER   PACK
HANGER CODE # 6012B? PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 801C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

# COMMERCIAL INVOICE

Page 9 of 22
DATE: September 16, 2016
INVOICE NO.: 201622204020

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean
FOB Bangladesh

FACTORY NO.        102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.        BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI CHAMBRAY | | 8 | 8 | 53.577 USD | 428.62 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 530029504826 | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE #WP8BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONALPATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 60128? PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP8BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 346, RHONE |

FACTORY NO.        102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.        BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI PERFECT KHAKI | | 25 | 25 | 47.624 USD | 1,190.60 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 530029507300 | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE #WP8BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONALPATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 60128? PRICE # $0.16

# COMMERCIAL INVOICE

Page 6 of 22

DATE: September 16, 2018

INVOICE NO.: 201822204023

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

| CONTRACT NO. | IN40G | REFERENCE NO. | 601G |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.      102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.      BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI PERFECT KHAKI | 9 | 9 | 47.624 USD | 428.62 USD |
| | | | CARTONS | AST | AST | AST |
| ITEM: | 530026597300 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE #WP9RE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONALPATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION ; 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 601287 PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 602C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.      102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.      BDNOMFASGAZ

# COMMERCIAL INVOICE

DATE: September 16, 2016

INVOICE NO.: 201622204023

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

| KMART | IN40G | UTILITY PO CAPRI PERFECT KHAKI | | 22 | 22 | 35.718 USD | 785.80 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 530026597326 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONY WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONALPATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX  100% Woven
FAB.CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 6012B7 PRICE # $0.10

| CONTRACT NO. | IN40G | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

| FACTORY NO. | 102519 |
|---|---|
| NOMAN FASHION FABRICS LTD | |
| PAGAR, TONGI | |
| GAZIPUR | |
| Bangladesh | |
| FTY MID NO. | BDNOMFASGAZ |

| KMART | IN40G | UTILITY PO CAPRI PERFECT KHAKI | | 12 | 12 | 35.718 USD | 428.62 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 530026597326 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONALPATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX  100% Woven
FAB.CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 6012B7 PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

# COMMERCIAL INVOICE

Page 8 of 22

DATE: September 10, 2016

INVOICE NO.: 301622204023

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:       KMART CORPORATION
          3333 Beverly Road
          Hoffman Estates, IL 60179
          US

SHIPPED FROM: Chittagong, Bangladesh       SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

FACTORY NO.          102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.          BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI PERFECT KHAKI | 7 | 7 | 53.577 USD | 375.04 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM:        630028807334
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE #WP0BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONALPATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +R98/20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 601287 PRICE # $0.16

CONTRACT NO.          IN40G
DC CODE               CCD
DIVISION NO.          Division 4
VENDOR ITEM CODE      WP0BE53427MI
BINDING RULING # OR
PRECLASS #

REFERENCE NO.         801C
DEPARTMENT NO.        027
VENDOR NO.            8873
COUNTRY OF ORIGIN     BANGLADESH
CATEGORY              348, RNONE

FACTORY NO.          102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.          BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI PERFECT KHAKI | 7 | 7 | 53.577 USD | 375.04 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM:        630028807334
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE #WP0BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONALPATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +R98/20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 601287 PRICE # $0.16

# COMMERCIAL INVOICE

DATE: September 16, 2016

INVOICE NO.: 201622204023

8973
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh          SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION:  Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN40G | REFERENCE NO. | 802C | |
| OC CODE | OCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8973 | |
| VENDOR ITEM CODE | WP93E53427MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

FACTORY NO.          102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.          BONOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI OLIVE NIGHT | | 25 | 25 | 47.624 USD | 1,190.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | AST |
| ITEM: | 530026597722 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE #WP93E53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 6012B7 PRICE # $0.16

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN40G | REFERENCE NO. | 801C | |
| OC CODE | OCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8973 | |
| VENDOR ITEM CODE | WP93E53427MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

FACTORY NO.          102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.          BONOMFASGAZ

# COMMERCIAL INVOICE

DATE: September 16, 2018

INVOICE NO.: 2018P22204023

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN40G | UTILITY PO CAPRI OLIVE NIGHT | | 9 | 0 | 47.624 USD | 428.62 USD |
|-------|-------|------|--|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM:    530028597722
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONALPATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER   PACK
HANGER CODE # 6012B7 PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 602C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | DIvision 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    BONOMFABGAZ

| KMART | IN40G | UTILITY PO CAPRI OLIVE NIGHT | | 22 | 22 | 35.718 USD | 785.80 USD |
|-------|-------|------|--|----|----|---|---|
| | | | | CARTONS | AST | AST | |

ITEM:    530028597730
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONALPATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER   PACK
HANGER CODE # 6012B7 PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 601C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | DIvision 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

# COMMERCIAL INVOICE

DATE: September 16, 2018

INVOICE NO.: 201522204023

6673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 445
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**   Mira Loma , CA

FOB Bangladesh

| FACTORY NO. | 102619 |
| NOMAN FASHION FABRICS LTD | |
| PAGAR, TONGI | |
| GAZIPUR | |
| Bangladesh | |
| FTY MID NO. | BDNOMFASGAZ |

| KMART | IN40G | UTILITY PO CAPRI OLIVE NIGHT | 12 | 12 | 35.718  USD | 428.62  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 530028597730 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 601287 PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 602G |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

| FACTORY NO. | 102619 |
| NOMAN FASHION FABRICS LTD | |
| PAGAR, TONGI | |
| GAZIPUR | |
| Bangladesh | |
| FTY MID NO. | BDNOMFASGAZ |

| KMART | IN40G | UTILITY PO CAPRI OLIVE NIGHT | 7 | 7 | 53.577  USD | 375.04  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 530028597813 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 601287 PRICE # $0.16

# COMMERCIAL INVOICE

DATE: September 16, 2016
INVOICE NO.: 201622204023

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN40G | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

FACTORY NO.          102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.          BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI OLIVE NIGHT | 7 | 7 | 53.577  USD | 375.04  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 530026597813 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 601207 PRICE # $0.18

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN40G | REFERENCE NO. | 802C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

FACTORY NO.          102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.          BDNOMFASGAZ

# COMMERCIAL INVOICE

DATE: September 16, 2018
INVOICE NO.: 2018222204003

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:    Mira Loma , CA

FOB Bangladesh

| KMART | IN40G | UTILITY PO CAPRI PEACH AMBER | | 7 | 7 | 35.718  USD | 250.03  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 530028001052 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONALPATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX    100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER    PACK
HANGER CODE # 601207 PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI PEACH AMBER | | 3 | 3 | 35.718  USD | 107.15  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 530028001052 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONALPATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX    100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER    PACK
HANGER CODE # 601207 PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 802C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

# COMMERCIAL INVOICE

Page 14 of 22

DATE: September 16, 2016

INVOICE NO.: 2016222204023

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| FACTORY NO. | 102619 |
| --- | --- |
| NOMAN FASHION FABRICS LTD | |
| PAGAR, TONGI | |
| GAZIPUR | |
| Bangladesh | |
| FTY MID NO. | BDNOMFASGAZ |

| KMART | IN40G | UTILITY PO CAPRI PEACH AMBER | 10 | 10 | 41.671 USD | 416.71 USD |
| --- | --- | --- | --- | --- | --- | --- |
| | | | CARTONS | AST | AST | |
| ITEM: | 530028602886 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONALPATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 601287 PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 801C |
| --- | --- | --- | --- |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

| FACTORY NO. | 102619 |
| --- | --- |
| NOMAN FASHION FABRICS LTD | |
| PAGAR, TONGI | |
| GAZIPUR | |
| Bangladesh | |
| FTY MID NO. | BDNOMFASGAZ |

| KMART | IN40G | UTILITY PO CAPRI PEACH AMBER | 4 | 4 | 41.671 USD | 166.68 USD |
| --- | --- | --- | --- | --- | --- | --- |
| | | | CARTONS | AST | AST | |
| ITEM: | 530028602886 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONALPATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 601287 PRICE # $0.16

## COMMERCIAL INVOICE

DATE: September 10, 2018

INVOICE NO.: 201822204023

Page 15 of 22

8873
PEARL GLOBAL INDUSTRIES LTD,
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

| CONTRACT NO. | IN40G | REFERENCE NO. | 802C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP8BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI PEACH AMBER | | | 9 | 9 | 41,871 USD | 375.04 USD |
| | | | | | CARTONS | AST | AST | |
| ITEM: | 530026603157 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |

STYLE #WP8BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONALPATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH; FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON , 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 2t +RS820 X 21 X20D+RS820- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 00128? PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP8BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    -BDNOMFASGAZ

# COMMERCIAL INVOICE

DATE: September 16, 2018

INVOICE NO.: 201822204023

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN40G | UTILITY PO CAPRI PEACH AMBER | | 6 | 0 | 41.671  USD | 250.03  USD |
|-------|-------|------------------------------|---|---|---|-------------|-------------|
| | | | | CARTONS | AST | AST | |

ITEM:  530026003157
MADE IN  BANGLADESH
CONTENTS  1 ASSORTMENT

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONALPATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -90%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER   PACK
HANGER CODE # 601287 PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 602C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.  102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.  BDNOMFASQAZ

| KMART | IN40G | UTILITY PO CAPRI PEACH AMBER | | 10 | 10 | 47.624  USD | 476.24  USD |
|-------|-------|------------------------------|---|----|----|-------------|-------------|
| | | | | CARTONS | AST | AST | |

ITEM:  530026003355
MADE IN  BANGLADESH
CONTENTS  1 ASSORTMENT

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONALPATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -90%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER   PACK
HANGER CODE # 601287 PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 601C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

# COMMERCIAL INVOICE

Page 17 of 22

DATE: September 16, 2018

INVOICE NO.: 201022204023

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

FACTORY NO.         102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.         BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI PEACH AMBER | | 2 | 2 | 47.624  USD | 95.25  USD |
|-------|-------|------|---|----|----|------|------|
| | | | | CARTONS | AST | AST | |
| ITEM: | 530028603355 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99% COTTON,  1% SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER   PACK
HANGER CODE # 6012B? PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 802C |
|------|------|------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR FRECLASS # | | CATEGORY | 348, RHONE |

FACTORY NO.         102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.         BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI CORE WHITE | | 17 | 17 | 47.624  USD | 809.61  USD |
|-------|-------|------|---|----|----|------|------|
| | | | | CARTONS | AST | AST | |
| ITEM: | 530028606612 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99% COTTON,  1% SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER   PACK
HANGER CODE # 6012B? PRICE # $0.16

# COMMERCIAL INVOICE

Page 18 of 22

DATE: September 10, 2018

INVOICE NO.: 201822204023

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

| | | |
|---|---|---|
| CONTRACT NO. | 1N40G | |
| DC CODE | CCD | |
| DIVISION NO. | Division 4 | |
| VENDOR ITEM CODE | WP9BE53427MI | |
| BINDING RULING # OR PRECLASS # | | |

| | |
|---|---|
| REFERENCE NO. | 601C |
| DEPARTMENT NO. | 027 |
| VENDOR NO. | 8873 |
| COUNTRY OF ORIGIN | BANGLADESH |
| CATEGORY | 348, RNONE |

FACTORY NO.        102019
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.        BDNOMFASGAZ

| KMART | 1N40G | UTILITY PO CAPRI CORE WHITE | 8 CARTONS | 0 AST | 47.624 USD AST | 285.74 USD |
|---|---|---|---|---|---|---|
| ITEM: | 530029606012 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX    100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52-5 OZ
HANGER  PACK
HANGER CODE # 601202 PRICE # $0.16

| | | |
|---|---|---|
| CONTRACT NO. | 1N40G | |
| DC CODE | CCD | |
| DIVISION NO. | Division 4 | |
| VENDOR ITEM CODE | WP9BE53427MI | |
| BINDING RULING # OR PRECLASS # | | |

| | |
|---|---|
| REFERENCE NO. | 602C |
| DEPARTMENT NO. | 027 |
| VENDOR NO. | 8873 |
| COUNTRY OF ORIGIN | BANGLADESH |
| CATEGORY | 348, RNONE |

FACTORY NO.        102019
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.        BDNOMFASGAZ

# COMMERCIAL INVOICE

Page 19 of 22

DATE: September 18, 2018

INVOICE NO.: 201822204025

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN40G | UTILITY PO CAPRI CORE WHITE | | 4 | 4 | 53.577  USD | 214.31  USD |
|-------|-------|-----------------------------|--|---|---|-------------|-------------|
| | | | | CARTONS | AST | AST | |

ITEM:           530026506601
MADE IN        BANGLADESH
CONTENTS      1 ASSORTMENT

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99% COTTON, 1% SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RS020 X 21 X20D+RS020- 77 X 52- 6 OZ
HANGER  PACK
HANGER CODE # 601267 PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 801C |
|--------------|-------|---------------|------|
| DC CODE | CGD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.          102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.          BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI CORE WHITE | | 5 | 5 | 53.577  USD | 267.88  USD |
|-------|-------|-----------------------------|--|---|---|-------------|-------------|
| | | | | CARTONS | AST | AST | |

ITEM:           530026506651
MADE IN        BANGLADESH
CONTENTS      1 ASSORTMENT

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99% COTTON, 1% SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RS020 X 21 X20D+RS020- 77 X 52- 6 OZ
HANGER  PACK
HANGER CODE # 601267 PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 802C |
|--------------|-------|---------------|------|
| DC CODE | CGD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

# COMMERCIAL INVOICE

Page 20 of 22

DATE: September 16, 2018

INVOICE NO.: 2818222204023

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

FACTORY NO.        102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.        BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI CORE WHITE | | 3 CARTONS | 3 AST | 41.671  USD AST | 125.01  USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 530028608870 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONALPATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC 69%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 6012B7 PRICE # $0.15

| CONTRACT NO. | IN40G | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.        102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.        BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI CORE WHITE | | 7 CARTONS | 7 AST | 35.718  USD AST | 250.03  USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 530028609087 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONALPATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC 99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 6012B7 PRICE # $0.10

# COMMERCIAL INVOICE

Page 21 of 22
DATE: September 16, 2018
INVOICE NO.: 201822204023

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

| CONTRACT NO. | IN40G | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.   102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.   BDNOMFASGAZ

| KMART | IN40G | UTILITY PO-CAPRI CORE WHITE | | 1 CARTONS | 1 AST | 35.718 USD AST | 35.72 USD |

ITEM:   630028696887
MADE IN   BANGLADESH
CONTENTS   1 ASSORTMENT

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONALPATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X200+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 001287 PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 802C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.   102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.   BDNOMFASGAZ

PAYMENT TERM   Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER   OPEN ACCOUNT
LC#   NO LC

# COMMERCIAL INVOICE

Page 22 of 22

DATE: September 16, 2018

INVOICE NO.: 201822204023

0073
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh          SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 309 | 309 | ASSORTMENTS | 17,567.34  USD |

TOTAL US DOLLARS SEVENTEEN THOUSAND FIVE HUNDRED SIXTY-SEVEN DOLLARS AND THIRTY-FOUR CENTS ONLY.

| PEARL GLOBAL INDUSTRIES LTD. |
|---|
| EMPLOYEE NAME | Rafiq |
| EMPLOYEE TITLE | |

APL CO. PTE LTD

**APL**   CBL # : 000001
10/01/18  KL7   **BILL OF LADING**

| | |
|---|---|
| Shipper (Principal or Seller Licensee and full address) NOMAN FASHION FABRICS LTD. PLOT # 1065-1068, PAGAR,MONNU NAGAR TONGI, GAZIPUR-1710, BANGLADESH. | BOOKING NUMBER 056448814 | BL NUMBER APLU 056448814 PAGE 1 OF 2 |
| | FINAL DEST:CCD, MIRA LOMA, CA 91752 |

CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means "To Order of Shipper")
UNTO THE ORDER OF:
DUTCH BANGLA BANK LTD.
CENTRALIZED TRADE SERVICES 315/B,
SHAHID TAJUDDIN AHMED SARONI, LEVEL-5,
TEJGAON I/A, DHAKA-1208, BANGLADESH.

FORWARDING AGENT (References, F.M.C. No.)
AIR ALLIANCE LTD.
BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,
C/A,CIR-2,DHAKA-1212,BD.

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

NOTIFY PARTY (Name and Full Address)
KMART CORPORATION,
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179,U.S.A.

ALSO NOTIFY (Name and Full Address/DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING/
FROM POINT OF DESTINATION
KMART C/O UPS SUPPLY CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE, CA. 90502.
PHONE(310)404-2792,FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO.

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT CHITTAGONG |
|---|---|
| EXPORT CARRIER (Vessel, voyage, & flag) KOTA BINTANG  044 | PORT OF LOADING CHITTAGONG, BD |
| PORT OF DISCHARGE SAN PEDRO, CA (SPO) | PLACE OF DELIVERY MIRA LOMA, CA (MWF |

Excess Valuation Please refer to Clause 7(B) on Reverse Side     **PARTICULARS FURNISHED BY SHIPPERS**

| MARKS & NUMBERS/CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| KMART ORDER NO- IN4OG ITEM NO : 530028606879 530028594778 530028594802 530028594810 530028594828 530028597300 530028597326 530028597334 530028597722 530028597730 530028597813 530028601052 530028602886 530028603157 530028605355 530028606813 530028606861 530028606879 530028605887 | SC GB18/ 7107E 399 | FREIGHT COLLECT: CTN: AA1LV84000.00.00  SLAC CY/CY LADIES UTILITY PULL ON CAPRI WOVEN PANT STYLE : WP9BE53427MI ORDER NO- IN4OG REF.NO- 801C   802C HTS# 6204.62 8021 3923.90.0080 VENDOR# 6873 DEV.NO.-0.4 DEPT-027 INVOICE NO. NFFL547-SEARS09-2018 DATE- 13-09-2018 EXP.NO.1689-024357-18 DATE- 13-09-2018 EXPORT L/C # 2254FLCC806418 DATE.29-06-2018 E-DOC BOOKING # 201822204023 RECEIVED FOR SHIPMENT:24-09-2018 CONTAINER GATE-IN DATE:26-09-2018 MOTHER VESSEL NAME: CMA CGM ORFEO V-305 CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT ** ** ORIGINAL BD ** | 1453.000KG | 11.980M3 |

| ALSO TO BE RELEASED AT DHAKA, BA | | OCEAN FREIGHT PAYABLE AT MIRA LOMA, CA | | |
|---|---|---|---|---|
| CURRENT RATES CHARGES, WEIGHTS, ETC. | | PREPAID, U.S.$ | COLLECT U.S.$ | Local Currency |

APL CO. PTE LTD
By: APL (Bangladesh) Pvt. Ltd.
Authorized Signature  AS AGENTS

| 91B | 044 | TOTAL PREPAID | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | TOTAL COLLECT | | | | | | | |
| | 00926134 | 01031103 | 00597609 | CHT | SPO | MWF | | Y | APLU 056448814 |
| POL | FORWARDER | SHIPPER | CONSIGNEE | LD PORT | DIS PORT | DEST | NOTIFY | CBU | BL NUMBER |

APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

APL                                                    APL CO. PTE LTD

CBL # : 000001
10/01/18  KL7        **BILL OF LADING**

| | |
|---|---|
| SHIPPER (Principal or Seller (common and full address))<br>NOMAN FASHION FABRICS LTD.<br>PLOT # 1065-1068, PAGAR, MONNU NAGAR<br>TONGI, GAZIPUR-1710,<br>BANGLADESH. | BOOKING NUMBER: 056448814   B/L NUMBER: **PAGE  2  OF  2**<br>APLU 056448814<br><br>EXP FINAL DEST:CCD, MIRA LOMA, CA 91752 |

CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a Consignment "To Order" means "To Order of Shipper")
UNTO THE ORDER OF :
DUTCH BANGLA BANK LTD.,
CENTRALIZED TRADE SERVICES-315/B,
SHAHID TAJUDDIN AHMED SARONI, LEVEL-5,
TEJGAON I/A, DHAKA-1208, BANGLADESH.

FORWARDING AGENT (References/F.M.C. No.)
AIR ALLIANCE LTD.
BILQUIS TOWER, 2ND FL, 6, NORTH GULSHAN,
C/A, CIR-2, DHAKA-1212, BD.

NOTIFY PARTY (Name and Full Address)
KMART CORPORATION
3333 BEVERLY ROAD
HOFFMAN ESTATES
ILLINOIS 60179, U.S.A.

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

ALSO NOTIFY (Name and Full Address) DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION
KMART C/O UPS SUPPLY CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE, 90502
PHONE (310) 404-2792 FAX (310) 404-2962
ATTN: MARY ELLEN WRATSCHKO.

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT<br>CHITTAGONG |
|---|---|
| EXPORT CARRIER (Vessel, Voyage, & flag)<br>KOTA BINTANG     044 | PORT OF LOADING<br>CHITTAGONG, BD |
| PORT OF DISCHARGE<br>SAN PEDRO, CA(SPQ) | PLACE OF DELIVERY<br>MIRA LOMA, CA(MWF) |

Excess Valuation Please refer to Clause 7(B) on Reverse Side    **PARTICULARS FURNISHED BY SHIPPERS**

| MARKS & NUMBERS/CONTAINER NOS. | NO. OF PKGS | | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| MADE IN<br>BANGLADESH<br>CONTENTS:7 &<br>8 PCS | | | ***FREIGHT COLLECT*** | | |
| ***CTR NBR***<br>GESU461237.3 | ****SEAL NBR****<br>0732289 | T/S HT  MODE  QUANT/TYPE<br>D40 96 CY/CY .399CTN<br>** SHIPPER'S LOAD, STOW AND COUNT ** | | WEIGHT<br>1453.00KG | MSMT<br>11.980M3 |
| | | | | ** FREIGHT COLLECT **<br>** ORIGINAL BL ** | |

SHIPPED ON BOARD SEP. 28, 2018

| FREIGHT PAYABLE AT | | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|---|
| FREIGHT/CHARGES/WEIGHT/MEASURE | RATE | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |

APL CO. PTE LTD

By APL (Bangladesh) Pvt. Ltd.
Authorized Signatory ... As agents

Date SEP 28 2018
Place Signed CHITTAGONG.

| 91B | 044 | | TOTAL PREPAID | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Office | TOTAL COLLECT | | | | | | |
| | 00926134 | 01031103 | 00597609 | CHT | SPQ | MWF | | Y | APLU 056448814 |

| POE | FORWARDER | SHIPPER | CONSIGNEE | LD PORT | DIS PORT | NEXT | NOTIFY | CBC | B/L NUMBER |
|---|---|---|---|---|---|---|---|---|---|

*APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

# COMMERCIAL INVOICE

DATE: September 21, 2016

INVOICE NO.: 201822321816

8873
PEARL GLOBAL INDUSTRIES LTD.
PCIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Lorna, CA

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3Z0 | UTILITY CAPRI CHAMBRAY AS SAMPLE | 9 CARTONS | 9 AST | 41.340 USD AST | 372.06 USD |
| ITEM: | 490026683001 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE #WP9BE53427PL
DESCRIPTION: UTILITY PULL ON CAPRI ( SIZE# 1X , 2X, 3X)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX 100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 6 OZ
HANGER PACK
HANGER CODE # 60148? PRICE # $0.18

| CONTRACT NO. | IN3Z0 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE53427PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.          102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.          BDNOMFASGAZ

| KMART | IN3Z0 | UTILITY CAPRI CHAMBRAY AS SAMPLE | 4 CARTONS | 4 AST | 41.340 USD AST | 105.36 USD |
|---|---|---|---|---|---|---|
| ITEM: | 490026683001 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE #WP9BE53427PL
DESCRIPTION: UTILITY PULL ON CAPRI ( SIZE# 1X , 2X, 3X)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX 100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 6 OZ
HANGER PACK
HANGER CODE # 60148? PRICE # $0.18

# COMMERCIAL INVOICE

Page 2 of 7
DATE: September 21, 2016
INVOICE NO.: 201022321616

8073
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

| CONTRACT NO. | IN320 | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP98E53427PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    BDNOMFASGAZ

| KMART | IN320 | UTILITY CAPRI CHAMBRAY AS SAMPLE | 31 | 31 | 41.340 USD | 1,281.54 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 460028583027 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE #WP98E53427PL
DESCRIPTION: UTILITY PULL ON CAPRI ( SIZE# 1X , 2X, 3X)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT , NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA -
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 601497 PRICE # $0.18

| CONTRACT NO. | IN320 | REFERENCE NO. | 801O |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP98E53427PL. | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    BDNOMFASGAZ

| KMART | IN320 | UTILITY CAPRI CHAMBRAY AS SAMPLE | 13 | 13 | 41.340 USD | 537.42 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 460028583027 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE #WP98E53427PL
DESCRIPTION: UTILITY PULL ON CAPRI ( SIZE# 1X , 2X, 3X)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT

# COMMERCIAL INVOICE

Page 3 of 7

DATE: September 21, 2016

INVOICE NO.: 201622321816

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -98%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RS820 X 21 X20D+RS820- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 601437 PRICE # $0.18

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN320 | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 | |
| VENDOR ITEM CODE | WP90E53427PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

FACTORY NO.         102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.        BDNOMFASGAZ

| KMART | IN320 | UTILITY CAPRI CHAMBRAY AS SAMPLE | | 15 | 18 | 55.120 USD | 992.16 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| ITEM: | 460028687309 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE #WP90E53427PL
DESCRIPTION: UTILITY PULL ON CAPRI ( SIZE# 1X , 2X, 3X)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -98%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RS820 X 21 X20D+RS820- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 601437 PRICE # $0.18

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN320 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 | |
| VENDOR ITEM CODE | WP90E63427PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

FACTORY NO.        102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.        BDNOMFASGAZ

# COMMERCIAL INVOICE

Page 4 of 7
DATE: September 21, 2018
INVOICE NO.: 201822321518

5873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh       SHIPPED TO:  Mira-Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN3Z0 | UTILITY CAPRI CHAMBRAY AS SAMPLE | 6 CARTONS | 6 AST | 55.120  USD AST | 330.72  USD |
|---|---|---|---|---|---|---|

ITEM:        480028697309
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE #WP9BE53427PL
DESCRIPTION: UTILITY PULL ON CAPRI ( SIZE# 1X , 2X, 3X)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RS920 X 21 X20D+RS820- 77 X 52- 6 OZ
HANGER  PACK
HANGER CODE # 601487 PRICE # $0.18

| CONTRACT NO. | IN3Z0 | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5873 |
| VENDOR ITEM CODE | WP9BE53427PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.                    102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY NID NO.        BDNOMFASGAZ

| KMART | IN3Z0 | UTILITY CAPRI PERFECT KHAKI | 33 CARTONS | 33 AST | 48.230  USD AST | 1,591.59  USD |
|---|---|---|---|---|---|---|

ITEM:        480028668160
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE #WP9BE53427PL
DESCRIPTION: UTILITY PULL ON CAPRI ( SIZE# 1X , 2X, 3X)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RS920 X 21 X20D+RS820- 77 X 52- 6 OZ
HANGER  PACK
HANGER CODE # 601487 PRICE # $0.18

| CONTRACT NO. | IN3Z0 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5873 |
| VENDOR ITEM CODE | WP9BE53427PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

# COMMERCIAL INVOICE

Page 5 of 7
DATE: September 21, 2018
INVOICE NO.: 201822321010

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| FACTORY NO. | 102019 |
| NOMAN FASHION FABRICS LTD | |
| PAGAR, TONGI | |
| GAZIPUR | |
| Bangladesh | |
| FTY MID NO. | BDNOMFASGAZ |

| KMART | IN320 | UTILITY CAPRI PERFECT KHAKI | 15 CARTONS | 15 AST | 48.230 USD AST | 723.45 USD |
|---|---|---|---|---|---|---|

ITEM: 460025686106
MADE IN: BANGLADESH
CONTENTS: 1 ASSORTMENT

STYLE #WP9BE63427PL
DESCRIPTION: UTILITY PULL ON CAPRI ( SIZE# 1X , 2X, 3X)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 6 OZ
HANGER   PACK
HANGER CODE # 601487 PRICE # $0.16

| CONTRACT NO. | IN320 | REFERENCE NO. | 803C |
| DC CODE | OCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE63427PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

| FACTORY NO. | 102019 |
| NOMAN FASHION FABRICS LTD | |
| PAGAR, TONGI | |
| GAZIPUR | |
| Bangladesh | |
| FTY MID NO. | BDNOMFASGAZ |

| KMART | IN320 | UTILITY CAPRI PERFECT KHAKI | 3 CARTONS | 3 AST | 41.340 USD AST | 124.02 USD |
|---|---|---|---|---|---|---|

ITEM: 460025686174
MADE IN: BANGLADESH
CONTENTS: 1 ASSORTMENT

STYLE #WP9BE63427PL
DESCRIPTION: UTILITY PULL ON CAPRI ( SIZE# 1X , 2X, 3X)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 6 OZ
HANGER   PACK
HANGER CODE # 601487 PRICE # $0.16

## COMMERCIAL INVOICE

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:        KMART CORPORATION
           3333 Beverly Road
           Hoffman Estates, IL 60179
           US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3Z0 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE53427PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RHONE | |

FACTORY NO.            102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.            BDNOMFASGAZ

| KMART | IN3Z0 | UTILITY CAPRI PERFECT KHAKI | | 1 | 1 | 41.340 USD | | 41.34 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | | |
| ITEM: | 4800028680174 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |

STYLE #WP9BE53427PL
DESCRIPTION: UTILITY PULL ON CAPRI ( SIZE# 1X , 2X, 3X)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -98%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RS820 X 21 X20D+RS820- 77 X 52- 5 OZ .
HANGER   PACK
HANGER CODE # 601487 PRICE # $0.18

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3Z0 | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE53427PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RHONE | |

FACTORY NO.            102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.            BDNOMFASGAZ

PAYMENT TERM         Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER          OPEN ACCOUNT
LC#                  NO LC

# COMMERCIAL INVOICE

Page 7 of 7

DATE: September 21, 2018

INVOICE NO.: 201822321616

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh        SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION:  Ocean

FOB Bangladesh

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 133 | 133 | ASSORTMENTS | 6,159.66  USD |

TOTAL US DOLLARS SIX THOUSAND ONE HUNDRED FIFTY-NINE DOLLARS AND SIXTY-SIX CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

APL

APL CO. PTE LTD

**BILL OF LADING**

| SHIPPER (Principal or Seller licensor and full address) | BOOKING NUMBER | B/L NUMBER | PAGE 1 OF 2 |
|---|---|---|---|
| NOMAN FASHION FABRICS LTD. PLOT # 1065-1066, PAGAR,MONNU NAGAR TONGI, GAZIPUR-1710, BANGLADESH. | 056385370 | APLU 056385370 | |

FINAL DEST:CCD, MIRA LOMA, CA 91752

| CONSIGNEE (Name and Full Address) (Non-Negotiable Unless Consigned to Order) | FORWARDING AGENT (Reference, F.M.C. No.) |
|---|---|
| UNTO THE ORDER OF DUTCH BANGLA BANK LTD. CENTRALIZED TRADE SERVICES,315/B SHAHID TAJUDDIN AHMED SARONI LEVEL-5, TEJGAON I/A, DHAKA-1208, BANGLADESH | AIR ALLIANCE LTD. BILQUIS TOWER,2ND FL,6,NORTH GULSHAN, C/A,CIR-2,DHAKA-1212,BD. |
| | PORT AND COUNTRY OF ORIGIN OF GOODS GAZIPUR, BANGLADESH |

| NOTIFY PARTY (Name and Full Address) | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING EXPORT INSTRUCTIONS/PIER TERMINAL/ONWARD ROUTING |
|---|---|
| KMART CORPORATION 3333 BEVERLY ROAD HOFFMAN ESTATES ILLINOIS 60179,U.S.A. | FROM/POINT OF DESTINATION KMART C/O UPS SUPPLY CHAIN SOLUTION,19701 HAMILTON AVENUE TORRANCE, CA 90502 PHONE(310)404-2792 FAX(310)404-2962 ATTN:MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| EXPORTING CARRIER (Vessel, Voyage & Flag) | PORT OF LOADING |
|---|---|
| KOTA BINTANG    044 | CHITTAGONG, BD |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO CA(SPO) | MIRA LOMA CA(MNT) |

*Excess Valuation (Please refer to Clause 7(B) on Reverse Side)     PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NUMBERS/CONTAINER NO. | NO. OF PKGS | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| KMART ORDER NO:01N3Z0 ITEM NO : 460028683001 460028683027 460028687109 460028688166 460028688174 MADE IN BANGLADESH CONTENTS: PCS | SCCB18 133 | FREIGHT COLLECT 3.07E CTN. AALDV84000,00,00  SLAC CY/CY LADIES UTILITY PULL ON CAPRI WOVEN PANT STYLE : MP9BRS3227PL ORDER NO:01N3Z0 REF.NO:80143,80108 RTS#:6205 52 6021 3925 90 0080 VENDOR# 8873 DIV#:009 DEPT#027 INVOICE NO : NFFL557-SEARS11-2018 DATE:23-09-2018 EXP NO:4189-024992-18 DATE:-23-09-2018 EXPORT L/C # 275VHDCOB06418 DATE:23.05.2018 RFCC#BOOKING : 2018228224816 RECEIVED FOR SHIPMENT:23-09-2018 ON BOARD : SHIPPED 23-09-2018 ON OTHER VESSEL KOTA BINTANG V.044 CONTINUED ON FOLLOWING PAGE #1 FREIGHT COLLECT ORIGINAL B/L | 585.200KG | 4.850M3 |

| DHAKA,BD | | MIRA LOMA, CA | |
|---|---|---|---|

APL CO. PTE LTD
by APL (Bangladesh) Pvt. Ltd.
(AS AGENTS)

| 044 | | | | | |
|---|---|---|---|---|---|
| 009261341 | 010331103 | 005976098 | CBT | SPO | MNT | APLU 056385370 |

APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

APL CO. PTE LTD

## BILL OF LADING

| | | |
|---|---|---|
| SHIPPER (Principal or Seller Licensee and full address) | BOOKING NUMBER | B/L NUMBER  PAGE  2  OF  2 |
| ROMAN FASHION FABRICS LTD. | 056385370 | APLU 056385370 |
| PLOT # 1055-1068, PAGAR, MONNU NAGAR | | |
| TONGI  GAZIPUR-1710, | EXP  FINAL DEST: CCD, MIRA LOMA, CA 91752 | |
| BANGLADESH. | | |

CONSIGNEE (Name and full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means "To Order of Shipper")

UNTO THE ORDER OF:
DUTCH BANGLA BANK LTD.
CENTRALIZED TRADE SERVICES-31-B,
SHAHID TAJUDDIN AHMED SARONI, LEVEL-5,
TEJGAON I/A, DHAKA-1208, BANGLADESH.

FORWARDING AGENT (References, F.M.C. NO.)
AIR ALLIANCE LTD
BILQUIS TOWER, 2ND FL, 6 NORTH GULSHAN,
C/A, CIR-2, DHAKA-1212, BD.

NOTIFY PARTY (Name and full Address)
KMART CORPORATION,
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179, U.S.A.

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

ALSO NOTIFY (Name and Full Address) DOMESTIC ROUTING/
EXPORTED IN (RUCTIONS/PIER-TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION
KMART C/O UPS SUPPLY CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE, CA 90502.
PHONE(310)404-2932, FAX(310)404-2952
ATTN:MARY ELLEN WRATSCHKO.

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| OCEAN CARRIER (VESSEL) | VOY. | PORT OF LOADING |
|---|---|---|
| HUA BINTANG | 044 | CHITTAGONG, BD |

| PORT OF DISCHARGE | PLACE OF DELIVERY (Optional) |
|---|---|
| SAN PEDRO (CA)(SP) | MIRA LOMA, CA (MM) |

FOR TRANSHIPMENT (Complete only if Clause 20/1 of Reverse Side)    PARTICULARS FURNISHED BY SHIPPER

| MARKS AND CONTAINER NBRS | NO. OF PKGS. | TYPE | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| CGTR NBR: | SEAL NBR: | | ***FREIGHT COLLECT*** | WEIGHT | MSMT |
| GESU6612967 | 0732295 | | ***I/S BL  MODE  QUANT/TYPE  DID 95  CY-CY  132CTN** | 585.20KG | 2.850M3 |
| | | | SHIPPER'S LOAD, STOW AND COUNT ** | | |
| | | | | ** FREIGHT COLLECT ** | |
| | | | | ** ORIGINAL BD ** | |
| | | | SHIPPED ON BOARD SEP 26, 2018 | | |

APL CO. PTE LTD

for APL (Bangladesh) Pvt. Ltd.

SEP 26 2018
CHITTAGONG

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 918-044 | TOTAL PKGS. | | | | | | |
| 00926134 | 010348054 | 0059750050 | CHT | DEQ | MWF | X | APLU 056385370 |

| PLACE | FORWARDER | SHIPPER | CONSIGNEE | 3D PORT | ORIGIN | NEXT | NOTIFY | ORI | B/L NUMBER |
|---|---|---|---|---|---|---|---|---|---|

APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

# COMMERCIAL INVOICE

Page 1 of 6

DATE: September 18, 2018

INVOICE NO.: 201821000676

8873
PEARL GLOBAL INDUSTRIES LTD,
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
..rila
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Shava (JNP), India      SHIPPED TO:   Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB India

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN326 | WP9RT77100MI PRINTEDCLOUD DANCER MULTI F | 44 | 44 | 31.570 USD | 1,389.08 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 550048415067 | | | ( 44 PCS ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

WP9RT77100MI
DESCRIPTION : RUFFLE SLEEVE BLOUSE
DETAILS OF THE GARMENT- LADIES ROUND NECK TOP WITH SHORT RUFFLE SLEEVE
BODY LENGTH- BACK HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% Rayon    //         100 % WOVEN
COUNT & CONSTRUCTION:      60x60
HANGER PACK  //      HANGER CODE :- 464   // PRICE - $ 0.072 / PIECE

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN326 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9RT77100MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 841, RNONE | |

FACTORY NO.        104314
PEARL GLOBAL INDUSTRIES LTD (19A)
19A, ANU SOLAR BUILDING, NTTF ROAD
2ND STAGE PEENYA INDUSTRIAL AREA
BANGALORE
KARNATAKA
India
FTY MID NO.        INPEAGLO19BAN

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN326 | WP9RT77100MI PRINTEDCLOUD DANCER MULTI F | 48 | 48 | 27.060 USD | 1,298.88 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 550048415103 | | | ( 48 PCS ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

WP9RT77100MI
DESCRIPTION : RUFFLE SLEEVE BLOUSE
DETAILS OF THE GARMENT- LADIES ROUND NECK TOP WITH SHORT RUFFLE SLEEVE
BODY LENGTH- BACK HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% Rayon    //         100 % WOVEN
COUNT & CONSTRUCTION:      60x60
HANGER PACK  //      HANGER CODE :- 464   // PRICE - $ 0.072 / PIECE

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN326 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9RT77100MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 841, RNONE | |

FACTORY NO.        104314

# COMMERCIAL INVOICE

Page 2 of 6

DATE: September 18, 2018

INVOICE NO.: 201821900076

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Nhava Sheva (JNP), India        SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

                                                FOB India

PEARL GLOBAL INDUSTRIES LTD (19A)
19A, ANU SOLAR BUILDING, NTTF ROAD
2ND STAGE PEENYA INDUSTRIAL AREA
BANGALORE
KARNATAKA
India
FTY MID NO.        INPEAGLO19BAN

| KMART | IN3Z8 | WP9RT77100MI PRINTEDRIVIERA DITSY FLORAL | 36 | 36 | 31,670 USD | 1,139.52 USD |
|-------|-------|------------------------------------------|----|----|------------|--------------|
| ITEM: | 550040416047 | | CARTONS | AST | AST | |
| MADE IN | INDIA | | | (36 PCS) | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

WP9RT77100MI
DESCRIPTION : RUFFLE SLEEVE BLOUSE
DETAILS OF THE GARMENT- LADIES ROUND NECK TOP WITH SHORT RUFFLE SLEEVE
BODY LENGTH- BACK HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% Rayon      //      100 % WOVEN
COUNT & CONSTRUCTION:      60x60
HANGER PACK  //        HANGER CODE :- 464   // PRICE - $ 0.072  / PIECE

| CONTRACT NO. | IN3Z8 | REFERENCE NO. | 601 |
|--------------|-------|---------------|-----|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9RT77100MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE |

FACTORY NO.        104314
PEARL GLOBAL INDUSTRIES LTD (19A)
19A, ANU SOLAR BUILDING, NTTF ROAD
2ND STAGE PEENYA INDUSTRIAL AREA
BANGALORE
KARNATAKA
India
FTY MID NO.        INPEAGLO19BAN

| KMART | IN3Z8 | WP9RT77100MI PRINTEDRIVIERA DITSY FLORAL | 45 | 45 | 27,060 USD | 1,217.70 USD |
|-------|-------|------------------------------------------|----|----|------------|--------------|
| ITEM: | 550048415988 | | CARTONS | AST | AST | |
| MADE IN | INDIA | | | (45 PCS) | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

WP9RT77100MI
DESCRIPTION : RUFFLE SLEEVE BLOUSE
DETAILS OF THE GARMENT- LADIES ROUND NECK TOP WITH SHORT RUFFLE SLEEVE
BODY LENGTH- BACK HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% Rayon      //      100 % WOVEN
COUNT & CONSTRUCTION:      60x60
HANGER PACK  //        HANGER CODE :- 464   // PRICE - $ 0.072  / PIECE

# COMMERCIAL INVOICE

Page 3 of 5

DATE: September 18, 2018

INVOICE NO.: 201821000676

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3Z8 | REFERENCE NO. | 601 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9RT77100MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE |

FACTORY NO.    104314
PEARL GLOBAL INDUSTRIES LTD (19A)
19A, ANU SOLAR BUILDING, NTTF ROAD
2ND STAGE PEENYA INDUSTRIAL AREA
BANGALORE
KARNATAKA
India
FTY MID NO.    INPEAGLO19BAN

| KMART | IN3Z8 | WP9RT77100MI PRINTEDMEDIEVAL BLUE FLORAL | 29 | 29 | 31.570 USD | 915.53 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 550048418305 | | | (29 PCS) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

WP9RT77100MI
DESCRIPTION : RUFFLE SLEEVE BLOUSE
DETAILS OF THE GARMENT- LADIES ROUND NECK TOP WITH SHORT RUFFLE SLEEVE
BODY LENGTH- BACK HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORIGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% Rayon    //    100 % WOVEN
COUNT & CONSTRUCTION:    60x60
HANGER PACK //    HANGER CODE :- 484    // PRICE - $ 0.072 / PIECE

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3Z8 | REFERENCE NO. | 601 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9RT77100MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE |

FACTORY NO.    104314
PEARL GLOBAL INDUSTRIES LTD (19A)
19A, ANU SOLAR BUILDING, NTTF ROAD
2ND STAGE PEENYA INDUSTRIAL AREA
BANGALORE
KARNATAKA
India
FTY MID NO.    INPEAGLO19BAN

| KMART | IN3Z8 | WP9RT77100MI PRINTEDMEDIEVAL BLUE FLORAL | 46 | 46 | 27.060 USD | 1,244.76 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 550048418313 | | | (46 PCS) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

WP9RT77100MI
DESCRIPTION : RUFFLE SLEEVE BLOUSE

# COMMERCIAL INVOICE

Page 4 of 6

DATE: September 18, 2018

INVOICE NO.: 201821800076

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 449
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India     SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

DETAILS OF THE GARMENT- LADIES ROUND NECK TOP WITH SHORT RUFFLE SLEEVE
BODY LENGTH- BACK HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% Rayon     //     100 % WOVEN
COUNT & CONSTRUCTION:     60x60
HANGER PACK  //     HANGER CODE :- 484   // PRICE - $ 0.072  / PIECE

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3Z6 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9RT77100MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE | |

FACTORY NO.     104314

PEARL GLOBAL INDUSTRIES LTD (19A)

19A, ANU SOLAR BUILDING, NTTF ROAD

2ND STAGE PEENYA INDUSTRIAL AREA

BANGALORE

KARNATAKA

India

FTY MID NO.     INPEAGLO19BAN

| KMART | IN3Z6 | WP9RT77100MI PRINTEDEARTH RED SCATTER DA | 24 | 24 | 31.570 USD | 757.68 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 890049419147 | | ( 24 PCS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

WP9RT77100MI
DESCRIPTION : RUFFLE SLEEVE BLOUSE
DETAILS OF THE GARMENT- LADIES ROUND NECK TOP WITH SHORT RUFFLE SLEEVE
BODY LENGTH- BACK HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% Rayon     //     100 % WOVEN
COUNT & CONSTRUCTION:     60x60
HANGER PACK  //     HANGER CODE :- 484   // PRICE - $ 0.072  / PIECE

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3Z6 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9RT77100MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE | |

FACTORY NO.     104314

PEARL GLOBAL INDUSTRIES LTD (19A)

19A, ANU SOLAR BUILDING, NTTF ROAD

2ND STAGE PEENYA INDUSTRIAL AREA

BANGALORE

KARNATAKA

India

FTY MID NO.     INPEAGLO19BAN

# COMMERCIAL INVOICE

Page 5 of 6

DATE: September 18, 2018

INVOICE NO.: 2018218000076

0073
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122018

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

| KMART | IN3Z8 | WP9RT77100MI PRINTEDEARTH RED SCATTER DA | 39 CARTONS | 39 ( 39 ) AST | 27.060  USD AST | 1,055.34  USD |

ITEM:    550048422414
MADE IN    INDIA
CONTENTS    1 ASSORTMENT

WP9RT77100MI
DESCRIPTION : RUFFLE SLEEVE BLOUSE
DETAILS OF THE GARMENT- LADIES ROUND NECK TOP WITH SHORT RUFFLE SLEEVE
BODY LENGTH- BACK HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% Rayon    //        100 % WOVEN
COUNT & CONSTRUCTION:        60x50
HANGER PACK  //        HANGER CODE :- 454   // PRICE - $ 0.072  / PIECE

| CONTRACT NO. | IN3Z8 | REFERENCE NO. | 601 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8073 |
| VENDOR ITEM CODE | WP9RT77100MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE |

FACTORY NO.    104314
PEARL GLOBAL INDUSTRIES LTD (19A)
19A, ANU SOLAR BUILDING, NTTF ROAD
2ND STAGE PEENYA INDUSTRIAL AREA
BANGALORE
KARNATAKA
India
FTY MID NO.    INPEAGLO19BAN

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT
LC#        NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 311 | 311 | ASSORTMENTS | 9,015.49  USD |

TOTAL US DOLLARS NINE THOUSAND FIFTEEN DOLLARS AND FORTY-NINE CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 6 of 6
DATE: September 18, 2016
INVOICE NO.: 201621900875

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

**TO:**

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Chambersburg , PA

FOB India

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

UPS Supply Chain Solutions

UPS SUPPLY CHAIN SOLUTIONS INC.
STI License No. 4275F
FORWARDER'S CARGO RECEIPT

| | | |
|---|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)<br>PEARL GLOBAL INDUSTRIES LIMITED<br>446, UDYOG VIHAR PHASE-V,<br>GURGAON HARYANA -122016, INDIA | BOOKING NO.<br>966473379 | CARGO RECEIPT NO.<br>7796071305 |
| | EXPORT REFERENCES<br>AWB 7796071305<br>CUST PO NO: IN3Z8/801<br>CUST INV NO:201821900876 | DATE OF RECEIPT OF CARGO<br>18-SEP-2018 |

| | |
|---|---|
| CONSIGNEE (NON NEGOTIABLE UNLESS CONSIGNED TO ORDER)<br>KMART CORPORATION<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179<br>USA | **THIS IS NOT A DOCUMENT OF TITLE**<br>**UPS SUPPLY CHAIN SOLUTIONS, INC.**<br>Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared. |
| NOTIFY PARTY (COMPLETE NAME AND ADDRESS)<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE<br>TORRANCE, CA 90502<br>PH:(310)404-2792/FAX:(310)404-2962<br>ATTN: MARY ELLEN WRATSCHKO | Declared Value is: _____ |
| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>NHAVA SHEVA, INDIA | EXPORT LICENSE NO |
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MAERSK CHICAGO 1808 | PORT OF LADING<br>NHAVA SHEVA, INDIA | |
| PORT OF DISCHARGE<br>NEWARK | PORT OF DELIVERY BY ON CARRIER<br>CHAMBERSBURG, PA | NO OF ORIGINALS<br>1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MRKU4255512<br>SEALCODE1:<br>MLIN1639800<br>MARKS & NO:<br>CTN NO:<br>01-311<br><br>FREIGHT COLLECT<br>CFS/DOOR | 1 | 40' HIGH CUBE CONTAINER 311 PIECES<br>SAID TO CONTAIN 311 CARTON<br>LADIES TOP MADE OUT FROM 100% VISCOSE PRINT<br>RAYON WOVEN FABRIC 60X60/ 90X88 GSM 85 (+/-10% )<br>HTS/RITC CODE NO : 621143<br>INV NO : PGIILBE/0579/1819<br>STYLE NO : WP9RC77100MI<br>PO NO : IN3Z8/801<br>TOTAL QTY : 1999 PCS<br>NT WT 267.170  KGS<br>SB NO: 7687081 DTD 19/9/2018 | 576.350 KG<br>1268.430 LB | 5.262 M3<br>185.801 F3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

| In accordance with Instruction from Buyer, we have received the following documents from Shipper on: | This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.<br>As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC. |
|---|---|

| Document List | Original | Copy |
|---|---|---|
| CARGO RECEIPT | 0 | 0 |

For UPS SCS (INDIA) PVT. LTD.

AS AGENT

Issued by   MUMBAI

SHIPPED ON BOARD
2 3 SEP 2018
FOR UPS SCS, MUMBAI
AS AGENT

Month   Oct      Day   03      Year   2018

## COMMERCIAL INVOICE

Page 1 of 24
DATE: September 10, 2016
INVOICE NO. 20160000401S

**8873**
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (USE PER) |
|---|---|---|---|---|---|---|
| KMART | IN40G | UTILITY PO CAPRI CHAMBRAY | 43 CARTONS | 43 AST | 47.624 USD AST | 2,047.83 USD |
| ITEM: | 630028594778 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| | | STYLE #WP8BE53427MI | | | | |
| | | DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT | | | | |
| | | ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST | | | | |
| | | NON FUNCTIONAL FLY AT CENTRE FRONT | | | | |
| | | 2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET | | | | |
| | | 2 RIVET ON EACH FRONT POCKET OPENING | | | | |
| | | SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING | | | | |
| | | GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF | | | | |
| | | COUNTRY OF ORIGIN (FABRIC) - CHINA | | | | |
| | | COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH | | | | |
| | | FABRIC -99%COTTON, 1%SPANDEX   100% Woven | | | | |
| | | FAB. CONSTRUCTION : 21 +RSB20 X 21 X29D+RSB20- 77 X 52- 5 OZ | | | | |
| | | HANGER PACK | | | | |
| | | HANGER CODE # 001207 PRICE # $0.16 | | | | |

| CONTRACT NO. | IN40G | REFERENCE NO. | 601P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP8BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RHONE |

FACTORY NO.        102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.        BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI CHAMBRAY | 17 CARTONS | 17 AST | 47.624 USD AST | 809.61 USD |
|---|---|---|---|---|---|---|
| ITEM: | 630028594778 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| | | STYLE #WP8BE53427MI | | | | |
| | | DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT | | | | |
| | | ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST | | | | |
| | | NON FUNCTIONAL FLY AT CENTRE FRONT | | | | |
| | | 2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET | | | | |
| | | 2 RIVET ON EACH FRONT POCKET OPENING | | | | |
| | | SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING | | | | |
| | | GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF | | | | |
| | | COUNTRY OF ORIGIN (FABRIC) - CHINA | | | | |
| | | COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH | | | | |
| | | FABRIC -99%COTTON, 1%SPANDEX   100% Woven | | | | |
| | | FAB. CONSTRUCTION : 21 +RSB20 X 21 X29D+RSB20- 77 X 52- 5 OZ | | | | |
| | | HANGER PACK | | | | |
| | | HANGER CODE # 001207 PRICE # $0.16 | | | | |

# COMMERCIAL INVOICE

Page 2 of 24
DATE: September 16, 2018
INVOICE NO.: 2018222304016

6573
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UUYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh    SHIPPED TO:  Chambersburg , PA
MODE OF TRANSPORTATION:  Ocean
FOB Bangladesh

| CONTRACT NO. | IN40G | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6573 |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RHONE |

FACTORY NO.    102819
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI CHAMBRAY | | 31 | 31 | 35.718 USD | 1,107.26 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM:    6300028594602
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA,
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RS520 X 21 X20D+RS520- 77 X 52 - 6 OZ
HANGER  PACK
HANGER CODE # 601287 PRICE # $0.18

| CONTRACT NO. | IN40G | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6573 |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RHONE |

FACTORY NO.    102819
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI CHAMBRAY | | 26 | 26 | 35.718 USD | 928.67 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | ASY | |

ITEM:    6300028594602
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT

# COMMERCIAL INVOICE

Page 3 of 24

DATE: September 16, 2016

INVOICE NO.: 201522204016

8673
PEARL GLOBAL INDUSTRIES LTD.
PGR, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh

**SHIPPED TO:** Chambersburg, PA

**MODE OF TRANSPORTATION:** Ocean

**FOB** Bangladesh

2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20C+RSB20- 77 K 62- 5 OZ
HANGER  PACK
HANGER CODE # 601287 PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 602P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP90CE3427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI CHAMBRAY | | 7 | 7 | 69.530 USD | 416.78 USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 63002850481U | | | CARTONS | AST | AST | |
| **MADE IN** | BANGLADESH | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |

STYLE #WP90CE3427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKEY OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20C+RSB20- 77 K 62- 5 OZ
HANGER  PACK
HANGER CODE # 601287 PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 601P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP90CE3427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    BDNOMFASGAZ



# COMMERCIAL INVOICE

Page 4 of 24
DATE: September 16, 2016
INVOICE NO.: 201022204015

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Bangladesh

| KMART | IN40G | UTILITY PO CAPRI CHAMBRAY | | 1 CARTONS | 1 AST | 59.530 USD AST | 59.53 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 530028694810 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE #WP99ES3427MI
DESCRIPTION:LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC 49%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RS820 X 21 X200+RS820- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 601287 PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP99ES3427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    102610
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI CHAMBRAY | | 12 CARTONS | 12 AST | 53.577 USD AST | 642.92 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 530028694828 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE #WP99ES3427MI
DESCRIPTION:LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC 49%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RS820 X 21 X200+RS820- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 601287 PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 801P |
|---|---|---|---|
| PC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP99ES3427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

# COMMERCIAL INVOICE

B873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO, 440
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

POG Bangladesh

FACTORY NO.    102519
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
PTY MID NO.    BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI CHAMBRAY | | 9 CARTONS | 9 AST | 53.577 USD AST | 482.19 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 5300285594826 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC-99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSD20 X 21 X200+RSD20-77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 501207 PRICE # 10.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | POO | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | B873 |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    102519
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
PTY MID NO.    BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI PERFECT KHAKI | | 26 CARTONS | 26 AST | 47.624 USD AST | 1,238.22 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 5300285597300 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSD20 X 21 X200+RSD20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 501207 PRICE # 10.16

# COMMERCIAL INVOICE

DATE: September 16, 2016

INVOICE NO.: 201622204015

6673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| CONTRACT NO. | IN40G | REFERENCE NO. | 601P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 |
| VENDOR ITEM CODE | WPS0E53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    BDNOMFABGAZ

| KMART | IN40G | UTILITY PO CAPRI PERFECT KHAKI | | | 9 | 9 | 47.624 USD | 428.62 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |
| ITEM: | 630028507300 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |

STYLE #WPS0E53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA.
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -69%COTTON, 1%SPANDEX 100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20-77 X 62- 5 OZ
HANGER PACK
HANGER CODE # 601287 PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 602P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 |
| VENDOR ITEM CODE | WPS0E53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    BDNOMFABGAZ

# COMMERCIAL INVOICE

DATE: September 16, 2016
INVOICE NO.: 2016222204015

6673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:       KMART CORPORATION
          3333 Beverly Road
          Hoffman Estates, IL 60179
          US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN40G | UTILITY PO CAPRI PERFECT KHAKI | | 22 CARTONS | 22 AST | 35.716 USD AST | 785.60 USD |
|---|---|---|---|---|---|---|---|

ITEM:           630026597326
MADE IN         BANGLADESH
CONTENTS        1 ASSORTMENT

STYLE #WP90E53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC 49%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RS/B20 X 21 X20D+RS/B20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 601287 PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 |
| VENDOR ITEM CODE | WP90E53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 340, RNONE |

FACTORY NO.        102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.        BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI PERFECT KHAKI | | 12 CARTONS | 12 AST | 35.716 USD AST | 428.52 USD |
|---|---|---|---|---|---|---|---|

ITEM:           630026597326
MADE IN         BANGLADESH
CONTENTS        1 ASSORTMENT

STYLE #WP90E53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC 49%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RS/B20 X 21 X20D+RS/B20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 601287 PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 |
| VENDOR ITEM CODE | WP90E53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 340, RNONE |

# COMMERCIAL INVOICE

Page 6 of 24
DATE: September 16, 2015
INVOICE NO.: 201022204016

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 440
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | |
|---|---|---|
| FACTORY NO. | 102519 | |
| NOMAN FASHION FABRICS LTD | | |
| PAGAR, TONGI | | |
| GAZIPUR | | |
| Bangladesh | | |
| FTY MID NO. | BDNOMFASGAZ | |

| KMART | IN40G | UTILITY PO CAPRI PERFECT KHAKI | 7 CARTONS | 7 AST | 53.577 USD AST | 375.04 USD |
|---|---|---|---|---|---|---|
| ITEM: | 530028597334 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC-99%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RS020 X 21 X20D+RSB20- 77 X 62- 5 OZ
HANGER  PACK
HANGER CODE # 601297 PRICE # $0.16

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN40G | REFERENCE NO. | 601P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

| | |
|---|---|
| FACTORY NO. | 102519 |
| NOMAN FASHION FABRICS LTD | |
| PAGAR, TONGI | |
| GAZIPUR | |
| Bangladesh | |
| FTY MID NO. | BDNOMFASGAZ |

| KMART | IN40G | UTILITY PO CAPRI PERFECT KHAKI | 7 CARTONS | 7 AST | 53.577 USD AST | 375.04 USD |
|---|---|---|---|---|---|---|
| ITEM: | 530028597334 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC-99%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RS020 X 21 X20D+RSB20- 77 X 62- 5 OZ
HANGER  PACK
HANGER CODE # 601297 PRICE # $0.16

## COMMERCIAL INVOICE

DATE: September 16, 2018

INVOICE NO.: 201822204015

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM:  Chittagong, Bangladesh        SHIPPED TO:  Chambersburg, PA

MODE OF TRANSPORTATION:  Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN40G | REFERENCE NO. | 602P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP90E53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.          102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.          BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI PERFECT KHAKI | | 1 | 1 | 59.530 USD | 59.53 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | S30028567347 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE #WP90E53427MI
DESCRIPTION:LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC 49%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 #RS820 X 21 X20D+RS820- 77 X 63- 5 OZ
HANGER   PACK
HANGER CODE # 5012B7 PRICE # $0.16

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN40G | REFERENCE NO. | 601P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP90E53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.          102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.          BDNOMFASGAZ



# COMMERCIAL INVOICE

DATE: September 16, 2018

INVOICE NO.: 201822204015

Page 10 of 24

8873
PEARL GLOBAL INDUSTRIES LTD
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN40G | UTILITY PO CAPRI OLIVE NIGHT | | 26 | 26 | 47.624 USD | 1,236.22 USD |
| | | | | CARTONS | AST | | AST |
| ITEM: | 530028597722 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC-99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 6012B7 PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 601P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    102019
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI OLIVE NIGHT | | 9 | 9 | 47.624 USD | 428.62 USD |
| | | | | CARTONS | AST | | AST |
| ITEM: | 530028597722 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC-99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 6012B7 PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 602P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

# COMMERCIAL INVOICE

DATE: September 16, 2018

INVOICE NO.: 281022204815

8573
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. #46
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg, PA

FOB Bangladesh

FACTORY NO.        102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.        BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI OLIVE NIGHT | 22 CARTONS | 22 AST | 35.718 USD AST | 785.80 USD |
|-------|-------|------------------------------|------------|--------|----------------|------------|

ITEM:        530026597730
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE #WP98E53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC-99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X200+RSB20- 77 X 62- 5 OZ
HANGER  PACK
HANGER CODE # 601207 PRICE # $0.16

CONTRACT NO.        IN40G            REFERENCE NO.        801P
DC CODE             PCD              DEPARTMENT NO.       027
DIVISION NO.        Division 4       VENDOR NO.           8573
VENDOR ITEM CODE    WP98E53427MI     COUNTRY OF ORIGIN    BANGLADESH
BINDING RULING # OR                  CATEGORY             348, RNONE
PRECLASS #

FACTORY NO.
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.        BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI OLIVE NIGHT | 12 CARTONS | 12 AST | 35.718 USD AST | 428.62 USD |
|-------|-------|------------------------------|------------|--------|----------------|------------|

ITEM:        530026597730
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE #WP98E53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC-99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X200+RSB20- 77 X 62- 5 OZ
HANGER  PACK
HANGER CODE # 601207 PRICE # $0.16

# COMMERCIAL INVOICE

Page 12 of 24

DATE: September 16, 2016

INVOICE NO.: 201622204015

8073
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Bangladesh

| CONTRACT NO. | IN40G | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9BES3427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO. 102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO. BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI OLIVE NIGHT | | 7 | 7 | $3,577 USD | 375.04 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 630028597813 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE #WP9DES3427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC 99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X200+RSB20- 77 X 52- 5 OZ
HANGER   PACK
HANGER CODE # 601287 PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WP9BES3427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO. 102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO. BDNOMFASGAZ

# COMMERCIAL INVOICE

DATE: September 16, 2016

INVOICE NO.: 2016222004015

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:        KMART CORPORATION

3333 Beverly Road

Hoffman Estates, IL 60179

US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN40G | UTILITY PO CAPRI OLIVE NIGHT | | 7 | 7 | 53.577 USD | 375.04 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM:        530028507513
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC-99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RS820 X 21 X20D+RS820- 77 X 52- 5 OZ
HANGER   PACK
HANGER CODE # 60128? PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 602P |
|---|---|---|---|
| DC CODE | PCO | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RHONE |

FACTORY NO.        102518
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.        BONOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI OLIVE NIGHT | | 1 | 1 | 69.530 USD | 69.53 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM:        530028508548
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC-99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RS820 X 21 X20D+RS820- 77 X 52- 5 OZ
HANGER   PACK
HANGER CODE # 60128? PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 601P |
|---|---|---|---|
| DC CODE | PCO | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # . | | CATEGORY | 348, RHONE |

# COMMERCIAL INVOICE

DATE: September 16, 2018

INVOICE NO.: 201822201015

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122010

TO:      KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO:   Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

FACTORY NO.        102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.        BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI PEACH AMBER | | 6 | 6 | 35.718 USD | 285.74 USD |
|-------|-------|------------------------------|--|----------|-----|------------|------------|
| | | | | CARTONS | AST | AST | |
| ITEM: | 5330026001052 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE #WP90E65427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC-99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 6012B7 PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 601P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP90E65427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.        102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.        BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI PEACH AMBER | | 4 | 4 | 35.718 USD | 142.87 USD |
|-------|-------|------------------------------|--|----------|-----|------------|------------|
| | | | | CARTONS | AST | AST | |
| ITEM: | 5330026001052 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE #WP90E65427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC-99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 62- 5 OZ
HANGER  PACK
HANGER CODE # 6012B7 PRICE # $0.16

# COMMERCIAL INVOICE

DATE: September 16, 2018
INVOICE NO.: 201822204015

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 445
LIOYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

                                            FOB Bangladesh

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN40G | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.        102618
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.        BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI PEACH AMBER | | 11 | 11 | 41.671 USD | 458.38 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 530028602986 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE #WP9BE53427MI
DESCRIPTION:LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG-CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RS820 X 21 X20D+RS820- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 6012#/7 PRICE # 50.16

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN40G | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.        102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.        BDNOMFASGAZ



# COMMERCIAL INVOICE

DATE: September 16, 2018
INVOICE NO.: 201822204015

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh       SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN40G | UTILITY PO CAPRI PEACH AMBER | 5 CARTONS | 5 AST | 41.871 USD AST | 209.35 USD |
|---|---|---|---|---|---|---|

ITEM: 530028602696
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX 100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER PACK
HANGER CODE # 601287 PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO. 102019
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO. BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI PEACH AMBER | 9 CARTONS | 9 AST | 41.871 USD AST | 376.84 USD |
|---|---|---|---|---|---|---|

ITEM: 530028603157
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX 100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER PACK
HANGER CODE # 601287 PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

## COMMERCIAL INVOICE

DATE: September 16, 2018

INVOICE NO.: 2018222D4015

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 445
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      KMART CORPORATION
         3333 Beverly Road
         Hoffman Estates, IL 00179
         US

SHIPPED FROM: Chittagong, Bangladesh          SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

FACTORY NO.        102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.        BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI PEACH AMBER | | 6 | 6 | 41.671 USD | 250.03 USD |
|-------|-------|------------------------------|--|---|---|-----------|-----------|
| | | | | CARTONS | AST | AST | |

ITEM:       530028003157
MADE IN     BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC-99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RS820 X 21 X20D+RS820- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 601287 PRICE # $0.16

CONTRACT NO.         IN40G             REFERENCE NO.      802P
DC CODE              PCD               DEPARTMENT NO.     027
DIVISION NO.         Division 4        VENDOR NO.         8873
VENDOR ITEM CODE     WP9BE53427MI      COUNTRY OF ORIGIN  BANGLADESH
BINDING RULING # OR                    CATEGORY           346, RNONE
PRECLASS #

FACTORY NO.          102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.          BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI PEACH AMBER | | 10 | 10 | 47.624 USD | 476.24 USD |
|-------|-------|------------------------------|--|----|----|-----------|-----------|
| | | | | CARTONS | AST | AST | |

ITEM:       530028003355
MADE IN     BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC-99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RS820 X 21 X20D+RS820- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 601287 PRICE # $0.16

# COMMERCIAL INVOICE

Page 18 of 24

DATE: September 15, 2016

INVOICE NO.: 2016222040015

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. #46
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN40G | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 | |
| VENDOR ITEM CODE | WP98E653427MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

FACTORY NO.        102919
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.        BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI PEACH AMBER | | 3 | 3 | 47,624 USD | 142.87 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| ITEM: | 530026003355 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE #WP98E653427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -60%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION ; 21 x RS820 X 21 X20D+RS820- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 6012R? PRICE # $0.18

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN40G | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 | |
| VENDOR ITEM CODE | WP98E653427MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

FACTORY NO.        102919
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.        BDNOMFASGAZ



**COMMERCIAL INVOICE**

Page 19 of 24
DATE: September 16, 2016
INVOICE NO.: 201822204016

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Bangladesh

| KMART | IN40G | UTILITY PO CAPRI CORE WHITE | | 17 CARTONS | 17 AST | 47.624 USD AST | 809.61 USD |
|-------|-------|-----------------------------|--|------------|--------|----------------|------------|

ITEM:        S30028606812
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAISY
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RS020 X 21 X200+RS020- 77 X 62- 5 OZ
HANGER  PACK
HANGER CODE # 601287 PRICE # $0.18

CONTRACT NO.          IN40G
DC CODE               PCD
DIVISION NO.          Division 4
VENDOR ITEM CODE      WP9BE53427MI
BINDING RULING # OR
PRECLASS #

REFERENCE NO.         501P
DEPARTMENT NO.        027
VENDOR NO.            6673
COUNTRY OF ORIGIN     BANGLADESH
CATEGORY              348, RNONE

FACTORY NO.           102919
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.           BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI CORE WHITE | | 7 CARTONS | 7 AST | 47.624 USD AST | 333.37 USD |
|-------|-------|-----------------------------|--|-----------|-------|----------------|------------|

ITEM:        S30028606812
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RS020 X 21 X200+RS020- 77 X 62- 5 OZ
HANGER  PACK
HANGER CODE # 601287 PRICE # $0.18

CONTRACT NO.          IN40G
DC CODE               PCD
DIVISION NO.          Division 4
VENDOR ITEM CODE      WP9BE53427MI
BINDING RULING # OR
PRECLASS #

REFERENCE NO.         502P
DEPARTMENT NO.        027
VENDOR NO.            6673
COUNTRY OF ORIGIN     BANGLADESH
CATEGORY              348, RNONE



# COMMERCIAL INVOICE

Page 20 of 24
DATE: September 16, 2015
INVOICE NO.: 201522206015

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

FACTORY NO.        102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.        BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI CORE WHITE | | | | |
|---|---|---|---|---|---|---|
| ITEM: | 6300286006561 | | 5 CARTONS | 6 AST | 53.577 USD AST | 267.88 USD |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE #WP99E53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX  100% Woven
FAB, CONSTRUCTION : 21 +RSB20 X 21 X200+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 601207 PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 501P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP99E53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RHONE |

FACTORY NO.        102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.        BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI CORE WHITE | | | | |
|---|---|---|---|---|---|---|
| ITEM: | 6300286006561 | | 6 CARTONS | 6 AST | 53.577 USD AST | 321.46 USD |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE #WP99E53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX  100% Woven
FAB, CONSTRUCTION : 21 +RSB20 X 21 X200+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 601207 PRICE # $0.16

# COMMERCIAL INVOICE

Page 21 of 24
DATE: September 18, 2010
INVOICE NO.: 201022204015

6673
PEARL GLOBAL INDUSTRIES LTD.
PGR, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh       SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | |
|---|---|
| CONTRACT NO. | IN40G |
| DC CODE | PCD |
| DIVISION NO. | Division 4 |
| VENDOR ITEM CODE | WP9BE53427MI |
| BINDING RULING # OR PRECLASS # | |

| | |
|---|---|
| REFERENCE NO. | 802P |
| DEPARTMENT NO. | 027 |
| VENDOR NO. | 6673 |
| COUNTRY OF ORIGIN | BANGLADESH |
| CATEGORY | 348, RNONE |

FACTORY NO.    102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI CORE WHITE | | 3 CARTONS | 3 AST | 41,871 USD AST | 125.01 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| ITEM: | 533028606679 |
| MADE IN | BANGLADESH |
| CONTENTS | 1 ASSORTMENT |

STYLE #WP9BE53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -98%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RS620 X 21 K20D+RS620- 77 X 62- 5 OZ
HANGER  PACK
HANGER CODE # 601207 PRICE # $0.16

| | |
|---|---|
| CONTRACT NO. | IN40G |
| DC CODE | PCD |
| DIVISION NO. | Division 4 |
| VENDOR ITEM CODE | WP9BE53427MI |
| BINDING RULING # OR PRECLASS # | |

| | |
|---|---|
| REFERENCE NO. | 801P |
| DEPARTMENT NO. | 027 |
| VENDOR NO. | 6673 |
| COUNTRY OF ORIGIN | BANGLADESH |
| CATEGORY | 348, RNONE |

FACTORY NO.    102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    BDNOMFASGAZ

# COMMERCIAL INVOICE

DATE: September 16, 2016
INVOICE NO.: 201622004015

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Bangladesh

| KMART | IN40G | UTILITY PO CAPRI CORE WHITE | 1 CARTONS | 1 AST | 41.571 USD AST | 41.57 USD |
|-------|-------|------------------------------|-----------|-------|----------------|-----------|

ITEM:        630028006879
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE #WP98E53427MI
DESCRIPTION:LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH; FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC 49%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RS920 X 21 X20D+RS820- 77 X 52- 6 OZ
HANGER  PACK
HANGER CODE # 601207 PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 802P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP98E53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.        102819
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.        BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI CORE WHITE | 8 CARTONS | 8 AST | 35.718 USD AST | 285.74 USD |
|-------|-------|------------------------------|-----------|-------|----------------|-----------|

ITEM:        630028006857
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE #WP98E53427MI
DESCRIPTION:LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH; FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC 49%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RS920 X 21 X20D+RS820- 77 X 52- 6 OZ
HANGER  PACK
HANGER CODE # 601207 PRICE # $0.16

| CONTRACT NO. | IN40G | REFERENCE NO. | 801P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP98E53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

## COMMERCIAL INVOICE

Page 23 of 24

DATE, September 19, 2018

INVOICE NO.: 2018222H4015

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:       KMART CORPORATION
          3333 Beverly Road
          Hoffman Estates, IL 60179
          US

SHIPPED FROM: Chittagong, Bangladesh       SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

          FOB Bangladesh

FACTORY NO.      102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.      BDNOMFASGAZ

| KMART | IN40G | UTILITY PO CAPRI-CORE WHITE | | 2 | 2 | 35.718 USD | 71.44 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM:       530026506987
MADE IN     BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE #WP90E63427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC-99%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RS820 X 21 X20D+RS820- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 691267 PRICE # $0.16

CONTRACT NO.      IN40G          REFERENCE NO.      802P
DC CODE           PCD            DEPARTMENT NO.     027
DIVISION NO.      Division 4     VENDOR NO.         8673
VENDOR ITEM CODE  WP90E63427MI   COUNTRY OF ORIGIN  BANGLADESH
BINDING RULING # OR               CATEGORY           348, HNONE
PRECLASS #

FACTORY NO.      102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.      BDNOMFASGAZ

PAYMENT TERM       Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT
LC#                NO LC

| | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|---|
| TOTAL INVOICE | | 419 | 419 | ASSORTMENTS | 18,472.18  USD |

TOTAL US DOLLARS EIGHTEEN THOUSAND FOUR HUNDRED SEVENTY-TWO DOLLARS AND EIGHTEEN CENTS ONLY.

# COMMERCIAL INVOICE

Page 24 of 24

DATE: September 10, 2018

INVOICE NO.: 2018222004015

8873
PEARL GLOBAL INDUSTRIES LTD.
FOIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:   Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

                                                           FOB Bangladesh

| PEARL GLOBAL INDUSTRIES LTD. | |
| --- | --- |
| EMPLOYEE NAME | Rafiq |
| EMPLOYEE TITLE | |



# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

Shipper:
NOMAN FASHION FABRICS LTD
Plot # 1065-1068, Pagar, Monnu Nagar
Tongi, Gazipur-1710,
Bangladesh.

Booking No.
966529933

Consigned to the order of:
UNTO THE ORDER OF:
DUTCH BANGLA BANK LTD.
CENTRALIZED TRADE SERVICES, 31576
SHAHID TAJUDDIN AHMED SARONI,
LEVEL-5, TEJGAON I/A, DHAKA-1208,
BANGLADESH Bank SWIFT Code: DBBLBDD

Notify Party:
KMART CORPORATION.
2333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179, U.S.A.

Vessel:
K-PRESS LHOTSE

Voyage No.
0538

Port of Loading:
Chittagong

Port of Discharge:
Newark

Place of Delivery:
PCD, Chambersburg, PA 17201(Door)

## PARTICULARS FURNISHED BY SHIPPER

1 Container Said to Contain 419 Cartons

1527.46 KGS     12.370 CBM

READYMADE GARMENTS
LADIES UTILITY PULL-ON CAPRI WOVEN PANT
STYLE : WP99ES3427M ORDER NO IN40G
REF NO: 801P , 802P
HTS: 6204.62.8021 , 3923.90.0080
VENDOR# 8073 DIV NO 04 DEPT# 027
INVOICE NO: NTFLS45 SEARS 03-2018 DATE 13-09-2018
EX# NO 1689-024858-18 DATE 18-09-2018
L DOC# 47C# 2254FLC08D04-18 DATE 25-06-2018
L DOC BOOKING #(2018F2260015
RECEIVED FOR SHIPMENT 21 SEP 2018
CONTAINER GATE-IN DATE: 27/09/2018
MOTHER VESSEL NAME: APL VANCOUVER V-038S

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 28/09/2018
TO LOAD ONTO < APL VANCOUVER V-038S >

KMART
ORDER NO: IN40G
53002654478

FINAL

MAERSK BANGLADESH LTD

B/L 587169425                    Page  2

# MAERSK LINE



530028594828
530028597300
530028597326
530028597334
530028597367
530028597722
530028597730
530028597813
530028598548
530028601052
530028602886
530028603157
530028603355
530028606812
530028606861
530028606879

MSKU8827877  ML-BD0468165: 10 DRY 9'6  419 Carton  1527.48 KGS  12.370 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd.
License Number: 1232/85
Date of Expiry   : 31 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (MSKU8827877) WHICH CAN ONLY
BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
587169424,587169425,587169426,587169427,587169428,587169429,587169430,587169431,587
169432,587169433,587169434,587169435 COVERING THE FULL CONTENTS OF THE
MENTIONED CONTAINER

ALSO NOTIFY : TAK ART C/O UPS - SUPPLY CHAIN
SOLUTION 1 3701 HAMILTON AVENUE
TORRANCE CA 90502
PHONE (310) 404-2792 FAX (310) 404-2962



# MAERSK LINE

ATTN:MARY ELLEN WRATSCHKO.

CY/SD

# COMMERCIAL INVOICE

Page 1 of 7

DATE: September 21, 2018

INVOICE NO.: 201822321573

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART | IN3Z0 | UTILITY CAPRI CHAMBRAY AS SAMPLE | 9 CARTONS | 9 AST | 41.340 USD AST | 372.06 USD AST |
| ITEM: | 450028683001 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE #WP9BE53427PL
DESCRIPTION: UTILITY PULL ON CAPRI ( SIZE# 1X , 2X, 3X)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC 99%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 6014B? PRICE # $0.18

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | IN3Z0 | REFERENCE NO. | 601P | | |
| OC CODE | PCD | DEPARTMENT NO. | 027 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | | |
| VENDOR ITEM CODE | WP9BE53427PL | COUNTRY OF ORIGIN | BANGLADESH | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 346, RNONE | | |
| FACTORY NO. | 102618 | | | | |
| NOMAN FASHION FABRICS LTD | | | | | |
| PAGAR, TONGI | | | | | |
| GAZIPUR | | | | | |
| Bangladesh | | | | | |
| FTY MID NO. | BDNOMFASGAZ | | | | |

| KMART | IN3Z0 | UTILITY CAPRI CHAMBRAY AS SAMPLE | 4 CARTONS | 4 AST | 41.340 USD AST | 165.36 USD AST |
|---|---|---|---|---|---|---|
| ITEM: | 450028683001 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE #WP9BE53427PL
DESCRIPTION: UTILITY PULL ON CAPRI ( SIZE# 1X , 2X, 3X)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC 99%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 6014B? PRICE # $0.18

## COMMERCIAL INVOICE

Page 2 of 7

DATE: September 21, 2016

INVOICE NO.: 201622321573

.8873
PEARL GLOBAL INDUSTRIES LTD.
PGK, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:       KMART CORPORATION
          3333 Beverly Road
          Hoffman Estates, IL 60179
          US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

| CONTRACT NO. | IN3Z0 | REFERENCE NO. | 603P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE53427PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.          102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.          BDNOMFASGAZ

| KMART | IN3Z0 | UTILITY CAPRI CHAMBRAY AS SAMPLE | 32 CARTONS | 32 AST | 41,340 USD AST | 1,322.88 USD |
|---|---|---|---|---|---|---|
| ITEM: | 460028683027 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE #WP9BE53427PL
DESCRIPTION: UTILITY PULL ON CAPRI ( SIZE# 1X , 2X, 3X)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] –CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON , 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X200+RSB20- 77 X 52- 5 OZ
HANGER   PACK
HANGER CODE # 601437 PRICE # $0.18

| CONTRACT NO. | IN3Z0 | REFERENCE NO. | 601P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | WP9BE53427PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.          102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.          BDNOMFASGAZ

| KMART | IN3Z0 | UTILITY CAPRI CHAMBRAY AS SAMPLE | 13 CARTONS | 13 AST | 41,340 USD AST | 537.42 USD |
|---|---|---|---|---|---|---|
| ITEM: | 460028683027 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE #WP9BE53427PL
DESCRIPTION: UTILITY PULL ON CAPRI ( SIZE# 1X , 2X, 3X)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTRE FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT

# COMMERCIAL INVOICE

Page 3 of 7
DATE: September 21, 2016
INVOICE NO.: 201622321573

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 6014B7 PRICE # $0.18

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | 1N3Z0 | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE53427PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

FACTORY NO.    102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    BDNOMFASQAZ

| KMART | IN3Z0 | UTILITY CAPRI CHAMBRAY AS SAMPLE | | | 18 | 18 | 55.120 USD | 992.16 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | AST |

ITEM:    460029887309
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE #WP9BE53427PL
DESCRIPTION: UTILITY PULL ON CAPRI ( SIZE# 1X , 2X, 3X)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 6014B7 PRICE # $0.18

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3Z0 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WP9BE53427PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

FACTORY NO.    102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    BDNOMFASGAZ

# COMMERCIAL INVOICE

Page 4 of 7
DATE: September 21, 2016
INVOICE NO.: 201622321573

6673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Bangladesh

| KMART | IN3ZD | UTILITY CAPRI CHAMBRAY AS SAMPLE | | 7 | 7 | 55.120 USD | 385.84 USD |
|-------|-------|----------------------------------|--|---|---|------------|------------|
| | | | | CARTONS | AST | AST | |

ITEM:    460026667309
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE #WP9BE53427PL
DESCRIPTION: UTILITY PULL ON CAPRI ( SIZE# 1X , 2X, 3X)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC)- CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X23D+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 601467 PRICE # $0.18

CONTRACT NO.    IN3ZD
DC CODE    PCD
DIVISION NO.    Division 4
VENDOR ITEM CODE    WP9BE53427PL
BINDING RULING # OR
PRECLASS #

REFERENCE NO.    803P
DEPARTMENT NO.    027
VENDOR NO.    6673
COUNTRY OF ORIGIN    BANGLADESH
CATEGORY    348, RNONE

FACTORY NO.    102019
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    BDNOMFASGAZ

| KMART | IN3ZD | UTILITY CAPRI PERFECT KHAKI | | 34 | 34 | 46.230 USD | 1,539.82 USD |
|-------|-------|-----------------------------|--|----|----|------------|--------------|
| | | | | CARTONS | AST | AST | |

ITEM:    460026668166
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE #WP9BE53427PL
DESCRIPTION: UTILITY PULL ON CAPRI ( SIZE# 1X , 2X, 3X)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 601467 PRICE # $0.18

CONTRACT NO.    IN3ZD
DC CODE    PCD
DIVISION NO.    Division 4
VENDOR ITEM CODE    WP9BE53427PL
BINDING RULING # OR
PRECLASS #

REFERENCE NO.    801P
DEPARTMENT NO.    027
VENDOR NO.    6673
COUNTRY OF ORIGIN    BANGLADESH
CATEGORY    348, RNONE

# COMMERCIAL INVOICE

Page 5 of 7

DATE: September 21, 2016

INVOICE NO.: 201822321573

8073
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

FACTORY NO.      102019
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.      BDNOMFASGAZ

| KMART | IN3Z0 | UTILITY CAPRI PERFECT KHAKI | 15 CARTONS | 15 AST | 48.230 USD AST | 723.45 USD |
|---|---|---|---|---|---|---|

ITEM:      460028588166
MADE IN      BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE #WP8BE53427PL
DESCRIPTION: UTILITY PULL ON CAPRI ( SIZE# 1X , 2X, 3X)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 601497 PRICE # $0.16

CONTRACT NO.      IN3Z0
DC CODE           PCD
DIVISION NO.      Division 4
VENDOR ITEM CODE  WP8BE53427PL
BINDING RULING # OR
FINECLASS #

FACTORY NO.      102019
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.      BDNOMFASGAZ

REFERENCE NO.      803P
DEPARTMENT NO.     027
VENDOR NO.         8573
COUNTRY OF ORIGIN  BANGLADESH
CATEGORY           348, RHONE

| KMART | IN3Z0 | UTILITY CAPRI PERFECT KHAKI | 4 CARTONS | 4 AST | 41.340 USD AST | 165.36 USD |
|---|---|---|---|---|---|---|

ITEM:      460028588174
MADE IN      BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE #WP8BE53427PL
DESCRIPTION: UTILITY PULL ON CAPRI ( SIZE# 1X , 2X, 3X)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONY WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 601497 PRICE # $0.16

# COMMERCIAL INVOICE

Page 6 of 7
DATE: September 21, 2016
INVOICE NO.: 201622321573

6673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Bangladesh

| CONTRACT NO. | IN3ZD | REFERENCE NO. | 601P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 |
| VENDOR ITEM CODE | WP03E53427PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRICLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.          102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.          BDNOMFASGAZ

| KMART | IN3ZD | UTILITY CAPRI PERFECT KHAKI | | | 2 CARTONS | 2 AST | 41.340 USD AST | 82.68 USD |
| ITEM: | 460026668174 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |

STYLE #WP03E53427PL
DESCRIPTION: UTILITY PULL ON CAPRI ( SIZE# 1X , 2X, 3X)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC 49%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 *RSB20 X 21 X26D*RSB20- 77 X 52- 5 OZ
HANGER   PACK
HANGER CODE # 60148? PRICE # $0.18

| CONTRACT NO. | IN3ZD | REFERENCE NO. | 603P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 |
| VENDOR ITEM CODE | WP03E53427PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRICLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.          102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.          BDNOMFASGAZ

PAYMENT TERM          Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER          OPEN ACCOUNT
LC#          NO LC

# COMMERCIAL INVOICE

Page 7 of 7
DATE: September 21, 2015
INVOICE NO.: 291622321673

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 443
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Chittagong, Bangladesh          SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 136 | 136 | ASSORTMENTS | 6,387.03  USD |

TOTAL US DOLLARS SIX THOUSAND THREE HUNDRED EIGHTY-SEVEN DOLLARS AND THREE CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME: _____

EMPLOYEE TITLE: _____



# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

SCAC MAEU

B/L No. 587169424

Shipper
NOMAN FASHION FABRICS LTD
Plot # 1065-1068, Payob Monnu Nagar
Tongi, Gazipur 1710,
Bangladesh.

Booking No.
966529933

Export references
297368502

Consignee (negotiable only if consigned "to order" or "to order of a named Person or "to order of bearer)
UNTO THE ORDER OF:
DUTCH BANGLA BANK LTD.
CENTRALIZED TRADE SERVICES, 315/B
SHAHID TAJUDDIN AHMED SARONI,
LEVEL-5, TEJGAON I/A, DHAKA-1208,
BANGLADESH BANK SWIFT Code: DBBLBDD

Notify Party (See clause 20)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179,U.S.A.***

Place of Receipt. Applicable only when document used as Multimodal Transport BL (See clause 1)

Vessel (see clause 1)
X-PRESS LHOTSE                    1835

Port of Loading
Chittagong

Port of Discharge
Newark

Place of Delivery. Applicable only when document used as Multimodal Transport BL (See clause 1)
CCD Chambersburg, PA17201(D000)

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Gross Weight | Measurement |
|---|---|---|
| | 505.65 KGS | 5.010 CBM |

1 Container=Std to Contain 138 CARTONS

READYMADE GARMENTS
LADIES UTILITY PULL ON CAPRI WOVEN PANT
STYLE : WEDBE53-27PL
ORDER NO IN420
REF NO 5017 T 5039
HS S: 6204.62.8021 , 6923.90.0080
VENDOR 8873
DIV NO 04
DEPT 027
INVOICE NO: NFFI-558-SEA-51117-2018 , DATE: 27-09-2018 EXP NO 1069-024943-18
DATE: 23-09-2018 Export L/C 4025BFLC000649 DATE 23-05-2018
DOC BOOKING # 201823315738
RECEIVED FOR SHIPMENT 24-SEP-2018
CONTAINER GATE-IN DATE 27-09-2018
NOTIFY VESSEL NAME "X-PRESS VANCOUVER" 041

CONTAINER RECEIVED FOR SHIPMENT BY CARRIER 05-09-2018

KMART
ORDER NO :         IN420
STYLE NO :
KAPPA-XXXX

MAERSK BANGLADESH LTD

B/L: 587169424                    Page 2

# MAERSK LINE



0028683027
0028687509
0028688166
60028688174
MADE IN
BANGLADESH
CONTENTS: 6 PCS

MSK08877877  ML-BD0463165  40 DRY 9 6  138 CARTONS  606.65 KGS  5.010 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd
License Number: 1732/65
Date of Expiry     31 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (MSK08877877) WHICH CAN ONLY
BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
587169424, 587169425, 587169426, 587169427, 587169428, 587169429, 587169870, 587169871,
587169432, 587169433, 587169434, 587169436, COVERING THE FULL CONTENTS OF THE
MENTIONED CONTAINER

LEO NOTIFY: AKHAS  C/O US SUPPLY CHAIN
SOLUTIONS 3701 HAMILTON AVENUE
TORRANCE LA 90509
PHONE 310-404-2252 FAX 310-404-2253
ATTN MARY ELLEN WRATSCHKO

DYED

2037A1    004123206

**KMART CORPORATION & SEARS ROEBUCK & CO PAYMENT OUTSTANDING REPORT- BANGLADESH & INDIA**

| Buyer | P.O NO | Inv no | factory inv no. | H/O DATE | B/L No | ETD | ETA | Cur | Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | SEARS ROEBUCK & CO. | | KMART CORPORATION | | |
| SEARS ROEBUCK & CO. | SF8843 | 2018219340054 | 1061SERK23446 | 10/Sep/18 | 584137969 | 16/Sep/18 | 20/Oct/18 | USD | 10,621.26 |
| SEARS ROEBUCK & CO. | SJ6637 | 2018218660356 | 1061SERK23448 | 10/Sep/18 | 584137968 | 16/Sep/18 | 20/Oct/18 | USD | 12,746.58 |
| SEARS ROEBUCK & CO. | SE8848 | 2018218604900 | 1061SERK23450 | 10/Sep/18 | 584137970 | 16/Sep/18 | 20/Oct/18 | USD | 16,715.02 |
| SEARS ROEBUCK & CO. | SI6688/SI6693 | 2018220268879 | 1061SERK23482 | 10/Sep/18 | 584137972 | 16/Sep/18 | 20/Oct/18 | USD | 9,445.64 |
| SEARS ROEBUCK & CO. | SP1185/SS11191 | 2018217813320 | 1061SERK23370 | 10/Sep/18 | 584137971 | 16/Sep/18 | 20/Oct/18 | USD | 7,238.40 |
| SEARS ROEBUCK & CO. | SS1181/SR1190 | 2018219671226 | 1061SERK23511 | 17/Sep/18 | APLU056448235 | 21/Sep/18 | 30/Nov/18 | USD | 21,586.31 |
| SEARS ROEBUCK & CO. | SS1181/SR1190 | 2018219672201 | 1061SERK23512 | 17/Sep/18 | 587251910 | 21/Sep/18 | 27/Oct/18 | USD | 7,613.74 |
| SEARS ROEBUCK & CO. | SS1184/SS1182/SS1 | 2018219672433 | 1061SERK23513 | 17/Sep/18 | APLU056448247 | 21/Sep/18 | 30/Nov/18 | USD | 7,043.64 |
| SEARS ROEBUCK & CO. | SS1184/SS1182/SS1 | 2018219672530 | 1061SERK23514 | 17/Sep/18 | 587251806 | 21/Sep/18 | 27/Oct/18 | USD | 5,769.00 |
| SEARS ROEBUCK & CO. | SE8872 | 2018219935905 | 1061SERK23503 | 17/Sep/18 | APLU056448233 | 21/Sep/18 | 30/Nov/18 | USD | 15,040.16 |
| SEARS ROEBUCK & CO. | SE8872 | 2018221936103 | 1061SERK23504 | 17/Sep/18 | 587251936 | 25/Sep/18 | 27/Oct/18 | USD | 12,295.84 |
| SEARS ROEBUCK & CO. | SE8848 | 2018218603392 | 1061SERK23449 | 17/Sep/18 | 587251871 | 25/Sep/18 | 27/Oct/18 | USD | 20,656.60 |
| SEARS ROEBUCK & CO. | SE8843 | 2018219933962 | 1061SERK23445 | 10/Sep/18 | APLU056447469 | 15/Sep/18 | 2/Dec/18 | USD | 12,930.03 |
| SEARS ROEBUCK & CO. | SJ6637 | 2018218603343 | 1061SERK23447 | 10/Sep/18 | APLU056447466 | 15/Sep/18 | 2/Dec/18 | USD | 15,817.08 |
| SEARS ROEBUCK & CO. | SI6688/SI6693 | 2018220268871 | 1061SERK23481 | 10/Sep/18 | APLU056447472 | 15/Sep/18 | 2/Dec/18 | USD | 11,788.42 |
| SEARS ROEBUCK & CO. | SP1185/SS11191 | 2018217813207 | 1061SERK23369 | 10/Sep/18 | APLU056447470 | 15/Sep/18 | 2/Dec/18 | USD | 8,805.60 |
| SEARS ROEBUCK & CO. | SF8788 | 2018219006605 | PGIL.BE/0578/1819 | 11/Sep/18 | 7796071283 | 25.09.2018 | 23/Oct/18 | USD | 22,407.20 |
| SEARS ROEBUCK & CO. | SI6613 | 2018217897793 | PGIL.BE/0562/1819 | 3/Sep/18 | 779600421 | 19.09.2018 | 16/Oct/18 | USD | 15,788.40 |
| SEARS ROEBUCK & CO. | SF8774 | 2018217897939 | PGIL.BE/0563/1819 | 3/Sep/18 | 779609441 | 19.09.2018 | 16/Oct/18 | USD | 14,661.72 |
| SEARS ROEBUCK & CO. | SF8788 | 2018220076610 | 1061SERK23591 | 10/Sep/18 | APLU056448925 | 28/Sep/18 | 30/Nov/18 | USD | 17,050.50 |
| SEARS ROEBUCK & CO. | SF8841/SI6645 | 2018220076728 | 1061SERK23592 | 10/Sep/18 | 587169438 | 30/Sep/18 | 3/Nov/18 | USD | 18,204.00 |
| SEARS ROEBUCK & CO. | SF8841/SI6645 | 2018222314400 | NFFL549-SEARS1 | 24/Sep/18 | APLU056448864 | 18.09.2018 | 30/Nov/18 | USD | 16,385.41 |
| SEARS ROEBUCK & CO. | SE8862 | 2018222703590 | NFFL559-SEARS1 | 24/Sep/18 | APLU056448905 | 19.09.2018 | 30/Nov/18 | USD | 9,529.65 |
| SEARS ROEBUCK & CO. | SE8862 | 2018222208747 | APLU/09/SKM/0649 | 24/Sep/18 | 587169436 | 17.09.2018 | 1/Dec/18 | USD | 18,141.35 |
| SEARS ROEBUCK & CO. | SH6602 | 2018222232092 | NFFL550-SEARS12 | 24/Sep/18 | APLU056448863 | 18.09.2018 | 30/Nov/18 | USD | 13,384.60 |
| SEARS ROEBUCK & CO. | SH6602 | 2018222269147 | NFFL560-SEARS1 | 24/Sep/18 | 587169437 | 19.09.2018 | 3/Nov/18 | USD | 7,739.55 |
| SEARS ROEBUCK & CO. | SI6614 | 2018222208696 | APLU/09/SKM/0648 | 24/Sep/18 | 587169442 | 17.09.2018 | 3/Nov/18 | USD | 26,807.75 |
| | | | | | | | Grand Total | | 386,213.45 |

Shipment handed over up to 24.09.18 In water as on 15 Oct 2018

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

B/L No. 584137969

Shipper
NORP KNIT INDUSTRIES LTD,
NORTH KHAILKUR, P.O.NATIONAL,
UNIVERSITY,GAZIPUR-1704,BANGLADESH.
TEL.No:880-2-9292036,9292037,
9291936,9291937.

Booking No.
576351497

Export References
33148740130 / 331C0025755

Consignee (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer")
UNTO THE ORDER OF:
STANDARD CHARTERED BANK,
67 GULSHAN AVENUE,DHAKA 1212,
BANGLADESH.

Notify Party (see clause 22)
SEARS ROEBUCK & CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179,USA
TEL:1-847-286-3200
FAX:1-847-455-6555***

| Vessel | Voyage No. | Place of Receipt. Applicable only when document used as Multimodal Transport B/L (see clause 1) |
|---|---|---|
| MARINE BIA | 812S | |

| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (See clause 1) |
|---|---|---|
| Chittagong | Newark | PCO,Chambersburg, PA 17201(Door) |

## PARTICULARS FURNISHED BY SHIPPER

| | Weight | Measurement |
|---|---|---|
| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | 534.45 KGS | 6.530 CBM |

1 Container Said to Contain 322 Carton

WOMEN'S 100%COTTON KNITTED TOP
STYLE NO. WP9LS78874MI
ORDER NO. SF8843
REF NO. 801P QNTY- 2,314 PCs
CAT NO.339 HTS#6110.2020.77
VENDOR#9085 , DIV NO.4 , DEPT #.007.
INVOICE NO. 1061SERK23446 DATE:01.09.2018
E-DOC INV NO.2018219340S4 DATE:01.09.2018
EXP NO. 2486-39838-2018 DATE:03.09.2018
Export L/C # PGUNDRP/1061 DATE:31.10.2017

RECEIVED FOR SHIPMENT :10.09.2018
CONTAINER GATE-IN DATE:13.09.2018
MOTHER VESSEL NAME: APL SANTIAGO V-039S

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 15/09/2018

TO LOAD ONTO <APL SANTIAGO> /<0395>

K-MART

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier. | Place of Issue of B/L |
|---|---|
| 1 container | Dhaka |

| Number & Sequence of Original B/Ls | Date of issue of B/L |
|---|---|
| 1/THREE | 2018-09-24 |

| Declared Value (see clause 7.3) | Shipped on Board Date ( Local Time ) |
|---|---|
| | 2018-09-16 |

Signed for the Carrier Maersk Line A/S

MAERSK BANGLADESH LTD
As Agent(s)

This transport document has one or more numbered pages.

# MAERSK LINE

SF8843
ITEM NO :
200063724132
200063724256
200063724769
200063724777
MADE IN
BANGLADESH
CONTENTS: PCS

MRKU47S6638  ML-BD0540533  40 DRY 9'6  322 Carton  524.45 KGS  6.530 CBN
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd
License Number : 1732/BS
Date of Expiry   : 31 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (MRKU47S6638)
WHICH CAN ONLY BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(584137968,584137969,584137970,584137971,584137972,584137973,584137974,5841
37975,584137976,584137977)
COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY: ***SEARS C/O UPS SUPPLY CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE,CA 90502
PHONE(310)404-2792,FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO. ***

CY/SD

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

# COMMERCIAL INVOICE

Page 1 of 9

DATE: September 10, 2016

INVOICE NO.: 2018210340S1

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg, PA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US $ PER) |
|---|---|---|---|---|---|---|
| SEARS | BF8843 | EMBRD TANK CORE WHITE | 143 CARTONS | 143 AST | 32.130 USD AST | 4,794.50 USD |

ITEM: 2000063724132
MADE IN: BANGLADESH
CONTENTS: 1 ASSORTMENT
SEARS DIV: 007
SEARS ITEM/SKU: 48620/

STYLE NAME: WP9L578674MI  FOB$ 4.59
SLEEVELESS EMBROIDERED TANK
EMBROIDERED CENTER FRONT, NO SLEEVE, NO POCKET, PLASTIC BUTTON
AT CENTER BACK, TURNBACK HEMMED, COVERS NAPE OF NECK
GARMENT LENGTH FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON KNITTED
HANGER CODE - 4848

| | | |
|---|---|---|
| CONTRACT NO. | BF8843 | REFERENCE NO. | 901P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9L578674MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE |

FACTORY NO.            102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY BID NO.            BDNORKNIGAZ

| SEARS | BF8843 | EMBRD TANK CORE WHITE | 33 CARTONS | 33 AST | 36.720 USD AST | 1,211.76 USD |
|---|---|---|---|---|---|---|

ITEM: 2000063724256
MADE IN: BANGLADESH
CONTENTS: 1 ASSORTMENT
SEARS DIV: 007
SEARS ITEM/SKU: 44562V

STYLE NAME: WP9L578674MI  FOB$ 4.59
SLEEVELESS EMBROIDERED TANK
EMBROIDERED CENTER FRONT, NO SLEEVE, NO POCKET, PLASTIC BUTTON
AT CENTER BACK, TURNBACK HEMMED, COVERS NAPE OF NECK
GARMENT LENGTH FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON KNITTED
HANGER CODE - 4848

# COMMERCIAL INVOICE

Page 2 of 3

DATE: September 10, 2018

INVOICE NO.: 2018219340054

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   SEARS ROEBUCK & CO.
      3333 Beverly Road
      Hoffman Estates, IL 60179
      US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SF8843 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9LS78674MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORPKNIGAZ

| SEARS | SF8843 | EMBRD TANK PEACH AMBER | | 119 CARTONS | 119 AST | 32.130 USD AST | 3,823.47 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 200063724789 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 007 | | | | | | |
| SEARS ITEM/SKU | 104664/ | | | | | | |

STYLE NAME: WP9LS78674MI   FOB$ 4.89
SLEEVELESS EMBROIDERED TANK
EMBROIDERED CENTER FRONT, NO SLEEVE, NO POCKET, PLASTIC BUTTON
AT CENTER BACK, TURNBACK HEMMED, COVERS NAPE OF NECK.
GARMENT LENGTH FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON KNITTED
HANGER CODE - 484B

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SF8843 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9LS78674MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORPKNIGAZ

| SEARS | SF8843 | EMBRD TANK PEACH AMBER | | 27 CARTONS | 27 AST | 36.720 USD AST | 991.44 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 200063724777 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 007 | | | | | | |

# COMMERCIAL INVOICE

Page 3 of 3

DATE: September 10, 2018

INVOICE NO.: 201621934054

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Bangladesh

SEARS ITEM/SKU  04984/

STYLE NAME: WPXL576474MI  FOB$ 4.60
SLEEVELESS EMBROIDERED TANK
EMBROIDERED CENTER FRONT, NO SLEEVE, NO POCKET, PLASTIC BUTTON
AT CENTER BACK, TURNBACK HEMMED, COVERS NAPE OF NECK
GARMENT LENGTH FROM HIGH-POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON KNITTED
HANGER CODE - 4840

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF8843 | REFERENCE NO. | 601P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WPXL576474MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING ROUTING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.       102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

PAYMENT TERM       Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER       OPEN ACCOUNT
LC#       NO LC

| | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|---|
| TOTAL INVOICE | | 322 | 322 | ASSORTMENTS | 10,621.26   USD |

TOTAL US DOLLARS TEN THOUSAND SIX HUNDRED TWENTY-ONE DOLLARS AND TWENTY-SIX CENTS ONLY.

(PEARL GLOBAL INDUSTRIES LTD.)
EMPLOYEE NAME
EMPLOYEE TITLE

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

SCAC MAEU

B/L No. S84137968

Shipper
NORP KNIT INDUSTRIES LTD,
NORTH KHALKUR,P.O.NATIONAL,
UNIVERSITY,GAZIPUR-1704,BANGLADESH.
TEL.No:880-2-9292036,9292037,
9291936,9291937.

Booking No.
578351497

Export References
33148740130 / 331C0025755

Svc Contract
297368502

Consignee (negotiable only if consigned "to order", "to order of" a named Person or "to order of bank")
UNTO THE ORDER OF:
STANDARD CHARTERED BANK,
67 GULSHAN AVENUE,DHAKA 1212,
BANGLADESH.

Notify Party (see clause 22)
SEARS ROEBUCK & CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179,USA
TEL:1-847-286-3200
FAX:1-847-455-6555****

| Vessel (see clause 1 + 15) | Voyage No. | Place of Receipt. Applicable only when document used as Multimodal Transport B/L (see clause 1) |
|---|---|---|
| MARINE BIA | 812S | |
| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Transport B/L (see clause 1) |
| Chittagong | Newark | PCD,Chambersburg, PA 17201(Door) |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 258 Carton | 608.88 KGS | 6.490 CBM |

WOMEN'S 100%COTTON KNITTED TOP
STYLE NO. WP9LS78974PL
ORDER NO. SJ6637
REF NO. 801P QNTY- 2,387 PCs
CAT NO.339  HTS#6110.2020.77
VENDOR#9085 , DIV NO.4 , DEPT# 007.
INVOICE NO. 1061SGRK23948 DATE:01.09.2018
E-DOC INV NO.2018218606SS DATE:01.09.2018
EXP NO. 2486-39837-2018 DATE:13.09.2018
Export L/C # PGL/NORP/1081 DATE:31.10.2017

RECEIVED FOR SHIPMENT :10.09.2018
CONTAINER GATE-IN DATE:13.09.2018
MOTHER VESSEL NAME: APL SANTIAGO V-039S

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 15/09/2018

TO LOAD ONTO <APL SANTIAGO> /<039S>

K-MART

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt (see clause 1 and 15). Total number of Containers or packages received by Carrier. | Place of Issue of B/L. | |
| 1 container | Dhaka | |
| Number & Sequence of Original B(s)/L. | Date of Issue of B/L | |
| 1/THREE | 2018-09-24 | |
| Declared Value (see clause 7.3) | Shipped on Board Date ( Local Time ) | |
| | 2018-09-16 | |

Signed for the Carrier Maersk Line A/S

MAERSK BANGLADESH LTD
As Agent(s)

This transport document has one or more numbered pages.

# MAERSK LINE

SJ6637
ITEM NO :
450063740302
450063746275
450063747349
450063749733
450063758452
450063759195
450063766232
450063766257
MADE IN
BANGLADESH
CONTENTS: PCS

MRKU4756638 ML-BD0540533 40 DRY 9'6 258 Carton 608.88 KGS 6.490 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd
License Number : 1732/85
Date of Expiry : 31 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (MRKU4756638)
WHICH CAN ONLY BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(584137968,584137969,584137970,584137971,584137972,584137973,584137974,584137975,584137976,584137977)
COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY: ***SEARS C/O UPS SUPPLY CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE,CA.90502
PHONE(310)404-2792,FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO. ***

CY/SD

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |



# COMMERCIAL INVOICE

Page 1 of 6

DATE: September 10, 2018

INVOICE NO.: 201621860356

9055
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| SEARS    SJ6637 | EMBROIDERE CABBAGE | 19 CARTONS | 19 ASY | $3.400  USD ASY | 1,014.60  USD |

ITEM:    450063740302
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT
SEARS DIV    616
SEARS ITEM/SKU    47036/

STYLE NAME: WP9LS78674PL
LADIES KNIT SLEEVELESS EMBROIDERED TANK WITH KEYHOLE OPENING IN BACK
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET
CUTTING & ASSEMBLY IN : BANGLADESH
STITCH COUNT PER 1 CM  19 VERTICAL  17 HORIZONTAL
FABRIC CONTENT: 100% COTTON, BLUE JERSEY
HANGING PACK: CODE - 4788

| CONTRACT NO. | SJ6637 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCO | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LS78674PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR.
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY SID NO.    BONORKNIGAZ

| SEARS    SJ6637 | EMBROIDENE CABBAGE | 50 CARTONS | 50 ASY | $8.740  USD ASY | 2,937.00  USD |
|---|---|---|---|---|---|

ITEM:    450063746276
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT
SEARS DIV    616
SEARS ITEM/SKU    47036/

STYLE NAME: WP9LS78674PL
LADIES KNIT SLEEVELESS EMBROIDERED TANK WITH KEYHOLE OPENING IN BACK
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET
CUTTING & ASSEMBLY IN : BANGLADESH
STITCH COUNT PER 1 CM  19 VERTICAL  17 HORIZONTAL
FABRIC CONTENT: 100% COTTON, BLUE JERSEY
HANGING PACK CODE - 4788

| CONTRACT NO. | SJ6637 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCO | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LS78674PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.    102761

# COMMERCIAL INVOICE

Page 2 of 6

DATE: September 10, 2016

INVOICE NO.: 201621590356

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:        SEARS ROEBUCK & CO.
           3333 Beverly Road
           Hoffman Estates, IL 60179
           US

SHIPPED FROM:  Chittagong, Bangladesh

MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | SJ6637 | EMBROIDERE MARITIME BLUE | | | 21 CARTONS | 21 AST | 48.060 USD AST | 1,009.26 USD |
|---|---|---|---|---|---|---|---|---|

ITEM:          450063747349
MADE IN        BANGLADESH
CONTENTS       1 ASSORTMENT
SEARS DIV      616
SEARS ITEM/SKU 47039/

STYLE NAME: WPBL578674PL
LADIES KNIT SLEEVELESS EMBROIDERED TANK WITH KEYHOLE OPENING IN BACK
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET
CUTTING & ASSEMBLY IN : BANGLADESH
STITCH COUNT PER 1 CM  19 VERTICAL  17 HORIZONTAL
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: CODE - 4799

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SJ6637 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WPBL578674PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | |

FACTORY NO.        192761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | SJ6637 | EMBROIDERE MARITIME BLUE | | | 49 CARTONS | 49 AST | 58.740 USD AST | 2,349.60 USD |
|---|---|---|---|---|---|---|---|---|

ITEM:          450063749733
MADE IN        BANGLADESH
CONTENTS       1 ASSORTMENT
SEARS DIV      616
SEARS ITEM/SKU 47039/

STYLE NAME: WPXL578674PL
LADIES KNIT SLEEVELESS EMBROIDERED TANK WITH KEYHOLE OPENING IN BACK
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET
CUTTING & ASSEMBLY IN : BANGLADESH
STITCH COUNT PER 1 CM  19 VERTICAL  17 HORIZONTAL
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: CODE - 4799



## COMMERCIAL INVOICE

Page 3 of 6
DATE: September 10, 2018
INVOICE NO.: 201621860356

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

| CONTRACT NO. | SJ6637 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9L578674PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | SJ6637 | EMBROIDERIE PEACH AMBER | | 61 CARTONS | 61 AST | 42.720 USD AST | 2,605.92 USD |

ITEM:            450063768452
MADE IN          BANGLADESH
CONTENTS         1 ASSORTMENT
SEARS DIV        616
SEARS ITEM/SKU   04704/

STYLE NAME: WP9L578674PL
LADIES KNIT SLEEVELESS EMBROIDERED TANK WITH KEYHOLE OPENING IN BACK
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET
CUTTING & ASSEMBLY IN : BANGLADESH
STITCH COUNT PER 1 CM  10 VERTICAL  17 HORIZONTAL
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK CODE - 4795

| CONTRACT NO. | SJ6637 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9L578674PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | SJ6637 | EMBROIDERIE PEACH AMBER | | 3 CARTONS | 3 AST | 37.380 USD AST | 112.14 USD |

ITEM:            450063768195
MADE IN          BANGLADESH
CONTENTS         1 ASSORTMENT
SEARS DIV        616
SEARS ITEM/SKU   04704/

STYLE NAME: WP9L578674PL

# COMMERCIAL INVOICE

Page 4 of 6

DATE: September 10, 2018

INVOICE NO.: 201821860356

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

LADIES KNIT SLEEVELESS EMBROIDERED TANK WITH KEYHOLE OPENING IN BACK
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET
CUTTING & ASSEMBLY IN : BANGLADESH
STITCH COUNT PER 1 CM  19 VERTICAL  17 HORIZONTAL
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: CODE - 4798

| CONTRACT NO. | SJ6637 | REFERENCE NO. | 601P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LS76574PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BONORKNIGAZ

| SEARS | SJ6637 | EMBROIDERE CORE WHITE | | | 61 | 61 | 42.7200 USD | 2,805.92 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |
| ITEM: | 450063765232 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |
| SEARS DIV | 616 | | | | | | | |
| SEARS ITEM/SKU | 47040Y | | | | | | | |

STYLE NAME: WP9LS76574PL
LADIES KNIT SLEEVELESS EMBROIDERED TANK WITH KEYHOLE OPENING IN BACK
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET
CUTTING & ASSEMBLY IN : BANGLADESH
STITCH COUNT PER 1 CM  19 VERTICAL  17 HORIZONTAL
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: CODE - 4798

| CONTRACT NO. | SJ6637 | REFERENCE NO. | 601P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LS76574PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BONORKNIGAZ

# COMMERCIAL INVOICE

Page 5 of 6
DATE: September 10, 2016
INVOICE NO.: 201821660366

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Bangladesh

| SEARS | SJ0037 | EMBROIDERE CORE WHITE | | 3 | 3 | 37.380 USD | 112.14 USD |
|-------|--------|------------------------|--|---|---|------------|------------|
| | | | | CARTONS | AST | AST | |

ITEM: 450063768257
MADE IN: BANGLADESH
CONTENTS: 1 ASSORTMENT
SEARS DIV: 016
SEARS ITEM/SKU: 47040/

STYLE NAME: WP9LS78874PL
LADIES KNIT SLEEVELESS EMBROIDERED TANK WITH KEYHOLE OPENING IN BACK
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET
CUTTING & ASSEMBLY IN : BANGLADESH
STITCH COUNT PER 1 CM 19 VERTICAL  17 HORIZONTAL
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: CODE ~ 4795

| CONTRACT NO. | SJ0037 | REFERENCE NO. | 601P |
|--------------|--------|----------------|------|
| DC CODE | PCO | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LS78874PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.        102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BGNORKNIGAZ

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT
LC#        NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|--|--------------------|---------------------------|--|--------------|
| TOTAL INVOICE | 258 | 258 | ASSORTMENTS | 12,746.58 USD |

TOTAL US DOLLARS TWELVE THOUSAND SEVEN HUNDRED FORTY-SIX DOLLARS AND FIFTY-EIGHT CENTS ONLY.

# COMMERCIAL INVOICE

Page 6 of 6

DATE: September 10, 2018

INVOICE NO.: 201821860356

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 445
LLOYDG VIHAR, PHASE 5
GURGAON
HARYANA
India
122015

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Chambersburg , PA

FOB Bangladesh

| PEARL GLOBAL INDUSTRIES LTD. | |
|---|---|
| EMPLOYEE NAME | |
| EMPLOYEE TITLE | |

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

SEAL: MAEU

B.L No. 584137970

| | |
|---|---|
| Shipper<br>NORP KNIT INDUSTRIES LTD,<br>NORTH KHAILKUR, P.O. NATIONAL,<br>UNIVERSITY, GAZIPUR-1704, BANGLADESH.<br>TEL.No:880-2-9292036,9292037,<br>9291036,9291937. | Booking No<br>5783S1497 |
| | Export references<br>331C48740130 / 331C0025755 |
| | SVC Contract<br>297368502 |

Onward inland routing (Not part of Carriage as agreed in Clause 1. For person and own risk of Merchant)

| | |
|---|---|
| Consignee (negotiable only if consigned "to order", "to order of a Named Person or "to order of Bearer")<br>UNTO THE ORDER OF:<br>STANDARD CHARTERED BANK,<br>67 GULSHAN AVENUE, DHAKA 1212,<br>BANGLADESH. | Notify Party (see clause 21)<br>SEARS ROEBUCK & CO.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,IL,60179,USA<br>TEL:1-847-286-3200<br>FAX:1-847-455-6555**• |

| Vessel (see clause 1 + 19)<br>MARINE BIA | Voyage No.<br>812S | Place of Receipt. Applicable only when document used as Multimodal Transport B/L (see clause 1) |
|---|---|---|
| Port of Loading<br>Chittagong | Port of Discharge<br>Newark | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1)<br>PCD,Chambersburg, PA 17201(Door) |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 597 Carton<br><br>WOMEN'S 96%COTTON 4%SPANDEX KNITTED TOP<br>STYLE NO. WP9LS78161NI<br>ORDER NO: SE8848<br>REF NO. 801P QNTY- 4,669 PCs.<br>CAT NO.339 HTS#6110.2020.77<br>VENDOR#9085, DIV NO.4 , DEPT# 007,<br>INVOICE NO. 1061SERK23450 DATE:01.09.2018<br>E-DOC INV NO.201821860400  DATE:01.09.2018<br>EXP NO. 2486-39836-2018 DATE:03.09.2018<br>Export L/C # PGL-NORP/1061 DATE:11.10.2017 | 1080.57 KGS | 7.300 CBM |

RECEIVED FOR SHIPMENT :10.09.2018
CONTAINER GATE-IN DATE:13.09.2018
MOTHER VESSEL NAME: APL SANTIAGO V-039S

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 15/09/2018

TO LOAD ONTO: <APL SANTIAGO> /<039S>

K-MART

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see Clause 14)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier.<br>1 container | Place of Issue of B/L<br>Dhaka |
|---|---|
| Number & Sequence of Original B/Ls.<br>1/THREE | Date of Issue of B/L<br>2018-09-24 |
| Declared Value (see clause 7.3) | Shipped on Board date ( Local Time )<br>2018-09-16 |

Signed for the Carrier Maersk Line A/S

MAERSK BANGLADESH LTD
As Agent(s)

This transport document has one or more numbered pages.

# MAERSK LINE

SE8848
ITEM NO :
200049793698
200049793771
200049794746
200049795446
200049796733
200049797038
200049797566
200049797863
200049801111
200049802804
200049803612
200049805856
200049807522
200049809528
200049811631
200049811664
200049814239
200049818552
200049819931
200049820178
MADE IN
BANGLADESH
CONTENTS: PCS

MRKU4756638  ML-BD0540533  40 DRY 9'6  597 Carton  1080.57 KGS  7.300 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd
License Number : 1732/85
Date of Expiry   : 31 December 2021.

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (MRKU4756638)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

# MAERSK LINE

WHICH CAN ONLY BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(584137968,584137969,584137970,584137971,584137972,584137973,584137974,5841
37975,584137976,584137977)
COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY: ***SEARS C/O UPS SUPPLY CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE,CA.90502
PHONE(310)404-2792,FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO. ***

CY/SD

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |



COMMERCIAL INVOICE

Page 1 of 13

DATE: September 10, 2016

INVOICE NO.: 201621690400

9065
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SE8848 | PIQUE POLO CORE WHITE | 22 | 22 | 25.060 USD | 551.32 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 20004979369B | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 007 | | | | | |
| SEARS ITEM/SKU | 01659/ | | | | | |

STYLE NAME: WP9LS7816HM    FOB$ 3.56
DESCRIPTION: S/S 4 BUTTON POLO (Knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)   STITCH COUNT PER 1CM VERTICAL 18 AND HORIZONTAL 17

| CONTRACT NO. | SE8848 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9065 |
| VENDOR ITEM CODE | WP9LS7816HM | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FSY MID NO.    BDNORKNIGAZ

| SEARS | SE8848 | PIQUE POLO CORE WHITE | 72 | 72 | 28.640 USD | 2,062.08 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 20004979371 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 007 | | | | | |
| SEARS ITEM/SKU | 01659/ | | | | | |

STYLE NAME: WP9LS7816HM    FOB$ 3.56
DESCRIPTION: S/S 4 BUTTON POLO (Knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)   STITCH COUNT PER 1CM VERTICAL 18 AND HORIZONTAL 17

# COMMERCIAL INVOICE

DATE: September 10, 2018

INVOICE NO.: 201821800400

8085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 445
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | 5E5846 | REFERENCE NO. | 801P | |
| DC CODE | PCO | DEPARTMENT NO. | 607 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8085 | |
| VENDOR ITEM CODE | WP9L578161MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.       102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

| SEARS | 5E5846 | PIQUE POLO MARITIME BLUE | | 82 | 82 | 28.640 USD | 1,775.68 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 200049794746 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 16585/ | | | | | | |

STYLE NAME: WP9L578161MI  FOBS 3.58
DESCRIPTION: S/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)  STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | 5E5846 | REFERENCE NO. | 801P | |
| DC CODE | PCO | DEPARTMENT NO. | 607 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8085 | |
| VENDOR ITEM CODE | WP9L578161MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.       102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

| SEARS | 5E5846 | PIQUE POLO MARITIME BLUE | | 15 | 15 | 25.060 USD | 375.90 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 200049795446 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |

# COMMERCIAL INVOICE

Page 3 of 13

DATE: September 10, 2018

INVOICE NO.: 201821860400

9065
PEARL GLOBAL INDUSTRIES LTD.
PGI, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg, PA

FOB Bangladesh

SEARS ITEM/SKU: 19598V

STYLE NAME: WP9LS78161MI   FOBS 3.58
DESCRIPTION: 5/5 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)  STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | 5E5848 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9065 |
| VENDOR ITEM CODE | WP9LS78161MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | 5E5848 | PIQUE POLO FAIRY TALE | | 42 | 42 | 29.840 USD | 1,252.96 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 200049796733 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 007 | | | | | | |
| SEARS ITEM/SKU | 19270V | | | | | | |

STYLE NAME: WP9LS78161MI   FOBS 3.58
DESCRIPTION: 5/5 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)  STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | 5E5848 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9065 |
| VENDOR ITEM CODE | WP9LS78161MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 4 of 13

DATE: September 10, 2018

INVOICE NO.: 201021860400

9065
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| SEARS | SE8848 | PIQUE POLO FAIRY TALE | | 7 | 7 | 25.060 USD | 176.42 USD |
|-------|--------|-----------------------|--|---|---|-----------|-----------|
| | | | | CARTONS | AST | AST | |

ITEM: 200049797938
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT
SEARS DIV 007
SEARS ITEM/SKU 16270/

STYLE NAME: WP9LS76181M2   FOB$ 3.58
DESCRIPTION: S/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9"W X 12" D)   STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | SE8848 | REFERENCE NO. | 801P |
|--------------|--------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9065 |
| VENDOR ITEM CODE | WP9LS76181M | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh

FTY MID NO.    BDNORKNKIAZ

| SEARS | SE8848 | PIQUE POLO CABBAGE | | 45 | 45 | 28.640 USD | 1,288.80 USD |
|-------|--------|--------------------|--|----|----|-----------|--------------|
| | | | | CARTONS | AST | AST | |

ITEM: 200049797566
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT
SEARS DIV 007
SEARS ITEM/SKU 01630/

STYLE NAME: WP9LS76181M   FOB$ 3.58
DESCRIPTION: S/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9"W X 12" D)   STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | SE8848 | REFERENCE NO. | 801P |
|--------------|--------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9065 |
| VENDOR ITEM CODE | WP9LS76181M | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761

# COMMERCIAL INVOICE

DATE: September 10, 2018

Page 5 of 13

INVOICE NO.: 201821880400

8065
PEARL GLOBAL INDUSTRIES LTD.
PGIL PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh   SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| SEARS | SE8846 | PIQUE POLO-CABBAGE | | 9 | 9 | 25.060 USD | 225.54 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 200049707643 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 01634/ | | | | | | |

STYLE NAME: WPSLS78161M1   FOBS 3.59
DESCRIPTION: S/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)   STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | SE8846 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 607 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8065 |
| VENDOR ITEM CODE | WPSLS78161M1 | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| SEARS | SE8846 | PIQUE POLO MARITIME BLUE | | 41 | 41 | 26.640 USD | 1,174.24 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 200049601111 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 17191/ | | | | | | |

STYLE NAME: WPSLS78161M1   FOBS 3.59
DESCRIPTION: S/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)   STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

# COMMERCIAL INVOICE

Page 6 of 13
DATE: September 10, 2016
INVOICE NO.: 20162IB60400

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOO Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SE8848 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP8L578181M | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.    102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| SEARS | SE8848 | PIQUE POLO MARITIME BLUE | | 7 | 7 | 25.060  USD | 175.42  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| ITEM: | 200049602804 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 007 | | | | | | |
| SEARS ITEM/SKU | 17191/ | | | | | | |

STYLE NAME: WP8L578181M   FOB$ 3.58
DESCRIPTION: B/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (6" W X 12" D)   STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SE8848 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP8L578181M | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.    102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| SEARS | SE8848 | PIQUE POLO WHITE | | 41 | 41 | 25.640  USD | 1,174.24  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| ITEM: | 200049603012 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 007 | | | | | | |

# COMMERCIAL INVOICE

Page 7 of 13

DATE: September 10, 2018

INVOICE NO.: 2018218G0400

9085
PEARL GLOBAL INDUSTRIES LTD.
PGI, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Bangladesh

SEARS ITEM/SKU: 17509/

STYLE NAME: WP9L57816164    FOB$ 3.56
DESCRIPTION: S/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)  STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SE8846 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9L57816164 | COUNTRY OF ORIGIN | BANGLADESH1 |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761

NORP KNIT INDUSTRIES LTD (UNIT 1)

NORTH KHAILKUR,

P.O. NATIONAL UNIVERSITY,

GAZIPUR

Bangladesh

FTY MID NO.    BDNORKNIGAZ

| SEARS | SE8846 | PIQUE POLO WHITE | | | | Y | Y | 25.060 USD | 175.42 USD |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CARTONS | AST | AST | |
| ITEM: | 200048808858 | | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | | |
| SEARS DIV | 007 | | | | | | | | |
| SEARS ITEM/SKU | 17509/ | | | | | | | | |

STYLE NAME: WP9L57816164    FOB$ 3.56
DESCRIPTION: S/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)  STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SE8846 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9L57816164 | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761

NORP KNIT INDUSTRIES LTD (UNIT 1)

NORTH KHAILKUR,

P.O. NATIONAL UNIVERSITY,

GAZIPUR

Bangladesh

FTY MID NO.    BDNORKNIGAZ



# COMMERCIAL INVOICE

Page 8 of 13

DATE: September 10, 2016

INVOICE NO.: 201621860400

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Bangladesh

| SEARS | SE6646 | PIQUE POLO PEACH AMBER | | 45 CARTONS | 45 AST | 28.640 USD AST | 1,288.80 USD |
|-------|--------|------------------------|---|------------|--------|----------------|--------------|

ITEM:              2000490007522
MADE IN            BANGLADESH
CONTENTS           1 ASSORTMENT
SEARS DIV          607
SEARS ITEM/SKU     17506/

STYLE NAME: WP9L578181M   FOB$ 3.58
DESCRIPTION: B/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)  STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

CONTRACT NO.              SE6646
DC CODE                   PCD
DIVISION NO.              Division 4
VENDOR ITEM CODE          WP9L578181M
BINDING RULING # OR
PRECLASS #

REFERENCE NO.             801P
DEPARTMENT NO.            007
VENDOR NO.                9085
COUNTRY OF ORIGIN         BANGLADESH
CATEGORY                  339

FACTORY NO.               102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.               BDNORKNIGAZ

| SEARS | SE6646 | PIQUE POLO PEACH AMBER | | 9 CARTONS | 9 AST | 25.080 USD AST | 225.64 USD |
|-------|--------|------------------------|---|-----------|-------|----------------|------------|

ITEM:              2000490005528
MADE IN            BANGLADESH
CONTENTS           1 ASSORTMENT
SEARS DIV          607
SEARS ITEM/SKU     17506/

STYLE NAME: WP9L578181M   FOB$ 3.58
DESCRIPTION: B/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)  STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

CONTRACT NO.              SE6646
DC CODE                   PCD
DIVISION NO.              Division 4
VENDOR ITEM CODE          WP9L578181M
BINDING RULING # OR
PRECLASS #

REFERENCE NO.             801P
DEPARTMENT NO.            007
VENDOR NO.                9085
COUNTRY OF ORIGIN         BANGLADESH
CATEGORY                  339

FACTORY NO.               102761

# COMMERCIAL INVOICE

Page 6 of 13
DATE: September 19, 2018
INVOICE NO.: 201521950400

9065
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     SEARS ROEBUCK & CO.
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

                                          FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BONORKNIGAZ

| SEARS | 6E5848 | PIQUE POLO WHITE BELS | | | 44 | 44 | 28.640  USD | 1,260.16  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |

ITEM:           2000490116531
MADE IN         BANGLADESH
CONTENTS        1 ASSORTMENT
SEARS DIV       007
SEARS ITEM/SKU  17750/

STYLE NAME: WP9LS76161M    FOBS 3.58
DESCRIPTION: 5/3 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)  STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

CONTRACT NO.        5E5848          REFERENCE NO.        801P
DC CODE             PCD             DEPARTMENT NO.       007
DIVISION NO.        Division 4      VENDOR NO.           9065
VENDOR ITEM CODE    WP9LS76161M     COUNTRY OF ORIGIN    BANGLADESH
BINDING RULING # OR                 CATEGORY             339
PRECLASS #

FACTORY NO.         102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.         BONORKNIGAZ

| SEARS | 6E5848 | PIQUE POLO WHITE BELS | | | 9 | 9 | 25.060  USD | 225.54  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |

ITEM:           2000490116604
MADE IN         BANGLADESH
CONTENTS        1 ASSORTMENT
SEARS DIV       007
SEARS ITEM/SKU  17750/

STYLE NAME: WP9LS76161M   FOBS 3.58
DESCRIPTION: 5/3 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)  STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

# COMMERCIAL INVOICE

Page 10 of 13

DATE: September 10, 2018

INVOICE NO.: 201821868400

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 445
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh      SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| CONTRACT NO. | SE8848 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LS78151M | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.     102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNIGAZ

| SEARS | SE8848 | PIQUE POLO LEMONADE | | 49 CARTONS | 49 ASY | 29,640 USD ASY | 1,403.38 USD |
| ITEM: | 200049814230 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 007 | | | | | | |

STYLE NAME: WP9LS78151M   FOBS 3.58
DESCRIPTION: B/9 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)  STITCH COUNT PER 3CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | SE8848 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LS78151M | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.     102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNIGAZ

| SEARS | SE8848 | PIQUE POLO LEMONADE | | 11 CARTONS | 11 ASY | 25,060 USD ASY | 275.06 USD |
| ITEM: | 200049816552 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 007 | | | | | | |

# COMMERCIAL INVOICE

Page 11 of 13
DATE: September 10, 2018
INVOICE NO.: 201821860400

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Chambersburg, PA
**MODE OF TRANSPORTATION:** Ocean
FOB Bangladesh

**SEARS ITEM/SKU** 01769/

STYLE NAME: WP9LE76161MI   FOB$ 3.56
DESCRIPTION: S/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION:BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (0" W X 12" D)  STITCH COUNT PER 1CM VERTICAL, 19 AND HORIZONTAL, 17

| CONTRACT NO. | SE5846 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LE76161MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| SEARS | SE5846 | PIQUE POLO CORNFLOWER BLU | 49 CARTONS | 49 AST | 39,840 USD AST | 1,403.36 USD AST |
|---|---|---|---|---|---|---|
| ITEM: | 200549219031 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 007 | | | | | |
| SEARS ITEM/SKU | 17044/ | | | | | |

STYLE NAME: WP9LE76161MI   FOB$ 3.56
DESCRIPTION: S/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION:BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (0" W X 12" D)  STITCH COUNT PER 1CM VERTICAL, 19 AND HORIZONTAL, 17

| CONTRACT NO. | SE5846 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LE76161MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 12 of 12

DATE: September 10, 2015

INVOICE NO.: 2015216000400

6085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Bangladesh

| SEARS | SE8648 | PIQUE POLO CORNFLOWER BLU | 11 CARTONS | 11 AST | 25.060 USD AST | 275.66 USD |
|---|---|---|---|---|---|---|

ITEM: 200049820170
MADE IN: BANGLADESH
CONTENTS: 1 ASSORTMENT
SEARS DIV: 637
SEARS ITEM/SKU: 17044/

STYLE NAME: WPOLS78161M4    FOB$ 2.58
DESCRIPTION: S/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (8" W X 12" D)  STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

CONTRACT NO. SE8648
DC CODE PCD
DIVISION NO. Division 4
VENDOR ITEM CODE WPOLS78161M4
BINDING RULING # OR PRECLASS #

REFERENCE NO. 901P
DEPARTMENT NO. 007
VENDOR NO. 6085
COUNTRY OF ORIGIN BANGLADESH
CATEGORY 839

FACTORY NO. 102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO. BDNORKNIGAZ

PAYMENT TERM Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER OPEN ACCOUNT
LC# NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 597 | 597 ASSORTMENTS | | 16,715.02 USD |

TOTAL US DOLLARS SIXTEEN THOUSAND SEVEN HUNDRED FIFTEEN DOLLARS AND TWO CENTS ONLY.

# COMMERCIAL INVOICE

DATE: September 10, 2016

Page 13 of 13

INVOICE NO.: 201621860400

9065
PEARL GLOBAL INDUSTRIES LTD.
PGK., PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122015

TO:      SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh

SHIPPED TO:   Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB Bangladesh

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

VGM MAEU

BL NO 584137972

Shipper
NORP KNIT INDUSTRIES LTD,
NORTH KHAILKUR,P.O.NATIONAL,
UNIVERSITY,GAZIPUR-1704,BANGLADESH.
TEL.No:880-2-9292036,9292037,
9291936,9291937.

Booking No.
578351497

Export references
33148740130 / 33‑GO025755

Onboard Contract
297368502

Consignee (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer")
UNTO THE ORDER OF:
STANDARD CHARTERED BANK,
67 GULSHAN AVENUE,DHAKA 1212,
BANGLADESH.

Notify Party (see clause 22)
SEARS ROEBUCK & CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES,AL,60179,USA
TEL:1-847-286-3200
FAX:1-847-455-6555***

| Vessel (see clause 1 + 19) MARINE BIA | Voyage No. B12S | Place of Receipt. Applicable only when document used as Multimodal Transport B/L (see clause 1) |
|---|---|---|
| Port of Loading Chittagong | Port of Discharge Newark | Place of Delivery. Applicable only when document used as Multimodal Transport B/L (see clause 1) PCD,Chambersburg, PA 17201(Door) |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight 739.02 KGS | Measurement 4.990 CBM |
|---|---|---|

1 Container Said to Contain 375 Carton

WOMEN'S 96%COTTON 4%SPANDEX KNITTED TOP
STYLE NO. WP9LS78161PT
ORDER NO. S16688
ORDER NO. 516693
REF NO. 801P QNTY: 2,754 PCs
CAT NO.339  HTS#6110.2020.77
VENDOR#9085 , DIV.NO.43,DEPT#007
INVOICE NO. 10643ERK23982 DATE:05.09.2018
E-DOC INV NO.2018220284/9  DATE:05.09.2018
EXP NO. 2496-40155-2018  DATE:1.09.2018
Export L/C #  PGL-NORP/1061 DATE: 31.10.2017

RECEIVED FOR SHIPMENT :10.09.2018
CONTAINER GATE-IN DATE:13.09.2018
MOTHER VESSEL NAME: APL SANTIAGO.V-039S

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 15/09/2018

TO LOAD ONTO <APL SANTIAGO> /<039S>

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|

| Carrier's receipt (see clause 1 and 14). Total number of containers or packages received by Carrier 1 container | Place of Issue of B/L Dhaka |
|---|---|
| Number & Sequence of Original B(s)/L 1/THREE | Date of Issue of B/L 2018-09-24 |
| Declared Value (see clause 23) | Shipped on Board Date (Local Time) 2018-09-16 |

Signed for the Carrier Maersk Line A/S

MAERSK BANGLADESH LTD
As Agent(s)

This transport document has one or more numbered pages

S16688

Page · 2

# MAERSK LINE

K-MART
S16698
S16693
ITEM NO :
470089169437
470089169445
470089169601
470089169619
470089169668
470089169676
470089169726
470089169742
470095469920
470095469938
470096482930
470096482948
MADE IN
BANGLADESH
CONTENTS: PCS

MRKU4756638  NL-BD0540533  40 DRY 9'6  375 Carton  739.02 KGS  4.990 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd
License Number : 1732/85
Date of Expiry   :  31 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (MRKU4756638)
WHICH CAN ONLY BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(584137968,584137969,584137970,584137971,584137972,584137973,584137974,584
137975,584137976,584137977)
COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY: ***SEARS C/O UPS SUPPLY CHAIN

| Freight & Charges | Rate | Unit | Prepaid | Collect |
|---|---|---|---|---|
|  |  |  |  |  |

# MAERSK LINE

SOLUTION,19701 HAMILTON AVENUE
TORRANCE,CA.90502
PHONE(310)404-2792,FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO. ***

CY/SD

# COMMERCIAL INVOICE

DATE: September 10, 2018

INVOICE NO.: 201822026579

9085
PEARL GLOBAL INDUSTRIES LTD.
POB, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh



| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | 516558 | LADIES KNI CABBAGE | 40 CARTONS | 40 AST | 24.220 USD AST | 968.80 USD |
| ITEM: | 470069169457 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 616 | | | | | |
| SEARS ITEM/SKU | 47223/ | | | | | |

STYLE NAME: WRPLS78161PT
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | 516558 | REFERENCE NO. | 60 IH | |
| PO CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WRPLS78161PT | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING & OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.        102781

NORP KNIT INDUSTRIES LTD (UNIT 1)

NORTH KHAILKUR,

P.O. NATIONAL UNIVERSITY,

GAZIPUR

Bangladesh

FTY MID NO.        BDNORKNI9AZ

| SEARS | 516558 | LADIES KNI CABBAGE | 17 CARTONS | 17 AST | 27.680 USD AST | 470.56 USD |
|---|---|---|---|---|---|---|
| ITEM: | 470069169445 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 616 | | | | | |
| SEARS ITEM/SKU | 47223/ | | | | | |

STYLE NAME: WRPLS78161PT
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)



# COMMERCIAL INVOICE

Page 2 of 6
DATE: September 10, 2016
INVOICE NO.: 201622026879

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:  Chambersburg , PA
MODE OF TRANSPORTATION: Ocean
                                                    FOB Bangladesh

| CONTRACT NO. | S15688 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WPKLS76151PT | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| SEARS | S15688 | LADIES KNI FAIRY TALE | | 40 CARTONS | 40 AST | 24.220 USD AST | 968.80 USD |
| ITEM: | 470009169501 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 616 | | | | | | |
| SEARS ITEM/SKU | 47220 | | | | | | |

STYLE NAME: WPKLS76151PT
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | S15688 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WPKLS76151PT | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| SEARS | S15688 | LADIES KNI FAIRY TALE | | 17 CARTONS | 17 AST | 27.680 USD AST | 470.56 USD |
| ITEM: | 470009169519 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 616 | | | | | | |

# COMMERCIAL INVOICE

Page 3 of 8

DATE: September 19, 2016

INVOICE NO.: 2016220288670

9085
PEARL GLOBAL INDUSTRIES LTD,
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Chambersburg , PA

FOB Bangladesh

SEARS ITEM/SKU 47224/

STYLE NAME: W9PLS78161PT
DESCRIPTION: 6/5 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED
GARMENT LENGTH 93 FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | S/6696 | REFERENCE NO. | 601P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | W9PLS78161PT | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.   102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY SID NO,   BDNORKNIGAZ

| SEARS | S/6696 | LADIES KNI BLUE BELL | | | 85 | 85 | 24,220  USD | 1,332.10  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |
| ITEM: | 470059109688 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |
| SEARS DIV | 616 | | | | | | | |
| SEARS ITEM/SKU | 47225/ | | | | | | | |

STYLE NAME: W9PLS78161PT
DESCRIPTION: 6/5 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED
GARMENT LENGTH 93 FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | S/6696 | REFERENCE NO. | 601P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | W9PLS78161PT | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.   102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY SID NO,   BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 4 of 8
DATE: September 10, 2018
INVOICE NO.: 201822026379

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO:   Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| SEARS | 816688 | LADIES KNI BLUE BELL | | 18 | 18 | 31,140 USD | 467.10 USD |
|-------|--------|----------------------|--|-----|-----|------------|------------|
| | | | | CARTONS | AST | AST | |

| ITEM: | 470069160676 |
|-------|-------------|
| MADE IN | BANGLADESH |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 616 |
| SEARS ITEM/SKU | 47226/ |

STYLE NAME: W9PLS78161PT
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT-TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | 816683 | REFERENCE NO. | 801P |
|-------------|--------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | W9PLS78161PT | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.       902761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

| SEARS | 816686 | LADIES KNI LEMONADE | | 85 | 85 | 24,220 USD | 1,332.10 USD |
|-------|--------|---------------------|--|-----|-----|------------|--------------|
| | | | | CARTONS | AST | AST | |

| ITEM: | 470069160726 |
|-------|-------------|
| MADE IN | BANGLADESH |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 616 |
| SEARS ITEM/SKU | 47226/ |

STYLE NAME: W9PLS78161PT
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT-TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | 816685 | REFERENCE NO. | 801P |
|-------------|--------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | W9PLS78161PT | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.       902761



# COMMERCIAL INVOICE

Page 6 of 8
DATE: September 10, 2016
INVOICE NO.: 201422026679

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Chambersburg , PA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | 516653 | LADIES KNI LEMONADE | | D CARTONS | 9 AST | 31.140 USD AST | 260.26 USD |
|-------|--------|---------------------|--|-----------|-------|----------------|------------|

ITEM:              470005169742
MADE IN            BANGLADESH
CONTENTS           1 ASSORTMENT
SEARS DIV          616
SEARS ITEM/SKU     47226/

STYLE NAME: W5PLS78161PT
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK (9" W x 12" D)

CONTRACT NO.            516653          REFERENCE NO.       801P
DC CODE                 PCD             DEPARTMENT NO.      007
DIVISION NO.            Division 4      VENDOR NO.          9085
VENDOR ITEM CODE        W5PLS78161PT    COUNTRY OF ORIGIN   BANGLADESH
BINDING RULING # OR                     CATEGORY            339
PRECLASS #

FACTORY NO.             102751
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | 516665 | LADIES KNI CHERRY | | 55 CARTONS | 55 AST | 24.220 USD AST | 1,332.10 USD |
|-------|--------|-------------------|--|------------|--------|----------------|--------------|

ITEM:              470005469920
MADE IN            BANGLADESH
CONTENTS           1 ASSORTMENT
SEARS DIV          616
SEARS ITEM/SKU     472434/

STYLE NAME: W5PLS78161PT
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK (9" W x 12" D)

# COMMERCIAL INVOICE

Page 0 of 8
DATE: September 10, 2018
INVOICE NO.: 201822026879

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:        SEARS ROEBUCK & CO.
           3333 Beverly Road
           Hoffman Estates, IL 60179
           US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

           FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SI6656 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9L676161PT | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BONORKNIGAZ

| SEARS | SI6656 | LADIES KNI CHERRY | | 15 CARTONS | 15 AST | 31,140 USD AST | 467.10 USD AST |
|---|---|---|---|---|---|---|---|

ITEM:            470095459036
MADE IN          BANGLADESH
CONTENTS         1 ASSORTMENT
SEARS DIV        616
SEARS ITEM/SKU   47242/

STYLE NAME: W9PL676161PT
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SI6656 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9L676161PT | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BONORKNIGAZ

| SEARS | 515093 | PIQUE POLO CORE WHITE | | 40 CARTONS | 40 AST | 22,520 USD AST | 512.80 USD AST |
|---|---|---|---|---|---|---|---|

ITEM:            470096482930
MADE IN          BANGLADESH
CONTENTS         1 ASSORTMENT
SEARS DIV        616

# COMMERCIAL INVOICE

DATE: September 10, 2018

INVOICE NO.: 201822026679

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh       SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

SEARS ITEM/SKU/  472441

STYLE NAME: WC9LS76161PT   FOB$ 3.26
DESCRIPTION: LADIES S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| | | | |
|---|---|---|---|
| CONTRACT NO. | SI5693 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WC9LS76161PT | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.       102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

| SEARS | SI5693 | PIQUE POLO CORE WHITE | | 17 CARTONS | 17 AST | 25.280 USD AST | 443.96 USD |
|---|---|---|---|---|---|---|---|

ITEM:           470098482948
MADE IN         BANGLADESH
CONTENTS       1 ASSORTMENT
SEARS DIV       616
SEARS ITEM/SKU  472441

STYLE NAME: WC9LS76161PT   FOB$ 3.26
DESCRIPTION: LADIES S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| | | | |
|---|---|---|---|
| CONTRACT NO. | SI5693 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WC9LS76161PT | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.       102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 8 of 8

DATE: September 10, 2018

INVOICE NO.: 201822025679

0085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Bangladesh

PAYMENT TERM: Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER OPEN ACCOUNT
LC# NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US $) |
|---|---|---|---|---|
| TOTAL INVOICE | 375 | 375 | ASSORTMENTS | 9,445.64 USD |

TOTAL US DOLLARS NINE THOUSAND FOUR HUNDRED FORTY-FIVE DOLLARS AND SIXTY-FOUR CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

# MAERSK LINE

BILL OF LADING FOR OCEAN TRANSPORT
OR MULTIMODAL TRANSPORT

SCAC MAEU

B/L No. 584137971

| Shipper | Booking No. |
|---|---|
| NORP KNIT INDUSTRIES LTD, NORTH KHAILKUR, P.O.NATIONAL, UNIVERSITY,GAZIPUR-1704,BANGLADESH. TEL.No:880-2:9292036,9292037, 9291936,9291937. | 578351497 |

Export references
33148740130 / 334C00257SS

Svc Contract
297368502

Onward Inland routing (Not to be part of Carriage as defined in clause 1. For account and risk of Merchant)

| Consignee (negotiable only if consigned "to order", "to order of a named Person or "to order of bearer") | Notify Party (see clause 22) |
|---|---|
| UNTO THE ORDER OF: STANDARD CHARTERED BANK, 67 GULSHAN AVENUE,DHAKA 1212, BANGLADESH. | SEARS ROEBUCK &CO. 3333 BEVERLY ROAD, HOFFMAN ESTATES,AL,60179,USA TEL:1-847-286-3200 FAX:1-847-455-6555*** |

| Vessel (see clause 1+ 19) | Voyage No. | Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
|---|---|---|
| MARINE BIA | 812S | |
| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
| Chittagong | Newark | PCD,Chambersburg, PA 17201(Door) |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| | 795.50 KGS | 5.980 CBM |

1 Container Said to Contain 370 Carton

WOMEN'S 90%POLYESTER 10%SPANDEX KNITTED DRESS
STYLE NO.  WP9JO53509JR
STYLE NO.  WP9JO53510JR
ORDER NO.  SP1185
ORDER NO.  SS1151
REF NO.  801P QNTY- 2,220 PCS
CAT NO.642  HTS#6104.6320.11
VENDOR#9085 , DIV. NO.4, DEPT# 087
INVOICE NO. 1061SERK23170  DATE:30.08.2018
E-DOC INV NO.2018211781320   DATE:30.08.2018
EXP NO. 2496-39261-2018  DATE: 30.08.2018
Export L/C #  PGL-NORP/1061  DATE: 31.10.2017

RECEIVED FOR SHIPMENT :10.09.2018
CONTAINER GATE-IN DATE:13.09.2018
MOTHER VESSEL NAME: APL SANTIAGO V-039S

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 15/09/2018

TO LOAD ONTO <APL SANTIAGO> /<039S>

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier. | Place of Issue of B/L |
|---|---|
| 1 container | Dhaka |
| Number & Sequence of Original B(s)/L | Date of Issue of B/L |
| 1/THREE | 2018-09-24 |
| Declared Value (see clause 7.3) | Shipped on Board Date ( Local Time ) |
| | 2018-09-16 |

Signed for the Carrier Maersk Line A/S

MAERSK BANGLADESH LTD
As Agent(s)

This transport document has one or more numbered pages.

B/L: 584137971                    Page : 2

# MAERSK LINE

K-MART
SP1185
SS1191
ITEM NO :
040052643806
040052643855
040070829023
040070829106
MADE IN
BANGLADESH
CONTENTS: PCS

MRKU4756638  ML-BD0540533  40 DRY 9'6  370 Carton  796.50 KGS  5.980 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd
License Number : 1732/85
Date of Expiry    :  31 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (MRKU4756638)
WHICH CAN ONLY BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(584137968,584137969,584137970,584137971,584137972,584137973,584137974,5841
37975,584137976,584137977)
COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY: ***SEARS C/O UPS SUPPLY CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE,CA,90502
PHONE(310)404-2792,FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO. ***

CY/SD

*1-61 Sold 2.33.7a*

# COMMERCIAL INVOICE

Page 1 of 3
DATE: September 10, 2016
INVOICE NO.: 201521781320

9065
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh   SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh



| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (/US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SP1185 | SIDE STRIP BLACK DAISY | 93 CARTONS | 93 AST | 20.160 USD AST | 1,874.88 USD |
| ITEM: | 040052643805 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 602 | | | | | |
| SEARS ITEM/SKU | 12548/ | | | | | |

STYLE NAME: WPSJO63509JR
DESCRIPTION: LADIES KNIT SIDE STRIPE SKATER SKIRT
LEG OPENING HEMMED, NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER,
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL - 10 / HORIZONTAL -17,
HANGER CODE# 6012B
Size: S,M,L,XL

| | | | |
|---|---|---|---|
| CONTRACT NO. | SP1185 | REFERENCE NO. | 601P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9065 |
| VENDOR ITEM CODE | WPSJO63509JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O, NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
PTY MID NO.    BDNORKNIGAZ

| SEARS | SP1185 | SIDE STRIP RED | 93 CARTONS | 93 AST | 20.160 USD AST | 1,874.88 USD |
|---|---|---|---|---|---|---|
| ITEM: | 040052643855 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 602 | | | | | |
| SEARS ITEM/SKU | 16509/ | | | | | |

STYLE NAME: WPSJO63509JR
DESCRIPTION: LADIES KNIT SIDE STRIPE SKATER SKIRT
LEG OPENING HEMMED, NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER,
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL - 10 / HORIZONTAL -17,
HANGER CODE# 6012B
Size: S,M,L,XL

| | | | |
|---|---|---|---|
| CONTRACT NO. | SP1185 | REFERENCE NO. | 601P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9065 |
| VENDOR ITEM CODE | WPSJO63509JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RNONE |



# COMMERCIAL INVOICE

Page 2 of 3
DATE: September 10, 2018
INVOICE NO.: 201821781320

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Bangladesh

FACTORY NO.        902751
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | SS1191 | SIDE STRIP BLACK | | 92 CARTONS | 92 AST | 18.960 USD | 1,744.32 USD |

ITEM: 010070829023
MADE IN: BANGLADESH
CONTENTS: 1 ASSORTMENT
SEARS DIV 802
SEARS ITEM/SKU 019K2/

STYLE NAME: WP9JO53510JR
DESCRIPTIONS: LADIES KNIT SKIRT
DETAIL OF THE GARMENTS: SIDE STRIPE BODYCON SKIRT WITH WAIST BANDS 2 PLY WITH
ELASTIC, ZIPPER AT BACK
NO POCKETS, NO BUTTON,
FABRICATION: BODY- 90% POLYESTER 10% SPANDEX
HANGER CODE# 80129
Size: S,M,L,XL

| CONTRACT NO. | SS1191 | REFERENCE NO. | 801F |
| DC CODE | FCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9JO53510JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 842, RNONE |

FACTORY NO.        902751
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | SS1191 | SIDE STRIP ROYAL BLUE | | 92 CARTONS | 92 AST | 18.960 USD | 1,744.32 USD |

ITEM: 010070829108
MADE IN: BANGLADESH
CONTENTS: 1 ASSORTMENT
SEARS DIV 802
SEARS ITEM/SKU 019K3V

STYLE NAME: WP9JO53510JR
DESCRIPTIONS: LADIES KNIT SKIRT
DETAIL OF THE GARMENTS: SIDE STRIPE BODYCON SKIRT WITH WAIST BANDS 2 PLY WITH
ELASTIC, ZIPPER AT BACK
NO POCKETS, NO BUTTON,
FABRICATION: BODY- 90% POLYESTER 10% SPANDEX
HANGER CODE# 80129
Size: S,M,L,XL

# COMMERCIAL INVOICE

Page 3 of 3
DATE: September 10, 2016
INVOICE NO.: 2016211761320

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | 6S1191 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WPSJO53610UR | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RHONE | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

PAYMENT TERM    Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER    OPEN ACCOUNT
LC#    NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 370 | 370 | ASSORTMENTS | 7,238.40  USD |

TOTAL US DOLLARS SEVEN THOUSAND TWO HUNDRED THIRTY-EIGHT DOLLARS AND FORTY CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME
EMPLOYEE TITLE

23511

APL CO. PTE LTD
21967126

## APL — BILL OF LADING

| | |
|---|---|
| **SHIPPER** (Principal or Seller licensee and full address)<br>NORP KNIT INDUSTRIES LTD.<br>NORTH KHAILKUR, P.O.NATIONAL<br>UNIVERSITY,GAZIPUR-1704,BANGLADESH.<br>TEL:880-2-9292036-2037,9291936-1937. | **BOOKING NUMBER** 056448235<br>**B/L NUMBER** APLU 056448235<br>**PAGE** 1 OF 2 |
| | **FINAL DEST:CCD, MIRA LOMA, CA 91752** |
| **CONSIGNEE** (Name and Full Address)<br>(Unless provided otherwise, a consignment "To Order" means "To Order of Shipper")<br>UNTO THE ORDER OF:<br>STANDARD CHARTERED BANK,<br>67 GULSHAN AVENUE,DHAKA 1212,<br>BANGLADESH. | **FORWARDING AGENT** (References, F.M.C. No.)<br>AIR ALLIANCE LTD.<br>BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,<br>C/A,CIR-2,DHAKA-1212,BD. |
| | **POINT AND COUNTRY OF ORIGIN OF GOODS**<br>GAZIPUR, BANGLADESH |
| **NOTIFY PARTY** (Name and Full Address)<br>SEARS ROEBUCK&CO.<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES,IL.60179,USA<br>TEL:1-847-286-3200<br>FAX:1-847-455-6555 | **ALSO NOTIFY** (Name and Full Address)/DOMESTIC ROUTING/<br>EXPORT INSTRUCTION/EMPICK-TERMINAL/ONWARD ROUTING<br>**FROM POINT OF DESTINATION**<br>SEARS C/O UPS SUPPLY CHAIN SOLUTION<br>19701 HAMILTON AVENUE<br>TORRANCE, CA 90502 PHONE:(310)<br>404-2792,FAX:(310)404-2982,<br>ATTN:MARY ELLEN WRATSCHKO. |
| **INITIAL CARRIAGE BY** (MODE) | **PLACE OF RECEIPT** CHITTAGONG |
| **EXPORT CARRIER** (Vessel, Voyage, & Reg)<br>TAICHUNG    005 | **PORT OF LOADING** CHITTAGONG, BA |
| **PORT OF DISCHARGE**<br>SAN PEDRO,CA (SPO) | **PLACE OF DELIVERY** MIRA LOMA,CA-MWF |

Excess Valuation Please refer to Clause 7(3) on Reverse Side    **PARTICULARS FURNISHED BY SHIPPERS**

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| K-MART<br>SS1181<br><br>SR1190<br><br>ITEM NO :<br>040052532108<br>040052534831<br>040052537743<br>040052539913<br>040052545704<br>040052545712<br>04J052545910<br>040052545910<br><br>040053069910<br>J40055440176<br>040055440580<br>040055447320<br>040055448047<br>040055449870<br>040055452177<br>040055452965 | SC GB18/<br>924<br>7107E | FREIGHT COLLECT<br>CTN   AA)LV84000.00.00  SLAC CY/CY<br>WOMEN'S 90% POLYESTER 10% SPANDEX<br>KNITTED DRESS<br>STYLE NO. WP9JO78520JR<br>STYLE NO. WP9JO78521JR<br>ORDER NO. SS1181<br>ORDER NO. SR1190<br>REF NO. 801C QNTY- 5,951 PCS<br>CAT NO.639 HTS#6109.9010.50<br>VENDOR#9085 , DIV NO.4 , DEPT# 007,<br><br>INVOICE NO. 1061SERK23511 DATE:<br>05.09.2018<br>E-DOC INV NO.201821967126 DATE:<br>05.09.2018<br>EXP NO. 2486-40422-2018 DATE:<br>09.09.2018<br>EXPORT L/C # PGL-NORP/1061 DATE:<br>31.10.2017<br>RECEIVED FOR SHIPMENT: 17.09.2018<br>CONTAINER GATE-IN DATE : 19.09.2018<br>MOTHER VESSEL NAME : CMA CGM<br>           CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT **<br>                                   ** ORIGINAL BL ** | 1986.600KG | 16.080M3 |

| **PLACE OF RECEIPT/ISSUE** DHAKA, BA | **OCEAN FREIGHT PAYABLE AT** MIRA LOMA, CA | |
|---|---|---|
| | **PREPAID U.S. $** | **COLLECT U.S. $** | **Local Currency** |

APL CO. PTE LTD

By APL (Bangladesh) Pvt. Ltd.
Authorised Signature    AS AGENTS

| J1M | 005 | **TOTAL PREPAID** | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Office | **TOTAL COLLECT** | | | | | | |
| | 00926134 | 00562026 | 46266005 | CHT | SPQ | MWF | | Y | APL 056448235 |
| FOC | FORWARDER | SHIPPER | CONSIGNEE | LD PORT | DIS PORT | DEST | NOTIFY | CSC | B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

APL CO. PTE LTD

## BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER | PAGE 2 OF 2 |
|---|---|---|---|
| NORP KNIT INDUSTRIES LTD,<br>NORTH KHAILKUR, P.O.NATIONAL<br>UNIVERSITY,GAZIPUR-1704,BANGLADESH.<br>TEL:880-2-9292036-2037,9291936-1937. | 056448235 | | APLU 056448235 |

EXPORT REF. **FINAL DEST**: OCD, MIRA LOMA, CA 91752

| CONSIGNEE (Name and Full Address) |
|---|
| (Unless provided otherwise, a consignment "To Order" means "To Order of Shipper")<br>UNTO THE ORDER OF:<br>STANDARD CHARTERED BANK,<br>67 GULSHAN AVENUE,DHAKA 1212,<br>BANGLADESH. |

FORWARDING AGENT (References, F.M.C. No.)
AIR ALLIANCE LTD.
BILOUIS TOWER,2ND FL,6,NORTH GULSHAN,
C/A,CIR-2,DHAKA-1212,BD.

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

| NOTIFY PARTY (Name and Full Address) |
|---|
| SEARS ROEBUCK&CO.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,IL.60179,USA<br>TEL:1-847-286-3200<br>FAX:1-847-455-6555 |

ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER/TERMINAL/ONWARD ROUTING/
FROM PORT OF DESTINATION
SEARS C/O UPS SUPPLY CHAIN SOLUTION
19701 HAMILTON AVENUE
TORRANCE,CA 90502,PHONE:(310)
404-2792,FAX:(310)404-2962,
ATTN:MARY ELLEN WRATSCHKO.

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| TAICHUNG     005 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO,CA (SPQ) | MIRA LONA,CA-MWF |

Excess Valuation: Please refer to Clause 7(B) on Reverse Side     **PARTICULARS FURNISHED BY SHIPPERS**

| MARKS & NOS./CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| MADE IN<br>BANGLADESH<br>CONTENTS:  PCS<br><br>***CTR NBR**<br>CMADU5B145B-1 | ****SEAL<br>0590068 | IVANHOE V- 309<br>***FREIGHT COLLECT***<br><br>NBR****  T/S HT   MODE   QUANT/TYPE<br>          D40  96   CY/ CY    924CTN<br>** SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT<br>1986.60KG | MSMT<br>16.080M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD  SEP. 21, 2018

| | OCEAN FREIGHT PAYABLE AT | PREPAID U.S.$ | COLLECT U.S.$ | Local Currency | |
|---|---|---|---|---|---|

The undersigned Carrier hereby acknowledges receipt of the stated number of packages or other things... THE CARRIER
APL CO. PTE LTD

By APL (Bangladesh) Pvt.Ltd
Authorized Signature

Date and
Place Issued   SEP. 21, 2018
CHITTAGONG,

| J1M 005 | | TOTAL PREPAID | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vessel | Freight | Other | TOTAL COLLECT | | | | | | |
| | 00926134 | 00562026 | 46266005 | CHT | SPQ | MWF | | Y | APLU 056448235 |
| FOC | FORWARDER | SHIPPER | CONSIGNEE | LO PORT | D/G PORT | DEST | NOTIFY | OBC | B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING



# COMMERCIAL INVOICE

Page 1 of 10
DATE: September 17, 2018
INVOICE NO.: 201821967120

9065
PEARL GLOBAL INDUSTRIES LTD,
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122015

TO:        SEARS ROEBUCK & CO.
           3333 Beverly Road
           Hoffman Estates, IL 60179
           US

SHIPPED FROM: Chittagong, Bangladesh       SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| SEARS        SR1190 | YUMMY LACE BLACK | 76 CARTONS | 76 AST | 22.740 USD AST | 1,773.72 USD |

ITEM:              040053069910
MADE IN            BANGLADESH
CONTENTS           1 ASSORTMENT
SEARS DIV          002
SEARS ITEM/SKU     17601/

STYLE NAME: WP9JO78521JR
DESCRIPTIONS: LADIES KNIT LACE YOKE COLD SHOULDER TOP
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: BODY– 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL–12 / HORIZONTAL–10, 100D+40D
HANGER CODE# 4848
Size: S,M,L,XL
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY– BANGLADESH

CONTRACT NO.        SR1190            REFERENCE NO.        401C
DC CODE             CCO               DEPARTMENT NO.       007
DIVISION NO.        Division 4        VENDOR NO.           9065
VENDOR ITEM CODE    WP9JO78521JR      COUNTRY OF ORIGIN    BANGLADESH
BINDING RULING # OR                   CATEGORY             538, RNONE
PRECLASS #

FACTORY NO.         102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.         BDNORKIGGAZ

| SEARS        SR1190 | YUMMY LACE BLACK | 67 CARTONS | 67 AST | 28.630 USD AST | 1,912.21 USD |
|---|---|---|---|---|---|

ITEM:              040055440176
MADE IN            BANGLADESH
CONTENTS           1 ASSORTMENT
SEARS DIV          002
SEARS ITEM/SKU     17601/

STYLE NAME: WP9JO78521JR
DESCRIPTIONS: LADIES KNIT LACE YOKE COLD SHOULDER TOP
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: BODY– 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL–12 / HORIZONTAL–10, 100D+40D
HANGER CODE# 4848
Size: S,M,L,XL
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY– BANGLADESH

## COMMERCIAL INVOICE

Page 2 of 10

DATE: September 17, 2016

INVOICE NO.: 201621957126

9025
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:    Mira Loma , CA

FOB Bangladesh

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SR1190 | | REFERENCE NO. | 801C | |
| DC CODE | CCD | | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9JO7852JJR | | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | | CATEGORY | 639, RNONE | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| SEARS | SR1190 | YUMMY LACE WHITE FLORAL | | 78 CARTONS | 78 AST | 22.740 USD AST | 1,773.72 USD AST |
|---|---|---|---|---|---|---|---|
| ITEM: | 040055440580 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 602 | | | | | | |
| SEARS ITEM/SKU | 19078/ | | | | | | |

STYLE NAME: WP9JO7852JJR
DESCRIPTION: LADIES KNIT LACE YOKE COLD SHOULDER TOP
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12,/ HORIZONTAL-19, 100D+40D
HANGER CODE# 4648
Size: S,M,L,XL
COUNTRY OF ORIGIN (FABRIC): CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SR1190 | | REFERENCE NO. | 801C | |
| DC CODE | CCD | | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9JO7852JJR | | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | | CATEGORY | 639, RNONE | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| SEARS | SR1190 | YUMMY LACE WHITE FLORAL | | 57 CARTONS | 57 AST | 26.530 USD AST | 1,512.21 USD AST |
|---|---|---|---|---|---|---|---|
| ITEM: | 040055447320 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 602 | | | | | | |

# COMMERCIAL INVOICE

Page 3 of 10

DATE: September 17, 2016

INVOICE NO.: 201821967126

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

SEARS ITEM/SKU: 196767

STYLE NAME: WP9JO78521JR
DESCRIPTIONS: LADIES KNIT LACE YOKE COLD SHOULDER TOP
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: BODY- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGER CODE# 4848
Size: S,M,L,XL
COUNTRY OF ORIGIN (FABRIC)  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| CONTRACT NO. | SR1190 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9JO78521JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RHONE |

FACTORY NO.          102761

NORP KNIT INDUSTRIES LTD (UNIT 1)

NORTH KHAILKUR,

P.O. NATIONAL UNIVERSITY,

GAZIPUR

Bangladesh  L

FTY MID NO.          BONORKNIGAZ

| SEARS | SR1190 | YUMMY LACE LAVENDAR FOG | | 57 CARTONS | 57 AST | 22.740 USD AST | 1,296.18 USD AST |
| ITEM: | 040055448047 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 802 | | | | | | |
| SEARS ITEM/SKU | 196727 | | | | | | |

STYLE NAME: WP9JO78521JR
DESCRIPTIONS: LADIES KNIT LACE YOKE COLD SHOULDER TOP
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: BODY- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGER CODE# 4848
Size: S,M,L,XL
COUNTRY OF ORIGIN (FABRIC)  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| CONTRACT NO. | SR1190 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9JO78521JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RHONE |

FACTORY NO.          102761

NORP KNIT INDUSTRIES LTD (UNIT 1)

NORTH KHAILKUR,

P.O. NATIONAL UNIVERSITY,

GAZIPUR



# COMMERCIAL INVOICE

Page 4 of 10

DATE: September 17, 2018

INVOICE NO.: 201821957126

9085
PEARL GLOBAL INDUSTRIES LTD.
PGK, PLOT NO. 445
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

Bangladesh
FTY MID NO.    BDNORKNIGAZ

| SEARS | SR1190 | YUMMY LACE LAVENDAR FOG | 49 CARTONS | 49 AST | 26.530 USD AST | 1,299.97 USD |
|---|---|---|---|---|---|---|

ITEM:    040055449670
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT
SEARS DIV    602
SEARS ITEM/SKU    19877/

STYLE NAME: WP9J07852IJR
DESCRIPTIONS: LADIES KNIT LACE YOKE COLD SHOULDER TOP
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: BODY– 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGER CODE# 484B
Size: S,M,L,XL
COUNTRY OF ORIGIN [FABRIC]  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

CONTRACT NO.    SR1190
DC CODE    CCD
DIVISION NO.    Division 4
VENDOR ITEM CODE    WP9J07852IJR
BINDING RULING # OR    
PRECLASS #

REFERENCE NO.    801C
DEPARTMENT NO.    007
VENDOR NO.    9085
COUNTRY OF ORIGIN    BANGLADESH
CATEGORY    626, RNONE

FACTORY NO.    102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| SEARS | SR1190 | YUMMY LACE PETIT FOUR | 57 CARTONS | 57 AST | 22.740 USD AST | 1,296.18 USD |
|---|---|---|---|---|---|---|

ITEM:    040055452197
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT
SEARS DIV    602
SEARS ITEM/SKU    15378/

STYLE NAME: WP9J07852IJR
DESCRIPTIONS: LADIES KNIT LACE YOKE COLD SHOULDER TOP
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: BODY– 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGER CODE# 484B
Size: S,M,L,XL
COUNTRY OF ORIGIN [FABRIC]  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

# COMMERCIAL INVOICE

Page 5 of 10
DATE: September 17, 2018
INVOICE NO.: 201821867126

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh       SHIPPED TO:  Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| CONTRACT NO. | ER1190 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP6JO78S21JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | ER1190 | YUMMY LACE PETIT FOUR | | 49 CARTONS | 49 AST | 26.530 USD AST | 1,299.97 USD |

ITEM:            040055452905
MADE IN          BANGLADESH
CONTENTS         1 ASSORTMENT
SEARS DIV        002
SEARS ITEM/SKU   195767

STYLE NAME: WP6JO78S2JUR
DESCRIPTION: LADIES KNIT LACE YOKE COLD SHOULDER TOP
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL-12 / HORIZONTAL-10, 100D+40D
HANGER CODE# 4848
SIZE: S,M,L,XL
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| CONTRACT NO. | ER1190 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP6JO78S2JUR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | SS1151 | LACE UP YU ROYAL BLUE | | 74 CARTONS | 74 AST | 20.700 USD AST | 1,531.80 USD |

ITEM:            040052532106
MADE IN          BANGLADESH
CONTENTS         1 ASSORTMENT
SEARS DIV        002

# COMMERCIAL INVOICE

Page 6 of 10
DATE: September 17, 2010
INVOICE NO.: 201821007126

9085
PEARL GLOBAL INDUSTRIES LTD.
POH., PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira-Loma , CA

FOB Bangladesh

SEARS ITEM/SKU | 10454/

STYLE NAME: WP9JO78520JR
DESCRIPTION: LACE UP COLD SHOULDER TUNIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGER CODE 484B
Size: S,M,L,XL

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | 651181 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9JO78520JR | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | 651181 | LACE UP YU ROYAL BLUE | | 65 CARTONS | 55 AST | 24,150 USD AST | 1,329.25 USD AST |
|---|---|---|---|---|---|---|---|
| ITEM | 040052534631 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 802 | | | | | | |
| SEARS ITEM/SKU | 10454/ | | | | | | |

STYLE NAME: WP9JO78520JR
DESCRIPTION: LACE UP COLD SHOULDER TUNIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGER CODE 484B
Size: S,M,L,XL

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | 651181 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9JO78520JR | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ



**COMMERCIAL INVOICE**

DATE: September 17, 2016

INVOICE NO.: 201621967126

Page 7 of 10

0085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

| SEARS | 661181 | LACE UP YU BLACK FLORAL | | 73 CARTONS | 73 AST | 20.700 USD AST | 1,511.10 USD |
|-------|--------|--------------------------|---|---|---|---|---|

ITEM: 0400525537743
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT
SEARS DIV 602
SEARS ITEM/SKU 10756/

STYLE NAME: WP9JO78520JR
DESCRIPTIONS: LACE UP COLD SHOULDER TUNIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGER CODE 4840
Size: S,M,L,XL

CONTRACT NO.        SS1181            REFERENCE NO.        801C
DC CODE            CCD               DEPARTMENT NO.       007
DIVISION NO.       Division 4        VENDOR NO.           0085
VENDOR ITEM CODE   WP9JO78520JR      COUNTRY OF ORIGIN    BANGLADESH
BINDING RULING # OR                  CATEGORY             630, RNONE
PRECLASS #

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT II)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | SS1181 | LACE UP YU BLACK FLORAL | | 54 CARTONS | 54 AST | 24.150 USD AST | 1,304.10 USD |
|-------|--------|--------------------------|---|---|---|---|---|

ITEM: 0400525539919
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT
SEARS DIV 602
SEARS ITEM/SKU 10756/

STYLE NAME: WP9JO78520JR
DESCRIPTIONS: LACE UP COLD SHOULDER TUNIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGER CODE 4840
Size: S,M,L,XL

CONTRACT NO.        SS1181            REFERENCE NO.        801C
DC CODE            CCD               DEPARTMENT NO.       007
DIVISION NO.       Division 4        VENDOR NO.           0085
VENDOR ITEM CODE   WP9JO78520JR      COUNTRY OF ORIGIN    BANGLADESH
BINDING RULING # OR                  CATEGORY             630, RNONE
PRECLASS #

FACTORY NO.        102761

# COMMERCIAL INVOICE

Page 8 of 10
DATE: September 17, 2018
INVOICE NO.: 201821067126

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | SS1181 | LACE UP YU RUMBA RED | | 50 CARTONS | 50 AST | 20.700 USD AST | 1,035.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 040052545704 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 002 | | | | | | |
| SEARS ITEM/SKU | 01156/ | | | | | | |

STYLE NAME: WP9JO78520JR
DESCRIPTIONS: LACE UP COLD SHOULDER TUNIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 1000+400
HANGER CODE 4B4B
Size: S,M,L,XL

| CONTRACT NO. | SS1181 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9JO78520JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 630, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY SID NO.        BDNORKNIGAZ

| SEARS | SS1181 | LACE UP YU RUMBA RED | | 43 CARTONS | 43 AST | 24.150 USD AST | 1,038.45 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 040052545712 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 002 | | | | | | |
| SEARS ITEM/SKU | 01156/ | | | | | | |

STYLE NAME: WP9JO78520JR
DESCRIPTIONS: LACE UP COLD SHOULDER TUNIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 1000+400
HANGER CODE 4B4B
Size: S,M,L,XL

# COMMERCIAL INVOICE

DATE: September 17, 2016

INVOICE NO.: 201621957125

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 445
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:       SEARS ROEBUCK & CO.
          3333 Beverly Road
          Hoffman Estates, IL 60179
          US

SHIPPED FROM:  Chittagong, Bangladesh      SHIPPED TO:  Mira Lome , CA

MODE OF TRANSPORTATION:  Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SS1181 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WPSJO78520JR | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RWONE | |

FACTORY NO.       102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

| SEARS | SS1181 | LACE UP YU BRIDAL ROSE | | 50 | 50 | 20.700 USD | 1,035.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 040052645002 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 002 | | | | | | |
| SEARS ITEM/SKU | 11829/ | | | | | | |

STYLE NAME: WPSJO78520JR
DESCRIPTIONS: LACE UP COLD SHOULDER TUNIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY:-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM / VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGER CODE 484B
Size: S,M,L,XL.

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SS1181 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WPSJO78520JR | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RWONE | |

FACTORY NO.       102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

| SEARS | SS1181 | LACE UP YU BRIDAL ROSE | | 43 | 43 | 24.150 USD | 1,038.45 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 040052645010 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 002 | | | | | | |

## COMMERCIAL INVOICE

Page 10 of 10
DATE: September 17, 2018
INVOICE NO.: 201821967128

9085
PEARL GLOBAL INDUSTRIES LTD.
PGN, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

SEARS ITEM/SKU  | 11522V

STYLE NAME: WP5J078520JR
DESCRIPTIONS: LACE UP COLD SHOULDER TUNIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGER CODE 4849
Size: S,M,L,XL

| | | | |
|---|---|---|---|
| CONTRACT NO. | SS1181 | REFERENCE NO. | 001C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP5J078520JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.          102761
HOP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

PAYMENT TERM          Open Acct
OrdER PAYMENT TERMS
DRAWN UNDER          OPEN ACCOUNT
LC#          NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 924 | 924 | ASSORTMENTS | 21,586.31  USD |

TOTAL US DOLLARS TWENTY-ONE THOUSAND FIVE HUNDRED EIGHTY-SIX DOLLARS AND THIRTY-ONE CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME
EMPLOYEE TITLE

*1061 from 235 L is*

*2486 7201 Jann*

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

KK  MAEU

RI NO  587251910

Shipper
NORP KNIT INDUSTRIES LTD,
NORTH KHAILKUR, P.O.NATIONAL,
UNIVERSITY,GAZIPUR-1704,BANGLADESH.
TEL.No:880-2-9292036,9292037,
9291936,9291937.

Booking No
966480845

Export references
33148740130 / 331C00025755

Svc Contract
297368S02

Consignee (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer")
UNTO THE ORDER OR
STANDARD CHARTERED BANK,
67 GULSHAN AVENUE,DHAKA 1212,
BANGLADESH.

Notify Party (please complete 21)
SEARS-ROEBUCK & CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL,60179,USA
TEL:1-847-286-3200
FAX:1-847-455-6555***

Vessel (see clause 1 + 19)
BLPL GRACE

Voyage No
813S

Place of Receipt. Applicable only when document used as Multimodal Transport B/L (see clause 1)

Port of Loading
Chittagong

Port of Discharge
Newark

Place of Delivery. Applicable only when document used as Multimodal Transport B/L (see clause 1)
PCD,Chambersburg, PA 17201(Door)

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 754 Carton | 1621.10 KGS | 13.120 CBM |

READYMADE GARMENTS:
WOMEN'S 90% POLYESTER 10% SPANDEX KNITTED DRESS
STYLE NO. WP9JO78520JR
STYLE NO. WP9JO78521JR
ORDER NO. SS11B1
ORDER NO. SR1190
REF NO. 801P QNTY- 4,856 PCS,
CAT NO.639  HTS#6109.9010.50
VENDOR#9085 , DIV NO.4 , DEPT#-007,
INVOICE NO.1061SERK23512 DATE: 05.09.2018
E-DOC INV NO.2018219672201 DATE:05.09.2018
EXP NO. 2486-40433-2018 DATE: 09.09.2018
Export L/C # PGL-NORP/1061 DATE:31.10.2017
RECEIVED FOR SHIPMENT:17 SEP 18
CONTAINER GATE-IN DATE: 20.09.2018
MOTHER VESSEL NAME:APL HOUSTON V-03DS

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER.20/09/2018
TO LOAD ONTO <APL HOUSTON> /<03DS>

K-MART
SS11B1

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|

Carrier's Receipt (See clause 1 and 14). Total number of containers or packages received by Carrier.
1 Container

Place of Issue of B/L
Dhaka

Number & Sequence of Original B/Ls.
1/THREE

Date of Issue of B/L
2018-09-30

Declared Value (See clause 7.3)

Shipped on Board Date ( Local Time )
2018-09-21

MAERSK, on its be distributed by appropriate clauses of contents, of freight, good order and condition unless otherwise below herein, the total number or quantity of Containers or other packages or units indicated in the box marked "Carrier's Receipt" for shipment from the Port of Loading (to the Place of Delivery, if mentioned above) to the place of Delivery, subject to the terms hereof. One of the Bills of Lading, if applicable stated, such exchange being issued against surrender to the Carrier of any other such Bill of Lading on original.

Signed for the Carrier MAERSK Line A/S

MAERSK BANGLADESH LTD

This transport document has one or more numbered pages

*SR 1190*

B/L: 587251910                    Page   2

# MAERSK LINE

SR1190
ITEM NO :
040052532108
040052534831
040052537743
040052539913
040052545704
040052545712
040052545902
040052545910
040053069910
040055440176
040055440580
040055447320
040055448047
040055449870
040055452197
040055452965
MADE IN
BANGLADESH
CONTENTS: PCS

MRKU57B0243  KL-BD0463030  40 DRY 9'6  754 Carton  1621.10 KGS  13.120 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk (Bangladesh) Ltd
License Number : 1732/85
Date of Expiry       11 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (MRKU57B0243) WHICH CAN ONLY
BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(587251908,587251909,587251910,587251911,587251912,587251913,587251914,5872
51915) COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

B/L: 587251910                    Page : 3

# MAERSK LINE

ALSO NOTIFY: ***SEARS C/O UPS SUPPLY CHAIN
SOLUTION, 19701 HAMILTON AVENUE
TORRANCE, CA. 90502
PHONE(310)404-2792, FAX(310)404-2962
ATTN: MARY ELLEN WRATSCHKO. ***

CY/SD

Freight & Charge          Rate        Unit          Currency   Prepaid          Collect

*1061 pom 23512*

## COMMERCIAL INVOICE

Page 1 of 10

DATE: September 17, 2018

INVOICE NO.: 201821007201

8085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US $ PER) |
|---|---|---|---|---|---|---|
| SEARS | SR1190 | YUMMY LACE BLACK | 63 CARTONS | 63 AST | 22.740 USD AST | 1,432.62 USD |
| ITEM: | 040053009010 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 002 | | | | | |
| SEARS ITEM/SKU | 17001/ | | | | | |

STYLE NAME: WP9JO78521JR
DESCRIPTIONS: LADIES KNIT LACE YOKE COLD SHOULDER TOP
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGER CODE# 484B
Size: S,M,L,XL
COUNTRY OF ORIGIN (FABRIC): CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| | | | |
|---|---|---|---|
| CONTRACT NO. | SR1190 | REFERENCE NO. | 801F |
| DC CODE | PCO | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9065 |
| VENDOR ITEM CODE | WP9JO78521JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RHONE |

FACTORY NO.    102761
NO/SP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh

FY MID NO.    BDNORKNIGAZ

| SEARS | SR1190 | YUMMY LACE BLACK | | 47 CARTONS | 47 AST | 26.530 USD AST | 1,246.91 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 040056440176 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 002 | | | | | | |
| SEARS ITEM/SKU | 17001/ | | | | | | |

STYLE NAME: WP9JO78521JR
DESCRIPTIONS: LADIES KNIT LACE YOKE COLD SHOULDER TOP
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGER CODE# 484B
Size: S,M,L,XL
COUNTRY OF ORIGIN (FABRIC): CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

# COMMERCIAL INVOICE

Page 2 of 10

DATE: September 17, 2018

INVOICE NO.: 201821967201

9065
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 445
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| CONTRACT NO. | SR1190 | REFERENCE NO. | 601P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9065 |
| VENDOR ITEM CODE | WP9JO76521JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | SR1190 | YUMMY LACE WHITE FLORAL | | | 63 CARTONS | 63 AST | 22,740 USD AST | 1,432.62 USD |
|---|---|---|---|---|---|---|---|---|
| ITEM: | 040055440580 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |
| SEARS DIV | 602 | | | | | | | |
| SEARS ITEM/SKU | 18070/ | | | | | | | |

STYLE NAME: WP9JO76521JR
DESCRIPTIONS: LADIES KNIT LACE YOKE COLD SHOULDER TOP
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: BODY-  90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+400D
HANGER CODE# 4848
Size: S,M,L,XL
COUNTRY OF ORIGIN (FABRIC)  CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| CONTRACT NO. | SR1190 | REFERENCE NO. | 601P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9065 |
| VENDOR ITEM CODE | WP9JO76521JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | SR1190 | YUMMY LACE WHITE FLORAL | | | 47 CARTONS | 47 AST | 26,630 USD AST | 1,346.91 USD |
|---|---|---|---|---|---|---|---|---|
| ITEM: | 040055447320 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |
| SEARS DIV | 602 | | | | | | | |

# COMMERCIAL INVOICE

Page 3 of 10

DATE: September 17, 2018

INVOICE NO.: 201821957201

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh

MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

SEARS ITEM/SKU | 195707

STYLE NAME: WP9JO78521JR
DESCRIPTIONS: LADIES KNIT LACE YOKE COLD SHOULDER TOP
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGER CODE# 4848
Size: S,M,L,XL
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| | | | | | | |
|---|---|---|---|---|---|---|
| CONTRACT NO. | SR1190 | | REFERENCE NO. | 801P | | |
| DC CODE | PCD | | DEPARTMENT NO. | 607 | | |
| DIVISION NO. | Division 4 | | VENDOR NO. | 9085 | | |
| VENDOR ITEM CODE | WP9JO78521JR | | COUNTRY OF ORIGIN | BANGLADESH | | |
| BINDING RULING # OR PRECLASS # | | | CATEGORY | 639, RNONE | | |

FACTORY NO.    102781

NORP KNIT INDUSTRIES LTD (UNIT 1) .

NORTH KHAILKUR,

P.O. NATIONAL UNIVERSITY,

GAZIPUR

Bangladesh

FTY MID NO.    BDNORKNIGAZ

| SEARS | SR1190 | YUMMY LACE LAVENDAR FOG | | | | 47 CARTONS | 47 AST | 22.740 USD AST | 1,068.78 USD |
|---|---|---|---|---|---|---|---|---|---|
| ITEM: | 049055448047 | | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | | |
| SEARS DIV | 602 | | | | | | | | |
| SEARS ITEM/SKU | 195707 | | | | | | | | |

STYLE NAME: WP9JO78521JR
DESCRIPTIONS: LADIES KNIT LACE YOKE COLD SHOULDER TOP
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGER CODE# 4848
Size: S,M,L,XL
COUNTRY OF ORIGIN [FABRIC] CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SR1190 | | REFERENCE NO. | 801P | |
| DC CODE | PCD | | DEPARTMENT NO. | 607 | |
| DIVISION NO. | Division 4 | | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9JO78521JR | | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | | CATEGORY | 639, RNONE | |

FACTORY NO.    102781

NORP KNIT INDUSTRIES LTD (UNIT 1)

NORTH KHAILKUR,

P.O. NATIONAL UNIVERSITY,

GAZIPUR



# COMMERCIAL INVOICE

Page 4 of 10
DATE: September 17, 2018
INVOICE NO.: 208621907201

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Bangladesh

Bangladesh
FTY MID NO.          BDNORKNIGAZ

| SEARS | SR1190 | YUMMY LACE LAVENDAR FOG | 40 CARTONS | 40 AST | 26.530 USD AST | 1,061.20 USD |
|-------|--------|-------------------------|------------|--------|----------------|--------------|

ITEM:            040055449870
MADE IN          BANGLADESH
CONTENTS         1 ASSORTMENT
SEARS DIV        502
SEARS ITEM/SKU   199777

STYLE NAME: WP9JO78521JR
DESCRIPTION: LADIES KNIT LACE YOKE COLD SHOULDER TOP
NO POCKETS, NO BUTTON, NO METAL / PLASTIC ZIPPER
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGER CODE# 484B
Size: S,M,L,XL
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| CONTRACT NO. | SR1190 | REFERENCE NO. | 801P |
|--------------|--------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9JO78521JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RHONE |

FACTORY NO.      102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNIGAZ

| SEARS | SR1190 | YUMMY LACE PETIT FOUR | 47 CARTONS | 47 AST | 22.740 USD AST | 1,068.78 USD |
|-------|--------|------------------------|------------|--------|----------------|--------------|

ITEM:            040055452197
MADE IN          BANGLADESH
CONTENTS         1 ASSORTMENT
SEARS DIV        502
SEARS ITEM/SKU   199776

STYLE NAME: WP9JO78521JR
DESCRIPTION: LADIES KNIT LACE YOKE COLD SHOULDER TOP
NO POCKETS, NO BUTTON, NO METAL / PLASTIC ZIPPER
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGER CODE# 484B
Size: S,M,L,XL
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH



# COMMERCIAL INVOICE

Page 5 of 10
DATE: September 17, 2018
INVOICE NO.: 201821067201

9085
PEARL GLOBAL INDUSTRIES LTD.
PGN., PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:        SEARS ROEBUCK & CO.
           3333 Beverly Road
           Hoffman Estates, IL 60179
           US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

                                          FOB Bangladesh

| | | | | | | |
|---|---|---|---|---|---|---|
| CONTRACT NO. | SR1190 | | REFERENCE NO. | 801P | | |
| DC CODE | PCD | | DEPARTMENT NO. | 007 | | |
| DIVISION NO. | Division 4 | | VENDOR NO. | 9085 | | |
| VENDOR ITEM CODE | WPRJO78521JR | | COUNTRY OF ORIGIN | BANGLADESH | | |
| BINDING RULING # OR PRECLASS # | | | CATEGORY | 639, RNONE | | |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BONORKNIGAZ

| SEARS | SR1190 | YUMMY LADIE PETIT FOUR | 39 CARTONS | 39 AST | 26,530 USD AST | 1,034.67 USD |
|---|---|---|---|---|---|---|
| ITEM: | 040055452985 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 002 | | | | | |
| SEARS ITEM/SKU | 19878/ | | | | | |

STYLE NAME: WPRJO78521JR
DESCRIPTION: LADIES KNIT LACE YOKE COLD SHOULDER TOP
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 176 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGER CODE# 484B
Size: S,M,L,XL
COUNTRY OF ORIGIN (FABRIC) CHINA
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH

| | | | | | | |
|---|---|---|---|---|---|---|
| CONTRACT NO. | SR1190 | | REFERENCE NO. | 801P | | |
| DC CODE | PCD | | DEPARTMENT NO. | 007 | | |
| DIVISION NO. | Division 4 | | VENDOR NO. | 9085 | | |
| VENDOR ITEM CODE | WPRJO78521JR | | COUNTRY OF ORIGIN | BANGLADESH | | |
| BINDING RULING # OR PRECLASS # | | | CATEGORY | 639, RNONE | | |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BONORKNIGAZ

| SEARS | SS1581 | LACE UP YU ROYAL BLUE | 61 CARTONS | 61 AST | 20.700 USD AST | 1,262.70 USD |
|---|---|---|---|---|---|---|
| ITEM: | 040052532106 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 002 | | | | | |

# COMMERCIAL INVOICE

DATE: September 17, 2018

INVOICE NO.: 201821907Z01

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:        SEARS ROEBUCK & CO.
           3333 Beverly Road
           Hoffman Estates, IL 60179
           US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Bangladesh

SEARS ITEM/SKU  10454/

STYLE NAME: WPSJO78520JR
DESCRIPTIONS: LACE UP COLD SHOULDER TUNIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY~ 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 176 GSM
STITCH COUNT PER 1 CM ; VERTICAL~ 12 / HORIZONTAL~10, 100D+40D
HANGER CODE 464B
Size: S,M,L,XL

| | | | |
|---|---|---|---|
| CONTRACT NO. | SS1181 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WPSJO78520JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.          102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| SEARS | SS1181 | LACE UP YU ROYAL BLUE | | | 45 | 45 | 24.150  USD | 1,086.75  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |
| ITEM: | 040032534831 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |
| SEARS DIV | 002 | | | | | | | |
| SEARS ITEM/SKU | 10454/ | | | | | | | |

STYLE NAME: WPSJO78520JR
DESCRIPTIONS: LACE UP COLD SHOULDER TUNIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY~ 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 176 GSM
STITCH COUNT PER 1 CM ; VERTICAL~ 12 / HORIZONTAL~10, 100D+40D
HANGER CODE 464B
Size: S,M,L,XL

| | | | |
|---|---|---|---|
| CONTRACT NO. | SS1181 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WPSJO78520JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.          102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 7 of 10

DATE: September 17, 2016

INVOICE NO.: 201821957201

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 445
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| SEARS | SS1181 | LACE UP YU BLACK FLORAL | | 50 | 50 | 20.700 USD | 1,042.00 USD |
|-------|--------|-------------------------|---|----|----|-----------|-------------|
| | | | | CARTONS | AST | AST | |

ITEM:              040082537743
MADE IN            BANGLADESH
CONTENTS           1 ASSORTMENT
SEARS DIV          602
SEARS ITEM/SKU     10750/

STYLE NAME: WP8JO78520JR
DESCRIPTIONS: LACE UP COLD SHOULDER TUNIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGER CODE 4648
Size: 6,M,L,XL

| CONTRACT NO. | SS1181 | REFERENCE NO. | 801P |
|--------------|--------|---------------|------|
| DC CODE | PCO | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP8JO78520JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 839, RNONE |

FACTORY NO.         102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.         BDNORKNKGAZ

| SEARS | SS1181 | LACE UP YU BLACK FLORAL | | 45 | 45 | 24.150 USD | 1,086.75 USD |
|-------|--------|-------------------------|---|----|----|-----------|-------------|
| | | | | CARTONS | AST | AST | |

ITEM:              040082539913
MADE IN            BANGLADESH
CONTENTS           1 ASSORTMENT
SEARS DIV          602
SEARS ITEM/SKU     10750/

STYLE NAME: WP8JO78520JR
DESCRIPTIONS: LACE UP COLD SHOULDER TUNIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGER CODE 4648
Size: S,M,L,XL

| CONTRACT NO. | SS1181 | REFERENCE NO. | 801P |
|--------------|--------|---------------|------|
| DC CODE | PCO | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP8JO78520JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 839, RNONE |

FACTORY NO.         102761



# COMMERCIAL INVOICE

Page 8 of 10

DATE: September 17, 2018

INVOICE NO.: 201621067201

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | SS1181 | LACE UP YU RUMBA RED | | 40 CARTONS | 40 AST | 20.700 USD AST | 828.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 040052546704 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 002 | | | | | | |
| SEARS ITEM/SKU | 01166/ | | | | | | |

STYLE NAME: WPSJO78520JR
DESCRIPTIONS: LACE UP COLD SHOULDER TUNIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY:- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGER CODE 484B
Size: S,M,L,XL

| CONTRACT NO. | SS1181 | REFERENCE NO. | 901P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WPSJO78520JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONS |

FACTORY NO.        102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | SS1181 | LACE UP YU RUMBA RED | | 34 CARTONS | 34 AST | 24.150 USD AST | 821.10 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 040052546712 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 002 | | | | | | |
| SEARS ITEM/SKU | 01166/ | | | | | | |

STYLE NAME: WPSJO78520JR
DESCRIPTIONS: LACE UP COLD SHOULDER TUNIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY:- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
HANGER CODE 484B
Size: S,M,L,XL



# COMMERCIAL INVOICE

Page 9 of 10

DATE: September 17, 2018

INVOICE NO.: 201821067201

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SS1181 | REFERENCE NO. | 601P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9JO78520JR | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY BID NO.    BDNORKNIGAZ

| SEARS | SS1181 | LACE UP YU BRIDAL ROSE | | 41 CARTONS | 41 AST | 20.700 USD AST | 848.70 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 040052546002 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 602 | | | | | | |
| SEARS ITEM/SKU | 11629/ | | | | | | |

STYLE NAME: WP9JO78520JR
DESCRIPTIONS: LACE UP COLD SHOULDER TUNIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY - 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 3 CM : VERTICAL - 12 / HORIZONTAL -10, 100D+40D
HANGER CODE 4848
Size: S,M,L,XL

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SS1181 | REFERENCE NO. | 601P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9JO78520JR | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY BID NO.    BDNORKNIGAZ

| SEARS | SS1181 | LACE UP YU BRIDAL ROSE | | 35 CARTONS | 35 AST | 24.150 USD AST | 845.25 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 040052546010 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 602 | | | | | | |

# COMMERCIAL INVOICE

Page 10 of 10

DATE: September 17, 2018

INVOICE NO.: 201621967201

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

SEARS ITEM/SKU: 11820V

STYLE NAME: WP9JO78520JR
DESCRIPTIONS: LACE UP COLD SHOULDER TUNIC
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY – 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GSM
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 1050+400
HANGER CODE 484B
Size: S,M,L,XL

| | | | |
|---|---|---|---|
| CONTRACT NO. | SS5191 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9JO78520JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RHONE |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BONORKNIGAZ

PAYMENT TERM          Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER          OPEN ACCOUNT
LC#          NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 754 | 754 | ASSORTMENTS | 17,613.74 USD |

TOTAL US DOLLARS SEVENTEEN THOUSAND SIX HUNDRED THIRTEEN DOLLARS AND SEVENTY-FOUR CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME  _____

EMPLOYEE TITLE  _____

APL CO. PTE LTD
219674 ?? ??

# APL

## BILL OF LADING

| SHIPPER (Principal or Seller Reomed and full address) NORP KHIT INDUSTRIES LTD. NORTH KHAILKUR P.O.NATIONAL UNIVERSITY,GAZIPUR-1704,BANGLADESH. TEL:880-2-9292036-2037,9291936-1937. | BOOKING NUMBER 056448247 | B/L NUMBER APLU 056448247 | PAGE 1 OF 2 |
|---|---|---|---|

FINAL DEST:CCD, MIRA LOMA, CA 91752

| CONSIGNEE (Name and Full Address) (Unless provided otherwise, a consignment "To Order" means To Order of Shipper) UNTO THE ORDER OF: STANDARD CHARTERED BANK, 67 GULSHAN AVENUE,DHAKA 1212, BANGLADESH. | FORWARDING AGENT (References, F.M.C. No.) AIR ALLIANCE LTD. BILQUIS TOWER,2ND FL,6,NORTH GULSHAN, C/A,CIR-2,DHAKA-1212,BD. |
|---|---|

| NOTIFY PARTY (Name and Full Address) SEARS ROEBUCK&CO. 3333 BEVERLY ROAD HOFFMAN ESTATES,IL.60179,USA TEL:1-847-286-3200 FAX:1-847-455-6555 | POINT AND COUNTRY OF ORIGIN OF GOODS GAZIPUR, BANGLADESH |
|---|---|
| | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION SEARS C/O UPS SUPPLY CHAIN SOLUTION 19701 HAMILTON AVENUE TORRANCE, CA 90502, PHONE:(310) 404-2792,FAX:(310)404-2962. ATTN:MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT CHITTAGONG |
|---|---|
| EXPORT CARRIER (Vessel, voyage, & flag) TAICHUNG       005 | PORT OF LOADING CHITTAGONG, BA |
| PORT OF DISCHARGE SAN PEDRO, CA (SPQ) | PLACE OF DELIVERY MIRA LOMA,CA-MWF |

Excess Valuation Please refer to Clause 7(II) on Reverse Side    PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NOS/CONTAINER NOS. | NO. OF PKGS | KIND | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| K-MART SS1184 SS1182 SS1183 ITEM NO : 040095078465 040047683277 040094991268 MADE IN BANGLADESH CONTENTS:    PCS | SC GB1B/ 71078 586 | | FREIGHT COLLECT CTN   AA)LV84000.00.00  SLAC CY/CY WOMEN'S 90% POLYESTER 10% SPANDEX KNITTED LEGGING WOMEN'S 90% POLYESTER 10% SPANDEX KNITTED TEE STYLE NO. WC8JO53090JR STYLE NO. WC8JO78121JR STYLE NO. WC8JO78122JR ORDER NO. SS1184 ORDER NO. SS1182 ORDER NO. SS1183 REF NO. 801C QNTY- 3,736 PCS REF NO. 802C CAT NO.639 HTS#6104.6320.06& 6323.9000.80,6110.3030.59 VENDOR#9085 , DIV NO.4 , DEPT# 007, INVOICE NO. 1061SERK23513 DATE: 05.09.2018 E-DOC INV NO.201821967433 DATE: 05.09.2018 EXP NO. 2486- 40421-2018 DATE: CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT ** ** ORIGINAL BL ** | 1259.900KG | 6.460M3 |

| B/L TO BE RELEASED AT DHAKA, BA | OCEAN FREIGHT PAYABLE AT MIRA LOMA, CA | | | |
|---|---|---|---|---|
| | | PREPAID U.S.$ | COLLECT U.S.$ | Local Currency |

APL CO. PTE LTD

or APL (Bangladesh) Pvt. Ltd.
Authorised Signature   AS AGENTS

| JIM 005 | | TOTAL PREPAID | | | | | |
|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Date | TOTAL COLLECT | | | | |
| | 00926134 | 00562026 | 46266005 | CHT | SPQ | MWF | Y | APLU 056448247 |

| POL | FORWARDER | SHIPPER | CONSIGNEE | LD PORT | DIS PORT | DEST | NOTIFY | CHC | B/L NUMBER |
|---|---|---|---|---|---|---|---|---|---|

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

APL CO. PTE LTD

**APL**

## BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER |
|---|---|---|
| NORP KNIT INDUSTRIES LTD, NORTH KHAILKUR, P.O.NATIONAL UNIVERSITY,GAZILPUR-1704,BANGLADESH. TEL:880-2-9292036-2037,9291936-1937. | 056448247 | PAGE 2 OF 2 APLU 056448247 |

EXPORT FINAL DEST:CCD, MIRA LOMA, CA 91752

| CONSIGNEE (Name and Full Address) (Unless provided otherwise, a consignment "To Order" means To Order of Shipper) | FORWARDING AGENT (References, F.M.C. No.) |
|---|---|
| UNTO THE ORDER OF: STANDARD CHARTERED BANK, 67 GULSHAN AVENUE,DHAKA 1212, BANGLADESH. | AIR ALLIANCE LTD. BILQUIS TOWER,2ND FL,6,NORTH GULSHAN, C/A,CIR-2,DHAKA-1212,BD. |

PORT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

| NOTIFY PARTY (Name and Full Address) | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION |
|---|---|
| SEARS ROEBUCK&CO. 3333 BEVERLY ROAD HOFFMAN ESTATES,IL.60179,USA TEL:1-847-286-3200 FAX:1-847-455-6555 | SEARS C/O UPS SUPPLY CHAIN SOLUTION 19701 HAMILTON AVENUE TORRANCE,CA 90502,PHONE:(310) 404-2792,FAX:(310)404-2962, ATTN:MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| TAICHUNG     005 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO, CA (SPD) | MIRA LOMA,CA-MWF |

Excess Valuation Please refer to Clause 7(B) on Reverse Side   **PARTICULARS FURNISHED BY SHIPPERS**

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| ***CTR NBR** ECMU969964-2 | ****SEAL NBR**** 0590070 | 09.09.2018 EXPORT L/C # PGL-NORP/1061 DATE: 31.10.2017 RECEIVED FOR SHIPMENT : 17.09.2018 CONTAINER GATE-IN DATE : 19.09.2018 MOTHER VESSEL NAME : CMA CGM IVANHOE V- 309 ***FREIGHT COLLECT*** T/S HT   MODE   QUANT/TYPE D40 96  CY/ CY   586CTN ** SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT 1259.90KG | MSMT 6.460M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD  SEP. 21, 2018

| | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|
| | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |

3

APL CO. PTE LTD

By APL (Bangladesh) Pvt. Ltd.
Authorised Signature  AS AGENTS

Date and
Place Issued   SEP. 21,2018
CHITTAGONG,

| JIM | 005 | TOTAL PREPAID | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Origin | TOTAL COLLECT | | | | | | |
| 00926134 | 00562026 | 46266005 | CHT | SPD | MWF | | Y | APLU 056448247 | |
| PDC. | FORWARDER | SHIPPER | CONSIGNEE | LD PORT | DIS PORT | DEST | NOTIFY | CAC | B/L NUMBER |

*APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

*1061 ... 23512*

# COMMERCIAL INVOICE

Page 1 of 3
DATE: September 17, 2018
INVOICE NO.: 201821067433

0085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| SEARS          SS1182 | CUT OUT TIE BLACK | 110 CARTONS | 110 AST | 13.650 USD AST | 1,501.50 USD |

ITEM:            040047863271
MADE IN          BANGLADESH
CONTENTS         1 ASSORTMENT
SEARS DIV        602
SEARS ITEM/SKU   01073/

STYLE NAME: WC8JO78121JR
DESCRIPTIONS: WOMENS SOLID CUT OUT KNIT TEE
DETAIL OF THE GARMENTS: PRINT CUT OUT TEE WITH BOTTOM HEM AND SLEEVE HEM.
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
FOLD PACK
SIZE: S,M,L,XL

| | | | |
|---|---|---|---|
| CONTRACT NO. | SS1182 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WC8JO78121JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 839 |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS          SS1183 | SOLID X NE BLACK | 110 CARTONS | 110 AST | 13.650 USD AST | 1,501.50 USD |
|---|---|---|---|---|---|

ITEM:            040094361268
MADE IN          BANGLADESH
CONTENTS         1 ASSORTMENT
SEARS DIV        602
SEARS ITEM/SKU   17529/

STYLE: WC8JO78122JR
DESCRIPTIONS: LADIES KNIT X-NECK TEE
DETAIL OF THE GARMENTS: SS X NECK LADIES TEE WITH BOTTOM HEM AND SLEEVE HEM.
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER, BOTTOM TREATMENT-HEMMED
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX    #    KNITTED
BODY FABRIC WEIGHT: 175 GRAMS PER SQUARE METER
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
FOLD PACK
Size: S,M,L,XL

# COMMERCIAL INVOICE

Page 2 of 3

DATE: September 17, 2018

INVOICE NO.: 2018219957423

9085
PEARL GLOBAL INDUSTRIES LTD..
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| CONTRACT NO. | SS1183 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WC8JO78122JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639 |

FACTORY NO.         102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.         BONORKNIGAZ

| SEARS | SS1184 | YUMMY LEGG BLACK | | | 366 | 366 | 11.040 USD | 4,040.64 USD |
| | | | | | CARTONS | AST | | AST |

ITEM:         040095079465
MADE IN       BANGLADESH
CONTENTS      1 ASSORTMENT
SEARS DIV     602
SEARS ITEM/SKU 176767

STYLE NAME WC8JO63090JR
LADIES LEGGING YOGA PANTS WITH  WAISTBANDS 2 PLY WITH ELASTIC,
LEG OPENING HEMMED  NO POCKETS  NO BUTTON  NO METAL / PLASTIC ZIPPER,
BODY LENGTH  REACHES TO ANKLE
FABRICATION BODY  90 POLYESTER 10  SPANDEX        #  KNITTED
BODY FABRIC WEIGHT  175 Grams per square meter
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07,
HANGER PACK          CODE# 80128
Size: S,M,L,XL.

| CONTRACT NO. | SS1184 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WC8JO63090JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.         102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.         BONORKNIGAZ

PAYMENT TERM         Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER          OPEN ACCOUNT

# COMMERCIAL INVOICE

Page 3 of 3

DATE: September 17, 2018

INVOICE NO.: 201821907433

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh          SHIPPED TO:   Mira Loma ,CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 586 | 586 | ASSORTMENTS | 7,043.64  USD |

TOTAL US DOLLARS SEVEN THOUSAND FORTY-THREE DOLLARS AND SIXTY-FOUR CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME    _____

EMPLOYEE TITLE    _____

2196530    Sears

# MAERSK LINE

BILL OF LADING FOR OCEAN TRANSPORT
OR MULTIMODAL TRANSPORT

SCAC MAEU

B/L No 587251806

| | |
|---|---|
| Shipper<br>NORP KNIT INDUSTRIES LTD,<br>NORTH KHAILKUR,P.O.NATIONAL,<br>UNIVERSITY,GAZIPUR-1704,BANGLADESH.<br>TEL.No:080-2-9292036,9292037,<br>9291936,9291937. | Booking No.<br>966471276<br><br>Export References<br>33148740130 / 331C0025755    Svc Contract<br>297366502<br><br>Onward Inland routing (Not part of Carriage as defined in clause 1. For Account and risk of Merchant) |
| Consignee (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer")<br>UNTO THE ORDER OF:<br>STANDARD CHARTERED BANK,<br>67 GULSHAN AVENUE,DHAKA 1212,<br>BANGLADESH. | Notify Party (see clause 21)<br>SEARS ROEBUCK & CO.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,IL,60179,USA<br>TEL:1-847-286-3200<br>FAX:1-847-455-6555*** |
| Vessel (see clause 1 + 15)<br>BLPL GRACE    Voyage No.<br>813S | Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
| Port of Loading<br>Chittagong    Port of Discharge<br>Newark | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1)<br>PCD,Chambersburg, PA 17201(Door) |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| | 1032.00 KGS | 5.290 CBM |

1 Container Said to Contain 480 Carton

WOMEN'S 90% POLYESTER 10% SPANDEX KNITTED LEGGING
WOMEN'S 90% POLYESTER 10% SPANDEX KNITTED TEE
STYLE NO. WC8J053090JR
STYLE NO. WC8J076121JR
STYLE NO. WC8J078122JR
ORDER NO. SS1184
ORDER NO. SS1182
ORDER NO. SS1183
REF NO. 801P QNTY- 3,060 PCs
REF NO. 802P
CAT NO.639  HTS#6104.6320.0683923.9000.80,6110.3030.59
VENDOR#9085 , DIV NO.4 , DEPT# 007.
INVOICE NO. 1061SERK23514  DATE: 05.09.2018
E-DOC INV NO.201821967530  DATE: 05.09.2018
EXP NO. 2486-40431-2018  DATE: 09.09.2018
Export L/C #  PGL-NORP/1061  DATE: 31.10.2017

RECEIVED FOR SHIPMENT :17.09.2018
CONTAINER GATE-IN DATE: 20.09.2018
MOTHER VESSEL NAME: APL HOUSTON V.03DS

Items remarks as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)



| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| | | |
|---|---|---|
| Carrier's Receipt (See clause 1 and 14). Total number<br>of containers or packages received by Carrier.<br>1 container | Place of Issue of B/L<br>Dhaka | |
| Number & Sequence of Original B/L's.<br>1/THREE | Date of Issue of B/L<br>2018-09-30 | |
| Declared Value (see clause 7.3) | Shipped on Board Date ( Local Time )<br>2018-09-21 | Signed for the Carrier Maersk Line AG |

MAERSK BANGLADESH LTD
As Agent

SS1184

# MAERSK LINE

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 20/09/2018

TO LOAD ONTO <APL HOUSTON> /<03DS>

K-MART
SS1184
SS1182
SS1183
ITEM NO :
040095078465
040047683271
040094991288
MADE IN
BANGLADESH
CONTENTS: PCS

HASU4318470  ML-BD0540540  40 DRY 9'6  480 Carton  1032.00 KGS  5.290 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd
License Number : 1732/85
Date of Expiry   :  31 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (HASU4318470)
WHICH CAN ONLY BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(587251804,587251805,587251806)
COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY: ***SEARS C/O UPS SUPPLY CHAIN
SOLUTION, 19701 HAMILTON AVENUE
TORRANCE,CA.90502
PHONE(310)404-2792,FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO. ***

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

B/L: 587251806                     Page   3

# MAERSK LINE

CY/SD



| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|

# COMMERCIAL INVOICE

Page 1 of 3

DATE: September 17, 2018

INVOICE NO.: 201821957530

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SS1182 | CUT OUT TE BLACK | 90 CARTONS | 90 AST | 13.650 USD AST | 1,228.50 USD |
| ITEM: | 040047603271 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 602 | | | | | |
| SEARS ITEM/SKU | 01873/ | | | | | |

STYLE NAME: WC8JO78121JR
DESCRIPTIONS: WOMENS SOLID CUT OUT KNIT TEE
DETAIL OF THE GARMENTS: PRINT CUT OUT TEE WITH BOTTOM HEM AND SLEEVE HEM.
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER.
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY~ 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 175 GMS
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
FOLD PACK
SIZE: S,M,L,XL

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SS1182 | REFERENCE NO. | 801P | |
| DC CODE | PCO | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WC8JO78121JR | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639 | |

FACTORY NO.         10276T
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.         BDNORKNIGAZ

| SEARS | SS1183 | SOLID X NE BLACK | 90 CARTONS | 90 AST | 13.650 USD AST | 1,228.50 USD |
|---|---|---|---|---|---|---|
| ITEM: | 040094901288 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 602 | | | | | |
| SEARS ITEM/SKU | 17529/ | | | | | |

STYLE: WC8JO78122JR
DESCRIPTIONS: LADIES KNIT X-NECK TEE
DETAIL OF THE GARMENTS: SS X NECK LADIES TEE WITH BOTTOM HEM AND SLEEVE HEM.
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER, BOTTOM TREATMENT-HEMMED
FABRICATION: BODY~ 90% POLYESTER 10% SPANDEX    #    KNITTED
BODY FABRIC WEIGHT: 175 GRAMS PER SQUARE METER
STITCH COUNT PER 1 CM : VERTICAL- 12 / HORIZONTAL-10, 100D+40D
FOLD PACK
Size: S,M,L,XL

# COMMERCIAL INVOICE

Page 2 of 3

DATE: September 17, 2016

INVOICE NO.: 201621067530

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SS1183 | REFERENCE NO. | 801P | | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | | |
| VENDOR ITEM CODE | WC8JO78122JR | COUNTRY OF ORIGIN | BANGLADESH | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639 | | |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | SS1184 | YUMMY LEGG BLACK | | 300 CARTONS | 300 AST | 11.040 USD AST | 3,312.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 040095078465 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 002 | | | | | | |
| SEARS ITEM/SKU | 17676/ | | | | | | |

STYLE NAME WC8JO53090JR
LADIES LEGGING YOGA PANTE WITH  WAISTBANDS 2 PLY WITH ELASTIC,
LEG OPENING HEMMED  NO POCKETS  NO BUTTON  NO METAL / PLASTIC ZIPPER,
BODY LENGTH  REACHES TO ANKLE
FABRICATION BODY  90 POLYESTER 10 SPANDEX        #  KNITTED
BODY FABRIC WEIGHT  175 Grams per square meter
, STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07,
HANGER PACK        CODE# 60128
Size: S,M,L,XL

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SS1184 | REFERENCE NO. | 801P | | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | | |
| VENDOR ITEM CODE | WC8JO53090JR | COUNTRY OF ORIGIN | BANGLADESH | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 649, RHONE | | |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT

# COMMERCIAL INVOICE

Page 3 of 3
DATE: September 17, 2018
INVOICE NO.: 201621967530

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:   Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 480 | 480 | ASSORTMENTS | 5,769.00  USD |

TOTAL US DOLLARS FIVE THOUSAND SEVEN HUNDRED SIXTY-NINE DOLLARS AND ZERO CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME  _____

EMPLOYEE TITLE  _____

**APL**

APL CO. PTE LTD

**BILL OF LADING**

71925905

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER | PAGE 1 OF 2 |
|---|---|---|---|
| NORP KNIT INDUSTRIES LTD. NORTH KHAILKUR, P.O. NATIONAL UNIVERSITY, GAZIPUR-1704, BANGLADESH. TEL:880-2-9292036-2037,9291936-1937. | 056448233 | APLU 056448233 | |

EXP./FINAL DEST.:CCD, MIRA LOMA, CA 91752

| CONSIGNEE (Name and Full Address (Non-Negotiable Unless consigned "To Order" means To Order of Shipper)) | FORWARDING AGENT (References, FMC. No.) |
|---|---|
| UNTO THE ORDER OF: STANDARD CHARTERED BANK, 67 GULSHAN AVENUE,DHAKA 1212, BANGLADESH. | AIR ALLIANCE LTD. BILQUIS TOWER,2ND FL.6,NORTH GULSHAN, C/A,CIR-2,DHAKA-1212,BD. |

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

| NOTIFY PARTY (Name and Full Address) | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING |
|---|---|
| SEARS ROEBUCK&CO. 3333 BEVERLY ROAD HOFFMAN ESTATES,IL 60179,USA TEL:1-847-286-3200 FAX:1-847-455-6555 | FROM/POINT OF DESTINATION SEARS C/O UPS SUPPLY CHAIN SOLUTION 19701 HAMILTON AVENUE TORRANCE,CA 90502,PHONE:(310) 404-2792,FAX:(310)404-2962, ATTN:MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| TAICHUNG    005 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO,CA (SPQ) | MIRA LOMA,CA-MWE |

Excess Valuation Please refer to Clause 7(II) on Reverse Side     **PARTICULARS FURNISHED BY SHIPPERS**

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| K-MART SE8872 ITEM NO.: 200024884827 200024884843 200024893505 200024893513 MADE IN BANGLADESH CONTENTS:    PCS | SC GB18/7107E 383 | FREIGHT COLLECT CTN    AA)LV84000.00.00 'SLAC CY/CY WOMEN'S 100% COTTON KNITTED TOP STYLE NO. WP9LS78873MI ORDER NO. SE8872 REF NO. 801C QNTY- 2,806 PCS CAT NO.339 HTS#6110.2020.79& 3923.9000.80 VENDOR#9085 , DIV NO.4 , DEPT# 007, INVOICE NO. 1061SERK23503 DATE: 05.09.2018 E-DOC INV NO.201821935905 DATE: 05.09.2018 EXP NO. 2486-40425-2018 DATE: 09.09.2018 EXPORT L/C # PGL-NORP/1061 DATE: 31.10.2017 RECEIVED FOR SHIPMENT : 17.09.2018 CONTAINER GATE-IN DATE : 19.09.2018 MOTHER VESSEL NAME : CMA CGM IVANHOE V- 309 CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT ** ** ORIGINAL BL ** | 644.290KG | 6.460M3 |

| BILL TO BE RELEASED: DHAKA, BA | OCEAN FREIGHT PAYABLE AT MIRA LOMA, CA | | |
|---|---|---|---|
| FREIGHT RATES, CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |
| | | | |

APL CO. PTE LTD

o, APL (Bangladesh) Pvt. Ltd.
Authorized Signature    AS AGENTS

| J1M 005 | | TOTAL PREPAID | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | TOTAL COLLECT | | | | | | |
| 00926134 | 00562026 | 46266005 | CHT | SPQ | MWF | Y | APLU 056448233 |
| POC | FORWARDER | SHIPPER | CONSIGNEE | LD PORT | DIS PORT | DLVR | NOTIFY | DSC | B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

APL CO. PTE LTD

## BILL OF LADING

| | | |
|---|---|---|
| SHIPPER (Principal or Seller licensee and full address)<br>NORP KNIT INDUSTRIES LTD.<br>NORTH KHAILKUR, P.O.NATIONAL<br>UNIVERSITY,GAZIPUR-1704,BANGLADESH.<br>TEL:880-2-9292036-2037,9291936-1937. | BOOKING NUMBER<br>056448233 | B/L NUMBER   PAGE  2  OF  2<br>APLU 056446233 |

EXPORT FINAL DEST:CCD, MIRA LOMA, CA 91752

| | |
|---|---|
| CONSIGNEE (Name and Full Address)<br>(Unless provided otherwise, a consignment "To Order" means "To Order of Shipper")<br><br>UNTO THE ORDER OF:<br>STANDARD CHARTERED BANK,<br>67 GULSHAN AVENUE,DHAKA 1212,<br>BANGLADESH. | FORWARDING AGENT (References, F.M.C. No.)<br>AIR ALLIANCE LTD.<br>BILQUIS TOWER, 2ND FL.6,NORTH GULSHAN,<br>C/A,CIR-2,DHAKA-1212,BD.<br>POINT AND COUNTRY OF ORIGIN OF GOODS<br>GAZIPUR, BANGLADESH |
| NOTIFY PARTY (Name and Full Address)<br>SEARS, ROEBUCK&CO.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES, IL.60179,USA<br>TEL:1-847-286-3200<br>FAX:1-847-455-6555 | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/<br>EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING<br>FROM POINT OF DESTINATION<br>SEARS C/O UPS SUPPLY CHAIN SOLUTION<br>19701 HAMILTON AVENUE<br>TORRANCE,CA 90502,PHONE:(310)<br>404-2792,FAX:(310)404-2962,<br>ATTN:MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT<br>CHITTAGONG |
|---|---|

| EXPORT CARRIER (Vessel, voyage, & flag)<br>TAICHUNG       005 | PORT OF LOADING<br>CHITTAGONG, BA |
|---|---|

| PORT OF DISCHARGE<br>SAN PEDRO,CA (SPQ) | PLACE OF DELIVERY<br>MIRA LOMA,CA-MWF |
|---|---|

Excess Valuation Please refer to Clause 7[6] on Reverse Side        PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | KIND | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| **CTR NBR**<br>CMAU581458-1 | **SEAL**<br>0590068 | | ***FREIGHT COLLECT***<br>NBR**** T/S HT  MODE  QUANT/TYPE<br>** D40 96  CY/ CY    383CTN<br>** SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT<br>644.29KG | MSMT<br>6.460M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD  SEP. 21, 2018

| | OCEAN FREIGHT PAYABLE AT | | |
|---|---|---|---|
| | PREPAID U.S.$ | COLLECT U.S.$ | Local Currency |

The undersigned Carrier hereby acknowledges receipt of the Goods... APL CO. PTE LTD

By APL (Bangladesh) Pvt. Ltd.
Authorized Signature
SEP. 21 2018
CHITTAGONG,

| J1M 005 | | TOTAL PREPAID | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Vessel  Voyage  Other | | TOTAL COLLECT | | | | | | |
| 00926134 | 00562026 | 46266005 | CHT | SPQ | MWF | | Y | APLU 056448233 |

| FOC | FORWARDER | SHIPPER | CONSIGNEE | LD.PORT | DIS.PORT | DEST | NOTIFY | CSC | B/L NUMBER |
|---|---|---|---|---|---|---|---|---|---|

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

# COMMERCIAL INVOICE

Page 1 of 3

DATE: September 17, 2016

INVOICE NO.: 201621935006

9055
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SE8872 | COLD SHOUL CORE WHITE 320 C4 | 144 CARTONS | 144 AST | 37.520 USD AST | 5,402.88 USD |
| ITEM: | 200024864927 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 007 | | | | | |
| SEARS ITEM/SKU | 05881/ | | | | | |

STYLE NAME: WP9LS78873MI   FOB$ 5.36
COLD SHOULDER PULLOVER BLOUSE
SHORT SLEEVE, NO POCKET, NO ZIPPER, TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON KNITTED
HANGER CODE - 4848

| | | | |
|---|---|---|---|
| CONTRACT NO. | SE8872 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LS78873MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.          102761

NORP KNIT INDUSTRIES LTD (UNIT 1)

NORTH KHAILKUR,

P.O. NATIONAL UNIVERSITY,

GAZIPUR

Bangladesh

FTY MID NO.          BDNORKNIGAZ

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SE8872 | COLD SHOUL CORE WHITE 320 C4 | 67 CARTONS | 67 AST | 42.880 USD AST | 2,872.96 USD |
| ITEM: | 200024864843 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 007 | | | | | |
| SEARS ITEM/SKU | 05881/ | | | | | |

STYLE NAME: WP9LS78873MI   FOB$ 5.36
COLD SHOULDER PULLOVER BLOUSE
SHORT SLEEVE, NO POCKET, NO ZIPPER, TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON KNITTED
HANGER CODE - 4848

| | | | |
|---|---|---|---|
| CONTRACT NO. | SE8872 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LS78873MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

# COMMERCIAL INVOICE

Page 2 of 3

DATE: September 17, 2018

INVOICE NO.: 2018218035905

9085
PEARL GLOBAL INDUSTRIES LTD.
FGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| SEARS | SE8872 | COLD SHOUL CORE WHITE 211 C8 | 56 CARTONS | 56 AST | 42.880 USD AST | 2,467.04 USD |
|---|---|---|---|---|---|---|

ITEM:          200024893505
MADE IN          BANGLADESH
CONTENTS          1 ASSORTMENT
SEARS DIV          607
SEARS ITEM/SKU   J05885/

STYLE NAME: WP6L578073M    FOB$ 5.38
COLD SHOULDER PULLOVER BLOUSE
SHORT SLEEVE, NO POCKET, NO ZIPPER, TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON KNITTED
HANGER CODE - 4840

| CONTRACT NO. | 5C8872 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP6L578073M | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| SEARS | SE8872 | COLD SHOUL CORE WHITE 211 C8 | 114 CARTONS | 114 AST | 37.520 USD AST | 4,277.28 USD |
|---|---|---|---|---|---|---|

ITEM:          200024893513
MADE IN          BANGLADESH
CONTENTS          1 ASSORTMENT
SEARS DIV          607
SEARS ITEM/SKU   J05885/

STYLE NAME: WP6L578573M    FOB$ 5.38
COLD SHOULDER PULLOVER BLOUSE
SHORT SLEEVE, NO POCKET, NO ZIPPER, TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON KNITTED
HANGER CODE - 4840

## COMMERCIAL INVOICE

Page 3 of 3
DATE: September 17, 2018
INVOICE NO.: 2018218355905

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

| | | |
|---|---|---|
| CONTRACT NO. | SE8672 | |
| DC CODE | CCD | |
| DIVISION NO. | Division 4 | |
| VENDOR ITEM CODE | WP9LS76673MI | |
| BINDING RULING # OR PRECLASS # | | |

| | |
|---|---|
| REFERENCE NO. | 801C |
| DEPARTMENT NO. | 007 |
| VENDOR NO. | 9085 |
| COUNTRY OF ORIGIN | BANGLADESH |
| CATEGORY | 339, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

PAYMENT TERM    Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER    OPEN ACCOUNT
LC#    NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 363 | 363 | ASSORTMENTS | 15,040.16  USD |

TOTAL US DOLLARS FIFTEEN THOUSAND FORTY DOLLARS AND SIXTEEN CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

SCAC **MAEU**

B/L No. 587251936

| | |
|---|---|
| Shipper<br>NORP KNIT INDUSTRIES LTD,<br>NORTH KHAILKUR, P.O.NATIONAL,<br>UNIVERSITY,GAZIPUR-1704,BANGLADESH,<br>TEL.No:880-2-9292036,9292037,<br>9291036,9291937. | Booking No.<br>578470128 |
| | Export references<br>33148740130 / 331C00025755 |
| | Svc Contract<br>297368502 |
| | Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant) |
| Consignee (negotiable only if consigned "to order", "to order of a named Person or "to order of bearer")<br>UNTO THE ORDER OF:<br>STANDARD CHARTERED BANK,<br>G7 GULSHAN AVENUE,DHAKA 1212,<br>BANGLADESH. | Notify Party (see clause 22)<br>SEARS ROEBUCK & CO.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,IL,60179,USA<br>TEL:1-847-286-3200<br>FAX:1-847-455-6555*** |
| Vessel (see clause 1 + 19)<br>XPRESS MAHANANDA | Voyage No.<br>0095 | Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
| Port of Loading<br>Chittagong | Port of Discharge<br>Newark | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1)<br>PCD,Chambersburg, PA 17201(Door) |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain: 313 Carton | 526.67 KGS | 5.280 CBM |

1 Container Said to Contain: 313 Carton

WOMEN'S 100% COTTON KNITTED TOP
STYLE NO. WP9LS78873MI
ORDER NO. SE8872
REF NO. 801P QNTY- 2,294 PCs
CAT NO.339 HTS#6110.2020.7983923.9000.80
VENDOR#908S , DIV NO.4 , DEPT# 007,
INVOICE NO. 1061SERK23504 DATE: 05.09.2018
E-DOC INV NO.201821936103  DATE: 05.09.2018
EXP NO. 2486-40436-2018 DATE: 09.09.2018
Export L/C # PGL-NORP/1061 DATE: 31.10.2017

RECEIVED FOR SHIPMENT: 17.09.2018
CONTAINER GATE-IN DATE:20.09.2018
MOTHER VESSEL NAME: APL HOUSTON-03DS

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 20/09/2018

TO LOAD ONTO <APL HOUSTON> /<03DS>

SEARS

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| | | |
|---|---|---|
| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier.<br>1 container | Place of Issue of B/L<br>Dhaka |  |
| Number & Sequence of Original B/Ls.<br>1/THREE | Date of Issue of B/L<br>2018-09-30 | |
| Declared Value (see clause 7.3) | Shipped on Board Date (Local Time)<br>2018-09-25 | |

MAERSK BANGLADESH LTD
As Agents

SE8872

B/L: 587251936                                          Page : 2

# MAERSK LINE

SE8872
ITEM NO :
200024884827
200024884843
200024893505
200024893513
MADE IN
BANGLADESH
CONTENTS: PCS

MRKU2363544  ML-BD0463033  40 DRY 9'6  313 Carton  526.67 KGS  5.280 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd
License Number : 1732/85
Date of Expiry   : 31 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (MRKU2363544)
WHICH CAN ONLY BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(587251933,587251934,587251935,587251936,587251937,587251938,587251939,5872
51940,587251941,587251942,587251943,587251944,587251945)
COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY: ***SEARS C/O UPS SUPPLY CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE,CA,90502
PHONE(310)404-2792,FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO, ***

CY/SD

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

# COMMERCIAL INVOICE

Page 1 of 3

DATE: September 17, 2018

INVOICE NO.: 201821930103

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh        SHIPPED TO:  Chambersburg, PA

MODE OF TRANSPORTATION:  Ocean

FOB Bangladesh

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| SEARS        SE5872 | COLD SHOUL CORE WHITE 320 C4 | 118 CARTONS | 118 AST | 37.520 USD | 4,427.36 USD AST |
| ITEM:        200024884827 | | | | | |
| MADE IN      BANGLADESH | | | | | |
| CONTENTS    1 ASSORTMENT | | | | | |
| SEARS DIV   007 | | | | | |
| SEARS ITEM/SKU  05581/ | | | | | |

STYLE NAME: WP9LS78873MI   FOB$ 5.36
COLD SHOULDER PULLOVER BLOUSE
SHORT SLEEVE, NO POCKET, NO ZIPPER, TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON KNITTED
HANGER CODE - 484B

CONTRACT NO.        SE5872
DC CODE             PCO
DIVISION NO.        Division 4
VENDOR ITEM CODE    WP9LS78873MI
BINDING RULING # OR
PRECLASS #

REFERENCE NO.       501P
DEPARTMENT NO.      007
VENDOR NO.          9085
COUNTRY OF ORIGIN   BANGLADESH
CATEGORY            339, RNONE

FACTORY NO.         102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.         BDNORKNIGAZ

| SEARS        SE5872 | COLD SHOUL CORE WHITE 320 C4 | 55 CARTONS | 55 AST | 42.860 USD | 2,358.40 USD AST |
|---|---|---|---|---|---|
| ITEM:        200024884843 | | | | | |
| MADE IN      BANGLADESH | | | | | |
| CONTENTS    1 ASSORTMENT | | | | | |
| SEARS DIV   007 | | | | | |
| SEARS ITEM/SKU  05581/ | | | | | |

STYLE NAME: WP9LS78873MI   FOB$ 5.36
COLD SHOULDER PULLOVER BLOUSE
SHORT SLEEVE, NO POCKET, NO ZIPPER, TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON KNITTED
HANGER CODE - 484B

CONTRACT NO.        SE5872
DC CODE             PCO
DIVISION NO.        Division 4
VENDOR ITEM CODE    WP9LS78873MI
BINDING RULING # OR
PRECLASS #

REFERENCE NO.       501P
DEPARTMENT NO.      007
VENDOR NO.          9085
COUNTRY OF ORIGIN   BANGLADESH
CATEGORY            339, RNONE

# COMMERCIAL INVOICE

Page 2 of 3
DATE: September 17, 2018
INVOICE NO.: 201821936103

9035
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT.NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | SE8872 | COLD SHOUL CORE WHITE 211 C5 | 48 CARTONS | 48 AST | 42.880 USD AST | 2,058.24 USD |
|---|---|---|---|---|---|---|
| ITEM: | 200024693505 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 007 | | | | | |
| SEARS ITEM/SKU | 05855/ | | | | | |

STYLE NAME: WP9LS78873MI  FOB$ 5.36
COLD SHOULDER PULLOVER BLOUSE
SHORT SLEEVE, NO POCKET, NO ZIPPER, TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON KNITTED
HANGER CODE - 484B

| CONTRACT NO. | SE8872 | REFERENCE NO. | 601P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9035 |
| VENDOR ITEM CODE | WP9LS78873MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | SE8872 | COLD SHOUL CORE WHITE 211 C5 | 82 CARTONS | 82 AST | 37.820 USD AST | 3,451.84 USD |
|---|---|---|---|---|---|---|
| ITEM: | 200024693513 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 007 | | | | | |
| SEARS ITEM/SKU | 05865/ | | | | | |

STYLE NAME: WP9LS78873MI  FOB$ 5.36
COLD SHOULDER PULLOVER BLOUSE
SHORT SLEEVE, NO POCKET, NO ZIPPER, TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON KNITTED
HANGER CODE - 484B

# COMMERCIAL INVOICE

Page 3 of 3

DATE: September 17, 2016

INVOICE NO.: 201621930103

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122015

TO:       SEARS ROEBUCK & CO.
          3333 Beverly Road
          Hoffman Estates, IL 60179
          US

SHIPPED FROM:  Chittagong, Bangladesh       SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

                                                           FOB Bangladesh

| | | | |
|---|---|---|---|
| CONTRACT NO. | SE5972 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9L876873M8 | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.         102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.         BDNORKNIGAZ

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER         OPEN ACCOUNT
LC#                 NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 313 | 313 ASSORTMENTS | | 12,295.84  USD |

TOTAL US DOLLARS TWELVE THOUSAND TWO HUNDRED NINETY-FIVE DOLLARS AND EIGHTY-FOUR CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

BILL OF LADING

| | BOOKING NUMBER | BL NUMBER | PAGE 1 OF 2 |
| | 056444314 | | APLU 056444314 |

SHIPPER (Principal or Seller licensee and full address)
NORP KNIT INDUSTRIES LTD.
NORTH KHAILKUR, P.O.NATIONAL
UNIVERSITY, GAZIPUR-1704, BANGLADESH.
TEL:880-2-9292036-2037,9291936-1937.

EXPORT/FINAL DEST:CCD, MIRA LOMA, CA 91752

CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper)
UNTO THE ORDER OF:
THE HONGKONG AND SHANGHAI BANKING
CORPORATION LTD.
186 BIR UTTAM MIR
SHAWKAT ALI ROAD, DHAKA, BANGLADESH

FORWARDING AGENT (References, F.M.C. No.)
AIR ALLIANCE LTD.
BILQUIS TOWER, 2ND FL, 6, NORTH GULSHAN,
C/A, CIR-2, DHAKA-1212, BD.

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

NOTIFY PARTY (Name and Address)
SEARS ROEBUCK&CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL.60179, USA
TEL:1-847-286-3200
FAX:1-847-455-6555

ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING/
FROM POINT OF DESTINATION
SEARS C/O UPS SUPPLY CHAIN SOLUTION
19701 HAMILTON AVENUE
TORRANCE, CA 90502, PHONE: (310)
404-2792, FAX: (310) 404-2962,
ATTN:MARY ELLEN WRATSCHKO.

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT* |
| | CHITTAGONG |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
| OEL HIND          810 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY* |
| SAN PEDRO, CA (SPQ) | MIRA LOMA, CA-MWF |

Excess Valuation Please refer to Clause 7(ii) on Reverse Side     **PARTICULARS FURNISHED BY SHIPPERS**

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | H/M | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| K-MART SG8520<br><br>ITEM NO :<br>200064821895<br>200064824556<br>200064864398<br>200064884414<br>MADE IN<br>BANGLADESH<br>CONTENTS:   PCS | SC GB18/7107E<br>468 | | FREIGHT COLLECT<br>CTN    AA)LV84000.00.00  SLAC CY/CY<br>WOMEN'S 78%VISCOSE 18%POLYESTER 4%<br>SPANDEX KNITTED TOP<br>STYLE NO. WH8LS78846MI<br>ORDER NO. SG8520<br>REF NO. 801C QNTY- 3,380 PCS<br>CAT NO.639 HTS#6110.3030.59<br>VENDOR#9085 , DIV NO.4 , DEPT# 007,<br><br>INVOICE NO. 1060SERK23051 DATE:<br>30.07.2018<br>E-DOC INV NO.201821046677 DATE:<br>30.07.2018<br>EXP NO. 2859-39967-2018 DATE:<br>30.07.2018<br>EXPORT L/C # PGL-NORP/1060 DATE:<br>25.10.2017<br>RECEIVED FOR SHIPMENT : 06.08.2018<br>CONTAINER GATE-IN DATE : 08.08.2018<br>MOTHER VESSEL NAME : CMA CGM<br>CHENNAI V. 289<br>***FREIGHT COLLECT***<br>            CONTINUED ON FOLLOWING PAGE ** | 1735.240KG | 16.980M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

| BL TO BE RELEASED AT  DHAKA, BA | OCEAN FREIGHT PAYABLE AT  MIRA LOMA, CA | The undersigned Carrier hereby acknowledges receipt of the stated number or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees, and the Consignee and every person purchasing this Instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and by incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.<br>A set of  3  originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.<br>THE CARRIER<br>APL CO. PTE LTD |
| FREIGHT PAYER CHARGES, WEIGHTS AND/OR<br>MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |

By: APL (Bangladesh) Pvt. Ltd.
Authorized Signature   AS AGENTS

| Y5Z.810 | | TOTAL PREPAID | | | | | | | Date and<br>Place Issued |
| Vessel | Voyage | Office | TOTAL COLLECT | | | | | | |
| | 01058547 | 00562026 | 46266005 | CHT | SPQ | MWF | | Y | APLU 056444314 |
| FCC | FORWARDER | SHIPPER | CONSIGNEE | LD PORT | DIS PORT | DEST | NOTIFY | CSC | BL NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

SG8520

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | BL NUMBER | PAGE   2  OF  2 |
|---|---|---|---|
| NORP KNIT INDUSTRIES LTD, NORTH KHAILKUR, P.O.NATIONAL UNIVERSITY,GAZIPUR-1704,BANGLADESH. TEL:880-2-9292036-2037,9291936-1937. | 056444314 | | APLU 056444314 |

**EXPORT FINAL DEST:CCD, MIRA LOMA, CA 91752**

| CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consigned to Order) (Unless proovided otherwise, a consignment "To Order" means "To Order of Shipper) |
|---|
| UNTO THE ORDER OF: THE HONGKONG AND SHANGHAI BANKING CORPORATION LTD. 186 BIR UTTAM MIR SHAWKAT ALI ROAD,DHAKA,BANGLADESH |

FORWARDING AGENT (References, F.M.C. No.)
AIR ALLIANCE LTD.
BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,
C/A,CIR-2,DHAKA-1212,BD.

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

NOTIFY PARTY (Name and Full Address)
SEARS ROEBUCK&CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL.60179,USA
TEL:1-847-286-3200
FAX:1-847-455-6555

ALSO NOTIFY (Name and Full Address)DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION
SEARS C/O UPS SUPPLY CHAIN SOLUTION
19701 HAMILTON AVENUE
TORRANCE,CA 90502,PHONE:(310)
404-2792,FAX:(310)404-2962,
ATTN:MARY ELLEN WRATSCHKO.

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| OEL HIND        810 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY* |
|---|---|
| SAN PEDRO,CA (SPQ) | MIRA LOMA,CA-MWF |

Excess Valuation Please refer to Clause 7(II) on Reverse Side     **PARTICULARS FURNISHED BY SHIPPERS**

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | HM | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| ***CTR NBR*** FCIU876486-0 | ****SEAL NBR**** 0593198** | | T/S HT    MODE    QUANT/TYPE D40 96  CY/ CY   468CTNS SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT 1735.24KG | MSMT 16.980M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD  AUG. 15, 2018

| BL TO BE RELEASED AT | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|
| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |

The undersigned Carrier hereby acknowledges receipt of the stated container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The Shipper agrees, and the Consignee and every person purchasing this instrument for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and by incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of       **3**      originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.
THE CARRIER
APL CO. PTE LTD

By: APL (Bangladesh) Pvt. Ltd.
Authorized Signature

Date and      AUG. 15, 2018
Place Issued    CHITTAGONG,

| YSZ | 810 | | TOTAL PREPAID | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Office | TOTAL COLLECT | | | | | | |
| | 01058547 | 00562026 | 46266005 | CHT | SPQ | MWF | | Y | APLU 056444314 |

| FCC | FORWARDER | SHIPPER | CONSIGNEE | LD PORT | DIS PORT | DEST | NOTIFY | CSC | BL NUMBER |
|---|---|---|---|---|---|---|---|---|---|

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

# COMMERCIAL INVOICE

Page 1 of 5

DATE: August 09, 2016

INVOICE NO.: 20162HM6677

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SG6520 | COZY TUNIC MARITIME HEATH | 182 | 182 | 46.200  USD | 8,408.40  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 200064821895 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 007 | | | | | |
| SEARS ITEM/SKU | 61614/ | | | | | |

STYLE NAME: WH8LS78846MI    FOB$ 6.60
DESCRIPTION: COZY TUNIC W/POCKETS
LONG SLEEVE, POCKET AT FRONT ON EACH SIDE AT WAIST LABEL, NO ZIPPER.
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: CHINA
FABRIC CONTENT: 78% VISCOSE, 18% POLYESTER, 4% SPANDEX JERSEY
COUNT AND CONSTRUCTION: 100D+40D
HANGER PACK
HANGER CODE : 4840, CROWN SIZER COST: $0.072

| CONTRACT NO. | SG6520 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WH8LS78846MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| SEARS | SG6520 | COZY TUNIC MARITIME HEATH | 52 | 52 | 52.800  USD | 2,745.60  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 200064024956 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 007 | | | | | |
| SEARS ITEM/SKU | 61614/ | | | | | |

STYLE NAME: WH8LS78846MI    FOB$ 6.60
DESCRIPTION: COZY TUNIC W/POCKETS
LONG SLEEVE, POCKET AT FRONT ON EACH SIDE AT WAIST LABEL, NO ZIPPER.
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: CHINA
FABRIC CONTENT: 78% VISCOSE, 18% POLYESTER, 4% SPANDEX JERSEY
COUNT AND CONSTRUCTION: 100D+40D
HANGER PACK
HANGER CODE : 4840, CROWN SIZER COST: $0.072

# COMMERCIAL INVOICE

Page 2 of 3

DATE: August 06, 2018

INVOICE NO.: 2018210468??

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh          SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| CONTRACT NO. | SG8520 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WH8LS78846MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.          102791

NORP KNIT INDUSTRIES LTD (UNIT 1)

NORTH KHAILKUR,

P.O. NATIONAL UNIVERSITY,

GAZIPUR

Bangladesh

FTY MID NO.          BDNORKNIGAZ

| SEARS | SG8520 | COZY TUNIC WINTER BLOOM | | 182 | 182 | 46.200 USD | 8,408.40 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| ITEM: | 200054684398 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 61616/ | | | | | | |

STYLE NAME: WH8LS78846MI   FOB$ 6.60
DESCRIPTION: COZY TUNIC W/POCKETS
LONG SLEEVE, POCKET AT FRONT ON EACH SIDE AT WAIST LABEL, NO ZIPPER.
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: CHINA
FABRIC CONTENT: 78% VISCOSE, 18% POLYESTER, 4% SPANDEX JERSEY
COUNT AND CONSTRUCTION: 100D*40D
HANGER PACK
HANGER CODE : 4848, CROWN SIZER COST: $0.072

| CONTRACT NO. | SG8520 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WH8LS78846MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.          102791

NORP KNIT INDUSTRIES LTD (UNIT 1)

NORTH KHAILKUR,

P.O. NATIONAL UNIVERSITY,

GAZIPUR

Bangladesh

FTY MID NO.          BDNORKNIGAZ

| SEARS | SG8520 | COZY TUNIC WINTER BLOOM | | 52 | 52 | 52.800 USD | 2,745.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| ITEM: | 200054684414 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

## COMMERCIAL INVOICE

Page 1 of 3

DATE: August 06, 2018

INVOICE NO.: 201621046077

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

SEARS DIV          607
SEARS ITEM/SKU   61616/

STYLE NAME: WH6LS78846MI   FOB$ 8.80
DESCRIPTION: COZY TUNIC W/POCKETS
LONG SLEEVE, POCKET AT FRONT ON EACH SIDE AT WAIST LABEL, NO ZIPPER.
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: CHINA
FABRIC CONTENT: 78% VISCOSE, 18% POLYESTER, 4% SPANDEX JERSEY
COUNT AND CONSTRUCTION: 100D140D
HANGER PACK
HANGER CODE : 484B, CROWN SIZER COST: $0.072

| | | | |
|---|---|---|---|
| CONTRACT NO. | SG8520 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WH6LS78846MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

PAYMENT TERM          Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER          OPEN ACCOUNT
LC#          NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 498 | 498 | ASSORTMENTS | 22,308.00   USD |

TOTAL US DOLLARS TWENTY-TWO THOUSAND THREE HUNDRED EIGHT DOLLARS AND ZERO CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME
EMPLOYEE TITLE

# MAERSK LINE

| | |
|---|---|
| **BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT** | SCAC  MAEU |
| | B/L no. 584593391 |

**Shipper**
NORP KNIT INDUSTRIES LTD,
NORTH KHAILKUR,P.O.NATIONAL,
UNIVERSITY,GAZIPUR-1704,BANGLADESH.
TEL.No:880-2-9292036,9292037,
9291936,9291937.

**Booking No**
965988049

**Export references**
33148740130 / 331C0025755

**Svc Contract**
297368503

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

**Consignee** (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer")
UNTO THE ORDER OF:
THE HONGKONG AND SHANGHAI BANKING
CORPORATION LTD.186 BIR UTTAM MIR
SHAWKAT ALI ROAD,DHAKA,BANGLADESH

**Notify Party** (see clause 22)
SEARS ROEBUCK&CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL,60179,USA
TEL:1-847-286-3200
FAX:1-847-455-6555***

| Vessel (see clause 1 + 19) | Voyage No. | Place of Receipt. Applicable only when document used as Multimodal Transport B/L (see clause 1) |
|---|---|---|
| BRIGHT | 012E | |

| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Transport B/L (see clause 1) |
|---|---|---|
| Chittagong | Newark | PCD,Chambersburg, PA 17201(Door) |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 386 Carton | 1431.30 KGS | 14.020 CBM |

WOMEN'S 78%VISCOSE 18%POLYESTER 4%SPANDEX KNITTED TOP
STYLE NO.  WHBLS78846MI
ORDER NO.  SGB520
REF NO.  801P QNTY- 2,788 PCS
CAT NO.639  HTS#6110.3030.59
VENDOR#9085 , DIV NO.4 , DEPT# 007,
INVOICE NO.  10605ERK?3052 DATE:30.07.2018
E-DOC INV NO.2018F1040208  DATE:30.07.2018
EXP NO.  2859-39358-2018  DATE:30.07.2018
Export L/C #  PGL NORP/050 DATE:22.10.2017

~~ORIGINAL~~

RECEIVED FOR SHIPMENT: 06.08.2018
CONTAINER GATE-IN DATE: 09.08.2018
MOTHER VESSEL NAME: CMA CGM RHONE 02PS

Containers Received for Shipment by Carrier 16/08/2018
TO LOAD ONTO <CMA CGM RHONE> 7<02PS>

K-MART
SGB520

Above particulars as declared by Shipper but without responsibility of or representation by the Carrier (see clause 14)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier | Place of Issue of B/L |
|---|---|
| 1 container | Dhaka |

| Number & Sequence of Original B(s)/L | Date of issue of B/L |
|---|---|
| 3/THREE | 2018-08-20 |

| Declared Value (see clause 7.3) | Shipped on Board Date (Local Time) |
|---|---|
| | 2018-08-18 |

Signed for the Carrier Maersk Line A/S

MAERSK BANGLADESH LTD
As Agent(s)

This transport document has one or more numbered pages

# MAERSK LINE

ITEM NO :
200064821895
200064824956
200064884398
200064884414
MADE IN
BANGLADESH
CONTENTS: PCS

BMOU4175626  ML-BD0504424  40 DRY 9'6  386 Carton  1431.30 KGS  14.020 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd
License Number : 1732/85
Date of Expiry    :  31 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (BMOU4175626) WHICH CAN ONLY
BE RELEASED AGAINST PRESENTATION OF BILL OF LADING (584593390, 584593391,
584593392, 584593393) COVERING THE FULL CONTENTS OF THE MENTIONED
CONTAINER

ALSO NOTIFY: ***SEARS C/O UPS SUPPLY CHAIN
SOLUTION 19701 HAMILTON AVENUE
TORRANCE,CA 90502,PHONE:(310)
404-2792,FAX:(310)404-2962,
ATTN:MARY ELLEN WRATSCHKO.

CY/SD

| Freight & Charges | Rate | Tax | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

# COMMERCIAL INVOICE

Page 1 of 3
DATE: August 08, 2018
INVOICE NO.: 201821046768

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:   Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SG8520 | COZY TUNIC MARITIME HEATH | 150 | 150 | 46.200 USD | 6,930.00 USD |
|  |  |  | CARTONS | AST | AST |  |
| ITEM: | 200064821865 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 61614/ | | | | | |

STYLE NAME: WH8LS78846MI   FOB$ 6.60
DESCRIPTION: COZY TUNIC W/POCKETS
LONG SLEEVE, POCKET AT FRONT ON EACH SIDE AT WAIST LABEL, NO ZIPPER.
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: CHINA
FABRIC CONTENT: 78% VISCOSE, 18% POLYESTER, 4% SPANDEX JERSEY
COUNT AND CONSTRUCTION: 100D+40D
HANGER PACK
HANGER CODE : 4848, CROWN SIZER COST: $0.072

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SG8520 | REFERENCE NO. | 801P | | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | | |
| VENDOR ITEM CODE | WH8LS78846MI | COUNTRY OF ORIGIN | BANGLADESH | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | | |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | SG8520 | COZY TUNIC MARITIME HEATH | 43 | 43 | 52.800 USD | 2,270.40 USD |
|---|---|---|---|---|---|---|
|  |  |  | CARTONS | AST | AST |  |
| ITEM: | 200064824959 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 61614/ | | | | | |

STYLE NAME: WH8LS78846MI   FOB$ 6.60
DESCRIPTION: COZY TUNIC W/POCKETS
LONG SLEEVE, POCKET AT FRONT ON EACH SIDE AT WAIST LABEL, NO ZIPPER.
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: CHINA
FABRIC CONTENT: 78% VISCOSE, 18% POLYESTER, 4% SPANDEX JERSEY
COUNT AND CONSTRUCTION: 100D+40D
HANGER PACK
HANGER CODE : 4848, CROWN SIZER COST: $0.072

# COMMERCIAL INVOICE

Page 2 of 3

DATE: August 06, 2018

INVOICE NO.: 201821045706

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| CONTRACT NO. | 8G8520 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WH8L578640MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| SEARS | 8G8520 | COZY TUNIC WINTER BLOOM | | 150 CARTONS | 150 AST | 46.200 USD AST | 6,930.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 200064864396 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 61615/ | | | | | | |

STYLE NAME: WH8L578640MI   FOB$ 6.80
DESCRIPTION: COZY TUNIC W/POCKETS
LONG SLEEVE, POCKET AT FRONT ON EACH SIDE AT WAIST LABEL, NO ZIPPER.
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: CHINA
FABRIC CONTENT: 78% VISCOSE, 18% POLYESTER, 4% SPANDEX JERSEY
COUNT AND CONSTRUCTION: 100D+40D
HANGER PACK
HANGER CODE : 484B, CROWN SIZER COST: $0.072

| | | | |
|---|---|---|---|
| CONTRACT NO. | 8G8520 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WH8L578640MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| SEARS | 8G8520 | COZY TUNIC WINTER BLOOM | | 43 CARTONS | 43 AST | 52.800 USD AST | 2,270.40 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 200064884414 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

# COMMERCIAL INVOICE

Page 3 of 3

DATE: August 03, 2016

INVOICE NO.: 201821046706

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Chambersburg , PA

FOB Bangladesh

SEARS DIV      807
SEARS ITEM/SKU  01616/

STYLE NAME: WH6LS78646MI    FOB$ 0.60
DESCRIPTION: COZY TUNIC W/POCKETS
LONG SLEEVE, POCKET AT FRONT ON EACH SIDE AT WAIST LABEL, NO ZIPPER.
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: CHINA
FABRIC CONTENT: 78% VISCOSE, 18% POLYESTER, 4% SPANDEX JERSEY
COUNT AND CONSTRUCTION: 100D+40D
HANGER PACK
HANGER CODE : 484B, CROWN SIZER COST: $0.072

| | |
|---|---|
| CONTRACT NO. | SG8520 |
| DC CODE | PCD |
| DIVISION NO. | Division 4 |
| VENDOR ITEM CODE | WH6LS78646MI |
| BINDING RULING # OR PRECLASS # | |

| | |
|---|---|
| REFERENCE NO. | 601P |
| DEPARTMENT NO. | 007 |
| VENDOR NO. | 9085 |
| COUNTRY OF ORIGIN | BANGLADESH |
| CATEGORY | 639, RNONE |

FACTORY NO.       102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

PAYMENT TERM      Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER      OPEN ACCOUNT
LC#      NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 386 | 386 | ASSORTMENTS | 18,400.80   USD |

TOTAL US DOLLARS EIGHTEEN THOUSAND FOUR HUNDRED DOLLARS AND EIGHTY CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME
EMPLOYEE TITLE

**BILL OF LADING**

| SHIPPER (Principal or Seller/Licensee and full address)<br>NORP KNIT INDUSTRIES LTD,<br>NORTH KHAILKUR, P.O. NATIONAL<br>UNIVERSITY, GAZIPUR-1704, BANGLADESH.<br>TEL:880-2-9292036-2037,9291936-1937. | BOOKING NUMBER<br>056444311 | B/L NUMBER<br>APLU 056444311 | PAGE 1 OF 2 |
|---|---|---|---|

EXPORT REF/FINAL DEST:CCD, MIRA LOMA, CA 91752

| CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consigned to Order)<br>(Unless provided otherwise, a consignment "To Order" means To Order of Shipper)<br>UNTO THE ORDER OF<br>THE HONGKONG AND SHANGHAI BANKING<br>CORPORATION LTD.<br>186 BIR UTTAM MIR<br>SHAWKAT ALI ROAD, DHAKA, BANGLADESH | FORWARDING AGENT (References, F.M.C. No.)<br>AIR ALLIANCE LTD.<br>BILQUIS TOWER, 2ND FL, 6, NORTH GULSHAN,<br>C/A, CIR-2, DHAKA-1212, BD. |
|---|---|

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

| NOTIFY PARTY (Name and Full Address)<br>SEARS ROEBUCK&CO.<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL.60179,USA<br>TEL:1-847-286-3200<br>FAX:1-847-455-6555 | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/<br>EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING<br>FROM POINT OF DESTINATION<br>SEARS C/O UPS SUPPLY CHAIN SOLUTION<br>19701 HAMILTON AVENUE<br>TORRANCE, CA 90502, PHONE: (310)<br>404-2792, FAX: (310)404-2962,<br>ATTN:MARY ELLEN WRATSCHKO. |
|---|---|

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT<br>CHITTAGONG |
|---|---|

| EXPORT CARRIER (Vessel, voyage, & flag)<br>OEL HIND        810 | PORT OF LOADING<br>CHITTAGONG, BA |
|---|---|

| PORT OF DISCHARGE<br>SAN PEDRO, CA (SPQ) | PLACE OF DELIVERY<br>MIRA LOMA, CA-MWF |
|---|---|

Excess Valuation Please refer to Clause 7(ii) on Reverse Side        PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | HM | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| K-MART<br>SN4539<br>ITEM NO. :<br>770025330614<br>770026315317<br>MADE IN<br>BANGLADESH<br>CONTENTS: | SC GB18<br>808 | 7107E<br>CTN  AA)LV84000.00.00  SLAC CY/CY<br>GIRL'S 70%COTTON, 28%POLYESTER, 2%<br>SPANDEX WOVEN PANTS<br>STYLE NO:<br>GH8RC32405BG<br>ORDER NO.<br>SN4539<br>REF NO.<br>801C<br>QNTY- 8,080 PCS<br>CAT NO.348 HTS#6204.6280.51&<br>3923.9000.80<br>VENDOR#9085, DIV NO.4 , DEPT# 034,<br><br>INVOICE NO. 1058SERK22939 DATE:<br>20.07.2018<br>E-DOC INV NO.201820849553 DATE:<br>20.07.2018<br>EXP NO. 2859-37136-2018 DATE:<br>22.07.2018<br>EXPORT L/C # PGL-NORP/1058 DATE:<br>12.10.2017<br>        CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT **<br>                                 ** ORIGINAL BL ** | 4363.200KG | 25.190M3 |

| B/L TO BE RELEASED AT<br>DHAKA, BA | OCEAN FREIGHT PAYABLE AT<br>MIRA LOMA, CA | | The undersigned Carrier hereby acknowledges receipt of the sealed container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated, the Shipper agrees, and the Consignee and every person purchasing any investment for value, if negotiable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to and the terms and conditions set forth and key incorporated by reference on this side and two reverse hereof, whether written, stamped or printed. |
|---|---|---|---|
| FREIGHT RATES, CHARGES, WEIGHTS AND/OR<br>MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |
| | | | |

A set of 3 originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable Bill of lading, properly endorsed, all others shall stand void.

THE CARRIER
APL CO. PTE LTD

By: APL (Bangladesh) Pvt. Ltd.
Authorized Signature:  AS AGENTS

Date and
Place Issued

| Y5Z | 810 | TOTAL PREPAID | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Office | TOTAL COLLECT | | | | | | |
| 01058547 | 00562026 | 46266005 | CHT | SPQ | MWF | | Y | APLU 056444311 |
| TOC | FORWARDER | SHIPPER | CONSIGNEE | LD PORT | DIS PORT | DEST | NOTIFY | CSO | B/L NUMBER |

APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

BILL OF LADING

| SHIPPER (Principal or Seller Licensee and full address) | BOOKING NUMBER | B/L NUMBER |
|---|---|---|
| NORP KNIT INDUSTRIES LTD.<br>NORTH KHAILKUR,P.O.NATIONAL<br>UNIVERSITY,GAZIPUR-1704,BANGLADESH.<br>TEL:880-2-9292036-2037,9291936-1937. | 056444311 | PAGE 2 OF 2<br>APLU 056444311 |

EXPORT FINAL DEST:CCD, MIRA LOMA, CA 91752

| CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consigned to Order)<br>(Unless provided otherwise, a consignment "To Order" means to Order of Shipper) | FORWARDING AGENT (References, F.M.C. No.) |
|---|---|
| UNTO THE ORDER OF:<br>THE HONGKONG AND SHANGHAI BANKING<br>CORPORATION LTD.<br>186 BIR UTTAM MIR<br>SHAWKAT ALI ROAD,DHAKA,BANGLADESH | AIR ALLIANCE LTD.<br>BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,<br>C/A,CIR-2,DHAKA-1212,BD. |

| NOTIFY PARTY (Name and Full Address) | POINT AND COUNTRY OF ORIGIN OF GOODS |
|---|---|
| SEARS ROEBUCK&CO.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,IL.60179,USA<br>TEL:1-847-286-3200<br>FAX:1-847-455-6555 | GAZIPUR, BANGLADESH |

ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION
SEARS C/O UPS SUPPLY CHAIN SOLUTION
19701 HAMILTON AVENUE
TORRANCE, CA 90502,PHONE:(310)
404-2792,FAX:(310)404-2962,
ATTN:MARY ELLEN WRATSCHKO.

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| OEL HIND 810 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO,CA (SPQ) | MIRA LOMA,CA-MWF |

Excess Valuation Please refer to Clause 7(ii) on Reverse Side **PARTICULARS FURNISHED BY SHIPPERS**

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS. | kind | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| | | | RECEIVED FOR SHIPMENT : 06.08.2018<br>CONTAINER GATE-IN DATE : 08.08.2018<br>MOTHER VESSEL NAME : CMA CGM<br>CHENNAI V. 289<br>***FREIGHT COLLECT*** | | |
| ***CTR NBR***<br>CMAU494161-6 | ****SEAL<br>0593197<br>** | | NBR**** T/S HT MODE QUANT/TYPE<br>D40 96 CY/ CY 808CTNS<br>SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT<br>4363.20KG | MSMT<br>25.190M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD AUG. 15, 2018

| B/L TO BE RELEASED AT | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|
| FREIGHT RATES CHARGES, WEIGHTS AND/OR<br>MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |

The undersigned Carrier hereby acknowledges receipt of the sealed container or packages or other shipping units said to contain the Goods described above to appear external good order and condition unless otherwise stated. The Shipper agrees, and the Consignee and every person purchasing this Instrument for value, if applicable, or otherwise having an interest in the Goods is advised that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and/or incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

A set of ____ originals of this bill of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one negotiable bill of lading, properly endorsed, all others shall stand void.

THE CARRIER
APL CO. PTE LTD

By: APL (Bangladesh) Pvt. Ltd.
Authorized Signature

Date and
Place Issued
AUG. 15,2018
CHITTAGONG,

| YSZ | 810 | | TOTAL PREPAID | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Office | TOTAL COLLECT | | | | | | | |
| 01058547 | 00562026 | 46266005 | CHT | SPQ | MWF | | Y | APLU 056444311 | | |
| FOC | FORWARDER | SHIPPER | CONSIGNEE | LD PORT | DIS PORT | DEST | NOTIFY | CSC | B/L NUMBER | |

APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

# COMMERCIAL INVOICE

Page 1 of 2

DATE: July 30, 2016

INVOICE NO.: 201620849503

9065
PEARL GLOBAL INDUSTRIES LTD,
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SN4539 | TWILL PAN ROSE GOL | 390 | 390 | 63.000 USD | 24,570.00 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 770026330614 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 677 | | | | | |
| SEARS ITEM/SKU | 599650/ | | | | | |

STYLE #GH8RC32405BG
DESCRIPTION: GIRLS TWILL PANT( SIZE#S (7/8),M (10/12),L (14),XL (16))
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE
ADJUSTABLE WAIST BAND ELASTIC WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND
CENTRE FRONT FLY WITH ZIPPER OPENING
FUNCTIONAL FRONT POCKET AND NO COIN POCKET , NO RIVET
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC - 70%COTTON, 28%POLYESTER, 2%SPANDEX -3/1 STRETCH TWILL  100% WOVEN
HANGER  PACK
HANGER CODE # 601057. PRICE # $0.095

| CONTRACT NO. | SN4539 | REFERENCE NO. | 601C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9065 |
| VENDOR ITEM CODE | GH8RC32405BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.        103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BGNDRKNI93GAZ

| SEARS | SN4539 | TWILL PAN BLACK ONY | 418 | 418 | 63.000 USD | 26,334.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 770026316317 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 677 | | | | | |
| SEARS ITEM/SKU | 599660/ | | | | | |

STYLE #GH8RC32405BG
DESCRIPTION: GIRLS TWILL PANT( SIZE#S (7/8),M (10/12),L (14),XL (16))
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE
ADJUSTABLE WAIST BAND ELASTIC WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND
CENTRE FRONT FLY WITH ZIPPER OPENING
FUNCTIONAL FRONT POCKET AND NO COIN POCKET , NO RIVET
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC - 76%COTTON, 23% POLYESTER, 2%SPANDEX -3/1 STRETCH TWILL  100% WOVEN
HANGER  PACK
HANGER CODE # 601057. PRICE # $0.095

## COMMERCIAL INVOICE

Page 2 of 2

DATE:  July 30, 2018

INVOICE NO.:  201820840653

0085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:       SEARS ROEBUCK & CO.
          3333 Beverly Road
          Hoffman Estates, IL 60179
          US

SHIPPED FROM:  Chittagong, Bangladesh      SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| CONTRACT NO. | 5N4539 | REFERENCE NO. | 601C |
| DC CODE | CCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 0085 |
| VENDOR ITEM CODE | GH6RC32405BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # CR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.         103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

PAYMENT TERM       Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT
LC#                NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 606 | 606 | ASSORTMENTS | 50,904.00  USD |

TOTAL US DOLLARS FIFTY THOUSAND NINE HUNDRED FOUR DOLLARS AND ZERO CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

APL CO. PTE LTD

# APL

## BILL OF LADING

| | |
|---|---|
| SHIPPER (Principal or Seller licensee and full address)<br>NORP KNIT INDUSTRIES LTD.<br>NORTH KHAILKUR, P.O. NATIONAL<br>UNIVERSITY GAZIPUR-1704 BANGLADESH.<br>TEL:880-2-9292036-2037,9291936-1937. | **BOOKING NUMBER**<br>056447471  **BL NUMBER** PAGE 1 OF 2<br>APLU 056447471 |
|  | EXPO **FINAL DEST:CCD, MIRA LOMA, CA 91752** |
| CONSIGNEE (Name and Full Address)<br>(Unless provided otherwise, a consignment "To Order" means To Order of Shipper)<br>UNTO THE ORDER OF:<br>STANDARD CHARTERED BANK,<br>67 GULSHAN AVENUE,DHAKA 1212,<br>BANGLADESH. | FORWARDING AGENT (References, F.M.C. No.)<br>AIR ALLIANCE LTD.<br>BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,<br>C/A,CIR-2,DHAKA-1212,BD. |
|  | POINT AND COUNTRY OF ORIGIN OF GOODS<br>GAZIPUR, BANGLADESH |
| NOTIFY PARTY (Name and Full Address)<br>SEARS ROEBUCK&CO.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,IL.60179,USA<br>TEL:1-847-286-3200<br>FAX:1-847-455-6555 | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/<br>EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING<br>FROM POINT OF DESTINATION<br>SEARS C/O UPS SUPPLY CHAIN SOLUTION<br>19701 HAMILTON AVENUE<br>TORRANCE,CA 90502,PHONE:(310)<br>404-2792,FAX:(310)404-2962,<br>ATTN:MARY ELLEN WRATSCHKO. |
| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT<br>CHITTAGONG |
| EXPORT CARRIER (Vessel, voyage, & flag)<br>THORSWIND      038 | PORT OF LOADING<br>CHITTAGONG, BA |
| PORT OF DISCHARGE<br>SAN PEDRO, CA (SPQ) | PLACE OF DELIVERY<br>MIRA LOMA,CA-MWF |

Excess Valuation Please refer to Clause 7(a) on Reverse Side      PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NUMBERS/CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| K-MART<br>SE8848<br>ITEM NO :<br>200049793696<br>200049793771<br>200049794746<br>200049795446<br>200049796733<br>200049797038<br>200049797566<br>200049797863<br>200049801111<br>200049802804<br>200049803612<br>200049805856<br>200049807522<br>200049809528<br>200049811631<br>200049811664<br>200049814239<br>200049818552<br>200049819931<br>200049820178 | SC GB18/7107E<br>738 | FREIGHT COLLECT<br>CTN   AA1LV84000.00.00  SLAC CY/CY<br>WOMEN'S 96%COTTON 4%SPANDEX<br>KNITTED TOP.<br>STYLE NO. WP9LS78161MI<br>ORDER NO. SE8848<br>REF NO. 801C QNTY- 5,770 PCS<br>CAT NO.339 HTS#6110.2020.77<br>VENDOR#9085 , DIV NO.4 , DEPT# 007<br>INVOICE NO. 1061SERK23449 DATE:<br>01.09.2018<br>S-DOC INV NO.201821860392 DATE:<br>01.09.2018<br>EXP NO. 2486-39831-2018 DATE:<br>03.09.2018<br>EXPORT L/C # PGL-NORP/1061 DATE:<br>31.10.2017<br>RECEIVED FOR SHIPMENT : 10.09.2018<br>CONTAINER GATE-IN DATE : 12.09.2018<br>MOTHER VESSEL NAME : APL COLUMBUS<br>V- 305<br>***FREIGHT COLLECT***<br>               CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT **<br>                                ** ORIGINAL BL ** | 1335.780KG | 9.020M3 |

| WE TO BE ENCLOSED AT<br>DHAKA,BA | OCEAN FREIGHT PAYABLE AT<br>MIRA LOMA, CA | | | |
|---|---|---|---|---|
| FREIGHT PAYABLE CHARGES, WEIGHTS AND/OR MEASUREMENTS IN PREPAID ACCEPTED TO CORRECTION | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | The undersigned Carrier hereby acknowledges receipt of the stated condition in apparent good order and condition on Carrier excluded contents of shipment external good order and condition unless otherwise stated. The Shipper agrees and the Consignee and every person purchasing this instrument for loss or damage... THE CARRIER<br>APL CO. PTE LTD<br>By: APL (Bangladesh) Pvt. Ltd.<br>Authorised Signature: AS AGENTS |

| WCA | 038 | TOTAL PREPAID | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Office | TOTAL COLLECT | | | | | | | |
|  |  | 01058547 | 00562026 | 46266005 | CHT | SPQ | MWF | | Y | APLU 056447471 |
| FCC | FORWARDER | SHIPPER | CONSIGNEE | 1ST N.P. | 2ND N.P. | GEN. | NOTIFY | USC | BY NUMBER | |

*APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

SE8848

APL CO. PTE LTD

# APL    BILL OF LADING

| | |
|---|---|
| SHIPPER (Principal of Seller licensee and full address)<br>NORP KNIT INDUSTRIES LTD,<br>NORTH KHAILKUR, P.O. NATIONAL<br>UNIVERSITY, GAZIPUR-1704, BANGLADESH.<br>TEL:880-2-9292036-2037, 9291936-1937. | BOOKING NUMBER<br>056447471 | B/L NUMBER<br>APLU 056447471 | PAGE 2 OF 2 |

EXP FINAL DEST:CCD, MIRA LOMA, CA 91752

| | |
|---|---|
| CONSIGNEE (Name and Full Address)<br>UNTO THE ORDER OF:<br>STANDARD CHARTERED BANK,<br>67 GULSHAN AVENUE, DHAKA 1212,<br>BANGLADESH. | FORWARDING AGENT (References, F.M.C. No.)<br>AIR ALLIANCE LTD.<br>BILQUIS TOWER, 2ND FL, 6, NORTH GULSHAN,<br>C/A, CIR-2, DHAKA-1212, BD. |
| | POINT AND COUNTRY OF ORIGIN OF GOODS<br>GAZIPUR, BANGLADESH |
| NOTIFY PARTY (Name and Full Address)<br>SEARS ROEBUCK&CO.<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179, USA<br>TEL:1-847-286-2200<br>FAX:1-847-455-6655. | ALSO NOTIFY (Name and Full Address/DOMESTIC ROUTING/<br>EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING<br>FROM POINT OF DESTINATION<br>SEARS C/O UPS SUPPLY CHAIN SOLUTION<br>19701 HAMILTON AVENUE<br>TORRANCE, CA 90502, PHONE:(310)<br>404-2792, FAX:(310) 404-2962,<br>ATTN:MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| EXPORT CARRIER (Vessel, voyage & flg) | PORT OF LOADING |
|---|---|
| THORSWIND    038 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO, CA (SPD) | MIRA LOMA, CA-MWF |

For onward transmission Please refer to Clause 7(8) on Reverse Side.    PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NUMBERS/CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| MADE IN<br>BANGLADESH<br>CONTENTS: PCS<br><br>**CTR NBR**<br>CMAU492890-4 | | ****SEAL NBR**** T/S HT MODE QUANT/TYPE<br>G0590244 D60 96 CY CY 738CTNS<br>** SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT<br>1335.78KG | MSMT<br>9.020M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD SEP. 19, 2018

| | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |
|---|---|---|---|---|---|

APL CO. PTE LTD

by: APL (Bangladesh) Pvt Ltd

Date and SEP. 19 2018
Place issued CHITTAGONG,

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| WCA 038 | TOTAL PREPAID | | | | | | | |
| | TOTAL COLLECT | | | | | | | |
| 01058547 | 00562026 | 46266005 | CHT | SPD | MWF | | Y | APLU 056447471 |
| ACC | FORWARDER | SHIPPER | CONSIGNEE | 1D PLCE | 1B PLCE | DEST | NOTIFY | C&C | B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

# COMMERCIAL INVOICE

Page 1 of 13

DATE: September 10, 2018

INVOICE NO.: 201821500392

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SE5846 | PIQUE POLO CORE WHITE | 27 CARTONS | 27 AST | 25.060 USD AST | 676.62 USD |
| ITEM: | 200048793696 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 807 | | | | | |
| SEARS ITEM/SKU | 01558/ | | | | | |

STYLE NAME: WP9LS76161MI   FOB$ 3.58
DESCRIPTION: S/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)   STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | SE5846 | REFERENCE NO. | 601C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LS76161MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.          162781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR .
Bangladesh
FTY AUD NO.          BDNORKNIGAZ

| SEARS | SE5846 | PIQUE POLO CORE WHITE | 90 CARTONS | 90 AST | .28.640 USD AST | 2,548.96 USD |
|---|---|---|---|---|---|---|
| ITEM: | 200048793771 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 807 | | | | | |
| SEARS ITEM/SKU | 01558/ | | | | | |

STYLE NAME: WP9LS76161MI   FOB$ 3.58
DESCRIPTION: S/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)   STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

# COMMERCIAL INVOICE

Page 2 of 13
DATE: September 10, 2016
INVOICE NO.: 201821560392

9065
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

| CONTRACT NO. | SE5848 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9065 |
| VENDOR ITEM CODE | WP9L576161MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.       102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO,       BDNORKNIGAZ

| SEARS | SE5848 | PIQUE POLO MARITIME BLUE | | 75 CARTONS | 75 AST | 28.848 USD AST | 2,146.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 200049794746 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 007 | | | | | | |
| SEARS ITEM/SKU | 16568/ | | | | | | |

STYLE NAME: WP9L576161MI  FOBS 3.60
DESCRIPTION: S/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH 19 FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)  STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | SE5848 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9065 |
| VENDOR ITEM CODE | WP9L576161MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.       102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO,       BDNORKNIGAZ

| SEARS | SE5848 | PIQUE POLO MARITIME BLUE | | 15 CARTONS | 15 AST | 25.060 USD AST | 451.08 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 200049795446 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 007 | | | | | | |

# COMMERCIAL INVOICE

Page 3 of 13

DATE: September 10, 2018

INVOICE NO.: 201821850202

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

SEARS ITEM/SKU { 15535/

STYLE NAME: WP9L878161MI    FOBS 3.55
DESCRIPTION: B/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)  STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | SE5548 | REFERENCE NO. | 501C |
|---|---|---|---|
| DC CODE | OCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9L878161MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNIGAZ

| SEARS | SE5548 | PIQUE POLO FAIRY TALE | | | 52 | 52 | 26,040 USD | 1,489.28 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |
| ITEM: | 200049796783 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |
| SEARS DIV | 007 | | | | | | | |
| SEARS ITEM/SKU { 15270/ | | | | | | | | |

STYLE NAME: WP9L878161MI    FOBS 3.55
DESCRIPTION: B/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)  STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | SE5548 | REFERENCE NO. | 501C |
|---|---|---|---|
| DC CODE | OCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9L878161MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 4 of 13
DATE: September 10, 2018
INVOICE NO.: 201821860302

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  M/s Loma , CA

FOB Bangladesh

| SEARS | SE8848 | PIQUE POLO FAIRY TALE | | 9 | 9 | 25.060 USD | 225.54 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| ITEM: | 200046797038 |
| MADE IN | BANGLADESH |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 18270V |

STYLE NAME: WP9LS76151MI   FOBS 3.58
DESCRIPTION: 6/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)  STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | SE8848 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LS76151MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.       102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BGNORKNIGAZ

| SEARS | SE8846 | PIQUE POLO CABBAGE | | 56 | 56 | 28.640 USD | 1,603.84 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

| ITEM: | 200046797596 |
| MADE IN | BANGLADESH |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 01636V |

STYLE NAME: WP9LS76151MI   FOBS 3.58
DESCRIPTION: 6/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)  STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | SE8846 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LS76151MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.       102761

# COMMERCIAL INVOICE

Page 5 of 13
DATE: September 10, 2018
INVOICE NO.: 201821860392

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446,
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

| SEARS | 5E5548 | PIQUE POLO CABBAGE | | 12 | 12 | 25.060 USD | 300.72 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM; | 200049797863 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 007 | | | | | | |
| SEARS ITEM/SKU | 01536/ | | | | | | |

STYLE NAME: WP0LS78161MI   FOB$ 3.68
DESCRIPTION: S/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)   STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | 5E5548 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP0LS78161MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO..       102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNIGAZ

| SEARS | 5E5548 | PIQUE POLO MARITIME BLUE | | 51 | 51 | 28.640 USD | 1,460.64 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 200049501111 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 007 | | | | | | |
| SEARS ITEM/SKU | 17191/ | | | | | | |

STYLE NAME: WP0LS78161MI   FOB$ 3.68
DESCRIPTION: S/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)   STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

# COMMERCIAL INVOICE

Page 6 of 13
DATE: September 10, 2018
INVOICE NO.: 2018248602392

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh          SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | 6E8545 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9LS76161MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.        102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | 6E8545 | PIQUE POLO MARITIME BLUE | | 9 CARTONS | 9 AST | 25.060 USD AST | 225.54 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 200049802604 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 17191/ | | | | | | |

STYLE NAME: WP9LS76161MI   FOB$ 3.38
DESCRIPTION: S/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9"_W X 12" D)   STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | 6E8545 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9LS76161MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.        102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | 6E8545 | PIQUE POLO WHITE | | 50 CARTONS | 50 AST | 28.640 USD AST | 1,432.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 200049803012 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |

# COMMERCIAL INVOICE

DATE: September 10, 2018

INVOICE NO.: 201621860392

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

SEARS ITEM/SKU 17509/

STYLE NAME: WP9L578161MI   FOB$ 3.58
DESCRIPTION: S/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)  STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | SE5648 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9L578161MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.   102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.   BDNORKNIGAZ

| SEARS | SE5648 | PIQUE POLO WHITE | | 0 | 0 | 25,060 USD | 225.54 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 200049805850 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 007 | | | | | | |
| SEARS ITEM/SKU | 17509/ | | | | | | |

STYLE NAME: WP9L578161MI   FOB$ 3.58
DESCRIPTION: S/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)  STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | SE5648 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9L578161MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.   102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.   BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 8 of 13
DATE: September 10, 2018
INVOICE NO.: 2018021AG0292

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  BEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:  Mira Loma , CA
MODE OF TRANSPORTATION:  Ocean

FOB Bangladesh

| SEARS | SE5648 | PIQUE POLO PEACH AMBER | | 57 | 57 | 25.840 USD | 1,532.48 USD |
|-------|--------|------------------------|---|-----|-----|------------|--------------|
| | | | | CARTONS | AST | AST | AST |
| ITEM: | 200049807622 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 007 | | | | | | |
| SEARS ITEM/SKU | 17808/ | | | | | | |

STYLE NAME: WP9L578161M/    FOB$ 3.58
DESCRIPTION: S/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
-FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)  STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SE5648 | REFERENCE NO. | 801C | |
| DC CODE | OCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9L578161M/ | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| SEARS | SE5648 | PIQUE POLO PEACH AMBER | | 12 | 12 | 25.060 USD | 300.72 USD |
|-------|--------|------------------------|---|-----|-----|------------|-------------|
| | | | | CARTONS | AST | AST | AST |
| ITEM: | 200049809528 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 007 | | | | | | |
| SEARS ITEM/SKU | 17808/ | | | | | | |

STYLE NAME: WP9L578161M/    FOB$ 3.58
DESCRIPTION: S/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)  STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SE5648 | REFERENCE NO. | 801C | |
| DC CODE | OCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9L578161M/ | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.    102761

# COMMERCIAL INVOICE

Page 9 of 13
DATE: September 10, 2016
INVOICE NO.: 201621060362

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira-Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| SEARS | SE8848 | PIQUE POLO WHITE BELS | | $5 | 55 | 28.640 USD | 1,575.20 USD |
| | | | | CARTONS | AST | AST | |

ITEM:    200049611631
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT
SEARS DIV    007
SEARS ITEM/SKU    17750/

STYLE NAME: WP9L678161MI    FOB$ 3.58
DESCRIPTION: B/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN I BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)  STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | SE8848 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9L678161MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| SEARS | SE8848 | PIQUE POLO WHITE BELS | | $2 | 12 | 25.060 USD | 300.72 USD |
| | | | | CARTONS | AST | AST | |

ITEM:    200049611664
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT
SEARS DIV    007
SEARS ITEM/SKU    17750/

STYLE NAME: WP9L678161MI    FOB$ 3.58
DESCRIPTION: B/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN I BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)  STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

# COMMERCIAL INVOICE

DATE: September 10, 2018

INVOICE NO.: 201821860392

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | 6E8846 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9L576161MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
PTY MID NO.    BDNORKNIGAZ

| SEARS | 6E8846 | PIQUE POLO LEMONADE | | 69 CARTONS | 69 AST | 26.840 USD AST | 1,860.76 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 200049814239 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 007 | | | | | | |
| SEARS ITEM/SKU | 01789/ | | | | | | |

STYLE NAME: WP9L576161MI  FOB $ 3.58
DESCRIPTION: B/9 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)  STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | 6E8846 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9L576161MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
PTY MID NO.    BDNORKNIGAZ

| SEARS | 6E8846 | PIQUE POLO LEMONADE | | 13 CARTONS | 13 AST | 25.060 USD AST | 325.78 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 200049818552 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 007 | | | | | | |

# COMMERCIAL INVOICE

Page 11 of 13
DATE: September 10, 2016
INVOICE NO.: 201621000302

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

SEARS ITEM/SKU | 01799/

STYLE NAME: WP9LS78151MI   FOBS 3.55
DESCRIPTION: S/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)  STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SE5848 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9LS78151MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| SEARS | SE5848 | PIQUE POLO CORNFLOWER BLU | | 80 CARTONS | 80 AST | 28,640 USD AST | 1,718.40 USD AST |
|---|---|---|---|---|---|---|---|
| ITEM: | 200049819931 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 807 | | | | | | |
| SEARS ITEM/SKU | 17944/ | | | | | | |

STYLE NAME: WP9LS78151MI   FOBS 3.55
DESCRIPTION: S/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)  STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SE5848 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9LS78151MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 12 of 13
DATE: September 10, 2016
INVOICE NO.: 201621560302

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Huffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh   SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| SEARS | SE8548 | PIQUE POLO CORNFLOWER BLU | 13 | 13 | 25.000 USD | 325.78 USD |
|-------|--------|---------------------------|----|----|------------|------------|
|       |        |                           | CARTONS | AST | AST | |

ITEM: 200049620178
MADE IN: BANGLADESH
CONTENTS: 1 ASSORTMENT
SEARS DIV: 607
SEARS ITEM/SKU: 17944/

STYLE NAME: WPOLS78161MI  FOB$ 3.58
DESCRIPTION: S/S 4 BUTTON POLO (knit)
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W X 12" D)  STITCH COUNT PER 1CM VERTICAL 19 AND HORIZONTAL 17

| CONTRACT NO. | SE8548 | REFERENCE NO. | 801C |
|--------------|--------|---------------|------|
| DC CODE | COD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WPOLS78161MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.   102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR.
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.   BDNORKNIGAZ

PAYMENT TERM   Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER   OPEN ACCOUNT
LC#   NO LC

| | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|--|--|--------------------|--------------------------|--|--------------|
| TOTAL INVOICE | | 738 | 738 ASSORTMENTS | | 20,656.60 USD |

TOTAL US DOLLARS TWENTY THOUSAND SIX HUNDRED FIFTY-SIX DOLLARS AND SIXTY CENTS ONLY.

## COMMERCIAL INVOICE

Page 13 of 13
DATE: September 10, 2018
INVOICE NO.: 301821860392

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Bangladesh

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME
EMPLOYEE TITLE

APL CO. PTE LTD

**APL**

**BILL OF LADING**

| | |
|---|---|
| SHIPPER (Principal or Seller licensee and full address)<br>NORP KNIT INDUSTRIES LTD.<br>NORTH KHAILKUR, P.O.NATIONAL<br>UNIVERSITY,GAZIPUR-1704,BANGLADESH.<br>TEL:880-2-9292036-2037,9291936-1937. | BOOKING NUMBER<br>056447469 | BL NUMBER<br>APLU 056447469   PAGE 1 OF 2 |

EXP. FINAL DEST: CCD, MIRA LOMA, CA 91752

| | |
|---|---|
| CONSIGNEE (Name and Full Address)<br>(Unless provided otherwise, a consignment "To Order" means to Order of Shipper)<br>UNTO THE ORDER OF:<br>STANDARD CHARTERED BANK,<br>67 GULSHAN AVENUE,DHAKA 1212,<br>BANGLADESH. | FORWARDING AGENT (References, F.M.C. No)<br>AIR ALLIANCE LTD.<br>BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,<br>C/A,CIR-2,DHAKA-1212,BD.<br><br>POINT AND COUNTRY OF ORIGIN OF GOODS<br>GAZIPUR, BANGLADESH |
| NOTIFY PARTY (Name and Full Address)<br>SEARS ROEBUCK&CO.<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES,IL.60179,USA<br>TEL:1-847-286-3200<br>FAX:1-847-455-6555 | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/<br>EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING<br>FROM POINT OF DESTINATION<br>SEARS C/O UPS SUPPLY CHAIN SOLUTION<br>19701 HAMILTON AVENUE<br>TORRANCE, CA 90502,PHONE:(310)<br>404-2792,FAX:(310)404-2962,<br>ATTN:MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT<br>CHITTAGONG |
|---|---|
| EXPORT CARRIER (Vessel, voyage, & flag)<br>THORSWIND   038 | PORT OF LOADING<br>CHITTAGONG, BA |
| PORT OF DISCHARGE<br>SAN PEDRO,CA (SPO) | PLACE OF DELIVERY<br>MIRA LOMA,CA-MWF |

*Excess Valuation Please refer to Clause 7(B) on Reverse Side*       PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NUMBERS/CONTAINER NOS. | NO. OF PKGS | KIND | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| K-MART<br>SF8843<br>ITEM NO :<br>200063724132<br>200063724256<br>200063724769<br>200063724777<br>MADE IN<br>BANGLADESH<br>CONTENTS:   PCS | SC GB18<br>392 | 71075<br>CTN | FREIGHT COLLECT<br>AA)LV84000.00.00 SLAC CY/CY<br>WOMEN'S 100%COTTON KNITTED TOP<br><br>STYLE NO. WP9LS78874MI<br>ORDER NO. SF8843<br>REF NO. 801C QNTY- 2,817 PCS<br>CAT NO.339 HTS#6110.2020.77<br>VENDOR#9085 , DIV NO.4 , DEPT# 007<br><br>INVOICE NO. 1061SERK23445 DATE:<br>01.09.2018<br>E-DOC INV NO.201821933962 DATE:<br>01.09.2018<br>EXP NO. 2486-39833-2018 DATE:<br>03.09.2018<br>EXPORT L/C # PGL-NORP/1061 DATE:<br>31.10.2017<br>RECEIVED FOR SHIPMENT : 10.09.2018<br>CONTAINER GATE-IN DATE : 12.09.2018<br>MOTHER VESSEL NAME : APL COLUMBUS<br>V. 305<br>***FREIGHT COLLECT***<br>CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT **<br>** ORIGINAL BL ** | 650.630KG | 7.950M3 |

| | | | |
|---|---|---|---|
| 19. AGENT AT LOADING PORT<br>DHAKA,BA | OCEAN FREIGHT PAYABLE AT<br>MIRA LOMA, CA | | The undersigned Carrier hereby acknowledges receipt of the stated container or packages or other shipping units said to contain the Goods described above for transportation and for issue which information stated. Not Shipper agrees, and the Consignee and Owner of the Goods named thereon and becomes a party to this Bill of Lading and agrees to... THE CARRIER<br>APL CO. PTE LTD<br>by APL (Bangladesh) Pvt. Ltd.<br>Authorized Signature AS AGENTS |
| | PREPAID US.$ | COLLECT US.$   Local Currency | |

| WCA | 038 | | TOTAL PREPAID | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Other | TOTAL COLLECT | | | | | | | |
| 01058547 | 00562026 | 46266005 | CHT | SPO | MWF | | | Y | APLU 056447469 | |
| FCC | FORWARDER | SHIPPER | CONSIGNEE | LD PORT | DEL PORT | DEST | NOTIFY | CBC | BL NUMBER | |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

SF-8843

APL CO. PTE LTD

## BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER | PAGE 2 OF 2 |
|---|---|---|---|
| NORP KNIT INDUSTRIES LTD.<br>NORTH KHAILKUR, P.O.NATIONAL<br>UNIVERSITY, GAZIPUR-1704 BANGLADESH.<br>TEL:880-2-9292036-2037,9291936-1937. | 056447469 | | APLU 056447469 |

EXP FINAL DEST:CCD, MIRA LOMA, CA 91752

| CONSIGNEE (Name and Full Address)<br>(Unless provided otherwise, a consignment "To Order" means "To Order of Shipper)<br>UNTO THE ORDER OF:<br>STANDARD CHARTERED BANK,<br>67 GULSHAN AVENUE,DHAKA 1212,<br>BANGLADESH. | FORWARDING AGENT (References, F.M.C.No.)<br>AIR ALLIANCE LTD.<br>BILOUIS TOWER,2ND FL.6,NORTH GULSHAN,<br>C/A,CIR-2,DHAKA-1212,BD. |
|---|---|

| | POINT AND COUNTRY OF ORIGIN OF GOODS<br>GAZIPUR, BANGLADESH |
|---|---|

| NOTIFY PARTY (Name and Full Address)<br>SEARS ROEBUCK&CO.<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES,IL.60179,USA<br>TEL:1-847-286-3200<br>FAX:1-847-455-6556 | ALSO NOTIFY (Name and Full Address)DOMESTIC ROUTING/<br>EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING<br>FROM POINT OF DESTINATION<br>SEARS C/O UPS SUPPLY CHAIN SOLUTION<br>19701 HAMILTON AVENUE<br>TORRANCE,CA 90502,PHONE:(310)<br>404-2792,FAX:(310)404-2962,<br>ATTN:MARY ELLEN WRATSCHKO. |
|---|---|

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT<br>CHITTAGONG |
|---|---|
| EXPORT CARRIER (Vessel, Voyage, & flag)<br>THORSWIND      C38 | PORT OF LOADING<br>CHITTAGONG, BA |
| PORT OF DISCHARGE<br>SAN PEDRO, CA (SPO) | PLACE OF DELIVERY<br>MIRA LOMA, CA-MWB |

Pcomes Indication Please refer to Clause 7(II) on Reverse Side      PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NUMBERS/CONTAINER NOS. | NO.OF PKGS | KIND | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| **CTR NBR**<br>CMAU492890-4 | **SEAL NBR****<br>G0590248 | | T/S HT   MODE   QUANT/TYPE<br>D40 96   CY/ CY   392CTNS<br>** SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT<br>650.63KG | MSMT<br>7.950M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD SEP. 15, 2018

| (e)(4) SO ISO ART CHARGE ART | OCEAN FREIGHT PAYABLE AT | PREPAID U.S.$ | COLLECT U.S.$ | Local Currency | |
|---|---|---|---|---|---|
| | | | | | The undersigned Carrier hereby acknowledges receipt of the stated number of packages or pieces shipping units said to contain the Goods described which is apparently in good order and condition unless otherwise stated. The Shipper agrees, and the Consignee and every person particularly the Merchant by virtue, if Applicable, as aforesaid to accept and to be bound by all terms, conditions of receipt, carriage, custody and delivery of the Goods are subject to all the terms and conditions of and Tariffs and/or incorporated by reference on the Bill and if so should should applied unless, otherwise printed.<br>Art(s) **3** ... which in witness the of lading is hereby issued by the Carrier. Upon surrender if to the Carrier of any one duly negotiable bill of lading, properly endorsed, all others shall be void and of no effect.<br>THE CARRIER<br>APL CO. PTE LTD<br>By: APL (Bangladesh) Pvt. Ltd.<br>Authorized Signatory _____<br>Date and SEP. 15, 2018<br>Place Issued CHITTAGONG, |

| WCA 038 | | TOTAL PREPAID | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vessel | SHIPPER | DOCS | TOTAL COLLECT | | | | | | |
| | 01058547 | 00562026 | 862266005 | CHT | SPO | MWF | | Y | APLU 056447469 |
| FCC | FORWARDER | SHIPPER | CONSIGNEE | L/D PORT | ON PORT | BOAT | NOTIFY | CBC | B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING.

# COMMERCIAL INVOICE

Page 1 of 3

DATE: September 10, 2016

INVOICE NO.: 2016219332952

8085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
india
122016

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SF8843 | EMBRD TANK CORE WHITE | 174 CARTONS | 174 AST | 32.130 USD AST | 5,590.62 USD |
| ITEM: | 200063724152 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 807 | | | | | |
| SEARS ITEM/SKU | 46520V | | | | | |

STYLE NAME: WP9LS7887451  FOB$ 4.59
SLEEVELESS EMBROIDERED TANK
EMBROIDERED CENTER FRONT, NO SLEEVE, NO POCKET, PLASTIC BUTTON
AT CENTER BACK, TURNBACK HEMMED, COVERS NAPE OF NECK.
GARMENT LENGTH FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON KNITTED
HANGER CODE - 464B

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SF8843 | REFERENCE NO. | 801C | |
| EC CODE | CCD | DEPARTMENT NO. | 807 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8085 | |
| VENDOR ITEM CODE | WP9LS7887451 | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | SF8843 | EMBRD TANK CORE WHITE | 41 CARTONS | 41 AST | 39.720 USD AST | 1,606.52 USD |
|---|---|---|---|---|---|---|
| ITEM: | 200063724258 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 807 | | | | | |
| SEARS ITEM/SKU | 46522V | | | | | |

STYLE NAME: WP9LS7557458  FOB$ 4.59
SLEEVELESS EMBROIDERED TANK
EMBROIDERED CENTER FRONT, NO SLEEVE, NO POCKET, PLASTIC BUTTON
AT CENTER BACK, TURNBACK HEMMED, COVERS NAPE OF NECK.
GARMENT LENGTH FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON KNITTED
HANGER CODE - 464B



# COMMERCIAL INVOICE

Page 2 of 3
DATE: September 10, 2018
INVOICE NO.: 201021933982

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh       SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | 8F8843 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9L878874MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RHONE | |

FACTORY NO.          102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| SEARS | 8F8843 | EMBRD TANK PEACH AMBER | | 145 CARTONS | 145 AST | 32.130 USD AST | 4,858.85 USD AST |
|---|---|---|---|---|---|---|---|
| ITEM: | 200003724789 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 007 | | | | | | |
| SEARS ITEM/SKU | 04884/ | | | | | | |

STYLE NAME: WP9L878874MI  FOB$ 4.59
SLEEVELESS EMBROIDERED TANK
EMBROIDERED CENTER FRONT, NO SLEEVE, NO POCKET, PLASTIC BUTTON
AT CENTER BACK, TURNBACK HEMMED, COVERS NAPE OF NECK,
GARMENT LENGTH FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON KNITTED
HANGER CODE - 484B

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | 8F8843 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9L878874MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RHONE | |

FACTORY NO.          102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| SEARS | 8F8843 | EMBRD TANK PEACH AMBER | | 32 CARTONS | 32 AST | 36.720 USD AST | 1,175.04 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 200003724777 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 007 | | | | | | |

# COMMERCIAL INVOICE

Page 3 of 3
DATE: September 10, 2018
INVOICE NO.: 201821933962

9065
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     SEARS ROEBUCK & CO.
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO:  Mira Loma , CA
MODE OF TRANSPORTATION: Ocean
                                                        FOB Bangladesh

SEARS ITEM/SKU 04064/

STYLE NAME: WP6L578874M  FOB$ 4.59
SLEEVELESS EMBROIDERED TANK
EMBROIDERED CENTER FRONT. NO SLEEVE, NO POCKET, PLASTIC BUTTON
AT CENTER BACK. TURNBACK HEMMED. COVERS NAPE OF NECK.
GARMENT LENGTH FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON KNITTED
HANGER CODE - 4645

| | | | |
|---|---|---|---|
| CONTRACT NO. | BF5543 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9065 |
| VENDOR ITEM CODE | WP6L578874M | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.        102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT
LC#        NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 362 | 392 | ASSORTMENTS | 12,930.03  USD |

TOTAL US DOLLARS TWELVE THOUSAND NINE HUNDRED THIRTY DOLLARS AND THREE CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

APL CO. PTE LTD

## BILL OF LADING

| | |
|---|---|
| SHIPPER (Principal or Seller name and full address) | BOOKING NUMBER 056447466 |
| NORP KNIT INDUSTRIES LTD. NORTH KHAILKUR, P.O.NATIONAL UNIVERSITY, GAZIPUR-1704, BANGLADESH. TEL:880-2-9292036-2037,9291936-1937. | B/L NUMBER APLU 056447466 PAGE 1 OF 2 |
| | EXPORT REF/FINAL DEST:CCD, MIRA LOMA, CA 91752 |

CONSIGNEE (Name and Full Address)
(Unless provided otherwise, a consignment "To Order" means "To Order of Shipper")
UNTO THE ORDER OF
STANDARD CHARTERED BANK,
67 GULSHAN AVENUE,DHAKA 1212,
BANGLADESH.

FORWARDING AGENT (Reference: F.M.C. No.)
AIR ALLIANCE LTD.
BILQUIS TOWER,2ND FL,6 NORTH GULSHAN,
C/A,CIR-2,DHAKA-1212,BD.

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

NOTIFY PARTY (Name and Full Address)
SEARS ROEBUCK&CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES,IL 60179,USA
TEL:1-847-286-3200
FAX:1-847-455-6555

ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION
SEARS C/O UPS SUPPLY CHAIN SOLUTION
19701 HAMILTON AVENUE
TORRANCE, CA 90502 PHONE:(310)
404-2792 FAX:(310)404-2962,
ATTN:MARY ELLEN WRATSCHKO.

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT CHITTAGONG |
| EXPORT CARRIER (Vessel, voyage, & flag) THORSWIND 038 | PORT OF LOADING CHITTAGONG, BA |
| PORT OF DISCHARGE SAN PEDRO,CA (SPQ) | PLACE OF DELIVERY MIRA LOMA,CA-MWF |

Excess Valuation (Please refer to Clause 7(l) on Reverse Side   PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NUMBERS/CONTAINER NOS. | NO. OF PKGS | | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| K-MART SJ6637 ITEM NO.: 450063740302 450063746275 450063747349 450063749793 450063758452 450063759195 450063766232 450063766257 MADE IN BANGLADESH CONTENTS: PCS | SC GB18/0107E 320 | | FREIGHT COLLECT CTN AA)LV84000.00.00 SLAC CY/CY WOMEN'S 100%COTTON KNITTED TOP STYLE NO. WP9LS78874PL ORDER NO. SJ6637 REF NO. 801C QNTY- 2,962 PCS CAT NO.339 HTS#6110.2020.77 VENDOR#9085 , DIV NO.4 , DEPT# 007 INVOICE NO. 1061SERK23447 DATE: 01.09.2018 E-DOC INV NO.201821860343 DATE: 01.09.2018 EXP NO. 2486-39832-2018 DATE: 03.05.2018 EXPORT L/C # DGL-NORP/1061 DATE: 31.10.2017 RECEIVED FOR SHIPMENT : 10.09.2018 CONTAINER GATE-IN DATE : 12.09.2018 MOTHER VESSEL NAME : APL COLUMBUS V-30E ***FREIGHT COLLECT*** CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT ** ** ORIGINAL BL ** | 755.200KG | 8.070M3 |

| INCL. CHGS AS EARNED AS DHAKA, BA | OCEAN FREIGHT PAYABLE AT MIRA LOMA, CA | | | |
| | PREPAID U.S.$ | COLLECT U.S.$ | Local Currency | |

APL CO. PTE LTD

By: APL (Bangladesh) Pvt. Ltd.
Authorized Signature AS AGENTS

| | | Date and Place Issued |

| WCA | 038. | TOTAL PREPAID | | | | | | APLU 056447466 |
|---|---|---|---|---|---|---|---|---|
| | | TOTAL COLLECT | | | | | | |
| | 01058547 | 005562026 | 46266005 | CHT | SPQ | MWF | Y | APLU 056447466 |
| FOC | FORWARDER | SHIPPER | CONSIGNEE | LD FCHG | DIS.FCHG | DEST | NOTIFY | C&F | BL NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

SJ6637

# APL

## BILL OF LADING

| | BOOKING NUMBER | BL NUMBER | PAGE 2 OF 2 |
|---|---|---|---|
| | 056447466 | APLU 056447466 | |

SHIPPER (Principal or Seller licensee and full address)
NORP KNIT INDUSTRIES LTD.
NORTH KHAILKUR, P.O.NATIONAL
UNIVERSITY,GAZIPUR-1704,BANGLADESH.
TEL:880-2-9292036-2037,9291936-1937.

EXPORT FINAL DEST:CCD, MIRA LOMA, CA 91752

CONSIGNEE (Name and Full Address)
(Unless provided otherwise, a consignment "To Order" means "To Order of Shipper)
UNTO THE ORDER OF :
STANDARD CHARTERED BANK,
67 GULSHAN AVENUE,DHAKA 1212,
BANGLADESH.

FORWARDING AGENT (References, F.M.C. No.)
AIR ALLIANCE LTD.
BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,
C/A,CIR-2,DHAKA-1212,BD.

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

NOTIFY PARTY (Name and Full Address)
SEARS ROEBUCK&CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179,USA
TEL:1-847-286-3200.
FAX:1-847-455-6595

ALSO NOTIFY (Name and Full Address/DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PICK-TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION
SEARS C/O UPS SUPPLY CHAIN SOLUTION
19701 HAMILTON AVENUE
TORRANCE, CA 90502, PHONE:(310)
404-2792,FAX:(310)404-2962,
ATTN:MARY ELLEN WRATSCHKO.

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| VESSEL CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| THORSWIND        038 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO, CA (SPQ) | MIRA LOMA, CA-MWF |

### PARTICULARS FURNISHED BY SHIPPERS

| DESCRIPTION OF PACKAGES & GOODS | | | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| ***CTR NBR** ****SEAL NBR*** T/S HT MODE QUANT/TYPE | | 320CTNS | WEIGHT 755.20KG | MSMT 8.070M3 |
| CMAU492690-4 G055024E D40 S6 CY CY | | | | |
| ** SHIPPER'S LOAD, STOW AND COUNT ** | | | | |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD SEP. 15, 2018.

** FREIGHT COLLECT **
** ORIGINAL BL **

| | OCEAN FREIGHT PAYABLE BY | | | |
|---|---|---|---|---|
| | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |

APL CO. PTE LTD

By: APL (Bangladesh) Pvt. Ltd.
Authorised Signature

Date and SEP. 15, 2018
Place Issued CHITTAGONG,

| WGA 038 | | TOTAL PREPAID | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | TOTAL COLLECT | | | | | | |
| 0105BS47 | 00562026 | 46266005 | CHT | SPQ | MWF | | Y | APLU 056447466 |
| POL | FORWARDER | SHIPPER | CONSIGNEE | LD PORT | ENE PORT | DEST | NOTIFY | CRC | BL NUMBER |

*APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

## COMMERCIAL INVOICE

Page 1 of 6

DATE: September 10, 2016

INVOICE NO.: 201621960343

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma, CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SJ6637 | EMBROIDERE CABBAGE | 24 CARTONS | 24 AST | 53.400 USD AST | 1,281.60 USD |

ITEM:            450063740302
MADE IN          BANGLADESH
CONTENTS         1 ASSORTMENT
SEARS DIV        619
SEARS ITEM/SKU   47035/

STYLE NAME: WP9LE78674PL
LADIES KNIT SLEEVELESS EMBROIDERED TANK WITH KEYHOLE OPENING IN BACK
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET
CUTTING & ASSEMBLY IN : BANGLADESH
STITCH COUNT PER 1 CM  19 VERTICAL  17 HORIZONTAL
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK; CODE - 4796

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SJ6637 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9LE78674PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | |
| FACTORY NO. | 102761 | | | |

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SJ6637 | EMBROIDERE CABBAGE | 62 CARTONS | 62 AST | 58.740 USD AST | 3,641.88 USD |

ITEM:            450063740275
MADE IN          BANGLADESH
CONTENTS         1 ASSORTMENT
SEARS DIV        619
SEARS ITEM/SKU   47036/

STYLE NAME: WP9LE78674PL
LADIES KNIT SLEEVELESS EMBROIDERED TANK WITH KEYHOLE OPENING IN BACK
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET
CUTTING & ASSEMBLY IN : BANGLADESH
STITCH COUNT PER 1 CM  19 VERTICAL  17 HORIZONTAL
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK; CODE - 4796

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SJ6637 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9LE78674PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | |
| FACTORY NO. | 102761 | | | |

# COMMERCIAL INVOICE

Page 2 of 6
DATE: September 10, 2018
INVOICE NO.: 201621660343

9065
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:  Mira Loma , CA
MODE OF TRANSPORTATION: Ocean
                                                      FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | SJ6637 | EMBROIDERE MARITIME BLUE | 26 CARTONS | 26 AST | 48.000 USD AST | 1,248.56 USD |
|-------|--------|--------------------------|-----------|--------|----------------|--------------|

ITEM:            450063747349
MADE IN          BANGLADESH
CONTENTS         1 ASSORTMENT
SEARS DIV        616
SEARS ITEM/SKU   47029/

STYLE NAME: WP6L878574PL
LADIES KNIT SLEEVELESS EMBROIDERED TANK WITH KEYHOLE OPENING IN BACK
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET
CUTTING & ASSEMBLY IN : BANGLADESH
STITCH COUNT PER 1 CM 19 VERTICAL  17 HORIZONTAL
FABRIC CONTENT: 100% COTTON, BLUE JERSEY
HANGING PACK CODE - 4798

| CONTRACT NO. | SJ6637 | REFERENCE NO. | 801C |
|--------------|--------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP6L878574PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RHONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | SJ6637 | EMBROIDERE MARITIME BLUE | 60 CARTONS | 60 AST | 58.740 USD AST | 2,937.00 USD |
|-------|--------|--------------------------|-----------|--------|----------------|--------------|

ITEM:            450063749733
MADE IN          BANGLADESH
CONTENTS         1 ASSORTMENT
SEARS DIV        616
SEARS ITEM/SKU   47030/

STYLE NAME: WP6L878574PL
LADIES KNIT SLEEVELESS EMBROIDERED TANK WITH KEYHOLE OPENING IN BACK
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET
CUTTING & ASSEMBLY IN : BANGLADESH
STITCH COUNT PER 1 CM 19 VERTICAL  17 HORIZONTAL
FABRIC CONTENT: 100% COTTON, BLUE JERSEY
HANGING PACK CODE - 4798

# COMMERCIAL INVOICE

Page 3 of 8
DATE: September 10, 2016
INVOICE NO.: 2016021800343

9085
PEARL GLOBAL INDUSTRIES LTD.
PGL, PLOT NO. 445
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| CONTRACT NO. | EJ6637 | REFERENCE NO. | 601C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9L578674PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.    102761
NORP Knit INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| SEARS | EJ6637 | EMBROIDERE PEACH AMBER | | 75 CARTONS | 75 AST | 42.720 USD AST | 3,204.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 450063758452 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 616 | | | | | | |
| SEARS ITEM/SKU | 04704/ | | | | | | |

STYLE NAME: WP9L578674PL
LADIES KNIT SLEEVELESS EMBROIDERED TANK WITH KEYHOLE OPENING IN BACK
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET
CUTTING & ASSEMBLY IN : BANGLADESH
STITCH COUNT PER 1 CM 18 VERTICAL, 17 HORIZONTAL
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: CODE - 4798

| CONTRACT NO. | EJ6637 | REFERENCE NO. | 601C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9L578674PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| SEARS | EJ6637 | EMBROIDERE PEACH AMBER | | 4 CARTONS | 4 AST | 37.380 USD AST | 149.52 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 450063759195 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 616 | | | | | | |
| SEARS ITEM/SKU | 04704/ | | | | | | |

STYLE NAME: WP9L578674PL

# COMMERCIAL INVOICE

Page 4 of 8
DATE: September 10, 2018
INVOICE NO.: 201821800343

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122018

TO:

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

LADIES KNIT SLEEVELESS EMBROIDERED TANK WITH KEYHOLE OPENING IN BACK
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET
CUTTING & ASSEMBLY IN : BANGLADESH
STITCH COUNT PER 1 CM  18 VERTICAL  17 HORIZONTAL
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: CODE - 4798

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | 6J6037 | REFERENCE NO. | 601C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9L676574PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| SEARS | 6J6037 | EMBROIDERE CORE WHITE | | | | 75 | 75 | 42.720 USD | 3,204.00 USD |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CARTONS | AST | AST | AST |
| ITEM: | 460063786232 | | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | | |
| SEARS DIV | 018 | | | | | | | | |
| SEARS ITEM/SKU | 47040/ | | | | | | | | |

STYLE NAME: WP9L676574PL
LADIES KNIT SLEEVELESS EMBROIDERED TANK WITH KEYHOLE OPENING IN BACK
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET
CUTTING & ASSEMBLY IN : BANGLADESH
STITCH COUNT PER 1 CM  18 VERTICAL  17 HORIZONTAL
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: CODE - 4798

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | 6J6037 | REFERENCE NO. | 601C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9L676574PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 5 of 6
DATE: September 10, 2018
INVOICE NO.: 201821550343

9085
PEARL GLOBAL INDUSTRIES LTD.
POIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| SEARS | 8J0637 | EMBROIDERE CORE WHITE | | 4 | 4 | 37.380  USD | 149.52  USD |
|-------|--------|------------------------|---|---|---|-------------|-------------|
| | | | | CARTONS | AST | AST | |

ITEM:              450063766267
MADE IN            BANGLADESH
CONTENTS           1 ASSORTMENT
SEARS DIV          616
SEARS ITEM/SKU     47040/

STYLE NAME: WP0L578974PL
LADIES KNIT SLEEVELESS EMBROIDERED TANK WITH KEYHOLE OPENING IN BACK
EMB ON CENTER FRONT, NO SLEEVE, NO POCKET
CUTTING & ASSEMBLY IN : BANGLADESH
STITCH COUNT PER 1 CM  19 VERTICAL  17 HORIZONTAL
FABRIC CONTENT: 100% COTTON, SLUB JERSEY
HANGING PACK: CODE - 4798

CONTRACT NO.        8J0637
DC CODE             CCD
DIVISION NO.        Division 4
VENDOR ITEM CODE    WP0L578974PL
BINDING RULING # OR
PRECLASS #

REFERENCE NO.        801C
DEPARTMENT NO.       007
VENDOR NO.           9085
COUNTRY OF ORIGIN    BANGLADESH
CATEGORY             339, RNONE

FACTORY NO.         102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY IMD NO.         BDNORKN9GAZ

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER         OPEN ACCOUNT
LC#                 NO LC

| | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|--|--|--------------------|--------------------------|--|--------------|
| TOTAL INVOICE | | 320 | 320 | ASSORTMENTS | 15,817.08  USD |

TOTAL US DOLLARS FIFTEEN THOUSAND EIGHT HUNDRED SEVENTEEN DOLLARS AND EIGHT CENTS ONLY.

# COMMERCIAL INVOICE

Page 6 of 6
DATE: September 10, 2018
INVOICE NO.: 201821860343

9065
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME
EMPLOYEE TITLE

## BILL OF LADING

**APL**

| | |
|---|---|
| BOOKING NUMBER | 056447472 |
| B/L NUMBER | APLU 056447472 |
| | PAGE 1 OF 2 |

SHIPPER (Principal or Seller licensee and full address)
NORP KNIT INDUSTRIES LTD
NORTH KHAILKUR, P.O.NATIONAL
UNIVERSITY,GAZIPUR-1704,BANGLADESH.
TEL:880-2-9292036-2037,9291936-1937.

EXPORT REF.
FINAL DEST:CCD, MIRA LOMA, CA 91752

CONSIGNEE (Name and Full Address)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper)
UNTO: THE ORDER OF:
STANDARD CHARTERED BANK,
67 ,GULSHAN AVENUE,DHAKA 1212,
BANGLADESH.

FORWARDING AGENT (References, F.M.C. No.)
AIR ALLIANCE LTD.
BITLOUTS TOWER,2ND FL,6,NORTH GULSHAN,
C/A,CIR-2,DHAKA-1212,BD.

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

NOTIFY PARTY (Name and Full Address)
SEARS ROEBUCK&CO.
3333 BEVERLY ROAD
HOFFMAN ESTATES,IL 60179,USA
TEL:1-847-286-3200
FAX:1-847-455-6555

ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION
SEARS C/O UPS SUPPLY CHAIN SOLUTION
19701 HAMILTON AVENUE
TORRANCE CA 90502 PHONE:(310)
404-2792.FAX:(310)404-2962.
ATTN:MARY ELLEN WRATSCHKO.

INITIAL CARRIAGE BY (MODE)

PLACE OF RECEIPT
CHITTAGONG

EXPORT CARRIER (Vessel, Voyage, & Flag)
THORSWIND         038

PORT OF LOADING
CHITTAGONG, BA

PORT OF DISCHARGE
SAN PEDRO, CA (SPO)

PLACE OF DELIVERY
MIRA LOMA, CA-MWE

Excess Valuation Please refer to Clause 7(B) on Reverse Side    PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| K-MART<br>SI6688<br>SI6693<br>ITEM NO. :<br>470089169437<br>470089169445<br>470089169601<br>470089169668<br>470089169678<br>470089169728<br>470089169742<br>470095269920<br>470095469938<br>470096482930<br>470096482946<br>MADE IN<br>BANGLADESH<br>CONTENTS: PCS | SC GB18<br>468 | 71078 | FREIGHT COLLECT<br>AALLV84000.00.00  SLAC CY/CY<br>CTN  AALLV84000.00.00<br>WOMEN'S 96%COTTON 4%SPANDEX<br>KNITTED TOP<br>STYLE NO. WP9LS78161PT<br>ORDER NO. SI6688<br>ORDER NO. SI6693<br>REF NO. 801C QNTY- 3,437 PCS<br>CAT NO.339 HTS#6110.2020.77<br>VENDOR#9085 , DIV NO.4 , DEPT# 007<br>INVOICE NO. 1061SERK23461 DATE:<br>05.03.2018<br>E-DOC.INV NO.201822026871 DATE:<br>05.09.2018<br>EXP NO. 2486-40154-2018 DATE:<br>05.09.2018<br>EXPORT L/C # PGL-NORP/1061 DATE:<br>31.10.2017<br>RECEIVED FOR SHIPMENT : 10.09.2018<br>CONTAINER GATE-IN DATE : 12.09.2018<br>MOTHER VESSEL NAME : APL COLUMBUS<br>V.305   CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT **<br>** ORIGINAL BL ** | 922.320KG | 6.250M3 |

| | ORIGIN FREIGHT PAYABLE AT | | MIRA LOMA, CA | |
|---|---|---|---|---|
| MIS : DHAKA, BA | PREPAID U.S.$ | COLLECT U.S.$ | Local Currency | |

APL CO. PTE LTD
By APL (Bangladesh) Pvt. Ltd.
Authorised Signatory  AS AGENTS.

Date and
Place Issued

| NO. 038 | TOTAL PREPAID | | | | | | | | APLU 056447472 |
|---|---|---|---|---|---|---|---|---|---|
| | TOTAL COLLECT | | | CHT | SPO | MWE | | Y | |
| | 01058547 | 00562026 | 46266005 | | | | | | B/L NUMBER |

| FCC | FORWARDER | SHIPPER | CONSIGNEE | | | NOTIFY | ODC | |
|---|---|---|---|---|---|---|---|---|

APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

APL CO. PTE LTD

# APL

## BILL OF LADING

| SHIPPER (Principal or Seller's name and full address) | BOOKING NUMBER | B/L NUMBER | PAGE 2 OF 2 |
|---|---|---|---|
| NORP KNIT INDUSTRIES LTD, NORTH KHAILKUR, P.O.NATIONAL UNIVERSITY,GAZIPUR-1704, BANGLADESH. TEL:880-2-5292036-2037,9291936-1937. | 056447472 | | APLU 056447472 |

EXPORT REFERENCES: FINAL DEST:CCD, MIRA LOMA, CA 91752

| CONSIGNEE (Name and Full Address) (Unless provided otherwise, a consignment "To Order" means "to Order of Shipper) | FORWARDING AGENT (references, F.M.C. No) |
|---|---|
| UNTO THE ORDER OF: STANDARD CHARTERED BANK, 67 GULSHAN AVENUE,DHAKA 1212, BANGLADESH. | AIR ALLIANCE LTD. BILQUIS TOWER, 2ND FL, 6, NORTH GULSHAN, C/A, CIR-2, DHAKA-1212, BD. |

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

| NOTIFY PARTY (Name and Full Address) | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/AFTER-TERMINAL ONWARD ROUTING FROM POINT OF DESTINATION |
|---|---|
| SEARS ROEBUCK&CO. 3333 BEVERLY ROAD HOFFMAN ESTATES,IL 60179,USA TEL:1-847-286-3200 FAX:1-847-455-6559 | SEARS C/O UPS SUPPLY CHAIN SOLUTION 19701 HAMILTON AVENUE TORRANCE,CA 90502,PHONE:(310) 404-2792,FAX:(310)404-2962, ATTN:MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| EXPORT CARRIER (Vessel, voyage, flag) | PORT OF LOADING |
|---|---|
| THORSWIND    038 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO, CA (SPO) | MIRA LOMA, CA-MWE |

## PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| ***CTR NBR** CMAU4926904 | ***SEAL NBR*** G0590248 | ***FREIGHT COLLECT***  T/S HT  MODE  QUANT/TYPE  D40 96  CY CK  46CTNS  ** SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT 922.32KG | MSMT 6.250M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD  SEP. 15, 2018

The undersigned Carrier hereby acknowledges receipt of the number of packages or shipping units in Good Order and Condition unless otherwise indicated...

APL CO. PTE LTD

By APL (Bangladesh) Pvt. Ltd.
Authorized Signature

Date Issued SEP. 15, 2018
Place Issued CHITTAGONG,

| WCA 038 | TOTAL PREPAID | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | TOTAL COLLECT 00562025 | 46266005 | CHT | SPO | MWE | | Y | APLU 056447472 |
| 0165854? | | | | | | | | |

| POC | FORWARDER | SHIPPER | CONSIGNEE | (US PORT) | (ARRIVAL) | AV GS | NOTIFY | CSC | B/L NUMBER |
|---|---|---|---|---|---|---|---|---|---|

APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

*10 G1 gam. 23481*

# COMMERCIAL INVOICE

Page 1 of 8
DATE: September 10, 2018
INVOICE NO.: 2018220266671

9085
PEARL GLOBAL INDUSTRIES LTD.
POIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Bangladesh

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| SEARS | 816668 | LADIES KNI CABBAGE | 51 CARTONS | 51 AST | 24.220 USD AST | 1,235.22 USD |
| ITEM: | 470060109437 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 616 | | | | | |
| SEARS ITEM/SKU | 47223/ | | | | | |

STYLE NAME: W9PL876161PT
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | 816668 | REFERENCE NO. | 601C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | W9PL876161PT | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHALKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKHIGAZ

| SEARS | 816668 | LADIES KNI CABBAGE | | | 21 CARTONS | 21 AST | 27.680 USD AST | 581.28 USD |
|---|---|---|---|---|---|---|---|---|
| ITEM: | 470060109445 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |
| SEARS DIV | 616 | | | | | | | |
| SEARS ITEM/SKU | 47223/ | | | | | | | |

STYLE NAME: W9PL876161PT
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

# COMMERCIAL INVOICE

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     SEARS ROEBUCK & CO.
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | 846085 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9L878161PT | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.        102751
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | 816586 | LADIES KNI FAIRY TALE | | 50 | 50 | 24.220 USD | 4,211.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 470089160601 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 616 | | | | | | |
| SEARS ITEM/SKU | 472247 | | | | | | |

STYLE NAME: WP9L878161PT
DESCRIPTION: B/B 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | 846085 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9L878161PT | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.        102751
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | 816586 | LADIES KNI FAIRY TALE | | 21 | 21 | 27.680 USD | 581.28 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 470089160019 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 616 | | | | | | |

# COMMERCIAL INVOICE

Page 3 of 6

DATE: September 10, 2018

INVOICE NO.: 201822026871

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:         SEARS ROEBUCK & CO.
            3333 Beverly Road
            Hoffman Estates, IL 60179
            US

SHIPPED FROM:  Chittagong, Bangladesh       SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION:  Ocean

FOB Bangladesh

SEARS ITEM/SKU  47224/

STYLE NAME: WPPLS78161PT
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SI5665 | REFERENCE NO. | 501C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9LS78161PT | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.         102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.         BDNORKNIGAZ

| SEARS | 585685 | LADIES KNI BLUE BELL | | | 69 | 69 | 24,220 USD | 1,574.18 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |
| ITEM | 470059189666 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |
| SEARS DIV | 616 | | | | | | | |
| SEARS ITEM/SKU | 47225/ | | | | | | | |

STYLE NAME: WPPLS78161PT
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SI9655 | REFERENCE NO. | 501D | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9LS78161PT | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.         102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.         BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 4 of 8

DATE: September 10, 2018

INVOICE NO.: 201822026871

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| SEARS | S16588 | LADIES KNI BLUE BELL | | 19 CARTONS | 19 AST | 31.140 USD AST | 591.66 USD |
|-------|--------|----------------------|---|------------|--------|----------------|------------|

ITEM: 470080159078
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT
SEARS DIV 616
SEARS ITEM/SKU 47226/

STYLE NAME: WSPLS78161PT
DESCRIPTION:S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | S16588 | REFERENCE NO. | 601C |
|--------------|--------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WPSLS78161PT | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh

FTY MID NO.:    BGNORKNIGAZ

| SEARS | S16588 | LADIES KNI LEMONADE | | 68 CARTONS | 68 AST | 24.220 USD AST | 1,646.96 USD |
|-------|--------|---------------------|---|------------|--------|----------------|--------------|

ITEM: 470080159728
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT
SEARS DIV 616
SEARS ITEM/SKU 47226/

STYLE NAME: WSPLS78161PT
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | S16588 | REFERENCE NO. | 601C |
|--------------|--------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WPSLS78161PT | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.    102761

# COMMERCIAL INVOICE

Page 5 of 6
DATE: September 10, 2018
INVOICE NO.: 201822026871

9085
PEARL GLOBAL INDUSTRIES LTD.
POIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FYY MID NO.        BDNORKNIGAZ

| SEARS | 816666 | LADIES KNI LEMONADE | 11 CARTONS | 11 AST | 31.140 USD AST | 342.54 USD |
|---|---|---|---|---|---|---|

ITEM:        470080169742
MADE IN        BANGLADESH
CONTENTS        1 ASSORTMENT
SEARS DIV        016
SEARS ITEM/SKU    47225/

STYLE NAME: W9PL878161PT
DESCRIPTION: B/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| CONTRACT NO. | 816666 | REFERENCE NO. | 601C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | W9PL878161PT | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 |

FACTORY NO.        182761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO,        BDNORKNIGAZ

| SEARS | 816663 | LADIES KNI CHERRY | 66 CARTONS | 66 AST | 24.220 USD AST | 1,648.96 USD |
|---|---|---|---|---|---|---|

ITEM:        470095469920
MADE IN        BANGLADESH
CONTENTS        1 ASSORTMENT
SEARS DIV        016
SEARS ITEM/SKU    47243/

STYLE NAME: W9PL878161PT
DESCRIPTION: B/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

# COMMERCIAL INVOICE

Page 6 of 8

DATE: September 10, 2018

INVOICE NO.: 201622026571

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh   SHIPPED TO:  Mira Loma., CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SI6688 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9L876161PT | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.         102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.         BDNORKNIGAZ

| SEARS | SI6688 | LADIES KNI CHERRY | | | 19 | 19 | 31.140 USD | 591.66 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |
| ITEM: | 470095469036 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |
| SEARS DIV | 618 | | | | | | | |
| SEARS ITEM/SKU | 47243/ | | | | | | | |

STYLE NAME: W9PL876161PT
DESCRIPTION: S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SI6688 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9L876161PT | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.         102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.         BDNORKNIGAZ

| SEARS | SI6683 | PIQUE POLO CORE WHITE | | | 50 | 50 | 22.820 USD | 1,141.00 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |
| ITEM: | 470095482930 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |
| SEARS DIV | 618 | | | | | | | |

# COMMERCIAL INVOICE

Page 7 of 8
DATE: September 10, 2018
INVOICE NO.: 201822026871

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

SEARS ITEM/SKU  47244/

STYLE NAME: WC9L876161PT   FOBS 3.26
DESCRIPTION: LADIES S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | 816693 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WC9L876161PT | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| SEARS | 816693 | PIQUE POLO CORE WHITE | | 21 | 21 | 26.080 USD | 547.68 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM:    470096462945
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT
SEARS DIV    816
SEARS ITEM/SKU   47244/

STYLE NAME: WC9L876161PT   FOBS 3.26
DESCRIPTION: LADIES S/S 4 BUTTON POLO
BUTTON ON CENTER FRONT, SHORT SLEEVE, NO POCKET, NO ZIPPER
BOTTOM TREATMENT- TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO CROTCH
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 96% COTTON, 4% SPANDEX JERSEY
FOLD PACK: (9" W x 12" D)

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | 816693 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WC9L876161PT | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339 | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 6 of 6
DATE: September 10, 2018
INVOICE NO.: 201822026871

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Bangladesh

PAYMENT TERM          Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER           OPEN ACCOUNT
LC#                   NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 468 | 468 | ASSORTMENTS | 11,788.42  USD |

TOTAL US DOLLARS ELEVEN THOUSAND SEVEN HUNDRED EIGHTY-EIGHT DOLLARS AND FORTY-TWO CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME
EMPLOYEE TITLE

*1061 genk. 23369 Bang*

APL CO. PTE LTD

## APL                    **BILL OF LADING**

| | |
|---|---|
| SHIPPER (Principal or Seller licensee and full address)<br>NORP KNIT INDUSTRIES LTD,<br>NORTH KHATLKUR, P.O. NATIONAL<br>UNIVERSITY,GAZIPUR-1704,BANGLADESH.<br>TEL:880-2-9292036-2037,9291936-1937. | BOOKING NUMBER **056447470** / BL NUMBER **PAGE 1 OF 2** **APLU 056447470** |
| | FINAL DEST:CCD, MIRA LOMA, CA 91752 |
| CONSIGNEE (Name and Full Address)<br>(Unless provided otherwise, a consignment "To Order" means To Order of Shipper)<br>UNTO THE ORDER OF:<br>STANDARD CHARTERED BANK,<br>67 GULSHAN AVENUE,DHAKA 1212,<br>BANGLADESH. | FORWARDING AGENT (References, F.M.C.No.)<br>AIR ALLIANCE LTD,<br>BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,<br>C/A,CIR-2,DHAKA-1212,BD. |
| | PORT AND COUNTRY OF ORIGIN OF GOODS<br>GAZIPUR, BANGLADESH |
| NOTIFY PARTY (Name and Full Address)<br>SEARS, ROEBUCKED<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES,IL.60179,USA<br>TEL:1-847-286-3200<br>FAX:1-847-455-6555 | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/<br>EXPORT INSTRUCTIONS/HUB/TERMINAL/ONWARD ROUTING<br>FINAL POINT OF DESTINATION<br>SEARS C/O UPS SUPPLY CHAIN SOLUTION<br>19701 HAMILTON AVENUE<br>TORRANCE,CA 90502,PHONE:(310)<br>404-2792,FAX:(310)404-2962,<br>ATTN:MARY ELLEN WRATSCHKO. |
| INITIAL CARRIAGE BY (MODE) / PLACE OF RECEIPT<br>CHITTAGONG | |
| EXPORT CARRIER (Vessel, Voyage, & flag)<br>THORSWIND      038 / PORT OF LOADING<br>CHITTAGONG, BA | |
| PORT OF DISCHARGE<br>SAN PEDRO, CA (SPQ) / PLACE OF DELIVERY<br>MIRA LOMA, CA-MWF | |

Except "Valuation" clause, refer to Clause 7(4) on Reverse Side    **PARTICULARS FURNISHED BY SHIPPERS**

| MARKS & NOS(CONTAINER NOS) | NO. OF PKGS | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| K-MART<br>SK1185<br>FS12.9..<br>ITEM NO :<br>0400-2643606<br>00..2643855<br>040070829023<br>040070829106<br>MADE IN<br>BANGLADESH<br>CONTENTS  PCS | SC GB18<br>450<br>71075 | FREIGHT COLLECT<br>CIN  AA.LV84000.00.00  SLAC CY/CY<br>WOMEN'S 90%POLYESTER 10%SPANDEX<br>KNITTED DRESS<br>STYLE NO. WP9JO53S09JR<br>STYLE NO. WP9JO53S10JR<br>ORDER NO. SK1185<br>ORDER NO. SS1191<br>REF NO. 801C ONTY  2,700 PCS<br>CAT NO. 642 HTS#6104.6320.11<br>VENDOR#9085 . DIV NO.4 , DEPT# 007<br>INVOICE NO. 1061SERK23369 DATE:<br>30.08.2018<br>E-DOC INV NO.201821781207 DATE:<br>30.08.2018<br>EXP NO. 2486-39258-2018 DATE:<br>30.08.2018<br>EXPORT L/C # PGL-NORP/1061 DATE:<br>11.10.2017<br>RECEIVED FOR SHIPMENT : 10.09.2018<br>CONTAINER GATE-IN DATE : 12.09.2018<br>MOTHER VESSEL NAME : APL COLUMBUS<br>CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT **<br>                              ** ORIGINAL BL ** | 967.500KG | 7.260M3 |

| HAT TO WE IN EAST HAT<br>DHAKA,BA | OCEAN FREIGHT PAYABLE AT<br>MIRA LOMA, CA | | | The undersigned Carrier hereby acknowledges receipt of the sealed container... (fine print) |
|---|---|---|---|---|
| | PREPAID U.S.$ | COLLECT U.S.$ | Local Currency | |
| | | | | APL CO. PTE LTD |
| | | | | By APL (Bangladesh) Pvt. Ltd.<br>Authorised Signature  AS AGENTS |
| | | | | THE CARRIER |

| MCA 038 | TOTAL PREPAID | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 01058547 | TOTAL COLLECT<br>00562026 | 45266005 | CHT | SPQ | MWF | Y | APLU 056447470 |
| TCC | FORWARDER | SHIPPER | FORWARDER | EXPORT | DELIVERY | DEST | NOTIFY | OSC | BL MARKS |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

APL CO. PTE LTD

**APL** **BILL OF LADING**

| SHIPPER (Principal or Seller Sponsor and full address) | BOOKING NUMBER | BL NUMBER |
|---|---|---|
| NORP KNIT INDUSTRIES LTD.<br>NORTH KHAILKUR, P.O.NATIONAL<br>UNIVERSITY,GAZIPUR-1704,BANGLADESH<br>TEL:880-2-9292036-2037,9291936-1937. | 056447470 | PAGE 2 OF 2<br>APLU 056447470 |

ENROUTE FINAL DEST:OCD, MIRA LOMA, CA 91752

| CONSIGNEE (Name and Full Address)<br>(Unless provided otherwise, a consignment "To Order" means "To Order of Shipper") | FORWARDING AGENT (References, F.M.C. No.) |
|---|---|
| UNTO THE ORDER OF:<br>STANDARD CHARTERED BANK,<br>67 GULSHAN AVENUE,DHAKA 1212,<br>BANGLADESH, | AIR ALLIANCE LTD.<br>BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,<br>C/A,CIR-2,DHAKA-1212,BD.<br><br>POINT AND COUNTRY OF ORIGIN OF GOODS<br>GAZIPUR, BANGLADESH |

| NOTIFY PARTY (Name and Full Address) | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/<br>EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING |
|---|---|
| SEARS ROEBUCK&CO.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,IL 60179,USA<br>TEL:1-847-286-3200<br>FAX:1-847-455-6555 | FROM PORT OF DESTINATION<br>SEARS C/O UPS SUPPLY CHAIN SOLUTION<br>19701 HAMILTON AVENUE<br>TORRANCE, CA 90502,PHONE:(310)<br>404-2792,FAX:(310)404-2962.<br>ATTN:MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| CARRIER (EXPORT) (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| THOROWIND      038 | CHITTAGONG, BA |

| PLACE OF DELIVERY (Vessel) | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO, CA (SPO) | MIRA LOMA, CA-MWF |

**PARTICULARS FURNISHED BY SHIPPERS**

| MARKS & NUMBERS/CONTAINER NOS. | NO.OF PKGS. | TYPE | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| ***CTR NBR***<br>CMAU4926904-8 | ****SEAL<br>G0590218 | | V- 305<br>***FREIGHT COLLECT***<br>NBR**** T/S HT  MODE  QUANT/TYPE<br>D4D 96  CY/ CY  450CTNS<br>** SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT<br>967.50KG | MSMT<br>7.260M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD   SEP. 15, 2018

| BL In REL WITH D.ST RAT | OCEAN FREIGHT PAYABLE AT | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |
|---|---|---|---|---|---|

APL CO. PTE LTD
by APL (Bangladesh) Pvt.Ltd.
Authorized Signature AS AGENTS

Date and      SEP. 15 2018
Place Issued  CHITTAGONG,

| WCA | 038 | TOTAL PREPAID | | | | | |
|---|---|---|---|---|---|---|---|
| | | TOTAL COLLECT | | | | | |
| 01058547 | 00362026 | 46266005 | CNT | SPQ | MWF | Y | APLU 056447470 |
| PRC | FORWARDER | SHIPPER | CONSIGNEE | EXPORT | IMPORT | DEST | PRC | BL NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

10618 ex.. 23369

# COMMERCIAL INVOICE

Page 1 of 3
DATE: September 10, 2018
INVOICE NO.: 201821761207

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

POB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SP1185 | SIDE STRIP BLACK DAISY | 114 CARTONS | 114 AST | 20.160 USD AST | 2,298.24 USD |
| ITEM: | 040052843806 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 602 | | | | | |
| SEARS ITEM/SKU | 12546/ | | | | | |

STYLE NAME: WP9JO53509JR
DESCRIPTIONS: LADIES KNIT SIDE STRIPE SKATER SKIRT
LEG OPENING HEMMED, NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER,
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 176 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-17,
HANGER CODE# 6012B
Size: S,M,L,XL

| CONTRACT NO. | SP1185 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9JO53509JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RNONE |

FACTORY NO.    102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKHIGAZ

| SEARS | SP1185 | SIDE STRIP RED | 114 CARTONS | 114 AST | 20.160 USD AST | 2,298.24 USD |
|---|---|---|---|---|---|---|
| ITEM: | 040052843856 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 602 | | | | | |
| SEARS ITEM/SKU | 15509/ | | | | | |

STYLE NAME: WP9JO53509JR
DESCRIPTIONS: LADIES KNIT SIDE STRIPE SKATER SKIRT.
LEG OPENING HEMMED, NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER,
FABRICATION: BODY-- 90% POLYESTER 10% SPANDEX
BODY FABRIC WEIGHT: 176 GMS
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-17,
HANGER CODE# 6012B
Size: S,M,L,XL

| CONTRACT NO. | SP1185 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9JO53509JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RNONE |

# COMMERCIAL INVOICE

Page 2 of 3
DATE: September 10, 2018
INVOICE NO.: 201821751207

6085
PEARL GLOBAL INDUSTRIES LTD.
PGIL PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

FACTORY NO.        102751
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | SS1191 | SIDE STRIP BLACK | | 111 | 111 | 18.960 USD | 2,104.56 USD |
|-------|--------|------------------|--|-----|-----|------------|--------------|
| | | | | CARTONS | AST | AST | |

ITEM:        040070829023
MADE IN        BANGLADESH
CONTENTS    1 ASSORTMENT
SEARS DIV    602
SEARS ITEM/SKU 101992/

STYLE NAME: WPSJO63510JR
DESCRIPTIONS: LADIES KNIT SKIRT
DETAIL OF THE GARMENTS: SIDE STRIPE BODYCON SKIRT WITH WAIST BANDS 2 PLY WITH
ELASTIC, ZIPPER AT BACK
NO POCKETS, NO BUTTON ,
FABRICATION: BODY— 90% POLYESTER 10% SPANDEX
HANGER CODE# 6012B
Size: S,M,L,XL

CONTRACT NO.        SS1191        REFERENCE NO.        601C
DC CODE        COD        DEPARTMENT NO.        007
DIVISION NO.        Division 4        VENDOR NO.        6085
VENDOR ITEM CODE    WPSJO63510JR    COUNTRY OF ORIGIN    BANGLADESH
BINDING RULING # OR    CATEGORY    842, RNONE
PRECLASS #

FACTORY NO.        102751
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | SS1191 | SIDE STRIP ROYAL BLUE | | 111 | 111 | 18.960 USD | 2,104.56 USD |
|-------|--------|-----------------------|--|-----|-----|------------|--------------|
| | | | | CARTONS | AST | AST | |

ITEM:        040070829106
MADE IN        BANGLADESH
CONTENTS    1 ASSORTMENT
SEARS DIV    602
SEARS ITEM/SKU 101992/

STYLE NAME: WPSJO63510JR
DESCRIPTIONS: LADIES KNIT SKIRT
DETAIL OF THE GARMENTS: SIDE STRIPE BODYCON SKIRT WITH WAIST BANDS 2 PLY WITH
ELASTIC, ZIPPER AT BACK
NO POCKETS, NO BUTTON ,
FABRICATION: BODY— 90% POLYESTER 10% SPANDEX
HANGER CODE# 6012B
Size: S,M,L,XL

# COMMERCIAL INVOICE

Page 3 of 3
DATE: September 10, 2018
INVOICE NO.: 201821781207

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | 981191 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WPBJO5364UR | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 642, RHONE | |

FACTORY NO. 102761
NORP IKNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO. BDNORIKNIGAZ

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT
LC#        NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 450 | 450 | ASSORTMENTS | 8,805.60  USD |

TOTAL US DOLLARS EIGHT THOUSAND EIGHT HUNDRED FIVE DOLLARS AND SIXTY CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME
EMPLOYEE TITLE

UPS Supply Chain Solutions    UPS    FORWARDER'S CARGO RECEIPT

| | BOOKING NO. 966382125 | CARGO RECEIPT NO. 7796006441 |
|---|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)<br>PEARL GLOBAL INDUSTRIES LIMITED<br>446, UDYOG VIHAR PHASE-V,<br>GURGAON HARYANA -122016, INDIA | EXPORT REFERENCES<br><br>CUST PO NO:SF8774-801<br>CUST INV NO:201821789739 | DATE OF RECEIPT OF CARGO<br>11-SEP-2018<br><br>562 Sears |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)<br>SEARS , ROEBUCK & CO<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179<br>USA |
|---|

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS)<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE<br>TORRANCE, CA 90502<br>PH:(310)404-2792/FAX:(310)404-2962<br>ATTN: MARY ELLEN WRATSCHKO | |
|---|---|
| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>NHAVA SHEVA, INDIA |
| EXPORT CARRIER (VESSEL/VOYFLAG)<br>NORTHERN MONUMENT 1808 | PORT OF LADING<br>NHAVA SHEVA, INDIA |
| PORT OF DISCHARGE<br>EWARK | PORT OF DELIVERY BY ON CARRIER<br>CHAMBERSBURG, PA |

| EXPORT LICENSE NO |
|---|
| NO OF ORIGINALS<br>1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>SUDU5722690<br>SEALCODE1:<br>MLIN1312178<br>MARKS & NO:<br>CTN NO:<br>01-414<br><br>FREIGHT COLLECT<br>CFS/DOOR | 1 | 40' HIGH CUBE CONTAINER 414 CARTON<br>SAID TO CONTAIN<br>100% VISCOSE PRINT RAYON WOVEN LADIES LONG<br>COAT<br>GTN INV NO: 201821789739<br>PO NO: SF8774<br>REF NO: 801<br>DEPT NO: 004<br>DIV NO: 04<br>HTS/RITC CODE NO : 620293<br>INV NO : PGILBE/0562/1819<br>TOTAL QTY : 2676  PCS<br>NET WT : 616.14 KGS<br>SB NO: 7516925 DT: 11.09.2018 | 914.940 KG<br>2017.100 LB | 8.931 M3<br>315.361 F3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

...accordance with instruction from Buyer, we have received the following documents from Shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | 1 |
| PACKING LIST | | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

For UPS SCS (INDIA) PVT. LTD.

**SHIPPED ON BOARD**
**1 6 SEP 2018**
FOR UPS SCS, MUMBAI
AS AGENT

Issued by MUMBAI      **AS AGENT**

Month Sep   Day 19   Year 2018

# COMMERCIAL INVOICE

Page 1 of 4

DATE: September 11, 2018

INVOICE NO.: 201821780739

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:        SEARS ROEBUCK & CO.
           3333 Beverly Road
           Hoffman Estates, IL 60179
           US

SHIPPED FROM: Nhava Sheva (JNP), India        SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SF8774 | WP9SS77566 CLOUD DANCER | 103 CARTONS | 103 AST ( 103 PCS ) | 41.300 USD AST | 4,253.90 USD |
| ITEM: | 630046396675 | | | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 53505/ | | | | | |

WP9SS77566MI
DESCRIPTION  SOFT KIMONO
DETAILS OF THE GARMENT- PRINTED LADIES KIMONO WITH LONG SLEEVES
BODY LENGTH- BACK HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% RAYON      //        100 % WOVEN
COUNT & CONSTRUCTION      30X30        80X68
HANGER PACK  //        HANGER CODE  484B   // PRICE - $ 0.072 / PIECE

| CONTRACT NO. | SF8774 | REFERENCE NO. | 601 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9SS77566MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE |

FACTORY NO.        104314
PEARL GLOBAL INDUSTRIES LTD (19A)
19A, ANU SOLAR BUILDING, NTYF ROAD
2ND STAGE PEENYA INDUSTRIAL AREA
BANGALORE
KARNATAKA
India
FTY MID NO.        INPEAGLO19BAN

| SEARS | SF8774 | WP9SS77566 CLOUD DANCER | 131 CARTONS | 131 AST ( 131 PCS ) | 35.400 USD AST | 4,637.40 USD |
|---|---|---|---|---|---|---|
| ITEM: | 630046396741 | | | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 53565/ | | | | | |

WP9SS77566MI
DESCRIPTION  SOFT KIMONO
DETAILS OF THE GARMENT- PRINTED LADIES KIMONO WITH LONG SLEEVES
BODY LENGTH- BACK HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% RAYON      //        100 % WOVEN
COUNT & CONSTRUCTION      30X30        80X68
HANGER PACK  //        HANGER CODE  484B   // PRICE - $ 0.072 / PIECE

# COMMERCIAL INVOICE

DATE: September 11, 2016

INVOICE NO.: 201621780739

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 448
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India     SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SF8774 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9SS77586MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE | • |

FACTORY NO.        104314
PEARL GLOBAL INDUSTRIES LTD (19A)
19A, ANU SOLAR BUILDING, NTTF ROAD
2ND STAGE PEENYA INDUSTRIAL AREA
BANGALORE
KARNATAKA
India
FTY MID NO.        INPEAGLO19BAN

| SEARS | SF8774 | WP9SS77586 RUMBA RED | | 89 | 89 | 41.300  USD | 3,675.70  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 830046400380 | | | | ( 89 PCS ) | | |
| MADE IN | INDIA | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 03506/ | | | | | | |

WP9SS77586MI
DESCRIPTION  SOFT KIMONO
DETAILS OF THE GARMENT- PRINTED LADIES KIMONO WITH LONG SLEEVES
BODY LENGTH- BACK HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% RAYON      //      100 % WOVEN
COUNT & CONSTRUCTION     30X30        60X68
HANGER PACK  //        HANGER CODE  484B   // PRICE - $ 0.072 / PIECE

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SF8774 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9SS77586MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE | • |

FACTORY NO.        104314
PEARL GLOBAL INDUSTRIES LTD (19A)
19A, ANU SOLAR BUILDING, NTTF ROAD
2ND STAGE PEENYA INDUSTRIAL AREA
BANGALORE
KARNATAKA
India
FTY MID NO.        INPEAGLO19BAN

# COMMERCIAL INVOICE

Page 3 of 4
DATE: September 11, 2018
INVOICE NO.: 20182178073·9

9085
PEARL GLOBAL INDUSTRIES LTD.
FGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:       SEARS ROEBUCK & CO.
          3333 Beverly Road
          Hoffman Estates, IL 60179
          US

SHIPPED FROM: Nhava Shava (JNP), India       SHIPPED TO:   Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

| SEARS | SF8774 | WP9SS77566 RUMBA RED | | 91 | 91 | 35.400  USD | 3,221.40  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 630048400402 | | | | ( 91 PCS ) | | |
| MADE IN | INDIA | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 807 | | | | | | |
| SEARS ITEM/SKU | 53566/ | | | | | | |

WP9SS77566MI
DESCRIPTION: SOFT KIMONO
DETAILS OF THE GARMENT- PRINTED LADIES KIMONO WITH LONG SLEEVES
BODY LENGTH- BACK HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% RAYON       //       100 % WOVEN
COUNT & CONSTRUCTION     30X30       60X66
HANGER PACK   //       HANGER CODE  4848   // PRICE - $ 0.072 / PIECE

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SF8774 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9SS77566MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 041, RNONE | |

FACTORY NO.       104314
PEARL GLOBAL INDUSTRIES LTD (18A)
18A, ANJ SOLAR BUILDING, NTTF ROAD
2ND STAGE PEENYA INDUSTRIAL AREA
BANGALORE
KARNATAKA
India
FTY MID NO.       INPEAGLO198AN

PAYMENT TERM       Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER       OPEN ACCOUNT
LC#       NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 414 | 414 | ASSORTMENTS | 15,788.40  USD |

TOTAL US DOLLARS FIFTEEN THOUSAND SEVEN HUNDRED EIGHTY-EIGHT DOLLARS AND FORTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

# COMMERCIAL INVOICE

Page 4 of 4
DATE: September 11, 2018
INVOICE NO.: 201U21769730

9086
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India

**SHIPPED TO:** Chambersburg, PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| PEARL GLOBAL INDUSTRIES LTD. | |
|---|---|
| EMPLOYEE NAME | |
| EMPLOYEE TITLE | |

UPS Supply Chain Solutions

UPS SUPPLY CHAIN SOLUTIONS, INC.

OTL License No. 275F          FORWARDER'S CARGO RECEIPT

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|---|
| PEARL GLOBAL INDUSTRIES LIMITED | | 966382125 | 779600942T |
| 446, UDYOG VIHAR PHASE-V, | | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| GURGAON HARYANA -122016, INDIA | | | 11-SEP-2018 |
| | | CUST PO NO:SJ6613 | |
| | | CUST INV NO:201821789793 | 563 Bears |

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| SEARS , ROEBUCK & CO |
| 3333 BEVERLY ROAD |
| HOFFMAN ESTATES, IL 60179 |
| USA |

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS |
| 19701 HAMILTON AVENUE |
| TORRANCE, CA 90502 |
| PH:(310)404-2792/FAX:(310)404-2962 |
| ATTN: MARY ELLEN WRATSCHKO |

Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO |
|---|---|---|
| | NHAVA SHEVA, INDIA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LADING | |
| NORTHERN MONUMENT 1808 | NHAVA SHEVA, INDIA | |
| PORT OF DISCHARGE | PORT OF DELIVERY BY ON CARRIER | NO OF ORIGINALS |
| NEWARK | CHAMBERSBURG, PA | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: SUDU5722690 SEALCODE1: MLIN1312178 MARKS & NO: CTN NO: 01-374 | 1 | 40' HIGH CUBE CONTAINER 374 CARTON SAID TO CONTAIN 100% VISCOSE PRINT RAYON WOVEN LADIES LONG COAT 100% VISCOSE SOLID RAYON WOVEN LADIES LONG COAT GTN INV NO: 201821789793 PO NO: SJ6613 REF NO: 801 DEPT: 007, DIV: 04 HTS/RITC CODE NO : 620293 INV NO : PGILBE/0563/1819 TOTAL QTY : 2502 PCS NET WT : 651.56 SB NO : 7516932 DT: 11.09.2018 | 912.560 KG 2011.850 LB | 8.068 M3 284.881 F3 |
| FREIGHT COLLECT CFS/DOOR | | | | |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

accordance with instruction from Buyer, we have received the following documents from Shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | 1 |
| PACKING LIST | | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHIPPED ON BOARD
1 6 SEP 2018
FOR UPS SCS, MUMBAI
AS AGENT

For UPS SCS (INDIA) PVT. LTD.

Issued by MUMBAI                    AS AGENT

Month Sep    Day 19    Year 2018

# COMMERCIAL INVOICE

Page 1 of 3
DATE: September 11, 2018
INVOICE NO.: 201821780793

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 445
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:       SEARS ROEBUCK & CO.
          3333 Beverly Road
          Hoffman Estates, IL 60179
          US

SHIPPED FROM: Nhava Shava (JNP), India       SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB India

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SJ6613 | SOFT KIMON CLOUD DANCER | 61 CARTONS | 61 AST | 35.160 USD AST | 2,144.76 USD |
| ITEM: | 810048400451 | | | ( 61 PCS ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 616 | | | | | |
| SEARS ITEM/SKU | 46970/ | | | | | |

WP9SS77566PT
DESCRIPTION : SOFT KIMONO
DETAILS - PRINTED LADIES KIMONO WITH LONG SLEEVES  NO CLOSURE
FABRIC CONTENT - 100% Rayon      //       100 % WOVEN
HANGER PACK   //       HANGER CODE :- 4848

| | | | |
|---|---|---|---|
| CONTRACT NO. | SJ6613 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9SS77566PT | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 659, RNONE |

FACTORY NO.       104314
PEARL GLOBAL INDUSTRIES LTD (19A)
19A, ANU SOLAR BUILDING, NTTF ROAD
2ND STAGE PEENYA INDUSTRIAL AREA
BANGALORE
KARNATAKA
India
FTY MID NO.       INPEAGLO19BAN

| MARKS | | DESCRIPTION | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| SEARS | SJ6613 | SOFT KIMON CLOUD DANCER | 134 CARTONS | 134 AST | 41.020 USD AST | 5,496.68 USD |
| ITEM: | 810048400477 | | | ( 134 PCS ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 616 | | | | | |
| SEARS ITEM/SKU | 46970/ | | | | | |

WP9SS77566PT
DESCRIPTION : SOFT KIMONO
DETAILS - PRINTED LADIES KIMONO WITH LONG SLEEVES  NO CLOSURE
FABRIC CONTENT - 100% Rayon      //       100 % WOVEN
HANGER PACK   //       HANGER CODE :- 4848

| | | | |
|---|---|---|---|
| CONTRACT NO. | SJ6613 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9SS77566PT | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 659, RNONE |

FACTORY NO.       104314

# COMMERCIAL INVOICE

DATE: September 11, 2018

INVOICE NO.: 201821780793

9086
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India     SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB India

PEARL GLOBAL INDUSTRIES LTD [19A]
19A, ANU SOLAR BUILDING, NTTF ROAD
2ND STAGE PEENYA INDUSTRIAL AREA
BANGALORE
KARNATAKA
India
FTY MID NO.        INPEAGLO19BAN

| SEARS | SJ6513 | SOFT KIMON OLIVE NIGHT | 55 CARTONS | 55 AST | 35.160 USD AST | 1,933.80 USD |
|-------|--------|------------------------|------------|--------|----------------|--------------|
| ITEM: | 510048400550 | | | ( 55 PCS ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 616 | | | | | |
| SEARS ITEM/SKU | 46971/ | | | | | |

WP9SS77566PT
DESCRIPTION : SOFT KIMONO
DETAILS - PRINTED LADIES KIMONO WITH LONG SLEEVES  NO CLOSURE
FABRIC CONTENT - 100% Rayon      //      100 % WOVEN
HANGER PACK  //      HANGER CODE :- 404B

| CONTRACT NO. | SJ6513 | REFERENCE NO. | 801 |
|--------------|--------|---------------|-----|
| DC CODE | FCO | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9086 |
| VENDOR ITEM CODE | WP9SS77566PT | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 659, RNONE |

FACTORY NO.        104314
PEARL GLOBAL INDUSTRIES LTD [19A]
19A, ANU SOLAR BUILDING, NTTF ROAD
2ND STAGE PEENYA INDUSTRIAL AREA
BANGALORE
KARNATAKA
India
FTY MID NO.        INPEAGLO19BAN

| SEARS | SJ6513 | SOFT KIMON OLIVE NIGHT | 124 CARTONS | 124 AST | 41.020 USD AST | 5,086.48 USD |
|-------|--------|------------------------|-------------|---------|----------------|--------------|
| ITEM: | 510048400568 | | | ( 124 PCS ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 616 | | | | | |
| SEARS ITEM/SKU | 46971/ | | | | | |

WP9SS77568PT
DESCRIPTION : SOFT KIMONO
DETAILS - PRINTED LADIES KIMONO WITH LONG SLEEVES  NO CLOSURE
FABRIC CONTENT - 100% Rayon      //      100 % WOVEN
HANGER PACK  //      HANGER CODE :- 404B

# COMMERCIAL INVOICE

DATE: September 11, 2018

INVOICE NO.: 201821788793

9086
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheve (JNP), India   **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| | | |
|---|---|---|
| CONTRACT NO. | SJ6613 | |
| DC CODE | PCD | |
| DIVISION NO. | Division 4 | |
| VENDOR ITEM CODE | WP8S877586PT | |
| BINDING RULING # OR PRECLASS # | | |

| | |
|---|---|
| REFERENCE NO. | 601 |
| DEPARTMENT NO. | 007 |
| VENDOR NO. | 9086 |
| COUNTRY OF ORIGIN | INDIA |
| CATEGORY | 959, RNONE |

FACTORY NO.   104314
PEARL GLOBAL INDUSTRIES LTD (19A)
19A, ANU SOLAR BUILDING, NTTF ROAD
2ND STAGE PEENYA INDUSTRIAL AREA
BANGALORE
KARNATAKA
India
FTY MID NO.   INPEAGLO19BAN

| | |
|---|---|
| PAYMENT TERM | Open Acct |
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |
| LC# | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 374 | 374 | ASSORTMENTS | 14,661.72   USD |

TOTAL US DOLLARS FOURTEEN THOUSAND SIX HUNDRED SIXTY-ONE DOLLARS AND SEVENTY-TWO CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME   _____

EMPLOYEE TITLE   _____

UPS Supply Chain Solutions

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

| | |
|---|---|
| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)<br>PEARL GLOBAL INDUSTRIES LIMITED<br>446, UDYOG VIHAR PHASE-V,<br>GURGAON HARYANA -122016, INDIA | BOOKING NO.<br>966473379 |

| | |
|---|---|
| BOOKING NO.<br>966473379 | CARGO RECEIPT NO.<br>7796071283 |
| EXPORT REFERENCES | DATE OF RECEIPT OF CARGO<br>18-SEP-2018 |
| CUST PO NO: SF8788/801<br>CUST INV NO:201821900605 | S20  Redfy |

THIS IS NOT A DOCUMENT OF TITLE

UPS SUPPLY CHAIN SOLUTIONS, INC.

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)<br>SEARS . ROEBUCK & CO<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179<br>USA |
|---|

| EXPORT LICENSE NO |
|---|

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS)<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE<br>TORRANCE, CA 90502<br>PHONE: (310) 404-2792<br>ATTN: MARY ELLEN WRATSCHKO |
|---|

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>NHAVA SHEVA INDIA |
|---|---|
| EXPORT CARRIER (VESSEL/VOYAGE)<br>MAERSK CHICAGO 1808 | PORT OF LADING<br>NHAVA SHEVA INDIA |
| PORT OF DISCHARGE<br>NEWARK | PORT OF DELIVERY BY ON CARRIER<br>CHAMBERSBURG, PA | NO OF ORIGINALS<br>1/ONE |

PARTICULARS FURNISHED BY SHIPPER

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MRKU4255512<br>SEALCODE1:<br>MLIN1639800<br>MARKS & NO.<br>CTN NO:<br>01-424<br><br>FREIGHT COLLECT<br>CFS/DOOR | 1 | 40' HIGH CUBE CONTAINER 424 CARTON<br>SAID TO CONTAIN 424 CARTON<br>LADIES TOP MADE OUT FROM 100% VISCOSE PRINT<br>RAYON WOVEN FABRIC 60X60/ 90X88 GSM 85 (+/-10% )<br>HTS/RITC CODE NO : 621143<br>INV NO : PGILBE/0578/1819<br>STYLE NO : WP8RC77100MI<br>PO NO : SF8788<br>TOTAL QTY : 3789 PCS<br>NET WT : 495.60 KGS<br>SB NO: 7687073 DTD 19/9/2018 | 919.160 KG<br>2026.400 LB | 7.751 M3<br>273.688 F3 |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | 1 |
| PACKING LIST | | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

SHIPPED ON BOARD
2 3 SEP 2018
FOR UPS SCS, MUMBAI
AS AGENT

For UPS SCS (INDIA) PVT. LTD.

Issued by  MUMBAI                         AS AGENT

Month  Sep        Day  25        Year  2018

SF 8788

# COMMERCIAL INVOICE

Page 1 of 6

DATE: September 18, 2018

INVOICE NO.: 201821000005

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SF5766 | WP9RC77100 CLOUD DANCER M | 62 CARTONS | 62 AST ( 62 CTNS ) | 40,500 USD AST | 3,321.00 USD |
| ITEM: | 850046401236 | | | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 63567/ | | | | | |

WP9RC77100MI
DESCRIPTION : RUFFLE SLEEVE BLOUSE
DETAILS OF THE GARMENT- LADIES ROUND NECK TOP WITH SHORT RUFFLE SLEEVE
BODY LENGTH- BACK HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORIGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% Rayon    //    100 % WOVEN
COUNT & CONSTRUCTION:    60x50
HANGER PACK  //    HANGER CODE :- 404   // PRICE - $ 0.072 / PIECE

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF5766 | REFERENCE NO. | 601 |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | DIvision 4 | VENDOR NO. | 9065 |
| VENDOR ITEM CODE | WP9RC77100MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RNONE |

FACTORY NO.    104314
PEARL GLOBAL INDUSTRIES LTD (19A)
19A, ANU SOLAR BUILDING, NTTF ROAD
2ND STAGE PEENYA INDUSTRIAL AREA
BANGALORE
KARNATAKA
India

FTY MID NO.    INPEAGLO19BAN

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SF5766 | WP9RC77100 CLOUD DANCER M | 46 CARTONS | 46 AST ( 46 CTNS ) | 36,000 USD AST | 1,728.00 USD |
| ITEM: | 850046401244 | | | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 63567/ | | | | | |

WP9RC77100MI
DESCRIPTION : RUFFLE SLEEVE BLOUSE
DETAILS OF THE GARMENT- LADIES ROUND NECK TOP WITH SHORT RUFFLE SLEEVE
BODY LENGTH- BACK HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORIGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% Rayon    //    100 % WOVEN
COUNT & CONSTRUCTION:    60x50
HANGER PACK  //    HANGER CODE :- 404   // PRICE - $ 0.072 / PIECE

# COMMERCIAL INVOICE

Page 2 of 6
DATE: September 18, 2016
INVOICE NO.: 201521900005

0095
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB India

| | | | | | | |
|---|---|---|---|---|---|---|
| CONTRACT NO. | SF8788 | | REFERENCE NO. | 801 | | |
| DC CODE | PCD | | DEPARTMENT NO. | 007 | | |
| DIVISION NO. | Division 4 | | VENDOR NO. | 9065 | | |
| VENDOR ITEM CODE | WP9RC77100MI | | COUNTRY OF ORIGIN | INDIA | | |
| BINDING RULING # OR PRECLASS # | | | CATEGORY | 641, RNONE | | |

FACTORY NO.        104314
PEARL GLOBAL INDUSTRIES LTD (19A)
19A, ANU SOLAR BUILDING, NTTF ROAD
2ND STAGE PEENYA INDUSTRIAL AREA
BANGALORE
KARNATAKA
India
FTY MID NO.        INPEAGLO19BAN

| SEARS | SF8788 | WP9RC77100 RIVIERA DITSY | | | 63 | 63 | 45.000 USD | 2,835.00 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |
| ITEM: | 8500464034403 | | | | | ( 63 CTNS ) | | |
| MADE IN | INDIA | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |
| SEARS DIV | 007 | | | | | | | |
| SEARS ITEM/SKU | 63579/ | | | | | | | |

WP9RC77100MI
DESCRIPTION : RUFFLE SLEEVE BLOUSE
DETAILS OF THE GARMENT- LADIES ROUND NECK TOP WITH SHORT RUFFLE SLEEVE
BODY LENGTH- BACK HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORIGIN (FABRIC) - INDIA.
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% Rayon     //         100 % WOVEN
COUNT & CONSTRUCTION:        80x80
HANGER PACK   //        HANGER CODE > 484    // PRICE - $ 0.072  / PIECE

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SF8788 | | REFERENCE NO. | 801 | |
| DC CODE | PCD | | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | | VENDOR NO. | 9065 | |
| VENDOR ITEM CODE | WP9RC77100MI | | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | | CATEGORY | 641, RNONE | |

FACTORY NO.        104314
PEARL GLOBAL INDUSTRIES LTD (19A)
19A, ANU SOLAR BUILDING, NTTF ROAD
2ND STAGE PEENYA INDUSTRIAL AREA
BANGALORE
KARNATAKA
India
FTY MID NO.        INPEAGLO19BAN

# COMMERCIAL INVOICE

Page 3 of 6

DATE: September 18, 2016

INVOICE NO.: 201821900005

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India    SHIPPED TO:   Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

| SEARS | SF5788 | WP9RC77100 RIVIERA DITSY | 44 | 44 | 36.000 USD | 1,584.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 650048403480 | | | ( 44 CTNS ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 53579/ | | | | | |

WP9RC77100MI
DESCRIPTION : RUFFLE SLEEVE BLOUSE
DETAILS OF THE GARMENT- LADIES ROUND NECK TOP WITH SHORT RUFFLE SLEEVE
BODY LENGTH- BACK HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORIGIN (FABRIC)- INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% Rayon        //        100 % WOVEN
COUNT & CONSTRUCTION:        60x60
HANGER PACK  //        HANGER CODE :-484    // PRICE - $ 0.072 / PIECE

| CONTRACT NO. | SF5788 | REFERENCE NO. | 601 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9RC77100MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE |

FACTORY NO.        104314
PEARL GLOBAL INDUSTRIES LTD (19A)
19A, ANU SOLAR BUILDING, NTTF ROAD
2ND STAGE PEENYA INDUSTRIAL AREA
BANGALORE
KARNATAKA
India
FTY MID NO.        INPEAGLO19BAN

| SEARS | SF5788 | WP9RC77100 MEDIEVAL BLUE | 61 | 61 | 45.000 USD | 2,745.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 650048407600 | | | ( 61 CTNS ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 53581/ | | | | | |

WP9RC77100MI
DESCRIPTION : RUFFLE SLEEVE BLOUSE
DETAILS OF THE GARMENT- LADIES ROUND NECK TOP WITH SHORT RUFFLE SLEEVE
BODY LENGTH- BACK HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORIGIN (FABRIC)- INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% Rayon        //        100 % WOVEN
COUNT & CONSTRUCTION:        60x60
HANGER PACK  //        HANGER CODE :-484    // PRICE - $ 0.072 / PIECE

| CONTRACT NO. | SF5788 | REFERENCE NO. | 601 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9RC77100MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE |

# COMMERCIAL INVOICE

Page 4 of 6

DATE: September 18, 2018

INVOICE NO.: 2018210000605

9065
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India       SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

FACTORY NO.        104314
PEARL GLOBAL INDUSTRIES LTD (19A)
19A, ANU SOLAR BUILDING, NTTF ROAD
2ND STAGE PEENYA INDUSTRIAL AREA
BANGALORE
KARNATAKA
India
FTY MID NO.        INPEAGLO19BAN

| SEARS | SF8788 | WP9RC77100 MEDIEVAL BLUE | 33 | 33 | 40.500 USD | 1,336.50 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 850046400978 | | ( 33 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 007 | | | | | |
| SEARS ITEM/SKU | 03581/ | | | | | |

WP9RC77100MI
DESCRIPTION : RUFFLE SLEEVE BLOUSE
DETAILS OF THE GARMENT- LADIES ROUND NECK TOP WITH SHORT RUFFLE SLEEVE
BODY LENGTH- BACK HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% Rayon    //        100 % WOVEN
COUNT & CONSTRUCTION:    60x60
HANGER PACK  //      HANGER CODE :- 484    // PRICE - $ 0.072 / PIECE

| CONTRACT NO. | SF8788 | REFERENCE NO. | 601 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9065 |
| VENDOR ITEM CODE | WP9RC77100MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE |

FACTORY NO.        104314
PEARL GLOBAL INDUSTRIES LTD (19A)
19A, ANU SOLAR BUILDING, NTTF ROAD
2ND STAGE PEENYA INDUSTRIAL AREA
BANGALORE
KARNATAKA
India
FTY MID NO.        INPEAGLO19BAN

| SEARS | SF8788 | WP9RC77100 EARTH RED SCAT | 34 | 34 | 40.500 USD | 1,377.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 850046410591 | | ( 34 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 007 | | | | | |
| SEARS ITEM/SKU | 03580/ | | | | | |

WP9RC77100MI
DESCRIPTION : RUFFLE SLEEVE BLOUSE
DETAILS OF THE GARMENT- LADIES ROUND NECK TOP WITH SHORT RUFFLE SLEEVE
BODY LENGTH- BACK HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA

## COMMERCIAL INVOICE

Page 5 of 6

DATE: September 18, 2018

INVOICE NO.: 201021900605

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122018

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Chambersburg , PA

FOB India

FABRIC CONTENT - 100% Rayon      //      100 % WOVEN
COUNT & CONSTRUCTION:      60x60
HANGER PACK   //      HANGER CODE :- 484   // PRICE - $ 0.072  / PIECE

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF8788 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9RC77100MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE |

FACTORY NO.      104314
PEARL GLOBAL INDUSTRIES LTD (19A)
19A, ANU SOLAR BUILDING, NTTF ROAD
2ND STAGE PEENYA INDUSTRIAL AREA
BANGALORE
KARNATAKA
India
FTY MID NO.      INPEAGLO19BAN

| SEARS | SF8788 | WP9RC77100 EARTH RED SCAT | | 69 | 59 | 36.000 USD | 2,124.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| ITEM: | 890046110500 | | | | ( 59 CTNS ) | | |
| MADE IN | INDIA | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 697 | | | | | | |
| SEARS ITEM/SKU | 83588/ | | | | | | |

WP9RC77100MI
DESCRIPTION : RUFFLE SLEEVE BLOUSE
DETAILS OF THE GARMENT- LADIES ROUND NECK TOP WITH SHORT RUFFLE SLEEVE
BODY LENGTH- BACK HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% Rayon      //      100 % WOVEN
COUNT & CONSTRUCTION:      60x60
HANGER PACK   //      HANGER CODE :- 484   // PRICE - $ 0.072  / PIECE

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF8788 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9RC77100MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE |

FACTORY NO.      104314
PEARL GLOBAL INDUSTRIES LTD (19A)
19A, ANU SOLAR BUILDING, NTTF ROAD
2ND STAGE PEENYA INDUSTRIAL AREA
BANGALORE
KARNATAKA
India
FTY MID NO.      INPEAGLO19BAN

# COMMERCIAL INVOICE

Page 8 of 8
DATE: September 18, 2018
INVOICE NO.: 201821900505

```
9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016
```

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Nhava Sheva (JNP), India
MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:  Chambersburg , PA

FOB India

| PAYMENT TERM | Open Acct |
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |
| LC# | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 424 | 424 | ASSORTMENTS | 17,050.50   USD |

TOTAL US DOLLARS SEVENTEEN THOUSAND FIFTY DOLLARS AND FIFTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME
EMPLOYEE TITLE

APL CO. PTE LTD

## APL                                   BILL OF LADING

| SHIPPER (Name and full address) | BOOKING NUMBER | B/L NUMBER | PAGE 1 OF 2 |
|---|---|---|---|
| NORP KNIT INDUSTRIES LTD<br>NORTH KHAILKUR, P.O.NATIONAL<br>UNIVERSITY,GAZIPUR-1704, BANGLADESH.<br>TEL:880-2-9292036-2037,9291936-1937. | 056448925 | | APLU 056448925 |

EXPORT FINAL DEST:CCD, MIRA LOMA, CA 91752

| CONSIGNEE (Name and Full Address) |
|---|
| UNTO THE ORDER OF:<br>STANDARD CHARTERED BANK,<br>67 GULSHAN AVENUE,DHAKA 1212,<br>BANGLADESH. |

FORWARDING AGENT (References, F.M C. No.)
AIR ALLIANCE LTD.
BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,
C/A,CIR-2,DHAKA-1212,BD.

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

| NOTIFY PARTY (Name and Full Address) |
|---|
| SEARS ROEBUCK&CO.<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES,IL.60179,USA<br>TEL:1-847-286-3200<br>FAX:1-847-455-6555. |

ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION
SEARS C/O UPS SUPPLY CHAIN SOLUTION
19701 HAMILTON AVENUE
TORRANCE,CA 90502,PHONE:(310)
404-2792,FAX:(310)404-2962,
ATTN:MARY ELLEN WRATSCHKO.

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| KOTA BINTANG    044 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO,CA (SPQ) | MIRA LOMA,CA-MWF |

For a Valuation Please refer to Clause 7(9) on Reverse Side

PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NUMBERS/MARK OF GOODS | NO. OF PKGS | (kind) | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| SEARS<br>SF8641<br>SI6645<br>ITEM NO :<br>190063715718<br>190063715767<br>190063716575<br>190063716583<br>460014615850<br>460014615868<br>460014615918<br>460014615934<br>MADE IN<br>BANGLADESH<br>CONTENTS: PCS | SC GB18<br>416 | 7107E<br>CTN | FREIGHT COLLECT<br>AA)LV84000.00.00  SLAC CY/CY<br>WOMEN'S 100% COTTON KNITTED TANK<br>TOP<br>STYLE NO. WP9LS12869MI<br>STYLE NO. WP9LS41000PL<br>ORDER NO. SF8641<br>ORDER NO. SI6645<br>REF NO. 801C QNTY- 3,248 PCS<br>CAT NO.336 HTS#6104.4200.10&<br>3923.9000.80&6110.2020.77<br>VENDOR#9085  DIV NO.4  DEPT# 007,<br>INVOICE NO. 1061SERK23591<br>DATE:10.09.2018<br>E-DOC INV NO.201822076610<br>DATE:10.09.2018<br>EXP NO. 2486-41420-2018<br>DATE:13.09.2018<br>EXPORT I/C # PGL-NORP/1061<br>DATE: 31.10.2017<br>RECEIVED FOR SHIPMENT:24.09.2018<br>CONTAINER GATE-IN DATE:26.09.2018<br>MOTHER VESSEL NAME: CMA CGM ORFEO<br>CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT **<br>** ORIGINAL BL ** | 1525.810KG | 14.430M3 |

| | OCEAN FREIGHT PAYABLE AT | | |
|---|---|---|---|
| DHAKA,BA | MIRA LOMA, CA | | |
| | PREPAID U.S.$ | COLLECT U.S.$ | Local Currency |

APL CO. PTE LTD

for APL (Bangladesh) Pvt. Ltd.
Authorized Signatory  AP-AGENT6

| | | TOTAL PREPAID | | | | | |
|---|---|---|---|---|---|---|---|
| 91B 044 | | | | | | | |
| 00926134 | 00562026 | 46266005 | CHT | SPQ | MWF | Y | APLU 056448925 |

APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

SF8841

**APL**

BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER | PAGE 2 OF |
|---|---|---|---|
| NORP KNIT INDUSTRIES LTD<br>NORTH KHAILKUR, P.O. NATIONAL<br>UNIVERSITY, GAZIPUR-1704, BANGLADESH.<br>TEL:880-2-9292036-2037,9291936-1937. | 056448925 | APLU 056448925 | 2 |

EXPORT FINAL DEST:CCD, MIRA LOMA, CA 91752

| CONSIGNEE (Name and Full Address) (Unless provided otherwise, a consignment "To Order" means To Order of Shipper) | FORWARDING AGENT (References, F.M.C. No.) |
|---|---|
| UNTO THE ORDER OF:<br>STANDARD CHARTERED BANK,<br>67 GULSHAN AVENUE,DHAKA 1212,<br>BANGLADESH. | AIR ALLIANCE LTD.<br>BILOUIS TOWER,2ND FL,6,NORTH GULSHAN,<br>C/A,CIR-2,DHAKA-1212,BD. |

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

| NOTIFY PARTY (Name and Full Address) | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/<br>EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING |
|---|---|
| SEARS ROEBUCK&CO.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,IL.60179,USA<br>TEL:1-847-286-3200<br>FAX:1-847-455-6555 | FROM POINT OF DESTINATION<br>SEARS C/O UPS SUPPLY CHAIN SOLUTION<br>19701 HAMILTON AVENUE<br>TORRANCE,CA 90502,PHONE:(310)<br>404-2792,FAX:(310)404-2962,<br>ATTN:MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
|  | CHITTAGONG |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| KOTA BINTANG    044 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO,CA (SPO) | MIRA LOMA,CA-MWF |

Export Valuation Please refer to Clause 7(iii) on Reverse Side    PARTICULARS FURNISHED BY SHIPPERS

| MARKS AND NUMBERS CONTAINER NOS./SEAL NOS. | NO. OF PKGS. | HM | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| ***CTR NBR***<br>CMAU759274-0 | ****SEAL NBR****<br>0732356 | | V- 305<br>***FREIGHT COLLECT***<br>T/S HT    MODE    QUANT/TYPE<br>D40 96   CY/CY    416CTN<br>SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT<br>1525.81KG | MSMT<br>14.430M3 |

** FREIGT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD  SEP. 28, 2018

| B/L TO BE DELIVERED AT | OCEAN FREIGHT PAYABLE AT | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |
|---|---|---|---|---|
| | | | | |

3

APL CO. PTE LTD

By: APL (Bangladesh) Pvt. Ltd.,
Authorized Signature

Date and  SEP. 28, 2018
Place (State)  CHITTAGONG,

| 91B | 044 | TOTAL PREPAID | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Origin | TOTAL COLLECT | | | | | |
| 00926134 | 00562026 | 46266005 | CHT | SPO | MWF | | Y | APLU 056448925 |
| PCG | FORWARDER | SHIPPER | CONSIGNEE | ENTRY | P/L & POD | DEST | NOTIFY | COC | B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

# COMMERCIAL INVOICE

Page 1 of 6
DATE: September 24, 2018
INVOICE NO.: 201822076610

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:       SEARS ROEBUCK & CO.
          3333 Beverly Road
          Hoffman Estates, IL 60179
          US

SHIPPED FROM:  Chittagong, Bangladesh          SHIPPED TO:   Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| SEARS          SF8841 | TANK DRESS FRONT STR103 C1 | 78 CARTONS | 78 AST | 43.050 USD AST | 3,357.90 USD |

ITEM: 190063715718
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT
SEARS DIV 607
SEARS ITEM/SKU 46411/

STYLE NAME: WPSLS12069MI   FOB$ 6.15
TANK DRESS WITH CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER. TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON KNITTED.
HANGER CODE 464B

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SF8841 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WPSLS12069MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE | |

FACTORY NO.      102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNIGAZ

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| SEARS          SF8841 | TANK DRESS FRONT STR103 C1 | 57 CARTONS | 57 AST | 43.050 USD AST | 2,453.85 USD |

ITEM: 190063715767
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT
SEARS DIV 607
SEARS ITEM/SKU 46411/

STYLE NAME: WPSLS12069MI   FOB$ 6.15
TANK DRESS WITH CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER. TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON KNITTED.
HANGER CODE 464B

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SF8841 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WPSLS12069MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE | |

# COMMERCIAL INVOICE

Page 2 of 6
DATE: September 24, 2018
INVOICE NO.: 201822076610

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

FACTORY NO.           102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.           BONORKNIGAZ

| SEARS | SF8541 | TANK DRESS FRONT STR103 C2 | | 65 CARTONS | 65 AST | 49.200 USD AST | 2,700.00 USD |
|---|---|---|---|---|---|---|---|

ITEM:            190063716575
MADE IN          BANGLADESH
CONTENTS         1 ASSORTMENT
SEARS DIV        007
SEARS ITEM/SKU   46602/

STYLE NAME: WP9LS12569MI   FOB$ 6.15
TANK DRESS WITH CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER, TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON KNITTED.
HANGER CODE 484B

| CONTRACT NO. | SF8541 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | OCO | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LS12569MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RHONE |

FACTORY NO.           102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.           BONORKNIGAZ

| SEARS | SF8541 | TANK DRESS FRONT STR103 C2 | | 49 CARTONS | 49 AST | 43.050 USD AST | 2,109.45 USD |
|---|---|---|---|---|---|---|---|

ITEM:            190063716583
MADE IN          BANGLADESH
CONTENTS         1 ASSORTMENT
SEARS DIV        007
SEARS ITEM/SKU   46602/

STYLE NAME: WP9LS12569MI   FOB$ 6.15
TANK DRESS WITH CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER, TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON KNITTED.
HANGER CODE 484B



## COMMERCIAL INVOICE

Page 3 of 5

DATE: September 24, 2018

INVOICE NO.: 2018220786610

9085
PEARL GLOBAL INDUSTRIES LTD.
POIL, PLOT NO. 446
UDYOG VIHAR, PHASE II
GURGAON
HARYANA
India
122016

TO:   SEARS ROEBUCK & CO.
      3333 Beverly Road
      Hoffman Estates, IL 60179
      US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

                                          FOB Bangladesh

| CONTRACT NO. | SF8841 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LS12869AE | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE |

FACTORY NO.        102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | 816645 | S/S STRIPE MARITIME BLUE | | 57 CARTONS | 57 AST | 69.750 USD AST | 3,975.75 USD |

| | | |
| ITEM: | 460014015850 |
| MADE IN | BANGLADESH |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 616 |
| SEARS ITEM/SKU | 04700/ |

STYLE NAME: WP9LS41000PL  FOB$ 7.75
LADIES S/S STRIPE KNIT DRESS
NO SLEEVE, NO POCKET, NO ZIPPER
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON INTERLOCK
HANGER CODE 4798

| CONTRACT NO. | 816645 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LS41000PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE |

FACTORY NO.        102701
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | 816645 | S/S STRIPE MARITIME BLUE | | 38 CARTONS | 38 AST | 62.000 USD AST | 2,356.00 USD |

| | | |
| ITEM: | 460014015855 |
| MADE IN | BANGLADESH |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 616 |
| SEARS ITEM/SKU | 04703/ |

# COMMERCIAL INVOICE

Page 4 of 6

DATE: September 24, 2018

INVOICE NO.: 2016220760010

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     SEARS ROEBUCK & CO.
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM:  Chittagong, Bangladesh

MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:   Mira Loma , CA.

FOB Bangladesh

STYLE NAME: WP9LS41000PL   FOB$ 7.75
LADIES S/S STRIPE KNIT DRESS
NO SLEEVE, NO POCKET, NO ZIPPER
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON INTERLOCK
HANGER CODE 4793

| | | | |
|---|---|---|---|
| CONTRACT NO. | 816045 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LS41000PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| SEARS | 816045 | S/S STRIPE CALYPSO BLUE | | | 35 CARTONS | 35 AST | 62.000 USD AST | 2,170.00 USD |
|---|---|---|---|---|---|---|---|---|

ITEM:        450014615918
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT
SEARS DIV    616
SEARS ITEM/SKU  47080V

STYLE NAME: WP9LS41000PL   FOB$ 7.75
LADIES S/S STRIPE KNIT DRESS
NO SLEEVE, NO POCKET, NO ZIPPER
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON INTERLOCK
HANGER CODE 4793

| | | | |
|---|---|---|---|
| CONTRACT NO. | 816045 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LS41000PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY.
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ



# COMMERCIAL INVOICE

Page 6 of 6

DATE: September 24, 2018

INVOICE NO.: 201622070510

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh

MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:   Mira Loma , CA

FOD Bangladesh

| SEARS | 516645 | S/S STRIPE CALYPSO BLUE | | 47 | 47 | 69.760 USD | 3,278.25 USD |
|-------|--------|-------------------------|---|-----|-----|------------|--------------|
| ITEM: | 460014015934 | | | CARTONS | AST | AST |
| MADE IN | BANGLADESH |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 616 |
| SEARS ITEM/SKU | 47060/ |

STYLE NAME: WP9LS41000PL   FOB$ 7.75
LADIES S/S STRIPE KNIT DRESS
NO SLEEVE, NO POCKET, NO ZIPPER
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION:BANGLADESH
FABRIC CONTENT: 100% COTTON INTERLOCK
HANGER CODE 4790

| CONTRACT NO. | 516645 | REFERENCE NO. | 801C |
|--------------|--------|---------------|------|
| DC CODE | COD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LS41000PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RN/ONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

PAYMENT TERM    Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER    OPEN ACCOUNT
L/C#    NO LC

| | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | | 418 | 418 ASSORTMENTS | 22,407.20 USD |

TOTAL US DOLLARS TWENTY-TWO THOUSAND FOUR HUNDRED SEVEN DOLLARS AND TWENTY CENTS ONLY.

# COMMERCIAL INVOICE

Page 6 of 9

DATE: September 24, 2018

INVOICE NO.: 201822070010

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Bangladesh

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

SCAC  MAEU

B/L No. 587169438

**Shipper**
NORP KNIT INDUSTRIES LTD,
NORTH KHAILKUR, P.O. NATIONAL,
UNIVERSITY, GAZIPUR-1704, BANGLADESH.
TEL.No.:880-2-9292036,9292037,
9291936,9291937.

**Booking No.**
966529933

**Export references**

**Svc Contract**
297368503

**Consignee (negotiable only if consigned "to Order", "to order of" a named Person or "to order of bearer")**
UNTO THE ORDER OF:
STANDARD CHARTERED BANK,
67 GULSHAN AVENUE, DHAKA 1212,
BANGLADESH.

**Notify Party (see clause 22)**
SEARS ROEBUCK & CO.
3333 BEVERLY ROAD,
HOFFMAN ESTATES, IL 60179, USA
TEL: 1-847-286-3200
FAX: 1-847-455-6555***

**Vessel (see clause 1 + 18)**
X-PRESS LHOTSE

**Voyage No.**
053S

**Place of Receipt. Applicable only when document used as Multimodal Transport B/L (see clause 1)**

**Port of Loading**
Chittagong

**Port of Discharge**
Newark

**Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1)**
PCD, Chambersburg, PA 17201 (Door)

---

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| | 1258.27 KGS | 11.720 CBM |

1 Container Said to Contain 338 Carton

READYMADE GARMENTS:
WOMEN'S 100% COTTON KNITTED TANK TOP
STYLE NO. WP9LS12669MI
STYLE NO. WP9LS41000PL
ORDER NO. SF8841
ORDER NO. 516645
REF NO. 801P QNTY:2,080 PCS
CAT NO.336  HTS:6104.4200,10639923.9000,6066110.2020.77
VENDOR#9085 , DIV NO.4 , DEPT#007.
INVOICE NO.1061SEBK23592 DATE:10.09.2018
E-DOC INV NC.2018220767726 DATE:10.09.2018
EXP NO.2486-1141B-2018 DATE:13.09.2018
Export L/C : PGL-NORP/1061 DATE:31.10.2017

RECEIVED FOR SHIPMENT:24 SEP'18
CONTAINER GATE-IN DATE: 27.09.2018
MOTHER VESSEL NAME: APL VANCOUVER V-03HS

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 28/09/2018
TO LOAD ONTO <APL VANCOUVER> /<03HS>

K-MART

*Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)*

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|

**Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier.**
1 container

**Number & Sequence of Original Bs/L.**
1/THREE

**Declared Value (see clause 7.3)**

**Place of Issue of Bs/L**
Dhaka

**Date of Issue of Bs/L**
2018-10-04

**Shipped on Board Date (Local Time )**
2018-09-30

Signed for the Carrier Maersk Line A/S

MAERSK BANGLADESH LTD
As Agent

This transport document has one or more numbered pages

B/L 587169438                    Page  2

# MAERSK LINE

SF6841
SI6645
ITEM NO :
19006371S718
190063715767
190063716575
190063716583
460014615850
460014615868
460014615918
460014615934
MADE IN
BANGLADESH
CONTENTS: PCS

MRKU3813970  ML-BD0463162  40 DRY 9'6  238 Carton  1256.27 KGS  41.720 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd
License Number : 1712/85
Date of Expiry   : 31 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (MSKU8877877) WHICH CAN ONLY
BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(587169424,587169425,587169426,587169427,587169428,587169430,587169431,5871
69432,587169433,587169434,587169438) COVERING THE FULL CONTENTS OF THE
MENTIONED CONTAINER

THIS BILL OF LADING COVERS PART OF CONTAINER (MRKU3813970) WHICH CAN ONLY
BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(587169435,587169436,587169437,587169438,587169439,587169440,587169441,5871
69442,) COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY: ***SEARS C/O UPS SUPPLY CHAIN

| Freight & Charges | | Rate | Unit | | Currency | Prepaid | Collect |
|---|---|---|---|---|---|---|---|

B/L 557169438                                    Page    1

# MAERSK LINE

SOLUTION,19701 HAMILTON AVENUE
TORRANCE,CA.90502
PHONE(310)404-2792,FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO. ***

CY/SD

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |



# COMMERCIAL INVOICE

Page 1 of 5

DATE: September 24, 2016

INVOICE NO.: 201622076728

9085
PEARL GLOBAL INDUSTRIES LTD,
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SF8841 | TANK DRESS FRONT STR103 C1 | 64 CARTONS | 64 AST | 43.050 USD AST | 2,755.20 USD |
| ITEM: | 190063715718 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 007 | | | | | |
| SEARS ITEM/SKU | 45411/ | | | | | |

STYLE NAME: WP9LS12669MI   FOB$ 6.15
TANK DRESS WITH CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER, TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON KNITTED.
HANGER CODE 484B

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF8841 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LS12669MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE |

FACTORY NO.   102761
NOR.P KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.   BDNORKNNGAZ

| SEARS | SF8841 | TANK DRESS FRONT STR103 C1 | 46 CARTONS | 46 AST | 43.050 USD AST | 1,980.30 USD |
|---|---|---|---|---|---|---|
| ITEM: | 190063715787 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 007 | | | | | |
| SEARS ITEM/SKU | 45411/ | | | | | |

STYLE NAME: WP9LS12669MI   FOB$ 6.15
TANK DRESS WITH CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER, TURNBACK HEMMED,
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON KNITTED.
HANGER CODE 484B

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF8841 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LS12669MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE |

## COMMERCIAL INVOICE

Page 2 of 6
DATE: September 24, 2015
INVOICE NO.: 201822070726

9085
PEARL GLOBAL INDUSTRIES LTD,
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh
MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| SEARS | SF6641 | TANK DRESS FRONT STR103 C2 | | 45 CARTONS | 45 AST | 49.200 USD AST | 2,214.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 190063716576 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 007 | | | | | | |
| SEARS ITEM/SKU | 46002/ | | | | | | |

STYLE NAME: WP2LS12660MI   FOB$ 6.15
TANK DRESS WITH CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER, TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON KNITTED,
HANGER CODE 4846

| CONTRACT NO. | SF6641 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP2LS12660MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| SEARS | SF6641 | TANK DRESS FRONT STR103 C2 | | 40 CARTONS | 40 AST | 43.050 USD AST | 1,722.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 190063716563 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 007 | | | | | | |
| SEARS ITEM/SKU | 46002/ | | | | | | |

STYLE NAME: WP2LS12660MI   FOB$ 6.15
TANK DRESS WITH CONTRAST BACK
NO SLEEVE, NO POCKET, NO ZIPPER, TURNBACK HEMMED.
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON KNITTED,
HANGER CODE 4846

# COMMERCIAL INVOICE

Page 3 of 8
DATE: September 24, 2018
INVOICE NO.: 201822076726

9085
PEARL-GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 440
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122015

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SF8841 | REFERENCE NO. | 601P | | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | | |
| VENDOR ITEM CODE | WPBLS12809MI | COUNTRY OF ORIGIN | BANGLADESH | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE | | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| SEARS | 516645 | S/S STRIPE MARITIME BLUE | | | 47 CARTONS | 47 AST | 69.750 USD AST | 3,278.25 USD |
|---|---|---|---|---|---|---|---|---|
| ITEM: | 450014615850 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |
| SEARS DIV | 016 | | | | | | | |
| SEARS ITEM/SKU | 04706/ | | | | | | | |

STYLE NAME: WPBLS41000PL  FOB$ 7.75
LADIES S/S STRIPE KNIT DRESS
NO SLEEVE, NO POCKET, NO ZIPPER
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON INTERLOCK
HANGER CODE 4708)

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | 516645 | REFERENCE NO. | 601P | | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | | |
| VENDOR ITEM CODE | WPBLS41000PL | COUNTRY OF ORIGIN | BANGLADESH | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE | | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| SEARS | 516645 | S/S STRIPE MARITIME BLUE | | | 30 CARTONS | 30 AST | 62.000 USD AST | 1,860.00 USD |
|---|---|---|---|---|---|---|---|---|
| ITEM: | 450014615866 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |
| SEARS DIV | 016 | | | | | | | |
| SEARS ITEM/SKU | 04706/ | | | | | | | |

## COMMERCIAL INVOICE

Page 4 of 6
DATE: September 24, 2016
INVOICE NO.: 201422076726

9085
PEARL-GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

STYLE NAME: WP9LS41000PL   FOB$ 7.75
LADIES S/S STRIPE KNIT DRESS
NO SLEEVE, NO POCKET, NO ZIPPER
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON INTERLOCK
HANGER CODE 4798

| CONTRACT NO. | SI6645 | REFERENCE NO. | 601P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LS41000PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE |

FACTORY NO.     102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNIGAZ

| SEARS | SI6645 | S/S STRIPE CALYPSO BLUE | | | 27 CARTONS | 27 AST | 62.000 USD AST | 1,674.00 USD |
|---|---|---|---|---|---|---|---|---|
| ITEM: | 450014016918 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |
| SEARS DIV | 618 | | | | | | | |
| SEARS ITEM/SKU | 47080/ | | | | | | | |

STYLE NAME: WP9LS41000PL   FOB$ 7.75
LADIES S/S STRIPE KNIT DRESS
NO SLEEVE, NO POCKET, NO ZIPPER
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION: BANGLADESH
FABRIC CONTENT: 100% COTTON INTERLOCK
HANGER CODE 4798

| CONTRACT NO. | SI6645 | REFERENCE NO. | 601P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LS41000PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE |

FACTORY NO.     102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 5 of 6

DATE: September 24, 2018

INVOICE NO.: 2018220/0720

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   SEARS ROEBUCK & CO.
      3333 Beverly Road
      Hoffman Estates, IL 60179
      US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

| SEARS | 8I6645 | S/S STRIPE CALYPSO BLUE | | 38 CARTONS | 38 AST | 69.750 USD AST | 2,720.25 USD |
|-------|--------|--------------------------|--|------------|--------|------------------|--------------|

ITEM:            4600148165934
MADE IN          BANGLADESH
CONTENTS         1 ASSORTMENT
SEARS DIV        616
SEARS ITEM/SKU:  47060/

STYLE NAME: WP8LS41000PL   FOBS 7.75
LADIES S/S STRIPE KNIT DRESS
NO SLEEVE, NO POCKET, NO ZIPPER
GARMENT LENGTH IS FROM HIGH POINT SHOULDER TO KNEE
CUTTING & ASSEMBLY IN : BANGLADESH
FABRICATION:BANGLADESH
FABRIC CONTENT: 100% COTTON INTERLOCK
HANGER CODE 4790

CONTRACT NO.          8I6645            REFERENCE NO.          801P
DC CODE               PCD              DEPARTMENT NO.         007
DIVISION NO.          Division 4        VENDOR NO.             9085
VENDOR ITEM CODE      WP8LS41000PL      COUNTRY OF ORIGIN      BANGLADESH
BINDING RULING # OR                     CATEGORY               336, RNONE
PRECLASS #

FACTORY NO.           102781
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.           BDNORKNIGAZ

PAYMENT TERM          Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER           OPEN ACCOUNT
LC#                   # C . LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|--|---------------------|----------------------------|--|--------------|
| TOTAL INVOICE | 338 | 338 ASSORTMENTS | | 18,204.00 USD |

TOTAL US DOLLARS EIGHTEEN THOUSAND TWO HUNDRED FOUR DOLLARS AND ZERO CENTS ONLY.

## COMMERCIAL INVOICE

Page 6 of 6
DATE: September 24, 2018
INVOICE NO.: 201822076726

9065
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| PEARL GLOBAL INDUSTRIES LTD. |
|---|
| EMPLOYEE NAME |
| EMPLOYEE TITLE |

# APL

## BILL OF LADING

| | |
|---|---|
| SHIPPER (Complete Name and Full Address) | BOOKING NUMBER: 056448863 |
| ROMAN FASHION FABRICS LTD. PLOT #-1065-1068, PAGAR, MONNU NAGAR TONGI, GAZIPUR-1710, BANGLADESH. | B/L NUMBER: PAGE 1 OF 2 APLU C56448863 |

EXP: FINAL DEST: CCD, MIRA LOMA, CA. 91752

CONSIGNEE (Name and Full Address Non-Negotiable Unless Consigned to Order)
UNTO THE ORDER OF:
DUTCH BANGLA BANK LTD.
CENTRALIZED TRADE SERVICES 315/B
SHAHID TAJUDDIN AHMED SARONI, LEVEL-5,
TEJGAON I/A, DHAKA-1208, BANGLADESH.

FORWARDING AGENT (References, F.M.C. No.)
AIR ALLIANCE LTD.
SILVIUS TOWER 2ND FL.6, NORTH GULSHAN,
C/A, CIR-2, DHAKA-1212, BD.

NOTIFY PARTY (Name and Full Address)
SEARS, ROEBUCK&CO
3333 BEVERLY ROAD,
HOFFMAN ESTATES IL 60179, USA
TEL:1-847-286-3200
FAX:1-847-455-5555

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

ALSO NOTIFY (Name and Full Address) DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER/TERMINAL/ONWARD ROUTING
SEARS C/O UPS SUPPLY CHAIN
SOLUTION, 19701 HAMILTON AVENUE
TORRANCE, CA. 90502
PHONE(310) 404-2792, FAX(310) 404-2962
ATTN:MARY ELLEN WRATSCHKO.

| INITIAL CARRIAGE BY (Mode) | PLACE OF RECEIPT: CHITTAGONG |
|---|---|
| EXPORT CARRIER (Vessel, Voyage & Flag) KOTA BINTANG   041 | PORT OF LOADING CHITTAGONG, BD |
| PORT OF DISCHARGE SAN PEDRO, CA | PLACE OF DELIVERY MIRA LOMA, CA, MWF |

Excess Value to Pass Refer to Clause 7.8 on Reverse Side     PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NOS/CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| SEARS ORDER NOS SE8862 ITEM NO 21003654116 21003654631 21003654813 21003654960 21003659780 21003650879 21003653949 21003655426 21003655515 21003655152 4ADD.NO BANGLADESH CONTENTS PCS | SC GB18/710PE 351 | FREIGHT COLLECT CNTR: AAIEU84000200200 SLAC CY/CY LADIES UTILITY PULL ON CAPRI WOVEN PANT STYLE : WP9LS53427NI ORDER NO: SE8862 REF NO: 8021 HTS#: 6204628021 H925350 0080 VENDOR: 9085 DIV NO: 03 DEPT#:07 INVOICE NO: NFF1549-SEARS11-2018 DATE:28.09.2018 EXPNO: 0153724869 IP DATE:18.09.2018 EXPORT L/C # 2254PLC00D6418 DATE:23.07.2018 S-DOC BOOKING # 2018225734105 RECEIVED FOR SHIPMENT 23.09.2018 CONTAINER GATE IN DATE:23.09.2018 MOTHER VESSEL NAME : CHANGSONG CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT ** ** ORIGINAL B.L ** | 1336.250KG | 10.050M3 |

| FROM: DHAKA, BD | TO: MIRA LOMA, CA | | | |
|---|---|---|---|---|
| | | PREPAID | COLLECT US$ | Local Currency |

APL CO. PTE LTD.
for APL (Bangladesh) Pvt. Ltd.,
Authorised Signatory   MANAGER

| 915 041 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 00926131 | 01031105 | 46266005 | CRT | SPO | MWF | Y APLU 056448863 |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

BILL OF LADING

APL

| SHIPPER (Principal or Seller Licensee and Its address) | BOOKING NUMBER | B/L NUMBER | PAGE 2 OF 3 |
|---|---|---|---|
| NOMAN FASHION FABRICS LTD. PLOT # 1065-1068, PAGAR,MONNU NAGAR TONGI, GAZIPUR-1710, BANGLADESH. | 056448863 | | APLU 056448863 |

FINAL DEST: CCD,MIRA LOMA,CA.91752

CONSIGNEE (Name and Full Address /Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means "To Order of Shipper")

UNTO THE ORDER OF:
DUTCH BANGLA BANK LTD.
CENTRALIZED TRADE SERVICES 115/B,
SHAHID TAJUDDIN AHMED SARONI, LEVEL-5,
TEJGAON I/A, DHAKA-1208, BANGLADESH.

FORWARDING AGENT (References, F.M.C. No.)
AIR ALLIANCE LTD.
BILOUIS TOWER, 2ND FL, 6, NORTH GULSHAN,
C/A, CIR-2, DHAKA-1212, BD.

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

NOTIFY PARTY (Name and Full Address)
SEARS ROEBUCK CO.
3333 BEVERLY ROAD.
HOFFMAN ESTATES,ILL 60179,USA
TEL:1-847-286-4600.
FAX:1-847-455-5555.

ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING
MISC CONTRACT DESTINATION
SEARS C/O UPS SUPPLY CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE,CA.90502
PHONE(310)404-2782,FAX(310)404-2862
ATTN:MARY ELLEN WRATSCHKO.

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| EXPORT CARRIER (VESSEL VOYAGE FLAG) | PORT OF LOADING |
|---|---|
| KOTA BINTANG    044 | CHITTAGONG, BD |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO, CA. | MIRA LOMA, CA. |

| MARKS & NOS./CONTAINER NOS. | NO.OF PKGS | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| **CTR NBR** CMAU8315293 | SEAL NBR D732358 | ***FREIGHT COLLECT*** I/6 IT MODE QUANT/TYPE D/0 86 CY CY 351CTN **SHIPPER'S LOAD, STOW AND COUNT** | WEIGHT 1336,25KG | MSMT 10.050M3 |

APL (Bangladesh) Pvt.Ltd.
SEP 28 2018
CHITTAGONG,

| | | | | | | | | APLU 056448863 |
|---|---|---|---|---|---|---|---|---|

# COMMERCIAL INVOICE

Page 1 of 7
DATE: September 18, 2018
INVOICE NO.: 201802223+00

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SE6662 | UTILITY CA PEACH AMBER | 20 CARTONS | 20 AST | 41.678 USD AST | 833.56 USD |
| ITEM: | 210036541167 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 007 | | | | | |
| SEARS ITEM/SKU | 49461/ | | | | | |

STYLE # WP9LS53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX 100% Woven
FAB. CONSTRUCTION : 21 +RS820 X 21 X200+RS820- 77 X 52- 5 OZ
HANGER PACK
HANGER CODE # 8012B7 PRICE # $0.15

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SE6662 | REFERENCE NO. | 601C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9LS53427MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLA* S # | | CATEGORY | 348, RNONE | |

FACTORY NO.        102919
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.        BDNOMFASGAZ

| SEARS | SE6662 | UTILITY CA CHAM/RAY | 50 CARTONS | 50 AST | 41.678 USD AST | 2,083.90 USD |
|---|---|---|---|---|---|---|
| ITEM: | 210036546315 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 007 | | | | | |
| SEARS ITEM/SKU | 49495/ | | | | | |

STYLE # WP9LS53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX 100% Woven
FAB. CONSTRUCTION : 21 +RS820 X 21 X200+RS820- 77 X 52- 5 OZ
HANGER PACK
HANGER CODE # 8012B7 PRICE # $0.15

# COMMERCIAL INVOICE

DATE: September 16, 2016
INVOICE NO.: 201622223400

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SE8662 | REFERENCE NO. | 801C | |
| DC CODE | OCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9L8534271M | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RHONE | |

FACTORY NO.    102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    BDNOMFASGAZ

| SEARS | SE8662 | UTILITY CA CHAMBRAY | | 79 CARTONS | 79 AST | 47.632 USD AST | 3,762.93 USD |
|---|---|---|---|---|---|---|---|

ITEM:    210036548139
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT
SEARS DIV    607
SEARS ITEM/SKU    40465/

STYLE # WP9L8534271M
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTRE FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 2% +RS820 X 24 X28D+RS820- 77 K 62- 5 OZ
HANGER  PACK
HANGER CODE # 801287 PRICE # $0.15

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SE8662 | REFERENCE NO. | 801C | |
| DC CODE | OCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP9L8534271M | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RHONE | |

FACTORY NO.    102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    BDNOMFASGAZ

| SEARS | SE8662 | UTILITY CA PERFECT KHAKI | | 17 CARTONS | 17 AST | 53.586 USD AST | 910.96 USD |
|---|---|---|---|---|---|---|---|

ITEM:    210036549608
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT

# COMMERCIAL INVOICE

Page 3 of 7
DATE: September 18, 2018
INVOICE NO.: 201822223400

6005
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira-Loma , CA

FOB Bangladesh

| SEARS DIV | 607 |
| SEARS ITEM/SKU | 49468/ |

STYLE # WP9LS53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC 49%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 K 52- 5 OZ
HANGER  PACK
HANGER CODE # 6012B? PRICE # $0.15

| CONTRACT NO. | SE5882 | REFERENCE NO. | 601C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LS53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    BDNOMFASGAZ

| SEARS | SE5882 | UTILITY CA PERFECT KHAKI | | 50 CARTONS | 50 AST | 47.632 USD AST | 2,381.60 USD |

| ITEM: | 210036549780 |
| MADE IN | BANGLADESH |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 49468/ |

STYLE # WP9LS53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC 99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 K 52- 5 OZ
HANGER  PACK
HANGER CODE # 6012B? PRICE # $0.15

| CONTRACT NO. | SE5882 | REFERENCE NO. | 601C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LS53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    102619

## COMMERCIAL INVOICE

Page 4 of 7

DATE: September 18, 2018

INVOICE NO.: 201822223400

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 00179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    BDNOMFASGAZ

| SEARS | SE8882 | UTILITY CA OLIVE NIGHT | 17 | 17 | 53.586 USD | 910.96 USD |
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| ITEM: | 210038550879 |
| MADE IN | BANGLADESH |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 007 |
| SEARS ITEM/SKU | 49472/ |

STYLE # WP9LS53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTRE FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT. NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -65%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RS820 X 21 X20D+RS820- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 601202 PRICE # $0.15

| | | | |
|---|---|---|---|
| CONTRACT NO. | SE8882 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LS53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 346, RNONE |

FACTORY NO.    102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    BDNOMFASGAZ

| SEARS | SE8882 | UTILITY CA OLIVE NIGHT | 50 | 50 | 47.632 USD | 2,381.60 USD |
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| ITEM: | 210038553949 |
| MADE IN | BANGLADESH |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 007 |
| SEARS ITEM/SKU | 49472/ |

STYLE # WP9LS53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT. NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA

# COMMERCIAL INVOICE

DATE: September 18, 2016

INVOICE NO.: 201622203400

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 440
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:    Mira Loma , CA

FOB Bangladesh

COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER   PACK
HANGER CODE # 601207 PRICE # $0.15

| CONTRACT NO. | SE6862 | REFERENCE NO. | 601C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LS53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    102619

NOMAN FASHION FABRICS LTD

PAGAR, TONGI

GAZIPUR

Bangladesh

FTY MID NO.    BDNOMFASGAZ

| SEARS | SE6862 | UTILITY CA PEACH AMBER | | | 24 CARTONS | 24 AST | 47.632 USD AST | 1,143.17 USD |

| ITEM: | 210036554269 |
| MADE IN | BANGLADESH |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 49461/ |

STYLE # WP9LS53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER   PACK
HANGER CODE # 601207 PRICE # $0.15

| CONTRACT NO. | SE6862 | REFERENCE NO. | 601C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LS53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    102619

NOMAN FASHION FABRICS LTD

PAGAR, TONGI

GAZIPUR

Bangladesh

FTY MID NO.    BDNOMFASGAZ

# COMMERCIAL INVOICE

Page 6 of 7
DATE: September 18, 2018
INVOICE NO.: 201822223400

9065
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

POB Bangladesh

| SEARS | SE8862 | UTILITY CA CORE WHITE | | 20 CARTONS | 20 AST | 41.678 USD AST | 833.56 USD |
|-------|--------|----------------------|--|-----------|--------|----------------|------------|

ITEM:          210030556132
MADE IN        BANGLADESH
CONTENTS       1 ASSORTMENT
SEARS DIV      607
SEARS ITEM/SKU 49473/

STYLE # WP9LS53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC-99%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RS820 X 21 X20D+RS820- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 601287 PRICE # $0.15

| CONTRACT NO. | SE8862 | REFERENCE NO. | 601C |
|--------------|--------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9065 |
| VENDOR ITEM CODE | WP9LS53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.          102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.          BDNOMFABGAZ

| SEARS | SE8862 | UTILITY CA CORE WHITE | | 24 CARTONS | 24 AST | 47.632 USD AST | 1,143.17 USD |
|-------|--------|----------------------|--|-----------|--------|----------------|--------------|

ITEM:          210036556173
MADE IN        BANGLADESH
CONTENTS       1 ASSORTMENT
SEARS DIV      607
SEARS ITEM/SKU 49473/

STYLE # WP9LS53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC-99%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RS820 X 21 X20D+RS820- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 001287 PRICE # $0.15

# COMMERCIAL INVOICE

Page 7 of 7
DATE: September 18, 2018
INVOICE NO.: 201822223400

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. #45
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

| | | | |
|---|---|---|---|
| CONTRACT NO. | SE5562 | REFERENCE NO. | 801C |
| OC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9L553427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.       102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.       BDNOMFASGAZ

PAYMENT TERM       Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER       OPEN ACCOUNT
LC #       NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 351 | 351 | ASSORTMENTS | 16,385.41  USD |

TOTAL US DOLLARS SIXTEEN THOUSAND THREE HUNDRED EIGHTY-FIVE DOLLARS AND FORTY-ONE CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME
EMPLOYEE TITLE

APL                                    BILL OF LADING                    APL CO.

| | |
|---|---|
| NOMAN FASHION FABRICS LTD.<br>PLOT # 1065-1068, PAGAR,MONNU NAGAR<br>TONGI , GAZIPUR-1710.<br>BANGLADESH. | BOOKING NUMBER 056448864   B/L NUMBER   PAGE 1 OF<br>APLU 056448864<br>FINAL DEST: CCD,MIRA LOMA,CA.91752 |
| CONSIGNEE (Name and Full Address) Non-Negotiable Unless Consigned to Order<br>UNTO THE ORDER OF:<br>DUTCH BANGLA BANK LTD.<br>CENTRALIZED TRADE SERVICES,315/B<br>SHAHID TAJUDDIN AHMED SARONI , LEVEL-5,<br>TEJGAON I/A, DHAKA-1208, BANGLADESH. | FORWARDING AGENT (References, FMC No.)<br>AIR ALLIANCE LTD.<br>BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,<br>C/A,CIR-2,DHAKA-1212,BD.<br>PORT AND COUNTRY OF ORIGIN OF GOODS<br>GAZIPUR, BANGLADESH |
| NOTIFY PARTY (Name and Full Address)<br>SEARS ROEBUCK&CO.<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES,IL.60179,USA<br>TEL:1-847-286-3200<br>FAX:1-847-655-6555 | ALSO NOTIFY (Name and Full Address)(DOMESTIC ROUTING)<br>EXPORT INSTRUCTIONS/PIER TERMINAL/ONWARD ROUTING<br>FROM POINT OF DESTINATION<br>SEARS C/O UPS SUPPLY CHAIN<br>SOLUTION,19701 HAMILTON AVENUE<br>TORRANCE,CA.90502<br>PHONE(310)404-2792,FAX(310)404-2962<br>ATTN:MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| EXPORT CARRIER (Vessel,Voyage, & flag) | PORT OF LOADING |
|---|---|
| KOTA BINTANG    044 | CHITTAGONG, BD |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO, CA | MIRA LOMA,CA,MW |

Excess Valuation (Please refer to Clause 7(B) on Reverse Side    PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NUMBERS/CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| SEARS<br>ORDER NO-<br>SH6602<br>ITEM NO :<br>480028962512<br>480028962538<br>480028962587<br>480028962595<br>480028962645<br>480028962655<br>MADE IN<br>BANGLADESH<br>CONTENTS : 7 &<br>9 PCS | SC GB18/7107E<br>237 | FREIGHT COLLECT<br>CTN : AA)LV84000.00.00  SLAC CY/CY<br>LADIES UTILITY PULL ON CAPRI WOVEN<br>PANT<br>STYLE : WC9LS53427PT<br>ORDER NO- SH6602<br>REF NO- 801C<br>HTS# 6204.62.8011<br>3923.90.0080<br>VENDOR 9085<br>DIV NO- 004<br>DEPT-007<br>INVOICE NO. NFFLS59-SEARS15-2018<br>DATE: 23-09-2018<br>EXP.NO.1689-024944 -18<br>DATE:23-09-2018<br>EXPORT L/C NO-254RIC0806418<br>DATE:29-09-2018<br>EDOC:BOOKING#:201822270590<br>RECEIVED FOR SHIPMENT:24.09.2018<br>CONTAINER GATE IN DATE:25.09.2018<br>MOTHER VESSEL NAME: CMA CGM OREGON<br>V:305<br>CONTINUED ON FOLLOWING PAGE | 602.250KG<br>**FREIGHT COLLECT<br>ORIGINAL B/L | 5.580M3 |

| DHAKA ,BA | | MIRA LOMA, CA | | | |
|---|---|---|---|---|---|
| | PREPAID U.S.$ | COLLECT U.S.$ | Local Currency | | |
| | | | | | APL (Bangladesh) Pvt. Ltd.<br>AS AGENTS |

| | | TOTAL PREPAID | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 91B  044 | | TOTAL COLLECT | | | | | | | |
| | 00926134 | 01031403 | 15256005 | CHI | SPQ | MWP | Y | APLU 056448864 |
| FCC | FORWARDER | ORIGIN | COMMODITY | LD PORT | THS PORT | DEST | NOTIFY | OBC | B/L NUMBER |

*APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

# APL

BILL OF LADING

| | |
|---|---|
| **SHIPPER** (Principal or Seller Interest and US Address)<br>NOMAN FASHION FABRICS LTD.<br>PLOT # 1065-1068, PAGAR, MONNU NAGAR<br>TONGI, GAZIPUR-1710,<br>BANGLADESH. | **BOOKING NUMBER** 056448864   **B/L NUMBER**   PAGE 2 OF 2<br>APLU 056448864<br><br>**SHIPMENT DEST:** CCD, MIRA LOMA, CA. 91752 |

**CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper)

UNTO THE ORDER OF:
DUTCH BANGLA BANK LTD.
CENTRALIZED TRADE SERVICES, 315/B
SHAHID TAJUDDIN AHMED SARONI, LEVEL-5,
TEJGAON I/A, DHAKA-1208, BANGLADESH.

**FORWARDING AGENT** (References, F.M.C. No.)
AIR ALLIANCE LTD.
BILQUIS TOWER, 2ND FL.6, NORTH GULSHAN,
C/A, CIR-2, DHAKA-1212, BD.

**POINT AND COUNTRY OF ORIGIN OF GOODS**
GAZIPUR, BANGLADESH

**NOTIFY PARTY** (Name and Full Address)
SEARS ROEBUCK&CO.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL.60179, USA
TEL:1-847-286-3200
FAX:1-847-455-6555

**ALSO NOTIFY** (Name and Full Address)/DOMESTIC ROUTING/
EXPORT INSTRUCTION/ONFIRED PIER-TERMINAL/ONWARD-ROUTING
FROM POINT OF DESTINATION
SEARS C/O UPS SUPPLY CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE, CA.90502
PHONE(310)404-2792,FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO.

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT<br>CHITTAGONG | | |
|---|---|---|---|
| **EXPORT CARRIER** (Vessel, Voyage, & Flag)<br>KOTA BINTANG    044 | **PORT OF LOADING**<br>CHITTAGONG, BD | | |
| **PORT OF DISCHARGE**<br>SAN PEDRO, CA | **PLACE OF DELIVERY**<br>MIRA LOMA, CA, MWF | | |

Excess Valuation Please refer to Clause 7(3) on Reverse Side    **PARTICULARS FURNISHED BY SHIPPERS**

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| ***CTR-NBR***<br>CMAU831529-3 | ***SEAL<br>0732358 | | ***FREIGHT COLLECT***<br>NBR**** T/S ET   MODE   QUANT/TYPE<br>**    D40 86   CY/CY   237CTN<br>** SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT<br>602.25KG | MSMT<br>5.580M3 |
| | | | | ** FREIGHT COLLECT **<br>** ORIGINAL BL ** | |
| | | | SHIPPED ON BOARD  SEP 28 2018 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | PREPAID U.S.$ | COLLECT U.S.$ | | |
| | | | | | | APL CO. PTE LTD<br>as APL (Bangladesh) Pvt.Ltd<br>as Agent<br>SEP 28 2018<br>CHITTAGONG, |
| 91B 044 | TOTAL PREPAID | | | | | | |
| | TOTAL COLLECT | | | | | APLU 056448864 | |
| | 00926131 | 010831103 | 46266005 | CHT | SPO | MWF | Y |
| FPOD | FORWARDER | SHIPPER | CONSIGNEE | LD POD | DEPORT | NOTIFY | DOC   B/L NUMBER |

*APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

# COMMERCIAL INVOICE

Page 1 of 4

DATE: September 15, 2018

INVOICE NO.: 201822275590

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SH6602 | UTILITY PU CHAMBRAY | 56 CARTONS | 56 AST | 35.100 USD AST | 1,965.60 USD |
| ITEM: | 480028082512 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 616 | | | | | |
| SEARS ITEM/SKU | 46903/ | | | | | |

STYLE # WC9LS53427PT
DESCRIPTION: LADIES UTILITY PULL ON CAPRI DENIM
( SIZE# S PETITE, M PETITE, L PETITE, XL PETITE)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC 99%COTTON, 1%SPANDEX   100% Woven
HANGER CODE # 60120

| | | | |
|---|---|---|---|
| CONTRACT NO. | SH6602 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WC9LS53427PT | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RHONE |

FACTORY NO.    102610
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    BDNOMFASGAZ

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SH6602 | UTILITY PU CHAMBRAY | 23 CARTONS | 23 AST | 52.650 USD AST | 1,210.95 USD |
| ITEM: | 480028082538 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 616 | | | | | |
| SEARS ITEM/SKU | 46903/ | | | | | |

STYLE # WC9LS53427PT
DESCRIPTION: LADIES UTILITY PULL ON CAPRI DENIM
( SIZE# S PETITE, M PETITE, L PETITE, XL PETITE)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC 99%COTTON, 1%SPANDEX   100% Woven
HANGER CODE # 60120

| | | | |
|---|---|---|---|
| CONTRACT NO. | SH6602 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WC9LS53427PT | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RHONE |

# COMMERCIAL INVOICE

Page 2 of 4

DATE: September 19, 2018

INVOICE NO.: 201822270600

9065
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UOYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

FACTORY NO.        102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.        BDNOMFASGAZ

| SEARS | SH5602 | UTILITY PU OLIVE NIGHT | 55 CARTONS | 55 AST | 35.100 USD AST | 1,905.50 USD |
|-------|--------|------------------------|------------|--------|----------------|--------------|

ITEM:        490026902567
MADE IN      BANGLADESH
CONTENTS    1 ASSORTMENT
SEARS DIV    611
SEARS ITEM/SKU  46904/

STYLE # WC9LS53427PT
DESCRIPTION: LADIES UTILITY PULL ON CAPRI  DENIM
( SIZE# S PETITE, M PETITE, L PETITE, XL PETITE)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC-99%COTTON, 1%SPANDEX   100% Woven
HANGER CODE # 0012B

CONTRACT NO.        SH5602        REFERENCE NO.        601C
DC CODE        CCD        DEPARTMENT NO.        007
DIVISION NO.        Division 4        VENDOR NO.        9065
VENDOR ITEM CODE        WC9LS53427PT        COUNTRY OF ORIGIN        BANGLADESH
BINDING RULING # OR        CATEGORY        348, RNONE
PRECLASS #

FACTORY NO.        102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.        BDNOMFASGAZ

| SEARS | SH5602 | UTILITY PU OLIVE NIGHT | 23 CARTONS | 23 AST | 52,650 USD AST | 1,210.95 USD |
|-------|--------|------------------------|------------|--------|----------------|--------------|

ITEM:        490026902595
MADE IN      BANGLADESH
CONTENTS    1 ASSORTMENT
SEARS DIV    616
SEARS ITEM/SKU  46904/

STYLE # WC9LS53427PT
DESCRIPTION: LADIES UTILITY PULL ON CAPRI  DENIM
( SIZE# S PETITE, M PETITE, L PETITE, XL PETITE)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC-99%COTTON, 1%SPANDEX   100% Woven
HANGER CODE # 0012B

# COMMERCIAL INVOICE

Page 3 of 4

DATE: September 19, 2010

INVOICE NO.: 201022270580

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

| | | |
|---|---|---|
| CONTRACT NO. | SH6602 | |
| DC CODE | CCD | |
| DIVISION NO. | Division 4 | |
| VENDOR ITEM CODE | WC9LS53427PT | |
| BINDING RULING # OR PRECLASS # | | |

| | |
|---|---|
| REFERENCE NO. | 601C |
| DEPARTMENT NO. | 007 |
| VENDOR NO. | 9085 |
| COUNTRY OF ORIGIN | BANGLADESH |
| CATEGORY | 348, RNONE |

FACTORY NO.        102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.        BDNOMFASGAZ

| SEARS | SH6602 | UTILITY PU CORE WHITE | 56 CARTONS | 56 AST | 35.100 USD AST | 1,965.60 USD AST |
|---|---|---|---|---|---|---|
| ITEM: | 480028962045 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 615 | | | | | |
| SEARS ITEM/SKU | 46905/ | | | | | |

STYLE # WC9LS53427PT
DESCRIPTION: LADIES UTILITY PULL ON CAPRI DENIM
( SIZES  S PETITE, M PETITE, L PETITE, XL PETITE)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
GARMENT LENGTH; FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
HANGER CODE # 60128

| | | |
|---|---|---|
| CONTRACT NO. | SH6602 | |
| DC CODE | CCD | |
| DIVISION NO. | Division 4 | |
| VENDOR ITEM CODE | WC9LS53427PT | |
| BINDING RULING # OR PRECLASS # | | |

| | |
|---|---|
| REFERENCE NO. | 601C |
| DEPARTMENT NO. | 007 |
| VENDOR NO. | 9085 |
| COUNTRY OF ORIGIN | BANGLADESH |
| CATEGORY | 348, RNONE |

FACTORY NO.        102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.        BDNOMFASGAZ

| SEARS | SH6602 | UTILITY PU CORE WHITE | 23 CARTONS | 23 AST | 52.650 USD AST | 1,210.95 USD AST |
|---|---|---|---|---|---|---|
| ITEM: | 480028962052 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 615 | | | | | |
| SEARS ITEM/SKU | 46905/ | | | | | |

STYLE # WC9LS53427PT
DESCRIPTION: LADIES UTILITY PULL ON CAPRI DENIM

# COMMERCIAL INVOICE

Page 4 of 4
DATE: September 19, 2018
INVOICE NO.: 201822270590

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO
3333 Beverly Road
Hoffman Estates, IL 00179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

( SIZE/  S PETITE, M PETITE, L PETITE, XL PETITE)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG-CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC- 99%COTTON, 1%SPANDEX   100% Woven
HANGER CODE # 6012B

| | | | |
|---|---|---|---|
| CONTRACT NO. | SH9602 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WCXLE53427PT | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |
| FACTORY NO. | 102810 | | |
| NOMAN FASHION FABRICS LTD | | | |
| PAGAR, TONGI | | | |
| GAZIPUR | | | |
| Bangladesh | | | |
| FTY MID NO. | BDNOMFASGAZ | | |

PAYMENT TERM       Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER       OPEN ACCOUNT
LC#       NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 237 | 237 | ASSORTMENTS | 9,529.65  USD |

TOTAL US DOLLARS NINE THOUSAND FIVE HUNDRED TWENTY-NINE DOLLARS AND SIXTY-FIVE CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME
EMPLOYEE TITLE

# BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | | BOOKING NUMBER | BL NUMBER |
|---|---|---|---|
| APPAREL PLUS LIMITED. HOLDING NO INDUSTRY-18. DILAN COMPLEX, DHAKA ROAD, CHANDONA CHOWRASTA, GAZIPUR-1702. | | 056448905 | PAGE  2  OF  2 APLU 056448905 |

**EXPORT** FINAL DEST:MIR,MIRA LOMA CA 91752

| CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consigned to Order) (Unless provided otherwise, a consignee "To Order" means To Order of Shipper) | FORWARDING AGENT (Reference, F.M.C. No.) |
|---|---|
| UNTO THE ORDER OF: JAMUNA BANK LTD. MOHAKHALI BRANCH 34, MOHAKHALI C/A DHAKA-1212,BANGLADESH. | AIR ALLIANCE LTD. BILQUIS TOWER,2ND FL,6,NORTH GULSHAN, C/A,CIR-2,DHAKA-1212,BD. |

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

| NOTIFY PARTY (Name and Full Address) | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/ EXPORT INSTRUCTION/SPIER-TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION |
|---|---|
| SEARS ROEBUCK&CO. 3333 BEVERLY ROAD, HOFFMAN ESTATES, IL.60179,USA TEL:1-847-286-3200 FAX:1-847-455-6555 | SEARS C/O UPS SUPPLY CHAIN SOLUTION 19701 HAMILTON AVENUE TORRANCE, CA 90502,PHONE:(310) 404-2792,FAX:(310)404-2962, ATTN:MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| KOTA BINTANG    044 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO,CA (SPO) | MIRA LOMA,CA,MWF |

Excess Valuation Please refer to Clause 7(f) on Reverse Side     PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | (HM) | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| ***CTR NBR** TLLU426237-1 | ****SEAL NBR**** 0732353 | | ***FREIGHT COLLECT*** T/S HT   MODE   QUANT/TYPE D40.96  CY/ CY   240CTN **SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT 616.80KG | MSMT 8.670M3 |
| | | | ** FREIGHT COLLECT ** ** ORIGINAL BL ** | | |
| | | | SHIPPED ON BOARD  SEP. 28, 2018 | | |

| BL TO BE RELEASED AT | OCEAN FREIGHT PAYABLE AT | | | | |
|---|---|---|---|---|---|
| FREIGHT RATES, CHARGES, WEIGHTS AND/OR MEASUREMENTS (DELIVERED BY CARRIER) | | PREPAID U.S.$ | COLLECT U.S.$ | Local Currency | The undersigned Carrier hereby acknowledges receipt of the goods... A total of  3  originals of this bill of lading is hereby issued by the Carrier. Upon surrender by the Carrier of any one original for full of lading, properly endorsed, all others shall stand void. THE CARRIER APL CO. PTE LTD |
| | | | | | By: APL (Bangladesh) Pvt. Ltd. Authorized Signatory: AS AGENTS |
| | | | | | Date and Place Issued  SEP. 28, 2018  CHITTAGONG, |

| 91B | 044 | TOTAL PREPAID | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Value | Voyage | Office | TOTAL COLLECT | | | | | | |
| 00926134 | 01502617 | 46266005 | CHT | SPO | MWF | | Y | APLU 056448905 | |

| FOC | FORWARDER | SHIPPER | CONSIGNEE | LD PORT | DS PORT | DEST | NOTIFY | CSC | BA NUMBER |
|---|---|---|---|---|---|---|---|---|---|

*APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

# COMMERCIAL INVOICE

Page 1 of 6

DATE: September 17, 2016

INVOICE NO.: 201622306747

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman-Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh        SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SJ6614 | VOILE Y NK NAVY | 22 | 22 | 70.650 USD | 1,554.30 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 440048392136 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 616 | | | | | |
| SEARS ITEM/SKU | 40067/ | | | | | |

STYLE NAME: WP9SE77260PL
DESCRIPTION : VOILE Y NK TUNIC BLOUSE
DETAILS OF THE GARMENT- WOMENS FULL SLEEVE ROLL ON TAB Y-NECK SHIRT WITH FRONT
PLACKET TILL MIDWAY WITH TWO BUTTON
FABRIC CONTENT - 100 % COTTON TWILL    //    100 % WOVEN
HANGER PACK    //        HANGER CODE :- 479

| | | | |
|---|---|---|---|
| CONTRACT NO. | SJ6614 | REFERENCE NO. | 102 |
| DC CODE | MIR | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9SE77260PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RNONE |

FACTORY NO.        104453
APPAREL PLUS LTD
DILAN COMPLEX, DHAKA ROAD
CHANDONA CHOWRASTA
GAZIPUR
Bangladesh
FTY MID NO.        BDAPPPLUGAZ

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SJ6614 | VOILE Y NK NAVY | 36 | 36 | 78.500 USD | 2,826.00 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 440048392369 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 616 | | | | | |
| SEARS ITEM/SKU | 40067/ | | | | | |

STYLE NAME: WP9SE77260PL
DESCRIPTION : VOILE Y NK TUNIC BLOUSE
DETAILS OF THE GARMENT- WOMENS FULL SLEEVE ROLL ON TAB Y-NECK SHIRT WITH FRONT
PLACKET TILL MIDWAY WITH TWO BUTTON
FABRIC CONTENT - 100 % COTTON TWILL    //    100 % WOVEN
HANGER PACK    //        HANGER CODE :- 479

| | | | |
|---|---|---|---|
| CONTRACT NO. | SJ6614 | REFERENCE NO. | 102 |
| DC CODE | MIR | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9SE77260PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RNONE |

FACTORY NO.        104453

# COMMERCIAL INVOICE

```
0085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016
```

TO:         SEARS ROEBUCK & CO.
            3333 Beverly Road
            Hoffman Estates, IL 60179
            US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO:  Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

                                                         FOB Bangladesh

```
APPAREL PLUS LTD
DILAN COMPLEX, DHAKA ROAD
CHANDONA CHOWRASTA
GAZIPUR
Bangladesh
FTY MID NO.        BDAPPPLUGAZ
```

| SEARS | SJ6614 | VOILE Y NK LEAF | 22 | 32 | 70.650 USD | 1,554.30 USD |
|-------|--------|-----------------|----|----|-----------|--------------|
|       |        |                 | CARTONS | AST | AST |        |

```
ITEM:          440046392716
MADE IN        BANGLADESH
CONTENTS       1 ASSORTMENT
SEARS DIV      616
SEARS ITEM/SKU 46368/
```

STYLE NAME: WP9SE77260PL
DESCRIPTION : VOILE Y NK TUNIC BLOUSE
DETAILS OF THE GARMENT - WOMENS FULL SLEEVE ROLL ON TAB Y-NECK SHIRT WITH FRONT
PLACKET TILL MIDWAY WITH TWO BUTTON
FABRIC CONTENT - 100 % COTTON TWILL    //    100 % WOVEN
HANGER PACK  //      HANGER CODE :- 479

| CONTRACT NO. | SJ6614 | REFERENCE NO. | 102 |
|--------------|--------|---------------|-----|
| DC CODE | MIR | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9SE77260PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RNONE |

```
FACTORY NO.        104463
APPAREL PLUS LTD
DILAN COMPLEX, DHAKA ROAD
CHANDONA CHOWRASTA
GAZIPUR
Bangladesh
FTY MID NO.        BDAPPPLUGAZ
```

| SEARS | SJ6614 | VOILE Y NK LEAF | 36 | 36 | 70.500 USD | 2,826.00 USD |
|-------|--------|-----------------|----|----|-----------|--------------|
|       |        |                 | CARTONS | AST | AST |        |

```
ITEM:          440046392724
MADE IN        BANGLADESH
CONTENTS       1 ASSORTMENT
SEARS DIV      616
SEARS ITEM/SKU 40368/
```

STYLE NAME: WP9SE77260PL
DESCRIPTION : VOILE Y NK TUNIC BLOUSE
DETAILS OF THE GARMENT - WOMENS FULL SLEEVE ROLL ON TAB Y-NECK SHIRT WITH FRONT
PLACKET TILL MIDWAY WITH TWO BUTTON
FABRIC CONTENT - 100 % COTTON TWILL    //    100 % WOVEN
HANGER PACK  //      HANGER CODE :- 479

# COMMERCIAL INVOICE

Page 3 of 5
DATE: September 17, 2016
INVOICE NO.: 201622208747

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh
MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SJ5514 | REFERENCE NO. | 102 | | |
| DC CODE | MIR | DEPARTMENT NO. | 007 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | | |
| VENDOR ITEM CODE | WP9SE77260PL | COUNTRY OF ORIGIN | BANGLADESH | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RNONE | | |

FACTORY NO.    104453
APPAREL PLUS LTD
DILAN COMPLEX, DHAKA ROAD
CHANDONA CHOWRASTA
GAZIPUR
Bangladesh
FTY MID NO.    BDAPPPLUGAZ

| | | | | | | |
|---|---|---|---|---|---|---|
| SEARS | SJ5514 | VOILE Y NK PINK | | 45 CARTONS | 46 AST | 52.000 USD AST | 3,014.40 USD |

ITEM:    440048394985
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT
SEARS DIV    616
SEARS ITEM/SKU    46989/

STYLE NAME: WP9SE77260PL
DESCRIPTION : VOILE Y NK TUNIC BLOUSE
DETAILS OF THE GARMENT- WOMENS FULL SLEEVE ROLL ON TAB Y-NECK SHIRT WITH FRONT
PLACKET TILL MIDWAY WITH TWO BUTTON
FABRIC CONTENT - 100 %  COTTON TWILL    //    100 % WOVEN
HANGER PACK  //    HANGER CODE :- 479

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SJ5514 | REFERENCE NO. | 102 | | |
| DC CODE | MIR | DEPARTMENT NO. | 007 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | | |
| VENDOR ITEM CODE | WP9SE77260PL | COUNTRY OF ORIGIN | BANGLADESH | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RNONE | | |

FACTORY NO.    104453
APPAREL PLUS LTD.
DILAN COMPLEX, DHAKA ROAD
CHANDONA CHOWRASTA
GAZIPUR
Bangladesh
FTY MID NO.    BDAPPPLUGAZ

| | | | | | | |
|---|---|---|---|---|---|---|
| SEARS | SJ5514 | VOILE Y NK BLUE | | 26 CARTONS | 26 AST | 86.350 USD AST | 2,245.10 USD |

ITEM:    440048390493
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT
SEARS DIV    616
SEARS ITEM/SKU    04697/

STYLE NAME: WP9SE77260PL
DESCRIPTION : VOILE Y NK TUNIC BLOUSE

## COMMERCIAL INVOICE

Page # of 6
DATE: September 17, 2018
INVOICE NO.: 201822208747

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 440
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:    Mira Loma , CA

FOB Bangladesh

DETAILS OF THE GARMENT- WOMENS FULL SLEEVE ROLL ON TAB V-NECK SHIRT WITH FRONT
PLACKET TILL MIDWAY WITH TWO BUTTON
FABRIC CONTENT - 100 % COTTON TWILL    //    100 % WOVEN
HANGER PACK  //        HANGER CODE :- 479

| CONTRACT NO. | S.J6614 | REFERENCE NO. | 102 |
| DC CODE | MIR | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9SE77260PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RNONE |

FACTORY NO.    104453
APPAREL PLUS LTD
DILAN COMPLEX, DHAKA ROAD
CHANDONA CHOWRASTA
GAZIPUR
Bangladesh
FTY MID NO.    BDAPPPLUGAZ

| SEARS | SJ6614 | VOILE V NK BLUE | | 35 | 35 | 94.200 USD | 3,297.00 USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 440048390518 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 616 | | | | | | |
| SEARS ITEM/SKU | 04007/ | | | | | | |

STYLE NAME: WP9SE77260PL
DESCRIPTION : VOILE V NK TUNIC BLOUSE
DETAILS OF THE GARMENT- WOMENS FULL SLEEVE ROLL ON TAB V-NECK SHIRT WITH FRONT
PLACKET TILL MIDWAY WITH TWO BUTTON
FABRIC CONTENT - 100 % COTTON TWILL    //    100 % WOVEN
HANGER PACK  //        HANGER CODE :- 479

| CONTRACT NO. | SJ6614 | REFERENCE NO. | 102 |
| DC CODE | MIR | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9SE77260PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RNONE |

FACTORY NO.    104453
APPAREL PLUS LTD
DILAN COMPLEX, DHAKA ROAD
CHANDONA CHOWRASTA
GAZIPUR
Bangladesh
FTY MID NO.    BDAPPPLUGAZ

# COMMERCIAL INVOICE

Page 5 of 6
DATE: September 17, 2016
INVOICE NO.: 201622200747

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      SEARS ROEBUCK & CO.
         3333 Beverly Road
         Hoffman Estates, IL 60179
         US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

| SEARS | SJ0614 | VOILE Y NK PINK | | 15 | 15 | 54.950  USD | 824.25  USD |
|-------|--------|-----------------|--|----|----|-------------|-------------|
| | | | | CARTONS | AST | | AST |

| ITEM: | 440049583537 |
|-------|--------------|
| MADE IN | BANGLADESH |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 615 |
| SEARS ITEM/SKU | 4P9697 |

STYLE NAME: WP9SE77260PL
DESCRIPTION : VOILE Y NK TUNIC BLOUSE
DETAILS OF THE GARMENT:- WOMENS FULL SLEEVE ROLL ON TAB Y-NECK SHIRT WITH FRONT
PLACKET TILL MIDWAY WITH TWO BUTTON
FABRIC CONTENT - 100 %  COTTON  TWILL     //     100 % WOVEN
HANGER PACK   //       HANGER CODE :- 479

| -CONTRACT NO. | SJ0614 | REFERENCE NO. | 102 |
|---------------|--------|---------------|-----|
| DC CODE | MR | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9SE77260PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING IF OR PRECLASS # | | CATEGORY | 341, RHONE |

FACTORY NO.          104453
APPAREL PLUS LTD
DKAM COMPLEX, DHAKA ROAD
CHANDONA CHOWRASTA
GAZIPUR
Bangladesh
FTY MID NO.          BDAPPPLUGAZ

| PAYMENT TERM | Open Acct |
|--------------|-----------|
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |
| LC# | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|--------------------|--------------------------|--|--------------|
| TOTAL INVOICE | 240 | 240 | ASSORTMENTS | 18,141.35  USD |

TOTAL US DOLLARS EIGHTEEN THOUSAND ONE HUNDRED FORTY-ONE DOLLARS AND THIRTY-FIVE CENTS ONLY.

# COMMERCIAL INVOICE

Page 5 of 5
DATE: September 17, 2016
INVOICE NO.: 201622205747

8085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO:   Mrs Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME
EMPLOYEE TITLE



# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

MAEU

587169436

Shipper
NOMAN FASHION FABRICS LTD.
Plot # 1055-1068, Pagar Monnu Nagar
Tongi, Gazipur-1710,
Bangladesh.

Booking No.
966529933

Export references

Svc Contract
297368502

Consignee
UNTO THE ORDER OF:
DUTCH BANGLA BANK LTD.
CENTRALIZED TRADE SERVICES, 315/B
SHAHID TAJUDDIN AHMED SARONI,
LEVEL-5, TEJGAON I/A, DHAKA-1208,
BANGLADESH Bank SWIFT Code: DBBLBDD

Notify Party
M/S SEARS-KMART BEVERLY, RD
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179,U.S.A.***

Vessel
X-PRESS LHOTSE

Voyage No.
0535

Port of Loading
Chittagong

Port of Discharge
Newark

Place of Delivery
PCD Chambersburg, PA 17201 (Door)

## PARTICULARS FURNISHED BY SHIPPER

1091.65 KGS    8.520 CBM

1 Container Said to Contain 287 Cartons

READYMADE GARMENTS:
LADIES UTILITY PULL ON CAPRI WOVEN PANT
STYLE : WP9LS53427MI ORDER NO: SE8867
REF.NO.:601P HTS# :6204.62.8021    3923.90.0080
VENDOR# :5065 DIV NO.0 / DEPT # 007
INVOICE NO.:NFFL550.SEARS42.2016 DATE: 18.09.2018
EXP.NO:1689-024670-19 DATE:29.09.2018
Export L/C # :2254FLCO606318 DATE:29.06.2018
DOC BOOKING #:2018222230923
RECEIVED FOR SHIPMENT:25-SEP-18
CONTAINER GATE IN DATE: 27.09.2018
OTHER VESSEL NAME: APL VANCOUVER V/03HS

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 26/09/2018
TO LOAD ONTO APL VANCOUVER V/ 03HS

M/S ABT....
ORDER NO: SE8867
1100365541P
11003534616
1100365849
1100365908

MAERSK BANGLADESH LTD.
As Agent

This transport document has one original unnumbered pages.



# MAERSK LINE

210036549780
210036550879
210036553949
210036554269
210036556132
210036556173
MADE IN
BANGLADESH
CONTENTS: 7 & 9 PCS

MRKU3813970  M: 8:00465162 40 DRY 9'6  287 Carton  1091.85 KGS  8.220 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd.
License Number  173178S
Date of Expiry   31 December 2021.

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (MRKU3813970) WHICH CAN ONLY
BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(5871694355871694365871694275871694385871E9439587169440 5871694415071
69442) COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER.

ALSO NOTIFY ** SEARS O/O LIS SUPPLY
CHAIN SOLUTION  19701 HAMILTON AVENUE
TORRANCE CA 90502
PHONE 310-404-2967 FAX 310-404-2962
ATTN MISS ELLEN WONG CHPO

CY/SD

# COMMERCIAL INVOICE

Page 1 of 7

DATE: September 16, 2015

INVOICE NO.: 201552223052

9065
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60170
US

SHIPPED FROM: Chittagong, Bangladesh       SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SE8862 | UTILITY CA PEACH AMBER | 17 CARTONS | 17 AST | 41.678 USD AST | 708.53 USD |
| ITEM: | 210036541167 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 49461/ | | | | | |

STYLE # WP9LS53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -69% COTTON, 1% SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RS020 X 21 X20D+RSB20- 77 X'52- 6 OZ
HANGER  PACK
HANGER CODE # 6012B7 PRICE # $0.15

| CONTRACT NO. | SE8862 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9065 |
| VENDOR ITEM CODE | WP9LS53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RHONE |

FACTORY NO.        102619
HO'AN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.        BDNOMFASGAZ

| SEARS | SE8862 | UTILITY CA CHAMBRAY | 40 CARTONS | 40 AST | 41.678 USD AST | 1,667.12 USD |
|---|---|---|---|---|---|---|
| ITEM: | 210036540316 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 49465/ | | | | | |

6 TYLE # WP9LS53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -69% COTTON, 1% SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RS020 X 21 X20D+RSB20- 77 X 52- 6 OZ
HANGER  PACK
HANGER CODE # 6012B7 PRICE # $0.15

# COMMERCIAL INVOICE

Page 2 of 7
DATE: September 10, 2018
INVOICE NO.: 201822223092

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE II
GURGAON
HARYANA
India
122016

TO:

GEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Bangladesh

| | | |
|---|---|---|
| CONTRACT NO. | SE8862 | |
| DC CODE | PCD | |
| DIVISION NO. | Division 4 | |
| VENDOR ITEM CODE | WP9LS53427MI | |
| BINDING RULING # OR PRECLASS # | | |
| FACTORY NO. | 102618 | |

REFERENCE NO. 801P
DEPARTMENT NO. 007
VENDOR NO. 9085
COUNTRY OF ORIGIN BANGLADESH
CATEGORY 348, RNONE

NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO. BDNOMFASGAZ

| SEARS | SE8862 | UTILITY CA CHAMBRAY | 65 CARTONS | 65 AST | 47.632 USD AST | 3,096.08 USD |
|---|---|---|---|---|---|---|

ITEM: 210036548196
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT
SEARS DIV 807
SEARS ITEM/SKU: 49485/

STYLE # WP9LS53427MI
DESCRIPTION:LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RS/B20 X 21 X20D+RS/B20- 77 X 52- 5 OZ
HANGER   PACK
HANGER CODE # 6012B7 PRICE # $0.15

| | | |
|---|---|---|
| CONTRACT NO. | SE8862 | |
| DC CODE | PCD | |
| DIVISION NO. | Division 4 | |
| VENDOR ITEM CODE | WP9LS53427MI | |
| BINDING RULING # OR PRECLASS # | | |
| FACTORY NO. | 102618 | |

REFERENCE NO. 801P
DEPARTMENT NO. 007
VENDOR NO. 9085
COUNTRY OF ORIGIN BANGLADESH
CATEGORY 348, RNONE

NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO. BDNOMFASGAZ

| SEARS | SE8862 | UTILITY CA PERFECT KHAKI | 13 CARTONS | 13 AST | 53.586 USD AST | 696.62 USD |
|---|---|---|---|---|---|---|

ITEM: 210036549606
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT

# COMMERCIAL INVOICE

Page 3 of 7

DATE: September 18, 2018

INVOICE NO.: 201823223092

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:      SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

SEARS DIV     607
SEARS ITEM/SKU     49468/

STYLE # WP9LS53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONALPATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC-99%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 6012B7 PRICE # $0.15

| | | | |
|---|---|---|---|
| CONTRACT NO. | SE5562 | REFERENCE NO. | 601P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LS53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.     102619

NOMAN FASHION FABRICS LTD

PAGAR, TONGI

GAZIPUR

Bangladesh

FTY MID NO.     BDNOMFASGAZ

| SEARS | SE5562 | UTILITY CA PERFECT KHAKI | | 41 CARTONS | 41 AST | 47.632 USD AST | 1,952.91 USD |
|---|---|---|---|---|---|---|---|

ITEM:     210036546750
MADE IN     BANGLADESH
CONTENTS     1 ASSORTMENT
SEARS DIV     607
SEARS ITEM/SKU     49468/

STYLE # WP9LS53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONALPATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC-99%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RSB20 X 21 X20D+RSB20- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 6012B7 PRICE # $0.15

| | | | |
|---|---|---|---|
| CONTRACT NO. | SE5562 | REFERENCE NO. | 601P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LS53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.     102619

# COMMERCIAL INVOICE

Page 4 of 2
DATE: September 10, 2018
INVOICE NO.: 201822223002

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      SEARS ROEBUCK & CO.
         3333 Beverly Road
         Hoffman Estates, IL 60179
         US

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.          BDNOMFASGAZ

| SEARS | SE8862 | UTILITY CA OLIVE NIGHT | 13 | 13 | 53.586 USD | 696.62 USD |
|-------|--------|------------------------|----|----|------------|------------|
|       |        |                        | CARTONS | AST | AST | |

ITEM:          210036550879
MADE IN        BANGLADESH
CONTENTS       1 ASSORTMENT
SEARS DIV      007
SEARS ITEM/SKU 48472/

STYLE # WP9LS53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
FAB. CONSTRUCTION : 21 +RS820 X 21 X20D+RS820- 77 X 52- 6 OZ
HANGER  PACK
HANGER CODE # 6012B7 PRICE # $0.15

| CONTRACT NO. | SE8862 | REFERENCE NO. | 601P |
|--------------|--------|---------------|------|
| DC CODE | FCO | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LS53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, PANONE |

FACTORY NO.          102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.          BDNOMFASGAZ

| SEARS | SE8862 | UTILITY CA OLIVE NIGHT | 41 | 41 | 47.632 USD | 1,052.91 USD |
|-------|--------|------------------------|----|----|------------|--------------|
|       |        |                        | CARTONS | AST | AST | |

ITEM:          210036553949
MADE IN        BANGLADESH
CONTENTS       1 ASSORTMENT
SEARS DIV      007
SEARS ITEM/SKU 48472/

STYLE # WP9LS53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA

# COMMERCIAL INVOICE

Page 5 of 7

DATE: September 18, 2018

INVOICE NO.: 201822223092

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RS820 X 21 X20D+RS920- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 6012B7 PRICE # $0.15

| CONTRACT NO. | SE8852 | REFERENCE NO. | 601P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9055 |
| VENDOR ITEM CODE | WPSLS53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    BDNOMFASGAZ

| SEARS | SE8852 | UTILITY CA PEACH AMBER | | 20 | 20 | 47.632 USD | 952.64 USD |
| | | | | CARTONS | AST | | AST |

ITEM:    210030554269
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT
SEARS DIV    007
SEARS ITEM/SKU    49461/

STYLE # WPSLS53427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONAL PATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH.
FABRIC -99%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RS820 X 21 X20D+RS920- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 6012B7 PRICE # $0.15

| CONTRACT NO. | SE8852 | REFERENCE NO. | 601P |
| DC CODE | PCD | DEPARTMENT NO. | 007. |
| DIVISION NO. | Division 4 | VENDOR NO. | 9055 |
| VENDOR ITEM CODE | WPSLS53427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO. ,    102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    BDNOMFASGAZ

# COMMERCIAL INVOICE

Page 6 of 7

DATE: September 16, 2016

INVOICE NO.: 201622223092

9085
PEARL GLOBAL, INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
-122016

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60178
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

| SEARS | SC8662 | UTILITY CA CORE WHITE | | 17 | 17 | 41.670  USD | 708.53  USD |
|-------|--------|------------------------|---|----|----|----|----|
| | | | | CARTONS | AST | AST | |

ITEM: 210036556132
MADE IN: BANGLADESH
CONTENTS ( ASSORTMENT
SEARS DIV 007
SEARS ITEM/SKU 49473/

STYLE # WP9LSS3427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONALPATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA.
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RS620 X 21 X20D+RS620- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 60120? PRICE # $0.15

| CONTRACT NO. | SC8662 | REFERENCE NO. | 801P |
|--------------|--------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9LSS3427MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    102819
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY IND NO.    BDNOMFASGAZ

| SEARS | SE8662 | UTILITY CA CORE WHITE | | 20 | 20 | 47.632  USD | 952.64  USD |
|-------|--------|------------------------|---|----|----|----|----|
| | | | | CARTONS | AST | AST | |

ITEM: 210036556173
MADE IN: BANGLADESH
CONTENTS 1 ASSORTMENT
SEARS DIV 007
SEARS ITEM/SKU 49473/

STYLE # WP9LSS3427MI
DESCRIPTION: LADIES UTILITY PULL ON CAPRI WOVEN PANT
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
NON FUNCTIONAL FLY AT CENTRE FRONT
2 FUNCTIONALPATCH POCKETS AT FRONT, NO BACK POCKET
2 RIVET ON EACH FRONT POCKET OPENING
SIDE SLIT AT LEG OPENING & 1 RIVET EACH SIDE AT LEG OPENING
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX  100% Woven
FAB. CONSTRUCTION : 21 +RS620 X 21 X20D+RS620- 77 X 52- 5 OZ
HANGER  PACK
HANGER CODE # 60120? PRICE # $0.15

# COMMERCIAL INVOICE

DATE: September 16, 2016

INVOICE NO.: 201822223052

6005
PEARL GLOBAL INDUSTRIES LTD,
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Chambersburg , PA

FOB Bangladesh

| | | |
|---|---|---|
| CONTRACT NO. | SE0052 | |
| DC CODE | PCD | |
| DIVISION NO. | Division 4 | |
| VENDOR ITEM CODE | WPBLG53427MI | |
| BINDING RULING # OR PRECLASS # | | |

| | | |
|---|---|---|
| REFERENCE NO. | 801P | |
| DEPARTMENT NO. | 007 | |
| VENDOR NO. | 9085 | |
| COUNTRY OF ORIGIN | BANGLADESH | |
| CATEGORY | 348, RNONE | |

FACTORY NO.         102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.         BDNOMFASGAZ

PAYMENT TERM         Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER         OPEN ACCOUNT
LC#         NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 287 | 287 | ASSORTMENTS | 13,384.60  USD |

TOTAL US DOLLARS THIRTEEN THOUSAND THREE HUNDRED EIGHTY-FOUR DOLLARS AND SIXTY CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD,

EMPLOYEE NAME

EMPLOYEE TITLE



# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

B/L No. 587169437

Shipper
NOMAN FASHION FABRICS LTD.
Plot # 1065-1088, Pagar, Monnu Nagar
Targi, Gazipur-1710,
Bangladesh.

Booking No.
966529533

Export references

Svc Contract
297268802

UNTO THE ORDER OF:
DUTCH BANGLA BANK LTD.,
CENTRALIZED TRADE SERVICES, 315/B,
SHAHID TAJUDDIN AHMED SARONI,
LEVEL-5, TEJGAON I/A, DHAKA-1208,
BANGLADESH. Bank SWIFT Code: DBBLBDD

Notify Party
M/S SEARS- KMART, BEVERLY. RD
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS. 60179, U.S.A.***

Vessel (pre-carriage)
X-PRESS LHOTSE         0535

Port of Loading
Chittagong

Port of Discharge
Newark

Place of Delivery
PCD, Chambersburg, PA 17201 (Door)

## PARTICULARS FURNISHED BY SHIPPER

489.00 KGS      4.500 CBM

1 Container Said to Contain 1 92 Carton

READYMADE GARMENTS
LADIES UTILITY PULL ON CAPRI WOVEN PANT
STYLE : (WC9) SS3427PT
ORDER NO: SH6602
REF NO: B01P , BD3P
HTS # : 6204 62 6011 , 3923 90 0080
VENDOR # 9085
DIV NO.04 DEPT # 007
INVOICE NO: NFFLS60-SEARS16-2018 DATE: 23-09-2018
EXP.NO 1609-028945 -18 DATE: 23-09-2018
Export L/C # 2254FLC0306418 DATE: 29.06.2018 EE-DOC BOOKING # 2018222859147
RECEIVED FOR SHIPMENT: 24 SEP 18
CONTAINER GATE IN DATE: 27.09.2018
MOTHER VESSEL NAME: APL VANCOUVER V-03HS

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 28/09/2018
ON LOAD ONTO <APL VANCOUVER> 29-09-18

MRKU4112970 INLBD0463162-0 DRY-1x92 CTN 1 489.00 KSS 4.500 CBM
SHIPPER'S LOAD STOW, WEIGHT AND COUNT

MADE IN BANGLADESH LTD

Number of Containers or Packages (in words)
... Container

3 (THREE)

2018-10-04

2018-09-30

MAERSK BANGLADESH LTD

This transport document ... one of ... original ... pages.

# MAERSK LINE

License Number : 1732/85
Date of Expiry   : 31 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (MRKU3813970) WHICH CAN ONLY
BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(587169435,587169436,587169437,587169438,587169439,587169440,587169441,5871
69442,) COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY: ***SEARS C/O UPS SUPPLY
CHAINSOLUTION,19701 HAMILTON AVENUE
TORRANCE,CA 90502
PHONE:310 404 2792,FAX:310 404 2962
ATTN: MARY ELLEN WRATSCHKO

C//SD



# COMMERCIAL INVOICE

Page 1 of 4

DATE: September 19, 2016

INVOICE NO.: 201622/09147

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO:  Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SH0502 | UTILITY PU CHAMBRAY | 45 CARTONS | 45 AST | 35.100 USD AST | 1,579.50 USD |
| ITEM: | 480028902512 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 616 | | | | | |
| SEARS ITEM/SKU | 46903/ | | | | | |

STYLE # WC9LS53427PT
DESCRIPTION: LADIES UTILITY PULL ON CAPRI DENIM
( SIZES  S PETITE, M PETITE, L PETITE, XL PETITE)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON,  1%SPANDEX   100% Woven
HANGER CODE # 6012B

| | | | |
|---|---|---|---|
| CONTRACT NO. | SH0502 | REFERENCE NO. | 801P |
| QC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WC9LS53427PT | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.        102019
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO. .        BDNOMFASGAZ

| MARKS | | DESCRIPTION | QUANTITY | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| SEARS | SH0502 | UTILITY PU CHAMBRAY | 19 CARTONS | 19 AST | 52.650 USD AST | 1,000.35 USD |
| ITEM: | 480028902538 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 616 | | | | | |
| SEARS ITEM/SKU | 46903/ | | | | | |

STYLE # WC9LS53427PT
DESCRIPTION: LADIES UTILITY PULL ON CAPRI  DENIM
( SIZES  S PETITE, M PETITE, L PETITE, XL PETITE)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
HANGER CODE # 6012B

| | | | |
|---|---|---|---|
| CONTRACT NO. | SH0502 | REFERENCE NO. | 801P |
| QC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WC9LS53427PT | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

# COMMERCIAL INVOICE

Page 2 of 4

DATE: September 19, 2016

INVOICE NO.: 201622260147

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

FACTORY NO.    102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    BDNOMFASGAZ

| SEARS | SH6602 | UTILITY PU OLIVE NIGHT | | 45 CARTONS | 45 AST | 35.100 USO AST | 1,579.50 USD |
|-------|--------|------------------------|--|------------|--------|----------------|--------------|
| ITEM: | 480028962557 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 616 | | | | | | |
| SEARS ITEM/SKU | 469047 | | | | | | |

STYLE # WC9LSS3427PT
DESCRIPTION: LADIES UTILITY PULL ON CAPRI DENIM
( SIZE # S PETITE, M PETITE, L PETITE, XL PETITE)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX    100% Woven
HANGER CODE # 6012B

| CONTRACT NO. | SH6602 | REFERENCE NO. | 801P |
|--------------|--------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WC9LSS3427PT | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.    BDNOMFASGAZ

| SEARS | SH6602 | UTILITY PU OLIVE NIGHT | | 19 CARTONS | 19 AST | 52.650 USD AST | 1,000.35 USD |
|-------|--------|------------------------|--|------------|--------|----------------|--------------|
| ITEM: | 480028962565 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 616 | | | | | | |
| SEARS ITEM/SKU | 469047 | | | | | | |

STYLE # WC9LSS3427PT
DESCRIPTION: LADIES UTILITY PULL ON CAPRI DENIM
( SIZE # S PETITE, M PETITE, L PETITE, XL PETITE)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX    100% Woven
HANGER CODE # 6012B

# COMMERCIAL INVOICE

Page 3 of 4

DATE: September 19, 2016

INVOICE NO.: 201822069147

9085
PEARL GLOBAL INDUSTRIES LTD.
PGN., PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     SEARS ROEBUCK & CO.
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| CONTRACT NO. | SH6602 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WC9LS53427PT | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.     102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.     BDNOMFASGAZ

| SEARS | SH6602 | UTILITY PU CORE WHITE | | 45 CARTONS | 45 AST | 35.100 USD AST | 1,579.50 USD |
|---|---|---|---|---|---|---|---|

ITEM:           400028962645
MADE IN         BANGLADESH
CONTENTS        1 ASSORTMENT
SEARS DIV       616
SEARS ITEM/SKU  46905/

STYLE # WC9LS53427PT
DESCRIPTION: LADIES UTILITY PULL ON CAPRI DENIM
( SIZES  S PETITE, M PETITE, L PETITE, XL PETITE)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -98%COTTON, 1%SPANDEX  100% Woven
HANGER CODE # 60126

| CONTRACT NO. | SH6602 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WC9LS53427PT | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.     102619
NOMAN FASHION FABRICS LTD
PAGAR, TONGI
GAZIPUR
Bangladesh
FTY MID NO.     BDNOMFASGAZ

| SEARS | SH6602 | UTILITY PU CORE WHITE | | 19 CARTONS | 19 AST | 52.650 USD AST | 1,000.35 USD |
|---|---|---|---|---|---|---|---|

ITEM:           400028962652
MADE IN         BANGLADESH
CONTENTS        1 ASSORTMENT
SEARS DIV       616
SEARS ITEM/SKU  46905/

STYLE # WC9LS53427PT
DESCRIPTION: LADIES UTILITY PULL ON CAPRI DENIM

# COMMERCIAL INVOICE

Page 4 of 4

DATE: September 19, 2016

INVOICE NO.: 201802260147

| | |
|---|---|
| 9085 | TO:    SEARS ROEBUCK & CO. |
| PEARL GLOBAL INDUSTRIES LTD. | 3333 Beverly Road |
| PGIL, PLOT NO. 446 | Hoffman Estates, IL 60179 |
| UDYOG VIHAR, PHASE 5 | US |
| GURGAON | |
| HARYANA | |
| India | |
| 122016 | SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:    Chambersburg, PA |
| | MODE OF TRANSPORTATION: Ocean |
| | FOB Bangladesh |

( SIZE# S PETITE, M PETITE, L PETITE, XL PETITE)
ELASTICATED WAISTBAND WITH TWILL TAPE AT CENTER FRONT WAIST
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM LEG CALF
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC -99%COTTON, 1%SPANDEX   100% Woven
HANGER CODE # 6012B

| | | | |
|---|---|---|---|
| CONTRACT NO. | SH6802 | REFERENCE NO. | C01P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WC9LSS3427PT | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |
| FACTORY NO. | 102619 | | |
| NOMAN FASHION FABRICS LTD | | | |
| PAGAR, TONGI | | | |
| GAZIPUR | | | |
| Bangladesh | | | |
| FTY MID NO. | BDNOMFASGAZ | | |

| | |
|---|---|
| PAYMENT TERM | Open Acct |
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |
| LC# | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 192 | 192 | ASSORTMENTS | 7,739.55  USD |

TOTAL US DOLLARS SEVEN THOUSAND SEVEN HUNDRED THIRTY-NINE DOLLARS AND FIFTY-FIVE CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

# MAERSK LINE

BILL OF LADING FOR OCEAN TRANSPORT
OR MULTIMODAL TRANSPORT

MAEU

B/L No. 567169442

Shipper
APPARELS PLUS LIMITED,
HOLDING NO INDUSTRY-18,
DILAN COMPLEX, DHAKA ROAD,
CHANDONA CHOWRASTA, GAZIPUR-1702.

Booking No.
966529933

Export References
33148740130 / 331C0025755

Svc Contract
297368502

Consignee (negotiable only if consigned "to order", "to order of a named person or "to order of bearer")
UNTO THE ORDER OF
JAMUNA BANK LTD.,
MOHAKHALI BRANCH,
34, MOHAKHALI C/A, DHAKA-1212,
BANGLADESH.

Notify Party (see clause 22)
SEARS, ROEBUCK & CO.,
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS, 60179, U.S.A.**

Vessel (see clause 1 + 19)
X-PRESS LHOTSE

Voyage No.
024

Place of Receipt. Applicable only when document used as Multimodal Transport B/L (see clause 1)

Port of Loading
Chittagong

Port of Discharge
Norfolk

Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1)
POD,Chambersburg, PA 17201(Door)

## PARTICULARS FURNISHED BY SHIPPER

Kind of Packages; Description of Goods; Marks and Numbers; Container No./Seal No.

"1 Container Said to Contain 355 Carton"

READYMADE GARMENTS.
VOILE V NK TUNIC BLOUSE
STYLE NO.: WP9SE77260PL
ORDER NO.: SJ6614
REF.NO.: 101
QNTY:3,415 Pcs
CAT NO.:341
HTS:6206.3030.11
VENDOR: 9085
DIV NO.: 4
DEPT: 07
INVOICE NO.: APL/09/SKM/0698/2018 DATE  : 19.09.2018.,
EXP.NO.:3035_04110-2018 DATE : 19.09.2018
Export L/C: 2254FLC0806518 DATE : 29.05.2018
E-Doc Booking: 20182220B696
RECEIVED FOR SHIPMENT 24.SEP..18
CONTAINER GATE IN DATE: 27.09.2018
MOTHER VESSEL NAME: APL VANCOUVER, V.0SFE

CONTAINER RECEIVED FOR SHIPMENT TO BE CARRIER 28.09.2018
TO LOAD UNTO APL VANCOUVER. V.0SFE

Weight
912.35 KGS

Measurement
42.900 CBM

Place and Date of Issue
Dhaka

Shipped on Board Date
2018-10-04

Number of Original B/L(s)
THREE

Declared Value charge (see clause 7.3)
2018-09-30

For the Carrier Maersk Line A/S

MAERSK BANGLADESH LTD.
Agent

This short form document has the same legal force as the carrier's standard long form document.

001731    306

B/L 587169442                                   Page : 2

# MAERSK LINE

SEARS
ORDER NO. : S16614
ITEM NO.:
440048392138
440048392369
440048392710
440048392724
440048394985
440048396493
440048396519
440049563537
MADE IN BANGLADESH
CONTENTS: 1 ASSORTMENT

MRKU3813970  ML-BD0463162  40 DRY 9'6  355 Carton  912.35 KGS  12,800 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd.
License Number : 1752/85
Date of Expiry : 31 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (MRKU3813970) WHICH CAN ONLY
BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(587169435,587169436,587169437,587169438,587169439,587169440,587169441,587
169442 ) COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY : * *SEARS C/O UPS SUPPLY CHAIN
SOLUTION 19701 HAMILTON AVENUE
TORRANCE CA 90502
PHONE:310 404 2702 FAX:310 900 2962
ATTN:MARY ELLEN WRATSCHKO

CYSD

201743    006123

# COMMERCIAL INVOICE

Page 1 of 6

DATE: September 12, 2016

INVOICE NO.: 201622205596

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:        SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| SEARS    SJ6614 | VOILE Y NK NAVY | 32 | 32 | 70.650 USD | 2,260.80 USD |
| | | CARTONS | AST | AST | |
| ITEM:    440048392138 | | | | | |
| MADE IN    BANGLADESH | | | | | |
| CONTENTS    1 ASSORTMENT | | | | | |
| SEARS DIV    616 | | | | | |
| SEARS ITEM/SKU    46967/ | | | | | |

STYLE NAME: WP9SE77260PL
DESCRIPTION : VOILE Y NK TUNIC BLOUSE
DETAILS OF THE GARMENT- WOMENS FULL SLEEVE ROLL ON TAB Y-NECK SHIRT WITH FRONT
PLACKET TILL MIDWAY WITH TWO BUTTON
FABRIC CONTENT - 100 % COTTON TWILL    //    100 % WOVEN
HANGER PACK   //    HANGER CODE :- 470

| | | | |
|---|---|---|---|
| CONTRACT NO. | SJ6614 | REFERENCE NO. | 101 |
| DC CODE | CHA | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9SE77260PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RNONE |

FACTORY NO.        104453
APPAREL PLUS LTD
DILAN COMPLEX, DHAKA ROAD
CHANDONA CHOWRASTA
GAZIPUR
Bangladesh
FTY MID NO.        BDAPPPLUGAZ

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| SEARS    SJ6614 | VOILE Y NK NAVY | 53 | 53 | 78.500 USD | 4,160.50 USD |
| | | CARTONS | AST | AST | |
| ITEM:    440048392369 | | | | | |
| MADE IN    BANGLADESH | | | | | |
| CONTENTS    1 ASSORTMENT | | | | | |
| SEARS DIV    616 | | | | | |
| SEARS ITEM/SKU    45967/ | | | | | |

STYLE NAME: WP9SE77260PL
DESCRIPTION : VOILE Y NK TUNIC BLOUSE
DETAILS OF THE GARMENT- WOMENS FULL SLEEVE ROLL ON TAB Y-NECK SHIRT WITH FRONT
PLACKET TILL MIDWAY WITH TWO BUTTON
FABRIC CONTENT - 100 % COTTON TWILL    //    100 % WOVEN
HANGER PACK   //    HANGER CODE :- 470

| | | | |
|---|---|---|---|
| CONTRACT NO. | SJ6614 | REFERENCE NO. | 101 |
| DC CODE | CHA | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9SE77260PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RNONE |

FACTORY NO.        104453

# COMMERCIAL INVOICE

Page 2 of 6
DATE: September 17, 2016
INVOICE NO.: 201622208696

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

APPAREL PLUS LTD
DILAN COMPLEX, DHAKA ROAD
CHANDONA CHOWRASTA
GAZIPUR
Bangladesh
FTY MID NO.        BDAPPPLUGAZ

| SEARS | SJ6614 | VOILE Y NK LEAF | | 32 | 32 | 70.650 USD | 2,260.80 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |

ITEM:        440048392716
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT
SEARS DIV    616
SEARS ITEM/SKU  46968/

STYLE NAME: WP9SE77260PL
DESCRIPTION : VOILE Y NK TUNIC BLOUSE
DETAILS OF THE GARMENT- WOMENS FULL SLEEVE ROLL ON TAB Y-NECK SHIRT WITH FRONT
PLACKET TILL MIDWAY WITH TWO  BUTTON
FABRIC CONTENT - 100 %  COTTON  TWILL      //        100 % WOVEN
HANGER PACK   //        HANGER CODE :- 479

| CONTRACT NO. | SJ6614 | REFERENCE NO. | 101 |
|---|---|---|---|
| DC CODE | CHA | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9SE77260PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RNONE |

FACTORY NO.        104453
APPAREL PLUS LTD
DILAN COMPLEX, DHAKA ROAD
CHANDONA CHOWRASTA
GAZIPUR
Bangladesh
FTY MID NO.        BDAPPPLUGAZ

| SEARS | SJ6614 | VOILE Y NK LEAF | | 53 | 53 | 78.500 USD | 4,160.50 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |

ITEM:        440048392724
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT
SEARS DIV    616
SEARS ITEM/SKU  46968/

STYLE NAME: WP9SE77260PL
DESCRIPTION : VOILE Y NK TUNIC BLOUSE
DETAILS OF THE GARMENT- WOMENS FULL SLEEVE ROLL ON TAB Y-NECK SHIRT WITH FRONT
PLACKET TILL MIDWAY WITH TWO  BUTTON
FABRIC CONTENT - 100 %  COTTON  TWILL      //        100 % WOVEN
HANGER PACK   //        HANGER CODE :- 479

# COMMERCIAL INVOICE

Page 3 of 8
DATE: September 17, 2018
INVOICE NO.: 201822206696

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 440
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:          SEARS ROEBUCK & CO.
             3333 Beverly Road
             Hoffman Estates, IL 60179
             US

SHIPPED FROM: Chittagong, Bangladesh          SHIPPED TO: Chambersburg, PA
MODE OF TRANSPORTATION: Ocean
                                              FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SJ6614 | REFERENCE NO. | 101 | |
| DC CODE | CHA | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP0SE77260PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RNONE | |

FACTORY NO.          104453
APPAREL PLUS LTD
DILAN COMPLEX, DHAKA ROAD
CHANDONA CHOWRASTA
GAZIPUR
Bangladesh
FTY MID NO.          BDAPPPLUGAZ

| SEARS | SJ6614 | VOILE Y NK PINK | | 73 CARTONS | 73 AST | 62.800 USD AST | 4,564.40 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 440048394985 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 616 | | | | | | |
| SEARS ITEM/SKU | 46000/ | | | | | | |

STYLE NAME: WP0SE77260PL
DESCRIPTION : VOILE Y NK TUNIC BLOUSE
DETAILS OF THE GARMENT- WOMENS FULL SLEEVE ROLL ON TAB Y-NECK SHIRT WITH FRONT
PLACKET TILL MIDWAY WITH TWO BUTTON
FABRIC CONTENT - 100 % COTTON TWILL    //    100 % WOVEN
HANGER PACK  //      HANGER CODE >  478

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SJ6614 | REFERENCE NO. | 101 | |
| DC CODE | CHA | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 | |
| VENDOR ITEM CODE | WP0SE77260PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RNONE | |

FACTORY NO.          104453
APPAREL PLUS LTD
DILAN COMPLEX, DHAKA ROAD
CHANDONA CHOWRASTA
GAZIPUR
Bangladesh
FTY MID NO.          BDAPPPLUGAZ

| SEARS | SJ6614 | VOILE Y NK BLUE | | 39 CARTONS | 39 AST | 86.350 USD AST | 3,367.65 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 440048394985 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 616 | | | | | | |
| SEARS ITEM/SKU | 04097/ | | | | | | |

STYLE NAME: WP0SE77260PL
DESCRIPTION : VOILE Y NK TUNIC BLOUSE

# COMMERCIAL INVOICE

Page 4 of 6

DATE: September 17, 2018

INVOICE NO.: 201822208095

9085
PEARL GLOBAL INDUSTRIES LTD,
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh

SHIPPED TO:   Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

DETAILS OF THE GARMENT- WOMENS FULL SLEEVE ROLL ON TAB Y-NECK SHIRT WITH FRONT
PLACKET TILL MIDWAY WITH TWO  BUTTON
FABRIC CONTENT - 100 %  COTTON  TWILL    //        100 % WOVEN
HANGER PACK   //       HANGER CODE :- 479

| CONTRACT NO. | 5J6614 | REFERENCE NO. | 101 |
| DC CODE | CHA | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9SE77260PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RHONE |

FACTORY NO.        104453
APPAREL PLUS LTD
DILAN COMPLEX, DHAKA ROAD
CHANDONA CHOWRASTA
GAZIPUR
Bangladesh
FTY MID NO.        BDAPPPLUGAZ

| SEARS | 5J6614 | VOILE Y NK BLUE | | 51 | 51 | 94.200 USD | 4,604.20 USD |
| | | | | CARTONS | AST | | AST |
| ITEM: | 44004639C519 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 016 | | | | | | |
| SEARS ITEM/SKU | 04697/ | | | | | | |

STYLE NAME: WP9SE77260PL
DESCRIPTION : VOILE Y NK TUNIC BLOUSE
DETAILS OF THE GARMENT- WOMENS FULL SLEEVE ROLL ON TAB Y-NECK SHIRT WITH FRONT
PLACKET TILL MIDWAY WITH TWO  BUTTON
FABRIC CONTENT - 100 %  COTTON  TWILL    //        100 % WOVEN
HANGER PACK   //       HANGER CODE :- 479

| CONTRACT NO. | 5J6614 | REFERENCE NO. | 101 |
| DC CODE | CHA | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9085 |
| VENDOR ITEM CODE | WP9SE77260PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RHONE |

FACTORY NO.        104453
APPAREL PLUS LTD
DILAN COMPLEX, DHAKA ROAD
CHANDONA CHOWRASTA
GAZIPUR
Bangladesh
FTY MID NO.        BDAPPPLUGAZ

# COMMERCIAL INVOICE

Page 5 of 6

DATE: September 17, 2016

INVOICE NO.: 201622206698

9065
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      SEARS ROEBUCK & CO.
         3333 Beverly Road
         Hoffman Estates, IL 60179
         US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| SEARS | SJ6614 | VOILE Y NK PINK | | 22 | 22 | 54,950 USD | 1,208.90 USD |
|-------|--------|-----------------|--|----|----|-----------|-------------|
| | | | | CARTONS | AST | AST | |

ITEM: 440049583537
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT
SEARS DIV 516
SEARS ITEM/SKU 45900/

STYLE NAME: WP9SE77260PL
DESCRIPTION : VOILE Y NK TUNIC BLOUSE
DETAILS OF THE GARMENT- WOMENS FULL SLEEVE ROLL ON TAB Y-NECK SHIRT WITH FRONT
PLACKET TILL MIDWAY WITH TWO BUTTON
FABRIC CONTENT - 100 % COTTON TWILL      //       100 % WOVEN
HANGER PACK  //        HANGER CODE = 476

| | | | |
|--|--|--|--|
| CONTRACT NO. | SJ6614 | REFERENCE NO. | 101 |
| DC CODE | CHA | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9065 |
| VENDOR ITEM CODE | WP9SE77260PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RNONE |

FACTORY NO.          104453
APPAREL PLUS LTD
DILAN COMPLEX, DHAKA ROAD
CHANDONA CHOWRASTA
GAZIPUR
Bangladesh
FTY MID NO.          BDAPPPLUGAZ

PAYMENT TERM          Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER          OPEN ACCOUNT
LC#                  NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|--|-------------------|--------------------------|--|-------------|
| TOTAL INVOICE | 355 | 355 ASSORTMENTS | | 26,807.75 USD |

TOTAL US DOLLARS TWENTY-SIX THOUSAND EIGHT HUNDRED SEVEN DOLLARS AND SEVENTY-FIVE CENTS ONLY.

## COMMERCIAL INVOICE

Page 6 of 6

DATE: September 17, 2018

INVOICE NO.: 201822208096

9085
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

Shipment handed over after 25:09.18 to15:10.18 in water as on15:oct:2018 | KMART CORPORATION

| Buyer | P.O NO | Inv no | factory inv no. | H/O DATE | ETA | Cur | Value |
|---|---|---|---|---|---|---|---|
| KMART CORPORATION | IN3S8 | 201821907280 | 1058SERK23483 | 1-Oct-18 | 30-Nov-18 | USD | 4,583.04 |
| KMART CORPORATION | IN3S9 | 201821907463 | 1058SERK23485 | 1-Oct-18 | 30-Nov-18 | USD | 3,987.84 |
| KMART CORPORATION | IN3SH | 201821907657 | 1058SERK23487 | 1-Oct-18 | 30-Nov-18 | USD | 3,958.08 |
| KMART CORPORATION | IN3SI | 201821939895 | 1058SERK23489 | 1-Oct-18 | 30-Nov-18 | USD | 3,541.44 |
| KMART CORPORATION | IN3SS | 201821940586 | 1058SERK23491 | 1-Oct-18 | 30-Nov-18 | USD | 3,970.32 |
| KMART CORPORATION | IN3ST | 201821972033 | 1058SERK23493 | 1-Oct-18 | 30-Nov-18 | USD | 1,062.48 |
| KMART CORPORATION | IN3SV | 201821972622 | 1058SERK23497 | 1-Oct-18 | 30-Nov-18 | USD | 997.56 |
| KMART CORPORATION | IN40Y/IN41G/IN41H | 201822223884 | 1061SERK23632 | 1-Oct-18 | 30-Nov-18 | USD | 17,734.20 |
| KMART CORPORATION | IN417/IN418 | 201822224104 | 1061SERK23634 | 1-Oct-18 | 30-Nov-18 | USD | 60,306.60 |
| KMART CORPORATION | IN41J/IN41K/IN41L | 201822224562 | 1061SERK23636 | 1-Oct-18 | 30-Nov-18 | USD | 12,750.96 |
| KMART CORPORATION | IN3S8 | 201821907336 | 1058SERK23484 | 1-Oct-18 | 7-Nov-18 | USD | 5,654.40 |
| KMART CORPORATION | IN3S9 | 201821907517 | 1058SERK23486 | 1-Oct-18 | 7-Nov-18 | USD | 5,594.88 |
| KMART CORPORATION | IN3SH | 201821939299 | 1058SERK23488 | 1-Oct-18 | 7-Nov-18 | USD | 4,635.12 |
| KMART CORPORATION | IN3SI | 201821940200 | 1058SERK23490 | 1-Oct-18 | 7-Nov-18 | USD | 4,687.20 |
| KMART CORPORATION | IN3SS | 201821940799 | 1058SERK23492 | 1-Oct-18 | 7-Nov-18 | USD | 4,976.88 |
| KMART CORPORATION | IN3ST | 201821972127 | 1058SERK23494 | 1-Oct-18 | 7-Nov-18 | USD | 1,062.48 |
| KMART CORPORATION | IN3SV | 201821972742 | 1058SERK23498 | 1-Oct-18 | 7-Nov-18 | USD | 1,408.32 |
| KMART CORPORATION | IN40Y/IN41G/IN41H | 201822223934 | 1061SERK23633 | 1-Oct-18 | 7-Nov-18 | USD | 18,460.28 |
| KMART CORPORATION | IN417/IN418 | 201822224153 | 1061SERK23635 | 1-Oct-18 | 7-Nov-18 | USD | 62,929.80 |
| KMART CORPORATION | IN41J/IN41K/IN41L | 201822224683 | 1061SERK23637 | 1-Oct-18 | 7-Nov-18 | USD | 13,236.12 |
| KMART CORPORATION | IN3T7 | 201822569134 | 1058SERK23719 | 8-Oct-18 | 2-Dec-18 | USD | 8,822.68 |
| KMART CORPORATION | IN3T7 | 201822569249 | 1058SERK23720 | 8-Oct-18 | 17-Nov-18 | USD | 9,207.32 |
|  |  |  |  |  |  |  | 2,53,568.00 |

# COMMERCIAL INVOICE

Page 1 of 12

DATE: September 24, 2018

INVOICE NO.: 201621807286

8873
PEARL GLOBAL INDUSTRIES LTD,
PGIL, PLOT NO. 445
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART , INSSB | RIB WAIST JEGGING 4 BLACK | 1 CARTONS | 12 PIECES | 4.960 USD PIECES | 59.52 USD |
| ITEM: 320078990231 MADE IN BANGLADESH CONTENTS 12 PIECES | STYLE: GF7RT320058G DESCRIPTION: GIRLS RIB WAIST JEGGING ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT 2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY. 2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE COUNTRY OF ORIGIN [FABRIC] - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN FOLDED | | | | |

| | | | |
|---|---|---|---|
| CONTRACT NO. | INSSB | REFERENCE NO. | 603C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT320058G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
98, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI53GAZ

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART INSSB | RIB WAIST JEGGING 5 BLACK | 2 CARTONS | 24 PIECES | 4.960 USD PIECES | 119.04 USD |
| ITEM: 320078990594 MADE IN BANGLADESH CONTENTS 12 PIECES | STYLE: GF7RT320058G DESCRIPTION: GIRLS RIB WAIST JEGGING ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT 2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY. 2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE COUNTRY OF ORIGIN [FABRIC] - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN FOLDED | | | | |

| | | | |
|---|---|---|---|
| CONTRACT NO. | INSSB | REFERENCE NO. | 603C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT320058G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103155

## COMMERCIAL INVOICE

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh          SHIPPED TO:   Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KOODA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKKN93GAZ

| KMART | IN3S8 | RIB WAIST JEGGING 6 BLACK | | 2 CARTONS | 24 PIECES | 4.960 USD PIECES | 118.04 USD |
|-------|-------|---------------------------|---|-----------|-----------|------------------|------------|
| ITEM: | 320078990702 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE: GF7RT3200SBG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE  FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY.
2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC:67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED

| CONTRACT NO. | IN3S6 | REFERENCE NO. | 803C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT3200SBG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KOODA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKKN93GAZ

| KMART | IN3S8 | RIB WAIST JEGGING 6X BLACK | | 3 CARTONS | 36 PIECES | 4.960 USD PIECES | 178.56 USD |
|-------|-------|----------------------------|---|-----------|-----------|------------------|------------|
| ITEM: | 320078990728 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE: GF7RT3200SBG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE  FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY.
2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC:67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED

# COMMERCIAL INVOICE

Page 3 of 12
DATE: September 24, 2016
INVOICE NO.: 201621907280

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN358 | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 | |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN358 | RIB WAIST JEGGING 7 BLACK | | 4 CARTONS | 48 PIECES | 4.960 USD PIECES | 238.08 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320078990736 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY.
2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX   WOVEN
FOLDED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN358 | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 | |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN358 | RIB WAIST JEGGING 8 BLACK | | 5 CARTONS | 60 PIECES | 4.960 USD PIECES | 297.60 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320078990744 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY.

## COMMERCIAL INVOICE

Page 4 of 12
DATE: September 24, 2016
INVOICE NO.: 201621007260

6673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA. COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED

| CONTRACT NO. | IN358 | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | OCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 |
| VENDOR ITEM CODE | GF7RT320059G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.     103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNI93GAZ

| KMART | IN358 | RIB WAIST JEGGING 10 BLACK | | | 5 | 60 | 4.960 USD | 297.60 USD |
|---|---|---|---|---|---|---|---|---|
| ITEM: | 320079990059 | | | | CARTONS | PIECES | PIECES | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 12 PIECES | | | | | | | |

STYLE: GF7RT320059G
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE  FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINTS/EMBROIDERY.
2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA. COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED

| CONTRACT NO. | IN358 | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | OCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 |
| VENDOR ITEM CODE | GF7RT320059BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.     103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNI93GAZ

# COMMERCIAL INVOICE

Page 5 of 12

DATE: September 24, 2016

INVOICE NO.: 2016210072B0

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION  -
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

| KMART | IN358 | RIB WAIST JEGGING 12 BLACK | | 4 | 48 | 4.960  USD | 238.08  USD |
|-------|-------|-----------------------------|--|--------|--------|------------|-------------|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320078990967 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY,
2 FUNCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX   WOVEN
FOLDED

| CONTRACT NO. | IN358 | REFERENCE NO. | 803C |
|--------------|-------|----------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.     103165

NORP KNIT INDUSTRIES LTD (UNIT 2)

RELIANCE INDUSTRIAL PARK

93, ISLAMPUR, KODDA, NANDUN

GAZIPUR

Bangladesh

FTY MID NO.     BDNORBKNI93GAZ

| KMART | IN358 | RIB WAIST JEGGING 14 BLACK | | 4 | 48 | 4.960  USD | 238.08  USD |
|-------|-------|-----------------------------|--|--------|--------|------------|-------------|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320078990975 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY,
2 FUNCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX   WOVEN
FOLDED

| CONTRACT NO. | IN358 | REFERENCE NO. | 803C |
|--------------|-------|----------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.     103155

NORP KNIT INDUSTRIES LTD (UNIT 2)

RELIANCE INDUSTRIAL PARK

93, ISLAMPUR, KODDA, NANDUN

GAZIPUR

# COMMERCIAL INVOICE

Page 0 of 12
DATE: September 24, 2018
INVOICE NO.: 2816211907289

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO: Mira Loma, CA

MODE OF TRANSPORTATION: Ocean

                                            FOB Bangladesh

Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN356 | RIB WAIST JEGGING 15 BLACK | 4 CARTONS | 48 PIECES | 4,960 USD PIECES | 238.08 USD |
|-------|-------|----------------------------|-----------|-----------|-------|------------|

ITEM:        320078990983
MADE IN      BANGLADESH
CONTENTS     12 PIECES

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMROIDERY.
2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED

| CONTRACT NO. | IN356 | REFERENCE NO. | 803C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN356 | RIB WAIST JEGGING 4 DARK RINSE | 1 CARTONS | 12 PIECES | 4,960 USD PIECES | 59.52 USD |
|-------|-------|--------------------------------|-----------|-----------|-------|-----------|

ITEM:        320079247185
MADE IN      BANGLADESH
CONTENTS     12 PIECES

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY.
2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED

| CONTRACT NO. | IN356 | REFERENCE NO. | 803C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103155

## COMMERCIAL INVOICE

DATE: September 24, 2016

INVOICE NO.: 201621907280

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 445
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KOODA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNI93GAZ

| KMART | IN3S8 | RIB WAIST JEGGING 5 DARK RINSE | 3 CARTONS | 36 PIECES | 4.960 USD PIECES | 178.56 USD |
|---|---|---|---|---|---|---|

ITEM:     3200792471I3
MADE IN   BANGLADESH
CONTENTS  12 PIECES

STYLE: GF7RT3200S8G
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE  FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBRODERY.
2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC:67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED

CONTRACT NO.        IN3S8              REFERENCE NO.        803C
DC CODE             CCD                DEPARTMENT NO.       048
DIVISION NO.        Division 4         VENDOR NO.           8873
VENDOR ITEM CODE    GF7RT3200S8G       COUNTRY OF ORIGIN    BANGLADESH
BINDING RULING # OR                    CATEGORY             348
PRECLASS #

FACTORY NO.     103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KOODA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNI93GAZ

| KMART | IN3S8 | RIB WAIST JEGGING 6 DARK RINSE | 4 CARTONS | 48 PIECES | 4.960 USD PIECES | 238.08 USD |
|---|---|---|---|---|---|---|

ITEM:     3200792472I3
MADE IN   BANGLADESH
CONTENTS  12 PIECES

STYLE: GF7RT3200S8G
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE  FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBRODERY.
2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC:67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED

# COMMERCIAL INVOICE

6673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122018

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh       SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3S8 | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 | |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.       103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNI93GAZ

| KMART | IN3S8 | RIB WAIST JEGGING 6X DARK RINSE | 4 CARTONS | 48 PIECES | 4.960 USD PIECES | 238.08 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320379247208 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY.
2 FUNCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA. COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX   WOVEN
FOLDED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3S8 | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 | |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.       103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNI93GAZ

| KMART | IN3S8 | RIB WAIST JEGGING 7 DARK RINSE | 7 CARTONS | 84 PIECES | 4.960 USD PIECES | 416.64 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320079247276 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY.

# COMMERCIAL INVOICE

Page 9 of 12

DATE: September 24, 2018

INVOICE NO.: 201821907250

6673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Bangladesh

2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA. COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC 67%COTTON 30%POLYESTER 3%SPANDEX   WOVEN
FOLDED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN358 | REFERENCE NO. | 603C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 | |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN358 | RIB WAIST JEGGING 6 DARK RINSE | | 6 | 72 | 4.960 USD | 357.12 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 32007924T284 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE  FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBRODERY.
2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA. COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN358 | REFERENCE NO. | 603C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 | |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

# COMMERCIAL INVOICE

Page 10 of 12

DATE: September 24, 2016

INVOICE NO.: 201621007280

8673
PEARL GLOBAL INDUSTRIES LTD.
POIL PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

| KMART | IN3S8 | RIB WAIST JEGGING 10 DARK RINSE | | 5 | 60 | 4.960 USD | 297.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

ITEM: 3200/9247300
MADE IN BANGLADESH
CONTENTS 12 PIECES

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY,
2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3S8 | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN3S8 | RIB WAIST JEGGING 12 DARK RINSE | | 5 | 60 | 4.960 USD | 297.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

ITEM: 3200/9247318
MADE IN BANGLADESH
CONTENTS 12 PIECES

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY,
2 FUNCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3S8 | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR

# COMMERCIAL INVOICE

Page 11 of 12
DATE: September 24, 2018
INVOICE NO.: 201821007280

8873
PEARL-GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh          SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean
                                                          FOB Bangladesh

Bangladesh
FTY MID NO.          BDNORKNI93GAZ

| KMART | IN358 | RIB WAIST JEGGING 14 DARK RINSE | 4 CARTONS | 48 PIECES | 4.980 USD PIECES | 238.08 USD |
|---|---|---|---|---|---|---|

ITEM:           320079247334
MADE IN         BANGLADESH
CONTENTS        12 PIECES

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY,
2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX   WOVEN
FOLDED

| CONTRACY NO. | IN358 | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | OCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.          103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNI93GAZ

| KMART | IN358 | RIB WAIST JEGGING 16 DARK RINSE | 4 CARTONS | 48 PIECES | 4.980 USD PIECES | 238.08 USD |
|---|---|---|---|---|---|---|

ITEM:           320079247342
MADE IN         BANGLADESH
CONTENTS        12 PIECES

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY,
2 FUNCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX   WOVEN
FOLDED

| CONTRACT NO. | IN358 | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | OCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.          103155

# COMMERCIAL INVOICE

Page 12 of 12

DATE: September 24, 2018

INVOICE NO.: 2018231007280

8573
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO:  Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKN123GAZ

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 77 | 924 | PIECES | 4,583.04 USD |

TOTAL US DOLLARS FOUR THOUSAND FIVE HUNDRED EIGHTY-THREE DOLLARS AND FOUR CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME
EMPLOYEE TITLE

# APL   BILL OF LADING

| SHIPPER (Principal or Seller Licensee and full address) | BOOKING NUMBER | BL NUMBER | PAGE 1 OF 2 |
|---|---|---|---|
| NORP KNIT INDUSTRIES LTD<br>NORTH KHAILKUR, P.O.NATIONAL<br>UNIVERSITY,GAZIPUR-1704 BANGLADESH.<br>TEL:880-2-9292036-2037,9291936-1937. | 056449754 | | APLU 056449754 |

CONTAINER DEST:CCD, MIRA LOMA, CA 91752

| CONSIGNEE (Name and Full Address) | FORWARDING AGENT (References, FMC No.) |
|---|---|
| (Unless provided otherwise, a consignment "To Order" means To Order of Shipper)<br>UNTO THE ORDER OF:<br>THE HONGKONG AND SHANGHAI BANKING<br>CORPORATION LTD.<br>186 BIR UTTAM MIR<br>SHAWKAT ALI ROAD,DHAKA,BANGLADESH | AIR ALLIANCE LTD.<br>BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,<br>C/A,CIR-2,DHAKA-1212,BD. |

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

| NOTIFY PARTY (Name and Full Address) | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING |
|---|---|
| KMART CORPORATION,<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,<br>ILLINOIS 60179,U.S.A. | EXPORT INSTRUCTIONS/PIER TERMINAL/ONWARD ROUTING<br>FROM POINT OF DESTINATION<br>KMART C/O UPS SUPPLY CHAIN SOLUTION<br>19701 HAMILTON AVENUE<br>TORRANCE, CA 90502,PHONE:(310)<br>404-2792,FAX:(310)404-2962,<br>ATTN:MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE (BY MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| EXPORT CARRIER (Vessel, Voyage, & Flag) | PORT OF LOADING |
|---|---|
| CALA PAGURO   007 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO,CA (SPQ) | MIRA LOMA,CA-MWF |

Excess Valuation Please refer to Clause 7(8) on Reverse Side    **PARTICULARS FURNISHED BY SHIPPERS**

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| K-MART<br>1N3S8<br><br>ITEM NO :<br>320-07899023-1<br>320-07899069-4<br>320-07899070-2<br>320-07899072-8<br>320-07899073-6<br>320-07899074-4<br>320-07899095-9<br>320-07899096-7<br>320-07899097-5<br>320-07899098-3<br>320-07924718-5<br>320-07924719-3<br>320-07924724-3<br>320-07924726-8<br>320-07924727-6<br>320-07924728-4<br>320-07924730-0<br>320-07924731-8<br>320-07924733-4 | SC GB18/<br>77 | FREIGHT COLLECT<br>P107E<br>CTN   AA1LV84000.00.00  SLAC CY/CY<br>LADIE'S 67%COTTON 30% POLYESTER 3%<br>SPANDEX WOVEN PANTS<br>STYLE NO:<br>GE7RT32005BG<br>ORDER NO.<br>1N3S8<br>REF NO.<br>803C<br>QNTY= 924 PCS<br>CAT NO,348 HTS#6204.6280.51<br>VENDOR#8873 , DIV NO.4 , DEPT# 049<br><br>INVOICE NO: 1058SERK23483 DATE:<br>10.09.2018<br>E-DOC INV NO.201821907280 DATE:<br>10.09.2018<br>EXP NO. 2859-49259-2018 DATE:<br>11.09.2018<br>EXPORT L/C # PGL-NORP/1058 DATE:<br>12.10.2017<br>RECEIVED FOR SHIPMENT : 01.10.2018<br>CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT **<br>** ORIGINAL BL ** | 319.550KG | 2.430M3 |

| BILL TO BE PREPARED AT | DHAKA,BA | OCEAN FREIGHT PAYABLE AT | MIRA LOMA, CA | |
|---|---|---|---|---|
| FREIGHT RATES/CHARGES, WEIGHTS/MEASURES<br>MEASUREMENTS (CURRENCY, ETC COMPUTATIONS) | | PREPAID U.S.$ | COLLECT U.S.$ | Local Currency |

The undersigned Carrier hereby acknowledges receipt of the sealed container or packages or other things which said to contain the Goods described above in apparent external good order and condition unless otherwise stated...

APL CO. PTE LTD

By APL (Bangladesh) Pvt. Ltd.
Authorized Signature  AS AGENTS

| GUR 007 | | TOTAL PREPAID | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | TOTAL COLLECT | | | | | | |
| 00926134 | 00562026 | 00597609 | CHT | SPQ | MWF | | Y | APLU 056449754 |
| | CONTAINER | SHIPPER | CONSIGNEE | | | | | |

APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING.

# APL

**BILL OF LADING**

| | |
|---|---|
| SHIPPER (Principal or Seller licensee and his address)<br>NORP KNIT INDUSTRIES LTD.<br>NORTH KHAILKUR,P.O.NATIONAL<br>UNIVERSITY,GAZIPUR-1704,BANGLADESH.<br>TEL:880-2-9292036-2037,9291936-1937. | BOOKING NUMBER 056449754  B/L NUMBER PAGE 2 OF 2<br>APLU 056449754<br><br>EXP/FINAL DEST:CCD, MIRA LOMA, CA 91752 |
| CONSIGNEE (Name and Full Address)<br>(Unless provided otherwise, a consignment "To Order" means To Order of Shipper)<br>UNTO THE ORDER OF:<br>THE HONGKONG AND SHANGHAI BANKING<br>CORPORATION LTD.<br>186 BIR UTTAM MIR<br>SHAWKAT ALI ROAD,DHAKA,BANGLADESH | FORWARDING AGENT (References F.M.C. No.)<br>AIR ALLIANCE LTD.<br>BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,<br>C/A,CIR-2,DHAKA-1212,BD. |
| NOTIFY PARTY (Name and Full Address)<br>KMART CORPORATION.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES<br>ILLINOIS 60179,U.S.A. | POINT AND COUNTRY OF ORIGIN OF GOODS<br>GAZIPUR, BANGLADESH<br><br>ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/<br>EXPORT INSTRUCTIONS/PIER/TERMINAL/ONWARD ROUTING<br>FROM POINT OF DESTINATION<br>KMART C/O UPS SUPPLY CHAIN SOLUTION<br>19701 HAMILTON AVENUE<br>TORRANCE,CA 90502,PHONE:(310)<br>404-2792,FAX:(310)404-2962,<br>ATTN:MARY ELLEN WRATSCHKO. |
| INITIAL CARRIAGE BY (Mode)    PLACE OF RECEIPT<br>CHITTAGONG | |
| EXPORT CARRIER (Vessel, Voyage & Flag)    PORT OF LOADING<br>CALA PAGURO    007    CHITTAGONG, BA | |
| PORT OF DISCHARGE    PLACE OF DELIVERY<br>SAN PEDRO,CA (SPQ)    MIRA LOMA,CA-MWF | |

For Excess Valuation Please refer to Clause 7(8) on Reverse Side    **PARTICULARS FURNISHED BY SHIPPERS**

| MARKS & NUMBERS/CONTAINER NOS. | NO. OF PKGS | | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| 320-07924734-2<br>MADE IN<br>BANGLADESH<br>CONTENTS:<br><br>**CTR NBR**<br>EMOU507855-4 | 2<br><br>****SEAL NBR****<br>0732360<br>** | | CONTAINER GATE-IN DATE : 03.10.2018<br>MOTHER VESSEL NAME : CMA CGM LOIRE<br>V. 317<br>***FREIGHT COLLECT***<br><br>T/S HT   MODE   QUANT/TYPE<br>D40.96  CY/ CY    77CTN<br>SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT<br>319.55KG | MSMT<br>2.430M3 |
| | | | | ** FREIGHT COLLECT **<br>** ORIGINAL BL ** | |

SHIPPED ON BOARD   OCT. 05, 2018

| B/L TO BE RELEASED AT | | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|---|
| | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |
| | | | | | APL CO. PTE LTD<br><br>By APL (Bangladesh) Pvt Ltd.<br>Authorized Signature<br><br>Date him   OCT. 05 2018<br>Place Issued   CHITTAGONG. |

| GUR | 007 | | TOTAL PREPAID | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | TOTAL COLLECT | | | | | | |
| | | | 00926134 | 00562026 | 00597609 | CHI | SPQ | MWF | Y |  APLU 056449754 |

APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

*1058 poump 23485*

# COMMERCIAL INVOICE

Page 1 of 12

DATE: September 24, 2010

INVOICE NO.: 201821007403

6875
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh   SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3S9 | RIB WAIST JEGGING 4 DARK ENZYME | 1 CARTONS | 12 PIECES | 4.960 USD PIECES | 59.52 USD |
| ITEM: | 320076921015 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE: QF7RT320058G
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA. COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX   WOVEN
FOLDED.

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3S9 | REFERENCE NO. | 603C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | QF7RT320058G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.   103155

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
92, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.   BDNORKNI93GAZ

| KMART | IN3S9 | RIB WAIST JEGGING 5 DARK ENZYME | 4 CARTONS | 48 PIECES | 4.960 USD PIECES | 238.08 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320076921023 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE: QF7RT320058G
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA. COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX   WOVEN
FOLDED.

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3S9 | REFERENCE NO. | 603C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | QF7RT320058G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.   103155

# COMMERCIAL INVOICE

Page 2 of 12
DATE: September 24, 2018
INVOICE NO.: 201821907403

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3S9 | RIB WAIST JEGGING 6 DARK ENZYME | 3 CARTONS | 36 PIECES | 4.960 USD PIECES | 178.56 USD |
|-------|-------|----------------------------------|-----------|-----------|------------------|------------|
| ITEM: | 320076991631 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE: QF7RT32006BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA. COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED.

| CONTRACT NO. | IN3S9 | REFERENCE NO. | 803C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | QF7RT32006BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3S9 | RIB WAIST JEGGING 6X DARK ENZYME | 3 CARTONS | 36 PIECES | 4.960 USD PIECES | 178.56 USD |
|-------|-------|-----------------------------------|-----------|-----------|------------------|------------|
| ITEM: | 320076991649 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE: QF7RT32006BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB  WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE  FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA. COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED.

# COMMERCIAL INVOICE

Page 3 of 12
DATE: September 24, 2016
INVOICE NO.: 201621907463

8673
PEARL GLOBAL INDUSTRIES LTD.
PGK, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN399 | REFERENCE NO. | 503C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN399 | RIB WAIST JEGGING 7 DARK ENZYME | 6 | 72 | 4.960 USD | 357.12 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

ITEM:        320079091114
MADE IN      BANGLADESH
CONTENTS     12 PIECES

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY. 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA. COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED.

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN399 | REFERENCE NO. | 503C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN399 | RIB WAIST JEGGING 6 DARK ENZYME | 4 | 48 | 4.960 USD | 238.08 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

ITEM:        320079091122
MADE IN      BANGLADESH
CONTENTS     12 PIECES

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT

# COMMERCIAL INVOICE

DATE: September 24, 2018

INVOICE NO.: 201821807403

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLDED.

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3S9 | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORBKNI03GAZ

| KMART | IN3S9 | RIB WAIST JEGGING 10 DARK ENZYME | | 3 CARTONS | 36 PIECES | 4.960 USD PIECES | 178.56 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320076991130 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FUCTIONAL PATCH POCKETS AT BACK
NO PRINT AND NO EMBROIDERY, NO BUTTONS, NO RIVETS,
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLDED.

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3S9 | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | |
| VENDOOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORBKNI03GAZ

# COMMERCIAL INVOICE

Page 6 of 12
DATE: September 24, 2018
INVOICE NO.: 2018Z1007463

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122010

TO:    KMART-CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:    Mira Loma , CA

FOB Bangladesh

| KMART | IN359 | RIB WAIST JEGGING 12 DARK ENZYME | | 4 CARTONS | 48 PIECES | 4.960 USD PIECES | 238.08 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320078901148 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX   WOVEN
FOLDED.

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN359 | REFERENCE NO. | 803C | |
| DC CODE | CCO | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN359 | RIB WAIST JEGGING 14 DARK ENZYME | | 5 CARTONS | 60 PIECES | 4.960 USD PIECES | 297.60 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320078901155 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX   WOVEN
FOLDED.

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN359 | REFERENCE NO. | 803C | |
| DC CODE | CCO | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.    103155

# COMMERCIAL INVOICE

DATE: September 24, 2016

INVOICE NO.: 201621907463

5073
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh

MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:   Mira Loma , CA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNI93GAZ

| KMART | IN359 | RIG WAIST JEGGING 16 DARK ENZYME | 4 | 48 | 4.900  USD | 235.08  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

ITEM:            320079991163
MADE IN          BANGLADESH
CONTENTS         12 PIECES

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB  WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE  FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED.

| CONTRACT NO. | IN359 | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5073 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 049 |

FACTORY NO.          103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNI93GAZ

| KMART | IN359 | RIB WAIST JEGGING 4 MEDIUM WASH | 2 | 24 | 4.900  USD | 118.04  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

ITEM:            320079991169
MADE IN          BANGLADESH
CONTENTS         12 PIECES

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB  WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE  FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED.

# COMMERCIAL INVOICE

Page 7 of 12

DATE: September 24, 2018

INVOICE NO.: 201821907463

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 440
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh

SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION:  Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3S9 | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | GF7RT3200SBG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3S9 | RIB WAIST JEGGING 6 MEDIUM WASH | 2 CARTONS | 24 PIECES | 4.960 USD PIECES | 119.04 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320078991107 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE: GF7RT3200SBG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH; FROM WAIST BAND TO ANGLE
COUNTRY OF ORIGIN (FABRIC)- CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED.

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3S9 | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | GF7RT3200SBG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3S9 | RIB WAIST JEGGING 6 MEDIUM WASH | 4 CARTONS | 48 PIECES | 4.960 USD PIECES | 238.08 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320078991247 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE: GF7RT3200SBG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT

# COMMERCIAL INVOICE

Page 8 of 12

DATE: September 24, 2018

INVOICE NO.: 201821007483

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED.

| CONTRACT NO. | IN3S9 | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | DIvision 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 340 |

FACTORY NO.        103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNDRKNI93GAZ

| KMART | IN3S9 | RIB WAIST JEGGING GK MEDIUM WASH · | | 2 | 24 | 4.960 USD | 119.04 USD |
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320076991254 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB  WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE  FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED.

| CONTRACT NO. | IN3S9 | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | DIvision 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 340 |

FACTORY NO.        103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNDRKNI93QAZ

# COMMERCIAL INVOICE

Page 9 of 12
DATE: September 24, 2018
INVOICE NO.: 201821907463

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

| KMART | IN359 | RIB WAIST JEGGING 7 MEDIUM WASH | | 3 CARTONS | 36 PIECES | 4.900 USD PIECES | 176.56 USD |
|---|---|---|---|---|---|---|---|

ITEM:  320079991252
MADE IN  BANGLADESH
CONTENTS  12 PIECES

STYLE: GF7RT320058G
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED.

| CONTRACT NO. | IN359 | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT320058G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.  103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.  BDNORKNI93GAZ

| KMART | IN359 | RIB WAIST JEGGING 8 MEDIUM WASH | | 3 CARTONS | 36 PIECES | 4.900 USD PIECES | 176.56 USD |
|---|---|---|---|---|---|---|---|

ITEM:  320079991270
MADE IN  BANGLADESH
CONTENTS  12 PIECES

STYLE: GF7RT320058G
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED.

| CONTRACT NO. | IN359 | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT320058G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.  103155

# COMMERCIAL INVOICE

DATE: September 24, 2018

INVOICE NO.: 201821907463

TO:       KMART CORPORATION
          3333 Beverly Road
          Hoffman Estates, IL 60179
          US

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

SHIPPED FROM:  Chittagong, Bangladesh       SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean              FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNI93GA2

RIB WAIST JEGGING 10 MEDIUM WASH

| | | | | | |
|---|---|---|---|---|---|
| | | | 5 CARTONS | 60 PIECES | 4.960 USD | 297.60 USD |

| KMART | IN3S9 | | | | |
|---|---|---|---|---|---|
| ITEM: | 320076991296 | | | | |
| MADE IN | BANGLADESH | | | | |
| CONTENTS | 12 PIECES | | | | |

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUNCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX   WOVEN
FOLDED.

| CONTRACT NO. | IN3S9 | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING 8 OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.          103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNI93GA2

RIB WAIST JEGGING 12 MEDIUM WASH

| | | | | | |
|---|---|---|---|---|---|
| | | | 2 CARTONS | 24 PIECES | 4.960 USD | 119.04 US |

| KMART | IN3S9 | | | | |
|---|---|---|---|---|---|
| ITEM: | 320076991304 | | | | |
| MADE IN | BANGLADESH | | | | |
| CONTENTS | 12 PIECES | | | | |

STYLE: GF7RT32005G
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX   WOVEN
FOLDED.



# COMMERCIAL INVOICE

Page 11 of 12
DATE: September 24, 2018
INVOICE NO.: 2018219074G3

TO:
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

8073
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

| CONTRACT NO. | IN359 | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32005DG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO. 103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO. BDNORKNI93GAZ

24 PIECES   4.960 USD   119.04 USD
2 CARTONS

| KMART | IN359 | RIB WAIST JEGGING 14 MEDIUM WASH |
| ITEM: | 320076001312 |
| MADE IN | BANGLADESH |
| CONTENTS | 12 PIECES |

STYLE: GF7RT32005DG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY. 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED.

| CONTRACT NO. | IN359 | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32005DG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO. 103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO. BDNORKNI93GAZ

60 PIECES   4.960 USD   297.60 USD
5 CARTONS

| KMART | IN359 | RIB WAIST JEGGING 16 MEDIUM WASH |
| ITEM: | 320076001320 |
| MADE IN | BANGLADESH |
| CONTENTS | 12 PIECES |

STYLE: GF7RT32005DG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT

# COMMERCIAL INVOICE

Page 12 of 12

DATE: September 24, 2018

INVOICE NO.: 201821807453

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS.
NO PRINT AND NO EMBRODIERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA. COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 97%COTTON 00%POLYESTER 3%SPANDEX   WOVEN
FOLDED.

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN369 | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 048 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | QF7RT3200590 | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BGNORKNI93GAZ

PAYMENT TERM    Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER    OPEN ACCOUNT

| QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|
| 67 | 804 | PIECES | 3,987.84  USD |

TOTAL INVOICE

TOTAL US DOLLARS THREE THOUSAND NINE HUNDRED EIGHTY-SEVEN DOLLARS AND EIGHTY-FOUR CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME    _____
EMPLOYEE TITLE    _____

APL CO. PTE LTD

# APL                    BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER | PAGE 1 OF 2 |
|---|---|---|---|
| NORP KNIT INDUSTRIES LTD<br>NORTH KHAILKOR, P.O.NATIONAL<br>UNIVERSITY,GAZIPUR-1704,BANGLADESH.<br>TEL:880-2-9292036-2037,9291936-1937. | 056449753 | APLU 056449753 | |

EXP FINAL DEST:CCD, MIRA LOMA, CA 91752

| CONSIGNEE (Name and Full Address) | FORWARDING AGENT (References, F/M.C. No.) |
|---|---|
| (Unless provided otherwise, a consignment "To Order" means to Order of Shipper) | AIR ALLIANCE LTD. |
| UNTO THE ORDER OF:<br>THE HONGKONG AND SHANGHAI BANKING<br>CORPORATION LTD.<br>186 BIR UTTAM MIR<br>SHAWKAT ALI ROAD,DHAKA, BANGLADESH | BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,<br>C/A,CIR-2,DHAKA-1212,BD. |

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

| NOTIFY PARTY (Name and Full Address) | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING |
|---|---|
| KMART CORPORATION.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,<br>ILLINOIS 60179,U.S.A. | EXPORT INSTRUCT/CONSIGNEE/TERMINAL/ONWARD ROUTING<br>FROM POINT OF DESTINATION<br>KMART C/O UPS SUPPLY CHAIN SOLUTION<br>19701 HAMILTON AVENUE<br>TORRANCE,CA 90502,PHONE:(310)<br>404-2792,FAX:(310)404-2962,<br>ATTN:MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE BY (name) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| EXPORT CARRIER (Vessel, voyage, & leg) | PORT OF LOADING |
|---|---|
| CALA PAGURO      007 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO, CA (SPQ) | MIRA LOMA, CA-MWF |

Excess Valuation Please refer to Clause VIII on Reverse Side       PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | Kind | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| K-MART<br>IN3S9<br>ITEM NO :<br>320-0789910l-5<br>320-07899102-3<br>320-07899103-1<br>320-07899104-9<br>320-07899111-4<br>320-07899112-2<br>320-07899113-0<br>320-07899114-8<br>320-07899115-5<br>320-07899116-3<br>320-07899118-9<br>320-07899119-7<br>320-07899124-7<br>320-07899125-4<br>320-07899126-2<br>320-07899127-0<br>320-07899129-6<br>320-07899130-4<br>320-07899131-2<br>320-07899132-0 | SC GB18/<br>67 | 7107E | FREIGHT COLLECT<br>CTN    AA)LV84000.00.00   SLAC CY/CY<br>LADIE'S 67%COTTON 30% POLYESTER 3%<br>SPANDEX WOVEN PANTS<br>STYLE NO:<br>GF7RT32005BG<br>ORDER NO.<br>IN3S9<br>REF NO.<br>803C<br>QNTY- 804 PCS<br>CAT NO.348 HTS#6204.6280.51<br>VENDOR#8873 , DIV NO.4 , DEPT# 049<br>INVOICE NO. 1058SERK23485 DATE:<br>10.09.2018<br>E-DOC INV NO.201621907463 DATE:<br>10.09.2018<br>EXP NO. 2859-49264-2018 DATE:<br>11.09.2018<br>EXPORT L/C # PGL-NORP/1058 DATE:<br>12.10.2017<br>RECEIVED FOR SHIEMENT : 01.10.2018<br>            CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT **<br>                          ** ORIGINAL BL ** | 278.050KG | 2.040M3 |

| B/L TO BE RELEASED AT | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|
| DHAKA, BA | MIRA LOMA, CA | | | |
| | PREPAID U.S.$ | COLLECT U.S.$ | Local Currency | |

THE CARRIER
APL CO. PTE LTD

d). APL (Bangladesh) Pvt. Ltd,
Authorized Signatory AS AN AGENT

| GUR 007 | TOTAL PREPAID | | | | | | |
|---|---|---|---|---|---|---|---|
| | TOTAL COLLECT | | | | | | |
| | 00926134 | 00562026 | 00597609 | CHT | SPQ | MWF | Y | APLU 056449753 |
| FCL | FORWARDER | SHIPPER | CONSIGNEE | | | NONE | |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

# APL

## BILL OF LADING

| | | |
|---|---|---|
| SHIPPER (Principal or Seller name and full address) NORP KNIT INDUSTRIES LTD, NORTH KHAILKUR, P.O.NATIONAL UNIVERSITY, GAZIPUR-1704, BANGLADESH. TEL:880-2-9292036-2037,9291936-1937. | BOOKING NUMBER 056449753 | B/L NUMBER   PAGE   2   OF   2 APLU 056449753 |

EXPORT FINAL DEST: CCD, MIRA LOMA, CA 91752

| | |
|---|---|
| CONSIGNEE (Name and Full Address (Unless provided otherwise, a consignment "To Order" means To Order of Shipper) UNTO THE ORDER OF: THE HONGKONG AND SHANGHAI BANKING CORPORATION LTD. 186 BIR UTTAM MIR SHAWKAT ALI ROAD, DHAKA, BANGLADESH | FORWARDING AGENT (References, F.M.C. No.) AIR ALLIANCE LTD, BILQUIS TOWER, 2ND FL,6,NORTH GULSHAN, C/A,CIR-2,DHAKA-1212,BD. |
| | POINT AND COUNTRY OF ORIGIN OF GOODS GAZIPUR, BANGLADESH |
| NOTIFY PARTY (Name and Full Address) KMART CORPORATION, 3333 BEVERLY ROAD, HOFFMAN ESTATES, ILLINOIS 60179,U.S.A. | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION KMART C/O UPS SUPPLY CHAIN SOLUTION 19701 HAMILTON AVENUE TORRANCE,CA 90502,PHONE:(310) 404-2792,FAX:(310)404-2962, ATTN:MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE (BY (method)) | PLACE OF RECEIPT CHITTAGONG |
|---|---|
| EXPORT CARRIER (Vessel, Voyage, & flag) CALA PAGURO   007 | PORT OF LOADING CHITTAGONG, BA |
| PORT OF DISCHARGE SAN PEDRO,CA (SPQ) | PLACE OF DELIVERY MIRA LOMA, CA-MWF |

Excess Valuation Please refer to Clause 7(8) on Reverse Side

### PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| MADE IN BANGLADESH CONTENTS: ***CTR NBR** BMOU507855-4 | ****SEAL 0732360 ** | CONTAINER GATE-IN DATE : 03.10.2018 MOTHER VESSEL NAME : CMA CGM LOIRE V. 317 ***FREIGHT COLLECT*** NBR**** T/S HT  MODE   QUANT/TYPE D40.96  CY/CY   67CTN SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT 278.05KG | MSMT 2.040M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD   OCT. 05, 2018

| B/L TO BE RELEASED AT | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|
| | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |

The undersigned Carrier hereby acknowledges receipt of the goods...

3

APL CO. PTE LTD

By APL (Bangladesh) Pvt Ltd.
Authorized Signature

OCT. 05 2018
Date and   CHITTAGONG,
Place Issued

APLU 056449753

| GUR | 007 | | TOTAL PREPAID | | | | | |
|---|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Disc | TOTAL COLLECT 00562026 | 00597609 | CHT | SPQ | MWF | Y | APLU 056449753 |
| 00926134 | | | | | | | | |
| TEU | FORWARDER | SHIPPER | CONSIGNEE | 1st NTFY | 2nd NTFY | DEST | NOTIFY | CNT | B/L NUMBER |

APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

# COMMERCIAL INVOICE

DATE: September 24, 2018

INVOICE NO.: 201821697567

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:        KMART CORPORATION
           3333 Beverly Road
           Hoffman Estates, IL 60179
           US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3SH | JEGGING 6 MEDIUM WASH | 4 | 48 | 4.340 USD | 208.32 USD |
| | | | CARTONS | PIECES | PIECES | |
| ITEM: | 3200200377412 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RT324008Q
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN FABRIC CUTTING AND ASSEMBLY BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| CONTRACT NO. | IN3SH | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT324008Q | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103155

NORP KNIT INDUSTRIES LTD (UNIT 2)

RELIANCE INDUSTRIAL PARK

93, ISLAMPUR, KODDA, HANDUN

GAZIPUR

Bangladesh

FTY MID NO.        BDNGRKNI93GAZ

| KMART | IN3SH | JEGGING 4 BLACK | 1 | 12 | 4.340 USD | 52.08 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| ITEM: | 3200505905203 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RT324008Q
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN FABRIC CUTTING AND ASSEMBLY BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| CONTRACT NO. | IN3SH | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT324008Q | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103155

## COMMERCIAL INVOICE

Page 2 of 14

DATE: September 24, 2018

INVOICE NO.: 201821907057

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  , Mira Loma , CA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN3SH | JEGGING 5 BLACK | | 2 CARTONS | 24 PIECES | 4.340  USD PIECES | 104.16  USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320060000725 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN  FABRIC  CUTTING AND ASSEMBLY  BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| CONTRACT NO. | IN3SH | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 048 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN3SH | JEGGING 5 BLACK | | 3 CARTONS | 36 PIECES | 4.340  USD PIECES | 156.24  USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320060804833 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN  FABRIC  CUTTING AND ASSEMBLY  BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

# COMMERCIAL INVOICE

DATE: September 24, 2018

INVOICE NO.: 201821907057

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3SH | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI03GAZ

| KMART | IN3SH | JEGGING 6X BLACK | | 1 CARTONS | 12 PIECES | 4.340 USD PIECES | 52.08 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320050005153 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN  FABRIC CUTTING AND ASSEMBLY BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3SH | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI03GAZ

| KMART | IN3SH | JEGGING 7 BLACK | | 3 CARTONS | 36 PIECES | 4.340 USD PIECES | 156.24 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320050005195 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN  FABRIC CUTTING AND ASSEMBLY BANGLADESH

# COMMERCIAL INVOICE

Page 4 of 14

DATE: September 24, 2018

INVOICE NO.: 201521907057

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:        KMART CORPORATION
           3333 Beverly Road
           Hoffman Estates, IL 60179
           US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX    WOVEN
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SH | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RY324008G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103155

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh

PTY MID NO.        BDNORKNI93GAZ

| KMART | IN3SH | JEGGING 5 MEDIUM WASH | 3 CARTONS | 36 PIECES | 4.340 USD | 156.24 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320000370115 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RY324008G
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL PLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN  FABRIC  CUTTING AND ASSEMBLY  BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SH | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RY324008G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103155

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh

PTY MID NO.        BDNORKNI93GAZ

| KMART | IN3SH | JEGGING 6X MEDIUM WASH | 3 CARTONS | 36 PIECES | 4.340 USD | 156.24 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320000398884 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RY324008G

# COMMERCIAL INVOICE

Page 5 of 14

DATE: September 24, 2016

INVOICE NO.: 201621907057

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:        KMART CORPORATION
           3333 Beverly Road
           Hoffman Estates, IL 60179
           US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO: Mira-Loma, CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTON/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN  FABRIC  CUTTING AND ASSEMBLY  BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SH | REFERENCE NO. | 603C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.         103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.         BDNORKNI93GAZ

| KMART | IN3SH | JEGGING 7 MEDIUM WASH | | | 4 | 48 | 4,340 USD | 208.32 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320066398802 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 12 PIECES | | | | | | | |

STYLE # GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTON/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN  FABRIC  CUTTING AND ASSEMBLY  BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SH | REFERENCE NO. | 603C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.         103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.         BDNORKNI93GAZ

## COMMERCIAL INVOICE

DATE: September 24, 2016

INVOICE NO.: 201/121907007

8973
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN33H | JEGGING-8 MEDIUM WASH | | | 4 | 48 | 4,340 USD | 208.32 USD |
|-------|-------|------------------------|--|--|---|----|-----------|------------|
| | | | | | CARTONS | PIECES | PIECES | |

ITEM:   320006452001
MADE IN   BANGLADESH
CONTENTS   12 PIECES

STYLE # GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN FABRIC CUTTING AND ASSEMBLY BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| | | | |
|--|--|--|--|
| CONTRACT NO. | IN33H | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8973 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.   103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.   BDNORKNI93GAZ

| KMART | IN33H | JEGGING 10 MEDIUM WASH | | | 5 | 60 | 4,340 USD | 260.40 USD |
|-------|-------|------------------------|--|--|---|----|-----------|------------|
| | | | | | CARTONS | PIECES | PIECES | |

ITEM:   320006458241
MADE IN   BANGLADESH
CONTENTS   12 PIECES

STYLE # GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN FABRIC CUTTING AND ASSEMBLY BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| | | | |
|--|--|--|--|
| CONTRACT NO. | IN33H | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8973 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.   103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR

# COMMERCIAL INVOICE

Page 7 of 14
DATE: September 24, 2018
INVOICE NO.: 201821007057

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

Bangladesh
FTY MID NO.

BDNORKNI63GAZ

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:    Mira Loma ,CA

FOB Bangladesh

| KMART | IN3SH | JEGGING 12 MEDIUM WASH | 4 CARTONS | 48 PIECES | 4.340 USD PIECES | 208.32 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320000458258 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN FABRIC CUTTING AND ASSEMBLY BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| CONTRACT NO. | IN3SH | REFERENCE NO. | 603C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN3SH | JEGGING 14 MEDIUM WASH | 4 CARTONS | 48 PIECES | 4.340 USD PIECES | 208.32 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320000458268 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN FABRIC CUTTING AND ASSEMBLY BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| CONTRACT NO. | IN3SH | REFERENCE NO. | 603C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103155

# COMMERCIAL INVOICE

DATE: September 24, 2018
INVOICE NO.: 201621907857

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3SH | JEGGING 19 MEDIUM WASH | | 3 | 36 | 4.340  USD | 156.24  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320060458274 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN  FABRIC  CUTTING AND ASSEMBLY  BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| CONTRACT NO. | IN3SH | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3SH | JEGGING 5 LIGHT WASH | | | 2 | 24 | 4.340  USD | 104.16  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320060468308 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 12 PIECES | | | | | | | |

STYLE # GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN  FABRIC  CUTTING AND ASSEMBLY  BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

# COMMERCIAL INVOICE

Page 9 of 14
DATE: September 24, 2018
INVOICE NO.: 201821907057

0073
PEARL GLOBAL INDUSTRIES LTD,
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| CONTRACT NO. | IN3SH | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8973 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKN803GAZ

| KMART | IN3SH | JEGGING 6 LIGHT WASH | | 4 | 48 | 4.340 USD | 208.32 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320090456324 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN FABRIC CUTTING AND ASSEMBLY BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| CONTRACT NO. | IN3SH | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | D49 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8973 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKN803GAZ

| KMART | IN3SH | JEGGING 6X LIGHT WASH | | 2 | 24 | 4.340 USD | 104.16 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320090456332 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN FABRIC CUTTING AND ASSEMBLY BANGLADESH

# COMMERCIAL INVOICE

Page 10 of 14

DATE: September 24, 2018

INVOICE NO.: 201821007067

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX    WOVEN
FOLD PACK

| | |
|---|---|
| CONTRACT NO. | IN3SH |
| DC CODE | CCD |
| DIVISION NO. | Division 4 |
| VENDOR ITEM CODE | GF7RT32400BG |
| BINDING RULING # OR PRECLASS # | |

| | |
|---|---|
| REFERENCE NO. | 803C |
| DEPARTMENT NO. | 049 |
| VENDOR NO. | 8873 |
| COUNTRY OF ORIGIN | BANGLADESH |
| CATEGORY | 348 |

FACTORY NO.    103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN3SH | JEGGING 7 LIGHT WASH | 4 CARTONS | 48 PIECES | 4.340 USD PIECES | 208.32 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320056466340 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTON/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN  FABRIC CUTTING AND ASSEMBLY  BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX    WOVEN
FOLD PACK

| | |
|---|---|
| CONTRACT NO. | IN3SH |
| DC CODE | CCD |
| DIVISION NO. | Division 4 |
| VENDOR ITEM CODE | GF7RT32400BG |
| BINDING RULING # OR PRECLASS # | |

| | |
|---|---|
| REFERENCE NO. | 803C |
| DEPARTMENT NO. | 049 |
| VENDOR NO. | 8873 |
| COUNTRY OF ORIGIN | BANGLADESH |
| CATEGORY | 348 |

FACTORY NO.    103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN3SH | JEGGING 8 LIGHT WASH | 4 CARTONS | 48 PIECES | 4.340 USD PIECES | 208.32 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320056466357 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RT32400BG

# COMMERCIAL INVOICE

DATE: September 24, 2016

INVOICE NO.: 201621607057

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122010

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTON&RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN: FABRIC  CUTTING AND ASSEMBLY  BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN35H | REFERENCE NO. | 603C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | GF7RT324000G | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.           103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNI93GAZ

| KMART | IN35H | JEGGING 10 LIGHT WASH | | 5 | 60 | 4.340 USD | 260.40 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320066459506 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTON&RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN: FABRIC  CUTTING AND ASSEMBLY  BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN35H | REFERENCE NO. | 603C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | GF7RT324000G | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.           103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNI93GAZ

# COMMERCIAL INVOICE

Page 12 of 14

DATE: September 24, 2018

INVOICE NO.: 301821007657

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN3SH | JEGGING 12 LIGHT WASH | | 6 CARTONS | 50 PIECES | 4.340 USD PIECES | 260.40 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320060459514 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT324009G
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN FABRIC CUTTING AND ASSEMBLY BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3SH | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | GF7RT324009G | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI03GAZ

| KMART | IN3SH | JEGGING 14 LIGHT WASH | | 4 CARTONS | 48 PIECES | 4.340 USD PIECES | 208.32 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320060459522 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT324009G
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN FABRIC  CUTTING AND ASSEMBLY  BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3SH | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | GF7RT324009G | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR

## COMMERCIAL INVOICE

Page 13 of 14

DATE: September 24, 2016

INVOICE NO.: 201621007057

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122010

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

Bangladesh
FTY MID NO. BDNORKNI83GAZ

| KMART | IN35H | JEGGING 1B LIGHT WASH | | 2 CARTONS | 24 PIECES | 4.340 USD PIECES | 104.16 USD |
|-------|-------|-----------------------|--|-----------|-----------|------------------|------------|
| ITEM: | 320069458530 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT324008G
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN  FABRIC  CUTTING AND ASSEMBLY  BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| | | | |
|--|--|--|--|
| CONTRACT NO. | IN35H | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT324008G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.      103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNI83GAZ

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER         OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|--|--------------------|--------------------------|--|--------------|
| TOTAL INVOICE | 76 | 912 PIECES | | 3,958.08 USD |

TOTAL US DOLLARS THREE THOUSAND NINE HUNDRED FIFTY-EIGHT DOLLARS AND EIGHT CENTS ONLY.

# COMMERCIAL INVOICE

Page 14 of 14

DATE: September 24, 2018

INVOICE NO.: 201821907857

4873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 440
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122010

TO:
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 00179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Bangladesh

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

1058 8 ...  23487

APL CO. PTE LTD

# APL

## BILL OF LADING

| | | |
|---|---|---|
| APL CO. PTE LTD | | |

**SHIPPER** (Principal or Seller licensee and full address)
NORP KNIT INDUSTRIES LTD,
NORTH KHAILKUR, P.O. NATIONAL
UNIVERSITY, GAZIPUR-1704, BANGLADESH.
TEL:880-2-9292036-2037,9291936-1937.

**BOOKING NUMBER**
056449756

**BL NUMBER**    PAGE    1  OF  2
APLU 056449756

**EXPORTER:** BEST:CCD, MIRA LOMA, CA 91752

**CONSIGNEE** (Name and Full Address)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper)
UNTO THE ORDER OF:
THE HONGKONG AND SHANGHAI BANKING
CORPORATION LTD.
186 BIR UTTAM MIR
SHAWKAT ALI ROAD, DHAKA, BANGLADESH

**FORWARDING AGENT** (References, F.M.C. No.)
AIR ALLIANCE LTD.
BILQUIS TOWER, 2ND FL, 6, NORTH GULSHAN,
C/A, CIR-2, DHAKA-1212, BD.

**POINT AND COUNTRY OF ORIGIN OF GOODS**
GAZIPUR, BANGLADESH

**NOTIFY PARTY** (Name and Full Address)
KMART CORPORATION.
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179,U.S.A.

**ALSO NOTIFY** (Name and Full Address)/DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION
KMART C/O UPS SUPPLY CHAIN SOLUTION
19701 HAMILTON AVENUE
TORRANCE, CA 90502, PHONE:(310)
404-2792, FAX: (310)404-2962,
ATTN:MARY ELLEN WRATSCHKO.

**INITIAL CARRIAGE BY (MODE)**

**PLACE OF RECEIPT**
CHITTAGONG

**EXPORT CARRIER** (Vessel, voyage, & flag)
CALA PAGURO    007

**PORT OF LOADING**
CHITTAGONG, BA

**PORT OF DISCHARGE**
SAN PEDRO,CA (SPQ)

**PLACE OF DELIVERY**
MIRA LOMA, CA-MW

Excess Valuation Please refer to Clause 7(b) on Reverse Side    **PARTICULARS FURNISHED BY SHIPPERS**

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| K-MART IN3SH ITEM NO : 320-06636911-7 320-06637011-5 320-02037741-2 320-06639888-4 320-06639889-2 320-06645206-1 320-06645824-1 320-06645826-6 320-06645827-4 320-06645829-0 320-06645830-8 320-06645832-4 320-06645833-2 320-06645834-0 320-06645835-7 320-06645850-6 320-06645851-4 | SC GB18 76 | FREIGHT COLLECT 7107E CTN    AA)LV84000.00.00  SLAC CY/CY LADIE'S 67%COTTON 30% POLYESTER 3% SPANDEX WOVEN PANTS STYLE NO: GP7RT32400BG ORDER NO. IN3SH REF NO. 803C QNTY- 912 PCS CAT NO.348 HTS#6204.6280.51 VENDOR#8873 , DIV NO.4 , DEPT# 049 INVOICE NO. 1058ERK23487 DATE: 10.09.2018 E-DOC INV NO.201821907657 DATE: 10.09.2018 EXP NO. 2869-49270-2018 DATE: 11.09.2018 EXPORT L/C # PGL-NORP/1058 DATE: 12.10.2017 RECEIVED FOR SHIPMENT : 01.10.2018 CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT ** ** ORIGINAL BL ** | 258.400KG | 1.300M3 |

| DATA TO BE ISSUED AT    DHAKA, BA | OCEAN FREIGHT PAYABLE AT    MIRA LOMA, CA | | |
|---|---|---|---|
| FREIGHT RATES CHARGES, WEIGHTS MEASUREMENTS, SUBJECT TO CORRECTION | PREPAID U.S.$ | COLLECT U.S.$ | Local Currency |

APL CO. PTE LTD

By APL (Bangladesh) Pvt. Ltd.
Authorized Signature    AS AGENTS

| GUR  007 | | TOTAL PREPAID | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Other | TOTAL COLLECT | | | | | |
| 00926134 | 00562026 | 00597609 | CHT | SPQ | MWF | | Y | APLU 056449756 |

NON-NEGOTIABLE COPY WHEN USED AS MULTIMODAL BILL OF LADING

**APL**

APL CO. PTE LTD

# BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address)<br>NORP KNIT INDUSTRIES LTD,<br>NORTH KHAILKUR P.O.NATIONAL,<br>UNIVERSITY,GAZIPUR-1704,BANGLADESH.<br>TEL:880-2-9292036-2037,9291936-1937. | BOOKING NUMBER<br>056449756 | 04. NUMBER<br>APLU 056449756 | PAGE   2   OF   2 |
|---|---|---|---|
| | EXPORT REFERENCES DEST:OCD, MIRA LOMA, CA 91752 | | |

| CONSIGNEE (Name and Full Address) (non-negotiable unless consigned "To Order")<br>(Unless provided otherwise, a consignment "To Order" means To Order of Shipper)<br>UNTO THE ORDER OF:<br>THE HONGKONG AND SHANGHAI BANKING<br>CORPORATION LTD.<br>186 BIR UTTAM MIR<br>SHAWKAT ALI ROAD,DHAKA,BANGLADESH | FORWARDING AGENT (References, F.M.C. No.)<br>AIR ALLIANCE LTD.<br>BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,<br>C/A,CIR-2,DHAKA-1212,BD. |
|---|---|
| NOTIFY PARTY (Name and Full Address)<br>KMART CORPORATION,<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,<br>ILLINOIS 60179,U.S.A. | POINT AND COUNTRY OF ORIGIN OF GOODS<br>GAZIPUR, BANGLADESH |
| | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING<br>EXPORT INSTRUCTION S/PIER-TERMINAL/ONWARD ROUTING<br>FROM POINT OF DESTINATION<br>KMART C/O UPS SUPPLY CHAIN SOLUTION<br>19701 HAMILTON AVENUE<br>TORRANCE,CA 90502,PHONE:(310)<br>404-2792,FAX:(310)404-2962,<br>ATTN:MARY ELLEN WRATSCHKO. |

| PLACE OF RECEIPT (Named, voyage, & flag)<br>CHITTAGONG | PLACE OF RECEIPT |
|---|---|
| EXPORT CARRIER (Vessel, voyage, & flag)<br>CALA PAGURO     007 | PORT OF LOADING<br>CHITTAGONG, BA |
| PORT OF DISCHARGE<br>SAN PEDRO,CA (SPQ) | PLACE OF DELIVERY<br>MIRA LOMA,CA-MW |

Excess Valuation Please refer to Clause 7(B) on Reverse Side        **PARTICULARS FURNISHED BY SHIPPERS**

| MARKS & NO/CONTAINER NOS | NO. OF PKGS | HM | DESCRIPTION OR PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| 320-06645852-2<br>320-06645853-0<br>320-05059526-3<br>320-05060072-4<br>320-05060493-5<br>320-05060515-3<br>320-05060519-5<br>MADE IN<br>BANGLADESH<br>CONTENTS:<br><br>***CTR NBR***<br>EMOU507855-4 | <br><br><br><br><br><br><br><br><br><br><br>****SEAL<br>0732360 | | CONTAINER GATE-IN DATE : 03.10.2018<br>MOTHER VESSEL NAME : CMA CGM LOIRE<br>V. 317<br>***FREIGHT COLLECT***<br><br><br><br><br><br><br><br>NBR**** T/S HT   MODE   QUANT/TYPE<br>** D40 96  CY CY    76CTN<br>** SHIPPER'S LOAD, STOW AND COUNT ** | <br><br><br><br><br><br><br><br><br><br><br>WEIGHT<br>258.40KG | <br><br><br><br><br><br><br><br><br><br><br>MSMT<br>1.300M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD  OCT, 05, 2018

The undersigned Carrier hereby acknowledges receipt of the stated number of packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. The total applicable weight and/or the Consignee and every person purchasing these shipments for value, if negotiable, or otherwise having an interest in the Goods as ordered that the receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and by appearing on the reverse side in the more complete terms herein, whether printed, stamped or printed.

Read of         originals of this bill of lading as hereby issued by the Carrier Upon surrender to the Carrier of any one negotiable bill of lading properly endorsed all others shall stand void.

APL CO. PTE LTD

by  APL (Bangladesh) Pvt. Ltd.
Authorized Signature

Date and       OCT. 05,2018
Place Issued     CHITTAGONG,

3

| BL TO BE RELEASED AT | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|
| | PREPAID U.S.$ | COLLECT U.S.$ | Local Currency | |
| | | | | APL CO. PTE LTD |

| CUR 007 | | TOTAL PREPAID | | | |
|---|---|---|---|---|---|
| Vessel | Freight | Other | TOTAL COLLECT | | | APLU 056449756 |
| | 00926134 | 00562026 | 00597609 | CHT | SPQ | MWF | Y |

| | FORWARDING | SHIPPER | CONSIGNEE | | | DEVL | NOTIFY | CUT | IS AGENT |
|---|---|---|---|---|---|---|---|---|---|

APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

## COMMERCIAL INVOICE

Page 1 of 15

DATE: September 24, 2018

INVOICE NO.: 201821039895

8573
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL-60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO: Mira Loma, CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| KMART | IN3SJ | JEGGING 10 BLACK | | 1 | 12 | 4.340 USD | 52.08 USD |
| ITEM: | 3200506052211 | | | CARTONS | PIECES | PIECES | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE# GF7RT324009G
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | GF7RT324009G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| KMART | IN3SJ | JEGGING 12 BLACK | | 2 | 24 | 4.340 USD | 104.16 USD |
| ITEM: | 3200506052294 | | | CARTONS | PIECES | PIECES | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE# GF7RT324009G
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | GF7RT324009G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103155

# COMMERCIAL INVOICE

Page 2 of 15

DATE: September 24, 2018

INVOICE NO.: 2016021998895

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 440
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh       SHIPPED TO: M/s Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3SJ | JEGGING 14 BLACK | | 1 | 12 | 4.340 USD | 52.08 USD |
|-------|-------|------------------|--|---|----|-----------|-----------|
| ITEM: | 320050805963 | | | CARTONS | PIECES | PIECES | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE# GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103185
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3SJ | JEGGING 10 BLACK | | 3 | 36 | 4.340 USD | 156.24 USD |
|-------|-------|------------------|--|---|----|-----------|------------|
| ITEM: | 320050605997 | | | CARTONS | PIECES | PIECES | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE# GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) BANGLADESH.
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

# COMMERCIAL INVOICE

Page 3 of 15
DATE: September 24, 2016
INVOICE NO.: 201621939885

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 | |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.     103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNI93GAZ

| KMART | IN3SJ | JEGGING 4 DARK ENZYME | 2 CARTONS | 24 PIECES | 4.340 USD PIECES | 104.16 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320050606029 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE# GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 | |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.     103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNI93GAZ

| KMART | IN3SJ | JEGGING 5 DARK ENZYME | 3 CARTONS | 36 PIECES | 4.340 USD PIECES | 156.24 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320050600045 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE# GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH

# COMMERCIAL INVOICE

Page 4 of 15

DATE: September 24, 2018

INVOICE NO.: 2018Z1039996

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT324009G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103155

NORP KNIT INDUSTRIES LTD (UNIT 2)

RELIANCE INDUSTRIAL PARK

93, ISLAMPUR, KODDA, NANDUN

GAZIPUR

Bangladesh

FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3SJ | JEGGING 8 DARK ENZYME | | 3 | 36 | 4.340 USD | 156.24 USD |
|-------|-------|-----------------------|---|---|----|-----------|------------|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 328050000066 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE# GF7RT324009G
DESCRIPTION: GIRLS JEGGING.
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT324009G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103155

NORP KNIT INDUSTRIES LTD (UNIT 2)

RELIANCE INDUSTRIAL PARK

93, ISLAMPUR, KODDA, NANDUN

GAZIPUR

Bangladesh

FTY MID NO.        BDNORKNI93GAZ

# COMMERCIAL INVOICE

Page 5 of 15
DATE: September 24, 2018
INVOICE NO.: 201821030895

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Chittagong, Bangladesh          SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN3SJ | JEGGING EX DARK ENZYME | | 3 CARTONS | 36 PIECES | 4.340 USD PIECES | 156.24 USD |
|-------|-------|------------------------|--|-----------|-----------|------------------|------------|

ITEM:        3200506007648
MADE IN      BANGLADESH
CONTENTS     12 PIECES

STYLE# GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY:  BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| | | | |
|--|--|--|--|
| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 048 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NAHDUN
GAZIPUR
Bangladesh
FTY MID NO.        BONDNOKNI93GAZ

| KMART | IN3SJ | JEGGING 7 DARK ENZYME | | 6 CARTONS | 72 PIECES | 4.340 USD PIECES | 312.48 USD |
|-------|-------|-----------------------|--|-----------|-----------|------------------|------------|

ITEM:        3200506008991
MADE IN      BANGLADESH
CONTENTS     12 PIECES

STYLE# GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY:  BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| | | | |
|--|--|--|--|
| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 048 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103155

# COMMERCIAL INVOICE

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:       KMART CORPORATION
          3333 Beverly Road
          Hoffman Estates, IL 60179
          US

SHIPPED FROM: Chittagong, Bangladesh          SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

                                                            FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNI93GAZ

| KMART | IN3SJ | JEGGING 8 DARK ENZYME | | 4 CARTONS | 48 PIECES | 4.340 USD PIECES | 208.32 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320050808072 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE# GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | GF7RT32N009G | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.          103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNI93GAZ

| KMART | IN3SJ | JEGGING 10 DARK ENZYME | | 3 CARTONS | 36 PIECES | 4.340 USD PIECES | 156.24 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320050809197 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE# GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

# COMMERCIAL INVOICE

DATE: September 24, 2018

INVOICE NO.: 201621939895

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      KMART CORPORATION
         3333 Beverly Road
         Hoffman Estates, IL 60179
         US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.      103155

NORP KNIT INDUSTRIES LTD (UNIT 2)

RELIANCE INDUSTRIAL PARK

93, ISLAMPUR, KODDA, NANDUN

GAZIPUR

Bangladesh

FTY MID NO.      BDNORKNI93GAZ

| KMART | IN3SJ | JEGGING 12 DARK ENZYME | | 3 | 36 | 4.340 USD | 156.24 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320050610518 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE# GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.      103155

NORP KNIT INDUSTRIES LTD (UNIT 2)

RELIANCE INDUSTRIAL PARK

93, ISLAMPUR, KODDA, NANDUN

GAZIPUR

Bangladesh

FTY MID NO.      BDNORKNI93GAZ

| KMART | IN3SJ | JEGGING 14 DARK ENZYME | | 2 | 24 | 4.340 USD | 104.16 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320050610528 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE# GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH

# COMMERCIAL INVOICE

Page 8 of 15

DATE: September 24, 2018

INVOICE NO.: 201824030005

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:       KMART CORPORATION
          3333 Beverly Road
          Hoffman Estates, IL 60179
          US

SHIPPED FROM: Chittagong, Bangladesh       SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

PATCH POCKETS AT BOTH  SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC]: BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SJ | REFERENCE NO. | 603C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | GF7RT324009G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.      103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNI93GAZ

| KMART | IN3SJ | JEGGING 16 DARK ENZYME | | 3 CARTONS | 36 PIECES | 4,340 USD PIECES | 156.24 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320050610534 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE# GF7RT324009G
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH  SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC]: BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SJ | REFERENCE NO. | 603C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | GF7RT324009G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 346 |

FACTORY NO.      103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNI93GAZ

# COMMERCIAL INVOICE

DATE: September 24, 2018
INVOICE NO.: 201021930695

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 445
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN3SJ | JEGGING 4 DARK RINSE | | 2 CARTONS | 24 PIECES | 4.340 USD PIECES | 104.16 USD |
|---|---|---|---|---|---|---|---|

ITEM:    320050610542
MADE IN    BANGLADESH
CONTENTS    12 PIECES

STYLE# GF7RT324008G
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS&RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC: BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SJ | REFERENCE NO. | 603C |
| DC CODE | CCD | DEPARTMENT NO. | D49 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | GF7RT324008G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN3SJ | JEGGING 6 DARK RINSE | | 2 CARTONS | 24 PIECES | 4.340 USD PIECES | 104.16 USD |
|---|---|---|---|---|---|---|---|

ITEM:    320050610559
MADE IN    BANGLADESH
CONTENTS    12 PIECES

STYLE# GF7RT324008G
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS&RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC: BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SJ | REFERENCE NO. | 603C |
| DC CODE | CCD | DEPARTMENT NO. | D49 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | GF7RT324008G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103155

## COMMERCIAL INVOICE

DATE: September 24, 2018

INVOICE NO.: 201821939995

8873
PEARL GLOBAL INDUSTRIES LTD,
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:        KMART CORPORATION
           3333 Beverly Road
           Hoffman Estates, IL 60179
           US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3SJ | JEGGING 6 DARK RINSE | | 5 CARTONS | 60 PIECES | 4.340 USD PIECES | 260.40 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320050610567 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE# GF7RT324009G
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| CONTRACT NO. | IN3SJ | REFERENCE NO. | 603C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT324009BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3SJ | JEGGING 8X DARK RINSE | | 2 CARTONS | 24 PIECES | 4.340 USD PIECES | 104.16 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320050610575 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE# GF7RT324009G
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

## COMMERCIAL INVOICE

DATE: September 24, 2018

INVOICE NO.: 201821938895

8573
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh          SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.     103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNI93GAZ

| KMART | IN3SJ | JEGGING 7 DARK RINSE | | 6 | 60 | 4.340 USD | 260.40 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320050610583 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE# GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.     103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNI93GAZ

| KMART | IN3SJ | JEGGING 8 DARK RINSE | | 6 | 72 | 4.340 USD | 312.48 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320050610591 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE# GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH

# COMMERCIAL INVOICE

DATE: September 28, 2018
INVOICE NO.: 201621038895

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean
FOB Bangladesh

PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC]: BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN3SJ | JEGGING 90 DARK RINSE | | | 3 | 36 | 4.340 USD | 156.24 USD |
| | | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320050010609 | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 12 PIECES | | | | | | | |

STYLE# GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC]: BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

# COMMERCIAL INVOICE

DATE: September 24, 2018

INVOICE NO.: 201621038895

8373
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:    Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN3SJ | JEGGING 12 DARK RINSE | 2 CARTONS | 24 PIECES | 4.340 USD PIECES | 104.16 USD |
|---|---|---|---|---|---|---|

ITEM:          320050610617
MADE IN        BANGLADESH
CONTENTS       12 PIECES

STYLE# GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8373 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.          103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNI93GAZ

| KMART | IN3SJ | JEGGING 14 DARK RINSE | 1 CARTONS | 12 PIECES | 4.340 USD PIECES | 52.06 USD |
|---|---|---|---|---|---|---|

ITEM:          320050610625
MADE IN        BANGLADESH
CONTENTS       12 PIECES

STYLE# GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8373 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.          103155

## COMMERCIAL INVOICE

Page 14 of 15

DATE: September 2a, 2011

INVOICE NO.: 201621936695

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      KMART CORPORATION
         3333 Beverly Road
         Huffman Estates, IL 60179
         US

SHIPPED FROM:  Chittagong, Bangladesh        SHIPPED TO:  Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

                                                          FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KOODA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNI93GAZ

| KMART | IN3SJ | JEGGING 16 DARK RINSE | 1 | 12 | 4.340 USD | 52.08 USD |
|-------|-------|-----------------------|---|----|-----------|-----------|
| | | | CARTONS | PIECES | PIECES | |

ITEM:        3200500610633
MADE IN      BANGLADESH
CONTENTS     12 PIECES

STYLE# GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC]: BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KOODA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNI93GAZ

PAYMENT TERM          Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER           OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | AMOUNT (US$) |
|---|---|---|---|
| TOTAL INVOICE | 68 | 818 PIECES | 3,541.44 USD |

TOTAL US DOLLARS THREE THOUSAND FIVE HUNDRED FORTY-ONE DOLLARS AND FORTY-FOUR CENTS ONLY.

# COMMERCIAL INVOICE

DATE: September 24, 2018

INVOICE NO.: 201621638005

| | | |
|---|---|---|
| BH73<br>PEARL GLOBAL INDUSTRIES LTD.<br>PGIL, PLOT NO. 446<br>UDYOG VIHAR, PHASE 5<br>GURGAON<br>HARYANA<br>India<br>122016 | **TO:** | KMART CORPORATION<br>3333 Beverly Road<br>Hoffman Estates, IL 60179<br>US |

SHIPPED FROM: Chitagong, Bangladesh        SHIPPED TO: Mira Loma, CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

BILL OF LADING

**SHIPPER**
NORP KNIT INDUSTRIES LTD,
NORTH KHAILKUR, P.O.NATIONAL
UNIVERSITY, GAZIPUR-1704 BANGLADESH.
TEL:880-2-9292036-2037,9291936-1937.

**BOOKING NUMBER** 056449755
**PAGE** 1 OF
APLU 056449755

FINAL DEST:CCD, MIRA LOMA, CA 91752

**CONSIGNEE**
UNTO THE ORDER OF:
THE HONGKONG AND SHANGHAI BANKING
CORPORATION LTD.
186 BIR UTTAM MIR
SHAWKAT ALI ROAD,DHAKA, BANGLADESH

**FORWARDING AGENT**
AIR ALLIANCE LTD.
BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,
C/A,CIR-2,DHAKA-1212, BD.

**POINT AND COUNTRY OF ORIGIN OF GOODS**
GAZIPUR, BANGLADESH

**NOTIFY PARTY**
KMART CORPORATION.
3333 BEVERLY ROAD,
HOFFMAN ESTATES
ILLINOIS 60179,U.S.A.

**ALSO NOTIFY**
KMART C/O UPS SUPPLY CHAIN SOLUTION
19701 HAMILTON AVENUE
TORRANCE, CA 90502 PHONE:(310)
404-2792,FAX:(310)404-2962.
ATTN:MARY ELLEN WRATSCHKO.

**PLACE OF RECEIPT** CHITTAGONG

**FREIGHT CARRIER (Vessel, voyage & flag)** CALA PAGURO 007
**PORT OF LOADING** CHITTAGONG, BA

**PORT OF DISCHARGE** SAN PEDRO, CA (SPQ)
**PLACE OF DELIVERY** MIRA LOMA, CA -MWF

Excess Valuation Please refer to Clause 7(II) on Reverse Side

PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| K-MART<br>IN3SJ<br>ITEM NO :<br>320-05060602-9<br>320-05060604-5<br>320-05060608-8<br>320-05060754-8<br>320-05060899-<br>320-05060907-2<br>320-05060919-7<br>320-05061051-8<br>320-05061052-6<br>320-05061053-4<br>320-05061054-2<br>320-05061056-7<br>320-05061057-5<br>320-05061058-3<br>320-05061059-1<br>320-05061060-9<br>320-05061061-7 | SC GB18/7107E<br>68 | FREIGHT COLLECT<br>CTN   AA LV84000.00.00  SLAC CY/CY<br>LADIE'S 67%COTTON 30% POLYESTER 3%<br>SPANDEX WOVEN PANTS<br>STYLE NO:<br>GF7RT32400BG<br>ORDER NO.<br>IN3SJ<br>REF NO.<br>803C<br>QNTY- 816 PCS<br>CAT NO#.348. HTS#6204.6280.51<br>VENDOR#8873 , DIV NO.4 , DEPT# 049<br>INVOICE NO. 1058SERK23489 DATE:<br>10.09.2018<br>E-DOC INV NO.201821939895 DATE:<br>10.09.2018<br>EXP.NO. 2859-49276-2018 DATE:<br>11.09.2018<br>EXPORT L/C # PGL-NORP/1058 DATE:<br>12.10.2017<br>RECEIVED FOR SHIPMENT : 01.10.2018<br>CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT **<br>** ORIGINAL BL ** | 231.200KG | 1.050M3 |

BL TO BE RELEASED AT DHAKA, BA

**OCEAN FREIGHT PAYABLE AT** MIRA LOMA, CA

| | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |
|---|---|---|---|

APL CO. PTE LTD

for APL (Bangladesh) Pvt. Ltd.
AS AGENTS

| GUR 007 | | TOTAL PREPAID | | | | | |
|---|---|---|---|---|---|---|---|
| | | TOTAL COLLECT | | | | | |
| 00926134 | 00562026 | 00597609 | CHT | SPQ | MWF | Y | APLU 056449755 |

*APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

BILL OF LADING

APL CO. PTE LTD

| SHIPPER (Principal or Seller Licensee and full address) | BOOKING NUMBER | B/L NUMBER | PAGE 2 OF |
|---|---|---|---|
| NORP KNIT INDUSTRIES LTD. NORTH KHAILKUR, P.O.NATIONAL UNIVERSITY, GAZIPUR-1704, BANGLADESH. TEL:880-2-9292036-2037,9291936-1937. | 056449755 | | APLU 056449755 |

EXPORT REF./DEST: CCD, MIRA LOMA, CA 91752

CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means "To Order of Shipper")

UNTO THE ORDER OF:
THE HONGKONG AND SHANGHAI BANKING
CORPORATION LTD
186 BIR UTTAM MIR
SHAWKAT ALI ROAD,DHAKA,BANGLADESH

FORWARDING AGENT (Reference, F.M.C. No.)
AIR ALLIANCE LTD
BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,
C/A,CIR-2,DHAKA-1212,BD.

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

NOTIFY PARTY (Name and Full Address)
KMART CORPORATION.
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179,U.S.A.

ALSO NOTIFY (Name and Full Address)DOMESTIC ROUTING
EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION
KMART C/O UPS SUPPLY CHAIN SOLUTION
19701 HAMILTON AVENUE
TORRANCE,CA 90502,PHONE:(310)
404-2792,FAX:(310)404-2962,
ATTN:MARY ELLEN WRATSCHKO.

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| EXPORT CARRIER (Vessel, Voyage, & flag) | PORT OF LOADING |
|---|---|
| CALA PAGURO 007 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO, CA (SPQ) | MIRA LOMA, CA-MWF |

Except Valuation (Please refer to Clause 7(b) on Reverse Side) **PARTICULARS FURNISHED BY SHIPPERS**

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | Kind | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| 320-05061062-5 320-05061063-3 320-05060521-1 320-05060529-4 320-05060596-3 320-05060599-7 MADE IN BANGLADESH CONTENTS: | | | CONTAINER GATE-IN DATE : 03.10.2018 MOTHER VESSEL NAME : CMA CGM LOIRE V. 317 ***FREIGHT COLLECT*** | | |
| ***CTR NBR** BMOU507855-4 | ****SEAL 0732360 | | NBR**** T/S HT MODE QUANT/TYPE D40 96 CY/ CY 68CTN ** SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT 231.20KG | MSMT 1.050M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD OCT. 05, 2018

| B/L TO BE RELEASED AT: | | OCEAN FREIGHT PAYABLE AT: | | | |
|---|---|---|---|---|---|
| FREIGHT PAYABLE AT THESE TARIFF RATES & BREAKS APPLICABLE SUBJECT TO CORRECTION | | PREPAID U.S. $ | COLLECT U.S. $ | LOCAL CURRENCY | |

APL CO. PTE LTD

APL (Bangladesh) Pvt. Ltd.
Authorized Signature AS AGENTS

OCT. 05 2018
CHITTAGONG,
APLU 056449755

| CUR 007 | | TOTAL PREPAID | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Water | Voyage | Disch | TOTAL COLLECT | | | | | |
| 00926134 | | 00562026 | 00597609 | CHT | SPQ | MWF | Y | APLU 056449755 |

| FCC | FORWARDER | STRIPPER | CON.&REG | +G PQNT | DIS PQNT | NAQ T | | |
|---|---|---|---|---|---|---|---|---|

*APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

# COMMERCIAL INVOICE

Page 1 of 14

DATE: September 24, 2018

INVOICE NO.: 201821940586

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3SS | SKINNY 6 BLACK | 3 CARTONS | 36 PIECES | 4.660 USD PIECES | 167.76 USD |
| ITEM: | 320040518409 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
*BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 60%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SS | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKMI93GAZ

| KMART | IN3SS | SKINNY 6X BLACK | 1 CARTONS | 12 PIECES | 4.660 USD PIECES | 55.92 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320040518417 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
*BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 60%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SS | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

# COMMERCIAL INVOICE

Page 2 of 14

DATE: September 24, 2018

INVOICE NO.: 2018219406686

2873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3SS | SKINNY 7 BLACK | | 3 CARTONS | 36 PIECES | 4.660 USD PIECES | 167.76 USD |
|-------|-------|----------------|--|-----------|-----------|------------------|------------|
| ITEM: | 320040516426 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING. 2 FUNCTIONAL
*BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
*FOLD PACK

| CONTRACT NO. | IN3SS | REFERENCE NO. | 803C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3SS | SKINNY 8 BLACK | | 3 CARTONS | 36 PIECES | 4.660 USD PIECES | 167.76 USD |
|-------|-------|----------------|--|-----------|-----------|------------------|------------|
| ITEM: | 320040516461 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING. 2 FUNCTIONAL
*BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
*FOLD PACK

# COMMERCIAL INVOICE

Page 3 of 14
DATE: September 24, 2016
INVOICE NO.: 201621940586

8873
PEARL GLOBAL INDUSTRIES LTD.
FOIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma, CA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | IN3SS | REFERENCE NO. | 603C | | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | | |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 | | |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN3SS | SKINNY 10 BLACK | | 5 CARTONS | 60 PIECES | 4.660 USD PIECES | 279.60 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320040518466 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
*BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | IN3SS | REFERENCE NO. | 603C | | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | | |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 | | |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN3SS | SKINNY 12 BLACK | | 4 CARTONS | 48 PIECES | 4.660 USD PIECES | 223.68 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320040518490 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE

# COMMERCIAL INVOICE

Page 4 of 14
DATE: September 24, 2018
INVOICE NO.: 201821940596

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
*BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 66%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX  WOVEN 9 OZ
FOLD  PACK

| CONTRACT NO. | IN3SS | REFERENCE NO. | 603C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.    103156
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
03, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN3SS | SKINNY 14 BLACK | | 4 | 48 | 4,860 USD | 223.66 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320040016248 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
*BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 66%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX  WOVEN 9 OZ
FOLD  PACK

| CONTRACT NO. | IN3SS | REFERENCE NO. | 603C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.    103156
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
03, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

# COMMERCIAL INVOICE

Page 5 of 14

DATE: September 24, 2018

INVOICE NO.: 201821040U66

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM:  Chittagong, Bangladesh

SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION:  Ocean

FOB Bangladesh

| KMART | IN3S9 | SKINNY 16 BLACK | | 3 | 30 | 4.660 USD | 167.76 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

ITEM:        320040520066
MADE IN      BANGLADESH
CONTENTS     12 PIECES

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
*BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

| CONTRACT NO. | IN3S9 | REFERENCE NO. | 603C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.     103155

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
65, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh

FTY MID NO.       BDNORKNI65GAZ

| KMART | IN3S9 | SKINNY 4 LIGHT WASH | | 1 | 12 | 4.660 USD | 55.92 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

ITEM:        320093778793
MADE IN      BANGLADESH
CONTENTS     12 PIECES

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
*BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

| CONTRACT NO. | IN3S9 | REFERENCE NO. | 603C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.     103155

## COMMERCIAL INVOICE

DATE: September 24, 2016
INVOICE NO.: 201821940586

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:       KMART CORPORATION
          3333 Beverly Road
          Hoffman Estates, IL 60179
          US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

                                          FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI63GAZ

| KMART | IN3SS | SKINNY 5 LIGHT WASH | | 3 CARTONS | 36 PIECES | 4.660 USD PIECES | 167.76 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320092778901 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING. 2 FUNCTIONAL
*BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

| CONTRACT NO. | IN3SS | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 347 |

FACTORY NO.        103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3SS | SKINNY 6 LIGHT WASH | | 5 CARTONS | 60 PIECES | 4.660 USD PIECES | 279.60 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320092778919 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING. 2 FUNCTIONAL
*BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

# COMMERCIAL INVOICE

Page 7 of 14

DATE: September 24, 2018

INVOICE NO.: 201821940586

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN35S | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 | |

FACTORY NO.      103165

NORP KNIT INDUSTRIES LTD (UNIT 2)

RELIANCE INDUSTRIAL PARK

93, ISLAMPUR, KODDA, NANDUN

GAZIPUR

Bangladesh

FTY MID NO.      BDNORKNI93GAZ

| KMART | IN35S | SKINNY 5X LIGHT WASH | | 2 | 24 | 4.660 USD | 111.84 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320093778843 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
*BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 50%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN35S | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 | |

FACTORY NO.      103165

NORP KNIT INDUSTRIES LTD (UNIT 2)

RELIANCE INDUSTRIAL PARK

93, ISLAMPUR, KODDA, NANDUN

GAZIPUR

Bangladesh

FTY MID NO.      BDNORKNI93GAZ

| KMART | IN35S | SKINNY 7 LIGHT WASH | | 3 | 36 | 4.660 USD | 167.76 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320093778892 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE

# COMMERCIAL INVOICE

Page 8 of 14

DATE: September 24, 2018

INVOICE NO.: 201821040886

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
*BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC]- CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3SS | REFERENCE NO. | 603C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 | |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN3SS | SKINNY 8 LIGHT WASH | | 5 | 60 | 4.660 USD | 279.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320093776900 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
*BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3SS | REFERENCE NO. | 603C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 | |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

# COMMERCIAL INVOICE

Page 0 of 14

DATE: September 24, 2018

INVOICE NO.: 201621940695

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN38S | SKINNY 10 LIGHT WASH | | 6 | 72 | 4.660 USD | 335.52 USD |
| | | | | CARTONS | PIECES | PIECES | |

ITEM: 320003778910
MADE IN BANGLADESH
CONTENTS 12 PIECES

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING. 2 FUNCTIONAL
*BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

| CONTRACT NO. | IN38S | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
B3, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN38S | SKINNY 12 LIGHT WASH | | 4 | 48 | 4.660 USD | 223.68 USD |
| | | | | CARTONS | PIECES | PIECES | |

ITEM: 320003778920
MADE IN BANGLADESH
CONTENTS 12 PIECES

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING. 2 FUNCTIONAL
*BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

| CONTRACT NO. | IN38S | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647 |

FACTORY NO.    103155

## COMMERCIAL INVOICE

Page 10 of 14

DATE: September 24, 2018

INVOICE NO.: 201821940565

5873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Mira-Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KOODA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNI93GAZ

| KMART | IN3SS | SKINNY 14 LIGHT WASH | | 5 CARTONS | 60 PIECES | 4.660  USD PIECES | 279.60  USD |
|-------|-------|----------------------|--|-----------|-----------|-------------------|-------------|
| ITEM: | 320093776934 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
*DESCRIPTION:GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
*BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 6 OZ
FOLD PACK

| | | | | |
|--|--|--|--|--|
| CONTRACT NO. | IN3SS | REFERENCE NO. | 6030 | |
| DC CODE | CCD | DEPARTMENT NO. | 04B | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5873 | |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 | |

FACTORY NO.          1031SS
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KOODA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNI93GAZ

| KMART | IN3SS | SKINNY 16 LIGHT WASH | | 4 CARTONS | 48 PIECES | 4.660  USD PIECES | 223.68  USD |
|-------|-------|----------------------|--|-----------|-----------|-------------------|-------------|
| ITEM: | 320093776942 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
*BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 6 OZ
FOLD PACK

# COMMERCIAL INVOICE

DATE: September 24, 2018

INVOICE NO.: 201621940586

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 448
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh        SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION:  Ocean

FOB Bangladesh

*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
*BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 66%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX  WOVEN 9 OZ
FOLD  PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3SS | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 | |

FACTORY NO.        103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI03GAZ

| KMART | IN3SS | SKINNY B MEDIUM WASH | | 2 | 24 | 4.660 USD | 111.84 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

ITEM:        320093770031
MADE IN        BANGLADESH
CONTENTS        12 PIECES

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
*BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 66%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX  WOVEN 9 OZ
FOLD  PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3SS | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 | |

FACTORY NO.        103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI03GAZ

# COMMERCIAL INVOICE

Page 13 of 14

DATE: September 24, 2018

INVOICE NO.: 2018218M0506

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Bangladesh

| KMART | IN3S3 | SKINNY 10 MEDIUM WASH | | 3 | 36 | 4.660  USD | 167.76  USD |
|-------|-------|-----------------------|--|---|----|------------|-------------|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320003779049 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING. 2 FUNCTIONAL
*BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX  WOVEN 9 OZ
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3S8 | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.      103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
63, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO. .       BDNORKNI93GAZ

PAYMENT TERM      Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER      OPEN ACCOUNT
LC#      NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 71 | 852 | PIECES | 3,970.32  USD |

TOTAL US DOLLARS THREE THOUSAND NINE HUNDRED SEVENTY DOLLARS AND THIRTY-TWO CENTS ONLY.

# COMMERCIAL INVOICE

DATE: September 24, 2018

INVOICE NO.: 2018210405/05

6573
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**   Mira Loma , CA

FOB Bangladesh

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

1058 Serk 23491

APL CO. PTE LTD

# APL

## BILL OF LADING

| SHIPPER (Principal or Seller name and full address) | BOOKING NUMBER | B/L NUMBER | PAGE 1 OF 2 |
|---|---|---|---|
| NORP KNIT INDUSTRIES LTD, NORTH KHAILKUR, P.O.NATIONAL UNIVERSITY,GAZIPUR-1704,BANGLADESH. TEL:880-2-9292036-2037,9291936-1937. | 056449752 | APLU 056449752 | |

EXP.FINAL DEST:CCD, MIRA LOMA, CA 91752

| CONSIGNEE (Name and Full Address) (Unless provided otherwise, a consignment "To Order" means To Order of Shipper) | FORWARDING AGENT (References, F.M.C. No.) |
|---|---|
| UNTO THE ORDER OF: THE HONGKONG AND SHANGHAI BANKING CORPORATION LTD. 186 BIR UTTAM MIR SHAWKAT ALI ROAD,DHAKA,BANGLADESH | AIR ALLIANCE LTD. BILQUIS TOWER,2ND FL,6,NORTH GULSHAN, C/A,CIR-2,DHAKA-1212,BD. |

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

| NOTIFY PARTY (Name and Full Address) | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER-TERMINAL/ON/YARD ROUTING |
|---|---|
| KMART CORPORATION. 3333 BEVERLY ROAD, HOFFMAN ESTATES, ILLINOIS 60179,U.S.A. | FROM POINT OF DESTINATION KMART C/O UPS SUPPLY CHAIN SOLUTION 19701 HAMILTON AVENUE TORRANCE,CA 90502,PHONE:(310) 404-2792,FAX:(310)404-2962, ATTN:MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| CALA PAGURO      007 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO,CA (SPO) | MIRA LOMA,CA-MWF |

Excess Valuation Please refer to Clause 7(8) on Reverse Side      PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NOS/CONTAINER NOS. | NO. OF PKGS | KIND | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| K-MART IN3SS ITEM NO : 320-04051840-9 320-04051841-7 320-04051842-5 320-04051844-1 320-04051846-6 320-04051849-0 320-04051874-8 320-04052006-6 320-04052648-5 320-09377879-3 320-09377880-1 320-09377881-9 320-09377884-3 320-09377889-2 320-09377890-0 320-09377891-8 320-09377892-6 320-09377893-4 320-09377894-2 | SC GB18/7107E 71 | | FREIGHT COLLECT AA)LV84000.00.00 SLAC CY/CY CTN LADIE'S 56%RAMIE 22% COTTON 21% POLYESTR 1%SPANDEX WOVEN PANTS STYLE NO: GF7RT32401BG ORDER NO. IN3SS REF NO. 803C QNTY- 852 PCS CAT NO.847 HTS#6204.6980.44 VENDOR#8873 , DIV NO.4 , DEPT# 049, INVOICE NO. 1058SERK23491 DATE: 10.09.2018 E-DOC INV NO.201821940586 DATE: 10.09.2018 EXP NO. 2859-49278-2018 DATE: 11.09.2018 EXPORT L/C # PGL-NORP/1058 DATE: 12.10.2017 CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT ** ** ORIGINAL BL ** | 337.250KG | 1.290M3 |

| Int. td of BL (Last In) DHAKA, BA | OCEAN FREIGHT PAYABLE AT MIRA LOMA, CA | | | The undersigned Carrier hereby acknowledges receipt of the named quantity of packages in which shipping units said to contain the Goods specified above in apparent good order and condition... THE CARRIER APL CO. PTE LTD |
|---|---|---|---|---|
| DECLARED VALUE SUBJECT TO AD VALOREM RATE. IF SHIPPER ENTERS A VALUE, CARRIER'S LIMITATION OF LIABILITY TO CONTAINER TERMS. | PREPAID U.S.$ | COLLECT U.S.$ | Local Currency | |
| | | | | 3 number of Original Bills of Lading |
| | | | | By APL (Bangladesh) Pvt. Ltd. Authorized Signatory AS AGENTS |

| GUR | 007 | TOTAL PREPAID | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Other | TOTAL COLLECT | | | | | |
| 00926134 | | 00562026 | 00597609 | CHT | SPO | MWF | Y | APLU 056449752 |
| F/00 | FORWARDER | SHIPPER | CONSIGNEE | | | NOTIFY | | B/L NUMBER |

APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

**APL**　　　　　　　BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER | PAGE 2 OF 2 |
|---|---|---|---|
| NORP KNIT INDUSTRIES LTD. NORTH KHAILKUR, P.O.NATIONAL UNIVERSITY, GAZIPUR-1704, BANGLADESH. TEL:880-2-9292036-2037,9291936-1937. | 056449752 | | APLU 056449752 |

FINAL DEST:CCD, MIRA LOMA, CA 91752

| CONSIGNEE (Name and Full Address) (Unless provided otherwise, a consignment "To Order" means To Order of Shipper) | FORWARDING AGENT (References, F.M.C. No.) |
|---|---|
| UNTO THE ORDER OF: THE HONGKONG AND SHANGHAI BANKING CORPORATION LTD. 186 BIR UTTAM MIR SHAWKAT ALI ROAD, DHAKA, BANGLADESH | AIR ALLIANCE LTD. BILQUIS TOWER,2ND FL,6,NORTH GULSHAN, C/A,CIR-2,DHAKA-1212,BD. |
| | POINT AND COUNTRY OF ORIGIN OF GOODS |
| | GAZIPUR, BANGLADESH |

| NOTIFY PARTY (Name and Full Address) | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/INTER-TERMINAL/ONWARD ROUTING FROM POINT OF DESTINATION |
|---|---|
| KMART CORPORATION. 3333 BEVERLY ROAD, HOFFMAN ESTATES, ILLINOIS 60179,U.S.A. | KMART C/O UPS SUPPLY CHAIN SOLUTION 19701 HAMILTON AVENUE TORRANCE,CA 90502,PHONE:(310) 404-2792,FAX:(310)404-2962, ATTN:MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| CALA PAGURO    007 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO,CA (SPQ) | MIRA LOMA,CA-MWF |

Excess Valuation Please refer to Clause 7(B) on Reverse Side　　PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | (kd) | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| 320-09377897-5 320-09377898-3 320-09377900-7 320-09377903-1 320-09377904-9 MADE IN BANGLADESH CONTENTS: | | | RECEIVED FOR SHIPMENT : 01.10.2018 CONTAINER GATE-IN DATE : 03.10.2018 MOTHER VESSEL NAME : CMA CGM LOIRE V. 317 ***FREIGHT COLLECT*** | | |
| ***CTR NBR** BMOU507855-4 | ****SEAL NBR**** 0732350 | | T/S HT    MODE    QUANT/TYPE D40 96  CY/ CY     71CTN ** SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT 337.25KG | MSMT 1.290M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD    OCT. 05, 2018

| | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|
| | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |

3

THE CARRIER
APL CO. PTE LTD
by APL (Bangladesh) Pvt. Ltd.
Date and    OCT. 05 2018
Place Issued    CHITTAGONG,

| GUR | 007 | | TOTAL PREPAID | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| VESSEL | Voyage | DISCH | TOTAL COLLECT | | | | | | | APLU 056449752 |
| | 00926134 | 00562026 | 00597609 | CRT | SPQ | MWF | | Y | |
| PCR | FORWARDER | SHIPPER | CONSIGNEE | | | | | | | B/L NUMBER |

APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

# COMMERCIAL INVOICE

Page 1 of 7

DATE: September 24, 2018

INVOICE NO.: 201821972033

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3ST | SKINNY 5 BLACK | 1 | 12 | 4.660 USD | 55.92 USD |
| | | | CARTONS | PIECES | PIECES | |
| ITEM: | 3200405I3383 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RT32401BG
DESCRIPTION:GIRLS SKINNY FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING. 2 FUNCTIONAL
BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA.
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 60%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX  WOVEN 9 OZ
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ST | REFERENCE NO. | 603C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.    103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
63, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI63GAZ

| KMART | IN3ST | SKINNY 5 DARK RINSE | 3 | 36 | 4.660 USD | 167.76 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| ITEM: | 3200405I3376 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RT32401BG
DESCRIPTION:GIRLS SKINNY FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING. 2 FUNCTIONAL
BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 60%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX  WOVEN 9 OZ
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ST | REFERENCE NO. | 603C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

# COMMERCIAL INVOICE

Page 2 of 7

DATE: September 24, 2018

INVOICE NO.: 201821972033

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART-CORPORATION
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

FACTORY NO.        103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3ST | SKINNY 6 DARK RINSE | 5 CARTONS | 36 PIECES | 4.660 USD PIECES | 167.76 USD |
|-------|-------|---------------------|-----------|-----------|------------------|------------|
| ITEM: | 3200405350 80 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RT32401BG
DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING. 2 FUNCTIONAL
BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA.
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX  WOVEN 9 OZ
FOLD  PACK

| CONTRACT NO. | IN3ST | REFERENCE NO. | 603C |
|--------------|-------|---------------|------|
| DC CODE | OCO | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING 6 OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.        103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3ST | SKINNY 6X DARK RINSE | 1 CARTONS | 12 PIECES | 4.660 USD PIECES | 55.92 USD |
|-------|-------|----------------------|-----------|-----------|------------------|------------|
| ITEM: | 3200405352 86 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RT32401BG
DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING. 2 FUNCTIONAL
BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA.
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX  WOVEN 9 OZ
FOLD  PACK

# COMMERCIAL INVOICE

DATE: September 24, 2018
INVOICE NO.: 201821972033

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma, CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| CONTRACT NO. | IN3ST | REFERENCE NO. | 503C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647 |

FACTORY NO.        403165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3ST | SKINNY 7 DARK RINSE | | 2 CARTONS | 24 PIECES | 4.660 USD PIECES | 111.84 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320040547606 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 60%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX  WOVEN  9 OZ
FOLD BACK

| CONTRACT NO. | IN3ST | REFERENCE NO. | 503C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647 |

FACTORY NO.        403165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3ST | SKINNY 8 DARK RINSE | | 3 CARTONS | 36 PIECES | 4.660 USD PIECES | 167.76 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320040547713 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE

## COMMERCIAL INVOICE

Page 4 of 7

DATE: September 24, 2018

INVOICE NO.: 201821072033

0373
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOR Bangladesh

ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING. 2 FUNCTIONAL
BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 55%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX  WOVEN  9 OZ
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ST | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT3240100 | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.      103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNI83GAZ

| KMART | IN3ST | SKINNY 10 DARK RINSE | | 2 CARTONS | 24 PIECES | 4.660  USD PIECES | 111.84  USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320040547721 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12  PIECES | | | | | | |

STYLE # GF7RT3240100
DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING. 2 FUNCTIONAL
BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 55%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX  WOVEN  9 OZ
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ST | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT3240100 | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.      103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNI83GAZ

# COMMERCIAL INVOICE

Page 5 of 7
DATE: September 24, 2018
INVOICE NO.: 2018219720333

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira-Loma , CA

FOB Bangladesh

| KMART | IN3ST | SKINNY 14 DARK RINSE | | | | |
|-------|-------|----------------------|---|---|---|---|
| | | | 2 CARTONS | 24 PIECES | 4,650 USD PIECES | 111.84 USD |
| ITEM: | 320040546208 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RT3240IBG
DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTONAL
COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING. 2 FUNCTIONAL
BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX  WOVEN 6 OZ
FOLD PACK

| CONTRACT NO. | IN3ST | REFERENCE NO. | 803C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT3240IBG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.         103155
NORF KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.         BGNORBKN93GAZ

| KMART | IN3ST | SKINNY 12 MEDIUM WASH | | | | |
|-------|-------|------------------------|---|---|---|---|
| | | | 1 CARTONS | 12 PIECES | 4,660 USD PIECES | 55.92 USD |
| ITEM: | 320093779056 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RT3240IBG
DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTONAL
COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING. 2 FUNCTIONAL
BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX  WOVEN 9 OZ
FOLD PACK

| CONTRACT NO. | IN3ST | REFERENCE NO. | 803C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT3240IBG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.         103155

# COMMERCIAL INVOICE

Page 6 of 7

DATE: September 24, 2018

INVOICE NO.: 201821072033

6573
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNI93GAZ

| KMART | IN35T | SKINNY 16 MEDIUM WASH | | 1 | 12 | 4.660 USD | $5.02 USD |
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320093770100 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX  WOVEN 6 OZ
FOLD  PACK

| CONTRACT NO. | IN35T | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6573 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR FRECLASS # | | CATEGORY | 847 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT

| | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|---|
| TOTAL INVOICE | | 19 | 926 PIECES | | 1,062.48 USD |

TOTAL US DOLLARS ONE THOUSAND SIXTY-TWO DOLLARS AND FORTY-EIGHT CENTS ONLY.

# COMMERCIAL INVOICE

Page 7 of 7
DATE: September 24, 2016
INVOICE NO.: 201621972053

6873
PEARL GLOBAL, INDUSTRIES LTD.
PGIL, PLOT NO. 440
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

APL CO. PTE LTD

**APL**

# BILL OF LADING

| | |
|---|---|
| BOOKING NUMBER 056449750 | B/L NUMBER APLU 056449750 PAGE 1 OF 2 |

**SHIPPER** (Principal or Seller license and full address)
NORP KNIT INDUSTRIES LTD.
NORTH KRAILKUR, P.O. NATIONAL
UNIVERSITY, GAZIPUR-1704, BANGLADESH.
TEL:880-2-9292036-2037,9291936-1937.

EXPORT FINAL DEST:CCD, MIRA LOMA, CA 91752

**CONSIGNEE** (Name and Full Address shown Negotiable)
(Unless provided otherwise, a consignment "to Order" means "to Order of Shipper")
UNTO THE ORDER OF:
THE HONGKONG AND SHANGHAI BANKING
CORPORATION LTD.
186 BIR UTTAM MIR
SHAWKAT ALI ROAD, DHAKA, BANGLADESH

**FORWARDING AGENT** (References, FMC No.)
AIR ALLIANCE LTD.
BILQUIS TOWER, 2ND FL,6,NORTH GULSHAN,
C/A,CIR-2,DHAKA-1212,BD.

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

**NOTIFY PARTY** (Name and Full Address)
KMART CORPORATION.
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179,U.S.A.

ALSO NOTIFY (Name and Full Address)DOMESTIC ROUTING/
EXPORT INSTRUCTIONSINTER-TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION
KMART C/O UPS SUPPLY CHAIN SOLUTION
19701 HAMILTON AVENUE
TORRANCE, CA 90502, PHONE:(310)
404-2792,FAX:(310)404-2962,
ATTN:MARY ELLEN WRATSCHKO.

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT CHITTAGONG |
|---|---|
| EXPORT CARRIER (Vessel, voyage, & flag) CALA PAGURO     007 | PORT OF LOADING CHITTAGONG, BA |
| PORT OF DISCHARGE SAN PEDRO,CA (SPQ) | PLACE OF DELIVERY MIRA LOMA, CA-MWF |

Excess Valuation Please refer to Clause 7(K) on Reverse Side      **PARTICULARS FURNISHED BY SHIPPERS**

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OR PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| K-MART<br>IN3ST<br><br>ITEM NO.:<br>320-04051837-5<br>320-04051838-3<br>320-04053317-6<br>320-04053508-0<br>320-04053528-8<br>320-04054760-6<br>320-04054771-3<br>320-04054772-1<br>320-04054755-2<br>320-04054820-8<br>320-04054822-4<br>320-09377859-1<br>320-09377905-4<br>320-09377906-1<br>320-09377910-6<br>MADE IN<br>BANGLADESH<br>CONTENTS: | SC GB18<br>19 | FREIGHT COLLECT<br>7107E<br>CTN   AA)LV64000.00.00   SLAC CY/CY<br>LADIE'S 56%RAMIE 22% COTTON 21%<br>POLYESTR 1%SPANDEX WOVEN PANTS<br><br>STYLE NO:<br>GF7RT32401BG<br>ORDER NO.<br>IN3ST<br>REF. NO.<br>803C<br>ONLY: 228 PCS<br>CAT NO. 847 HTS#6204.6980.44<br>VENDOR#8873 , DIV NO.4 , DEPT# 049.<br><br>INVOICE NO. 1058SERK23493 DATE:<br>10.09.2018<br>E-DOC INV NO.201821972033 DATE:<br>10.09.2018<br>EXP NO.: 2859-45263-2018 DATE:<br>11.09.2018<br>EXPORT L/C # PGL-NORP/1056 DATE:<br>12.10.2017<br>            CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT **<br>                                        ** ORIGINAL BL ** | 90.250KG | 0.320M3 |

| B/L (OTHER) PLACE OF RECEIPT DHAKA, BA | OCEAN FREIGHT PAYABLE AT MIRA LOMA, CA | | | |
|---|---|---|---|---|
| | PREPAID U.S.$ | COLLECT U.S.$ | Local Currency | |

The undersigned Carrier hereby acknowledges receipt of the stated container or packages or other shipping units said to contain the Goods described above to be transported subject to all the terms and conditions appearing on the front, reverse side and incorporated... APL CO. PTE LTD

By APL (Bangladesh) Pvt. Ltd.
Authorized Signatures   AS AGENTS

| GUR 007 | TOTAL PREPAID | | | | | | Date and Place Issued | |
|---|---|---|---|---|---|---|---|---|
| Vessel Voyage Effect | TOTAL COLLECT | | | | | | Y | APLU 056449750 |
| 00926134 | 00562026 | 00597609 | CHT | SPQ | MWF | | | |

| FOR | FORWARDER | SHIPPER | CONSIGNEE | | | POLICY | NOTIFY | UAC | ... ORIGINAL |
|---|---|---|---|---|---|---|---|---|---|

APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

APL CO. PTE LTD

# APL

## BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) NORP KNIT INDUSTRIES LTD, NORTH KHAILKUR, P.O.NATIONAL UNIVERSITY,GAZIPUR-1704,BANGLADESH. TEL:880-2-9292036-2037,9291936-1937. | BOOKING NUMBER 056449750 | B/L NUMBER APLU 056449750 | PAGE 2 OF 2 |
|---|---|---|---|
| | EXP FINAL DEST:CCD, MIRA LOMA, CA 91752 | | |

| CONSIGNEE (Name and Full Address - If consignee is "to order" specify "to order" 1) (Unless provided otherwise, a consignment "To Order" means "To Order of Shipper) UNTO THE ORDER OF: THE HONGKONG AND SHANGHAI BANKING CORPORATION LTD 186 BIR UTTAM MIR SHAWKAT ALI ROAD,DHAKA,BANGLADESH | FORWARDING AGENT (References, F.M.C. No.) AIR ALLIANCE LTD. BILQUIS TOWER,2ND FL,6,NORTH GULSHAN, C/A,CIR-2,DHAKA-1212.BD. |
|---|---|
| | POINT AND COUNTRY OF ORIGIN OF GOODS GAZIPUR, BANGLADESH |

| NOTIFY PARTY (Name and Full Address) KMART CORPORATION. 3333 BEVERLY ROAD, HOFFMAN ESTATES ILLINOIS 60179,U.S.A. | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING/ FROM POINT OF DESTINATION KMART C/O UPS SUPPLY CHAIN SOLUTION 19701 HAMILTON AVENUE TORRANCE,CA 90502, PHONE:(310) 404-2792,FAX:(310)404-2962, ATTN:MARY ELLEN WRATSCHKO. |
|---|---|

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT CHITTAGONG |
|---|---|

| EXPORT CARRIER (Vessel, voyage, & flag) CALA PAGURO    007 | PORT OF LOADING. CHITTAGONG, BA |
|---|---|

| PORT OF DISCHARGE SAN PEDRO, CA (SPO) | PLACE OF DELIVERY MIRA LOMA,CA-MWF |
|---|---|

Excess Valuation Please refer to Clause 7(II) on Reverse Side    PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | RECEIVED FOR SHIPMENT : 01.10.2018 CONTAINER GATE-IN DATE : 03.10.2018 MOTHER VESSEL NAME : CMA CGM LOIRE V. 317 ***FREIGHT COLLECT*** | | |
| ***CTR NBR** BMOU507855-4 | ****SEAL 0732360 ** | NBR**** T/S HT    MODE    QUANT/TYPE D40.96  CY/ CY    19CTN SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT 90.25KG | MSMT 0.320M3 |
| | | | ** FREIGHT COLLECT ** ** ORIGINAL BL ** | |
| | | SHIPPED ON BOARD  OCT. 05, 2018 | | |

APL CO. PTE LTD

By APL (Bangladesh) Pvt. Ltd.
Authorized Signature

OCT. 05 2018
CHITTAGONG,

| GUR 007 | | TOTAL PREPAID | | | | | | | APLU 056449750 |
|---|---|---|---|---|---|---|---|---|---|
| | | TOTAL COLLECT 00926134 | 00582026 | 00557609 | CHT | SPO | MWF | Y | APLU 056449750 |

APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING.

# COMMERCIAL INVOICE

Page 1 of 8
DATE: September 24, 2018
INVOICE NO.: 2018I21972022

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:    Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3SV | SKINNY BOOT 5 RINSE | 1 CARTONS | 12 PIECES | 4.890 USD PIECES | 58.68 USD |
| ITEM: | 320041585448 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RT324028G
DESCRIPTION: GIRLS SKINNY BOOT FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE AT CENTRE FRONT
ADJUSTABLE WAIST BAND ELASTIC WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND
CENTRE FRONT FLY WITH METAL ZIPPER OPENING, FUNCTIONAL FRONT POCKET &
FUNCTIONAL COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING,
2 FUCTIONAL BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA.
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRICATION -56%/RAME 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SV | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | GF7RT324028G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANOUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3SV | SKINNY BOOT 5 RINSE | 1 CARTONS | 12 PIECES | 4.890 USD PIECES | 58.68 USD |
| ITEM: | 320041585456 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RT324028G
DESCRIPTION: GIRLS SKINNY BOOT FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE AT CENTRE FRONT
ADJUSTABLE WAIST BAND ELASTIC WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND
CENTRE FRONT FLY WITH METAL ZIPPER OPENING, FUNCTIONAL FRONT POCKET &
FUNCTIONAL COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING,
2 FUCTIONAL BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA.
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRICATION -56%/RAME 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SV | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | GF7RT324028G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

# COMMERCIAL INVOICE

Page 2 of 6

DATE: September 24, 2018

INVOICE NO.: 201821972622

6673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN3SV | SKINNY BOOT 5X RINSE | | 1 | 12 | 4.890 USD | 58.80 USD |
|-------|-------|---------------------|--|---|----|-----------|-----------|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 3220041695464 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT3240280
DESCRIPTION: GIRLS SKINNY BOOT FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE AT CENTRE FRONT
ADJUSTABLE WAIST BAND ELASTIC WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND
CENTRE FRONT FLY WITH METAL ZIPPER OPENING, FUNCTIONAL FRONT POCKET &
FUNCTIONAL COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING.
2 FUCTIONAL BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA.
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRICATION -50%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN
FOLD PACK

| CONTRACT NO. | IN3SV | REFERENCE NO. | 803C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673. |
| VENDOR ITEM CODE | GF7RT3240280 | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRICLASS # | | CATEGORY | 647 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN3SV | SKINNY BOOT 5 RINSE | | 2 | 24 | 4.890 USD | 117.36 USD |
|-------|-------|---------------------|--|---|----|-----------|------------|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 3220041695460 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT3240283
DESCRIPTION: GIRLS SKINNY BOOT FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE AT CENTRE FRONT
ADJUSTABLE WAIST BAND ELASTIC WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND
CENTRE FRONT FLY WITH METAL ZIPPER OPENING, FUNCTIONAL FRONT POCKET &
FUNCTIONAL COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING.
2 FUCTIONAL BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA.
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRICATION -50%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN
FOLD PACK

# COMMERCIAL INVOICE

Page 3 of 8
DATE: September 24, 2018
INVOICE NO.: 201821972622

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3SV | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | GF7RT32402BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 | |

FACTORY NO. 103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY-MID NO. BDNORKNI03GAZ

| KMART | IN3SV | SKINNY BOOT 14 RINSE | | 1 CARTONS | 12 PIECES | 4.890 USD | 58.68 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320041588609 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32402BG
DESCRIPTION: GIRLS SKINNY BOOT FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE AT CENTRE FRONT
ADJUSTABLE WAIST BAND ELASTIC WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND
CENTRE FRONT FLY WITH METAL ZIPPER OPENING, FUNCTIONAL FRONT POCKET &
FUNCTIONAL COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING,
2 FUCTIONAL BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA.
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRICATION -58%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN
FOLD PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3SV | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | GF7RT32402BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 | |

FACTORY NO. 103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO. BDNORKNI03GAZ

| KMART | IN3SV | SKINNY BOOT 4 MEDIUM WASH | | 1 CARTONS | 12 PIECES | 4.890 USD | 58.68 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320041588625 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32402BG
DESCRIPTION: GIRLS SKINNY BOOT FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE AT CENTRE FRONT

# COMMERCIAL INVOICE

Page 4 of 9
DATE: September 24, 2016
INVOICE NO.: 201621572622

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

ADJUSTABLE WAIST BAND ELASTIC WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND
CENTRE FRONT FLY WITH METAL ZIPPER OPENING, FUNCTIONAL FRONT POCKET &
FUNCTIONAL COIN POCKET, 6 RIVET EACH AT FRONT POCKET BOTTOM OPENING.
2 FUCTIONAL BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA.
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRICATION -56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN
FOLD PACK

| CONTRACT NO. | IN3SV | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT32402DG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3SV | SKINNY BOOT 5 MEDIUM WASH | | 1 | 12 | 4.890 USD | 58.66 USD |
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320041502007 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32402DG
DESCRIPTION: GIRLS SKINNY BOOT FIT DENIM PANT-
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE AT CENTRE FRONT
ADJUSTABLE WAIST BAND ELASTIC WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND
CENTRE FRONT FLY WITH METAL ZIPPER OPENING, FUNCTIONAL FRONT POCKET &
FUNCTIONAL COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING.
2 FUCTIONAL BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA.
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRICATION -56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN
FOLD PACK

| CONTRACT NO. | IN3SV | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT32402DG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI030GAZ

# COMMERCIAL INVOICE

Page 5 of 8
DATE: September 24, 2018
INVOICE NO.: 201821072022

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN3SV | SKINNY BOOT 6 MEDIUM WASH | 2 | 24 | 4.890  USD | 117.36  USD |
|-------|-------|----------------------------|---|----|-----------|-------------|
|       |       |                            | CARTONS | PIECES | PIECES |  |

ITEM:        3200415924462
MADE IN      BANGLADESH
CONTENTS     12 PIECES

STYLE # GF7RT324020G
DESCRIPTION: GIRLS SKINNY BOOT FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE AT CENTRE FRONT
ADJUSTABLE WAIST BAND ELASTIC WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND
CENTRE FRONT FLY WITH METAL ZIPPER OPENING, FUNCTIONAL FRONT POCKET &
FUNCTIONAL COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING.
2 FUCTIONAL BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA.
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRICATION -56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN
FOLD PACK

| CONTRACT NO. | IN3SV | REFERENCE NO. | 803C |
|--------------|-------|----------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT324020G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # |  | CATEGORY | 847 |

FACTORY NO.        103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR.
Bangladesh
FTY MID NO.        BDNDRKNI93GAZ

| KMART | IN3SV | SKINNY BOOT 6X MEDIUM WASH | 2 | 24 | 4.890  USD | 117.36  USD |
|-------|-------|-----------------------------|---|----|-----------|-------------|
|       |       |                             | CARTONS | PIECES | PIECES |  |

ITEM:        3200415924456
MADE IN      BANGLADESH
CONTENTS     12 PIECES

STYLE # GF7RT324020G
DESCRIPTION: GIRLS SKINNY BOOT FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE AT CENTRE FRONT
ADJUSTABLE WAIST BAND ELASTIC WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND
CENTRE FRONT FLY WITH METAL ZIPPER OPENING, FUNCTIONAL FRONT POCKET &
FUNCTIONAL COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING.
2 FUCTIONAL BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA.
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRICATION -56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN
FOLD PACK

| CONTRACT NO. | IN3SV | REFERENCE NO. | 803C |
|--------------|-------|----------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT324020G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # |  | CATEGORY | 847 |

FACTORY NO.        103165

# COMMERCIAL INVOICE

Page 6 of 8
DATE: September 24, 2018
INVOICE NO.: 201821072922

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA.
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN3SV | SKINNY BOOT 7 MEDIUM WASH | | 2 | 24 | 4.890 USD | 117.36 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320041609025 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT324028G
DESCRIPTION: GIRLS SKINNY BOOT FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE AT CENTRE FRONT
ADJUSTABLE WAIST BAND ELASTIC WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND
CENTRE FRONT FLY WITH METAL ZIPPER OPENING, FUNCTIONAL FRONT POCKET &
FUNCTIONAL COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING.
2 FUCTIONAL BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA.
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRICATION -50%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN
FOLD PACK

CONTRACT NO.    IN3SV    REFERENCE NO.    503C
DC CODE    CCD    DEPARTMENT NO.    049
DIVISION NO.    Division 4    VENDOR NO.    8873
VENDOR ITEM CODE    GF7RT324028G    COUNTRY OF ORIGIN    BANGLADESH
BINDING RULINGS # OR    CATEGORY    847
PRECLASS #

FACTORY NO.    103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN3SV | SKINNY BOOT 6 MEDIUM WASH | | 1 | 12 | 4.890 USD | 58.68 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320041810205 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT324028G
DESCRIPTION: GIRLS SKINNY BOOT FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE AT CENTRE FRONT
ADJUSTABLE WAIST BAND ELASTIC WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND
CENTRE FRONT FLY WITH METAL ZIPPER OPENING, FUNCTIONAL FRONT POCKET &
FUNCTIONAL COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING.
2 FUCTIONAL BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA.
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRICATION -50%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN
FOLD PACK

# COMMERCIAL INVOICE

Page 7 of 8
DATE: September 24, 2018
INVOICE NO.: 2018291972022

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| CONTRACT NO. | IN3SV | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT324028G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN3SV | SKINNY BOOT 12 MEDIUM WASH | 1 | 12 | 4.890 USD | 58.68 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320041611971 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RT324028G
DESCRIPTION: GIRLS SKINNY BOOT FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE AT CENTRE FRONT
ADJUSTABLE WAIST BAND ELASTIC WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND
CENTRE FRONT FLY WITH METAL ZIPPER OPENING, FUNCTIONAL FRONT POCKET &
FUNCTONAL COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING.
2 FUCTIONAL BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA.
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRICATION -56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN
FOLD PACK

| CONTRACT NO. | IN3SV | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT324028G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN3SV | SKINNY BOOT 16 MEDIUM WASH | 1 | 12 | 4.890 USD | 58.68 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320041612763 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RT324028G
DESCRIPTION: GIRLS SKINNY BOOT FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE AT CENTRE FRONT

# COMMERCIAL INVOICE

Page 3 of 8
DATE: September 24, 2018
INVOICE NO.: 201821072622

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Bangladesh

ADJUSTABLE WAIST BAND ELASTIC WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND
CENTRE FRONT FLY WITH METAL ZIPPER OPENING, FUNCTIONAL FRONT POCKET &
FUNCTONAL COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING.
2 FUCTIONAL BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA.
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRICATION -56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SV | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT324028G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.     103185
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.      BGNORKNI93GAZ

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | AMOUNT (US$) |
|---|---|---|---|
| TOTAL INVOICE | 17 | 204 PIECES | 997.56  USD |

TOTAL US DOLLARS NINE HUNDRED NINETY-SEVEN DOLLARS AND FIFTY-SIX CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME
EMPLOYEE TITLE

# APL                    BILL OF LADING

| | |
|---|---|
| SHIPPER/EXPORTER Principal or Seller (Name and Full Address)<br>NORP KNIT INDUSTRIES LTD.<br>NORTH KHAILKUR. P.O. NATIONAL<br>UNIVERSITY,GAZIPUR-1704,BANGLADESH.<br>TEL:880-2-9292036-2037,9291936-1937. | BOOKING NUMBER<br>056449751   BL NUMBER   PAGE 1 OF 2<br>APLU 0564497S1<br>EXP FINAL DEST:CCD, MIRA LOMA, CA 91752 |

| | |
|---|---|
| CONSIGNEE (Name and Full Address)<br>(Unless provided otherwise, a consignment "To Order" means To Order of Shipper)<br>UNTO THE ORDER OF:<br>THE HONGKONG AND SHANGHAI BANKING<br>CORPORATION LTD.<br>186 BIR UTTAM MIR<br>SHAWKAT ALI ROAD,DHAKA,BANGLADESH | FORWARDING AGENT (References. F.M.C.No.)<br>AIR ALLIANCE LTD.<br>BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,<br>C/A,CIR-2,DHAKA-1212,BD. |
| | POINT AND COUNTRY OF ORIGIN OF GOODS<br>GAZIPUR, BANGLADESH |
| NOTIFY PARTY (Name and Full Address)<br>KMART CORPORATION.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,<br>ILLINOIS 60179,U.S.A. | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/<br>EXPORT INSTRUCTIONS/PIER-TERMINAL/ONFORWARD ROUTING<br>FROM POINT OF DESTINATION<br>KMART C/O UPS SUPPLY CHAIN SOLUTION<br>19701 HAMILTON AVENUE<br>TORRANCE, CA  90502, PHONE: (310)<br>404-2792,FAX:(310)404-2962,<br>ATTN:MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT<br>CHITTAGONG | |
|---|---|---|
| EXPORT CARRIER (Vessel, voyage, & flag)<br>CALA PAGURO   007 | PORT OF LOADING<br>CHITTAGONG, BA | |
| PORT OF DISCHARGE<br>SAN PEDRO, CA (SPQ) | PLACE OF DELIVERY<br>MIRA LOMA,CA-MWF | |

Excess Valuation Please refer to Clause 7(8) on Reverse Side.   PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NOS/CONTAINER NOS | NO OF PKGS | DESCRIPTION OF PACKAGES & GOODS | GROSS WT KGH | MEASUREMENT |
|---|---|---|---|---|
| K-MART<br>IN3SV<br><br>ITEM NO :<br>320-04158544-9<br>320-04158545-6<br>320-04158546-4<br>320-04158547-2<br>320-04158548-0<br>320-04158549-8<br>320-04158860-9<br>320-04158862-5<br>320-04159200-7<br>320-04159245-2<br>320-04159465-6<br>320-04160902-5<br>320-04161020-5<br>320-04161023-9<br>320-04161197-1<br>320-04161276-3<br>320-04316578-0<br>320-09436580-6<br>320-09436585-5 | SC GB18<br>17 | 71.07E<br>CTN   AA)LV84000.00.00  SLAC CY/CY<br>LADIE'S 56%RAMIE 22% COTTON 21%<br>POLYESTR 1%SPANDEX WOVEN PANTS<br><br>STYLE NO:<br>GF7RT32402BG<br>ORDER NO.<br>IN3SV<br>REF NO.<br>803C<br>QNTY. 204 PCS<br>CAT NO.847 HTS#6204.6980.44<br>VENDOR#8873 . DIV NO.4 , DEPT# 049.<br><br>INVOICE NO. 1058SERK23497 DATE:<br>10.09.2018<br>E-DOC INV NO.201821972622 DATE:<br>10.09.2018<br>EXP NO. 2859-49294-2018 DATE:<br>11.09.2018<br>EXPORT L/C # PGL-NORP/1058 DATE:<br>17.10.2017<br>            CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT **<br>                                        ** ORIGINAL BL ** | 71.400KG | 0.250M3 |

| DHAKA,BA | OCEAN FREIGHT PAYABLE AT<br>MIRA LOMA, CA | | |
|---|---|---|---|
| | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GUR.| 007 | | TOTAL PREPAID | | | | | |
| Vessel | Voy No | Pier | TOTAL COLLECT | | | | | |
| | 00926134 | 005562826 | 80557609 | CMT | SPQ | MWF | Y | APLU 0564497S1 |

APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING.

# APL

## BILL OF LADING

| | | BOOKING NUMBER | B.L. NUMBER | PAGE 2 OF 3 |
|---|---|---|---|---|
| | | 056449751 | APLU 056449751 | |

**SHIPPER (Principal or Seller Scheme and Full Address)**
NORP KNIT INDUSTRIES LTD,
NORTH KHAILKUR, P.O.NATIONAL
UNIVERSITY GAZIPUR-1704, BANGLADESH.
TEL:880-2-9292036-2037,9291936-1937.

EXPORT FINAL DEST:CCD, MIRA LOMA, CA 91752

**CONSIGNEE (Name and Full Address)**
(Unless provided otherwise, a consignee "To Order" means To Order of Shipper)
UNTO THE ORDER OF:
THE HONGKONG AND SHANGHAI BANKING
CORPORATION LTD,
186 BIR UTTAM MIR
SHAWKAT ALI ROAD,DHAKA,BANGLADESH.

**FORWARDING AGENT (References, F.M.C. No.)**
AIR ALLIANCE LTD.
BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,
C/A,CIR-2,DHAKA-1212,BD.

**POINT AND COUNTRY OF ORIGIN OF GOODS**
GAZIPUR, BANGLADESH

**NOTIFY PARTY (Name and Full Address)**
KMART CORPORATION,
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179,U.S.A.

**ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/**
**EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING**
**FROM POINT OF DESTINATION**
KMART C/O UPS SUPPLY CHAIN SOLUTION
19701 HAMILTON AVENUE
TORRANCE,CA 90502,PHONE:(310)
404-2792,FAX:(310)404-2962,
ATTN:MARY ELLEN WRATSCHKO.

| **INITIAL CARRIAGE BY (MODE)** | **PLACE OF RECEIPT** CHITTAGONG |
|---|---|

| **EXPORT CARRIER (Vessel, Voyage, & Flag)** CALA PAGURO   007 | **PORT OF LOADING** CHITTAGONG, BA |
|---|---|

| **PORT OF DISCHARGE** SAN PEDRO, CA (SFO) | **PLACE OF DELIVERY** MIRA LOMA,CA-MWF |
|---|---|

**Carrier Valuation Please refer to Clause 7(B) on Reverse Side        PARTICULARS FURNISHED BY SHIPPERS**

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| 320-09436586-3<br>320-09436587-1<br>320-09436588-9<br>320-09436589-7<br>MADE IN<br>BANGLADESH<br>CONTENTS: | | | RECEIVED FOR SHIPMENT : 01.10.2018<br>CONTAINER GATE-IN DATE : 03.10.2018<br>MOTHER VESSEL NAME : CMA CGM LOIRE<br>V 317<br>***FREIGHT COLLECT*** | | |
| ***CTR NBR**<br>BMOU507855-4 | ****SEAL NBR****<br>0732360** | | T/E HT    MODE    QUANT/TYPE<br>D40  96   CY/CY   17CTN<br>SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT<br>71.40KG | MSMT<br>0.250M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD  OCT. 05, 2018

| | | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|---|
| | | **PREPAID U.S. $** | **COLLECT U.S. $** | **Local Currency** | |

APL CO. PTE LTD

By APL (Bangladesh) Pvt. Ltd.,
Authorized Signature AS AGENTS

Date and
Place Issued  OCT.  05, 2018
CHITTAGONG,

| GUR 007 | | **TOTAL PREPAID** | | | | | | | | APLU 056449751 |
|---|---|---|---|---|---|---|---|---|---|---|
| Vessel | Voy | **TOTAL COLLECT** | | CHT | SFO | MWF | Y | | | |
| | 00925134 | 00562026 | 00597609 | | | | | | | |

APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING



# COMMERCIAL INVOICE

Page 1 of 5

DATE: October 01, 2018

INVOICE NO.: 201822223584

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Mira Loma, CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN40Y | VC PANT NAVY DAISY MEDIEVAL BLUE | 114 | 114 | 35.160 USD | 4,008.24 USD |
| ITEM: | 360011311246 | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: LP9VC36001JR
DESCRIPTIONS: SLEEP VALUE LONG PANT
DETAIL OF THE GARMENTS: SLEEP VALUE LONG PANT WITH WAISTBANDS WITH ELASTIC,
LEG OPENING HEMMED, DRAWCORD WITH SELF FABRIC, NO POCKETS,
NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: WAIST TILL ANKEL
FABRICATION: BODY-- 100% COTTON SINGLE JERSEY (EXCEPT BELOW COLOR)
FABRICATION: TABBY GREY HTR BODY-- 95% COTTON 5% VISCOSE SINGLE JERSEY
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07,
HANGER PACK: 12 PCS
HANGER CODE# 60129 & SIZER CODE# CS1Q , PRICE: HANGER $0.12 & SIZER $ .015
SIZES : S,M,L,XL
COUNTRY OF ORIGIN (FABRIC) BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN40Y | REFERENCE NO. | 801C | |
| DC CODE | OCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 | |
| VENDOR ITEM CODE | LP9VC36001JR | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN40Y | VC PANT GREEN FEATHEOANTON | 117 | 117 | 35.160 USD | 4,113.72 USD |
| ITEM: | 360063718050 | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: LP9VL36001JR
DESCRIPTIONS: SLEEP VALUE LONG PANT
DETAIL OF THE GARMENTS: SLEEP VALUE LONG PANT WITH WAISTBANDS WITH ELASTIC,
LEG OPENING HEMMED, DRAWCORD WITH SELF FABRIC, NO POCKETS,
NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: WAIST TILL ANKEL
FABRICATION: BODY-- 100% COTTON SINGLE JERSEY ( EXCEPT BELOW COLOR)
FABRICATION: TABBY GREY HTR BODY-- 95% COTTON 5% VISCOSE SINGLE JERSEY
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07,
HANGER PACK: 12 PCS
HANGER CODE# 60129 & SIZER CODE# CS1Q , PRICE: HANGER $0.12 & SIZER $ .015
SIZES : S,M,L,XL
COUNTRY OF ORIGIN (FABRIC) BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

# COMMERCIAL INVOICE

Page 2 of 5
DATE: October 01, 2016
INVOICE NO.: 201822223664

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma, CA

FOB Bangladesh

| CONTRACT NO. | IN40Y | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | LP9VC3000IJR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 349, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN41G | VC SLOUCHY TEE PURPLCHIVE BLOSSOM | | 115 | 115 | 22.440 USD | 2,647.92 USD |
| ITEM: | 7300195865371 | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: LP9VC73020JR
DESCRIPTIONS: SLEEP SLOUCHY TEE
DETAIL OF THE GARMENTS: SLEEP SLOUCHY TEE, THIS STYLE HAVING HANGER LOOPS
SLEEVE OPENING WITH RAW EDGE,NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION BODY:- 100% COTTON SINGLE JERSEY
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 11 / HORIZONTAL-00,
HANGER PACK : 12 PCS
HANGER CODE# 484B & SIZER CODE# CS1D , PRICE: HANGER $0.13 & SIZER $ .015
SIZES : S,M,L,XL
COUNTRY OF ORIGIN [FABRIC] BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-RAW EDGE

| CONTRACT NO. | IN41G | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | LP9VC73020JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD.(UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN41G | VC SLOUCHY TEE BLUE CORNFLOWER BLUE | | 116 | 116 | 22.440 USD | 2,603.04 USD |
| ITEM: | 7300195860050 | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

# COMMERCIAL INVOICE

Page 3 of 5
DATE: October 04, 2016
INVOICE NO.: 201622223684

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 445
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

STYLE NAME: LP5VC73020JR
DESCRIPTIONS: SLEEP SLOUCHY TEE
DETAIL OF THE GARMENTS: SLEEP SLOUCHY TEE, THIS STYLE HAVING HANGER LOOPS
SLEEVE OPENING WITH RAW EDGE,NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 100% COTTON SINGLE JERSEY
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 11 / HORIZONTAL-09,
HANGER PACK : 12 PCS
HANGER CODE# 494B & SIZER CODE#-CS1Q , PRICE: HANGER $0.13 & SIZER $ .015
SIZES : S,M,L,XL
COUNTRY OF ORIGIN [FABRIC]: BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-RAW EDGE

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN41G | REFERENCE NO. | 601C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | |
| VENDOR ITEM CODE | LP5VC73020JR | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | |

FACTORY NO. 102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
ITY MID NO. BDNORKNI0AZ

| KMART | IN41H | VC SLOUCHY TEE FL BLUCORNFLOWER BLUE | | 114 CARTONS | 114 AST | 18.880 USD AST | 2,152.32 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 730019558236 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: LP5VC73020JR
DESCRIPTIONS: SLEEP SLOUCHY TEE
DETAIL OF THE GARMENTS: SLEEP SLOUCHY TEE, THIS STYLE HAVING HANGER LOOPS
SLEEVE OPENING WITH RAW EDGE,NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 100% COTTON SINGLE JERSEY
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 11 / HORIZONTAL-09,
HANGER PACK : 12 PCS
HANGER CODE# 494B & SIZER CODE#-CS1Q , PRICE: HANGER $0.13 & SIZER $ .015
SIZES : S,M,L,XL
COUNTRY OF ORIGIN [FABRIC]: BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-RAW EDGE

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN41H | REFERENCE NO. | 601C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | |
| VENDOR ITEM CODE | LP5VC73020PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | |

FACTORY NO. 102761

# COMMERCIAL INVOICE

Page 4 of 5

DATE: October 01, 2018

INVOICE NO.: 201822223084

6873
PEARL GLOBAL INDUSTRIES LTD.
PGI, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma, CA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNIGAZ

| KMART | #H1H | VC SLOUCHY TEE PURPLE CHIVE BLOSSOM | | 117 | 117 | 18,880 USD | 2,208.96 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 730093716163 | | | CARTONS | ASY | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: LP9VC73020JR
DESCRIPTIONS: SLEEP SLOUCHY TEE
DETAIL OF THE GARMENTS: SLEEP SLOUCHY TEE, THIS STYLE HAVING  HANGER LOOPS
SLEEVE OPENING WITH RAW EDGE,NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 100% COTTON SINGLE JERSEY
BODY FABRIC WEIGHT: 160 GSM AW
STITCH COUNT PER 1 CM : VERTICAL- 11 / HORIZONTAL-06.
HANGER PACK : 12 PCS
HANGER CODE# 484B & SIZER CODE# CS1Q . PRICE: HANGER $0.13 & SIZER $ .015
SIZES : S,M,L,XL.
COUNTRY OF ORIGIN (FABRIC)- BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-RAW EDGE

| CONTRACT NO. | #H1H | REFERENCE NO. | 601C |
|---|---|---|---|
| PC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | LP9VC73020PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 336, RNONE |

FACTORY NO.      102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNIGAZ

PAYMENT TERM      Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER      OPEN ACCOUNT
LC#      NO LC

| | | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|---|---|
| TOTAL INVOICE | | | 696 | 696 ASSORTMENTS | | 17,734.20 USD |

TOTAL US DOLLARS SEVENTEEN THOUSAND SEVEN HUNDRED THIRTY-FOUR DOLLARS AND TWENTY CENTS ONLY.

# COMMERCIAL INVOICE

Page 5 of 5

DATE: October 01, 2018

INVOICE NO.: 201822223384

8573
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 445
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 00179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Bangladesh

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

*1061 ssue 29220*
*Page 8*
APL CO. PTE LTD

# APL

**BILL OF LADING**

| | |
|---|---|
| SHIPPER (Principal or Seller licence and full address) | BOOKING NUMBER **056449818** · BIL NUMBER **APLU 056449818** · PAGE 1 OF 2 |

SHIPPER (Principal or Seller licence and full address)
NORP KNIT INDUSTRIES LTD,
NORTH KHAILKUR, P.O.NATIONAL
UNIVERSITY, GAZIPUR-1704, BANGLADESH.
TEL:880-2-9292036-2037,9291936-1937.

BOOKING NUMBER
056449818

BIL NUMBER APLU 056449818

PAGE 1 OF 2

EXP FINAL DEST:CCD, MIRA LOMA, CA 91752

CONSIGNEE (Name and Full Address)
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper)
UNTO THE ORDER OF:
STANDARD CHARTERED BANK,
67 GULSHAN AVENUE, DHAKA 1212,
BANGLADESH.

FORWARDING AGENT (References. F.M.C. No.)
AIR ALLIANCE LTD.
BILQUIS TOWER, 2ND FL, 6, NORTH GULSHAN,
C/A, CIR-2, DHAKA-1212, BD.

PORT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

NOTIFY PARTY (Name and Full Address)
KMART CORPORATION,
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179, U.S.A.

ALSO NOTIFY (Name and Full Address)DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/OTHER TERMINAL/ONWARD ROUTING
FROM PORT OF DESTINATION
KMART C/O UPS SUPPLY CHAIN SOLUTION
19701 HAMILTON AVENUE
TORRANCE, CA 90502,PHONE:(310)
404-2792,FAX:(310)404-2962.
ATTN:MARY ELLEN WRATSCHKO.

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT **CHITTAGONG** |
|---|---|

| EXPORT CARRIER (Vessel, voyage, & flag) CALA FAGURO  007 | PORT OF LOADING **CHITTAGONG, BA** |
|---|---|

| PORT OF DISCHARGE SAN PEDRO,CA (SPQ) | PLACE OF DELIVERY **MIRA LOMA,CA-MWF** |
|---|---|

Excess Valuation Please refer to Clause 7(B) on Reverse Side        **PARTICULARS FURNISHED BY SHIPPERS**

| MARKS & NOS/CONTAINER NOS. | NO. OF PKGS | (KIND) | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| K-MART<br>IN40Y<br>IN41G<br>IN41H<br>ITEM NO. :<br>360-01131124-8<br>360-06371805-0<br>730-01958537-1<br>730-01958665-0<br>730-01958823-8<br>730-06371818-3<br>MADE IN<br>BANGLADESH<br>CONTENTS: PCS | SC GB18/7107B<br>696 | | **FREIGHT COLLECT**<br>CTN  AALV84000.00.00  SLAC CY/CY<br>WOMEN'S 100% COTTON KNITTED PANT<br><br>WOMEN'S 100% COTTON KNITTED TEE<br><br>STYLE NO. LP9VC36001JR<br>STYLE NO. LP9VC73020JR<br>STYLE NO. LP9VC73020PL<br>ORDER NO. IN40Y<br>ORDER NO. IN41G<br>ORDER NO. IN41H<br>REF. NO. 801C ONLY- 7,428 PCS<br>CAT NO. 348  HTS#6104.6200.11&<br>6110.2020.79<br>VENDOR#8873 , DIV NO.4 , DEPT# 027,<br><br>INVOICE NO. 1061SERK23632 DATE:<br>15.09.2018<br>E-DOC INV NO.201822223884 DATE:<br>15.09.2018<br>EXP NO. 2486-42382-2018 DATE:<br>19.09.2018<br>CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT **<br>** ORIGINAL BL ** | 1496.400KG | 21.310M3 |

| PLACE OF ISSUE/DATE **DHAKA, BA** | OCEAN FREIGHT PAYABLE AT **MIRA LOMA, CA** | | |
|---|---|---|---|
| | | PREPAID U.S.$ | COLLECT U.S.$ | Local Currency |

APL CO. PTE LTD

In APL (Bangladesh) Pvt. Ltd.
Authorised Signature AS AGENTS

| GUR 007 | | TOTAL PREPAID | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Office | TOTAL COLLECT | | | | | | |
| | 00926131 | 00562026 | 00557609 | CHT | SPQ | MWF | Y | APLU 056449818 |
| NO. | FORWARDER | SHIPPER | CONSIGNEE | | | | | |

*Jy40y*

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING.

# APL

## BILL OF LADING

| SHIPPER (Principal or Seller Licence and full address) | BOOKING NUMBER | B/L NUMBER | PAGE 2 OF 2 |
|---|---|---|---|
| NORP KNIT INDUSTRIES LTD. NORTH KHAILKUR, P.O.NATIONAL UNIVERSITY, GAZIPUR-1704, BANGLADESH. TEL:880-2-9292036-2037,9291936-1937. | 056449818 | | APLU 056449818 |

EXP.FINAL DEST:CCD, MIRA LOMA, CA 91752

| CONSIGNEE (Name and Full Address) (Unless provided otherwise, a consignee "To Order" means To Order of Shipper) | FORWARDING AGENT (References, F.M.C. No.) |
|---|---|
| UNTO THE ORDER OF: STANDARD CHARTERED BANK, 67 GULSHAN AVENUE,DHAKA 1212, BANGLADESH. | AIR ALLIANCE LTD. BILQUIS TOWER,2ND FL,6,NORTH GULSHAN, C/A,CIR-2,DHAKA-1212,BD. |

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

| NOTIFY PARTY (Name and Full Address) | ALSO NOTIFY (Name and Full Address)DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING |
|---|---|
| KMART CORPORATION. 3333 BEVERLY ROAD, HOFFMAN ESTATES, ILLINOIS 60179,U.S.A. | FROM POINT OF DESTINATION KMART C/O UPS SUPPLY CHAIN SOLUTION 19701 HAMILTON AVENUE TORRANCE,CA 90502,PHONE:(310) 404-2792,FAX:(310)404-2962, ATTN:MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| CALA PAGURO    007 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO,CA (SPG) | MIRA LOMA,CA-MWF |

Excess Valuation Please refer to Clause 7(l) on Reverse Side    PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS/CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | EXPORT L/C # PGL-NORP/1061 DATE: 31.10.2017 RECEIVED FOR SHIPMENT : 01.10.2018 CONTAINER GATE-IN DATE : 03.10.2018 MOTHER VESSEL NAME : CMA CGM LOIRE V. 317 ***FREIGHT COLLECT*** | | |
| ***CTR NBR** GESU513078-4 | ****SEAL NBR**** 0792311 ** | T/S HT   MODE   QUANT/TYPE D40 96  CY/CY   696CTN ** SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT 1496.40KG | MSMT 21.310M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD OCT. 05, 2018

| PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |
|---|---|---|---|
| | | | APL CO. PTE LTD |

By. APL (Bangladesh) Pvt. Ltd.
Authenticated Signature of ... AS AGENT(S)

Date and    OCT. 05,2018
Place signed    CHITTAGONG,

| GUR 007 | TOTAL PREPAID: | | | | | | |
|---|---|---|---|---|---|---|---|
| | TOTAL COLLECT | | | | | | |
| 00926134 | 00582026 | 00597609 | CHT | SPG | MWF | Y | APLU 056449818 |
| | FORWARDER | SHIPPER | CONSIGNEE | | DIST | NOTIFY | B/L NUMBER |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

## COMMERCIAL INVOICE

DATE: October 01, 2018

INVOICE NO.: 201822224104

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh    SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION:  Ocean

FOB Bangladesh

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART          IN417 | VC S/S GOWNFEATHERSGCANTON | 208 | 208 | 36.600  USD | 7,612.80  USD |
|  |  | CARTONS | AST | AST |  |

ITEM:    490019297720
MADE IN   BANGLADESH
CONTENTS   1 ASSORTMENT

STYLE NAME: LP9VC49050JR
LADIES KNIT  V NECK KNIT SLEEP SHIRT
DETAIL OF THE GARMENTS: V NECK SLEEP SHIRTE
SLEEVE OPENING, THIS STYLE HAVING  FRONT POCKETS, NO BUTTON , NO METAL / PLASTI
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 100% COTTON SINGLE JERSEY
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 11 / HORIZONTAL-09,
HANGER PACK : 12 PCS
HANGER CODE# 484B & SIZER CODE# CS1Q , PRICE: HANGER $0.13 & SIZER $ .015
SIZES : S,M,L,XL
COUNTRY OF ORIGIN [FABRIC]  BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN417 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | LP9VC49050JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 351, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART          IN417 | VC S/S GOWNPINKDAISYSHELL PINK | 209 | 209 | 36.600  USD | 7,649.40  USD |
|---|---|---|---|---|---|
|  |  | CARTONS | AST | AST |  |

ITEM:    490019296305
MADE IN   BANGLADESH
CONTENTS   1 ASSORTMENT

STYLE NAME: LP9VC49050JR
LADIES KNIT  V NECK KNIT SLEEP SHIRT
DETAIL OF THE GARMENTS: V NECK SLEEP SHIRTE
SLEEVE OPENING, THIS STYLE HAVING  FRONT POCKETS, NO BUTTON , NO METAL / PLASTI
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 100% COTTON SINGLE JERSEY
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 11 / HORIZONTAL-09,
HANGER PACK : 12 PCS
HANGER CODE# 484B & SIZER CODE# CS1Q , PRICE: HANGER $0.13 & SIZER $ .015
SIZES : S,M,L,XL
COUNTRY OF ORIGIN [FABRIC]  BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

# COMMERCIAL INVOICE

Page 2 of 6

DATE: October 01, 2018

INVOICE NO.: 201822224104

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Mira-Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN417 | REFERENCE NO. | 601C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | LP9VC49050JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 351, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN417 | VC S/S GOWNBLUESOLIDCORNFLOWER BLUE | 151 | 151 | 36.600 USD | 5,525.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 490010300903 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: LP9VC49050JR
LADIES KNIT  V NECK KNIT SLEEP SHIRT
DETAIL OF THE GARMENT/S: V NECK SLEEP SHIRTE
SLEEVE OPENING. THIS STYLE HAVING  FRONT POCKETS, NO BUTTON , NO METAL / PLASTI
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 100% COTTON SINGLE JERSEY
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 11 / HORIZONTAL-09,
HANGER PACK : 12 PCS
HANGER CODE# 494B & SIZER CODE#-CS1Q , PRICE: HANGER $0.13 & SIZER $ .015
SIZES : S,M,L,XL
COUNTRY OF ORIGIN (FABRIC)  BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN417 | REFERENCE NO. | 601C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | LP9VC49050JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 351, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN417 | VC S/S GOWNNAVYDAISYMEDIEVAL BLUE | 247 | 247 | 36.600 USD | 9,040.20 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 490063722670 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

# COMMERCIAL INVOICE

DATE: October 01, 2018

INVOICE NO.: 301822224104

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Bangladesh

STYLE NAME: LP9VC49050JR
LADIES KNIT  V NECK KNIT SLEEP SHIRT
DETAIL OF THE GARMENTS: V NECK SLEEP SHIRTS
SLEEVE OPENING, THIS STYLE HAVING  FRONT POCKETS, NO BUTTON , NO METAL / PLASTI
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 100% COTTON SINGLE JERSEY
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 11 / HORIZONTAL-09,
HANGER PACK : 12 PCS
HANGER CODE# 484B & SIZER CODE# CS1Q . PRICE; HANGER $0.13 & SIZER $ .015
SIZES : S,M,L,XL
COUNTRY OF ORIGIN (FABRIC)  BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN417 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | LP9VC49050JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 351, RNONE |

FACTORY NO.   102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.   BDNORKNIGAZ

| KMART | IN418 | VC S/S GOWNPLNAVYDAIMEDIEVAL BLUE | | 229 | 229 | 40.800  USD | 9,343.20  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 490019557864 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | | |

STYLE NAME: LP9VC49050PL
LADIES KNIT  V NECK KNIT SLEEP SHIRT
DETAIL OF THE GARMENTS: V NECK SLEEP SHIRT
SLEEVE OPENING, THIS STYLE HAVING  FRONT POCKETS, NO BUTTON , NO METAL / PLASTI
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 100% COTTON SINGLE JERSEY
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 11 / HORIZONTAL-09,
HANGER PACK: 08 PCS
HANGER CODE# 478B & SIZER CODE# CS1Q . PRICE: HANGER $0.13 & SIZER $ .015
SIZES : 1X,2X,3X
COUNTRY OF ORIGIN (FABRIC)  BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN418 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | LP9VC49050PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 351, RNONE |

FACTORY NO.   102761

# COMMERCIAL INVOICE

DATE: October 01, 2016

INVOICE NO.: 201622224104

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh
MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:   Mira Loma , CA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY.
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN416 | VC S/S GOWNPLFEATGR CANTON | | 165 | 165 | 40.800  USD | 7,545.00  USD |
|-------|-------|---------------------------|--|-----|-----|-------------|--------------|
| | | | | CARTONS | AST | AST | |
| ITEM: | 4900195900927 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: LP9VC49050PL
LADIES KNIT  V NECK KNIT SLEEP SHIRT
DETAIL OF THE GARMENTS: V NECK SLEEP SHIRT
SLEEVE OPENING, THIS STYLE HAVING  FRONT POCKETS, NO BUTTON , NO METAL / PLASTI
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 100% COTTON SINGLE JERSEY
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 11 / HORIZONTAL-09,
HANGER PACK: 08 PCS
HANGER CODE# 479B & SIZER CODE# CS1Q . PRICE: HANGER $0.13 & SIZER $ .015
SIZES : 1X,2X,3X
COUNTRY OF ORIGIN [FABRIC]  BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN416 | REFERENCE NO. | 801C |
|--------------|-------|---------------|------|
| DC CODE | OCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | LP9VC49050PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 351, RHONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY.
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN416 | VC S/S GOWNPLDAISYPISHELL PINK | | 183 | 183 | 40.800  USD | 7,466.40  USD |
|-------|-------|-------------------------------|--|-----|-----|-------------|--------------|
| | | | | CARTONS | AST | AST | |
| ITEM: | 4900195900875 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: LP9VC49050PL
LADIES KNIT  V NECK KNIT SLEEP SHIRT
DETAIL OF THE GARMENTS: V NECK SLEEP SHIRT
SLEEVE OPENING, THIS STYLE HAVING  FRONT POCKETS, NO BUTTON , NO METAL / PLASTI
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 100% COTTON SINGLE JERSEY
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 11 / HORIZONTAL-09,
HANGER PACK: 08 PCS
HANGER CODE# 479B & SIZER CODE# CS1Q . PRICE: HANGER $0.13 & SIZER $ .015
SIZES : 1X,2X,3X
COUNTRY OF ORIGIN [FABRIC]  BANGLADESH

## COMMERCIAL INVOICE

Page 5 of 6

DATE: October 01, 2018

INVOICE NO.: 201822224104

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN418 | REFERENCE NO. | 001C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | LP9VC49050PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 351, RNONE |

FACTORY NO.     102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNIGAZ

| KMART | IN418 | VC S/S GOWNPLBLUESOLCORNFLOWER BLUE | | 160 | 150 | 40.800 USD | 6,120.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 490019591023 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: LP9VC49050PL
LADIES KNIT  V NECK KNIT SLEEP SHIRT
DETAIL OF THE GARMENTS: V NECK SLEEP SHIRT
SLEEVE OPENING, THIS STYLE HAVING  FRONT POCKETS, NO BUTTON , NO METAL / PLASTI
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY- 100% COTTON SINGLE JERSEY
BODY FABRIC WEIGHT: 160 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 11 / HORIZONTAL-09,
HANGER PACK: 08 PCS
HANGER CODE# 479B & SIZER CODE# C51Q , PRICE: HANGER $0.13 & SIZER $ .015
SIZES : 1X,2X,3X
COUNTRY OF ORIGIN (FABRIC) BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN418 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | LP9VC49050PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 351, RNONE |

FACTORY NO.     102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNIGAZ

## COMMERCIAL INVOICE

Page 6 of 6

DATE: October 01, 2018

INVOICE NO.: 201822224104

0873
PEARL GLOBAL, INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| PAYMENT TERM | Open Acct |
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |
| LC# | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 1,562 | 1,562 | ASSORTMENTS | 60,306.60 USD |

TOTAL US DOLLARS SIXTY THOUSAND THREE HUNDRED SIX DOLLARS AND SIXTY CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME
EMPLOYEE TITLE

APL CO. PTE LTD

# APL

## BILL OF LADING

| SHIPPER (Principal or Seller Nonnee and full address) | BOOKING NUMBER | BL NUMBER | PAGE | 1 | OF | 2 |
|---|---|---|---|---|---|---|
| NORP KNIT INDUSTRIES LTD.<br>NORTH KHAILKUR, P.O.NATIONAL<br>UNIVERSITY,GAZIPUR-1704,BANGLADESH.<br>TEL:880-2-9292036~2037,9291936-1937. | 056449757 | APLU 056449757 | | | | |

PORT FINAL DEST:CCD, MIRA LOMA, CA 91752

| CONSIGNEE (Name and Full Address)<br>(Unless provided otherwise, a consignment "To Order" means To Order of Shipper) | FORWARDING AGENT (References, F.M.C. No.) |
|---|---|
| UNTO THE ORDER OF:<br>STANDARD CHARTERED BANK,<br>67 GULSHAN AVENUE,DHAKA 1212,<br>BANGLADESH. | AIR ALLIANCE LTD.<br>BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,<br>C/A,CIR-2,DHAKA-1212,BD. |

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

| NOTIFY PARTY (Name and Full Address) | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/<br>EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING |
|---|---|
| KMART CORPORATION.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,<br>ILLINOIS 60179,U.S.A. | FINAL POINT OF DESTINATION<br>KMART C/O UPS SUPPLY CHAIN SOLUTION<br>19701 HAMILTON AVENUE<br>TORRANCE,CA 90502,PHONE:(310)<br>404-2792,FAX:(310)404-2962,<br>ATTN:MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE, BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| CALA PAGURO    007 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO,CA (SPQ) | MIRA LOMA,CA-MWF |

Excess Valuation Please refer to Clause 7(ii) on Reverse Side    PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| K-MART<br>IN417<br>IN418<br><br>ITEM NO :<br>490-01929772-0<br>490-01929830-6<br>490-01930000-3<br>490-06372287-0<br><br>490-01958786-4<br>490-01959082-7<br>490-01959097-5<br>490-01959102-3<br>MADE IN<br>BANGLADESH<br>CONTENTS:    PCS | SC GB18/<br>1562 | 7107E<br>CTN | FREIGHT COLLECT<br>AA)LV84000.00.00    SLAC CY/CY<br>WOMEN'S 100% COTTON KNITTED GOWN<br><br>STYLE NO. LP9VC49050JR<br>STYLE NO. LF8VC49050PL<br>ORDER NO. IN417<br>ORDER NO. IN418<br>REF NO. 801C ONTY- 18,744 PCS<br>CAT NO.351 HTS#6110.2020.77<br>VENDOR#8873 , DIV NO.4 , DEPT# 027<br><br>INVOICE NO. 1061SERK23634 DATE:<br>15.09.2018<br>E-DOC INV NO.201822224104 DATE:<br>15.09.2018<br>EXP NO. 2486-42381-2018 DATE:<br>19.09.2018<br>EXPORT L/C # PGL-NORP/1061 DATE:<br>31.10.2017<br>RECEIVED FOR SHIPMENT : 01.10.2018<br>CONTAINER GATE-IN DATE : 03.10.2018<br>MOTHER VESSEL NAME : CMA CGM LOIRE<br>CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT **<br>** ORIGINAL BL ** | 3358.300KG | 53.200M3 |

| BL TO BE RELEASED AT | DHAKA,BA | OCEAN FREIGHT PAYABLE AT | MIRA LOMA, CA | | |
|---|---|---|---|---|---|
| FREIGHT RATES CHARGES, WEIGHT AND/OR<br>MEASUREMENTS (SUBJECT TO CORRECTION) | | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | |

3

THE CARRIER
APL CO. PTE LTD

By APL (Bangladesh) Pvt. Ltd.
Authorized Signature    AS AGENTS

Date and
Place signed

| GUR | 007 | | TOTAL PREPAID | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Vessel | Voyage | Office | TOTAL COLLECT | | | | | | | |
| | 00926134 | 00562026 | 00597609 | CHT | SPQ | MWF | | Y | APLU 056449757 |
| FCL | FORWARDER | SHIPPER | CONSIGNEE | | | NOTIFY | | | |

APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

APL CO. PTE LTD

# APL

## BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | BL NUMBER |
|---|---|---|
| NORP KNIT INDUSTRIES LTD, NORTH KHAILKUR, P.O.NATIONAL UNIVERSITY,GAZIPUR-1704,BANGLADESH. TEL:880-2-9292036-2037,9291936-1937. | 056449757 | PAGE 2 OF 2 APLU 056449757 |

EXP FINAL DEST:CCD, MIRA LOMA, CA 91752

**CONSIGNEE (Name and Full Address** · · · · · Shippers whose . · · · · · · · · · )
(Unless provided otherwise, a consignment "To Order" means To Order of Shipper)

UNTO THE ORDER OF:
STANDARD CHARTERED BANK,
67 GULSHAN AVENUE,DHAKA 1212,
BANGLADESH.

FORWARDING AGENT (References. F.M.C. No.)
AIR ALLIANCE LTD.
BILQUIS TOWER,2ND FL,6,NORTH GULSHAN,
C/A,CIR-2,DHAKA-1212,BD.

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

**NOTIFY PARTY (Name and Full Address)**
KMART CORPORATION.
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179,U.S.A.

ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING)
FROM POINT OF DESTINATION
KMART C/O UPS SUPPLY CHAIN SOLUTION
19701 HAMILTON AVENUE
TORRANCE,CA 90502,PHONE:(310)
404-2792,FAX:(310)404-2962,
ATTN:MARY ELLEN WRATSCHKO.

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| EXPORT CARRIER (Vessel, voyage & flag) | PORT OF LOADING |
|---|---|
| CALA PAGURO    007 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO, CA (SPQ) | MIRA LOMA,CA-MWF |

Excess Valuation Please refer to Clause 7(1) on Reverse Side.    PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NOS/CONTAINER NOS. | NO. OF PKGS | | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|
| ***CTR NBR**<br>BMOU507855-4 | ****SEAL<br>0732360<br>** | V. 317<br>***FREIGHT COLLECT***<br>NBR**** T/S HT   MODE   QUANT/TYPE<br>D40 96  CY/ CY  1562CTN<br>SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT<br>3358.30KG | MSMT<br>53.200M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD OCT. 05, 2018

| B/L TO BE RELEASED AT | OCEAN FREIGHT PAYABLE AT | | | | |
|---|---|---|---|---|---|
| | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency | | |
| FREIGHTED RATES ON FACE (FREIGHTED AMOUNT LEFT ADJUST/RATES BASIS, SUBJECT TO CORRECTION N/W | | | | | The undersigned Carrier hereby acknowledges receipt of the sealed container or packages or other property said to contain the Goods described above in apparent external good order & condition unless otherwise stated. The Shipper agrees, and the Consignee and every person purchasing this instrument for value, & explicitly or otherwise having an interest in the Goods is bound, that all the terms and conditions set forth and by incorporated by reference on the face and the reverse hereof, whether written, stamped or printed.<br>A part of In witness of the B/L of lading is hereby issued by the Carrier. Upon surrender to the Carrier of any one original/or not if lading properly endorsed, whatever shall stand void.<br>THE CARRIER<br>APL CO. PTE LTD |

By. APL (Bangladesh) Pvt. Ltd.
Authorized Signature ...

Date and    OCT. 05, 2018
Place Issued    CHITTAGONG,

| GUR 007 | | TOTAL PREPAID | | | | |
|---|---|---|---|---|---|---|
| Vessel | Voyage | Other | TOTAL COLLECT | | | |
| | | 00926134 | 00562026 | 00597609 | CHT SPQ MWF | Y APLU 056449757 |
| FOB | FORWARDER | SHIPPER | CONSIGNEE | | | DR AGENT |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

# COMMERCIAL INVOICE

Page 1 of 8

DATE: October 01, 2016

INVOICE NO.: 201602224502

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma, CA

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN41J | VC TANK PLUS PURPLE CHIVE | | | | |
| | | | 86 CARTONS | 86 AST | 18.660 USD | 1,623.68 USD AST |
| ITEM: | 7330195566512 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: LP0VC73021PL
DESCRIPTIONS: SLEEP SWING TANK
DETAIL OF THE GARMENTS: SLEEP SWING TANK
THI STYLE HAVING NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 100% COTTON SINGLE JERSEY
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 11 / HORIZONTAL-09,
HANGER PACK : 06 PCS
HANGER CODE# 4796 & SIZER CODE# CS1Q . PRICE: HANGER $0.13 & SIZER $ .015
SIZES : 1X,2X,3X
COUNTRY OF ORIGIN (FABRIC) BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | IN41J | REFERENCE NO. | 801C | | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | | |
| VENDOR ITEM CODE | LP0VC73021PL | COUNTRY OF ORIGIN | BANGLADESH | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | | |

FACTORY NO.          102761
NORP  INT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNIGAZ

| KMART | IN41J | VC TANK PLUS BLUE CORNFLOWER BLUE | | | | |
|---|---|---|---|---|---|---|
| | | | 85 CARTONS | 85 AST | 18.880 USD | 1,604.80 USD AST |
| ITEM: | 7330195587230 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: LP0VC73021PL
DESCRIPTIONS: SLEEP SWING TANK
DETAIL OF THE GARMENTS: SLEEP SWING TANK
THI STYLE HAVING NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 100% COTTON SINGLE JERSEY
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 11 / HORIZONTAL-09,
HANGER PACK : 06 PCS
HANGER CODE# 4796 & SIZER CODE# CS1Q . PRICE: HANGER $0.13 A SIZER $ .015
SIZES : 1X,2X,3X
COUNTRY OF ORIGIN (FABRIC) BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

# COMMERCIAL INVOICE

Page 2 of 5

DATE: October 01, 2018

INVOICE NO.: 201822224562

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 440
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Mira Loma, CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | IN41J | REFERENCE NO. | 801C | | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | | |
| VENDOR ITEM CODE | LP9VC73021PL | COUNTRY OF ORIGIN | BANGLADESH | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RHONE | | |

FACTORY NO.  102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.  BDNORKNIGAZ

| KMART | IN41K | VC V NECK TEE GREEN CANTON | | 116 | 116 | 22,440 USD | 2,603.04 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 730016549039 | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: LP9VC73022JR
DESCRIPTIONS: SLEEP VALUE V NK TEE
DETAIL OF THE GARMENTS: SLEEP VALUE V NK TEE
SLEEVE OPENING, THIS STYLE HAVING  FRONT POCKETS, NO BUTTON ,
NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 100% COTTON SINGLE JERSEY (FOR PLACID BLUE )
FABRICATION: BODY-- 65% COTTON 5% VISCOSE SINGLE JERSEY (FOR TABBY GREY HTR )
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 11 / HORIZONTAL-09,
HANGER PACK : 12 PCS
HANGER CODE# 484B & SIZER CODE# CS1Q . PRICE: HANGER $0.13 & SIZER $ .015
SIZES : S,M,L,XL
COUNTRY OF ORIGIN (FABRIC)  BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED.

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | IN41K | REFERENCE NO. | 801C | | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | | |
| VENDOR ITEM CODE | LP9VC73022JR | COUNTRY OF ORIGIN | BANGLADESH | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RHONE | | |

FACTORY NO.  102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.  BDNORKNIGAZ

## COMMERCIAL INVOICE

Page 4 of 5
DATE: October 01, 2018
INVOICE NO.: 201822224562

6673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN41L | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 | |
| VENDOR ITEM CODE | LP9VC73022PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN41L | VC V NECKTEE PL PINKROSE QUARTZ | 115 | 115 | 18.880 USD | 2,171.20 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM:    730003727127
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE NAME: LP9VC73022PL
LADIES SLEEP VALUE V NK KNIT PULLOVER
DETAIL OF THE GARMENTS: SLEEP VALUE V NK TEE
SLEEVE OPENING, THIS STYLE HAVING FRONT POCKETS, NO BUTTON , NO METAL
/ PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 100% COTTON SINGLE JERSEY
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 11 / HORIZONTAL-09,
HANGER PACK : 06 PCS
HANGER CODE# 4799 & SIZER CODE# C51Q , PRICE: HANGER $0.13 & SIZER $ .015
SIZES : 1X,2X,3X
COUNTRY OF ORIGIN [FABRIC] BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN41L | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 | |
| VENDOR ITEM CODE | LP9VC73022PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

PAYMENT TERM    Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER    OPEN ACCOUNT
LC#    NO LC

# COMMERCIAL INVOICE

Page 5 of 5

DATE: October 01, 2018

INVOICE NO.: 2018222245G2

6873
PEARL GLOBAL INDUSTRIES LTD,
PGIL, PLOT NO. 448
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 632 | 632 | ASSORTMENTS | 12,750.96  USD |

TOTAL US DOLLARS TWELVE THOUSAND SEVEN HUNDRED FIFTY DOLLARS AND NINETY-SIX CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

APL CO. PTE LTD

## APL                                    BILL OF LADING

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B/L NUMBER | PAGE 1 OF 2 |
|---|---|---|---|
| NORP KNIT INDUSTRIES LTD. NORTH KHAILKUR, P.O. NATIONAL UNIVERSITY, GAZIPUR-1704, BANGLADESH. TEL: 880-2-9292036-2037, 9291936-1937. | 056449746 | | APLU 056449746 |

EXP DATA BEST : CCD, MIRA LOMA, CA 91752

| CONSIGNEE (Name and Full Address) (Unless provided otherwise, a consignment "To Order" means To Order of Shipper) | FORWARDING AGENT (References, F.M.C. No.) |
|---|---|
| UNTO THE ORDER OF: STANDARD CHARTERED BANK, 67 GULSHAN AVENUE, DHAKA 1212, BANGLADESH. | AIR ALLIANCE LTD. BILOUIS TOWER, 2ND FL, 6, NORTH GULSHAN C/A, CIR-2, DHAKA-1212, BD. |

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

| NOTIFY PARTY (Name and Full Address) | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/ EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING |
|---|---|
| KMART CORPORATION. 3333 BEVERLY ROAD, HOFFMAN ESTATES, ILLINOIS 60179, U.S.A. | FROM PORT OF DESTINATION KMART C/O UPS SUPPLY CHAIN SOLUTION 19701 HAMILTON AVENUE TORRANCE, CA 90502, PHONE: (310) 404-2792, FAX: (310) 404-2962, ATTN: MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| CALA PAGURO   007 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO, CA (SPQ) | MIRA LOMA, CA-MWF |

Excess Valuation Please refer to Clause 7(II) on Reverse Side      PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NOS/CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| K-MART IN41J IN41K IN41L ITEM NO.: 730-01955661-2 730-01955723-0 730-01954903-9 730-06372639-2 730-01956898-9 730-06372712-7 MADE IN BANGLADESH CONTENTS: PCS | SC GB18/7107E 632 | FREIGHT COLLECT CTN   AA) LV84000.00.00   SLAC CY/CY WOMEN'S 100% COTTON KNITTED TEE STYLE NO. LP9VC73021PL STYLE NO. LP8VC73022JR STYLE NO. LP9VC73022PL ORDER NO. IN41J ORDER NO. IN41K ORDER NO. IN41L REF NO. 801C QNTY- 5,976 PCS CAT NO. 339 HTS#6109.1000.60& 6110.2020.77 VENDOR#8873 , DIV NO.4 , DEPT# 027, INVOICE NO. 1061SERK23636 DATE: 15.09.2018 E-DOC INV NO.201822224562 DATE: 15.09.2018 EXP. NO. 2486-42380-2018 DATE: 19.09.2018 EXPORT L/C # PGL-NORP/1061 DATE: 31.10.2017 ** FREIGHT COLLECT ** CONTINUED ON FOLLOWING PAGE ** ORIGINAL BL ** | 1358.800KG | 15.540M3 |

| FREIGHT PAYABLE AT DHAKA, BA. | OCEAN FREIGHT PAYABLE AT MIRA LOMA, CA | | |
|---|---|---|---|
| | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |

3

APL CO. PTE LTD

By APL (Bangladesh) Pvt. Ltd.
Authorized Signature   AS AGENTS

| GUR 007 | | TOTAL PREPAID | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | TOTAL COLLECT | | | | | | |
| | G0926131 | G0562026 | G0597609 | CHT | SPQ | MWF | Y | APLU 056449746 |
| PKG | FORWARDER | SHIPPER | CONSIGNEE | P.O.L. | P.O.D. | D.E.L. | NOTIFY | CHG | B/L NUMBER |

APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

APL                    **BILL OF LADING**                    Exhibit A

| | |
|---|---|
| SHIPPER (Principal or Seller licensee and full address)<br>NORP KNIT INDUSTRIES LTD,<br>NORTH KHAILKUR, P.O. NATIONAL<br>UNIVERSITY,GAZIPUR-1704,BANGLADESH.<br>TEL:880-2-9292036-2037,9291936-1937. | BOOKING NUMBER 056449746<br>B.L. NUMBER APLU 056449746   PAGE 2 OF 2<br><br>EXP FINAL DEST:CCD, MIRA LOMA, CA 91752 |
| CONSIGNEE (Name and Full Address)<br>(Unless provided otherwise, a consignment 'To Order' means To Order of Shipper)<br>UNTO THE ORDER OF:<br>STANDARD CHARTERED BANK,<br>67 GULSHAN AVENUE,DHAKA 1212,<br>BANGLADESH. | FORWARDING AGENT (References, F.M.C. No.)<br>AIR ALLIANCE LTD.<br>BILQUIS TOWER, 2ND FL,6,NORTH GULSHAN,<br>C/A,CIR-2,DHAKA-1212,BD.<br><br>POINT AND COUNTRY OF ORIGIN OF GOODS<br>GAZIPUR, BANGLADESH |
| NOTIFY PARTY (Name and Full Address)<br>KMART CORPORATION.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,<br>ILLINOIS 60179,U.S.A. | ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/<br>EXPORT INSTRUCTIONS/PIER-TERMINAL/YARD ROUTING/<br>FROM POINT OF DESTINATION<br>KMART C/O UPS SUPPLY CHAIN SOLUTION<br>19701 HAMILTON AVENUE<br>TORRANCE, CA 90502,PHONE:(310)<br>404-2792,FAX:(310)404-2962,<br>ATTN:MARY ELLEN WRATSCHKO. |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT<br>CHITTAGONG | |
|---|---|---|
| EXPORT CARRIER (Vessel, Voyage/& flag)<br>CALA PAGURO      007 | PORT OF LOADING<br>CHITTAGONG, BA | |
| PORT OF DISCHARGE<br>SAN PEDRO,CA (SPO) | PLACE OF DELIVERY<br>MIRA LOMA,CA-MWF | |

Excess Valuation Please refer to Clause 7(B) on Reverse Side      **PARTICULARS FURNISHED BY SHIPPERS**

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| ***CTR NBR**<br>GESU513078-4 | ****SEAL<br>07323111 | RECEIVED FOR SHIPMENT : 01.10.2018<br>CONTAINER GATE-IN DATE : 03.10.2018<br>MOTHER VESSEL NAME : CMA CGM LOIRE<br>V.317<br>***FREIGHT COLLECT***<br>NBR**** T/S HT   MODE   QUANT/TYPE<br>D40 96  CY/CY   632CTN<br>***SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT<br>1358.80KG | MSMT<br>15.540M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD  OCT. 05, 2018

| | OCEAN FREIGHT PAYABLE AT | | | |
|---|---|---|---|---|
| | PREPAID U.S.$ | COLLECT U.S.$ | Local Currency | |

3

APL CO. PTE LTD

By APL (Bangladesh) Pvt Ltd.
Authorised Signature

Date and     OCT.   05, 2018
Place Issued     CHITTAGONG,

| GUR 007 | TOTAL PREPAID | | | | | | |
|---|---|---|---|---|---|---|---|
| | TOTAL COLLECT | | | | | | |
| 00926134 | 00562026 | 00597609 | CHT | SPO | MWF | Y | APLU 056449746 |
| | FORWARDER | SHIPPER | CONSIGNEE | | | NOTIFY | CSO |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

## COMMERCIAL INVOICE

Page 1 of 12

DATE: September 24, 2016

INVOICE NO.: 201621007330

6573
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN358 | RIB WAIST JEGGING 4 BLACK | 1 CARTONS | 12 PIECES | 4.960 USD PIECES | 59.52 USD |
| ITEM: | 320076090231 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS&RIVETS/PRINT/EMBROIDERY.
2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN358 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6573 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI03GAZ

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN358 | RIB WAIST JEGGING 5 BLACK | 2 CARTONS | 24 PIECES | 4.960 USD PIECES | 119.04 USD |
| ITEM: | 320076090594 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS&RIVETS/PRINT/EMBROIDERY.
2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN358 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6573 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103165

# COMMERCIAL INVOICE

Page 2 of 12

DATE: September 24, 2018

INVOICE NO.: 201821007338

8573
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 448
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh   SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN358 | RIB WAIST JEGGING-6 BLACK | | 3 | 36 | 4.960 USD | 178.56 USD |
|-------|-------|---------------------------|--|---|----|-----------|------------|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320078990702 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE: GF7RT3200SBG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY,
2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX   WOVEN
FOLDED

| CONTRACT NO. | IN358 | REFERENCE NO. | 803P |
|--------------|-------|---------------|------|
| DC CODE | PCO | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | GF7RT3200SBG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN358 | RIB WAIST JEGGING 6X BLACK | | 3 | 36 | 4.960 USD | 178.56 USD |
|-------|-------|----------------------------|--|---|----|-----------|------------|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320078990728 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE: GF7RT3200SBG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY,
2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX   WOVEN
FOLDED

# COMMERCIAL INVOICE

Page 3 of 12

DATE: September 24, 2018

INVOICE NO.: 201821007336

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | IN358 | REFERENCE NO. | 803P | | |
| DC CODE | PCD | DEPARTMENT NO. | 049 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | | |
| VENDOR ITEM CODE | GF7RT320050G | COUNTRY OF ORIGIN | BANGLADESH | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | | |

FACTORY NO. 103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN358 | RIB WAIST JEGGING 7 BLACK | | 6 CARTONS | 72 PIECES | 4.960 USD PIECES | 357.12 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320078990736 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE: GF7RT320050G
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY.
2 FUCNTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA. COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | IN358 | REFERENCE NO. | 803P | | |
| DC CODE | PCD | DEPARTMENT NO. | 049 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 | | |
| VENDOR ITEM CODE | GF7RT320050G | COUNTRY OF ORIGIN | BANGLADESH | | |
| BIND NO RULING # OR PRECLASS # | | CATEGORY | 348 | | |

FACTORY NO. 103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN358 | RIB WAIST JEGGING 8 BLACK | | 6 CARTONS | 72 PIECES | 4.960 USD PIECES | 357.12 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320078990744 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE: GF7RT320050G
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY.

# COMMERCIAL INVOICE

Page 4 of 12
DATE: September 24, 2015
INVOICE NO.: 2015210073335

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOC VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean .

FOB Bangladesh

2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN358 | REFERENCE NO. | 603P | |
| DC CODE | PCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.          103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNI93GAZ

| KMART | IN358 | RIB WAIST JEGGING 10 BLACK | | 6 | 72 | 4.960 USD | 357.12 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320078990050 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY.
2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX · WOVEN
FOLDED

| | | | | |
|---|---|---|---|---|
| CO. TRACT NO. | IN358 | REFERENCE NO. | 603P | |
| DC CODE | PCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.          103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNI93GAZ

# COMMERCIAL INVOICE

Page 8 of 12
DATE: September 24, 2018
INVOICE NO.: 201621907330

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN3S8 | RIB WAIST JEGGING 12 BLACK | | 5 CARTONS | 72 PIECES | 4.960 USD PIECES | 357.12 USD |
|-------|-------|-----|-----|-----|-----|-----|-----|

ITEM:        320078900967
MADE IN      BANGLADESH
CONTENTS     12 PIECES

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL, KNOT AT CENTER FRONT
2 FAKE  FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY.
2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX   WOVEN
FOLDED

| CONTRACT NO. | IN3S8 | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.      103155

NORP KNIT INDUSTRIES LTD (UNIT 2)

RELIANCE INDUSTRIAL PARK

93, ISLAMPUR, KODDA, NANDUN

GAZIPUR

Bangladesh

FTY MID NO.      BONDRKNI803GAZ

| KMART | IN3S8 | RIB WAIST JEGGING 14 BLACK | | 5 CARTONS | 60 PIECES | 4.960 USD PIECES | 297.60 USD |
|-------|-------|-----|-----|-----|-----|-----|-----|

ITEM:        320078900975
MADE IN      BANGLADESH
CONTENTS     12 PIECES

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL, KNOT AT CENTER FRONT
2 FAKE  FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY.
2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX   WOVEN
FOLDED

| CONTRACT NO. | IN3S8 | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.      103155

NORP KNIT INDUSTRIES LTD (UNIT 2)

RELIANCE INDUSTRIAL PARK

93, ISLAMPUR, KODDA, NANDUN

GAZIPUR

# COMMERCIAL INVOICE

Page 6 of 12

DATE: September 24, 2018

INVOICE NO.: 201821907336

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

Bangladesh
FTY MID NO.         BDNORXN93GAZ

TO:         KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN358 | RIB WAIST JEGGING 16 BLACK | | 4 | 48 | 4.900 USD | 235.08 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320078000063 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY.
2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED

| CONTRACT NO. | IN358 | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.         103165

NORP KNIT INDUSTRIES LTD (UNIT 2)

RELIANCE INDUSTRIAL PARK

93, ISLAMPUR, KODDA, NANDUN

GAZIPUR

Bangladesh

FTY MID NO.         BDNORKN93GAZ

| KMART | IN358 | RIB WAIST JEGGING 4 DARK RINSE | | 2 | 24 | 4.960 USD | 119.04 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320079247185 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY.
2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED

| CONTRACT NO. | IN358 | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.         103165

# COMMERCIAL INVOICE

Page 7 of 12

DATE: September 24, 2018

INVOICE NO.: 201821007336

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Chambersburg , PA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI03GAZ

| KMART | IN3S8 | RIB WAIST JEGGING 5 DARK RINSE | 4 CARTONS | 48 PIECES | 4.960 USD | 238.08 USD |
|---|---|---|---|---|---|---|

ITEM:        320079247193
MADE IN      BANGLADESH
CONTENTS     12 PIECES

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY.
2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA. COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3S8 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 048 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI03GAZ

| KMART | IN3S8 | RIB WAIST JEGGING 5 DARK RINSE | 4 CARTONS | 48 PIECES | 4.960 USD | 238.08 USD |
|---|---|---|---|---|---|---|

ITEM:        320079247243
MADE IN      BANGLADESH
CONTENTS     12 PIECES

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY.
2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA. COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED

# COMMERCIAL INVOICE

Page 8 of 17
DATE: September 24, 2018
INVOICE NO.: 2018219007336

8873
PEARL GLOBAL INDUSTRIES LTD.
PGR., PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN358 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.      103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNI93GAZ

| KMART | IN358 | RIB WAIST JEGGING 6X DARK RINSE | 4 CARTONS | 48 PIECES | 4.960 USD PIECES | 238.08 USD |
|---|---|---|---|---|---|---|

ITEM: 320079247268
MADE IN BANGLADESH
CONTENTS 12 PIECES

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY.
2 FUNCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN358 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.      103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNI93GAZ

| KMART | IN358 | RIB WAIST JEGGING 7 DARK RINSE | 8 CARTONS | 96 PIECES | 4.960 USD PIECES | 476.16 USD |
|---|---|---|---|---|---|---|

ITEM: 320079247276
MADE IN BANGLADESH
CONTENTS 12 PIECES

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY.

# COMMERCIAL INVOICE

Page 9 of 12

DATE: September 24, 2016

INVOICE NO.: 201621007336

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Chambersburg , PA

FOB Bangladesh

2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA. COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX   WOVEN
FOLDED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN358 | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | QF7RT320059G | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.         103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.         BDNORKNI93GAZ

| KMART | IN358 | RIB WAIST JEGGING 6 DARK RINSE | | 7 CARTONS | 84 PIECES | 4.960 USD PIECES | 416.64 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320070247284 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE: QF7RT320059G
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY. ,
2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA. COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX   WOVEN
FOLDED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN358 | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | QF7RT320059G | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.         103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.         BDNORKNI93GAZ

## COMMERCIAL INVOICE

Page 10 of 12

DATE: September 24, 2018

INVOICE NO.: 201821907336

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Bangladesh

| KMART | IN3S8 | RIB WAIST JEGGING 10 DARK RINSE | 6 | 72 | 4.960  USD | 357.12  USD |
| | | | CARTONS | PIECES | PIECES | |

ITEM:        320076247300
MADE IN      BANGLADESH
CONTENTS     12 PIECES

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY.
2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED

| CONTRACT NO. | IN3S8 | REFERENCE NO. | 603P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3S8 | RIB WAIST JEGGING 12 DARK RINSE | 7 | 84 | 4.960  USD | 416.64  USD |
| | | | CARTONS | PIECES | PIECES | |

ITEM:        320078247316
MADE IN      BANGLADESH
CONTENTS     12 PIECES

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY.
2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED

| CONTRACT NO. | IN3S8 | REFERENCE NO. | 603P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR

# COMMERCIAL INVOICE

Page 11 of 12

DATE: September 24, 2018

INVOICE NO.: 201821007336

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

Bangladesh
FTY MID NO.        BDNORKN103GAZ

| KMART | IN3G8 | RIB WAIST JEGGING 14 DARK RINSE | | 6 CARTONS | 72 PIECES | 4.960 USD PIECES | 357.12 USD |

ITEM:        320078247334
MADE IN      BANGLADESH
CONTENTS     12 PIECES

STYLE: GF7RT320058G
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY....
2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX   WOVEN
FOLDED

| CONTRACT NO. | IN3G8 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT320058G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKN103GAZ

| KMART | IN3G8 | RIB WAIST JEGGING 16 DARK RINSE | | 5 CARTONS | 60 PIECES | 4.960 USD PIECES | 297.60 USD |

ITEM:        320078247342
MADE IN      BANGLADESH
CONTENTS     12 PIECES

STYLE: GF7RT320058G
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICIZED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS/RIVETS/PRINT/EMBROIDERY....
2 FUCTIONAL PATCH POCKETS AT BACK, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX   WOVEN
FOLDED

| CONTRACT NO. | IN3G8 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT320058G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103155

## COMMERCIAL INVOICE

Page 12 of 12

DATE: September 24, 2018

INVOICE NO.: 2018219070336

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKN93GAZ

PAYMENT TERM          Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER          OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 65 | 1,140 | PIECES | 5,654.40 USD |

TOTAL US DOLLARS FIVE THOUSAND SIX HUNDRED FIFTY-FOUR DOLLARS AND FORTY CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME        -------------------------

EMPLOYEE TITLE       -------------------------

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

B/L No. 583755850

| | |
|---|---|
| **Shipper**<br>NORP KNIT INDUSTRIES LTD,<br>NORTH KHAILKUR, P.O. NATIONAL,<br>UNIVERSITY,<br>GAZIPUR-1704, BANGLADESH. | **Booking No.**<br>966608877<br><br>**Export references**<br>297368502 |
| | Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant) |
| **Consignee (negotiable only if consigned "to order", "to order of a named Person or "to order of bearer")**<br>UNTO THE ORDER OF:<br>THE HONGKONG AND SHANGHAI BANKING<br>CORPORATION LTD.186 BIR UTTAM MIR<br>SHAWKAT ALI ROAD, DHAKA, BANGLADESH | **Notify Party (see clause 22)**<br>KMART CORPORATION.<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,<br>ILLINOIS 60179, U.S.A *** |
| **Vessel (see clause 1 + 19)**<br>TAICHUNG | **Voyage No.**<br>18006 | **Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (See clause 1)** |
| **Port of Loading**<br>Chittagong | **Port of Discharge**<br>Newark | **Port of Delivery. Applicable only when document used as Multimodal Transport B/L. (See clause 1)**<br>PGD, Chambersburg, PA 17201(Door) |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 95 Carton<br><br>READYMADE GARMENTS:<br>LADIE'S 67%COTTON 30% POLYESTER 3%SPANDEX WOVEN PANTS<br>STYLE NO:GF7RT32005BG<br>ORDER NO.:IN3S8<br>REF NO.:803P<br>QNTY-1,140 PCS<br>CAT NO.348 HTS#6204.62.80.51<br>VENDOR#8873, DIV/NO.49, DEPT. 049<br>INVOICE NO.1058SERK23484 DATE:10.09.2018<br>E-DOC INV.NO.2018E1907356 DATE:10.09.2018<br>EXP NO. 2859-49269-2016 DATE:11.09.2018<br>Export L/C # PGC-NORP/1058 DATE:12.10.2017<br>RECEIVED FOR SHIPMENT 01-OCT-18<br>CONTAINER GATE-IN DATE:04.10.2018<br>MOTHER VESSEL NAME:CMA CGM AMAZON VESSEL<br><br>CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 05/10/2018<br><br>K MART<br>IN3S8<br>ITEM NO.:<br>320-07693025-1 | 394.25 KGS | 3.070 CBM |

ORIGINAL

| Freight & Charges | | | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|---|---|

| Carrier's receipt (see clause 1 and 14). Total number of<br>container or packages received by Carrier.<br>1 Container | Place of Issue of B/L<br>Dhaka | |
| Number & Sequence of Original B/L's<br>1/THREE | Date of Issue of B/L<br>2018-10-09 | |
| Declared Value (see clause 7.3)<br> | Shipped on Board Date (Local Time)<br>2018-10-07 | |

Signed for the Carrier Maersk Line A/S

MAERSK BANGLADESH LTD
As Agent(s)

This transport document has one or more numbered pages

B/L: 583758850          Page : 2

# MAERSK LINE

320-07899069-4
320-07899070-2
320-07899072-8
320-07899073-6
320-07899074-4
320-07899095-9
320-07899096-7
320-07899097-5
320-07899098-3
320-07924718-5
320-07924719-3
320-07924724-3
320-07924726-8
320-07924727-6
320-07924728-4
320-07924730-0
320-07924731-8
320-07924733-4
320-07924734-2
MADE IN
BANGLADESH
CONTENTS:

AMFUB621944 ML-BD04563176  40 DRY 9'6  95 Carton  394.25 KGS  3.070 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd
License Number : 1732/85
Date of Expiry     31 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (AMFUB621944) WHICH CAN ONLY
BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(583758845,583758846,583758847,583758848,583758849,583758850,583758851,583
758852) COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER



B/L: 563758850                                    Page  3



# MAERSK LINE

ALSO NOTIFY: ***KMART C/O UPS SUPPLY CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE,CA,90502
PHONE(310)404-2792,FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO.

CY/SD:

161/A1    006: 2608

*105B 8mm  10486*

# COMMERCIAL INVOICE

Page 1 of 12

**DATE:** September 24, 2016

**INVOICE NO.:** 201821907517

8873
PEARL GLOBAL INDUSTRIES LTD.
FGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US\$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3S9 | RIB WAIST JEGGING 4 DARK ENZYME | 2 CARTONS | 24 PIECES | 4.960 USD PIECES | 119.04 USD |
| ITEM: | 32007889101G | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED.

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3S9 | REFERENCE NO. | 603P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.          103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
69, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNI53GAZ

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US\$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3S9 | RIB WAIST JEGGING 5 DARK ENZYME | 3 CARTONS | 36 PIECES | 4.960 USD PIECES | 178.56 USD |
| ITEM: | 32007889102G | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB  WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE  FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED.

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3S9 | REFERENCE NO. | 603P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.          103155

# COMMERCIAL INVOICE

DATE: September 24, 2018
INVOICE NO.: 201821007517

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KOODA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNI93GAZ

| KMART | IN359 | RIB WAIST JEGGING 6 DARK ENZYME | 4 | 48 | 4.900  USD | 235.06  USD |
|-------|-------|---------------------------------|---|----|------------|-------------|
| ITEM: | 320078001031 | | CARTONS | PIECES | PIECES | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE: GF7RT3200SBG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB  WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE  FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA. COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX   WOVEN
FOLDED.

| CONTRACT NO. | IN359 | REFERENCE NO. | 603F |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT3200SBG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.      103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KOODA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNI93GAZ

| KMART | IN359 | RIB WAIST JEGGING 6X DARK ENZYME. | 3 | 36 | 4.900  USD | 176.68  USD |
|-------|-------|-----------------------------------|---|----|------------|-------------|
| ITEM: | 320078001049 | | CARTONS | PIECES | PIECES | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE: GF7RT3200SBG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB  WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE  FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA. COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX   WOVEN
FOLDED.

# COMMERCIAL INVOICE

Page 3 of 12
DATE: September 24, 2018
INVOICE NO.: 201821907517

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 448
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Bangladesh

| CONTRACT NO. | IN359 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT320050G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KOODA, NANDUN
GAZIPUR
Bangladesh
PTY MID NO.    BDNORKNI93GAZ

| KMART | IN359 | RIB WAIST JEGGING 7 DARK ENZYME | 7 CARTONS | 84 PIECES | 4.960 USD PIECES | 416.64 USD |
| ITEM: | 320078001114 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE: GF7RT320050G
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX   WOVEN
FOLDED.

| CONTRACT NO. | IN359 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT320050G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KOODA, NANDUN
GAZIPUR
Bangladesh
PTY MID NO.    BDNORKNI93GAZ

| KMART | IN359 | RIB WAIST JEGGING 8 DARK ENZYME | 7 CARTONS | 84 PIECES | 4.960 USD PIECES | 416.64 USD |
| ITEM: | 320078001122 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE: GF7RT320050G
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT

# COMMERCIAL INVOICE

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM:  Chittagong, Bangladesh        SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOU-Bangladesh

NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE ·
COUNTRY OF ORIGIN (FABRIC)- CHINA. COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX   WOVEN
FOLDED.

| CONTRACT NO. | IN359 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.     103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNI93GAZ

| KMART | IN359 | RIB WAIST JEGGING 10 DARK ENZYME | | 6 | 72 | 4.960 USD | 357.12 USD |
| ITEM: | 320078991130 | | | CARTONS | PIECES | PIECES | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE: GF7RT32005BG .
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB  WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE  FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NON BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC)- CHINA. COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX   WOVEN
FOLDED.

| CONTRACT NO. | IN359 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.     103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNI93GAZ

# COMMERCIAL INVOICE

Page 5 of 12

DATE: September 24, 2018

INVOICE NO.: 201821007517

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN3S9 | RIG WAIST JEGGING 12 DARK ENZYME | | 7 CARTONS | 84 PIECES | 4.880 USD PIECES | 410.64 USD |
|-------|-------|-----------------------------------|--|-----------|-----------|------------------|------------|
| ITEM: | 320076891148 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE: QF7RT320058G
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX   WOVEN
FOLDED.

| | | | | |
|--|--|--|--|--|
| CONTRACT NO. | IN3S9 | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 | |
| VENDOR ITEM CODE | QF7RT320058G | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.     103165
NDRP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.     BDNDRKNI03GAZ

| KMART | IN3S9 | RIB WAIST JEGGING 14 DARK ENZYME | | 6 CARTONS | 72 PIECES | 4.960 USD PIECES | 357.12 USD |
|-------|-------|-----------------------------------|--|-----------|-----------|------------------|------------|
| ITEM: | 320076891166 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE: QF7RT320058G
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX - WOVEN
FOLDED.

| | | | | |
|--|--|--|--|--|
| CONTRACT NO. | IN3S9 | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 | |
| VENDOR ITEM CODE | QF7RT320058G | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.     103165

# COMMERCIAL INVOICE

Page 6 of 12

DATE: September 24, 2018

INVOICE NO.: 201821907617

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3S9 | RIB WAIST JEGGING 10 DARK ENZYME | 4 CARTONS | 48 PIECES | 4.980 USD PIECES | $239.08 USD |
|-------|-------|-----------------------------------|-----------|-----------|------------------|-------------|
| ITEM: | 320076991163 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE: GF7RT32005DG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA. COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED.

| CONTRACT NO. | IN3S9 | REFERENCE NO. | 603P |
|--------------|-------|---------------|------|
| DC CODE | PCO | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT32005DG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3S9 | RIB WAIST JEGGING 4 MEDIUM WASH | 2 CARTONS | 24 PIECES | 4.960 USD PIECES | 119.04 USD |
|-------|-------|----------------------------------|-----------|-----------|------------------|------------|
| ITEM: | 320076991165 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE: GF7RT32005DG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA. COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED.

# COMMERCIAL INVOICE

Page 7 of 12
DATE: September 24, 2018
INVOICE NO.: 201821907617

8073
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN359 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8073 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN359 | RIB WAIST JEGGING 5 MEDIUM WASH | 3 | 36 | 4.960  USD | 178.56  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320076001107 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12  PIECES | | | | | |

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB  WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE  FRONT POCKETS AT FRONT, 1 FUNCTONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL  FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUNCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA. COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX   WOVEN
FOLDED.

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN359 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8073 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN359 | RIB WAIST JEGGING 5 MEDIUM WASH | 4 | 48 | 4.960  USD | 238.08  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320076001247 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12  PIECES | | | | | |

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB  WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE  FRONT POCKETS AT FRONT, 1 FUNCTONAL COIN POCKET IN ONE SIDE AT FRONT

# COMMERCIAL INVOICE

DATE: September 24, 2018
INVOICE NO.: 201821907517

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART-CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Bangladesh

NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA. COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67% COTTON 30% POLYESTER 3% SPANDEX  WOVEN
FOLDED.

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN359 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT320059G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.            103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
03, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN358 | RIB WAIST JEGGING 6X MEDIUM WASH | 3 | 36 | 4.960 USD | 178.56 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320076091264 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE: GF7RT320059G
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB  WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA. COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67% COTTON 30% POLYESTER 3% SPANDEX  WOVEN
FOLDED.

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN359 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT320059G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.            103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
03, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

# COMMERCIAL INVOICE

Page 9 of 12
DATE: September 24, 2016
INVOICE NO.: 201621907617

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Bangladesh

| KMART | IN398 | RIB WAIST JEGGING 7 MEDIUM WASH | | | | |
|---|---|---|---|---|---|---|
| | | | | 6 | 72 | 4.960 USD | 307.12 USD |
| ITEM: | 320078991262 | | | CARTONS | PIECES | PIECES |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA. COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED.

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN389 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.          103166
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKN93GAZ

| KMART | IN358 | RIB WAIST JEGGING 8 MEDIUM WASH | | | | |
|---|---|---|---|---|---|---|
| | | | | 5 | 60 | 4.960 USD | 297.60 USD |
| ITEM: | 320078991270 | | | CARTONS | PIECES | PIECES |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA. COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED.

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN389 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.          103165

# COMMERCIAL INVOICE

Page 10 of 12
DATE: September 24, 2018
INVOICE NO.: 201821007517

5873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      KMART CORPORATION
         3333 Beverly Road
         Hoffman Estates, IL 60179
         US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO: Chambersburg, PA
MODE OF TRANSPORTATION: Ocean

                                                             FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNI93GAZ

| KMART | IN359 | RIB WAIST JEGGING 10 MEDIUM WASH | | 4 | 48 | 4,960 USD | 238.08 USD |
|-------|-------|------|--|---|----|-----------|------------|
| ITEM: | 320078991206 | | | CARTONS | PIECES | PIECES | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX   WOVEN
FOLDED.

| CONTRACT NO. | IN359 | REFERENCE NO. | 503P |
|--------------|-------|---------------|------|
| DC CODE | FCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5873 |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.          103166
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNI93GAZ

| KMART | IN359 | RIB WAIST JEGGING 12 MEDIUM WASH | | 7 | 84 | 4,960 USD | 416.64 USD |
|-------|-------|------|--|---|----|-----------|------------|
| ITEM: | 320078991304 | | | CARTONS | PIECES | PIECES | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE: GF7RT32005G
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX   WOVEN
FOLDED.

# COMMERCIAL INVOICE

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN359 | REFERENCE NO. | 603P | |
| DC CODE | PCD | DEPARTMENT NO. | D49 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI63GAZ

| KMART | IN359 | RIB WAIST JEGGING 14 MEDIUM WASH | 6 CARTONS | 72 PIECES | 4,960 USD PIECES | 357.12 USD |
|---|---|---|---|---|---|---|

ITEM:    320078001312
MADE IN    BANGLADESH
CONTENTS    12 PIECES

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT
NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA, COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 97%COTTON 30%POLYESTER 3%SPANDEX  WOVEN
FOLDED.

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN359 | REFERENCE NO. | 603P | |
| DC CODE | PCD | DEPARTMENT NO. | D49 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | GF7RT32005BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI63GAZ

| KMART | IN359 | RIB WAIST JEGGING 10 MEDIUM WASH | 5 CARTONS | 60 PIECES | 4,960 USD PIECES | 297.60 USD |
|---|---|---|---|---|---|---|

ITEM:    320078001320
MADE IN    BANGLADESH
CONTENTS    12 PIECES

STYLE: GF7RT32005BG
DESCRIPTION: GIRLS RIB WAIST JEGGING
ELASTICATED RIB  WAISTBAND WITH TWILL TAPE NON FUNCTIONAL KNOT AT CENTER FRONT
2 FAKE FRONT POCKETS AT FRONT, 1 FUNCTIONAL COIN POCKET IN ONE SIDE AT FRONT

## COMMERCIAL INVOICE

Page 12 of 12
DATE: September 24, 2018
INVOICE NO.: 201821907817

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:    Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NON FUNCTIONAL FLY AT CENTRE FRONT, NO BUTTONS, NO RIVETS,
NO PRINT AND NO EMBROIDERY, 2 FUCTIONAL PATCH POCKETS AT BACK
GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC)- CHINA. COUNTRY OF CUTTING AND ASSEMBLY - BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX   WOVEN
FOLDED.

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN359 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT3290590 | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    403455.
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | AMOUNT (U5S) |
|---|---|---|---|
| TOTAL INVOICE | 94 | 1,128 PIECES | 5,594.88  USD |

TOTAL US DOLLARS FIVE THOUSAND FIVE HUNDRED NINETY-FOUR DOLLARS AND EIGHTY-EIGHT CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME
EMPLOYEE TITLE

1058 Serk. 23486
K aut B

# MAERSK LINE

BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT

SCAC **MAEU**

B/L No. **583758849**

Shipper
NORP KNIT INDUSTRIES LTD.
NORTH KHAILKUR, P.O. NATIONAL
UNIVERSITY,
GAZIPUR-1704, BANGLADESH.

Booking No.
966608977

Export references

Svc Contract
297368502

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

Consignee (negotiable only if consigned "to order", "to order of" a named Person or "to order of a bank")
UNTO THE ORDER OF:
THE HONGKONG AND SHANGHAI BANKING
CORPORATION LTD. 186 BIR UTTAM MIR
SHAWKAT ALI ROAD, DHAKA, BANGLADESH.

Notify Party (see clause 22)
KMART CORPORATION.
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179,U.S.A.***

Vessel (see clause 1+19)
TAICHUNG

Voyage No.
806E

Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1)

Port of Loading
Chittagong

Port of Discharge
Newark

Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1)
PCD,Chambersburg, PA 17201(Door)

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No.; Seal No. | | Weight | Measurement |
|---|---|---|---|
| 1 Container Said to Contain 94 Carton | | 990.10 KGS | 2,940.08M |
| READYMADE GARMENTS: | | | |
| LADIE'S 67%COTTON 30% POLYESTER 3%SPANDEX WOVEN PANTS | | | |
| STYLE NO.:CF7RT32005BG | | | |
| ORDER NO.1N3S9 | | | |
| REF NO. 603P | | | |
| QNTY-1,128 PCS | | | |
| CAT NO.:348 HTS#:6204.6280.51 | | | |
| VENDOR #:8873 , DIV NO.4 , DEPT# 049 | | | |
| INVOICE NO.1050SERK23486 DATE:10.09.2018 | | | |
| E-DOC INV NO.201B71.007517 DATE:10.09.2018 | | | |
| EXP NO. 2859-49-56-2018 DATE:11.09.2018 | | | |
| Export L/C #: FGL-NORP/1058 DATE:12.10.2017 | | | |
| RECEIVED FOR SHIPMENT: 01 OCT 18 | | | |
| CONTAINER GATE-IN DATE: 04.10.2018 | | | |
| MOTHER VESSEL NAME: CMA CGM AMAZON V-0318 | | | |
| CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 05/10/2018 | | | |
| K-MART | | | |
| 1N3S9 | | | |
| ITEM NO: | | | |
| 320-978591015 | | | |

Freight & Charges

Carrier's Receipt (for Clause 1 and 14.) Total number of containers or packages received by Carrier
1 container

Place of issue of B/L
Dhaka

Number & Sequence of Original B(s)/L
1/THREE

Date of issue of B/L
2018-10-09

Declared Value (see clause 7.3)

Shipped on board Date (Local 7.3)
2018-10-07

Signed for the Carrier Maersk Line, A/S

MAERSK BANGLADESH LTD.
As Agents

This transport document has one or more numbered pages.

£04359

B/L: 583758849    Page : 2



# MAERSK LINE

320-07899102-3
320-07899103-1
320-07899104-9
320-07899111-4
320-07899112-2
320-07899113-0
320-07899114-8
320-07899115-5
320-07899116-3
320-07899118-9
320-07899119-7
320-07899124-7
320-07899125-4
320-07899126-2
320-07899127-0
320-07899129-6
320-07899130-4
320-07899131-2
320-07899132-0
MADE IN
BANGLADESH
CONTENTS:

AMFU8621944  ML-BD0463178  40 DRY 9'6  94 Carton  390.10 KGS  2.940 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd
License Number : 1732/85
Date of Expiry    : 31 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (AMFU8621944) WHICH CAN ONLY
BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(583758845,583758845,583758847,583758848,583758849,583758850,583758851,583
758852) COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER.

B/L: 583759849                                    Page : 3



# MAERSK LINE

ALSO NOTIFY: ***KMART C/O UPS SUPPLY CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE,CA-90502
PHONE(310)404-2792,FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO.

CY/SD.

## COMMERCIAL INVOICE

Page 1 of 14
DATE: September 24, 2018
INVOICE NO.: 201821936299

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO:  Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| KMART | IN3SH | JEGGING 6 MEDIUM WASH | | 4 | 48 | 4.340  USD | 208.32  USD |
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320020377412 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN  FABRIC  CUTTING AND ASSEMBLY  BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| CONTRACT NO. | IN3SH | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.      103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNI03GAZ

| KMART | IN3SH | JEGGING 4 BLACK | | 1 | 12 | 4.340  USD | 52.08  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320020595203 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN  FABRIC  CUTTING AND ASSEMBLY  BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| CONTRACT NO. | IN3SH | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.      103155

## COMMERCIAL INVOICE

Page 2 of 14
DATE: September 24, 2018
INVOICE NO.: 201821939299

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh

SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3SH | JEGGING 5 BLACK | | 2 | 24 | 4.340 USD | 104.16 USD |
|-------|-------|------------------|---|---|----|-----------|------------|
| ITEM: | 320050600725 | | | CARTONS | PIECES | PIECES | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN  FABRIC  CUTTING AND ASSEMBLY  BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX    WOVEN
FOLD PACK

| CONTRACT NO. | IN3SH | REFERENCE NO. | 503P |
|--------------|-------|----------------|------|
| OC CODE | PC5 | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3SH | JEGGING 5 BLACK | | 3 | 36 | 4.340 USD | 156.24 USD |
|-------|-------|------------------|---|---|----|-----------|------------|
| ITEM: | 320050600433 | | | CARTONS | PIECES | PIECES | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN  FABRIC  CUTTING AND ASSEMBLY  BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX    WOVEN
FOLD PACK

# COMMERCIAL INVOICE

Page 3 of 1n

DATE: September 24, 2018

INVOICE NO.: 201821039200

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| CONTRACT NO. | IN3SH | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI03GAZ

| KMART | IN3SH | JEGGING 6X BLACK | | 2 | 24 | 4,340 USD | 104.16 USD |
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320050905153 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN FABRIC CUTTING AND ASSEMBLY BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX    WOVEN
FOLD PACK

| CONTRACT NO. | IN3SH | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 346 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI03GAZ

| KMART | IN3SH | JEGGING 7 BLACK | | 4 | 48 | 4,340 USD | 208.32 USD |
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320050905105 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN FABRIC CUTTING AND ASSEMBLY BANGLADESH

# COMMERCIAL INVOICE

Page 4 of 14

DATE: September 24, 2018

INVOICE NO.: 201821930283

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Bangladesh

FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX    WOVEN
FOLD PACK

| CONTRACT NO. | IN3SH | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.     103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNI93GAZ

| KMART | IN3SH | JEGGING 5 MEDIUM WASH | | 3 | 36 | 4.340 USD | 156.24 USD |
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320060370115 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN  FABRIC CUTTING AND ASSEMBLY  BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX    WOVEN
FOLD PACK

| CONTRACT NO. | IN3SH | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.     103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.     BDNORKNI93GAZ

| KMART | IN3SH | JEGGING 6X MEDIUM WASH | | 2 | 24 | 4.340 USD | 104.16 USD |
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320060398864 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32400BG

# COMMERCIAL INVOICE

Page 5 of 14
DATE: September 24, 2018
INVOICE NO.: 201821930299

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN FABRIC CUTTING AND ASSEMBLY BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SH | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103195
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN3SH | JEGGING 7 MEDIUM WASH | | 4 CARTONS | 48 PIECES | 4.340 USD PIECES | 208.32 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320065396992 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN FABRIC CUTTING AND ASSEMBLY  BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX    WOVEN
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SH | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI03GAZ

# COMMERCIAL INVOICE

DATE: September 24, 2010

INVOICE NO.: 261621936290

6073
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
india
122016

TO:    KMART CORPORATION
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

| KMART | IN3SH | JEGGING 8 MEDIUM WASH | | 8 CARTONS | 72 PIECES | 4.340  USD PIECES | 312.48  USD |
|-------|-------|-----------------------|--|-----------|-----------|-------------------|-------------|

ITEM:      320006452061
MADE IN    BANGLADESH
CONTENTS   12 PIECES

STYLE # GF7RT324008G
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN  FABRIC  CUTTING AND ASSEMBLY  BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| CONTRACT NO. | IN3SH | REFERENCE NO. | 803P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6073 |
| VENDOR ITEM CODE | GF7RT324008G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3SH | JEGGING 10 MEDIUM WASH | | 7 CARTONS | 84 PIECES | 4.340  USD PIECES | 364.56  USD |
|-------|-------|------------------------|--|-----------|-----------|-------------------|-------------|

ITEM:      320006458241
MADE IN    BANGLADESH
CONTENTS   12 PIECES

STYLE # GF7RT324008G
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN  FABRIC  CUTTING AND ASSEMBLY  BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| CONTRACT NO. | IN3SH | REFERENCE NO. | 803P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6073 |
| VENDOR ITEM CODE | GF7RT324008G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR

# COMMERCIAL INVOICE

Page 7 of 14

DATE: September 24, 2018

INVOICE NO.: 2018219302I09

5873
PEARL GLOBAL INDUSTRIES LTD.
PGIL. PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Chambersburg , PA

FOB Bangladesh

Bangladesh
FTY MID NO.        BDNCRKNI93GAZ

| KMART | IN3SH | JEGGING 12 MEDIUM WASH | | 7 | 84 | 4.340 USD | 364.56 USD |
|-------|-------|------------------------|---|---|----|-----------|-----------|
| | | | | CARTONS | PIECES | PIECES | |

ITEM:      320000450200
MADE IN    BANGLADESH
CONTENTS   12 PIECES

STYLE # GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN  FABRIC  CUTTING AND ASSEMBLY  BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| CONTRACT NO. | IN3SH | REFERENCE NO. | 803P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5873 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNCRKNI93GAZ

| KMART | IN3SH | JEGGING 14 MEDIUM WASH | | 3 | 36 | 4.340 USD | 156.24 USD |
|-------|-------|------------------------|---|---|----|-----------|-----------|
| | | | | CARTONS | PIECES | PIECES | |

ITEM:      320000450200
MADE IN    BANGLADESH
CONTENTS   12 PIECES

STYLE # GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN  FABRIC  CUTTING AND ASSEMBLY  BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| CONTRACT NO. | IN3SH | REFERENCE NO. | 803P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5873 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103155

# COMMERCIAL INVOICE

Page 8 of 14

DATE: September 24, 2018

INVOICE NO.: 201621939299

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh         SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI03GAZ

| KMART | IN3SH | JEGGING 10 MEDIUM WASH | | | | 3 | 36 | 4.340  USD | 156.24  USD |
|-------|-------|------------------------|--|--|--|---|----|----|----|
| | | | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320066456274 | | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | | |
| CONTENTS | 12 PIECES | | | | | | | | |

STYLE # GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN  FABRIC  CUTTING AND ASSEMBLY  BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX    WOVEN
FOLD PACK

| CONTRACT NO. | IN3SH | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI03GAZ

| KMART | IN3SH | JEGGING 5 LIGHT WASH | | | | 2 | 24 | 4.340  USD | 104.16  USD |
|-------|-------|----------------------|--|--|--|---|----|----|----|
| | | | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320066458308 | | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | | |
| CONTENTS | 12 PIECES | | | | | | | | |

STYLE # GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN  FABRIC  CUTTING AND ASSEMBLY  BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX    WOVEN
FOLD PACK

# COMMERCIAL INVOICE

DATE: September 24  2016

INVOICE NO.: 20162160256

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh          SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| CONTRACT NO. | IN3SH | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT324006G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103155

NORP KNIT INDUSTRIES LTD (UNIT 2)

RELIANCE INDUSTRIAL PARK

93, ISLAMPUR, KODDA, NANDUN

GAZIPUR

Bangladesh

FTY MID NO.    BDNORKNI93GAZ

| KMART | IN3SH | JEGGING 5 LIGHT WASH | | 3 | 35 | 4.340 USD | 156.24 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320009456324 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT324006G
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN  FABRIC  CUTTING AND ASSEMBLY  BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| CONTRACT NO. | IN3SH | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT324006G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103155

NORP KNIT INDUSTRIES LTD (UNIT 2)

RELIANCE INDUSTRIAL PARK

93, ISLAMPUR, KODDA, NANDUN

GAZIPUR

Bangladesh

FTY MID NO.    BDNORKNI93GAZ

| KMART | IN3SH | JEGGING 6X LIGHT WASH | | 3 | 35 | 4.340 USD | 156.24 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320006456332 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT324006G
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN  FABRIC  CUTTING AND ASSEMBLY  BANGLADESH

# COMMERCIAL INVOICE

Page 10 of 14

DATE: September 24, 2016

INVOICE NO.: 201621939299

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| | |
|---|---|
| CONTRACT NO. | IN3SH |
| DC CODE | PCD |
| DIVISION NO. | Division 4 |
| VENDOR ITEM CODE | GF7RT32400BG |
| BINDING RULING # OR PRECLASS # | |

| | |
|---|---|
| REFERENCE NO. | 803P |
| DEPARTMENT NO. | 049 |
| VENDOR NO. | 8873 |
| COUNTRY OF ORIGIN | BANGLADESH |
| CATEGORY | 348 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3SH | JEGGING 7 LIGHT WASH | | 3 CARTONS | 36 PIECES | 4.340  USD PIECES | 156.24  USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320086458340 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN  FABRIC  CUTTING AND ASSEMBLY  BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| | |
|---|---|
| CONTRACY NO. | IN3SH |
| DC CODE | PCD |
| DIVISION NO. | Division 4 |
| VENDOR ITEM CODE | GF7RT32400BG |
| BINDING RULING # OR PRECLASS # | |

| | |
|---|---|
| REFERENCE NO. | 803P |
| DEPARTMENT NO. | 049 |
| VENDOR NO. | 8873 |
| COUNTRY OF ORIGIN | BANGLADESH |
| CATEGORY | 348 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3SH | JEGGING 6 LIGHT WASH | | 5 CARTONS | 60 PIECES | 4.340  USD PIECES | 260.40  USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320086458357 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32400BG

# COMMERCIAL INVOICE

Page 11 of 14

DATE: September 24, 2018

INVOICE NO.: 2018219099299

6973
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 440
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN FABRIC CUTTING AND ASSEMBLY BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SH | REFERENCE NO. | 603P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT324008G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.  103155

NORP KNIT INDUSTRIES LTD (UNIT 2)

RELIANCE INDUSTRIAL PARK

93, ISLAMPUR, KODDA, NANDUN

GAZIPUR

Bangladesh

FTY MID NO.  BDNORKNI93GAZ

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| KMART | IN3SH | JEGGING 10 LIGHT WASH | | | 7 CARTONS | 84 PIECES | 4.340 USD PIECES | 364.56 USD |
| ITEM: | 32000644808508 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT324008G
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN FABRIC CUTTING AND ASSEMBLY BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SH | REFERENCE NO. | 603P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT324008G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.  103155

NORP KNIT INDUSTRIES LTD (UNIT 2)

RELIANCE INDUSTRIAL PARK

93, ISLAMPUR, KODDA, NANDUN

GAZIPUR

Bangladesh

FTY MID NO.  BDNORKNI93GAZ

# COMMERCIAL INVOICE

Page 12 of 14

DATE: September 24, 2018

INVOICE NO.: 2018219340209

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN3SH | JEGGING 12 LIGHT WASH | | | 7 CARTONS | 84 PIECES | 4.340 USD PIECES | 364.56 USD |
|---|---|---|---|---|---|---|---|---|

ITEM:        320006458514
MADE IN      BANGLADESH
CONTENTS     12 PIECES

STYLE # GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN  FABRIC  CUTTING AND ASSEMBLY  BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3SH | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 340 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
83, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI03GAZ

| KMART | IN3SH | JEGGING 14 LIGHT WASH | | | 5 CARTONS | 60 PIECES | 4.340 USD PIECES | 260.40 USD |
|---|---|---|---|---|---|---|---|---|

ITEM:        320006458522
MADE IN      BANGLADESH
CONTENTS     12 PIECES

STYLE # GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN  FABRIC  CUTTING AND ASSEMBLY  BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3SH | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 340 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
83, ISLAMPUR, KODDA, NANDUN
GAZIPUR

# COMMERCIAL INVOICE

Page 13 of 14

DATE: September 24, 2018

INVOICE NO.: 201821930799

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL. PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 00179
US

Bangladesh

FTY MID NO.      BDNORKNI93GAZ

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

| KMART | IN3SH | JEGGING 16 LIGHT WASH | | 3 | 36 | 4,340 USD | 156.24 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320086456530 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT, 2 FAKE POCKETS AT
BOTH SIDE OF BACK, AND EACH SIDE AT FRONT WITH DECORATIVE STITCH
NO BUTTONS/RIVETS, GARMENT LENGTH REACHES THE ANKLE
COUNTRY OF ORIGIN  FABRIC  CUTTING AND ASSEMBLY BANGLADESH
FABRICATION 67% COTTON 30% POLYESTER 3% SPANDEX   WOVEN
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SH | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.      103156
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNI93GAZ

PAYMENT TERM      Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER      OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | AMOUNT (US$) |
|---|---|---|---|
| TOTAL INVOICE | 60 | 1,066 PIECES | 4,635.12 USD |

TOTAL US DOLLARS FOUR THOUSAND SIX HUNDRED THIRTY-FIVE DOLLARS AND TWELVE CENTS ONLY.

# COMMERCIAL INVOICE

Page 14 of 14

DATE: September 24, 2016

INVOICE NO.: 201621039299

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

B/L No. 583758852

Shipper
NORP-KNIT INDUSTRIES LTD,
NORTH KHAILKUR, P.O. NATIONAL,
UNIVERSITY,
GAZIPUR-1704,BANGLADESH.

Booking No.
960608877

Export references
297368502

Consignee (negotiable only if consigned "to order", "to order of a named Person or "to order of bearer")
UNTO THE ORDER OF:
THE HONGKONG AND SHANGHAI BANKING
CORPORATION LTD.186 BIR UTTAM MIR
SHAWKAT ALI ROAD,DHAKA,BANGLADESH

Notify Party (see clause 22)
KMART CORPORATION,
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179,U.S.A.***

Vessel (see clause 1 + 19)
TAICHUNG

Voyage No.
8006

Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1)

Port of Loading
Chittagong

Port of Discharge
Newark

Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1)
PCD,Chambersburg, PA 17201(Door)

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages, Description of goods; Marks and Numbers; Container; No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 89 Carton | 302.60 KGS | 1.510 CBM |

READYMADE GARMENTS:
LADIE'S 67%COTTON 30% POLYESTER 3%SPANDEX WOVEN PANTS
STYLE NO:GF7RT32400BG
ORDER NO:1N3SH
REF NO.803P
QNTY-1,068 PCs.
CAT NO:348 HTS#6204.62B0.51
VENDOR#8873 , DIV NO.4 , DEPT# 049
INVOICE NO.10SBSERK23488 DATE:10.09.2018
E-DOC INV NO.201821939299 DATE:10.09.2018
EXP NO.2659-49273-2018 DATE:11.09.2018
Export L/C # FGL-NORP/1058 DATE:12.10.2017
RECEIVED FOR SHIPMENT:01 OCT 18
CONTAINER GATE-IN DATE: 04.10.2018
MOTHER VESSEL NAME: CMA CGM AMAZON V-03LS

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 05/10/2018

K-MART
1N3SH
ITEM NO :
320:06636911-7

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 24)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier. | Place of Issue of B/L | |
|---|---|---|
| 1 container | Dhaka | |
| Number & Sequence of Original B(s)/L | Date of Issue of B/L | |
| 1/THREE | 2018-10-09 | |
| Declared Value (see clause 7.3) | Shipped on Board Date / Local Time | |
| | 2018-10-07 | |

Signed for the Carrier Maersk Line A/S

MAERSK BANGLADESH LTD.
As Agent(s)

This transport document has one or more numbered pages.

B/L: 583758852                                    Page : 2



## MAERSK LINE

320-06637011-S
320-02037741-2
320-06639868-4
320-06639889-2
320-06645206-1
320-06645624-1
320-06645825-8
320-06645826-6
320-06645827-4
320-06645829-0
320-06645830-8
320-06645832-4
320-06645833-2
320-06645834-0
320-06645835-7
320-06645850-6
320-06645851-4
320-06645852-2
320-06645853-0
320-05059526-3
320-05060072-5
320-05060493-3
320-05060515-3
320-05060519-5
MADE IN
BANGLADESH
CONTENTS:

AMFU8621944  ML-BD0463178  40 DRY 9'6  69 Carton  302.60 KGS  1.510 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd
License Number : 1732/85
Date of Expiry    : 31 December 2021

FREIGHT COLLECT

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

B/L: S63758852                                        Page : 3



# MAERSK LINE

THIS BILL OF LADING COVERS PART OF CONTAINER (AMFU8621944) WHICH CAN ONLY
BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(583758845,583758846,583758847,583758848,583758849,583758850,583758851,5837
58852) COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY: ***KMART C/D UPS SUPPLY CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE,CA 90502
PHONE(310)404-2792,FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO.

CY/SD

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

# COMMERCIAL INVOICE

Page 1 of 15

DATE: September 24, 2018

INVOICE NO.: 201821940200

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3SJ | JEGGING 10 BLACK | 1 | 12 | 4.340 USD | 52.08 USD |
| ITEM: | 320050606211 | | CARTONS | PIECES | PIECES | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE# GF7RT324000G
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | GF7RT324000BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3SJ | JEGGING 12 BLACK | 2 | 24 | 4.340 USD | 104.16 USD |
| ITEM: | 320050606204 | | CARTONS | PIECES | PIECES | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE# GF7RT324000BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | GF7RT324000BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.    103155

# COMMERCIAL INVOICE

Page 2 of 15

DATE: September 24, 2018

INVOICE NO.: 2018211940200

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      KMART CORPORATION
         3333 Beverly Road
         Hoffman Estates, IL 60179
         US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNI93GAZ

| KMART | IN3SJ | JEGGING 14 BLACK | 1 | 12 | 4.340 USD | $2.08 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320050605993 | | CARTONS | PIECES | PIECES | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE# GF7RT324003G
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS&RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| CONTRACT NO. | IN3SJ | REFERENCE NO. | 603P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 046 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.          103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNI93GAZ

| KMART | IN3SJ | JEGGING 16 BLACK | 3 | 36 | 4.340 USD | 156.24 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320050605997 | | CARTONS | PIECES | PIECES | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE# GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS&RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

# COMMERCIAL INVOICE

Page 3 of 15

DATE: September 24, 2016

INVOICE NO.: 201621040200

8573
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh        SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB Bangladesh

| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.         103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3SJ | JEGGING 4 DARK ENZYME | 2 | 24 | 4.340 USD | 104.16 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320050600028 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE# GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH  SIDES OF BACK, NO BUTTONS&RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY:  BANGLADESH
FABRIC: 67%COTTON  30%POLYESTER  3%SPANDEX STRETCH  WOVEN
FOLD PACK

| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.         103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3SJ | JEGGING 6 DARK ENZYME | 4 | 48 | 4.340 USD | 208.32 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320050600045 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE# GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH

# COMMERCIAL INVOICE

Page 4 of 15

DATE: September 24, 2016

INVOICE NO.: 201621940200

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC]: BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY:  BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT324008G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.   103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.   BDNORKNI93GAZ

| KMART | IN3SJ | JEGGING 6 DARK ENZYME | | 5 | 60 | 4.340 USD | 260.40 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320050600086 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE# GF7RT324008G
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT324008G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.   103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.   BDNORKNI93GAZ

# COMMERCIAL INVOICE

DATE: September 24, 2016
INVOICE NO.: 201821940200

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:        KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN3SJ | JEGGING 6X DARK ENZYME | | 4 CARTONS | 48 PIECES | 4.340 USD PIECES | 208.32 USO |
|-------|-------|------------------------|---|-----------|-----------|------------------|------------|

ITEM:        320050007548
MADE IN      BANGLADESH
CONTENTS     12 PIECES

STYLE# GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS&RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEK STRETCH WOVEN
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SJ | REFERENCE NO. | 603P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
03, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
PTY MID NO.        BDNORKNI93GAZ

| KMART | IN3SJ | JEGGING 7 DARK ENZYME | | 7 CARTONS | 84 PIECES | 4.340 USD PIECES | 364.56 USD |
|-------|-------|------------------------|---|-----------|-----------|------------------|------------|

ITEM:        320050008001
MADE IN      BANGLADESH
CONTENTS     12 PIECES

STYLE# GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH  SIDES OF BACK, NO BUTTONS&RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SJ | REFERENCE NO. | 603P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103155

# COMMERCIAL INVOICE

Page 6 of 15

DATE: September 24, 2018

INVOICE NO.: 701621040260

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI03GAZ

| KMART | IN3SJ | JEGGING 8 DARK ENZYME | 5 CARTONS | 60 PIECES | 4,340 USD PIECES | 260.40 USD |
|-------|-------|-----------------------|-----------|-----------|-------------------|-------------|
| ITEM: | 320059009072 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE# GF7RT324005G
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH; FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC]: BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI03GAZ

| KMART | IN3SJ | JEGGING 10 DARK ENZYME | 6 CARTONS | 72 PIECES | 4,340 USD PIECES | 312.48 USD |
|-------|-------|------------------------|-----------|-----------|-------------------|-------------|
| ITEM: | 320059009197 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE# GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH; FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC]: BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

# COMMERCIAL INVOICE

DATE: September 24, 2018
INVOICE NO.: 201821040200

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI63GA2

| KMART | IN3SJ | JEGGING 12 DARK ENZYME | | 5 CARTONS | 60 PIECES | 4.340 USD PIECES | 260.40 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320050610516 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE# GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH; FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI63GA2

| KMART | IN3SJ | JEGGING 14 DARK ENZYME | | 3 CARTONS | 36 PIECES | 4.340 USD PIECES | 156.24 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320050610526 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE# GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH

# COMMERCIAL INVOICE

Page 8 of 15
DATE: September 24, 2018
INVOICE NO.: 201821940200

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Bangladesh

PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN3SJ | JEGGING 10 DARK ENZYME | 5 CARTONS | 60 PIECES | 4.340 USD PIECES | 260.40 USD |
|---|---|---|---|---|---|---|
| ITEM: | 020050610534 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE: GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

# COMMERCIAL INVOICE

DATE: September 24, 2018

INVOICE NO.: 201621940200

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN3SJ | JEGGING 4 DARK RINSE | | 2 CARTONS | 24 PIECES | 4.340  USD PIECES | 104.16  USD |
|-------|-------|------|---|------|------|------|------|

ITEM:    320050516542
MADE IN    BANGLADESH
CONTENTS    12 PIECES

STYLE# GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH  SIDES OF BACK, NO BUTTONS&RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC]: BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH  WOVEN
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNCIRKNI83GAZ

| KMART | IN3SJ | JEGGING 6 DARK RINSE | | 3 CARTONS | 36 PIECES | 4.340  USD PIECES | 156.24  USD |
|-------|-------|------|---|------|------|------|------|

ITEM:    320050510550
MADE IN    BANGLADESH
CONTENTS    12 PIECES

STYLE# GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH  SIDES OF BACK, NO BUTTONS&RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC]: BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH  WOVEN
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103155

# COMMERCIAL INVOICE

DATE: September 24, 2016
INVOICE NO.: 201621940200

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

                                            FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3SJ | JEGGING 6 DARK RINSE | | 7 | 84 | 4.340  USD | 364.56  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320060010567 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE# GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH  SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | FOD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103166
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3SJ | JEGGING 5X DARK RINSE | | 3 | 36 | 4.340  USD | 156.24  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320060010575 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE# GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH  SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

# COMMERCIAL INVOICE

Page 11 of 15
DATE: September 24, 2018
INVOICE NO.: 201821940200

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh    **SHIPPED TO:** Chambersburg, PA
**MODE OF TRANSPORTATION:** Ocean

FOB Bangladesh

| | |
|---|---|
| CONTRACT NO. | IN3SJ |
| DC CODE | PCD |
| DIVISION NO. | Division 4 |
| VENDOR ITEM CODE | GF7RT324008G |
| BINDING RULING # OR PRECLASS # | |

| | |
|---|---|
| REFERENCE NO. | 603P |
| DEPARTMENT NO. | 049 |
| VENDOR NO. | 8873 |
| COUNTRY OF ORIGIN | BANGLADESH |
| CATEGORY | 348 |

FACTORY NO.        103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3SJ | JEGGING 7 DARK RINSE | | 7 CARTONS | 84 PIECES | 4.340 USD PIECES | 364.56 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320050610563 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE# GF7RT324008G
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| | |
|---|---|
| CONTRACT NO. | IN3SJ |
| DC CODE | PCD |
| DIVISION NO. | Division 4 |
| VENDOR ITEM CODE | GF7RT324008G |
| BINDING RULING # OR PRECLASS # | |

| | |
|---|---|
| REFERENCE NO. | 603P |
| DEPARTMENT NO. | 049 |
| VENDOR NO. | 8873 |
| COUNTRY OF ORIGIN | BANGLADESH |
| CATEGORY | 348 |

FACTORY NO.        103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI03GAZ

| KMART | IN3SJ | JEGGING 8 DARK RINSE | | 7 CARTONS | 84 PIECES | 4.340 USD PIECES | 364.56 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320050610591 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE# GF7RT324008G
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH

# COMMERCIAL INVOICE

DATE: September 26, 2016

INVOICE NO.: 2016821640200

0873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122010

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| CONTRACT NO. | 1N3SJ | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | 1N3SJ | JEGGING 10 DARK RINSE | | 4 CARTONS | 48 PIECES | 4.340 USD PIECES | 208.32 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320050610600 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE# GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| CONTRACT NO. | 1N3SJ | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

# COMMERCIAL INVOICE

Page 13 of 15

DATE: September 24, 2018

INVOICE NO.: 201621940200

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN35J | JEGGING 12 DARK RINSE | | 2 CARTONS | 24 PIECES | 4.340  USD PIECES | 104.16  USD |
|---|---|---|---|---|---|---|---|

ITEM: 320050610817
MADE IN BANGLADESH
CONTENTS 12 PIECES

STYLE# GF7RT324009G
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2  FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH  SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY:  BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH  WOVEN
FOLD PACK

| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT324009G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BONORKNI93GAZ

| KMART | IN3SJ | JEGGING 14 DARK RINSE | | 1 CARTONS | 12 PIECES | 4.340  USD PIECES | 52.08  USD |
|---|---|---|---|---|---|---|---|

ITEM: 320050610826
MADE IN BANGLADESH
CONTENTS 12 PIECES

STYLE# GF7RT324009G
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2  FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH  SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY:  BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH  WOVEN
FOLD PACK

| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT324009G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103155

## COMMERCIAL INVOICE

Page 14 of 15

DATE: September 24, 2018

INVOICE NO.: 201621040200

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO, 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh

MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI83GAZ

| KMART | IN3SJ | JEGGING 16 DARK RINSE | I | 12 | 4.340 USD | 52.08 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320050610633 | | CARTONS | PIECES | PIECES | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE# GF7RT32400BG
DESCRIPTION: GIRLS JEGGING
ELASTIC AT WAISTBAND, NON FUNCTIONAL FLY AT CENTRE FRONT
2 FAKE POCKETS ON EACH SIDE AT FRONT WITH DECORATIVE STITCH
PATCH POCKETS AT BOTH SIDES OF BACK, NO BUTTONS/RIVETS,
NO EMBROIDERY, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRIC: 67%COTTON 30%POLYESTER 3%SPANDEX STRETCH WOVEN
FOLD PACK

| CONTRACT NO. | IN3SJ | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | DMelon 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32400BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI83GAZ

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 90 | 1,080 | PIECES | 4,687.20 USD |

TOTAL US DOLLARS FOUR THOUSAND SIX HUNDRED EIGHTY-SEVEN DOLLARS AND TWENTY CENTS ONLY.

# COMMERCIAL INVOICE

DATE: September 24, 2018

INVOICE NO.: 201821046200

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Chittagong, Bangladesh

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**   Chambersburg , PA

FOB Bangladesh

| PEARL GLOBAL INDUSTRIES LTD. |
| --- |
| EMPLOYEE NAME |
| EMPLOYEE TITLE |

1058 Bau . 23490

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

scac MAEU

B/L No. 583758851

| Shipper: | Booking No. |
| --- | --- |
| NORP KNIT INDUSTRIES LTD, NORTH KHAILKUR, P.O. NATIONAL, UNIVERSITY, GAZIPUR-1704, BANGLADESH. | 966609877 |
| | Export References |
| | 297368502 |

Owner's inland routing (for part of Carriage as defined in clause 1. For account and risk of Merchant)

| Consignee (negotiable only if consigned "to order", "to order of a named Person or "to order of shipper") | Notify Party (see clause 22) |
| --- | --- |
| UNTO THE ORDER OF, THE HONGKONG AND SHANGHAI BANKING CORPORATION LTD,186 BIR UTTAM MIR SHAWKAT ALI ROAD,DHAKA,BANGLADESH | KMART CORPORATION, 3333 BEVERLY ROAD, HOFFMAN ESTATES, ILLINOIS 60179,U.S.A.*** |

| Vessel (see clause 1 + 19) | Voyage No. | Place of receipt. Applicable only when document used as Multimodal Transport B/L (see clause 1) |
| --- | --- | --- |
| TAICHUNG | 8006 | |
| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Transport B/L (see clause 1) |
| Chittagong | Newark | PCD,Chambersburg, PA 17201(Door) |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of Goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
| --- | --- | --- |
| | 306.00 KGS | 1.390 CBM |

1 Container Said to Contain 90 Carton

READYMADE GARMENTS:
LADIE'S 67%COTTON 30% POLYESTER 3%SPANDEX WOVEN PANTS
STYLE NO:GF7RT324008G
ORDER NO.IN3SJ
REF NO.803P
QNTY-1,080 PCs
CAT NO.348 HTS#.6204.6280.51
VENDOR#8873 , DIV NO.4 , DEPT# 045
INVOICE NO.1058SERK2349D DATE:10.09.2018
E-DOC INV NO.2018211940200 DATE:10.09.2018
EXP NO.2859-49277-2018 DATE:11.09.2018
Export L/C # PGL-NORP/1058 DATE:12.10.2017
RECEIVED FOR SHIPMENT:01 OCT 18
CONTAINER GATE-IN DATE: 04.10.2018
MOTHER VESSEL NAME: CMA CGM AMAZON V-03LS

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 05/10/2018

K-MART
IN3SJ
ITEM NO :
320-05060602-9

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier. | Place of Issue of B/L |
| --- | --- |
| 1 container | Dhaka |
| Number & Sequence of Original B(s)/L. | Date of Issue of B/L |
| 1/THREE | 2018-10-09 |
| Declared Value (see clause 7.3) | Shipped on Board Date (Local Time) |
| | 2018-10-07 |

Signed for the Carrier Maersk Line A/S

MAERSK BANGLADESH LTD
As Agents

This transport document has one or more numbered pages

3SJ

B/L: 583758851                                    Page : 2

# ⊠ MAERSK LINE

320-05060604-5
320-05060608-6
320-05060756-8
320-05060899-1
320-05060907-2
320-05060919-7
320-05061051-8
320-05061052-6
320-05061053-4
320-05061054-2
320-05061055-9
320-05061056-7
320-05061057-5
320-05061058-3
320-05061059-1
320-05061060-9
320-05061061-7
320-05061062-5
320-05061063-3
320-05060521-1
320-05060529-4
320-05060596-3
320-05060599-7
MADE IN
BANGLADESH
CONTENTS:

AMFU8621944  ML-BD0463178  40 DRY 9'6  90 Carton  306.00 KGS  1.390 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd
License Number : 1732/85
Date of Expiry  :  31 December 2021

FREIGHT COLLECT

| Freight & Charges | Rate | Per | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

B/L: 583758851

Page 3



**MAERSK LINE**

THIS BILL OF LADING COVERS PART OF CONTAINER (AMFU8621944) WHICH CAN ONLY
BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(583758845,583758846,583758847,583758848,583758849,583758850,583758851,5837
58852) COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY: ***KMART C/O UPS SUPPLY CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE,CA 90502
PHONE(310)404-2792,FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO.

CY/SD

| Freight & Charges | | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|---|
| | | | | | | |

2017A1    006352980

# COMMERCIAL INVOICE

Page 1 of 14

DATE: September 24, 2018

INVOICE NO.: 201521840799

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3SS | SKINNY 5 BLACK | 4 CARTONS | 48 PIECES | 4.660 USD PIECES | 223.66 USD |
| ITEM: | 320040518409 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING. 2 FUNCTIONAL
*BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

| CONTRACT NO. | IN3SS | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3SS | SKINNY 5X BLACK | 1 CARTONS | 12 PIECES | 4.660 USD PIECES | 55.92 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320040518417 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
*BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

| CONTRACT NO. | IN3SS | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

# COMMERCIAL INVOICE

DATE: September 24, 2018

INVOICE NO.: 2018219040798

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Chambersburg , PA

FOB Bangladesh

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KOODA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI03GAZ

| KMART | IN36SS | SKINNY 7 BLACK | | | 3 | 36 | 4.660 USD | 167.76 USD |
|---|---|---|---|---|---|---|---|---|
| ITEM: | 320040518425 | | | | CARTONS | PIECES | PIECES | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 12 PIECES | | | | | | | |

STYLE # GF7RT324018G
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
*BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

| CONTRACT NO. | IN3SS | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | DMston 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | GF7RT324018G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KOODA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3SS | SKINNY 8 BLACK | | | 3 | 36 | 4.660 USD | 167.76 USD |
|---|---|---|---|---|---|---|---|---|
| ITEM: | 320040518441 | | | | CARTONS | PIECES | PIECES | |
| MADE IN | BANGLADESH | | | | | | | |
| CONTENTS | 12 PIECES | | | | | | | |

STYLE # GF7RT324018G
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
*BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

# COMMERCIAL INVOICE

DATE: September 24, 2018

INVOICE NO.: 201821940799

8073
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      KMART CORPORATION
         3333 Beverly Road
         Hoffman Estates, IL 60179
         US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3SS | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 | |

FACTORY NO.            103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.            BDNORKNI93GAZ

| KMART | IN3SS | SKINNY 10 BLACK | | | |
|---|---|---|---|---|---|
| | | | 4 | 48 | 4.660 USD | 223.68 USD |
| | | | CARTONS | PIECES | | PIECES |
| ITEM: | 3200405184466 | | | | |
| MADE IN | BANGLADESH | | | | |
| CONTENTS | 12 PIECES | | | | |

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET. 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING. 2 FUNCTIONAL
*BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3SS | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 | |

FACTORY NO.            103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.            BDNORKNI93GAZ

| KMART | IN3SS | SKINNY 12 BLACK | | | |
|---|---|---|---|---|---|
| | | | 5 | 60 | 4.660 USD | 279.60 USD |
| | | | CARTONS | PIECES | | PIECES |
| ITEM: | 3200405184490 | | | | |
| MADE IN | BANGLADESH | | | | |
| CONTENTS | 12 PIECES | | | | |

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE

# COMMERCIAL INVOICE

DATE: September 24, 2018

INVOICE NO.: 201821940799

6073
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Bangladesh

*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
*BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3SS | REFERENCE NO. | 803P | |
| DC CODE | PCD . | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6073 | |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 | |

FACTORY NO.    103155

NORP KNIT INDUSTRIES LTD (UNIT 2)

RELIANCE INDUSTRIAL PARK

93, ISLAMPUR, KODDA, NANDUN

GAZIPUR

Bangladesh

FTY MID NO.    BDNORGKNI93GAZ

| KMART | IN3SS | SKINNY 14 BLACK | | 5 | 60 | 4,800  USD | 279.90 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320040518748 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
*BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3SS | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6073 | |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 | |

FACTORY NO.    103155

NORP KNIT INDUSTRIES LTD (UNIT 2)

RELIANCE INDUSTRIAL PARK

93, ISLAMPUR, KODDA, NANDUN

GAZIPUR

Bangladesh

FTY MID NO.    BDNORGKNI93GAZ

# COMMERCIAL INVOICE

Page 5 of 14
DATE: September 24, 2018
INVOICE NO.: 201821640799

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh

SHIPPED TO:  Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN3SS | SKINNY 10 BLACK | | 4 | 46 | 4,869 USD | 223.68 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

ITEM:  320040520086
MADE IN  BANGLADESH
CONTENTS  12 PIECES

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING. 2 FUNCTIONAL
*BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

| | | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SS | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN3SS | SKINNY 4 LIGHT WASH | | 2 | 24 | 4,660 USD | 111.84 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

ITEM:  320093778783
MADE IN  BANGLADESH
CONTENTS  12 PIECES

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING. 2 FUNCTIONAL
*BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

| | | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SS | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.    103155

## COMMERCIAL INVOICE

Page 6 of 14

DATE: September 24, 2016

INVOICE NO.: 201621640789

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 445
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Chambersburg , PA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKN03GAZ

| KMART | IN3SS | SKINNY 5 LIGHT WASH | | 4 | 48 | 4.660  USD | 223.68  USD |
|-------|-------|---------------------|--|---|----|------------|-------------|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320093778801 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
*BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX  WOVEN 9 OZ
FOLD PACK

| CONTRACT NO. | IN35S | REFERENCE NO. | 503P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKN93GAZ

| KMART | IN3SS | SKINNY 5 LIGHT WASH | | 6 | 72 | 4.660  USD | 335.52  USD |
|-------|-------|---------------------|--|---|----|------------|-------------|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320093778819 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
*BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX  WOVEN 9 OZ
FOLD PACK

# COMMERCIAL INVOICE

Page 7 of 14

DATE: September 24, 2018

INVOICE NO.: 201821940700

6873
PEARL GLOBAL INDUSTRIES LTD,
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| CONTRACT NO. | IN3SS | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KOODA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI03GAZ

| KMART | IN3SS | SKINNY 6X LIGHT WASH | | 3 | 36 | 4.660 USD | 167.76 USD |
| | | | | CARTONS | PIECES | | PIECES |
| ITEM: | 320093778843 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
*BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 60%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

| CONTRACT NO. | IN3SS | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KOODA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN3SS | SKINNY 7 LIGHT WASH | | 5 | 60 | 4.660 USD | 279.60 USD |
| | | | | CARTONS | PIECES | | PIECES |
| ITEM: | 320093778802 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE

# COMMERCIAL INVOICE

Page 8 of 14

DATE: September 24, 2018

INVOICE NO.: 201821940799

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122018

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Bangladesh

*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING. 2 FUNCTIONAL
*BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3SS | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 | |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 | |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3SS | SKINNY 8 LIGHT WASH | | 7 | 84 | 4.650 USD | 391.44 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | | PIECES |
| ITEM: | 320093778900 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING. 2 FUNCTIONAL
*BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3SS | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 | |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 | |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

# COMMERCIAL INVOICE

Page 9 of 14

DATE: September 24, 2018

INVOICE NO.: 201821040709

6673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB-Bangladesh

| KMART | IN3SS | SKINNY 10 LIGHT WASH | | | | |
|-------|-------|----------------------|---|---|---|---|
| | | | 7 | 84 | 4.660 USD | 391.44 USD |
| ITEM: | 320093778018 | | CARTONS | PIECES | PIECES | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
*BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

| CONTRACT NO. | IN3SS | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING #,OR PRECLASS # | | CATEGORY | 647 |

FACTORY NO.           103155

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.           BDNORKNI93GAZ

| KMART | IN3SS | SKINNY 12 LIGHT WASH | | | | |
|-------|-------|----------------------|---|---|---|---|
| | | | 7 | 84 | 4.660 USD | 391.44 USD |
| ITEM: | 320093778026 | | CARTONS | PIECES | PIECES | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
*BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

| CONTRACT NO. | IN3SS | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647 |

FACTORY NO.           103155

# COMMERCIAL INVOICE

Page 10 of 14

DATE: September 24, 2018

INVOICE NO.: 201821940799

8573
PEARL GLOBAL INDUSTRIES LTD.
PGIL PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN3SS | SKINNY 14 LIGHT WASH | | 6 | 72 | 4.660 USD | 335.52 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320063778934 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
"DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
"CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
"ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
"COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING. 2 FUNCTIONAL
"BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

| CONTRACT NO. | IN3SS | REFERENCE NO. | 803P |
|---|---|---|---|
| OC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI03GAZ

| KMART | IN3SS | SKINNY 16 LIGHT WASH | | 4 | 48 | 4.660 USD | 223.68 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320003778942 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
"DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
"CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
"ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
"COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING. 2 FUNCTIONAL
"BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

# COMMERCIAL INVOICE

DATE: September 24, 2018

INVOICE NO.: 201821940799

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:        KMART-CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| CONTRACT NO. | IN3SS | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.        103155

NORP KNIT INDUSTRIES LTD (UNIT 2)

RELIANCE INDUSTRIAL PARK

93, ISLAMPUR, KODDA, NANDUN

GAZIPUR

Bangladesh

FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3SS | SKINNY 8 MEDIUM WASH | | 3 | 36 | 4.660 USD | 167.76 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320003776983 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING. 2 FUNCTIONAL
*BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 8 OZ
FOLD PACK

| CONTRACT NO. | IN3SS | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.        103155

NORP KNIT INDUSTRIES LTD (UNIT 2)

RELIANCE INDUSTRIAL PARK

93, ISLAMPUR, KODDA, NANDUN

GAZIPUR

Bangladesh

FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3SS | SKINNY 7 MEDIUM WASH | | 1 | 12 | 4.660 USD | 55.92 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320003779007 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE

## COMMERCIAL INVOICE

8573
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING. 2 FUNCTIONAL
*BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

| CONTRACT NO. | IN3SS | REFERENCE NO. | 803P |
| --- | --- | --- | --- |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.         103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNI93GAZ

| KMART | IN3SS | SKINNY 8 MEDIUM WASH | | 2 | 24 | 4.660 USD | 111.84 USD |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320093770031 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING. 2 FUNCTIONAL
*BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

| CONTRACT NO. | IN3SS | REFERENCE NO. | 803P |
| --- | --- | --- | --- |
| DC CODE | PCD | DEPARTMENT NO. | D49 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.      BDNORKNI93GAZ

# COMMERCIAL INVOICE

DATE: September 24, 2018

INVOICE NO.: 201821940799

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB Bangladesh

| KMART | IN355 | SKINNY 10 MEDIUM WASH | | 3 | 36 | 41500  USD | 167.76  USD |
|-------|-------|------------------------|---|---|----|------------|-------------|
| | | | | CARTONS | PIECES | PIECES | |

ITEM:        320003779049
MADE IN     BANGLADESH
CONTENTS   12 PIECES

STYLE # GF7RT324010G
*DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
*CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
*ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
*COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
*BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX  WOVEN 9 OZ
FOLD  PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN355 | REFERENCE NO. | 603P | |
| DC CODE | PCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | DIVISION 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | GF7RT324010G | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 347 | |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

PAYMENT TERM       Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT
L/C#               NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 89 | 1,068 | PIECES | 4,976.88  USD |

TOTAL US DOLLARS FOUR THOUSAND NINE HUNDRED SEVENTY-SIX DOLLARS AND EIGHTY-EIGHT CENTS ONLY.

# COMMERCIAL INVOICE

DATE: September 24, 2018
INVOICE NO.: 201821840799

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
      3333 Beverly Road
      Hoffman Estates, IL 60179
      US

SHIPPED FROM:  Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Chambersburg , PA

FOB Bangladesh

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME
EMPLOYEE TITLE

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

B/L No. 583758847

**Shipper**
NORP KNIT INDUSTRIES LTD,
NORTH KHAILKUR, P.O. NATIONAL
UNIVERSITY,
GAZIPUR-1704, BANGLADESH.

Booking No.
966608877

Export references

Svc Contract
297368502

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

**Consignee (negotiable only if consigned "to order", "to order of a named Person or "to order of bearer")**
UNTO THE ORDER OF
THE HONGKONG AND SHANGHAI BANKING
CORPORATION LTD,186 BIR, UTTAM MIR
SHAWKAT ALI ROAD, DHAKA, BANGLADESH

**Notify Party (see clause 22)**
KMART CORPORATION.
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179,U.S.A.***

| Vessel (see clause 1 + 19) TAICHUNG | Voyage No. 8006 | Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
| Port of Loading Chittagong | Port of Discharge Newark | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1) PCD,Chambersburg, PA 17201(Door) |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | | Weight 422.75 KGS | Measurement 1.600 CBM |

1 Container Said to Contain 69 Carton

READYMADE GARMENTS
LADIE'S 56%RAMIE 22% COTTON 21%POLYESTR 1%SPANDEX WOVEN PANTS
STYLE NO: GF7RT324018G
ORDER NO.IN3SS
REF NO. 803P
QNTY-1,068 PCs
CAT NO.847 HTS#6204.6990.44
VENDOR#8873 , DIV NO.4 , DEPT# 049
INVOICE NO.1058SERK23492 DATE.10.09.2018
E-DOC INV NO.201821940799 DATE.10.09.2018
EXP NO. 2859-49288/2018 DATE.11.09.2018
Export L/C # PGL-NORP/1058 DATE.12.10.2017
RECEIVED FOR SHIPMENT 01 OCT 18
CONTAINER GATE IN DATE.04.10.2018
MOTHER VESSEL NAME: CMA CGM AMAZON V-0313

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 05/10/2018

K-MART
IN3SS
ITEM NO:

ORIGINAL

| Freight & Charges | | Rate | Unit | Currency | Prepaid | Collect |

| Carrier's Receipt (see clause 1,32,14). Total number of containers or packages received by Carrier. 1 container | Place of Issue of B/L Dhaka | |
| Number & Sequence of Original B/Ls 1/THREE | Date of issue of B/L 2018-10-09 | |
| Declared Value (see clause 7.3) | Shipped on Board Date (Local Time) 2018-10-07 | |

MAERSK BANGLADESH LTD
As Agent(s)

This transport document has one or more numbered pages.

B/L: 583758947                                    Page . 2



# MAERSK LINE

320-04051840-9
320-04051841-7
320-04051842-5
320-04051844-1
320-04051846-6
320-04051849-0
320-04051874-8
320-04052068-6
320-04052648-5
320-09377679-3
320-09377680-1
320-09377881-9
320-09377884-3
320-09377889-2
320-09377890-0
320-09377891-8
320-09377892-6
320-09377893-4
320-09377894-2
320-09377897-5
320-09377898-3
320-09377900-7
320-09377903-1
320-09377904-9
MADE IN
BANGLADESH
CONTENTS:

AMFUB621944  ML-BD0463178  40 DRY 9'6  89 Carton  422.75 KGS  1.600 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd
License Number : 1732/85
Date of Expiry    31 December 2021

FREIGHT COLLECT

2017A1    006252893

B/L: 583758847                                    Page   3

 **MAERSK LINE**

THIS BILL OF LADING COVERS PART OF CONTAINER (AMFU8621944) WHICH CAN ONLY
BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(583758845,583758846,583758847,583758848,583758849,583758850,583758851,5837
58852) COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY: ***KMART C/O UPS SUPPLY CHAIN
SOLUTION, 19701 HAMILTON AVENUE
TORRANCE,CA.90502
PHONE(310)404-2792,FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO.

CY/SD

201741     0062528

*1058 8aw- 23494*

# COMMERCIAL INVOICE

Page 1 of 7

DATE: September 24, 2018

INVOICE NO.: 201821972127

8873
PEARL GLOBAL INDUSTRIES LTD.
POIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3ST | SKINNY 5 BLACK | 1 CARTONS | 12 PIECES | 4.660 USD PIECES | 55.92 USD |
| ITEM: | 320040516383 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RT32401BG
DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ST | REFERENCE NO. | 603P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93. ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3ST | SKINNY 5 DARK RINSE | 2 CARTONS | 24 PIECES | 4.660 USD PIECES | 111.84 USD |
| ITEM: | 320040533170 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RT32401DG
DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN 9 OZ
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ST | REFERENCE NO. | 603P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

# COMMERCIAL INVOICE

Page 2 of 7

DATE: September 24, 2018

INVOICE NO.: 201621972127

8873
PEARL GLOBAL INDUSTRIES LTD.
POIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122015

TO:

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

FACTORY NO.            103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.            BDNORKNI93GAZ

| KMART | IN3ST | SKINNY 6 DARK RINSE | | 4 CARTONS | 48 PIECES | 4.660 USD PIECES | 223.68 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 3200405835080 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX  WOVEN 9 OZ
FOLD PACK

| CONTRACT NO. | IN3ST | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.            103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.            BDNORKNI93GAZ

| KMART | IN3ST | SKINNY 6X DARK RINSE | | 1 CARTONS | 12 PIECES | 4.660 USD PIECES | 55.92 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 3200405835285 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX  WOVEN 9 OZ
FOLD PACK

# COMMERCIAL INVOICE

Page 3 of 7

DATE: September 24, 2018

INVOICE NO.: 201821972127

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

| CONTRACT NO. | IN3ST | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3ST | SKINNY 7 DARK RINSE | | 2 CARTONS | 24 PIECES | 4.660 USD PIECES | 111.84 USD |
| ITEM: | 320040547506 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE. ADJUSTABLE
ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING. 2 FUNCTIONAL
BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56% RAMIE 22% COTTON 21% POLYESTER 1% SPANDEX  WOVEN 9 OZ
FOLD PACK

| CONTRACT NO. | IN3ST | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3ST | SKINNY 8 DARK RINSE | | 2 CARTONS | 24 PIECES | 4.660 USD PIECES | 111.84 USD |
| ITEM: | 320040547713 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE. ADJUSTABLE

# COMMERCIAL INVOICE

Page 4 of 7

DATE: September 24, 2018

INVOICE NO.: 201821972127

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Chambersburg , PA

FOB Bangladesh

ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 50%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX  WOVEN 9 OZ
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ST | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3ST | SKINNY 10 DARK RINSE | | 3 CARTONS | 36 PIECES | 4.000  UOD PIECES | 107.76 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320040547721 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12' PIECES | | | | | | |

STYLE # GF7RT32401BG
DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING, 2 FUNCTIONAL
BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX  WOVEN 9 OZ
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3ST | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

# COMMERCIAL INVOICE

Page 6 of 7

DATE: September 24, 2018

INVOICE NO.: 201821072127

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh        SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| KMART | IN3ST | SKINNY 14 DARK RINSE | | 1 CARTONS | 12 PIECES | 4.660 USD PIECES | 55.92 USD |
|-------|-------|----------------------|--|-----------|-----------|------------------|-----------|
| ITEM: | 320040548206 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING. 2 FUNCTIONAL
BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX  WOVEN 9 OZ
FOLD PACK

| CONTRACT NO. | IN3ST | REFERENCE NO. | 503P |
|--------------|-------|---------------|------|
| OC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647 |

FACTORY NO.        103155

NORP KNIT INDUSTRIES LTD (UNIT 2)

RELIANCE INDUSTRIAL PARK

63, ISLAMPUR, KODDA, NANDUN

GAZIPUR

Bangladesh

FTY MID NO.        BDNORKNI930GAZ

| KMART | IN3ST | SKINNY 12 MEDIUM WASH | | 2 CARTONS | 24 PIECES | 4.660 USD PIECES | 111.84 USD |
|-------|-------|-----------------------|--|-----------|-----------|------------------|------------|
| ITEM: | 320093779058 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BG
DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING. 2 FUNCTIONAL
BACK PATCH POCKETS. GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN [FABRIC] - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX  WOVEN 9 OZ
FOLD PACK

| CONTRACT NO. | IN3ST | REFERENCE NO. | 503P |
|--------------|-------|---------------|------|
| OC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32401BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647 |

FACTORY NO.        103155

# COMMERCIAL INVOICE

Page 6 of 7

DATE: September 24, 2016

INVOICE NO.: 201621972127

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:  Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN3ST | SKINNY 16 MEDIUM WASH | | 1 CARTONS | 12 PIECES | 4.660 USD PIECES | 55.92 USD |
|-------|-------|------------------------|--|-----------|-----------|------------------|-----------|
| ITEM: | 320093779106 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32401BQ
DESCRIPTION: GIRLS SKINNY FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE, ADJUSTABLE
ELASTIC WAIST BAND WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND, CENTRE
FRONT FLY WITH ZIPPER OPENING, FUNCTIONAL FRONT POCKET AND FUNCTIONAL
COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING. 2 FUNCTIONAL
BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST BAND TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRIC : 56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX  WOVEN 9 OZ
FOLD PACK

| CONTRACT NO. | IN3ST | REFERENCE NO. | 803P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32401BQ | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647 |

FACTORY NO.    103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

PAYMENT TERM    Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER    OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|--|---------------------|--------------------------|--|--------------|
| TOTAL INVOICE | 18 | 226 PIECES | | 1,062.48 USD |

TOTAL US DOLLARS ONE THOUSAND SIXTY-TWO DOLLARS AND FORTY-EIGHT CENTS ONLY.

# COMMERCIAL INVOICE

Page 7 of 7

DATE: September 24, 2016

INVOICE NO.: 201621972127

6673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

*1058 fam 23494*

# MAERSK LINE

| | BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT | SCAC MAEU |
|---|---|---|
| | | B/L No. 583758646 |

**Shipper**
NORP KNIT INDUSTRIES LTD,
NORTH KHAILKUR, P.O. NATIONAL,
UNIVERSITY,
GAZIPUR-1704,BANGLADESH.

**Booking No.** 966608877

**Export References**
331C0016551

**Svc Contract** 297368650

Onward inland routing (Not Part of Carriage as defined in clause 1. For account and risk of Merchant)

**Consignee (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer")**
UNTO THE ORDER OF
THE HONG KONG AND SHANGHAI BANKING
CORPORATION LTD,186 BIR UTTAM MIR
SHAWKAT ALI ROAD,DHAKA,BANGLADESH

**Notify Party (see clause 21)**
KMART CORPORATION,
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179,U.S.A. ***

| Vessel (see clause 1 + 19) | Voyage No. | Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
|---|---|---|
| TATCHUNG | 8006 | |

| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
|---|---|---|
| Chittagong | Newark | PCD,Chambersburg, PA 17201(Door) |

## PARTICULARS FURNISHED BY SHIPPER

| (Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No.) | Weight 90.25 KGS | Measurement 0.310 CBM |
|---|---|---|
| 1 Container Said to Contain 19 Carton | | |

READYMADE GARMENTS
LADIE'S 56%RAMIE 22% ~~COTTON 19%~~ ~~POLYESTER~~ 3%SPANDEX WOVEN PANTS
STYLE NO:GF7RT324018G
ORDER NO.IN3ST
REF NO. 803P
QNTY- 228 PCS
CAT NO.847 HTS#6204.6980.44
VENDOR#8873 , DIV NO 43 DEPT 048
INVOICE NO. 1058 SER 53154 DT 10.09.2018
E-DOC INV NO.2018219736 DATE:10.09.2018
EXP NO.2859-49286-2018 DATED:21.09.2018
Export L/C #. PGL-NORP/1058 DATE:12.10.2017
RECEIVED FOR SHIPMENT:01 OCT 18
CONTAINER GATE IN DATE: 04.10.2018
MOTHER VESSEL NAME: CMA CGM AMAZON V-03LS

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 05/10/2018

K-MART
IN3ST
ITEM NO :

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | | | | | |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier. | Place of Issue of B/L. |
|---|---|
| 1 container | Dhaka |

| Number & Sequence of Original B(s)/L | Date of Issue of B/L. |
|---|---|
| 1/THREE | 2018-10-09 |

| Declared Value (see clause 7.3) | Shipped on Board Date (Local Time ) |
|---|---|
| | 2018-10-07 |

Signed for the Carrier Maersk Line A/S

MAERSK BANGLADESH LTD
As Agent(s)

This transport document has one or more numbered pages

# COMMERCIAL INVOICE

Page 1 of 6

DATE: September 24, 2018

INVOICE NO.: 201821072742

8573
PEARL GLOBAL INDUSTRIES LTD.
FGIL, PLOT NO. 449
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3SV | SKINNY BOOT 6 RINSE | 2 | 24 | 4.890 USD | 117.36 USD |
| | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320041585449 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RT324028G
DESCRIPTION: GIRLS SKINNY BOOT FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE AT CENTRE FRONT
ADJUSTABLE WAIST BAND ELASTIC WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND
CENTRE FRONT FLY WITH METAL ZIPPER OPENING, FUNCTIONAL FRONT POCKET &
FUNCTONAL COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING,
2 FUCTIONAL BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA.
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRICATION -50%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN
FOLD PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3SV | REFERENCE NO. | 603P | |
| DC CODE | PCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 | |
| VENDOR ITEM CODE | GF7RT324028G | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 | |

FACTORY NO.    100155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN3SV | SKINNY BOOT 6 RINSE | 2 | 24 | 4.890 USD | 117.36 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320041585456 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RT324028G
DESCRIPTION: GIRLS SKINNY BOOT FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE AT CENTRE FRONT
ADJUSTABLE WAIST BAND ELASTIC WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND
CENTRE FRONT FLY WITH METAL ZIPPER OPENING, FUNCTIONAL FRONT POCKET &
FUNCTONAL COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING,
2 FUCTIONAL BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA.
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRICATION -56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN
FOLD PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3SV | REFERENCE NO. | 603P | |
| DC CODE | PCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 | |
| VENDOR ITEM CODE | GF7RT324028G | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 | |

# COMMERCIAL INVOICE

Page 2 of 5
DATE: September 26, 2018
INVOICE NO.: 201821972742

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

FACTORY NO.        103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKN93GAZ

| KMART | IN3SV | SKINNY BOOT 6X RINSE | | 1 CARTONS | 12 PIECES | 4.890 USD PIECES | 58.66 USD |
|-------|-------|----------------------|--|-----------|-----------|-----------------|-----------|

ITEM:         320041585464
MADE IN       BANGLADESH
CONTENTS      12 PIECES

STYLE # GF7RT32402BG
DESCRIPTION: GIRLS SKINNY BOOT FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE AT CENTRE FRONT
ADJUSTABLE WAIST BAND ELASTIC WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND
CENTRE FRONT FLY WITH METAL ZIPPER OPENING, FUNCTIONAL FRONT POCKET &
FUNCTIONAL COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING,
2 FUCTIONAL BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA.
COUNTRY OF CUTTING & ASSEMLY - BANGLADESH
FABRICATION -58%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN
FOLD PACK

| CONTRACT NO. | IN3SV | REFERENCE NO. | 803P |
|--------------|-------|---------------|------|
| CC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | GF7RT32402BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.        103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKN93GAZ

| KMART | IN3SV | SKINNY BOOT S RINSE | | 2 CARTONS | 24 PIECES | 4.890 USD PIECES | 117.36 USD |
|-------|-------|---------------------|--|-----------|-----------|-----------------|-----------|

ITEM:         320041585460
MADE IN       BANGLADESH
CONTENTS      12 PIECES

STYLE # GF7RT32402BG
DESCRIPTION: GIRLS SKINNY BOOT FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE AT CENTRE FRONT
ADJUSTABLE WAIST BAND ELASTIC WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND
CENTRE FRONT FLY WITH METAL ZIPPER OPENING, FUNCTIONAL FRONT POCKET &
FUNCTIONAL COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING,
2 FUCTIONAL BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA.
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRICATION -58%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN
FOLD PACK

# COMMERCIAL INVOICE

Page 3 of 8
DATE: September 24, 2018
INVOICE NO.: 201821072742

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122070

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Bangladesh

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SV | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32402BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN3SV | SKINNY BOOT 14 RINSE | | 2 CARTONS | 24 PIECES | 4.890 USD PIECES | 117.36 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320041588600 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32402BG
DESCRIPTION: GIRLS SKINNY BOOT FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE AT CENTRE FRONT
ADJUSTABLE WAIST BAND ELASTIC WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND
CENTRE FRONT FLY WITH METAL ZIPPER OPENING, FUNCTIONAL FRONT POCKET &
FUNCTIONAL COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING,
2 FUCTIONAL BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA,
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRICATION -56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SV | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32402BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN3SV | SKINNY BOOT 4 MEDIUM WASH | | 1 CARTONS | 12 PIECES | 4.890 USD PIECES | 58.68 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320041588625 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 12 PIECES | | | | | | |

STYLE # GF7RT32402BG
DESCRIPTION: GIRLS SKINNY BOOT FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE AT CENTRE FRONT

# COMMERCIAL INVOICE

Page 4 of 6
DATE: September 24, 2018
INVOICE NO.: 2018218722*2

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 445
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

ADJUSTABLE WAIST BAND ELASTIC WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND
CENTRE FRONT FLY WITH METAL ZIPPER OPENING, FUNCTIONAL FRONT POCKET &
FUNCTONAL COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING,
2 FUCTIONAL BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA.
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRICATION -50% RAMIE 22% COTTON 21% POLYESTER 1% SPANDEX WOVEN
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SV | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32402BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNI93GAZ

| KMART | IN3SV | SKINNY BOOT 5 MEDIUM WASH | | | | 2 CARTONS | 24 PIECES | 4.890 USD PIECES | 117.36 USD |
|---|---|---|---|---|---|---|---|---|---|
| ITEM: | 320041592007 | | | | | | | | |
| MADE IN | BANGLADESH | | | | | | | | |
| CONTENTS | 12 PIECES | | | | | | | | |

STYLE # GF7RT32402BG
DESCRIPTION: GIRLS SKINNY BOOT FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE AT CENTRE FRONT
ADJUSTABLE WAIST BAND ELASTIC WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND
CENTRE FRONT FLY WITH METAL ZIPPER OPENING, FUNCTIONAL FRONT POCKET &
FUNCTIONAL COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING,
2 FUCTIONAL BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA.
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRICATION -50% RAMIE 22% COTTON 21% POLYESTER 1% SPANDEX WOVEN
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN3SV | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32402BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.       BDNORKNI93GAZ

# COMMERCIAL INVOICE

Page 5 of 8

DATE: September 24, 2018

INVOICE NO.: 2018211672742

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Bangladesh

| KMART | IN35V | SKINNY BOOT 6 MEDIUM WASH | | | |
|---|---|---|---|---|---|
| ITEM: | 320041592452 | | 2 CARTONS | 24 PIECES | 4,890 USD PIECES | 117.36 USD |
| MADE IN | BANGLADESH | | | | |
| CONTENTS | 12 PIECES | | | | |

STYLE # GF7RT32402BG
DESCRIPTION: GIRLS SKINNY BOOT FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE AT CENTRE FRONT
ADJUSTABLE WAIST BAND ELASTIC WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND
CENTRE FRONT FLY WITH METAL ZIPPER OPENING, FUNCTIONAL FRONT POCKET &
FUNCTONAL COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING,
2 FUCTIONAL BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA.
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRICATION -56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN
FOLD PACK

| CONTRACT NO. | IN35V | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32402BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 347 |

FACTORY NO.     103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KOODA, NANDUN
GAZIPUR
Bangladesh
FTY #ID NO.      BDNORKN93GAZ

| KMART | IN35V | SKINNY BOOT 6X MEDIUM WASH | | | |
|---|---|---|---|---|---|
| ITEM: | 320041594659 | | 2 CARTONS | 24 PIECES | 4,890 USD PIECES | 117.36 USD |
| MADE IN | BANGLADESH | | | | |
| CONTENTS | 12 PIECES | | | | |

STYLE # GF7RT32402BG
DESCRIPTION: GIRLS SKINNY BOOT FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE AT CENTRE FRONT
ADJUSTABLE WAIST BAND ELASTIC WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND
CENTRE FRONT FLY WITH METAL ZIPPER OPENING, FUNCTIONAL FRONT POCKET &
FUNCTONAL COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING,
2 FUCTIONAL BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA.
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRICATION -56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN
FOLD PACK

| CONTRACT NO. | IN35V | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT32402BG | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 347 |

FACTORY NO.     103165

# COMMERCIAL INVOICE

Page 6 of 8

DATE: September 24, 2018

INVOICE NO.: 201021972742

5873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3SV | SKINNY BOOT 7 MEDIUM WASH | | | | |
|---|---|---|---|---|---|---|
| ITEM: | 3200416090025 | | 2 | 24 | 4.890 USD | 117.36 USD |
| MADE IN | BANGLADESH | | CARTONS | PIECES | PIECES | |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RT324028G
DESCRIPTION: GIRLS SKINNY BOOT FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE AT CENTRE FRONT
ADJUSTABLE WAIST BAND ELASTIC WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND
CENTRE FRONT FLY WITH METAL ZIPPER OPENING, FUNCTIONAL FRONT POCKET &
FUNCTIONAL COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING,
2 FUCTIONAL BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA,
COUNTRY OF ORIGIN OF CUTTING & ASSEMBLY - BANGLADESH
FABRICATION -56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN
FOLD PACK

| CONTRACT NO. | IN3SV | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | | |
| DIVISION NO. | Division 4 | DEPARTMENT NO. | 049 |
| VENDOR ITEM CODE | GF7RT324028G | VENDOR NO. | 5873, |
| BINDING RULING # OR PRECLASS # | | COUNTRY OF ORIGIN | BANGLADESH |
| | | CATEGORY | 647 |

FACTORY NO.        103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN3SV | SKINNY BOOT 8 MEDIUM WASH | | | | |
|---|---|---|---|---|---|---|
| ITEM: | 3200416100206 | | 2 | 24 | 4.890 USD | 117.36 USD |
| MADE IN | BANGLADESH | | CARTONS | PIECES | PIECES | |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RT324028G
DESCRIPTION: GIRLS SKINNY BOOT FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE AT CENTRE FRONT
ADJUSTABLE WAIST BAND ELASTIC WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND
CENTRE FRONT FLY WITH METAL ZIPPER OPENING, FUNCTIONAL FRONT POCKET &
FUNCTIONAL COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING,
2 FUCTIONAL BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA,
COUNTRY OF ORIGIN OF CUTTING & ASSEMBLY - BANGLADESH
FABRICATION -56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX WOVEN
FOLD PACK

# COMMERCIAL INVOICE

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 6
GURGAON
HARYANA
India
122015

DATE: September 24, 2018
INVOICE NO.: 201821972742

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Bangladesh

| CONTRACT NO. | IN3SV | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT324028G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.    103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KOODA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN3SV | SKINNY BOOT 12 MEDIUM WASH | | | | |
|---|---|---|---|---|---|---|
| ITEM: | 3200416119971 | | | 2 | 24 | 4,890 USD | 117.36 USD |
| MADE IN | BANGLADESH | | | CARTONS | PIECES | PIECES |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RT324028G
DESCRIPTION: GIRLS SKINNY BOOT FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE AT CENTRE FRONT
ADJUSTABLE WAIST BAND ELASTIC WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND
CENTRE FRONT FLY WITH METAL ZIPPER OPENING, FUNCTIONAL FRONT POCKET &
FUNCTONAL COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING,
2 FUCTIONAL BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA,
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRICATION 46%RAMIE 32%COTTON 21%POLYESTER 1%SPANDEX WOVEN
FOLD PACK

| CONTRACT NO. | IN3SV | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT324028G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.    103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KOODA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNI93GAZ

| KMART | IN3SV | SKINNY BOOT 16 MEDIUM WASH | | | | |
|---|---|---|---|---|---|---|
| ITEM: | 3200416127631 | | | 2 | 24 | 4,890 USD | 117.36 USD |
| MADE IN | BANGLADESH | | | CARTONS | PIECES | PIECES |
| CONTENTS | 12 PIECES | | | | | |

STYLE # GF7RT324028G
DESCRIPTION: GIRLS SKINNY BOOT FIT DENIM PANT
CONTUR WAISTBAND WITH 1 METAL SHANK BUTTON CLOSURE AT CENTRE FRONT

# COMMERCIAL INVOICE

Page 8 of 8

DATE: September 24, 2018

INVOICE NO.: 201821972742

8873
PEARL-GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 449
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

ADJUSTABLE WAIST BAND ELASTIC WITH 2 PLASTIC BUTTONS AT INSIDE WAISTBAND
CENTRE FRONT FLY WITH METAL ZIPPER OPENING, FUNCTIONAL FRONT POCKET &
FUNCTIONAL COIN POCKET, 1 RIVET EACH AT FRONT POCKET BOTTOM OPENING.
2 FUCTIONAL BACK PATCH POCKETS, GARMENT LENGTH: FROM WAIST TO ANKLE
COUNTRY OF ORIGIN (FABRIC) - CHINA.
COUNTRY OF CUTTING & ASSEMBLY - BANGLADESH
FABRICATION -56%RAMIE 22%COTTON 21%POLYESTER 1%SPANDEX  WOVEN
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN35V | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | GF7RT324028G | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847 |

FACTORY NO.         103155
NORP KNIT INDUSTRIES & LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN.
GAZIPUR
Bangladesh
FTY MID NO.         BDNORKNI93GAZ

PAYMENT TERM         Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER         OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 24 | 288 | PIECES | 1,408.32   USD |

TOTAL US DOLLARS ONE THOUSAND FOUR HUNDRED EIGHT DOLLARS AND THIRTY-TWO CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME
EMPLOYEE TITLE

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

B/L No. 563758848

| | |
|---|---|
| **Shipper**<br>NORP KNIT INDUSTRIES LTD,<br>NORTH KHAILKUR, P.O. NATIONAL,<br>UNIVERSITY,<br>GAZIPUR-1704, BANGLADESH. | **Booking No.**<br>966608877 |
| | **Export references**<br>297368502 |

| | |
|---|---|
| **Consignee**<br>UNTO THE ORDER OF,<br>THE HONGKONG AND SHANGHAI BANKING<br>CORPORATION LTD, 186 BIR UTTAM MIR<br>SHAWKAT ALI ROAD, DHAKA, BANGLADESH | **Notify Party (see clause 22)**<br>KMART CORPORATION,<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,<br>ILLINOIS 60179, U.S.A.*** |

| Vessel (see clause 1, 5, 19)<br>TAICHUNG | Voyage No<br>8006 | |
|---|---|---|
| Port of Loading<br>Chittagong | Port of Delivery<br>Newark | Place of Delivery<br>CD, Chambersburg, PA 17201(Door) |

**PARTICULARS FURNISHED BY SHIPPER**

| | Weight<br>100.60 KGS | Measurement<br>0.360 CBM |
|---|---|---|

1 Container Said to Contain 24 Carton

READYMADE GARMENTS:
LADIE'S 56%RAMIE 22% COTTON 21%POLYESTR 1%SPANDEX WOVEN PANTS
STYLE NO:GF7RL32402BG
ORDER NO.1N35V
REF.NO. 803P
QNTY-288 PCs
CAT NO.847 HTS#6204.6980.44
VENDOR#8873 , DIV NO.4, DEPT# 049
INVOICE NO.105BSERK23498 DATE 10.09.2018
E-DOC INV NO.2018 /19722/22 DATE 10.09.2018
EXP NO.2859-49208-2018 DATE 11.09.2018
Export L/C # PSL-NORP/1058 DATE 12.10.2017
RECEIVED FOR SHIPMENT 01-OCT-18
CONTAINER GATE-IN DATE 04.10.2018
MOTHER VESSEL NAME: CMA CGM AMAZON V-0345

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 05/10/2018

K-MART.
1N35V.

ORIGINAL

| Carrier's Receipt (clause 1 and 14). Total no.<br>of containers or packages received by Carrier<br>1 container | Place of Receipt by<br>Dhaka | |
|---|---|---|
| Number of Documents/Original B/Ls<br>1/THREE | Date of Issue of B/L<br>2018-10-09 | |
| Declared Value (see clause 7.3) | Shipped on Board Date (Local Time)<br>2018-10-07 | As Agent for the Carrier Maersk Line A/S |

MAERSK BANGLADESH LTD

3sV



# MAERSK LINE

ITEM NO :
320-04158544-9
320-04158545-6
320-04158546-4
320-04158547-2
320-04158548-0
320-04158549-8
320-04158860-9
320-04158852-5
320-04159200-7
320-04159245-2
320-04159465-6
320-04160902-5
320-04161020-5
320-04161023-9
320-04161197-1
320-04161276-3
320-09436578-0
320-09436580-6
320-09436585-5
320-09436586-3
320-09436587-1
320-09436588-9
320-09436589-7
MADE IN
BANGLADESH
CONTENTS :

AMFU8621944  ML-BD0463178  40 DRY 9'6  24 Carton  100.80 KGS  0.960 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd.
License Number : 1732/85
Date of Expiry   : 31 December 2021

FREIGHT COLLECT

| Product Range | Item | Unit | Currency | Amount | Collect |
|---|---|---|---|---|---|
| | | | | | |

2017A1      9042 2300 4

B/L: 563758848                                    Page  3

# MAERSK LINE

THIS BILL OF LADING COVERS PART OF CONTAINER (AMFU8521944) WHICH CAN ONLY
BE RELEASED AGAINST PRESENTATION OF BILL OF LADING.
(563758845,563758846,563758847,583758848,563758849,563758850,563758851,5637
58852) COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY: *** KMART C/O UPS SUPPLY CHAIN
SOLUTION 19701 HAMILTON AVENUE
TORRANCE,CA 90502
PHONE(310)404-2792 FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO

CV/SD



# COMMERCIAL INVOICE

Page 1 of 5

DATE: October 01, 2018

INVOICE NO.: 201822223934

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN40Y | VC PANT NAVY DAISY MEDIEVAL BLUE | 118 | 118 | 35.160 USD | 4,148.88 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 360001311248 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: LP9VC36001JR
DESCRIPTIONS: SLEEP VALUE LONG PANT
DETAIL OF THE GARMENTS: SLEEP VALUE LONG PANT WITH WAISTBANDS WITH ELASTIC,
LEG OPENING HEMMED, DRAWCORD WITH SELF FABRIC, NO POCKETS,
NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: WAIST TILL ANKEL
FABRICATION: BODY-- 100% COTTON SINGLE JERSEY ( EXCEPT BELOW COLOR)
FABRICATION: TABBY GREY HTR BODY-- 95% COTTON 5% VISCOSE SINGLE JERSEY
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07,
HANGER PACK: 12 PCS
HANGER CODE# 60120 & SIZER CODE# CS1Q , PRICE: HANGER $0.12 & SIZER $ .015
SIZES : S,M,L,XL
COUNTRY OF ORIGIN [FABRIC] BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN40Y | REFERENCE NO. | 601P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | · 8873 | |
| VENDOR ITEM CODE | LP9VC36001JR | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

FACTORY NO.          102761

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN40Y | VC PANT GREEN FEATHECANTON | 122 | 122 | 35.160 USD | 4,289.52 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 360063718050 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: LP9VC36001JR
DESCRIPTIONS: SLEEP VALUE LONG PANT
DETAIL OF THE GARMENTS: SLEEP VALUE LONG PANT WITH WAISTBANDS WITH ELASTIC,
LEG OPENING HEMMED, DRAWCORD WITH SELF FABRIC, NO POCKETS,
NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: WAIST TILL ANKEL
FABRICATION: BODY-- 100% COTTON SINGLE JERSEY ( EXCEPT BELOW COLOR)
FABRICATION: TABBY GREY HTR BODY-- 95% COTTON 5% VISCOSE SINGLE JERSEY
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 10 / HORIZONTAL-07,
HANGER PACK: 12 PCS
HANGER CODE# 60120 & SIZER CODE# CS1Q . PRICE: HANGER $0.12 & SIZER $ .015
SIZES : S,M,L,XL
COUNTRY OF ORIGIN [FABRIC] BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

# COMMERCIAL INVOICE

Page 2 of 5
DATE: October 01, 2018
INVOICE NO.: 201822223934

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO: Chambersburg, PA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN40Y | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | LP9VC36001JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 346, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN41G | VC SLOUCHY TEE PURPLCHIVE BLOSSOM | 123 | 123 | 22.440 USD | 2,760.12 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 730019585371 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: LP9VC73020JR
DESCRIPTIONS: SLEEP SLOUCHY TEE
DETAIL OF THE GARMENTS; SLEEP SLOUCHY TEE, THIS STYLE HAVING HANGER LOOPS
SLEEVE OPENING WITH RAW EDGE,NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 100% COTTON SINGLE JERSEY
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 11 / HORIZONTAL-09.
HANGER PACK : 12 PCS
HANGER CODE# 4049 & SIZER CODE# CS1Q . PRICE: HANGER $0.13 & SIZER $ .015
SIZES : S,M,L,XL
COUNTRY OF ORIGIN [FABRIC]  BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-RAW EDGE

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN41G | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 |
| VENDOR ITEM CODE | LP9VC73020JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN41G | VC SLOUCHY TEE BLUE CORNFLOWER BLUE | 120 | 120 | 22.440 USD | 2,692.80 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 730019586950 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

# COMMERCIAL INVOICE

DATE: October 01, 2018
INVOICE NO.: 201822223934

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Bangladesh

STYLE NAME: LP9VC73020JR
DESCRIPTIONS: SLEEP SLOUCHY TEE
DETAIL OF THE GARMENTS: SLEEP SLOUCHY TEE. THIS STYLE HAVING HANGER LOOPS
SLEEVE OPENING WITH RAW EDGE,NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 100% COTTON SINGLE JERSEY
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 11 / HORIZONTAL-09.
HANGER PACK : 12 PCS
HANGER CODE# 404B & SIZER CODE# CS1Q . PRICE: HANGER $0.13 & SIZER $ .015
SIZES : S,M,L,XL
COUNTRY OF ORIGIN [FABRIC] BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-RAW EDGE

| CONTRACT NO. | IN41G | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | LP9VC73020JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY.
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN41H | VC SLOUCHYTEE PL BLUCORNFLOWER BLUE | | 120 | 120 | 18.880 USD | 2,265.80 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 730019556238 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: LP9VC73020JR
DESCRIPTIONS: SLEEP SLOUCHY TEE
DETAIL OF THE GARMENTS: SLEEP SLOUCHY TEE. THIS STYLE HAVING HANGER LOOPS
SLEEVE OPENING WITH RAW EDGE,NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 100% COTTON SINGLE JERSEY
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 11 / HORIZONTAL-09.
HANGER PACK : 12 PCS
HANGER CODE# 404B & SIZER CODE# CS1Q . PRICE: HANGER $0.13 & SIZER $ .015
SIZES : S,M,L,XL
COUNTRY OF ORIGIN [FABRIC] BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-RAW EDGE

| CONTRACT NO. | IN41H | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | LP9VC73020PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.        102761

# COMMERCIAL INVOICE

Page 4 of 5

DATE: October 01, 2018

INVOICE NO.: 201822223034

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.            BDNORKNIGAZ

| KMART | 1N41H | VC SLOUCHY TEE PURPLE CHIVE BLOSSOM | 122 | 122 | 18.880  USD | 2,303.36  USD |
|-------|-------|-------------------------------------|-----|-----|-------------|----------------|
| | | | CARTONS | AST | AST | |

ITEM:        730083718183
MADE IN      BANGLADESH
CONTENTS     1 ASSORTMENT

STYLE NAME: LP9VC73020JR
DESCRIPTIONS: SLEEP SLOUCHY TEE
DETAIL OF THE GARMENTS: SLEEP SLOUCHY TEE, THIS STYLE HAVING  HANGER LOOPS
SLEEVE OPENING WITH RAW EDGE,NO POCKETS, NO BUTTON , NO METAL y PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION:BODY-- 100% COTTON SINGLE JERSEY
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 11 / HORIZONTAL-09.
HANGER PACK : 12 PCS
HANGER CODE#.4&B & SIZER CODE# CS1Q . PRICE: HANGER $0.13 & SIZER $ .015
SIZES : S,M,L,XL
COUNTRY OF ORIGIN (FABRIC)  BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-RAW EDGE

| CONTRACT NO. | 1N41H | REFERENCE NO. | 801P |
|--------------|-------|----------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 |
| VENDOR ITEM CODE | LP9VC73020PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.            BDNORKNIGAZ

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT
LC#                NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | AMOUNT (US$) |
|-------------------|--------------------|---------------------------|----------------|
| TOTAL INVOICE | 725 | 725 ASSORTMENTS | 18,460.28  USD |

TOTAL US DOLLARS EIGHTEEN THOUSAND FOUR HUNDRED SIXTY DOLLARS AND TWENTY-EIGHT CENTS ONLY.

## COMMERCIAL INVOICE

DATE: October 01, 2018

INVOICE NO.: 201822223034

6573
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

SCAC MAEU

B/L No. S83758954

| | |
|---|---|
| Shipper<br>NORP KNIT INDUSTRIES LTD,<br>NORTH KHAILKUR, P.O. NATIONAL<br>UNIVERSITY,<br>GAZIPUR-1704, BANGLADESH. | Booking No.<br>966608877 |
| | Export references<br>297368502 |
| | Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant) |
| Consignee (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer").<br>UNTO THE ORDER OF:<br>STANDARD CHARTERED BANK,<br>67 GULSHAN AVENUE, DHAKA 1212,<br>BANGLADESH. | Notify Party (see clause 23)<br>KMART CORPORATION,<br>3333 BEVERLY ROAD,<br>HOFFMAN ESTATES,<br>ILLINOIS 60179, U.S.A.*** |
| Vessel (see clause 1 + 19)<br>TAICHUNG | Voyage No.<br>800G | Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
| Port of Loading<br>Chittagong | Port of Discharge<br>Newark | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1)<br>PCD, Chambersburg, PA 17201 (Door) |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 725 Carton<br><br>READYMADE GARMENTS:<br>WOMEN'S 100% COTTON KNITTED PANT<br>WOMEN'S 100% COTTON KNITTED TEE<br>STYLE NO.LP9VC36001JR<br>STYLE NO.LP9VC73020JR<br>STYLE NO.LP9VC73020PI<br>ORDER NO.IN40Y<br>ORDER NO.IN41G<br>ORDER NO.IN41H<br>REF NO.601P QNTY:7,732 PCS<br>CAT.NO.348 HTS#6104-6200,11&6110,2020-79<br>VENDOR#8873, DIV NO.4, DEPT# 027,<br>INVOICE NO.1061SERK23633 DATE:15.09.2018<br>E-DOC INV NO.201822223934 DATE:15.09.2018<br>EXP NO.2486-42383-2018 DATE:19.09.2018<br>Export L/C # PGL-NORP/1061 DATE: 31.10.2017<br>RECEIVED FOR SHIPMENT 01 OCT 18<br>CONTAINER GATE-IN DATE: 04.10.2018<br>MOTHER VESSEL NAME: CMA CGM AMAZON V-03LS<br><br><br>CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 05/10/2018 | 1558.75 KGS | 22.180 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| | |
|---|---|
| Carrier's Receipt (See clause 1 and 19). Total number of containers or packages received by Carrier<br>1 container | Place of Issue of B/L<br>Dhaka |
| Number & Sequence of Original B(s)/L<br>1/THREE | Date of Issue of B/L<br>2018-10-09 |
| Declared Value (see clause 7.3) | Shipped on Board Date (Local Time)<br>2018-10-07 |

Signed for the Carrier Maersk Line A/S

MAERSK BANGLADESH LTD
As Agent(s)

ORIGINAL

2017A1    006482070

B/L: 583758854                                                   Page : 2

 **MAERSK LINE**

K-MART
IN40Y
IN41G
IN41H
ITEM NO :
360-01131124-8
360-06371805-0
730-01958537-1
730-01958665-0
730-01955823-8
730-06371818-3
MADE IN
BANGLADESH
CONTENTS : PCS

MSKU1744297  ML-BD04G3179  40 DRY 9'6  725 Carton  1558.75 KGS  22.180 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd
License Number : 1732/85
Date of Expiry   :  31 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (MSKU1744297) WHICH CAN ONLY
BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(583758853,583758854,583758855,583758856,583758857,583758858,583758859,5837
58860) COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY: ***KMART C/O UPS SUPPLY CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE,CA 90502
PHONE(310)404-2792,FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO

CY/SD

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

201743    006752021

*1061 Beard...*

# COMMERCIAL INVOICE

Page 1 of 6

DATE: October 01, 2018

INVOICE NO.: 201622224153

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Chittagong, Bangladesh       SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN417 | VC S/S GOWNFEATHERSGCANTON | 217 CARTONS | 217 AST | 36.600 USD AST | 7,942.20 USD |
| ITEM: | 490010207720 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: LP9VC49050JR
LADIES KNIT V NECK KNIT SLEEP SHIRT
DETAIL OF THE GARMENTS: V NECK SLEEP SHIRTE
SLEEVE OPENING, THIS STYLE HAVING FRONT POCKETS, NO BUTTON , NO METAL / PLASTI
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY- 100% COTTON SINGLE JERSEY
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 11 / HORIZONTAL-09,
HANGER PACK : 12 PCS
HANGER CODE# 484B & SIZER CODE# CS1Q . PRICE: HANGER $0.13 & SIZER $ .015
SIZES : S,M,L,XL
COUNTRY OF ORIGIN [FABRIC] BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN417 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | LP9VC49050JR | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 351, RNONE | |

FACTORY NO.        102791
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN417 | VC S/S GOWNPINKDAISYSHELL PINK | 219 CARTONS | 219 AST | 36.600 USD AST | 8,015.40 USD |
|---|---|---|---|---|---|---|
| ITEM: | 490010208306 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: LP9VC49050JR
LADIES KNIT V NECK KNIT SLEEP SHIRT
DETAIL OF THE GARMENTS: V NECK SLEEP SHIRTE
SLEEVE OPENING, THIS STYLE HAVING FRONT POCKETS, NO BUTTON , NO METAL / PLASTI
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY- 100% COTTON SINGLE JERSEY
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 11 / HORIZONTAL-09,
HANGER PACK : 12 PCS
HANGER CODE# 484B & SIZER CODE# CS1Q . PRICE: HANGER $0.13 & SIZER $ .015
SIZES : S,M,L,XL
COUNTRY OF ORIGIN [FABRIC] BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

# COMMERCIAL INVOICE

Page 2 of 6

DATE: October 01, 2018

INVOICE NO.: 201822224163

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh

MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:  Chambersburg , PA

-FOB Bangladesh

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN417 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 | |
| VENDOR ITEM CODE | LP9VC49050JR | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 351, RNONE | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN417 | VC S/S GOWN BLUE SOLID CORNFLOWER BLUE | 157 CARTONS | 157 AST | 36.600 USD AST | 5,746.20 USD |
|---|---|---|---|---|---|---|
| ITEM: | 490019300003 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: LP9VC49050JR
LADIES KNIT  V NECK KNIT SLEEP SHIRT
DETAIL OF THE GARMENTS: V NECK SLEEP SHIRTS
SLEEVE OPENING, THIS STYLE HAVING  FRONT POCKETS, NO BUTTON , NO METAL / PLASTI
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 100% COTTON SINGLE JERSEY
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 11 / HORIZONTAL-00,
HANGER PACK : 12 PCS
HANGER CODE# 484B & SIZER CODE# CS1Q . PRICE: HANGER $0.13 & SIZER $ .016
SIZES : S,M,L,XL
COUNTRY OF ORIGIN [FABRIC]  BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN417 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 | |
| VENDOR ITEM CODE | LP9VC49050JR | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 351, RNONE | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN417 | VC S/S GOWN NAVY DAISY MEDIEVAL BLUE | 258 CARTONS | 258 AST | 36.600 USD AST | 9,442.80 USD |
|---|---|---|---|---|---|---|
| ITEM: | 490063722670 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

# COMMERCIAL INVOICE

Page 3 of 6

DATE: October 01, 2018

INVOICE NO.: 201622224153

6673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Bangladesh

STYLE NAME: LP9VC4905DJR
LADIES KNIT  V NECK KNIT SLEEP SHIRT
DETAIL OF THE GARMENTS: V NECK SLEEP SHIRTE
SLEEVE OPENING, THIS STYLE HAVING  FRONT POCKETS, NO BUTTON , NO METAL / PLASTI
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 100% COTTON SINGLE JERSEY
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 11 / HORIZONTAL-09,
HANGER PACK : 12 PCS
HANGER CODE# 484B & SIZER CODE# CS1Q . PRICE: HANGER $0.13 & SIZER $ .015
SIZES : S,M,L,XL
COUNTRY OF ORIGIN [FABRIC]  BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN417 | REFERENCE NO. | 601P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 |
| VENDOR ITEM CODE | LP9VC4905DJR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 351, RNONE |

FACTORY NO.      102761

NORP KNIT INDUSTRIES LTD (UNIT 1)

NORTH KHAILKUR,

P.O. NATIONAL UNIVERSITY,

GAZIPUR

Bangladesh

FTY MID NO.      BDNORKNIGA2

| KMART | IN418 | VC S/S GOWNPLNAVYDAIMEDIEVAL BLUE | | 230 | 230 | 40.800  USD | 9,751.20  USD |
| ITEM: | 490010587864 | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: LP9VC49050PL
LADIES KNIT  V NECK KNIT SLEEP SHIRT
DETAIL OF THE GARMENTS: V NECK SLEEP SHIRT
SLEEVE OPENING, THIS STYLE HAVING  FRONT POCKETS, NO BUTTON , NO METAL / PLASTI
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 100% COTTON SINGLE JERSEY
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 11 / HORIZONTAL-09,
HANGER PACK: 08 PCS
HANGER CODE# 479B & SIZER CODE# CS1Q . PRICE: HANGER $0.13 & SIZER $ .015
SIZES : 1X,2X,3X
COUNTRY OF ORIGIN [FABRIC]  BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN418 | REFERENCE NO. | 601P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6673 |
| VENDOR ITEM CODE | LP9VC49050PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 351, RNONE |

FACTORY NO.      102761

# COMMERCIAL INVOICE

Page 4 of 6

DATE: October 01, 2018

INVOICE NO.: 201822224153

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN418 | VC S/S GOWNPLFEATOR CANTON | 103 CARTONS | 103 AST | 40.800 USD AST | 7,874.40 USD |
|---|---|---|---|---|---|---|

ITEM: 490019590827
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT

STYLE NAME: LP9VC49050PL
LADIES KNIT V NECK KNIT SLEEP SHIRT
DETAIL OF THE GARMENTS: V NECK SLEEP SHIRT
SLEEVE OPENING, THIS STYLE HAVING FRONT POCKETS, NO BUTTON , NO METAL / PLASTI
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 100% COTTON SINGLE JERSEY
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 11 / HORIZONTAL-09.
HANGER PACK: 08 PCS
HANGER CODE# 4798 & SIZER CODE# CS1Q . PRICE: HANGER $0.13 & SIZER $ .015
SIZES : 1X,2X,3X
COUNTRY OF ORIGIN (FABRIC) BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN418 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | FCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | LP9VC49050PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 351, RNONE |

FACTORY NO.        102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNIGAZ

| KMART | IN418 | VC S/S GOWNPLDAISYPISHELL PINK | 190 CARTONS | 190 AST | 40.800 USD AST | 7,752.00 USD |
|---|---|---|---|---|---|---|

ITEM: 490019590976
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT

STYLE NAME: LP9VC49050PL
LADIES KNIT V NECK KNIT SLEEP SHIRT
DETAIL OF THE GARMENTS: V NECK SLEEP SHIRT
SLEEVE OPENING, THIS STYLE HAVING FRONT POCKETS, NO BUTTON , NO METAL / PLASTI
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 100% COTTON SINGLE JERSEY
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 11 / HORIZONTAL-09.
HANGER PACK: 08 PCS
HANGER CODE# 4798 & SIZER CODE# CS1Q . PRICE: HANGER $0.13 & SIZER $ .015
SIZES : 1X,2X,3X
COUNTRY OF ORIGIN (FABRIC) BANGLADESH

## COMMERCIAL INVOICE

Page 6 of 6

DATE: October 01, 2016

INVOICE NO.: 201622224163

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

SHIPPED TO:   Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN418 | REFERENCE NO. | 601P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | LP9VC49050PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 351, RNONE | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN418 | VC S/S GOWNPLBLUE80LCORNFLOWER BLUE | | 157 | 157 | 40.800 USD | 6,405.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 490019591023 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: LP9VC49050PL
LADIES KNIT  V NECK KNIT SLEEP SHIRT
DETAIL OF THE GARMENTS: V NECK SLEEP SHIRT
SLEEVE OPENING. THIS STYLE HAVING  FRONT POCKETS, NO BUTTON , NO METAL / PLASTI
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 100% COTTON SINGLE JERSEY
BODY FABRIC WEIGHT: 160 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 11 / HORIZONTAL-09,
HANGER PACK: 08 PCS
HANGER CODE# 476B & SIZER CODE# CS1Q , PRICE: HANGER $0.13 & SIZER $ .015
SIZES : 1X,2X,3X
COUNTRY OF ORIGIN [FABRIC]  BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN418 | REFERENCE NO. | 601P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | LP9VC49050PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 351, RNONE | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

## COMMERCIAL INVOICE

Page 6 of 6
DATE: October 01, 2018
INVOICE NO.: 201822224153

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Chittagong, Bangladesh       SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

                                            FOB Bangladesh

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER         OPEN ACCOUNT
LC#                 NO LC

| TOTAL INVOICE | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| | 1,530 | 1,530 | ASSORTMENTS | 62,929.80  USD |

TOTAL US DOLLARS SIXTY-TWO THOUSAND NINE HUNDRED TWENTY-NINE DOLLARS AND EIGHTY CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME
EMPLOYEE TITLE

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

SCAC MAEU

B/L No. 583758845

**Shipper**
NORP KNIT INDUSTRIES LTD,
NOKTH KHAILKUR, P.O. NATIONAL,
UNIVERSITY,
GAZIPUR-1704,BANGLADESH.

Booking No.
966608877

Export references

Svc Contract
297368502

**Consignee** (negotiable only if consigned "to order", "to order of a named Person or "to order of bearer")
UNTO THE ORDER OF:
STANDARD CHARTERED BANK,
67 GULSHAN AVENUE,DHAKA 1212,
BANGLADESH.

Notify Party (see clause 21)
KMART CORPORATION,
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179,U.S.A.***

| Vessel (see clause 1 + 16) | Voyage No. |
|---|---|
| TAICHUNG | 8006 |

Place of Receipt. Applicable only when Document used as Multimodal Transport B/L (see clause 1)

| Port of Loading | Port of Discharge |
|---|---|
| Chittagong | Newark |

Place of Delivery. Applicable only when Document used as Multimodal Transport B/L (see clause 1)
PCD,Chambersburg, PA 17201 (Door)

## PARTICULARS FURNISHED BY SHIPPER

Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No.

1 Container Said to Contain 1630 Carton

READYMADE GARMENTS:
#REFL
WOMEN'S 100% COTTON KNITTED GOWN
STYLE NO.LP9VC49050JR
STYLE NO.LF8VC49050PL
STYLE NO.0
ORDER NO.IN417
ORDER NO.IN418
ORDER NO.0
REF.NO.801P QNTY-19,560 PCS
CAT.NO.351 HTS#6110.2020.77
VENDOR#8873 , DIV NO.4 , DEPT# 027,
INVOICE NO.1061SERK23635 DATE:15.09.2018
E-DOC INV NO.201822224153 DATE:15.09.2018
EXP.NO. 2486-42384-2018 DATE:19.09.2018
Export L/C # PGL-NORP/1061 DATE:31.10.2017
RECEIVED FOR SHIPMENT:04 OCT 18
CONTAINER GATE-IN DATE: 01.10.2018
MOTHER VESSEL NAME: CMA CGM AMAZON V-D3LS

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 05/10/2018

Weight 3504.50 KGS

Measurement 55.530 CBM

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

Freight & Charges

| | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier. | Place of Issue of B/L |
|---|---|
| 1 container | Dhaka |

| Number & Sequence of Original B/Ls | Date of Issue of B/L |
|---|---|
| 3/THREE | 2018-10-09 |

| Declared Value (see clause 7.3) | Shipped on Board Date (Local Time) |
|---|---|
| | 2018-10-07 |

Signed for the Carrier Maersk Line A/S

MAERSK BANGLADESH LTD
As Agent(s)

This transport document has one or more numbered pages

B/L: 583758845

Page : 2

 **MAERSK LINE**

K-MART
IN417
IN418
ITEM NO :
490-01929772-0
490-01929830-6
490-01930000-3
490-06372287-0
490-01958786-4
490-01959082-7
490-01959097-5
490-01959102-3
MADE IN
BANGLADESH
CONTENTS: PCS

AMFU8621944  ML-BD0463178  40 DRY 9'6  1630 Carton  3504.50 KGS  55.530 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd
License Number : 1732/85
Date of Expiry  : 31 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (AMFU8621944) WHICH CAN ONLY
BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(583758845,583758846,583758847,583758848,583758849,583758850,583758851,5837
58852) COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY: ***KMART C/O UPS SUPPLY CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE,CA.90502
PHONE(310)404-2792,FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

2017A1   006252023

B/L: S83758845

# MAERSK LINE

CY/SD

| Freight & Charges | | Rate | | Unit | | Currency | Prepaid | | Collect | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

2017A3    006252824

# COMMERCIAL INVOICE

Page 1 of 5
DATE: October 01, 2018
INVOICE NO.: 201822224203

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:  Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN41J | VC TANK PLUS PURPLE CHIVE | 90 CARTONS | 90 AST | 18.880 USD AST | 1,699.20 USD |

ITEM: 730019556612
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT

STYLE NAME: LP9VC73021PL
DESCRIPTIONS: SLEEP SWING TANK
DETAIL OF THE GARMENTS: SLEEP SWING TANK
THI STYLE HAVING NO POCKETS, NO BUTTON . NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY- 100% COTTON SINGLE JERSEY
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 11 / HORIZONTAL-09.
HANGER PACK : 08 PCS
HANGER CODE# 4798 & SIZER CODE# CS1Q . PRICE. HANGER $0.13 & SIZER $ .015
SIZES : 1X,2X,3X
COUNTRY OF ORIGIN (FABRIC) BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN41J | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 6873 | |
| VENDOR ITEM CODE | LP9VC73021PL | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE | |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN41J | VC TANK PLUS BLUE CORNFLOWER BLUE | 88 CARTONS | 88 AST | 18.880 USD AST | 1,861.44 USD |
|---|---|---|---|---|---|---|

ITEM: 730019557230
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT

STYLE NAME: LP9VC73021PL
DESCRIPTIONS: SLEEP SWING TANK
DETAIL OF THE GARMENTS: SLEEP SWING TANK
THI STYLE HAVING NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY- 100% COTTON SINGLE JERSEY
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 11 / HORIZONTAL-09.
HANGER PACK : 08 PCS
HANGER CODE# 4798 & SIZER CODE# CS1Q . PRICE: HANGER $0.13 & SIZER $ .015
SIZES : 1X,2X,3X
COUNTRY OF ORIGIN (FABRIC) BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

# COMMERCIAL INVOICE

Page 2 of 5

DATE: October 01, 2016

INVOICE NO.: 201622224083

6573
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Bangladesh

| CONTRACT NO. | IN41J | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6573 |
| VENDOR ITEM CODE | LP9VC73021PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO. 102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO. BDNORKNIGAZ

| KMART | IN41K | VC V NECK TEE GREEN CANTON | | 120 CARTONS | 120 AST | 22,440 USD AST | 2,692.80 USD |
| ITEM: | 730019549039 | | | | | | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: LP9VC73022JR
DESCRIPTIONS: SLEEP VALUE V NK TEE
DETAIL OF THE GARMENTS: SLEEP VALUE V NK TEE
SLEEVE OPENING, THIS STYLE HAVING FRONT POCKETS, NO BUTTON ,
NO METAL / PLASTIC ZIPPER.
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 100% COTTON SINGLE JERSEY (FOR PLACID BLUE )
FABRICATION: BODY-- 95% COTTON 5% VISCOSE SINGLE JERSEY (FOR TABBY GREY HTR )
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL- 11 / HORIZONTAL-09.
HANGER PACK : 12 PCS
HANGER CODE# 4648 & SIZER CODE# C510 . PRICE: HANGER $0.13 & SIZER $ .015
SIZES : S,M,L,XL
COUNTRY OF ORIGIN [FABRIC] BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN41K | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 6573 |
| VENDOR ITEM CODE | LP9VC73022JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO. 102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO. BDNORKNIGAZ

# COMMERCIAL INVOICE

Page 3 of 6
DATE: October 01, 2016
INVOICE NO.: 201622224883

8573
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 445
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Bangladesh

| KMART | IN41K | VC V NECK TEE PINK ROSE QUARTZ | 119 CARTONS | 119 AST | 22,440  USD AST | 2,670.36  USD |
|-------|-------|--------------------------------|-------------|---------|-----------------|---------------|

ITEM: 730003726302
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT

STYLE NAME: LP9VC73022JR
DESCRIPTIONS: SLEEP VALUE V NK TEE
DETAIL OF THE GARMENTS: SLEEP VALUE V NK TEE
SLEEVE OPENING, THIS STYLE HAVING FRONT POCKETS, NO BUTTON .
NO METAL / PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 100% COTTON SINGLE JERSEY (FOR PLACID BLUE )
FABRICATION: BODY-- 95% COTTON 5% VISCOSE SINGLE JERSEY (FOR TABBY GREY HTR )
BODY FABRIC WEIGHT: 160 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL - 11 / HORIZONTAL-09,
HANGER PACK : 12 PCS
HANGER CODE# 4849 & SIZER CODE# CS1Q . PRICE: HANGER $0.13 & SIZER $ .015
SIZES : S,M,L,XL
COUNTRY OF ORIGIN [FABRIC] BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN41K | REFERENCE NO. | 801P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8573 |
| VENDOR ITEM CODE | LP9VC73022JR | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.          102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.          BDNORGNGAZ

| KMART | IN41L | VC V NECKTEE PL GREECANTON | 119 CARTONS | 119 AST | 18,560  USD AST | 2,240.72  USD |
|-------|-------|----------------------------|-------------|---------|-----------------|---------------|

ITEM: 730019588989
MADE IN BANGLADESH
CONTENTS 1 ASSORTMENT

STYLE NAME: LP9VC73022PL
LADIES SLEEP VALUE V INK KNIT PULLOVER
DETAIL OF THE GARMENTS: SLEEP VALUE V NK TEE
SLEEVE OPENING, THI STYLE HAVING FRONT POCKETS, NO BUTTON , NO METAL
/ PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY-- 100% COTTON SINGLE JERSEY
BODY FABRIC WEIGHT: 160 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL - 11 / HORIZONTAL-09,
HANGER PACK : 06 PCS
HANGER CODE# 4789 & SIZER CODE# CS1Q . PRICE: HANGER $0.13 & SIZER $ .015
SIZES : 1X,2X,3X
COUNTRY OF ORIGIN [FABRIC] BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY- BANGLADESH
BOTTOM TREATMENT-HEMMED

# COMMERCIAL INVOICE

Page 4 of 5
DATE: October 01, 2016
INVOICE NO.: 201622224883

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Bangladesh

| CONTRACT NO. | IN41L | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | LP9VC73022PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

| KMART | IN41L | VC V NECKTEE PL PINKROSE QUARTZ | | 120 | 120 | 18.880  USD | 2,265.60  USD |
| ITEM: | 730085721127 | | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: LP9VC73022PL
LADIES SLEEP VALUE V NK KNIT PULLOVER
DETAIL OF THE GARMENTS: SLEEP VALUE V NK TEE
SLEEVE OPENING, THI STYLE HAVING FRONT POCKETS, NO BUTTON , NO METAL
/ PLASTIC ZIPPER
BODY LENGTH: SHOULDER TO WAIST
FABRICATION: BODY– 100% COTTON SINGLE JERSEY
BODY FABRIC WEIGHT: 150 GSM A/W
STITCH COUNT PER 1 CM : VERTICAL– 11 / HORIZONTAL–09,
HANGER PACK : 06 PCS
HANGER CODE# 479B & SIZER CODE# CS1Q , PRICE: HANGER $0.13 & SIZER $ .015
SIZES : 1X,2X,3X
COUNTRY OF ORIGIN [FABRIC]  BANGLADESH
COUNTRY OF CUTTING & ASSEMBLY– BANGLADESH
BOTTOM TREATMENT-HEMMED

| CONTRACT NO. | IN41L | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | LP9VC73022PL | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 339, RNONE |

FACTORY NO.    102761
NORP KNIT INDUSTRIES LTD (UNIT 1)
NORTH KHAILKUR,
P.O. NATIONAL UNIVERSITY,
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKNIGAZ

PAYMENT TERM    Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER    OPEN ACCOUNT
LC#    NO LC

## COMMERCIAL INVOICE

Page 5 of 5
DATE: October 01, 2018

INVOICE NO.: 201822224053

8073
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 440
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:      KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh      SHIPPED TO:   Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 656 | 656 | ASSORTMENTS | 13,236.12  USD |

TOTAL US DOLLARS THIRTEEN THOUSAND TWO HUNDRED THIRTY-SIX DOLLARS AND TWELVE CENTS ONLY.

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

MAEU

B/L No. 563758853

Booking No.
966608877

Shipper:
NORP KNIT INDUSTRIES LTD,
NORTH KHAILKUR, P.O. NATIONAL,
UNIVERSITY,
GAZIPUR-1704, BANGLADESH.

Svc Contract
297308502

Consignee (negotiable only if consigned "to order", "to order of a named Person or "to order of bearer")
UNTO THE ORDER OF:
STANDARD CHARTERED BANK,
67 GULSHAN AVENUE, DHAKA 1212,
BANGLADESH.

Notify Party (see clause 22):
KMART CORPORATION,
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179, U.S.A. ***

Vessel (see clause 1 + 19)
TAICHUNG

Voyage No.
8006

Port of Loading
Chittagong

Place of Receipt
Newark

Place of Delivery. Applicable only when document used as Multimodal Transport B/L (see clause 1)
PCD, Chambersburg, PA 17201 (Door)

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 656 Carton | 1410.40 KGS | 16.110 CBM |

READYMADE GARMENTS;
WOMEN'S 100% COTTON KNITTED TEE
STYLE NO. LP9VC73021PL
STYLE NO. LFBVC73022JR
STYLE NO. LP9VC73022PL
ORDER NO. IN41J
ORDER NO. IN41K
ORDER NO. IN41L
REF. NO. 501P QNTY: 6,204 PCS
CAT. NO. 339 HTS #6109.1000/6086.110/2020?
VENDOR# 6873, DIV. NO. 4, DEPT: 0205,
INVOICE NO. 1061SERK23637 DATE 15.09.2018
E-DOC INV NO. 201822224683 DATE 15.09.2018
EXP. NO. 2456-4238S-2018 DATE 19.09.2018
Export L/C # PGL-NORP/1061 DATE 31.10.2017
RECEIVED FOR SHIPMENT 01 OCT 18
CONTAINER GATE-IN DATE: 04.10.2018
MOTHER VESSEL NAME: CMA CGM AMAZON / 031S

CONTAINERS RECEIVED FOR SHIPMENT BY CARRIER 05/10/2018

K-MART

| | | | | | | |
|---|---|---|---|---|---|---|

Carrier's Receipt (no. of Cont. or Pkgs rcvd by Carrier)
1 Container
Shipped, as far as ascertained by reasonable means of checking
1/THREE

Place of Issue of B/L
Dhaka

Date of Issue of B/L
2018-10-09

Declared Value (see clause 7.3)

Place and Date of Shipped on Board (see clause 22)
2018-10-07

Signed for the Carrier: Maersk Line A/S

MAERSK BANGLADESH LTD
As Agent(s)

This transport document has one or more numbered pages



# MAERSK LINE

IN41J
IN41K
IN41L
ITEM NO :
730-01955661-2
730-01955723-0
730-01954903-9
730-06372639-2
730-01956898-9
730-06372712-7
MADE IN
BANGLADESH
CONTENTS: PCS

MSKU1744297  ML-BD0463179  40 DRY 9'6  656 Carton  1410.40 KGS  16,110 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd
License Number : 1732/85
Date of Expiry    : 31 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (MSKU1744297) WHICH CAN ONLY
BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
(583758653,583758654,583758855,583758856,583758857,583758858,583758859,5837
58860) COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY: ***KMART C/O UPS SUPPLY CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE,CA 90502
PHONE(310)404-2792,FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO

CY/SD

| Freight & Charges | Rate | Unit | Computer | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

# COMMERCIAL INVOICE

Page 1 of 3
DATE: October 08, 2016
INVOICE NO.: 201622999134

8873
PEARL GLOBAL INDUSTRIES LTD.
POIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh     SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN3T7 | JEGGING INDIGO MD W/MEDIUM | 129 CARTONS | 129 AST | 24.040 USD AST | 3,101.16 USD |
| ITEM: | 550077313466 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE # WC8RT53006MI
DESCRIPTION: LADIES JEGGING
ELASTIC AT WAISTBAND, 2 NON FUNCTIONAL POCKETS ON EACH SIDE AT FRONT
AND NON FUNCTIONAL FLY AT CENTRE FRONT
NO BUTTONS/RIVETS, NO PRINT AND NO EMBROIDERY
PATCH POCKETS AT BOTH SIDES OF BACK
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM HEM
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRICATION: 73% COTTON 24% POLYESTER 3% SPENDEX STRETCH   //   100% WOVEN
FABRIC CONSTRUCTION : 10X200D        //        150X87
FOLD PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3T7 | REFERENCE NO. | 501C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WC8RT53006MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

FACTORY NO.      103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY KID NO,        BDNORKN93GAZ

| KMART | IN3T7 | JEGGING INDIGO MD W/MEDIUM | 98 CARTONS | 98 AST | 24.040 USD AST | 2,355.92 USD |
|---|---|---|---|---|---|---|
| ITEM: | 550077321155 | | | | | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE # WC8RT53006MI
DESCRIPTION: LADIES JEGGING
ELASTIC AT WAISTBAND, 2 NON FUNCTIONAL POCKETS ON EACH SIDE AT FRONT
AND NON FUNCTIONAL FLY AT CENTRE FRONT
NO BUTTONS/RIVETS, NO PRINT AND NO EMBROIDERY
PATCH POCKETS AT BOTH SIDES OF BACK
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM HEM
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRICATION: 73% COTTON 24% POLYESTER 3% SPENDEX STRETCH   //   100% WOVEN
FABRIC CONSTRUCTION : 10X200D        //        150X87
FOLD PACK

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN3T7 | REFERENCE NO. | 501C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8873 | |
| VENDOR ITEM CODE | WC8RT53006MI | COUNTRY OF ORIGIN | BANGLADESH | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 | |

# COMMERCIAL INVOICE

Page 2 of 3

DATE: October 08, 2018

INVOICE NO.: 201822569134

8673
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Bangladesh

FACTORY NO.          103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNII93GAZ

| KMART | IN3T7 | JEGGING INDIGO MD W/MEDIUM | | 140 | 140 | 24.040 USD | 3,365.60 USD |
|-------|-------|----------------------------|--|-----|-----|------------|--------------|
| ITEM: | 550077322592 | | | CARTONS | AST | | AST |
| MADE IN | BANGLADESH | | | | | | |
| CONTENTS | 5 ASSORTMENT | | | | | | |

STYLE # WC5RT53000MI
DESCRIPTION: LADIES JEGGING
ELASTIC AT WAISTBAND, 2 NON FUNCTIONAL POCKETS ON EACH SIDE AT FRONT
AND NON FUNCTIONAL FLY AT CENTRE FRONT
NO BUTTONS/RIVETS, NO PRINT AND NO EMBROIDERY
PATCH POCKETS AT BOTH SIDES OF BACK
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM HEM
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRICATION: 73% COTTON 24% POLYESTER 3% SPENDEX STRETCH  //  100% WOVEN
FABRIC CONSTRUCTION : 10X20D      #      150X57
FOLD PACK

| CONTRACT NO. | IN3T7 | REFERENCE NO. | 801C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8673 |
| VENDOR ITEM CODE | WC5RT53000MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.          103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.          BDNORKNII93GAZ

. PAYMENT TERM          Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER          OPEN ACCOUNT

| | | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|--|--|--------------------|--------------------------|--|--------------|
| TOTAL INVOICE | | 367 | 367 ASSORTMENTS | | 8,822.58 USD |

TOTAL US DOLLARS EIGHT THOUSAND EIGHT HUNDRED TWENTY-TWO DOLLARS AND SIXTY-EIGHT CENTS ONLY.

# COMMERCIAL INVOICE

Page 3 of 3

DATE: October 08, 2018

INVOICE NO.: 201822560134

6873
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh    SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME

EMPLOYEE TITLE

APL CO. PTE LTD

## APL                                    BILL OF LADING

| | BOOKING NUMBER | B/L NUMBER | PAGE 1 OF 2 |
|---|---|---|---|
| SHIPPER (Principal or Seller licensee and full address) | 056450269 | APLU 056450269 | |

SHIPPER (Principal or Seller licensee and full address)
NORP KNIT INDUSTRIES LTD,
NORTH KHAILKUR, P.O.NATIONAL
UNIVERSITY,GAZIPUR-1704 BANGLADESH.
TEL:880-2-9292036-2037,9291936-1937.

EXP/FINAL DEST:CCD, MIRA LOMA, CA 91752

CONSIGNEE (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provisions otherwise, a consignment "To Order" means To Order of Shipper)
UNTO THE ORDER OF
THE HONGKONG AND SHANGHAI BANKING
CORPORATION LTD.
186 BIR UTTAM MIR
SHAWKAT ALI ROAD, DHAKA, BANGLADESH

FORWARDING AGENT (References, F.M.C. No.)
AIR ALLIANCE LTD.
BILOUIS TOWER,2ND FL,6,NORTH GULSHAN,
C/A,CIR-2,DHAKA-1212,BD.

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

NOTIFY PARTY (Name and Full Address)
KMART CORPORATION,
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179,U.S.A.

ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING)
EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING
FROM POINT OF DESTINATION
KMART C/O UPS SUPPLY CHAIN SOLUTION
19701 HAMILTON AVENUE
TORRANCE,CA 90502, PHONE:(310)
404-2792, FAX:(310)404-2962,
ATTN:MARY ELLEN WRATSCHKO.

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| EXPORT CARRIER (Vessel, voyage, & flag) | PORT OF LOADING |
|---|---|
| KOTA WAJAR 012 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO,CA (SPQ) | MIRA LOMA,CA-MWE |

Excess Valuation Please refer to Clause 7(B) on Reverse Side     PARTICULARS FURNISHED BY SHIPPERS

| MARKS & NOS/CONTAINER NOS. | NO. OF PKGS | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| K-MART IN3T7 ITEM NO.: 550-077313468 550-077321155 550-077322592 MADE IN BANGLADESH CONTENTS: | SC GB18/710TE 367 | FREIGHT COLLECT CTN LADIE'S 73%COTTON 24% POLYESTER 3%SPANDEX WOVEN JEGGING STYLE NO: WC8RT53006MI ORDER NO.IN3T7 REF NO.801C QNTY:11,468 PCS CAT NO.348 HTS#6204.6280.21 VENDOR#8673 DIV NO.4 DEPT# 027, INVOICE NO. 1058SERK23719 DATE:01.10.2018 E-DOC INV NO.201822569134 DATE:01.10.2018 EXP NO. 2852-54893-2018 DATE:02.10.2018 EXPORT L/C #PGL-NORP/1058 DATE:12.10.2017 RECEIVED FOR SHIPMENT:08.10.2018 CONTAINER GATE IN DATE:10.10.2018 MOTHER VESSEL NAME: CMA CGM RHONE V:321  SLAC CY/CY | 1277.160KG | 4.720M3 |

CONTINUED ON FOLLOWING PAGE ** FREIGHT COLLECT **
** ORIGINAL BL **

| B/L TO BE RELEASED AT: DHAKA, BA | OCEAN FREIGHT PAYABLE AT: MIRA LOMA, CA | | |
|---|---|---|---|
| | PREPAID U.S. $ | COLLECT U.S. $ | Local Currency |

The undersigned Carrier hereby acknowledges receipt of the number of packages or other shipping units said to contain the Goods described herein in apparent external good order and condition unless otherwise stated. The Shipper agrees, and the Consignee and every person purchasing this instrument to mean, if negotiable, or otherwise having an interest in the Goods if allowed that, for the reason, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and be incorporated by reference on this side and the reverse hereof, whether written or printed.

APL CO. PTE LTD

By APL (Bangladesh) Pvt. Ltd.
Authorized Signature: AS AGENTS

| D6R 012 | TOTAL PREPAID | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Vessel / Voyage / Date | TOTAL COLLECT | | | | | | | |
| 01058547 | 00562026 | 00597608 | CHI | SPQ | MWF | Y | APLU 056450269 | |
| FDR | FORWARDER | SHIPPER | CONSIGNEE | LD PORT | DIS PORT | DEST | NOTIFY | CRO | P/L NUMBER |

*APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING.

APL CO. PTE LTD

# APL

**BILL OF LADING**

| SHIPPER (Principal or Seller licensee and full address) | BOOKING NUMBER | B.L NUMBER |
|---|---|---|
| NORP KNIT INDUSTRIES LTD, NORTH KHAILKUR, P.O.NATIONAL UNIVERSITY,GAZIPUR-1704,BANGLADESH. TEL:880-2-9292036-2037,9291936-1937. | 056450269 | PAGE 2 OF 2 APLU 0564S0269 |

FINAL DEST:CCD, MIRA LOMA, CA 91752

**CONSIGNEE** (Name and Full Address / Non-Negotiable Unless Consigned to Order)
(Unless provided otherwise, a consignment "To Order" means "To Order of Shipper")

UNTO THE ORDER OF:
THE HONGKONG AND SHANGHAI BANKING
CORPORATION LTD.
186 BIR UTTAM MIR
SHAWKAT ALI ROAD,DHAKA,BANGLADESH

**FORWARDING AGENT** (References, F.M.C. No.)
AIR ALLIANCE LTD.
BILOUIS TOWER,2ND FL,6,NORTH GULSHAN,
C/A,CIR-2,DHAKA-1212,BD.

POINT AND COUNTRY OF ORIGIN OF GOODS
GAZIPUR, BANGLADESH

**NOTIFY PARTY** (Name and Full Address)
KMART CORPORATION
3333 BEVERLY ROAD,
HOFFMAN ESTATES,
ILLINOIS 60179,U.S.A.

ALSO NOTIFY (Name and Full Address)/DOMESTIC ROUTING/
EXPORT INSTRUCTIONS/PIER-TERMINAL/ONWARD ROUTING
POINT/PORT OF DESTINATION
KMART C/O UPS SUPPLY CHAIN SOLUTION
19701 HAMILTON AVENUE
TORRANCE, CA 90502,PHONE:(310)
404-2792,FAX:(310)404-2962,
ATTN:MARY ELLEN WRATSCHKO.

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT |
|---|---|
| | CHITTAGONG |

| EXPORT CARRIER (Vessel, Voyage, & flag) | PORT OF LOADING |
|---|---|
| KOTA WAJAR    012 | CHITTAGONG, BA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| SAN PEDRO,CA (SPO) | MIRA LOMA,CA-MWF |

Excess Valuation Please refer to Clause 7(B) on Reverse Side    **PARTICULARS FURNISHED BY SHIPPERS**

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS | DESCRIPTION OF PACKAGES & GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| ***CTR NBR** FSCU483640-4 | ****SEAL NBR**** 0732394 | ***FREIGHT COLLECT*** T/S HT  MODE  QUANT/TYPE D40 86  CY/ CY  367CTN **SHIPPER'S LOAD, STOW AND COUNT ** | WEIGHT 1277.16KG | MSMT 4.720M3 |

** FREIGHT COLLECT **
** ORIGINAL BL **

SHIPPED ON BOARD OCT. 12, 2018

The Undersigned Carrier hereby acknowledges receipt of the overall container of merchandise in their shipping order said to contain the goods described above supposedly received in external good order and condition unless otherwise noted. The Shipper agrees and acknowledges and every person purchasing this instrument for value, a magnitude, or otherwise having an interest in the Goods, to adhere the terms mixed passing, custody and delivery of the Goods, are subject to all the terms and conditions set forth and by incorporated by reference in the side and the goods herein, whether written, stamped or printed.

3
APL CO. PTE LTD

For APL (Bangladesh) Pvt. Ltd.
Authorized Signature. AS AGENTS

Date and: OCT. 12,2018
Place Issued: CHITTAGONG,

| DGR | 012 | | TOTAL PREPAID | | | | | | Date and | OCT. 12,2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | TOTAL COLLECT | | | | | | | |

| 01058547 | 00582026 | 00597609 | | SPO | MWF | | 2 | APLU 0564S0269 |
|---|---|---|---|---|---|---|---|---|
| FCC | FORWARDER | SHIPPER | CONSIGNEE | LD PORT | DIS PORT | DELY | NOTIFY | CGC | BLANAOKA |

* APPLICABLE ONLY WHEN USED AS MULTIMODAL BILL OF LADING

 **MAERSK LINE**

K-MART
IN3T7
ITEM NO :
550-07731346-8
550-07732115-6
550-07732259-2
MADE IN
BANGLADESH
CONTENTS:

MSKU9814600  MLBD0486730  40 DRY 8'6  383 Carton  1332.84 KGS  4.930 CBM
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Maersk Bangladesh Ltd
License Number : 173278S
Date of Expiry    : 31 December 2021

FREIGHT COLLECT

THIS BILL OF LADING COVERS PART OF CONTAINER (MSKU9814600)
WHICH CAN ONLY BE RELEASED AGAINST PRESENTATION OF BILL OF LADING
584460591,584460592,584460593,584460594,584460595,584460596,584460597,584
460598,584460599,584460600,584460601
COVERING THE FULL CONTENTS OF THE MENTIONED CONTAINER

ALSO NOTIFY: * * * KMART C/O UPS SUPPLY CHAIN
SOLUTION,19701 HAMILTON AVENUE
TORRANCE, CA 90502
PHONE(310)404-2752,FAX(310)404-2962
ATTN:MARY ELLEN WRATSCHKO

CY/SD

# COMMERCIAL INVOICE

Page 1 of 3
DATE: October 08, 2018
INVOICE NO.: 201822560249

8073
PEARL GLOBAL INDUSTRIES LTD.
PGI, PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Chittagong, Bangladesh       SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Bangladesh

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN377 | JEGGING INDIGO MD W/MEDIUM | 135 | 135 | 24.040 USD | 3,245.40 USD |
| ITEM: | 550077313468 | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE # WC6RT53006MI
DESCRIPTION: LADIES JEGGING
ELASTIC AT WAISTBAND, 2 NON FUNCTIONAL POCKETS ON EACH SIDE AT FRONT
AND NON FUNCTIONAL FLY AT CENTRE FRONT
NO BUTTONS/RIVETS, NO PRINT AND NO EMBROIDERY
PATCH POCKETS AT BOTH SIDES OF BACK
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM HEM
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRICATION: 73% COTTON 24% POLYESTER 3% SPENDEX STRETCH  //  100% WOVEN
FABRIC CONSTRUCTION : 10X200D      //      150X67
FOLD PACK

| CONTRACT NO. | IN377 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8073 |
| VENDOR ITEM CODE | WC6RT53006MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.        103165
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KOODA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.        BDNORKNI93GAZ

| KMART | IN377 | JEGGING INDIGO MD W/MEDIUM | 102 | 102 | 24.040 USD | 2,452.08 USD |
|---|---|---|---|---|---|---|
| ITEM: | 550077321156 | | CARTONS | AST | AST | |
| MADE IN | BANGLADESH | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE # WC6RT53006MI
DESCRIPTION: LADIES JEGGING
ELASTIC AT WAISTBAND, 2 NON FUNCTIONAL POCKETS ON EACH SIDE AT FRONT
AND NON FUNCTIONAL FLY AT CENTRE FRONT
NO BUTTONS/RIVETS, NO PRINT AND NO EMBROIDERY
PATCH POCKETS AT BOTH SIDES OF BACK
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM HEM
COUNTRY OF ORIGIN (FABRIC): BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRICATION: 73% COTTON 24% POLYESTER 3% SPENDEX STRETCH  //  100% WOVEN
FABRIC CONSTRUCTION : 10X200D      //      150X67
FOLD PACK

| CONTRACT NO. | IN377 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8073 |
| VENDOR ITEM CODE | WC6RT53006MI | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

# COMMERCIAL INVOICE

Page 2 of 3

DATE: October 00, 2018

INVOICE NO.: 201822660248

6973
PEARL GLOBAL INDUSTRIES LTD.
PGIL, PLOT NO. 445
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: .Chittagong, Bangladesh

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Bangladesh

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKN83GAZ

| KMART | IN3T7 | JEGGING INDIGO MD W/MEDIUM | 146 CARTONS | 146 AST | 24.040 USD AST | 3,509.84 USD |

ITEM:    560077322592
MADE IN    BANGLADESH
CONTENTS    1 ASSORTMENT

STYLE # WC6RT53008M0
DESCRIPTION: LADIES JEGGING
ELASTIC AT WAISTBAND, 2 NON FUNCTIONAL POCKETS ON EACH SIDE AT FRONT
AND NON FUNCTIONAL FLY AT CENTRE FRONT
NO BUTTONS/RIVETS, NO PRINT AND NO EMBROIDERY
PATCH POCKETS AT BOTH SIDES OF BACK
GARMENT LENGTH: FROM WAIST BAND TO BOTTOM HEM
COUNTRY OF ORIGIN [FABRIC]: BANGLADESH
COUNTRY OF CUTTING AND ASSEMBLY: BANGLADESH
FABRICATION: 73% COTTON 24% POLYESTER 3% SPENDEX STRETCH   //   100% WOVEN
FABRIC CONSTRUCTION : 10X200D       //       150X57
FOLD PACK

| CONTRACT NO. | IN3T7 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 88Y3 |
| VENDOR ITEM CODE | WC6RT53008M0 | COUNTRY OF ORIGIN | BANGLADESH |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348 |

FACTORY NO.    103155
NORP KNIT INDUSTRIES LTD (UNIT 2)
.RELIANCE INDUSTRIAL PARK
93, ISLAMPUR, KODDA, NANDUN
GAZIPUR
Bangladesh
FTY MID NO.    BDNORKN83GAZ

PAYMENT TERM    Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER    OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 363 | 363 | ASSORTMENTS | 9,207.32 USD |

TOTAL US DOLLARS NINE THOUSAND TWO HUNDRED SEVEN DOLLARS AND THIRTY-TWO CENTS ONLY.

# COMMERCIAL INVOICE

Page 3 of 3
DATE: October 08, 2018
INVOICE NO.: 301822569249

TO:    KMART CORPORATION
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

8873
PEARL GLOBAL INDUSTRIES LTD.
PGIL PLOT NO. 446
UDYOG VIHAR, PHASE 5
GURGAON
HARYANA
India
122016

SHIPPED FROM: Chittagong, Bangladesh       SHIPPED TO:   Chambersburg , PA

MODE OF TRANSPORTATION: Ocean                            FOB Bangladesh

(PEARL GLOBAL INDUSTRIES LTD.

EMPLOYEE NAME    _____
EMPLOYEE TITLE   _____