**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178-0600
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
Neil E. Herman, Esq.
    - and -
One Federal Street - 32nd Fl
Boston, MA  02110-1726
Telephone: (617) 341-7716
Facsimile: (617) 341-7701
Laura M. McCarthy, Esq.

*Counsel to Kimco Realty Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                   :        Chapter 11
                                                     :
**SEARS HOLDINGS CORPORATION,** *et al.*,   :       Case No. 18-23538 (RDD)
                                                     :
                                                     :       **(Jointly Administered)**
                              **Debtors.** [1]        :
------------------------------------------------------------x       Related to Dkt. No. 3298

**LIMITED OBJECTION OF LANDLORD TO TRANSFORM HOLDCO LLC'S
NOTICE OF ASSUMPTION AND ASSIGNMENT OF
<u>ADDITIONAL DESIGNATABLE LEASES</u>**

      Kimco Realty Corporation and certain of its affiliates (collectively, "<u>Kimco</u>" or the

"<u>Kimco Landlords</u>"), by its attorneys, Morgan, Lewis & Bockius, LLP, in response to the *Notice*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

*of Assumption and Assignment of Additional Designatable Leases* filed by Transform Holdco LLC (the "Notice") [Dkt. No. 3298], respectfully state as follows:

1. Kimco is landlord to the Debtors pursuant to certain leases for non-residential real property (the "Kimco Leases").[2]

2. On January 25, 2019, Kimco previously objected to proposed cure amounts in its *Objection and Joinder of Landlord to the Debtor's Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases* (the "Prior Objection") [Dkt. No. 1839].

3. On April 19, 2019, the Buyer filed the Notice.

4. Pursuant to paragraphs 16 and 17 of the Notice, Kimco may file supplemental and revised objections based on new information. Kimco files this Objection to the proposed cure amounts based on (1) new revised cure amounts proposed by the Buyer; and (2) new information available to Kimco since the prior cure objection deadline.

5. Attached hereto as **Exhibit A** is a summary of Kimco's objections to the proposed cure amounts as well as amounts that have been agreed upon between Tammi Banaszak, Director of Real Estate for Sears and Kimco on May 3, 2019[3]:

6. Section 365 of the Bankruptcy Code governs the assumption and assignment of executory contracts and unexpired leases. In general, in order to assume an unexpired lease, a debtor in possession must cure the arrearages and provide adequate assurance of future performance under such lease. *See* 11 U.S.C. § 365(b)(1). Section 365 mandates that any purported assumption or assignment of leases is "subject to the Court's approval." 11 U.S.C. §§ 365(a), (f)(2). "The Bankruptcy Code imposes heightened restrictions on the assumption and

---

[2] The Kimco Leases are voluminous, and therefore, have not been attached to this Objection. Kimco will provide copies of the Kimco Leases to this Court and parties in interest upon request.

[3] Supporting documentation is attached hereto as **Exhibit B.** Additional supporting documentation may be available upon request.

2

assignment of leases for shopping centers." *In re Joshua Slocum, Ltd.*, 922 F.2d 1081, 1086 (3rd Cir. 1990) (citing 11 U.S.C. 365(b)(3)). "The right to assume an unexpired lease under which there is an existing default is further limited by section 365(b)(3) if the lease is one of real property in a shopping center." 3 Collier on Bankruptcy P 365.06 (16th 2019). Shopping center landlords like Kimco are afforded special statutory protections in the form of adequate assurance. *Id.* As set forth above, the Buyer has failed to sufficiently cure the arrearages for the subject Kimco Leases. Consequently, the Notice must be denied as it relates to the cure amounts with respect to the subject leases.

7. To the extent not inconsistent with the arguments made herein, Kimco hereby joins in all other objections raised by any other landlords to the Notice and incorporates all of the arguments raised by the other objecting landlords as if set forth in detail herein.

8. Kimco reserves the right to supplement this Objection and make such other and further objections as may be necessary or appropriate.

**WHEREFORE**, Kimco respectfully requests that this Court enter an order (i) denying without prejudice the proposed cure amounts set forth in the Notice, and (ii) granting such further and other relief as this Court may deem just and proper.

*[remainder of page intentionally blank]*

| | |
|---|---|
| Dated: New York, New York<br>May 3, 2019 | **MORGAN, LEWIS & BOCKIUS LLP**<br>*Attorneys for Kimco Realty Corporation*<br><br>By: */s/ Neil E. Herman*<br>Neil E. Herman (NH-2513)<br>101 Park Avenue<br>New York, New York 10178<br>Tel: 212-309-6000<br>Fax: 212-309-6001<br>E-mail: neil.herman@morganlewis.com<br><br>- and -<br><br>Laura M. McCarthy, Esq.<br>**Morgan, Lewis & Bockius LLP**<br>One Federal Street - 32nd Fl<br>Boston, MA 02110-1726<br>Tel: (617) 341-7716<br>Fax: (617) 341-7701<br>Email: laura.mccarthy@morganlewis.com |

# EXHIBIT A

## DISPUTED AMOUNTS

| STORE NUMBER | DEBTORS' NEW OR REVISED PROPOSED CURE AMOUNT | LANDLORD'S PREVIOUSLY ASSERTED CURE AMOUNT | SUPPLEMENTAL OR REVISED CURE AMOUNT |
|---|---|---|---|
| 1149 | $ 5,306.00 | $136,369.88 | $641,755.40 |
| 3133 | $0.00 | n/a | $5,425.56 |
| 3818 | $0.00 | $19,265.86 | $43,004.30 |
| 9614 | $64,040.00 | $103,033.37** | $135,239.66 |

**Kimco and Tammi Banaszak, Director of Real Estate for Sears agreed to a cure amount of $105,507.00 on May 3, 2019, however Kimco disputes a balance of $29,731.87.

## AGREED TO AMOUNTS

| STORE NUMBER | DEBTORS' NEW OR REVISED PROPOSED CURE AMOUNT | LANDLORD'S PREVIOUSLY ASSERTED CURE AMOUNT | AGREED TO CURE AMOUNTS |
|---|---|---|---|
| 3828 | $3,120.58 | n/a | $4,900.10 |
| 4494 | $109,548.19 | n/a | $121,085.44 |
| 7665 | $70,297.00 | n/a | $94,097.73 |
| 9224 | $0.00 | $27,790.75 | $21,811.35 |
| 9423 | $0.00 | n/a | $12,968.77 |

5

## **EXHIBIT B**

Supporting Documentation

```
4/22/19   KIM2                                        Kimco 9.1 Production Database                    ARLAD04I   AR4151-A  Page      1
15:34:00  QPADEV003L Store 1149                               Lease Summary                            KIM2       V980924   SUSANCTI
                                                                                         Scan                    Deposits All Zero
         Tenant   TSEARHO00 Sears Holdings Corporation              From  0/00/00 To  4/22/19
         Project  SCAW1768/ WHITTWOOD TOWN CENTER
         Lease    LSEAR//00 Sears

         Date      Document          Description                    Amount        Outstanding

         11/02/18  G 0521350 002   Prior LL TAX                   133029.75        119985.62
         11/02/18  G 0521350 003   Current LL CAM                  16388.18         16388.18
         2/25/19   R 4064560 002   CAM Reconciliation             229434.40        229434.40
         3/27/19   R 4085291 002   Real Estate Tax Reconciliation 275947.76        275947.76
         4/05/19   C 2560126 001   185131 LB                       24414.12-             .56-

         Prior           .00         Net       641755.40        End      641755.40
```

End of report

```
4/22/19   KIM2                                    Kimco 9.1 Production Database                        ARLAD04I   AR4151-A   Page    1
15:34:45  QPADEV003L   Store 3133                       Lease Summary                                  KIM2       V980924    SUSANCTI
```

Store 3133

```
                                                                                      Scan                       Deposits All Zero
            Tenant    TSEARHO00 Sears Holdings Corporation              From  0/00/00 To  4/22/19
            Project   SWAB1497A SUNSET SQUARE
            Lease     LKMAR//00 Kmart


            Date      Document        Description                       Amount        Outstanding

            3/13/18   R 3840855 002   Tenant Exp - Wat/Sew TrueUp         655.15-         655.15-
            3/13/18   R 3840856 002   CAM Reconciliation                 3269.24         3269.24
            3/11/19   R 4067039 002   CAM Reconciliation                 3269.24         3269.24
            3/11/19   R 4067040 002   Tenant Exp - Wat/Sew TrueUp         457.77-         457.77-

                      Prior              .00       Net          5425.56        End        5425.56
```

End of report

```
4/22/19  KIM2                              Kimco 9.1 Production Database              ARLAD04I  AR4151-A  Page      1
15:29:50 QPADEV003L   Store 3818                    Lease Summary                     KIM2      V980924   SUSANCTI

                                                                           Scan                      Deposits All Zero
           Tenant   TSEARHO00 Sears Holdings Corporation          From  0/00/00 To  4/22/19
           Project  SFLH1150F OAKWOOD PLAZA NORTH
           Lease    LKMAR//00 Kmart


           Date       Document        Description                  Amount       Outstanding

           3/14/17  R 3597363 002   CAM Reconciliation             12983.18        6992.24
           3/14/17  R 3597363 004   Electric Reconciliation         8222.29        8222.29
           2/21/18  R 3828448 002   CAM Reconciliation              5452.89        5452.89
           2/21/18  R 3828448 004   Electric Reconciliation         8291.48        8291.48
          12/20/18  R 4018893 002   Real Estate Tax Reconciliation   306.96         306.96
           2/20/19  R 4056937 002   CAM Reconciliation              5192.22        5192.22
           2/20/19  R 4056937 004   Electric Reconciliation         7887.51        7887.51
           2/21/19  G 0525098 001   1/19/19:IRRIG. REPAIRS KMART     658.71         658.71

                   Prior            .00       Net      43004.30     End    43004.30


End of report
```

```
4/22/19   KIM2                                  Kimco 9.1 Production Database                    ARLAD04I   AR4151-A  Page      1
15:30:13  QPADEV003L   Store 9614                       Lease Summary                            KIM2       V980924   SUSANCTI
```

                                                                                    Scan                    Deposits All Zero
         Tenant   TSEARHO00 Sears Holdings Corporation              From  0/00/00 To  4/22/19
         Project  SFLK0022/ TRADEWINDS SHOPPING CENTER
         Lease    LKMAR//00 Kmart

| Date | Document | Description | Amount | Outstanding |
|---|---|---|---:|---:|
| 12/10/15 | R 3278970 002 | Real Estate Tax Reconciliation | 64494.19 | 1476.48 |
| 11/28/16 | R 3531703 002 | Real Estate Tax Reconciliation | 63405.91 | 3259.97 |
| 2/16/17 | R 3575092 002 | CAM Reconciliation | 20537.04 | 4024.97 |
| 7/29/17 | G 0501997 001 | Roof Leak Near Kmart 6/20 | 738.00 | 738.00 |
| 11/29/17 | R 3777413 002 | Real Estate Tax Reconciliation | 77940.57 | 9642.87 |
| 11/13/18 | R 3991584 002 | Real Estate Tax Reconciliation | 75863.37 | 61172.59 |
| 1/03/19 | R 4026931 001 | 11/17-10/18 Percentage Rent | 8512.34 | 8512.34 |
| 2/21/19 | R 4057253 002 | CAM Reconciliation | 46412.44 | 46412.44 |

               Prior           .00         Net      135239.66        End        135239.66

End of report