**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| | |
|---|---|
| In re | : |
| | : Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : |
| | : Case No. 18-23538 (RDD) |
| | : |
| **Debtors** | : (Jointly Administered) |

-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 3, 2019, I caused a copy of the *Limited Objection of Landlord to Transform Holdco LLC's Notice of Assumption and Assignment of Additional Designatable Leases* to be served on all parties via the Court's ECF electronic filing system and by U.S. Mail or email as required by the Amended Case Management Order [ECF# 405].

/s/ Neil E. Herman
Neil E. Herman

**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178-0600
Telephone: (212) 309-6000
Facsimile: (212) 309-6001