Ferraiuoli LLC
390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001
Email: scolon@ferraiuoli.com
Email: gchico@ferraiuoli.com

Attorneys for *Santa Rosa Mall, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on April 29, 2019, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants in this case:

1.  *Supplemental Cure Objection and Reservation of Rights to Debtors' Notice of Assumption and Assignment of Additional Designatable Leases* (the "Supplemental Cure Objection", Docket No. 3408);

2.  *Emergency Motion to Compel Compliance with the Court's February 8, 2019 Sale Order* (the "Emergency Motion", Docket No. 3417); and

3.  *Motion to Shorten Time of Notice with Respect to Emergency Motion to Compel Compliance with the Court's February 8, 2019 Sale* Order (the "Motion to Shorten", Docket No. 3418).

I FURTHER CERTIFY, that on April 30, 2019, I electronically filed the *Notice of Hearing of the Emergency Motion and the Motion to Shorten* (the "Notice of Emergency Hearing", Docket No. 3424) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants in this case.

I FURTHER CERTIFY, that on May 1, 2019, I caused a true and correct copy of the *Supplemental*

*Cure Objection* and caused it to be served via Priority Mail and/or electronic mail to the parties on the attached **Exhibit A**, pursuant to the *Amended [] Case Management Order* (Docket No. 405).

I FURTHER CERTIFY, that on May 1, 2019, I caused a true and correct copy of the *Emergency Motion*, the *Motion to Shorten* and the *Notice of Emergency Hearing* and caused it to be served via Priority Mail and/or electronic mail to the parties on the attached **Exhibit B**, and that on May 2, 2019, I caused a true and correct copy of the *Emergency Motion*, the *Motion to Shorten* and the *Notice of Emergency Hearing* and caused it to be served via Priority Mail and/or electronic mail to the parties on the attached **Exhibit C**, pursuant to the *Amended [] Case Management Order* (Docket No. 405).

I FURTHER CERTIFY that on May 1, 2019, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants in this case:

1. *Notice of Withdrawal of Santa Rosa Mall, LLC's (I) Emergency Motion to Compel Compliance with the Court's February 8, 2019 Sale Order, (II) Motion for an Order Shortening Notice with Respect to Emergency Motion to Compel Compliance with the Court's February 8, 2019 Sale Order, and (III) Notice of Hearing* (the "Notice of Withdrawal", Docket No. 3468);

2. *Notice of Adjournment of Hearing of Santa Rosa Mall, LLC's (I) Emergency Motion to Compel Compliance with the Court's February 8, 2019 Sale Order, and (II) Motion for an Order Shortening Notice with Respect to Emergency Motion to Compel Compliance with the Court's February 8, 2019 Sale Order* (the "Notice of Adjournment of Hearing", Docket No. 3474);

3. *Motion for Relief from the Automatic Stay and Memorandum in Support Thereof and/or to Declare that the Insurance Proceeds Are Not Part of the Bankruptcy Estate* (the "Stay Relief Motion", Docket No. 3475); and

4. *Notice of Hearing of the Stay Relief Motion* (the "Notice of Stay Relief Hearing", Docket No. 3475-1).

I FURTHER CERTIFY, that on May 2, 2019, I caused a true and correct copy of the *Notice of Withdrawal*, the *Notice of Adjournment of Hearing*, the *Stay Relief Motion*, and the *Notice of Stay Relief*

*Hearing* and caused it to be served via Priority Mail and/or electronic mail to the parties on the attached

**Exhibit D** and **Exhibit E**, pursuant to the *Amended [] Case Management Order* (Docket No. 405).

Respectfully submitted.
Dated: May 3, 2019.

**Ferraiuoli** LLC
221 Ponce de León Avenue
5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001

*/s/ Sonia E. Colon Colon*
Sonia E. Colón Colón
Admitted *Pro Hac Vice*
USDC-PR No. 213809
scolon@ferraiuoli.com

*/s/ Gustavo A. Chico-Barris*
Gustavo A. Chico-Barris
NY State Bar No. 929147
USDC-PR No. 224205
gchico@ferraiuoli.com

Attorneys for
*Santa Rosa Mall, LLC*

3