**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178-0600
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
Neil E. Herman, Esq.
      - and -
One Federal Street - 32nd Fl
Boston, MA  02110-1726
Telephone: (617) 341-7716
Facsimile: (617) 341-7701
Laura M. McCarthy, Esq.

*Counsel to Kimco Realty Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | |
| | : | **(Jointly Administered)** |
| Debtors.[1] | : | |
| | : | Related to Dkt. No. 3298, 3607 |

## WITHDRAWAL OF LIMITED OBJECTION

**PLEASE TAKE NOTICE THAT** Kimco Realty Corporation and certain of its affiliates (collectively, "Kimco" or the "Kimco Landlords"), by its counsel, Morgan, Lewis & Bockius, LLP, hereby withdraws its Limited Objection to Transform Holdco LLC's *Notice of Assumption*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

*and Assignment of Additional Designatable Leases* filed by the Kimco Landlords on May 3, 2019 (the "Objection") [Dkt. No. 3607].

| | |
|---|---|
| Dated: New York, New York<br>May 5, 2019 | **MORGAN, LEWIS & BOCKIUS LLP**<br>*Attorneys for Kimco Realty Corporation* |

By: */s/ Neil E. Herman*
Neil E. Herman (NH-2513)
101 Park Avenue
New York, New York 10178
Tel: 212-309-6000
Fax: 212-309-6001
E-mail: neil.herman@morganlewis.com

- and -

Laura M. McCarthy, Esq.
**Morgan, Lewis & Bockius LLP**
One Federal Street - 32nd Fl
Boston, MA 02110-1726
Tel: (617) 341-7716
Fax: (617) 341-7701
Email: laura.mccarthy@morganlewis.com