**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                : 
                                                     :   Chapter 11
**SEARS HOLDINGS CORPORATION,** *et al.*,            :
                                                     :   Case No. 18-23538 (RDD)
                                                     :
           **Debtors**                               :   (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 6, 2019, I caused a copy of the *Notice of Withdrawal of Limited Objection of Landlord to Transform Holdco LLC's Notice of Assumption and Assignment of Additional Designatable Leases* to be served on all parties via the Court's ECF electronic filing system and by U.S. Mail or email as required by the Amended Case Management Order [ECF No. 405].

/s/ Neil E. Herman
Neil E. Herman

**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178-0600
Telephone: (212) 309-6000
Facsimile: (212) 309-6001