Sunny Singh

WEIL, GOTSHAL MANGES LLP

SEARS HOLDINGS COPORATION

#18-23538



The property you have addresed and persons named does not live at this address. This property has Owner and management. The person you have listed is not known to this address in the past and current. The persons you have listed has no property or assests at this address. Persons addressed in your correspondance does not have any property at this location and address. Please do not file any bankrupcy claims for this person under this address and location. Nor any claims against this property named with this person. If this is the last known address for this individual, please make an effort to locate them and do not send any more correspondance for individuals and persons named in your petition to #10-Jay Street Newark NJ 07108
12
Please do not attempt to enter this property or gain entrance threw use of law enforcement. If you do your information address and names will be forwarded to local law enforcement for investagtion.

If you have any Court petitions with the persons named under this location and address , kindly withdraw your petition until you are able to locate the individual sought. This letter will also be sent a copy of notice to that district where it was filed.

Thank you for your cooperation