Form 210A (10/06)

# United States Bankruptcy Court
# Southern District Of New York

In re:      **KMART CORPORATION,**
Case No.    18-23538, et al. Jointly administered under Case No. 18-23538

### NOTICE OF _PARTIAL_ TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(2)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
**Fair Harbor Capital, LLC**
**As assignee of Choomee Inc.**

Name of Transferor:
**Choomee Inc.**

Court Claim # (if known):  4451

**AMOUNT OF CLAIM TRANSFERRED:  $13,435.20**

Invoice No(s): 2782, 2781, 2785, 2793, 2786 and 2792

(A PORTION OF THE Proof of Claim)

Name and Address where notices to transferee should be sent:

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY  10023**

Name and Address of Transferor:

Choomee Inc.
2351 Sunset Blvd., Ste 170-773
Rocklin, CA  95765

Phone:  212 967 4035
Last Four Digits of Acct #:  n/a

Phone:
Last Four Digits of Acct. #:  n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:  n/a
Last Four Digits of Acct #:  n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/_Fredric Glass_                                         Date: ___May 6, 2019___
      Transferee/Transferee's Agent

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
# Southern District Of New York

**In re:**     **KMART CORPORATION,**
**Case No.**   **18-23538, et al. Jointly administered under Case No. 18-23538**

### NOTICE OF *PARTIAL* TRANSFER OF CLAIM OTHER THAN FOR SECURITY

### Claim No. 4451 (if known)
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on May 6, 2019.

Name of Transferee:
  **Fair Harbor Capital, LLC**
   **As assignee of Choomee Inc.]**

Name of Alleged Transferor:
   **Choomee Inc.**

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY 10023**

Name and Address of Alleged Transferor:

Choomee Inc.
2351 Sunset Blvd., Ste 170-773
Rocklin, CA 95765

## DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                              _____
                                                    Clerk of the Court

**Notice of Transfer and Waiver of Notice**

CHOOMEE, INC ("Seller") sells, transfer and assigns unto Fair Harbor Capital, LLC, with and address of PO Box 237037, New York, NY 10023, its successors and assigns ("Purchaser"), pursuant to a Claim Purchase Agreement between Seller and Purchaser (the "Agreement") all of Seller's right, title and interest in, to and under Seller's Administrative Claim (as defined in the Agreement) against **Sears Holdings Corporation and Kmart Corporation, et al.** or any of its co-debtor affiliates (the "Debtor" in the aggregate amount of not less than **$13,435.20**, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, Southern District of New York, Case No 18-23538, et al., . Seller Hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

In Witness Whereof, CHOOMEE, INC (Seller) has signed below as of __12/7/2018__ (date)

**CHOOMEE, INC ("Seller")**
2351 SUNSET BLVD
SUITE 170-773
ROCKLIN, CA 95765-4338

Print Name: Ray Hammi     Title: CEO
Signature: /s/ R. Hammi     Date: 12/7/2018
Phone: 858-736-4379    Fax: _____
Email: ray@choomee.com

Updated Address (If Changed): _____

**Fair Harbor Capital, LLC ("Purchaser")**
1841 Broadway, 10th Fl
New York, NY 10023

Signature: /s/
Fred Glass, Member Fair Harbor Capital, LLC
Victor Kris