**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION,** *et. al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | **(Jointly Administered)** |
| | : | |
| Debtors.[1] | : | **NOTICE OF APPEARANCE** |
| | : | |

----------------------------------------------------------- x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    **PLEASE TAKE NOTICE** that the undersigned counsel, Robert T. Honeywell of K&L

Gates LLP, a member of this Court in good standing, respectfully enters his appearance as

counsel of record for SAS Institute Inc.

    **NOTICE IS FURTHER GIVEN**, that pursuant Rule 2002 to the Federal Rules of

Bankruptcy Procedure, it is requested that all notices given or required to be given in this

proceeding, including but not limited to all papers filed and served in this proceeding, be given to

and served upon:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc.(7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holding Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).

K&L GATES LLP
599 Lexington Avenue
New York, NY 10022
Attn: Robert T. Honeywell, Esq.
robert.honeywell@klgates.com
(212) 536-3900

**NOTICE IS FURTHER GIVEN,** that the foregoing request includes not only notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise.

The filing of this appearance shall not waive any defenses or arguments that may be available to SAS Institute Inc.

Any and all defenses and/or arguments available to SAS Institute Inc. are hereby expressly preserved.

Dated:          New York, New York
               May 6, 2019

                              Respectfully submitted,

                              K&L GATES LLP

                              By:   /s/ Robert T. Honeywell
                                   Robert T. Honeywell, Esq.
                              599 Lexington Avenue
                              New York, NY 10022
                              212-536-3900
                              robert.honeywell@klgates.com

                              *Attorneys for SAS Institute Inc.*