ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
*Local Counsel for North K I-29 2004, LLC*
875 Third Avenue, 9th Floor
New York, New York 10022
Tel: No.: 212-603-6300
Steven B. Eichel, Esq.
Email: se@robinsonbrog.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | Case No. 18-23538 (RDD) |
| | (Jointly Administered) |
| Debtors. | |

---------------------------------------------------------X

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that **Robinson Brog Leinwand Greene Genovese & Gluck P.C.** hereby appears as local counsel for the North K I-29 2004, LLC, landlord and party in interest in connection with McDowell Rice Smith & Buchanan P.C., in the above-referenced bankruptcy case, and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. Section 1109(b), hereby demands that all notices given or required to be given in this case be given to and served upon the undersigned at the offices, post offices, telephone number, and email address set forth below, addressed to the attention of: **Steven B. Eichel, Esq.**, and that he be added to the Master Service List in this case.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to 11 U.S.C. Section 1109(b), this demand shall be broadly construed to include, by way of example and not by way of limitation, all notices and papers, including, without limitation, orders and notices of any

{01005112.DOC;1 }976461

application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, fax, e-mail or otherwise, which affects, or purports to affect, the estate of the above named debtor or property of its estate.

**Dated:** New York, New York
May 6, 2019

**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**

By: /s/Steven B. Eichel
  **Steven B. Eichel**
  875 Third Ave, 9th Floor
  New York, NY 10022-0123
  Tel. No.: (212) 603-6300
  se@robinsonbrog.com

*Local Counsel for North K I-29 2004, LLC*

{01005112.DOC;1 }976461