**TO:  UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICE OF NEW YORK**


**RE:  SEARS HOLDING CORPORATION, ET AL,**

**DEBTOR 1**

RECEIVED
MAY  6 2019
U.S. ... COURT
S... YORK

**CASE NO. 18-23538 (RDD)**

**(JOINTLY ADMINISTRATED)**


# OBJECTION

## TO DISCLOSURE STATEMENT


**FROM:  EXTERIORS BY DESIGN, INC.**

dba:  Califonia Commercial Roofing Systems

2747 Sherwin Avenue, Ste. #8

Ventura, CA  93003

**805 644-1640**

# Sears Holding Management Corporation Unpaid Invoices

## INDEX

1. Objection      Pages 1-4.

2. Executed Contract Exhibit "A", Pages 5-17.

3. Sears communication postponing pay date Exhibit "B".  Page 18.

4. Invoice #4438 Dated 12/03/2018 Page 19.

5. Receipt Invoice #4438 Paid 2/13/2019 Page 21.

6. Unpaid Invoice #4460 Dated 12/14/2018 Page 21.

7. Unpaid Invoice #4459 Dated 12/14/2018 Page 22.



2747 SHERWIN AVE.

UNIT #8

VENTURA, CA. 93003

(805) 644-1640

April 29, 2019

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: **SEARS HOLDING CORPORATION ET ALL,**
**DEBTORS**

**Case Number 18-23538 (RDD)**

Per Item 3, Page 2 of SRF 32331, Exteriors By Design, Inc. dba: California Commercial Roofing Systems hereby does object to the disclosure statement supplied to us through Transform Holdco, LLC, stating that "Our contract payments would not be made until January 25, 2025."

We signed & entered into a binding contract with Sears Holdings Management Corporation dated November 27, 2018, well after the Chapter 11 filing date of 10/15/2018. The contract was in the amount of **FORTY THREE THOUSAND, EIGHTY FIVE DOLLARS AND 00/00 ($43,085.00)** contract sum for work in Exhibit A attached hereto the Funding #18 00012 and Sears Contract # CW2340878, gave us completed belief that the contract was funded and when complete would be paid **IN FULL IN TERMS.** The terms of payment communicated were 60 days net. The project started as promised with weather limitations and finished on 12/14/18.



FAX (805) 644-1740

Sears Holdings Management Corporation through their Project Manager, Jorge Belda approved all finished work and processed our invoices for payment through their network for payment. A progress billing was sent on 12/03/2019, Invoice #4438 in the amount of $19,524.60, and was paid electronically on 2/13/2019. We had no reason to believe the other invoices would not be paid, as previously contracted & promised.

On 12/14/2018, two invoices #4460 & #4459 were electronically transmitted and mailed to the agent for Sears Holdings Management Corporation, 3333 Beverly Rd., A2-370B, Hoffman Estates, IL 60179. Invoice #4460 was in the amount of $19,251.90 and invoice #4459 for the retention was in the amount of #4380.50.

After payment terms of 60 days had passed, we inquired of Sears Holdings Management to Pay Help, who indicated that the payment for invoice #4460 would be paid EFT (electronically) on 2/22/2019. Attachment C.

No such payment has been made or received. After much electronic questioning, we were given a document from the corporate office, 3333 Beverly Rd. A2-370B, Hoffman Estates, IL 60179 which showed these invoices would not be paid until **1/25/2025, a term of over 6** years from the date of the work and their promise for payment.

We seek that our objection be heard and that these two invoices #4460 for $19,251.90 & #4459 for $4380.00 be paid immediately.

Page 3/ Case No. 18-23538 (RDD)

Sears Holdings during reorganization sent published
documents promising 60 day payment on all invoices after the
October 15 filing date. The District Facilities Managers, Sears
Holdings Management Corporation's Project Manager also
promised 60 day pay for this work.

All materials used were taken from our inventory and are paid
for. All employees, hourly & salaried have been paid
including all governmental deductions and the extremely high
rate of worker's compensation for California has been paid.

Per Item 1, page 1 of contract, work was started & completed
within their term for final & substantial completion.

Exteriors By Design, Inc. dba: California Commercial Roofing
Systems seeks the Bankruptcy Court to review this letter of
explanation & the requested documents, 2 copies of each sent
to the addresses listed below, along with the requested CD
ROM.

Weil, Gotshal & Manges, LLP
767 Fifth Ave
New York, NY 10153
Attn: Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

Office of the U.S. Trustee for Region 2
201 Varick Street, Room 1006
New York, NY 10014
Attn: Paul K. Schwartzberg

Page 4/ Case No. 18-23538 (RDD)

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Attn: Ira Dizengoff
Philip Dublin
Sara Brauner

The terms now listed on Attachment "B" of 1/25/2025 are
unacceptable and immediate payment be made to Exteriors By
Design, Inc. dba: California Commercial Roofing Systems.
For reference, our Duns # 27-0742.

Respectfully,

CALIFORNIA COMMERCIAL ROOFING SYSTEMS

Dewayne Weaver
President

DW:wrh

Enclosures

# Exhibit "A"

## Sears Holdings Management Corporation

## Major Maintenance Agreement
### Sears Holdings Management Corporation and Contractor

**Project Information:**       **SMART Ticket Number:** 9295218
**Funding Number:** 1800012
**Description:** Roof Repairs
**Facility Type:** Sears (Sears, Kmart, TGI...)
**Store#:** 1748  **District:** 231
**City, State:** Montclair, CA
**Consultant:** NA
**Sears/Kmart Project Manager:** Jorge Belda

**Contractor:**                **Business Name:** Exteriors by Design, Inc.
                  dba California Commercial Roofing Systems
**Fed. Tax ID:** 77-0214693
**Address:** 2747 Sherwin Ave. #8
**City:** Ventura      **State:** CA      **Zip:** 93003
**Phone:** 805-644-1640
**email:** dweaver@calcommercialroofing.com

**THIS AGREEMENT**, dated November 27, 2018, by and between Exteriors by Design, Inc., a California corporation dba California Commercial Roofing Systems ("Contractor"), and Sears Holdings Management Corporation, on behalf of itself and its affiliates, including but not limited to Sears, Roebuck and Co., a New York corporation, Sears Roebuck de Puerto Rico, Inc., a Delaware corporation, or Sears Operations LLC, a Delaware limited liability company as applicable in the case of work performed at a Sears Facility and Kmart Corporation, a Michigan corporation, or Kmart Operations LLC, a Delaware limited liability company, as applicable in the case of work performed at a Kmart Facility (in either case referred to as "Company") is made for good and sufficient consideration.

1.    The date of commencement of the Work is December 3, 2018 ("Date of Commencement"), and the Work shall be satisfactorily and substantially completed by December 31, 2018 ("Date of Substantial Completion"). Final Completion shall be achieved by Contractor no later than 10 days after the Date of Substantial Completion ("Date of Final Completion").

2.    Company shall be entitled to liquidated damages in the amount of one thousand five hundred dollars ($1500.00) per day for each calendar day beyond the Date of Substantial Completion that the work is not Substantially Complete. This liquidated damage amount is a reasonable estimate by the parties of the damages Company will suffer should Contractor delay in completing its work by the Date of Substantial Completion. Such damages include, without limitation, lost revenue, alternative warehousing expenses, or fixturing charges. The parties acknowledge that it would be difficult to calculate Company's actual damages caused by Contractor's delay and agree that the liquidated

## Sears Holdings Management Corporation

damage amount will become due and payable regardless of the type and amount of actual damages suffered by Company.

3.  Contractor shall perform the Work as described in Exhibit A attached hereto and as more fully set forth in the Technical Specifications and Drawings incorporated herein and identified by title and date in Exhibit A.

4.  Company shall pay the sum of *FORTY THREE THOUSAND, EIGHT FIVE DOLLARS AND 00/100 ($43,085.00)* ("Contract Sum") for the Work. The Contract Sum includes demolition, materials, labor and all charges for applicable taxes, freight, licenses, permits and other fees.

5.  Contractor shall submit its Applications for Payment in accordance with the terms set forth in the Contract Documents. Contractor agrees to accept payment from either Company or Sears Procurement Services, Inc. ("SPS"), a wholly owned subsidiary of Sears, Roebuck and Co. Any invoices sent directly to SPS will be free of any sales or use tax, provided that SPS has furnished Contractor with the applicable sales tax exemption certificate. Applications for Payment shall be submitted to:

Jorge Belda
Jorge.Belda@searshc.com

6.  Contractor shall procure and maintain, subject to the terms of the General Conditions, the types and minimum limits of insurance identified in the General Conditions.

7.  Contractor agrees to indemnify and defend Company, the Owner of the Facility, landlord and mortgagee (if any), and their respective affiliates as set forth in the General Conditions.

8.  This Agreement comprises the entire and integrated agreement between Company and Contractor and supersedes all prior negotiations, bids, representations, or agreements, either written or oral. Any and all bids, proposals, and purchase orders submitted by the Contractor prior to the execution of this Agreement are not part of the Contract Documents.

9.  The General Conditions to this Agreement, revised August, 2015, an executed **original** of AIA Document A305: Contractor's Qualification Statement," 1986 edition (if required), all exhibits referenced below in Items 14 and 15, and all other existing Contract Documents as defined in the General conditions are incorporated herein by reference.

10.  Contractor hereby acknowledges receipt of all Contract Documents. Terms used in the Contract Documents are as defined in this Agreement or in the General Conditions to this Agreement.

## Sears Holdings Management Corporation

11.  Unless otherwise prohibited by applicable Laws, Contractor and Subcontractors waive all mechanics' lien rights on the Site (as defined in the General Conditions) and against Company.

12.  Notices to Company shall be sent to the Company Project Manager, the Company Consultant, and to:

     DVP, Facilities Services & Major Maintenance
     Sears Holdings Management Corporation
     3333 Beverly Road, A2-361A
     Hoffman Estates, IL 60179

13.  Notices to Contractor shall be sent to the Contractor's project manager for the Project or other higher authority of Contractor.

14.  **Attached hereto and incorporated within this Agreement are:**

     Scope of Work (Exhibit A)
     Contractor's Schedule of Values (Exhibit B)
     Subcontractor List (Exhibit C)

15.  **Incorporated within this Agreement by reference are the following documents, copies of which have been received by Contractor:**

     Major Maintenance Bidding Documents 2 of 2

**Contractor:  Exteriors by Design, Inc.**
**            dba California Commercial**
**            Roofing Systems**

By:  _Dewayne Weaver_

Printed Name: _Dewayne Weaver_

Title: _President_

Date Signed: _11/28/18_

**Sears Holdings Management Corporation**
**on behalf of itself and its Affiliates:**

By: _Mark P. Conway_
    DocuSigned by:
    8F170B12AB2F428...

Printed Name: _Mark P. Conway_

Title: _Sr. Director, Facilities_

Date Signed: _12/4/2018_

## Sears Holdings Management Corporation

**Exhibit A**
**Major Maintenance**
**Scope of Work**

**Store#:** 1748  **District:** 231
**City, State:** Montclair, CA

**Brief Description of Project:**  Roof Repairs – Currently there are active roof leaks along the perimeter of the store. This project will clear back ballast along the perimeter, install new membrane to the existing shrinking roof, install perimeter attachment, adhere membrane to the plywood parapet wall, then install/re-install metals, as needed, and move the ballast back into place.

**Scope of Work:**  California Commercial Roofing Systems will provide all material and labor to complete the following work:

- Clear back ballast 5ft. to allow ample room to fasten perimeter and install new membrane to the shrunken away system.
- Install perimeter attachment with 3in. insulation plates and screws that will pass through the deck 1in.
- Clean old membrane with cleaner activator to receive new welded membrane.
- Depending on location, install a 12in. – 16in. piece to old membrane and adhere to plywood parapet wall.
- Reinstall good termination bars and replace damaged or missing termination bars
- Reinstall existing Kynar overflashing.
- Some locations have damaged stucco termination and the stucco.  Install as necessary new metal and install new stucco coat over pulled out areas.
- One area the EFIS has been damaged, Contractor will fill the void and coat over with new plaster.
- Move ballast back into place.

Whenever "Exhibit A" is referred to in the Agreement, it shall include the terms and provisions of all Addenda referenced above.

**Contractor's signature below indicates Contractor's acknowledgement of receipt of the Technical Specifications and Drawings and Addenda noted above.**

Signed: _____    **Print Name:** _____Dewayne Weaver_____

EXTERIORS BY DESIGN, INC.
**Contractor:** __California Commercial Roofing Systems__    **Date:** __11/28/18_____

# Sears Holdings Management Corporation

### Exhibit B
### Major Maintenance
### Contractor's Schedule of Values

**Store#:** 1748  **District:** 231
**City, State:** Montclair, CA

| Description | Total Dollars | Provider/Installer | % of Work |
|---|---|---|---|
| MOBILIZATION | 2,183.00 | Cal Commercial Roofing Sys | 5% |
| MATERIAL | 18,362.00 | " | 43% |
| SALES TAX | 1,149.00 | | 2.5% |
| LABOR | 21,391.00 | " | 49.5% |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 100.00% |

Signed: _____  Print Name: ___Dewayne Weaver___
                                            EXTERIORS BY DESIGN, INC.
Contractor: __California Commercial Roofing Systems__  Date: __11/28/18__

# Sears Holdings Management Corporation

## Exhibit C
## Major Maintenance
### Contractor's List of Subcontractors

**Store#:** 1748  **District:** 231
**City, State:** Montclair, CA

| Subcontractor: | N/A | | Work: | | |
|---|---|---|---|---|---|
| Supervisor: | | | Address: | | |
| City: | | State: | | City: | |
| Phone: | | Fax: | | Phone: | |
| Value of Work: | | | % of Contract: | | |
| 51% or More Minority Owned:  Y    N | | | 51% or More Woman Owned:  Y    N | | |

| Subcontractor: | | | Work: | | |
|---|---|---|---|---|---|
| Supervisor: | | | Address: | | |
| City: | | State: | | City: | |
| Phone: | | Fax: | | Phone: | |
| Value of Work: | | | % of Contract: | | |
| 51% or More Minority Owned:  Y    N | | | 51% or More Woman Owned:  Y    N | | |

| Subcontractor: | | | Work: | | |
|---|---|---|---|---|---|
| Supervisor: | | | Address: | | |
| City: | | State: | | City: | |
| Phone: | | Fax: | | Phone: | |
| Value of Work: | | | % of Contract: | | |
| 51% or More Minority Owned:  Y    N | | | 51% or More Woman Owned:  Y    N | | |

| Subcontractor: | | | Work: | | |
|---|---|---|---|---|---|
| Supervisor: | | | Address: | | |
| City: | | State: | | City: | |
| Phone: | | Fax: | | Phone: | |
| Value of Work: | | | % of Contract: | | |
| 51% or More Minority Owned:  Y    N | | | 51% or More Woman Owned:  Y    N | | |

**Signed:** _Dewayne Weaver_     **Print Name:** Dewayne Weaver

**Contractor:** EXTERIORS BY DESIGN, INC.     **Date:** 11/28/18
California Commercial Roofing Systems

# ACORD®    CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
11/27/2018

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Dee Vitrano | | |
|---|---|---|---|
| Andreini & Company-Oxnard 500 Esplanade Drive, Suite 900 Oxnard CA 93036 | PHONE (A/C, No, Ext): 805-981-6242 | | FAX (A/C, No): 805-981-0161 |
| | E-MAIL ADDRESS: dvitrano@andreini.com | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| INSURED | INSURER A : American Fire and Casualty Co | | 24066 |
| Exteriors by Design, Inc. California Commercial Roofing 2747 Sherwin Ave. #8 Ventura CA 93003 | INSURER B : RSUI Indemnity Company | | 22314 |
| CALIF08 | INSURER C : Navigators Specialty Ins. Co. | | 36056 |
| | INSURER D : | | |
| | INSURER E : | | |
| | INSURER F : | | |

## COVERAGES        CERTIFICATE NUMBER: 933114677        REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| C | X COMMERCIAL GENERAL LIABILITY | Y | | LA18CGL253669IC | 7/10/2018 | 6/7/2019 | EACH OCCURRENCE | $ 1,000,000 |
| | CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 50,000 |
| | | | | | | | MED EXP (Any one person) | $ excluded |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | POLICY [ ] PRO-JECT [ ] LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | OTHER: | | | | | | | $ |
| A | AUTOMOBILE LIABILITY | | | BAS57305066 | 6/7/2018 | 6/7/2019 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | X ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS ONLY NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| B | UMBRELLA LIAB X OCCUR | | | NHA245364 | 7/10/2018 | 6/7/2019 | EACH OCCURRENCE | $ 5,000,000 |
| | X EXCESS LIAB CLAIMS-MADE | | | | | | AGGREGATE | $ 5,000,000 |
| | DED [ ] RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | PER STATUTE OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Roof Repairs at Sears #1748, 5080 E. Montclair Plaza Ln, Montclair, CA 91763
Sears Roebuck & Co., Sears Operations, LLC, Kmart Corporation, Kmart Operations LLC, the Project Consultant (if any), the landlords (if any), the owners of the facilities where the work is being performed and their respective affiliates and designees are Additional Insureds as required by written contract per endorsements CG2037 0413 and CG2038 0413.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Sears Roebuck & Co. Attn: Facilities Mail Stop A2-370B 3333 Beverly Rd Hoffman Estates IL 60179 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE *Dee Vitrano* |

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)        The ACORD name and logo are registered marks of ACORD

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – AUTOMATIC STATUS FOR OTHER PARTIES WHEN REQUIRED IN WRITTEN CONSTRUCTION AGREEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A. Section II - Who Is An Insured** is amended to include as an additional insured:

1. Any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy; and

2. Any other person or organization you are required to add as an additional insured under the contract or agreement described in Paragraph **1.** above.

Such person(s) or organization(s) is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

  a. Your acts or omissions; or

  b. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured.

However, the insurance afforded to such additional insured described above:

  a. Only applies to the extent permitted by law; and

  b. Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

A person's or organization's status as an additional insured under this endorsement ends when your operations for the person or organization described in Paragraph **1.** above are completed.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to:

1. "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

  a. The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

  b. Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of, or the failure to render, any professional architectural, engineering or surveying services.

2. "Bodily injury" or "property damage" occurring after:

  a. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

© Insurance Services Office, Inc., 2012

b.  That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

C.  With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

The most we will pay on behalf of the additional insured is the amount of insurance:

1.  Required by the contract or agreement described in Paragraph **A.1.**; or

2.  Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

POLICY NUMBER:LA18CGL253669IC

**COMMERCIAL GENERAL LIABILITY**
**CG 20 37 04 13**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Completed Operations |
|---|---|
| Any person or organization for whom you are performing "commercial construction" during the period of this policy and have agreed in a written contract to add as an additional insured for products-completed operations. "Commercial construction" does not include any habitational or residential construction other than hotels or apartments. | . |
| . | . |
| . | . |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Section II - Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the Schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 20 37 04 13                © Insurance Services Office, Inc., 2012                Page 1 of 2

required by the contract or agreement to
provide for such additional insured.

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

| DATE (MM/DD/YYYY) |
|---|
| 11/28/2018 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Bouchard Insurance for Frank Crum | PHONE (A/C, No, Ext): | | FAX (A/C, No): |
| 101 Starcrest Drive | E-MAIL ADDRESS: | | |
| Clearwater, FL 33758 | | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | INSURER A : Zurich-American Insurance Company | | 16535 |
| INSURED | INSURER B : | | |
| FrankCrum 11, Inc. Labor Contractor, for co-employees of: Exteriors by Design, Inc dba: | INSURER C : | | |
| California Commercial Roofing Systems | INSURER D : | | |
| 100 South Missouri Avenue | INSURER E : | | |
| Clearwater, FL 33756 | INSURER F : | | |

| COVERAGES | CERTIFICATE NUMBER:18FL080945034 | REVISION NUMBER: |
|---|---|---|

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | COMMERCIAL GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ |
| | ☐ CLAIMS-MADE ☐ OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ |
| | ☐ POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | ☐ UMBRELLA LIAB ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ☐ DED ☐ RETENTION $ | | | | | | | $ |
| A | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | X | WC 01-31-476-01 | 06/01/2018 | 06/01/2019 | ☒ PER STATUTE ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| | | | | Location Coverage Period: | 06/01/2018 | 06/01/2019 | Client# A0H16-CA | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

Coverage is provided for only those co-employees of, but not subcontractors to:
Exteriors by Design, Inc dba: California Commercial Roofing Systems
2747 Sherwin Ave  Ste 8
Ventura, CA 93003

Re: Sears #1748, 5080 E Montclair Plaza Lane, Montclair, CA  91763

Endorsements: Waiver of Subrogation

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Sears Roebuck & Co., Sears Operations LLC, Kmart Corporation, Kmart Operations LLC Facilities, Mail Stop A2-370B 3333 Beverly Road Hoffman Estates, IL 60179 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE |

© 1988-2015 ACORD CORPORATION. All rights reserved.
ACORD 25 (2016/03)   The ACORD name and logo are registered marks of ACORD

WORKERS' COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY                 WC 04 03 06
                                                                                (Ed. 4-84)

### WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT -- CALIFORNIA

We have the right to recover our payments from anyone liable for an injury covered by this policy.  We will not enforce our right against the person or organization named in the schedule (This agreement applies only to the extent that you perform work under a written contract that requires you to obtain this agreement from us.)

You must maintain payroll records accurately segregating the remuneration of your employees while engaged in the work described in the Schedule.

The additional premium for this endorsement shall be _____ · $0 _____ of the California workers' compensation premium otherwise due on such remuneration.

### SCHEDULE

**Person or Organization**                          **Job Description**

IN FAVOR OF:                                        Re: Sears #1748, 5080 E Montclair Plaza Lane, Montclair, CA  91763
Sears Roebuck & Co., Sears Operations LLC, Kmart Corporation, Kmart
Operations LLC
Facilities, Mail Stop A2-370B
3333 Beverly Road
Hoffman Estates, IL 60179

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
   **(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective: 11/28/2018          Policy No: WC 01-31-476-01          Endorsement No:

Insured:  FrankCrum 11, Inc. Labor Contractor, for co-employees of: Exteriors by Design, Inc
          dba: California Commercial Roofing Systems

Insurance Company: Zurich-American Insurance Company          Countersigned by

WC 04 03 06

Copyright 1983 National Council on Compensation Insurance

# Exhibit "B"

| Date: 3/15/2019 | A/P Detail Reporting | Time: 2:15:59 PM | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Status | Pay Duns Number | Document Number | Document Date | Location | Payment Due Date | Document Amount | Check Number | Check Date |
| DI | 240742 | 4528 | 2/15/2019 | 1000 | 3/15/2019 | $ 12,776.00 | 0 | 1/1/1900 |
| DI | 240742 | 4535 | 2/22/2019 | 1000 | 3/22/2019 | $ 8,650.00 | 0 | 1/1/1900 |
| DI | 240742 | 4502 | 1/25/2019 | 1000 | 3/29/2019 | $ 902.00 | 0 | 1/1/1900 |
| DI | 240742 | 4484 | 1/15/2019 | 1140 | 3/29/2019 | $ 8,116.00 | 0 | 1/1/1900 |
| DI | 240742 | 4509 | 1/25/2019 | 1189 | 3/29/2019 | $ 13,305.00 | 0 | 1/1/1900 |
| DI | 240742 | 4510 | 2/1/2019 | 1189 | 4/5/2019 | $ 14,421.00 | 0 | 1/1/1900 |
| DI | 240742 | 4527 | 2/25/2019 | 1189 | 3/15/2019 | $ 31,792.00 | 0 | 1/1/1900 |
| DI | 240742 | 4513 | 1/16/2019 | 1576 | 3/29/2019 | $ 6,659.00 | 0 | 1/1/1900 |
| DI | 240742 | 4487 | 1/31/2019 | 1990 | 1/25/2025 | $ 13,890.00 | 0 | 1/1/1900 |
| DI | 240742 | 4506 | 1/31/2019 | 1990 | 4/4/2019 | $ 1,029.00 | 0 | 1/1/1900 |
| DI | 240742 | 4514 | 2/8/2019 | 1140 | 4/5/2019 | $ 11,625.00 | 0 | 1/1/1900 |
| DI | 240742 | 4531 | 2/15/2019 | 1440 | 3/29/2019 | $ 977.00 | 0 | 1/1/1900 |
| DI | 240742 | 4503 | 1/20/2019 | 2000 | 3/29/2019 | $ 200.00 | 0 | 1/1/1900 |
| DI | 240742 | 4483 | 1/16/2019 | 2000 | 1/25/2025 | $ 1,606.00 | 0 | 1/1/1900 |
| DI | 240742 | 4508 | 2/1/2019 | 2000 | 4/5/2019 | $ 989.00 | 0 | 1/1/1900 |
| DI | 240742 | 4530 | 2/15/2019 | 2000 | 3/15/2019 | $ 21,170.00 | 0 | 1/1/1900 |
| DI | 240742 | 4485 | 1/15/2019 | 3335 | 1/25/2025 | $ 975.00 | 0 | 1/1/1900 |
| DI | 240742 | 4486 | 1/19/2019 | 3725 | 1/25/2025 | $ 1,613.00 | 0 | 1/1/1900 |
| DI | 240742 | 4473 | 12/25/2018 | 6959 | 1/25/2025 | $ 1,259.00 | 0 | 1/1/1900 |
| DI | 240742 | 4522 | 2/17/2019 | 7756 | 3/15/2019 | $ 1,989.00 | 0 | 1/1/1900 |
| PT | 240742 | 4459 | 12/14/2018 | 1740 | 1/25/2025 | $ 4,308.00 | 0 | 1/1/1900 |
| PT | 240742 | 4460 | 12/14/2018 | 1740 | 1/25/2025 | $ 199,235.00 | 0 | 1/1/1900 |

X = TRANSFORM HOLDCO

X = ESTATE

Marilyn J. Motycka
Facility Specialist, 924FM
SEARS HOLDINGS CORPORATION
3333 Beverly Road, Loc A2-370S
Hoffman Estates, IL 60179
Phone: 847-286-1268
Fax: 847-286-0224
Email: Marilyn.Motycka@searshc.com

#1140 VENTURA
#2088 SANTA MARIA
#7756 BISHOP
#1018 BALDWIN HILLS
#1488 SAN JOSE
#1268 BUENA PARK    #3127 TEMPLE CITY

From: Dewayne Weaver [rgallowaysears@subcompvisitionfins.com]
Sent: Friday, March 15, 2019 11:49 AM
To: Motycka, Marilyn <Marilyn.Motycka@searshc.com>
Subject: Sears Montclair

# EXTERIORS BY DESIGN, INC.
## CALIFORNIA COMMERCIAL ROOFING SYSTEMS
"Serving in the roofing industry for 90 years and 2 generations"

CALIFORNIA COMMERCIAL ROOFING SYSTEMS

INVOICE NO    4438

### REMIT TO:

1587 W CROSS AVE
TULARE, CA 93274
PH. (559) 688-1477
FAX (559) 688-1486

2747 SHERWIN AVE., UNIT 8
VENTURA, CA 93003
PH. (805) 644-1640
FAX (805) 644-5010

PLEASE PAY
FROM THIS INVOICE
NO STATEMENT
WILL BE SENT

SEARS HOLDING DORP.
JORGE BELDA



DATE    DEC 3, 2018
SEARS/KMART

ACCOUNT NO.

DUNS 27-0742
SEARS #1748
CLAIRMONT, CA
DIST# 231
FUNDING #1800012
CONTRACT #CW2340878

TOTAL DUE    $ 19,524.60

---

**CONTRACT JOBS ARE DUE WITHIN 10 DAYS OF COMPLETION**

A FINANCE CHARGE of 1 ½ per month (not to exceed 18% annually) may be charged on past due accounts

Under the Mechanics Lien Law (California Code of Civil Procedure, Section 1181, et seq), any contractor, subcontractor, laborer, supplier or other person who helps to improve your property but is not paid for his work or supplies, has a right to enforce a claim against your property. This means that, after a court hearing your property could be sold by a court officer and the proceed of the sales used to satisfy the indebtedness. This can happen even if you have paid your own contractor in full, if the subcontractor, laborer, or suppliers remains unpaid.

All workmanship is warranted for a period of two years unless other warrantees are extended or purchased. CALIFORNIA COMMERCIAL ROOFING warrantees the roofing only and assumes no responsibility for the building contents and or the interior.

M02SF036760M 02/1

**RECEIPT** DATE 9-13-19    No. 199746

$1952460

RECEIVED FROM Sears

MontClari ×24438 _____ DOLLARS

○ FOR RENT
○ FOR _____

| ACCOUNT | | ○ CASH | FROM _____ TO _____ |
| PAYMENT | | ○ CHECK | |
| | | ○ MONEY ORDER | |
| BAL. DUE | | ○ CREDIT CARD | BY _____ |

3-11

# EXTERIORS BY DESIGN, INC.
## CALIFORNIA COMMERCIAL ROOFING SYSTEMS
*"Serving in the roofing industry for 90 years and 2 generations"*

**CALIFORNIA COMMERCIAL ROOFING SYSTEMS**

INVOICE NO       4460

### REMIT TO:

1587 W CROSS AVE
TULARE, CA 93274
PH. (559) 688-1477
FAX (559) 688-1486

2747 SHERWIN AVE., UNIT 8
VENTURA, CA 93003
PH. (805) 644-1640
FAX (805) 644-5010

PLEASE PAY
FROM THIS INVOICE
NO STATEMENT
WILL BE SENT



Entered

1-28-19

SEARS HOLDING DORP.
JORGE BELDA

DATE       DEC 14, 2018
SEARS/KMART

ACCOUNT NO.

DUNS 27-0742
SEARS #1748
MONTCLAIR, CA
DIST #231
FUNDING #1800012
CONTRACT #CW2340878

## TOTAL DUE      $ 19,251.90

### CONTRACT JOBS ARE DUE WITHIN 10 DAYS OF COMPLETION

A FINANCE CHARGE of 1 ½ per month (not to exceed 18% annually) may be charged on past due accounts

Under the Mechanics Lien Law (California Code of Civil Procedure, Section 1181, et seq), any contractor, subcontractor, laborer, supplier or other person who helps to improve your property but is not paid for his work or supplies, has a right to enforce a claim against your property. This means that, after a court hearing your property could be sold by a court officer and the proceed of the sales used to satisfy the indebtedness. This can happen even if you have paid your own contractor in full, if the subcontractor, laborer, or suppliers remains unpaid.

All workmanship is warranted for a period of two years unless other warrantees are extended or purchased. CALIFORNIA COMMERCIAL ROOFING warrantees the roofing only and assumes no responsibility for the building contents and or the interior.

M02SF036760M  0

# EXTERIORS BY DESIGN, INC.
## CALIFORNIA COMMERCIAL ROOFING SYSTEMS
### "Serving in the roofing industry for 90 years and 2 generations"

**CALIFORNIA COMMERCIAL ROOFING SYSTEMS**

INVOICE NO   **4459**

## REMIT TO:

**1587 W CROSS AVE**
**TULARE, CA 93274**
**PH. (559) 688-1477**
**FAX (559) 688-1486**

**2747 SHERWIN AVE., UNIT 8**
**VENTURA, CA 93003**
**PH. (805) 644-1640**
**FAX (805) 644-5010**

**PLEASE PAY FROM THIS INVOICE NO STATEMENT WILL BE SENT**

SEARS HOLDING DORP.
JORGE BELDA

DATE   *3-1-19*   DEC. 14, 2018
SEARS/KMART

ACCOUNT NO.

# FINAL
# RETENTION BILLING

# DUNS 27-0742
# SEARS #1748
# MONTCLAIR, CA
# DIST #231
# FUNDING #1800012
# CONTRACT #CW2340878

# TOTAL DUE   $ 4,308.50

**CONTRACT JOBS ARE DUE WITHIN 10 DAYS OF COMPLETION**

A FINANCE CHARGE of 1 ½ per month (not to exceed 18% annually) may be charged on past due accounts

Under the Mechanics Lien Law (California Code of Civil Procedure, Section 1181, et seq), any contractor, subcontractor, laborer, supplier or other person who helps to improve your property but is not paid for his work or supplies, has a right to enforce a claim against your property. This means that, after a court hearing your property could be sold by a court officer and the proceed of the sales used to satisfy the indebtedness. This can happen even if you have paid your own contractor in full, if the subcontractor, laborer, or suppliers remains unpaid.

All workmanship is warranted for a period of two years unless other warrantees are extended or purchased. CALIFORNIA COMMERCIAL ROOFING warrantees the roofing only and assumes no responsibility for the building contents and or the interior.

M02SF038760M 02/16