**TO: UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICE OF NEW YORK**

**RE: SEARS HOLDING CORPORATION, ET AL, DEBTOR 1**



**CASE NO. 18-23538 (RDD)**

**(JOINTLY ADMINISTRATED)**

# OBJECTION
## TO DISCLOSURE STATEMENT

**FROM: EXTERIORS BY DESIGN, INC.**

dba: Califonia Commercial Roofing Systems

2747 Sherwin Avenue, Ste. #8

Ventura, CA 93003

**805 644-1640**

# Sears Holding Management Corporation
# Unpaid Invoices

# INDEX

1. Objection     Pages 1-4

2. Sears communication postponing pay date
   Attachment "B"    Page 5

3. Invoice #4483 (unpaid) & Work Order Dated
   1/16/2019    Page 6-7

4. Invoice #4484 (unpaid) & Work Order dated
   1/15/19     Page 8-9

5. Invoice #4485 (unpaid) & Work Order dated
   1/19/19     Pages 10-11



**2747 SHERWIN AVE.**

**UNIT #8**

**VENTURA, CA. 93003**

**(805) 644-1640**



**FAX (805) 644-1740**

April 30, 2019

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: **SEARS HOLDING CORPORATION ET ALL, DEBTORS**

**Case Number 18-23538 (RDD)**

Per Item 3, Page 2 of SRF 32331, Exteriors By Design, Inc. dba: California Commercial Roofing Systems hereby does object to the disclosure statement supplied to us through Transform Holdco, LLC, stating that "Our contract payments would not be made until January 25, 2025."

We entered into a request for repair work under $2500.00 with Sears Holdings Management Corporation, various dates at three locations, Sears Ventura on 1/15/2019 Invoice #4484, Sears Santa Maria 1/16/2019 Invoice #4483, and Sears Freedom California on 1/19/2019 Sears-owned property Dental Office Invoice #4485, well after the Chapter 11 filing date of 10/15/2018. The performed amount of work was in the amount of Invoice #4484 Ventura $790.00, Invoice #4483 Santa Maria, CA $1554.00 and Invoice #4485 Freedom, CA $1558.00 for a total sum of $3,902.00 for work requested by Eddie Garcia, DFM for Sears Holdings Management Corporation, the now Transform Holdco, LLC. with the written & verbal promise for all repair work which was requested of us with the belief that the repair work was funded and when complete would be paid **IN FULL IN TERMS.** The terms of payment communicated were 60 days net. The project started as promised with weather limitations and finished on 1/15/2019, 1/16/2019 & 1/19/2019.

Page 2/ Case No. 18-23538 (RDD)

Sears Holdings Management Corporation through their DFM, Eddie Garcia approved all finished work and has always processed our invoices for payment through their network. We have had 20 of these small repair jobs invoiced & paid previously and after the date of these projects. We had no reason to believe the other invoices would not be paid, as previously contracted & promised.

Invoices were electronically transmitted and mailed to the agent for Sears Holdings Management Corporation.

After payment terms of 60 days had passed, we inquired of Sears Holdings Management to Pay Help, who indicated that the payment for invoice #4483, #4484, #4485 would be paid 6 years from now on January 1, 2025.

We seek that our objection be heard and that these invoices #4483, #4484, #4485 be paid immediately.

Sears Holdings during reorganization sent published documents promising 60 day payment on all invoices after the October 15 filing date. The District Facilities Managers, Sears Holdings Management Corporation's Project Manager also promised 60 day pay for this work. We received payments in many fashions after the October 15, 2018 filing date. Checks stamped debtor in possession EFT transfers and promises of credit card payments. We have included attachment "B", which clearly indicates the intent to not pay for this work until 1/25/2025.

Page 3/ Case No. 18-23538 (RDD)

All materials used were taken from our inventory and are paid for. All employees, hourly & salaried have been paid including all governmental deductions and the extremely high rate of worker's compensation for California has been paid.

Per Item 1, page 1 of contract, work was started & completed within their term for final & substantial completion.

Exteriors By Design, Inc. dba: California Commercial Roofing Systems seeks the Bankruptcy Court to review this letter of explanation & the requested documents, 2 copies of each sent to the addresses listed below, along with the requested CD ROM.

Weil, Gotshal & Manges, LLP
767 Fifth Ave
New York, NY 10153
Attn: Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

Office of the U.S. Trustee for Region 2
201 Varick Street, Room 1006
New York, NY 10014
Attn: Paul K. Schwartzberg

Page 4/ Case No. 18-23538 (RDD)

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Attn: Ira Dizengoff
Philip Dublin
Sara Brauner

The terms now listed on Attachment "B" of 1/25/2025 are unacceptable and immediate payment be made to Exteriors By Design, Inc. dba: California Commercial Roofing Systems. For reference, our Duns # 27-0742.

Respectfully,

CALIFORNIA COMMERCIAL ROOFING SYSTEMS

Dewayne Weaver
President

DW:wrh

Enclosures

# Attachment "B"

| Date: 3/15/2019 | A/P Detail Reporting | Time: 2:15:53 PM | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Status | Pay Duns Number | Document Number | Document Date | Location | Payment Due Date | Document Amount | Check Number | Check Date |
| DI | 240742 | 4528 | 2/15/2019 | 1018 | 3/15/2019 X | $ 1,276.00 | 0 | 1/1/1900 |
| DI | 240742 | 4535 | 2/22/2019 | 1018 | 3/22/2019 O | $ 869.00 | 0 | 1/1/1900 |
| DI | 240742 | 4502 | 1/25/2019 | 1098 | 3/29/2019 O | $ 902.00 | 0 | 1/1/1900 |
| DI | 240742 | 4484 | 1/15/2019 | 1148 | 1/25/2025 X | $ 818.00 | 0 | 1/1/1900 |
| DI | 240742 | 4509 | 1/25/2019 | 1189 | 3/29/2019 O | $ 1,385.00 | 0 | 1/1/1900 |
| DI | 240742 | 4510 | 2/1/2019 | 1189 | 4/5/2019 O | $ 1,421.00 | 0 | 1/1/1900 |
| DI | 240742 | 4527 | 2/15/2019 | 1268 | 3/15/2019 X | $ 1,252.00 | 0 | 1/1/1900 |
| DI | 240742 | 4513 | 1/26/2019 | 1378 | 3/29/2019 O | $ 659.00 | 0 | 1/1/1900 |
| DI | 240742 | 4487 | 1/16/2019 | 1398 | 1/25/2025 X | $ 1,898.00 | 0 | 1/1/1900 |
| DI | 240742 | 4506 | 1/31/2019 | 1398 | 4/4/2019 O | $ 1,029.00 | 0 | 1/1/1900 |
| DI | 240742 | 4514 | 2/3/2019 | 1398 | 4/5/2019 O | $ 1,625.00 | 0 | 1/1/1900 |
| DI | 240742 | 4531 | 2/15/2019 | 1488 | 3/15/2019 X | $ 977.00 | 0 | 1/1/1900 |
| DI | 240742 | 4503 | 1/20/2019 | 2068 | 3/22/2019 O | $ 220.00 | 0 | 1/1/1900 |
| DI | 240742 | 4483 | 1/16/2019 | 2088 | 1/25/2025 X | $ 1,606.00 | 0 | 1/1/1900 |
| DI | 240742 | 4508 | 2/2/2019 | 2088 | 4/5/2019 O | $ 998.00 | 0 | 1/1/1900 |
| DI | 240742 | 4530 | 2/16/2019 | 2088 | 3/15/2019 X | $ 2,170.00 | 0 | 1/1/1900 |
| DI | 240742 | 4486 | 1/15/2019 | 3235 | 1/25/2025 X | $ 975.00 | 0 | 1/1/1900 |
| DI | 240742 | 4485 | 1/19/2019 | 3725 | 1/25/2025 X | $ 1,613.00 | 0 | 1/1/1900 |
| DI | 240742 | 4473 | 12/29/2018 | 6859 | 1/25/2025 X | $ 1,254.00 | 0 | 1/1/1900 |
| DI | 240742 | 4522 | 2/17/2019 | 7756 | 3/15/2019 X | $ 1,985.00 | 0 | 1/1/1900 |
| PT | 240742 | 4459 | 12/14/2018 | 1748 | 1/25/2025 X | $ 4,308.50 | 0 | 1/1/1900 |
| PT | 240742 | 4460 | 12/14/2018 | 1748 | 1/25/2025 S | $ 19,251.90 | 0 | 1/1/1900 |

x = TRANSFORM HOLDCO
x = ESTATE

*Marilyn J. Motycka*
Facility Specialist, 824FM
SEARS HOLDINGS CORPORATION
3333 Beverly Road, Loc. A2-370B
Hoffman Estates, IL 60179
Phone: 847-286-1268
Fax: 847-286-0224
Email: Marilyn.Motycka@searshc.com

#1148  VENTURA
#2088  SANTA MARIA
#7756  BISHOP
#1018  BALDWIN HILLS
#1488  SAN JOSE
#1268  BUENA PARK

From: Dewayne Weaver [mailto:dweaver@calcommercialroofing.com]
Sent: Friday, March 15, 2019 11:49 AM
To: Motycka, Marilyn <Marilyn.Motycka@searshc.com>
Subject: Sears Montclair

# EXTERIORS BY DESIGN, INC.
## CALIFORNIA COMMERCIAL ROOFING SYSTEMS

"Serving in the roofing industry for 90 years and 2 generations"

**INVOICE NO** 4483

**REMIT TO:**

| 1587 W CROSS AVE | 2747 SHERWIN AVE., UNIT 8 |
| TULARE, CA 93274 | VENTURA, CA 93003 |
| PH. (559) 688-1477 | PH. (805) 644-1640 |
| FAX (559) 688-1486 | FAX (805) 644-5010 |

PLEASE PAY FROM THIS INVOICE
NO STATEMENT WILL BE SENT

SEARS HOLDING CORP.
EDDIE GARCIA
9220 HOLYOKE DRIVE
BAKERSFIELD, CA 93313

DATE   JAN 16 2019

ACCOUNT NO.   SEARS/KMART

DUNS 24-0742
REQUESTED BY EDDIE GARCIA

SEARS #2088
SANTA MARIA, CA
REPAIR LEAK AROUND A/C UNIT
PATCHED SOME SCRATCHES

**TOTAL DUE    $ 1,554.00**

CONTRACT JOBS ARE DUE WITHIN 10 DAYS OF COMPLETION
A FINANCE CHARGE of 1 ½ per month (not to exceed 18% annually) may be charged on past due accounts

Under Mechanics Lien Law (California Code of Civil Procedure, Section 1181, et seq), any contractor, subcontractor, laborer, supplier or other person who helps to improve your property but is not paid for his work or supplies, has a right to enforce a claim against your property. This means that, after a court hearing your property could be sold by a court officer and the proceed of the sales used to satisfy the indebtedness. This can happen even if you have paid your own contractor in full, if the subcontractor, laborer, or suppliers remains unpaid.

All workmanship is warranted for a period of two years unless other warrantees are extended or purchased. CALIFORNIA COMMERCIAL ROOFING warrantees the roofing only and assumes no responsibility for the building contents and or the interior.

M02SF036760M 02/16

# Work Order Survey Form

Store Stamp

SEARS #2088
200 TOWN CENTER
SANTA MARIA, CA 93454

Store # __5088__

Location _____

Contract / Work Order # _____

Amount of Contract $ _____

Contractor _____

_____

_____

Date Awarded _____

Project _____

Date/Time Started __1-14-19__

Date/Time Completed __1-16-19__

Number of people in crew __2__

The following service and/or work tickets by the contractor are associated with this project _____

_____

_____

The Store Manager MUST Complete the following:

1. Did the contractor provide sufficient notice to the Store Manager prior to arrival at the store?
   Yes _____ No _____

2. Did the contractor survey the scope of the contract with the Store Manager prior to commencement?
   Yes _____ No _____

3. Were store operations disrupted?  Yes _____ No _____

4. Was the contractor made aware of the disruptions?  Yes _____ No _____
   Did he do anything to alleviate the problem?  Yes _____ No _____

5. During the project, were any fixtures or merchandise damaged?  Yes _____ No _____
   Was the contractor made aware of the damages  Yes _____ No _____

6. If Yes, explain and provide estimate of damages. _____

   _____

7. Workmanship:    Above Average _____ Average _____ Below Average _____

8. Would you recommend using the firm again?  Yes _____ No _____

9. Store Manager's comments (Print Legibly) _____

   _____

Store Manager's Signature __[signature]__   Date __1-16-19__

Store Manager's Name (Print) _____

Contractor's Signature __[signature]__   Date __5-21-19__

This Original Survey Form is to be returned by the Contractor with an
Invoice, Waivers of Lien, Service Tickets, Etc.

# EXTERIORS BY DESIGN, INC.
## CALIFORNIA COMMERCIAL ROOFING SYSTEMS
"Serving in the roofing industry for 90 years and 2 generations"

INVOICE NO    4484

**REMIT TO:**

| 1587 W CROSS AVE | 2747 SHERWIN AVE., UNIT 8 | PLEASE PAY |
| TULARE, CA 93274 | VENTURA, CA 93003 | FROM THIS INVOICE |
| PH. (559) 688-1477 | PH. (805) 644-1640 | NO STATEMENT |
| FAX (559) 688-1486 | FAX (805) 644-5010 | WILL BE SENT |



SEARS HOLDING DORP.
EDDIE GARCIA
9220 HOLYOKE DRIVE
BAKERSFIELD, CA 93313

JAN. 15 2019

DATE    SEARS/KMART

ACCOUNT NO.

# DUNS 24-0742
# REQUESTED BY EDDIE GARCIA

# SEARS #1148
# VENTURA CA
# SEALED OPEN SEAM ON CAP SHEET ROOF

## TOTAL DUE    $790.00

CONTRACT JOBS ARE DUE WITHIN 10 DAYS OF COMPLETION
FINANCE CHARGE of 1 ½ per month (not to exceed 18% annually) may be charged on past due accounts

.r the Mechanics Lien Law (California Code of Civil Procedure, Section 1181, et seq), any contractor, subcontractor, laborer, supplier or other person who helps to improve your property but is not paid for his work or supplies, has a right to enforce a claim against your property. This means that, after a court hearing your property could be sold by a court officer and the proceed of the sales used to satisfy the indebtedness. This can happen even if you have paid your own contractor in full, if the subcontractor, laborer, or suppliers remains unpaid.

All workmanship is warranted for a period of two years unless other warrantees are extended or purchased. CALIFORNIA COMMERCIAL ROOFING warrantees the roofing only and assumes no responsibility for the building contents and or the interior.

M02SF036760M 02/16

# Work Order Survey Form

Store # __1148__

Location __Virginia – Sears__

Contract / Work Order # _____

Amount of Contract $ _____

Contractor _____

Date/Time Started __1/15/19    1:25pm__

Date/Time Completed __1/15/19    2:40pm__

Date Awarded _____

Number of people in crew __2__

Project _____

Store Stamp: _____

The following service and/or work tickets by the contractor are associated with this project __roof repair__

## The Store Manager MUST Complete the following:

1. Did the contractor provide sufficient notice to the Store Manager prior to arrival at the store?
   Yes __X__  No ____

2. Did the contractor survey the scope of the contract with the Store Manager prior to commencement?
   Yes __X__  No ____

3. Were store operations disrupted?  Yes ____  No __X__

4. Was the contractor made aware of the disruptions?  Yes ____  No ____  __N/A__
   Did he do anything to alleviate the problem?  Yes ____  No ____

5. During the project, were any fixtures or merchandise damaged?  Yes ____  No __X__
   Was the contractor made aware of the damages  Yes ____  No ____  __N/A__

6. If Yes, explain and provide estimate of damages. _____

7. Workmanship:  Above Average __X__  Average ____  Below Average ____

8. Would you recommend using the firm again?  Yes __X__  No ____

9. Store Manager's comments (Print Legibly) _____

Store Manager's Signature __[signed] Lesley Allrip__    Date __1/15/19__

Store Manager's Name (Print) __Lesley Allrip__

Contractor's Signature __[signed] VP__    Date __1-21-19__

This Original Survey Form is to be returned by the Contractor with an Invoice, Waivers of Lien, Service Tickets, Etc.

# EXTERIORS BY DESIGN, INC.
## CALIFORNIA COMMERCIAL ROOFING SYSTEMS
"Serving in the roofing industry for 90 years and 2 generations"

**INVOICE NO** 4485

**REMIT TO:**

| | | |
|---|---|---|
| 1587 W CROSS AVE | 2747 SHERWIN AVE., UNIT 8 | PLEASE PAY |
| TULARE, CA 93274 | VENTURA, CA 93003 | FROM THIS INVOICE |
| PH. (559) 688-1477 | PH. (805) 644-1640 | NO STATEMENT |
| FAX (559) 688-1486 | FAX (805) 644-5010 | WILL BE SENT |

2-1

JAN. 19 2019

SEARS HOLDING DORP.
EDDIE GARCIA
9220 HOLYOKE DRIVE
BAKERSFIELD, CA 93313

**DATE**

**ACCOUNT NO.** SEARS/KMART

# DUNS 24-0742
# REQUESTED BY EDDIE GARCIA

# SEARS OWNED PROPERTY
# DENTAL OFFICE
# FREEDOM, CA
# SEALED OPEN SEAM, HOLE &
# HOT WATER VENT PIPE

## TOTAL DUE     $1,558.00

CONTRACT JOBS ARE DUE WITHIN 10 DAYS OF COMPLETION
A FINANCE CHARGE of 1 ½ per month (not to exceed 18% annually) may be charged on past due accounts
Under the Mechanics Lien Law (California Code of Civil Procedure, Section 1181, et seq), any contractor, subcontractor, laborer, supplier or other person who helps to improve your property but is not paid for his work or supplies, has a right to enforce a claim against your property. This means that, after a court hearing your property could be sold by a court officer and the proceed of the sales used to satisfy the indebtedness. This can happen even if you have paid your own contractor in full, if the subcontractor, laborer, or suppliers remains unpaid.

All workmanship is warranted for a period of two years unless other warrantees are extended or purchased. CALIFORNIA COMMERCIAL ROOFING warrantees the roofing only and assumes no responsibility for the building contents and or the interior.

M02SF036760M 02/16

# Work Order Survey Form

Store # _____ Dental office

Location _____ Freedom

Contract / Work Order # _____

Amount of Contract $ _____

Contractor _____

_____

_____

Date Awarded _____

Project _____

Store Stamp

Date/Time Started _____

Date/Time Completed _____

Number of people in crew _____

The following service and/or work tickets by the contractor are associated with this project _____

_____

_____

The Store Manager MUST Complete the following:

1. Did the contractor provide sufficient notice to the Store Manager prior to arrival at the store?
   Yes __X__ No _____

2. Did the contractor survey the scope of the contract with the Store Manager prior to commencement?
   Yes __X__ No _____

3. Were store operations disrupted? Yes _____ No __X__

4. Was the contractor made aware of the disruptions? Yes _____ No _____
   Did he do anything to alleviate the problem? Yes _____ No _____

5. During the project, were any fixtures or merchandise damaged? Yes _____ No __X__
   Was the contractor made aware of the damages Yes _____ No _____

6. If Yes, explain and provide estimate of damages. _____

_____

7. Workmanship: Above Average __X__ Average _____ Below Average _____

8. Would you recommend using the firm again? Yes __X__ No _____

9. Store Manager's comments (Print Legibly) _____

_____

Store Manager's Signature _____ Date 1/19/19

Store Manager's Name (Print) Louis Hong

Contractor's Signature _____ VP/CFO    Date 1-21-19

This Original Survey Form is to be returned by the Contractor with an
Invoice, Waivers of Lien, Service Tickets, Etc.