**BROWN & CONNERY, LLP**
Julie F. Montgomery, Esquire
6 North Broad Street, Suite 100
Woodbury, NJ  08096
(856) 812-8900
(856) 853-9933 FAX
jmontgomery@brownconnery.com
*Attorneys for SAP Industries, Inc., SAP America, Inc., Sybase, Inc.,*
*Ariba, Inc., and Concur Technologies, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SEARS HOLDINGS CORPORATION, et al.,**[1] | Case No. 18-23538 (RDD) |
| | (Jointly Administered) |
| **Debtors.** | |

**CERTIFICATE OF SERVICE**

I, Julie F. Montgomery, Esquire hereby certify that on May 6, 2019, I caused true and correct copies of the *Objection of SAP Industries, Inc. to the Debtors' Notice of Rejection of a Master Software License and Services Agreement* to be served upon all parties receiving pleadings via the Electronic Court Filing System in this case, where it is available for viewing, and upon the following via email and first class mail, unless otherwise noted:

---

1    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Sears Holdings Corporation
Attn:   Stephen Sitley, Esquire
        Luke J. Valentino, Esquire
3333 Beverly Road
Hoffman Estates, IL 60179
Email:  counsel@searshc.com
*The Debtors*

Weil, Gotshal & Manges, LLP
Attn:   Ray C. Schrock, P.C.
        Jacqueline Marcus, Esquire
        Garrett A. Fail, Esquire
        Sunny Singh, Esquire
767 Fifth Avenue
New York, NY 10153
Email:  ray.schrock@weil.com
        jacqueline.marcus@weil.com
        garrett.fail@weil.com
        sunny.singh@weil.com
*Counsel to the Debtors*

Office of the United States Trustee (Region 2)
Attn:   Paul Schwartzberg, Esquire
        Richard Morrissey, Esquire
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Email:  paul.schwartzberg@usdoj.gov
        Richard.morrissey@usdoj.gov

Akin Gump Strauss Hauer & Feld LLP
Attn:   Philip C. Dublin, Esquire
        Ira Dizengoff, Esquire
        Sara Lynn Brauner, Esquire
One Bryant Park
New York, NY  10036
Email: pdublin@akingump.com
        idizengoff@akingump.com
        sbrauner@akingump.com
*Counsel to Official Committee of Unsecured Creditors*

Dated: May 6, 2019

**BROWN & CONNERY, LLP**

/s/ Julie F. Montgomery                          .
Julie F. Montgomery  (admitted *pro hac vice*)
6 North Broad Street, Suite 100
Woodbury, NJ 08096
(856) 812-8900
(856) 853-9933 FAX
jmontgomery@brownconnery.com
*Attorneys for SAP Industries, Inc.*

75U6348