**EXHIBIT B**



May 3, 2019

Assurant, Inc.  Invoice No. 2871060
Attn: Ms. Elizabeth Kastigar  Our File No. 097891.00003
11222 Quail Roost Drive
Miami, FL 33157-6569

**Sears Bankruptcy (VSC CLIP)**   Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 04/30/19:*

| | |
|---|---|
| Professional Services previously invoiced | $ 24,556.40 |
| Amount Due for Fees for Professional Services through 4/30/19 | $ 5,522.00 |
| Amount Due from Previous Invoices | $ 1,101.50 |
| **TOTAL BALANCE DUE THIS INVOICE** | **$ 6,623.50** |
| Total Fees, Disbursements and Charges billed and unbilled | $ 30,078.40 |



May 3, 2019

Assurant, Inc.  
Attn: Ms. Elizabeth Kastigar  
11222 Quail Roost Drive  
Miami, FL 33157-6569

Invoice No. 2871060  
Our File No. 097891.00003

**Sears Bankruptcy (VSC CLIP)**     Federal I.D. No. 34-0575300

*For professional services rendered for your account through 04/30/19:*

| | |
|---|---|
| Professional Services previously invoiced | $ 24,556.40 |
| Amount Due for Fees for Professional Services through 4/30/19 | $ 5,522.00 |
| Amount Due from Previous Invoices | $ 1,101.50 |
| **TOTAL BALANCE DUE THIS INVOICE** | **$ 6,623.50** |
| Total Fees, Disbursements and Charges billed and unbilled | $ 30,078.40 |

*Remittance Copy*

Wire Transfer Account Information  
Thompson Hine LLP, c/o KeyBank  
Swift Code - KEYBUS33  
ABA #041001039 Account #0004862

Accounts Receivable  
3900 Key Tower  
127 Public Square  
Cleveland, Ohio 44114-1291

O: 216.566.5500  
F: 216.566.5800