**CHOI & PARK, LLC**
Attorneys for Creditor
Winiadaewoo Electronics America, Inc.
Chull S. Park, Esq.
Hyun Suk Choi, Esq.
11 Broadway, Suite 615
New York, New York 10004
Tel.: 212.695.0010
Fax: 212.695.0015

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:**<br><br>**SEARS HOLDINGS CORPORATION, et al.,**<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 18-23538 (RDD)**<br><br>**(Jointly Administered)** |

## LIMITED OBJECTION OF WINIADAEWOO ELECTRONICS AMERICA, INC. TO DEBTORS' NOTICE OF ASSUMPTION AND ASSIGNMENT OF ADDITIONAL EXECUTORY CONTRACTS

Winiadaewoo Electronics, Inc. ("WEA"), by and through its undersigned

counsel, hereby submits this Limited Objection ("Limited Objection") to the Debtors' Notice of

Assumption and Assignment of Additional Executory Contracts (Docket 3397) (the "Assumption

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, LLC (7034); Sears Brands, L.L.C. (4664); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

135878 3

and Assignment Notice"). This Limited Objection supplements WEA's previously filed Limited

Objection to Debtors' Notice of Cure Costs and Potential Assumption and Assignment of

Executory Contracts and Unexpired Leases in Connection with Global Sales Transaction

(Docket 1809) (the "Initial Objection"). WEA respectfully states as follows in support of this

Limited Objection and the Initial Objection:

    1.    WEA is a manufacturer and supplier of certain home appliance products.

    2.    On January 18, 2019, the Debtors served the Notice of Cure Costs and Potential

Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with

Global Sales Transaction which listed WEA's contract as a contract that may be assumed and

assigned in connection with the sale of certain assets by Debtors.

    3.    On January 25, 2019, WEA filed the Initial Cure Objection objecting to the stated

(1) "Contract Executed Date"; (2) "Contract Expiration Date"; and (3) cure amount. <u>See</u>

Docket No. 1809.

    4.    On April 26, 2019, Debtors' filed the Assumption and Assignment Notice listing

WEA's Supply Agreement for Refrigeration Products ("Supply Agreement"), Amendment #1 to

the Supply Agreement, and Amendment #2 to the Supply Agreement (collectively, "Supply

Agreements") as contracts buyer has designated for assumption and assignment. <u>See</u> Docket

3397.[2]

    5.    WEA does not object to the assumption and assignment of the Supply

Agreements.

    6.    While the Assumption and Assignment Notice states that the "Cure amount

resolved" as to the Supply Agreements, WEA's §503(b)(9) administrative priority claim against

the Debtors is still outstanding. The cure amount for this §503(b)(9) claim is $6,164,992.61.

---

[2] The Assumption and Assignment Notice incorrectly name WEA as "Daewoo Electronics Co. Ltd."

135878 3

The parties have resolved the cure amount concerning all other claims of WEA.  See id. (Exh. 1, Ref# 64 to 67).

7.    WEA reserves all rights under the Supply Agreements and applicable law including but not limited to the right to amend, supplement or modify this Limited Objection, to object to any proposed cure amount and to file appropriate pleadings in the future.

Dated: May 6, 2019

CHOI & PARK, LLC
Attorneys for Creditor Winiadaewoo
Electronics America, Inc.


/s/ Hyun Suk Choi
Hyun Suk Choi, Esq.

3

135878 3

**CHOI & PARK, LLC**
Attorneys for Creditor
Winiadaewoo Electronics America, Inc.
Chull S. Park, Esq.
Hyun Suk Choi, Esq.
11 Broadway, Suite 615
New York, New York 10004
Tel.: 212.695.0010
Fax: 212.695.0015

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **SEARS HOLDINGS CORPORATION, et al.,** | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Hyun Suk Choi, Esq., hereby certify that on May 6, 2019:

The Limited Objection of Winiadaewoo Electronics America, Inc. to the Debtors' Notice

of Assumption and Assignment of Additional Executory Contracts was served on the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

135881 2

1.      The parties requesting ECF notifications via the Court's CM/ECF case notification system;

2.      All other parties requesting notice pursuant to Rule 2002 and in accordance with this Court's Amended Order Implementing Certain Notice and Case Management Procedures entered on November 1, 2018 [Docket No. 405];

3.      The parties set forth below by regular, first class mail:

    a.      Chambers of the Honorable Judge Robert D. Drain
        United States Bankruptcy Court for the Southern District of New York
        300 Quarropas Street, Room 248
        White Plains, New York 10601

    b.      Sears Holdings Corporation
        3333 Beverly Road
        Hoffman Estates, Illinois 60179
        Attn: Stephen Sitley Esq.
        Luke J. Valentino, Esq.

    c.      Office of the United States Trustee for Region 2
        201 Varick Street, Suite 1006
        New York, New York 10014
        Attn: Paul Schwartzberg, Esq.

4.      The parties set forth below by electronic mail:

    a.      Debtors
        Rob Riecker - rob.riecker@searshc.com
        Luke Valentino - luke.valentino@searshc.com
        Mohsin Meghji - mmeghji@miiipartners.com

    b.      Debtors' Counsel
        Weil, Gotshal & Manges LLP
        767 Fifth Avenue New York, New York 10153
        Attn: Ray C. Schrock, P.C.
        Jacqueline Marcus, Esq.
        Garret A. Fail, Esq.
        Sunny Singh, Esq.
        ray.schrock@weil.com; garrett.fail@weil.com;
        jacqueline.marcus@weil.com; sunny.singh@weil.com

    c.      Attorneys for Bank of America, N.A., administrative agent under the First
        Lien Credit Facility and the DIP ABL Agent
        Skadden, Arps, Slate, Meagher & Flom LLP

135881 2

4 Times Square New York, NY 10036
Attn: Paul D. Leake, Esq.
Shana A. Elberg, Esq.
George R. Howard, Esq.
paul.leake@skadden.com; shana.elberg@skadden.com;
george.howard@skadden.com

d.    Attorneys for Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility
Davis Polk & Wardell LLP
450 Lexington Avenue New York, NY 10017
Attn: Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
marshall.huebner@davispolk.com; eli.vonnegut@davispolk.com

e.    Attorneys for JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility
Cleary, Gottlieb
One Liberty Plaza New York, NY 10006
Attn: Sean A. O'Neal, Esq.
soneal@cgsh.com

f.    Attorneys for Computershare Trust Company, N.A., as trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes
Kelley Drye & Warren LLP
101 Park Avenue New York, NY 10178
Attn: Eric R. Wilson, Esq.
Benjamin D. Feder, Esq.
T. Charlie Liu, Esq.
ewilson@kelleydrye.com; bfeder@kelleydrye.com; cliu@kelleydrye.com

g.    Attorneys for Wilmington Trust, National Association, as indenture trustee for the Second Lien Notes Seyfarth Shaw, LLP
620 Eighth Avenue New York, NY 10018
Attn: Edward M. Fox, Esq.
emfox@seyfarth.com

h.    Attorneys for The Bank of New York Mellon Trust Company, as successor trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes
Carter Ledyard & Milburn LLP
2 Wall Street New York, NY 10015
Attn: James Gadsden, Esq.
gadsden@clm.com

i.    Attorneys for the Pension Benefit Guaranty Corporation

3

Locke Lord LLP
111 South Wacker Drive Chicago, IL 60606
Attn: Brian A. Raynor, Esq.
braynor@lockelord.com

j.     Attorneys for the Official Committee of Unsecured Creditors
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park New York, New York 10036
Attn: Philip C. Dublin, Esq.
Ira Dizengoff, Esq.
Sara Lynne Brauner, Esq.
pdublin@akingump.com; idizengoff@akingump.com;
sbrauner@akingump.com

k.     Attorneys to Wells Fargo Bank, National Association
Choate, Hall & Stewart LLP
Two International Place Boston, MA 02110
ksimard@choate.com; jmarshall@choate.com

l.     Debtors' Investment Banker
Lazard Frères & Co., LLC
30 Rockefeller Plaza, New York, New York 10112
Attn: Brandon Aebersold
Levi Quaintance
project.blue.rx@lazard.com

m.    Buyer
Transform Holdco LLC
c/o ESL Partners, Inc.
1170 Kane Concourse, Suite 200 Bay Harbor Islands, FL 33154
Attn.: Kunal S. Kamlani
Harold Talisman
kunal@eslinvest.com; harold@eslinvest.com

Dated: May 6, 2019

CHOI & PARK, LLC
Attorneys for Creditor Winiadaewoo
Electronics America, Inc.


/s/ Hyun Suk Choi
Hyun Suk Choi, Esq.

135881 2