SHUTTS & BOWEN LLP
4301 W. Boy Scout Blvd., Suite 300
Tampa, Florida  33607
Telephone: (813) 229-8900
Ryan C. Reinert *(admitted pro hac vice)*
*Attorneys for Manco Florida Associates, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

1. I, Juanita Sanchez:

    ☐ represent _____ in this matter

    ☒ am the legal assistant at the law firm of Shutts & Bowen LLP, counsel for Manco Florida Associates, LLC in the above referenced Chapter 11 Cases.

    ☐ am the _____ in this case and am representing myself.

2. On April 29, 2019, I sent a copy of the following pleading to the parties listed below.

   • Supplemental Cure Costs Objection of Manco Florida Associates, LLC in Response to Notice of Assumption and Assignment of Additional Designatable Leases (Docket No. 3405).

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: May 6, 2019

                                                                    */s/ Juanita Sanchez*
                                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| To all Parties on Annexed Service List | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |