# **SERVICE LIST**

## **VIA EMAIL**

I. Bid Notice Parties
   a. Debtors
      Rob Riecker: rob.riecker@searshc.com
      Luke Valentino: luke.valentino@searshc.com
      Mohsin Meghji: mmeghji@miiipartners.com

   b. Debtors' counsel
      Ray Schrock, Esq.: ray.schrock@weil.com
      Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com
      Garrett A. Fail, Esq.: garrett.fail@weil.com
      Sunny Singh, Esq.: sunny.singh@weil.com

   c. Debtors' investment banker:
      Brandon Aebersold and Levi Quaintance: project.blue.rx@lazard.com

II. Buyer Parties
   a. Buyer
      Kunal S. Kamlani: kunal@eslinvest.com
      Harold Talisman: harold@eslinvest.com

   b. Counsel
      Christopher E. Austin, Esq.: caustin@cgsh.com
      Benet J. O'Reilly, Esq.: boreilly@cgsh.com
      Sean A. O'Neal, Esq.: soneal@cgsh.com

III. Consultation Parties
   a. Bank of America
      Paul Leake, Esq.: Paul.Leake@skadden.com
      Shana Elberg, Esq.: Shana.Elberg@skadden.com
      George Howard, Esq.: George.Howard@skadden.com

   b. Wells Fargo Bank
      Kevin J. Simard, Esq.: ksimard@choate.com
      Jonathan D. Marshall, Esq.: jmarshall@choate.com

   c. Committee
      Ira S. Dizengoff, Esq. : idizengoff@akingump.com
      Philip C. Dublin, Esq.: pdublin@akingump.com
      Abid Qureshi, Esq.: aqureshi@akingump.com
      Sara L. Brauner, Esq.: sbrauner@akingump.com

**VIA FIRST CLASS MAIL**

Chambers of the Honorable Robert D. Drain
U.S. Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Suite 248
White Plains, NY 10601

Office of the United States Trustee for Region 2
Attn: Paul Schwartzberg, Esq.
201 Varick Street, Suite 1006
New York, NY 10014

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attn: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Sears Holdings Corporation
Attn: General Counsel
3333 Beverly Road
Hoffman Estates, IL 60179

Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garret A. Fail, Esq., Sunny Singh, Esq., Ellen J. Odoner, Esq., and Gavin Westerman, Esq.
767 Fifth Avenue
New York, New York 10153

Cleary Gottlieb Steen & Hamilton LLP
Attn: Christopher E. Austin, Esq., Benet J. O'Reilly, Esq., and Sean A. O'Neal, Esq.
One Liberty Plaza
New York, NY 10006