**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

In re                                                 :

                                                      :          **Chapter 11**

**SEARS HOLDINGS CORPORATION**, *et al*.,            :

                                                      :          **Case No. 18-23538 (RDD)**

                                                      :

Debtors.[1]                                          :          **(Jointly Administered)**

-----------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Jesse Offenhartz, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 6, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via overnight mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction [Docket No. 1774]

- Notice of Assumption and Assignment of Additional Designatable Leases [Docket No. 3298]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: May 6, 2019

Jesse Offenhartz

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 6, 2019, by Jesse Offenhartz, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 32757

## Exhibit A

Exhibit A

Notice Parties Service List

Served via overnight mail

| NAME | NOTICE NAME | ADDRESS | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| Colliers International Real Estate Management Services (OR) LLC | Attn: Teri Wallace | 851 SW Sixth Avenue Suite 1200 | | Portland | OR | 97204 |
| TLF (Kyrene Commons), LLC Colliers International | Attn: John Dahlin | 2390 East Camelback Road Suite 100 | | Phoenix | AZ | 85016 |
| TLF (Kyrene Commons), LLC | Attn: Meghan Concannon | c/o Stockbridge Real Estate Funds | Four Embarcadero Center Suite 3300 | San Francisco | CA | 94111 |
| TLF (Portland). LLC | Attn: Matt Jerry | c/o Stockbridge Real Estate Funds | Four Embarcadero Center Suite 3300 | San Francisco | CA | 94111 |