Requested Hearing Date and Time: May 8, 2019 at 10:00 a.m. (Eastern Time)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| **In re** | : | Chapter 11 |
| | : | |
| **SEARS HOLDINGS CORPORATION,** *et al.,* | : | Case No. 18-23538 (RDD) |
| | : | |
| **Debtors.**[1] | : | (Jointly Administered) |
| | : | |

## SUPPLEMENTAL NOTICE AND CLARIFICATION
## ON SCOPE OF HEARING ON ASSUMPTION AND
## ASSIGNMENT AND CURE NOTICES OF TRANSFORM HOLDCO LLC

**PLEASE TAKE NOTICE** that a hearing in the above-captioned case will be conducted before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York, 10601-4140 on **May 8, 2019 at 10:00 a.m. (Eastern Time)** (the "Hearing") to consider evidence with respect to the notices of Transform Holdco LLC, and its affiliates (collectively, "Transform") to take assignment of certain unexpired non-residential real property leases, as

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc.(4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

reflected on certain notices (the "Notices") listed in the *Notice of Hearing on Assumption and Assignment and Cure Notices of Transform Holdco LLC* (Docket No. 3461).

**PLEASE TAKE FURTHER NOTICE** that the matters to be considered at the Hearing with respect to the Assignment Notices are strictly limited to Objections that relate to unexpired leases of non-residential real property and related agreements (the "Leases"). The Hearing will not address any objections filed with respect to executory contracts, licenses or other agreements included in the Notices not pertaining to real property, which will be addressed at a subsequent hearing, to the extent they require resolution.

**PLEASE TAKE FURTHER NOTICE** that Transform has proposed certain cure resolution procedures under which objections relating solely to disputed cure amounts will be adjourned and not addressed at the Hearing. Additional information and details on the proposed cure resolution procedures are available in Transform's reply brief.

**PLEASE TAKE FURTHER NOTICE** that supplemental information with respect to adequate assurance, including financial information concerning Transform and its affiliates, has been filed under seal. Such information is strictly confidential pursuant to the *Order Approving Global Bidding Procedures and Granting Related Relief* (Docket No. 816) and has been served on relevant counterparties in unredacted form. Further requests for information concerning adequate assurance of future performance and/or requests for extensions of time and adjournment of the relevant hearing under Bankruptcy Code section 365(d)(4) should be directed to Luke A. Barefoot, One Liberty Plaza, New York, New York 10006, (212) 225-2829.

**PLEASE TAKE FURTHER NOTICE** that objecting parties whose contracts are within the proposed scope of the Hearing are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

Dated: New York, New York
May 7, 2019

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/ Luke A. Barefoot*
Sean A. O'Neal
Luke A. Barefoot
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for Transform*