**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re: Sears Holdings Corporation, et al.

Debtors

-------------------------------------------------------------x

Case No.: 18-23538-rdd

Chapter 11
(Jointly Administered)

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Robert J. Bruce to be admitted, *pro hac vice*, to represent Synergetic Staffing, LLC (the "Client") in the above cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Colorado and the bar of the U.S. District Court for the District of Colorado, it is hereby

**ORDERED**, that Robert J. Bruce, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       May 3, 2019

/s/Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE