UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

SEARS HOLDING CORPORATION, et al,

Chapter 11
Case No. 18-23538 (RDD)

Debtor.
------------------------------------------------------------X

## STIPULATION OF SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that Kirby Aisner & Curley, LLP, 700 Post Road, Suite 237, Scarsdale, New York 10583 will be and hereby is substituted for DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, One North Lexington Avenue, 11th Floor, White Plains, New York 10601 as counsel for Team Design Build USA ("Client") in the above captioned bankruptcy case.

Dated: April 10, 2019

DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Outgoing Counsel*
One North Lexington Avenue, 11th Floor
White Plains, NY 10601
(914) 681-0200

By: _____
Alfred E. Donnellan, Esq.

Dated: April 10, 2019

KIRBY AISNER & CURLEY LLP
*Incoming Counsel*
700 Post Road, Suite 237
Scarsdale, New York 10583
(914) 401-9500

By: _____
Julie Cvek Curley, Esq.

Dated:

Consented and agreed:
Team Design Build USA

By: _____
Name: A.C. Tordiglione
Title: Senior Director