# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| IN RE: | : | Chapter 11 |
|---|---|---|
| | : | |
| SEARS HOLDINGS CORPORATION, | : | Case No. 18-23538 (RDD) |
| And   K-MART CORPORATION | : | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF MOTION OF MARIA GONZALEZ FOR RELIEF FROM AUTOMATIC STAY

**PLEASE TAKE NOTICE** that Maria Gonzalez, by and through her undersigned counsel, hereby withdraws her Motion for Relief from Automatic Stay, which was filed with the above-captioned matter on January 16, 2019 [ECF No. 1586], without prejudice.

Respectfully submitted,
**HAGGERTY & SILVERMAN, P.C.**

Dated: 5/7/19        By: _____
Samuel G. Encarnacion, Esquire
Attorney Identification No. 64417
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I am this day serving the attached true and correct copy of the Notice of Withdrawal of Motion was electronically filed via the Bankruptcy Court's ECF System. Notice of said filing will be sent via email to all parties receiving such notice by operation of the ECF System. In addition, copies were also served via email upon the following parties:

### SERVICE BY EMAIL ADDRESSED AS FOLLOWS:

Philip DiDonato, Esquire
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Via email to *Philip.DiDonato@weil.com*

Respectfully submitted,
HAGGERTY & SILVERMAN, P.C.

Dated: 5/7/19

By: _____
Samuel G. Encarnacion, Esquire
Attorney Identification No. 64417
*Attorney for Claimant*