# EXHIBIT A

Begin forwarded message:

**From:** "Sunaina Kapoor (India)" <Sunaina.Kapoor@searshc.com>
**Subject: RE: Vendor payments/Letter to Vendors**
**Date:** 17 October 2018 at 12:23:33 India Standard Time
**To:** "siva.ganapathi@gokaldasexports.com" <siva.ganapathi@gokaldasexports.com>
**Cc:** "ravisubbaiah@gokaldasexports.com" <ravisubbaiah@gokaldasexports.com>, "Lakhmani, Deepak (India)" <Deepak.Lakhmani@searshc.com>

Hi Siva,

Sharing the update received from sourcing team for your reference to explain further strategy :

Quote...........................

Today the Sourcing Directors met with Franck our COO to discuss current situation with our vendors and next steps to move forward.
You all have hopefully heard all products that are currently under ownership of the vendors (PO or not) can now be shipped and paid business as usual.  These shipments and payments are 100% protected under our Chapter 11 laws. Anything that was in Sears Holdings ownership prior to this Monday and Vendor has not been paid, they need to file a claim for payment at the websites given below.
These payments can take 14+ days (approx duration) to get paid, so we are encouraging vendors to file asap as it may be first come first served for payment.

The above being said, Shipping Spring product is our top priority right now.  In big picture it will also Vendors recover as every PO is 100% payment protected under chapter 11 and they will start to gain margin back shipment to help recover any losses.

4

We are also exploring how we can repurpose our holiday goods, but we need some time to also explore next steps with this.

There are a few things below I am hoping we can align:

1. **COMMUNICATION-** Also, as you may have heard our finances are completely secured now under chapter 11 and everything that is still in your ownership and shipped will be paid as business usual. While I know this does not provide relief for the current situation, I do hope it keeps you faithful to doing business with us go forward. Shipping Spring and Summer will hopefully provide you the margin to start to regain back any loss you are currently facing.
    You require a DIP Number- it is **18-23538 (RDD)**. Please make sure this is on any claim submitted toSHCvendors@primeclerk.com
    Spring POs will need to be re.written, taking further clarification from management on the same. Payment terms cannot be changed however with the DIP this does give you protection and should give security to the factory. Thank you again for your partnership thru this restructuring!
2. **FALLOUT STYLES/VENDORS SPRING 19-** we need to understand what Spring product is falling out. We will need to please get this list of styles that you plan to hold & share with our buying and inventory teams, so they can reconcile against the priority categories we are trying to protect.
3. 
4. **SUMMER 19-** We will have about 150 less stores by end of year. And few other by end of Q1 next year. We have bought too much product for Pre-Spring, Spring, Summer for the reduced store count. Again, once we understand our Spring inventory position from lists you will provide, we can then understand what we need to do to adjust and re-assort our Summer 19 inventory.
5. 
6. **FALL 19-** As you have heard, our buy trip to HK has been postponed. Which mean that we are moving our Line Adoption to San Francisco. If Vendors would like to travel and meet us here, please reach out to me to schedule. Otherwise, we are not expecting them to travel for summit at this time. sharing our MAP calendar for Fall'19

**Fall Line Adopt – draft**
- ? Samples sent to SF WK of 10/22
- ? Line adoption in SF WK of 10/29
- ? Revisions to line back to IBO WK of 11/5
- ? New costing back to SF Teams WK of 11/19 (this is a holiday wk and people will be off)
- ? Wings passed to planners to build shells wk of 11/26
- ? Wings out to IBO wk of 11/30
- ? All LLT's be passed to teams by Line Adoption week

Unquote………………………

Thanks
Best Regards
Sunaina
Merchandising Manager
Kids & Women- Knits/Woven

5