# EXHIBIT B

# COMMERCIAL INVOICE

COML INV # GE/87726/18-19

Page 1 of 10
**DATE:** December 07, 2018
**INVOICE NO.:** 201824177704

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India     **SHIPPED TO:** Chambersburg , PA
**MODE OF TRANSPORTATION:** Ocean

FOB India

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART      IN45X | EMBRD SLV YNECK TOP PEACH/FAIRYTALE EMBR | 49 CARTONS | 49 AST | 40.020 USD AST | 1,960.98 USD |

**ITEM:** 770052478005
**MADE IN** INDIA
**CONTENTS** 1 ASSORTMENT

( 49 CTNS )

STYLE NAME: WS9BE77917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET
BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 60X60-104X82-78GSM
HANGER PACK  //      HANGER CODE :- 484B COST US $0.098 / PIECE

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | IN45X | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 |
| **VENDOR ITEM CODE** | WS9BE77917MI | **COUNTRY OF ORIGIN** | INDIA |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 341, RNONE |

**FACTORY NO.**      105244
HINDUJA PROCESSING & FINISHING UNIT
NO.2, 5TH CROSS,
MYSORE ROAD,
BANGALORE
KARNATAKA
India
**FTY MID NO.**      INHINPRO5BAN

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART      IN45X | EMBRD SLV YNECK TOP PEACH/FAIRYTALE EMBR | 12 CARTONS | 12 AST | 40.020 USD AST | 460.24 USD |

**ITEM:** 770052478005
**MADE IN** INDIA
**CONTENTS** 1 ASSORTMENT

( 12 CTNS )

STYLE NAME: WS9BE77917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET
BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 60X60-104X82-78GSM
HANGER PACK  //      HANGER CODE :- 484B COST US $0.098 / PIECE

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | IN45X | **REFERENCE NO.** | 802 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 |
| **VENDOR ITEM CODE** | WS9BE77917MI | **COUNTRY OF ORIGIN** | INDIA |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 341, RNONE |

# COMMERCIAL INVOICE

Page 2 of 10

DATE: December 07, 2016

INVOICE NO.: 201824177704

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

FACTORY NO.    105244
HINDUJA PROCESSING & FINISHING UNIT
NO.2, 5TH CROSS,
MYSORE ROAD,
BANGALORE
KARNATAKA
India
FTY MID NO.    INHINPRO5BAN

| KMART | IN45X | EMBRD SLV Y NECK BLOPEACH/FAIRYTALE EMBR | 206 CARTONS | 206 AST ( 206 CTNS ) | 46.690 USD AST | 9,618.14 USD |
|---|---|---|---|---|---|---|
| ITEM: | 770052478013 | | | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WS9BE77917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET
BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK  //     HANGER CODE :- 484B COST US $0.098 / PIECE

| CONTRACT NO. | IN45X | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WS9BE77917MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RNONE |

FACTORY NO.    105244
HINDUJA PROCESSING & FINISHING UNIT
NO.2, 5TH CROSS,
MYSORE ROAD,
BANGALORE
KARNATAKA
India
FTY MID NO.    INHINPRO5BAN

| KMART | IN45X | EMBRD SLV Y NECK BLOPEACH/FAIRYTALE EMBR | 116 CARTONS | 116 AST ( 116 CTNS ) | 46.690 USD AST | 5,416.04 USD |
|---|---|---|---|---|---|---|
| ITEM: | 770052478013 | | | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WS9BE77917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET
BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 60X60-104x82-78GSM

# COMMERCIAL INVOICE

Page 3 of 10
**DATE:** December 07, 2018
**INVOICE NO.:** 201824177704

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India     **SHIPPED TO:**  Chambersburg , PA
**MODE OF TRANSPORTATION:** Ocean

FOB India

HANGER PACK    //    HANGER CODE :- 484B COST US $0.098 / PIECE

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | IN45X | **REFERENCE NO.** | 802 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 | |
| **VENDOR ITEM CODE** | WS9BE77917MI | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 341, RNONE | |

**FACTORY NO.**     105244
HINDUJA PROCESSING & FINISHING UNIT
NO.2, 5TH CROSS,
MYSORE ROAD,
BANGALORE
KARNATAKA
India
**FTY MID NO.**     INHINPRO5BAN

| KMART | IN45X | EMBRD SLV Y NECK BLOPEACH/FAIRYTALE EMBR | 115 | 115 | 40.020 USD | 4,602.30 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 770052478021 | | ( 115 CTNS ) | | | |
| **MADE IN** | INDIA | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE NAME: WS9BE77917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET
BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK    //    HANGER CODE :- 484B COST US $0.098 / PIECE

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | IN45X | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 | |
| **VENDOR ITEM CODE** | WS9BE77917MI | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 341, RNONE | |

**FACTORY NO.**     105244
HINDUJA PROCESSING & FINISHING UNIT
NO.2, 5TH CROSS,
MYSORE ROAD,
BANGALORE
KARNATAKA
India
**FTY MID NO.**     INHINPRO5BAN

# COMMERCIAL INVOICE

Page 4 of 10
DATE: December 07, 2018
INVOICE NO.: 201824177704

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

| KMART | IN45X | EMBRD SLV Y NECK BLOPEACH/FAIRYTALE EMBR | 12 | 12 | 40.020 USD | 480.24 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 770052478021 | | | ( 12 CTNS ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WS9BE77917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET
BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK  //      HANGER CODE :- 484B COST US $0.098 / PIECE

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN45X | REFERENCE NO. | 802 | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 | |
| VENDOR ITEM CODE | WS9BE77917MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RNONE | |
| FACTORY NO. | 105244 | | | |

HINDUJA PROCESSING & FINISHING UNIT
NO.2, 5TH CROSS,
MYSORE ROAD,
BANGALORE
KARNATAKA
India

FTY MID NO.        INHINPRO5BAN

| KMART | IN45X | EMBRD SLV Y NECK BLOPEACH/FAIRYTALE EMBR | 25 | 25 | 60.030 USD | 1,500.75 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 770052478039 | | | ( 25 CTNS ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WS9BE77917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET
BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK  //      HANGER CODE :- 484B COST US $0.098 / PIECE

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN45X | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 | |
| VENDOR ITEM CODE | WS9BE77917MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RNONE | |
| FACTORY NO. | 105244 | | | |

# COMMERCIAL INVOICE

Page 5 of 10

**DATE:** December 07, 2018

**INVOICE NO.:** 201824177704

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:**   Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

HINDUJA PROCESSING & FINISHING UNIT

NO.2, 5TH CROSS,

MYSORE ROAD,

BANGALORE

KARNATAKA

India

**FTY MID NO.**        INHINPRO5BAN

| KMART | IN45X | EMBRD SLV Y NECK BLOPEACH/FAIRYTALE EMBR | 1 | 1 | 60.030 USD | 60.03 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 770052478039 | | ( 1 CTNS ) | | | |
| **MADE IN** | INDIA | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE NAME: WS9BE77917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET
BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 60X60-104X82-78GSM
HANGER PACK    //    HANGER CODE :- 484B COST US $0.098 / PIECE

| **CONTRACT NO.** | IN45X | **REFERENCE NO.** | 802 |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 |
| **VENDOR ITEM CODE** | WS9BE77917MI | **COUNTRY OF ORIGIN** | INDIA |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 341, RNONE |

**FACTORY NO.**        105244

HINDUJA PROCESSING & FINISHING UNIT

NO.2, 5TH CROSS,

MYSORE ROAD,

BANGALORE

KARNATAKA

India

**FTY MID NO.**        INHINPRO5BAN

| KMART | IN45X | EMBRD SLV Y NECK BLOPEACH/WHITE STRIPE | 33 | 33 | 40.020 USD | 1,320.66 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 770052506987 | | ( 33 CTNS ) | | | |
| **MADE IN** | INDIA | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE NAME: WS9BE77917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET
BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 60X60-104X82-78GSM
HANGER PACK    //    HANGER CODE :- 484B COST US $0.098 / PIECE

# COMMERCIAL INVOICE

Page 6 of 10
**DATE:** December 07, 2018
**INVOICE NO.:** 201824177704

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India   **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN45X | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 | |
| VENDOR ITEM CODE | WS9BE77917MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RNONE | |

FACTORY NO.        105244
HINDUJA PROCESSING & FINISHING UNIT
NO.2, 5TH CROSS,
MYSORE ROAD,
BANGALORE
KARNATAKA
India
FTY MID NO.        INHINPRO5BAN

| KMART | IN45X | EMBRD SLV Y NECK BLOPEACH/WHITE STRIPE | 12 CARTONS | 12 AST | 40.020 USD | 480.24 USD |
|---|---|---|---|---|---|---|
| ITEM: | 770052506987 | | | ( 12 CTNS ) | AST | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WS9BE77917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET
BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK  //      HANGER CODE :- 484B COST US $0.098 / PIECE

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN45X | REFERENCE NO. | 802 | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 | |
| VENDOR ITEM CODE | WS9BE77917MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RNONE | |

FACTORY NO.        105244
HINDUJA PROCESSING & FINISHING UNIT
NO.2, 5TH CROSS,
MYSORE ROAD,
BANGALORE
KARNATAKA
India
FTY MID NO.        INHINPRO5BAN

| KMART | IN45X | EMBRD SLV Y NECK BLOPEACH/WHITE STRIPE | 12 CARTONS | 12 AST | 40.020 USD | 480.24 USD |
|---|---|---|---|---|---|---|
| ITEM: | 770052507167 | | | ( 12 CTNS ) | AST | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

# COMMERCIAL INVOICE

DATE: December 07, 2018

INVOICE NO.: 201824177704

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO:    KMART CORPORATION

3333 Beverly Road

Hoffman Estates, IL 60179

US

SHIPPED FROM: Nhava Sheva (JNP), India    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

STYLE NAME: WS9BE77917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET
BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH COUNTRY OF ORGIN (FABRIC) - INDIA

COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK  //      HANGER CODE :- 484B COST US $0.098 / PIECE

| CONTRACT NO. | IN45X | REFERENCE NO. | 801 |
| --- | --- | --- | --- |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WS9BE77917MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RNONE |

FACTORY NO.    105244

HINDUJA PROCESSING & FINISHING UNIT

NO.2, 5TH CROSS,

MYSORE ROAD,

BANGALORE

KARNATAKA

India

FTY MID NO.    INHINPRO5BAN

| KMART | IN45X | EMBRD SLV Y NECK BLOPEACH/WHITE STRIPE | 26 CARTONS | 26 AST ( 26 CTNS ) | 40.020 USD AST | 1,040.52 USD |
| --- | --- | --- | --- | --- | --- | --- |
| ITEM: | 770052507167 | | | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WS9BE77917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET
BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK  //      HANGER CODE :- 484B COST US $0.098 / PIECE

| CONTRACT NO. | IN45X | REFERENCE NO. | 802 |
| --- | --- | --- | --- |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WS9BE77917MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RNONE |

FACTORY NO.    105244

HINDUJA PROCESSING & FINISHING UNIT

NO.2, 5TH CROSS,

MYSORE ROAD,

BANGALORE

KARNATAKA

# COMMERCIAL INVOICE

Page 8 of 10
DATE: December 07, 2018
INVOICE NO.: 201824177704

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India        SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

India

FTY MID NO.        INHINPRO5BAN

| KMART | IN45X | EMBRD SLV Y NECK BLOPEACH/WHITE STRIPE | 190 | 190 | 46.690 USD | 8,871.10 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 770052511649 | | ( 190 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WS9BE77917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET
BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK  //      HANGER CODE :- 484B COST US $0.098 / PIECE

| CONTRACT NO. | IN45X | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WS9BE77917MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RNONE |

FACTORY NO.        105244

HINDUJA PROCESSING & FINISHING UNIT

NO.2, 5TH CROSS,

MYSORE ROAD,

BANGALORE

KARNATAKA

India

FTY MID NO.        INHINPRO5BAN

| KMART | IN45X | EMBRD SLV Y NECK BLOPEACH/WHITE STRIPE | 49 | 49 | 46.690 USD | 2,287.81 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 770052511649 | | ( 49 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WS9BE77917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET
BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK  //      HANGER CODE :- 484B COST US $0.098 / PIECE

# COMMERCIAL INVOICE

Page 9 of 10
**DATE:** December 07, 2018
**INVOICE NO.:** 201824177704

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India   **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | IN45X | **REFERENCE NO.** | 802 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 |
| **VENDOR ITEM CODE** | WS9BE77917MI | **COUNTRY OF ORIGIN** | INDIA |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 341, RNONE |

**FACTORY NO.**    105244
HINDUJA PROCESSING & FINISHING UNIT
NO.2, 5TH CROSS,
MYSORE ROAD,
BANGALORE
KARNATAKA
India
**FTY MID NO.**    INHINPRO5BAN

| KMART | IN45X | EMBRD SLV Y NECK BLOPEACH/WHITE STRIPE | 21 | 21 | 60.030 USD | 1,260.63 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 770052511656 | | | ( 21 CTNS ) | | |
| **MADE IN** | INDIA | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE NAME: WS9BE77917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET
BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK  //     HANGER CODE :- 484B COST US $0.098 / PIECE

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | IN45X | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 |
| **VENDOR ITEM CODE** | WS9BE77917MI | **COUNTRY OF ORIGIN** | INDIA |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 341, RNONE |

**FACTORY NO.**    105244
HINDUJA PROCESSING & FINISHING UNIT
NO.2, 5TH CROSS,
MYSORE ROAD,
BANGALORE
KARNATAKA
India
**FTY MID NO.**    INHINPRO5BAN

| KMART | IN45X | EMBRD SLV Y NECK BLOPEACH/WHITE STRIPE | 1 | 1 | 60.030 USD | 60.03 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 770052511656 | | | ( 1 CTNS ) | | |
| **MADE IN** | INDIA | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

# COMMERCIAL INVOICE

Page 10 of 10

**DATE:** December 07, 2018

**INVOICE NO.:** 201824177704

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India     **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

STYLE NAME: WS9BE77917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V , FULL SLEEVE WITH EMBRI
FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET
BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH COUNTRY OF ORGIN (FABRIC) - INDIA

COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK  //    HANGER CODE :- 484B COST US $0.098 / PIECE

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN45X | REFERENCE NO. | 802 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WS9BE77917MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RNONE |

FACTORY NO.      105244

HINDUJA PROCESSING & FINISHING UNIT

NO.2, 5TH CROSS,

MYSORE ROAD,

BANGALORE

KARNATAKA

India

FTY MID NO.      INHINPRO5BAN

PAYMENT TERM      Letter of Credit

ORDER PAYMENT TERMS

DRAWN UNDER      BANK OF AMERICA

LC#      925107

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 880 | 880 | ASSORTMENTS | 39,919.95  USD |

TOTAL US DOLLARS THIRTY-NINE THOUSAND NINE HUNDRED NINETEEN DOLLARS AND NINETY-FIVE CENTS ONLY.

| GOKALDAS EXPORTS LTD | |
|---|---|
| EMPLOYEE NAME | N. JAYANTHI |
| EMPLOYEE TITLE | GENERAL MANAGER – RECEIVABLES MANAGEMENT |

For GOKALDAS EXPORTS LTD.,

G. M. - Receivables Management



**Bank of America**

Advising Bank: Bank of America N.A., NEW DELHI
Banking and other Financial Services
OUR REF: EX061565/18                                    15 December, 2018

---

TO BENEFICIARY:               | ISSUING BANK:
GOKALDAS EXPORTS LTD          | BANK OF AMERICA N.A.
NO. 16/2                      |
RESIDENCY ROAD BANGALORE,     |
KARNATAKA 560025, INDIA       | REF: 925107

---

Amount: USD 39,919.95         | ADVISED THRU BANK:
                              | CANARA BANK
                              | AVENUE ROAD BANGALORE
Expiry Date: 08 January, 2019 | KARNATAKA 560002 INDIA

---

Dear Sirs:

We have been informed by the above issuing bank that they have
established their irrevocable letter of credit in your favour. We enclose
herewith an authenticated copy of the issuing bank's teletransmission
which is the operative instrument and has been authenticated by us.

This letter of credit does not carry our confirmation
This notification is solely an advice of credit opened by the above
mentioned correspondent bank and conveys no engagement by us.

This letter is to be considered as part of the subject credit and must
be presented with all drafts drawn under the attached letter of credit.
All amounts negotiated must be endorsed on the reverse of the credit.

Please review the original LC and take up the matter with your buyer
directly for any amendment required in the LC.

This credit is subject to Uniform Customs and Practice for Documentary
Credits 2007 Revision, ICC Publication no 600.

This letter of credit will be delivered to you upon receipt of our
advising charges as per enclosed sheet.

PERMANENT ACCOUNT NUMBER : AAACB1537G.
HSN CODE : 9971

Authorised Signatory

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Page 2 of 2
Attached to and forming part of our Ref:EX061565/18
-----------------------------------------------------
Please note that under the terms of the L/C, we are the nominated bank
for handling the documents and payments and we hold special document
handling/reimbursement instructions.   The documents under the Letter of
Credit should be forwarded to us at the following address through your
your bankers:

                  BANK OF AMERICA N.A., (TRADE SERVICES)
                  1ST FLOOR, DLF CENTRE,
                  SANSAD MARG,
                  NEW DELHI 110 001.

Important notice to Exporter's bankers:
----------------------------------------
Please be advised that the EDF Form should be retained and the original
LC should be endorsed by the bank through whom the documents are
submitted to us for payment.   If these documents are submitted to us in
in error, the same will be returned to the presenting bankers.

Please note that in case of discrepancies in the documents, presenting
bankers as well as the issuing bankers will be notified of discrepancies
and documents will be simultaneously couriered to the issuing bank for
necessary acceptance/payment without further reference to the presenting
bank/beneficiary, and documents will be held by the issuing bank at the
risk and disposal of presenting bank for further instructions.

PRESENTATION OF DOCUMENTS THAT ARE NOT IN COMPLIANCE WITH THE APPLICABLE
ANTI-BOYCOTT, ANTI-MONEY LAUNDERING, ANTI-TERRORISM, ANTI-DRUG
TRAFFICKING, EXPORT DENIAL OR ECONOMIC SANCTIONS LAWS, REGULATIONS OR
ORDERS IS NOT ACCEPTABLE. APPLICABLE LAWS VARY DEPENDING ON THE
TRANSACTION AND MAY INCLUDE UNITED NATIONS, UNITED STATES AND/OR LOCAL
LAWS.

For all transferable L/Cs, please arrange to submit the enclosed
application duly filled up and signature verified by the bank. Your
transfer request should be accompanied by a bank draft as per details
enclosed.


Authorised Signatory


**Bank of America**

Print 001 Of 007

```
FROM: /SA-BOFAHKHX
       BANK OF AMERICA, N.A.
       19F TOWER 2 KCC 51 KWAI
       CHEONG RD, KWAI CHUNG HK

TO:   /SA-BOFAIN4XDEL
       BANK OF AMERICA N.A.
       1ST FLOOR, DLF CENTRE,
       SANSAD MARG,NEW DELHI
       110 001 INDIA(FAX:91 11 3714042)
DATE:181214
```

BANK OF AMERICA, N.A.
New Delhi

EX061565/18

::710 ADVICE OF THIRD BANKS OR NON-BANKS DOC CREDIT

```
:27 /PAGE NUMBER               :1 OF 2
:40B/FORM OF DOC CREDIT        :IRREVOCABLE TRANSFERABLE
                                WITHOUT OUR CONFIRMATION
:20 /SENDERS REF               :6055EX139798/18
:21 /DOC CREDIT NUMBER         :925107
:31C/ISSUE DATE                :181214 14DEC18
:40E/APPLICABLE RULES          :
    UCP LATEST VERSION
:31D/DATE AND PLACE OF EXPIRY  :190108 08JAN19
                                COUNTRY OF BENEFICIARY
:50B/NON BANK ISSUER           :SEARS ROEBUCK ACCEPTANCE CORP
                                3711 KENNETT PIKE
                                GREENVILLE DE 19807
                                USA
:50 /APPLICANT/ACCOUNT PARTY   :SEARS ROEBUCK ACCEPTANCE CORP
                                3711 KENNETT PIKE
                                GREENVILLE,DE 19807
                                USA
:59 /BENEFICIARY               :GOKALDAS EXPORTS LTD
                                NO. 16/2
                                RESIDENCY ROAD BANGALORE,
                                KARNATAKA 560025, INDIA
:32B/AMOUNT                    :USD 39919.95
:41D/AVAILABLE WITH/BY         :ANY BANK
                                BY NEGOTIATION
:42C/DRAFTS AT ...             :75 DAYS AFTER SHIPMENT DATE
:42D/DRAWEE                    : SEARS ROEBUCK ACCEPTANCE CORP
                                3711 KENNETT PIKE
                                GREENVILLE,DE 19807
                                USA
:43P/PARTIAL SHIPMENTS         :ALLOWED
:43T/TRANSHIPMENT              :ALLOWED
:44E/PORT OF LOADING/AIRPORT OF DEPARTURE:
    INDIA
```

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 002 Of 007

:44F/PORT OF DISCHARGE/AIRPORT OF DESTINATION:
   UNITED STATES
:45 /DESCRIPTION OF GOODS/SERVICES:
   +  P.O. NO. IN45X, ITEM CODE 770052478005 AT USD 40.02
   +  P.O. NO. IN45X ITEM NO. 770052478005 EMBRD SLV YNECK TOP PEACH
      /FAIRYTALE EMBR, FOB USD 40.02 PER ASSORTMENT,  61 ASSORTMENT,
      1 ASSORTMENT PER CARTON, 61 CARTONS PACKING FACTOR 1.
   +  P.O NO. IN45X, ITEM CODE 770052478013 AT USD 46.69
   +  P.O. NO. IN45X ITEM NO. 770052478013 EMBRD SLV Y NECK BLOPEACH
      /FAIRYTALE EMBR, FOB USD 46.69 PER ASSORTMENT,  322 ASSORTMENT,
      1 ASSORTMENT PER CARTON, 322 CARTONS PACKING FACTOR 1.
   +  P.O NO. IN45X, ITEM CODE 770052478021 AT USD 40.02
   +  P.O. NO. IN45X ITEM NO. 770052478021 EMBRD SLV Y NECK BLOPEACH
      /FAIRYTALE EMBR, FOB USD 40.02 PER ASSORTMENT,  127 ASSORTMENT,
      1 ASSORTMENT PER CARTON, 127 CARTONS PACKING FACTOR 1.
   +  P.O NO. IN45X, ITEM CODE 770052478039 AT USD 60.03
   +  P.O. NO. IN45X ITEM NO. 770052478039 EMBRD SLV Y NECK BLOPEACH
      /FAIRYTALE EMBR, FOB USD 60.03 PER ASSORTMENT,  26 ASSORTMENT,
      1 ASSORTMENT PER CARTON, 26 CARTONS PACKING FACTOR 1.
   +  P.O NO. IN45X, ITEM CODE 770052506987 AT USD 40.02
   +  P.O. NO. IN45X ITEM NO. 770052506987 EMBRD SLV Y NECK BLOPEACH
      /WHITE STRIPE, FOB USD 40.02 PER ASSORTMENT,  45 ASSORTMENT, 1
      ASSORTMENT PER CARTON, 45 CARTONS PACKING FACTOR 1.
   +  P.O NO. IN45X, ITEM CODE 770052507167 AT USD 40.02
   +  P.O. NO. IN45X ITEM NO. 770052507167 EMBRD SLV Y NECK BLOPEACH
      /WHITE STRIPE, FOB USD 40.02 PER ASSORTMENT,  38 ASSORTMENT, 1
      ASSORTMENT PER CARTON, 38 CARTONS PACKING FACTOR 1.
   +  P.O NO. IN45X, ITEM CODE 770052511649 AT USD 46.69
   +  P.O. NO. IN45X ITEM NO. 770052511649 EMBRD SLV Y NECK BLOPEACH
      /WHITE STRIPE, FOB USD 46.69 PER ASSORTMENT,  239 ASSORTMENT, 1
      ASSORTMENT PER CARTON, 239 CARTONS PACKING FACTOR 1.
   +  P.O NO. IN45X, ITEM CODE 770052511656 AT USD 60.03
   +  P.O. NO. IN45X ITEM NO. 770052511656 EMBRD SLV Y NECK BLOPEACH
      /WHITE STRIPE, FOB USD 60.03 PER ASSORTMENT,  22 ASSORTMENT, 1
      ASSORTMENT PER CARTON, 22 CARTONS PACKING FACTOR 1.
:46 /DOCUMENTS REQUIRED         :
   + COMMERCIAL INVOICE TO BE ADDRESSED TO KMART
   CORPORATION OR SEARS HOLDINGS MANAGEMENT
   CORPORATION WHO ACTS AS AGENT OF KMART CORPORATION
   IN DUPLICATE (COPIES OR ORIGINALS
   ACCEPTABLE).

   + PACKING LIST IN DUPLICATE (COPY OR ORIGINAL
   ACCEPTABLE).

   + ORIGINAL OR COPY OF SEA WAYBILL,
   OR ORIGINAL OR COPY OF FORWARDER'S CARGO RECEIPT,
   OR ORIGINAL OR COPY OF AIR WAYBILL
   CONSIGNED TO KMART CORPORATION, AND SHOW
   APPROPRIATE NOTIFY PARTY AS INSTRUCTED BY THE

BANK OF AMERICA N.A.
New Delhi

EX061565||8

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 003 Of 007

DESIGNATED CONSOLIDATOR.

FOR SHIPMENTS EFFECTED FROM BANGLADESH ONLY,
3/3 ON BOARD OCEAN BILL OF LADING TO BE
CONSIGNED TO NEGOTIATING BANK AND ENDORSED TO
KMART CORPORATION OR LC ISSUER
MARKED FREIGHT COLLECT.

IN CASE OF COPY OF SEA WAYBILL PRESENTED, IT MUST
SHOW ON BOARD DATE AND IS DEEMED TO BE THE DATE
OF SHIPMENT. IN CASE OF ORIGINAL OR COPY OF
FORWARDER'S CARGO RECEIPT, IT MUST SHOW CARGO
RECEIVED DATE AND IS DEEMED TO BE THE DATE OF
SHIPMENT. IN CASE OF COPY OF AIR WAYBILL
PRESENTED, IT MUST SHOW ACTUAL FLIGHT DATE AND IS
DEEMED TO BE THE DATE OF SHIPMENT.


+ ORIGINAL OR COPY OF AN INSPECTION CERTIFICATE
ISSUED BY SEARS HOLDINGS GLOBAL SOURCING LTD. DULY
SIGNED BY AN AUTHORIZED SIGNATORY OF SEARS
HOLDINGS GLOBAL SOURCING LTD. (OR WRITTEN WAIVER
OF SUCH REQUIREMENT SIGNED BY AN AUTHORIZED
SIGNATORY OF SEARS HOLDINGS GLOBAL SOURCING LTD.)
:47 /ADDITIONAL CONDITIONS        :
INSURANCE BY: BUYER
+ THIS LETTER OF CREDIT COVERS 100 PERCENT OF INVOICE VALUE.
+ A DISCREPANCY FEE OF USD60.00 (OR EQUIVALENT) PER DRAWING OF
DISCREPANT DOCUMENTS WILL BE DEDUCTED AT THE TIME OF PAYMENT. IN
ADDITION, TELEX EXPENSES, IF ANY, INCURRED BY US AS A RESULT OF
DISCREPANT DOCUMENTS ARE ALSO FOR THE BENEFICIARY'S ACCOUNT.
+ BANK OF AMERICA NA HOLDS SPECIAL INSTRUCTIONS REGARDING
DOCUMENTS DISPOSAL AND REIMBURSEMENT OF THIS LETTER OF CREDIT.
ALL DOCUMENTS MUST BE PRESENTED IN ONE LOT BY COURIER SERVICE
THROUGH BENEFICIARY'S BANKER TO OUR PROCESSING AGENT: BANK OF
AMERICA NA., 19TH FLOOR, TOWER 2, KOWLOON COMMERCE CENTRE, 51
KWAI
CHEONG ROAD, KWAI CHUNG, HONG KONG (ATTN: TRADE FINANCE - SEARS).
DOCUMENTS SENT TO OUR OFFICE IN 3711 KENNETT PIKE GREENVILLE, DE
19807 USA WILL BE REJECTED AND FORWARDED TO THE ABOVE ADDRESS FOR
PROCESSING FOR WHICH THE DELAY WILL BE BORNE BY THE BENEFICIARY.
+ UPON RECEIPT OF DOCUMENTS DRAWN IN COMPLIANCE WITH TERMS AND
CONDITIONS OF THIS CREDIT, WE SHALL REMIT THE PROCEEDS TO
NEGOTIATING BANK IN ACCORDANCE WITH THEIR INSTRUCTION ON
MATURITY.
+ ALL CORRESPONDENCE TO THE ISSUER (INCLUDING THE COVERING LETTER
ON EACH PRESENTATION) MUST IDENTIFY THIS LC BY QUOTING OUR
REFERENCE AS IM402275/18.
+ PRESENTATION OF DOCUMENTS(S) THAT ARE NOT IN COMPLIANCE WITH
THE APPLICABLE ANTI-BOYCOTT, ANTI-MONEY LAUNDERING,
ANTI-TERRORISM, ANTI-DRUG TRAFFICKING, EXPORT DENIAL OR ECONOMIC

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 004 Of 007

SANCTIONS LAWS, REGULATIONS OR ORDERS IS NOT ACCEPTABLE.
APPLICABLE LAWS VARY DEPENDING ON THE TRANSACTION AND MAY INCLUDE
UNITED NATIONS, UNITED STATES AND/OR LOCAL LAWS.
+ TWO PHOTOCOPIES OF THE ABOVE MENTIONED COMMERCIAL INVOICES ARE
REQUIRED FOR ISSUER'S RETENTION.
+ UNLESS OTHERWISE STATED, ALL DOCUMENTS CONTENTS MUST BE IN
ENGLISH LANGUAGE.
+ ALL DRAFTS MUST BE MARKED DRAWN UNDER THIS L/C NUMBER.
+ PRESENTATION OF DOCUMENTS MUST BE THROUGH BENEFICIARY'S BANKER.
PRESENTING BANK MUST CERTIFY ON ITS COVERING LETTER THAT THE
DRAWING AMOUNT HAS BEEN ENDORSED ON THE ORIGINAL CREDIT. IN SUCH
CASE, ORIGINAL L/C IS NOT REQUIRED TO BE ACCOMPANIED WITH THE
DOCUMENTS.
+ NOTWITHSTANDING THE DEFINITION OF 'BANKING DAY' UNDER THE
UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS, SATURDAY IS
NOT A 'BANKING DAY' FOR OUR HONG KONG TRADE SERVICES.
+ ALL REFERENCES IN THE UCP600 TO ISSUING BANK, AND TO BANK WHERE
THE TERM INCLUDES AN ISSUING BANK SHALL BE DEEMED TO BE
REFERENCES TO THE ISSUER OF THIS CREDIT, AND THE ISSUER SHALL
HAVE ALL OF THE RIGHTS, DUTIES, AND OBLIGATIONS OF AN ISSUER
UNDER THE UCP.
+ THIS CREDIT IS NOT CONFIRMED BY BANK OF AMERICA N.A. AND
THEREFORE CARRIES NO ENGAGEMENT ON THE PART OF BANK OF AMERICA
N.A.
+ IN CASE OF QUERIES, PLEASE CONTACT US AT OUR HOTLINE 852 3508
2323

+ SHIPMENT QUANTITY AND AMOUNT LESS UP TO 3PCT PER
PO ACCEPTABLE. SHIPMENT QUANTITY AND AMOUNT MORE
UP TO 3PCT PER PO ACCEPTABLE ONLY FOR CLOTHING,
FASHION ACCESSORIES, HOME TEXTILES AND HANDBAGS.

+ REFERENCE (PO) FROM ORDER CONTRACT SHIPPING
SCHEDULE MUST BE SPECIFIED ON THE COMMERCIAL
INVOICE FOR EACH SHIPMENT COVERED ON THE INVOICE.

+ COMBINED DRAWINGS UNDER OTHER LETTERS OF CREDIT
ISSUED BY US WITH IDENTICAL TERMS AND CONDITIONS
IN FAVOR OF THE SAME BENEFICIARY FOR ACCOUNT OF
APPLICANT ARE ACCEPTABLE PROVIDED THAT ONE DRAFT
IS PRESENTED FOR THE TOTAL AMOUNT INDICATING THE
AMOUNTS DRAWN UNDER EACH LETTER OF CREDIT.

+ SEPARATE INVOICES MUST BE ISSUED FOR EACH
DESTINATION (COPIES OR ORIGINALS ACCEPTABLE.)

+ PO NO IN45X, ALL SHIPMENTS TO BE MADE AS SPECIFIED IN BUYER'S
  ORDER NO.  IN45X WITH SHIPMENT TO COMMENCE ON 12/13/1
  8 BUT IN ANY EVENT NOT LATER THAN12/18/18

BANK OF AMERICA N.A.
New Delhi

EX061565/18

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 005 Of 007

+ THIRD PARTY SHIPPER AND DOCUMENTS ACCEPTABLE.

+ ALL BANKING CHARGES OTHER THAN THOSE OF THE
ISSUING CHARGES, ARE FOR THE ACCOUNT OF THE
BENEFICIARY.

+ LATE SHIPMENT, LATE PRESENTATION, LETTER OF
CREDIT EXPIRED FOR NOT MORE THAN 7 DAYS WILL NOT
BE COUNTED AS LC DISCREPANCY.

+ LC APPLICANT MAY, WITHOUT THE PRIOR
AUTHORIZATION OR APPROVAL OF THE LC BENEFICIARY OR
NEGOTIATING BANK, DEDUCT UP TO 10 PERCENT OF
INVOICE VALUE ON ANY DRAWING UNDER THIS LETTER OF
CREDIT FOR OUTSTANDING CLAIMS AND/OR CHARGEBACKS
EXISTS BETWEEN THE BENEFICIARY AND THE APPLICANT.
HOWEVER, NO FURTHER DEDUCTION WILL BE TAKEN AFTER
USANCE LC BILLS HAVE BEEN ACCEPTED BY THE LC
ISSUER.

+ IN CASE DEDUCTION OF CLAIMS ARE SPECIFIED PER LC
TERM, COMMERCIAL INVOICE MUST SHOW THE DEDUCTION
AS SPECIFIED ON THE FIRST DRAWING. IF THE FIRST
DRAWING AMOUNT IS NOT SUFFICIENT TO COVER
:48 /PERIOD FOR PRESENTATION IN DAYS:
    21
:49 /CONFIRMATION INSTRUCTIONS   :WITHOUT
:57D/ADVISE THRU                 :CANARA BANK
                                 AVENUE ROAD BANGALORE
                                 KARNATAKA 560002 INDIA
                                 à

*   LAST UPDATED BY   : SYSTEM      ON 14DEC18   AT 18:04:56 *
*   AUTHORISED BY     :                                      *
*   MPROC REFERENCE   : SDSMPR6216TRAN237320                 *
*   DESTINATION NAME  :                                      *
*   DESTINATION ADDR  :                                      *
*                     :                                      *
*                     :                                      *

BANK OF AMERICA N.A.
New Delhi

2X061565/17

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 006 Of 007

FROM:/SA-BOFAHKHX
      BANK OF AMERICA, N.A.
      19F TOWER 2 KCC 51 KWAI
      CHEONG RD, KWAI CHUNG HK

TO:   /SA-BOFAIN4XDEL
      BANK OF AMERICA N.A.
      1ST FLOOR, DLF CENTRE,
      SANSAD MARG,NEW DELHI
      110 001 INDIA(FAX:91 11 3714042)
DATE:181214

BANK OF AMERICA N.A.
New Delhi

2406156518

::711 ADVICE OF THIRD BANKS OR NON-BANKS DOC CREDIT


:27 /PAGE NUMBER            :2 OF 2
:20 /SENDERS REF            :6055EX139798/18
:21 /RELATED REF            :925107
:47 /ADDITIONAL CONDITIONS  :
      DEDUCTION AMOUNT. BALANCE DEDUCTIONS WILL BE
      DEDUCTED FROM SUBSEQUENT DRAWINGS.

      + DOCUMENTS MAY BE PRESENTED DIRECTLY TO BANK OF
      AMERICA, N.A. LOCAL BRANCH AT BENEFICIARY'S
      COUNTRY AS THEY HOLD SPECIAL REIMBURSEMENT AND
      DOCUMENT HANDLING INSTRUCTIONS. IN THIS CASE,
      WE WOULD SPEED UP THE PAYMENT PROCESSING UNDER
      THIS L/C.

      + THIS CREDIT IS TRANSFERABLE. ANY TRANSFER
        MUST BE HANDLED THROUGH THE ADVISING BANK.
        THE TRANSFERRING BANK MUST ADVISE US BY
        AUTHENTICATED SWIFT OR TESTED TELEX WITHIN 3
        WORKING DAYS FROM THE DATE OF THE TRANSFER THE
        FOLLOWING INFORMATION:
        A. NAME AND ADDRESS OF TRANSFEREE,
        B. TRANSFERRED AMOUNT,
        C. QUANTITY AND DESCRIPTION OF GOODS,
        D. WHETHER THE FIRST BENEFICIARY WILL RETAIN OR
        WAIVE THEIR RIGHT RELATED TO AMENDMENT,
        E. WHETHER THE FIRST BENEFICIARY HAS REQUESTED
        TO SUBSTITUTE THEIR OWN DRAFTS AND DOCUMENTS
        FOR THOSE TO BE PRESENTED BY THE SECOND
        BENEFICIARY(IES).
        F. THEY HAVE MARKED THE TRANSFER ON THE
        ORIGINAL LC AND THE RELEVANT TRANSFERRING
        CHARGES ARE FOR ACCOUNT OF BENEFICIARY.
      + IF TRANSFERRED, A COPY OF THE ADVICE OF TRANSFER
        AND ANY AMENDMENTS THERETO MUST ACCOMPANY EACH



Print 007 Of 007

DRAWING UNDER THE LETTER OF CREDIT. IF DOCUMENTS
PRESENTED BY A PARTY OTHER THAN THE FIRST
BENEFICIARY, THE PRESENTING BANK MUST CERTIFY ON
THEIR COVERING LETTER THAT SUCH PARTY IS THE
SECOND BENEFICIARY AND THAT SUBSTITUTION OF
DRAFT AND INVOICE IS NOT REQUIRED.

à

```
*   LAST UPDATED BY   : SYSTEM    ON 14DEC18  AT 18:04:56 *
*   AUTHORISED BY     :                                   *
*   MPROC REFERENCE   : SDSMPR6216TRAN237319              *
*   DESTINATION NAME  :                                   *
*   DESTINATION ADDR  :                                   *
*                     :                                   *
*                     :                                   *
```



This letter of credit forms an integral
part of our attached advice and is
recorded under our referenced
number EX6 61565 18
Bank of America N.A.
(Incorporated in U.S.A with limited liability)

Authorised Signatory

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



**Bank of America**

DATE OF ADVICE: 15 December, 2018
DEBIT ADVICE NO: EX061565/180001

PAYMENT OF CHARGES FOR EXPORT

NAME AND ADDRESS OF RECIPIENT OF SERVICES:
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD BANGALORE,
KARNATAKA 560025, INDIA


GSTIN OF THE RECIPIENT: GST UNKNOWN
PLACE OF SUPPLY:    STATE UNKNOWN

IN ACCORDANCE WITH DETAILS SHOWN BELOW, WE HAVE DEBITED YOUR ACCOUNT

DETAILS OF CHARGES:
Adv-Taxable value              INR          1,881.36
Central Tax (9%)               INR            169.32
State Tax (9%)                 INR            169.32
                                   --------------------------
NET AMOUNT DEBITED             INR          2,220.00

SUPPLIER GSTIN: 07AAACB1537G1Z3
PERMANENT ACCOUNT NUMBER: AAACB1537G.
HSN CODE: 9971

THIS IS A SYSTEM GENERATED ADVICE AND REQUIRES NO SIGNATURE.

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America

KMART CORPORATION

PURCHASE ORDER

Page : 1

| ORDER DATE : 21-SEP-2018 | ORDER NO : IN45X | BUYER : TF2  TRIXIA FU |
|---|---|---|
| DIV : Division 4 | DEPT NO : 027 | |

KMART CORPORATION

3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | GOKALDAS EXPORTS LTD |
| ADDRESS | NO. 16/2 |
| | RESIDENCY ROAD |
| | BANGALORE |
| | KARNATAKA |
| COUNTRY | India |
| EMAIL | sireesh@gokaldasexports.com |
| VENDOR NBR | 5783 |
| TELEPHONE | 91 09900085026 |
| DUNS NBR | 636654 |
| FDA REG # | |

**TOTAL COST OF ORDER USD**

$39,919.95

PAYMENT TO BE MADE BY :

( )   MULTIPLE PAYMENT TYPES

( )   CHECK/WIRE TRANSFER

    Amount USD:  0.00

( )   FREE GOODS

    Amount USD:  0.00

( X )  LETTER OF CREDIT

    Amount USD:  39,919.95

    LC #:  925107

    TRANSFERABLE:  Yes

    BANK:  BANKBL

| PAYMENT TERMS: | 74 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKIN | SEARS SOURCING INDIA PVT LTD |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKIN | INDIA OFFICE |

| EACH ITEM TO BE MARKED: | MADE IN INDIA |
|---|---|
| EMBARK/GO-DOWN: | INDIA |
| SHIP POINT: | INNSA1B |
| DELIVERY TERMS: | FOB IN |
| CITY, COUNTRY: | Nhava Sheva (JNP), India |

FACTORY DETAILS:

| FACTORY NBR: | 105244 |
|---|---|
| NAME | HINDUJA PROCESSING & FINISHING UNIT |
| ADDRESS | NO.2, 5TH CROSS, |
| | MYSORE ROAD, |
| | BANGALORE |
| | KARNATAKA |
| COUNTRY | India |
| TEL | 91-80-32215776 |
| EMAIL | hpfpd@gokaldasexports.com |
| MID | INHINPRO5BAN |

KMART CORPORATION                                    **P U R C H A S E   O R D E R**                                                    Page : 2

| ORDER DATE : 21-SEP-2018 | ORDER NO : IN45X | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 770052478005 | SEASON/YEAR: 3-SUMMER 2019 | EMBRD SLV YNECK TOP PEACH/FAIRYTALE EMBR |
| | SUB-SEASON: 30-SUMMER | |
| I 2OF 5/CARTON UPC: 00191060028636 | CAT/SUB-CAT: 77/21 | |
| STYLE: WS9BE7917MI | TRADEMARK: NONE | SEARS DIV          SEARS ITEM          SEARS SKU |
| BRAND NAME: BASIC EDITIONS | COPYRIGHT REG. NO.: N/A | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $119.94 | 61 | 61 | $2,441.22 |
| $40.020 | $40.020 | | | | |

| | | | |
|---|---|---|---|
| PER CARTON | KGS:  2.495 | CBM:  0.016020 | AST PER INNER                1 |
| | LBS:  5.500 | CU. FT.:  0.566 | INNERS PER OUTER CARTON      1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN  1 |
| L 19.75" X W 18.0" X H 2.75" | | CASEPACK | |

| | | | |
|---|---|---|---|
| QUOTA CAT#:  341, RNONE | | CASE # | FACTORY          EXPORTER |
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | |
| | | COUNTERVAILING: | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
HANGER PACK OF 6 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (POJ)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 49 | 49 | L |
| 802 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 06-MAR-2019 | O | 12 | 12 | L |

DETAIL DESCRIPTION-
STYLE NAME: WS9BE7917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET
BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK // HANGER CODE :- 484B COST US $0.098 / PIECE

OPC:                6

KMART CORPORATION

**PURCHASE ORDER**

Page : 3

| ORDER DATE : 21-SEP-2018 | ORDER NO : IN45X | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

| | | | | |
|---|---|---|---|---|
| ITEM CODE: 770052478013 | SEASON/YEAR:  3-SUMMER 2019 | EMBRD SLV Y NECK BLOPEACH/FAIRYTALE EMBR | | |
| | SUB-SEASON:  30-SUMMER | | | |
| I 2OF 5/CARTON UPC:  00191060028643 | CAT/SUB-CAT:  77/21 | | | |
| STYLE:  WS9BE77917MI | TRADEMARK:  NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME:  BASIC EDITIONS | COPYRIGHT REG. NO.:  N/A | | | |
| INTL COMMODY CODE:  GDSM | MLTP CARTON IND:  001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $139.93 | 322 | 322 | $15,034.18 |
| $46.690 | $46.690 | | | | |

| PER CARTON | KGS:  2.495 | CBM:  0.016020 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS:  5.500 | CU. FT.:  0.566 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 19.75" X W 18.0" X H 2.75" | | CASEPACK | | |

| QUOTA CAT#:  341, RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | | |
| | COUNTERVAILING: | | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 802 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 06-MAR-2019 | O | 116 | 116 | L |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2016 | 22-FEB-2019 | A | 206 | 206 | L |

DETAIL DESCRIPTION-

STYLE NAME: WS9BE77917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET
BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WTH SINGLE NEEDLE
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK // HANGER CODE :- 484B COST US $0.098 / PIECE

OPC:                7

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 4

| ORDER DATE : 21-SEP-2018 | ORDER NO : IN45X | | TF2  TRIXIA FU |
|---|---|---|---|

**DESCRIPTION**

ITEM CODE:  770052478021

I 2OF 5/CARTON UPC:  0019106028650

STYLE:  WS9BE77917MI

BRAND NAME:  BASIC EDITIONS

INTL COMMODY CODE:  GDSM

SEASON/YEAR:  3-SUMMER 2019

SUB-SEASON:  30-SUMMER

CAT/SUB-CAT:  77/21

TRADEMARK:  NONE

COPYRIGHT REG. NO.:  N/A

MLTP CARTON IND:  001

EMBRD SLV Y NECK BLOPEACH/FAIRYTALE EMBR

SEARS DIV             SEARS ITEM             SEARS SKU

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $119.94 | 127 | 127 | $5,082.54 |
| $40.020 | $40.020 | | | | |

PER CARTON    KGS:    2.495         CBM:    0.016020              AST PER INNER              1

                       LBS:    5.500         CU. FT.:    0.566          INNERS PER OUTER CARTON    1

OUTER CARTON DIMENSIONS              PACKING INSTRUCTION:              AST PER MASTER SHIPPING CTN   1

   L 19.75" X W 18.0" X H 2.75"                  CASEPACK

QUOTA CAT#:  341, RNONE              CASE #              FACTORY              EXPORTER

SPECIAL TRADE INDICATOR:              ANTI-DUMPING:

              COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 6 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 115 | 115 | L |
| 802 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 06-MAR-2019 | O | 12 | 12 | L |

DETAIL DESCRIPTION-

STYLE NAME: WS9BE77917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET
BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 60X60-104x82-76GSM
HANGER PACK // HANGER CODE :- 484B COST US $0.098 / PIECE

OPC:              6

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 5

| ORDER DATE : 21-SEP-2018 | ORDER NO : IN45X | TF2  TRIXIA FU |
| --- | --- | --- |

**DESCRIPTION**

EMBRD SLV Y NECK BLOPEACH/FAIRYTALE EMBR

ITEM CODE: 770052478039

SEASON/YEAR: 3-SUMMER 2019
SUB-SEASON: 30-SUMMER

I 2OF S/CARTON UPC: 00191060028667

CAT/SUB-CAT: 77/21

STYLE: WS99E77917MI

TRADEMARK: NONE

SEARS DIV

SEARS ITEM

SEARS SKU

BRAND NAME: BASIC EDITIONS

COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM

MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
| --- | --- | --- | --- | --- | --- |
| PER AST | PER CARTON | $179.91 | 26 | 26 | $1,560.78 |
| $60.030 | $60.030 | | | | |

PER CARTON

KGS:  3.084
LBS:  6.800

CBM:  0.018933
CU. FT.:  0.669

AST PER INNER          1
INNERS PER OUTER CARTON   1

OUTER CARTON DIMENSIONS
L 19.75" X W 16.0" X H 3.25"

PACKING INSTRUCTION:
CASEPACK

AST PER MASTER SHIPPING CTN  1

QUOTA CAT#:  341, RNONE

CASE #

FACTORY

EXPORTER

SPECIAL TRADE INDICATOR:

ANTI-DUMPING:
COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
HANGER PACK OF 9 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REFERENCE (PO)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 25 | 25 | L |
| 802 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 06-MAR-2019 | O | 1 | 1 | L |

DETAIL DESCRIPTION-

STYLE NAME: WS99E77917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET
BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK // HANGER CODE :- 484B COST US $0.098 / PIECE

OPC:              9

KMART CORPORATION                                    P U R C H A S E   O R D E R                                    Page : 6

| ORDER DATE : 21-SEP-2018 | ORDER NO : IN45X | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 770052506987

SEASON/YEAR:  3-SUMMER 2019          EMBRD SLV Y NECK BLOPEACH/WHITE STRIPE

SUB-SEASON:  30-SUMMER

I 2OF 5/CARTON UPC:  00191060028674          CAT/SUB-CAT:  77/21

STYLE:  WS9BE77917MI          TRADEMARK:  NONE          SEARS DIV          SEARS ITEM          SEARS SKU

BRAND NAME:  BASIC EDITIONS          COPYRIGHT REG. NO.:  N/A

INTL COMMODY CODE:  GDSM          MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $119.94 | 45 | 45 | $1,800.90 |
| $40.020 | $40.020 | | | | |

PER CARTON      KGS:      2.495          CBM:      0.016020          AST PER INNER          1

                LBS:      5.500          CU. FT.:  0.566          INNERS PER OUTER CARTON          1

OUTER CARTON DIMENSIONS          PACKING INSTRUCTION:          AST PER MASTER SHIPPING CTN      1

  L 19.75" X W 18.0" X H 2.75"          CASEPACK

QUOTA CAT#:  341, RNONE          CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:          ANTI-DUMPING:

          COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 6 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 16-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 33 | 33 | L |
| 802 | PCD | PCD | Ocean | 16-DEC-2018 | 25-DEC-2018 | 06-MAR-2019 | O | 12 | 12 | L |

DETAIL DESCRIPTION-

STYLE NAME: WS9BE77917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V , FULL SLEEVE WITH EMBRI
FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET
BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK // HANGER CODE :- 484B COST US $0.098 / PIECE

OPC:          6

KMART CORPORATION

**PURCHASE ORDER**

Page : 7

| ORDER DATE : 21-SEP-2018 | ORDER NO : IN45X | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 770052507167 | SEASON/YEAR:  3-SUMMER 2019 | EMBRD SLV Y NECK BLOPEACH/WHITE STRIPE |
| | SUB-SEASON:  30-SUMMER | |
| I 2OF 5/CARTON UPC: 00191060028681 | CAT/SUB-CAT:  77/21 | |
| STYLE: WS9BE77917MI | TRADEMARK:  NONE | SEARS DIV        SEARS ITEM        SEARS SKU |
| BRAND NAME: BASIC EDITIONS | COPYRIGHT REG. NO.:  N/A | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND:  001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $119.94 | 38 | 38 | $1,520.76 |
| $40.020 | $40.020 | | | | |

| PER CARTON | KGS: | 2.495 | CBM: | 0.016020 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| | LBS: | 5.500 | CU. FT.: | 0.566 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 19.75" X W 18.0" X H 2.75" | | | CASEPACK | | | |

| | | | | | |
|---|---|---|---|---|---|
| QUOTA CAT#:  341, RNONE | | | | CASE # | FACTORY        EXPORTER |
| SPECIAL TRADE INDICATOR: | | | | ANTI-DUMPING: | |
| | | | | COUNTERVAILING: | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 6 PCS

| SHIPPING  SCHEDULE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 802 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 06-MAR-2019 | O | 26 | 26 | L |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 12 | 12 | L |

DETAIL DESCRIPTION-

STYLE NAME: WS9BE77917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET
BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK // HANGER CODE :- 484B COST US $0.098 / PIECE

OPC:                    6

KMART CORPORATION                          P U R C H A S E   O R D E R                                    Page : 8

| ORDER DATE : 21-SEP-2018 | ORDER NO :  IN45X | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 770052511649        SEASON/YEAR:  3-SUMMER 2019        EMBRD SLV Y NECK BLOPEACH/WHITE STRIPE

                                          SUB-SEASON:  30-SUMMER

I 2OF 5/CARTON UPC:  0019106028698        CAT/SUB-CAT: 77/21

                   STYLE:  WS9BE77917MI        TRADEMARK:  NONE        SEARS DIV        SEARS ITEM        SEARS SKU

BRAND NAME:  BASIC EDITIONS        COPYRIGHT REG. NO.:  N/A

INTL COMMODY CODE:  GDSM        MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $139.93 | 239 | 239 | $11,158.91 |
| $46.690 | $46.690 | | | | |

PER CARTON        KGS:    2.495        CBM:    0.016020        AST PER INNER                    1

                LBS:    5.500        CU. FT.:    0.566        INNERS PER OUTER CARTON        1

OUTER CARTON DIMENSIONS                PACKING INSTRUCTION:                AST PER MASTER SHIPPING CTN   1

    L 19.75" X W 18.0" X H 2.75"                CASEPACK

QUOTA CAT#:  341, RNONE                                CASE #            FACTORY            EXPORTER

SPECIAL TRADE INDICATOR:                            ANTI-DUMPING:

                                    COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 190 | 190 | L |
| 802 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 06-MAR-2019 | O | 49 | 49 | L |

DETAIL DESCRIPTION-

STYLE NAME: WS9BE77917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET
BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 60X60-104x82-76GSM
HANGER PACK // HANGER CODE :- 484B COST US $0.098 / PIECE

OPC:                7

KMART CORPORATION        **P U R C H A S E   O R D E R**        Page : 9

| ORDER DATE : 21-SEP-2018 | ORDER NO : IN45X | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 770052511656    SEASON/YEAR: 3-SUMMER 2019    EMBRD SLV Y NECK BLOPEACH/WHITE STRIPE

       SUB-SEASON: 30-SUMMER

I 2OF 5/CARTON UPC: 0019106028704    CAT/SUB-CAT: 77/21

STYLE: WS9BE77917MI    TRADEMARK: NONE      SEARS DIV      SEARS ITEM      SEARS SKU

BRAND NAME: BASIC EDITIONS    COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM    MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $179.91 | 22 | 22 | $1,320.66 |
| $60.030 | $60.030 | | | | |

PER CARTON    KGS: 2.994    CBM: 0.018933    AST PER INNER    1

       LBS: 6.600    CU. FT.: 0.669    INNERS PER OUTER CARTON    1

OUTER CARTON DIMENSIONS    PACKING INSTRUCTION:    AST PER MASTER SHIPPING CTN    1

L 19.75" X W 18.0" X H 3.25"      CASEPACK

QUOTA CAT#: 341, RNONE        CASE #      FACTORY      EXPORTER

SPECIAL TRADE INDICATOR:      ANTI-DUMPING:

     COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 9 PCS

| | SHIPPING SCHEDULE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 802 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 06-MAR-2019 | O | 1 | 1 | L |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 21 | 21 | L |

DETAIL DESCRIPTION-

STYLE NAME: WS9BE77917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET
BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK // HANGER CODE :- 484B COST US $0.098 / PIECE

OPC:      9

KMART CORPORATION                          **P U R C H A S E   O R D E R**                                    Page : 10

| ORDER DATE : 21-SEP-2018 | ORDER NO : IN45X | TF2  TRIXIA FU |
|---|---|---|

**ITEM CODE:  770052478013**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5247795-7 | | | | | | - | | | | COTTON | 100% | |
| 5247796-5 | | | | | | - | | | | COTTON | 100% | |
| 5247797-3 | | | | | | - | | | | COTTON | 100% | |
| 5247798-1 | | | | | | - | | | | COTTON | 100% | |
| 5247799-9 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:  770052478005**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5247795-7 | | | | | | - | | | | COTTON | 100% | |
| 5247796-5 | | | | | | - | | | | COTTON | 100% | |
| 5247797-3 | | | | | | - | | | | COTTON | 100% | |
| 5247798-1 | | | | | | - | | | | COTTON | 100% | |
| 5247799-9 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:  770052478021**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5247796-5 | | | | | | - | | | | COTTON | 100% | |
| 5247797-3 | | | | | | - | | | | COTTON | 100% | |
| 5247798-1 | | | | | | - | | | | COTTON | 100% | |
| 5247799-9 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:  770052507167**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5250257-2 | | | | | | - | | | | COTTON | 100% | |
| 5250606-0 | | | | | | - | | | | COTTON | 100% | |
| 5250652-4 | | | | | | - | | | | COTTON | 100% | |
| 5250668-0 | | | | | | - | | | | COTTON | 100% | |
| 5250700-1 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:  770052478039**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5247795-7 | | | | | | - | | | | COTTON | 100% | |
| 5247796-5 | | | | | | - | | | | COTTON | 100% | |
| 5247797-3 | | | | | | - | | | | COTTON | 100% | |
| 5247798-1 | | | | | | - | | | | COTTON | 100% | |
| 5247799-9 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:  770052511656**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5250257-2 | | | | | | - | | | | COTTON | 100% | |
| 5250606-0 | | | | | | - | | | | COTTON | 100% | |
| 5250652-4 | | | | | | - | | | | COTTON | 100% | |
| 5250668-0 | | | | | | - | | | | COTTON | 100% | |
| 5250700-1 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:  770052511649**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5250257-2 | | | | | | - | | | | COTTON | 100% | |
| 5250606-0 | | | | | | - | | | | COTTON | 100% | |
| 5250652-4 | | | | | | - | | | | COTTON | 100% | |
| 5250668-0 | | | | | | - | | | | COTTON | 100% | |
| 5250700-1 | | | | | | - | | | | COTTON | 100% | |

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 11

| ORDER DATE : 21-SEP-2018 | ORDER NO : IN45X | TF2  TRIXIA FU |
|---|---|---|

ITEM CODE:  770052506987

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5250257-2 | | | | | | - | | | | COTTON | 100% | |
| 5250606-0 | | | | | | - | | | | COTTON | 100% | |
| 5250652-4 | | | | | | - | | | | COTTON | 100% | |
| 5250668-0 | | | | | | - | | | | COTTON | 100% | |

ITEM CODE: 770052478013          ITEM: EMBRD SLV Y NECK BLOPEACH/FAIRYTALE EMBR

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: EMBRD SLV YNECK TOP S-PEACH/FAIRYTALE E | 5247795-7 | N/A-1 | SMALL | 1 | 6.670 | 19.99 | 191060028537 |
| SUB KSN DESC: EMBRD SLV YNECK TOP M-PEACH/FAIRYTALE E | 5247796-5 | N/A-2 | MEDIUM | 1 | 6.670 | 19.99 | 191060028544 |
| SUB KSN DESC: EMBRD SLV YNECK TOP L-PEACH/FAIRYTALE E | 5247797-3 | N/A-3 | LARGE | 2 | 6.670 | 19.99 | 191060028551 |
| SUB KSN DESC: EMBRD SLV YNECK TOP XL-PEACH/FAIRYTALE | 5247798-1 | N/A-4 | X LARGE | 2 | 6.670 | 19.99 | 191060028568 |
| SUB KSN DESC: EMBRD SLV YNECK TOP XXL-PEACH/FAIRYTALE | 5247799-9 | N/A-5 | XX LARGE | 1 | 6.670 | 19.99 | 191060028575 |
| | | | TOTAL | 7 | 46.690 | 139.93 | |

ITEM CODE: 770052478005          ITEM: EMBRD SLV YNECK TOP PEACH/FAIRYTALE EMBR

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: EMBRD SLV YNECK TOP S-PEACH/FAIRYTALE E | 5247795-7 | N/A-1 | SMALL | 1 | 6.670 | 19.99 | 191060028537 |
| SUB KSN DESC: EMBRD SLV YNECK TOP M-PEACH/FAIRYTALE E | 5247796-5 | N/A-2 | MEDIUM | 1 | 6.670 | 19.99 | 191060028544 |
| SUB KSN DESC: EMBRD SLV YNECK TOP L-PEACH/FAIRYTALE E | 5247797-3 | N/A-3 | LARGE | 1 | 6.670 | 19.99 | 191060028551 |
| SUB KSN DESC: EMBRD SLV YNECK TOP XL-PEACH/FAIRYTALE | 5247798-1 | N/A-4 | X LARGE | 2 | 6.670 | 19.99 | 191060028568 |
| SUB KSN DESC: EMBRD SLV YNECK TOP XXL-PEACH/FAIRYTALE | 5247799-9 | N/A-5 | XX LARGE | 1 | 6.670 | 19.99 | 191060028575 |
| | | | TOTAL | 6 | 40.020 | 119.94 | |

ITEM CODE: 770052478021          ITEM: EMBRD SLV Y NECK BLOPEACH/FAIRYTALE EMBR

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: EMBRD SLV YNECK TOP M-PEACH/FAIRYTALE E | 5247796-5 | N/A-1 | MEDIUM | 1 | 6.670 | 19.99 | 191060028544 |
| SUB KSN DESC: EMBRD SLV YNECK TOP L-PEACH/FAIRYTALE E | 5247797-3 | N/A-2 | LARGE | 2 | 6.670 | 19.99 | 191060028551 |
| SUB KSN DESC: EMBRD SLV YNECK TOP XL-PEACH/FAIRYTALE | 5247798-1 | N/A-3 | X LARGE | 2 | 6.670 | 19.99 | 191060028568 |
| SUB KSN DESC: EMBRD SLV YNECK TOP XXL-PEACH/FAIRYTALE | 5247799-9 | N/A-4 | XX LARGE | 1 | 6.670 | 19.99 | 191060028575 |
| | | | TOTAL | 6 | 40.020 | 119.94 | |

KMART CORPORATION                         **P U R C H A S E   O R D E R**                                    Page : 12

| ORDER DATE : 21-SEP-2018 | ORDER NO : IN45X | TF2  TRIXIA FU |
|---|---|---|

**ITEM CODE: 770052507167**          ITEM: EMBRD SLV Y NECK BLOPEACH/WHITE STRIPE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: EMBRD SLV Y-NECK BLOM-PEACH/WHITE STRIP | 5250257-2 | N/A-1 | MEDIUM | 1 | 6.670 | 19.99 | 191060028599 |
| SUB KSN DESC: EMBRD SLV Y-NECK BLOL-PEACH/WHITE STRIP | 5250606-0 | N/A-2 | LARGE | 2 | 6.670 | 19.99 | 191060028605 |
| SUB KSN DESC: EMBRD SLV Y-NECK BLOXL-PEACH/WHITE STRI | 5250652-4 | N/A-3 | X LARGE | 1 | 6.670 | 19.99 | 191060028612 |
| SUB KSN DESC: EMBRD SLV Y-NECK BLOXXL-PEACH/WHITE STR | 5250668-0 | N/A-4 | XX LARGE | 1 | 6.670 | 19.99 | 191060028629 |
| SUB KSN DESC: EMBRD SLV Y-NECK BLOS-PEACH/WHITE STRIP | 5250700-1 | N/A-5 | SMALL | 1 | 6.670 | 19.99 | 191060028582 |
| | | | TOTAL | 6 | 40.020 | 119.94 | |

**ITEM CODE: 770052478039**          ITEM: EMBRD SLV Y NECK BLOPEACH/FAIRYTALE EMBR

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: EMBRD SLV YNECK TOP S-PEACH/FAIRYTALE E | 5247795-7 | N/A-1 | SMALL | 1 | 6.670 | 19.99 | 191060028537 |
| SUB KSN DESC: EMBRD SLV YNECK TOP M-PEACH/FAIRYTALE E | 5247796-5 | N/A-2 | MEDIUM | 1 | 6.670 | 19.99 | 191060028544 |
| SUB KSN DESC: EMBRD SLV YNECK TOP L-PEACH/FAIRYTALE E | 5247797-3 | N/A-3 | LARGE | 2 | 6.670 | 19.99 | 191060028551 |
| SUB KSN DESC: EMBRD SLV YNECK TOP XL-PEACH/FAIRYTALE | 5247798-1 | N/A-4 | X LARGE | 3 | 6.670 | 19.99 | 191060028568 |
| SUB KSN DESC: EMBRD SLV YNECK TOP XXL-PEACH/FAIRYTALE | 5247799-9 | N/A-5 | XX LARGE | 2 | 6.670 | 19.99 | 191060028575 |
| | | | TOTAL | 9 | 60.030 | 179.91 | |

**ITEM CODE: 770052511656**          ITEM: EMBRD SLV Y NECK BLOPEACH/WHITE STRIPE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: EMBRD SLV Y-NECK BLOM-PEACH/WHITE STRIP | 5250257-2 | N/A-1 | MEDIUM | 1 | 6.670 | 19.99 | 191060028599 |
| SUB KSN DESC: EMBRD SLV Y-NECK BLOL-PEACH/WHITE STRIP | 5250606-0 | N/A-2 | LARGE | 2 | 6.670 | 19.99 | 191060028605 |
| SUB KSN DESC: EMBRD SLV Y-NECK BLOXL-PEACH/WHITE STRI | 5250652-4 | N/A-3 | X LARGE | 3 | 6.670 | 19.99 | 191060028612 |
| SUB KSN DESC: EMBRD SLV Y-NECK BLOXXL-PEACH/WHITE STR | 5250668-0 | N/A-4 | XX LARGE | 2 | 6.670 | 19.99 | 191060028629 |
| SUB KSN DESC: EMBRD SLV Y-NECK BLOS-PEACH/WHITE STRIP | 5250700-1 | N/A-5 | SMALL | 1 | 6.670 | 19.99 | 191060028582 |
| | | | TOTAL | 9 | 60.030 | 179.91 | |

**ITEM CODE: 770052511649**          ITEM: EMBRD SLV Y NECK BLOPEACH/WHITE STRIPE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: EMBRD SLV Y-NECK BLOM-PEACH/WHITE STRIP | 5250257-2 | N/A-1 | MEDIUM | 1 | 6.670 | 19.99 | 191060028599 |
| SUB KSN DESC: EMBRD SLV Y-NECK BLOL-PEACH/WHITE STRIP | 5250606-0 | N/A-2 | LARGE | 2 | 6.670 | 19.99 | 191060028605 |
| SUB KSN DESC: EMBRD SLV Y-NECK BLOXL-PEACH/WHITE STRI | 5250652-4 | N/A-3 | X LARGE | 2 | 6.670 | 19.99 | 191060028612 |
| SUB KSN DESC: EMBRD SLV Y-NECK BLOXXL-PEACH/WHITE STR | 5250668-0 | N/A-4 | XX LARGE | 1 | 6.670 | 19.99 | 191060028629 |
| SUB KSN DESC: EMBRD SLV Y-NECK BLOS-PEACH/WHITE STRIP | 5250700-1 | N/A-5 | SMALL | 1 | 6.670 | 19.99 | 191060028582 |
| | | | TOTAL | 7 | 46.690 | 139.93 | |

KMART CORPORATION                              **P U R C H A S E   O R D E R**                                    Page : 13

| ORDER DATE : 21-SEP-2018 | ORDER NO : IN45X | TF2  TRIXIA FU |
|---|---|---|

ITEM CODE: 770052506987                    ITEM: EMBRD SLV Y NECK BLOPEACH/WHITE STRIPE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: EMBRD SLV Y-NECK BLOM-PEACH/WHITE STRIP | 5250257-2 | N/A-1 | MEDIUM | 1 | 6.670 | 19.99 | 191060028599 |
| SUB KSN DESC: EMBRD SLV Y-NECK BLOL-PEACH/WHITE STRIP | 5250606-0 | N/A-2 | LARGE | 2 | 6.670 | 19.99 | 191060028605 |
| SUB KSN DESC: EMBRD SLV Y-NECK BLOXL-PEACH/WHITE STRI | 5250652-4 | N/A-3 | X LARGE | 2 | 6.670 | 19.99 | 191060028612 |
| SUB KSN DESC: EMBRD SLV Y-NECK BLOXXL-PEACH/WHITE STR | 5250668-0 | N/A-4 | XX LARGE | 1 | 6.670 | 19.99 | 191060028629 |
| | | | TOTAL | 6 | 40.020 | 119.94 | |

KMART CORPORATION
**PURCHASE ORDER**
Page : 14

| ORDER DATE :  21-SEP-2018 | ORDER NO :  IN45X | TF2  TRIXIA FU |
|---|---|---|

ADDITIONAL CONDITIONS

**FOR ITEM 770052478005**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770052478013**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770052478021**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770052478039**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770052506987**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770052507167**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770052511649**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.

KMART CORPORATION

**P U R C H A S E   O R D E R**

| ORDER DATE : 21-SEP-2018 | ORDER NO : IN45X | | TF2  TRIXIA FU |
|---|---|---|---|

All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770052511656**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
----------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
----------------------------------------

KMART CORPORATION                         PURCHASE ORDER                                    Page : 16

| ORDER DATE :  21-SEP-2018 | ORDER NO :  IN45X | TF2  TRIXIA FU |

ANTIDUMPING CLAUSE:
-------------------------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW.THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
-------------------------------------------------------------------
-------------------------------------------------------------------
-------------------------------------------------------------------
-------------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
-------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
-------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
-------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

**UPS Supply Chain Solutions**    OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| GOKALDAS EXPORTS | 967415054 | 7796732119 |
| (A DIVISION OF GOKALDAS EXPORTS LTD) | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| NO.16/2, RESIDENCY ROAD, | AWB 7796732119 | 24-DEC-2018 |
| BANGALORE -560025 INDIA | CUST PO NO:IN45X-801 | |
| | CUST INV NO:201824177704 | |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PH:(310)404-2792 FAX:(310)404-2962
ATTN: MARY ELLEN WRATSCHKO

**Declared Value is:** _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO |
|---|---|---|
| | NHAVA SHEVA, INDIA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LADING | |
| MAERSK DETROIT 1902 | NHAVA SHEVA, INDIA | |
| PORT OF DISCHARGE | PORT OF DELIVERY BY ON CARRIER | NO OF ORIGINALS |
| NEWARK | CHAMBERSBURG, PA | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: | 1 | 40' HIGH CUBE CONTAINER 880 CARTON | 2711.760 KG | 14.237 M3 |
| PONU8149090 | | SAID TO CONTAIN 880 CARTON | 5978.410 LB | 502.708 F3 |
| SEALCODE1: | | 100% COTTON  WOVEN WOMENS TOPS | | |
| MLIN2908746 | | EMRD SLV YNECK TOP PEACH / FAIRYTALE EMBR, | | |
| MARKS & NO: | | EMRD SLV YNECK | | |
| USA | | BLOPEACH / FAIRYTALE EMBR | | |
| 01-880 | | GT INV NO: 201824177704 | | |
| 880 | | INV NO : GE/87726/18-19  DT. 07.12.2018 | | |
| CTNS | | PO NO :IN45X | | |
| | | REF # 801 & 802 | | |
| FREIGHT COLLECT | | DIV:4 | | |
| CY/DOOR | | DEPT NO:027 | | |
| | | TOTAL QTY:  5985 PCS | | |
| | | STYLE # WS9BE77917MI | | |
| | | LC # 925107 DATED 14.12.2018 | | |

SHIPPED ON BOARD
3 1 DEC 2018
FOR UPS SCS, MUMBAI
AS AGENT

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

For UPS SCS (INDIA) PVT. LTD.

AS AGENT

Issued by   MUMBAI   _____

Month   Jan   Day   04   Year   2019

**UPS Supply Chain Solutions**

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| GOKALDAS EXPORTS | 967415054 | 7796732119 |
| (A DIVISION OF GOKALDAS EXPORTS LTD) | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| NO.16/2, RESIDENCY ROAD, | AWB 7796732119 | 24-DEC-2018 |
| BANGALORE -560025 INDIA | CUST PO NO:IN45X-801 | |
| | CUST INV NO:201824177704 | |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | |
|---|---|
| KMART CORPORATION | **THIS IS NOT A DOCUMENT OF TITLE** |
| 3333 BEVERLY ROAD | **UPS SUPPLY CHAIN SOLUTIONS, INC.** |
| HOFFMAN ESTATES, IL 60179 USA | Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared. |

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PH:(310)404-2792 FAX:(310)404-2962
ATTN: MARY ELLEN WRATSCHKO

**Declared Value is:** _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO |
|---|---|---|
| | NHAVA SHEVA, INDIA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LADING | |
| MAERSK DETROIT 1902 | NHAVA SHEVA, INDIA | |
| PORT OF DISCHARGE | PORT OF DELIVERY BY ON CARRIER | NO OF ORIGINALS |
| NEWARK | CHAMBERSBURG, PA | 1/ONE |

| PARTICULARS FURNISHED BY SHIPPER | | | | | |
|---|---|---|---|---|---|
| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
| | | NET WT:1787.764 KGS | | |
| | | HTS/RITC CODE NO : 6206.3030.41 | | |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

| In accordance with instruction from Buyer, we have received the following documents from Shipper on: | This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit. |
|---|---|

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | | 1 |

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

For UPS SCS (INDIA) PVT. LTD.

Issued by   MUMBAI                    **AS AGENT**

Month   Jan          Day   04          Year   2019

# COMMERCIAL INVOICE

Page 1 of 3

COML INV # GE/87732/18-19

**DATE:** December 18, 2018

**INVOICE NO.:** 201824177459

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART    IN475 | WOW PIECE DYE SHORT CORE WHITE | 179 CARTONS | 179 AST | 24.320 USD AST | 4,353.28 USD |
| **ITEM:**    580048414247 | | | ( 179 CTNS ) | | |
| **MADE IN**    INDIA | | | | | |
| **CONTENTS**    1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE58045MI
DESCRIPTION : WOW PIECE DYE SHORT
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND    SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM T
REATMENT: BOTTOM TREATMENT-1/4 INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STIT
CH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //    HANGER CODE :- 6012B COST US $0.098 / PIECE

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | IN475 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 | |
| **VENDOR ITEM CODE** | WP9BE58045MI | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART    IN475 | WOW PIECE DYE SHORT CORE WHITE | 158 CARTONS | 158 AST | 18.240 USD AST | 2,881.92 USD |
| **ITEM:**    580099418196 | | | ( 158 CTNS ) | | |
| **MADE IN**    INDIA | | | | | |
| **CONTENTS**    1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE58045MI
DESCRIPTION : WOW PIECE DYE SHORT
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND    SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM T
REATMENT: BOTTOM TREATMENT-1/4 INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STIT
CH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //    HANGER CODE :- 6012B COST US $0.098 / PIECE

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | IN475 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 | |
| **VENDOR ITEM CODE** | WP9BE58045MI | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

# COMMERCIAL INVOICE

Page 2 of 3
**DATE:** December 18, 2018
**INVOICE NO.:** 201824177459

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India   **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| KMART | IN475 | WOW PIECE DYE SHORT CORE WHITE | 347 | 347 | 21.280 USD | 7,384.16 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 580099772592 | | ( 347 CTNS ) | | | |
| **MADE IN** | INDIA | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE58045MI
DESCRIPTION : WOW PIECE DYE SHORT
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND    SELF FABRIC DRAWCORD AT WAISTBAND,BOTTOM TREATMENT: BOTTOM T
REATMENT: BOTTOM TREATMENT-1/4 INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STIT
CH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //    HANGER CODE :- 6012B COST US $0.098 / PIECE

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | IN475 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 | |
| **VENDOR ITEM CODE** | WP9BE58045MI | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

| KMART | IN475 | WOW PIECE DYE SHORT CORE WHITE | 33 | 33 | 21.280 USD | 702.24 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 580099772600 | | ( 33 CTNS ) | | | |
| **MADE IN** | INDIA | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE58045MI
DESCRIPTION : WOW PIECE DYE SHORT
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND    SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM T
REATMENT: BOTTOM TREATMENT-1/4 INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STIT
CH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //    HANGER CODE :- 6012B COST US $0.098 / PIECE

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | IN475 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 | |
| **VENDOR ITEM CODE** | WP9BE58045MI | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

| | | |
|---|---|---|
| **PAYMENT TERM** | Open Acct | |
| **ORDER PAYMENT TERMS** | | |
| **DRAWN UNDER** | OPEN ACCOUNT | |

# COMMERCIAL INVOICE

Page 3 of 3
**DATE:** December 18, 2018
**INVOICE NO.:** 201824177459

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India        **SHIPPED TO:** Chambersburg , PA
**MODE OF TRANSPORTATION:** Ocean

FOB India

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 717 | 717 | ASSORTMENTS | 15,321.60  USD |

TOTAL US DOLLARS FIFTEEN THOUSAND THREE HUNDRED TWENTY-ONE DOLLARS AND SIXTY CENTS ONLY.

| GOKALDAS EXPORTS LTD | |
|---|---|
| **EMPLOYEE NAME** | N. JAYANTHI |
| **EMPLOYEE TITLE** | GENERAL MANAGER – RECEIVABLES MANAGEMENT |

For GOKALDAS EXPORTS LTD.,

G. M. - Receivables Management

KMART CORPORATION                          **P U R C H A S E   O R D E R**                              Page : 1

| ORDER DATE : 10-OCT-2018 | ORDER NO : IN475 | BUYER : TF2  TRIXIA FU |
|---|---|---|
| DIV : Division 4 | DEPT NO : 027 | |

**KMART CORPORATION**

3333 Beverly Road

Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | GOKALDAS EXPORTS LTD |
| ADDRESS | NO. 16/2 |
| | RESIDENCY ROAD |
| | BANGALORE |
| | KARNATAKA |
| COUNTRY | India |
| EMAIL | sireesh@gokaldasexports.com |
| VENDOR NBR | 5783 |
| TELEPHONE | 91 09900085026 |
| DUNS NBR | 636654 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | |
|---|---|
| $15,321.60 | |

| PAYMENT TO BE MADE BY : | |
|---|---|
| ( ) | MULTIPLE PAYMENT TYPES |
| ( X ) | CHECK/WIRE TRANSFER |
| | Amount USD:  15,321.60 |
| ( ) | FREE GOODS |
| | Amount USD:  0.00 |
| ( ) | LETTER OF CREDIT |
| | Amount USD:  0.00 |
| | LC #: |
| | TRANSFERABLE: |
| | BANK: |

| PAYMENT TERMS: | 74 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKIN | SEARS SOURCING INDIA PVT LTD |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKIN | INDIA OFFICE |

| EACH ITEM TO BE MARKED: | MADE IN INDIA |
|---|---|
| EMBARK/GO-DOWN: | INDIA |
| SHIP POINT: | INNSA1B |
| DELIVERY TERMS: | FOB IN |
| CITY, COUNTRY: | Nhava Sheva (JNP), India |

**FACTORY DETAILS:**

| FACTORY NBR: | 104547 |
|---|---|
| NAME | EURO CLOTHING COMPANY - II |
| ADDRESS | KHATAHA 620/628 |
| | T B ROAD, SRIRANGAPATTANA |
| | MANDYA DISTRICT |
| | KARNATAKA |
| COUNTRY | India |
| TEL | 8495938777 |
| EMAIL | ecc2pd@gokaldasexports.com |
| MID | INEURCLO6206MAN |

KMART CORPORATION                                    P U R C H A S E   O R D E R                                    Page : 2

| ORDER DATE : 10-OCT-2018 | ORDER NO : IN475 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 580048414247          SEASON/YEAR: 3-SUMMER 2019          WOW PIECE DYE SHORT CORE WHITE

                                 SUB-SEASON: 30-SUMMER

I 2OF 5/CARTON UPC: 00191060021811          CAT/SUB-CAT: 58/08

STYLE: WP9BE58045MI          TRADEMARK: NONE          SEARS DIV          SEARS ITEM          SEARS SKU

BRAND NAME: BASIC EDITIONS          COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM          MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $79.92 | 179 | 179 | $4,353.28 |
| $24.320 | $24.320 | | | | |

| | KGS: 3.121 | CBM: 0.022155 | AST PER INNER | 1 |
|---|---|---|---|---|
| PER CARTON | LBS: 6.880 | CU. FT.: 0.782 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 26.0" X W 13.0" X H 4.0" | | CASEPACK | | |

QUOTA CAT#:  348, RNONE          CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:          ANTI-DUMPING:

          COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK- 08 PCS PER CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 179 | 179 | W |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE58045MI
DESCRIPTION : WOW PIECE DYE SHORT
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM T
REATMENT: BOTTOM TREATMENT-1/4 INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STIT
CH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // HANGER CODE :- 6012B COST US $0.098 / PIECE

OPC:          8

KMART CORPORATION                          P U R C H A S E   O R D E R                          Page : 3

| ORDER DATE : 10-OCT-2018 | ORDER NO : IN475 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

WOW PIECE DYE SHORT CORE WHITE

ITEM CODE: 580099418196
SEASON/YEAR:  3-SUMMER 2019
SUB-SEASON: 30-SUMMER

I 2OF 5/CARTON UPC: 00191060025109
CAT/SUB-CAT: 58/08
STYLE: WP9BE58045MI
TRADEMARK: NONE
BRAND NAME: BASIC EDITIONS
COPYRIGHT REG. NO.: N/A
INTL COMMODY CODE: GDSM
MLTP CARTON IND: 001

| SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $59.94 | 158 | 158 | $2,881.92 |
| $18.240 | $18.240 | | | | |

PER CARTON    KGS:     2.268       CBM:    0.019386          AST PER INNER              1
              LBS:     5.000       CU. FT.:  0.685           INNERS PER OUTER CARTON    1
OUTER CARTON DIMENSIONS            PACKING INSTRUCTION:      AST PER MASTER SHIPPING CTN 1
    L 26.0" X W 13.0" X H 3.5"         CASEPACK

QUOTA CAT#:  348, RNONE                               CASE #          FACTORY      EXPORTER
SPECIAL TRADE INDICATOR:              ANTI-DUMPING:
                                      COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 6 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 158 | 158 | W |

DETAIL DESCRIPTION-
STYLE NAME: WP9BE58045MI
DESCRIPTION : WOW PIECE DYE SHORT
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM T
REATMENT: BOTTOM TREATMENT-1/4 INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STIT
CH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // HANGER CODE :- 6012B COST US $0.098 / PIECE

OPC:           6

KMART CORPORATION                     P U R C H A S E   O R D E R                     Page : 4

| ORDER DATE :  10-OCT-2018 | ORDER NO :  IN475 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

| | |
|---|---|
| ITEM CODE: 580099772592 | SEASON/YEAR: 3-SUMMER 2019 |
| | SUB-SEASON: 30-SUMMER |
| I 2OF 5/CARTON UPC: 00191060025116 | CAT/SUB-CAT: 58/08 |
| STYLE: WP9BE58045MI | TRADEMARK: NONE |
| BRAND NAME: BASIC EDITIONS | COPYRIGHT REG. NO.: N/A |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 |

WOW PIECE DYE SHORT CORE WHITE

SEARS DIV          SEARS ITEM          SEARS SKU

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $69.93 | 347 | 347 | $7,384.16 |
| $21.280 | $21.280 | | | | |

| PER CARTON | KGS: 2.268 | CBM: 0.019386 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 5.000 | CU. FT.: 0.685 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 26.0" X W 13.0" X H 3.5" | | CASEPACK | | |

QUOTA CAT#:  348, RNONE                          CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:                     ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 347 | 347 | W |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE58045MI
DESCRIPTION : WOW PIECE DYE SHORT
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM T
REATMENT: BOTTOM TREATMENT-1/4 INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STIT
CH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // HANGER CODE :- 6012B COST US $0.098 / PIECE

OPC:                7

KMART CORPORATION                    **P U R C H A S E   O R D E R**                              Page : 5

| ORDER DATE : 10-OCT-2018 | ORDER NO : IN475 | TF2  TRIXIA FU |
|---|---|---|

|  |  | DESCRIPTION |
|---|---|---|

ITEM CODE: 580099772600        SEASON/YEAR:  3-SUMMER 2019    WOW PIECE DYE SHORT CORE WHITE

SUB-SEASON:  30-SUMMER

I 2OF 5/CARTON UPC:  00191060025123      CAT/SUB-CAT:  58/08

STYLE:  WP9BE58045MI       TRADEMARK:  NONE       SEARS DIV         SEARS ITEM         SEARS SKU

BRAND NAME:  BASIC EDITIONS   COPYRIGHT REG. NO.:  N/A

INTL COMMODY CODE:  GDSM       MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $69.93 | 33 | 33 | $702.24 |
| $21.280 | $21.280 | | | | |

PER CARTON   KGS:  2.268      CBM:  0.019386        AST PER INNER            1

LBS:  5.000      CU. FT.:  0.685        INNERS PER OUTER CARTON    1

OUTER CARTON DIMENSIONS       PACKING INSTRUCTION:         AST PER MASTER SHIPPING CTN   1

L 26.0" X W 13.0" X H 3.5"          CASEPACK

QUOTA CAT#:  348, RNONE                    CASE #         FACTORY         EXPORTER

SPECIAL TRADE INDICATOR:                ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 33 | 33 | W |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE58045MI
DESCRIPTION : WOW PIECE DYE SHORT
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM T
REATMENT: BOTTOM TREATMENT-1/4 INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STIT
CH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // HANGER CODE :- 6012B COST US $0.098 / PIECE

OPC:        7

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 6

| ORDER DATE : 10-OCT-2018 | ORDER NO : IN475 | TF2  TRIXIA FU |
|---|---|---|

**ITEM CODE:  580048414247**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4841125-0 | | | | | | - | | | | COTTON | 100% | |
| 4841126-8 | | | | | | - | | | | COTTON | 100% | |
| 4841422-1 | | | | | | - | | | | COTTON | 100% | |
| 4841423-9 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:  580099418196**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4841125-0 | | | | | | - | | | | COTTON | 100% | |
| 4841126-8 | | | | | | - | | | | COTTON | 100% | |
| 4841422-1 | | | | | | - | | | | COTTON | 100% | |
| 4841423-9 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:  580099772592**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4841125-0 | | | | | | - | | | | COTTON | 100% | |
| 4841126-8 | | | | | | - | | | | COTTON | 100% | |
| 4841422-1 | | | | | | - | | | | COTTON | 100% | |
| 4841423-9 | | | | | | - | | | | COTTON | 100% | |
| 4841484-1 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:  580099772600**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4841125-0 | | | | | | - | | | | COTTON | 100% | |
| 4841126-8 | | | | | | - | | | | COTTON | 100% | |
| 4841422-1 | | | | | | - | | | | COTTON | 100% | |
| 4841423-9 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE: 580048414247**          **ITEM: WOW PIECE DYE SHORT CORE WHITE**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE SHORT S-CORE WHITE | 4841125-0 | CORE WHITE | SMALL | 1 | 3.040 | 9.99 | 191060021767 |
| SUB KSN DESC: WOW PIECE DYE SHORT M-CORE WHITE | 4841126-8 | CORE WHITE | MEDIUM | 2 | 3.040 | 9.99 | 191060021774 |
| SUB KSN DESC: WOW PIECE DYE SHORT L-CORE WHITE | 4841422-1 | CORE WHITE | LARGE | 3 | 3.040 | 9.99 | 191060021781 |
| SUB KSN DESC: WOW PIECE DYE SHORT XL-CORE WHITE | 4841423-9 | CORE WHITE | X LARGE | 2 | 3.040 | 9.99 | 191060021798 |
| | | TOTAL | | 8 | 24.320 | 79.92 | |

KMART CORPORATION                              **P U R C H A S E   O R D E R**                                   Page : 7

| ORDER DATE : 10-OCT-2018 | ORDER NO : IN475 | TF2  TRIXIA FU |
|---|---|---|

**ITEM CODE: 580099418196**          ITEM: WOW PIECE DYE SHORT CORE WHITE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE SHORT S-CORE WHITE | 4841125-0 | CORE WHITE | SMALL | 1 | 3.040 | 9.99 | 191060021767 |
| SUB KSN DESC: WOW PIECE DYE SHORT M-CORE WHITE | 4841126-8 | CORE WHITE | MEDIUM | 2 | 3.040 | 9.99 | 191060021774 |
| SUB KSN DESC: WOW PIECE DYE SHORT L-CORE WHITE | 4841422-1 | CORE WHITE | LARGE | 2 | 3.040 | 9.99 | 191060021781 |
| SUB KSN DESC: WOW PIECE DYE SHORT XL-CORE WHITE | 4841423-9 | CORE WHITE | X LARGE | 1 | 3.040 | 9.99 | 191060021798 |
| | | TOTAL | | 6 | 18.240 | 59.94 | |

**ITEM CODE: 580099772592**          ITEM: WOW PIECE DYE SHORT CORE WHITE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE SHORT S-CORE WHITE | 4841125-0 | CORE WHITE | SMALL | 1 | 3.040 | 9.99 | 191060021767 |
| SUB KSN DESC: WOW PIECE DYE SHORT M-CORE WHITE | 4841126-8 | CORE WHITE | MEDIUM | 1 | 3.040 | 9.99 | 191060021774 |
| SUB KSN DESC: WOW PIECE DYE SHORT L-CORE WHITE | 4841422-1 | CORE WHITE | LARGE | 2 | 3.040 | 9.99 | 191060021781 |
| SUB KSN DESC: WOW PIECE DYE SHORT XL-CORE WHITE | 4841423-9 | CORE WHITE | X LARGE | 2 | 3.040 | 9.99 | 191060021798 |
| SUB KSN DESC: WOW PIECE DYE SHORT XXL-CORE WHITE | 4841484-1 | CORE WHITE | XX LARGE | 1 | 3.040 | 9.99 | 191060021804 |
| | | TOTAL | | 7 | 21.280 | 69.93 | |

**ITEM CODE: 580099772600**          ITEM: WOW PIECE DYE SHORT CORE WHITE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE SHORT S-CORE WHITE | 4841125-0 | CORE WHITE | SMALL | 1 | 3.040 | 9.99 | 191060021767 |
| SUB KSN DESC: WOW PIECE DYE SHORT M-CORE WHITE | 4841126-8 | CORE WHITE | MEDIUM | 2 | 3.040 | 9.99 | 191060021774 |
| SUB KSN DESC: WOW PIECE DYE SHORT L-CORE WHITE | 4841422-1 | CORE WHITE | LARGE | 2 | 3.040 | 9.99 | 191060021781 |
| SUB KSN DESC: WOW PIECE DYE SHORT XL-CORE WHITE | 4841423-9 | CORE WHITE | X LARGE | 2 | 3.040 | 9.99 | 191060021798 |
| | | TOTAL | | 7 | 21.280 | 69.93 | |

KMART CORPORATION                           **P U R C H A S E   O R D E R**                                    Page : 8

| ORDER DATE : 10-OCT-2018 | ORDER NO : IN475 | TF2  TRIXIA FU |
|---|---|---|

ADDITIONAL CONDITIONS

FOR ITEM 580048414247
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

TRANSFERABLE

FOR ITEM 580099418196
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
to the SHC Global Packaging Manager and SHC Customs.
Reusable hanger numbers and cost are provided by the hanger manufacturer
All contracts that are shipped with a plastic reusable hanger.

FOR ITEM 580099772592
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
to the SHC Global Packaging Manager and SHC Customs.
Reusable hanger numbers and cost are provided by the hanger manufacturer
All contracts that are shipped with a plastic reusable hanger.

FOR ITEM 580099772600
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
to the SHC Global Packaging Manager and SHC Customs.
Reusable hanger numbers and cost are provided by the hanger manufacturer
All contracts that are shipped with a plastic reusable hanger.

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
------------------------------------------------

KMART CORPORATION                         **P U R C H A S E   O R D E R**                                    Page : 9

| ORDER DATE : 10-OCT-2018 | ORDER NO : IN475 | TF2  TRIXIA FU |

ANTIDUMPING CLAUSE:

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINSTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
-------------------------------------------------

LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
-------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
-------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

**UPS. Supply Chain Solutions**

(UPS)

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | |
| --- | --- |
| GOKALDAS EXPORTS | **BOOKING NO.** 967415054 |
| (A DIVISION OF GOKALDAS EXPORTS LTD) | **CARGO RECEIPT NO.** 7796732108 |
| NO.16/2, RESIDENCY ROAD, | **EXPORT REFERENCES** AWB 7796732108 |
| BANGALORE -560025 INDIA | **DATE OF RECEIPT OF CARGO** 24-DEC-2018 |

**EXPORT REFERENCES**
AWB 7796732108
CUST PO NO:IN475-801
CUST INV NO:201824177459

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
KMART CORPORATION
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PH:(310)404-2792 FAX: (310)404-2962
ATTN: MARY ELLEN WRATSCHKO

**Declared Value is:** _____

| PRI. CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER NHAVA SHEVA, INDIA | EXPORT LICENSE NO |
| --- | --- | --- |
| EXPORT CARRIER (VESSEL/VOYFLAG) MAERSK DETROIT 1902 | PORT OF LADING NHAVA SHEVA, INDIA | |
| PORT OF DISCHARGE NEWARK | PORT OF DELIVERY BY ON CARRIER CHAMBERSBURG, PA | NO OF ORIGINALS 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
| --- | --- | --- | --- | --- |
| CTRNO: MRKU1014532 SEALCODE1: MLIN2908967 MARKS & NO: USA 01-717 717 CTNS FREIGHT COLLECT CY/DOOR | 1 | 40' STANDARD CONTAINER 717 CARTON SAID TO CONTAIN 717 CARTON 100% COTTON WOVEN WOMENS SHORTS WOW PIECE DYE SHORT GT INV NO:201824177459 INV NO : GE/87732/818-19 DT. 07.12.2018 PO NO :IN475 REF # 801 DIV:4 DEPT NO:027 TOTAL QTY: 5040 PCS STYLE # WP9BE58045MI HTS/RITC CODE NO : 6204.6280.56 NET WT:1706.460KGS | 2459.310 KG 5421.850 LB | 14.396 M3 508.323 F3 |

SHIPPED ON BOARD
**3 1 DEC 2018**
FOR UPS SCS, MUMBAI
AS AGENT

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on:

| Document List | Original | Copy |
| --- | --- | --- |
| COMMERCIAL INVOICE | | 1 |
| PACKING LIST | | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

For UPS SCS (INDIA) PVT. LTD.

Issued by  MUMBAI                    AS AGENT

Month  Jan          Day  02          Year  2019

# COMMERCIAL INVOICE

Page 1 of 10

COML INV # GE/87733/18-19

**DATE:** December 07, 2018
**INVOICE NO.:** 201824172492

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:** Chambersburg , PA
**MODE OF TRANSPORTATION:** Ocean

FOB India

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART          IN437 | WOW PIECE DYE SHORT MARITIME BLUE | 33 CARTONS | 33 AST ( 33 CTNS ) | 21.280 USD AST | 702.24 USD |
| **ITEM:** 580011918026 | | | | | |
| **MADE IN** INDIA | | | | | |
| **CONTENTS** 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK   //     HANGER CODE :- 6010B PRICE

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | IN437 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 | |
| **VENDOR ITEM CODE** | WP9BE58169MI | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART          IN437 | WOW PIECE DYE SHORT PERFECT KHAKI | 34 CARTONS | 34 AST ( 34 CTNS ) | 21.280 USD AST | 723.52 USD |
| **ITEM:** 580011918802 | | | | | |
| **MADE IN** INDIA | | | | | |
| **CONTENTS** 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK   //     HANGER CODE :- 6010B PRICE

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | IN437 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 | |
| **VENDOR ITEM CODE** | WP9BE58169MI | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

# COMMERCIAL INVOICE

Page 2 of 10
DATE: December 07, 2018
INVOICE NO.: 201824172492

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India      SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

| KMART | IN437 | WOW PIECE DYE SHORT CALYPSO CORAL | 17 CARTONS | 17 AST | 18.240 USD | 310.08 USD |
|---|---|---|---|---|---|---|
| ITEM: | 580011918610 | | ( 17 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //    HANGER CODE :- 6010B PRICE

| CONTRACT NO. | IN437 | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WP9BE58169MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

| KMART | IN437 | WOW PIECE DYE SHORT CALYPSO CORAL | 46 CARTONS | 46 AST | 21.280 USD | 978.88 USD |
|---|---|---|---|---|---|---|
| ITEM: | 580011918628 | | ( 46 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //    HANGER CODE :- 6010B PRICE

| CONTRACT NO. | IN437 | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WP9BE58169MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

| KMART | IN437 | WOW PIECE DYE SHORT ROYAL BLUE | 17 CARTONS | 17 AST | 18.240 USD | 310.08 USD |
|---|---|---|---|---|---|---|
| ITEM: | 580011919925 | | ( 17 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,

# COMMERCIAL INVOICE

Page 3 of 10

DATE: December 07, 2018

INVOICE NO.: 201824172492

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India      SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-
1/4 INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH BODY LENGTH- FROM
WAIST TO KNEE
COUNTRY OF ORIGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //    HANGER CODE :- 6010B PRICE

| CONTRACT NO. | IN437 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WP9BE58169MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

| KMART | IN437 | WOW PIECE DYE SHORT ROYAL BLUE | 33 | 33 | 21.260 USD | 702.24 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 580011919933 | | | ( 33 CTNS ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORIGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //    HANGER CODE :- 6010B PRICE

| CONTRACT NO. | IN437 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WP9BE58169MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

| KMART | IN437 | WOW PIECE DYE SHORT ROYAL BLUE | 64 | 64 | 30.400 USD | 1,945.60 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 580011919941 | | | ( 64 CTNS ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORIGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //    HANGER CODE :- 6010B PRICE

# COMMERCIAL INVOICE

Page 4 of 10
DATE: December 07, 2018
INVOICE NO.: 201824172492

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB India

| CONTRACT NO. | IN437 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WP9BE58169MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

| KMART | IN437 | WOW PIECE DYE SHORT BLACK ONYX | 34 CARTONS | 34 AST | 21.280 USD AST | 723.52 USD |
| --- | --- | --- | --- | --- | --- | --- |
| ITEM: | 580011919958 | | ( 34 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //    HANGER CODE :- 6010B PRICE

| CONTRACT NO. | IN437 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WP9BE58169MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

| KMART | IN437 | WOW PIECE DYE SHORT MARITIME BLUE | 174 CARTONS | 174 AST | 24.320 USD AST | 4,231.68 USD |
| --- | --- | --- | --- | --- | --- | --- |
| ITEM: | 580028937696 | | ( 174 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //    HANGER CODE :- 6010B PRICE

| CONTRACT NO. | IN437 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WP9BE58169MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

# COMMERCIAL INVOICE

Page 5 of 10
**DATE:** December 07, 2018
**INVOICE NO.:** 201824172492

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:** Chambersburg , PA
**MODE OF TRANSPORTATION:** Ocean

FOB India

| KMART | IN437 | WOW PIECE DYE SHORT PERFECT KHAKI | 184 | 184 | 24.320 USD | 4,474.88 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 580028943413 | | CARTONS | AST | AST | |
| **MADE IN** | INDIA | | ( 184 CTNS ) | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //    HANGER CODE :- 6010B PRICE

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | IN437 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 |
| **VENDOR ITEM CODE** | WP9BE58169MI | **COUNTRY OF ORIGIN** | INDIA |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

| KMART | IN437 | WOW PIECE DYE SHORT BLACK ONYX | 176 | 176 | 24.320 USD | 4,280.32 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 580030321715 | | CARTONS | AST | AST | |
| **MADE IN** | INDIA | | ( 176 CTNS ) | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //    HANGER CODE :- 6010B PRICE

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | IN437 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 |
| **VENDOR ITEM CODE** | WP9BE58169MI | **COUNTRY OF ORIGIN** | INDIA |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

| KMART | IN437 | WOW PIECE DYE SHORT BLACK ONYX | 171 | 171 | 18.240 USD | 3,119.04 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 580096695903 | | CARTONS | AST | AST | |
| **MADE IN** | INDIA | | ( 171 CTNS ) | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,

# COMMERCIAL INVOICE

Page 6 of 10

DATE: December 07, 2018

INVOICE NO.: 201624172492

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-
1/4 INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH BODY LENGTH- FROM
WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //    HANGER CODE :- 6010B PRICE

| CONTRACT NO. | IN437 | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WP9BE58169MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

| KMART | IN437 | WOW PIECE DYE SHORT BLACK ONYX | 369 | 369 | 21.280 USD | 7,852.32 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 580096695911 | | | ( 369 CTNS ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //    HANGER CODE :- 6010B PRICE

| CONTRACT NO. | IN437 | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WP9BE58169MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

| KMART | IN437 | WOW PIECE DYE SHORT MARITIME BLUE | 160 | 160 | 18.240 USD | 2,918.40 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 580096695929 | | | ( 160 CTNS ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //    HANGER CODE :- 6010B PRICE

# COMMERCIAL INVOICE

Page 7 of 10
DATE: December 07, 2018
INVOICE NO.: 201824172492

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India          SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

| | | |
|---|---|---|
| CONTRACT NO. | IN437 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WP9BE58169MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

| KMART | IN437 | WOW PIECE DYE SHORT MARITIME BLUE | 351 | 351 | 21.280 USD | 7,469.28 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 580096695937 | | | ( 351 CTNS ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //      HANGER CODE :- 6010B PRICE

| | | |
|---|---|---|
| CONTRACT NO. | IN437 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WP9BE58169MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

| KMART | IN437 | WOW PIECE DYE SHORT PERFECT KHAKI | 160 | 160 | 18.240 USD | 2,918.40 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 580096695945 | | | ( 160 CTNS ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //      HANGER CODE :- 6010B PRICE

| | | |
|---|---|---|
| CONTRACT NO. | IN437 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WP9BE58169MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

# COMMERCIAL INVOICE

Page 8 of 10
**DATE:** December 07, 2018
**INVOICE NO.:** 201824172492

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:** Chambersburg , PA
**MODE OF TRANSPORTATION:** Ocean

FOB India

| KMART | IN437 | WOW PIECE DYE SHORT PERFECT KHAKI | 360 | 360 | 21.280 USD | 7,660.80 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |
| **ITEM:** | 580096695952 | | ( 360 CTNS ) | | | |
| **MADE IN** | INDIA | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICALED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //      HANGER CODE :- 6010B PRICE

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | IN437 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 | |
| **VENDOR ITEM CODE** | WP9BE58169MI | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

| KMART | IN437 | WOW PIECE DYE SHORT CALYPSO CORAL | 191 | 191 | 21.280 USD | 4,064.48 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |
| **ITEM:** | 580096695960 | | ( 191 CTNS ) | | | |
| **MADE IN** | INDIA | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //      HANGER CODE :- 6010B PRICE

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | IN437 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 | |
| **VENDOR ITEM CODE** | WP9BE58169MI | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

| KMART | IN437 | WOW PIECE DYE SHORT CALYPSO CORAL | 59 | 59 | 30.400 USD | 1,793.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |
| **ITEM:** | 580096695978 | | ( 59 CTNS ) | | | |
| **MADE IN** | INDIA | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,

# COMMERCIAL INVOICE

Page 9 of 10

**DATE:** December 07, 2018

**INVOICE NO.:** 201824172492

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-
1/4 INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH BODY LENGTH- FROM
WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK   //    HANGER CODE :- 6010B PRICE

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | IN437 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 | |
| **VENDOR ITEM CODE** | WP9BE58169MI | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

| KMART | IN437 | WOW PIECE DYE SHORT ROYAL BLUE | 208 | 208 | 21.280 USD | 4,426.24 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | AST |
| **ITEM:** | 580096695986 | | | ( 208 CTNS ) | | |
| **MADE IN** | INDIA | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK   //    HANGER CODE :- 6010B PRICE

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | IN437 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 | |
| **VENDOR ITEM CODE** | WP9BE58169MI | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

**PAYMENT TERM**    Letter of Credit

**ORDER PAYMENT TERMS**

**DRAWN UNDER**    BANK OF AMERICA

**LC#**    925102

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 2,841 | 2,841 | ASSORTMENTS | 61,605.60 USD |

TOTAL US DOLLARS SIXTY-ONE THOUSAND SIX HUNDRED FIVE DOLLARS AND SIXTY CENTS ONLY.

# COMMERCIAL INVOICE

Page 10 of 10

**DATE:** December 07, 2018

**INVOICE NO.:** 201824172492

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB India

| GOKALDAS EXPORTS LTD | |
|---|---|
| **EMPLOYEE NAME** | N. JAYANTHI |
| **EMPLOYEE TITLE** | GENERAL MANAGER – RECEIVABLES MANAGEMENT |

For GOKALDAS EXPORTS LTD.,

G. M. - Receivables Management



```
****ADVICE OF AMENDMENT****                    AMENDMENT NUMBER -    1
Banking and other Financial Services
==================================================================
OUR REF: EX061369/18                           19 December, 2018
------------------------------------------------------------------
BENEFICIARY                    |ISSUING BANK:
==========                     |============
GOKALDAS EXPORTS LTD           |BANK OF AMERICA N.A.
NO. 16/2 RESIDENCY ROAD        |
BANGALORE,                     |
KARNATAKA 560025, INDIA        |REF: 925102
-------------------------------|----------------------------------
                               |ADVISED THRU' BANK:
                               |============
                               |CANARA BANK
                               |AVENUE ROAD BANGALORE
                               |KARNATAKA 560002INDIA
                               |
------------------------------------------------------------------
```

Gentlemen::

We enclose an authenticated copy of the Issuing Bank's teletransmission of amendment to the above Letter of Credit, which is the operative instrument. This amendment does not carry our confirmation.

This letter is to be considered as part of the original credit and must be presented with all drafts drawn under the original Letter of Credit. All amounts negotiated must be endorsed on the reverse side of the original Letter of Credit.

This notification is solely an advice of amendment opened by the above mentioned correspondent and conveys no engagement on our part.

Please review the original LC and amendment and take up the matter with your buyer for necessary amendment if any of the terms/conditions are not acceptable to you. This procedure will facilitate prompt handling when documents are presented.

This amendment is subject to Uniform Customs and Practices for Documentary Credits ICC Publication version as per the original LC.

This amendment will be delivered to you upon receipt of our amendment charges as per enclosed sheet.

We have authorised the representative of our courier agent to collect the charges from you.

PRESENTATION OF DOCUMENTS THAT ARE NOT IN COMPLIANCE WITH THE APPLICABLE ANTI-BOYCOTT, ANTI-MONEY LAUNDERING, ANTI-TERRORISM, ANTI-DRUG TRAFFICKING, EXPORT DENIAL OR ECONOMIC SANCTIONS LAWS, REGULATIONS OR ORDERS IS NOT ACCEPTABLE. APPLICABLE LAWS VARY DEPENDING ON THE TRANSACTION AND MAY INCLUDE UNITED NATIONS, UNITED STATES AND/OR

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America

**Bank of America** 🇺🇸

LAWS.

PERMANENT ACCOUNT NUMBER : AAACB1537G.
HSN CODE : 9971

----------------------------
Authorised Signature

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America

**Bank of America** ⋙

REVIEWED COMPLIANCE BY ZKNSLCJ December 19, 2018, 17:13:34, IST

Sears Roebuck Acceptance Corp - GGI : 006919104

Print 001 Of 001

REVIEWED COMPLIANCE BY ZKHWBGQ December 19, 2018, 20:09:39, IST

```
FROM:/SA-BOFAHKHX
      BANK OF AMERICA, N.A.
      19F TOWER 2 KCC 51 KWAI
      CHEONG RD, KWAI CHUNG HK

TO:   /SA-BOFAIN4XDEL
      BANK OF AMERICA N.A.
      1ST FLOOR, DLF CENTRE,
      SANSAD MARG,NEW DELHI
      110 001 INDIA(FAX:91 11 3714042)
DATE:181219

::707 DOC CREDIT AMENDMENT


:27 /PAGE NUMBER              :1 OF 1
:20 /SENDERS REF             :6055EX139064/18
:21 /RELATED REF             :NONREF
:23 /DOC CREDIT NUMBER       :925102
:50B/NON BANK ISSUER         :SEARS ROEBUCK ACCEPTANCE CORP
                              3711 KENNETT PIKE
                              GREENVILLE DE 19807
                              USA
:31C/ISSUE/TRANSFER DATE     :181116 16NOV18
:26E/NUMBER OF AMENDMENT     :001
:30 /AMENDMENT DATE          :181219 19DEC18
:22A/PURPOSE OF MESSAGE      :ADVI
:31D/DATE AND PLACE OF EXPIRY :190108 08JAN19
                              COUNTRY OF BENEFICIARY
:47B/ADDITIONAL CONDITIONS   :
    /ADD/
    + LETTER OF CREDIT: LATEST SHIP DATE HAS BEEN CHANGED
      FROM 04-DEC-18 TO 18-DEC-18.
    à

*  LAST UPDATED BY  : SYSTEM    ON 19DEC18  AT 15:27:08 *
*  AUTHORISED BY    :                                   *
*  MPROC REFERENCE  : SDSMPR6216TRAN237513              *
*  DESTINATION NAME :                                   *
*  DESTINATION ADDR :                                   *
*                   :                                   *
*                   :
```

This telex/Cable/Mail advice alongwith our covering
letter dated 19/12/18 constitutes amendment number
01 of letter of credit registered under our reference No.
EX 061369/8 of which this amendment is an
integral part and must be attached therewith.

Bank of America N.A.
(Incorporated in USA with Limited Liability)

Authorised Signatory

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



DATE OF ADVICE: 19 December, 2018
DEBIT ADVICE NO: EX061369/180002

PAYMENT OF CHARGES FOR EXPORT

NAME AND ADDRESS OF RECIPIENT OF SERVICES:
GOKALDAS EXPORTS LTD
NO. 16/2 RESIDENCY ROAD
BANGALORE,
KARNATAKA 560025, INDIA


GSTIN OF THE RECIPIENT: GST UNKNOWN
PLACE OF SUPPLY:    STATE UNKNOWN

IN ACCORDANCE WITH DETAILS SHOWN BELOW, WE HAVE DEBITED YOUR ACCOUNT

DETAILS OF CHARGES:
Amend-Taxable value              INR         1,355.94
Central Tax (9%)                 INR           122.03
State Tax (9%)                   INR           122.03
                                 ---------------------------
NET AMOUNT DEBITED               INR         1,600.00

SUPPLIER GSTIN: 07AAACB1537G1Z3
PERMANENT ACCOUNT NUMBER: AAACB1537G.
HSN CODE: 9971

THIS IS A SYSTEM GENERATED ADVICE AND REQUIRES NO SIGNATURE.

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America

925102

**CANARA BANK**

**AVENUE PLAZA,AVENUE,ROAD,**

**BRANCH,AVENUE ROAD, 560002**

**BANGALORE**

**KARNATAKA**

**Bank of America**

Advising Bank: Bank of America N.A., NEW DELHI
Banking and other Financial Services
OUR REF: EX061369/18                                  16 November, 2018
----------------------------------------------------------------------
TO BENEFICIARY:                    |ISSUING BANK:
GOKALDAS EXPORTS LTD               |BANK OF AMERICA N.A.
NO. 16/2 RESIDENCY ROAD            |
BANGALORE,                         |
KARNATAKA 560025, INDIA            |REF: 925102
----------------------------------------------------------------------
                                   | ADVISED THRU BANK:
Amount:USD 62,216.64               | CANARA BANK
                                   | AVENUE ROAD BANGALORE
Expiry Date: 25 December, 2018     | KARNATAKA 560002INDIA
                                   |
----------------------------------------------------------------------
Dear Sirs:

We have been informed by the above issuing bank that they have
established their irrevocable letter of credit in your favour.We enclose
herewith an authenticated copy of the issuing bank's teletransmission
which is the operative instrument and has been authenticated by us.

This letter of credit does not carry our confirmation
This notification is solely an advice of credit opened by the above
mentioned correspondent bank and conveys no engagement by us.

This letter is to be considered as part of the subject credit and must
be presented with all drafts drawn under the attached letter of credit.
All amounts negotiated must be endorsed on the  reverse of the credit.

Please review the original LC and take up the matter with your buyer
directly for any amendment required in the LC.

This credit is subject to Uniform Customs and Practice for Documentary
Credits 2007 Revision, ICC Publication no 600.

This letter of credit will be delivered to you upon receipt of our
advising charges as per enclosed sheet.

PERMANENT ACCOUNT NUMBER : AAACB1537G.
HSN CODE : 9971

Authorised Signatory

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Page 2 of 2
Attached to and forming part of our Ref:EX061369/18
------------------------------------------------------

Please note that under the terms of the L/C, we are the nominated bank
for handling the documents and payments and we hold special document
handling/reimbursement instructions.  The documents under the Letter of
Credit should be forwarded to us at the following address through your
your bankers:

              BANK OF AMERICA N.A., (TRADE SERVICES)
              1ST FLOOR, DLF CENTRE,
              SANSAD MARG,
              NEW DELHI 110 001.

Important notice to Exporter's bankers:
----------------------------------------
Please be advised that the EDF Form should be retained and the original
LC should be endorsed by the bank through whom the documents are
submitted to us for payment.  If these documents are submitted to us in
in error, the same will be returned to the presenting bankers.

Please note that in case of discrepancies in the documents, presenting
bankers as well as the issuing bankers will be notified of discrepancies
and documents will be simultaneously couriered to the issuing bank for
necessary acceptance/payment without further reference to the presenting
bank/beneficiary, and documents will be held by the issuing bank at the
risk and disposal of presenting bank for further instructions.

PRESENTATION OF DOCUMENTS THAT ARE NOT IN COMPLIANCE WITH THE APPLICABLE
ANTI-BOYCOTT, ANTI-MONEY LAUNDERING, ANTI-TERRORISM, ANTI-DRUG
TRAFFICKING, EXPORT DENIAL OR ECONOMIC SANCTIONS LAWS, REGULATIONS OR
ORDERS IS NOT ACCEPTABLE. APPLICABLE LAWS VARY DEPENDING ON THE
TRANSACTION AND MAY INCLUDE UNITED NATIONS, UNITED STATES AND/OR LOCAL
LAWS.

For all transferable L/Cs, please arrange to submit the enclosed
application duly filled up and signature verified by the bank. Your
transfer request should be accompanied by a bank draft as per details
enclosed.

Authorised Signatory

**Bank of America**

Print 001 of 009

```
FROM:/SA-BOFAHKHX
      BANK OF AMERICA, N.A.
      19F TOWER 2 KCC 51 KWAI
      CHEONG RD, KWAI CHUNG HK

TO:  /SA-BOFAIN4XDEL
      BANK OF AMERICA N.A.
      1ST FLOOR, DLF CENTRE,
      SANSAD MARG,NEW DELHI
      110 001 INDIA(FAX:91 11 3714042)
DATE:181116
```

::710 ADVICE OF THIRD BANKS OR NON-BANKS DOC CREDIT

| | |
|---|---|
| :27 /PAGE NUMBER | :1 OF 3 |
| :40B/FORM OF DOC CREDIT | :IRREVOCABLE TRANSFERABLE WITHOUT OUR CONFIRMATION |
| :20 /SENDERS REF | :6055EX139064/18 |
| :21 /DOC CREDIT NUMBER | :925102 |
| :31C/ISSUE DATE | :181116 16NOV18 |
| :40E/APPLICABLE RULES   UCP LATEST VERSION | : |
| :31D/DATE AND PLACE OF EXPIRY | :181225 25DEC18 COUNTRY OF BENEFICIARY |
| :50B/NON BANK ISSUER | :SEARS ROEBUCK ACCEPTANCE CORP 3711 KENNETT PIKE GREENVILLE DE 19807 USA |
| :50 /APPLICANT/ACCOUNT PARTY | :SEARS HOLDINGS MGMT CORP AN AGENT OF SEARS,ROEBUCK AND CO AND KMART CORPORATION,3333 BEVERLY RD, HOFFMAN ESTATES,IL 60179 USA |
| :59 /BENEFICIARY | :GOKALDAS EXPORTS LTD NO. 16/2 RESIDENCY ROAD BANGALORE, KARNATAKA 560025, INDIA |
| :32B/AMOUNT | :USD 62216.64 U.S. DOLLARS |
| :41D/AVAILABLE WITH/BY | :ANY BANK BY NEGOTIATION |
| :42C/DRAFTS AT ... | :75 DAYS AFTER SHIPMENT DATE |
| :42D/DRAWEE | : SEARS ROEBUCK ACCEPTANCE CORP 3711 KENNETT PIKE GREENVILLE,DE 19807 USA |
| :43P/PARTIAL SHIPMENTS | :ALLOWED |
| :43T/TRANSSHIPMENT | :ALLOWED |
| :44E/PORT OF LOADING/AIRPORT OF DEPARTURE: INDIA | |

BANK OF AMERICA N.A.
New Delhi

EX061369|18

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America

**Bank of America**

EX06 13 69 18

Print 002 Of 009

:44F/PORT OF DISCHARGE/AIRPORT OF DESTINATION:
UNITED STATES
:45 /DESCRIPTION OF GOODS/SERVICES:
   + P.O NO. IN437, ITEM CODE 580011918026 AT USD 21.28
   + P.O. NO. IN437 ITEM NO. 580011918026 WOW PIECE DYE SHORT MARIT
   IME BLUE, FOB USD 21.28 PER ASSORTMENT,  33 ASSORTMENT, 1 ASSOR
   TMENT PER CARTON, 33 CARTONS PACKING FACTOR 1.
   + P.O NO. IN437, ITEM CODE 580011918802 AT USD 21.28
   + P.O. NO. IN437 ITEM NO. 580011918802 WOW PIECE DYE SHORT PERFE
   CT KHAKI, FOB USD 21.28 PER ASSORTMENT,  32 ASSORTMENT, 1 ASSOR
   TMENT PER CARTON, 32 CARTONS PACKING FACTOR 1.
   + P.O NO. IN437, ITEM CODE 580011918810 AT USD 18.24
   + P.O. NO. IN437 ITEM NO. 580011918810 WOW PIECE DYE SHORT CALYP
   SO CORAL, FOB USD 18.24 PER ASSORTMENT,  16 ASSORTMENT, 1 ASSOR
   TMENT PER CARTON, 16 CARTONS PACKING FACTOR 1.
   + P.O NO. IN437, ITEM CODE 580011918828 AT USD 21.28
   + P.O. NO. IN437 ITEM NO. 580011918828 WOW PIECE DYE SHORT CALYP
   SO CORAL, FOB USD 21.28 PER ASSORTMENT,  41 ASSORTMENT, 1 ASSOR
   TMENT PER CARTON, 41 CARTONS PACKING FACTOR 1.
   + P.O NO. IN437, ITEM CODE 580011919925 AT USD 18.24
   + P.O. NO. IN437 ITEM NO. 580011919925 WOW PIECE DYE SHORT ROYAL
   BLUE, FOB USD 18.24 PER ASSORTMENT,  16 ASSORTMENT, 1 ASSORTME
   NT PER CARTON, 16 CARTONS PACKING FACTOR 1.
   + P.O NO. IN437, ITEM CODE 580011919933 AT USD 21.28
   + P.O. NO. IN437 ITEM NO. 580011919933 WOW PIECE DYE SHORT ROYAL
   BLUE, FOB USD 21.28 PER ASSORTMENT,  41 ASSORTMENT, 1 ASSORTME
   NT PER CARTON, 41 CARTONS PACKING FACTOR 1.
   + P.O NO. IN437, ITEM CODE 580011919941 AT USD 30.4
   + P.O. NO. IN437 ITEM NO. 580011919941 WOW PIECE DYE SHORT ROYAL
   BLUE, FOB USD 30.4 PER ASSORTMENT,  60 ASSORTMENT, 1 ASSORTMEN
   T PER CARTON, 60 CARTONS PACKING FACTOR 1.
   + P.O NO. IN437, ITEM CODE 580011919958 AT USD 21.28
   + P.O. NO. IN437 ITEM NO. 580011919958 WOW PIECE DYE SHORT BLACK
   ONYX, FOB USD 21.28 PER ASSORTMENT,  33 ASSORTMENT, 1 ASSORTME
   NT PER CARTON, 33 CARTONS PACKING FACTOR 1.
   + P.O NO. IN437, ITEM CODE 580028937696 AT USD 24.32
   + P.O. NO. IN437 ITEM NO. 580028937696 WOW PIECE DYE SHORT MARIT
   IME BLUE, FOB USD 24.32 PER ASSORTMENT,  179 ASSORTMENT, 1 ASSO
   RTMENT PER CARTON, 179 CARTONS PACKING FACTOR 1.
   + P.O NO. IN437, ITEM CODE 580028943413 AT USD 24.32
   + P.O. NO. IN437 ITEM NO. 580028943413 WOW PIECE DYE SHORT PERFE
   CT KHAKI, FOB USD 24.32 PER ASSORTMENT,  179 ASSORTMENT, 1 ASSO
   RTMENT PER CARTON, 179 CARTONS PACKING FACTOR 1.
   + P.O NO. IN437, ITEM CODE 580030321715 AT USD 24.32
   + P.O. NO. IN437 ITEM NO. 580030321715 WOW PIECE DYE SHORT BLACK
   ONYX, FOB USD 24.32 PER ASSORTMENT,  179 ASSORTMENT, 1 ASSORTM
   ENT PER CARTON, 179 CARTONS PACKING FACTOR 1.
   + P.O NO. IN437, ITEM CODE 580096695903 AT USD 18.24
   + P.O. NO. IN437 ITEM NO. 580096695903 WOW PIECE DYE SHORT BLACK
   ONYX, FOB USD 18.24 PER ASSORTMENT,  158 ASSORTMENT, 1 ASSORTM

T +9111.2371.5565 • F +9111.6516.2523
Bank of America, N.A.
P.O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 003 Of 009

ENT PER CARTON, 158 CARTONS PACKING FACTOR 1.
+ P.O NO. IN437, ITEM CODE 580096695911 AT USD 21.28
+ P.O. NO. IN437 ITEM NO. 580096695911 WOW PIECE DYE SHORT BLACK
ONYX, FOB USD 21.28 PER ASSORTMENT,  367 ASSORTMENT, 1 ASSORTM
ENT PER CARTON, 367 CARTONS PACKING FACTOR 1.
+ P.O NO. IN437, ITEM CODE 580096695929 AT USD 18.24
+ P.O. NO. IN437 ITEM NO. 580096695929 WOW PIECE DYE SHORT MARIT
IME BLUE, FOB USD 18.24 PER ASSORTMENT,  158 ASSORTMENT, 1 ASSO
RTMENT PER CARTON, 158 CARTONS PACKING FACTOR 1.
+ P.O NO. IN437, ITEM CODE 580096695937 AT USD 21.28
+ P.O. NO. IN437 ITEM NO. 580096695937 WOW PIECE DYE SHORT MARIT
IME BLUE, FOB USD 21.28 PER ASSORTMENT,  367 ASSORTMENT, 1 ASSO
RTMENT PER CARTON, 367 CARTONS PACKING FACTOR 1.
+ P.O NO. IN437, ITEM CODE 580096695945 AT USD 18.24
+ P.O. NO. IN437 ITEM NO. 580096695945 WOW PIECE DYE SHORT PERFE
CT KHAKI, FOB USD 18.24 PER ASSORTMENT,  159 ASSORTMENT, 1 ASSO
RTMENT PER CARTON, 159 CARTONS PACKING FACTOR 1.
+ P.O NO. IN437, ITEM CODE 580096695952 AT USD 21.28
+ P.O. NO. IN437 ITEM NO. 580096695952 WOW PIECE DYE SHORT PERFE
CT KHAKI, FOB USD 21.28 PER ASSORTMENT,  366 ASSORTMENT, 1 ASSO
RTMENT PER CARTON, 366 CARTONS PACKING FACTOR 1.
+ P.O NO. IN437, ITEM CODE 580096695960 AT USD 21.28
+ P.O. NO. IN437 ITEM NO. 580096695960 WOW PIECE DYE SHORT CALYP
SO CORAL, FOB USD 21.28 PER ASSORTMENT,  212 ASSORTMENT, 1 ASSO
RTMENT PER CARTON, 212 CARTONS PACKING FACTOR 1.
+ P.O NO. IN437, ITEM CODE 580096695978 AT USD 30.4
+ P.O. NO. IN437 ITEM NO. 580096695978 WOW PIECE DYE SHORT CALYP
SO CORAL, FOB USD 30.4 PER ASSORTMENT,  60 ASSORTMENT, 1 ASSORT
MENT PER CARTON, 60 CARTONS PACKING FACTOR 1.
+ P.O NO. IN437, ITEM CODE 580096695986 AT USD 21.28
+ P.O. NO. IN437 ITEM NO. 580096695986 WOW PIECE DYE SHORT ROYAL
BLUE, FOB USD 21.28 PER ASSORTMENT,  212 ASSORTMENT, 1 ASSORTM
ENT PER CARTON, 212 CARTONS PACKING FACTOR 1.
:46 /DOCUMENTS REQUIRED            :
+ COMMERCIAL INVOICE TO BE ADDRESSED TO KMART
CORPORATION OR SEARS HOLDINGS MANAGEMENT
CORPORATION WHO ACTS AS AGENT OF KMART CORPORATION
IN DUPLICATE (COPIES OR ORIGINALS
ACCEPTABLE).

+ PACKING LIST IN DUPLICATE (COPY OR ORIGINAL
ACCEPTABLE).

+ ORIGINAL OR COPY OF SEA WAYBILL,
OR ORIGINAL OR COPY OF FORWARDER'S CARGO RECEIPT,
OR ORIGINAL OR COPY OF AIR WAYBILL
CONSIGNED TO KMART CORPORATION, AND SHOW
APPROPRIATE NOTIFY PARTY AS INSTRUCTED BY THE
DESIGNATED CONSOLIDATOR.

BANK OF AMERICA N.A.
New Delhi

EX061369|18

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 004 of 009

FOR SHIPMENTS EFFECTED FROM BANGLADESH ONLY,
3/3 ON BOARD OCEAN BILL OF LADING TO BE
CONSIGNED TO NEGOTIATING BANK AND ENDORSED TO
KMART CORPORATION OR LC ISSUER
MARKED FREIGHT COLLECT.

IN CASE OF COPY OF SEA WAYBILL PRESENTED, IT MUST
SHOW ON BOARD DATE AND IS DEEMED TO BE THE DATE
OF SHIPMENT. IN CASE OF ORIGINAL OR COPY OF
FORWARDER'S CARGO RECEIPT, IT MUST SHOW CARGO
RECEIVED DATE AND IS DEEMED TO BE THE DATE OF
SHIPMENT. IN CASE OF COPY OF AIR WAYBILL
PRESENTED, IT MUST SHOW ACTUAL FLIGHT DATE AND IS
DEEMED TO BE THE DATE OF SHIPMENT.

+ ORIGINAL OR COPY OF AN INSPECTION CERTIFICATE
ISSUED BY SEARS HOLDINGS GLOBAL SOURCING LTD. DULY
SIGNED BY AN AUTHORIZED SIGNATORY OF SEARS
HOLDINGS GLOBAL SOURCING LTD. (OR WRITTEN WAIVER
OF SUCH REQUIREMENT SIGNED BY AN AUTHORIZED
SIGNATORY OF SEARS HOLDINGS GLOBAL SOURCING LTD.)
:48 /PERIOD FOR PRESENTATION OF DOCUMENTS:
                              21 DAYS TO PRESENT DOCUMENTS.
:49 /CONFIRMATION INSTRUCTIONS  :WITHOUT
:57D/ADVISE THRU                :CANARA BANK
                                 AVENUE ROAD BANGALORE
                                 KARNATAKA 560002INDIA
                                 à

*   LAST UPDATED BY   : SYSTEM      ON 16NOV18  AT 12:06:02 *
*   AUTHORISED BY     :                                     *
*   MPROC REFERENCE   : SDSMPR6216TRAN236147                *
*   DESTINATION NAME  :                                     *
*   DESTINATION ADDR  :                                     *
*                     :                                     *
*                     :                                     *

BANK OF AMERICA N.A.
New Delhi

EX061369|18

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



**Bank of America**

Print 005 Of 009

FROM:/SA-BOFAHKHX
       BANK OF AMERICA, N.A.
       19F TOWER 2 KCC 51 KWAI
       CHEONG RD, KWAI CHUNG HK

TO:   /SA-BOFAIN4XDEL
       BANK OF AMERICA N.A.
       1ST FLOOR, DLF CENTRE,
       SANSAD MARG,NEW DELHI
       110 001 INDIA(FAX:91 11 3714042)
DATE:181116

::711 ADVICE OF THIRD BANKS OR NON-BANKS DOC CREDIT


:27 /PAGE NUMBER          :2 OF 3
:20 /SENDERS REF          :6055EX139064/18
:21 /RELATED REF          :925102
:47 /ADDITIONAL CONDITIONS  :
     INSURANCE BY: BUYER
     + THIS LETTER OF CREDIT COVERS 100 PERCENT OF INVOICE VALUE.
     + A DISCREPANCY FEE OF USD60.00 (OR EQUIVALENT) PER DRAWING OF
     DISCREPANT DOCUMENTS WILL BE DEDUCTED AT THE TIME OF PAYMENT. IN
     ADDITION, TELEX EXPENSES, IF ANY, INCURRED BY US AS A RESULT OF
     DISCREPANT DOCUMENTS ARE ALSO FOR THE BENEFICIARY'S ACCOUNT.
     + BANK OF AMERICA NA HOLDS SPECIAL INSTRUCTIONS REGARDING
     DOCUMENTS DISPOSAL AND REIMBURSEMENT OF THIS LETTER OF CREDIT.
     ALL DOCUMENTS MUST BE PRESENTED IN ONE LOT BY COURIER SERVICE
     THROUGH BENEFICIARY'S BANKER TO OUR PROCESSING AGENT: BANK OF
     AMERICA NA., 19TH FLOOR, TOWER 2, KOWLOON COMMERCE CENTRE, 51
     KWAI
     CHEONG ROAD, KWAI CHUNG, HONG KONG (ATTN: TRADE FINANCE - SEARS).
     DOCUMENTS SENT TO OUR OFFICE IN 3711 KENNETT PIKE GREENVILLE,DE
     19807 USA WILL BE REJECTED AND FORWARDED TO THE ABOVE ADDRESS FOR
     PROCESSING FOR WHICH THE DELAY WILL BE BORNE BY THE BENEFICIARY.
     + UPON RECEIPT OF DOCUMENTS DRAWN IN COMPLIANCE WITH TERMS AND
     CONDITIONS OF THIS CREDIT, WE SHALL REMIT THE PROCEEDS TO
     NEGOTIATING BANK IN ACCORDANCE WITH THEIR INSTRUCTION ON
     MATURITY.
     + ALL CORRESPONDENCE TO THE ISSUER (INCLUDING THE COVERING LETTER
     ON EACH PRESENTATION) MUST IDENTIFY THIS LC BY QUOTING OUR
     REFERENCE AS IM402268/18.
     + PRESENTATION OF DOCUMENTS(S) THAT ARE NOT IN COMPLIANCE WITH
     THE APPLICABLE ANTI-BOYCOTT, ANTI-MONEY LAUNDERING,
     ANTI-TERRORISM, ANTI-DRUG TRAFFICKING, EXPORT DENIAL OR ECONOMIC
     SANCTIONS LAWS, REGULATIONS OR ORDERS IS NOT ACCEPTABLE.
     APPLICABLE LAWS VARY DEPENDING ON THE TRANSACTION AND MAY INCLUDE
     UNITED NATIONS, UNITED STATES AND/OR LOCAL LAWS.
     + TWO PHOTOCOPIES OF THE ABOVE MENTIONED COMMERCIAL INVOICES ARE



Print 006 Of 009

REQUIRED FOR ISSUER'S RETENTION.
+ UNLESS OTHERWISE STATED, ALL DOCUMENTS CONTENTS MUST BE IN
ENGLISH LANGUAGE.
+ ALL DRAFTS MUST BE MARKED DRAWN UNDER THIS L/C NUMBER.
+ PRESENTATION OF DOCUMENTS MUST BE THROUGH BENEFICIARY'S BANKER.
PRESENTING BANK MUST CERTIFY ON ITS COVERING LETTER THAT THE
DRAWING AMOUNT HAS BEEN ENDORSED ON THE ORIGINAL CREDIT. IN SUCH
CASE, ORIGINAL L/C IS NOT REQUIRED TO BE ACCOMPANIED WITH THE
DOCUMENTS.
+ NOTWITHSTANDING THE DEFINITION OF 'BANKING DAY' UNDER THE
UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS, SATURDAY IS
NOT A 'BANKING DAY' FOR OUR HONG KONG TRADE SERVICES.
+ ALL REFERENCES IN THE UCP600 TO ISSUING BANK, AND TO BANK WHERE
THE TERM INCLUDES AN ISSUING BANK SHALL BE DEEMED TO BE
REFERENCES TO THE ISSUER OF THIS CREDIT, AND THE ISSUER SHALL
HAVE ALL OF THE RIGHTS, DUTIES, AND OBLIGATIONS OF AN ISSUER
UNDER THE UCP.
+ THIS CREDIT IS NOT CONFIRMED BY BANK OF AMERICA N.A. AND
THEREFORE CARRIES NO ENGAGEMENT ON THE PART OF BANK OF AMERICA
N.A.
+ IN CASE OF QUERIES, PLEASE CONTACT US AT OUR HOTLINE 852 3508
2323

+ SHIPMENT QUANTITY AND AMOUNT LESS UP TO 3PCT PER
PO ACCEPTABLE. SHIPMENT QUANTITY AND AMOUNT MORE
UP TO 3PCT PER PO ACCEPTABLE ONLY FOR CLOTHING,
FASHION ACCESSORIES, HOME TEXTILES AND HANDBAGS.

+ REFERENCE (PO) FROM ORDER CONTRACT SHIPPING
SCHEDULE MUST BE SPECIFIED ON THE COMMERCIAL
INVOICE FOR EACH SHIPMENT COVERED ON THE INVOICE.



+ COMBINED DRAWINGS UNDER OTHER LETTERS OF CREDIT
ISSUED BY US WITH IDENTICAL TERMS AND CONDITIONS
IN FAVOR OF THE SAME BENEFICIARY FOR ACCOUNT OF
APPLICANT ARE ACCEPTABLE PROVIDED THAT ONE DRAFT
IS PRESENTED FOR THE TOTAL AMOUNT INDICATING THE
AMOUNTS DRAWN UNDER EACH LETTER OF CREDIT.

+ SEPARATE INVOICES MUST BE ISSUED FOR EACH
DESTINATION (COPIES OR ORIGINALS ACCEPTABLE.)

+ PO NO IN437, ALL SHIPMENTS TO BE MADE AS SPECIFIED IN BUYER'S
  ORDER NO.  IN437 WITH SHIPMENT TO COMMENCE ON 10/25/1
  8 BUT IN ANY EVENT NOT LATER THAN12/04/18

+ THIRD PARTY SHIPPER AND DOCUMENTS ACCEPTABLE.

+ ALL BANKING CHARGES OTHER THAN THOSE OF THE
ISSUING CHARGES, ARE FOR THE ACCOUNT OF THE


**Bank of America**

Print 007 Of 009

BENEFICIARY.

+ LATE SHIPMENT, LATE PRESENTATION, LETTER OF
CREDIT EXPIRED FOR NOT MORE THAN 7 DAYS WILL NOT
BE COUNTED AS LC DISCREPANCY.

+ LC APPLICANT MAY, WITHOUT THE PRIOR
AUTHORIZATION OR APPROVAL OF THE LC BENEFICIARY OR
NEGOTIATING BANK, DEDUCT UP TO 10 PERCENT OF
INVOICE VALUE ON ANY DRAWING UNDER THIS LETTER OF
CREDIT FOR OUTSTANDING CLAIMS AND/OR CHARGEBACKS
EXISTS BETWEEN THE BENEFICIARY AND THE APPLICANT.
HOWEVER, NO FURTHER DEDUCTION WILL BE TAKEN AFTER
USANCE LC BILLS HAVE BEEN ACCEPTED BY THE LC
ISSUER.

+ IN CASE DEDUCTION OF CLAIMS ARE SPECIFIED PER LC
TERM, COMMERCIAL INVOICE MUST SHOW THE DEDUCTION
AS SPECIFIED ON THE FIRST DRAWING. IF THE FIRST
DRAWING AMOUNT IS NOT SUFFICIENT TO COVER
à

```
*    LAST UPDATED BY   : SYSTEM    ON 16NOV18  AT 12:06:02 *
*    AUTHORISED BY     :                                   *
*    MPROC REFERENCE   : SDSMPR6216TRAN236148              *
*    DESTINATION NAME  :                                   *
*    DESTINATION ADDR  :                                   *
*                      :                                   *
*                      :                                   *
```


BANK OF AMERICA N.A.
New Delhi
EX0 61369||18

+9111.2371.5565 • F +9111.6616.2523
...k of America, N.A.
... Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
...porated with limited liability in United States of America



Print 008 Of 009

FROM:/SA-BOFAHKHX
       BANK OF AMERICA, N.A.
       19F TOWER 2 KCC 51 KWAI
       CHEONG RD, KWAI CHUNG HK

TO:  /SA-BOFAIN4XDEL
       BANK OF AMERICA N.A.
       1ST FLOOR, DLF CENTRE,
       SANSAD MARG,NEW DELHI
       110 001 INDIA(FAX:91 11 3714042)
DATE:181116

::711 ADVICE OF THIRD BANKS OR NON-BANKS DOC CREDIT


:27 /PAGE NUMBER          :3 OF 3
:20 /SENDERS REF          :6055EX139064/18
:21 /RELATED REF          :925102
:47 /ADDITIONAL CONDITIONS  :
     DEDUCTION AMOUNT. BALANCE DEDUCTIONS WILL BE
     DEDUCTED FROM SUBSEQUENT DRAWINGS.

     + DOCUMENTS MAY BE PRESENTED DIRECTLY TO BANK OF
     AMERICA, N.A. LOCAL BRANCH AT BENEFICIARY'S
     COUNTRY AS THEY HOLD SPECIAL REIMBURSEMENT AND
     DOCUMENT HANDLING INSTRUCTIONS. IN THIS CASE,
     WE WOULD SPEED UP THE PAYMENT PROCESSING UNDER
     THIS L/C.

     + THIS CREDIT IS TRANSFERABLE. ANY TRANSFER
     MUST BE HANDLED THROUGH THE ADVISING BANK.
     THE TRANSFERRING BANK MUST ADVISE US BY
     AUTHENTICATED SWIFT OR TESTED TELEX WITHIN 3
     WORKING DAYS FROM THE DATE OF THE TRANSFER THE
     FOLLOWING INFORMATION:
     A. NAME AND ADDRESS OF TRANSFEREE,
     B. TRANSFERRED AMOUNT,
     C. QUANTITY AND DESCRIPTION OF GOODS,
     D. WHETHER THE FIRST BENEFICIARY WILL RETAIN OR
     WAIVE THEIR RIGHT RELATED TO AMENDMENT,
     E. WHETHER THE FIRST BENEFICIARY HAS REQUESTED
     TO SUBSTITUTE THEIR OWN DRAFTS AND DOCUMENTS
     FOR THOSE TO BE PRESENTED BY THE SECOND
     BENEFICIARY(IES).
     F. THEY HAVE MARKED THE TRANSFER ON THE
     ORIGINAL LC AND THE RELEVANT TRANSFERRING
     CHARGES ARE FOR ACCOUNT OF BENEFICIARY.
     + IF TRANSFERRED, A COPY OF THE ADVICE OF TRANSFER
     AND ANY AMENDMENTS THERETO MUST ACCOMPANY EACH

BANK OF AMERICA N.A.
New Delhi
EX061369|18

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P.O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 009 Of 009

DRAWING UNDER THE LETTER OF CREDIT. IF DOCUMENTS
PRESENTED BY A PARTY OTHER THAN THE FIRST
BENEFICIARY, THE PRESENTING BANK MUST CERTIFY ON
THEIR COVERING LETTER THAT SUCH PARTY IS THE
SECOND BENEFICIARY AND THAT SUBSTITUTION OF
DRAFT AND INVOICE IS NOT REQUIRED.
à

```
*  LAST UPDATED BY    : SYSTEM      ON 16NOV18  AT 12:06:02  *
*  AUTHORISED BY      :                                      *
*  MPROC REFERENCE    : SDSMPR6216TRAN236149                 *
*  DESTINATION NAME   :                                      *
*  DESTINATION ADDR   :                                      *
*                     :                                      *
*                     :                                      *
```

This letter of credit forms an integral
part of our attached advice and is
recorded under our referenced
number EXO61369||18
Bank of America N.A.
(Incorporated in U.S. with limited liability)

Authorised Signatory

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



DATE OF ADVICE: 16 November, 2018
DEBIT ADVICE NO: EX061369/180001

PAYMENT OF CHARGES FOR EXPORT

NAME AND ADDRESS OF RECIPIENT OF SERVICES:
GOKALDAS EXPORTS LTD
NO. 16/2 RESIDENCY ROAD
BANGALORE,
KARNATAKA 560025, INDIA


GSTIN OF THE RECIPIENT: GST UNKNOWN
PLACE OF SUPPLY:    STATE UNKNOWN

IN ACCORDANCE WITH DETAILS SHOWN BELOW, WE HAVE DEBITED YOUR ACCOUNT

DETAILS OF CHARGES:
| | | |
|---|---|---|
| Adv-Taxable value | INR | 1,881.36 |
| Central Tax (9%) | INR | 169.32 |
| State Tax (9%) | INR | 169.32 |
| | | -------------------------- |
| NET AMOUNT DEBITED | INR | 2,220.00 |

SUPPLIER GSTIN: 07AAACB1537G1Z3
PERMANENT ACCOUNT NUMBER: AAACB1537G.
HSN CODE: 9971

THIS IS A SYSTEM GENERATED ADVICE AND REQUIRES NO SIGNATURE.

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America

KMART CORPORATION

# PURCHASE ORDER

Page : 1

| ORDER DATE : 06-SEP-2018 | ORDER NO : IN437 | BUYER : TF2  TRIXIA FU |
|---|---|---|
| DIV :  Division 4 | DEPT NO :  027 | |

**KMART CORPORATION**

3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | GOKALDAS EXPORTS LTD |
| ADDRESS | NO. 16/2 |
| | RESIDENCY ROAD |
| | BANGALORE |
| | KARNATAKA |
| COUNTRY | India |
| EMAIL | sireesh@gokaldasexports.com |
| VENDOR NBR | 5783 |
| TELEPHONE | 91 09900085026 |
| DUNS NBR | 636654 |
| FDA REG # | |

| TOTAL COST OF ORDER USD |
|---|
| $61,824.48 |

| PAYMENT TO BE MADE BY : | |
|---|---|
| ( )   MULTIPLE PAYMENT TYPES | |
| ( )   CHECK/WIRE TRANSFER | |
| Amount USD:  0.00 | |
| ( )   FREE GOODS | |
| Amount USD:  0.00 | |
| ( X )   LETTER OF CREDIT | |
| Amount USD:  61,824.48 | |
| LC #:  925102 | |
| TRANSFERABLE:  Yes | |
| BANK:  BANKBL | |

| PAYMENT TERMS: | 74 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKIN | SEARS SOURCING INDIA PVT LTD |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKIN | INDIA OFFICE |

| EACH ITEM TO BE MARKED: | MADE IN INDIA |
|---|---|
| EMBARK/GO-DOWN: | INDIA |
| SHIP POINT: | INNSA1B |
| DELIVERY TERMS: | FOB IN |
| CITY, COUNTRY: | Nhava Sheva (JNP), India |

**FACTORY DETAILS:**

| FACTORY NBR: | 104547 |
|---|---|
| NAME | EURO CLOTHING COMPANY - II |
| ADDRESS | KHATAHA 620/628 |
| | T B ROAD, SRIRANGAPATTANA |
| | MANDYA DISTRICT |
| | KARNATAKA |
| COUNTRY | India |
| TEL | 8495938777 |
| EMAIL | ecc2pd@gokaldasexports.com |
| MID | INEURCLO6206MAN |

KMART CORPORATION                    P U R C H A S E   O R D E R                              Page : 2

| ORDER DATE : 06-SEP-2018 | ORDER NO : IN437 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 580011918026                 SEASON/YEAR: 3-SUMMER 2019        WOW PIECE DYE SHORT MARITIME BLUE

                                        SUB-SEASON: 30-SUMMER

I 2OF 5/CARTON UPC: 00191060025369      CAT/SUB-CAT: 58/08

        STYLE: WP9BE58169MI             TRADEMARK: NONE            SEARS DIV          SEARS ITEM          SEARS SKU

BRAND NAME: BASIC EDITIONS              COPYRIGHT REG. NO.: N/A

INTL COMMODITY CODE: GDSM               MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $69.93 | 33 | 33 | $702.24 |
| $21.280 | $21.280 | | | | |

                KGS:  2.722        CBM:  0.019386            AST PER INNER               1
PER CARTON      LBS:  6.000        CU. FT.:  0.685           INNERS PER OUTER CARTON     1
OUTER CARTON DIMENSIONS            PACKING INSTRUCTION:      AST PER MASTER SHIPPING CTN 1
    L 26.0" X W 13.0" X H 3.5"            CASEPACK

        QUOTA CAT#:  348, RNONE                          CASE #              FACTORY          EXPORTER
SPECIAL TRADE INDICATOR:                         ANTI-DUMPING:
                                                COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
HANGER PACK OF 7 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 33 | 33 | L |

DETAIL DESCRIPTION-
STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // HANGER CODE :- 6010B PRICE

OPC:              7

KMART CORPORATION                    P U R C H A S E   O R D E R                    Page : 3

| ORDER DATE : 06-SEP-2018 | ORDER NO : IN437 | TF2  TRIXIA FU |
|---|---|---|

DESCRIPTION

ITEM CODE: 580011918802          SEASON/YEAR: 3-SUMMER 2019          WOW PIECE DYE SHORT PERFECT KHAKI
                                 SUB-SEASON: 30-SUMMER
I 2OF 5/CARTON UPC: 00191060025482   CAT/SUB-CAT: 58/08
        STYLE: WP9BE58169MI          TRADEMARK: NONE          SEARS DIV          SEARS ITEM          SEARS SKU
  BRAND NAME: BASIC EDITIONS       COPYRIGHT REG. NO.: N/A
INTL COMMODY
        CODE: GDSM                  MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $69.93 | 34 | 34 | $723.52 |
| $21.280 | $21.280 | | | | |

PER CARTON      KGS:    2.722        CBM:    0.019386        AST PER INNER              1
                LBS:    6.000        CU. FT.:  0.685         INNERS PER OUTER CARTON    1
OUTER CARTON DIMENSIONS              PACKING INSTRUCTION:    AST PER MASTER SHIPPING CTN 1
   L 26.0" X W 13.0" X H 3.5"           CASEPACK

        QUOTA CAT#: 348, RNONE                               CASE #        FACTORY        EXPORTER
   SPECIAL TRADE                         ANTI-DUMPING:
       INDICATOR:                        COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
HANGING

| S H I P P I N G   S C H E D U L E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 34 | 34 | L |

DETAIL DESCRIPTION-
STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // HANGER CODE :- 6010B PRICE

OPC:            7

KMART CORPORATION                                P U R C H A S E   O R D E R                                Page : 4

| ORDER DATE : 06-SEP-2018 | ORDER NO : IN437 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

| ITEM CODE: 580011918810 | SEASON/YEAR:  3-SUMMER 2019 | WOW PIECE DYE SHORT CALYPSO CORAL | | |
|---|---|---|---|---|
| | SUB-SEASON:  30-SUMMER | | | |
| I 2OF 5/CARTON UPC:  00191060025581 | CAT/SUB-CAT:  58/08 | | | |
| STYLE:  WP9BE58169MI | TRADEMARK:  NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME:  BASIC EDITIONS | COPYRIGHT REG. NO.:  N/A | | | |
| INTL COMMODY CODE:  GDSM | MLTP CARTON IND:  001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $59.94 | 17 | 17 | $310.08 |
| $18.240 | $18.240 | | | | |

| PER CARTON | KGS:  2.722 | CBM:  0.019386 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS:  6.000 | CU. FT.:  0.685 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 26.0" X W 13.0" X H 3.5" | | CASEPACK | | |

QUOTA CAT#:  348, RNONE                                                     CASE #                FACTORY                EXPORTER

SPECIAL TRADE INDICATOR:                                    ANTI-DUMPING:

                                                            COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 6 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 17 | 17 | L |

DETAIL DESCRIPTION-
STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // HANGER CODE :- 6010B PRICE

OPC:                        6

KMART CORPORATION                          P U R C H A S E   O R D E R                                Page : 5

| ORDER DATE : 06-SEP-2018 | ORDER NO : IN437 | | TF2  TRIXIA FU |

**DESCRIPTION**

| | |
|---|---|
| ITEM CODE:  580011918828 | SEASON/YEAR:  3-SUMMER 2019 |
| | SUB-SEASON:  30-SUMMER |
| I 2OF 5/CARTON UPC:  00191060025598 | CAT/SUB-CAT:  58/08 |
| STYLE:  WP9BE58169MI | TRADEMARK:  NONE |
| BRAND NAME:  BASIC EDITIONS | COPYRIGHT REG. NO.:  N/A |
| INTL COMMODY CODE:  GDSM | MLTP CARTON IND:  001 |

DESCRIPTION: WOW PIECE DYE SHORT CALYPSO CORAL

| | SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|---|

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $69.93 | 46 | 46 | $978.88 |
| $21.280 | $21.280 | | | | |

| PER CARTON | KGS: 2.722 | CBM: 0.019386 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 6.000 | CU. FT.: 0.685 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 26.0" X W 13.0" X H 3.5" | | CASEPACK | | |

QUOTA CAT#: 348, RNONE                              CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:                    ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD. | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 46 | 46 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // HANGER CODE :- 6010B PRICE

OPC:                    7

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 6

| ORDER DATE : 06-SEP-2018 | ORDER NO : IN437 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 580011919925 | SEASON/YEAR: 3-SUMMER 2019 | WOW PIECE DYE SHORT ROYAL BLUE |
| | SUB-SEASON: 30-SUMMER | |
| I 2OF 5/CARTON UPC: 00191060025703 | CAT/SUB-CAT: 58/08 | |
| STYLE: WP9BE58169MI | TRADEMARK: NONE | SEARS DIV        SEARS ITEM        SEARS SKU |
| BRAND NAME: BASIC EDITIONS | COPYRIGHT REG. NO.: N/A | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $59.94 | 17 | 17 | $310.08 |
| $18.240 | $18.240 | | | | |

| PER CARTON | KGS: 2.722 | CBM: 0.019386 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 6.000 | CU. FT.: 0.685 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 26.0" X W 13.0" X H 3.5" | | CASEPACK | | |

| QUOTA CAT#: 348, RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 6 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 17 | 17 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // HANGER CODE :- 6010B PRICE

OPC:                6

KMART CORPORATION        P U R C H A S E  O R D E R        Page : 7

| ORDER DATE : 06-SEP-2018 | ORDER NO : IN437 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

WOW PIECE DYE SHORT ROYAL BLUE

| | | |
|---|---|---|
| ITEM CODE: 580011919933 | SEASON/YEAR: 3-SUMMER 2019 | |
| | SUB-SEASON: 30-SUMMER | |
| I 2OF 5/CARTON UPC: 00191060025710 | CAT/SUB-CAT: 58/08 | |
| STYLE: WP9BE58169MI | TRADEMARK: NONE | SEARS DIV    SEARS ITEM    SEARS SKU |
| BRAND NAME: BASIC EDITIONS | COPYRIGHT REG. NO.: N/A | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $69.93 | 33 | 33 | $702.24 |
| $21.280 | $21.280 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| PER CARTON | KGS: 2.722 | CBM: 0.019386 | AST PER INNER | 1 | |
| | LBS: 6.000 | CU. FT.: 0.685 | INNERS PER OUTER CARTON | 1 | |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 | |
| L 26.0" X W 13.0" X H 3.5" | | CASEPACK | | | |

| QUOTA CAT#: 348, RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 33 | 33 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // HANGER CODE :- 6010B PRICE

OPC:        7

KMART CORPORATION                          P U R C H A S E   O R D E R                          Page : 8

| ORDER DATE : 06-SEP-2018 | ORDER NO : IN437 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 5800111919941          SEASON/YEAR: 3-SUMMER 2019          WOW PIECE DYE SHORT ROYAL BLUE

SUB-SEASON: 30-SUMMER

I 2OF 5/CARTON UPC: 00191060025727          CAT/SUB-CAT: 58/08

STYLE: WP9BE58169MI          TRADEMARK: NONE          SEARS DIV          SEARS ITEM          SEARS SKU

BRAND NAME: BASIC EDITIONS          COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM          MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $99.90 | 64 | 64 | $1,945.60 |
| $30.400 | $30.400 | | | | |

PER CARTON          KGS:    3.629          CBM:    0.020648          AST PER INNER          1

LBS:    8.000          CU. FT.:    0.729          INNERS PER OUTER CARTON          1

OUTER CARTON DIMENSIONS          PACKING INSTRUCTION:          AST PER MASTER SHIPPING CTN    1

L 20.0" X W 14.0" X H 4.5"          CASEPACK

QUOTA CAT#:  348, RNONE          CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:          ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 10 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 64 | 64 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // HANGER CODE :- 6010B PRICE

OPC:          10

KMART CORPORATION                 P U R C H A S E   O R D E R                 Page : 9

| ORDER DATE : 06-SEP-2018 | ORDER NO : IN437 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

WOW PIECE DYE SHORT BLACK ONYX

| | | | | |
|---|---|---|---|---|
| ITEM CODE: 580011919958 | SEASON/YEAR: 3-SUMMER 2019 | | | |
| | SUB-SEASON: 30-SUMMER | | | |
| I 2OF 5/CARTON UPC: 00191060028162 | CAT/SUB-CAT: 58/08 | | | |
| STYLE: WP9BE58169MI | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: BASIC EDITIONS | COPYRIGHT REG. NO.: N/A | | | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $69.93 | 34 | 34 | $723.52 |
| $21.280 | $21.280 | | | | |

| PER CARTON | KGS: 2.722 | CBM: 0.019386 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 6.000 | CU. FT.: 0.685 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 26.0" X W 13.0" X H 3.5" | | CASEPACK | | |

| QUOTA CAT#: 348, RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 34 | 34 | L |

DETAIL DESCRIPTION-
STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // HANGER CODE :- 6010B PRICE

OPC:          7

KMART CORPORATION        P U R C H A S E   O R D E R        Page : 10

| ORDER DATE : 06-SEP-2018 | ORDER NO : IN437 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 580028937696    SEASON/YEAR: 3-SUMMER 2019    WOW PIECE DYE SHORT MARITIME BLUE

SUB-SEASON: 30-SUMMER

I 2OF 5/CARTON UPC: 00191060021989    CAT/SUB-CAT: 58/08

STYLE: WP9BE58169MI    TRADEMARK: NONE    SEARS DIV    SEARS ITEM    SEARS SKU

BRAND NAME: BASIC EDITIONS    COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM    MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $79.92 | 179 | 179 | $4,353.28 |
| $24.320 | $24.320 | | | | |

PER CARTON    KGS: 3.121    CBM: 0.022155    AST PER INNER    1

   LBS: 6.880    CU. FT.: 0.782    INNERS PER OUTER CARTON    1

OUTER CARTON DIMENSIONS    PACKING INSTRUCTION:    AST PER MASTER SHIPPING CTN    1

L 26.0" X W 13.0" X H 4.0"    CASEPACK

QUOTA CAT#: 348, RNONE      CASE #    FACTORY    EXPORTER

SPECIAL TRADE INDICATOR:    ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 08 PCS PER CARTON

| S H I P P I N G   S C H E D U L E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 179 | 179 | L |

DETAIL DESCRIPTION-
STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // HANGER CODE :- 6010B PRICE

OPC:      8

KMART CORPORATION                    P U R C H A S E   O R D E R                    Page : 11

| ORDER DATE : 06-SEP-2018 | ORDER NO : IN437 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

| | |
|---|---|
| ITEM CODE: 580028943413 | SEASON/YEAR: 3-SUMMER 2019 |
| | SUB-SEASON: 30-SUMMER |
| I 2OF 5/CARTON UPC: 00191060022078 | CAT/SUB-CAT: 58/08 |
| STYLE: WP9BE58169MI | TRADEMARK: NONE |
| BRAND NAME: BASIC EDITIONS | COPYRIGHT REG. NO.: N/A |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 |

WOW PIECE DYE SHORT PERFECT KHAKI

| | SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|---|

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $79.92 | 179 | 179 | $4,353.28 |
| $24.320 | $24.320 | | | | |

| | | | | |
|---|---|---|---|---|
| PER CARTON | KGS: 3.121 | CBM: 0.022155 | AST PER INNER | 1 |
| | LBS: 6.880 | CU. FT.: 0.782 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 26.0" X W 13.0" X H 4.0" | | CASEPACK | | |

QUOTA CAT#: 348, RNONE                              CASE #              FACTORY              EXPORTER

SPECIAL TRADE INDICATOR:                            ANTI-DUMPING:

                                                    COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 08 PCS PER CARTON

| S H I P P I N G   S C H E D U L E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 179 | 179 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // HANGER CODE -- 6010B PRICE

OPC:              8

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 12

| ORDER DATE : 06-SEP-2018 | ORDER NO : IN437 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 580030321715 | SEASON/YEAR: 3-SUMMER 2019 | WOW PIECE DYE SHORT BLACK ONYX |
| | SUB-SEASON: 30-SUMMER | |
| I 2OF 5/CARTON UPC: 00191060021903 | CAT/SUB-CAT: 58/08 | |
| STYLE: WP9BE58169MI | TRADEMARK: NONE | SEARS DIV        SEARS ITEM        SEARS SKU |
| BRAND NAME: BASIC EDITIONS | COPYRIGHT REG. NO.: N/A | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $79.92 | 179 | 179 | $4,353.28 |
| $24.320 | $24.320 | | | | |

| | | | |
|---|---|---|---|
| PER CARTON | KGS: 3.121 | CBM: 0.022155 | AST PER INNER                    1 |
| | LBS: 6.880 | CU. FT.: 0.782 | INNERS PER OUTER CARTON          1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN   1 |
| L 26.0" X W 13.0" X H 4.0" | | CASEPACK | |

| | | |
|---|---|---|
| QUOTA CAT#: 348, RNONE | | CASE #        FACTORY        EXPORTER |
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | |
| | COUNTERVAILING: | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 08 PCS PER CARTON

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 179 | 179 | L |

DETAIL DESCRIPTION-
STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // HANGER CODE :- 6010B PRICE

OPC:                8

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 13

| ORDER DATE : 06-SEP-2018 | ORDER NO : IN437 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 580096695903     SEASON/YEAR: 3-SUMMER 2019     WOW PIECE DYE SHORT BLACK ONYX

SUB-SEASON: 30-SUMMER

I 2OF 5/CARTON UPC: 00191060025222     CAT/SUB-CAT: 58/08

STYLE: WP9BE58169MI     TRADEMARK: NONE     SEARS DIV     SEARS ITEM     SEARS SKU

BRAND NAME: BASIC EDITIONS     COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM     MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $59.94 | 171 | 171 | $3,119.04 |
| $18.240 | $18.240 | | | | |

| PER CARTON | KGS: 2.722 | CBM: 0.019386 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 6.000 | CU. FT.: 0.685 | INNERS PER OUTER CARTON | 1 |

OUTER CARTON DIMENSIONS     PACKING INSTRUCTION:     AST PER MASTER SHIPPING CTN    1

L 26.0" X W 13.0" X H 3.5"     CASEPACK

QUOTA CAT#: 348, RNONE       CASE #     FACTORY     EXPORTER

SPECIAL TRADE INDICATOR:     ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 6 PCS

| **S H I P P I N G   S C H E D U L E** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 171 | 171 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // HANGER CODE :- 6010B PRICE

OPC:      6

KMART CORPORATION                 P U R C H A S E   O R D E R                              Page : 14

| ORDER DATE : 06-SEP-2018 | ORDER NO : IN437 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 580096695911

SEASON/YEAR: 3-SUMMER 2019        WOW PIECE DYE SHORT BLACK ONYX

SUB-SEASON: 30-SUMMER

I 2OF 5/CARTON UPC: 00191060025239    CAT/SUB-CAT: 58/08

STYLE: WP9BE58169MI          TRADEMARK: NONE          SEARS DIV          SEARS ITEM          SEARS SKU

BRAND NAME: BASIC EDITIONS      COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM          MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $69.93 | 367 | 367 | $7,809.76 |
| $21.280 | $21.280 | | | | |

PER CARTON   KGS: 2.722   CBM: 0.019386   AST PER INNER   1

LBS: 6.000   CU. FT.: 0.685   INNERS PER OUTER CARTON   1

OUTER CARTON DIMENSIONS   PACKING INSTRUCTION:   AST PER MASTER SHIPPING CTN   1

L 26.0" X W 13.0" X H 3.5"   CASEPACK

QUOTA CAT#: 348, RNONE          CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:          ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 367 | 367 | L |

DETAIL DESCRIPTION-
STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // HANGER CODE :- 6010B PRICE

OPC:                7

KMART CORPORATION                         P U R C H A S E   O R D E R                                    Page : 15

| ORDER DATE : 06-SEP-2018 | ORDER NO : IN437 | | TF2  TRIXIA FU |

**DESCRIPTION**

ITEM CODE: 580096695929          SEASON/YEAR: 3-SUMMER 2019          WOW PIECE DYE SHORT MARITIME BLUE

SUB-SEASON: 30-SUMMER

I 2OF 5/CARTON UPC: 00191060025345          CAT/SUB-CAT: 58/08

STYLE: WP9BE58169MI          TRADEMARK: NONE          SEARS DIV          SEARS ITEM          SEARS SKU

BRAND NAME: BASIC EDITIONS          COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM          MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $59.94 | 158 | 158 | $2,881.92 |
| $18.240 | $18.240 | | | | |

PER CARTON    KGS:    2.722          CBM:    0.019386          AST PER INNER          1

LBS:    6.000          CU. FT.:    0.685          INNERS PER OUTER CARTON          1

OUTER CARTON DIMENSIONS          PACKING INSTRUCTION:          AST PER MASTER SHIPPING CTN    1

L 26.0" X W 13.0" X H 3.5"          CASEPACK

QUOTA CAT#:  348, RNONE          CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:          ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 6 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 158 | 158 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // HANGER CODE :- 6010B PRICE

OPC:          6

KMART CORPORATION　　　　　　　　　　　　P U R C H A S E   O R D E R　　　　　　　　　　　　　　　　Page : 16

| ORDER DATE : 06-SEP-2018 | ORDER NO : IN437 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 580096695937　　　　SEASON/YEAR:  3-SUMMER 2019　　　WOW PIECE DYE SHORT MARITIME BLUE

　　　　　　　　　　　　　　　　　SUB-SEASON:  30-SUMMER

I 2OF 5/CARTON UPC:  00191060025352　　CAT/SUB-CAT:  58/08

　　　　　STYLE:  WP9BE58169MI　　　TRADEMARK:  NONE　　　　SEARS DIV　　　　SEARS ITEM　　　　SEARS SKU

BRAND NAME:  BASIC EDITIONS　　COPYRIGHT REG. NO.:  N/A

INTL COMMODY CODE:  GDSM　　　　MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $69.93 | 351 | 351 | $7,469.28 |
| $21.280 | $21.280 | | | | |

PER CARTON　　KGS:  2.722　　　CBM:  0.019386　　　　AST PER INNER　　　　　　　1

　　　　　　　　LBS:  6.000　　　CU. FT.:  0.685　　　　INNERS PER OUTER CARTON　　1

OUTER CARTON DIMENSIONS　　　　　PACKING INSTRUCTION:　　　　AST PER MASTER SHIPPING CTN　1

　L 26.0" X W 13.0" X H 3.5"　　　　　CASEPACK

QUOTA CAT#:  348, RNONE　　　　　　　　　　　　CASE #　　　　FACTORY　　　　EXPORTER

SPECIAL TRADE INDICATOR:　　　　　　　　　ANTI-DUMPING:

　　　　　　　　　　　　　　　　　COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 351 | 351 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // HANGER CODE :- 6010B PRICE

OPC:　　　　　　7

KMART CORPORATION                         **P U R C H A S E   O R D E R**                                    Page : 17

| ORDER DATE : 06-SEP-2018 | ORDER NO : IN437 | TF2  TRIXIA FU |
|---|---|---|

| | | DESCRIPTION |
|---|---|---|
| ITEM CODE: 580096695945 | SEASON/YEAR: 3-SUMMER 2019 | WOW PIECE DYE SHORT PERFECT KHAKI |
| | SUB-SEASON: 30-SUMMER | |
| I 2OF 5/CARTON UPC: 00191060025468 | CAT/SUB-CAT: 58/08 | |
| STYLE: WP9BE58169MI | TRADEMARK: NONE | SEARS DIV          SEARS ITEM          SEARS SKU |
| BRAND NAME: BASIC EDITIONS | COPYRIGHT REG. NO.: N/A | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $59.94 | 159 | 159 | $2,900.16 |
| $18.240 | $18.240 | | | | |

| PER CARTON | KGS: 2.722 | CBM: 0.019386 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 6.000 | CU. FT.: 0.685 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 26.0" X W 13.0" X H 3.5" | | CASEPACK | | |

QUOTA CAT#: 348, RNONE                                        CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:                              ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 6 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 159 | 159 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // HANGER CODE :- 6010B PRICE

OPC:                    6

KMART CORPORATION                          P U R C H A S E   O R D E R                                    Page : 18

| ORDER DATE :  06-SEP-2018 | ORDER NO :  IN437 | . | TF2  TRIXIA FU |
|---|---|---|---|

**DESCRIPTION**

| ITEM CODE: 580096695952 | SEASON/YEAR:  3-SUMMER 2019 | WOW PIECE DYE SHORT PERFECT KHAKI |
| | SUB-SEASON:  30-SUMMER | |
| I 2OF 5/CARTON UPC:  00191060025475 | CAT/SUB-CAT:  58/08 | |
| STYLE:  WP9BE58169MI | TRADEMARK:  NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME:  BASIC EDITIONS | COPYRIGHT REG. NO.:  N/A | |
| INTL COMMODY CODE:  GDSM | MLTP CARTON IND:  001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $69.93 | 366 | 366 | $7,788.48 |
| $21.280 | $21.280 | | | | |

| PER CARTON | KGS:  2.722 | CBM:  0.019386 | AST PER INNER | 1 |
| | LBS:  6.000 | CU. FT.:  0.685 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 26.0" X W 13.0" X H 3.5" | | CASEPACK | |

| QUOTA CAT#:  348, RNONE | CASE # | FACTORY | EXPORTER |
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
HANGER PACK OF 7 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 366 | 366 | L |

DETAIL DESCRIPTION-
STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // HANGER CODE :- 6010B PRICE

OPC:                    7

KMART CORPORATION       P U R C H A S E   O R D E R       Page : 19

| ORDER DATE : 06-SEP-2018 | ORDER NO : IN437 | TF2 TRIXIA FU |
|---|---|---|

| | |
|---|---|
| | DESCRIPTION |
| ITEM CODE: 580096695960 | SEASON/YEAR: 3-SUMMER 2019    WOW PIECE DYE SHORT CALYPSO CORAL |
| | SUB-SEASON: 30-SUMMER |
| I 2OF 5/CARTON UPC: 00191060025574 | CAT/SUB-CAT: 58/08 |
| STYLE: WP9BE58169MI | TRADEMARK: NONE    SEARS DIV    SEARS ITEM    SEARS SKU |
| BRAND NAME: BASIC EDITIONS | COPYRIGHT REG. NO.: N/A |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $69.93 | 191 | 191 | $4,064.48 |
| $21.280 | $21.280 | | | | |

| | | | | |
|---|---|---|---|---|
| PER CARTON | KGS: 2.722 | CBM: 0.019386 | AST PER INNER | 1 |
| | LBS: 6.000 | CU. FT.: 0.685 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 26.0" X W 13.0" X H 3.5" | | CASEPACK | | |

| | | | |
|---|---|---|---|
| QUOTA CAT#: 348, RNONE | | CASE # | FACTORY | EXPORTER |
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 191 | 191 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X84
HANGER PACK // HANGER CODE :- 6010B PRICE

OPC:         7

KMART CORPORATION

P U R C H A S E   O R D E R

Page : 20

| ORDER DATE : 06-SEP-2018 | ORDER NO : IN437 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

WOW PIECE DYE SHORT CALYPSO CORAL

ITEM CODE: 580096695978

SEASON/YEAR: 3-SUMMER 2019

SUB-SEASON: 30-SUMMER

I 2OF 5/CARTON UPC: 00191060025604

CAT/SUB-CAT: 58/08

STYLE: WP9BE58169MI

TRADEMARK: NONE

SEARS DIV

SEARS ITEM

SEARS SKU

BRAND NAME: BASIC EDITIONS

COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM

MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $99.90 | 60 | 60 | $1,824.00 |
| $30.400 | $30.400 | | | | |

| PER CARTON | KGS: | 3.629 | CBM: | 0.020648 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| | LBS: | 8.000 | CU. FT.: | 0.729 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 14.0" X H 4.5" | | | CASEPACK | | | |

QUOTA CAT#: 348, RNONE

CASE #

FACTORY

EXPORTER

SPECIAL TRADE INDICATOR:

ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 10 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 60 | 60 | L |

DETAIL DESCRIPTION-
STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // HANGER CODE :- 6010B PRICE

OPC:          10

KMART CORPORATION                                       P U R C H A S E   O R D E R                                              Page : 21

| ORDER DATE : 06-SEP-2018 | ORDER NO : IN437 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 580096695986          SEASON/YEAR:  3-SUMMER 2019          WOW PIECE DYE SHORT ROYAL BLUE

                                 SUB-SEASON:  30-SUMMER

I 2OF 5/CARTON UPC: 00191060025697          CAT/SUB-CAT: 58/08

         STYLE:  WP9BE58169MI          TRADEMARK:  NONE          SEARS DIV          SEARS ITEM          SEARS SKU

BRAND NAME:  BASIC EDITIONS          COPYRIGHT REG. NO.:  N/A

INTL COMMODY CODE:  GDSM          MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $69.93 | 212 | 212 | $4,511.36 |
| $21.280 | $21.280 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| PER CARTON | KGS:  2.722 | CBM:  0.019386 | | AST PER INNER | 1 |
| | LBS:  6.000 | CU. FT.:  0.685 | | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 26.0" X W 13.0" X H 3.5" | | CASEPACK | | | |

QUOTA CAT#:  348, RNONE                                          CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:                          ANTI-DUMPING:

                                COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (POJ(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 212 | 212 | L |

DETAIL DESCRIPTION-
STYLE NAME: WP9BE58169MI
DESCRIPTION : WOW PIECE DYE SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT,
FAKE FLY IN FRONT, ELASTICATED WAIST BAND
SELF FABRIC DRAWCORD AT WAISTBAN,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4
INCH SINGLE TURN BACK,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- FROM WAIST TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // HANGER CODE :- 6010B PRICE

OPC:          7

KMART CORPORATION                    **PURCHASE ORDER**                    Page : 22

| ORDER DATE : 06-SEP-2018 | ORDER NO : IN437 | TF2  TRIXIA FU |
|---|---|---|

**ITEM CODE: 580011919941**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2894637-4 | | | | | | - | | | | COTTON | 100% | |
| 2894638-2 | | | | | | - | | | | COTTON | 100% | |
| 2894639-0 | | | | | | - | | | | COTTON | 100% | |
| 2894647-3 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE: 580011918026**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2893764-7 | | | | | | - | | | | COTTON | 100% | |
| 2893765-4 | | | | | | - | | | | COTTON | 100% | |
| 2893766-2 | | | | | | - | | | | COTTON | 100% | |
| 2893768-8 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE: 580011918802**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2893875-1 | | | | | | - | | | | COTTON | 100% | |
| 2894241-5 | | | | | | - | | | | COTTON | 100% | |
| 2894250-6 | | | | | | - | | | | COTTON | 100% | |
| 2894306-6 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE: 580096695903**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3032164-0 | | | | | | - | | | | COTTON | 100% | |
| 3032166-5 | | | | | | - | | | | COTTON | 100% | |
| 3032167-3 | | | | | | - | | | | COTTON | 100% | |
| 3032170-7 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE: 580096695952**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2893875-1 | | | | | | - | | | | COTTON | 100% | |
| 2894241-5 | | | | | | - | | | | COTTON | 100% | |
| 2894250-6 | | | | | | - | | | | COTTON | 100% | |
| 2894306-6 | | | | | | - | | | | COTTON | 100% | |
| 2894614-3 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE: 580096695929**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2893764-7 | | | | | | - | | | | COTTON | 100% | |
| 2893765-4 | | | | | | - | | | | COTTON | 100% | |
| 2893766-2 | | | | | | - | | | | COTTON | 100% | |
| 2893768-8 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE: 580011918810**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2894619-2 | | | | | | - | | | | COTTON | 100% | |
| 2894620-0 | | | | | | - | | | | COTTON | 100% | |
| 2894621-8 | | | | | | - | | | | COTTON | 100% | |
| 2894635-8 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE: 580011918828**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2894618-4 | | | | | | - | | | | COTTON | 100% | |
| 2894619-2 | | | | | | - | | | | COTTON | 100% | |
| 2894620-0 | | | | | | - | | | | COTTON | 100% | |
| 2894621-8 | | | | | | - | | | | COTTON | 100% | |

KMART CORPORATION                          **P U R C H A S E   O R D E R**                          Page : 23

| ORDER DATE : 06-SEP-2018 | ORDER NO : IN437 | TF2  TRIXIA FU |
|---|---|---|

**ITEM CODE:  580096695960**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2894618-4 | | | | | | - | | | | COTTON | 100% | |
| 2894619-2 | | | | | | - | | | | COTTON | 100% | |
| 2894620-0 | | | | | | - | | | | COTTON | 100% | |
| 2894621-8 | | | | | | - | | | | COTTON | 100% | |
| 2894635-8 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:  580096695978**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2894618-4 | | | | | | - | | | | COTTON | 100% | |
| 2894619-2 | | | | | | - | | | | COTTON | 100% | |
| 2894620-0 | | | | | | - | | | | COTTON | 100% | |
| 2894621-8 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:  580011919925**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2894638-2 | | | | | | - | | | | COTTON | 100% | |
| 2894639-0 | | | | | | - | | | | COTTON | 100% | |
| 2894647-3 | | | | | | - | | | | COTTON | 100% | |
| 2895366-9 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:  580011919933**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2894637-4 | | | | | | - | | | | COTTON | 100% | |
| 2894638-2 | | | | | | - | | | | COTTON | 100% | |
| 2894639-0 | | | | | | - | | | | COTTON | 100% | |
| 2894647-3 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:  580096695937**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2893764-7 | | | | | | - | | | | COTTON | 100% | |
| 2893765-4 | | | | | | - | | | | COTTON | 100% | |
| 2893766-2 | | | | | | - | | | | COTTON | 100% | |
| 2893768-8 | | | | | | - | | | | COTTON | 100% | |
| 2893773-8 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:  580096695986**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2894637-4 | | | | | | - | | | | COTTON | 100% | |
| 2894638-2 | | | | | | - | | | | COTTON | 100% | |
| 2894639-0 | | | | | | - | | | | COTTON | 100% | |
| 2894647-3 | | | | | | - | | | | COTTON | 100% | |
| 2895366-9 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:  580011919958**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3032164-0 | | | | | | - | | | | COTTON | 100% | |
| 3032166-5 | | | | | | - | | | | COTTON | 100% | |
| 3032167-3 | | | | | | - | | | | COTTON | 100% | |
| 3032170-7 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:  580028937696**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2893764-7 | | | | | | - | | | | COTTON | 100% | |
| 2893765-4 | | | | | | - | | | | COTTON | 100% | |
| 2893766-2 | | | | | | - | | | | COTTON | 100% | |
| 2893768-8 | | | | | | - | | | | COTTON | 100% | |

KMART CORPORATION                                       **P U R C H A S E   O R D E R**                                              Page : 24

| ORDER DATE : 06-SEP-2018 | ORDER NO : IN437 | TF2  TRIXIA FU |
|---|---|---|

**ITEM CODE:** 580096695945

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2893875-1 | | | | | | - | | | | COTTON | 100% | |
| 2894241-5 | | | | | | - | | | | COTTON | 100% | |
| 2894250-6 | | | | | | - | | | | COTTON | 100% | |
| 2894306-6 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:** 580028943413

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2893875-1 | | | | | | - | | | | COTTON | 100% | |
| 2894241-5 | | | | | | - | | | | COTTON | 100% | |
| 2894250-6 | | | | | | - | | | | COTTON | 100% | |
| 2894306-6 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:** 580030321715

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3032164-0 | | | | | | - | | | | COTTON | 100% | |
| 3032166-5 | | | | | | - | | | | COTTON | 100% | |
| 3032167-3 | | | | | | - | | | | COTTON | 100% | |
| 3032170-7 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:** 580096695911

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3032164-0 | | | | | | - | | | | COTTON | 100% | |
| 3032166-5 | | | | | | - | | | | COTTON | 100% | |
| 3032167-3 | | | | | | - | | | | COTTON | 100% | |
| 3032170-7 | | | | | | - | | | | COTTON | 100% | |
| 3032175-6 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:** 580011919941          **ITEM:** WOW PIECE DYE SHORT ROYAL BLUE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE SHORT S-ROYAL BLUE | 2894637-4 | ROYAL BLUE | SMALL | 1 | 3.040 | 9.99 | 191060022191 |
| SUB KSN DESC: WOW PIECE DYE SHORT M-ROYAL BLUE | 2894638-2 | ROYAL BLUE | MEDIUM | 3 | 3.040 | 9.99 | 191060022207 |
| SUB KSN DESC: WOW PIECE DYE SHORT L-ROYAL BLUE | 2894639-0 | ROYAL BLUE | LARGE | 4 | 3.040 | 9.99 | 191060022214 |
| SUB KSN DESC: WOW PIECE DYE SHORT XL-ROYAL BLUE | 2894647-3 | ROYAL BLUE | X LARGE | 2 | 3.040 | 9.99 | 191060022221 |
| | | TOTAL | | 10 | 30.400 | 99.90 | |

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 25

| ORDER DATE : 06-SEP-2018 | ORDER NO : IN437 | TF2 TRIXIA FU |
|---|---|---|

**ITEM CODE: 580011918026**　　　　　**ITEM: WOW PIECE DYE SHORT MARITIME BLUE**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE SHORT S-MARITIME BLUE | 2893764-7 | MARITIME BLUE | SMALL | 1 | 3.040 | 9.99 | 191060021941 |
| SUB KSN DESC: WOW PIECE DYE SHORT M-MARITIME BLUE | 2893765-4 | MARITIME BLUE | MEDIUM | 2 | 3.040 | 9.99 | 191060021958 |
| SUB KSN DESC: WOW PIECE DYE SHORT L-MARITIME BLUE | 2893766-2 | MARITIME BLUE | LARGE | 2 | 3.040 | 9.99 | 191060021965 |
| SUB KSN DESC: WOW PIECE DYE SHORT XL-MARITIME BLUE | 2893768-8 | MARITIME BLUE | X LARGE | 2 | 3.040 | 9.99 | 191060021972 |
| | | TOTAL | | 7 | 21.280 | 69.93 | |

**ITEM CODE: 580011918802**　　　　　**ITEM: WOW PIECE DYE SHORT PERFECT KHAKI**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE SHORT S-PERFECT KHAKI | 2893875-1 | PERFECT KHAKI | SMALL | 1 | 3.040 | 9.99 | 191060022023 |
| SUB KSN DESC: WOW PIECE DYE SHORT M-PERFECT KHAKI | 2894241-5 | PERFECT KHAKI | MEDIUM | 2 | 3.040 | 9.99 | 191060022030 |
| SUB KSN DESC: WOW PIECE DYE SHORT L-PERFECT KHAKI | 2894250-6 | PERFECT KHAKI | LARGE | 2 | 3.040 | 9.99 | 191060022047 |
| SUB KSN DESC: WOW PIECE DYE SHORT XL-PERFECT KHAKI | 2894306-6 | PERFECT KHAKI | X LARGE | 2 | 3.040 | 9.99 | 191060022054 |
| | | TOTAL | | 7 | 21.280 | 69.93 | |

**ITEM CODE: 580096695903**　　　　　**ITEM: WOW PIECE DYE SHORT BLACK ONYX**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE SHORT S-BLACK ONYX | 3032164-0 | BLACK ONYX | SMALL | 1 | 3.040 | 9.99 | 191060021859 |
| SUB KSN DESC: WOW PIECE DYE SHORT M-BLACK ONYX | 3032166-5 | BLACK ONYX | MEDIUM | 2 | 3.040 | 9.99 | 191060021866 |
| SUB KSN DESC: WOW PIECE DYE SHORT L-BLACK ONYX | 3032167-3 | BLACK ONYX | LARGE | 2 | 3.040 | 9.99 | 191060021873 |
| SUB KSN DESC: WOW PIECE DYE SHORT XL-BLACK ONYX | 3032170-7 | BLACK ONYX | X LARGE | 1 | 3.040 | 9.99 | 191060021880 |
| | | TOTAL | | 6 | 18.240 | 59.94 | |

**ITEM CODE: 580096695952**　　　　　**ITEM: WOW PIECE DYE SHORT PERFECT KHAKI**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE SHORT S-PERFECT KHAKI | 2893875-1 | PERFECT KHAKI | SMALL | 1 | 3.040 | 9.99 | 191060022023 |
| SUB KSN DESC: WOW PIECE DYE SHORT M-PERFECT KHAKI | 2894241-5 | PERFECT KHAKI | MEDIUM | 1 | 3.040 | 9.99 | 191060022030 |
| SUB KSN DESC: WOW PIECE DYE SHORT L-PERFECT KHAKI | 2894250-6 | PERFECT KHAKI | LARGE | 2 | 3.040 | 9.99 | 191060022047 |
| SUB KSN DESC: WOW PIECE DYE SHORT XL-PERFECT KHAKI | 2894306-6 | PERFECT KHAKI | X LARGE | 2 | 3.040 | 9.99 | 191060022054 |
| SUB KSN DESC: WOW PIECE DYE SHORT XXL-PERFECT KHAKI | 2894614-3 | PERFECT KHAKI | XX LARGE | 1 | 3.040 | 9.99 | 191060022061 |
| | | TOTAL | | 7 | 21.280 | 69.93 | |

**ITEM CODE: 580096695929**　　　　　**ITEM: WOW PIECE DYE SHORT MARITIME BLUE**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE SHORT S-MARITIME BLUE | 2893764-7 | MARITIME BLUE | SMALL | 1 | 3.040 | 9.99 | 191060021941 |
| SUB KSN DESC: WOW PIECE DYE SHORT M-MARITIME BLUE | 2893765-4 | MARITIME BLUE | MEDIUM | 2 | 3.040 | 9.99 | 191060021958 |
| SUB KSN DESC: WOW PIECE DYE SHORT L-MARITIME BLUE | 2893766-2 | MARITIME BLUE | LARGE | 2 | 3.040 | 9.99 | 191060021965 |
| SUB KSN DESC: WOW PIECE DYE SHORT XL-MARITIME BLUE | 2893768-8 | MARITIME BLUE | X LARGE | 1 | 3.040 | 9.99 | 191060021972 |
| | | TOTAL | | 6 | 18.240 | 59.94 | |

KMART CORPORATION | P U R C H A S E   O R D E R | Page : 26

| ORDER DATE : 06-SEP-2018 | ORDER NO : IN437 | TF2  TRIXIA FU |
|---|---|---|

---

**ITEM CODE: 580011918810**          ITEM: WOW PIECE DYE SHORT CALYPSO CORAL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE SHORT M-CALYPSO CORAL | 2894619-2 | CALYPSO CORAL | MEDIUM | 2 | 3.040 | 9.99 | 191060022122 |
| SUB KSN DESC: WOW PIECE DYE SHORT L-CALYPSO CORAL | 2894620-0 | CALYPSO CORAL | LARGE | 2 | 3.040 | 9.99 | 191060022139 |
| SUB KSN DESC: WOW PIECE DYE SHORT XL-CALYPSO CORAL | 2894621-8 | CALYPSO CORAL | X LARGE | 1 | 3.040 | 9.99 | 191060022146 |
| SUB KSN DESC: WOW PIECE DYE SHORT XXL-CALYPSO CORAL | 2894635-8 | CALYPSO CORAL | XX LARGE | 1 | 3.040 | 9.99 | 191060022153 |
| | | TOTAL | | 6 | 18.240 | 59.94 | |

---

**ITEM CODE: 580011918828**          ITEM: WOW PIECE DYE SHORT CALYPSO CORAL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE SHORT S-CALYPSO CORAL | 2894618-4 | CALYPSO CORAL | SMALL | 1 | 3.040 | 9.99 | 191060022115 |
| SUB KSN DESC: WOW PIECE DYE SHORT M-CALYPSO CORAL | 2894619-2 | CALYPSO CORAL | MEDIUM | 2 | 3.040 | 9.99 | 191060022122 |
| SUB KSN DESC: WOW PIECE DYE SHORT L-CALYPSO CORAL | 2894620-0 | CALYPSO CORAL | LARGE | 2 | 3.040 | 9.99 | 191060022139 |
| SUB KSN DESC: WOW PIECE DYE SHORT XL-CALYPSO CORAL | 2894621-8 | CALYPSO CORAL | X LARGE | 2 | 3.040 | 9.99 | 191060022146 |
| | | TOTAL | | 7 | 21.280 | 69.93 | |

---

**ITEM CODE: 580096695960**          ITEM: WOW PIECE DYE SHORT CALYPSO CORAL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE SHORT S-CALYPSO CORAL | 2894618-4 | CALYPSO CORAL | SMALL | 1 | 3.040 | 9.99 | 191060022115 |
| SUB KSN DESC: WOW PIECE DYE SHORT M-CALYPSO CORAL | 2894619-2 | CALYPSO CORAL | MEDIUM | 1 | 3.040 | 9.99 | 191060022122 |
| SUB KSN DESC: WOW PIECE DYE SHORT L-CALYPSO CORAL | 2894620-0 | CALYPSO CORAL | LARGE | 2 | 3.040 | 9.99 | 191060022139 |
| SUB KSN DESC: WOW PIECE DYE SHORT XL-CALYPSO CORAL | 2894621-8 | CALYPSO CORAL | X LARGE | 2 | 3.040 | 9.99 | 191060022146 |
| SUB KSN DESC: WOW PIECE DYE SHORT XXL-CALYPSO CORAL | 2894635-8 | CALYPSO CORAL | XX LARGE | 1 | 3.040 | 9.99 | 191060022153 |
| | | TOTAL | | 7 | 21.280 | 69.93 | |

---

**ITEM CODE: 580096695978**          ITEM: WOW PIECE DYE SHORT CALYPSO CORAL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE SHORT S-CALYPSO CORAL | 2894618-4 | CALYPSO CORAL | SMALL | 1 | 3.040 | 9.99 | 191060022115 |
| SUB KSN DESC: WOW PIECE DYE SHORT M-CALYPSO CORAL | 2894619-2 | CALYPSO CORAL | MEDIUM | 3 | 3.040 | 9.99 | 191060022122 |
| SUB KSN DESC: WOW PIECE DYE SHORT L-CALYPSO CORAL | 2894620-0 | CALYPSO CORAL | LARGE | 4 | 3.040 | 9.99 | 191060022139 |
| SUB KSN DESC: WOW PIECE DYE SHORT XL-CALYPSO CORAL | 2894621-8 | CALYPSO CORAL | X LARGE | 2 | 3.040 | 9.99 | 191060022146 |
| | | TOTAL | | 10 | 30.400 | 99.90 | |

---

**ITEM CODE: 580011919925**          ITEM: WOW PIECE DYE SHORT ROYAL BLUE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE SHORT M-ROYAL BLUE | 2894638-2 | ROYAL BLUE | MEDIUM | 2 | 3.040 | 9.99 | 191060022207 |
| SUB KSN DESC: WOW PIECE DYE SHORT L-ROYAL BLUE | 2894639-0 | ROYAL BLUE | LARGE | 2 | 3.040 | 9.99 | 191060022214 |
| SUB KSN DESC: WOW PIECE DYE SHORT XL-ROYAL BLUE | 2894647-3 | ROYAL BLUE | X LARGE | 1 | 3.040 | 9.99 | 191060022221 |
| SUB KSN DESC: WOW PIECE DYE SHORT XXL-ROYAL BLUE | 2895366-9 | ROYAL BLUE | XX LARGE | 1 | 3.040 | 9.99 | 191060022238 |
| | | TOTAL | | 6 | 18.240 | 59.94 | |

KMART CORPORATION                                     P U R C H A S E   O R D E R                                     Page : 27

| ORDER DATE : 06-SEP-2018 | ORDER NO : IN437 | TF2  TRIXIA FU |

**ITEM CODE: 580011919933**          ITEM: WOW PIECE DYE SHORT ROYAL BLUE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE SHORT S-ROYAL BLUE | 2894637-4 | ROYAL BLUE | SMALL | 1 | 3.040 | 9.99 | 191060022191 |
| SUB KSN DESC: WOW PIECE DYE SHORT M-ROYAL BLUE | 2894638-2 | ROYAL BLUE | MEDIUM | 2 | 3.040 | 9.99 | 191060022207 |
| SUB KSN DESC: WOW PIECE DYE SHORT L-ROYAL BLUE | 2894639-0 | ROYAL BLUE | LARGE | 2 | 3.040 | 9.99 | 191060022214 |
| SUB KSN DESC: WOW PIECE DYE SHORT XL-ROYAL BLUE | 2894647-3 | ROYAL BLUE | X LARGE | 2 | 3.040 | 9.99 | 191060022221 |
|  |  | TOTAL |  | 7 | 21.280 | 69.93 |  |

**ITEM CODE: 580096695937**          ITEM: WOW PIECE DYE SHORT MARITIME BLUE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE SHORT S-MARITIME BLUE | 2893764-7 | MARITIME BLUE | SMALL | 1 | 3.040 | 9.99 | 191060021941 |
| SUB KSN DESC: WOW PIECE DYE SHORT M-MARITIME BLUE | 2893765-4 | MARITIME BLUE | MEDIUM | 1 | 3.040 | 9.99 | 191060021958 |
| SUB KSN DESC: WOW PIECE DYE SHORT L-MARITIME BLUE | 2893766-2 | MARITIME BLUE | LARGE | 2 | 3.040 | 9.99 | 191060021965 |
| SUB KSN DESC: WOW PIECE DYE SHORT XL-MARITIME BLUE | 2893768-8 | MARITIME BLUE | X LARGE | 2 | 3.040 | 9.99 | 191060021972 |
| SUB KSN DESC: WOW PIECE DYE SHORT XXL-MARITIME BLUE | 2893773-8 | MARITIME BLUE | XX LARGE | 1 | 3.040 | 9.99 | 191060022276 |
|  |  | TOTAL |  | 7 | 21.280 | 69.93 |  |

**ITEM CODE: 580096695986**          ITEM: WOW PIECE DYE SHORT ROYAL BLUE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE SHORT S-ROYAL BLUE | 2894637-4 | ROYAL BLUE | SMALL | 1 | 3.040 | 9.99 | 191060022191 |
| SUB KSN DESC: WOW PIECE DYE SHORT M-ROYAL BLUE | 2894638-2 | ROYAL BLUE | MEDIUM | 1 | 3.040 | 9.99 | 191060022207 |
| SUB KSN DESC: WOW PIECE DYE SHORT L-ROYAL BLUE | 2894639-0 | ROYAL BLUE | LARGE | 2 | 3.040 | 9.99 | 191060022214 |
| SUB KSN DESC: WOW PIECE DYE SHORT XL-ROYAL BLUE | 2894647-3 | ROYAL BLUE | X LARGE | 2 | 3.040 | 9.99 | 191060022221 |
| SUB KSN DESC: WOW PIECE DYE SHORT XXL-ROYAL BLUE | 2895366-9 | ROYAL BLUE | XX LARGE | 1 | 3.040 | 9.99 | 191060022238 |
|  |  | TOTAL |  | 7 | 21.280 | 69.93 |  |

**ITEM CODE: 580011919958**          ITEM: WOW PIECE DYE SHORT BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE SHORT S-BLACK ONYX | 3032164-0 | BLACK ONYX | SMALL | 1 | 3.040 | 9.99 | 191060021859 |
| SUB KSN DESC: WOW PIECE DYE SHORT M-BLACK ONYX | 3032166-5 | BLACK ONYX | MEDIUM | 2 | 3.040 | 9.99 | 191060021866 |
| SUB KSN DESC: WOW PIECE DYE SHORT L-BLACK ONYX | 3032167-3 | BLACK ONYX | LARGE | 2 | 3.040 | 9.99 | 191060021873 |
| SUB KSN DESC: WOW PIECE DYE SHORT XL-BLACK ONYX | 3032170-7 | BLACK ONYX | X LARGE | 2 | 3.040 | 9.99 | 191060021880 |
|  |  | TOTAL |  | 7 | 21.280 | 69.93 |  |

**ITEM CODE: 580028937696**          ITEM: WOW PIECE DYE SHORT MARITIME BLUE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE SHORT S-MARITIME BLUE | 2893764-7 | MARITIME BLUE | SMALL | 1 | 3.040 | 9.99 | 191060021941 |
| SUB KSN DESC: WOW PIECE DYE SHORT M-MARITIME BLUE | 2893765-4 | MARITIME BLUE | MEDIUM | 2 | 3.040 | 9.99 | 191060021958 |
| SUB KSN DESC: WOW PIECE DYE SHORT L-MARITIME BLUE | 2893766-2 | MARITIME BLUE | LARGE | 3 | 3.040 | 9.99 | 191060021965 |
| SUB KSN DESC: WOW PIECE DYE SHORT XL-MARITIME BLUE | 2893768-8 | MARITIME BLUE | X LARGE | 2 | 3.040 | 9.99 | 191060021972 |
|  |  | TOTAL |  | 8 | 24.320 | 79.92 |  |

KMART CORPORATION  ·  **P U R C H A S E   O R D E R**  ·  Page : 28

| ORDER DATE :  06-SEP-2018 | ORDER NO :  IN437 | TF2  TRIXIA FU |
|---|---|---|

**ITEM CODE: 580096695945**   ITEM: WOW PIECE DYE SHORT PERFECT KHAKI

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE SHORT S-PERFECT KHAKI | 2893875-1 | PERFECT KHAKI | SMALL | 1 | 3.040 | 9.99 | 191060022023 |
| SUB KSN DESC: WOW PIECE DYE SHORT M-PERFECT KHAKI | 2894241-5 | PERFECT KHAKI | MEDIUM | 2 | 3.040 | 9.99 | 191060022030 |
| SUB KSN DESC: WOW PIECE DYE SHORT L-PERFECT KHAKI | 2894250-6 | PERFECT KHAKI | LARGE | 2 | 3.040 | 9.99 | 191060022047 |
| SUB KSN DESC: WOW PIECE DYE SHORT XL-PERFECT KHAKI | 2894306-6 | PERFECT KHAKI | X LARGE | 1 | 3.040 | 9.99 | 191060022054 |
|  |  | TOTAL |  | 6 | 18.240 | 59.94 |  |

**ITEM CODE: 580028943413**   ITEM: WOW PIECE DYE SHORT PERFECT KHAKI

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE SHORT S-PERFECT KHAKI | 2893875-1 | PERFECT KHAKI | SMALL | 1 | 3.040 | 9.99 | 191060022023 |
| SUB KSN DESC: WOW PIECE DYE SHORT M-PERFECT KHAKI | 2894241-5 | PERFECT KHAKI | MEDIUM | 2 | 3.040 | 9.99 | 191060022030 |
| SUB KSN DESC: WOW PIECE DYE SHORT L-PERFECT KHAKI | 2894250-6 | PERFECT KHAKI | LARGE | 3 | 3.040 | 9.99 | 191060022047 |
| SUB KSN DESC: WOW PIECE DYE SHORT XL-PERFECT KHAKI | 2894306-6 | PERFECT KHAKI | X LARGE | 2 | 3.040 | 9.99 | 191060022054 |
|  |  | TOTAL |  | 8 | 24.320 | 79.92 |  |

**ITEM CODE: 580030321715**   ITEM: WOW PIECE DYE SHORT BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE SHORT S-BLACK ONYX | 3032164-0 | BLACK ONYX | SMALL | 1 | 3.040 | 9.99 | 191060021859 |
| SUB KSN DESC: WOW PIECE DYE SHORT M-BLACK ONYX | 3032166-5 | BLACK ONYX | MEDIUM | 2 | 3.040 | 9.99 | 191060021866 |
| SUB KSN DESC: WOW PIECE DYE SHORT L-BLACK ONYX | 3032167-3 | BLACK ONYX | LARGE | 3 | 3.040 | 9.99 | 191060021873 |
| SUB KSN DESC: WOW PIECE DYE SHORT XL-BLACK ONYX | 3032170-7 | BLACK ONYX | X LARGE | 2 | 3.040 | 9.99 | 191060021880 |
|  |  | TOTAL |  | 8 | 24.320 | 79.92 |  |

**ITEM CODE: 580096695911**   ITEM: WOW PIECE DYE SHORT BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE SHORT S-BLACK ONYX | 3032164-0 | BLACK ONYX | SMALL | 1 | 3.040 | 9.99 | 191060021859 |
| SUB KSN DESC: WOW PIECE DYE SHORT M-BLACK ONYX | 3032166-5 | BLACK ONYX | MEDIUM | 1 | 3.040 | 9.99 | 191060021866 |
| SUB KSN DESC: WOW PIECE DYE SHORT L-BLACK ONYX | 3032167-3 | BLACK ONYX | LARGE | 2 | 3.040 | 9.99 | 191060021873 |
| SUB KSN DESC: WOW PIECE DYE SHORT XL-BLACK ONYX | 3032170-7 | BLACK ONYX | X LARGE | 2 | 3.040 | 9.99 | 191060021880 |
| SUB KSN DESC: WOW PIECE DYE SHORT XXL-BLACK ONYX | 3032175-6 | BLACK ONYX | XX LARGE | 1 | 3.040 | 9.99 | 191060021897 |
|  |  | TOTAL |  | 7 | 21.280 | 69.93 |  |

KMART CORPORATION                                    **P U R C H A S E  O R D E R**                                                    Page : 29

| ORDER DATE : 06-SEP-2018 | ORDER NO : IN437 | TF2 TRIXIA FU |

**ADDITIONAL CONDITIONS**

**FOR ITEM 580011918026**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

TRANSFERABLE

**FOR ITEM 580011918802**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

TRANSFERABLE

**FOR ITEM 580011918810**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

TRANSFERABLE

**FOR ITEM 580011918828**
TRANSFERABLE

**FOR ITEM 580011919925**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

TRANSFERABLE

**FOR ITEM 580011919933**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

TRANSFERABLE

**FOR ITEM 580011919941**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

TRANSFERABLE

**FOR ITEM 580011919958**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

TRANSFERABLE

**FOR ITEM 580028937696**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.

KMART CORPORATION                              P U R C H A S E  O R D E R                              Page : 30

| ORDER DATE : 06-SEP-2018 | ORDER NO : IN437 | TF2 TRIXIA FU |

All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

TRANSFERABLE

**FOR ITEM 580028943413**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

TRANSFERABLE

**FOR ITEM 580030321715**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

TRANSFERABLE

**FOR ITEM 580096695903**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

TRANSFERABLE

**FOR ITEM 580096695911**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

TRANSFERABLE

**FOR ITEM 580096695929**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

TRANSFERABLE

**FOR ITEM 580096695937**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

TRANSFERABLE

**FOR ITEM 580096695945**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

TRANSFERABLE

**FOR ITEM 580096695952**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.

KMART CORPORATION                                    PURCHASE ORDER                                    Page : 31

| ORDER DATE : 06-SEP-2018        ORDER NO : IN437 | | TF2  TRIXIA FU |
|---|---|---|

All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

TRANSFERABLE

**FOR ITEM 580096695960**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

TRANSFERABLE

**FOR ITEM 580096695978**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

TRANSFERABLE

**FOR ITEM 580096695986**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

TRANSFERABLE

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
-------------------------------------------

KMART CORPORATION                          **P U R C H A S E   O R D E R**                          Page : 32

| ORDER DATE : 06-SEP-2018 | ORDER NO : IN437 | TF2  TRIXIA FU |
|---|---|---|

ANTIDUMPING CLAUSE:
-----------------------------------------------------------------

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW.THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
-----------------------------------------------------------------
-----------------------------------------------------------------
-----------------------------------------------------------------
-----------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
-----------------------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
-----------------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
-----------------------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

**UPS Supply Chain Solutions**

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| GOKALDAS EXPORTS | 967415054 | 7796732163 |
| (A DIVISION OF GOKALDAS EXPORTS LTD) | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| NO.16/2, RESIDENCY ROAD, | AWB 7796732163 | 24-DEC-2018 |
| BANGALORE -560025 INDIA | CUST PO NO:IN437-801 | |
| | CUST INV NO:201824172492 | |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PH:(310)404-2792 FAX:(310)404-2962
ATTN: MARY ELLEN WRATSCHKO

Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | NHAVA SHEVA, INDIA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LADING | |
| MAERSK DETROIT 1902 | NHAVA SHEVA, INDIA | |
| PORT OF DISCHARGE | PORT OF DELIVERY BY ON CARRIER | NO OF ORIGINALS |
| NEWARK | CHAMBERSBURG, PA | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MSKU6806853<br>SEALCODE1:<br>MLIN2908996<br>MARKS & NO:<br>USA<br>01-2841<br>2841<br>CTNS<br><br>FREIGHT COLLECT<br>CY/DOOR | 1 | 40' STANDARD CONTAINER 2841 CARTON<br>SAID TO CONTAIN 2841 CARTON<br>100% COTTON WOVEN WOMENS SHORTS<br>WOW PIECE DYE SHORT MARITME BLUE, WOW PIECE<br>DYE SHORT PERFECT<br>KHAKI, WOW PIECE DYE SHORT CALYPSO BLUE,<br>WOW PIECE DYE<br>SHORT ROYAL BLUE, WOW PIECE DYE SHORT BLACK<br>ONYX<br>GT INV NO: 201824172492<br>INV NO : GE/87733/18-19 DATD 07.12.2018<br>PO NO : IN437<br>REF # 801<br>DIV:4<br>DEPT NO:027 | 9849.740 KG<br>21714.950 LB | 56.710 M3<br>2002.430 F3 |

SHIPPED ON BOARD
3 1 DEC 2018
FOR UPS SCS, MUMBAI
AS AGENT

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | 1 |
| PACKING LIST | | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

For UPS SCS (INDIA) PVT. LTD.

AS AGENT

Issued by MUMBAI

Month Jan   Day 02   Year 2019

**UPS Supply Chain Solutions**   (UPS)   OTI License No. 275F   **UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. 967415054 | CARGO RECEIPT NO. 7796732163 |
|---|---|---|
| GOKALDAS EXPORTS (A DIVISION OF GOKALDAS EXPORTS LTD) NO.16/2, RESIDENCY ROAD, BANGALORE -560025 INDIA | EXPORT REFERENCES AWB 7796732163 CUST PO NO:IN437-801 CUST INV NO:201824172492 | DATE OF RECEIPT OF CARGO 24-DEC-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PH:(310)404-2792 FAX:(310)404-2962
ATTN: MARY ELLEN WRATSCHKO

**Declared Value is:** _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER NHAVA SHEVA, INDIA | EXPORT LICENSE NO |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) MAERSK DETROIT 1902 | PORT OF LADING NHAVA SHEVA, INDIA | |
| PORT OF DISCHARGE NEWARK | PORT OF DELIVERY BY ON CARRIER CHAMBERSBURG, PA | NO OF ORIGINALS 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | TOTAL QTY: 20265 PCS STYLE # WP9BE58169MI LC.NO. 925102 DATED  16.11.2018 NET WT:6866.697KGS HTS/RITC CODE  NO :  6204.6280.56 | | |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

| In accordance with instruction from Buyer, we have received the following documents from Shipper on: | This shipment will be handled subject to the terms set forth here and on the reverse of  the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit. As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC. |
|---|---|

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | 1 |
| PACKING LIST | | 1 |

For UPS SCS (INDIA) PVT. LTD.

Issued by  MUMBAI        **AS AGENT**

Month  Jan     Day  02     Year  2019

# COMMERCIAL INVOICE

COML INV# GE/87736/18-19

Page 1 of 10

**DATE:** December 07, 2018

**INVOICE NO.:** 201824173066

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN43Q | PRINTED RUFFLE SLV MARITIME FLORAL | 27 CARTONS | 27 AST | 30.900 USD AST | 834.30 USD |
| ITEM: | 770025222316 | | | ( 27 CTNS ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE77863MI
DESCRIPTION : PRINTED RUFFLE SLEEVE Y-NECK
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 3 PLASTIC BUTTONS
AT CENTRE FRONT PLACKET , SHORT SLEEVE: ,CENTRE FRONT
PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM TREATMENT: BOTTOM
TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK  //     CODE - 484B  PRICE - $0.072

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN43Q | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 | |
| VENDOR ITEM CODE | WP9BE77863MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE | |

FACTORY NO.          104547

EURO CLOTHING COMPANY - II

KHATAHA 620/628

T B ROAD, SRIRANGAPATTANA

MANDYA DISTRICT

KARNATAKA

India

FTY MID NO.          INEURCLO6206MAN

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN43Q | PRINTED RUFFLE SLV MARITIME FLORAL | 346 CARTONS | 346 AST | 36.050 USD AST | 12,473.30 USD |
| ITEM: | 770029938263 | | | ( 346 CTNS ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE77863MI
DESCRIPTION : PRINTED RUFFLE SLEEVE Y-NECK
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 3 PLASTIC BUTTONS
AT CENTRE FRONT PLACKET , SHORT SLEEVE: ,CENTRE FRONT
PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM TREATMENT: BOTTOM
TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK  //     CODE - 484B  PRICE - $0.072

# COMMERCIAL INVOICE

Page 2 of 10
DATE: December 07, 2018
INVOICE NO.: 201824173066

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB India

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN43Q | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 | |
| VENDOR ITEM CODE | WP9BE77863MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE | |

FACTORY NO.        104547
EURO CLOTHING COMPANY - II
KHATAHA 620/628
T B ROAD, SRIRANGAPATTANA
MANDYA DISTRICT
KARNATAKA
India
FTY MID NO.        INEURCLO6206MAN

| KMART | IN43Q | PRINTED RUFFLE SLV MARITIME FLORAL | 39 CARTONS | 39 AST | 46.350 USD AST | 1,807.65 USD |
|---|---|---|---|---|---|---|
| ITEM: | 770029940269 | | | ( 39 CTNS ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE77863MI
DESCRIPTION : PRINTED RUFFLE SLEEVE Y-NECK
DETAILS OF THE GARMENT:- NO POCKET, BAND COLLAR WITH 3 PLASTIC BUTTONS
AT CENTRE FRONT PLACKET , SHORT SLEEVE: ,CENTRE FRONT
PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM TREATMENT: BOTTOM
TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK   //    CODE - 484B   PRICE - $0.072

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN43Q | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 | |
| VENDOR ITEM CODE | WP9BE77863MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE | |

FACTORY NO.        104547
EURO CLOTHING COMPANY - II
KHATAHA 620/628
T B ROAD, SRIRANGAPATTANA
MANDYA DISTRICT
KARNATAKA
India
FTY MID NO.        INEURCLO6206MAN

| KMART | IN43Q | PRINTED RUFFLE SLV CORE WHITE BRUSH | 39 CARTONS | 39 AST | 46.350 USD AST | 1,807.65 USD |
|---|---|---|---|---|---|---|
| ITEM: | 770029940327 | | | ( 39 CTNS ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

# COMMERCIAL INVOICE

Page 3 of 10
DATE: December 07, 2018
INVOICE NO.: 201824173066

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India          SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB India

STYLE NAME: WP9BE77863MI
DESCRIPTION : PRINTED RUFFLE SLEEVE Y-NECK
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 3 PLASTIC BUTTONS
AT CENTRE FRONT PLACKET , SHORT SLEEVE: ,CENTRE FRONT
PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM TREATMENT: BOTTOM
TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK  //CODE - 484B  PRICE - $0.072

| CONTRACT NO. | IN43Q | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WP9BE77863MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE |

FACTORY NO.          104547
EURO CLOTHING COMPANY - II
KHATAHA 620/628
T B ROAD, SRIRANGAPATTANA
MANDYA DISTRICT
KARNATAKA
India
FTY MID NO.          INEURCLO6206MAN

| KMART | IN43Q | PRINTED RUFFLE SLV CORE WHITE BRUSH | 346 | 346 | 36.050 USD | 12,473.30 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 770034196949 | | | ( 346 CTNS ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE77863MI
DESCRIPTION : PRINTED RUFFLE SLEEVE Y-NECK
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 3 PLASTIC BUTTONS
AT CENTRE FRONT PLACKET , SHORT SLEEVE: ,CENTRE FRONT
PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM TREATMENT: BOTTOM
TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK  //     CODE - 484B  PRICE - $0.072

| CONTRACT NO. | IN43Q | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WP9BE77863MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE |

FACTORY NO.          104547
EURO CLOTHING COMPANY - II
KHATAHA 620/628
T B ROAD, SRIRANGAPATTANA
MANDYA DISTRICT
KARNATAKA

# COMMERCIAL INVOICE

Page 4 of 10
DATE: December 07, 2018
INVOICE NO.: 201824173066

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India     SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB India

India
FTY MID NO.     INEURCLO6206MAN

| KMART | IN43Q | PRINTED RUFFLE SLV MARITIME TILE | 284 | 284 | 36.050 USD | 10,238.20 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 770034202648 | | ( 264 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE77863MI
DESCRIPTION : PRINTED RUFFLE SLEEVE Y-NECK
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 3 PLASTIC BUTTONS
AT CENTRE FRONT PLACKET , SHORT SLEEVE: ,CENTRE FRONT
PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM TREATMENT: BOTTOM
TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK  //    CODE - 484B  PRICE - $0.072

| CONTRACT NO. | IN43Q | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WP9BE77863MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE |

FACTORY NO.     104547
EURO CLOTHING COMPANY - II
KHATAHA 620/628
T B ROAD, SRIRANGAPATTANA
MANDYA DISTRICT
KARNATAKA
India
FTY MID NO.     INEURCLO6206MAN

| KMART | IN43Q | PRINTED RUFFLE SLV ROYAL BLUE LEAVES | 197 | 197 | 36.050 USD | 7,101.85 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 770034202747 | | ( 197 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE77863MI
DESCRIPTION : PRINTED RUFFLE SLEEVE Y-NECK
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 3 PLASTIC BUTTONS
AT CENTRE FRONT PLACKET , SHORT SLEEVE: ,CENTRE FRONT
PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM TREATMENT: BOTTOM
TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK  //    CODE - 484B  PRICE - $0.072

# COMMERCIAL INVOICE

Page 5 of 10
DATE: December 07, 2018
INVOICE NO.: 201824173066

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB India

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | IN43Q | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 | |
| **VENDOR ITEM CODE** | WP9BE77863MI | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 641, RNONE | |

**FACTORY NO.**  104547
EURO CLOTHING COMPANY - II
KHATAHA 620/628
T B ROAD, SRIRANGAPATTANA
MANDYA DISTRICT
KARNATAKA
India
**FTY MID NO.**  INEURCLO6206MAN

| KMART | IN43Q | PRINTED RUFFLE SLV MARITIME FLORAL | 50 | 50 | 36.050 USD | 1,802.50 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | AST |
| **ITEM:** | 770070864368 | | | ( 50 CTNS ) | | |
| **MADE IN** | INDIA | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE77863MI
DESCRIPTION : PRINTED RUFFLE SLEEVE Y-NECK
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 3 PLASTIC BUTTONS
AT CENTRE FRONT PLACKET , SHORT SLEEVE: ,CENTRE FRONT
PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM TREATMENT: BOTTOM
TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK   //    CODE - 484B  PRICE - $0.072

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | IN43Q | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 | |
| **VENDOR ITEM CODE** | WP9BE77863MI | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 641, RNONE | |

**FACTORY NO.**  104547
EURO CLOTHING COMPANY - II
KHATAHA 620/628
T B ROAD, SRIRANGAPATTANA
MANDYA DISTRICT
KARNATAKA
India
**FTY MID NO.**  INEURCLO6206MAN

| KMART | IN43Q | PRINTED RUFFLE SLV CORE WHITE BRUSH | 27 | 27 | 30.900 USD | 834.30 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | USD |
| **ITEM:** | 770070864376 | | | ( 27 CTNS ) | | |
| **MADE IN** | INDIA | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

# COMMERCIAL INVOICE

Page 6 of 10
DATE: December 07, 2018
INVOICE NO.: 201824173066

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB India

STYLE NAME: WP9BE77863MI
DESCRIPTION : PRINTED RUFFLE SLEEVE Y-NECK
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 3 PLASTIC BUTTONS
AT CENTRE FRONT PLACKET , SHORT SLEEVE: ,CENTRE FRONT
PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM TREATMENT: BOTTOM
TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK  //CODE - 484B  PRICE - $0.072

| CONTRACT NO. | IN43Q | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WP9BE77863MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE |

FACTORY NO.      104547
EURO CLOTHING COMPANY - II
KHATAHA 620/628
T B ROAD, SRIRANGAPATTANA
MANDYA DISTRICT
KARNATAKA
India
FTY MID NO.      INEURCLO6206MAN

| KMART | IN43Q | PRINTED RUFFLE SLV CORE WHITE BRUSH | 50 | 50 | 36.050 USD | 1,802.50 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 770070864384 | | ( 50 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE77863MI
DESCRIPTION : PRINTED RUFFLE SLEEVE Y-NECK
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 3 PLASTIC BUTTONS
AT CENTRE FRONT PLACKET , SHORT SLEEVE: ,CENTRE FRONT
PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM TREATMENT: BOTTOM
TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK  //      CODE - 484B  PRICE - $0.072

| CONTRACT NO. | IN43Q | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WP9BE77863MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE |

FACTORY NO.      104547
EURO CLOTHING COMPANY - II
KHATAHA 620/628
T B ROAD, SRIRANGAPATTANA
MANDYA DISTRICT
KARNATAKA

# COMMERCIAL INVOICE

Page 7 of 10

DATE: December 07, 2018

INVOICE NO.: 201824173066

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India    SHIPPED TO:    Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

India
FTY MID NO.    INEURCLO6206MAN

| KMART | IN43Q | PRINTED RUFFLE SLV MARITIME TILE | 8 | 8 | 30.900 USD | 247.20 USD |
|-------|-------|----------------------------------|---|---|------------|------------|
| | | | CARTONS | AST | AST | |
| ITEM: | 770070864392 | | ( 8 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE77863MI
DESCRIPTION : PRINTED RUFFLE SLEEVE Y-NECK
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 3 PLASTIC BUTTONS
AT CENTRE FRONT PLACKET , SHORT SLEEVE: ,CENTRE FRONT
PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM TREATMENT: BOTTOM
TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK   //    CODE - 484B  PRICE - $0.072

| | | | | |
|--|--|--|--|--|
| CONTRACT NO. | IN43Q | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 | |
| VENDOR ITEM CODE | WP9BE77863MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE | |

FACTORY NO.    104547

EURO CLOTHING COMPANY - II

KHATAHA 620/628

T B ROAD, SRIRANGAPATTANA

MANDYA DISTRICT

KARNATAKA

India

FTY MID NO.    INEURCLO6206MAN

| KMART | IN43Q | PRINTED RUFFLE SLV MARITIME TILE | 46 | 46 | 36.050 USD | 1,658.30 USD |
|-------|-------|----------------------------------|----|----|------------|--------------|
| | | | CARTONS | AST | AST | |
| ITEM: | 770070864400 | | ( 46 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE77863MI
DESCRIPTION : PRINTED RUFFLE SLEEVE Y-NECK
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 3 PLASTIC BUTTONS
AT CENTRE FRONT PLACKET , SHORT SLEEVE , CENTRE FRONT
PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM TREATMENT: BOTTOM
TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK   //    CODE - 484B  PRICE - $0.072

# COMMERCIAL INVOICE

Page 8 of 10
DATE: December 07, 2018
INVOICE NO.: 201824173066

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India    SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB India

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN43Q | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WP9BE77863MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE |

FACTORY NO.    104547
EURO CLOTHING COMPANY - II
KHATAHA 620/628
T B ROAD, SRIRANGAPATTANA
MANDYA DISTRICT
KARNATAKA
India
FTY MID NO.    INEURCLO6206MAN

| KMART | IN43Q | PRINTED RUFFLE SLV ROYAL BLUE LEAVES | 93 CARTONS | 93 AST | 41.200 USD | 3,831.60 USD |
|---|---|---|---|---|---|---|
| ITEM: | 770070864459 | | | ( 93 CTNS ) | AST | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE77863MI
DESCRIPTION : PRINTED RUFFLE SLEEVE Y-NECK
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 3 PLASTIC BUTTONS
AT CENTRE FRONT PLACKET , SHORT SLEEVE: ,CENTRE FRONT
PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM TREATMENT: BOTTOM
TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH-HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK   //     CODE - 484B  PRICE - $0.072

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN43Q | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WP9BE77863MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE |

FACTORY NO.    104547
EURO CLOTHING COMPANY - II
KHATAHA 620/628
T B ROAD, SRIRANGAPATTANA
MANDYA DISTRICT
KARNATAKA
India
FTY MID NO.    INEURCLO6206MAN

| KMART | IN43Q | PRINTED RUFFLE SLV ROYAL BLUE LEAVES | 3 CARTONS | 3 AST | 41.200 USD | 123.60 USD |
|---|---|---|---|---|---|---|
| ITEM: | 770070864475 | | | ( 3 CTNS ) | AST | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

# COMMERCIAL INVOICE

Page 9 of 10
**DATE:** December 07, 2018
**INVOICE NO.:** 201824173066

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB India

STYLE NAME: WP9BE77863MI
DESCRIPTION : PRINTED RUFFLE SLEEVE Y-NECK
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 3 PLASTIC BUTTONS
AT CENTRE FRONT PLACKET , SHORT SLEEVE: ,CENTRE FRONT
PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM TREATMENT: BOTTOM
TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK  //CODE - 484B  PRICE - $0.072

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | IN43Q | | REFERENCE NO. | 801 | |
| DC CODE | PCD | | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | | VENDOR NO. | 5783 | |
| VENDOR ITEM CODE | WP9BE77863MI | | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | | CATEGORY | 641, RNONE | |

FACTORY NO.    104547
EURO CLOTHING COMPANY - II
KHATAHA 620/628
T B ROAD, SRIRANGAPATTANA
MANDYA DISTRICT
KARNATAKA
India
FTY MID NO.    INEURCLO6206MAN

| KMART | IN43Q | PRINTED RUFFLE SLV ROYAL BLUE LEAVES | | 9 | 9 | 30.900 USD | 278.10 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| ITEM: | 770070864483 | | | | ( 9 CTNS ) | | |
| MADE IN | INDIA | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE77863MI
DESCRIPTION : PRINTED RUFFLE SLEEVE Y-NECK
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 3 PLASTIC BUTTONS
AT CENTRE FRONT PLACKET , SHORT SLEEVE: ,CENTRE FRONT
PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM TREATMENT: BOTTOM
TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK  //    CODE - 484B  PRICE - $0.072

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | IN43Q | | REFERENCE NO. | 802 | |
| DC CODE | PCD | | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | | VENDOR NO. | 5783 | |
| VENDOR ITEM CODE | WP9BE77863MI | | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | | CATEGORY | 641, RNONE | |

FACTORY NO.    104547
EURO CLOTHING COMPANY - II
KHATAHA 620/628
T B ROAD, SRIRANGAPATTANA
MANDYA DISTRICT
KARNATAKA

# COMMERCIAL INVOICE

Page 10 of 10
**DATE:** December 07, 2018
**INVOICE NO.:** 201824173066

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**         KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB India

India
**FTY MID NO.**         INEURCLO6206MAN

**PAYMENT TERM**         Letter of Credit
**ORDER PAYMENT TERMS**
**DRAWN UNDER**         BANK OF AMERICA
**LC#**         925103

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 1,564 | 1,564 | ASSORTMENTS | 57,314.35 USD |

TOTAL US DOLLARS FIFTY-SEVEN THOUSAND THREE HUNDRED FOURTEEN DOLLARS AND THIRTY-FIVE CENTS ONLY.

| GOKALDAS EXPORTS LTD | |
|---|---|
| **EMPLOYEE NAME** | N. JAYANTHI |
| **EMPLOYEE TITLE** | GENERAL MANAGER -- RECEIVABLES MANAGEMENT |

For GOKALDAS EXPORTS LTD.,

G. M. - Receivables Management

925103

CANARA BANK

AVENUE PLAZA,AVENUE,ROAD,

BRANCH,AVENUE ROAD, 560002

BANGALORE

KARNATAKA



Advising Bank: Bank of America N.A., NEW DELHI
Banking and other Financial Services
OUR REF: EX061368/18                              16 November, 2018
-----------------------------------------------------------------
TO BENEFICIARY:                    |ISSUING BANK:
GOKALDAS EXPORTS LTD               |BANK OF AMERICA N.A.
NO. 16/2 RESIDENCY ROAD            |
BANGALORE,                         |
KARNATAKA 560025, INDIA            |REF: 925103
-----------------------------------------------------------------
                                   | ADVISED THRU BANK:
Amount:USD 57,314.35               | CANARA BANK
                                   | AVENUE ROAD BANGALORE
Expiry Date: 25 December, 2018     | KARNATAKA 560002 INDIA
                                   |
-----------------------------------------------------------------
Dear Sirs:

We have been informed by the above issuing bank that they have
established their irrevocable letter of credit in your favour.We enclose
herewith an authenticated copy of the issuing bank's teletransmission
which is the operative instrument and has been authenticated by us.

This letter of credit does not carry our confirmation
This notification is solely an advice of credit opened by the above
mentioned correspondent bank and conveys no engagement by us.

This letter is to be considered as part of the subject credit and must
be presented with all drafts drawn under the attached letter of credit.
All amounts negotiated must be endorsed on the  reverse of the credit.

Please review the original LC and take up the matter with your buyer
directly for any amendment required in the LC.

This credit is subject to Uniform Customs and Practice for Documentary
Credits 2007 Revision, ICC Publication no 600.

This letter of credit will be delivered to you upon receipt of our
advising charges as per enclosed sheet.

PERMANENT ACCOUNT NUMBER : AAACB1537G.
HSN CODE : 9971


Authorised Signatory

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



**Bank of America**

Page 2 of 2
Attached to and forming part of our Ref:EX061368/18
----------------------------------------------------

Please note that under the terms of the L/C, we are the nominated bank for handling the documents and payments and we hold special document handling/reimbursement instructions. The documents under the Letter of Credit should be forwarded to us at the following address through your your bankers:

                    BANK OF AMERICA N.A., (TRADE SERVICES)
                    1ST FLOOR, DLF CENTRE,
                    SANSAD MARG,
                    NEW DELHI 110 001.

Important notice to Exporter's bankers:
----------------------------------------
Please be advised that the EDF Form should be retained and the original LC should be endorsed by the bank through whom the documents are submitted to us for payment. If these documents are submitted to us in in error, the same will be returned to the presenting bankers.

Please note that in case of discrepancies in the documents, presenting bankers as well as the issuing bankers will be notified of discrepancies and documents will be simultaneously couriered to the issuing bank for necessary acceptance/payment without further reference to the presenting bank/beneficiary, and documents will be held by the issuing bank at the risk and disposal of presenting bank for further instructions.

PRESENTATION OF DOCUMENTS THAT ARE NOT IN COMPLIANCE WITH THE APPLICABLE ANTI-BOYCOTT, ANTI-MONEY LAUNDERING, ANTI-TERRORISM, ANTI-DRUG TRAFFICKING, EXPORT DENIAL OR ECONOMIC SANCTIONS LAWS, REGULATIONS OR ORDERS IS NOT ACCEPTABLE. APPLICABLE LAWS VARY DEPENDING ON THE TRANSACTION AND MAY INCLUDE UNITED NATIONS, UNITED STATES AND/OR LOCAL LAWS.

For all transferable L/Cs, please arrange to submit the enclosed application duly filled up and signature verified by the bank. Your transfer request should be accompanied by a bank draft as per details enclosed.

Authorised Signatory

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 001 Of 009

FROM:/SA-BOFAHKHX
       BANK OF AMERICA, N.A.
       19F TOWER 2 KCC 51 KWAI
       CHEONG RD, KWAI CHUNG HK

TO:  /SA-BOFAIN4XDEL
       BANK OF AMERICA N.A.
       1ST FLOOR, DLF CENTRE,
       SANSAD MARG,NEW DELHI
       110 001 INDIA(FAX:91 11 3714042)
DATE:181116

::710 ADVICE OF THIRD BANKS OR NON-BANKS DOC CREDIT


:27 /PAGE NUMBER               :1 OF 3
:40B/FORM OF DOC CREDIT        :IRREVOCABLE TRANSFERABLE
                                WITHOUT OUR CONFIRMATION
:20 /SENDERS REF               :6055EX139063/18
:21 /DOC CREDIT NUMBER         :925103
:31C/ISSUE DATE                :181116 16NOV18
:40E/APPLICABLE RULES          :
     UCP LATEST VERSION
:31D/DATE AND PLACE OF EXPIRY  :181225 25DEC18
                                COUNTRY OF BENEFICIARY
:50B/NON BANK ISSUER           :SEARS ROEBUCK ACCEPTANCE CORP
                                3711 KENNETT PIKE
                                GREENVILLE DE 19807
                                USA
:50 /APPLICANT/ACCOUNT PARTY   :SEARS HOLDINGS MGMT CORP AN AGENT
                                OF SEARS,ROEBUCK AND CO AND
                                KMART CORPORATION,3333 BEVERLY
                                RD, HOFFMAN ESTATES,IL 60179 USA
:59 /BENEFICIARY               :GOKALDAS EXPORTS LTD
                                NO. 16/2 RESIDENCY ROAD
                                BANGALORE,
                                KARNATAKA 560025, INDIA
:32B/AMOUNT                    :USD 57314.35 U.S. DOLLARS
:41D/AVAILABLE WITH/BY         :ANY BANK
                                BY NEGOTIATION
:42C/DRAFTS AT ...             :75 DAYS AFTER SHIPMENT DATE
:42D/DRAWEE                    : SEARS ROEBUCK ACCEPTANCE CORP
                                3711 KENNETT PIKE
                                GREENVILLE, DE 19807
                                USA
:43P/PARTIAL SHIPMENTS         :ALLOWED
:43T/TRANSSHIPMENT             :ALLOWED
:44E/PORT OF LOADING/AIRPORT OF DEPARTURE:
     INDIA

BANK OF AMERICA N.A.
New Delhi
EX061368 18

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America

EX061368/18   **Bank of America**

Print 002 Of 009

:44F/PORT OF DISCHARGE/AIRPORT OF DESTINATION:
    UNITED STATES
:45 /DESCRIPTION OF GOODS/SERVICES:
    +  P.O NO. IN43Q, ITEM CODE 770025222316 AT USD 30.9
    +  P.O. NO. IN43Q ITEM NO. 770025222316 PRINTED RUFFLE SLV  MARIT
       IME FLORAL, FOB USD 30.9 PER ASSORTMENT,  27 ASSORTMENT, 1 ASSO
       RTMENT PER CARTON, 27 CARTONS PACKING FACTOR 1.
    +  P.O NO. IN43Q, ITEM CODE 770029938263 AT USD 36.05
    +  P.O. NO. IN43Q ITEM NO. 770029938263 PRINTED RUFFLE SLV  MARIT
       IME FLORAL, FOB USD 36.05 PER ASSORTMENT,  346 ASSORTMENT, 1 AS
       SORTMENT PER CARTON, 346 CARTONS PACKING FACTOR 1.
    +  P.O NO. IN43Q, ITEM CODE 770029940269 AT USD 46.35
    +  P.O. NO. IN43Q ITEM NO. 770029940269 PRINTED RUFFLE SLV  MARIT
       IME FLORAL, FOB USD 46.35 PER ASSORTMENT,  39 ASSORTMENT, 1 ASS
       ORTMENT PER CARTON, 39 CARTONS PACKING FACTOR 1.
    + ·P.O NO. IN43Q, ITEM CODE 770029940327 AT USD 46.35
    +  P.O. NO. IN43Q ITEM NO. 770029940327 PRINTED RUFFLE SLV  CORE
       WHITE BRUSH, FOB USD 46.35 PER ASSORTMENT,  39 ASSORTMENT, 1 AS
       SORTMENT PER CARTON, 39 CARTONS PACKING FACTOR 1.
    +  P.O NO. IN43Q, ITEM CODE 770034196949 AT USD 36.05
    +  P.O. NO. IN43Q ITEM NO. 770034196949 PRINTED RUFFLE SLV  CORE
       WHITE BRUSH, FOB USD 36.05 PER ASSORTMENT,  346 ASSORTMENT, 1 A
       SSORTMENT PER CARTON, 346 CARTONS PACKING FACTOR 1.
    +  P.O NO. IN43Q, ITEM CODE 770034202648 AT USD 36.05
    +  P.O. NO. IN43Q ITEM NO. 770034202648 PRINTED RUFFLE SLV  MARIT
       IME TILE, FOB USD 36.05 PER ASSORTMENT,  284 ASSORTMENT, 1 ASSO
       RTMENT PER CARTON, 284 CARTONS PACKING FACTOR 1.
    +  P.O NO. IN43Q, ITEM CODE 770034202747 AT USD 36.05
    +  P.O. NO. IN43Q ITEM NO. 770034202747 PRINTED RUFFLE SLV  ROYAL
       BLUE LEAVES, FOB USD 36.05 PER ASSORTMENT,  197 ASSORTMENT, 1
       ASSORTMENT PER CARTON, 197 CARTONS PACKING FACTOR 1.
    +  P.O NO. IN43Q, ITEM CODE 770070864368 AT USD 36.05
    +  P.O. NO. IN43Q ITEM NO. 770070864368 PRINTED RUFFLE SLV  MARIT
       IME FLORAL, FOB USD 36.05 PER ASSORTMENT,  50 ASSORTMENT, 1 ASS
       ORTMENT PER CARTON, 50 CARTONS PACKING FACTOR 1.
    +  P.O NO. IN43Q, ITEM CODE 770070864376 AT USD 30.9
    +  P.O. NO. IN43Q ITEM NO. 770070864376 PRINTED RUFFLE SLV  CORE
       WHITE BRUSH, FOB USD 30.9 PER ASSORTMENT,  27 ASSORTMENT, 1 ASS
       ORTMENT PER CARTON, 27 CARTONS PACKING FACTOR 1.
    +  P.O NO. IN43Q, ITEM CODE 770070864384 AT USD 36.05
    +  P.O. NO. IN43Q ITEM NO. 770070864384 PRINTED RUFFLE SLV  CORE
       WHITE BRUSH, FOB USD 36.05 PER ASSORTMENT,  50 ASSORTMENT, 1 AS
       SORTMENT PER CARTON, 50 CARTONS PACKING FACTOR 1.
    +  P.O NO. IN43Q, ITEM CODE 770070864392 AT USD 30.9
    +  P.O. NO. IN43Q ITEM NO. 770070864392 PRINTED RUFFLE SLV  MARIT
       IME TILE, FOB USD 30.9 PER ASSORTMENT,  8 ASSORTMENT, 1 ASSORTM
       ENT PER CARTON, 8 CARTONS PACKING FACTOR 1.
    +  P.O NO. IN43Q, ITEM CODE 770070864400 AT USD 36.05
    +  P.O. NO. IN43Q ITEM NO. 770070864400 PRINTED RUFFLE SLV  MARIT
       IME TILE, FOB USD 36.05 PER ASSORTMENT,  46 ASSORTMENT, 1 ASSOR



Print 003 Of 009

    TMENT PER CARTON, 46 CARTONS PACKING FACTOR 1.
+  P.O NO. IN43Q, ITEM CODE 770070864459 AT USD 41.2
+  P.O. NO. IN43Q ITEM NO. 770070864459 PRINTED RUFFLE SLV   ROYAL
   BLUE LEAVES, FOB USD 41.2 PER ASSORTMENT,  93 ASSORTMENT, 1 AS
   SORTMENT PER CARTON, 93 CARTONS PACKING FACTOR 1.
+  P.O NO. IN43Q, ITEM CODE 770070864475 AT USD 41.2
+  P.O. NO. IN43Q ITEM NO. 770070864475 PRINTED RUFFLE SLV   ROYAL
   BLUE LEAVES, FOB USD 41.2 PER ASSORTMENT,  3 ASSORTMENT, 1 ASS
   ORTMENT PER CARTON, 3 CARTONS PACKING FACTOR 1.
+  P.O. NO. IN43Q, ITEM CODE 770070864483 AT USD 30.9
+  P.O. NO. IN43Q ITEM NO. 770070864483 PRINTED RUFFLE SLV   ROYAL
   BLUE LEAVES, FOB USD 30.9 PER ASSORTMENT,  9 ASSORTMENT, 1 ASS
   ORTMENT PER CARTON, 9 CARTONS PACKING FACTOR 1.
:46 /DOCUMENTS REQUIRED        :
   + COMMERCIAL INVOICE TO BE ADDRESSED TO KMART
   CORPORATION OR SEARS HOLDINGS MANAGEMENT
   CORPORATION WHO ACTS AS AGENT OF KMART CORPORATION
   IN DUPLICATE (COPIES OR ORIGINALS
   ACCEPTABLE).

   + PACKING LIST IN DUPLICATE (COPY OR ORIGINAL
   ACCEPTABLE).

   + ORIGINAL OR COPY OF SEA WAYBILL,
   OR ORIGINAL OR COPY OF FORWARDER'S CARGO RECEIPT,
   OR ORIGINAL OR COPY OF AIR WAYBILL
   CONSIGNED TO KMART CORPORATION, AND SHOW
   APPROPRIATE NOTIFY PARTY AS INSTRUCTED BY THE
   DESIGNATED CONSOLIDATOR.

   FOR SHIPMENTS EFFECTED FROM BANGLADESH ONLY,
   3/3 ON BOARD OCEAN BILL OF LADING TO BE
   CONSIGNED TO NEGOTIATING BANK AND ENDORSED TO
   KMART CORPORATION OR LC ISSUER
   MARKED FREIGHT COLLECT.

   IN CASE OF COPY OF SEA WAYBILL PRESENTED, IT MUST
   SHOW ON BOARD DATE AND IS DEEMED TO BE THE DATE
   OF SHIPMENT. IN CASE OF ORIGINAL OR COPY OF
   FORWARDER'S CARGO RECEIPT, IT MUST SHOW CARGO
   RECEIVED DATE AND IS DEEMED TO BE THE DATE OF
   SHIPMENT. IN CASE OF COPY OF AIR WAYBILL
   PRESENTED, IT MUST SHOW ACTUAL FLIGHT DATE AND IS
   DEEMED TO BE THE DATE OF SHIPMENT.

   + ORIGINAL OR COPY OF AN INSPECTION CERTIFICATE
   ISSUED BY SEARS HOLDINGS GLOBAL SOURCING LTD. DULY
   SIGNED BY AN AUTHORIZED SIGNATORY OF SEARS
   HOLDINGS GLOBAL SOURCING LTD. (OR WRITTEN WAIVER
   OF SUCH REQUIREMENT SIGNED BY AN AUTHORIZED

BANK OF AMERICA N.A.
New Delhi

EX0613681|19

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 004 Of 009

```
      SIGNATORY OF SEARS HOLDINGS GLOBAL SOURCING LTD.)
 :48 /PERIOD FOR PRESENTATION OF DOCUMENTS:
                                  21 DAYS TO PRESENT DOCUMENTS.
 :49 /CONFIRMATION INSTRUCTIONS   :WITHOUT
 :57D/ADVISE THRU                 :CANARA BANK
                                   AVENUE ROAD BANGALORE
                                   KARNATAKA 560002 INDIA
                                   à


 *   LAST UPDATED BY    : SYSTEM     ON 16NOV18  AT 12:04:55 *
 *   AUTHORISED BY      :                                    *
 *   MPROC REFERENCE    : SDSMPR6216TRAN236146               *
 *   DESTINATION NAME   :                                    *
 *   DESTINATION ADDR   :                                    *
 *                      :                                    *
 *                      :                                    *
```

BANK OF AMERICA N.A.
New Delhi

EX061368|18

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 005 Of 009

FROM:/SA-BOFAHKHX
      BANK OF AMERICA, N.A.
      19F TOWER 2 KCC 51 KWAI
      CHEONG RD, KWAI CHUNG HK

TO:   /SA-BOFAIN4XDEL
      BANK OF AMERICA N.A.
      1ST FLOOR, DLF CENTRE,            EXo6I368\|8
      SANSAD MARG,NEW DELHI
      110 001 INDIA(FAX:91 11 3714042)
DATE:181116

::711 ADVICE OF THIRD BANKS OR NON-BANKS DOC CREDIT


:27 /PAGE NUMBER             :2 OF 3
:20 /SENDERS REF             :6055EX139063/18
:21 /RELATED REF             :925103
:47 /ADDITIONAL CONDITIONS   :
    INSURANCE BY: BUYER
    + THIS LETTER OF CREDIT COVERS 100 PERCENT OF INVOICE VALUE.
    + A DISCREPANCY FEE OF USD60.00 (OR EQUIVALENT) PER DRAWING OF
    DISCREPANT DOCUMENTS WILL BE DEDUCTED AT THE TIME OF PAYMENT. IN
    ADDITION, TELEX EXPENSES, IF ANY, INCURRED BY US AS A RESULT OF
    DISCREPANT DOCUMENTS ARE ALSO FOR THE BENEFICIARY'S ACCOUNT.
    + BANK OF AMERICA NA HOLDS SPECIAL INSTRUCTIONS REGARDING
    DOCUMENTS DISPOSAL AND REIMBURSEMENT OF THIS LETTER OF CREDIT.
    ALL DOCUMENTS MUST BE PRESENTED IN ONE LOT BY COURIER SERVICE
    THROUGH BENEFICIARY'S BANKER TO OUR PROCESSING AGENT: BANK OF
    AMERICA NA., 19TH FLOOR, TOWER 2, KOWLOON COMMERCE CENTRE,51 KWAI
    CHEONG ROAD, KWAI CHUNG, HONG KONG (ATTN: TRADE FINANCE - SEARS).
    DOCUMENTS SENT TO OUR OFFICE IN 3711 KENNETT PIKE GREENVILLE,DE
    19807 USA WILL BE REJECTED AND FORWARDED TO THE ABOVE ADDRESS FOR
    PROCESSING FOR WHICH THE DELAY WILL BE BORNE BY THE BENEFICIARY.
    + UPON RECEIPT OF DOCUMENTS DRAWN IN COMPLIANCE WITH TERMS AND
    CONDITIONS OF THIS CREDIT, WE SHALL REMIT THE PROCEEDS TO
    NEGOTIATING BANK IN ACCORDANCE WITH THEIR INSTRUCTION ON
    MATURITY.
    + ALL CORRESPONDENCE TO THE ISSUER (INCLUDING THE COVERING LETTER
    ON EACH PRESENTATION) MUST IDENTIFY THIS LC BY QUOTING OUR
    REFERENCE AS IM402267/18.
    + PRESENTATION OF DOCUMENTS(S) THAT ARE NOT IN COMPLIANCE WITH
    THE APPLICABLE ANTI-BOYCOTT, ANTI-MONEY LAUNDERING,
    ANTI-TERRORISM, ANTI-DRUG TRAFFICKING, EXPORT DENIAL OR ECONOMIC
    SANCTIONS LAWS, REGULATIONS OR ORDERS IS NOT ACCEPTABLE.
    APPLICABLE LAWS VARY DEPENDING ON THE TRANSACTION AND MAY INCLUDE
    UNITED NATIONS, UNITED STATES AND/OR LOCAL LAWS.
    + TWO PHOTOCOPIES OF THE ABOVE MENTIONED COMMERCIAL INVOICES ARE
    REQUIRED FOR ISSUER'S RETENTION.

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America


**Bank of America**

Print 006 Of 009

+ UNLESS OTHERWISE STATED, ALL DOCUMENTS CONTENTS MUST BE IN
ENGLISH LANGUAGE.
+ ALL DRAFTS MUST BE MARKED DRAWN UNDER THIS L/C NUMBER.
+ PRESENTATION OF DOCUMENTS MUST BE THROUGH BENEFICIARY'S BANKER.
PRESENTING BANK MUST CERTIFY ON ITS COVERING LETTER THAT THE
DRAWING AMOUNT HAS BEEN ENDORSED ON THE ORIGINAL CREDIT. IN SUCH
CASE, ORIGINAL L/C IS NOT REQUIRED TO BE ACCOMPANIED WITH THE
DOCUMENTS.
+ NOTWITHSTANDING THE DEFINITION OF 'BANKING DAY' UNDER THE
UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS, SATURDAY IS
NOT A 'BANKING DAY' FOR OUR HONG KONG TRADE SERVICES.
+ ALL REFERENCES IN THE UCP600 TO ISSUING BANK, AND TO BANK WHERE
THE TERM INCLUDES AN ISSUING BANK SHALL BE DEEMED TO BE
REFERENCES TO THE ISSUER OF THIS CREDIT, AND THE ISSUER SHALL
HAVE ALL OF THE RIGHTS, DUTIES, AND OBLIGATIONS OF AN ISSUER
UNDER THE UCP.
+ THIS CREDIT IS NOT CONFIRMED BY BANK OF AMERICA N.A. AND
THEREFORE CARRIES NO ENGAGEMENT ON THE PART OF BANK OF AMERICA
N.A.
+ IN CASE OF QUERIES, PLEASE CONTACT US AT OUR HOTLINE 852 3508
2323

+ SHIPMENT QUANTITY AND AMOUNT LESS UP TO 3PCT PER
PO ACCEPTABLE. SHIPMENT QUANTITY AND AMOUNT MORE
UP TO 3PCT PER PO ACCEPTABLE ONLY FOR CLOTHING,
FASHION ACCESSORIES, HOME TEXTILES AND HANDBAGS.

+ REFERENCE (PO) FROM ORDER CONTRACT SHIPPING
SCHEDULE MUST BE SPECIFIED ON THE COMMERCIAL
INVOICE FOR EACH SHIPMENT COVERED ON THE INVOICE.

+ COMBINED DRAWINGS UNDER OTHER LETTERS OF CREDIT
ISSUED BY US WITH IDENTICAL TERMS AND CONDITIONS
IN FAVOR OF THE SAME BENEFICIARY FOR ACCOUNT OF
APPLICANT ARE ACCEPTABLE PROVIDED THAT ONE DRAFT
IS PRESENTED FOR THE TOTAL AMOUNT INDICATING THE
AMOUNTS DRAWN UNDER EACH LETTER OF CREDIT.

+ SEPARATE INVOICES MUST BE ISSUED FOR EACH
DESTINATION (COPIES OR ORIGINALS ACCEPTABLE.)

+ PO NO IN43Q, ALL SHIPMENTS TO BE MADE AS SPECIFIED IN BUYER'S
ORDER NO.   IN43Q WITH SHIPMENT TO COMMENCE ON 10/25/1
8 BUT IN ANY EVENT NOT LATER THAN12/04/18

+ THIRD PARTY SHIPPER AND DOCUMENTS ACCEPTABLE.

+ ALL BANKING CHARGES OTHER THAN THOSE OF THE
ISSUING CHARGES, ARE FOR THE ACCOUNT OF THE
BENEFICIARY.

BANK OF AMERICA N.A.
New Delhi

EX061368118

T +911.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 007 Of 009

+ LATE SHIPMENT, LATE PRESENTATION, LETTER OF
CREDIT EXPIRED FOR NOT MORE THAN 7 DAYS WILL NOT
BE COUNTED AS LC DISCREPANCY.

+ LC APPLICANT MAY, WITHOUT THE PRIOR
AUTHORIZATION OR APPROVAL OF THE LC BENEFICIARY OR
NEGOTIATING BANK, DEDUCT UP TO 10 PERCENT OF
INVOICE VALUE ON ANY DRAWING UNDER THIS LETTER OF
CREDIT FOR OUTSTANDING CLAIMS AND/OR CHARGEBACKS
EXISTS BETWEEN THE BENEFICIARY AND THE APPLICANT.
HOWEVER, NO FURTHER DEDUCTION WILL BE TAKEN AFTER
USANCE LC BILLS HAVE BEEN ACCEPTED BY THE LC
ISSUER.

+ IN CASE DEDUCTION OF CLAIMS ARE SPECIFIED PER LC
TERM, COMMERCIAL INVOICE MUST SHOW THE DEDUCTION
AS SPECIFIED ON THE FIRST DRAWING. IF THE FIRST
DRAWING AMOUNT IS NOT SUFFICIENT TO COVER
DEDUCTION AMOUNT. BALANCE DEDUCTIONS WILL BE
à

```
*   LAST UPDATED BY    : SYSTEM      ON 16NOV18  AT 12:04:55 *
*   AUTHORISED BY      :                                     *
*   MPROC REFERENCE    : SDSMPR6216TRAN236144                *
*   DESTINATION NAME   :                                     *
*   DESTINATION ADDR   :                                     *
*                      :                                     *
*                      :                                     *
```

BANK OF AMERICA N.A.
New Delhi

EX061368|19

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America.



Print 008 of 009

```
FROM:/SA-BOFAHKHX
        BANK OF AMERICA, N.A.
        19F TOWER 2 KCC 51 KWAI
        CHEONG RD, KWAI CHUNG HK

TO:  /SA-BOFAIN4XDEL
        BANK OF AMERICA N.A.
        1ST FLOOR, DLF CENTRE,
        SANSAD MARG,NEW DELHI
        110 001 INDIA(FAX:91 11 3714042)
DATE:181116
```

EXO61368/18

::711 ADVICE OF THIRD BANKS OR NON-BANKS DOC CREDIT

```
:27 /PAGE NUMBER          :3 OF 3
:20 /SENDERS REF          :6055EX139063/18
:21 /RELATED REF          :925103
:47 /ADDITIONAL CONDITIONS :
    DEDUCTED FROM SUBSEQUENT DRAWINGS.
```

+ DOCUMENTS MAY BE PRESENTED DIRECTLY TO BANK OF
AMERICA, N.A. LOCAL BRANCH AT BENEFICIARY'S
COUNTRY AS THEY HOLD SPECIAL REIMBURSEMENT AND
DOCUMENT HANDLING INSTRUCTIONS. IN THIS CASE,
WE WOULD SPEED UP THE PAYMENT PROCESSING UNDER
THIS L/C.

+ THIS CREDIT IS TRANSFERABLE. ANY TRANSFER
  MUST BE HANDLED THROUGH THE ADVISING BANK.
  THE TRANSFERRING BANK MUST ADVISE US BY
  AUTHENTICATED SWIFT OR TESTED TELEX WITHIN 3
  WORKING DAYS FROM THE DATE OF THE TRANSFER THE
  FOLLOWING INFORMATION:
  A. NAME AND ADDRESS OF TRANSFEREE,
  B. TRANSFERRED AMOUNT,
  C. QUANTITY AND DESCRIPTION OF GOODS,
  D. WHETHER THE FIRST BENEFICIARY WILL RETAIN OR
  WAIVE THEIR RIGHT RELATED TO AMENDMENT,
  E. WHETHER THE FIRST BENEFICIARY HAS REQUESTED
  TO SUBSTITUTE THEIR OWN DRAFTS AND DOCUMENTS
  FOR THOSE TO BE PRESENTED BY THE SECOND
  BENEFICIARY(IES).
  F. THEY HAVE MARKED THE TRANSFER ON THE
  ORIGINAL LC AND THE RELEVANT TRANSFERRING
  CHARGES ARE FOR ACCOUNT OF BENEFICIARY.
  + IF TRANSFERRED, A COPY OF THE ADVICE OF TRANSFER
  AND ANY AMENDMENTS THERETO MUST ACCOMPANY EACH
  DRAWING UNDER THE LETTER OF CREDIT. IF DOCUMENTS

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 009 Of 009

PRESENTED BY A PARTY OTHER THAN THE FIRST
BENEFICIARY, THE PRESENTING BANK MUST CERTIFY ON
THEIR COVERING LETTER THAT SUCH PARTY IS THE
SECOND BENEFICIARY AND THAT SUBSTITUTION OF
DRAFT AND INVOICE IS NOT REQUIRED.

à

```
*  LAST UPDATED BY   : SYSTEM      ON 16NOV18  AT 12:04:55 *
*  AUTHORISED BY     :                                     *
*  MPROC REFERENCE   : SDSMPR6216TRAN236145                *
*  DESTINATION NAME  :                                     *
*  DESTINATION ADDR  :                                     *
*                    :                                     *
*                    :                                     *
```



T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



DATE OF ADVICE: 16 November, 2018
DEBIT ADVICE NO: EX061368/180001

PAYMENT OF CHARGES FOR EXPORT

NAME AND ADDRESS OF RECIPIENT OF SERVICES:
GOKALDAS EXPORTS LTD
NO. 16/2 RESIDENCY ROAD
BANGALORE,
KARNATAKA 560025, INDIA


GSTIN OF THE RECIPIENT: GST UNKNOWN
PLACE OF SUPPLY:    STATE UNKNOWN

IN ACCORDANCE WITH DETAILS SHOWN BELOW, WE HAVE DEBITED YOUR ACCOUNT

DETAILS OF CHARGES:

| | | |
|---|---|---:|
| Adv-Taxable value | INR | 1,881.36 |
| Central Tax (9%) | INR | 169.32 |
| State Tax (9%) | INR | 169.32 |
| NET AMOUNT DEBITED | INR | 2,220.00 |

SUPPLIER GSTIN: 07AAACB1537G1Z3
PERMANENT ACCOUNT NUMBER: AAACB1537G.
HSN CODE: 9971

THIS IS A SYSTEM GENERATED ADVICE AND REQUIRES NO SIGNATURE.

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Bank of America

****ADVICE OF AMENDMENT****                    AMENDMENT NUMBER –    1
Banking and other Financial Services
=====================================================================
OUR REF: EX061368/18                           19 December, 2018
---------------------------------------------------------------------
BENEFICIARY                         │ISSUING BANK:
==========                          │============
GOKALDAS EXPORTS LTD                │BANK OF AMERICA N.A.
NO. 16/2 RESIDENCY ROAD             │
BANGALORE,                          │
KARNATAKA 560025, INDIA             │REF: 925103
------------------------------------│--------------------------------
                                    │ADVISED THRU' BANK:
                                    │============
                                    │CANARA BANK
                                    │AVENUE ROAD BANGALORE
                                    │KARNATAKA 560002 INDIA
                                    │
---------------------------------------------------------------------
Gentlemen::

We enclose an authenticated copy of the Issuing Bank's teletransmission
of amendment to the above Letter of Credit, which is the operative
instrument. This amendment does not carry our confirmation.

This letter is to be considered as part of the original credit and must
be presented with all drafts drawn under the original Letter of Credit.
All amounts negotiated must be endorsed on the reverse side of the
original Letter of Credit.

This notification is solely an advice of amendment opened by the above
mentioned correspondent and conveys no engagement on our part.

Please review the original LC and amendment and take up the matter with
your buyer for necessary amendment if any of the terms/conditions are
not acceptable to you. This procedure will facilitate prompt handling
when documents are presented.

This amendment is subject to Uniform Customs and Practices for
Documentary Credits ICC Publication version as per the original LC.

This amendment will be delivered to you upon receipt of our amendment
charges as per enclosed sheet.

We have authorised the representative of our courier agent to collect
the charges from you.

PRESENTATION OF DOCUMENTS THAT ARE NOT IN COMPLIANCE WITH THE APPLICABLE
ANTI-BOYCOTT, ANTI-MONEY LAUNDERING, ANTI-TERRORISM, ANTI-DRUG
TRAFFICKING, EXPORT DENIAL OR ECONOMIC SANCTIONS LAWS, REGULATIONS OR
ORDERS IS NOT ACCEPTABLE. APPLICABLE LAWS VARY DEPENDING ON THE
TRANSACTION AND MAY INCLUDE UNITED NATIONS, UNITED STATES AND/OR

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



LAWS.

PERMANENT ACCOUNT NUMBER : AAACB1537G.
HSN CODE : 9971

--------------------------------
Authorised Signature

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 001 Of 001

FROM:/SA-BOFAHKHX
    BANK OF AMERICA, N.A.
    19F TOWER 2 KCC 51 KWAI
    CHEONG RD, KWAI CHUNG HK

TO:  /SA-BOFAIN4XDEL
    BANK OF AMERICA N.A.
    1ST FLOOR, DLF CENTRE,
    SANSAD MARG,NEW DELHI
    110 001 INDIA(FAX:91 11 3714042)
DATE:181219

::707 DOC CREDIT AMENDMENT

> This telex/Cable/Mail advice alongwith our covering letter dated 19|12|18 constitutes amendment number o( of letter of credit registered under our reference No.
> EX o6|368|18 of which this amendment is an integral part and must be attached therewith.
>
> Bank of America N.A.
> (Incorporated in USA with Limited Liability)
>
> Authorised Signatory

:27 /PAGE NUMBER         :1 OF 1
:20 /SENDERS REF        :6055EX139063/18
:21 /RELATED REF        :NONREF
:23 /DOC CREDIT NUMBER   :925103
:50B/NON BANK ISSUER    :SEARS ROEBUCK ACCEPTANCE CORP
                           3711 KENNETT PIKE
                           GREENVILLE DE 19807
                           USA
:31C/ISSUE/TRANSFER DATE :181116 16NOV18
:26E/NUMBER OF AMENDMENT  :001
:30 /AMENDMENT DATE     :181219 19DEC18
:22A/PURPOSE OF MESSAGE   :ADVI
:31D/DATE AND PLACE OF EXPIRY :190108 08JAN19
                            COUNTRY OF BENEFICIARY
:47B/ADDITIONAL CONDITIONS  :
    /ADD/
    + LATEST SHIP DATE HAS BEEN CHANGED
      FROM 04-DEC-18 TO 18-DEC-18.
    ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
    à

*  LAST UPDATED BY   : SYSTEM    ON 19DEC18  AT 17:17:02 *
*  AUTHORISED BY     :                                  *
*  MPROC REFERENCE   : SDSMPR6216TRAN237516         *
*  DESTINATION NAME  :                             *
*  DESTINATION ADDR  :                             *
*                   :                             *
*                   :                             *



DATE OF ADVICE: 19 December, 2018
DEBIT ADVICE NO: EX061368/180002

PAYMENT OF CHARGES FOR EXPORT

NAME AND ADDRESS OF RECIPIENT OF SERVICES:
GOKALDAS EXPORTS LTD
NO. 16/2 RESIDENCY ROAD
BANGALORE,
KARNATAKA 560025, INDIA


GSTIN OF THE RECIPIENT: GST UNKNOWN
PLACE OF SUPPLY:    STATE UNKNOWN

IN ACCORDANCE WITH DETAILS SHOWN BELOW, WE HAVE DEBITED YOUR ACCOUNT

DETAILS OF CHARGES:
| | | |
|---|---|---|
| Amend-Taxable value | INR | 1,355.94 |
| Central Tax (9%) | INR | 122.03 |
| State Tax (9%) | INR | 122.03 |
| NET AMOUNT DEBITED | INR | 1,600.00 |

SUPPLIER GSTIN: 07AAACB1537G1Z3
PERMANENT ACCOUNT NUMBER: AAACB1537G.
HSN CODE: 9971

THIS IS A SYSTEM GENERATED ADVICE AND REQUIRES NO SIGNATURE.

KMART CORPORATION                              P U R C H A S E   O R D E R                                      Page : 1

| ORDER DATE :  12-SEP-2018 | ORDER NO :  IN43Q | BUYER :  TF2  TRIXIA FU |
|---|---|---|
| DIV :  Division 4 | DEPT NO :  027 | |

**KMART CORPORATION**

3333 Beverly Road

Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | GOKALDAS EXPORTS LTD |
| ADDRESS | NO. 16/2 |
| | RESIDENCY ROAD |
| | BANGALORE |
| | KARNATAKA |
| COUNTRY | India |
| EMAIL | sireesh@gokaldasexports.com |
| VENDOR NBR | 5783 |
| TELEPHONE | 91 09900085026 |
| DUNS NBR | 636654 |
| FDA REG # | |

**TOTAL COST OF ORDER USD**

$57,314.35

| PAYMENT TO BE MADE BY : | | |
|---|---|---|
| ( ) | MULTIPLE PAYMENT TYPES | |
| ( ) | CHECK/WIRE TRANSFER | |
| | Amount USD: | 0.00 |
| ( ) | FREE GOODS | |
| | Amount USD: | 0.00 |
| (X) | LETTER OF CREDIT | |
| | Amount USD: | 57,314.35 |
| | LC #: | 925103 |
| | TRANSFERABLE: | Yes |
| | BANK: | BANKBL |

| PAYMENT TERMS: | 74 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKIN | SEARS SOURCING INDIA PVT LTD |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKIN | INDIA OFFICE |

| EACH ITEM TO BE MARKED: | MADE IN INDIA |
|---|---|
| EMBARK/GO-DOWN: | INDIA |
| SHIP POINT: | INNSA1B |
| DELIVERY TERMS: | FOB IN |
| CITY, COUNTRY: | Nhava Sheva (JNP), India |

FACTORY DETAILS:

| FACTORY NBR: | 104547 |
|---|---|
| NAME | EURO CLOTHING COMPANY - II |
| ADDRESS | KHATAHA 620/628 |
| | T B ROAD, SRIRANGAPATTANA |
| | MANDYA DISTRICT |
| | KARNATAKA |
| COUNTRY | India |
| TEL | 8495938777 |
| EMAIL | ecc2pd@gokaldasexports.com |
| MID | INEURCLO6206MAN |

KMART CORPORATION                                       P U R C H A S E   O R D E R                                            Page : 2

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43Q | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

| | |
|---|---|
| ITEM CODE: 770025222316 | SEASON/YEAR: 3-SUMMER 2019 |
| | SUB-SEASON: 30-SUMMER |
| I 2OF 5/CARTON UPC: 0019106002884 1 | CAT/SUB-CAT: 77/33 |
| STYLE: WP9BE77863MI | TRADEMARK: NONE |
| BRAND NAME: BASIC EDITIONS | COPYRIGHT REG. NO.: N/A |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 |

PRINTED RUFFLE SLV MARITIME FLORAL

| SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $89.94 | 27 | 27 | $834.30 |
| $30.900 | $30.900 | | | | |

| | | | | |
|---|---|---|---|---|
| PER CARTON | KGS: 1.905 | CBM: 0.017698 | AST PER INNER | 1 |
| | LBS: 4.200 | CU. FT.: 0.625 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 18.0" X H 3.0" | | CASEPACK | | |

QUOTA CAT#: 641, RNONE                                 CASE #                          FACTORY              EXPORTER

SPECIAL TRADE INDICATOR:                          ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 6 PCS

| | S H I P P I N G   S C H E D U L E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 27 | 27 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE77863MI
DESCRIPTION : PRINTED RUFFLE SLEEVE Y-NECK
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 3 PLASTIC BUTTONS
AT CENTRE FRONT PLACKET , SHORT SLEEVE: ,CENTRE FRONT
PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM TREATMENT: BOTTOM
TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B PRICE - $0.072

OPC:              6

KMART CORPORATION                          P U R C H A S E   O R D E R                          Page : 3

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43Q | | TF2  TRIXIA FU |

**DESCRIPTION**

ITEM CODE: 770029938263

SEASON/YEAR: 3-SUMMER 2019        PRINTED RUFFLE SLV MARITIME FLORAL
SUB-SEASON: 30-SUMMER

I 2OF 5/CARTON UPC: 0019106023297          CAT/SUB-CAT: 77/33

STYLE: WP9BE77863MI              TRADEMARK: NONE          SEARS DIV          SEARS ITEM          SEARS SKU

BRAND NAME: BASIC EDITIONS        COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM          MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
| PER AST | PER CARTON | $104.93 | 346 | 346 | $12,473.30 |
| $36.050 | $36.050 | | | | |

|  | KGS: 2.540 | CBM: 0.020648 | | AST PER INNER | 1 |
| PER CARTON | LBS: 5.600 | CU. FT.: 0.729 | | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 18.0" X H 3.5" | | CASEPACK | | | |

QUOTA CAT#: 641, RNONE

SPECIAL TRADE INDICATOR:                              CASE #          FACTORY          EXPORTER

                                        ANTI-DUMPING:

                                        COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 07 PCS PER CARTON

| | | | S H I P P I N G   S C H E D U L E | | | | | |
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 346 | 346 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE77863MI
DESCRIPTION : PRINTED RUFFLE SLEEVE Y-NECK
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 3 PLASTIC BUTTONS
AT CENTRE FRONT PLACKET , SHORT SLEEVE: ,CENTRE FRONT
PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM TREATMENT: BOTTOM
TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B PRICE - $0.072

OPC:                7

KMART CORPORATION                     P U R C H A S E   O R D E R                                    Page : 4

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43Q | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 770029940269 | SEASON/YEAR: 3-SUMMER 2019 | PRINTED RUFFLE SLV MARITIME FLORAL |
| | SUB-SEASON: 30-SUMMER | |
| I 2OF 5/CARTON UPC: 0019106002303 | CAT/SUB-CAT: 77/33 | |
| STYLE: WP9BE77863MI | TRADEMARK: NONE | SEARS DIV          SEARS ITEM          SEARS SKU |
| BRAND NAME: BASIC EDITIONS | COPYRIGHT REG. NO.: N/A | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $134.91 | 39 | 39 | $1,807.65 |
| $46.350 | $46.350 | | | | |

| | | | | |
|---|---|---|---|---|
| PER CARTON | KGS:   2.998 | CBM:   0.020648 | AST PER INNER | 1 |
| | LBS:   6.610 | CU. FT.:   0.729 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 18.0" X H 3.5" | | CASEPACK | | |

QUOTA CAT#:  641, RNONE                                    CASE #              FACTORY              EXPORTER

SPECIAL TRADE INDICATOR:                         ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 09 PCS PER CARTON

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 39 | 39 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE77863MI
DESCRIPTION : PRINTED RUFFLE SLEEVE Y-NECK
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 3 PLASTIC BUTTONS
AT CENTRE FRONT PLACKET , SHORT SLEEVE; ,CENTRE FRONT
PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM TREATMENT: BOTTOM
TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC COUNT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B PRICE - $0.072

OPC:                  9

KMART CORPORATION                                P U R C H A S E   O R D E R                                Page : 5

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43Q | | TF2  TRIXIA FU |
|---|---|---|---|

**DESCRIPTION**

PRINTED RUFFLE SLV CORE WHITE BRUSH

| ITEM CODE: 770029940327 | SEASON/YEAR: 3-SUMMER 2019 | | | |
|---|---|---|---|---|
| | SUB-SEASON: 30-SUMMER | | | |
| I 2OF 5/CARTON UPC: 0019106023419 | CAT/SUB-CAT: 77/33 | | | |
| STYLE: WP9BE77863MI | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: BASIC EDITIONS | COPYRIGHT REG. NO.: N/A | | | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $134.91 | 39 | 39 | $1,807.65 |
| $46.350 | $46.350 | | | | |

|  | KGS: 2.998 | CBM: 0.020648 | AST PER INNER | 1 |
|---|---|---|---|---|
| PER CARTON | LBS: 6.610 | CU. FT.: 0.729 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 18.0" X H 3.5" | | CASEPACK | | |

QUOTA CAT#: 641, RNONE                                              CASE #                    FACTORY                EXPORTER

SPECIAL TRADE INDICATOR:                          ANTI-DUMPING:

                                                  COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 09 PCS PER CARTON

| S H I P P I N G   S C H E D U L E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 39 | 39 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE77863MI
DESCRIPTION : PRINTED RUFFLE SLEEVE Y-NECK
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WTH 3 PLASTIC BUTTONS
AT CENTRE FRONT PLACKET , SHORT SLEEVE: ,CENTRE FRONT
PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM TREATMENT: BOTTOM
TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B PRICE - $0.072

OPC:                    9

KMART CORPORATION                    P U R C H A S E   O R D E R                    Page : 6

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43Q | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

PRINTED RUFFLE SLV CORE WHITE BRUSH

| | | |
|---|---|---|
| ITEM CODE:  770034196949 | SEASON/YEAR:  3-SUMMER 2019 | |
| | SUB-SEASON:  30-SUMMER | |
| I 2OF 5/CARTON UPC:  00191080023402 | CAT/SUB-CAT:  77/33 | |
| STYLE:  WP9BE77863MI | TRADEMARK:  NONE | SEARS DIV       SEARS ITEM       SEARS SKU |
| BRAND NAME:  BASIC EDITIONS | COPYRIGHT REG. NO.:  N/A | |
| INTL COMMODY CODE:  GDSM | MLTP CARTON IND:  001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $104.93 | 346 | 346 | $12,473.30 |
| $36.050 | $36.050 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| PER CARTON | KGS:  2.540 | CBM:  0.017698 | AST PER INNER | 1 |
| | LBS:  5.600 | CU. FT.:  0.625 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 18.0" X H 3.0" | | CASEPACK | | |

| | | | |
|---|---|---|---|
| QUOTA CAT#:  641, RNONE | | CASE # | FACTORY       EXPORTER |
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | |
| | | COUNTERVAILING: | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 07 PCS PER CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 601 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 346 | 346 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE77863MI
DESCRIPTION : PRINTED RUFFLE SLEEVE Y-NECK
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 3 PLASTIC BUTTONS
AT CENTRE FRONT PLACKET , SHORT SLEEVE: ,CENTRE FRONT
PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM TREATMENT: BOTTOM
TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B PRICE - $0.072

OPC:               7

KMART CORPORATION                                    P U R C H A S E   O R D E R                                    Page : 7

| ORDER DATE :  12-SEP-2018 | ORDER NO :  IN43Q | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

PRINTED RUFFLE SLV MARITIME TILE

ITEM CODE: 770034202648               SEASON/YEAR:  3-SUMMER 2019

SUB-SEASON:  30-SUMMER

I 2OF 5/CARTON UPC:  0019106002351B        CAT/SUB-CAT:  77/33

STYLE:  WP9BE77863MI               TRADEMARK:  NONE          SEARS DIV          SEARS ITEM          SEARS SKU

BRAND NAME:  BASIC EDITIONS          COPYRIGHT REG. NO.:  N/A

INTL COMMODY CODE:  GDSM          MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $104.93 | 284 | 284 | $10,238.20 |
| $36.050 | $36.050 | | | | |

PER CARTON          KGS:  2.540          CBM:   0.017698          AST PER INNER          1

LBS:  5.600          CU. FT.:   0.625          INNERS PER OUTER CARTON          1

OUTER CARTON DIMENSIONS          PACKING INSTRUCTION:          AST PER MASTER SHIPPING CTN   1

L 20.0" X W 18.0" X H 3.0"          CASEPACK

QUOTA CAT#:  641, RNONE          CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:          ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 07 PCS PER CARTON

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 284 | 284 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE77863MI
DESCRIPTION : PRINTED RUFFLE SLEEVE Y-NECK
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 3 PLASTIC BUTTONS
AT CENTRE FRONT PLACKET , SHORT SLEEVE: ,CENTRE FRONT
PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM TREATMENT: BOTTOM
TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B PRICE - $0.072

OPC:               7

KMART CORPORATION                                    P U R C H A S E   O R D E R                                    Page : 8

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43Q | TF2  TRIXIA FU |
|---|---|---|

DESCRIPTION

ITEM CODE: 770034202747              SEASON/YEAR: 3-SUMMER 2019         PRINTED RUFFLE SLV ROYAL BLUE LEAVES

SUB-SEASON: 30-SUMMER

I 2OF 5/CARTON UPC: 0019106002362 4       CAT/SUB-CAT: 77/33

STYLE: WP9BE77863MI            TRADEMARK: NONE                    SEARS DIV              SEARS ITEM              SEARS SKU

BRAND NAME: BASIC EDITIONS        COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM            MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $104.93 | 197 | 197 | $7,101.85 |
| $36.050 | $36.050 | | | | |

PER CARTON

KGS: 2.540            CBM: 0.017698            AST PER INNER               1

LBS: 5.600            CU. FT.: 0.625           INNERS PER OUTER CARTON      1

OUTER CARTON DIMENSIONS           PACKING INSTRUCTION:                   AST PER MASTER SHIPPING CTN   1

L 20.0" X W 18.0" X H 3.0"            CASEPACK

QUOTA CAT#:  641, RNONE                                CASE #              FACTORY              EXPORTER

SPECIAL TRADE INDICATOR:                              ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 07 PCS PER CARTON

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 197 | 197 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE77863MI
DESCRIPTION : PRINTED RUFFLE SLEEVE Y-NECK
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 3 PLASTIC BUTTONS
AT CENTRE FRONT PLACKET , SHORT SLEEVE. ,CENTRE FRONT
PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM TREATMENT: BOTTOM
TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B PRICE - $0.072

OPC:              7

KMART CORPORATION                           P U R C H A S E   O R D E R                                    Page : 9

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43Q | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 770070864368          SEASON/YEAR: 3-SUMMER 2019          PRINTED RUFFLE SLV MARITIME FLORAL

                                 SUB-SEASON: 30-SUMMER

I 2OF 5/CARTON UPC: 0019106002341     CAT/SUB-CAT: 77/33

STYLE: WP9BE77863MI          TRADEMARK: NONE          SEARS DIV          SEARS ITEM          SEARS SKU

BRAND NAME: BASIC EDITIONS     COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM        MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $104.93 | 50 | 50 | $1,802.50 |
| $36.050 | $36.050 | | | | |

|  | KGS: 2.223 | CBM: 0.017698 | AST PER INNER | 1 |
|---|---|---|---|---|
| PER CARTON | LBS: 4.900 | CU. FT.: 0.625 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 18.0" X H 3.0" | | CASEPACK | | |

QUOTA CAT#:  641, RNONE                              CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:                    ANTI-DUMPING:

                                            COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 50 | 50 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE77863MI
DESCRIPTION : PRINTED RUFFLE SLEEVE Y-NECK
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 3 PLASTIC BUTTONS
AT CENTRE FRONT PLACKET , SHORT SLEEVE: ,CENTRE FRONT
PLACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM TREATMENT: BOTTOM
TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B PRICE - $0.072

OPC:                7

KMART CORPORATION                                    P U R C H A S E   O R D E R                                    Page : 10

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43Q | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

| | |
|---|---|
| ITEM CODE: 770070864376 | SEASON/YEAR:  3-SUMMER 2019 |
| | SUB-SEASON:  30-SUMMER |
| I 2OF 5/CARTON UPC:  0019106023440 | CAT/SUB-CAT: 77/33 |
| STYLE: WP9BE77863MI | TRADEMARK:  NONE |
| BRAND NAME:  BASIC EDITIONS | COPYRIGHT REG. NO.:  N/A |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND:  001 |

PRINTED RUFFLE SLV CORE WHITE BRUSH

SEARS DIV          SEARS ITEM          SEARS SKU

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $89.94 | 27 | 27 | $834.30 |
| $30.900 | $30.900 | | | | |

| | | | |
|---|---|---|---|
| PER CARTON | KGS:  1.905 | CBM:  0.017698 | AST PER INNER          1 |
| | LBS:  4.200 | CU. FT.:  0.625 | INNERS PER OUTER CARTON     1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN   1 |
| L 20.0" X W 18.0" X H 3.0" | | CASEPACK | |

| | | | |
|---|---|---|---|
| QUOTA CAT#:  641, RNONE | | CASE # | FACTORY          EXPORTER |
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | |
| | | COUNTERVAILING: | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
HANGER PACK OF 6 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 27 | 27 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE77863MI
DESCRIPTION : PRINTED RUFFLE SLEEVE Y-NECK
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 3 PLASTIC BUTTONS
AT CENTRE FRONT PLACKET , SHORT SLEEVE. ,CENTRE FRONT
PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM TREATMENT: BOTTOM
TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B PRICE - $0.072

OPC:                    6

KMART CORPORATION                                P U R C H A S E   O R D E R                                          Page : 11

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43Q | | TF2  TRIXIA FU |
|---|---|---|---|

DESCRIPTION

| | | | | |
|---|---|---|---|---|
| ITEM CODE: 770070864384 | SEASON/YEAR: 3-SUMMER 2019 | PRINTED RUFFLE SLV CORE WHITE BRUSH | | |
| | SUB-SEASON: 30-SUMMER | | | |
| I 2OF 5/CARTON UPC: 00191060023457 | CAT/SUB-CAT: 77/33 | | | |
| STYLE: WP9BE77863MI | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: BASIC EDITIONS | COPYRIGHT REG. NO.: N/A | | | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $104.93 | 50 | 50 | $1,802.50 |
| $36.050 | $36.050 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| PER CARTON | KGS: 2.223 | CBM: 0.017698 | AST PER INNER | 1 | |
| | LBS: 4.900 | CU. FT.: 0.625 | INNERS PER OUTER CARTON | 1 | |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 | |
| L 20.0" X W 18.0" X H 3.0" | | CASEPACK | | | |

| | | | |
|---|---|---|---|
| QUOTA CAT#: 641, RNONE | | CASE # | FACTORY | EXPORTER |
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 50 | 50 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE77863MI
DESCRIPTION : PRINTED RUFFLE SLEEVE Y-NECK
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 3 PLASTIC BUTTONS
AT CENTRE FRONT PLACKET , SHORT SLEEVE; ,CENTRE FRONT
PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM TREATMENT: BOTTOM
TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B PRICE - $0.072

OPC:                    7

KMART CORPORATION                     P U R C H A S E   O R D E R                                    Page : 12

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43Q | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 770070864392          SEASON/YEAR: 3-SUMMER 2019       PRINTED RUFFLE SLV MARITIME TILE

                                 SUB-SEASON: 30-SUMMER

I 2OF S/CARTON UPC: 00191060023556    CAT/SUB-CAT: 77/33

STYLE: WP9BE77863MI              TRADEMARK: NONE            SEARS DIV          SEARS ITEM          SEARS SKU

BRAND NAME: BASIC EDITIONS       COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM          MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $89.94 | 8 | 8 | $247.20 |
| $30.900 | $30.900 | | | | |

PER CARTON  KGS: 2.722        CBM: 0.017698          AST PER INNER              1
            LBS: 6.000        CU. FT.: 0.625         INNERS PER OUTER CARTON    1

OUTER CARTON DIMENSIONS              PACKING INSTRUCTION:        AST PER MASTER SHIPPING CTN  1
L 20.0" X W 18.0" X H 3.0"               CASEPACK

QUOTA CAT#: 641, RNONE                                 CASE #            FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:                      ANTI-DUMPING:

                                              COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 6 PCS

| SHIPPING SCHEDULE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 8 | 8 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE77863MI
DESCRIPTION : PRINTED RUFFLE SLEEVE Y-NECK
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 3 PLASTIC BUTTONS
AT CENTRE FRONT PLACKET , SHORT SLEEVE: ,CENTRE FRONT
PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM TREATMENT: BOTTOM
TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B PRICE - $0.072

OPC:              6

KMART CORPORATION | **P U R C H A S E   O R D E R** | Page : 13

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43Q | | TF2  TRIXIA FU |

**DESCRIPTION**

| | |
|---|---|
| ITEM CODE: 770070864400 | SEASON/YEAR: 3-SUMMER 2019 |
| | SUB-SEASON: 30-SUMMER |
| I 2OF 5/CARTON UPC: 0019106023563 | CAT/SUB-CAT: 77/33 |
| STYLE: WP9BE77863MI | TRADEMARK: NONE |
| BRAND NAME: BASIC EDITIONS | COPYRIGHT REG. NO.: N/A |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 |

DESCRIPTION: PRINTED RUFFLE SLV MARITIME TILE

SEARS DIV          SEARS ITEM          SEARS SKU

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $104.93 | 46 | 46 | $1,658.30 |
| $36.050 | $36.050 | | | | |

| PER CARTON | KGS: 2.540 | CBM: 0.017698 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 5.600 | CU. FT.: 0.625 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 18.0" X H 3.0" | | CASEPACK | | |

QUOTA CAT#: 641, RNONE                CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:                ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| SHIPPING SCHEDULE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 46 | 46 | L |

**DETAIL DESCRIPTION-**

STYLE NAME: WP9BE77863MI
DESCRIPTION : PRINTED RUFFLE SLEEVE Y-NECK
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 3 PLASTIC BUTTONS
AT CENTRE FRONT PLACKET , SHORT SLEEVE: ,CENTRE FRONT
PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM TREATMENT: BOTTOM
TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B PRICE - $0.072

OPC:              7

KMART CORPORATION                          P U R C H A S E   O R D E R                                      Page : 14

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43Q | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 770070864459                SEASON/YEAR:  3-SUMMER 2019      PRINTED RUFFLE SLV ROYAL BLUE LEAVES

                                       SUB-SEASON:  30-SUMMER

I 2OF 5/CARTON UPC:  00191060023655    CAT/SUB-CAT:  77/33

STYLE:  WP9BE77863MI                    TRADEMARK:  NONE            SEARS DIV            SEARS ITEM            SEARS SKU

BRAND NAME:  BASIC EDITIONS             COPYRIGHT REG. NO.:  N/A

INTL COMMODY CODE:  GOSM                MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $119.92 | 93 | 93 | $3,831.60 |
| $41.200 | $41.200 | | | | |

PER CARTON     KGS:  2.722          CBM:   0.020648          AST PER INNER                 1
               LBS:  6.000          CU. FT.:  0.729          INNERS PER OUTER CARTON       1

OUTER CARTON DIMENSIONS              PACKING INSTRUCTION:                AST PER MASTER SHIPPING CTN   1
  L 20.0" X W 18.0" X H 3.5"             CASEPACK

QUOTA CAT#:  641, RNONE                                          CASE #            FACTORY            EXPORTER

SPECIAL TRADE INDICATOR:                          ANTI-DUMPING:

                                                  COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 8 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 93 | 93 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE77863MI
DESCRIPTION : PRINTED RUFFLE SLEEVE Y-NECK
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 3 PLASTIC BUTTONS
AT CENTRE FRONT PLACKET , SHORT SLEEVE: ,CENTRE FRONT
PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM TREATMENT: BOTTOM
TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B PRICE - $0.072

OPC:                 8

KMART CORPORATION

P U R C H A S E   O R D E R

Page : 15

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43Q | TF2 TRIXIA FU |
| --- | --- | --- |

**DESCRIPTION**

PRINTED RUFFLE SLV ROYAL BLUE LEAVES

| | |
| --- | --- |
| ITEM CODE: 770070864475 | SEASON/YEAR: 3-SUMMER 2019 |
| | SUB-SEASON: 30-SUMMER |
| I 2OF 5/CARTON UPC: 00191060023662 | CAT/SUB-CAT: 77/33 |
| STYLE: WP9BE77863MI | TRADEMARK: NONE |
| BRAND NAME: BASIC EDITIONS | COPYRIGHT REG. NO.: N/A |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 |

SEARS DIV          SEARS ITEM          SEARS SKU

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
| --- | --- | --- | --- | --- | --- |
| PER AST | PER CARTON | $119.92 | 3 | 3 | $123.60 |
| $41.200 | $41.200 | | | | |

| PER CARTON | KGS: | 3.175 | CBM: | 0.020648 | AST PER INNER | 1 |
| --- | --- | --- | --- | --- | --- | --- |
| | LBS: | 7.000 | CU. FT.: | 0.729 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 18.0" X H 3.5" | | | CASEPACK | | | |

QUOTA CAT#: 641, RNONE                              CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:                     ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 8 PCS

| SHIPPING SCHEDULE | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 3 | 3 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE77863MI
DESCRIPTION : PRINTED RUFFLE SLEEVE Y-NECK
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 3 PLASTIC BUTTONS
AT CENTRE FRONT PLACKET , SHORT SLEEVE: ,CENTRE FRONT
PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM TREATMENT: BOTTOM
TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B PRICE - $0.072

OPC:          8

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 16

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43Q | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 770070864483 | SEASON/YEAR: 3-SUMMER 2019 | PRINTED RUFFLE SLV ROYAL BLUE LEAVES |
| | SUB-SEASON: 30-SUMMER | |
| I 2OF 5/CARTON UPC: 00191060023679 | CAT/SUB-CAT: 77/33 | |
| STYLE: WP9BE77863MI | TRADEMARK: NONE | SEARS DIV        SEARS ITEM        SEARS SKU |
| BRAND NAME: BASIC EDITIONS | COPYRIGHT REG. NO.: N/A | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $89.94 | 9 | 9 | $278.10 |
| $30.900 | $30.900 | | | | |

| PER CARTON | KGS: 1.950 | CBM: 0.017698 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 4.300 | CU. FT.: 0.625 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 16.0" X H 3.0" | | CASEPACK | | |

QUOTA CAT#: 641, RNONE                                    CASE #              FACTORY            EXPORTER

SPECIAL TRADE INDICATOR:                        ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 6 PCS

| | | **S H I P P I N G   S C H E D U L E** | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 802 | PCD | PCD | Ocean | 04-DEC-2018 | 04-DEC-2018 | 03-FEB-2019 | A | 9 | 9 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE77863MI
DESCRIPTION : PRINTED RUFFLE SLEEVE Y-NECK
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 3 PLASTIC BUTTONS
AT CENTRE FRONT PLACKET , SHORT SLEEVE; ,CENTRE FRONT
PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM TREATMENT: BOTTOM
TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B PRICE - $0.072

OPC:                6

KMART CORPORATION                    P U R C H A S E   O R D E R                    Page : 17

| ORDER DATE : 12-SEP-2018 | ORDER NO :  IN43Q | TF2  TRIXIA FU |
| --- | --- | --- |

**ITEM CODE:  770070864483**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2994035-0 | | | | | | - | | | | RAYON | 100% | |
| 2994036-8 | | | | | | - | | | | RAYON | 100% | |
| 2994038-4 | | | | | | - | | | | RAYON | 100% | |
| 2994039-2 | | | | | | - | | | | RAYON | 100% | |

**ITEM CODE:  770029938263**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2992489-1 | | | | | | - | | | | RAYON | 100% | |
| 2992959-3 | | | | | | - | | | | RAYON | 100% | |
| 2992962-7 | | | | | | - | | | | RAYON | 100% | |
| 2993040-1 | | | | | | - | | | | RAYON | 100% | |
| 2993063-3 | | | | | | - | | | | RAYON | 100% | |

**ITEM CODE:  770025222316**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2992959-3 | | | | | | - | | | | RAYON | 100% | |
| 2992962-7 | | | | | | - | | | | RAYON | 100% | |
| 2993040-1 | | | | | | - | | | | RAYON | 100% | |
| 2993063-3 | | | | | | - | | | | RAYON | 100% | |

**ITEM CODE:  770029940269**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2992489-1 | | | | | | - | | | | RAYON | 100% | |
| 2992959-3 | | | | | | - | | | | RAYON | 100% | |
| 2992962-7 | | | | | | - | | | | RAYON | 100% | |
| 2993040-1 | | | | | | - | | | | RAYON | 100% | |
| 2993063-3 | | | | | | - | | | | RAYON | 100% | |

**ITEM CODE:  770029940327**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2994027-7 | | | | | | - | | | | RAYON | 100% | |
| 2994028-5 | | | | | | - | | | | RAYON | 100% | |
| 2994029-3 | | | | | | - | | | | RAYON | 100% | |
| 2994030-1 | | | | | | - | | | | RAYON | 100% | |
| 2994031-9 | | | | | | - | | | | RAYON | 100% | |

**ITEM CODE:  770034196949**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2994027-7 | | | | | | - | | | | RAYON | 100% | |
| 2994028-5 | | | | | | - | | | | RAYON | 100% | |
| 2994029-3 | | | | | | - | | | | RAYON | 100% | |
| 2994030-1 | | | | | | - | | | | RAYON | 100% | |
| 2994031-9 | | | | | | - | | | | RAYON | 100% | |

**ITEM CODE:  770070864400**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3419720-2 | | | | | | - | | | | RAYON | 100% | |
| 3419741-8 | | | | | | - | | | | RAYON | 100% | |
| 3419806-9 | | | | | | - | | | | RAYON | 100% | |
| 3419880-4 | | | | | | - | | | | RAYON | 100% | |
| 3420261-4 | | | | | | - | | | | RAYON | 100% | |

KMART CORPORATION

**PURCHASE ORDER**

Page : 18

| ORDER DATE : 12-SEP-2018    ORDER NO : IN43Q | TF2  TRIXIA FU |
|---|---|

**ITEM CODE:  770070864459**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2994034-3 | | | | | | - | | | | RAYON | 100% | |
| 2994035-0 | | | | | | - | | | | RAYON | 100% | |
| 2994036-8 | | | | | | - | | | | RAYON | 100% | |
| 2994038-4 | | | | | | - | | | | RAYON | 100% | |
| 2994039-2 | | | | | | - | | | | RAYON | 100% | |

**ITEM CODE:  770034202648**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3419720-2 | | | | | | - | | | | RAYON | 100% | |
| 3419741-8 | | | | | | - | | | | RAYON | 100% | |
| 3419806-9 | | | | | | - | | | | RAYON | 100% | |
| 3419880-4 | | | | | | - | | | | RAYON | 100% | |
| 3420261-4 | | | | | | - | | | | RAYON | 100% | |

**ITEM CODE:  770034202747**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2994034-3 | | | | | | - | | | | RAYON | 100% | |
| 2994035-0 | | | | | | - | | | | RAYON | 100% | |
| 2994036-8 | | | | | | - | | | | RAYON | 100% | |
| 2994038-4 | | | | | | - | | | | RAYON | 100% | |
| 2994039-2 | | | | | | - | | | | RAYON | 100% | |

**ITEM CODE:  770070864368**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2992489-1 | | | | | | - | | | | RAYON | 100% | |
| 2992959-3 | | | | | | - | | | | RAYON | 100% | |
| 2992962-7 | | | | | | - | | | | RAYON | 100% | |
| 2993040-1 | | | | | | - | | | | RAYON | 100% | |
| 2993063-3 | | | | | | - | | | | RAYON | 100% | |

**ITEM CODE:  770070864376**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2994028-5 | | | | | | - | | | | RAYON | 100% | |
| 2994029-3 | | | | | | - | | | | RAYON | 100% | |
| 2994030-1 | | | | | | - | | | | RAYON | 100% | |
| 2994031-9 | | | | | | - | | | | RAYON | 100% | |

**ITEM CODE:  770070864384**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2994027-7 | | | | | | - | | | | RAYON | 100% | |
| 2994028-5 | | | | | | - | | | | RAYON | 100% | |
| 2994029-3 | | | | | | - | | | | RAYON | 100% | |
| 2994030-1 | | | | | | - | | | | RAYON | 100% | |
| 2994031-9 | | | | | | - | | | | RAYON | 100% | |

**ITEM CODE:  770070864475**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2994034-3 | | | | | | - | | | | RAYON | 100% | |
| 2994035-0 | | | | | | - | | | | RAYON | 100% | |
| 2994036-8 | | | | | | - | | | | RAYON | 100% | |
| 2994038-4 | | | | | | - | | | | RAYON | 100% | |
| 2994039-2 | | | | | | - | | | | RAYON | 100% | |

KMART CORPORATION                    P U R C H A S E   O R D E R                                Page : 19

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43Q | TF2  TRIXIA FU |
|---|---|---|

ITEM CODE:  770070864392

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3419720-2 | | | | | | - | | | | RAYON | 100% | |
| 3419741-8 | | | | | | - | | | | RAYON | 100% | |
| 3419806-9 | | | | | | - | | | | RAYON | 100% | |
| 3419880-4 | | | | | | - | | | | RAYON | 100% | |
| 3420261-4 | | | | | | - | | | | RAYON | 100% | |

ITEM CODE: 770070864483                    ITEM: PRINTED RUFFLE SLV ROYAL BLUE LEAVES

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: PRINTED RUFFLE SLV M-ROYAL BLUE LEAVES | 2994035-0 | ROYAL BLUE | MEDIUM | 1 | 5.150 | 14.99 | 191060023587 |
| SUB KSN DESC: PRINTED RUFFLE SLV L-ROYAL BLUE LEAVES | 2994036-8 | ROYAL BLUE | LARGE | 1 | 5.150 | 14.99 | 191060023594 |
| SUB KSN DESC: PRINTED RUFFLE SLV XL-ROYAL BLUE LEAVES | 2994038-4 | ROYAL BLUE | X LARGE | 2 | 5.150 | 14.99 | 191060023600 |
| SUB KSN DESC: PRINTED RUFFLE SLV XXL-ROYAL BLUE LEAVE | 2994039-2 | ROYAL BLUE | XX LARGE | 2 | 5.150 | 14.99 | 191060023617 |
| | | TOTAL | | 6 | 30.900 | 89.94 | |

ITEM CODE: 770029938263                    ITEM: PRINTED RUFFLE SLV MARITIME FLORAL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: PRINTED RUFFLE SLV S-MARITIME FLORAL | 2992489-1 | MARITIME BLUE | SMALL | 1 | 5.150 | 14.99 | 191060023242 |
| SUB KSN DESC: PRINTED RUFFLE SLV M-MARITIME FLORAL | 2992959-3 | MARITIME BLUE | MEDIUM | 1 | 5.150 | 14.99 | 191060023259 |
| SUB KSN DESC: PRINTED RUFFLE SLV L-MARITIME FLORAL | 2992962-7 | MARITIME BLUE | LARGE | 2 | 5.150 | 14.99 | 191060023266 |
| SUB KSN DESC: PRINTED RUFFLE SLV XL-MARITIME FLORAL | 2993040-1 | MARITIME BLUE | X LARGE | 2 | 5.150 | 14.99 | 191060023273 |
| SUB KSN DESC: PRINTED RUFFLE SLV XXL-MARITIME FLORAL | 2993063-3 | MARITIME BLUE | XX LARGE | 1 | 5.150 | 14.99 | 191060023280 |
| | | TOTAL | | 7 | 36.050 | 104.93 | |

ITEM CODE: 770025222316                    ITEM: PRINTED RUFFLE SLV MARITIME FLORAL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: PRINTED RUFFLE SLV M-MARITIME FLORAL | 2992959-3 | MARITIME BLUE | MEDIUM | 1 | 5.150 | 14.99 | 191060023259 |
| SUB KSN DESC: PRINTED RUFFLE SLV L-MARITIME FLORAL | 2992962-7 | MARITIME BLUE | LARGE | 2 | 5.150 | 14.99 | 191060023266 |
| SUB KSN DESC: PRINTED RUFFLE SLV XL-MARITIME FLORAL | 2993040-1 | MARITIME BLUE | X LARGE | 2 | 5.150 | 14.99 | 191060023273 |
| SUB KSN DESC: PRINTED RUFFLE SLV XXL-MARITIME FLORAL | 2993063-3 | MARITIME BLUE | XX LARGE | 1 | 5.150 | 14.99 | 191060023280 |
| | | TOTAL | | 6 | 30.900 | 89.94 | |

KMART CORPORATION                              **P U R C H A S E   O R D E R**                                                    Page : 20

| ORDER DATE : 12-SEP-2018 | ORDER NO :  IN43Q | TF2  TRIXIA FU |
|---|---|---|

**ITEM CODE: 770029940269**                    ITEM: PRINTED RUFFLE SLV MARITIME FLORAL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: PRINTED RUFFLE SLV S-MARITIME FLORAL | 2992489-1 | MARITIME BLUE | SMALL | 1 | 5.150 | 14.99 | 191060023242 |
| SUB KSN DESC: PRINTED RUFFLE SLV M-MARITIME FLORAL | 2992959-3 | MARITIME BLUE | MEDIUM | 2 | 5.150 | 14.99 | 191060023259 |
| SUB KSN DESC: PRINTED RUFFLE SLV L-MARITIME FLORAL | 2992962-7 | MARITIME BLUE | LARGE | 2 | 5.150 | 14.99 | 191060023266 |
| SUB KSN DESC: PRINTED RUFFLE SLV XL-MARITIME FLORAL | 2993040-1 | MARITIME BLUE | X LARGE | 2 | 5.150 | 14.99 | 191060023273 |
| SUB KSN DESC: PRINTED RUFFLE SLV XXL-MARITIME FLORAL | 2993063-3 | MARITIME BLUE | XX LARGE | 2 | 5.150 | 14.99 | 191060023280 |
| | | TOTAL | | 9 | 46.350 | 134.91 | |

**ITEM CODE: 770029940327**                    ITEM: PRINTED RUFFLE SLV CORE WHITE BRUSH

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: PRINTED RUFFLE SLV S-CORE WHITE BRUSH | 2994027-7 | CORE WHITE | SMALL | 1 | 5.150 | 14.99 | 191060023358 |
| SUB KSN DESC: PRINTED RUFFLE SLV M-CORE WHITE BRUSH | 2994028-5 | CORE WHITE | MEDIUM | 2 | 5.150 | 14.99 | 191060023365 |
| SUB KSN DESC: PRINTED RUFFLE SLV L-CORE WHITE BRUSH | 2994029-3 | CORE WHITE | LARGE | 2 | 5.150 | 14.99 | 191060023372 |
| SUB KSN DESC: PRINTED RUFFLE SLV XL-CORE WHITE BRUSH | 2994030-1 | CORE WHITE | X LARGE | 2 | 5.150 | 14.99 | 191060023389 |
| SUB KSN DESC: PRINTED RUFFLE SLV XXL-CORE WHITE BRUSH | 2994031-9 | CORE WHITE | XX LARGE | 2 | 5.150 | 14.99 | 191060023396 |
| | | TOTAL | | 9 | 46.350 | 134.91 | |

**ITEM CODE: 770034196949**                    ITEM: PRINTED RUFFLE SLV CORE WHITE BRUSH

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: PRINTED RUFFLE SLV S-CORE WHITE BRUSH | 2994027-7 | CORE WHITE | SMALL | 1 | 5.150 | 14.99 | 191060023358 |
| SUB KSN DESC: PRINTED RUFFLE SLV M-CORE WHITE BRUSH | 2994028-5 | CORE WHITE | MEDIUM | 1 | 5.150 | 14.99 | 191060023365 |
| SUB KSN DESC: PRINTED RUFFLE SLV L-CORE WHITE BRUSH | 2994029-3 | CORE WHITE | LARGE | 2 | 5.150 | 14.99 | 191060023372 |
| SUB KSN DESC: PRINTED RUFFLE SLV XL-CORE WHITE BRUSH | 2994030-1 | CORE WHITE | X LARGE | 2 | 5.150 | 14.99 | 191060023389 |
| SUB KSN DESC: PRINTED RUFFLE SLV XXL-CORE WHITE BRUSH | 2994031-9 | CORE WHITE | XX LARGE | 1 | 5.150 | 14.99 | 191060023396 |
| | | TOTAL | | 7 | 36.050 | 104.93 | |

**ITEM CODE: 770070864400**                    ITEM: PRINTED RUFFLE SLV MARITIME TILE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: PRINTED RUFFLE SLV S-MARITIME TILE | 3419720-2 | N/A-1 | SMALL | 1 | 5.150 | 14.99 | 191060023464 |
| SUB KSN DESC: PRINTED RUFFLE SLV M-MARITIME TILE | 3419741-8 | N/A-2 | MEDIUM | 1 | 5.150 | 14.99 | 191060023471 |
| SUB KSN DESC: PRINTED RUFFLE SLV L-MARITIME TILE | 3419806-9 | N/A-3 | LARGE | 1 | 5.150 | 14.99 | 191060023488 |
| SUB KSN DESC: PRINTED RUFFLE SLV XL-MARITIME TILE | 3419880-4 | N/A-4 | X LARGE | 2 | 5.150 | 14.99 | 191060023495 |
| SUB KSN DESC: PRINTED RUFFLE SLV XXL-MARITIME TILE | 3420261-4 | N/A-5 | XX LARGE | 2 | 5.150 | 14.99 | 191060023501 |
| | | TOTAL | | 7 | 36.050 | 104.93 | |

KMART CORPORATION                                  **P U R C H A S E   O R D E R**                                  Page : 21

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43Q | | TF2  TRIXIA FU |
|---|---|---|---|

**ITEM CODE: 770070864459**          ITEM: PRINTED RUFFLE SLV ROYAL BLUE LEAVES

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: PRINTED RUFFLE SLV S-ROYAL BLUE LEAVES | 2994034-3 | ROYAL BLUE | SMALL | 1 | 5.150 | 14.99 | 191060023570 |
| SUB KSN DESC: PRINTED RUFFLE SLV M-ROYAL BLUE LEAVES | 2994035-0 | ROYAL BLUE | MEDIUM | 1 | 5.150 | 14.99 | 191060023587 |
| SUB KSN DESC: PRINTED RUFFLE SLV L-ROYAL BLUE LEAVES | 2994036-8 | ROYAL BLUE | LARGE | 2 | 5.150 | 14.99 | 191060023594 |
| SUB KSN DESC: PRINTED RUFFLE SLV XL-ROYAL BLUE LEAVES | 2994038-4 | ROYAL BLUE | X LARGE | 2 | 5.150 | 14.99 | 191060023600 |
| SUB KSN DESC: PRINTED RUFFLE SLV XXL-ROYAL BLUE LEAVE | 2994039-2 | ROYAL BLUE | XX LARGE | 2 | 5.150 | 14.99 | 191060023617 |
| | | | TOTAL | 8 | 41.200 | 119.92 | |

**ITEM CODE: 770034202648**          ITEM: PRINTED RUFFLE SLV MARITIME TILE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: PRINTED RUFFLE SLV S-MARITIME TILE | 3419720-2 | N/A-1 | SMALL | 1 | 5.150 | 14.99 | 191060023464 |
| SUB KSN DESC: PRINTED RUFFLE SLV M-MARITIME TILE | 3419741-8 | N/A-2 | MEDIUM | 1 | 5.150 | 14.99 | 191060023471 |
| SUB KSN DESC: PRINTED RUFFLE SLV L-MARITIME TILE | 3419806-9 | N/A-3 | LARGE | 2 | 5.150 | 14.99 | 191060023488 |
| SUB KSN DESC: PRINTED RUFFLE SLV XL-MARITIME TILE | 3419880-4 | N/A-4 | X LARGE | 2 | 5.150 | 14.99 | 191060023495 |
| SUB KSN DESC: PRINTED RUFFLE SLV XXL-MARITIME TILE | 3420261-4 | N/A-5 | XX LARGE | 1 | 5.150 | 14.99 | 191060023501 |
| | | | TOTAL | 7 | 36.050 | 104.93 | |

**ITEM CODE: 770034202747**          ITEM: PRINTED RUFFLE SLV ROYAL BLUE LEAVES

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: PRINTED RUFFLE SLV S-ROYAL BLUE LEAVES | 2994034-3 | ROYAL BLUE | SMALL | 1 | 5.150 | 14.99 | 191060023570 |
| SUB KSN DESC: PRINTED RUFFLE SLV M-ROYAL BLUE LEAVES | 2994035-0 | ROYAL BLUE | MEDIUM | 1 | 5.150 | 14.99 | 191060023587 |
| SUB KSN DESC: PRINTED RUFFLE SLV L-ROYAL BLUE LEAVES | 2994036-8 | ROYAL BLUE | LARGE | 2 | 5.150 | 14.99 | 191060023594 |
| SUB KSN DESC: PRINTED RUFFLE SLV XL-ROYAL BLUE LEAVES | 2994038-4 | ROYAL BLUE | X LARGE | 2 | 5.150 | 14.99 | 191060023600 |
| SUB KSN DESC: PRINTED RUFFLE SLV XXL-ROYAL BLUE LEAVE | 2994039-2 | ROYAL BLUE | XX LARGE | 1 | 5.150 | 14.99 | 191060023617 |
| | | | TOTAL | 7 | 36.050 | 104.93 | |

**ITEM CODE: 770070864368**          ITEM: PRINTED RUFFLE SLV MARITIME FLORAL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: PRINTED RUFFLE SLV S-MARITIME FLORAL | 2992489-1 | MARITIME BLUE | SMALL | 1 | 5.150 | 14.99 | 191060023242 |
| SUB KSN DESC: PRINTED RUFFLE SLV M-MARITIME FLORAL | 2992959-3 | MARITIME BLUE | MEDIUM | 1 | 5.150 | 14.99 | 191060023259 |
| SUB KSN DESC: PRINTED RUFFLE SLV L-MARITIME FLORAL | 2992962-7 | MARITIME BLUE | LARGE | 1 | 5.150 | 14.99 | 191060023266 |
| SUB KSN DESC: PRINTED RUFFLE SLV XL-MARITIME FLORAL | 2993040-1 | MARITIME BLUE | X LARGE | 2 | 5.150 | 14.99 | 191060023273 |
| SUB KSN DESC: PRINTED RUFFLE SLV XXL-MARITIME FLORAL | 2993063-3 | MARITIME BLUE | XX LARGE | 2 | 5.150 | 14.99 | 191060023280 |
| | | | TOTAL | 7 | 36.050 | 104.93 | |

KMART CORPORATION                                    **P U R C H A S E   O R D E R**                                    Page : 22

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43Q | TF2  TRIXIA FU |
|---|---|---|

**ITEM CODE: 770070864376**          ITEM: PRINTED RUFFLE SLV CORE WHITE BRUSH

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: PRINTED RUFFLE SLV M-CORE WHITE BRUSH | 2994028-5 | CORE WHITE | MEDIUM | 1 | 5.150 | 14.99 | 191060023365 |
| SUB KSN DESC: PRINTED RUFFLE SLV L-CORE WHITE BRUSH | 2994029-3 | CORE WHITE | LARGE | 2 | 5.150 | 14.99 | 191060023372 |
| SUB KSN DESC: PRINTED RUFFLE SLV XL-CORE WHITE BRUSH | 2994030-1 | CORE WHITE | X LARGE | 2 | 5.150 | 14.99 | 191060023389 |
| SUB KSN DESC: PRINTED RUFFLE SLV XXL-CORE WHITE BRUSH | 2994031-9 | CORE WHITE | XX LARGE | 1 | 5.150 | 14.99 | 191060023396 |
| | | TOTAL | | 6 | 30.900 | 89.94 | |

**ITEM CODE: 770070864384**          ITEM: PRINTED RUFFLE SLV CORE WHITE BRUSH

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: PRINTED RUFFLE SLV S-CORE WHITE BRUSH | 2994027-7 | CORE WHITE | SMALL | 1 | 5.150 | 14.99 | 191060023358 |
| SUB KSN DESC: PRINTED RUFFLE SLV M-CORE WHITE BRUSH | 2994028-5 | CORE WHITE | MEDIUM | 1 | 5.150 | 14.99 | 191060023365 |
| SUB KSN DESC: PRINTED RUFFLE SLV L-CORE WHITE BRUSH | 2994029-3 | CORE WHITE | LARGE | 1 | 5.150 | 14.99 | 191060023372 |
| SUB KSN DESC: PRINTED RUFFLE SLV XL-CORE WHITE BRUSH | 2994030-1 | CORE WHITE | X LARGE | 2 | 5.150 | 14.99 | 191060023389 |
| SUB KSN DESC: PRINTED RUFFLE SLV XXL-CORE WHITE BRUSH | 2994031-9 | CORE WHITE | XX LARGE | 2 | 5.150 | 14.99 | 191060023396 |
| | | TOTAL | | 7 | 36.050 | 104.93 | |

**ITEM CODE: 770070864475**          ITEM: PRINTED RUFFLE SLV ROYAL BLUE LEAVES

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: PRINTED RUFFLE SLV S-ROYAL BLUE LEAVES | 2994034-3 | ROYAL BLUE | SMALL | 1 | 5.150 | 14.99 | 191060023570 |
| SUB KSN DESC: PRINTED RUFFLE SLV M-ROYAL BLUE LEAVES | 2994035-0 | ROYAL BLUE | MEDIUM | 1 | 5.150 | 14.99 | 191060023587 |
| SUB KSN DESC: PRINTED RUFFLE SLV L-ROYAL BLUE LEAVES | 2994036-8 | ROYAL BLUE | LARGE | 1 | 5.150 | 14.99 | 191060023594 |
| SUB KSN DESC: PRINTED RUFFLE SLV XL-ROYAL BLUE LEAVES | 2994038-4 | ROYAL BLUE | X LARGE | 3 | 5.150 | 14.99 | 191060023600 |
| SUB KSN DESC: PRINTED RUFFLE SLV XXL-ROYAL BLUE LEAVE | 2994039-2 | ROYAL BLUE | XX LARGE | 2 | 5.150 | 14.99 | 191060023617 |
| | | TOTAL | | 8 | 41.200 | 119.92 | |

**ITEM CODE: 770070864392**          ITEM: PRINTED RUFFLE SLV MARITIME TILE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: PRINTED RUFFLE SLV S-MARITIME TILE | 3419720-2 | N/A-1 | SMALL | 1 | 5.150 | 14.99 | 191060023464 |
| SUB KSN DESC: PRINTED RUFFLE SLV M-MARITIME TILE | 3419741-8 | N/A-2 | MEDIUM | 1 | 5.150 | 14.99 | 191060023471 |
| SUB KSN DESC: PRINTED RUFFLE SLV L-MARITIME TILE | 3419806-9 | N/A-3 | LARGE | 1 | 5.150 | 14.99 | 191060023488 |
| SUB KSN DESC: PRINTED RUFFLE SLV XL-MARITIME TILE | 3419880-4 | N/A-4 | X LARGE | 2 | 5.150 | 14.99 | 191060023495 |
| SUB KSN DESC: PRINTED RUFFLE SLV XXL-MARITIME TILE | 3420261-4 | N/A-5 | XX LARGE | 1 | 5.150 | 14.99 | 191060023501 |
| | | TOTAL | | 6 | 30.900 | 89.94 | |

KMART CORPORATION                    **P U R C H A S E   O R D E R**                                    Page : 23

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43Q | TF2  TRIXIA FU |
|---|---|---|

<u>ADDITIONAL CONDITIONS</u>

**FOR ITEM 77025222316**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 77029938263**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770029940269**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770029940327**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770034196949**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770034202648**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770034202747**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.

KMART CORPORATION                          **PURCHASE ORDER**                                      Page : 24

| ORDER DATE :  12-SEP-2018        ORDER NO :  IN43Q | TF2  TRIXIA FU |
|---|---|

All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770070864368**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770070864376**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770070864384**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770070864392**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770070864400**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770070864459**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

KMART CORPORATION                         **P U R C H A S E   O R D E R**                                    Page : 25

| ORDER DATE :  12-SEP-2018 | ORDER NO :  IN43Q | TF2  TRIXIA FU |
|---|---|---|

TRANSFERABLE

**FOR ITEM 770070864475**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770070864483**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL
------------------------------------------------

KMART CORPORATION                    PURCHASE ORDER                    Page : 26

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43Q | TF2  TRIXIA FU |
|---|---|---|

ANTIDUMPING CLAUSE:
--------------------------------------------------------------------

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
--------------------------------------------------------------------
--------------------------------------------------------------------
--------------------------------------------------------------------
--------------------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
--------------------------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
--------------------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
--------------------------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

**UPS Supply Chain Solutions**        **OTI License No. 275F**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| GOKALDAS EXPORTS (A DIVISION OF GOKALDAS EXPORTS LTD) NO.16/2, RESIDENCY ROAD, BANGALORE -560025 INDIA | 967415054 | 779673212T |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | AWB 779673212T CUST PO NO:IN43Q-801 CUST INV NO:201824173066 | 24-DEC-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PH:(310)404-2792 FAX:(310)404-2962
ATTN: MARY ELLEN WRATSCHKO

**Declared Value is:** _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO |
|---|---|---|
| | NHAVA SHEVA, INDIA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LADING | |
| MAERSK DETROIT 1902 | NHAVA SHEVA, INDIA | |
| PORT OF DISCHARGE | PORT OF DELIVERY BY ON CARRIER | NO OF ORIGINALS |
| NEWARK | CHAMBERSBURG, PA | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: TCNU9650276 SEALCODE1: MLIN2908730 MARKS & NO: USA 01-1564 1564 CTNS<br><br>FREIGHT COLLECT CY/DOOR | 1 | 40' HIGH CUBE CONTAINER 1564 CARTON SAID TO CONTAIN 1564 CARTON 100% RAYON WOMENS TOP PRINTED RUFFLE SLV MARITIME FLORAL, PRINTED RUFFLESLV CORE WHITE BRUSH, PRINTED RUFFLE SLV ROYAL BLUE LEAVES GT INV NO: 201824173066 INV NO : GE/87736/18-19 DATED 07.12.2018 PO NO : IN43Q REF # 801 DIV:4 DEPT NO:027 TOTAL QTY:  11129 PCS STYLE # WP9BE77863MI | 5570.960 KG 12281.860 LB | 32.313 M3 1140.972 F3 |

SHIPPED ON BOARD
3 1 DEC 2018
FOR UPS SCS, MUMBAI
AS AGENT

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

For UPS SCS (INDIA) PVT. LTD.

AS AGENT

Issued by    MUMBAI

Month  Jan    Day  04    Year  2019

**UPS Supply Chain Solutions**

UPS

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| GOKALDAS EXPORTS (A DIVISION OF GOKALDAS EXPORTS LTD) NO.16/2, RESIDENCY ROAD, BANGALORE -560025 INDIA | 967415054 | 779673212T |
| | EXPORT REFERENCES AWB 779673212T CUST PO NO:IN43Q-801 CUST INV NO:201824173066 | DATE OF RECEIPT OF CARGO 24-DEC-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PH:(310)404-2792 FAX:(310)404-2962
ATTN: MARY ELLEN WRATSCHKO

**Declared Value is:** _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER NHAVA SHEVA, INDIA | EXPORT LICENSE NO |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) MAERSK DETROIT 1902 | PORT OF LADING NHAVA SHEVA, INDIA | |
| PORT OF DISCHARGE NEWARK | PORT OF DELIVERY BY ON CARRIER CHAMBERSBURG, PA | NO OF ORIGINALS 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | LC # 925103 DATED 16.11.2018 NET WT: 3928.768 KGS HTS/RITC CODE NO : 6206.4030.10 | | |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

For UPS SCS (INDIA) PVT. LTD.

AS AGENT

Issued by    MUMBAI

Month    Jan    Day    04    Year    2019

# COMMERCIAL INVOICE

COML INV # GE/87737/18-19

Page 1 of 6
DATE: December 07, 2018
INVOICE NO.: 201824151991

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India      **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| **KMART**    IN44E | 3/4 SLV V NECK RAYONCORE WHITE CALYPSO C | 89 CARTONS | 89 AST | 33.480 USD AST | 2,979.72 USD |
| **ITEM:** 420019534304 | | | ( 89 CTNS ) | | |
| **MADE IN** INDIA | | | | | |
| **CONTENTS** 1 ASSORTMENT | | | | | |

STYLE NAME: WS9BE77433PL
LADIES 100% RAYON WOVEN V-NECK BLOUSE WITH 3/4" SLVS
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK   //    CODE - 484B

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | IN44E | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 | |
| **VENDOR ITEM CODE** | WS9BE77433PL | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 641, RNONE | |
| **FACTORY NO.** | 104547 | | | |

EURO CLOTHING COMPANY - II
KHATAHA 620/628
T B ROAD, SRIRANGAPATTANA
MANDYA DISTRICT
KARNATAKA
India

**FTY MID NO.**     INEURCLO6206MAN

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| **KMART**    IN44E | 3/4 SLV V NECK RAYONCORE WHITE CALYPSO C | 148 CARTONS | 148 AST | 33.480 USD AST | 4,955.04 USD |
| **ITEM:** 420019577097 | | | ( 148 CTNS ) | | |
| **MADE IN** INDIA | | | | | |
| **CONTENTS** 1 ASSORTMENT | | | | | |

STYLE NAME: WS9BE77433PL
LADIES 100% RAYON WOVEN V-NECK BLOUSE WITH 3/4" SLVS
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK   //    CODE - 484B

# COMMERCIAL INVOICE

Page 2 of 6
**DATE:** December 07, 2018
**INVOICE NO.:** 201824151991

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India      **SHIPPED TO:** Chambersburg , PA
**MODE OF TRANSPORTATION:** Ocean

FOB India

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | IN44E | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 |
| **VENDOR ITEM CODE** | WS9BE77433PL | **COUNTRY OF ORIGIN** | INDIA |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 641, RNONE |

**FACTORY NO.**      104547
EURO CLOTHING COMPANY - II
KHATAHA 620/628
T B ROAD, SRIRANGAPATTANA
MANDYA DISTRICT
KARNATAKA
India
**FTY MID NO.**      INEURCLO6206MAN

| KMART | IN44E | 3/4 SLV V NECK RAYONCORE WHITE FLORAL 21 | 158 CARTONS | 158 AST | 39.060 USD AST | 6,171.48 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 420019577980 | | ( 158 CTNS ) | | | |
| **MADE IN** | INDIA | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE NAME: WS9BE77433PL
LADIES 100% RAYON WOVEN Y-NECK BLOUSE WITH 3/4" SLVS
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK  //    CODE - 484B

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | IN44E | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 |
| **VENDOR ITEM CODE** | WS9BE77433PL | **COUNTRY OF ORIGIN** | INDIA |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 641, RNONE |

**FACTORY NO.**      104547
EURO CLOTHING COMPANY - II
KHATAHA 620/628
T B ROAD, SRIRANGAPATTANA
MANDYA DISTRICT
KARNATAKA
India
**FTY MID NO.**      INEURCLO6206MAN

| KMART | IN44E | 3/4 SLV V NECK RAYONCORE WHITE FLORAL 21 | 138 CARTONS | 138 AST | 39.060 USD AST | 5,390.28 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 420019578046 | | ( 138 CTNS ) | | | |
| **MADE IN** | INDIA | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

# COMMERCIAL INVOICE

Page 3 of 6

**DATE:** December 07, 2018

**INVOICE NO.:** 201824151991

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB India

STYLE NAME: WS9BE77433PL
LADIES 100% RAYON WOVEN Y-NECK BLOUSE WITH 3/4" SLVS
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-HANGER PACK //
CODE - 484B

| CONTRACT NO. | IN44E | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WS9BE77433PL | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE |

FACTORY NO.          104547
EURO CLOTHING COMPANY - II
KHATAHA 620/628
T B ROAD, SRIRANGAPATTANA
MANDYA DISTRICT
KARNATAKA
India
FTY MID NO.          INEURCLO6206MAN

| KMART | IN44E | 3/4 SLV V NECK RAYONMARITIME BLUE TILE 2 | 158 | 158 | 39.060 USD | 6,171.48 USD |
|---|---|---|---|---|---|---|
| ITEM: | 420019578095 | | CARTONS | AST | AST | |
| MADE IN | INDIA | | ( 158 CTNS ) | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WS9BE77433PL
LADIES 100% RAYON WOVEN Y-NECK BLOUSE WITH 3/4" SLVS
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK  //      CODE - 484B

| CONTRACT NO. | IN44E | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WS9BE77433PL | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE |

FACTORY NO.          104547
EURO CLOTHING COMPANY - II
KHATAHA 620/628
T B ROAD, SRIRANGAPATTANA
MANDYA DISTRICT
KARNATAKA

# COMMERCIAL INVOICE

Page 4 of 6
**DATE:** December 07, 2018
**INVOICE NO.:** 201824151991

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India       **SHIPPED TO:** Chambersburg , PA
**MODE OF TRANSPORTATION:** Ocean

FOB India

India
**FTY MID NO.**        INEURCLO6206MAN

| KMART | IN44E | 3/4 SLV V NECK RAYONMARITIME BLUE TILE 2 | 138 | 138 | 39.060 USD | 5,390.28 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 420019578244 | | ( 138 CTNS ) | | | |
| **MADE IN** | INDIA | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE NAME: WS9BE77433PL
LADIES 100% RAYON WOVEN Y-NECK BLOUSE WITH 3/4" SLVS
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK   //    CODE - 484B

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | IN44E | **REFERENCE NO.** | 801 | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 | | |
| **VENDOR ITEM CODE** | WS9BE77433PL | **COUNTRY OF ORIGIN** | INDIA | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 641, RNONE | | |

**FACTORY NO.**        104547
EURO CLOTHING COMPANY - II
KHATAHA 620/628
T B ROAD, SRIRANGAPATTANA
MANDYA DISTRICT
KARNATAKA
India
**FTY MID NO.**        INEURCLO6206MAN

| KMART | IN44E | 3/4 SLV V NECK RAYONLEMONADE MOSAIC 279 | 89 | 89 | 33.480 USD | 2,979.72 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 420019578400 | | ( 89 CTNS ) | | | |
| **MADE IN** | INDIA | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE NAME: WS9BE77433PL
LADIES 100% RAYON WOVEN Y-NECK BLOUSE WITH 3/4" SLVS
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK   //    CODE - 484B

# COMMERCIAL INVOICE

Page 5 of 6
DATE: December 07, 2018
INVOICE NO.: 201824151991

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India    SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB India

| CONTRACT NO. | IN44E | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WS9BE77433PL | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE |

FACTORY NO.    104547

EURO CLOTHING COMPANY - II

KHATAHA 620/628

T B ROAD, SRIRANGAPATTANA

MANDYA DISTRICT

KARNATAKA

India

FTY MID NO.    INEURCLO6206MAN

| KMART | IN44E | 3/4 SLV V NECK RAYONLEMONADE MOSAIC 279 | | 148 CARTONS | 148 AST | 33.480 USD | 4,955.04 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 420019578442 | | | | ( 148 CTNS ) | | AST |
| MADE IN | INDIA | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WS9BE77433PL
LADIES 100% RAYON WOVEN V-NECK BLOUSE WITH 3/4" SLVS
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA.
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK   //    CODE - 484B

| CONTRACT NO. | IN44E | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WS9BE77433PL | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE |

FACTORY NO.    104547

EURO CLOTHING COMPANY - II

KHATAHA 620/628

T B ROAD, SRIRANGAPATTANA

MANDYA DISTRICT

KARNATAKA

India

FTY MID NO.    INEURCLO6206MAN

PAYMENT TERM          Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER          OPEN ACCOUNT

# COMMERCIAL INVOICE

Page 6 of 6

**DATE:** December 07, 2018

**INVOICE NO.:** 201824151991

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 1,066 | 1,066 | ASSORTMENTS | 38,993.04 USD |

TOTAL US DOLLARS THIRTY-EIGHT THOUSAND NINE HUNDRED NINETY-THREE DOLLARS AND FOUR CENTS ONLY.

| GOKALDAS EXPORTS LTD | |
|---|---|
| **EMPLOYEE NAME** | N. JAYANTHI |
| **EMPLOYEE TITLE** | GENERAL MANAGER – RECEIVABLES MANAGEMENT |

For GOKALDAS EXPORTS LTD.,

G. M. - Receivables Management

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 1

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44E | BUYER : SG1  STEVEN GREENBERG |
|---|---|---|
| DIV : Division 4 | DEPT NO : 027 | |

**KMART CORPORATION**

3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | GOKALDAS EXPORTS LTD |
| ADDRESS | NO. 16/2 |
| | RESIDENCY ROAD |
| | BANGALORE |
| | KARNATAKA |
| COUNTRY | India |
| EMAIL | sireesh@gokaldasexports.com |
| VENDOR NBR | 5783 |
| TELEPHONE | 91 09900085026 |
| DUNS NBR | 636654 |
| FDA REG # | |

**TOTAL COST OF ORDER USD**

$38,993.04

**PAYMENT TO BE MADE BY :**

( )   MULTIPLE PAYMENT TYPES

( X )   CHECK/WIRE TRANSFER

Amount USD:  38,993.04

( )   FREE GOODS

Amount USD:  0.00

( )   LETTER OF CREDIT

Amount USD:  0.00

LC #:

TRANSFERABLE:

BANK:

| PAYMENT TERMS: | | 74 | (days) |
|---|---|---|---|

| FOREIGN AGENT OFFICE: | KKIN | SEARS SOURCING INDIA PVT LTD |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKIN | INDIA OFFICE |

| EACH ITEM TO BE MARKED: | MADE IN INDIA |
|---|---|
| EMBARK/GO-DOWN: | INDIA |
| SHIP POINT: | INNSA1B |
| DELIVERY TERMS: | FOB IN |
| CITY, COUNTRY: | Nhava Sheva (JNP), India |

**FACTORY DETAILS:**

| FACTORY NBR: | 104547 |
|---|---|
| NAME | EURO CLOTHING COMPANY - II |
| ADDRESS | KHATAHA 620/628 |
| | T B ROAD, SRIRANGAPATTANA |
| | MANDYA DISTRICT |
| | KARNATAKA |
| COUNTRY | India |
| TEL | 8495938777 |
| EMAIL | ecc2pd@gokaldasexports.com |
| MID | INEURCLO6206MAN |

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 2

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44E | SG1  STEVEN GREENBERG |
|---|---|---|

**DESCRIPTION**

3/4 SLV V NECK RAYONCORE WHITE CALYPSO C

| | |
|---|---|
| ITEM CODE: 420019534304 | SEASON/YEAR:  3-SUMMER 2019 |
| | SUB-SEASON:  30-SUMMER |
| I 2OF 5/CARTON UPC:  00191060027790 | CAT/SUB-CAT:  42/26 |
| STYLE:  WS9BE77433PL | TRADEMARK:  NONE |
| BRAND NAME:  BASIC EDITIONS PLUS | COPYRIGHT REG. NO.:  N/A |
| INTL COMMODY CODE:  GDSM | MLTP CARTON IND:  001 |

SEARS DIV          SEARS ITEM          SEARS SKU

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $137.94 | 89 | 89 | $2,979.72 |
| $33.480 | $33.480 | | | | |

| | | | | |
|---|---|---|---|---|
| | KGS:  2.200 | CBM:  0.020402 | AST PER INNER | 1 |
| PER CARTON | LBS:  4.850 | CU. FT.:  0.720 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.75" X W 20.0" X H 3.0" | | CASEPACK | | |

| | | |
|---|---|---|
| QUOTA CAT#:  641, RNONE | CASE # | FACTORY          EXPORTER |
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | |
| | COUNTERVAILING: | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 6 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)I(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 89 | 89 | W |

DETAIL DESCRIPTION-

STYLE NAME: WS9BE77433PL
LADIES 100% RAYON WOVEN Y-NECK BLOUSE WITH 3/4" SLVS
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B

OPC:          6

KMART CORPORATION        P U R C H A S E   O R D E R        Page : 3

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44E | SG1  STEVEN GREENBERG |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 420019577097

SEASON/YEAR:  3-SUMMER 2019

3/4 SLV V NECK RAYONCORE WHITE CALYPSO C

SUB-SEASON:  30-SUMMER

I 2OF 5/CARTON UPC:  00191060027806

CAT/SUB-CAT:  42/26

STYLE:  WS9BE77433PL

TRADEMARK:  NONE

SEARS DIV      SEARS ITEM      SEARS SKU

BRAND NAME:  BASIC EDITIONS PLUS

COPYRIGHT REG. NO.:  N/A

INTL COMMODY CODE:  GDSM

MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $137.94 | 148 | 148 | $4,955.04 |
| $33.480 | $33.480 | | | | |

PER CARTON

KGS:  2.150     CBM:  0.020402     AST PER INNER    1

LBS:  4.740     CU. FT.:  0.720     INNERS PER OUTER CARTON    1

OUTER CARTON DIMENSIONS     PACKING INSTRUCTION:     AST PER MASTER SHIPPING CTN    1

L 20.75" X W 20.0" X H 3.0"     CASEPACK

QUOTA CAT#:  641, RNONE        CASE #      FACTORY      EXPORTER

SPECIAL TRADE INDICATOR:     ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 6 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 148 | 148 | W |

DETAIL DESCRIPTION-

STYLE NAME: WS9BE77433PL
LADIES 100% RAYON WOVEN Y-NECK BLOUSE WITH 3/4" SLVS
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B

OPC:       6

KMART CORPORATION

**PURCHASE ORDER**

Page : 4

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44E | SG1  STEVEN GREENBERG |
|---|---|---|

**DESCRIPTION**

3/4 SLV V NECK RAYONCORE WHITE FLORAL 21

ITEM CODE: 420019577980

SEASON/YEAR: 3-SUMMER 2019

SUB-SEASON: 30-SUMMER

I 2OF 5/CARTON UPC: 00191060027813

CAT/SUB-CAT: 42/26

STYLE: WS9BE77433PL

TRADEMARK: NONE

| SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|

BRAND NAME: BASIC EDITIONS PLUS

COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM

MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $160.93 | 158 | 158 | $6,171.48 |
| $39.060 | $39.060 | | | | |

| PER CARTON | KGS: 2.200 | CBM: 0.020402 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 4.850 | CU. FT.: 0.720 | INNERS PER OUTER CARTON | 1 |

OUTER CARTON DIMENSIONS
L 20.75" X W 20.0" X H 3.0"

PACKING INSTRUCTION:
CASEPACK

AST PER MASTER SHIPPING CTN 1

QUOTA CAT#:  641, RNONE

CASE #

FACTORY

EXPORTER

SPECIAL TRADE INDICATOR:

ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
HANGER PACK OF 7 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 158 | 158 | W |

DETAIL DESCRIPTION-

STYLE NAME: WS9BE77433PL
LADIES 100% RAYON WOVEN Y-NECK BLOUSE WITH 3/4" SLVS
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WTH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B

OPC:          7

KMART CORPORATION

# PURCHASE ORDER

Page : 5

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44E | SG1 STEVEN GREENBERG |
|---|---|---|

**DESCRIPTION**

| | |
|---|---|
| ITEM CODE: 420019578046 | SEASON/YEAR: 3-SUMMER 2019 |
| | SUB-SEASON: 30-SUMMER |
| I 2OF 5/CARTON UPC: 00191060027820 | CAT/SUB-CAT: 42/26 |
| STYLE: WS9BE77433PL | TRADEMARK: NONE |
| BRAND NAME: BASIC EDITIONS PLUS | COPYRIGHT REG. NO.: N/A |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 |

3/4 SLV V NECK RAYONCORE WHITE FLORAL 21

| SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $160.93 | 138 | 138 | $5,390.28 |
| $39.060 | $39.060 | | | | |

| PER CARTON | KGS: 2.200 | CBM: 0.020402 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 4.850 | CU. FT.: 0.720 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.75" X W 20.0" X H 3.0" | | CASEPACK | | |

| QUOTA CAT#: 641, RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | | |
| | COUNTERVAILING: | | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| SHIPPING SCHEDULE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 138 | 138 | W |

DETAIL DESCRIPTION-

STYLE NAME: WS9BE77433PL
LADIES 100% RAYON WOVEN Y-NECK BLOUSE WITH 3/4" SLVS
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B

OPC:          7

KMART CORPORATION                           **P U R C H A S E   O R D E R**                                   Page : 6

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44E | SG1  STEVEN GREENBERG |
|---|---|---|

**DESCRIPTION**

3/4 SLV V NECK RAYONMARITIME BLUE TILE 2

| | | |
|---|---|---|
| ITEM CODE: 420019578095 | SEASON/YEAR:  3-SUMMER 2019 | |
| | SUB-SEASON:  30-SUMMER | |
| I 2OF 5/CARTON UPC:  00191060027837 | CAT/SUB-CAT: 42/26 | |
| STYLE:  WS9BE77433PL | TRADEMARK:  NONE | SEARS DIV        SEARS ITEM        SEARS SKU |
| BRAND NAME:  BASIC EDITIONS PLUS | COPYRIGHT REG. NO.:  N/A | |
| INTL COMMODY CODE:  GDSM | MLTP CARTON IND:  001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $160.93 | 158 | 158 | $6,171.48 |
| $39.060 | $39.060 | | | | |

| | | | | |
|---|---|---|---|---|
| PER CARTON | KGS:  2.200 | CBM:  0.020402 | AST PER INNER | 1 |
| | LBS:  4.850 | CU. FT.:  0.720 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.75" X W 20.0" X H 3.0" | | CASEPACK | | |

QUOTA CAT#:  641, RNONE                                    CASE #              FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:                          ANTI-DUMPING:

                                              COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 158 | 158 | W |

DETAIL DESCRIPTION-

STYLE NAME: WS9BE77433PL
LADIES 100% RAYON WOVEN Y-NECK BLOUSE WITH 3/4" SLVS
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B

OPC:                    7

KMART CORPORATION

**PURCHASE ORDER**

Page : 7

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44E | SG1  STEVEN GREENBERG |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 420019578244 | SEASON/YEAR: 3-SUMMER 2019 | 3/4 SLV V NECK RAYONMARITIME BLUE TILE 2 |
| | SUB-SEASON: 30-SUMMER | |
| I 2OF 5/CARTON UPC: 00191060027844 | CAT/SUB-CAT: 42/26 | |
| STYLE: WS9BE77433PL | TRADEMARK: NONE | SEARS DIV          SEARS ITEM          SEARS SKU |
| BRAND NAME: BASIC EDITIONS PLUS | COPYRIGHT REG. NO.: N/A | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $160.93 | 138 | 138 | $5,390.28 |
| $39.060 | $39.060 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| PER CARTON | KGS: 2.200 | CBM: 0.020402 | AST PER INNER | 1 | |
| | LBS: 4.850 | CU. FT.: 0.720 | INNERS PER OUTER CARTON | 1 | |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 | |
| L 20.75" X W 20.0" X H 3.0" | | CASEPACK | | | |

QUOTA CAT#:  641, RNONE                                    CASE #                FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:                        ANTI-DUMPING:

                                               COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 138 | 138 | W |

DETAIL DESCRIPTION-

STYLE NAME: WS9BE77433PL
LADIES 100% RAYON WOVEN V-NECK BLOUSE WITH 3/4" SLVS
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B

OPC:                7

KMART CORPORATION                        P U R C H A S E   O R D E R                                        Page : 8

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44E | SG1  STEVEN GREENBERG |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 420019578400          SEASON/YEAR:  3-SUMMER 2019        3/4 SLV V NECK RAYONLEMONADE MOSAIC 279
                                 SUB-SEASON:  30-SUMMER

I 2OF 5/CARTON UPC:  00191060027851     CAT/SUB-CAT:  42/26        SEARS DIV          SEARS ITEM          SEARS SKU

STYLE:  WS9BE77433PL             TRADEMARK:  NONE

BRAND NAME:  BASIC EDITIONS      COPYRIGHT REG. NO.:  N/A
             PLUS
INTL COMMODY                     MLTP CARTON IND:  001
       CODE:  GDSM

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $137.94 | 89 | 89 | $2,979.72 |
| $33.480 | $33.480 | | | | |

|  | KGS:  2.200 | CBM:  0.020402 | AST PER INNER | 1 |
|---|---|---|---|---|
| PER CARTON | LBS:  4.850 | CU. FT.:  0.720 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.75" X W 20.0" X H 3.0" | | CASEPACK | | |

QUOTA CAT#:  641, RNONE                                    CASE #          FACTORY          EXPORTER

SPECIAL TRADE                              ANTI-DUMPING:
     INDICATOR:
                                           COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
HANGER PACK OF 6 PCS

| SHIPPING SCHEDULE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 89 | 89 | W |

DETAIL DESCRIPTION-
STYLE NAME: WS9BE77433PL
LADIES 100% RAYON WOVEN V-NECK BLOUSE WITH 3/4" SLVS
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B

OPC:                  6

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 9

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44E | | SG1  STEVEN GREENBERG |
|---|---|---|---|

**DESCRIPTION**

ITEM CODE: 420019578442

SEASON/YEAR: 3-SUMMER 2019

3/4 SLV V NECK RAYONLEMONADE MOSAIC 279

SUB-SEASON: 30-SUMMER

I 2OF 5/CARTON UPC: 00191060027868

CAT/SUB-CAT: 42/26

STYLE: WS9BE7433PL

TRADEMARK: NONE

SEARS DIV          SEARS ITEM          SEARS SKU

BRAND NAME: BASIC EDITIONS PLUS

COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM

MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $137.94 | 148 | 148 | $4,955.04 |
| $33.480 | $33.480 | | | | |

PER CARTON

KGS:    2.200

CBM:    0.020402

AST PER INNER                    1

LBS:    4.850

CU. FT.:    0.720

INNERS PER OUTER CARTON    1

OUTER CARTON DIMENSIONS

PACKING INSTRUCTION:

AST PER MASTER SHIPPING CTN    1

L 20.75" X W 20.0" X H 3.0"

CASEPACK

QUOTA CAT#:  641, RNONE

CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:

ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 6 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 148 | 148 | W |

DETAIL DESCRIPTION-

STYLE NAME: WS9BE7433PL
LADIES 100% RAYON WOVEN Y-NECK BLOUSE WITH 3/4" SLVS
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B

OPC:              6

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 10

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44E | SG1 STEVEN GREENBERG |
|---|---|---|

ITEM CODE:  420019534304

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1953170-6 | | | | | | - | | | | RAYON | 100% | |
| 1953171-4 | | | | | | - | | | | RAYON | 100% | |
| 1953172-2 | | | | | | - | | | | RAYON | 100% | |

ITEM CODE:  420019577097

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1953170-6 | | | | | | - | | | | RAYON | 100% | |
| 1953171-4 | | | | | | - | | | | RAYON | 100% | |
| 1953172-2 | | | | | | - | | | | RAYON | 100% | |

ITEM CODE:  420019577980

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1957736-0 | | | | | | - | | | | RAYON | 100% | |
| 1957762-6 | | | | | | - | | | | RAYON | 100% | |
| 1957792-3 | | | | | | - | | | | RAYON | 100% | |

ITEM CODE:  420019578046

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1957736-0 | | | | | | - | | | | RAYON | 100% | |
| 1957762-6 | | | | | | - | | | | RAYON | 100% | |
| 1957792-3 | | | | | | - | | | | RAYON | 100% | |

ITEM CODE:  420019578095

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1957805-3 | | | | | | - | | | | RAYON | 100% | |
| 1957807-9 | | | | | | - | | | | RAYON | 100% | |
| 1957808-7 | | | | | | - | | | | RAYON | 100% | |

ITEM CODE:  420019578244

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1957805-3 | | | | | | - | | | | RAYON | 100% | |
| 1957807-9 | | | | | | - | | | | RAYON | 100% | |
| 1957808-7 | | | | | | - | | | | RAYON | 100% | |

ITEM CODE:  420019578400

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1957826-9 | | | | | | - | | | | RAYON | 100% | |
| 1957827-7 | | | | | | - | | | | RAYON | 100% | |
| 1957839-2 | | | | | | - | | | | RAYON | 100% | |

ITEM CODE:  420019578442

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1957826-9 | | | | | | - | | | | RAYON | 100% | |
| 1957827-7 | | | | | | - | | | | RAYON | 100% | |
| 1957839-2 | | | | | | - | | | | RAYON | 100% | |

KMART CORPORATION

**PURCHASE ORDER**

Page : 11

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44E | | SG1 STEVEN GREENBERG |

**ITEM CODE: 420019534304**          ITEM: 3/4 SLV V NECK RAYONCORE WHITE CALYPSO C

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 3/4 SLV V-NECK RAYON1X-CORE WHITE CALYP | 1953170-6 | N/A-1 | 1X | 1 | 5.580 | 22.99 | 191060027677 |
| SUB KSN DESC: 3/4 SLV V-NECK RAYON2X-CORE WHITE CALYP | 1953171-4 | N/A-2 | 2X | 2 | 5.580 | 22.99 | 191060027684 |
| SUB KSN DESC: 3/4 SLV V-NECK RAYON3X-CORE WHITE CALYP | 1953172-2 | N/A-3 | 3X | 3 | 5.580 | 22.99 | 191060027691 |
| | | TOTAL | | 6 | 33.480 | 137.94 | |

**ITEM CODE: 420019577097**          ITEM: 3/4 SLV V NECK RAYONCORE WHITE CALYPSO C

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 3/4 SLV V-NECK RAYON1X-CORE WHITE CALYP | 1953170-6 | N/A-1 | 1X | 2 | 5.580 | 22.99 | 191060027677 |
| SUB KSN DESC: 3/4 SLV V-NECK RAYON2X-CORE WHITE CALYP | 1953171-4 | N/A-2 | 2X | 2 | 5.580 | 22.99 | 191060027684 |
| SUB KSN DESC: 3/4 SLV V-NECK RAYON3X-CORE WHITE CALYP | 1953172-2 | N/A-3 | 3X | 2 | 5.580 | 22.99 | 191060027691 |
| | | TOTAL | | 6 | 33.480 | 137.94 | |

**ITEM CODE: 420019577980**          ITEM: 3/4 SLV V NECK RAYONCORE WHITE FLORAL 21

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 3/4 SLV V-NECK RAYON1X-CORE WHITE FLORA | 1957736-0 | N/A-1 | 1X | 2 | 5.580 | 22.99 | 191060027707 |
| SUB KSN DESC: 3/4 SLV V-NECK RAYON2X-CORE WHITE FLORA | 1957762-6 | N/A-2 | 2X | 2 | 5.580 | 22.99 | 191060027714 |
| SUB KSN DESC: 3/4 SLV V-NECK RAYON3X-CORE WHITE FLORA | 1957792-3 | N/A-3 | 3X | 3 | 5.580 | 22.99 | 191060027721 |
| | | TOTAL | | 7 | 39.060 | 160.93 | |

**ITEM CODE: 420019578046**          ITEM: 3/4 SLV V NECK RAYONCORE WHITE FLORAL 21

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 3/4 SLV V-NECK RAYON1X-CORE WHITE FLORA | 1957736-0 | N/A-1 | 1X | 2 | 5.580 | 22.99 | 191060027707 |
| SUB KSN DESC: 3/4 SLV V-NECK RAYON2X-CORE WHITE FLORA | 1957762-6 | N/A-2 | 2X | 3 | 5.580 | 22.99 | 191060027714 |
| SUB KSN DESC: 3/4 SLV V-NECK RAYON3X-CORE WHITE FLORA | 1957792-3 | N/A-3 | 3X | 2 | 5.580 | 22.99 | 191060027721 |
| | | TOTAL | | 7 | 39.060 | 160.93 | |

**ITEM CODE: 420019578095**          ITEM: 3/4 SLV V NECK RAYONMARITIME BLUE TILE 2

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 3/4 SLV V-NECK RAYON1X-MARITIME BLUE TI | 1957805-3 | N/A-1 | 1X | 2 | 5.580 | 22.99 | 191060027738 |
| SUB KSN DESC: 3/4 SLV V-NECK RAYON2X-MARITIME BLUE TI | 1957807-9 | N/A-2 | 2X | 2 | 5.580 | 22.99 | 191060027745 |
| SUB KSN DESC: 3/4 SLV V-NECK RAYON3X-MARITIME BLUE TI | 1957808-7 | N/A-3 | 3X | 3 | 5.580 | 22.99 | 191060027752 |
| | | TOTAL | | 7 | 39.060 | 160.93 | |

**ITEM CODE: 420019578244**          ITEM: 3/4 SLV V NECK RAYONMARITIME BLUE TILE 2

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 3/4 SLV V-NECK RAYON1X-MARITIME BLUE TI | 1957805-3 | N/A-1 | 1X | 2 | 5.580 | 22.99 | 191060027738 |
| SUB KSN DESC: 3/4 SLV V-NECK RAYON2X-MARITIME BLUE TI | 1957807-9 | N/A-2 | 2X | 3 | 5.580 | 22.99 | 191060027745 |
| SUB KSN DESC: 3/4 SLV V-NECK RAYON3X-MARITIME BLUE TI | 1957808-7 | N/A-3 | 3X | 2 | 5.580 | 22.99 | 191060027752 |
| | | TOTAL | | 7 | 39.060 | 160.93 | |

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 12

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44E | SG1 STEVEN GREENBERG |
|---|---|---|

ITEM CODE: 420019578400                    ITEM: 3/4 SLV V NECK RAYONLEMONADE MOSAIC 279

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 3/4 SLV V-NECK RAYON1X-LEMONADE MOSAIC | 1957826-9 | N/A-1 | 1X | 1 | 5.580 | 22.99 | 191060027769 |
| SUB KSN DESC: 3/4 SLV V-NECK RAYON2X-LEMONADE MOSAIC | 1957827-7 | N/A-2 | 2X | 2 | 5.580 | 22.99 | 191060027776 |
| SUB KSN DESC: 3/4 SLV V-NECK RAYON3X-LEMONADE MOSAIC | 1957839-2 | N/A-3 | 3X | 3 | 5.580 | 22.99 | 191060027783 |
| | | TOTAL | | 6 | 33.480 | 137.94 | |

ITEM CODE: 420019578442                    ITEM: 3/4 SLV V NECK RAYONLEMONADE MOSAIC 279

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 3/4 SLV V-NECK RAYON1X-LEMONADE MOSAIC | 1957826-9 | N/A-1 | 1X | 2 | 5.580 | 22.99 | 191060027769 |
| SUB KSN DESC: 3/4 SLV V-NECK RAYON2X-LEMONADE MOSAIC | 1957827-7 | N/A-2 | 2X | 2 | 5.580 | 22.99 | 191060027776 |
| SUB KSN DESC: 3/4 SLV V-NECK RAYON3X-LEMONADE MOSAIC | 1957839-2 | N/A-3 | 3X | 2 | 5.580 | 22.99 | 191060027783 |
| | | TOTAL | | 6 | 33.480 | 137.94 | |

KMART CORPORATION                          P U R C H A S E   O R D E R                                    Page : 13

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44E | SG1  STEVEN GREENBERG |
|---|---|---|

ADDITIONAL CONDITIONS

**FOR ITEM 420019534304**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 420019577097**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 420019577980**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 420019578046**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 420019578095**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 420019578244**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 420019578400**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 14

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44E | SG1  STEVEN GREENBERG |

All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 420019578442**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
------------------------------------------------

KMART CORPORATION | PURCHASE ORDER | Page : 15

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44E | SG1  STEVEN GREENBERG |

ANTIDUMPING CLAUSE:
-----------------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
-----------------------------------------------------------
-----------------------------------------------------------
-----------------------------------------------------------
-----------------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
-----------------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
-----------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
-----------------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

**UPS Supply Chain Solutions**  **OTI License No. 275F**

**UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| GOKALDAS EXPORTS | 967415054 | 7796732141 |
| (A DIVISION OF GOKALDAS EXPORTS LTD) | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| NO.16/2, RESIDENCY ROAD, | AWB 7796732141 | 24-DEC-2018 |
| BANGALORE -560025 INDIA | CUST PO NO:IN44E-801 | |
| | CUST INV NO:201824151991 | |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PH:(310)404-2792 FAX:(310)404-2962
ATTN: MARY ELLEN WRATSCHKO

Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO |
|---|---|---|
| | NHAVA SHEVA, INDIA | |
| EXPORT CARRIER (VESSEL/VOW/FLAG) | PORT OF LADING | |
| MAERSK DETROIT 1902 | NHAVA SHEVA, INDIA | |
| PORT OF DISCHARGE | PORT OF DELIVERY BY ON CARRIER | NO OF ORIGINALS |
| NEWARK | CHAMBERSBURG, PA | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: | 1 | 40' HIGH CUBE CONTAINER 1066 CARTON | 3208.660 KG | 21.746 M3 |
| PONU8149090 | | SAID TO CONTAIN 1066 CARTON | 7073.880 LB | 767.851 F3 |
| SEALCODE1: | | 100% RAYON  WOVEN WOMENS TOPS | | |
| MLIN2908746 | | LADIES 100% RAYON WOVEN Y-NECK BLOUSE WITH | | |
| MARKS & NO: | | 3/4" SLVS | | |
| USA | | GT INV NO: 201824151991 | | |
| 01-1066 | | INV NO : GE/87737/18-19  DT. 07.12.2018 | | |
| 1066 | | PO NO :IN44E | | |
| CTNS | | REF # 801 | | |
| | | DIV:4 | | |
| FREIGHT COLLECT | | DEPT NO:027 | | |
| CY/DOOR | | TOTAL QTY:  6988 PCS | | |
| | | STYLE # WS9BE77433PL | | |
| | | NET WT:2089.360KGS | | |
| | | HTS/RITC CODE NO :  6206.4030.30 | | |

**SHIPPED ON BOARD
3 1 DEC 2018
FOR UPS SCS, MUMBAI
AS AGENT**

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

| In accordance with instruction from Buyer, we have received the following documents from Shipper on: | | This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit. |
|---|---|---|
| Document List | Original   Copy | As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC. |
| COMMERCIAL INVOICE | 1 | |
| PACKING LIST | 1 | |

For UPS SCS (INDIA) PVT. LTD.

Issued by   MUMBAI          AS AGENT

Month   Jan   Day   02   Year   2019

# COMMERCIAL INVOICE

Page 1 of 8

COML INV # GE/87738/18-19

DATE: December 07, 2018

INVOICE NO.: 201824171389

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN44C | 3/4 SLV VNK RAYONTOPCALYSPO PAISLEY | 491 | 491 | 33.950 USD | 16,669.45 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 770019531664 | | | ( 491 CTNS ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WS9BE77433MI
DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK   //    CODE - 484B

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN44C | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 | |
| VENDOR ITEM CODE | WS9BE77433MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE | |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | IN44C | 3/4 SLV VNK RAYONTOPCALYSPO PAISLEY | 39 | 39 | 48.500 USD | 1,891.50 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 770019531672 | | | ( 39 CTNS ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WS9BE77433MI
DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT- BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK   //    CODE - 484B

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN44C | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 | |
| VENDOR ITEM CODE | WS9BE77433MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE | |

# COMMERCIAL INVOICE

Page 2 of 8
DATE: December 07, 2018
INVOICE NO.: 201824171389

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

| KMART | IN44C | 3/4 SLV VNK RAYONTOPCALYSPO PAISLEY | 22 CARTONS | 22 AST | 43.650 USD | 960.30 USD |
|---|---|---|---|---|---|---|
| ITEM: | 770019531680 | | ( 22 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WS9BE77433MI
DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK   //    CODE - 484B

| CONTRACT NO. | IN44C | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WS9BE77433MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE |

| KMART | IN44C | 3/4 SLV VNK RAYONTOPCALYSPO PAISLEY | 79 CARTONS | 79 AST | 29.100 USD | 2,298.90 USD |
|---|---|---|---|---|---|---|
| ITEM: | 770019531698 | | ( 79 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WS9BE77433MI
DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK   //    CODE - 484B

| CONTRACT NO. | IN44C | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WS9BE77433MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE |

| KMART | IN44C | 3/4 SLV VNK RAYONTOPWHITE FLORAL | 491 CARTONS | 491 AST | 33.950 USD | 16,669.45 USD |
|---|---|---|---|---|---|---|
| ITEM: | 770019572288 | | ( 491 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WS9BE77433MI
DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA

# COMMERCIAL INVOICE

Page 3 of 8

**DATE:** December 07, 2018

**INVOICE NO.:** 201824171389

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Chambersburg , PA

FOB India

CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK   //     CODE - 484B

| | | |
|---|---|---|
| CONTRACT NO. | IN44C | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WS9BE77433MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE |

| KMART | IN44C | 3/4 SLV VNK RAYONTOPWHITE FLORAL | 39 | 39 | 48.500 USD | 1,891.50 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 770019572296 | | ( 39 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WS9BE77433MI
DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK   //     CODE - 484B

| | | |
|---|---|---|
| CONTRACT NO. | IN44C | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WS9BE77433MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE |

| KMART | IN44C | 3/4 SLV VNK RAYONTOPWHITE FLORAL | 22 | 22 | 43.650 USD | 960.30 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 770019572304 | | ( 22 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WS9BE77433MI
DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK   //     CODE - 484B

# COMMERCIAL INVOICE

Page 4 of 8
DATE: December 07, 2018
INVOICE NO.: 201824171389

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India        SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB India

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN44C | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 | |
| VENDOR ITEM CODE | WS9BE77433MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE | |

| KMART | IN44C | 3/4 SLV VNK RAYONTOPWHITE FLORAL | 79 | 79 | 29.100 USD | 2,298.90 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 770019572353 | | ( 79 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WS9BE77433MI
DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK   //   CODE - 484B

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN44C | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 | |
| VENDOR ITEM CODE | WS9BE77433MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE | |

| KMART | IN44C | 3/4 SLV VNK RAYONTOPMARITIME TILE | 226 | 226 | 33.950 USD | 7,672.70 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 770019573369 | | ( 226 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WS9BE77433MI
DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK   //   CODE - 484B

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN44C | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 | |
| VENDOR ITEM CODE | WS9BE77433MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE | |

# COMMERCIAL INVOICE

Page 5 of 8
**DATE:** December 07, 2018
**INVOICE NO.:** 201824171389

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India   **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| KMART | IN44C | 3/4 SLV VNK RAYONTOPMARITIME TILE | 78 CARTONS | 78 AST | 43.650 USD AST | 3,404.70 USD |
|---|---|---|---|---|---|---|
| | | | ( 78 CTNS ) | | | |

**ITEM:** 770019573393
**MADE IN** INDIA
**CONTENTS** 1 ASSORTMENT

STYLE NAME: WS9BE77433MI
DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK   //   CODE - 484B

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | IN44C | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 | |
| **VENDOR ITEM CODE** | WS9BE77433MI | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 641, RNONE | |

| KMART | IN44C | 3/4 SLV VNK RAYONTOPMARITIME TILE | 57 CARTONS | 57 AST | 48.500 USD AST | 2,764.50 USD |
|---|---|---|---|---|---|---|
| | | | ( 57 CTNS ) | | | |

**ITEM:** 770019576115
**MADE IN** INDIA
**CONTENTS** 1 ASSORTMENT

STYLE NAME: WS9BE77433MI
DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK   //   CODE - 484B

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | IN44C | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 | |
| **VENDOR ITEM CODE** | WS9BE77433MI | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 641, RNONE | |

| KMART | IN44C | 3/4 SLV VNK RAYONTOPMARITIME TILE | 11 CARTONS | 11 AST | 43.650 USD AST | 480.15 USD |
|---|---|---|---|---|---|---|
| | | | ( 11 CTNS ) | | | |

**ITEM:** 770019576719
**MADE IN** INDIA
**CONTENTS** 1 ASSORTMENT

STYLE NAME: WS9BE77433MI
DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA

# COMMERCIAL INVOICE

Page 6 of 8

DATE: December 07, 2018

INVOICE NO.: 201824171389

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB India

CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK   //    CODE - 484B

| CONTRACT NO. | IN44C | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WS9BE77433MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE |

| KMART | IN44C | 3/4 SLV VNK RAYONTOPLEMONADE MOSAIC | | 226 CARTONS | 226 AST | 33.950 USD AST | 7,672.70 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 770019576875 | | | ( 226 CTNS ) | | | |
| MADE IN | INDIA | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WS9BE77433MI
DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK   //    CODE - 484B

| CONTRACT NO. | IN44C | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WS9BE77433MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 641, RNONE |

| KMART | IN44C | 3/4 SLV VNK RAYONTOPLEMONADE MOSAIC | | 78 CARTONS | 78 AST | 43.650 USD AST | 3,404.70 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 770019576891 | | | ( 78 CTNS ) | | | |
| MADE IN | INDIA | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WS9BE77433MI
DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK   //    CODE - 484B

# COMMERCIAL INVOICE

Page 7 of 8
DATE: December 07, 2018
INVOICE NO.: 201824171389

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

| | | |
|---|---|---|
| CONTRACT NO. | IN44C | REFERENCE NO. 801 |
| DC CODE | PCD | DEPARTMENT NO. 027 |
| DIVISION NO. | Division 4 | VENDOR NO. 5783 |
| VENDOR ITEM CODE | WS9BE77433MI | COUNTRY OF ORIGIN INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY 641, RNONE |

| KMART | IN44C | 3/4 SLV VNK RAYONTOPLEMONADE MOSAIC | 57 | 57 | 48.500 USD | 2,764.50 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 770019576917 | | ( 57 CNTS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WS9BE77433MI
DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK   //      CODE - 484B

| | | |
|---|---|---|
| CONTRACT NO. | IN44C | REFERENCE NO. 801 |
| DC CODE | PCD | DEPARTMENT NO. 027 |
| DIVISION NO. | Division 4 | VENDOR NO. 5783 |
| VENDOR ITEM CODE | WS9BE77433MI | COUNTRY OF ORIGIN INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY 641, RNONE |

| KMART | IN44C | 3/4 SLV VNK RAYONTOPLEMONADE MOSAIC | 11 | 11 | 43.650 USD | 480.15 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 770019576941 | | ( 11 CNTS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WS9BE77433MI
DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK   //      CODE - 484B

| | | |
|---|---|---|
| CONTRACT NO. | IN44C | REFERENCE NO. 801 |
| DC CODE | PCD | DEPARTMENT NO. 027 |
| DIVISION NO. | Division 4 | VENDOR NO. 5783 |
| VENDOR ITEM CODE | WS9BE77433MI | COUNTRY OF ORIGIN INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY 641, RNONE |

# COMMERCIAL INVOICE

Page 8 of 8
**DATE:** December 07, 2018
**INVOICE NO.:** 201824171389

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:** Chambersburg , PA
**MODE OF TRANSPORTATION:** Ocean

FOB India

| PAYMENT TERM | Letter of Credit |
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | BANK OF AMERICA |
| LC# | 925098 |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 2,006 | 2,006 | ASSORTMENTS | 72,284.40  USD |

TOTAL US DOLLARS SEVENTY-TWO THOUSAND TWO HUNDRED EIGHTY-FOUR DOLLARS AND FORTY CENTS ONLY.

| GOKALDAS EXPORTS LTD | |
|---|---|
| EMPLOYEE NAME | N. JAYANTHI |
| EMPLOYEE TITLE | GENERAL MANAGER – RECEIVABLES MANAGEMENT |

For GOKALDAS EXPORTS LTD.,

N. Jayanthi

G. M. - Receivables Management



Advising Bank: Bank of America N.A., NEW DELHI
Banking and other Financial Services
OUR REF: EX061134/18                                    12 October, 2018
---------------------------------------------------------------------

TO BENEFICIARY:                      |ISSUING BANK:
GOKALDAS EXPORTS LTD                  |BANK OF AMERICA N.A.
NO. 16/2                              |
RESIDENCY ROAD                        |
BANGALORE,KARNATAKA 560025,INDIA      |REF: 925098
---------------------------------------------------------------------
                                     | ADVISED THRU BANK:
Amount:USD 72,284.40                 | CANARA BANK
                                     | AVENUE ROAD
Expiry Date: 25 December, 2018       | BANGALORE
                                     | KARNATAKA,560002INDIA
---------------------------------------------------------------------

Dear Sirs:

We have been informed by the above issuing bank that they have
established their irrevocable letter of credit in your favour.We enclose
herewith an authenticated copy of the issuing bank's teletransmission
which is the operative instrument and has been authenticated by us.

This letter of credit does not carry our confirmation
This notification is solely an advice of credit opened by the above
mentioned correspondent bank and conveys no engagement by us.

This letter is to be considered as part of the subject credit and must
be presented with all drafts drawn under the attached letter of credit.
All amounts negotiated must be endorsed on the  reverse of the credit.

Please review the original LC and take up the matter with your buyer
directly for any amendment required in the LC.

This credit is subject to Uniform Customs and Practice for Documentary
Credits 2007 Revision, ICC Publication no 600.

This letter of credit will be delivered to you upon receipt of our
advising charges as per enclosed sheet.

PERMANENT ACCOUNT NUMBER : AAACB1537G.
HSN CODE : 9971


Authorised Signatory

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Page 2 of 2
Attached to and forming part of our Ref:EX061134/18
----------------------------------------------------
Please note that under the terms of the L/C, we are the nominated bank
for handling the documents and payments and we hold special document
handling/reimbursement instructions.  The documents under the Letter of
Credit should be forwarded to us at the following address through your
your bankers:

                BANK OF AMERICA N.A., (TRADE SERVICES)
                1ST FLOOR, DLF CENTRE,
                SANSAD MARG,
                NEW DELHI 110 001.

Important notice to Exporter's bankers:
----------------------------------------
Please be advised that the EDF Form should be retained and the original
LC should be endorsed by the bank through whom the documents are
submitted to us for payment.  If these documents are submitted to us in
in error, the same will be returned to the presenting bankers.

Please note that in case of discrepancies in the documents, presenting
bankers as well as the issuing bankers will be notified of discrepancies
and documents will be simultaneously couriered to the issuing bank for
necessary acceptance/payment without further reference to the presenting
bank/beneficiary, and documents will be held by the issuing bank at the
risk and disposal of presenting bank for further instructions.

PRESENTATION OF DOCUMENTS THAT ARE NOT IN COMPLIANCE WITH THE APPLICABLE
ANTI-BOYCOTT, ANTI-MONEY LAUNDERING, ANTI-TERRORISM, ANTI-DRUG
TRAFFICKING, EXPORT DENIAL OR ECONOMIC SANCTIONS LAWS, REGULATIONS OR
ORDERS IS NOT ACCEPTABLE. APPLICABLE LAWS VARY DEPENDING ON THE
TRANSACTION AND MAY INCLUDE UNITED NATIONS, UNITED STATES AND/OR LOCAL
LAWS.

For all transferable L/Cs, please arrange to submit the enclosed
application duly filled up and signature verified by the bank. Your
transfer request should be accompanied by a bank draft as per details
enclosed.

Authorised Signatory

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America


**Bank of America**

Print 001 Of 009

```
FROM:/SA-BOFAHKHX
      BANK OF AMERICA, N.A.
      19F TOWER 2 KCC 51 KWAI
      CHEONG RD, KWAI CHUNG HK

TO:   /SA-BOFAIN4XDEL
      BANK OF AMERICA N.A.
      1ST FLOOR, DLF CENTRE,
      SANSAD MARG,NEW DELHI
      110 001 INDIA(FAX:91 11 3714042)
DATE:181011
```

::710 ADVICE OF THIRD BANKS OR NON-BANKS DOC CREDIT

```
:27 /PAGE NUMBER              :1 OF 3
:40B/FORM OF DOC CREDIT       :IRREVOCABLE TRANSFERABLE
                              WITHOUT OUR CONFIRMATION
:20 /SENDERS REF             :6055EX138188/18
:21 /DOC CREDIT NUMBER        :925098
:31C/ISSUE DATE              :181011 11OCT18
:40E/APPLICABLE RULES         :
   UCP LATEST VERSION
:31D/DATE AND PLACE OF EXPIRY :181225 25DEC18
                              COUNTRY OF BENEFICIARY
:50B/NON BANK ISSUER         :SEARS ROEBUCK ACCEPTANCE CORP
                              3711 KENNETT PIKE
                              GREENVILLE DE 19807
                              USA
:50 /APPLICANT/ACCOUNT PARTY :SEARS HOLDINGS MGMT CORP AN AGENT
                              OF SEARS,ROEBUCK AND CO ANDND CO
                              KMART CORPORATION,3333 BEVERLYER
                              RD, HOFFMAN ESTATES,IL 60179 USA
:59 /BENEFICIARY             :GOKALDAS EXPORTS LTD
                              NO. 16/2
                              RESIDENCY ROAD
                              BANGALORE,KARNATAKA 560025,INDIA
:32B/AMOUNT                  :USD 72284.40 U.S. DOLLARS
:41D/AVAILABLE WITH/BY        :ANY BANK
                              BY NEGOTIATION
:42C/DRAFTS AT ...           :75 DAYS AFTER SHIPMENT DATE
:42D/DRAWEE                  : SEARS ROEBUCK ACCEPTANCE CORP
                              3711 KENNETT PIKE
                              GREENVILLE,DE 19807
                              USA
:43P/PARTIAL SHIPMENTS        :ALLOWED
:43T/TRANSSHIPMENT           :ALLOWED
:44E/PORT OF LOADING/AIRPORT OF DEPARTURE:
   INDIA
```

BANK OF AMERICA N.A.
New Delhi

EXO6113411X

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America

**Bank of America** ⬎

BANK OF AMERICA N.A.
New Delhi

EXO6113411P

Print 002 Of 009

:44F/PORT OF DISCHARGE/AIRPORT OF DESTINATION:
   UNITED STATES
:45 /DESCRIPTION OF GOODS/SERVICES:
   +  P.O NO. IN44C, ITEM CODE 770019531664 AT USD 33.95
   +  P.O. NO. IN44C ITEM NO. 770019531664 3/4 SLV VNK RAYONTOPCALYS
      PO PAISLEY, FOB USD 33.95 PER ASSORTMENT,  491 ASSORTMENT, 1 AS
      SORTMENT PER CARTON, 491 CARTONS PACKING FACTOR 1.
   +  P.O NO. IN44C, ITEM CODE 770019531672 AT USD 48.5
   +  P.O. NO. IN44C ITEM NO. 770019531672 3/4 SLV VNK RAYONTOPCALYS
      PO PAISLEY, FOB USD 48.5 PER ASSORTMENT,  39 ASSORTMENT, 1 ASSO
      RTMENT PER CARTON, 39 CARTONS PACKING FACTOR 1.
   +  P.O NO. IN44C, ITEM CODE 770019531680 AT USD 43.65
   +  P.O. NO. IN44C ITEM NO. 770019531680 3/4 SLV VNK RAYONTOPCALYS
      PO PAISLEY, FOB USD 43.65 PER ASSORTMENT,  22 ASSORTMENT, 1 ASS
      ORTMENT PER CARTON, 22 CARTONS PACKING FACTOR 1.
   +  P.O NO. IN44C, ITEM CODE 770019531698 AT USD 29.1
   +  P.O. NO. IN44C ITEM NO. 770019531698 3/4 SLV VNK RAYONTOPCALYS
      PO PAISLEY, FOB USD 29.1 PER ASSORTMENT,  79 ASSORTMENT, 1 ASSO
      RTMENT PER CARTON, 79 CARTONS PACKING FACTOR 1.
   +  P.O NO. IN44C, ITEM CODE 770019572288 AT USD 33.95
   +  P.O. NO. IN44C ITEM NO. 770019572288 3/4 SLV VNK RAYONTOPWHITE
      FLORAL, FOB USD 33.95 PER ASSORTMENT,  491 ASSORTMENT, 1 ASSOR
      TMENT PER CARTON, 491 CARTONS PACKING FACTOR 1.
   +  P.O. NO. IN44C, ITEM CODE 770019572296 AT USD 48.5
   +  P.O. NO. IN44C ITEM NO. 770019572296 3/4 SLV VNK RAYONTOPWHITE
      FLORAL, FOB USD 48.5 PER ASSORTMENT,  39 ASSORTMENT, 1 ASSORTM
      ENT PER CARTON, 39 CARTONS PACKING FACTOR 1.
   +  P.O NO. IN44C, ITEM CODE 770019572304 AT USD 43.65
   +  P.O. NO. IN44C ITEM NO. 770019572304 3/4 SLV VNK RAYONTOPWHITE
      FLORAL, FOB USD 43.65 PER ASSORTMENT,  22 ASSORTMENT, 1 ASSORT
      MENT PER CARTON, 22 CARTONS PACKING FACTOR 1.
   +  P.O NO. IN44C, ITEM CODE 770019572353 AT USD 29.1
   +  P.O. NO. IN44C ITEM NO. 770019572353 3/4 SLV VNK RAYONTOPWHITE
      FLORAL, FOB USD 29.1 PER ASSORTMENT,  79 ASSORTMENT, 1 ASSORTM
      ENT PER CARTON, 79 CARTONS PACKING FACTOR 1.
   +  P.O NO. IN44C, ITEM CODE 770019573369 AT USD 33.95
   +  P.O. NO. IN44C ITEM NO. 770019573369 3/4 SLV VNK RAYONTOPMARIT
      IME TILE, FOB USD 33.95 PER ASSORTMENT,  226 ASSORTMENT, 1 ASSO
      RTMENT PER CARTON, 226 CARTONS PACKING FACTOR 1.
   +  P.O NO. IN44C, ITEM CODE 770019573393 AT USD 43.65
   +  P.O. NO. IN44C ITEM NO. 770019573393 3/4 SLV VNK RAYONTOPMARIT
      IME TILE, FOB USD 43.65 PER ASSORTMENT,  78 ASSORTMENT, 1 ASSOR
      TMENT PER CARTON, 78 CARTONS PACKING FACTOR 1.
   +  P.O NO. IN44C, ITEM CODE 770019576115 AT USD 48.5
   +  P.O. NO. IN44C ITEM NO. 770019576115 3/4 SLV VNK RAYONTOPMARIT
      IME TILE, FOB USD 48.5 PER ASSORTMENT,  57 ASSORTMENT, 1 ASSORT
      MENT PER CARTON, 57 CARTONS PACKING FACTOR 1.
   +  P.O NO. IN44C, ITEM CODE 770019576719 AT USD 43.65
   +  P.O. NO. IN44C ITEM NO. 770019576719 3/4 SLV VNK RAYONTOPMARIT
      IME TILE, FOB USD 43.65 PER ASSORTMENT,  11 ASSORTMENT, 1 ASSOR

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 003 Of 009

TMENT PER CARTON, 11 CARTONS PACKING FACTOR 1.
+ P.O NO. IN44C, ITEM CODE 770019576875 AT USD 33.95
+ P.O. NO. IN44C ITEM NO. 770019576875 3/4 SLV VNK RAYONTOPLEMON
ADE MOSAIC, FOB USD 33.95 PER ASSORTMENT,  226 ASSORTMENT, 1 AS
SORTMENT PER CARTON, 226 CARTONS PACKING FACTOR 1.
+ P.O. NO. IN44C, ITEM CODE 770019576891 AT USD 43.65
+ P.O. NO. IN44C ITEM NO. 770019576891 3/4 SLV VNK RAYONTOPLEMON
ADE MOSAIC, FOB USD 43.65 PER ASSORTMENT,  78 ASSORTMENT, 1 ASS
ORTMENT PER CARTON, 78 CARTONS PACKING FACTOR 1.
+ P.O NO. IN44C, ITEM CODE 770019576917 AT USD 48.5
+ P.O. NO. IN44C ITEM NO. 770019576917 3/4 SLV VNK RAYONTOPLEMON
ADE MOSAIC, FOB USD 48.5 PER ASSORTMENT,  57 ASSORTMENT, 1 ASSO
RTMENT PER CARTON, 57 CARTONS PACKING FACTOR 1.
+ P.O NO. IN44C, ITEM CODE 770019576941 AT USD 43.65
+ P.O. NO. IN44C ITEM NO. 770019576941 3/4 SLV VNK RAYONTOPLEMON
ADE MOSAIC, FOB USD 43.65 PER ASSORTMENT,  11 ASSORTMENT, 1 ASS
ORTMENT PER CARTON, 11 CARTONS PACKING FACTOR 1.
:46 /DOCUMENTS REQUIRED         :
+ COMMERCIAL INVOICE TO BE ADDRESSED TO KMART
CORPORATION OR SEARS HOLDINGS MANAGEMENT
CORPORATION WHO ACTS AS AGENT OF KMART CORPORATION
IN DUPLICATE (COPIES OR ORIGINALS
ACCEPTABLE).

+ PACKING LIST IN DUPLICATE (COPY OR ORIGINAL
ACCEPTABLE).

+ ORIGINAL OR COPY OF SEA WAYBILL,
OR ORIGINAL OR COPY OF FORWARDER'S CARGO RECEIPT,
OR ORIGINAL OR COPY OF AIR WAYBILL
CONSIGNED TO KMART CORPORATION, AND SHOW
APPROPRIATE NOTIFY PARTY AS INSTRUCTED BY THE
DESIGNATED CONSOLIDATOR.

FOR SHIPMENTS EFFECTED FROM BANGLADESH ONLY,
3/3 ON BOARD OCEAN BILL OF LADING TO BE
CONSIGNED TO NEGOTIATING BANK AND ENDORSED TO
KMART CORPORATION OR LC ISSUER
MARKED FREIGHT COLLECT.



IN CASE OF COPY OF SEA WAYBILL PRESENTED, IT MUST
SHOW ON BOARD DATE AND IS DEEMED TO BE THE DATE
OF SHIPMENT. IN CASE OF ORIGINAL OR COPY OF
FORWARDER'S CARGO RECEIPT, IT MUST SHOW CARGO
RECEIVED DATE AND IS DEEMED TO BE THE DATE OF
SHIPMENT. IN CASE OF COPY OF AIR WAYBILL
PRESENTED, IT MUST SHOW ACTUAL FLIGHT DATE AND IS
DEEMED TO BE THE DATE OF SHIPMENT.

+ ORIGINAL OR COPY OF AN INSPECTION CERTIFICATE

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 004 Of 009

```
      ISSUED BY SEARS HOLDINGS GLOBAL SOURCING LTD. DULY
      SIGNED BY AN AUTHORIZED SIGNATORY OF SEARS
      HOLDINGS GLOBAL SOURCING LTD. (OR WRITTEN WAIVER
      OF SUCH REQUIREMENT SIGNED BY AN AUTHORIZED
      SIGNATORY OF SEARS HOLDINGS GLOBAL SOURCING LTD.)
  :48 /PERIOD FOR PRESENTATION OF DOCUMENTS:
                          21 DAYS TO PRESENT DOCUMENTS.
  :49 /CONFIRMATION INSTRUCTIONS  :WITHOUT
  :57D/ADVISE THRU                :CANARA BANK
                          AVENUE ROAD
                          BANGALORE
                          KARNATAKA,560002INDIA
                          à
```

```
  *  LAST UPDATED BY  : SYSTEM     ON 11OCT18  AT 19:43:36 *
  *  AUTHORISED BY    :                                    *
  *  MPROC REFERENCE  : SDSMPR6216TRAN234751               *
  *  DESTINATION NAME :                                    *
  *  DESTINATION ADDR :                                    *
  *                   :                                    *
  *                   :                                    *
```

BANK OF AMERICA N.A.
New Delhi
ΞXo6ll34l18

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 005 Of 009

FROM:/SA-BOFAHKHX
      BANK OF AMERICA, N.A.
      19F TOWER 2 KCC 51 KWAI
      CHEONG RD, KWAI CHUNG HK

TO:  /SA-BOFAIN4XDEL
     BANK OF AMERICA N.A.
     1ST FLOOR, DLF CENTRE,
     SANSAD MARG,NEW DELHI
     110 001 INDIA(FAX:91 11 3714042)
DATE:181011

::711 ADVICE OF THIRD BANKS OR NON-BANKS DOC CREDIT

:27 /PAGE NUMBER          :2 OF 3
:20 /SENDERS REF          :6055EX138188/18
:21 /RELATED REF          :925098
:47 /ADDITIONAL CONDITIONS     :
    INSURANCE BY: BUYER
    + THIS LETTER OF CREDIT COVERS 100 PERCENT OF INVOICE VALUE.
    + A DISCREPANCY FEE OF USD60.00 (OR EQUIVALENT) PER DRAWING OF
    DISCREPANT DOCUMENTS WILL BE DEDUCTED AT THE TIME OF PAYMENT. IN
    ADDITION, TELEX EXPENSES, IF ANY, INCURRED BY US AS A RESULT OF
    DISCREPANT DOCUMENTS ARE ALSO FOR THE BENEFICIARY'S ACCOUNT.
    + BANK OF AMERICA NA HOLDS SPECIAL INSTRUCTIONS REGARDING
    DOCUMENTS DISPOSAL AND REIMBURSEMENT OF THIS LETTER OF CREDIT.
    ALL DOCUMENTS MUST BE PRESENTED IN ONE LOT BY COURIER SERVICE
    THROUGH BENEFICIARY'S BANKER TO OUR PROCESSING AGENT: BANK OF
    AMERICA NA., 19TH FLOOR, TOWER 2, KOWLOON COMMERCE CENTRE, 51
    KWAI
    CHEONG ROAD, KWAI CHUNG, HONG KONG (ATTN: TRADE FINANCE - SEARS).
    DOCUMENTS SENT TO OUR OFFICE IN 3711 KENNETT PIKE GREENVILLE,DE
    19807 USA WILL BE REJECTED AND FORWARDED TO THE ABOVE ADDRESS FOR
    PROCESSING FOR WHICH THE DELAY WILL BE BORNE BY THE BENEFICIARY.
    + UPON RECEIPT OF DOCUMENTS DRAWN IN COMPLIANCE WITH TERMS AND
    CONDITIONS OF THIS CREDIT, WE SHALL REMIT THE PROCEEDS TO
    NEGOTIATING BANK IN ACCORDANCE WITH THEIR INSTRUCTION ON
    MATURITY.
    + ALL CORRESPONDENCE TO THE ISSUER (INCLUDING THE COVERING LETTER
    ON EACH PRESENTATION) MUST IDENTIFY THIS LC BY QUOTING OUR
    REFERENCE AS IM402259/18.
    + PRESENTATION OF DOCUMENTS(S) THAT ARE NOT IN COMPLIANCE WITH
    THE APPLICABLE ANTI-BOYCOTT, ANTI-MONEY LAUNDERING,
    ANTI-TERRORISM, ANTI-DRUG TRAFFICKING, EXPORT DENIAL OR ECONOMIC
    SANCTIONS LAWS, REGULATIONS OR ORDERS IS NOT ACCEPTABLE.
    APPLICABLE LAWS VARY DEPENDING ON THE TRANSACTION AND MAY INCLUDE
    UNITED NATIONS, UNITED STATES AND/OR LOCAL LAWS.
    + TWO PHOTOCOPIES OF THE ABOVE MENTIONED COMMERCIAL INVOICES ARE



Print 006 Of 009

REQUIRED FOR ISSUER'S RETENTION.
+ UNLESS OTHERWISE STATED, ALL DOCUMENTS CONTENTS MUST BE IN
ENGLISH LANGUAGE.
+ ALL DRAFTS MUST BE MARKED DRAWN UNDER THIS L/C NUMBER.
+ PRESENTATION OF DOCUMENTS MUST BE THROUGH BENEFICIARY'S BANKER.
PRESENTING BANK MUST CERTIFY ON ITS COVERING LETTER THAT THE
DRAWING AMOUNT HAS BEEN ENDORSED ON THE ORIGINAL CREDIT. IN SUCH
CASE, ORIGINAL L/C IS NOT REQUIRED TO BE ACCOMPANIED WITH THE
DOCUMENTS.
+ NOTWITHSTANDING THE DEFINITION OF 'BANKING DAY' UNDER THE
UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS, SATURDAY IS
NOT A 'BANKING DAY' FOR OUR HONG KONG TRADE SERVICES.
+ ALL REFERENCES IN THE UCP600 TO ISSUING BANK, AND TO BANK WHERE
THE TERM INCLUDES AN ISSUING BANK SHALL BE DEEMED TO BE
REFERENCES TO THE ISSUER OF THIS CREDIT, AND THE ISSUER SHALL
HAVE ALL OF THE RIGHTS, DUTIES, AND OBLIGATIONS OF AN ISSUER
UNDER THE UCP.
+ THIS CREDIT IS NOT CONFIRMED BY BANK OF AMERICA N.A. AND
THEREFORE CARRIES NO ENGAGEMENT ON THE PART OF BANK OF AMERICA
N.A.
+ IN CASE OF QUERIES, PLEASE CONTACT US AT OUR HOTLINE 852 3508
2323
+ SHIPMENT QUANTITY AND AMOUNT LESS UP TO 3PCT PER
PO ACCEPTABLE. SHIPMENT QUANTITY AND AMOUNT MORE
UP TO 3PCT PER PO ACCEPTABLE ONLY FOR CLOTHING,
FASHION ACCESSORIES, HOME TEXTILES AND HANDBAGS.

+ REFERENCE (PO) FROM ORDER CONTRACT SHIPPING
SCHEDULE MUST BE SPECIFIED ON THE COMMERCIAL
INVOICE FOR EACH SHIPMENT COVERED ON THE INVOICE.



+ COMBINED DRAWINGS UNDER OTHER LETTERS OF CREDIT
ISSUED BY US WITH IDENTICAL TERMS AND CONDITIONS
IN FAVOR OF THE SAME BENEFICIARY FOR ACCOUNT OF
APPLICANT ARE ACCEPTABLE PROVIDED THAT ONE DRAFT
IS PRESENTED FOR THE TOTAL AMOUNT INDICATING THE
AMOUNTS DRAWN UNDER EACH LETTER OF CREDIT.

+ SEPARATE INVOICES MUST BE ISSUED FOR EACH
DESTINATION (COPIES OR ORIGINALS ACCEPTABLE.)

+ PO NO IN44C, ALL SHIPMENTS TO BE MADE AS SPECIFIED IN BUYER'S
  ORDER NO.  IN44C WITH SHIPMENT TO COMMENCE ON 10/25/1
  8 BUT IN ANY EVENT NOT LATER THAN12/04/18

+ THIRD PARTY SHIPPER AND DOCUMENTS ACCEPTABLE.

+ ALL BANKING CHARGES OTHER THAN THOSE OF THE
ISSUING CHARGES, ARE FOR THE ACCOUNT OF THE
BENEFICIARY.

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 007 Of 009

+ LATE SHIPMENT, LATE PRESENTATION, LETTER OF
CREDIT EXPIRED FOR NOT MORE THAN 7 DAYS WILL NOT
BE COUNTED AS LC DISCREPANCY.

+ LC APPLICANT MAY, WITHOUT THE PRIOR
AUTHORIZATION OR APPROVAL OF THE LC BENEFICIARY OR
NEGOTIATING BANK, DEDUCT UP TO 10 PERCENT OF
INVOICE VALUE ON ANY DRAWING UNDER THIS LETTER OF
CREDIT FOR OUTSTANDING CLAIMS AND/OR CHARGEBACKS
EXISTS BETWEEN THE BENEFICIARY AND THE APPLICANT.
HOWEVER, NO FURTHER DEDUCTION WILL BE TAKEN AFTER
USANCE LC BILLS HAVE BEEN ACCEPTED BY THE LC
ISSUER.

+ IN CASE DEDUCTION OF CLAIMS ARE SPECIFIED PER LC
TERM, COMMERCIAL INVOICE MUST SHOW THE DEDUCTION
AS SPECIFIED ON THE FIRST DRAWING. IF THE FIRST
DRAWING AMOUNT IS NOT SUFFICIENT TO COVER
DEDUCTION AMOUNT. BALANCE DEDUCTIONS WILL BE
à

```
*   LAST UPDATED BY   : SYSTEM      ON 11OCT18  AT 19:43:36 *
*   AUTHORISED BY     :                                     *
*   MPROC REFERENCE   : SDSMPR6216TRAN234750                *
*   DESTINATION NAME  :                                     *
*   DESTINATION ADDR  :                                     *
*                     :                                     *
*                     :                                     *
```



BANK OF AMERICA
New Delhi

EXO61134/18

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 008 Of 009

FROM:/SA-BOFAHKHX
       BANK OF AMERICA, N.A.
       19F TOWER 2 KCC 51 KWAI
       CHEONG RD, KWAI CHUNG HK

TO:  /SA-BOFAIN4XDEL
       BANK OF AMERICA N.A.
       1ST FLOOR, DLF CENTRE,
       SANSAD MARG,NEW DELHI
       110 001 INDIA(FAX:91 11 3714042)
DATE:181011

::711 ADVICE OF THIRD BANKS OR NON-BANKS DOC CREDIT


:27 /PAGE NUMBER           :3 OF 3
:20 /SENDERS REF           :6055EX138188/18
:21 /RELATED REF           :925098
:47 /ADDITIONAL CONDITIONS :
    DEDUCTED FROM SUBSEQUENT DRAWINGS.

BANK OF AMERICA N.A
New Delhi
2X061134/18

    + DOCUMENTS MAY BE PRESENTED DIRECTLY TO BANK OF
    AMERICA, N.A. LOCAL BRANCH AT BENEFICIARY'S
    COUNTRY AS THEY HOLD SPECIAL REIMBURSEMENT AND
    DOCUMENT HANDLING INSTRUCTIONS. IN THIS CASE,
    WE WOULD SPEED UP THE PAYMENT PROCESSING UNDER
    THIS L/C.

    + THIS CREDIT IS TRANSFERABLE. ANY TRANSFER
      MUST BE HANDLED THROUGH THE ADVISING BANK.
      THE TRANSFERRING BANK MUST ADVISE US BY
      AUTHENTICATED SWIFT OR TESTED TELEX WITHIN 3
      WORKING DAYS FROM THE DATE OF THE TRANSFER THE
      FOLLOWING INFORMATION:
      A. NAME AND ADDRESS OF TRANSFEREE,
      B. TRANSFERRED AMOUNT,
      C. QUANTITY AND DESCRIPTION OF GOODS,
      D. WHETHER THE FIRST BENEFICIARY WILL RETAIN OR
      WAIVE THEIR RIGHT RELATED TO AMENDMENT,
      E. WHETHER THE FIRST BENEFICIARY HAS REQUESTED
      TO SUBSTITUTE THEIR OWN DRAFTS AND DOCUMENTS
      FOR THOSE TO BE PRESENTED BY THE SECOND
      BENEFICIARY(IES).
      F. THEY HAVE MARKED THE TRANSFER ON THE
      ORIGINAL LC AND THE RELEVANT TRANSFERRING
      CHARGES ARE FOR ACCOUNT OF BENEFICIARY.
    + IF TRANSFERRED, A COPY OF THE ADVICE OF TRANSFER
      AND ANY AMENDMENTS THERETO MUST ACCOMPANY EACH
      DRAWING UNDER THE LETTER OF CREDIT. IF DOCUMENTS

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



**Bank of America**

Print 009 Of 009

PRESENTED BY A PARTY OTHER THAN THE FIRST
BENEFICIARY, THE PRESENTING BANK MUST CERTIFY ON
THEIR COVERING LETTER THAT SUCH PARTY IS THE
SECOND BENEFICIARY AND THAT SUBSTITUTION OF
DRAFT AND INVOICE IS NOT REQUIRED.

```
*   LAST UPDATED BY    : SYSTEM     ON 11OCT18  AT 19:43:36 *
*   AUTHORISED BY      :                                    *
*   MPROC REFERENCE    : SDSMPR6216TRAN234752               *
*   DESTINATION NAME   :                                    *
*   DESTINATION ADDR   :                                    *
*                      :                                    *
*                      :                                    *
```



This letter of credit forms an integral
part of our attached advice and is
recorded under our referenced
number EX06 11341 18
Bank of America N.A.
(Incorporated in USA with Limited Liability)

Authorised Signatory

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



DATE OF ADVICE: 12 October, 2018
DEBIT ADVICE NO: EX061134/180001

PAYMENT OF CHARGES FOR EXPORT

NAME AND ADDRESS OF RECIPIENT OF SERVICES:
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE,KARNATAKA 560025,INDIA


GSTIN OF THE RECIPIENT: GST UNKNOWN
PLACE OF SUPPLY:    STATE UNKNOWN

IN ACCORDANCE WITH DETAILS SHOWN BELOW, WE HAVE DEBITED YOUR ACCOUNT

DETAILS OF CHARGES:
| | | |
|---|---|---|
| Adv-Taxable value | INR | 1,881.36 |
| Central Tax (9%) | INR | 169.32 |
| State Tax (9%) | INR | 169.32 |
| NET AMOUNT DEBITED | INR | 2,220.00 |

SUPPLIER GSTIN: 07AAACB1537G1Z3
PERMANENT ACCOUNT NUMBER: AAACB1537G.
HSN CODE: 9971

THIS IS A SYSTEM GENERATED ADVICE AND REQUIRES NO SIGNATURE.

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



**Bank of America**

```
****ADVICE OF AMENDMENT****                    AMENDMENT NUMBER -    1
Banking and other Financial Services
================================================================
OUR REF: EX061134/18                           19 December, 2018
----------------------------------------------------------------
BENEFICIARY                      ¦ISSUING BANK:
===========                      ¦============
GOKALDAS EXPORTS LTD             ¦BANK OF AMERICA N.A.
NO. 16/2                         ¦
RESIDENCY ROAD                   ¦
BANGALORE,KARNATAKA 560025,INDIA ¦REF: 925098
---------------------------------¦------------------------------
                                 ¦ADVISED THRU' BANK:
                                 ¦============
                                 ¦CANARA BANK
                                 ¦AVENUE ROAD
                                 ¦BANGALORE
                                 ¦KARNATAKA,560002INDIA
----------------------------------------------------------------
```

Gentlemen::

We enclose an authenticated copy of the Issuing Bank's teletransmission
of amendment to the above Letter of Credit, which is the operative
instrument. This amendment does not carry our confirmation.

This letter is to be considered as part of the original credit and must
be presented with all drafts drawn under the original Letter of Credit.
All amounts negotiated must be endorsed on the reverse side of the
original Letter of Credit.

This notification is solely an advice of amendment opened by the above
mentioned correspondent and conveys no engagement on our part.

Please review the original LC and amendment and take up the matter with
your buyer for necessary amendment if any of the terms/conditions are
not acceptable to you. This procedure will facilitate prompt handling
when documents are presented.

This amendment is subject to Uniform Customs and Practices for
Documentary Credits ICC Publication version as per the original LC.

This amendment will be delivered to you upon receipt of our amendment
charges as per enclosed sheet.

We have authorised the representative of our courier agent to collect
the charges from you.

PRESENTATION OF DOCUMENTS THAT ARE NOT IN COMPLIANCE WITH THE APPLICABLE
ANTI-BOYCOTT, ANTI-MONEY LAUNDERING, ANTI-TERRORISM, ANTI-DRUG
TRAFFICKING, EXPORT DENIAL OR ECONOMIC SANCTIONS LAWS, REGULATIONS OR
ORDERS IS NOT ACCEPTABLE. APPLICABLE LAWS VARY DEPENDING ON THE
TRANSACTION AND MAY INCLUDE UNITED NATIONS, UNITED STATES AND/OR

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



LAWS.

PERMANENT ACCOUNT NUMBER : AAACB1537G.
HSN CODE : 9971

--------------------------------------
Authorised Signature

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America

**Bank of America**

REVIEWED COMPLIANCE BY ZKNSLCJ December 19, 2018, 17:11:15, IST

Sears Roebuck Acceptance Corp - GCI : 006919104          Print 001 of 001

REVIEWED COMPLIANCE BY ZKHWBGQ December 19, 2018, 20:07:51, IST

```
FROM:/SA-BOFAHKHX
      BANK OF AMERICA, N.A.
      19F TOWER 2 KCC 51 KWAI
      CHEONG RD, KWAI CHUNG HK


TO:   /SA-BOFAIN4XDEL
      BANK OF AMERICA N.A.
      1ST FLOOR, DLF CENTRE,
      SANSAD MARG,NEW DELHI
      110 001 INDIA(FAX:91 11 3714042)
DATE:181219

::707 DOC CREDIT AMENDMENT


:27 /PAGE NUMBER            :1 OF 1
:20 /SENDERS REF           :6055EX138188/18
:21 /RELATED REF           :NONREF
:23 /DOC CREDIT NUMBER     :925098
:50B/NON BANK ISSUER       :SEARS ROEBUCK ACCEPTANCE CORP
                            3711 KENNETT PIKE
                            GREENVILLE DE 19807
                            USA
:31C/ISSUE/TRANSFER DATE   :181011 11OCT18
:26E/NUMBER OF AMENDMENT   :001
:30 /AMENDMENT DATE        :181219 19DEC18
:22A/PURPOSE OF MESSAGE    :ADVI
:31D/DATE AND PLACE OF EXPIRY  :190108 08JAN19
                            COUNTRY OF BENEFICIARY
:47B/ADDITIONAL CONDITIONS     :
     /ADD/
     + LETTER OF CREDIT: LATEST SHIP DATE HAS BEEN CHANGED
       FROM 04-DEC-18 TO 18-DEC-18.
       à

*  LAST UPDATED BY   : SYSTEM    ON 19DEC18  AT 15:26:43 *
*  AUTHORISED BY     :                                  *
*  MPROC REFERENCE   : SDSMPR6216TRAN237512             *
*  DESTINATION NAME  :                                  *
*  DESTINATION ADDR  :                                  *
*                                                       *
*                    :
```

This telex/Cable/Mail advice alongwith our covering
letter dated 19|12|18 constitutes amendment number
01 of letter of credit registered under our reference No.
EX 061134|18 of which this amendment is an
integral part and must be attached therewith.

Bank of America N.A.
(Incorporated in USA with Limited Liability)

_____
Authorised Signatory



DATE OF ADVICE: 19 December, 2018
DEBIT ADVICE NO: EX061134/180002

PAYMENT OF CHARGES FOR EXPORT

NAME AND ADDRESS OF RECIPIENT OF SERVICES:
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE,KARNATAKA 560025,INDIA


GSTIN OF THE RECIPIENT: GST UNKNOWN
PLACE OF SUPPLY:    STATE UNKNOWN

IN ACCORDANCE WITH DETAILS SHOWN BELOW, WE HAVE DEBITED YOUR ACCOUNT

DETAILS OF CHARGES:
Amend-Taxable value                  INR          1,355.94
Central Tax (9%)                     INR            122.03
State Tax (9%)                       INR            122.03
                                     --------------------------
NET AMOUNT DEBITED                   INR          1,600.00

SUPPLIER GSTIN: 07AAACB1537G1Z3
PERMANENT ACCOUNT NUMBER: AAACB1537G.
HSN CODE: 9971

THIS IS A SYSTEM GENERATED ADVICE AND REQUIRES NO SIGNATURE.

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America

KMART CORPORATION

**PURCHASE ORDER**

Page : 1

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44C | BUYER : TF2  TRIXIA FU |
|---|---|---|
| DIV : Division 4 | DEPT NO : 027 | |

**KMART CORPORATION**

3333 Beverly Road

Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | GOKALDAS EXPORTS LTD |
| ADDRESS | NO. 16/2 |
| | RESIDENCY ROAD |
| | BANGALORE |
| | KARNATAKA |
| COUNTRY | India |
| EMAIL | sireesh@gokaldasexports.com |
| VENDOR NBR | 5783 |
| TELEPHONE | 91 09900085026 |
| DUNS NBR | 636654 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | |
|---|---|
| $72,284.40 | |

| PAYMENT TO BE MADE BY : | | |
|---|---|---|
| ( ) | MULTIPLE PAYMENT TYPES | |
| ( ) | CHECK/WIRE TRANSFER | |
| | Amount USD: | 0.00 |
| ( ) | FREE GOODS | |
| | Amount USD: | 0.00 |
| ( X ) | LETTER OF CREDIT | |
| | Amount USD: | 72,284.40 |
| | LC #: | 925098 |
| | TRANSFERABLE: | Yes |
| | BANK: | BANKBL |
| PAYMENT TERMS: | 74 | (days) |

| FOREIGN AGENT OFFICE: | KKIN | SEARS SOURCING INDIA PVT LTD |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKIN | INDIA OFFICE |

| EACH ITEM TO BE MARKED: | MADE IN INDIA |
|---|---|
| EMBARK/GO-DOWN: | INDIA |
| SHIP POINT: | INNSA1B |
| DELIVERY TERMS: | FOB IN |
| CITY, COUNTRY: | Nhava Sheva (JNP), India |

FACTORY DETAILS:

| FACTORY NBR: | 104547 |
|---|---|
| NAME | EURO CLOTHING COMPANY - II |
| ADDRESS | KHATAHA 620/628 |
| | T B ROAD, SRIRANGAPATTANA |
| | MANDYA DISTRICT |
| | KARNATAKA |
| COUNTRY | India |
| TEL | 8495938777 |
| EMAIL | ecc2pd@gokaldasexports.com |
| MID | INEURCLO6206MAN |

KMART CORPORATION                              P U R C H A S E   O R D E R                                    Page : 2

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44C | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 770019531664 | SEASON/YEAR: 3-SUMMER 2019 | 3/4 SLV VNK RAYONTOPCALYSPO PAISLEY |
| | SUB-SEASON: 30-SUMMER | |
| I 2OF 5/CARTON UPC: 00191060027516 | CAT/SUB-CAT: 77/30 | |
| STYLE: WS9BE77433MI | TRADEMARK: NONE | SEARS DIV          SEARS ITEM          SEARS SKU |
| BRAND NAME: BASIC EDITIONS | COPYRIGHT REG. NO.: N/A | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $139.93 | 491 | 491 | $16,669.45 |
| $33.950 | $33.950 | | | | |

| | | | | |
|---|---|---|---|---|
| | KGS: 0.998 | CBM: 0.016020 | AST PER INNER | 1 |
| PER CARTON | LBS: 2.200 | CU. FT.: 0.566 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 19.75" X W 18.0" X H 2.75" | | CASEPACK | | |

QUOTA CAT#:  641, RNONE                          CASE #              FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:                          ANTI-DUMPING:

                                                 COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (POJ/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 491 | 491 | L |

DETAIL DESCRIPTION-

STYLE NAME: WS9BE77433MI
DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B

OPC:                7

KMART CORPORATION                    P U R C H A S E   O R D E R                    Page : 3

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44C | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 770019531672     SEASON/YEAR: 3-SUMMER 2019     3/4 SLV VNK RAYONTOPCALYSPO PAISLEY

SUB-SEASON: 30-SUMMER

I 2OF 5/CARTON UPC: 00191060027523     CAT/SUB-CAT: 77/30

STYLE: WS9BE77433MI     TRADEMARK: NONE     SEARS DIV     SEARS ITEM     SEARS SKU

BRAND NAME: BASIC EDITIONS     COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM     MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $199.90 | 39 | 39 | $1,891.50 |
| $48.500 | $48.500 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| PER CARTON | KGS: | 2.799 | CBM: | 0.018933 | AST PER INNER | 1 |
| | LBS: | 6.170 | CU. FT.: | 0.669 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 19.75" X W 18.0" X H 3.25" | | CASEPACK | | |

QUOTA CAT#:  641, RNONE     CASE #     FACTORY     EXPORTER

SPECIAL TRADE INDICATOR:     ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 10PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (POj/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 39 | 39 | L |

DETAIL DESCRIPTION-

STYLE NAME: WS9BE77433MI
DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B

OPC:                    10

KMART CORPORATION          P U R C H A S E   O R D E R        Page : 4

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44C | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 770019531680     SEASON/YEAR: 3-SUMMER 2019     3/4 SLV VNK RAYONTOPCALYSPO PAISLEY

SUB-SEASON: 30-SUMMER

I 2OF 5/CARTON UPC: 00191060027530     CAT/SUB-CAT: 77/30

STYLE: WS9BE77433MI     TRADEMARK: NONE     SEARS DIV     SEARS ITEM     SEARS SKU

BRAND NAME: BASIC EDITIONS     COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM     MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $179.91 | 22 | 22 | $960.30 |
| $43.650 | $43.650 | | | | |

PER CARTON    KGS: 2.799    CBM: 0.018933    AST PER INNER    1

   LBS: 6.170    CU. FT.: 0.669    INNERS PER OUTER CARTON    1

OUTER CARTON DIMENSIONS    PACKING INSTRUCTION:    AST PER MASTER SHIPPING CTN    1

   L 19.75" X W 18.0" X H 3.25"    CASEPACK

QUOTA CAT#: 641, RNONE        CASE #     FACTORY     EXPORTER

SPECIAL TRADE INDICATOR:     ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 9 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (POJ(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 22 | 22 | L |

DETAIL DESCRIPTION-

STYLE NAME: WS9BE77433MI

DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE

DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH

BODY LENGTH- HIGH POINT SHOULDER TO CROTCH

COUNTRY OF ORGIN (FABRIC) - INDIA

COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA

FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN

COUNT & CONSTRUCTION: 30X30-80X64-120GSM-

HANGER PACK // CODE - 484B

OPC:      9

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 5

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44C | | TF2  TRIXIA FU |
|---|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 770019531698 | SEASON/YEAR:  3-SUMMER 2019 | 3/4 SLV VNK RAYONTOPCALYSPO PAISLEY |
| | SUB-SEASON:  30-SUMMER | |
| I 2OF 5/CARTON UPC:  00191060027547 | CAT/SUB-CAT:  77/30 | |
| STYLE:  WS9BE77433MI | TRADEMARK:  NONE | SEARS DIV       SEARS ITEM       SEARS SKU |
| BRAND NAME:  BASIC EDITIONS | COPYRIGHT REG. NO.:  N/A | |
| INTL COMMODY CODE:  GDSM | MLTP CARTON IND:  001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $119.94 | 79 | 79 | $2,298.90 |
| $29.100 | $29.100 | | | | |

|  | | | | |
|---|---|---|---|---|
| PER CARTON | KGS:  2.150 | CBM:  0.016020 | AST PER INNER | 1 |
| | LBS:  4.740 | CU. FT.:  0.566 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 19.75" X W 18.0" X H 2.75" | | CASEPACK | | |

| | | |
|---|---|---|
| QUOTA CAT#:  641, RNONE | CASE #       FACTORY       EXPORTER | |
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | |
| | COUNTERVAILING: | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 6 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 79 | 79 | L |

DETAIL DESCRIPTION-
STYLE NAME: WS9BE77433MI
DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B

OPC:            6

KMART CORPORATION | P U R C H A S E  O R D E R | Page : 6

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44C | TF2  TRIXIA FU |

**DESCRIPTION**

| ITEM CODE: 770019572288 | SEASON/YEAR: 3-SUMMER 2019 | 3/4 SLV VNK RAYONTOPWHITE FLORAL |
| | SUB-SEASON: 30-SUMMER | |
| I 2OF 5/CARTON UPC: 00191060027554 | CAT/SUB-CAT: 77/30 | |
| STYLE: WS9BE77433MI | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: BASIC EDITIONS | COPYRIGHT REG. NO.: | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $139.93 | 491 | 491 | $16,669.45 |
| $33.950 | $33.950 | | | | |

| PER CARTON | KGS: 1.238 | CBM: 0.016020 | AST PER INNER | 1 |
| | LBS: 2.730 | CU. FT.: 0.566 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 19.75" X W 18.0" X H 2.75" | | CASEPACK | |

QUOTA CAT#: 641, RNONE                                    CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:                    ANTI-DUMPING:

                                            COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

| S H I P P I N G   S C H E D U L E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 491 | 491 | L |

DETAIL DESCRIPTION-
STYLE NAME: WS9BE77433MI
DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B

OPC:                7

KMART CORPORATION                          P U R C H A S E   O R D E R                                    Page : 7

| ORDER DATE : 17-SEP-2018 | ORDER NO :  IN44C | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

| | |
|---|---|
| ITEM CODE:  770019572296 | SEASON/YEAR:  3-SUMMER 2019 |
| | SUB-SEASON:  30-SUMMER |
| I 2OF 5/CARTON UPC:  00191060027561 | CAT/SUB-CAT:  77/30 |
| STYLE:  WS9BE77433MI | TRADEMARK:  NONE |
| BRAND NAME:  BASIC EDITIONS | COPYRIGHT REG. NO.:  N/A |
| INTL COMMODY CODE:  GDSM | MLTP CARTON IND:  001 |

3/4 SLV VNK RAYONTOPWHITE FLORAL

| | SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|---|

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $199.90 | 39 | 39 | $1,891.50 |
| $48.500 | $48.500 | | | | |

| PER CARTON | KGS: | 1.769 | CBM: | 0.016933 | | AST PER INNER | 1 |
|---|---|---|---|---|---|---|---|
| | LBS: | 3.900 | CU. FT.: | 0.669 | | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | | AST PER MASTER SHIPPING CTN | 1 |
| L 19.75" X W 18.0" X H 3.25" | | | CASEPACK | | | | |

QUOTA CAT#:  641, RNONE                                    CASE #              FACTORY              EXPORTER

SPECIAL TRADE INDICATOR:                          ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 10 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 39 | 39 | L |

DETAIL DESCRIPTION-

STYLE NAME: WS9BE77433MI
DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X84-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B

OPC:              10

KMART CORPORATION                    P U R C H A S E   O R D E R                              Page : 8

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44C | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 770019572304 | SEASON/YEAR: 3-SUMMER 2019 | 3/4 SLV VNK RAYONTOPWHITE FLORAL |
| | SUB-SEASON: 30-SUMMER | |
| I 2OF 5/CARTON UPC: 00191060027578 | CAT/SUB-CAT: 77/30 | |
| STYLE: WS9BE77433MI | TRADEMARK: NONE | SEARS DIV          SEARS ITEM          SEARS SKU |
| BRAND NAME: BASIC EDITIONS | COPYRIGHT REG. NO.: N/A | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $179.91 | 22 | 22 | $960.30 |
| $43.650 | $43.650 | | | | |

| | | | | |
|---|---|---|---|---|
| PER CARTON | KGS: 1.592 | CBM: 0.018933 | AST PER INNER | 1 |
| | LBS: 3.510 | CU. FT.: 0.669 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 19.75" X W 18.0" X H 3.25" | | CASEPACK | | |

QUOTA CAT#:  641, RNONE                                          CASE #          FACTORY          EXPORTER

SPECIAL TRADE
INDICATOR:                                                ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER OF 9 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 22 | 22 | L |

DETAIL DESCRIPTION-
STYLE NAME: WS9BE77433MI
DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B

OPC:                    9

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 9

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44C | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 770019572353

SEASON/YEAR:  3-SUMMER 2019

3/4 SLV VNK RAYONTOPWHITE FLORAL

SUB-SEASON:  30-SUMMER

I 2OF 5/CARTON UPC:  00191060027585

CAT/SUB-CAT:  77/30

STYLE:  WS9BE77433MI

TRADEMARK:  NONE

SEARS DIV

SEARS ITEM

SEARS SKU

BRAND NAME:  BASIC EDITIONS

COPYRIGHT REG. NO.:  N/A

INTL COMMODY CODE:  GDSM

MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $119.94 | 79 | 79 | $2,298.90 |
| $29.100 | $29.100 | | | | |

PER CARTON

| | KGS: | 1.061 | CBM: | 0.016020 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| | LBS: | 2.340 | CU. FT.: | 0.566 | INNERS PER OUTER CARTON | 1 |

OUTER CARTON DIMENSIONS

PACKING INSTRUCTION:

AST PER MASTER SHIPPING CTN    1

L 19.75" X W 18.0" X H 2.75"

CASEPACK

QUOTA CAT#:  641, RNONE

CASE #

FACTORY

EXPORTER

SPECIAL TRADE INDICATOR:

ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 6 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 79 | 79 | L |

DETAIL DESCRIPTION-

STYLE NAME: WS9BE77433MI
DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B

OPC:                6

KMART CORPORATION                    P U R C H A S E   O R D E R                    Page : 10

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44C | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE:  770019573369 | SEASON/YEAR:  3-SUMMER 2019 | 3/4 SLV VNK RAYONTOPMARITIME TILE |
| | SUB-SEASON:  30-SUMMER | |
| I 2OF 5/CARTON UPC:  00191060027592 | CAT/SUB-CAT:  77/30 | |
| STYLE:  WS9BE77433MI | TRADEMARK:  NONE | SEARS DIV          SEARS ITEM          SEARS SKU |
| BRAND NAME:  BASIC EDITIONS | COPYRIGHT REG. NO.:  N/A | |
| INTL COMMODY CODE:  GDSM | MLTP CARTON IND:  001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $139.93 | 226 | 226 | $7,672.70 |
| $33.950 | $33.950 | | | | |

| | | | | |
|---|---|---|---|---|
| PER CARTON | KGS:  2.150 | CBM:  0.016020 | AST PER INNER | 1 |
| | LBS:  4.740 | CU. FT.:  0.566 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 19.75" X W 18.0" X H 2.75" | | CASEPACK | | |

QUOTA CAT#:  641, RNONE                                    CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:                    ANTI-DUMPING:

                                            COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 226 | 226 | L |

DETAIL DESCRIPTION-
STYLE NAME: WS9BE77433MI
DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B

OPC:                7

KMART CORPORATION                    P U R C H A S E   O R D E R                          Page : 11

| ORDER DATE : 17-SEP-2018 | ORDER NO :  IN44C | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 770019573393 | SEASON/YEAR:  3-SUMMER 2019 | 3/4 SLV VNK RAYONTOPMARITIME TILE |
| | SUB-SEASON:  30-SUMMER | |
| I 2OF 5/CARTON UPC:  00191060027608 | CAT/SUB-CAT:  77/30 | |
| STYLE:  WS9BE77433MI | TRADEMARK:  NONE | SEARS DIV |
| BRAND NAME:  BASIC EDITIONS | COPYRIGHT REG. NO.:  N/A | SEARS ITEM |
| INTL COMMODY CODE:  GDSM | MLTP CARTON IND:  001 | SEARS SKU |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | .TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $179.91 | 78 | 78 | $3,404.70 |
| $43.650 | $43.650 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| PER CARTON | KGS:  2.799 | CBM:  0.018933 | AST PER INNER | 1 |
| | LBS:  6.170 | CU. FT.:  0.669 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 19.75" X W 18.0" X H 3.25" | | CASEPACK | | |

QUOTA CAT#:  641, RNONE                              CASE #              FACTORY              EXPORTER

SPECIAL TRADE INDICATOR:                    ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 9 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 78 | 78 | L |

DETAIL DESCRIPTION-
STYLE NAME: WS9BE77433MI
DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B

OPC:            9

KMART CORPORATION                                     P U R C H A S E   O R D E R                                          Page : 12

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44C | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 770019576115          SEASON/YEAR:  3-SUMMER 2019          3/4 SLV VNK RAYONTOPMARITIME TILE

SUB-SEASON:  30-SUMMER

I 2OF 5/CARTON UPC:  00191060027615          CAT/SUB-CAT:  77/30

STYLE:  WS9BE77433MI          TRADEMARK:  NONE          SEARS DIV          SEARS ITEM          SEARS SKU

BRAND NAME:  BASIC EDITIONS          COPYRIGHT REG. NO.:  N/A

INTL COMMODY CODE:  GDSM          MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $199.90 | 57 | 57 | $2,764.50 |
| $48.500 | $48.500 | | | | |

PER CARTON      KGS:  3.107          CBM:  0.018933          AST PER INNER          1

LBS:  6.850          CU. FT.:  0.669          INNERS PER OUTER CARTON          1

OUTER CARTON DIMENSIONS          PACKING INSTRUCTION:          AST PER MASTER SHIPPING CTN          1

L 19.75" X W 18.0" X H 3.25"          CASEPACK

QUOTA CAT#:  641, RNONE          CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:          ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 10 PCS

| | S H I P P I N G   S C H E D U L E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 57 | 57 | L |

DETAIL DESCRIPTION-

STYLE NAME: WS9BE77433MI
DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B

OPC:          10

KMART CORPORATION                                 P U R C H A S E   O R D E R                                                 Page : 13

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44C | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 770019576719 | SEASON/YEAR: 3-SUMMER 2019 | 3/4 SLV VNK RAYONTOPMARITIME TILE |
| | SUB-SEASON: 30-SUMMER | |
| I 2OF 5/CARTON UPC: 00191060027622 | CAT/SUB-CAT: 77/30 | |
| STYLE: WS9BE77433MI | TRADEMARK: NONE | SEARS DIV      SEARS ITEM      SEARS SKU |
| BRAND NAME: BASIC EDITIONS | COPYRIGHT REG. NO.: N/A | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $179.91 | 11 | 11 | $480.15 |
| $43.650 | $43.650 | | | | |

| PER CARTON | KGS: 2.799 | CBM: 0.018933 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 6.170 | CU. FT.: 0.669 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 19.75" X W 18.0" X H 3.25" | | CASEPACK | | |

QUOTA CAT#: 641, RNONE                                    CASE #            FACTORY            EXPORTER

SPECIAL TRADE INDICATOR:                    ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 9 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 11 | 11 | L |

DETAIL DESCRIPTION-

STYLE NAME: WS9BE77433MI
DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B

OPC:                 9

KMART CORPORATION                    P U R C H A S E   O R D E R                              Page : 14

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44C | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE:  770019576875              SEASON/YEAR:  3-SUMMER 2019       3/4 SLV VNK RAYONTOPLEMONADE MOSAIC
                                     SUB-SEASON:  30-SUMMER
I 2OF 5/CARTON UPC:  00191060027639   CAT/SUB-CAT:  77/30
STYLE:  WS9BE77433MI                  TRADEMARK:  NONE                  SEARS DIV            SEARS ITEM           SEARS SKU
BRAND NAME:  BASIC EDITIONS           COPYRIGHT REG. NO.:  N/A
INTL COMMODY CODE:  GDSM              MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $139.93 | 226 | 226 | $7,672.70 |
| $33.950 | $33.950 | | | | |

PER CARTON       KGS:    2.150          CBM:    0.016020        AST PER INNER                    1
                 LBS:    4.740          CU. FT.:    0.566       INNERS PER OUTER CARTON          1
OUTER CARTON DIMENSIONS              PACKING INSTRUCTION:      AST PER MASTER SHIPPING CTN      1
  L 19.75" X W 18.0" X H 2.75"            CASEPACK

QUOTA CAT#:  641, RNONE                                    CASE #            FACTORY          EXPORTER
SPECIAL TRADE INDICATOR:                    ANTI-DUMPING:
                                           COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
HANGER PACK OF 7 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2016 | 22-FEB-2019 | A | 226 | 226 | L |

DETAIL DESCRIPTION-
STYLE NAME: WS9BE77433MI
DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B

OPC:              7

KMART CORPORATION

### P U R C H A S E   O R D E R

Page : 15

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44C | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 770019576891  SEASON/YEAR: 3-SUMMER 2019    3/4 SLV VNK RAYONTOPLEMONADE MOSAIC

SUB-SEASON: 30-SUMMER

I 2OF 5/CARTON UPC: 0019106027846  CAT/SUB-CAT: 77/30

STYLE: WS99E77433MI  TRADEMARK: NONE   SEARS DIV   SEARS ITEM   SEARS SKU

BRAND NAME: BASIC EDITIONS  COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM  MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $179.91 | 78 | 78 | $3,404.70 |
| $43.650 | $43.650 | | | | |

|  | KGS: | 2.799 | CBM: | 0.018933 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| PER CARTON | LBS: | 6.170 | CU. FT.: | 0.669 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 19.75" X W 18.0" X H 3.25" | | | CASEPACK | | | |

QUOTA CAT#: 841, RNONE   CASE #   FACTORY   EXPORTER

SPECIAL TRADE INDICATOR:   ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 9 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 78 | 78 | L |

DETAIL DESCRIPTION-

STYLE NAME: WS99E77433MI
DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM
HANGER PACK // CODE - 484B

OPC:          9

KMART CORPORATION                                    P U R C H A S E   O R D E R                                    Page : 16

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44C | TF2  TRIXIA FU |
|---|---|---|

DESCRIPTION

ITEM CODE: 770019576917  
SEASON/YEAR: 3-SUMMER 2019  
3/4 SLV VNK RAYONTOPLEMONADE MOSAIC  
SUB-SEASON: 30-SUMMER

I 2OF 5/CARTON UPC: 00191060027653  
CAT/SUB-CAT: 77/30  
STYLE: WS9BE77433MI  
TRADEMARK: NONE  
SEARS DIV            SEARS ITEM            SEARS SKU  
BRAND NAME: BASIC EDITIONS  
COPYRIGHT REG. NO.: N/A  
INTL COMMODY CODE: GDSM  
MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $199.90 | 57 | 57 | $2,764.50 |
| $48.500 | $48.500 | | | | |

PER CARTON   KGS: 3.107         CBM: 0.018933        AST PER INNER            1  
             LBS: 6.850         CU. FT.: 0.669       INNERS PER OUTER CARTON  1  
OUTER CARTON DIMENSIONS        PACKING INSTRUCTION:  AST PER MASTER SHIPPING CTN 1  
   L 19.75" X W 18.0" X H 3.25"         CASEPACK

QUOTA CAT#: 641, RNONE                                    CASE #            FACTORY            EXPORTER  
SPECIAL TRADE INDICATOR:                     ANTI-DUMPING:  
                                             COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 10 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 57 | 57 | L |

DETAIL DESCRIPTION-  
STYLE NAME: WS9BE77433MI  
DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE  
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA  
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL  
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT  
H SINGLE NEEDLE TOP STITCH  
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH  
COUNTRY OF ORGIN (FABRIC) - INDIA  
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA  
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN  
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-  
HANGER PACK // CODE - 484B

OPC:            10

KMART CORPORATION                    P U R C H A S E   O R D E R                                          Page : 17

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44C | TF2  TRIXIA FU |
|---|---|---|

DESCRIPTION

ITEM CODE: 770019576941

SEASON/YEAR:  3-SUMMER 2019

3/4 SLV VNK RAYONTOPLEMONADE MOSAIC

SUB-SEASON:  30-SUMMER

I 2OF 5/CARTON UPC: 00191060027660

CAT/SUB-CAT:  77/30

STYLE: WS9BE77433MI

TRADEMARK:  NONE

SEARS DIV                    SEARS ITEM                    SEARS SKU

BRAND NAME: BASIC EDITIONS

COPYRIGHT REG. NO.:  N/A

INTL COMMODY CODE:  GDSM

MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $179.91 | 11 | 11 | $480.15 |
| $43.650 | $43.650 | | | | |

PER CARTON      KGS:      2.799          CBM:      0.018933                    AST PER INNER              1

                LBS:      6.170          CU. FT.:  0.669                      INNERS PER OUTER CARTON    1

OUTER CARTON DIMENSIONS                 PACKING INSTRUCTION:                  AST PER MASTER SHIPPING CTN  1

    L 19.75" X W 18.0" X H 3.25"            CASEPACK

QUOTA CAT#:  641, RNONE                                        CASE #              FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:                              ANTI-DUMPING:

                                                     COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 9 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 11 | 11 | L |

DETAIL DESCRIPTION-

STYLE NAME: WS9BE77433MI
DESCRIPTION : 3/4 SLV RAYON Y-NECK BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH 1 SNAPS AT CENTRE FRONT PLA
CKET AND 2 BUTTONS AT SLEEVE ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FUL
L OPEN PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WIT
H SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100VIS-PLN-PRT-30X30-80X64-120GSM-100% WOVEN
COUNT & CONSTRUCTION: 30X30-80X64-120GSM-
HANGER PACK // CODE - 484B

OPC:                9

KMART CORPORATION                    P U R C H A S E   O R D E R                                                    Page : 18

| ORDER DATE : 17-SEP-2018          ORDER NO : IN44C                                   TF2  TRIXIA FU |

**ITEM CODE:** 770019573393

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1957265-0 | | | | | | - | | | | RAYON | 100% | |
| 1957279-1 | | | | | | - | | | | RAYON | 100% | |
| 1957283-3 | | | | | | - | | | | RAYON | 100% | |
| 1957288-2 | | | | | | - | | | | RAYON | 100% | |
| 1957313-8 | | | | | | - | | | | RAYON | 100% | |

**ITEM CODE:** 770019531664

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1952922-1 | | | | | | - | | | | RAYON | 100% | |
| 1952933-8 | | | | | | - | | | | RAYON | 100% | |
| 1953163-1 | | | | | | - | | | | RAYON | 100% | |
| 1953164-9 | | | | | | - | | | | RAYON | 100% | |
| 1953165-6 | | | | | | - | | | | RAYON | 100% | |

**ITEM CODE:** 770019531672

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1952922-1 | | | | | | - | | | | RAYON | 100% | |
| 1952933-8 | | | | | | - | | | | RAYON | 100% | |
| 1953163-1 | | | | | | - | | | | RAYON | 100% | |
| 1953164-9 | | | | | | - | | | | RAYON | 100% | |
| 1953165-6 | | | | | | - | | | | RAYON | 100% | |

**ITEM CODE:** 770019531680

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1952922-1 | | | | | | - | | | | RAYON | 100% | |
| 1952933-8 | | | | | | - | | | | RAYON | 100% | |
| 1953163-1 | | | | | | - | | | | RAYON | 100% | |
| 1953164-9 | | | | | | - | | | | RAYON | 100% | |
| 1953165-6 | | | | | | - | | | | RAYON | 100% | |

**ITEM CODE:** 770019531698

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1952933-8 | | | | | | - | | | | RAYON | 100% | |
| 1953163-1 | | | | | | - | | | | RAYON | 100% | |
| 1953164-9 | | | | | | - | | | | RAYON | 100% | |
| 1953165-6 | | | | | | - | | | | RAYON | 100% | |

**ITEM CODE:** 770019576941

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1957674-3 | | | | | | - | | | | RAYON | 100% | |
| 1957676-8 | | | | | | - | | | | RAYON | 100% | |
| 1957679-2 | | | | | | - | | | | RAYON | 100% | |
| 1957681-8 | | | | | | - | | | | RAYON | 100% | |
| 1957684-2 | | | | | | - | | | | RAYON | 100% | |

**ITEM CODE:** 770019572288

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1957195-9 | | | | | | - | | | | RAYON | 100% | |
| 1957215-5 | | | | | | - | | | | RAYON | 100% | |
| 1957216-3 | | | | | | - | | | | RAYON | 100% | |
| 1957220-5 | | | | | | - | | | | RAYON | 100% | |
| 1957227-0 | | | | | | - | | | | RAYON | 100% | |

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 19

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44C | TF2  TRIXIA FU |
|---|---|---|

**ITEM CODE:  770019572296**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1957195-9 | | | | | | - | | | | RAYON | 100% | |
| 1957215-5 | | | | | | - | | | | RAYON | 100% | |
| 1957216-3 | | | | | | - | | | | RAYON | 100% | |
| 1957220-5 | | | | | | - | | | | RAYON | 100% | |
| 1957227-0 | | | | | | - | | | | RAYON | 100% | |

**ITEM CODE:  770019572304**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1957195-9 | | | | | | - | | | | RAYON | 100% | |
| 1957215-5 | | | | | | - | | | | RAYON | 100% | |
| 1957216-3 | | | | | | - | | | | RAYON | 100% | |
| 1957220-5 | | | | | | - | | | | RAYON | 100% | |
| 1957227-0 | | | | | | - | | | | RAYON | 100% | |

**ITEM CODE:  770019572353**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1957215-5 | | | | | | - | | | | RAYON | 100% | |
| 1957216-3 | | | | | | - | | | | RAYON | 100% | |
| 1957220-5 | | | | | | - | | | | RAYON | 100% | |
| 1957227-0 | | | | | | - | | | | RAYON | 100% | |

**ITEM CODE:  770019576891**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1957674-3 | | | | | | - | | | | RAYON | 100% | |
| 1957676-8 | | | | | | - | | | | RAYON | 100% | |
| 1957679-2 | | | | | | - | | | | RAYON | 100% | |
| 1957681-8 | | | | | | - | | | | RAYON | 100% | |
| 1957684-2 | | | | | | - | | | | RAYON | 100% | |

**ITEM CODE:  770019576917**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1957674-3 | | | | | | - | | | | RAYON | 100% | |
| 1957676-8 | | | | | | - | | | | RAYON | 100% | |
| 1957679-2 | | | | | | - | | | | RAYON | 100% | |
| 1957681-8 | | | | | | - | | | | RAYON | 100% | |
| 1957684-2 | | | | | | - | | | | RAYON | 100% | |

**ITEM CODE:  770019573369**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1957265-0 | | | | | | - | | | | RAYON | 100% | |
| 1957279-1 | | | | | | - | | | | RAYON | 100% | |
| 1957283-3 | | | | | | - | | | | RAYON | 100% | |
| 1957288-2 | | | | | | - | | | | RAYON | 100% | |
| 1957313-8 | | | | | | - | | | | RAYON | 100% | |

**ITEM CODE:  770019576875**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1957674-3 | | | | | | - | | | | RAYON | 100% | |
| 1957676-8 | | | | | | - | | | | RAYON | 100% | |
| 1957679-2 | | | | | | - | | | | RAYON | 100% | |
| 1957681-8 | | | | | | - | | | | RAYON | 100% | |
| 1957684-2 | | | | | | - | | | | RAYON | 100% | |

KMART CORPORATION                                    P U R C H A S E   O R D E R                                    Page : 20

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44C | TF2  TRIXIA FU |
| --- | --- | --- |

ITEM CODE:  770019576115

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1957265-0 | | | | | | - | | | | RAYON | 100% | |
| 1957279-1 | | | | | | - | | | | RAYON | 100% | |
| 1957283-3 | | | | | | - | | | | RAYON | 100% | |
| 1957288-2 | | | | | | - | | | | RAYON | 100% | |
| 1957313-8 | | | | | | - | | | | RAYON | 100% | |

ITEM CODE:  770019576719

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1957265-0 | | | | | | - | | | | RAYON | 100% | |
| 1957279-1 | | | | | | - | | | | RAYON | 100% | |
| 1957283-3 | | | | | | - | | | | RAYON | 100% | |
| 1957288-2 | | | | | | - | | | | RAYON | 100% | |
| 1957313-8 | | | | | | - | | | | RAYON | 100% | |

ITEM CODE: 770019573393          ITEM: 3/4 SLV VNK RAYONTOPMARITIME TILE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: 3/4 VNK RAYONTOPS-MARITIME TILE | 1957265-0 | MARITIME BLUE | SMALL | 1 | 4.850 | 19.99 | 191060027417 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPM-MARITIME TILE | 1957279-1 | MARITIME BLUE | MEDIUM | 1 | 4.850 | 19.99 | 191060027424 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPL-MARITIME TILE | 1957283-3 | MARITIME BLUE | LARGE | 2 | 4.850 | 19.99 | 191060027431 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXL-MARITIME TILE | 1957288-2 | MARITIME BLUE | X LARGE | 3 | 4.850 | 19.99 | 191060027448 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXXL-MARITIME TILE | 1957313-8 | MARITIME BLUE | XX LARGE | 2 | 4.850 | 19.99 | 191060027455 |
| | | TOTAL | | 9 | 43.650 | 179.91 | |

ITEM CODE: 770019531664          ITEM: 3/4 SLV VNK RAYONTOPCALYSPO PAISLEY

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPS-CALYPSO PAISLEY | 1952922-1 | CORE WHITE | SMALL | 1 | 4.850 | 19.99 | 191060027318 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPM-CALYPSO PAISLEY | 1952933-8 | CORE WHITE | MEDIUM | 1 | 4.850 | 19.99 | 191060027325 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPL-CALYPSO PAISLEY | 1953163-1 | CORE WHITE | LARGE | 2 | 4.850 | 19.99 | 191060027332 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXL-CALYPSO PAISLEY | 1953164-9 | CORE WHITE | X LARGE | 2 | 4.850 | 19.99 | 191060027349 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXXL-CALYPSO PAISLEY | 1953165-6 | CORE WHITE | XX LARGE | 1 | 4.850 | 19.99 | 191060027356 |
| | | TOTAL | | 7 | 33.950 | 139.93 | |

KMART CORPORATION                                    **P U R C H A S E   O R D E R**                                    Page : 21

| ORDER DATE :  17-SEP-2018          ORDER NO :  IN44C | | TF2  TRIXIA FU |
|---|---|---|

**ITEM CODE: 770019531672**          ITEM: 3/4 SLV VNK RAYONTOPCALYPSO PAISLEY

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPS-CALYPSO PAISLEY | 1952922-1 | CORE WHITE | SMALL | 1 | 4.850 | 19.99 | 191060027318 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPM-CALYPSO PAISLEY | 1952933-8 | CORE WHITE | MEDIUM | 2 | 4.850 | 19.99 | 191060027325 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPL-CALYPSO PAISLEY | 1953163-1 | CORE WHITE | LARGE | 3 | 4.850 | 19.99 | 191060027332 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXL-CALYPSO PAISLEY | 1953164-9 | CORE WHITE | X LARGE | 3 | 4.850 | 19.99 | 191060027349 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXXL-CALYPSO PAISLEY | 1953165-6 | CORE WHITE | XX LARGE | 1 | 4.850 | 19.99 | 191060027356 |
| | | TOTAL | | 10 | 48.500 | 199.90 | |

**ITEM CODE: 770019531680**          ITEM: 3/4 SLV VNK RAYONTOPCALYPSO PAISLEY

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPS-CALYPSO PAISLEY | 1952922-1 | CORE WHITE | SMALL | 1 | 4.850 | 19.99 | 191060027318 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPM-CALYPSO PAISLEY | 1952933-8 | CORE WHITE | MEDIUM | 2 | 4.850 | 19.99 | 191060027325 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPL-CALYPSO PAISLEY | 1953163-1 | CORE WHITE | LARGE | 2 | 4.850 | 19.99 | 191060027332 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXL-CALYPSO PAISLEY | 1953164-9 | CORE WHITE | X LARGE | 3 | 4.850 | 19.99 | 191060027349 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXXL-CALYPSO PAISLEY | 1953165-6 | CORE WHITE | XX LARGE | 1 | 4.850 | 19.99 | 191060027356 |
| | | TOTAL | | 9 | 43.650 | 179.91 | |

**ITEM CODE: 770019531698**          ITEM: 3/4 SLV VNK RAYONTOPCALYSPO PAISLEY

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPM-CALYPSO PAISLEY | 1952933-8 | CORE WHITE | MEDIUM | 1 | 4.850 | 19.99 | 191060027325 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPL-CALYPSO PAISLEY | 1953163-1 | CORE WHITE | LARGE | 2 | 4.850 | 19.99 | 191060027332 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXL-CALYPSO PAISLEY | 1953164-9 | CORE WHITE | X LARGE | 2 | 4.850 | 19.99 | 191060027349 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXXL-CALYPSO PAISLEY | 1953165-6 | CORE WHITE | XX LARGE | 1 | 4.850 | 19.99 | 191060027356 |
| | | TOTAL | | 6 | 29.100 | 119.94 | |

**ITEM CODE: 770019576941**          ITEM: 3/4 SLV VNK RAYONTOPLEMONADE MOSAIC

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPS-LEMONADE MOSAIC | 1957674-3 | LEMONADE | SMALL | 1 | 4.850 | 19.99 | 191060027462 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPM-LEMONADE MOSAIC | 1957676-8 | LEMONADE | MEDIUM | 2 | 4.850 | 19.99 | 191060027479 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPL-LEMONADE MOSAIC | 1957679-2 | LEMONADE | LARGE | 2 | 4.850 | 19.99 | 191060027486 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXL-LEMONADE MOSAIC | 1957681-8 | LEMONADE | X LARGE | 3 | 4.850 | 19.99 | 191060027493 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXXL-LEMONADE MOSAIC | 1957684-2 | LEMONADE | XX LARGE | 1 | 4.850 | 19.99 | 191060027509 |
| | | TOTAL | | 9 | 43.650 | 179.91 | |

KMART CORPORATION                    **P U R C H A S E   O R D E R**                    Page : 22

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44C | TF2  TRIXIA FU |
|---|---|---|

**ITEM CODE: 770019572288**          ITEM: 3/4 SLV VNK RAYONTOPWHITE FLORAL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPS-WHITE FLORAL | 1957195-9 | CORE WHITE | SMALL | 1 | 4.850 | 19.99 | 191060027363 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPM-WHITE FLORAL | 1957215-5 | CORE WHITE | MEDIUM | 1 | 4.850 | 19.99 | 191060027370 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPL-WHITE FLORAL | 1957216-3 | CORE WHITE | LARGE | 2 | 4.850 | 19.99 | 191060027387 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXL-WHITE FLORAL | 1957220-5 | CORE WHITE | X LARGE | 2 | 4.850 | 19.99 | 191060027394 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXXL-WHITE FLORAL | 1957227-0 | CORE WHITE | XX LARGE | 1 | 4.850 | 19.99 | 191060027400 |
| | | TOTAL | | 7 | 33.950 | 139.93 | |

**ITEM CODE: 770019572296**          ITEM: 3/4 SLV VNK RAYONTOPWHITE FLORAL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPS-WHITE FLORAL | 1957195-9 | CORE WHITE | SMALL | 1 | 4.850 | 19.99 | 191060027363 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPM-WHITE FLORAL | 1957215-5 | CORE WHITE | MEDIUM | 2 | 4.850 | 19.99 | 191060027370 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPL-WHITE FLORAL | 1957216-3 | CORE WHITE | LARGE | 3 | 4.850 | 19.99 | 191060027387 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXL-WHITE FLORAL | 1957220-5 | CORE WHITE | X LARGE | 3 | 4.850 | 19.99 | 191060027394 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXXL-WHITE FLORAL | 1957227-0 | CORE WHITE | XX LARGE | 1 | 4.850 | 19.99 | 191060027400 |
| | | TOTAL | | 10 | 48.500 | 199.90 | |

**ITEM CODE: 770019572304**          ITEM: 3/4 SLV VNK RAYONTOPWHITE FLORAL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPS-WHITE FLORAL | 1957195-9 | CORE WHITE | SMALL | 1 | 4.850 | 19.99 | 191060027363 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPM-WHITE FLORAL | 1957215-5 | CORE WHITE | MEDIUM | 2 | 4.850 | 19.99 | 191060027370 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPL-WHITE FLORAL | 1957216-3 | CORE WHITE | LARGE | 2 | 4.850 | 19.99 | 191060027387 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXL-WHITE FLORAL | 1957220-5 | CORE WHITE | X LARGE | 3 | 4.850 | 19.99 | 191060027394 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXXL-WHITE FLORAL | 1957227-0 | CORE WHITE | XX LARGE | 1 | 4.850 | 19.99 | 191060027400 |
| | | TOTAL | | 9 | 43.650 | 179.91 | |

**ITEM CODE: 770019572353**          ITEM: 3/4 SLV VNK RAYONTOPWHITE FLORAL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPM-WHITE FLORAL | 1957215-5 | CORE WHITE | MEDIUM | 1 | 4.850 | 19.99 | 191060027370 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPL-WHITE FLORAL | 1957216-3 | CORE WHITE | LARGE | 2 | 4.850 | 19.99 | 191060027387 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXL-WHITE FLORAL | 1957220-5 | CORE WHITE | X LARGE | 2 | 4.850 | 19.99 | 191060027394 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXXL-WHITE FLORAL | 1957227-0 | CORE WHITE | XX LARGE | 1 | 4.850 | 19.99 | 191060027400 |
| | | TOTAL | | 6 | 29.100 | 119.94 | |

KMART CORPORATION

**PURCHASE ORDER**

Page : 23

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44C | TF2  TRIXIA FU |
| --- | --- | --- |

**ITEM CODE: 770019576891**          ITEM: 3/4 SLV VNK RAYONTOPLEMONADE MOSAIC

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPS-LEMONADE MOSAIC | 1957674-3 | LEMONADE | SMALL | 1 | 4.850 | 19.99 | 191060027462 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPM-LEMONADE MOSAIC | 1957676-8 | LEMONADE | MEDIUM | 1 | 4.850 | 19.99 | 191060027479 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPL-LEMONADE MOSAIC | 1957679-2 | LEMONADE | LARGE | 2 | 4.850 | 19.99 | 191060027486 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXL-LEMONADE MOSAIC | 1957681-8 | LEMONADE | X LARGE | 3 | 4.850 | 19.99 | 191060027493 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXXL-LEMONADE MOSAIC | 1957684-2 | LEMONADE | XX LARGE | 2 | 4.850 | 19.99 | 191060027509 |
| | | TOTAL | | 9 | 43.650 | 179.91 | |

**ITEM CODE: 770019576917**          ITEM: 3/4 SLV VNK RAYONTOPLEMONADE MOSAIC

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPS-LEMONADE MOSAIC | 1957674-3 | LEMONADE | SMALL | 1 | 4.850 | 19.99 | 191060027462 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPM-LEMONADE MOSAIC | 1957676-8 | LEMONADE | MEDIUM | 2 | 4.850 | 19.99 | 191060027479 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPL-LEMONADE MOSAIC | 1957679-2 | LEMONADE | LARGE | 3 | 4.850 | 19.99 | 191060027486 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXL-LEMONADE MOSAIC | 1957681-8 | LEMONADE | X LARGE | 3 | 4.850 | 19.99 | 191060027493 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXXL-LEMONADE MOSAIC | 1957684-2 | LEMONADE | XX LARGE | 1 | 4.850 | 19.99 | 191060027509 |
| | | TOTAL | | 10 | 48.500 | 199.90 | |

**ITEM CODE: 770019573369**          ITEM: 3/4 SLV VNK RAYONTOPMARITIME TILE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPS-MARITIME TILE | 1957285-0 | MARITIME BLUE | SMALL | 1 | 4.850 | 19.99 | 191060027417 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPM-MARITIME TILE | 1957279-1 | MARITIME BLUE | MEDIUM | 1 | 4.850 | 19.99 | 191060027424 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPL-MARITIME TILE | 1957283-3 | MARITIME BLUE | LARGE | 2 | 4.850 | 19.99 | 191060027431 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXL-MARITIME TILE | 1957288-2 | MARITIME BLUE | X LARGE | 2 | 4.850 | 19.99 | 191060027448 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXXL-MARITIME TILE | 1957313-8 | MARITIME BLUE | XX LARGE | 1 | 4.850 | 19.99 | 191060027455 |
| | | TOTAL | | 7 | 33.950 | 139.93 | |

**ITEM CODE: 770019576875**          ITEM: 3/4 SLV VNK RAYONTOPLEMONADE MOSAIC

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPS-LEMONADE MOSAIC | 1957674-3 | LEMONADE | SMALL | 1 | 4.850 | 19.99 | 191060027462 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPM-LEMONADE MOSAIC | 1957676-8 | LEMONADE | MEDIUM | 1 | 4.850 | 19.99 | 191060027479 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPL-LEMONADE MOSAIC | 1957679-2 | LEMONADE | LARGE | 2 | 4.850 | 19.99 | 191060027486 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXL-LEMONADE MOSAIC | 1957681-8 | LEMONADE | X LARGE | 2 | 4.850 | 19.99 | 191060027493 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXXL-LEMONADE MOSAIC | 1957684-2 | LEMONADE | XX LARGE | 1 | 4.850 | 19.99 | 191060027509 |
| | | TOTAL | | 7 | 33.950 | 139.93 | |

KMART CORPORATION

**P U R C H A S E  O R D E R**

Page : 24

| ORDER DATE : 17-SEP-2018 | ORDER NO :  IN44C | TF2  TRIXIA FU |
| --- | --- | --- |

ITEM CODE: 770019576115          ITEM: 3/4 SLV VNK RAYONTOPMARITIME TILE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPS-MARITIME TILE | 1957265-0 | MARITIME BLUE | SMALL | 1 | 4.850 | 19.99 | 191060027417 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPM-MARITIME TILE | 1957279-1 | MARITIME BLUE | MEDIUM | 2 | 4.850 | 19.99 | 191060027424 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPL-MARITIME TILE | 1957283-3 | MARITIME BLUE | LARGE | 3 | 4.850 | 19.99 | 191060027431 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXL-MARITIME TILE | 1957288-2 | MARITIME BLUE | X LARGE | 3 | 4.850 | 19.99 | 191060027448 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXXL-MARITIME TILE | 1957313-8 | MARITIME BLUE | XX LARGE | 1 | 4.850 | 19.99 | 191060027455 |
| | | TOTAL | | 10 | 48.500 | 199.90 | |

ITEM CODE: 770019576719          ITEM: 3/4 SLV VNK RAYONTOPMARITIME TILE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPS-MARITIME TILE | 1957265-0 | MARITIME BLUE | SMALL | 1 | 4.850 | 19.99 | 191060027417 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPM-MARITIME TILE | 1957279-1 | MARITIME BLUE | MEDIUM | 2 | 4.850 | 19.99 | 191060027424 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPL-MARITIME TILE | 1957283-3 | MARITIME BLUE | LARGE | 2 | 4.850 | 19.99 | 191060027431 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXL-MARITIME TILE | 1957288-2 | MARITIME BLUE | X LARGE | 3 | 4.850 | 19.99 | 191060027448 |
| SUB KSN DESC: 3/4 SLV VNK RAYONTOPXXL-MARITIME TILE | 1957313-8 | MARITIME BLUE | XX LARGE | 1 | 4.850 | 19.99 | 191060027455 |
| | | TOTAL | | 9 | 43.650 | 179.91 | |

KMART CORPORATION                          **P U R C H A S E   O R D E R**                                              Page : 25

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44C | | TF2  TRIXIA FU |
|---|---|---|---|

<u>ADDITIONAL CONDITIONS</u>

**FOR ITEM 770019531664**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770019531672**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770019531680**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770019531698**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770019572288**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770019572296**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770019572304**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.

KMART CORPORATION                            **P U R C H A S E   O R D E R**                            Page : 26

| ORDER DATE :  17-SEP-2018 | ORDER NO :  IN44C | TF2  TRIXIA FU |
|---|---|---|

All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770019572353**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770019573369**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770019573393**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770019576115**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770019576719**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770019576875**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

KMART CORPORATION                                PURCHASE ORDER                                                    Page : 27

| ORDER DATE :  17-SEP-2018 | ORDER NO :  IN44C | TF2  TRIXIA FU |

TRANSFERABLE

**FOR ITEM 770019576891**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770019576917**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 770019576941**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "SEARS BRANDS"),SEARS
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY").DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
-------------------------------------------

KMART CORPORATION                    **P U R C H A S E   O R D E R**                    Page : 28

| ORDER DATE : 17-SEP-2018 | ORDER NO : IN44C | TF2 TRIXIA FU |
|---|---|---|

ANTIDUMPING CLAUSE:
------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
`SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

**UPS Supply Chain Solutions**

(UPS)

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| GOKALDAS EXPORTS | 967415054 | 7796732174 |
| (A DIVISION OF GOKALDAS EXPORTS LTD) | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| NO.16/2, RESIDENCY ROAD, | AWB 7796732174 | 24-DEC-2018 |
| BANGALORE -560025 INDIA | CUST PO NO:IN44C-801 | |
| | CUST INV NO:201824171389 | |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| KMART CORPORATION |
| 3333 BEVERLY ROAD |
| HOFFMAN ESTATES, IL 60179 USA |

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS |
| 19701 HAMILTON AVENUE, SUITE 250 |
| TORRANCE, CA 90502 |
| PH:(310)404-2792 FAX:(310)404-2962 |
| ATTN: MARY ELLEN WRATSCHKO |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO |
|---|---|---|
| | NHAVA SHEVA, INDIA | |
| EXPORT CARRIER (VESSEL/VOW/FLAG) | PORT OF LADING | |
| MAERSK DETROIT 1902 | NHAVA SHEVA, INDIA | |
| PORT OF DISCHARGE | PORT OF DELIVERY BY ON CARRIER | NO OF ORIGINALS |
| NEWARK | CHAMBERSBURG, PA | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: TCNU9650276 SEALCODE1: MLIN2908730 MARKS & NO: USA 01-2006 2006 CTNS FREIGHT COLLECT CY/DOOR | 1 | 40' HIGH CUBE CONTAINER 2006 CARTON SAID TO CONTAIN 2006 CARTON 100% RAYON WOVEN WOMENS TOPS 3/4 SLV VNK RAYONTOP CALYPSO PAISLEY, 3/4 SLV VNK RAYONTO P WHITE FLORAL, 3/4 SLV VNK RAYONTO P MARITIME, 3/4 SLV VNK RAYONTO P LEMONADE GT INV NO: 201824171389 INV NO : GE/87738/18-19  DT. 07.12.2018 PO NO : IN44C REF# 801 DIV:4 DEPT NO:027 TOTAL QTY:  14904  PCS | 7349.980 KG 16203.930 LB | 33.344 M3 1177.377 F3 |

SHIPPED ON BOARD
3 1 DEC 2018
FOR UPS SCS, MUMBAI
AS AGENT

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | 1 |
| PACKING LIST | | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

**For UPS SCS (INDIA) PVT. LTD.**

**AS AGENT**

Issued by  MUMBAI _____

| Month | Jan | Day | 02 | Year | 2019 |
|---|---|---|---|---|---|

**UPS Supply Chain Solutions**

**UPS**

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| GOKALDAS EXPORTS (A DIVISION OF GOKALDAS EXPORTS LTD) NO.16/2, RESIDENCY ROAD, BANGALORE -560025 INDIA | 967415054 | 7796732174 |

| EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
|---|---|
| AWB 7796732174 CUST PO NO:IN44C-801 CUST INV NO:201824171389 | 24-DEC-2018 |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PH:(310)404-2792 FAX:(310)404-2962
ATTN: MARY ELLEN WRATSCHKO

Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO |
|---|---|---|
| | NHAVA SHEVA, INDIA | |

| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LADING |
|---|---|
| MAERSK DETROIT 1902 | NHAVA SHEVA, INDIA |

| PORT OF DISCHARGE | PORT OF DELIVERY BY ON CARRIER | NO OF ORIGINALS |
|---|---|---|
| NEWARK | CHAMBERSBURG, PA | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | STYLE # WS9BE77433MI LC.NO.  925098 DATED 11.10.2018 NET WT:5243.684 KGS HTS/RITC CODE  NO : 6206.4030.30 | | |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | 1 |
| PACKING LIST | | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

For UPS SCS (INDIA) PVT. LTD.

AS AGENT

Issued by   MUMBAI _____

Month   Jan      Day   02      Year   2019

# COMMERCIAL INVOICE

COML INV # GE/87739/18-19

Page 1 of 14
**DATE:** December 07, 2018
**INVOICE NO.:** 201824177009

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:**  Chambersburg , PA
**MODE OF TRANSPORTATION:** Ocean

FOB India

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART        IN43S | WOW PIECE DYE CAPRI MARITIME BLUE | 261 CARTONS | 261 AST ( 261 CTNS ) | 26.600 USD AST | 6,942.60 USD |
| **ITEM:** 530025222084 | | | | | |
| **MADE IN** INDIA | | | | | |
| **CONTENTS** 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND    SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK   //   CODE 6010B  PRICE - 0.1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | IN43S | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 | |
| **VENDOR ITEM CODE** | WP9BE53214MI | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

**FACTORY NO.**    104547
EURO CLOTHING COMPANY - II
KHATAHA 620/628
T B ROAD, SRIRANGAPATTANA
MANDYA DISTRICT
KARNATAKA
India
**FTY MID NO.**    INEURCLO6206MAN

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| KMART        IN43S | WOW PIECE DYE CAPRI BLACK ONYX | 214 CARTONS | 214 AST ( 214 CTNS ) | 26.600 USD AST | 5,692.40 USD |
| **ITEM:** 530025222092 | | | | | |
| **MADE IN** INDIA | | | | | |
| **CONTENTS** 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND    SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK   //   CODE 6010B  PRICE - 0.1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | IN43S | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 | |
| **VENDOR ITEM CODE** | WP9BE53214MI | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

# COMMERCIAL INVOICE

Page 2 of 14
DATE: December 07, 2018
INVOICE NO.: 201824177009

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

FACTORY NO.    104547
EURO CLOTHING COMPANY - II
KHATAHA 620/628
T B ROAD, SRIRANGAPATTANA
MANDYA DISTRICT
KARNATAKA
India
FTY MID NO.    INEURCLO6206MAN

| KMART | IN43S | WOW PIECE DYE CAPRI PERFECT KHAKI | | 247 CARTONS | 247 AST | 26.600 USD | 6,570.20 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 530025222100 | | | | ( 247 CTNS ) | AST | |
| MADE IN | INDIA | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND    SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK    //    CODE 6010B  PRICE - 0.1

| CONTRACT NO. | IN43S | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WP9BE53214MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    104547
EURO CLOTHING COMPANY - II
KHATAHA 620/628
T B ROAD, SRIRANGAPATTANA
MANDYA DISTRICT
KARNATAKA
India
FTY MID NO.    INEURCLO6206MAN

| KMART | IN43S | WOW PIECE DYE CAPRI CALYPSO CORAL | | 144 CARTONS | 144 AST | 34.200 USD | 4,924.80 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 530025222134 | | | | ( 144 CTNS ) | AST | |
| MADE IN | INDIA | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND    SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64

# COMMERCIAL INVOICE

Page 3 of 14

DATE: December 07, 2018

INVOICE NO.: 201824177009

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO:       KMART CORPORATION
          3333 Beverly Road
          Hoffman Estates, IL 60179
          US

SHIPPED FROM: Nhava Sheva (JNP), India       SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

          FOB India

HANGER PACK  //    CODE 6010B  PRICE - 0.1

| CONTRACT NO. | IN43S | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WP9BE53214MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.          104547

EURO CLOTHING COMPANY - II

KHATAHA 620/628

T B ROAD, SRIRANGAPATTANA

MANDYA DISTRICT

KARNATAKA

India

FTY MID NO.          INEURCLO6206MAN

| KMART | IN43S | WOW PIECE DYE CAPRI BLUE BELL | | 149 | 149 | 34.200 USD | 5,095.80 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 530025222225 | | | CARTONS | AST | AST | |
| MADE IN | INDIA | | | | ( 149 CTNS ) | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND     SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //   CODE 6010B     PRICE - 0.1

| CONTRACT NO. | IN43S | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WP9BE53214MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.          104547

EURO CLOTHING COMPANY - II

KHATAHA 620/628

T B ROAD, SRIRANGAPATTANA

MANDYA DISTRICT

KARNATAKA

India

FTY MID NO.          INEURCLO6206MAN

# COMMERCIAL INVOICE

Page 4 of 14

DATE: December 07, 2018

INVOICE NO.: 201824177009

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

| KMART | IN43S | WOW PIECE DYE CAPRI OLIVE NIGHT | 135 | 135 | 34.200 USD | 4,617.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 530025222274 | | ( 135 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND    SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK   //   CODE 6010B  PRICE - 0.1

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN43S | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WP9BE53214MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    104547

EURO CLOTHING COMPANY - II

KHATAHA 620/628

T B ROAD, SRIRANGAPATTANA

MANDYA DISTRICT

KARNATAKA

India

FTY MID NO.    INEURCLO6206MAN

| KMART | IN43S | WOW PIECE DYE CAPRI MARITIME BLUE | 293 | 293 | 26.600 USD | 7,793.80 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 530025321027 | | ( 293 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND    SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 66X64
HANGER PACK   //   CODE 6010B  PRICE - 0.1

| | | | |
|---|---|---|---|
| CONTRACT NO. | IN43S | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WP9BE53214MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    104547

# COMMERCIAL INVOICE

Page 5 of 14

DATE: December 07, 2018

INVOICE NO.: 201824177009

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

EURO CLOTHING COMPANY - II

KHATAHA 620/628

T B ROAD, SRIRANGAPATTANA

MANDYA DISTRICT

KARNATAKA

India

FTY MID NO.        INEURCLO6206MAN

| KMART | IN43S | WOW PIECE DYE CAPRI BLACK ONYX | 286 | 286 | 26.600 USD | 7,607.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 530025321050 | | | ( 286 CTNS ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND    SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK    //    CODE 6010B    PRICE - 0.1

| CONTRACT NO. | IN43S | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WP9BE53214MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.        104547

EURO CLOTHING COMPANY - II

KHATAHA 620/628

T B ROAD, SRIRANGAPATTANA

MANDYA DISTRICT

KARNATAKA

India

FTY MID NO.        INEURCLO6206MAN

| KMART | IN43S | WOW PIECE DYE CAPRI PERFECT KHAKI | 100 | 100 | 34.200 USD | 3,420.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 530025321167 | | | ( 100 CTNS ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND    SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK    //    CODE 6010B    PRICE - 0.1

# COMMERCIAL INVOICE

Page 6 of 14

**DATE:** December 07, 2018

**INVOICE NO.:** 201824177009

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| CONTRACT NO. | IN43S | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WP9BE53214MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.      104547
EURO CLOTHING COMPANY - II
KHATAHA 620/628
T B ROAD, SRIRANGAPATTANA
MANDYA DISTRICT
KARNATAKA
India
FTY MID NO.      INEURCLO6206MAN

| KMART | IN43S | WOW PIECE DYE CAPRI MARITIME BLUE | 149 | 149 | 30.400 USD | 4,529.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |
| ITEM: | 530028962827 | | ( 149 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND    SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORIGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK   //   CODE 6010B  PRICE - 0.1

| CONTRACT NO. | IN43S | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WP9BE53214MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.      104547
EURO CLOTHING COMPANY - II
KHATAHA 620/628
T B ROAD, SRIRANGAPATTANA
MANDYA DISTRICT
KARNATAKA
India
FTY MID NO.      INEURCLO6206MAN

| KMART | IN43S | WOW PIECE DYE CAPRI MARITIME BLUE | 62 | 62 | 38.000 USD | 2,356.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | | AST |
| ITEM: | 530028962835 | | ( 62 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

# COMMERCIAL INVOICE

Page 7 of 14

**DATE:** December 07, 2018

**INVOICE NO.:** 201824177009

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND    SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK    //    CODE 6010B    PRICE - 0.1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | IN43S | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 | |
| **VENDOR ITEM CODE** | WP9BE53214MI | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

**FACTORY NO.**    104547
EURO CLOTHING COMPANY - II
KHATAHA 620/628
T B ROAD, SRIRANGAPATTANA
MANDYA DISTRICT
KARNATAKA
India
**FTY MID NO.**    INEURCLO6206MAN

| KMART | IN43S | WOW PIECE DYE CAPRI BLACK ONYX | | 156 | 156 | 30.400 USD | 4,742.40 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 530028963096 | | | ( 156 CTNS ) | | | |
| **MADE IN** | INDIA | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND    SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK    //    CODE 6010B    PRICE - 0.1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | IN43S | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 | |
| **VENDOR ITEM CODE** | WP9BE53214MI | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

**FACTORY NO.**    104547
EURO CLOTHING COMPANY - II
KHATAHA 620/628
T B ROAD, SRIRANGAPATTANA
MANDYA DISTRICT
KARNATAKA

# COMMERCIAL INVOICE

Page 8 of 14
**DATE:** December 07, 2018
**INVOICE NO.:** 201824177009

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:**  Chambersburg , PA
**MODE OF TRANSPORTATION:** Ocean

FOB India

India
**FTY MID NO.**    INEURCLO6206MAN

| KMART | IN43S | WOW PIECE DYE CAPRI BLACK ONYX | | 61 | 61 | 38.000 USD | 2,318.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 530028963122 | | | | ( 61 CTNS ) | | |
| **MADE IN** | INDIA | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND    SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK   //   CODE 6010B  PRICE - 0.1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | IN43S | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 | |
| **VENDOR ITEM CODE** | WP9BE53214MI | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

**FACTORY NO.**    104547
EURO CLOTHING COMPANY - II
KHATAHA 620/628
T B ROAD, SRIRANGAPATTANA
MANDYA DISTRICT
KARNATAKA
India
**FTY MID NO.**    INEURCLO6206MAN

| KMART | IN43S | WOW PIECE DYE CAPRI PERFECT KHAKI | | 26 | 26 | 22.800 USD | 592.80 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 530028963205 | | | | ( 26 CTNS ) | | |
| **MADE IN** | INDIA | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND    SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK   //   CODE 6010B  PRICE - 0.1

# COMMERCIAL INVOICE

Page 9 of 14
**DATE:** December 07, 2018
**INVOICE NO.:** 201824177009

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN43S | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 | |
| VENDOR ITEM CODE | WP9BE53214MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

FACTORY NO.      104547

EURO CLOTHING COMPANY - II

KHATAHA 620/628

T B ROAD, SRIRANGAPATTANA

MANDYA DISTRICT

KARNATAKA

India

FTY MID NO.      INEURCLO6206MAN

| KMART | IN43S | WOW PIECE DYE CAPRI PERFECT KHAKI | 267 CARTONS | 267 AST | 26.600 USD AST | 7,102.20 USD |
|---|---|---|---|---|---|---|
| ITEM: | 530028963221 | | | ( 267 CTNS ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND    SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK   //   CODE 6010B  PRICE - 0.1

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | IN43S | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 | |
| VENDOR ITEM CODE | WP9BE53214MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

FACTORY NO.      104547

EURO CLOTHING COMPANY - II

KHATAHA 620/628

T B ROAD, SRIRANGAPATTANA

MANDYA DISTRICT

KARNATAKA

India

FTY MID NO.      INEURCLO6206MAN

| KMART | IN43S | WOW PIECE DYE CAPRI CALYPSO CORAL | 228 CARTONS | 228 AST | 22.800 USD AST | 5,198.40 USD |
|---|---|---|---|---|---|---|
| ITEM: | 530028963304 | | | ( 228 CTNS ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

# COMMERCIAL INVOICE

Page 10 of 14

DATE: December 07, 2018

INVOICE NO.: 201824177009

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India          SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB India

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND    SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //  CODE 6010B  PRICE - 0.1

| CONTRACT NO. | IN43S | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WP9BE53214MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.          104547

EURO CLOTHING COMPANY - II

KHATAHA 620/628

T B ROAD, SRIRANGAPATTANA

MANDYA DISTRICT

KARNATAKA

India

FTY MID NO.          INEURCLO6206MAN

| KMART | IN43S | WOW PIECE DYE CAPRI CALYPSO CORAL | 195 | 195 | 30.400 USD | 5,928.00 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 530028963494 | | ( 195 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND    SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK    //  CODE 6010B  PRICE - 0.1

| CONTRACT NO. | IN43S | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WP9BE53214MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.          104547

EURO CLOTHING COMPANY - II

KHATAHA 620/628

T B ROAD, SRIRANGAPATTANA

MANDYA DISTRICT

KARNATAKA

# COMMERCIAL INVOICE

Page 11 of 14

DATE: December 07, 2018

INVOICE NO.: 201824177009

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

India

FTY MID NO.        INEURCLO6206MAN

| KMART | IN43S | WOW PIECE DYE CAPRI BLUE BELL | 230 | 230 | 22.800 USD | 5,244.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 530028963734 | | | ( 230 CTNS ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND    SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK    //    CODE 6010B  PRICE - 0.1

| CONTRACT NO. | IN43S | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 5783 |
| VENDOR ITEM CODE | WP9BE53214MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.        104547

EURO CLOTHING COMPANY - II

KHATAHA 620/628

T B ROAD, SRIRANGAPATTANA

MANDYA DISTRICT

KARNATAKA

India

FTY MID NO.        INEURCLO6206MAN

| KMART | IN43S | WOW PIECE DYE CAPRI BLUE BELL | 188 | 188 | 30.400 USD | 5,715.20 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 530028963742 | | | ( 188 CTNS ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND    SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK    //    CODE 6010B  PRICE - 0.1

# COMMERCIAL INVOICE

Page 12 of 14
**DATE:** December 07, 2018
**INVOICE NO.:** 201824177009

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | IN43S | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 |
| **VENDOR ITEM CODE** | WP9BE53214MI | **COUNTRY OF ORIGIN** | INDIA |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

**FACTORY NO.**    104547

EURO CLOTHING COMPANY - II

KHATAHA 620/628

T B ROAD, SRIRANGAPATTANA

MANDYA DISTRICT

KARNATAKA

India

**FTY MID NO.**    INEURCLO6206MAN

| KMART | IN43S | WOW PIECE DYE CAPRI OLIVE NIGHT | 194 CARTONS | 194 AST | 22.800 USD | 4,423.20 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 530028963825 | | ( 194 CTNS ) | AST | | |
| **MADE IN** | INDIA | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND    SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK   //   CODE 6010B  PRICE - 0.1

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | IN43S | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 |
| **VENDOR ITEM CODE** | WP9BE53214MI | **COUNTRY OF ORIGIN** | INDIA |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

**FACTORY NO.**    104547

EURO CLOTHING COMPANY - II

KHATAHA 620/628

T B ROAD, SRIRANGAPATTANA

MANDYA DISTRICT

KARNATAKA

India

**FTY MID NO.**    INEURCLO6206MAN

| KMART | IN43S | WOW PIECE DYE CAPRI OLIVE NIGHT | 191 CARTONS | 191 AST | 30.400 USD | 5,806.40 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 530028963841 | | ( 191 CTNS ) | AST | | |
| **MADE IN** | INDIA | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

# COMMERCIAL INVOICE

Page 13 of 14

**DATE:** December 07, 2018

**INVOICE NO.:** 201824177009

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**     KMART CORPORATION

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Nhava Sheva (JNP), India          **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND    SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK //  CODE 6010B  PRICE - 0.1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | IN43S | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 | |
| **VENDOR ITEM CODE** | WP9BE53214MI | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

**FACTORY NO.**     104547

EURO CLOTHING COMPANY - II

KHATAHA 620/628

T B ROAD, SRIRANGAPATTANA

MANDYA DISTRICT

KARNATAKA

India

**FTY MID NO.**     INEURCLO6206MAN

| KMART | IN43S | WOW PIECE DYE CAPRI OLIVE NIGHT | | | 11 | 11 | 38.000 USD | 418.00 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |
| **ITEM:** | 530028964690 | | | | | ( 11 CTNS ) | | |
| **MADE IN** | INDIA | | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | | |

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND    SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK   //  CODE 6010B  PRICE - 0.1

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | IN43S | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 027 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 5783 | |
| **VENDOR ITEM CODE** | WP9BE53214MI | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

**FACTORY NO.**     104547

EURO CLOTHING COMPANY - II

KHATAHA 620/628

T B ROAD, SRIRANGAPATTANA

MANDYA DISTRICT

KARNATAKA

# COMMERCIAL INVOICE

Page 14 of 14
**DATE:** December 07, 2018
**INVOICE NO.:** 201824177009

5783
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India
**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB India

India
**FTY MID NO.**         INEURCLO6206MAN

**PAYMENT TERM**         Letter of Credit
**ORDER PAYMENT TERMS**
**DRAWN UNDER**         BANK OF AMERICA
**LC#**         925106

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 3,787 | 3,787 | ASSORTMENTS | 107,038.40  USD |

**TOTAL US DOLLARS ONE HUNDRED SEVEN THOUSAND THIRTY-EIGHT DOLLARS AND FORTY CENTS ONLY.**

| GOKALDAS EXPORTS LTD | |
|---|---|
| **EMPLOYEE NAME** | N. JAYANTHI |
| **EMPLOYEE TITLE** | GENERAL MANAGER – RECEIVABLES MANAGEMENT |

For GOKALDAS EXPORTS LTD.,

G. M. - Receivables Management

**Bank of America**

Advising Bank: Bank of America N.A., NEW DELHI
Banking and other Financial Services
OUR REF: EX061562/18                                    15 December, 2018

------------------------------------------------------------------------

TO BENEFICIARY:                    | ISSUING BANK:
GOKALDAS EXPORTS LTD               | BANK OF AMERICA N.A.
NO. 16/2 RESIDENCY ROAD            |
BANGALORE, KARNATAKA               |
560025, INDIA                      | REF: 925106

------------------------------------------------------------------------

                                   | ADVISED THRU BANK:
Amount: USD 151,053.80             | CANARA BANK
                                   | AVENUE ROAD BANGALORE
Expiry Date: 15 January, 2019      | KARNATAKA 560002 INDIA
                                   |

------------------------------------------------------------------------

Dear Sirs:

We have been informed by the above issuing bank that they have
established their irrevocable letter of credit in your favour. We enclose
herewith an authenticated copy of the issuing bank's teletransmission
which is the operative instrument and has been authenticated by us.

This letter of credit does not carry our confirmation
This notification is solely an advice of credit opened by the above
mentioned correspondent bank and conveys no engagement by us.

This letter is to be considered as part of the subject credit and must
be presented with all drafts drawn under the attached letter of credit.
All amounts negotiated must be endorsed on the  reverse of the credit.

Please review the original LC and take up the matter with your buyer
directly for any amendment required in the LC.

This credit is subject to Uniform Customs and Practice for Documentary
Credits 2007 Revision, ICC Publication no 600.

This letter of credit will be delivered to you upon receipt of our
advising charges as per enclosed sheet.

PERMANENT ACCOUNT NUMBER : AAACB1537G.
HSN CODE : 9971

Authorised Signatory

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



**Bank of America** ⫸

Page 2 of 2
Attached to and forming part of our Ref:EX061562/18
----------------------------------------------------
Please note that under the terms of the L/C, we are the nominated bank
for handling the documents and payments and we hold special document
handling/reimbursement instructions.  The documents under the Letter of
Credit should be forwarded to us at the following address through your
your bankers:

                    BANK OF AMERICA N.A., (TRADE SERVICES)
                    1ST FLOOR, DLF CENTRE,
                    SANSAD MARG,
                    NEW DELHI 110 001.

Important notice to Exporter's bankers:
----------------------------------------
Please be advised that the EDF Form should be retained and the original
LC should be endorsed by the bank through whom the documents are
submitted to us for payment.  If these documents are submitted to us in
in error, the same will be returned to the presenting bankers.

Please note that in case of discrepancies in the documents, presenting
bankers as well as the issuing bankers will be notified of discrepancies
and documents will be simultaneously couriered to the issuing bank for
necessary acceptance/payment without further reference to the presenting
bank/beneficiary, and documents will be held by the issuing bank at the
risk and disposal of presenting bank for further instructions.

PRESENTATION OF DOCUMENTS THAT ARE NOT IN COMPLIANCE WITH THE APPLICABLE
ANTI-BOYCOTT, ANTI-MONEY LAUNDERING, ANTI-TERRORISM, ANTI-DRUG
TRAFFICKING, EXPORT DENIAL OR ECONOMIC SANCTIONS LAWS, REGULATIONS OR
ORDERS IS NOT ACCEPTABLE. APPLICABLE LAWS VARY DEPENDING ON THE
TRANSACTION AND MAY INCLUDE UNITED NATIONS, UNITED STATES AND/OR LOCAL
LAWS.

For all transferable L/Cs, please arrange to submit the enclosed
application duly filled up and signature verified by the bank. Your
transfer request should be accompanied by a bank draft as per details
enclosed.

Authorised Signatory



T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 001 Of 009

```
FROM:/SA-BOFAHKHX
        BANK OF AMERICA, N.A.
        19F TOWER 2 KCC 51 KWAI
        CHEONG RD, KWAI CHUNG HK

TO:  /SA-BOFAIN4XDEL
        BANK OF AMERICA N.A.
        1ST FLOOR, DLF CENTRE,
        SANSAD MARG,NEW DELHI
        110 001 INDIA(FAX:91 11 3714042)
DATE:181214
```

BANK OF AMERICA N.A.
New Delhi

EXO61S62|18

::710 ADVICE OF THIRD BANKS OR NON-BANKS DOC CREDIT

```
:27 /PAGE NUMBER              :1 OF 3
:40B/FORM OF DOC CREDIT       :IRREVOCABLE TRANSFERABLE
                               WITHOUT OUR CONFIRMATION
:20 /SENDERS REF              :6055EX139799/18
:21 /DOC CREDIT NUMBER        :925106
:31C/ISSUE DATE               :181214 14DEC18
:40E/APPLICABLE RULES         :
    UCP LATEST VERSION
:31D/DATE AND PLACE OF EXPIRY :190115 15JAN19
                               COUNTRY OF BENEFICIARY
:50B/NON BANK ISSUER          :SEARS ROEBUCK ACCEPTANCE CORP
                               3711 KENNETT PIKE
                               GREENVILLE DE 19807
                               USA
:50 /APPLICANT/ACCOUNT PARTY  :SEARS HOLDINGS MGMT CORP AN AGENT
                               OF SEARS,ROEBUCK AND CO AND
                               KMART CORPORATION,3333 BEVERLY
                               RD, HOFFMAN ESTATES,IL 60179 USA
:59 /BENEFICIARY              :GOKALDAS EXPORTS LTD
                               NO. 16/2 RESIDENCY ROAD
                               BANGALORE, KARNATAKA
                               560025, INDIA
:32B/AMOUNT                   :USD 151053.80
:41D/AVAILABLE WITH/BY        :ANY BANK
                               BY NEGOTIATION
:42C/DRAFTS AT ...            :75 DAYS AFTER SHIPMENT DATE
:42D/DRAWEE                   : SEARS ROEBUCK ACCEPTANCE CORP
                               3711 KENNETT PIKE
                               GREENVILLE,DE 19807
                               USA
:43P/PARTIAL SHIPMENTS        :ALLOWED
:43T/TRANSHIPMENT             :ALLOWED
:44E/PORT OF LOADING/AIRPORT OF DEPARTURE:
    INDIA
```

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America

BANK OF AMERICA
New Delhi

ΣΧοϲ1562/18

**Bank of America** 

Print 002 Of 009

:44F/PORT OF DISCHARGE/AIRPORT OF DESTINATION:
  UNITED STATES
:45 /DESCRIPTION OF GOODS/SERVICES:
  +  P.O. NO. IN43S, ITEM CODE 530025222084 AT USD 26.6
  +  P.O. NO. IN43S ITEM NO. 530025222084 WOW PIECE DYE CAPRI MARIT
     IME BLUE, FOB USD 26.6 PER ASSORTMENT,  332 ASSORTMENT, 1 ASSOR
     TMENT PER CARTON, 332 CARTONS PACKING FACTOR 1.
  +  P.O. NO. IN43S, ITEM CODE 530025222092 AT USD 26.6
  +  P.O. NO. IN43S ITEM NO. 530025222092 WOW PIECE DYE CAPRI BLACK
     ONYX, FOB USD 26.6 PER ASSORTMENT,  332 ASSORTMENT, 1 ASSORTME
     NT PER CARTON, 332 CARTONS PACKING FACTOR 1.
  +  P.O. NO. IN43S, ITEM CODE 530025222100 AT USD 26.6
  +  P.O. NO. IN43S ITEM NO. 530025222100 WOW PIECE DYE CAPRI PERFE
     CT KHAKI, FOB USD 26.6 PER ASSORTMENT,  399 ASSORTMENT, 1 ASSOR
     TMENT PER CARTON, 399 CARTONS PACKING FACTOR 1.
  +  P.O. NO. IN43S, ITEM CODE 530025222134 AT USD 34.2
  +  P.O. NO. IN43S ITEM NO. 530025222134 WOW PIECE DYE CAPRI CALYP
     SO CORAL, FOB USD 34.2 PER ASSORTMENT,  178 ASSORTMENT, 1 ASSOR
     TMENT PER CARTON, 178 CARTONS PACKING FACTOR 1.
  +  P.O. NO. IN43S, ITEM CODE 530025222225 AT USD 34.2
  +  P.O. NO. IN43S ITEM NO. 530025222225 WOW PIECE DYE CAPRI BLUE
     BELL, FOB USD 34.2 PER ASSORTMENT,  178 ASSORTMENT, 1 ASSORTMEN
     T PER CARTON, 178 CARTONS PACKING FACTOR 1.
  +  P.O. NO. IN43S, ITEM CODE 530025222274 AT USD 34.2
  +  P.O. NO. IN43S ITEM NO. 530025222274 WOW PIECE DYE CAPRI OLIVE
     NIGHT, FOB USD 34.2 PER ASSORTMENT,  142 ASSORTMENT, 1 ASSORTM
     ENT PER CARTON, 142 CARTONS PACKING FACTOR 1.
  +  P.O. NO. IN43S, ITEM CODE 530025321027 AT USD 26.6
  +  P.O. NO. IN43S ITEM NO. 530025321027 WOW PIECE DYE CAPRI MARIT
     IME BLUE, FOB USD 26.6 PER ASSORTMENT,  409 ASSORTMENT, 1 ASSOR
     TMENT PER CARTON, 409 CARTONS PACKING FACTOR 1.
  +  P.O. NO. IN43S, ITEM CODE 530025321050 AT USD 26.6
  +  P.O. NO. IN43S ITEM NO. 530025321050 WOW PIECE DYE CAPRI BLACK
     ONYX, FOB USD 26.6 PER ASSORTMENT,  409 ASSORTMENT, 1 ASSORTME
     NT PER CARTON, 409 CARTONS PACKING FACTOR 1.
  +  P.O. NO. IN43S, ITEM CODE 530025321167 AT USD 34.2
  +  P.O. NO. IN43S ITEM NO. 530025321167 WOW PIECE DYE CAPRI PERFE
     CT KHAKI, FOB USD 34.2 PER ASSORTMENT,  167 ASSORTMENT, 1 ASSOR
     TMENT PER CARTON, 167 CARTONS PACKING FACTOR 1.
  +  P.O. NO. IN43S, ITEM CODE 530025321316 AT USD 38
  +  P.O. NO. IN43S ITEM NO. 530025321316 WOW PIECE DYE CAPRI CALYP
     SO CORAL, FOB USD 38 PER ASSORTMENT,  3 ASSORTMENT, 1 ASSORTMEN
     T PER CARTON, 3 CARTONS PACKING FACTOR 1.
  +  P.O. NO. IN43S, ITEM CODE 530025321910 AT USD 38
  +  P.O. NO. IN43S ITEM NO. 530025321910 WOW PIECE DYE CAPRI BLUE
     BELL, FOB USD 38 PER ASSORTMENT,  3 ASSORTMENT, 1 ASSORTMENT PE
     R CARTON, 3 CARTONS PACKING FACTOR 1.
  +  P.O. NO. IN43S, ITEM CODE 530028962827 AT USD 30.4
  +  P.O. NO. IN43S ITEM NO. 530028962827 WOW PIECE DYE CAPRI MARIT
     IME BLUE, FOB USD 30.4 PER ASSORTMENT,  185 ASSORTMENT, 1 ASSOR

BANK OF AMERICA N.A.
New Delhi

2X06156/19

**Bank of America** 

Print 003 Of 009

TMENT PER CARTON, 185 CARTONS PACKING FACTOR 1.
+  P.O NO. IN43S, ITEM CODE 530028962835 AT USD 38
+  P.O. NO. IN43S ITEM NO. 530028962835 WOW PIECE DYE CAPRI MARIT
IME BLUE, FOB USD 38 PER ASSORTMENT,  132 ASSORTMENT, 1 ASSORTM
ENT PER CARTON, 132 CARTONS PACKING FACTOR 1.
+  P.O NO. IN43S, ITEM CODE 530028963098 AT USD 30.4
+  P.O. NO. IN43S ITEM NO. 530028963098 WOW PIECE DYE CAPRI BLACK
   ONYX, FOB USD 30.4 PER ASSORTMENT,  185 ASSORTMENT, 1 ASSORTME
   NT PER CARTON, 185 CARTONS PACKING FACTOR 1.
+  P.O NO. IN43S, ITEM CODE 530028963122 AT USD 38
+  P.O. NO. IN43S ITEM NO. 530028963122 WOW PIECE DYE CAPRI BLACK
   ONYX, FOB USD 38 PER ASSORTMENT,  132 ASSORTMENT, 1 ASSORTMENT
   PER CARTON, 132 CARTONS PACKING FACTOR 1.
+  P.O NO. IN43S, ITEM CODE 530028963205 AT USD 22.8
+  P.O. NO. IN43S ITEM NO. 530028963205 WOW PIECE DYE CAPRI PERFE
CT KHAKI, FOB USD 22.8 PER ASSORTMENT,  49 ASSORTMENT, 1 ASSORT
MENT PER CARTON, 49 CARTONS PACKING FACTOR 1.
+  P.O. NO. IN43S, ITEM CODE 530028963221 AT USD 26.6
+  P.O. NO. IN43S ITEM NO. 530028963221 WOW PIECE DYE CAPRI PERFE
CT KHAKI, FOB USD 26.6 PER ASSORTMENT,  311 ASSORTMENT, 1 ASSOR
TMENT PER CARTON, 311 CARTONS PACKING FACTOR 1.
+  P.O NO. IN43S, ITEM CODE 530028963304 AT USD 22.8
+  P.O. NO. IN43S ITEM NO. 530028963304 WOW PIECE DYE CAPRI CALYP
SO CORAL, FOB USD 22.8 PER ASSORTMENT,  337 ASSORTMENT, 1 ASSOR
TMENT PER CARTON, 337 CARTONS PACKING FACTOR 1.
+  P.O. NO. IN43S, ITEM CODE 530028963494 AT USD 30.4
+  P.O. NO. IN43S ITEM NO. 530028963494 WOW PIECE DYE CAPRI CALYP
SO CORAL, FOB USD 30.4 PER ASSORTMENT,  285 ASSORTMENT, 1 ASSOR
TMENT PER CARTON, 285 CARTONS PACKING FACTOR 1.
+  P.O NO. IN43S, ITEM CODE 530028963734 AT USD 22.8
+  P.O. NO. IN43S ITEM NO. 530028963734 WOW PIECE DYE CAPRI BLUE
   BELL, FOB USD 22.8 PER ASSORTMENT,  337 ASSORTMENT, 1 ASSORTMEN
   T PER CARTON, 337 CARTONS PACKING FACTOR 1.
+  P.O NO. IN43S, ITEM CODE 530028963742 AT USD 30.4
+  P.O. NO. IN43S ITEM NO. 530028963742 WOW PIECE DYE CAPRI BLUE
   BELL, FOB USD 30.4 PER ASSORTMENT,  285 ASSORTMENT, 1 ASSORTMEN
   T PER CARTON, 285 CARTONS PACKING FACTOR 1.
+  P.O NO. IN43S, ITEM CODE 530028963825 AT USD 22.8
+  P.O. NO. IN43S ITEM NO. 530028963825 WOW PIECE DYE CAPRI OLIVE
   NIGHT, FOB USD 22.8 PER ASSORTMENT,  270 ASSORTMENT, 1 ASSORTM
   ENT PER CARTON, 270 CARTONS PACKING FACTOR 1.
+  P.O NO. IN43S, ITEM CODE 530028963841 AT USD 30.4
+  P.O. NO. IN43S ITEM NO. 530028963841 WOW PIECE DYE CAPRI OLIVE
   NIGHT, FOB USD 30.4 PER ASSORTMENT,  258 ASSORTMENT, 1 ASSORTM
   ENT PER CARTON, 258 CARTONS PACKING FACTOR 1.
+  P.O NO. IN43S, ITEM CODE 530028964690 AT USD 38
+  P.O. NO. IN43S ITEM NO. 530028964690 WOW PIECE DYE CAPRI OLIVE
   NIGHT, FOB USD 38 PER ASSORTMENT,  18 ASSORTMENT, 1 ASSORTMENT
   PER CARTON, 18 CARTONS PACKING FACTOR 1.
:46 /DOCUMENTS REQUIRED            :

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 004 Of 009

+ COMMERCIAL INVOICE TO BE ADDRESSED TO KMART
CORPORATION OR SEARS HOLDINGS MANAGEMENT
CORPORATION WHO ACTS AS AGENT OF KMART CORPORATION
IN DUPLICATE (COPIES OR ORIGINALS
ACCEPTABLE).

+ PACKING LIST IN DUPLICATE (COPY OR ORIGINAL
ACCEPTABLE).

+ ORIGINAL OR COPY OF SEA WAYBILL,
OR ORIGINAL OR COPY OF FORWARDER'S CARGO RECEIPT,
OR ORIGINAL OR COPY OF AIR WAYBILL
CONSIGNED TO KMART CORPORATION, AND SHOW
APPROPRIATE NOTIFY PARTY AS INSTRUCTED BY THE
DESIGNATED CONSOLIDATOR.

FOR SHIPMENTS EFFECTED FROM BANGLADESH ONLY,
3/3 ON BOARD OCEAN BILL OF LADING TO BE
CONSIGNED TO NEGOTIATING BANK AND ENDORSED TO
KMART CORPORATION OR LC ISSUER
MARKED FREIGHT COLLECT.

IN CASE OF COPY OF SEA WAYBILL PRESENTED, IT MUST
SHOW ON BOARD DATE AND IS DEEMED TO BE THE DATE
OF SHIPMENT. IN CASE OF ORIGINAL OR COPY OF
FORWARDER'S CARGO RECEIPT, IT MUST SHOW CARGO
RECEIVED DATE AND IS DEEMED TO BE THE DATE OF
SHIPMENT. IN CASE OF COPY OF AIR WAYBILL
PRESENTED, IT MUST SHOW ACTUAL FLIGHT DATE AND IS
DEEMED TO BE THE DATE OF SHIPMENT.

+ ORIGINAL OR COPY OF AN INSPECTION CERTIFICATE
ISSUED BY SEARS HOLDINGS GLOBAL SOURCING LTD. DULY
SIGNED BY AN AUTHORIZED SIGNATORY OF SEARS
HOLDINGS GLOBAL SOURCING LTD. (OR WRITTEN WAIVER
OF SUCH REQUIREMENT SIGNED BY AN AUTHORIZED
SIGNATORY OF SEARS HOLDINGS GLOBAL SOURCING LTD.)
:47 /ADDITIONAL CONDITIONS      :
INSURANCE BY: BUYER
+ THIS LETTER OF CREDIT COVERS 100 PERCENT OF INVOICE VALUE.
+ A DISCREPANCY FEE OF USD60.00 (OR EQUIVALENT) PER DRAWING OF
DISCREPANT DOCUMENTS WILL BE DEDUCTED AT THE TIME OF PAYMENT. IN
ADDITION, TELEX EXPENSES, IF ANY, INCURRED BY US AS A RESULT OF
DISCREPANT DOCUMENTS ARE ALSO FOR THE BENEFICIARY'S ACCOUNT.
+ BANK OF AMERICA NA HOLDS SPECIAL INSTRUCTIONS REGARDING
DOCUMENTS DISPOSAL AND REIMBURSEMENT OF THIS LETTER OF CREDIT.
ALL DOCUMENTS MUST BE PRESENTED IN ONE LOT BY COURIER SERVICE
THROUGH BENEFICIARY'S BANKER TO OUR PROCESSING AGENT: BANK OF
AMERICA NA., 19TH FLOOR, TOWER 2, KOWLOON COMMERCE CENTRE, 51
KWAI

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 005 Of 009

CHEONG ROAD, KWAI CHUNG, HONG KONG (ATTN: TRADE FINANCE - SEARS).
DOCUMENTS SENT TO OUR OFFICE IN 3711 KENNETT PIKE GREENVILLE, DE
19807 USA WILL BE REJECTED AND FORWARDED TO THE ABOVE ADDRESS FOR
PROCESSING FOR WHICH THE DELAY WILL BE BORNE BY THE BENEFICIARY.
+ UPON RECEIPT OF DOCUMENTS DRAWN IN COMPLIANCE WITH TERMS AND
CONDITIONS OF THIS CREDIT, WE SHALL REMIT THE PROCEEDS TO
NEGOTIATING BANK IN ACCORDANCE WITH THEIR INSTRUCTION ON
MATURITY.
+ ALL CORRESPONDENCE TO THE ISSUER (INCLUDING THE COVERING LETTER
ON EACH PRESENTATION) MUST IDENTIFY THIS LC BY QUOTING OUR
REFERENCE AS IM402276/18.
+ PRESENTATION OF DOCUMENTS(S) THAT ARE NOT IN COMPLIANCE WITH
THE APPLICABLE ANTI-BOYCOTT, ANTI-MONEY LAUNDERING,
ANTI-TERRORISM, ANTI-DRUG TRAFFICKING, EXPORT DENIAL OR ECONOMIC
SANCTIONS LAWS, REGULATIONS OR ORDERS IS NOT ACCEPTABLE.
APPLICABLE LAWS VARY DEPENDING ON THE TRANSACTION AND MAY INCLUDE
UNITED NATIONS, UNITED STATES AND/OR LOCAL LAWS.
+ TWO PHOTOCOPIES OF THE ABOVE MENTIONED COMMERCIAL INVOICES ARE
REQUIRED FOR ISSUER'S RETENTION.
+ UNLESS OTHERWISE STATED, ALL DOCUMENTS CONTENTS MUST BE IN
ENGLISH LANGUAGE.
+ ALL DRAFTS MUST BE MARKED DRAWN UNDER THIS L/C NUMBER.
+ PRESENTATION OF DOCUMENTS MUST BE THROUGH BENEFICIARY'S BANKER.
:48 /PERIOD FOR PRESENTATION IN DAYS:
   21
:49 /CONFIRMATION INSTRUCTIONS  :WITHOUT
:57D/ADVISE THRU               :CANARA BANK
                                AVENUE ROAD BANGALORE
                                KARNATAKA 560002 INDIA
                                à

*   LAST UPDATED BY  : SYSTEM    ON 14DEC18  AT 17:54:25 *
*   AUTHORISED BY    :                                   *
*   MPROC REFERENCE  : SDSMPR6216TRAN237314              *
*   DESTINATION NAME :                                   *
*   DESTINATION ADDR :                                   *
*                    :                                   *
*                    :                                   *

BANK OF AMERICA N.A.
New Delhi

EX061562|18

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 006 Of 009

FROM:/SA-BOFAHKHX
        BANK OF AMERICA, N.A.
        19F TOWER 2 KCC 51 KWAI
        CHEONG RD, KWAI CHUNG HK

TO:   /SA-BOFAIN4XDEL
        BANK OF AMERICA N.A.
        1ST FLOOR, DLF CENTRE,
        SANSAD MARG,NEW DELHI
        110 001 INDIA(FAX:91 11 3714042)
DATE:181214

::711 ADVICE OF THIRD BANKS OR NON-BANKS DOC CREDIT

:27 /PAGE NUMBER          :2 OF 3
:20 /SENDERS REF          :6055EX139799/18
:21 /RELATED REF          :925106
:47 /ADDITIONAL CONDITIONS      :
PRESENTING BANK MUST CERTIFY ON ITS COVERING LETTER THAT THE
DRAWING AMOUNT HAS BEEN ENDORSED ON THE ORIGINAL CREDIT. IN SUCH
CASE, ORIGINAL L/C IS NOT REQUIRED TO BE ACCOMPANIED WITH THE
DOCUMENTS.
+ NOTWITHSTANDING THE DEFINITION OF 'BANKING DAY' UNDER THE
UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS, SATURDAY IS
NOT A 'BANKING DAY' FOR OUR HONG KONG TRADE SERVICES.
+ ALL REFERENCES IN THE UCP600 TO ISSUING BANK, AND TO BANK WHERE
THE TERM INCLUDES AN ISSUING BANK SHALL BE DEEMED TO BE
REFERENCES TO THE ISSUER OF THIS CREDIT, AND THE ISSUER SHALL
HAVE ALL OF THE RIGHTS, DUTIES, AND OBLIGATIONS OF AN ISSUER
UNDER THE UCP.
+ THIS CREDIT IS NOT CONFIRMED BY BANK OF AMERICA N.A. AND
THEREFORE CARRIES NO ENGAGEMENT ON THE PART OF BANK OF AMERICA
N.A.
+ IN CASE OF QUERIES, PLEASE CONTACT US AT OUR HOTLINE 852 3508
2323

+ SHIPMENT QUANTITY AND AMOUNT LESS UP TO 3PCT PER
PO ACCEPTABLE. SHIPMENT QUANTITY AND AMOUNT MORE
UP TO 3PCT PER PO ACCEPTABLE ONLY FOR CLOTHING,
FASHION ACCESSORIES, HOME TEXTILES AND HANDBAGS.

+ REFERENCE (PO) FROM ORDER CONTRACT SHIPPING
SCHEDULE MUST BE SPECIFIED ON THE COMMERCIAL
INVOICE FOR EACH SHIPMENT COVERED ON THE INVOICE.

+ COMBINED DRAWINGS UNDER OTHER LETTERS OF CREDIT
ISSUED BY US WITH IDENTICAL TERMS AND CONDITIONS
IN FAVOR OF THE SAME BENEFICIARY FOR ACCOUNT OF

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 007 Of 009

APPLICANT ARE ACCEPTABLE PROVIDED THAT ONE DRAFT
IS PRESENTED FOR THE TOTAL AMOUNT INDICATING THE
AMOUNTS DRAWN UNDER EACH LETTER OF CREDIT.

+ SEPARATE INVOICES MUST BE ISSUED FOR EACH
DESTINATION (COPIES OR ORIGINALS ACCEPTABLE.)

+ PO NO IN43S, ALL SHIPMENTS TO BE MADE AS SPECIFIED IN BUYER'S
ORDER NO.  IN43S WITH SHIPMENT TO COMMENCE ON 12/13/1
8 BUT IN ANY EVENT NOT LATER THAN12/25/18

+ THIRD PARTY SHIPPER AND DOCUMENTS ACCEPTABLE.

+ ALL BANKING CHARGES OTHER THAN THOSE OF THE
ISSUING CHARGES, ARE FOR THE ACCOUNT OF THE
BENEFICIARY.

+ LATE SHIPMENT, LATE PRESENTATION, LETTER OF
CREDIT EXPIRED FOR NOT MORE THAN 7 DAYS WILL NOT
BE COUNTED AS LC DISCREPANCY.

+ LC APPLICANT MAY, WITHOUT THE PRIOR
AUTHORIZATION OR APPROVAL OF THE LC BENEFICIARY OR
NEGOTIATING BANK, DEDUCT UP TO 10 PERCENT OF
INVOICE VALUE ON ANY DRAWING UNDER THIS LETTER OF
CREDIT FOR OUTSTANDING CLAIMS AND/OR CHARGEBACKS
EXISTS BETWEEN THE BENEFICIARY AND THE APPLICANT.
HOWEVER, NO FURTHER DEDUCTION WILL BE TAKEN AFTER
USANCE LC BILLS HAVE BEEN ACCEPTED BY THE LC
ISSUER.

+ IN CASE DEDUCTION OF CLAIMS ARE SPECIFIED PER LC
TERM, COMMERCIAL INVOICE MUST SHOW THE DEDUCTION
AS SPECIFIED ON THE FIRST DRAWING. IF THE FIRST
DRAWING AMOUNT IS NOT SUFFICIENT TO COVER
DEDUCTION AMOUNT. BALANCE DEDUCTIONS WILL BE
DEDUCTED FROM SUBSEQUENT DRAWINGS.

+ DOCUMENTS MAY BE PRESENTED DIRECTLY TO BANK OF
AMERICA, N.A. LOCAL BRANCH AT BENEFICIARY'S
COUNTRY AS THEY HOLD SPECIAL REIMBURSEMENT AND
DOCUMENT HANDLING INSTRUCTIONS. IN THIS CASE,
WE WOULD SPEED UP THE PAYMENT PROCESSING UNDER
THIS L/C.

+ THIS CREDIT IS TRANSFERABLE. ANY TRANSFER
MUST BE HANDLED THROUGH THE ADVISING BANK.
THE TRANSFERRING BANK MUST ADVISE US BY
AUTHENTICATED SWIFT OR TESTED TELEX WITHIN 3
WORKING DAYS FROM THE DATE OF THE TRANSFER THE

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 008 Of 009

FOLLOWING INFORMATION:
A. NAME AND ADDRESS OF TRANSFEREE,
B. TRANSFERRED AMOUNT,
C. QUANTITY AND DESCRIPTION OF GOODS,
D. WHETHER THE FIRST BENEFICIARY WILL RETAIN OR
WAIVE THEIR RIGHT RELATED TO AMENDMENT,
E. WHETHER THE FIRST BENEFICIARY HAS REQUESTED
TO SUBSTITUTE THEIR OWN DRAFTS AND DOCUMENTS
FOR THOSE TO BE PRESENTED BY THE SECOND
BENEFICIARY(IES).
F. THEY HAVE MARKED THE TRANSFER ON THE
ORIGINAL LC AND THE RELEVANT TRANSFERRING
CHARGES ARE FOR ACCOUNT OF BENEFICIARY.
+ IF TRANSFERRED, A COPY OF THE ADVICE OF TRANSFER
AND ANY AMENDMENTS THERETO MUST ACCOMPANY EACH
DRAWING UNDER THE LETTER OF CREDIT. IF DOCUMENTS
PRESENTED BY A PARTY OTHER THAN THE FIRST
BENEFICIARY, THE PRESENTING BANK MUST CERTIFY ON
THEIR COVERING LETTER THAT SUCH PARTY IS THE
SECOND BENEFICIARY AND THAT SUBSTITUTION OF
à

```
*   LAST UPDATED BY  : SYSTEM    ON 14DEC18  AT 17:54:25 *
*   AUTHORISED BY    :                                   *
*   MPROC REFERENCE  : SDSMPR6216TRAN237313              *
*   DESTINATION NAME :                                   *
*   DESTINATION ADDR :                                   *
*                    :                                   *
*                    :                                   *
```

BANK OF AMERICA N.A.
New Delhi

EX061562|18

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 009 Of 009

```
FROM:/SA-BOFAHKHX
      BANK OF AMERICA, N.A.
      19F TOWER 2 KCC 51 KWAI
      CHEONG RD, KWAI CHUNG HK

TO:  /SA-BOFAIN4XDEL
      BANK OF AMERICA N.A.
      1ST FLOOR, DLF CENTRE,
      SANSAD MARG,NEW DELHI
      110 001 INDIA(FAX:91 11 3714042)
DATE:181214

::711 ADVICE OF THIRD BANKS OR NON-BANKS DOC CREDIT


:27 /PAGE NUMBER          :3 OF 3
:20 /SENDERS REF          :6055EX139799/18
:21 /RELATED REF          :925106
:47 /ADDITIONAL CONDITIONS   :
     DRAFT AND INVOICE IS NOT REQUIRED.
     à

*  LAST UPDATED BY  : SYSTEM    ON 14DEC18  AT 17:54:25 *
*  AUTHORISED BY    :                                   *
*  MPROC REFERENCE  : SDSMPR6216TRAN237312              *
*  DESTINATION NAME :                                   *
*  DESTINATION ADDR :                                   *
*                   :                                   *
*                   :                                   *
```

> This letter of credit forms an integral
> part of our attached advice and is
> recorded under our referenced
> number EX 0 6 1 5 6 2 1 1 8
> Bank of America N.A.
> (Incorporated in US, with limited liability)
>
> Authorised Signatory

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



DATE OF ADVICE: 15 December, 2018
DEBIT ADVICE NO: EX061562/180001

PAYMENT OF CHARGES FOR EXPORT

NAME AND ADDRESS OF RECIPIENT OF SERVICES:
GOKALDAS EXPORTS LTD
NO. 16/2 RESIDENCY ROAD
BANGALORE, KARNATAKA
560025, INDIA


GSTIN OF THE RECIPIENT: GST UNKNOWN
PLACE OF SUPPLY:    STATE UNKNOWN

IN ACCORDANCE WITH DETAILS SHOWN BELOW, WE HAVE DEBITED YOUR ACCOUNT

DETAILS OF CHARGES:
Adv-Taxable value                  INR           1,881.36
Central Tax (9%)                   INR             169.32
State Tax (9%)                     INR             169.32
                                             ---------------------------
NET AMOUNT DEBITED                 INR           2,220.00

SUPPLIER GSTIN: 07AAACB1537G1Z3
PERMANENT ACCOUNT NUMBER: AAACB1537G.
HSN CODE: 9971

THIS IS A SYSTEM GENERATED ADVICE AND REQUIRES NO SIGNATURE.

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 1

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | BUYER : TF2  TRIXIA FU |
|---|---|---|
| DIV : Division 4 | DEPT NO : 027 | |

**KMART CORPORATION**

3333 Beverly Road

Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | GOKALDAS EXPORTS LTD |
| ADDRESS | NO. 16/2 |
| | RESIDENCY ROAD |
| | BANGALORE |
| | KARNATAKA |
| COUNTRY | India |
| EMAIL | sireesh@gokaldasexports.com |
| VENDOR NBR | 5783 |
| TELEPHONE | 91 09900085026 |
| DUNS NBR | 636654 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | |
|---|---|
| $146,786.40 | |

| PAYMENT TO BE MADE BY : | |
|---|---|
| ( )    MULTIPLE PAYMENT TYPES | |
| ( )    CHECK/WIRE TRANSFER | |
| Amount USD:  0.00 | |
| ( )    FREE GOODS | |
| Amount USD:  0.00 | |
| ( X )   LETTER OF CREDIT | |
| Amount USD:  146,786.40 | |
| LC #:  925106 | |
| TRANSFERABLE:  Yes | |
| BANK:  BANKBL | |

| PAYMENT TERMS: | 74 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKIN | SEARS SOURCING INDIA PVT LTD |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKIN | INDIA OFFICE |

| EACH ITEM TO BE MARKED: | MADE IN INDIA |
|---|---|
| EMBARK/GO-DOWN: | INDIA |
| SHIP POINT: | INNSA1B |
| DELIVERY TERMS: | FOB IN |
| CITY, COUNTRY: | Nhava Sheva (JNP), India |

**FACTORY DETAILS:**

| FACTORY NBR: | 104547 |
|---|---|
| NAME | EURO CLOTHING COMPANY - II |
| ADDRESS | KHATAHA 620/628 |
| | T B ROAD, SRIRANGAPATTANA |
| | MANDYA DISTRICT |
| | KARNATAKA |
| COUNTRY | India |
| TEL | 8495938777 |
| EMAIL | ecc2pd@gokaldasexports.com |
| MID | INEURCLO6206MAN |

KMART CORPORATION                                    P U R C H A S E   O R D E R                                    Page : 2

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 530025222084 | SEASON/YEAR: 3-SUMMER 2019 | WOW PIECE DYE CAPRI MARITIME BLUE |
| | SUB-SEASON: 30-SUMMER | |
| I 2OF 5/CARTON UPC: 00191060026243 | CAT/SUB-CAT: 53/17 | |
| STYLE: WP9BE53214MI | TRADEMARK: NONE | SEARS DIV          SEARS ITEM          SEARS SKU |
| BRAND NAME: BASIC EDITIONS | COPYRIGHT REG. NO.: N/A | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $90.93 | 332 | 332 | $8,831.20 |
| $26.600 | $26.600 | | | | |

| | | | | |
|---|---|---|---|---|
| | KGS: 2.858 | CBM: 0.017000 | AST PER INNER | 1 |
| PER CARTON | LBS: 6.300 | CU. FT.: 0.600 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 19.0" X W 13.0" X H 4.2" | | CASEPACK | | |

| | | | |
|---|---|---|---|
| QUOTA CAT#: 348, RNONE | | CASE # | FACTORY          EXPORTER |
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | |
| | | COUNTERVAILING: | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 262 | 262 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 70 | 70 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 60108 PRICE - 0.1

OPC:              7

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 3

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 530025222092

SEASON/YEAR: 3-SUMMER 2019

WOW PIECE DYE CAPRI BLACK ONYX

SUB-SEASON: 30-SUMMER

I 2OF 5/CARTON UPC: 00191060026359

CAT/SUB-CAT: 53/17

STYLE: WP9BE53214MI

TRADEMARK: NONE

SEARS DIV          SEARS ITEM          SEARS SKU

BRAND NAME: BASIC EDITIONS

COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM

MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $90.93 | 284 | 284 | $7,554.40 |
| $26.600 | $26.600 | | | | |

PER CARTON

KGS: 2.858          CBM: 0.017000          AST PER INNER          1

LBS: 6.300          CU. FT.: 0.600          INNERS PER OUTER CARTON          1

OUTER CARTON DIMENSIONS          PACKING INSTRUCTION:          AST PER MASTER SHIPPING CTN          1

L 19.0" X W 13.0" X H 4.2"          CASEPACK

QUOTA CAT#: 348, RNONE          CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:          ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 214 | 214 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 70 | 70 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6010B PRICE - 0.1

OPC:          7

KMART CORPORATION                         **P U R C H A S E   O R D E R**                              Page : 4

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 530025222100

SEASON/YEAR:  3-SUMMER 2019         WOW PIECE DYE CAPRI PERFECT KHAKI

SUB-SEASON:  30-SUMMER

I 2OF 5/CARTON UPC:  00191060026458          CAT/SUB-CAT:  53/17

STYLE: WP9BE53214MI          TRADEMARK:  NONE          SEARS DIV          SEARS ITEM          SEARS SKU

BRAND NAME: BASIC EDITIONS          COPYRIGHT REG. NO.:  N/A

INTL COMMODY CODE: GDSM          MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $90.93 | 325 | 325 | $8,645.00 |
| $26.600 | $26.600 | | | | |

|  | KGS: | 2.858 | CBM: | 0.017000 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| PER CARTON | LBS: | 6.300 | CU. FT.: | 0.600 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 19.0" X W 13.0" X H 4.2" | | | CASEPACK | | | |

QUOTA CAT#:  348, RNONE                         CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:                         ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 247 | 247 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 78 | 78 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X84
HANGER PACK // CODE 6010B PRICE - 0.1

OPC:               7

KMART CORPORATION                                    P U R C H A S E   O R D E R                                    Page : 5

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 530025222134

SEASON/YEAR:  3-SUMMER 2019      WOW PIECE DYE CAPRI CALYPSO CORAL

SUB-SEASON:  30-SUMMER

I 2OF 5/CARTON UPC:  00191060026564          CAT/SUB-CAT:  53/17

STYLE:  WP9BE53214MI          TRADEMARK:  NONE          SEARS DIV          SEARS ITEM          SEARS SKU

BRAND NAME:  BASIC EDITIONS          COPYRIGHT REG. NO.:  N/A

INTL COMMODY CODE:  GDSM          MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $116.91 | 164 | 164 | $5,608.80 |
| $34.200 | $34.200 | | | | |

PER CARTON          KGS:  3.856          CBM:  0.020238          AST PER INNER          1

LBS:  8.500          CU. FT.:  0.715          INNERS PER OUTER CARTON          1

OUTER CARTON DIMENSIONS          PACKING INSTRUCTION:          AST PER MASTER SHIPPING CTN          1

L 19.0" X W 13.0" X H 5.0"          CASEPACK

QUOTA CAT#:  348, RNONE          CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:          ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 9 PCS

| | | | S H I P P I N G   S C H E D U L E | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 144 | 144 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 20 | 20 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6010B PRICE - 0.1

OPC:          9

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 6

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 530025222225

I 2OF 5/CARTON UPC: 00191060026670

STYLE: WP9BE53214MI

BRAND NAME: BASIC EDITIONS

INTL COMMODY CODE: GDSM

SEASON/YEAR: 3-SUMMER 2019

SUB-SEASON: 30-SUMMER

CAT/SUB-CAT: 53/17

TRADEMARK: NONE

COPYRIGHT REG. NO.: N/A

MLTP CARTON IND: 001

WOW PIECE DYE CAPRI BLUE BELL

SEARS DIV          SEARS ITEM          SEARS SKU

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $116.91 | 169 | 169 | $5,779.80 |
| $34.200 | $34.200 | | | | |

PER CARTON       KGS:    3.810          CBM:    0.020238          AST PER INNER               1

                 LBS:    8.400          CU. FT.:    0.715         INNERS PER OUTER CARTON     1

OUTER CARTON DIMENSIONS          PACKING INSTRUCTION:          AST PER MASTER SHIPPING CTN   1

    L 19.0" X W 13.0" X H 5.0"               CASEPACK

QUOTA CAT#:  348, RNONE          CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:

ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 9 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 149 | 149 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 20 | 20 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6010B PRICE - 0.1

OPC:               9

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 7

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 530025222274

SEASON/YEAR: 3-SUMMER 2019

WOW PIECE DYE CAPRI OLIVE NIGHT

SUB-SEASON: 30-SUMMER

I 2OF 5/CARTON UPC: 00191060026786

CAT/SUB-CAT: 53/17

STYLE: WP9BE53214MI

TRADEMARK: NONE

SEARS DIV

SEARS ITEM

SEARS SKU

BRAND NAME: BASIC EDITIONS

COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM

MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $116.91 | 147 | 147 | $5,027.40 |
| $34.200 | $34.200 | | | | |

PER CARTON

KGS:     3.810

CBM:     0.020238

AST PER INNER     1

LBS:     8.400

CU. FT.:     0.715

INNERS PER OUTER CARTON     1

OUTER CARTON DIMENSIONS

PACKING INSTRUCTION:

AST PER MASTER SHIPPING CTN     1

L 19.0" X W 13.0" X H 5.0"

CASEPACK

QUOTA CAT#: 348, RNONE

CASE #

FACTORY

EXPORTER

SPECIAL TRADE INDICATOR:

ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 9 PCS

| **S H I P P I N G   S C H E D U L E** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 135 | 135 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 12 | 12 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6010B PRICE - 0.1

OPC:          9

KMART CORPORATION                                   P U R C H A S E   O R D E R                                          Page : 8

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 530025321027

SEASON/YEAR: 3-SUMMER 2019          WOW PIECE DYE CAPRI MARITIME BLUE

SUB-SEASON: 30-SUMMER

I 2OF 5/CARTON UPC: 00191060026250          CAT/SUB-CAT: 53/17

STYLE: WP9BE53214MI          TRADEMARK: NONE          SEARS DIV          SEARS ITEM          SEARS SKU

BRAND NAME: BASIC EDITIONS          COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM          MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $90.93 | 409 | 409 | $10,879.40 |
| $26.600 | $26.600 | | | | |

PER CARTON          KGS:    2.858          CBM:    0.017000          AST PER INNER          1

                    LBS:    6.300          CU. FT.:    0.600          INNERS PER OUTER CARTON          1

OUTER CARTON DIMENSIONS          PACKING INSTRUCTION:          AST PER MASTER SHIPPING CTN          1

    L 19.0" X W 13.0" X H 4.2"          CASEPACK

QUOTA CAT#: 348, RNONE          CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:          ANTI-DUMPING:

          COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 302 | 302 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 107 | 107 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6010B PRICE - 0.1

OPC:          7

KMART CORPORATION
PURCHASE ORDER
Page : 9

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

| | |
|---|---|
| ITEM CODE: 530025321050 | SEASON/YEAR:  3-SUMMER 2019 |
| | SUB-SEASON:  30-SUMMER |
| I 2OF 5/CARTON UPC:  00191060026366 | CAT/SUB-CAT:  53/17 |
| STYLE:  WP9BE53214MI | TRADEMARK:  NONE |
| BRAND NAME:  BASIC EDITIONS | COPYRIGHT REG. NO.:  N/A |
| INTL COMMODY CODE:  GDSM | MLTP CARTON IND:  001 |

WOW PIECE DYE CAPRI BLACK ONYX

| | SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|---|

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $90.93 | 393 | 393 | $10,453.80 |
| $26.600 | $26.600 | | | | |

| | | | | |
|---|---|---|---|---|
| PER CARTON | KGS:  2.858 | CBM:  0.017000 | AST PER INNER | 1 |
| | LBS:  6.300 | CU. FT.:  0.600 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 19.0" X W 13.0" X H 4.2" | | CASEPACK | | |

| | | |
|---|---|---|
| QUOTA CAT#:  348, RNONE | CASE # | FACTORY | EXPORTER |
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
HANGER PACK OF 7 PCS

| SHIPPING SCHEDULE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 286 | 286 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 107 | 107 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6010B PRICE - 0.1

OPC:            7

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 10

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | | TF2  TRIXIA FU |
|---|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 530025321167 | SEASON/YEAR:  3-SUMMER 2019 | WOW PIECE DYE CAPRI PERFECT KHAKI |
| | SUB-SEASON:  30-SUMMER | |
| I 2OF 5/CARTON UPC:  00191060026465 | CAT/SUB-CAT:  53/17 | |
| STYLE:  WP9BE53214MI | TRADEMARK:  NONE | SEARS DIV          SEARS ITEM          SEARS SKU |
| BRAND NAME:  BASIC EDITIONS | COPYRIGHT REG. NO.:  N/A | |
| INTL COMMODY CODE:  GDSM | MLTP CARTON IND:  001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $116.91 | 172 | 172 | $5,882.40 |
| $34.200 | $34.200 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| PER CARTON | KGS:  3.810 | CBM:  0.020238 | | AST PER INNER | 1 |
| | LBS:  8.400 | CU. FT.:  0.715 | | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 19.0" X W 13.0" X H 5.0" | | CASEPACK | | | |

QUOTA CAT#:  348, RNONE

CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:

ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 9 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 16-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 100 | 100 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 72 | 72 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6010B PRICE - 0.1

OPC:                    9

KMART CORPORATION                                P U R C H A S E   O R D E R                                Page : 11

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | | TF2  TRIXIA FU |
|---|---|---|---|

DESCRIPTION

ITEM CODE: 530025321316
SEASON/YEAR:  3-SUMMER 2019       WOW PIECE DYE CAPRI CALYPSO CORAL
SUB-SEASON:  30-SUMMER

I 2OF 5/CARTON UPC:  00191060026571
CAT/SUB-CAT:  53/17

STYLE:  WP9BE53214MI
TRADEMARK:  NONE                    SEARS DIV            SEARS ITEM            SEARS SKU

BRAND NAME:  BASIC EDITIONS
COPYRIGHT REG. NO.:  N/A

INTL COMMODY CODE:  GDSM
MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $129.90 | 2 | 2 | $76.00 |
| $38.000 | $38.000 | | | | |

| | KGS:  4.082 | CBM:  0.021250 | AST PER INNER | 1 |
|---|---|---|---|---|
| PER CARTON | LBS:  9.000 | CU. FT.:  0.750 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 19.0" X W 13.0" X H 5.25" | | CASEPACK | | |

QUOTA CAT#:  348, RNONE                                          CASE #            FACTORY            EXPORTER

SPECIAL TRADE INDICATOR:                                   ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
HANGER PACK OF 10 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 2 | 2 | L |

DETAIL DESCRIPTION-
STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6010B PRICE - 0.1

OPC:                    10

KMART CORPORATION                              P U R C H A S E   O R D E R                                    Page : 12

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 530025321910              SEASON/YEAR: 3-SUMMER 2019         WOW PIECE DYE CAPRI BLUE BELL

                                                 SUB-SEASON: 30-SUMMER

I 2OF 5/CARTON UPC: 00191060026687           CAT/SUB-CAT: 53/17

      STYLE: WP9BE53214MI              TRADEMARK: NONE            SEARS DIV           SEARS ITEM           SEARS SKU

BRAND NAME: BASIC EDITIONS          COPYRIGHT REG. NO.: N/A

INTL COMMODY
CODE: GDSM                           MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $129.90 | 2 | 2 | $76.00 |
| $38.000 | $38.000 | | | | |

PER CARTON    KGS:    4.082        CBM:    0.021250           AST PER INNER              1

             LBS:    9.000        CU. FT.:   0.750            INNERS PER OUTER CARTON        1

OUTER CARTON DIMENSIONS           PACKING INSTRUCTION:          AST PER MASTER SHIPPING CTN    1

   L 19.0" X W 13.0" X H 5.25"              CASEPACK

QUOTA CAT#: 348, RNONE                                  CASE #            FACTORY          EXPORTER

SPECIAL TRADE
INDICATOR:                                       ANTI-DUMPING:

                                                      COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 10 PCS

| | | | | S H I P P I N G   S C H E D U L E | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 2 | 2 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6010B PRICE - 0.1

OPC:        10

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 13

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

WOW PIECE DYE CAPRI MARITIME BLUE

| | |
|---|---|
| ITEM CODE: `530028962827 | SEASON/YEAR:  3-SUMMER 2019 |
| | SUB-SEASON:  30-SUMMER |
| I 2OF 5/CARTON UPC:  00191060022771 | CAT/SUB-CAT:  53/17 |
| STYLE:  WP9BE53214MI | TRADEMARK:  NONE |
| BRAND NAME:  BASIC EDITIONS | COPYRIGHT REG. NO.:  N/A |
| INTL COMMODY CODE:  GDSM | MLTP CARTON IND:  001 |

| | SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|---|

| **FOB PRICE** | | **SELL PRICE** | **TOTAL CARTONS** | **TOTAL AST** | **TOTAL COST OF ITEM** |
|---|---|---|---|---|---|
| **PER AST** | **PER CARTON** | $103.92 | 185 | 185 | $5,624.00 |
| $30.400 | $30.400 | | | | |

| | | | | |
|---|---|---|---|---|
| **PER CARTON** | KGS:  3.198 | CBM:  0.019024 | AST PER INNER | 1 |
| | LBS:  7.050 | CU. FT.:  0.672 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 19.0" X W 13.0" X H 4.7" | | CASEPACK | | |

| | | | | |
|---|---|---|---|---|
| QUOTA CAT#:  348, RNONE | | | **CASE #** | **FACTORY** | **EXPORTER** |
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 08 PCS PER CARTON

| **S H I P P I N G   S C H E D U L E** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 148 | 148 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 37 | 37 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6010B PRICE - 0.1

OPC:                    8

KMART CORPORATION

P U R C H A S E   O R D E R

Page : 14

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | | TF2  TRIXIA FU |
|---|---|---|---|

**DESCRIPTION**

WOW PIECE DYE CAPRI MARITIME BLUE

| | | | | | |
|---|---|---|---|---|---|
| ITEM CODE: 5300289628835 | SEASON/YEAR: 3-SUMMER 2019 | | | | |
| | SUB-SEASON: 30-SUMMER | | | | |
| I 2OF 5/CARTON UPC: 00191060022788 | CAT/SUB-CAT: 53/17 | | | | |
| STYLE: WP9BE53214MI | TRADEMARK: NONE | | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: BASIC EDITIONS | COPYRIGHT REG. NO.: N/A | | | | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $129.90 | 132 | 132 | $5,016.00 |
| $38.000 | $38.000 | | | | |

| | KGS: | 3.747 | CBM: | 0.021250 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| PER CARTON | LBS: | 8.260 | CU. FT.: | 0.750 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 19.0" X W 13.0" X H 5.25" | | | CASEPACK | | | |

| QUOTA CAT#: 348, RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 10 PCS PER CARTON

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2016 | 25-DEC-2018 | 22-FEB-2019 | A | 61 | 61 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 71 | 71 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6010B PRICE - 0.1

OPC:            10

KMART CORPORATION                                   P U R C H A S E   O R D E R                                   Page : 15

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | TF2  TRIXIA FU |
|---|---|---|

DESCRIPTION

ITEM CODE: 530028963098             SEASON/YEAR: 3-SUMMER 2019        WOW PIECE DYE CAPRI BLACK ONYX

                                    SUB-SEASON: 30-SUMMER

I 2OF 5/CARTON UPC: 00191060022863   CAT/SUB-CAT: 53/17

STYLE: WP9BE53214MI                 TRADEMARK: NONE              SEARS DIV            SEARS ITEM            SEARS SKU

BRAND NAME: BASIC EDITIONS          COPYRIGHT REG. NO.: N/A

INTL COMMODY CODE: GDSM             MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $103.92 | 193 | 193 | $5,867.20 |
| $30.400 | $30.400 | | | | |

PER CARTON       KGS:  3.198       CBM:   0.019024           AST PER INNER            1

                 LBS:  7.050       CU. FT.:  0.672           INNERS PER OUTER CARTON  1

OUTER CARTON DIMENSIONS            PACKING INSTRUCTION:       AST PER MASTER SHIPPING CTN  1

  L 19.0" X W 13.0" X H 4.7"                CASEPACK

QUOTA CAT#:  348, RNONE                                       CASE #           FACTORY         EXPORTER

SPECIAL TRADE                                    ANTI-DUMPING:
INDICATOR:
                                                 COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 08 PCS PER CARTON

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 156 | 156 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 37 | 37 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6010B PRICE - 0.1

OPC:            8

KMART CORPORATION                      P U R C H A S E   O R D E R                                    Page : 16

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 530028963122 | SEASON/YEAR:  3-SUMMER 2019 | WOW PIECE DYE CAPRI BLACK ONYX |
| | SUB-SEASON:  30-SUMMER | |
| I 2OF 5/CARTON UPC:  0019106022870 | CAT/SUB-CAT:  53/17 | |
| STYLE:  WP9BE53214MI | TRADEMARK:  NONE | SEARS DIV          SEARS ITEM          SEARS SKU |
| BRAND NAME:  BASIC EDITIONS | COPYRIGHT REG. NO.:  N/A | |
| INTL COMMODY CODE:  GDSM | MLTP CARTON IND:  001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $129.90 | 132 | 132 | $5,016.00 |
| $38.000 | $38.000 | | | | |

| | | | | |
|---|---|---|---|---|
| PER CARTON | KGS:  3.747 | CBM:  0.021250 | AST PER INNER | 1 |
| | LBS:  8.260 | CU. FT.:  0.750 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 19.0" X W 13.0" X H 5.25" | | CASEPACK | | |

QUOTA CAT#:  348, RNONE                                           CASE #              FACTORY              EXPORTER

SPECIAL TRADE
INDICATOR:                              ANTI-DUMPING:

                                        COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 10 PCS PER CARTON

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 61 | 61 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 71 | 71 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6010B PRICE - 0.1

OPC:              10

KMART CORPORATION                          P U R C H A S E   O R D E R                                    Page : 17

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

WOW PIECE DYE CAPRI PERFECT KHAKI

| | | | |
|---|---|---|---|
| ITEM CODE: 530028963205 | SEASON/YEAR: 3-SUMMER 2019 | | |
| | SUB-SEASON: 30-SUMMER | | |
| I 2OF 5/CARTON UPC: 00191060022931 | CAT/SUB-CAT: 53/17 | | |
| STYLE: WP9BE53214MI | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: BASIC EDITIONS | COPYRIGHT REG. NO.: N/A | | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $77.94 | 49 | 49 | $1,117.20 |
| $22.800 | $22.800 | | | | |

| PER CARTON | KGS: 2.549 | CBM: 0.014369 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 5.620 | CU. FT.: 0.507 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 19.0" X W 13.0" H 3.55" | | CASEPACK | | |

| QUOTA CAT#:  348, RNONE | CASE # | FACTORY | EXPORTER |
|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 06 PCS PER CARTON

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 26 | 26 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 23 | 23 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 60108 PRICE - 0.1

OPC:              6

KMART CORPORATION                                    P U R C H A S E   O R D E R                                    Page : 18

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 530028963221            SEASON/YEAR:  3-SUMMER 2019        WOW PIECE DYE CAPRI PERFECT KHAKI

                                    SUB-SEASON:  30-SUMMER

I 2OF 5/CARTON UPC: 00191060022955      CAT/SUB-CAT:  53/17

STYLE: WP9BE53214MI            TRADEMARK:  NONE              SEARS DIV            SEARS ITEM            SEARS SKU

BRAND NAME: BASIC EDITIONS      COPYRIGHT REG. NO.:  N/A

INTL COMMODY CODE: GDSM          MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $90.93 | 311 | 311 | $8,272.60 |
| $26.600 | $26.600 | | | | |

PER CARTON        KGS:    2.826        CBM:    0.016595            AST PER INNER            1

                  LBS:    6.230        CU. FT.:  0.586            INNERS PER OUTER CARTON    1

OUTER CARTON DIMENSIONS              PACKING INSTRUCTION:        AST PER MASTER SHIPPING CTN  1

    L 19.0" X W 13.0" X H 4.1"              CASEPACK

QUOTA CAT#:  348, RNONE                              CASE #            FACTORY            EXPORTER

SPECIAL TRADE INDICATOR:                            ANTI-DUMPING:

                                                    COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 07 PCS PER CARTON

| | | | S H I P P I N G   S C H E D U L E | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PG)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 268 | 268 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 43 | 43 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6010B PRICE - 0.1

OPC:            7

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 19

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

| | |
|---|---|
| ITEM CODE: 530028963304 | SEASON/YEAR:  3-SUMMER 2019 |
| | SUB-SEASON:  30-SUMMER |
| I 2OF 5/CARTON UPC:  0019106023020 | CAT/SUB-CAT: 53/17 |
| STYLE:  WP9BE53214MI | TRADEMARK:  NONE |
| BRAND NAME:  BASIC EDITIONS | COPYRIGHT REG. NO.:  N/A |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND:  001 |

WOW PIECE DYE CAPRI CALYPSO CORAL

| SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $77.94 | 337 | 337 | $7,683.60 |
| $22.800 | $22.800 | | | | |

| | | | | |
|---|---|---|---|---|
| PER CARTON | KGS:  2.549 | CBM:  0.014369 | AST PER INNER | 1 |
| | LBS:  5.620 | CU. FT.:  0.507 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 19.0" X W 13.0" X H 3.55" | | CASEPACK | | |

| QUOTA CAT#:  348, RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | | |
| | COUNTERVAILING: | | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
HANGER PACK - 06 PCS PER CARTON

| **S H I P P I N G   S C H E D U L E** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 229 | 229 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 108 | 108 | L |

DETAIL DESCRIPTION-
STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6010B PRICE - 0.1

OPC:              6

KMART CORPORATION                                  P U R C H A S E   O R D E R                                  Page : 20

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 530028963494

SEASON/YEAR:  3-SUMMER 2019

WOW PIECE DYE CAPRI CALYPSO CORAL

SUB-SEASON:  30-SUMMER

I 2OF 5/CARTON UPC:  00191060023037

CAT/SUB-CAT:  53/17

STYLE:  WP9BE53214MI

TRADEMARK:  NONE

SEARS DIV          SEARS ITEM          SEARS SKU

BRAND NAME:  BASIC EDITIONS

COPYRIGHT REG. NO.:  N/A

INTL COMMODY CODE:  GDSM

MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $103.92 | 285 | 285 | $8,664.00 |
| $30.400 | $30.400 | | | | |

| | KGS: | 3.198 | CBM: | 0.019024 | AST PER INNER | 1 |
PER CARTON | LBS: | 7.050 | CU. FT.: | 0.672 | INNERS PER OUTER CARTON | 1 |

OUTER CARTON DIMENSIONS          PACKING INSTRUCTION:          AST PER MASTER SHIPPING CTN   1

L 19.0" X W 13.0" X H 4.7"          CASEPACK

QUOTA CAT#:  348, RNONE                              CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:                              ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 08 PCS PER CARTON

| S H I P P I N G   S C H E D U L E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 194 | 194 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 91 | 91 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6010B PRICE - 0.1

OPC:               8

KMART CORPORATION                          **P U R C H A S E   O R D E R**                          Page : 21

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 530028963734 | SEASON/YEAR:  3-SUMMER 2019 | WOW PIECE DYE CAPRI BLUE BELL |
| | SUB-SEASON:  30-SUMMER | |
| I 2OF 5/CARTON UPC:  00191060023112 | CAT/SUB-CAT: 53/17 | |
| STYLE:  WP9BE53214MI | TRADEMARK:  NONE | SEARS DIV          SEARS ITEM          SEARS SKU |
| BRAND NAME:  BASIC EDITIONS | COPYRIGHT REG. NO.:  N/A | |
| INTL COMMODY CODE:  GDSM | MLTP CARTON IND:  001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $77.94 | 337 | 337 | $7,683.60 |
| $22.800 | $22.800 | | | | |

| PER CARTON | KGS: 2.549 | CBM: 0.014369 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 5.620 | CU. FT.: 0.507 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 19.0" X W 13.0" X H 3.55" | | CASEPACK | | |

QUOTA CAT#:  348, RNONE                                        CASE #                FACTORY                EXPORTER

SPECIAL TRADE
INDICATOR:                                ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 06 PCS PER CARTON

| S H I P P I N G   S C H E D U L E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 229 | 229 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 108 | 108 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6010B PRICE - 0.1

OPC:                    6

KMART CORPORATION                                    P U R C H A S E   O R D E R                                    Page : 22

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 530028963742 | SEASON/YEAR:  3-SUMMER 2019 | WOW PIECE DYE CAPRI BLUE BELL |
| | SUB-SEASON:  30-SUMMER | |
| I 2OF 5/CARTON UPC:  00191060023129 | CAT/SUB-CAT:  53/17 | |
| STYLE:  WP9BE53214MI | TRADEMARK:  NONE | SEARS DIV          SEARS ITEM          SEARS SKU |
| BRAND NAME:  BASIC EDITIONS | COPYRIGHT REG. NO.:  N/A | |
| INTL COMMODY CODE:  GDSM | MLTP CARTON IND:  001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $103.92 | 279 | 279 | $8,481.60 |
| $30.400 | $30.400 | | | | |

| | | | | |
|---|---|---|---|---|
| PER CARTON | KGS:  3.198 | CBM:  0.019024 | AST PER INNER | 1 |
| | LBS:  7.050 | CU. FT.:  0.672 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 19.0" X W 13.0" X H 4.7" | | CASEPACK | | |

QUOTA CAT#:  348, RNONE                                              CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:                          ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 08 PCS PER CARTON

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 188 | 188 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 91 | 91 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6010B PRICE - 0.1

OPC:                    8

KMART CORPORATION                          P U R C H A S E   O R D E R                                    Page : 23

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 530028963825

SEASON/YEAR:  3-SUMMER 2019          WOW PIECE DYE CAPRI OLIVE NIGHT

SUB-SEASON:  30-SUMMER

I 2OF 5/CARTON UPC:  00191060023204

CAT/SUB-CAT:  53/17

STYLE:  WP9BE53214MI

TRADEMARK:  NONE          SEARS DIV          SEARS ITEM          SEARS SKU

BRAND NAME:  BASIC EDITIONS

COPYRIGHT REG. NO.:  N/A

INTL COMMODY CODE:  GDSM

MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $77.94 | 264 | 264 | $6,019.20 |
| $22.800 | $22.800 | | | | |

| PER CARTON | KGS: | 2.549 | CBM: | 0.014369 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| | LBS: | 5.620 | CU. FT.: | 0.507 | INNERS PER OUTER CARTON | 1 |

OUTER CARTON DIMENSIONS                    PACKING INSTRUCTION:                    AST PER MASTER SHIPPING CTN    1

L 19.0" X W 13.0" X H 3.55"                        CASEPACK

QUOTA CAT#:  348, RNONE                                            CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:                          ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 06 PCS PER CARTON

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 194 | 194 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 70 | 70 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6010B PRICE - 0.1

OPC:                    6

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 24

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | TF2  TRIXIA FU |
|---|---|---|

DESCRIPTION

WOW PIECE DYE CAPRI OLIVE NIGHT

ITEM CODE: 530028963841

SEASON/YEAR:  3-SUMMER 2019
SUB-SEASON:  30-SUMMER
CAT/SUB-CAT:  53/17

I 2OF 5/CARTON UPC:  00191060023211

STYLE:  WP9BE53214MI  TRADEMARK:  NONE

SEARS DIV          SEARS ITEM          SEARS SKU

BRAND NAME:  BASIC EDITIONS  COPYRIGHT REG. NO.:  N/A

INTL COMMODY CODE:  GDSM  MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $103.92 | 258 | 258 | $7,843.20 |
| $30.400 | $30.400 | | | | |

|  | KGS: | 3.196 | CBM: | 0.019024 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| PER CARTON | LBS: | 7.050 | CU. FT.: | 0.672 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 19.0" X W 13.0" X H 4.7" | | | CASEPACK | | | |

QUOTA CAT#:  348, RNONE          CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:          ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK- 08 PCS PER CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 194 | 194 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 64 | 64 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6010B PRICE - 0.1

OPC:          8

KMART CORPORATION                    **P U R C H A S E   O R D E R**                    Page : 25

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | TF2  TRIXIA FU |
|---|---|---|

| | | DESCRIPTION |
|---|---|---|

ITEM CODE: 530028964690          SEASON/YEAR:  3-SUMMER 2019          WOW PIECE DYE CAPRI OLIVE NIGHT

SUB-SEASON:  30-SUMMER

I 2OF 5/CARTON UPC:  00191060023235          CAT/SUB-CAT:  53/17

STYLE:  WP9BE53214MI          TRADEMARK:  NONE          SEARS DIV          SEARS ITEM          SEARS SKU

BRAND NAME:  BASIC EDITIONS          COPYRIGHT REG. NO.:  N/A

INTL COMMODY CODE:  GDSM          MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $129.90 | 18 | 18 | $684.00 |
| $38.000 | $38.000 | | | | |

PER CARTON          KGS:  3.747          CBM:  0.021250          AST PER INNER          1

LBS:  8.260          CU. FT.:  0.750          INNERS PER OUTER CARTON          1

OUTER CARTON DIMENSIONS          PACKING INSTRUCTION:          AST PER MASTER SHIPPING CTN          1

L 19.0" X W 13.0" X H 5.25"          CASEPACK

QUOTA CAT#:  348, RNONE          CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:          ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 10 PCS PER CARTON

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 601 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 11 | 11 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 7 | 7 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9BE53214MI
DESCRIPTION : WOW PIECE DYE CAPRI
DETAILS OF THE GARMENT- DESCRIPTION: LADIES PULL ON GARMENT DYED CAPRI PANT
2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTICATED
WAIST BAND SELF FABRIC DRAWCORD AT WAISTBAND
BODY LENGTH- FROM WAIST TO CALF LENGTH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6010B PRICE - 0.1

OPC:          10

KMART CORPORATION                                 **P U R C H A S E   O R D E R**                                         Page : 26

| ORDER DATE : 12-SEP-2018          ORDER NO : IN43S | TF2  TRIXIA FU |
|---|---|

**ITEM CODE:  530025222100**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2896313-0 | | | | | | - | | | | COTTON | 100% | |
| 2896314-8 | | | | | | - | | | | COTTON | 100% | |
| 2896315-5 | | | | | | - | | | | COTTON | 100% | |
| 2896316-3 | | | | | | - | | | | COTTON | 100% | |
| 2896319-7 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:  530025222084**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2896266-0 | | | | | | - | | | | COTTON | 100% | |
| 2896267-8 | | | | | | - | | | | COTTON | 100% | |
| 2896276-9 | | | | | | - | | | | COTTON | 100% | |
| 2896277-7 | | | | | | - | | | | COTTON | 100% | |
| 2896278-5 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:  530028963221**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2896313-0 | | | | | | - | | | | COTTON | 100% | |
| 2896314-8 | | | | | | - | | | | COTTON | 100% | |
| 2896315-5 | | | | | | - | | | | COTTON | 100% | |
| 2896316-3 | | | | | | - | | | | COTTON | 100% | |
| 2896319-7 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:  530028963825**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2896377-5 | | | | | | - | | | | COTTON | 100% | |
| 2896378-3 | | | | | | - | | | | COTTON | 100% | |
| 2896379-1 | | | | | | - | | | | COTTON | 100% | |
| 2896380-9 | | | | | | - | | | | COTTON | 100% | |
| 2896381-7 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:  530028963494**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2896324-7 | | | | | | - | | | | COTTON | 100% | |
| 2896326-2 | | | | | | - | | | | COTTON | 100% | |
| 2896327-0 | | | | | | - | | | | COTTON | 100% | |
| 2896328-8 | | | | | | - | | | | COTTON | 100% | |
| 2896329-6 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:  530028963734**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2896352-8 | | | | | | - | | | | COTTON | 100% | |
| 2896353-6 | | | | | | - | | | | COTTON | 100% | |
| 2896355-1 | | | | | | - | | | | COTTON | 100% | |
| 2896356-9 | | | | | | - | | | | COTTON | 100% | |
| 2896357-7 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:  530028963304**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2896324-7 | | | | | | - | | | | COTTON | 100% | |
| 2896326-2 | | | | | | - | | | | COTTON | 100% | |
| 2896327-0 | | | | | | - | | | | COTTON | 100% | |
| 2896328-6 | | | | | | - | | | | COTTON | 100% | |
| 2896329-6 | | | | | | - | | | | COTTON | 100% | |

KMART CORPORATION                                  **P U R C H A S E   O R D E R**                                  Page : 27

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | TF2  TRIXIA FU |
|---|---|---|

**ITEM CODE:** 530025222092

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2896284-3 | | | | | | - | | | | COTTON | 100% | |
| 2896285-0 | | | | | | - | | | | COTTON | 100% | |
| 2896286-8 | | | | | | - | | | | COTTON | 100% | |
| 2896287-6 | | | | | | - | | | | COTTON | 100% | |
| 2896304-9 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:** 530025222134

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2896324-7 | | | | | | - | | | | COTTON | 100% | |
| 2896326-2 | | | | | | - | | | | COTTON | 100% | |
| 2896327-0 | | | | | | - | | | | COTTON | 100% | |
| 2896328-8 | | | | | | - | | | | COTTON | 100% | |
| 2896329-6 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:** 530028963122

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2896284-3 | | | | | | - | | | | COTTON | 100% | |
| 2896285-0 | | | | | | - | | | | COTTON | 100% | |
| 2896286-8 | | | | | | - | | | | COTTON | 100% | |
| 2896287-6 | | | | | | - | | | | COTTON | 100% | |
| 2896304-9 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:** 530028963841

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2896377-5 | | | | | | - | | | | COTTON | 100% | |
| 2896378-3 | | | | | | - | | | | COTTON | 100% | |
| 2896379-1 | | | | | | - | | | | COTTON | 100% | |
| 2896380-9 | | | | | | - | | | | COTTON | 100% | |
| 2896381-7 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:** 530025222225

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2896352-8 | | | | | | - | | | | COTTON | 100% | |
| 2896353-6 | | | | | | - | | | | COTTON | 100% | |
| 2896355-1 | | | | | | - | | | | COTTON | 100% | |
| 2896356-9 | | | | | | - | | | | COTTON | 100% | |
| 2896357-7 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:** 530028963098

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2896284-3 | | | | | | - | | | | COTTON | 100% | |
| 2896285-0 | | | | | | - | | | | COTTON | 100% | |
| 2896286-8 | | | | | | - | | | | COTTON | 100% | |
| 2896287-6 | | | | | | - | | | | COTTON | 100% | |
| 2896304-9 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:** 530028963742

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2896352-8 | | | | | | - | | | | COTTON | 100% | |
| 2896353-6 | | | | | | - | | | | COTTON | 100% | |
| 2896355-1 | | | | | | - | | | | COTTON | 100% | |
| 2896356-9 | | | | | | - | | | | COTTON | 100% | |
| 2896357-7 | | | | | | - | | | | COTTON | 100% | |

KMART CORPORATION                    **P U R C H A S E   O R D E R**                                                    Page : 28

| ORDER DATE : 12-SEP-2018        ORDER NO : IN43S | TF2  TRIXIA FU |
| --- | --- |

**ITEM CODE:** 530025222274

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2896377-5 | | | | | | - | | | | COTTON | 100% | |
| 2896378-3 | | | | | | - | | | | COTTON | 100% | |
| 2896379-1 | | | | | | - | | | | COTTON | 100% | |
| 2896380-9 | | | | | | - | | | | COTTON | 100% | |
| 2896381-7 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:** 530025321027

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2896266-0 | | | | | | - | | | | COTTON | 100% | |
| 2896267-8 | | | | | | - | | | | COTTON | 100% | |
| 2896276-9 | | | | | | - | | | | COTTON | 100% | |
| 2896277-7 | | | | | | - | | | | COTTON | 100% | |
| 2896278-5 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:** 530025321050

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2896284-3 | | | | | | - | | | | COTTON | 100% | |
| 2896285-0 | | | | | | - | | | | COTTON | 100% | |
| 2896286-8 | | | | | | - | | | | COTTON | 100% | |
| 2896287-6 | | | | | | - | | | | COTTON | 100% | |
| 2896304-9 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:** 530025321167

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2896313-0 | | | | | | - | | | | COTTON | 100% | |
| 2896314-8 | | | | | | - | | | | COTTON | 100% | |
| 2896315-5 | | | | | | - | | | | COTTON | 100% | |
| 2896316-3 | | | | | | - | | | | COTTON | 100% | |
| 2896319-7 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:** 530028964690

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2896377-5 | | | | | | - | | | | COTTON | 100% | |
| 2896378-3 | | | | | | - | | | | COTTON | 100% | |
| 2896379-1 | | | | | | - | | | | COTTON | 100% | |
| 2896380-9 | | | | | | - | | | | COTTON | 100% | |
| 2896381-7 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:** 530028962835

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2896266-0 | | | | | | - | | | | COTTON | 100% | |
| 2896267-8 | | | | | | - | | | | COTTON | 100% | |
| 2896276-9 | | | | | | - | | | | COTTON | 100% | |
| 2896277-7 | | | | | | - | | | | COTTON | 100% | |
| 2896278-5 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:** 530025321316

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2896324-7 | | | | | | - | | | | COTTON | 100% | |
| 2896326-2 | | | | | | - | | | | COTTON | 100% | |
| 2896327-0 | | | | | | - | | | | COTTON | 100% | |
| 2896328-8 | | | | | | - | | | | COTTON | 100% | |
| 2896329-6 | | | | | | - | | | | COTTON | 100% | |

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 29

| ORDER DATE :  12-SEP-2018 | ORDER NO :  IN43S | TF2  TRIXIA FU |
|---|---|---|

**ITEM CODE:  530028963205**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2896313-0 | | | | | | - | | | | COTTON | 100% | |
| 2896314-8 | | | | | | - | | | | COTTON | 100% | |
| 2896315-5 | | | | | | - | | | | COTTON | 100% | |
| 2896316-3 | | | | | | - | | | | COTTON | 100% | |
| 2896319-7 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:  530025321910**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2896352-8 | | | | | | - | | | | COTTON | 100% | |
| 2896353-6 | | | | | | - | | | | COTTON | 100% | |
| 2896355-1 | | | | | | - | | | | COTTON | 100% | |
| 2896356-9 | | | | | | - | | | | COTTON | 100% | |
| 2896357-7 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE:  530028962827**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2896266-0 | | | | | | - | | | | COTTON | 100% | |
| 2896267-8 | | | | | | - | | | | COTTON | 100% | |
| 2896276-9 | | | | | | - | | | | COTTON | 100% | |
| 2896277-7 | | | | | | - | | | | COTTON | 100% | |
| 2896278-5 | | | | | | - | | | | COTTON | 100% | |

**ITEM CODE: 530025222100**          **ITEM: WOW PIECE DYE CAPRI PERFECT KHAKI**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE CAPRI S-PERFECT KHAKI | 2896313-0 | PERFECT KHAKI | SMALL | 1 | 3.800 | 12.99 | 191060022887 |
| SUB KSN DESC: WOW PIECE DYE CAPRI M-PERFECT KHAKI | 2896314-8 | PERFECT KHAKI | MEDIUM | 1 | 3.800 | 12.99 | 191060022894 |
| SUB KSN DESC: WOW PIECE DYE CAPRI L-PERFECT KHAKI | 2896315-5 | PERFECT KHAKI | LARGE | 2 | 3.800 | 12.99 | 191060022900 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XL-PERFECT KHAKI | 2896316-3 | PERFECT KHAKI | X LARGE | 2 | 3.800 | 12.99 | 191060022917 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XXL-PERFECT KHAKI | 2896319-7 | PERFECT KHAKI | XX LARGE | 1 | 3.800 | 12.99 | 191060022924 |
| | | TOTAL | | 7 | 26.600 | 90.93 | |

**ITEM CODE: 530025222084**          **ITEM: WOW PIECE DYE CAPRI MARITIME BLUE**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE CAPRI S-MARITIME BLUE | 2896266-0 | MARITIME BLUE | SMALL | 1 | 3.800 | 12.99 | 191060022702 |
| SUB KSN DESC: WOW PIECE DYE CAPRI M-MARITIME BLUE | 2896267-8 | MARITIME BLUE | MEDIUM | 2 | 3.800 | 12.99 | 191060022719 |
| SUB KSN DESC: WOW PIECE DYE CAPRI L-MARITIME BLUE | 2896276-9 | MARITIME BLUE | LARGE | 2 | 3.800 | 12.99 | 191060022726 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XL-MARITIME BLUE | 2896277-7 | MARITIME BLUE | X LARGE | 1 | 3.800 | 12.99 | 191060022733 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XXL-MARITIME BLUE | 2896278-5 | MARITIME BLUE | XX LARGE | 1 | 3.800 | 12.99 | 191060022740 |
| | | TOTAL | | 7 | 26.600 | 90.93 | |

KMART CORPORATION

**P U R C H A S E  O R D E R**

Page : 30

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | TF2  TRIXIA FU |
|---|---|---|

**ITEM CODE: 530028963221**     ITEM: WOW PIECE DYE CAPRI PERFECT KHAKI

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE CAPRI S-PERFECT KHAKI | 2896313-0 | PERFECT KHAKI | SMALL | 1 | 3.800 | 12.99 | 191060022887 |
| SUB KSN DESC: WOW PIECE DYE CAPRI M-PERFECT KHAKI | 2896314-8 | PERFECT KHAKI | MEDIUM | 2 | 3.800 | 12.99 | 191060022894 |
| SUB KSN DESC: WOW PIECE DYE CAPRI L-PERFECT KHAKI | 2896315-5 | PERFECT KHAKI | LARGE | 2 | 3.800 | 12.99 | 191060022900 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XL-PERFECT KHAKI | 2896316-3 | PERFECT KHAKI | X LARGE | 1 | 3.800 | 12.99 | 191060022917 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XXL-PERFECT KHAKI | 2896319-7 | PERFECT KHAKI | XX LARGE | 1 | 3.800 | 12.99 | 191060022924 |
| | | TOTAL | | 7 | 26.600 | 90.93 | |

**ITEM CODE: 530028963825**     ITEM: WOW PIECE DYE CAPRI OLIVE NIGHT

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE CAPRI S-OLIVE NIGHT | 2896377-5 | OLIVE NIGHT | SMALL | 1 | 3.800 | 12.99 | 191060023150 |
| SUB KSN DESC: WOW PIECE DYE CAPRI M-OLIVE NIGHT | 2896378-3 | OLIVE NIGHT | MEDIUM | 1 | 3.800 | 12.99 | 191060023167 |
| SUB KSN DESC: WOW PIECE DYE CAPRI L-OLIVE NIGHT | 2896379-1 | OLIVE NIGHT | LARGE | 2 | 3.800 | 12.99 | 191060023174 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XL-OLIVE NIGHT | 2896380-9 | OLIVE NIGHT | X LARGE | 1 | 3.800 | 12.99 | 191060023181 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XXL-OLIVE NIGHT | 2896381-7 | OLIVE NIGHT | XX LARGE | 1 | 3.800 | 12.99 | 191060023198 |
| | | TOTAL | | 6 | 22.800 | 77.94 | |

**ITEM CODE: 530028963494**     ITEM: WOW PIECE DYE CAPRI CALYPSO CORAL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE CAPRI S-CALYPSO CORAL | 2896324-7 | CALYPSO CORAL | SMALL | 1 | 3.800 | 12.99 | 191060022979 |
| SUB KSN DESC: WOW PIECE DYE CAPRI M-CALYPSO CORAL | 2896326-2 | CALYPSO CORAL | MEDIUM | 2 | 3.800 | 12.99 | 191060022986 |
| SUB KSN DESC: WOW PIECE DYE CAPRI L-CALYPSO CORAL | 2896327-0 | CALYPSO CORAL | LARGE | 2 | 3.800 | 12.99 | 191060022993 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XL-CALYPSO CORAL | 2896328-8 | CALYPSO CORAL | X LARGE | 2 | 3.800 | 12.99 | 191060023006 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XXL-CALYPSO CORAL | 2896329-6 | CALYPSO CORAL | XX LARGE | 1 | 3.800 | 12.99 | 191060023013 |
| | | TOTAL | | 8 | 30.400 | 103.92 | |

**ITEM CODE: 530028963734**     ITEM: WOW PIECE DYE CAPRI BLUE BELL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE CAPRI S-BLUE BELL | 2896352-8 | BLUE BELL | SMALL | 1 | 3.800 | 12.99 | 191060023068 |
| SUB KSN DESC: WOW PIECE DYE CAPRI M-BLUE BELL | 2896353-6 | BLUE BELL | MEDIUM | 1 | 3.800 | 12.99 | 191060023075 |
| SUB KSN DESC: WOW PIECE DYE CAPRI L-BLUE BELL | 2896355-1 | BLUE BELL | LARGE | 2 | 3.800 | 12.99 | 191060023082 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XL-BLUE BELL | 2896356-9 | BLUE BELL | X LARGE | 1 | 3.800 | 12.99 | 191060023099 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XXL-BLUE BELL | 2896357-7 | BLUE BELL | XX LARGE | 1 | 3.800 | 12.99 | 191060023105 |
| | | TOTAL | | 6 | 22.800 | 77.94 | |

KMART CORPORATION                              P U R C H A S E   O R D E R                                        Page : 31

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | TF2 TRIXIA FU |
|---|---|---|

**ITEM CODE: 530028963304**          ITEM: WOW PIECE DYE CAPRI CALYPSO CORAL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE CAPRI S-CALYPSO CORAL | 2896324-7 | CALYPSO CORAL | SMALL | 1 | 3.800 | 12.99 | 191060022979 |
| SUB KSN DESC: WOW PIECE DYE CAPRI M-CALYPSO CORAL | 2896326-2 | CALYPSO CORAL | MEDIUM | 1 | 3.800 | 12.99 | 191060022986 |
| SUB KSN DESC: WOW PIECE DYE CAPRI L-CALYPSO CORAL | 2896327-0 | CALYPSO CORAL | LARGE | 2 | 3.800 | 12.99 | 191060022993 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XL-CALYPSO CORAL | 2896328-8 | CALYPSO CORAL | X LARGE | 1 | 3.800 | 12.99 | 191060023006 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XXL-CALYPSO CORAL | 2896329-6 | CALYPSO CORAL | XX LARGE | 1 | 3.800 | 12.99 | 191060023013 |
| | | TOTAL | | 6 | 22.800 | 77.94 | |

**ITEM CODE: 530025222092**          ITEM: WOW PIECE DYE CAPRI BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE CAPRI S-BLACK ONYX | 2896284-3 | BLACK ONYX | SMALL | 1 | 3.800 | 12.99 | 191060022795 |
| SUB KSN DESC: WOW PIECE DYE CAPRI M-BLACK ONYX | 2896285-0 | BLACK ONYX | MEDIUM | 2 | 3.800 | 12.99 | 191060022801 |
| SUB KSN DESC: WOW PIECE DYE CAPRI L-BLACK ONYX | 2896286-8 | BLACK ONYX | LARGE | 2 | 3.800 | 12.99 | 191060022818 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XL-BLACK ONYX | 2896287-6 | BLACK ONYX | X LARGE | 1 | 3.800 | 12.99 | 191060022825 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XXL-BLACK ONYX | 2896304-9 | BLACK ONYX | XX LARGE | 1 | 3.800 | 12.99 | 191060022832 |
| | | TOTAL | | 7 | 26.600 | 90.93 | |

**ITEM CODE: 530025222134**          ITEM: WOW PIECE DYE CAPRI CALYPSO CORAL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE CAPRI S-CALYPSO CORAL | 2896324-7 | CALYPSO CORAL | SMALL | 1 | 3.800 | 12.99 | 191060022979 |
| SUB KSN DESC: WOW PIECE DYE CAPRI M-CALYPSO CORAL | 2896326-2 | CALYPSO CORAL | MEDIUM | 2 | 3.800 | 12.99 | 191060022986 |
| SUB KSN DESC: WOW PIECE DYE CAPRI L-CALYPSO CORAL | 2896327-0 | CALYPSO CORAL | LARGE | 3 | 3.800 | 12.99 | 191060022993 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XL-CALYPSO CORAL | 2896328-8 | CALYPSO CORAL | X LARGE | 2 | 3.800 | 12.99 | 191060023006 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XXL-CALYPSO CORAL | 2896329-6 | CALYPSO CORAL | XX LARGE | 1 | 3.800 | 12.99 | 191060023013 |
| | | TOTAL | | 9 | 34.200 | 116.91 | |

**ITEM CODE: 530028963122**          ITEM: WOW PIECE DYE CAPRI BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE CAPRI S-BLACK ONYX | 2896284-3 | BLACK ONYX | SMALL | 1 | 3.800 | 12.99 | 191060022795 |
| SUB KSN DESC: WOW PIECE DYE CAPRI M-BLACK ONYX | 2896285-0 | BLACK ONYX | MEDIUM | 2 | 3.800 | 12.99 | 191060022801 |
| SUB KSN DESC: WOW PIECE DYE CAPRI L-BLACK ONYX | 2896286-8 | BLACK ONYX | LARGE | 3 | 3.800 | 12.99 | 191060022818 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XL-BLACK ONYX | 2896287-6 | BLACK ONYX | X LARGE | 3 | 3.800 | 12.99 | 191060022825 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XXL-BLACK ONYX | 2896304-9 | BLACK ONYX | XX LARGE | 1 | 3.800 | 12.99 | 191060022832 |
| | | TOTAL | | 10 | 38.000 | 129.90 | |

KMART CORPORATION                    **P U R C H A S E   O R D E R**                                        Page : 32

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | TF2  TRIXIA FU |
| --- | --- | --- |

ITEM CODE: 530028963841          ITEM: WOW PIECE DYE CAPRI OLIVE NIGHT

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: WOW PIECE DYE CAPRI S-OLIVE NIGHT | 2896377-5 | OLIVE NIGHT | SMALL | 1 | 3.800 | 12.99 | 191060023150 |
| SUB KSN DESC: WOW PIECE DYE CAPRI M-OLIVE NIGHT | 2896378-3 | OLIVE NIGHT | MEDIUM | 2 | 3.800 | 12.99 | 191060023167 |
| SUB KSN DESC: WOW PIECE DYE CAPRI L-OLIVE NIGHT | 2896379-1 | OLIVE NIGHT | LARGE | 2 | 3.800 | 12.99 | 191060023174 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XL-OLIVE NIGHT | 2896380-9 | OLIVE NIGHT | X LARGE | 2 | 3.800 | 12.99 | 191060023181 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XXL-OLIVE NIGHT | 2896381-7 | OLIVE NIGHT | XX LARGE | 1 | 3.800 | 12.99 | 191060023198 |
| | | TOTAL | | 8 | 30.400 | 103.92 | |

ITEM CODE: 530025222225          ITEM: WOW PIECE DYE CAPRI BLUE BELL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: WOW PIECE DYE CAPRI S-BLUE BELL | 2896352-8 | BLUE BELL | SMALL | 1 | 3.800 | 12.99 | 191060023068 |
| SUB KSN DESC: WOW PIECE DYE CAPRI M-BLUE BELL | 2896353-6 | BLUE BELL | MEDIUM | 2 | 3.800 | 12.99 | 191060023075 |
| SUB KSN DESC: WOW PIECE DYE CAPRI L-BLUE BELL | 2896355-1 | BLUE BELL | LARGE | 3 | 3.800 | 12.99 | 191060023082 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XL-BLUE BELL | 2896356-9 | BLUE BELL | X LARGE | 2 | 3.800 | 12.99 | 191060023099 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XXL-BLUE BELL | 2896357-7 | BLUE BELL | XX LARGE | 1 | 3.800 | 12.99 | 191060023105 |
| | | TOTAL | | 9 | 34.200 | 116.91 | |

ITEM CODE: 530028963098          ITEM: WOW PIECE DYE CAPRI BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: WOW PIECE DYE CAPRI S-BLACK ONYX | 2896284-3 | BLACK ONYX | SMALL | 1 | 3.800 | 12.99 | 191060022795 |
| SUB KSN DESC: WOW PIECE DYE CAPRI M-BLACK ONYX | 2896285-0 | BLACK ONYX | MEDIUM | 2 | 3.800 | 12.99 | 191060022801 |
| SUB KSN DESC: WOW PIECE DYE CAPRI L-BLACK ONYX | 2896286-8 | BLACK ONYX | LARGE | 2 | 3.800 | 12.99 | 191060022818 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XL-BLACK ONYX | 2896287-6 | BLACK ONYX | X LARGE | 2 | 3.800 | 12.99 | 191060022825 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XXL-BLACK ONYX | 2896304-9 | BLACK ONYX | XX LARGE | 1 | 3.800 | 12.99 | 191060022832 |
| | | TOTAL | | 8 | 30.400 | 103.92 | |

ITEM CODE: 530028963742          ITEM: WOW PIECE DYE CAPRI BLUE BELL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: WOW PIECE DYE CAPRI S-BLUE BELL | 2896352-8 | BLUE BELL | SMALL | 1 | 3.800 | 12.99 | 191060023068 |
| SUB KSN DESC: WOW PIECE DYE CAPRI M-BLUE BELL | 2896353-6 | BLUE BELL | MEDIUM | 2 | 3.800 | 12.99 | 191060023075 |
| SUB KSN DESC: WOW PIECE DYE CAPRI L-BLUE BELL | 2896355-1 | BLUE BELL | LARGE | 2 | 3.800 | 12.99 | 191060023082 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XL-BLUE BELL | 2896356-9 | BLUE BELL | X LARGE | 2 | 3.800 | 12.99 | 191060023099 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XXL-BLUE BELL | 2896357-7 | BLUE BELL | XX LARGE | 1 | 3.800 | 12.99 | 191060023105 |
| | | TOTAL | | 8 | 30.400 | 103.92 | |

KMART CORPORATION

**PURCHASE ORDER**

Page : 33

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | TF2  TRIXIA FU |
| --- | --- | --- |

ITEM CODE: 530025222274          ITEM: WOW PIECE DYE CAPRI OLIVE NIGHT

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: WOW PIECE DYE CAPRI S-OLIVE NIGHT | 2896377-5 | OLIVE NIGHT | SMALL | 1 | 3.800 | 12.99 | 191060023150 |
| SUB KSN DESC: WOW PIECE DYE CAPRI M-OLIVE NIGHT | 2896378-3 | OLIVE NIGHT | MEDIUM | 2 | 3.800 | 12.99 | 191060023167 |
| SUB KSN DESC: WOW PIECE DYE CAPRI L-OLIVE NIGHT | 2896379-1 | OLIVE NIGHT | LARGE | 3 | 3.800 | 12.99 | 191060023174 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XL-OLIVE NIGHT | 2896380-9 | OLIVE NIGHT | X LARGE | 2 | 3.800 | 12.99 | 191060023181 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XXL-OLIVE NIGHT | 2896381-7 | OLIVE NIGHT | XX LARGE | 1 | 3.800 | 12.99 | 191060023198 |
| | | TOTAL | | 9 | 34.200 | 116.91 | |

ITEM CODE: 530025321027          ITEM: WOW PIECE DYE CAPRI MARITIME BLUE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: WOW PIECE DYE CAPRI S-MARITIME BLUE | 2896266-0 | MARITIME BLUE | SMALL | 1 | 3.800 | 12.99 | 191060022702 |
| SUB KSN DESC: WOW PIECE DYE CAPRI M-MARITIME BLUE | 2896267-8 | MARITIME BLUE | MEDIUM | 1 | 3.800 | 12.99 | 191060022719 |
| SUB KSN DESC: WOW PIECE DYE CAPRI L-MARITIME BLUE | 2896276-9 | MARITIME BLUE | LARGE | 2 | 3.800 | 12.99 | 191060022726 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XL-MARITIME BLUE | 2896277-7 | MARITIME BLUE | X LARGE | 2 | 3.800 | 12.99 | 191060022733 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XXL-MARITIME BLUE | 2896278-5 | MARITIME BLUE | XX LARGE | 1 | 3.800 | 12.99 | 191060022740 |
| | | TOTAL | | 7 | 26.600 | 90.93 | |

ITEM CODE: 530025321050          ITEM: WOW PIECE DYE CAPRI BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: WOW PIECE DYE CAPRI S-BLACK ONYX | 2896284-3 | BLACK ONYX | SMALL | 1 | 3.800 | 12.99 | 191060022795 |
| SUB KSN DESC: WOW PIECE DYE CAPRI M-BLACK ONYX | 2896285-0 | BLACK ONYX | MEDIUM | 1 | 3.800 | 12.99 | 191060022801 |
| SUB KSN DESC: WOW PIECE DYE CAPRI L-BLACK ONYX | 2896286-8 | BLACK ONYX | LARGE | 2 | 3.800 | 12.99 | 191060022818 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XL-BLACK ONYX | 2896287-6 | BLACK ONYX | X LARGE | 2 | 3.800 | 12.99 | 191060022825 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XXL-BLACK ONYX | 2896304-9 | BLACK ONYX | XX LARGE | 1 | 3.800 | 12.99 | 191060022832 |
| | | TOTAL | | 7 | 26.600 | 90.93 | |

ITEM CODE: 530025321167          ITEM: WOW PIECE DYE CAPRI PERFECT KHAKI

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: WOW PIECE DYE CAPRI S-PERFECT KHAKI | 2896313-0 | PERFECT KHAKI | SMALL | 1 | 3.800 | 12.99 | 191060022887 |
| SUB KSN DESC: WOW PIECE DYE CAPRI M-PERFECT KHAKI | 2896314-8 | PERFECT KHAKI | MEDIUM | 2 | 3.800 | 12.99 | 191060022894 |
| SUB KSN DESC: WOW PIECE DYE CAPRI L-PERFECT KHAKI | 2896315-5 | PERFECT KHAKI | LARGE | 3 | 3.800 | 12.99 | 191060022900 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XL-PERFECT KHAKI | 2896316-3 | PERFECT KHAKI | X LARGE | 2 | 3.800 | 12.99 | 191060022917 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XXL-PERFECT KHAKI | 2896319-7 | PERFECT KHAKI | XX LARGE | 1 | 3.800 | 12.99 | 191060022924 |
| | | TOTAL | | 9 | 34.200 | 116.91 | |

KMART CORPORATION                              P U R C H A S E   O R D E R                                      Page : 34

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | TF2  TRIXIA FU |
|---|---|---|

**ITEM CODE: 530028964690**          ITEM: WOW PIECE DYE CAPRI OLIVE NIGHT

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE CAPRI S-OLIVE NIGHT | 2896377-5 | OLIVE NIGHT | SMALL | 1 | 3.800 | 12.99 | 191060023150 |
| SUB KSN DESC: WOW PIECE DYE CAPRI M-OLIVE NIGHT | 2896378-3 | OLIVE NIGHT | MEDIUM | 2 | 3.800 | 12.99 | 191060023167 |
| SUB KSN DESC: WOW PIECE DYE CAPRI L-OLIVE NIGHT | 2896379-1 | OLIVE NIGHT | LARGE | 3 | 3.800 | 12.99 | 191060023174 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XL-OLIVE NIGHT | 2896380-9 | OLIVE NIGHT | X LARGE | 3 | 3.800 | 12.99 | 191060023181 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XXL-OLIVE NIGHT | 2896381-7 | OLIVE NIGHT | XX LARGE | 1 | 3.800 | 12.99 | 191060023198 |
| | | TOTAL | | 10 | 38.000 | 129.90 | |

**ITEM CODE: 530028962835**          ITEM: WOW PIECE DYE CAPRI MARITIME BLUE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE CAPRI S-MARITIME BLUE | 2896266-0 | MARITIME BLUE | SMALL | 1 | 3.800 | 12.99 | 191060022702 |
| SUB KSN DESC: WOW PIECE DYE CAPRI M-MARITIME BLUE | 2896267-8 | MARITIME BLUE | MEDIUM | 2 | 3.800 | 12.99 | 191060022719 |
| SUB KSN DESC: WOW PIECE DYE CAPRI L-MARITIME BLUE | 2896276-9 | MARITIME BLUE | LARGE | 3 | 3.800 | 12.99 | 191060022726 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XL-MARITIME BLUE | 2896277-7 | MARITIME BLUE | X LARGE | 3 | 3.800 | 12.99 | 191060022733 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XXL-MARITIME BLUE | 2896278-5 | MARITIME BLUE | XX LARGE | 1 | 3.800 | 12.99 | 191060022740 |
| | | TOTAL | | 10 | 38.000 | 129.90 | |

**ITEM CODE: 530025321316**          ITEM: WOW PIECE DYE CAPRI CALYPSO CORAL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE CAPRI S-CALYPSO CORAL | 2896324-7 | CALYPSO CORAL | SMALL | 2 | 3.800 | 12.99 | 191060022979 |
| SUB KSN DESC: WOW PIECE DYE CAPRI M-CALYPSO CORAL | 2896326-2 | CALYPSO CORAL | MEDIUM | 2 | 3.800 | 12.99 | 191060022986 |
| SUB KSN DESC: WOW PIECE DYE CAPRI L-CALYPSO CORAL | 2896327-0 | CALYPSO CORAL | LARGE | 3 | 3.800 | 12.99 | 191060022993 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XL-CALYPSO CORAL | 2896328-8 | CALYPSO CORAL | X LARGE | 2 | 3.800 | 12.99 | 191060023006 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XXL-CALYPSO CORAL | 2896329-6 | CALYPSO CORAL | XX LARGE | 1 | 3.800 | 12.99 | 191060023013 |
| | | TOTAL | | 10 | 38.000 | 129.90 | |

**ITEM CODE: 530028963205**          ITEM: WOW PIECE DYE CAPRI PERFECT KHAKI

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE CAPRI S-PERFECT KHAKI | 2896313-0 | PERFECT KHAKI | SMALL | 1 | 3.800 | 12.99 | 191060022887 |
| SUB KSN DESC: WOW PIECE DYE CAPRI M-PERFECT KHAKI | 2896314-8 | PERFECT KHAKI | MEDIUM | 1 | 3.800 | 12.99 | 191060022894 |
| SUB KSN DESC: WOW PIECE DYE CAPRI L-PERFECT KHAKI | 2896315-5 | PERFECT KHAKI | LARGE | 2 | 3.800 | 12.99 | 191060022900 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XL-PERFECT KHAKI | 2896316-3 | PERFECT KHAKI | X LARGE | 1 | 3.800 | 12.99 | 191060022917 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XXL-PERFECT KHAKI | 2896319-7 | PERFECT KHAKI | XX LARGE | 1 | 3.800 | 12.99 | 191060022924 |
| | | TOTAL | | 6 | 22.800 | 77.94 | |

KMART CORPORATION  **P U R C H A S E   O R D E R**  Page : 35

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | | TF2  TRIXIA FU |
|---|---|---|---|

**ITEM CODE: 530025321910**  **ITEM:** WOW PIECE DYE CAPRI BLUE BELL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE CAPRI S-BLUE BELL | 2896352-8 | BLUE BELL | SMALL | 2 | 3.800 | 12.99 | 191060023068 |
| SUB KSN DESC: WOW PIECE DYE CAPRI M-BLUE BELL | 2896353-6 | BLUE BELL | MEDIUM | 2 | 3.800 | 12.99 | 191060023075 |
| SUB KSN DESC: WOW PIECE DYE CAPRI L-BLUE BELL | 2896355-1 | BLUE BELL | LARGE | 3 | 3.800 | 12.99 | 191060023082 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XL-BLUE BELL | 2896356-9 | BLUE BELL | X LARGE | 2 | 3.800 | 12.99 | 191060023099 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XXL-BLUE BELL | 2896357-7 | BLUE BELL | XX LARGE | 1 | 3.800 | 12.99 | 191060023105 |
| | | TOTAL | | 10 | 38.000 | 129.90 | |

**ITEM CODE: 530028962827**  **ITEM:** WOW PIECE DYE CAPRI MARITIME BLUE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: WOW PIECE DYE CAPRI S-MARITIME BLUE | 2896266-0 | MARITIME BLUE | SMALL | 1 | 3.800 | 12.99 | 191060022702 |
| SUB KSN DESC: WOW PIECE DYE CAPRI M-MARITIME BLUE | 2896267-8 | MARITIME BLUE | MEDIUM | 2 | 3.800 | 12.99 | 191060022719 |
| SUB KSN DESC: WOW PIECE DYE CAPRI L-MARITIME BLUE | 2896276-9 | MARITIME BLUE | LARGE | 2 | 3.800 | 12.99 | 191060022726 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XL-MARITIME BLUE | 2896277-7 | MARITIME BLUE | X LARGE | 2 | 3.800 | 12.99 | 191060022733 |
| SUB KSN DESC: WOW PIECE DYE CAPRI XXL-MARITIME BLUE | 2896278-5 | MARITIME BLUE | XX LARGE | 1 | 3.800 | 12.99 | 191060022740 |
| | | TOTAL | | 8 | 30.400 | 103.92 | |

KMART CORPORATION                           **P U R C H A S E  O R D E R**                                    Page : 36

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | | TF2  TRIXIA FU |

**ADDITIONAL CONDITIONS**

**FOR ITEM 530025222084**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 530025222092**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 530025222100**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 530025222134**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 530025222225**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 530025222274**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 530025321027**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.

KMART CORPORATION                          **P U R C H A S E  O R D E R**                          Page : 37

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | TF2  TRIXIA FU |
|---|---|---|

All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 530025321050**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 530025321167**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 530025321316**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 530025321910**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 530028962827**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 530028962835**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

KMART CORPORATION                    **P U R C H A S E   O R D E R**                    Page : 38

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | | TF2  TRIXIA FU |

TRANSFERABLE

**FOR ITEM 530028963098**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 530028963122**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 530028963205**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 530028963221**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 530028963304**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 530028963494**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 530028963734**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY

KMART CORPORATION                                     **P U R C H A S E   O R D E R**                                     Page : 39

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | TF2  TRIXIA FU |
|---|---|---|

(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 530028963742**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 530028963825**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 530028963841**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 530028964690**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

KMART CORPORATION

**P U R C H A S E   O R D E R**

Page : 40

| ORDER DATE :  12-SEP-2018 | ORDER NO :  IN43S | TF2  TRIXIA FU |
|---|---|---|

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-----------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
-----------------------------------------------

ANTIDUMPING CLAUSE:
-----------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATIONS FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
-----------------------------------------------
-----------------------------------------------
-----------------------------------------------
-----------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
-----------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

KMART CORPORATION                    **PURCHASE ORDER**                                    Page : 41

| ORDER DATE : 12-SEP-2018 | ORDER NO : IN43S | TF2  TRIXIA FU |
|---|---|---|

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
-------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
-------------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

87739

**UPS Supply Chain Solutions** 

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| GOKALDAS EXPORTS | 967415054 | 7796732130 |

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)
GOKALDAS EXPORTS
(A DIVISION OF GOKALDAS EXPORTS LTD)
NO.16/2, RESIDENCY ROAD,
BANGALORE -560025 INDIA

BOOKING NO.
967415054

CARGO RECEIPT NO.
7796732130

EXPORT REFERENCES
AWB 7796732130
CUST PO NO:IN43S-801
CUST INV NO:201824177009

DATE OF RECEIPT OF CARGO
24-DEC-2018

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PH:(310)404-2792 FAX:(310)404-2962
ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER NHAVA SHEVA, INDIA | EXPORT LICENSE NO |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOW/FLAG) MAERSK DETROIT 1902 | PORT OF LADING NHAVA SHEVA, INDIA | |
| PORT OF DISCHARGE NEWARK | PORT OF DELIVERY BY ON-CARRIER CHAMBERSBURG, PA | NO OF ORIGINALS 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MRKU1014532 SEALCODE1: MLIN2908967 MARKS & NO: USA 01-536 536 CTNS FREIGHT COLLECT CY/DOOR | 1 | 40' STANDARD CONTAINER 536 CARTON SAID TO CONTAIN 536 CARTON 100% COTTON WOVEN WOMENS CAPRI PANT WOW PICE DYE CAPI MARITIME BLUE, WOW PICE DYE CAPRI BLACK ONYX, WOW PIECE DYE CAPRI PERFECT KHAKI, WOW PIECE CAPRI CALYPSO CORAL, WOW PIECE DYE CAPRI BLUE BELL, WOW PIECE DYE CAPRI OLIVE NIGHT GT INV NO: 201824177009 INV NO : GE/87739/18-19 DATED 07.12.2018 PO NO : IN43S REF # 801 DIV:4 DEPT NO:027 | 1939.760 KG 4276.440 LB | 9.461 M3 334.068 F3 |

SHIPPED ON BOARD
3 1 DEC 2018
FOR UPS SCS, MUMBAI
AS AGENT

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

For UPS SCS (INDIA) PVT. LTD.

AS AGENT

Issued by   MUMBAI   _____

Month   Jan   Day   04   Year   2019

UPS Supply Chain Solutions    **UPS**    OTI License No. 275F    **UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| GOKALDAS EXPORTS | 967415054 | 7796732130 |
| (A DIVISION OF GOKALDAS EXPORTS LTD) | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| NO.16/2, RESIDENCY ROAD, | AWB 7796732130 | 24-DEC-2018 |
| BANGALORE -560025 INDIA | CUST PO NO:IN43S-801 | |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
KMART CORPORATION
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179 USA

CUST INV NO:201824177009

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PH:(310)404-2792 FAX:(310)404-2962
ATTN: MARY ELLEN WRATSCHKO

| PRE CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO |
|---|---|---|
| | NHAVA SHEVA, INDIA | |
| EXPORT CARRIER (VESSEL/VOW FLAG) | PORT OF LADING | |
| MAERSK DETROIT 1902 | NHAVA SHEVA, INDIA | |
| PORT OF DISCHARGE | PORT OF DELIVERY BY ON CARRIER | NO OF ORIGINALS |
| NEWARK | CHAMBERSBURG, PA | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | TOTAL QTY: 3946 PCS<br>STYLE # WP9BE53214MI<br>LC.NO. 925106 DATED 14.12.2018 | | |
| CTRNO:<br>PONU1891174<br>SEALCODE1:<br>MLIN2908772<br>MARKS & NO:<br>USA<br>01-3251<br>3251<br>CTNS | 1 | 40' STANDARD CONTAINER 3251 CARTON<br>SAID TO CONTAIN 3251 CARTON<br>100% COTTON WOVEN WOMENS CAPRI PANT<br>WOW PICE DYE CAPI MARITIME BLUE, WOW PICE DYE<br>CAPRI BLACK ONYX,<br>WOW PIECE DYE CAPRI PERFECT KHAKI, WOW PIECE<br>CAPRI CALYPSO CORAL,<br>WOW PIECE DYE CAPRI BLUE BELL, WOW PIECE DYE<br>CAPRI OLIVE NIGHT<br>GT INV NO: 201824177000<br>INV NO : GE/87739/18-19 DATED 07.12.2018<br>PO NO : IN43S | 11765.360 KG<br>25938.170 LB | 58.321 M3<br>2059.315 F3 |

SHIPPED ON BOARD
3 1 DEC 2018
FOR UPS SCS, MUMBAI
AS AGENT

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

For UPS SCS (INDIA) PVT. LTD.

**AS AGENT**

Issued by   MUMBAI

Month   Jan    Day   04    Year   2019

**UPS Supply Chain Solutions**

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| GOKALDAS EXPORTS | 967415054 | 7796732130 |
| (A DIVISION OF GOKALDAS EXPORTS LTD) | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| NO.16/2, RESIDENCY ROAD, | AWB 7796732130 | 24-DEC-2018 |
| BANGALORE -560025 INDIA | CUST PO NO:IN43S-801 | |
| | CUST INV NO:201824177009 | |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | |
|---|---|
| KMART CORPORATION | **THIS IS NOT A DOCUMENT OF TITLE** |
| 3333 BEVERLY ROAD | **UPS SUPPLY CHAIN SOLUTIONS, INC.** |
| HOFFMAN ESTATES, IL 60179 USA | Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared. |

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PH:(310)404-2792 FAX:(310)404-2962
ATTN: MARY ELLEN WRATSCHKO

Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO |
|---|---|---|
| | NHAVA SHEVA, INDIA | |
| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LADING | |
| MAERSK DETROIT 1902 | NHAVA SHEVA, INDIA | |
| PORT OF DISCHARGE | PORT OF DELIVERY BY ON CARRIER | NO OF ORIGINALS |
| NEWARK | CHAMBERSBURG, PA | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | REF # 801 | | |
| | | DIV:4 | | |
| | | DEPT NO:027 | | |
| | | TOTAL QTY: 3251 PCS | | |
| | | STYLE # WP9BE53214MI | | |
| | | LC.NO. 925106 DATED 14.12.2018 | | |
| | | TOTAL GR WT:13705.153KGS | | |
| | | TOTAL NET WT:9728.803KGS | | |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | 0 | 1 |
| PACKING LIST | | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

For UPS SCS (INDIA) PVT. LTD.

AS AGENT

Issued by   MUMBAI

Month   Jan       Day   04       Year   2019