# EXHIBIT C

# COMMERCIAL INVOICE

Page 1 of 5

COML INV # GE/87727/18-19

**DATE:** December 07, 2018
**INVOICE NO.:** 201824149979

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:** Chambersburg , PA
**MODE OF TRANSPORTATION:** Ocean

FOB India

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| **SEARS**  SG6752 | EMB SLV Y/ DENIM | 242 CARTONS | 242 AST ( 242 CTNS ) | 62.400 USD AST | 15,100.80 USD |

**ITEM:** 450052695889
**MADE IN** INDIA
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 616
**SEARS ITEM/SKU** 47311/

STYLE NAME: WS9LS77917PL
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN
PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK
WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT and CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK  //      HANGER CODE :- 484B

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SG6752 | **REFERENCE NO.** | 301 | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 | | |
| **VENDOR ITEM CODE** | WS9LS77917PL | **COUNTRY OF ORIGIN** | INDIA | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 341, RNONE | | |

**FACTORY NO.**    105244
HINDUJA PROCESSING & FINISHING UNIT
NO.2, 5TH CROSS,
MYSORE ROAD,
BANGALORE
KARNATAKA
India
**FTY MID NO.**    INHINPRO5BAN

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| **SEARS**  SG6752 | EMB SLV Y/ DENIM | 29 CARTONS | 29 AST ( 29 CTNS ) | 46.800 USD AST | 1,357.20 USD |

**ITEM:** 450052712155
**MADE IN** INDIA
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 616
**SEARS ITEM/SKU** 47311/

STYLE NAME: WS9LS77917PL
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN
PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK
WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT and CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK  //      HANGER CODE :- 484B

# COMMERCIAL INVOICE

Page 2 of 5
**DATE:** December 07, 2018
**INVOICE NO.:** 201824149979

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SG6752 | **REFERENCE NO.** | 801 | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 | | |
| **VENDOR ITEM CODE** | WS9LS77917PL | **COUNTRY OF ORIGIN** | INDIA | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 341, RNONE | | |

**FACTORY NO.**    105244
HINDUJA PROCESSING & FINISHING UNIT
NO.2, 5TH CROSS,
MYSORE ROAD,
BANGALORE
KARNATAKA
India
**FTY MID NO.**    INHINPRO5BAN

| SEARS | SG6752 | EMB SLV Y/ DENIM | | | 48 | 48 | 54.600 USD | 2,620.80 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |
| **ITEM:** | 450052712205 | | | | ( 48 CTNS ) | | | |
| **MADE IN** | INDIA | | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | | |
| **SEARS DIV** | 616 | | | | | | | |
| **SEARS ITEM/SKU** | 47311/ | | | | | | | |

STYLE NAME: WS9LS77917PL
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN
PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK
WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT and CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK  //     HANGER CODE :- 484B

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SG6752 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 | |
| **VENDOR ITEM CODE** | WS9LS77917PL | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 341, RNONE | |

**FACTORY NO.**    105244
HINDUJA PROCESSING & FINISHING UNIT
NO.2, 5TH CROSS,
MYSORE ROAD,
BANGALORE
KARNATAKA
India
**FTY MID NO.**    INHINPRO5BAN

# COMMERCIAL INVOICE

Page 3 of 5

**DATE:** December 07, 2018

**INVOICE NO.:** 201824149979

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| SEARS | SG6752 | EMB SLV Y/ PEACH AMBER | 127 CARTONS | 127 AST | 62.400 USD | 7,924.80 USD |
|---|---|---|---|---|---|---|
| | | | ( 127 CTNS ) | | AST | |

**ITEM:** 450052712247
**MADE IN** INDIA
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 616
**SEARS ITEM/SKU** 47312/

STYLE NAME: WS9LS77917PL
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN
PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK
WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT and CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK    //      HANGER CODE :- 484B

| CONTRACT NO. | SG6752 | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8444 |
| VENDOR ITEM CODE | WS9LS77917PL | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RNONE |

**FACTORY NO.**    105244
HINDUJA PROCESSING & FINISHING UNIT
NO.2, 5TH CROSS,
MYSORE ROAD,
BANGALORE
KARNATAKA
India
**FTY MID NO.**    INHINPRO5BAN

| SEARS | SG6752 | EMB SLV Y/ PEACH AMBER | 25 CARTONS | 25 AST | 46.800 USD | 1,170.00 USD |
|---|---|---|---|---|---|---|
| | | | ( 25 CTNS ) | | AST | |

**ITEM:** 450052712254
**MADE IN** INDIA
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 616
**SEARS ITEM/SKU** 47312/

STYLE NAME: WS9LS77917PL
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN
PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK
WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT and CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK    //      HANGER CODE :- 484B

# COMMERCIAL INVOICE

Page 4 of 5
**DATE:** December 07, 2018
**INVOICE NO.:** 201824149979

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:** Chambersburg , PA
**MODE OF TRANSPORTATION:** Ocean

FOB India

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SG6752 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 | |
| **VENDOR ITEM CODE** | WS9LS77917PL | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 341, RNONE | |

**FACTORY NO.**    105244
HINDUJA PROCESSING & FINISHING UNIT
NO.2, 5TH CROSS,
MYSORE ROAD,
BANGALORE
KARNATAKA
India
**FTY MID NO.**    INHINPRO5BAN

| SEARS | SG6752 | EMB SLV Y/ PEACH AMBER | | 86 | 86 | 54.600 USD | 4,695.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 450052712262 | | | ( 86 CTNS ) | | | |
| **MADE IN** | INDIA | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 616 | | | | | | |
| **SEARS ITEM/SKU** | 47312/ | | | | | | |

STYLE NAME: WS9LS77917PL
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V , FULL SLEEVE WITH EMBRI
CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN
PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK
WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT and CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK  //      HANGER CODE :- 484B

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SG6752 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 | |
| **VENDOR ITEM CODE** | WS9LS77917PL | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 341, RNONE | |

**FACTORY NO.**    105244
HINDUJA PROCESSING & FINISHING UNIT
NO.2, 5TH CROSS,
MYSORE ROAD,
BANGALORE
KARNATAKA
India
**FTY MID NO.**    INHINPRO5BAN

**PAYMENT TERM**    Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**    OPEN ACCOUNT

# COMMERCIAL INVOICE

Page 5 of 5

**DATE:** December 07, 2018

**INVOICE NO.:** 201824149979

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 557 | 557 | ASSORTMENTS | 32,869.20  USD |

TOTAL US DOLLARS THIRTY-TWO THOUSAND EIGHT HUNDRED SIXTY-NINE DOLLARS AND TWENTY CENTS ONLY.

| GOKALDAS EXPORTS LTD | |
|---|---|
| **EMPLOYEE NAME** | N. JAYANTHI |
| **EMPLOYEE TITLE** | GENERAL MANAGER – RECEIVABLES MANAGEMENT |

For GOKALDAS EXPORTS LTD.,

N. Jayanthi

G. M. - Receivables Management

SEARS ROEBUCK & CO.                              **P U R C H A S E   O R D E R**                                     Page : 1

| ORDER DATE : 25-SEP-2018 | ORDER NO : SG6752 | BUYER : SG1  STEVEN GREENBERG |
|---|---|---|
| DIV : Division 4 | DEPT NO : 007 | |

**SEARS ROEBUCK & CO.**

3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | GOKALDAS EXPORTS LTD |
| ADDRESS | NO. 16/2 |
| | RESIDENCY ROAD |
| | BANGALORE |
| | KARNATAKA |
| COUNTRY | India |
| EMAIL | sireesh@gokaldasexports.com |
| VENDOR NBR | 8444 |
| TELEPHONE | 91 09900085026 |
| DUNS NBR | 01000308692 |
| FDA REG # | |

| TOTAL COST OF ORDER USD |
|---|
| $32,869.20 |

| PAYMENT TO BE MADE BY : | |
|---|---|
| ( )    MULTIPLE PAYMENT TYPES | |
| ( X )   CHECK/WIRE TRANSFER | |
| Amount USD: | 32,869.20 |
| ( )    FREE GOODS | |
| Amount USD: | 0.00 |
| ( )    LETTER OF CREDIT | |
| Amount USD: | 0.00 |
| LC #: | |
| TRANSFERABLE: | |
| BANK: | |

| PAYMENT TERMS: | 74 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKIN | SEARS SOURCING INDIA PVT LTD |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKIN | INDIA OFFICE |

| EACH ITEM TO BE MARKED: | MADE IN INDIA |
|---|---|
| EMBARK/GO-DOWN: | INDIA |
| SHIP POINT: | INNSA1B |
| DELIVERY TERMS: | FOB IN |
| CITY, COUNTRY: | Nhava Sheva (JNP), India |

**FACTORY DETAILS:**

| FACTORY NBR: | 105244 |
|---|---|
| NAME | HINDUJA PROCESSING & FINISHING UNIT |
| ADDRESS | NO.2, 5TH CROSS, |
| | MYSORE ROAD, |
| | BANGALORE |
| | KARNATAKA |
| COUNTRY | India |
| TEL | 91-80-32215776 |
| EMAIL | hpfpd@gokaldasexports.com |
| MID | INHINPRO5BAN |

SEARS ROEBUCK & CO.                                    **P U R C H A S E   O R D E R**                                    Page : 2

| ORDER DATE : 25-SEP-2018 | ORDER NO : SG6752 | SG1 STEVEN GREENBERG |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 450052695889                    EMB SLV Y/ DENIM

SEASON/YEAR: 2-SPRING 2019

SUB-SEASON: 20-SPRING

I 2OF 5/CARTON UPC: 00191060028919          CAT/SUB-CAT: 45/03

STYLE: WS9LS77917PL          TRADEMARK: NONE          SEARS DIV          SEARS ITEM          SEARS SKU

BRAND NAME: LAURA SCOTT          COPYRIGHT REG. NO.: N/A          616          47311

INTL COMMODY CODE: GDSM          MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $215.92 | 242 | 242 | $15,100.80 |
| $62.400 | $62.400 | | | | |

KGS:    3.992          CBM:    0.023802          AST PER INNER          1

PER CARTON          LBS:    8.800          CU. FT.:    0.841          INNERS PER OUTER CARTON          1

OUTER CARTON DIMENSIONS          PACKING INSTRUCTION:          AST PER MASTER SHIPPING CTN    1

L 20.75" X W 20.0" X H 3.5"          CASEPACK

QUOTA CAT#: 341, RNONE          CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:          ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 8 PCS

| | | | S H I P P I N G   S C H E D U L E | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 13-NOV-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 242 | 242 | W |

**DETAIL DESCRIPTION-**

STYLE NAME: WS9LS77917PL
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN
PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK
WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT and CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK // HANGER CODE :- 484B

OPC:          8

SEARS ROEBUCK & CO.                     **P U R C H A S E   O R D E R**                                    Page : 3

| ORDER DATE : 25-SEP-2018 | ORDER NO : SG6752 | SG1  STEVEN GREENBERG |
|---|---|---|

| | | | DESCRIPTION | | |
|---|---|---|---|---|---|
| ITEM CODE: 450052712155 | SEASON/YEAR: 2-SPRING 2019 | | EMB SLV Y/ DENIM | | |
| | SUB-SEASON: 20-SPRING | | | | |
| I 2OF 5/CARTON UPC: 00191060028926 | CAT/SUB-CAT: 45/03 | | | | |
| STYLE: WS9LS77917PL | TRADEMARK: NONE | | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A | | 616 | 47311 | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $161.94 | 29 | 29 | $1,357.20 |
| $46.800 | $46.800 | | | | |

| PER CARTON | KGS: | 2.994 | CBM: | 0.020402 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| | LBS: | 6.600 | CU. FT.: | 0.720 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 20.75" X W 20.0" X H 3.0" | | | CASEPACK | | | |

| QUOTA CAT#: 341, RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
HANGER PACK OF 6 PCS

| SHIPPING SCHEDULE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 13-NOV-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 29 | 29 | W |

DETAIL DESCRIPTION-
STYLE NAME: WS9LS77917PL
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN
PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK
WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT and CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK // HANGER CODE :- 484B

OPC:                6

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                                    Page : 4

| ORDER DATE : 25-SEP-2018 | ORDER NO : SG6752 | SG1  STEVEN GREENBERG |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 450052712205 | SEASON/YEAR: 2-SPRING 2019 | EMB SLV Y/ DENIM |
| | SUB-SEASON: 20-SPRING | |
| I 2OF 5/CARTON UPC: 00191060028933 | CAT/SUB-CAT: 45/03 | |
| STYLE: WS9LS77917PL | TRADEMARK: NONE | SEARS DIV          SEARS ITEM          SEARS SKU |
| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A | 616                      47311 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $188.93 | 48 | 48 | $2,620.80 |
| $54.600 | $54.600 | | | | |

| | | | | |
|---|---|---|---|---|
| PER CARTON | KGS:  3.493 | CBM:  0.020692 | AST PER INNER | 1 |
| | LBS:  7.700 | CU. FT.:  0.731 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.7" X W 20.0" X H 3.05" | | CASEPACK | | |

QUOTA CAT#:  341, RNONE                                        CASE #              FACTORY              EXPORTER

SPECIAL TRADE INDICATOR:                              ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| SHIPPING SCHEDULE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 13-NOV-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 48 | 48 | W |

DETAIL DESCRIPTION-

STYLE NAME: WS9LS77917PL
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN
PLACKET,BOTTOM TREATMENT- BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK
WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT and CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK // HANGER CODE :- 484B

OPC:                      7

SEARS ROEBUCK & CO.                                    **P U R C H A S E   O R D E R**                                    Page : 5

| ORDER DATE : 25-SEP-2018 | ORDER NO : SG6752 | SG1  STEVEN GREENBERG |
|---|---|---|

|  |  |  |
|---|---|---|
| | | **DESCRIPTION** |
| ITEM CODE: 450052712247 | SEASON/YEAR: 2-SPRING 2019 | EMB SLV Y/ PEACH AMBER |
| | SUB-SEASON: 20-SPRING | |
| I 2OF 5/CARTON UPC: 00191060028940 | CAT/SUB-CAT: 45/03 | |
| STYLE: WS9LS77917PL | TRADEMARK: NONE | SEARS DIV     SEARS ITEM     SEARS SKU |
| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A | 616     47312 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| **FOB PRICE** | | **SELL PRICE** | **TOTAL CARTONS** | **TOTAL AST** | **TOTAL COST OF ITEM** |
|---|---|---|---|---|---|
| **PER AST** | **PER CARTON** | $215.92 | 127 | 127 | $7,924.80 |
| $62.400 | $62.400 | | | | |

| | | | | |
|---|---|---|---|---|
| **PER CARTON** | KGS:  3.992 | CBM:  0.023802 | **AST PER INNER** | 1 |
| | LBS:  8.800 | CU. FT.:  0.841 | **INNERS PER OUTER CARTON** | 1 |
| **OUTER CARTON DIMENSIONS** | | **PACKING INSTRUCTION:** | **AST PER MASTER SHIPPING CTN** | 1 |
| L 20.75" X W 20.0" X H 3.5" | | CASEPACK | | |

| | | | |
|---|---|---|---|
| QUOTA CAT#: 341, RNONE | | **CASE #** | **FACTORY**     **EXPORTER** |
| SPECIAL TRADE INDICATOR: | | **ANTI-DUMPING:** | |
| | | **COUNTERVAILING:** | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 8 PCS

| **S H I P P I N G   S C H E D U L E** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 13-NOV-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 127 | 127 | W |

DETAIL DESCRIPTION-
STYLE NAME: WS9LS77917PL
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN
PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK
WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT and CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK // HANGER CODE :- 484B

OPC:          8

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                                    Page : 6

| ORDER DATE : 25-SEP-2018 | ORDER NO : SG6752 | SG1  STEVEN GREENBERG |
|---|---|---|

| | | DESCRIPTION | | | |
|---|---|---|---|---|---|
| ITEM CODE:  450052712254 | SEASON/YEAR:  2-SPRING 2019 | EMB SLV Y/ PEACH AMBER | | | |
| | SUB-SEASON:  20-SPRING | | | | |
| I 2OF 5/CARTON UPC:  00191060028957 | CAT/SUB-CAT:  45/03 | | | | |
| STYLE:  WS9LS77917PL | TRADEMARK:  NONE | SEARS DIV | SEARS ITEM | | SEARS SKU |
| BRAND NAME:  LAURA SCOTT | COPYRIGHT REG. NO.:  N/A | 616 | 47312 | | |
| INTL COMMODY CODE:  GDSM | MLTP CARTON IND:  001 | | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $161.94 | 25 | 25 | $1,170.00 |
| $46.800 | $46.800 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| PER CARTON | KGS:  2.994 | CBM:  0.017639 | | AST PER INNER | 1 |
| | LBS:  6.600 | CU. FT.:  0.623 | | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 20.7" X W 20.0" X H 2.6" | | CASEPACK | | | |

| | | | | |
|---|---|---|---|---|
| QUOTA CAT#:  341, RNONE | | | CASE # | FACTORY | EXPORTER |
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | | |
| | | COUNTERVAILING: | | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 6 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 13-NOV-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 25 | 25 | W |

DETAIL DESCRIPTION-
STYLE NAME: WS9LS77917PL
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN
PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK
WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT and CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK // HANGER CODE :- 484B

OPC:                    6

SEARS ROEBUCK & CO.                                    **P U R C H A S E  O R D E R**                                    Page : 7

| ORDER DATE : 25-SEP-2018 | ORDER NO : SG6752 | SG1  STEVEN GREENBERG |
|---|---|---|

|  |  |  | DESCRIPTION |  |  |  |
|---|---|---|---|---|---|---|
| ITEM CODE: | 450052712262 | SEASON/YEAR: 2-SPRING 2019 | EMB SLV Y/ PEACH AMBER |  |  |  |
|  |  | SUB-SEASON: 20-SPRING |  |  |  |  |
| I 2OF 5/CARTON UPC: | 00191060028964 | CAT/SUB-CAT: 45/03 |  |  |  |  |
| STYLE: | WS9LS77917PL | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |  |
| BRAND NAME: | LAURA SCOTT | COPYRIGHT REG. NO.: N/A | 616 | 47312 |  |  |
| INTL COMMODY CODE: | GDSM | MLTP CARTON IND: 001 |  |  |  |  |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $188.93 | 86 | 86 | $4,695.60 |
| $54.600 | $54.600 | | | | |

| PER CARTON | KGS: | 3.493 | CBM: | 0.020692 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
|  | LBS: | 7.700 | CU. FT.: | 0.731 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 20.7" X W 20.0" X H 3.05" | | | CASEPACK | | | |

| QUOTA CAT#: 341, RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
|  | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 13-NOV-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 86 | 86 | W |

DETAIL DESCRIPTION-

STYLE NAME: WS9LS77917PL
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN
PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK
WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT and CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK // HANGER CODE :- 484B

OPC:                    7

SEARS ROEBUCK & CO. | **PURCHASE ORDER** | Page : 8

| ORDER DATE : 25-SEP-2018 | ORDER NO : SG6752 | SG1 STEVEN GREENBERG |

ITEM CODE: 450052695889

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5269584-8 | | | | | | 47311-0 66 | | | | COTTON | 100% | |
| 5269586-3 | | | | | | 47311-0 67 | | | | COTTON | 100% | |
| 5269587-1 | | | | | | 47311-0 68 | | | | COTTON | 100% | |

ITEM CODE: 450052712155

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5269584-8 | | | | | | 47311-0 66 | | | | COTTON | 100% | |
| 5269586-3 | | | | | | 47311-0 67 | | | | COTTON | 100% | |
| 5269587-1 | | | | | | 47311-0 68 | | | | COTTON | 100% | |

ITEM CODE: 450052712205

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5269584-8 | | | | | | 47311-0 66 | | | | COTTON | 100% | |
| 5269586-3 | | | | | | 47311-0 67 | | | | COTTON | 100% | |
| 5269587-1 | | | | | | 47311-0 68 | | | | COTTON | 100% | |

ITEM CODE: 450052712247

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5271221-3 | | | | | | 47312-0 66 | | | | COTTON | 100% | |
| 5271222-1 | | | | | | 47312-0 67 | | | | COTTON | 100% | |
| 5271223-9 | | | | | | 47312-0 68 | | | | COTTON | 100% | |

ITEM CODE: 450052712254

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5271221-3 | | | | | | 47312-0 66 | | | | COTTON | 100% | |
| 5271222-1 | | | | | | 47312-0 67 | | | | COTTON | 100% | |
| 5271223-9 | | | | | | 47312-0 68 | | | | COTTON | 100% | |

ITEM CODE: 450052712262

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5271221-3 | | | | | | 47312-0 66 | | | | COTTON | 100% | |
| 5271222-1 | | | | | | 47312-0 67 | | | | COTTON | 100% | |
| 5271223-9 | | | | | | 47312-0 68 | | | | COTTON | 100% | |

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                                    Page : 9

| ORDER DATE : 25-SEP-2018          ORDER NO : SG6752 | | SG1  STEVEN GREENBERG |

**ITEM CODE: 450052695889**                    ITEM: EMB SLV Y/ DENIM

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: EMB SLV Y/ 1X-DENIMDENIM | 5269584-8 | DENIM | 1X | 3 | 7.800 | 26.99 | 191060028858 |
| SUB KSN DESC: EMB SLV Y/ 2X-DENIMDENIM | 5269586-3 | DENIM | 2X | 3 | 7.800 | 26.99 | 191060028865 |
| SUB KSN DESC: EMB SLV Y/ 3X-DENIMDENIM | 5269587-1 | DENIM | 3X | 2 | 7.800 | 26.99 | 191060028872 |
| | | TOTAL | | 8 | 62.400 | 215.92 | |

**ITEM CODE: 450052712155**                    ITEM: EMB SLV Y/ DENIM

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: EMB SLV Y/ 1X-DENIMDENIM | 5269584-8 | DENIM | 1X | 2 | 7.800 | 26.99 | 191060028858 |
| SUB KSN DESC: EMB SLV Y/ 2X-DENIMDENIM | 5269586-3 | DENIM | 2X | 2 | 7.800 | 26.99 | 191060028865 |
| SUB KSN DESC: EMB SLV Y/ 3X-DENIMDENIM | 5269587-1 | DENIM | 3X | 2 | 7.800 | 26.99 | 191060028872 |
| | | TOTAL | | 6 | 46.800 | 161.94 | |

**ITEM CODE: 450052712205**                    ITEM: EMB SLV Y/ DENIM

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: EMB SLV Y/ 1X-DENIMDENIM | 5269584-8 | DENIM | 1X | 2 | 7.800 | 26.99 | 191060028858 |
| SUB KSN DESC: EMB SLV Y/ 2X-DENIMDENIM | 5269586-3 | DENIM | 2X | 3 | 7.800 | 26.99 | 191060028865 |
| SUB KSN DESC: EMB SLV Y/ 3X-DENIMDENIM | 5269587-1 | DENIM | 3X | 2 | 7.800 | 26.99 | 191060028872 |
| | | TOTAL | | 7 | 54.600 | 188.93 | |

**ITEM CODE: 450052712247**                    ITEM: EMB SLV Y/ PEACH AMBER

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: EMB SLV Y/ 1X-PEACH AMBER | 5271221-3 | PEACH AMBER | 1X | 3 | 7.800 | 26.99 | 191060028889 |
| SUB KSN DESC: EMB SLV Y/ 2X-PEACH AMBER | 5271222-1 | PEACH AMBER | 2X | 3 | 7.800 | 26.99 | 191060028896 |
| SUB KSN DESC: EMB SLV Y/ 3X-PEACH AMBER | 5271223-9 | PEACH AMBER | 3X | 2 | 7.800 | 26.99 | 191060028902 |
| | | TOTAL | | 8 | 62.400 | 215.92 | |

**ITEM CODE: 450052712254**                    ITEM: EMB SLV Y/ PEACH AMBER

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: EMB SLV Y/ 1X-PEACH AMBER | 5271221-3 | PEACH AMBER | 1X | 2 | 7.800 | 26.99 | 191060028889 |
| SUB KSN DESC: EMB SLV Y/ 2X-PEACH AMBER | 5271222-1 | PEACH AMBER | 2X | 2 | 7.800 | 26.99 | 191060028896 |
| SUB KSN DESC: EMB SLV Y/ 3X-PEACH AMBER | 5271223-9 | PEACH AMBER | 3X | 2 | 7.800 | 26.99 | 191060028902 |
| | | TOTAL | | 6 | 46.800 | 161.94 | |

**ITEM CODE: 450052712262**                    ITEM: EMB SLV Y/ PEACH AMBER

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: EMB SLV Y/ 1X-PEACH AMBER | 5271221-3 | PEACH AMBER | 1X | 2 | 7.800 | 26.99 | 191060028889 |
| SUB KSN DESC: EMB SLV Y/ 2X-PEACH AMBER | 5271222-1 | PEACH AMBER | 2X | 3 | 7.800 | 26.99 | 191060028896 |
| SUB KSN DESC: EMB SLV Y/ 3X-PEACH AMBER | 5271223-9 | PEACH AMBER | 3X | 2 | 7.800 | 26.99 | 191060028902 |
| | | TOTAL | | 7 | 54.600 | 188.93 | |

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                    Page : 10

| ORDER DATE : 25-SEP-2018 | ORDER NO : SG6752 | SG1  STEVEN GREENBERG |
|---|---|---|

<u>ADDITIONAL CONDITIONS</u>

FOR ITEM 450052695889
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

FOR ITEM 450052712155
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

FOR ITEM 450052712205
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

FOR ITEM 450052712247
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

FOR ITEM 450052712254
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

FOR ITEM 450052712262
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

SEARS ROEBUCK & CO.                                   **P U R C H A S E   O R D E R**                                   Page : 11

| ORDER DATE :  25-SEP-2018 | ORDER NO :  SG6752 | SG1  STEVEN GREENBERG |
|---|---|---|

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR--
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-
-------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
-------------------------------------------------

ANTIDUMPING CLAUSE:
-------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------
-------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
-------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                                    Page : 12

| ORDER DATE :  25-SEP-2018 | ORDER NO :  SG6752 | SG1  STEVEN GREENBERG |
| --- | --- | --- |

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
----------------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
----------------------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

**UPS Supply Chain Solutions** 

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | | |
|---|---|---|
| GOKALDAS EXPORTS (A DIVISION OF GOKALDAS EXPORTS LTD) NO.16/2, RESIDENCY ROAD, BANGALORE -560025 INDIA | **BOOKING NO.** 967415054 **EXPORT REFERENCES** AWB 7796732020 CUST PO NO:SG6752/801 CUST INV NO:201824149979 | **CARGO RECEIPT NO.** 7796732020 **DATE OF RECEIPT OF CARGO** 24-DEC-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | |
|---|---|
| SEARS, ROEBUCK AND CO. 3333 BEVERLY ROAD HOFFMAN ESTATES, IL 60179 USA | **THIS IS NOT A DOCUMENT OF TITLE** **UPS SUPPLY CHAIN SOLUTIONS, INC.** Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared. |
| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) UPS SUPPLY CHAIN SOLUTIONS 19701 HAMILTON AVENUE, SUITE 250 TORRANCE, CA 90502 PH:(310)404-2792 FAX:(310)404-2962 ATTN: MARY ELLEN WRATSCHKO | **Declared Value is:** _____ |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER NHAVA SHEVA, INDIA | EXPORT LICENSE NO |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) MAERSK DETROIT 1902 | PORT OF LADING NHAVA SHEVA, INDIA | |
| PORT OF DISCHARGE NEWARK | PORT OF DELIVERY BY ON CARRIER CHAMBERSBURG, PA | NO OF ORIGINALS 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: PONU8149090 SEALCODE1: MLIN2908746 MARKS & NO: USA 01-557 557 CTNS FREIGHT COLLECT CY/DOOR | 1 | 40' HIGH CUBE CONTAINER 557 CARTON SAID TO CONTAIN 557 CARTON 100% COTTON WOVEN WOMENS TOPS EMB SLV Y/D STRIPE BLOUSE GT INV NO:201824149979 INV NO : GE/87727/18-19  DT. 07.12.2018 PO NO : SG6752 REF # 801 DIV:4 DEPT NO:007 TOTAL QTY:  4214 PCS STYLE # WS9LS77917PL NET WT:1012.069 KGS HTS/RITC CODE  NO : 6206.3030.41 | 1596.910 KG 3520.580 LB | 12.657 M3 446.919 F3 |

SHIPPED ON BOARD
3 1 DEC 2018
FOR UPS SCS, MUMBAI
AS AGENT

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

| In accordance with instruction from Buyer, we have received the following documents from Shipper on: | This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit. As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC. |
|---|---|
| Document List          Original    Copy COMMERCIAL INVOICE                            1 PACKING LIST                                        1 | **For UPS SCS (INDIA) PVT. LTD.** Issued by  MUMBAI                    **AS AGENT** Month  Jan      Day  02      Year  2019 |

# COMMERCIAL INVOICE

Page 1 of 4

COML INV # GE/87728/18-19

**DATE:** December 07, 2018
**INVOICE NO.:** 201824152928

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO:     SEARS ROEBUCK & CO.
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

**SHIPPED FROM:** Nhava Sheva (JNP), India      **SHIPPED TO:** Chambersburg , PA
**MODE OF TRANSPORTATION:** Ocean

FOB India

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| **SEARS**  SI6751 | EMB SLV Y/ OTHER | 82 CARTONS | 82 AST | 46.480 USD AST | 3,811.36 USD |
| **ITEM:** 470052712320 | | | ( 82 CTNS ) | | |
| **MADE IN** INDIA | | | | | |
| **CONTENTS** 1 ASSORTMENT | | | | | |
| **SEARS DIV** 616 | | | | | |
| **SEARS ITEM/SKU** 47313/ | | | | | |

STYLE NAME: WS9LS77917PT
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM
TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE
NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORIGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT and CONSTRUCTION: 60X60-104X82-78GSM
HANGER PACK  //     HANGER CODE :- 484B

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SI6751 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 | |
| **VENDOR ITEM CODE** | WS9LS77917PT | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 341, RNONE | |

**FACTORY NO.**          105244
HINDUJA PROCESSING & FINISHING UNIT
NO.2, 5TH CROSS,
MYSORE ROAD,
BANGALORE
KARNATAKA
India
**FTY MID NO.**          INHINPRO5BAN

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| **SEARS**  SI6751 | EMB SLV Y/ PEACH AMBER | 65 CARTONS | 65 AST | 39.840 USD AST | 2,589.60 USD |
| **ITEM:** 470052712452 | | | ( 65 CTNS ) | | |
| **MADE IN** INDIA | | | | | |
| **CONTENTS** 1 ASSORTMENT | | | | | |
| **SEARS DIV** 616 | | | | | |
| **SEARS ITEM/SKU** 47314/ | | | | | |

STYLE NAME: WS9LS77917PT
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM
TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE
NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORIGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT and CONSTRUCTION: 60X60-104X82-78GSM
HANGER PACK  //     HANGER CODE :- 484B

# COMMERCIAL INVOICE

Page 2 of 4
DATE: December 07, 2018
INVOICE NO.: 201824152928

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India      SHIPPED TO:   Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

| | | |
|---|---|---|
| **CONTRACT NO.** | SI6751 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 |
| **VENDOR ITEM CODE** | WS9LS77917PT | **COUNTRY OF ORIGIN** | INDIA |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 341, RNONE |

**FACTORY NO.**      105244
HINDUJA PROCESSING & FINISHING UNIT
NO.2, 5TH CROSS,
MYSORE ROAD,
BANGALORE
KARNATAKA
India
**FTY MID NO.**      INHINPRO5BAN

| SEARS | SI6751 | EMB SLV Y/ PEACH AMBER | | | 82 | 82 | 46.480  USD | 3,811.36  USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |
| | | | | | | ( 82 CTNS ) | | |

| | |
|---|---|
| **ITEM:** | 470052724960 |
| **MADE IN** | INDIA |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 616 |
| **SEARS ITEM/SKU** | 47314/ |

STYLE NAME: WS9LS77917PT
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM
TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE
NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT and CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK  //      HANGER CODE :- 484B

| | | |
|---|---|---|
| **CONTRACT NO.** | SI6751 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 |
| **VENDOR ITEM CODE** | WS9LS77917PT | **COUNTRY OF ORIGIN** | INDIA |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 341, RNONE |

**FACTORY NO.**      105244
HINDUJA PROCESSING & FINISHING UNIT
NO.2, 5TH CROSS,
MYSORE ROAD,
BANGALORE
KARNATAKA
India
**FTY MID NO.**      INHINPRO5BAN

# COMMERCIAL INVOICE

Page 3 of 4

**DATE:** December 07, 2018

**INVOICE NO.:** 201824152928

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| SEARS | SI6751 | EMB SLV Y/ OTHER | | 65 | 65 | 39.840 USD | 2,589.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| **ITEM:** | 470052726361 | | | | ( 65 CTNS ) | | |
| **MADE IN** | INDIA | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 616 | | | | | | |
| **SEARS ITEM/SKU** | 47313/ | | | | | | |

STYLE NAME: WS9LS77917PT
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM
TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE
NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT and CONSTRUCTION: 60X60-104x82-76GSM
HANGER PACK   //    HANGER CODE :- 484B

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6751 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 |
| **VENDOR ITEM CODE** | WS9LS77917PT | **COUNTRY OF ORIGIN** | INDIA |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 341, RNONE |

**FACTORY NO.**    105244
HINDUJA PROCESSING & FINISHING UNIT
NO.2, 5TH CROSS,
MYSORE ROAD,
BANGALORE
KARNATAKA
India
**FTY MID NO.**    INHINPRO5BAN

**PAYMENT TERM**    Open Acct
**ORDER PAYMENT TERMS**
**DRAWN UNDER**    OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 294 | 294 | ASSORTMENTS | 12,801.92 USD |

TOTAL US DOLLARS TWELVE THOUSAND EIGHT HUNDRED ONE DOLLARS AND NINETY-TWO CENTS ONLY.

# COMMERCIAL INVOICE

Page 4 of 4

**DATE:** December 07, 2018

**INVOICE NO.:** 201824152928

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**      SEARS ROEBUCK & CO.

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Nhava Sheva (JNP), India      **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| GOKALDAS EXPORTS LTD | |
|---|---|
| **EMPLOYEE NAME** | N. JAYANTHI |
| **EMPLOYEE TITLE** | GENERAL MANAGER – RECEIVABLES MANAGEMENT |

For GOKALDAS EXPORTS LTD.,

G. M. - Receivables Management

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                                    Page : 1

| ORDER DATE : 25-SEP-2018 | ORDER NO : SI6751 | BUYER : SG1 STEVEN GREENBERG |
|---|---|---|
| DIV : Division 4 | DEPT NO : 007 | |

**SEARS ROEBUCK & CO.**
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | GOKALDAS EXPORTS LTD |
| ADDRESS | NO. 16/2 |
| | RESIDENCY ROAD |
| | BANGALORE |
| | KARNATAKA |
| COUNTRY | India |
| EMAIL | sireesh@gokaldasexports.com |
| VENDOR NBR | 8444 |
| TELEPHONE | 91 09900085026 |
| DUNS NBR | 01000308692 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | |
|---|---|
| $12,801.92 | |

**PAYMENT TO BE MADE BY :**
( ) MULTIPLE PAYMENT TYPES
( X ) CHECK/WIRE TRANSFER
      Amount USD: 12,801.92
( ) FREE GOODS
      Amount USD: 0.00
( ) LETTER OF CREDIT
      Amount USD: 0.00
      LC #:
      TRANSFERABLE:
      BANK:

| PAYMENT TERMS: | 74 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKIN | SEARS SOURCING INDIA PVT LTD |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKIN | INDIA OFFICE |

| EACH ITEM TO BE MARKED: | MADE IN INDIA |
|---|---|
| EMBARK/GO-DOWN: | INDIA |
| SHIP POINT: | INNSA1B |
| DELIVERY TERMS: | FOB IN |
| CITY, COUNTRY: | Nhava Sheva (JNP), India |

**FACTORY DETAILS:**

| FACTORY NBR: | 105244 |
|---|---|
| NAME | HINDUJA PROCESSING & FINISHING UNIT |
| ADDRESS | NO.2, 5TH CROSS, |
| | MYSORE ROAD, |
| | BANGALORE |
| | KARNATAKA |
| COUNTRY | India |
| TEL | 91-80-32215776 |
| EMAIL | hpfpd@gokaldasexports.com |
| MID | INHINPRO5BAN |

SEARS ROEBUCK & CO.                     **P U R C H A S E   O R D E R**                                    Page : 2

| ORDER DATE : 25-SEP-2018 | ORDER NO : SI6751 | | SG1 STEVEN GREENBERG |
|---|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 470052712320 | SEASON/YEAR: 2-SPRING 2019 | EMB SLV Y/ OTHER |
| | SUB-SEASON: 20-SPRING | |
| I 2OF 5/CARTON UPC: 0019106029053 | CAT/SUB-CAT: 47/04 | |
| STYLE: WS9LS77917PT | TRADEMARK: NONE | SEARS DIV     SEARS ITEM     SEARS SKU |
| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A | 616     47313 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $174.93 | 82 | 82 | $3,811.36 |
| $46.480 | $46.480 | | | | |

| | | | | |
|---|---|---|---|---|
| PER CARTON | KGS: 2.495 | CBM: 0.016020 | AST PER INNER | 1 |
| | LBS: 5.500 | CU. FT.: 0.566 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 19.75" X W 18.0" X H 2.75" | | CASEPACK | | |

| | | | |
|---|---|---|---|
| QUOTA CAT#: 341, RNONE | | CASE # | FACTORY     EXPORTER |
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | |
| | | COUNTERVAILING: | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
HANGER PACK OF 7 PCS

| **SHIPPING SCHEDULE** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 13-NOV-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 82 | 82 | W |

DETAIL DESCRIPTION-

STYLE NAME: WS9LS77917PT
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V , FULL SLEEVE WITH EMBRI
FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM
TREATMENT- BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE
NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT and CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK // HANGER CODE :- 484B

OPC:            7

SEARS ROEBUCK & CO.                                    P U R C H A S E   O R D E R                                                Page : 3

| ORDER DATE : 25-SEP-2018 | ORDER NO : SI6751 | SG1 STEVEN GREENBERG |
|---|---|---|

| | DESCRIPTION |
|---|---|
| ITEM CODE: 470052712452 | SEASON/YEAR: 2-SPRING 2019 | EMB SLV Y/ PEACH AMBER |

SUB-SEASON: 20-SPRING

I 2OF 5/CARTON UPC:  00191060029060        CAT/SUB-CAT:  47/04

STYLE:  WS9LS77917PT        TRADEMARK:  NONE        SEARS DIV        SEARS ITEM        SEARS SKU

BRAND NAME:  LAURA SCOTT        COPYRIGHT REG. NO.:  N/A        616        47314

INTL COMMODY CODE:  GDSM        MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $149.94 | 65 | 65 | $2,569.60 |
| $39.840 | $39.840 | | | | |

PER CARTON        KGS:  2.495        CBM:  0.016020        AST PER INNER        1

LBS:  5.500        CU. FT.:  0.566        INNERS PER OUTER CARTON        1

OUTER CARTON DIMENSIONS        PACKING INSTRUCTION:        AST PER MASTER SHIPPING CTN        1

L 19.75" X W 18.0" X H 2.75"        CASEPACK

QUOTA CAT#: 341, RNONE        CASE #        FACTORY        EXPORTER

SPECIAL TRADE INDICATOR:        ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 6 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 13-NOV-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 65 | 65 | W |

DETAIL DESCRIPTION-

STYLE NAME: WS9LS77917PT

DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE

DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI

FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM

TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE

NEEDLE TOP STITCH

BODY LENGTH- HIGH POINT SHOULDER TO CROTCH

COUNTRY OF ORGIN (FABRIC) - INDIA

COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA

FABRIC CONTENT - 100% COTTON // 100% WOVEN

COUNT and CONSTRUCTION: 60X60-104x82-78GSM

HANGER PACK // HANGER CODE  - 484B

OPC:        6

SEARS ROEBUCK & CO.                                  P U R C H A S E   O R D E R                                  Page : 4

| ORDER DATE : 25-SEP-2018 | ORDER NO : SI6751 | SG1  STEVEN GREENBERG |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 470052724960        SEASON/YEAR: 2-SPRING 2019        EMB SLV Y/ PEACH AMBER
                               SUB-SEASON: 20-SPRING
I 2OF 5/CARTON UPC: 00191060029077   CAT/SUB-CAT: 47/04
         STYLE: WS9LS77917PT       TRADEMARK: NONE        SEARS DIV        SEARS ITEM        SEARS SKU
BRAND NAME: LAURA SCOTT       COPYRIGHT REG. NO.: N/A          616            47314
INTL COMMODY GDSM             MLTP CARTON IND: 001
      CODE:

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $174.93 | 82 | 82 | $3,811.36 |
| $46.480 | $46.480 | | | | |

PER CARTON   KGS:   2.495        CBM:   0.016020              AST PER INNER              1
             LBS:   5.500        CU. FT.:   0.566            INNERS PER OUTER CARTON    1
OUTER CARTON DIMENSIONS         PACKING INSTRUCTION:         AST PER MASTER SHIPPING CTN  1
  L 19.75" X W 18.0" X H 2.75"       CASEPACK

QUOTA CAT#: 341, RNONE                                    CASE #        FACTORY        EXPORTER
SPECIAL TRADE                        ANTI-DUMPING:
    INDICATOR:                       COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| | | | SHIPPING SCHEDULE | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 13-NOV-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 82 | 82 | W |

DETAIL DESCRIPTION-
STYLE NAME: WS9LS77917PT
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH EMBRI
FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM
TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE
NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT and CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK // HANGER CODE :- 464B

OPC:                7

SEARS ROEBUCK & CO.                          **P U R C H A S E   O R D E R**                          Page : 5

| ORDER DATE : 25-SEP-2018 | ORDER NO : SI6751 | SG1  STEVEN GREENBERG |
|---|---|---|

**DESCRIPTION**

EMB SLV Y/ OTHER

| | | | SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|---|---|---|
| ITEM CODE: 470052726361 | SEASON/YEAR: 2-SPRING 2019 | | | | |
| | SUB-SEASON: 20-SPRING | | | | |
| I 2OF 5/CARTON UPC: 0019106029084 | CAT/SUB-CAT: 47/04 | | | | |
| STYLE: WS9LS77917PT | TRADEMARK: NONE | | 616 | 47313 | |
| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A | | | | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $149.94 | 65 | 65 | $2,589.60 |
| $39.840 | $39.840 | | | | |

| PER CARTON | KGS: | 2.495 | CBM: | 0.016020 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| | LBS: | 5.500 | CU. FT.: | 0.566 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 19.75" X W 18.0" X H 2.75" | | | CASEPACK | | | |

| QUOTA CAT#: 341, RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | | |
| | COUNTERVAILING: | | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 6 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 13-NOV-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 65 | 65 | W |

DETAIL DESCRIPTION-

STYLE NAME: WS9LS77917PT
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V , FULL SLEEVE WITH EMBRI
FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN PLACKET,BOTTOM
TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN BACK ,WITH SINGLE
NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT and CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK // HANGER CODE :- 484B

OPC:                 6

SEARS ROEBUCK & CO.  **PURCHASE ORDER**  Page : 6

| ORDER DATE : 25-SEP-2018 | ORDER NO : SI6751 | SG1 STEVEN GREENBERG |
|---|---|---|

**ITEM CODE:** 470052712320

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5271227-0 | | | | | | 47313-0 19 | | | | COTTON | 100% | |
| 5271228-8 | | | | | | 47313-0 49 | | | | COTTON | 100% | |
| 5271230-4 | | | | | | 47313-0 64 | | | | COTTON | 100% | |
| 5271231-2 | | | | | | 47313-0 70 | | | | COTTON | 100% | |

**ITEM CODE:** 470052712452

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5271235-3 | | | | | | 47314-0 19 | | | | COTTON | 100% | |
| 5271236-1 | | | | | | 47314-0 49 | | | | COTTON | 100% | |
| 5271237-9 | | | | | | 47314-0 64 | | | | COTTON | 100% | |
| 5271238-7 | | | | | | 47314-0 02 | | | | COTTON | 100% | |

**ITEM CODE:** 470052724960

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5271235-3 | | | | | | 47314-0 19 | | | | COTTON | 100% | |
| 5271236-1 | | | | | | 47314-0 49 | | | | COTTON | 100% | |
| 5271237-9 | | | | | | 47314-0 64 | | | | COTTON | 100% | |
| 5271238-7 | | | | | | 47314-0 02 | | | | COTTON | 100% | |

**ITEM CODE:** 470052728361

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5271227-0 | | | | | | 47313-0 19 | | | | COTTON | 100% | |
| 5271228-8 | | | | | | 47313-0 49 | | | | COTTON | 100% | |
| 5271230-4 | | | | | | 47313-0 64 | | | | COTTON | 100% | |
| 5271231-2 | | | | | | 47313-0 70 | | | | COTTON | 100% | |

**ITEM CODE:** 470052712320    **ITEM:** EMB SLV Y/ OTHER

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: EMB SLV Y/ S PETITE-OTHER | 5271227-0 | OTHER | S PETITE | 1 | 6.640 | 24.99 | 191060028971 |
| SUB KSN DESC: EMB SLV Y/ M PETITE-OTHER | 5271228-8 | OTHER | M PETITE | 2 | 6.640 | 24.99 | 191060028988 |
| SUB KSN DESC: EMB SLV Y/ L PETITE-OTHER | 5271230-4 | OTHER | L PETITE | 2 | 6.640 | 24.99 | 191060028995 |
| SUB KSN DESC: EMB SLV Y/ XL PETITE-OTHE | 5271231-2 | OTHER | XL PETITE | 2 | 6.640 | 24.99 | 191060029008 |
| | | TOTAL | | 7 | 46.480 | 174.93 | |

SEARS ROEBUCK & CO.                          **P U R C H A S E   O R D E R**                                          Page : 7

| ORDER DATE : 25-SEP-2018 | ORDER NO : SI6751 | SG1  STEVEN GREENBERG |
|---|---|---|

**ITEM CODE: 470052712452**          ITEM: EMB SLV Y/ PEACH AMBER

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: EMB SLV Y/ S PETITE-PEACH | 5271235-3 | PEACH AMBER | S PETITE | 1 | 6.640 | 24.99 | 191060029015 |
| SUB KSN DESC: EMB SLV Y/ M PETITE-PEACH | 5271236-1 | PEACH AMBER | M PETITE | 2 | 6.640 | 24.99 | 191060029022 |
| SUB KSN DESC: EMB SLV Y/ L PETITE-PEACH | 5271237-9 | PEACH AMBER | L PETITE | 2 | 6.640 | 24.99 | 191060029039 |
| SUB KSN DESC: EMB SLV Y/ XL PETITE-PEAC | 5271238-7 | PEACH AMBER | XL PETITE | 1 | 6.640 | 24.99 | 191060029046 |
| | | TOTAL | | 6 | 39.840 | 149.94 | |

**ITEM CODE: 470052724960**          ITEM: EMB SLV Y/ PEACH AMBER

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: EMB SLV Y/ S PETITE-PEACH | 5271235-3 | PEACH AMBER | S PETITE | 1 | 6.640 | 24.99 | 191060029015 |
| SUB KSN DESC: EMB SLV Y/ M PETITE-PEACH | 5271236-1 | PEACH AMBER | M PETITE | 2 | 6.640 | 24.99 | 191060029022 |
| SUB KSN DESC: EMB SLV Y/ L PETITE-PEACH | 5271237-9 | PEACH AMBER | L PETITE | 2 | 6.640 | 24.99 | 191060029039 |
| SUB KSN DESC: EMB SLV Y/ XL PETITE-PEAC | 5271238-7 | PEACH AMBER | XL PETITE | 2 | 6.640 | 24.99 | 191060029046 |
| | | TOTAL | | 7 | 46.480 | 174.93 | |

**ITEM CODE: 470052726361**          ITEM: EMB SLV Y/ OTHER

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: EMB SLV Y/ S PETITE-OTHER | 5271227-0 | OTHER | S PETITE | 1 | 6.640 | 24.99 | 191060028971 |
| SUB KSN DESC: EMB SLV Y/ M PETITE-OTHER | 5271228-8 | OTHER | M PETITE | 2 | 6.640 | 24.99 | 191060028988 |
| SUB KSN DESC: EMB SLV Y/ L PETITE-OTHER | 5271230-4 | OTHER | L PETITE | 2 | 6.640 | 24.99 | 191060028995 |
| SUB KSN DESC: EMB SLV Y/ XL PETITE-OTHE | 5271231-2 | OTHER | XL PETITE | 1 | 6.640 | 24.99 | 191060029008 |
| | | TOTAL | | 6 | 39.840 | 149.94 | |

SEARS ROEBUCK & CO.    **P U R C H A S E   O R D E R**    Page : 8

| ORDER DATE : 25-SEP-2018 | ORDER NO : SI6751 | SG1  STEVEN GREENBERG |
|---|---|---|

<u>ADDITIONAL CONDITIONS</u>

**FOR ITEM 470052712320**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 470052712452**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 470052724960**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 470052726361**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

SEARS ROEBUCK & CO.    **P U R C H A S E   O R D E R**    Page : 9

| ORDER DATE : 25-SEP-2018 | ORDER NO : SI6751 | | SG1 STEVEN GREENBERG |

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:

--------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
--------------------------------------------

ANTIDUMPING CLAUSE:
--------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
--------------------------------------------
--------------------------------------------
--------------------------------------------
--------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
--------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

SEARS ROEBUCK & CO.                                    **P U R C H A S E   O R D E R**                                         Page : 10

| ORDER DATE : 25-SEP-2018 | ORDER NO : SI6751 | SG1  STEVEN GREENBERG |
|---|---|---|

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
-------------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
-------------------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

**UPS Supply Chain Solutions**

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| GOKALDAS EXPORTS (A DIVISION OF GOKALDAS EXPORTS LTD) NO.16/2, RESIDENCY ROAD, BANGALORE -560025 INDIA | 967415054 | 7796732086 |

| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
|---|---|---|
| | AWB 7796732086 | 24-DEC-2018 |
| | CUST PO NO:SI6751-801 | |
| | CUST INV NO:201824152928 | |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PH:(310)404-2792 FAX:(310)404-2962
ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO |
|---|---|---|
| | NHAVA SHEVA, INDIA | |

| EXPORT CARRIER (VESSEL/VOY/FLAG) | PORT OF LADING | |
|---|---|---|
| MAERSK DETROIT 1902 | NHAVA SHEVA, INDIA | |

| PORT OF DISCHARGE | PORT OF DELIVERY BY ON CARRIER | NO OF ORIGINALS |
|---|---|---|
| NEWARK | CHAMBERSBURG, PA | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: PONU8149090 SEALCODE1: MLIN2908746 MARKS & NO: USA 01-294 294 CTNS FREIGHT COLLECT CY/DOOR | 1 | 40' HIGH CUBE CONTAINER 294 CARTON SAID TO CONTAIN 294 CARTON 100% COTTON WOVEN WOMENS TOPS EMB SLV Y/D STRIPE BLOUSE GT INV NO:201824152928 INV NO : GE/87728/18-19  DT. 07.12.2018 PO NO : SI6751 REF # 801 DIV:4 DEPT NO:007 TOTAL QTY:  1928 PCS STYLE # WS9LS77917PT NET WT:520.380KGS HTS/RITC CODE  NO : 6206.3030.41 | 829.080 KG 1827.810 LB | 4.710 M3 166.310 F3 |

SHIPPED ON BOARD
3 1 DEC 2018
FOR UPS SCS, MUMBAI
AS AGENT

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | 1 |
| PACKING LIST | | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

**For UPS SCS (INDIA) PVT. LTD.**

Issued by   MUMBAI                    AS AGENT

| Month | Jan | Day | 02 | Year | 2019 |
|---|---|---|---|---|---|

# COMMERCIAL INVOICE

COML INV # GE/87729/18-19

Page 1 of 4
DATE: December 07, 2018
INVOICE NO.: 201824174014

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India   **SHIPPED TO:** Chambersburg , PA
**MODE OF TRANSPORTATION:** Ocean

FOB India

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| SEARS        SF9136 | EMB STRIPE PEACH AMBER | 221 CARTONS | 221 AST ( 221 CTNS ) | 53.360 USD AST | 11,792.56 USD |

ITEM:          200052621430
MADE IN        INDIA
CONTENTS       1 ASSORTMENT
SEARS DIV      607
SEARS ITEM/SKU 62606/

STYLE NAME: WS9LS77917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V , FULL SLEEVE WITH
EMBRIODERY ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN
PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN
BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 60X60-104X82-78GSM
HANGER PACK  //    HANGER CODE :- 484B COST US $0.098 / PIECE

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SF9136 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8444 | |
| VENDOR ITEM CODE | WS9LS77917MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RNONE | |

FACTORY NO.       105244
HINDUJA PROCESSING & FINISHING UNIT
NO.2, 5TH CROSS,
MYSORE ROAD,
BANGALORE
KARNATAKA
India
FTY MID NO.       INHINPRO5BAN

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| SEARS        SF9136 | EMB STRIPE PEACH AMBER | 56 CARTONS | 56 AST ( 56 CTNS ) | 60.030 USD AST | 3,361.68 USD |

ITEM:          200052626959
MADE IN        INDIA
CONTENTS       1 ASSORTMENT
SEARS DIV      607
SEARS ITEM/SKU 62606/

STYLE NAME: WS9LS77917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V , FULL SLEEVE WITH
EMBRIODERY ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN
PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN
BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 60X60-104X82-78GSM
HANGER PACK  //    HANGER CODE :- 484B COST US $0.098 / PIECE

# COMMERCIAL INVOICE

Page 2 of 4
**DATE:** December 07, 2018
**INVOICE NO.:** 201824174014

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India   **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SF9136 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 |
| **VENDOR ITEM CODE** | WS9LS77917MI | **COUNTRY OF ORIGIN** | INDIA |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 341, RNONE |

**FACTORY NO.**      105244

HINDUJA PROCESSING & FINISHING UNIT

NO.2, 5TH CROSS,

MYSORE ROAD,

BANGALORE

KARNATAKA

India

**FTY MID NO.**       INHINPRO5BAN

| SEARS | SF9136 | EMB STRIPE BLUE | | | | 256 | 256 | 53.360 USD | 13,660.16 USD |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CARTONS | AST | AST | |

**ITEM:**        200052635489
**MADE IN**      INDIA        ( 256 CTNS )
**CONTENTS**    1 ASSORTMENT
**SEARS DIV**   607
**SEARS ITEM/SKU**  62607/

STYLE NAME: WS9LS77917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH
EMBROIDERY ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN
PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN
BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON / 100% WOVEN
COUNT & CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK  //     HANGER CODE :- 484B COST US $0.098 / PIECE

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SF9136 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 |
| **VENDOR ITEM CODE** | WS9LS77917MI | **COUNTRY OF ORIGIN** | INDIA |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 341, RNONE |

**FACTORY NO.**      105244

HINDUJA PROCESSING & FINISHING UNIT

NO.2, 5TH CROSS,

MYSORE ROAD,

BANGALORE

KARNATAKA

India

**FTY MID NO.**       INHINPRO5BAN

# COMMERCIAL INVOICE

Page 3 of 4

DATE: December 07, 2018

INVOICE NO.: 201824174014

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB India

| SEARS | SF9136 | EMB STRIPE BLUE | | 80 | 80 | 60.030 USD | 4,802.40 USD |
|-------|--------|-----------------|---|----|----|------------|--------------|
| | | | | CARTONS | AST | AST | |
| ITEM: | 200052635497 | | | ( 80 CTNS ) | | | |
| MADE IN | INDIA | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 62607/ | | | | | | |

STYLE NAME: WS9LS77917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH
EMBROIDERY ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN
PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN
BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 60x60-104x82-78GSM
HANGER PACK   //    HANGER CODE :- 484B COST US $0.098 / PIECE

| | | | | |
|--|--|--|--|--|
| CONTRACT NO. | SF9136 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8444 | |
| VENDOR ITEM CODE | WS9LS77917MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 341, RNONE | |
| FACTORY NO. | 105244 | | | |

HINDUJA PROCESSING & FINISHING UNIT
NO.2, 5TH CROSS,
MYSORE ROAD,
BANGALORE
KARNATAKA
India

FTY MID NO.        INHINPRO5BAN

| | |
|--|--|
| PAYMENT TERM | Letter of Credit |
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | BANK OF AMERICA |
| LC# | 809766 |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|--|--------------------|--------------------------|--|--------------|
| TOTAL INVOICE | 613 | 613 | ASSORTMENTS | 33,616.80 USD |

TOTAL US DOLLARS THIRTY-THREE THOUSAND SIX HUNDRED SIXTEEN DOLLARS AND EIGHTY CENTS ONLY.

# COMMERCIAL INVOICE

Page 4 of 4

**DATE:** December 07, 2018

**INVOICE NO.:** 201824174014

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**    SEARS ROEBUCK & CO.

3333 Beverly Road

Hoffman Estates, IL 60179

US

**SHIPPED FROM:** Nhava Sheva (JNP), India

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Chambersburg , PA

FOB India

| GOKALDAS EXPORTS LTD | |
|---|---|
| **EMPLOYEE NAME** | N. JAYANTHI |
| **EMPLOYEE TITLE** | GENERAL MANAGER – RECEIVABLES MANAGEMENT |

For GOKALDAS EXPORTS LTD.,

N. Jayanthi

G. M. - Receivables Management



Bank of America

Advising Bank: Bank of America N.A., NEW DELHI
Banking and other Financial Services
OUR REF: EX061566/18                                    15 December, 2018
--------------------------------------------------------------------
TO BENEFICIARY:                     ¦ISSUING BANK:
GOKALDAS EXPORTS LTD                ¦BANK OF AMERICA N.A.
NO. 16/2 RESIDENCY ROAD             ¦
BANGALORE, KARNATAKA                ¦
560025, INDIA                       ¦REF: 809766
--------------------------------------------------------------------
                                    ¦ ADVISED THRU BANK:
Amount:USD 33,616.80                ¦ CANARA BANK
                                    ¦ AVENUE ROAD BANGALORE
Expiry Date: 08 January, 2019       ¦ KARNATAKA 560002 INDIA
                                    ¦
--------------------------------------------------------------------
Dear Sirs:

We have been informed by the above issuing bank that they have
established their irrevocable letter of credit in your favour.We enclose
herewith an authenticated copy of the issuing bank's teletransmission
which is the operative instrument and has been authenticated by us.

This letter of credit does not carry our confirmation
This notification is solely an advice of credit opened by the above
mentioned correspondent bank and conveys no engagement by us.

This letter is to be considered as part of the subject credit and must
be presented with all drafts drawn under the attached letter of credit.
All amounts negotiated must be endorsed on the  reverse of the credit.

Please review the original LC and take up the matter with your buyer
directly for any amendment required in the LC.

This credit is subject to Uniform Customs and Practice for Documentary
Credits 2007 Revision, ICC Publication no 600.

This letter of credit will be delivered to you upon receipt of our
advising charges as per enclosed sheet.

PERMANENT ACCOUNT NUMBER : AAACB1537G.
HSN CODE : 9971

Authorised Signatory



Page 2 of 2
Attached to and forming part of our Ref:EX061566/18
----------------------------------------------------

Please note that under the terms of the L/C, we are the nominated bank
for handling the documents and payments and we hold special document
handling/reimbursement instructions.  The documents under the Letter of
Credit should be forwarded to us at the following address through your
your bankers:

              BANK OF AMERICA N.A., (TRADE SERVICES)
              1ST FLOOR, DLF CENTRE,
              SANSAD MARG,
              NEW DELHI 110 001.

Important notice to Exporter's bankers:
---------------------------------------

Please be advised that the EDF Form should be retained and the original
LC should be endorsed by the bank through whom the documents are
submitted to us for payment.  If these documents are submitted to us in
in error, the same will be returned to the presenting bankers.

Please note that in case of discrepancies in the documents, presenting
bankers as well as the issuing bankers will be notified of discrepancies
and documents will be simultaneously couriered to the issuing bank for
necessary acceptance/payment without further reference to the presenting
bank/beneficiary, and documents will be held by the issuing bank at the
risk and disposal of presenting bank for further instructions.

PRESENTATION OF DOCUMENTS THAT ARE NOT IN COMPLIANCE WITH THE APPLICABLE
ANTI-BOYCOTT, ANTI-MONEY LAUNDERING, ANTI-TERRORISM, ANTI-DRUG
TRAFFICKING, EXPORT DENIAL OR ECONOMIC SANCTIONS LAWS, REGULATIONS OR
ORDERS IS NOT ACCEPTABLE. APPLICABLE LAWS VARY DEPENDING ON THE
TRANSACTION AND MAY INCLUDE UNITED NATIONS, UNITED STATES AND/OR LOCAL
LAWS.

For all transferable L/Cs, please arrange to submit the enclosed
application duly filled up and signature verified by the bank. Your
transfer request should be accompanied by a bank draft as per details
enclosed.


Authorised Signatory



Bank of America

Print 001 Of 007

```
FROM:/SA-BOFAHKHX
      BANK OF AMERICA, N.A.
      19F TOWER 2 KCC 51 KWAI
      CHEONG RD, KWAI CHUNG HK

TO:  /SA-BOFAIN4XDEL
      BANK OF AMERICA N.A.
      1ST FLOOR, DLF CENTRE,
      SANSAD MARG, NEW DELHI
      110 001 INDIA(FAX:91 11 3714042)
DATE:181214
```

EX061S66|18

```
::710 ADVICE OF THIRD BANKS OR NON-BANKS DOC CREDIT


:27 /PAGE NUMBER               :1 OF 2
:40B/FORM OF DOC CREDIT        :IRREVOCABLE TRANSFERABLE
                                WITHOUT OUR CONFIRMATION
:20 /SENDERS REF               :6055EX139802/18
:21 /DOC CREDIT NUMBER         :809766
:31C/ISSUE DATE                :181214 14DEC18
:40E/APPLICABLE RULES          :
    UCP LATEST VERSION
:31D/DATE AND PLACE OF EXPIRY  :190108 08JAN19
                                COUNTRY OF BENEFICIARY
:50B/NON BANK ISSUER           :SEARS ROEBUCK ACCEPTANCE CORP
                                3711 KENNETT PIKE
                                GREENVILLE DE 19807
                                USA
:50 /APPLICANT/ACCOUNT PARTY   :SEARS HOLDINGS MGMT CORP AN AGENT
                                OF SEARS,ROEBUCK AND CO AND
                                KMART CORPORATION,3333 BEVERLY
                                RD, HOFFMAN ESTATES,IL 60179 USA
:59 /BENEFICIARY               :GOKALDAS EXPORTS LTD
                                NO. 16/2 RESIDENCY ROAD
                                BANGALORE, KARNATAKA
                                560025, INDIA
:32B/AMOUNT                    :USD 33616.80
:41D/AVAILABLE WITH/BY         :ANY BANK
                                BY NEGOTIATION
:42C/DRAFTS AT ...             :75 DAYS AFTER SHIPMENT DATE
:42D/DRAWEE                    : SEARS ROEBUCK ACCEPTANCE CORP
                                3711 KENNETT PIKE
                                GREENVILLE,DE 19807
                                USA
:43P/PARTIAL SHIPMENTS         :ALLOWED
:43T/TRANSHIPMENT              :ALLOWED
:44E/PORT OF LOADING/AIRPORT OF DEPARTURE:
    INDIA
```



Print 002 Of 007

```
:44F/PORT OF DISCHARGE/AIRPORT OF DESTINATION:
     UNITED STATES
:45 /DESCRIPTION OF GOODS/SERVICES:
     +  P.O NO. SF9136, ITEM CODE 200052621430 AT USD 53.36
     +  P.O. NO. SF9136 ITEM NO. 200052621430 EMB STRIPE        PEAC
      . H AMBER, FOB USD 53.36 PER ASSORTMENT,  221 ASSORTMENT, 1 ASSOR
       TMENT PER CARTON, 221 CARTONS PACKING FACTOR 1.
     +  P.O NO. SF9136, ITEM CODE 200052626959 AT USD 60.03
     +  P.O. NO. SF9136 ITEM NO. 200052626959 EMB STRIPE        PEAC
       H AMBER, FOB USD 60.03 PER ASSORTMENT,  56 ASSORTMENT, 1 ASSORT
       MENT PER CARTON, 56 CARTONS PACKING FACTOR 1.
     +  P.O NO. SF9136, ITEM CODE 200052635489 AT USD 53.36
     +  P.O. NO. SF9136 ITEM NO. 200052635489 EMB STRIPE        BLUE
       , FOB USD 53.36 PER ASSORTMENT,  256 ASSORTMENT, 1 ASSORTMENT P
       ER CARTON, 256 CARTONS PACKING FACTOR 1.
     +  P.O NO. SF9136, ITEM CODE 200052635497 AT USD 60.03
     +  P.O. NO. SF9136 ITEM NO. 200052635497 EMB STRIPE        BLUE
       , FOB USD 60.03 PER ASSORTMENT,  80 ASSORTMENT, 1 ASSORTMENT PE
       R CARTON, 80 CARTONS PACKING FACTOR 1.
:46 /DOCUMENTS REQUIRED           :
     + COMMERCIAL INVOICE TO BE ADDRESSED TO SEARS,
     ROEBUCK AND CO OR SEARS HOLDINGS MANAGEMENT
     CORPORATION WHO ACTS AS AGENT OF SEARS, ROEBUCK
     AND CO IN DUPLICATE (COPIES OR ORIGINALS
     ACCEPTABLE).

     + PACKING LIST IN DUPLICATE (COPY OR ORIGINAL
     ACCEPTABLE).

     + ORIGINAL OR COPY OF SEA WAYBILL,
     OR ORIGINAL OR COPY OF FORWARDER'S CARGO RECEIPT,
     OR ORIGINAL OR COPY OF AIR WAYBILL
     CONSIGNED TO SEARS, ROEBUCK AND CO. AND SHOW
     APPROPRIATE NOTIFY PARTY AS INSTRUCTED BY THE
     DESIGNATED CONSOLIDATOR.

     FOR SHIPMENTS EFFECTED FROM BANGLADESH ONLY,
     3/3 ON BOARD OCEAN BILL OF LADING TO BE
     CONSIGNED TO NEGOTIATING BANK AND ENDORSED TO
     SEARS, ROEBUCK AND CO OR LC ISSUER
     MARKED FREIGHT COLLECT.

     IN CASE OF COPY OF SEA WAYBILL PRESENTED, IT MUST
     SHOW ON BOARD DATE AND IS DEEMED TO BE THE DATE
     OF SHIPMENT. IN CASE OF ORIGINAL OR COPY OF
     FORWARDER'S CARGO RECEIPT, IT MUST SHOW CARGO
     RECEIVED DATE AND IS DEEMED TO BE THE DATE OF
     SHIPMENT. IN CASE OF COPY OF AIR WAYBILL
     PRESENTED, IT MUST SHOW ACTUAL FLIGHT DATE AND IS
     DEEMED TO BE THE DATE OF SHIPMENT.
```







Print 003 Of 007

+ ORIGINAL OR COPY OF AN INSPECTION CERTIFICATE
ISSUED BY SEARS HOLDINGS GLOBAL SOURCING LTD. DULY
SIGNED BY AN AUTHORIZED SIGNATORY OF SEARS
HOLDINGS GLOBAL SOURCING LTD. (OR WRITTEN WAIVER
OF SUCH REQUIREMENT SIGNED BY AN AUTHORIZED
SIGNATORY OF SEARS HOLDINGS GLOBAL SOURCING LTD.)
:47 /ADDITIONAL CONDITIONS        :
INSURANCE BY: BUYER
+ THIS LETTER OF CREDIT COVERS 100 PERCENT OF INVOICE VALUE.
+ A DISCREPANCY FEE OF USD60.00 (OR EQUIVALENT) PER DRAWING OF
DISCREPANT DOCUMENTS WILL BE DEDUCTED AT THE TIME OF PAYMENT. IN
ADDITION, TELEX EXPENSES, IF ANY, INCURRED BY US AS A RESULT OF
DISCREPANT DOCUMENTS ARE ALSO FOR THE BENEFICIARY'S ACCOUNT.
+ BANK OF AMERICA NA HOLDS SPECIAL INSTRUCTIONS REGARDING
DOCUMENTS DISPOSAL AND REIMBURSEMENT OF THIS LETTER OF CREDIT.
ALL DOCUMENTS MUST BE PRESENTED IN ONE LOT BY COURIER SERVICE
THROUGH BENEFICIARY'S BANKER TO OUR PROCESSING AGENT: BANK OF
AMERICA NA., 19TH FLOOR, TOWER 2, KOWLOON COMMERCE CENTRE, 51
KWAI
CHEONG ROAD, KWAI CHUNG, HONG KONG (ATTN: TRADE FINANCE - SEARS).
DOCUMENTS SENT TO OUR OFFICE IN 3711 KENNETT PIKE GREENVILLE,DE
19807 USA WILL BE REJECTED AND FORWARDED TO THE ABOVE ADDRESS FOR
PROCESSING FOR WHICH THE DELAY WILL BE BORNE BY THE BENEFICIARY.
+ UPON RECEIPT OF DOCUMENTS DRAWN IN COMPLIANCE WITH TERMS AND
CONDITIONS OF THIS CREDIT, WE SHALL REMIT THE PROCEEDS TO
NEGOTIATING BANK IN ACCORDANCE WITH THEIR INSTRUCTION ON
MATURITY.
+ ALL CORRESPONDENCE TO THE ISSUER (INCLUDING THE COVERING LETTER
ON EACH PRESENTATION) MUST IDENTIFY THIS LC BY QUOTING OUR
REFERENCE AS IM402274/18.
+ PRESENTATION OF DOCUMENTS(S) THAT ARE NOT IN COMPLIANCE WITH
THE APPLICABLE ANTI-BOYCOTT, ANTI-MONEY LAUNDERING,
ANTI-TERRORISM, ANTI-DRUG TRAFFICKING, EXPORT DENIAL OR ECONOMIC
SANCTIONS LAWS, REGULATIONS OR ORDERS IS NOT ACCEPTABLE.
APPLICABLE LAWS VARY DEPENDING ON THE TRANSACTION AND MAY INCLUDE
UNITED NATIONS, UNITED STATES AND/OR LOCAL LAWS.
+ TWO PHOTOCOPIES OF THE ABOVE MENTIONED COMMERCIAL INVOICES ARE
REQUIRED FOR ISSUER'S RETENTION.
+ UNLESS OTHERWISE STATED, ALL DOCUMENTS CONTENTS MUST BE IN
ENGLISH LANGUAGE.
+ ALL DRAFTS MUST BE MARKED DRAWN UNDER THIS L/C NUMBER.
+ PRESENTATION OF DOCUMENTS MUST BE THROUGH BENEFICIARY'S BANKER.
PRESENTING BANK MUST CERTIFY ON ITS COVERING LETTER THAT THE
DRAWING AMOUNT HAS BEEN ENDORSED ON THE ORIGINAL CREDIT. IN SUCH
CASE, ORIGINAL L/C IS NOT REQUIRED TO BE ACCOMPANIED WITH THE
DOCUMENTS.
+ NOTWITHSTANDING THE DEFINITION OF 'BANKING DAY' UNDER THE
UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS, SATURDAY IS
NOT A 'BANKING DAY' FOR OUR HONG KONG TRADE SERVICES.

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 004 Of 007

+ ALL REFERENCES IN THE UCP600 TO ISSUING BANK, AND TO BANK WHERE
THE TERM INCLUDES AN ISSUING BANK SHALL BE DEEMED TO BE
REFERENCES TO THE ISSUER OF THIS CREDIT, AND THE ISSUER SHALL
HAVE ALL OF THE RIGHTS, DUTIES, AND OBLIGATIONS OF AN ISSUER
UNDER THE UCP.
+ THIS CREDIT IS NOT CONFIRMED BY BANK OF AMERICA N.A. AND
THEREFORE CARRIES NO ENGAGEMENT ON THE PART OF BANK OF AMERICA
N.A.
+ IN CASE OF QUERIES, PLEASE CONTACT US AT OUR HOTLINE 852 3508
2323

+ SHIPMENT QUANTITY AND AMOUNT LESS UP TO 3PCT PER
PO ACCEPTABLE. SHIPMENT QUANTITY AND AMOUNT MORE
UP TO 3PCT PER PO ACCEPTABLE ONLY FOR CLOTHING,
FASHION ACCESSORIES, HOME TEXTILES AND HANDBAGS.

+ REFERENCE (PO) FROM ORDER CONTRACT SHIPPING
SCHEDULE MUST BE SPECIFIED ON THE COMMERCIAL
INVOICE FOR EACH SHIPMENT COVERED ON THE INVOICE.

+ COMBINED DRAWINGS UNDER OTHER LETTERS OF CREDIT
ISSUED BY US WITH IDENTICAL TERMS AND CONDITIONS
IN FAVOR OF THE SAME BENEFICIARY FOR ACCOUNT OF
APPLICANT ARE ACCEPTABLE PROVIDED THAT ONE DRAFT
IS PRESENTED FOR THE TOTAL AMOUNT INDICATING THE
AMOUNTS DRAWN UNDER EACH LETTER OF CREDIT.

+ SEPARATE INVOICES MUST BE ISSUED FOR EACH
DESTINATION (COPIES OR ORIGINALS ACCEPTABLE.)

+ PO NO SF9136, ALL SHIPMENTS TO BE MADE AS SPECIFIED IN BUYER'S
ORDER NO.  SF9136 WITH SHIPMENT TO COMMENCE ON 12/1
3/18 BUT IN ANY EVENT NOT LATER THAN12/18/18

+ THIRD PARTY SHIPPER AND DOCUMENTS ACCEPTABLE.

+ ALL BANKING CHARGES OTHER THAN THOSE OF THE
ISSUING CHARGES, ARE FOR THE ACCOUNT OF THE
BENEFICIARY.

+ LATE SHIPMENT, LATE PRESENTATION, LETTER OF
CREDIT EXPIRED FOR NOT MORE THAN 7 DAYS WILL NOT
BE COUNTED AS LC DISCREPANCY.

+ LC APPLICANT MAY, WITHOUT THE PRIOR
AUTHORIZATION OR APPROVAL OF THE LC BENEFICIARY OR
NEGOTIATING BANK, DEDUCT UP TO 10 PERCENT OF
INVOICE VALUE ON ANY DRAWING UNDER THIS LETTER OF
CREDIT FOR OUTSTANDING CLAIMS AND/OR CHARGEBACKS
EXISTS BETWEEN THE BENEFICIARY AND THE APPLICANT.

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 005 Of 007

HOWEVER, NO FURTHER DEDUCTION WILL BE TAKEN AFTER
USANCE LC BILLS HAVE BEEN ACCEPTED BY THE LC
ISSUER.

+ IN CASE DEDUCTION OF CLAIMS ARE SPECIFIED PER LC
TERM, COMMERCIAL INVOICE MUST SHOW THE DEDUCTION
AS SPECIFIED ON THE FIRST DRAWING. IF THE FIRST
DRAWING AMOUNT IS NOT SUFFICIENT TO COVER
:48 /PERIOD FOR PRESENTATION IN DAYS:
   21
:49 /CONFIRMATION INSTRUCTIONS  :WITHOUT
:57D/ADVISE THRU                :CANARA BANK
                                 AVENUE ROAD BANGALORE
                                 KARNATAKA 560002 INDIA
                                 à

*  LAST UPDATED BY   : SYSTEM     ON 14DEC18  AT 18:48:31 *
*  AUTHORISED BY     :                                    *
*  MPROC REFERENCE   : SDSMPR6216TRAN237324               *
*  DESTINATION NAME  :                                    *
*  DESTINATION ADDR  :                                    *
*                    :                                    *
*                    :                                    *

BANK OF AMERICA N.A.
New Delhi

EX061566/1P

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 006 Of 007

FROM:/SA-BOFAHKHX
      BANK OF AMERICA, N.A.
      19F TOWER 2 KCC 51 KWAI
      CHEONG RD, KWAI CHUNG HK

TO:   /SA-BOFAIN4XDEL
      BANK OF AMERICA N.A.
      1ST FLOOR, DLF CENTRE,
      SANSAD MARG,NEW DELHI
      110 001 INDIA(FAX:91 11 3714042)
DATE:181214

::711 ADVICE OF THIRD BANKS OR NON-BANKS DOC CREDIT


:27 /PAGE NUMBER          :2 OF 2
:20 /SENDERS REF          :6055EX139802/18
:21 /RELATED REF          :809766
:47 /ADDITIONAL CONDITIONS :
   DEDUCTION AMOUNT. BALANCE DEDUCTIONS WILL BE
   DEDUCTED FROM SUBSEQUENT DRAWINGS.

   + DOCUMENTS MAY BE PRESENTED DIRECTLY TO BANK OF
   AMERICA, N.A. LOCAL BRANCH AT BENEFICIARY'S
   COUNTRY AS THEY HOLD SPECIAL REIMBURSEMENT AND
   DOCUMENT HANDLING INSTRUCTIONS. IN THIS CASE,
   WE WOULD SPEED UP THE PAYMENT PROCESSING UNDER
   THIS L/C.

   + THIS CREDIT IS TRANSFERABLE. ANY TRANSFER
     MUST BE HANDLED THROUGH THE ADVISING BANK.
     THE TRANSFERRING BANK MUST ADVISE US BY
     AUTHENTICATED SWIFT OR TESTED TELEX WITHIN 3
     WORKING DAYS FROM THE DATE OF THE TRANSFER THE
     FOLLOWING INFORMATION:
     A. NAME AND ADDRESS OF TRANSFEREE,
     B. TRANSFERRED AMOUNT,
     C. QUANTITY AND DESCRIPTION OF GOODS,
     D. WHETHER THE FIRST BENEFICIARY WILL RETAIN OR
     WAIVE THEIR RIGHT RELATED TO AMENDMENT,
     E. WHETHER THE FIRST BENEFICIARY HAS REQUESTED
     TO SUBSTITUTE THEIR OWN DRAFTS AND DOCUMENTS
     FOR THOSE TO BE PRESENTED BY THE SECOND
     BENEFICIARY(IES).
     F. THEY HAVE MARKED THE TRANSFER ON THE
     ORIGINAL LC AND THE RELEVANT TRANSFERRING
     CHARGES ARE FOR ACCOUNT OF BENEFICIARY.
   + IF TRANSFERRED, A COPY OF THE ADVICE OF TRANSFER
     AND ANY AMENDMENTS THERETO MUST ACCOMPANY EACH



Print 007 Of 007

DRAWING UNDER THE LETTER OF CREDIT. IF DOCUMENTS
PRESENTED BY A PARTY OTHER THAN THE FIRST
BENEFICIARY, THE PRESENTING BANK MUST CERTIFY ON
THEIR COVERING LETTER THAT SUCH PARTY IS THE
SECOND BENEFICIARY AND THAT SUBSTITUTION OF
DRAFT AND INVOICE IS NOT REQUIRED.

à

```
*  LAST UPDATED BY    : SYSTEM     ON 14DEC18  AT 18:48:31  *
*  AUTHORISED BY      :                                     *
*  MPROC REFERENCE    : SDSMPR6216TRAN237323                *
*  DESTINATION NAME   :                                     *
*  DESTINATION ADDR   :                                     *
*                     :                                     *
*                     :                                     *
```



This letter of credit forms an integral
part of our attached advice and is
recorded under our referenced
number EX 061566/18
Bank of America N.A.

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



DATE OF ADVICE: 15 December, 2018
DEBIT ADVICE NO: EX061566/180001

PAYMENT OF CHARGES FOR EXPORT

NAME AND ADDRESS OF RECIPIENT OF SERVICES:
GOKALDAS EXPORTS LTD
NO. 16/2 RESIDENCY ROAD
BANGALORE, KARNATAKA
560025, INDIA


GSTIN OF THE RECIPIENT: GST UNKNOWN
PLACE OF SUPPLY:    STATE UNKNOWN

IN ACCORDANCE WITH DETAILS SHOWN BELOW, WE HAVE DEBITED YOUR ACCOUNT

DETAILS OF CHARGES:
Adv-Taxable value               INR          1,881.36
Central Tax (9%)                INR            169.32
State Tax (9%)                  INR            169.32
                                -------------------------
NET AMOUNT DEBITED              INR          2,220.00

SUPPLIER GSTIN: 07AAACB1537G1Z3
PERMANENT ACCOUNT NUMBER: AAACB1537G.
HSN CODE: 9971

THIS IS A SYSTEM GENERATED ADVICE AND REQUIRES NO SIGNATURE.

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America

SEARS ROEBUCK & CO.                    P U R C H A S E   O R D E R                                    Page : 1

| ORDER DATE : 25-SEP-2018 | ORDER NO : SF9136 | BUYER : TF2  TRIXIA FU |
|---|---|---|
| DIV : Division 4 | DEPT NO : 007 | |

**SEARS ROEBUCK & CO.**
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | GOKALDAS EXPORTS LTD |
| ADDRESS | NO. 16/2 |
| | RESIDENCY ROAD |
| | BANGALORE |
| | KARNATAKA |
| COUNTRY | India |
| EMAIL | sireesh@gokaldasexports.com |
| VENDOR NBR | 8444 |
| TELEPHONE | 91 09900085026 |
| DUNS NBR | 01000308692 |
| FDA REG # | |

| TOTAL COST OF ORDER USD |
|---|
| $33,616.80 |

| PAYMENT TO BE MADE BY : | |
|---|---|
| ( )   MULTIPLE PAYMENT TYPES | |
| ( )   CHECK/WIRE TRANSFER | |
| Amount USD: | 0.00 |
| ( )   FREE GOODS | |
| Amount USD: | 0.00 |
| (X)   LETTER OF CREDIT | |
| Amount USD: | 33,616.80 |
| LC #: | 809766 |
| TRANSFERABLE: | Yes |
| BANK: | BANKBO |

| PAYMENT TERMS: | 74 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKIN | SEARS SOURCING INDIA PVT LTD |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKIN | INDIA OFFICE |

| EACH ITEM TO BE MARKED: | MADE IN INDIA |
|---|---|
| EMBARK/GO-DOWN: | INDIA |
| SHIP POINT: | INNSA1B |
| DELIVERY TERMS: | FOB IN |
| CITY, COUNTRY: | Nhava Sheva (JNP), India |

**FACTORY DETAILS:**

| FACTORY NBR: | 105244 |
|---|---|
| NAME | HINDUJA PROCESSING & FINISHING UNIT |
| ADDRESS | NO.2, 5TH CROSS, |
| | MYSORE ROAD, |
| | BANGALORE |
| | KARNATAKA |
| COUNTRY | India |
| TEL | 91-80-32215776 |
| EMAIL | hpfpd@gokaldasexports.com |
| MID | INHINPRO5BAN |

SEARS ROEBUCK & CO.  **P U R C H A S E   O R D E R**  Page : 2

| ORDER DATE : 25-SEP-2018 | ORDER NO : SF9136 | | TF2  TRIXIA FU |

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 200052621430 | SEASON/YEAR: 2-SPRING 2019 | EMB STRIPE PEACH AMBER |
| | SUB-SEASON: 20-SPRING | |
| I 2OF 5/CARTON UPC: 00191060028797 | CAT/SUB-CAT: 20/07 | |
| STYLE: WS9LS77917MI | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A | 607 | 62606 | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $199.92 | 221 | 221 | $11,792.56 |
| $53.360 | $53.360 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | KGS: 3.992 | CBM: 0.017477 | | AST PER INNER | 1 |
| PER CARTON | LBS: 8.800 | CU. FT.: 0.617 | | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 19.75" X W 18.0" X H 3.0" | | CASEPACK | | | |

| | | | |
|---|---|---|---|
| QUOTA CAT#: 341, RNONE | CASE # | FACTORY | EXPORTER |
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 8 PCS

| | | S H I P P I N G   S C H E D U L E | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 221 | 221 | L |

DETAIL DESCRIPTION-

STYLE NAME: WS9LS77917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH
EMBRIODERY ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN
PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN
BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK // HANGER CODE :- 484B COST US $0.098 / PIECE

OPC:            8

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                                    Page : 3

| ORDER DATE : 25-SEP-2018 | ORDER NO : SF9136 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 200052626959 | SEASON/YEAR: 2-SPRING 2019 | EMB STRIPE PEACH AMBER |
| | SUB-SEASON: 20-SPRING | |
| I 2OF 5/CARTON UPC: 00191060028803 | CAT/SUB-CAT: 20/07 | |
| STYLE: WS9LS77917MI | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A | 607 | 62606 | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $224.91 | 56 | 56 | $3,361.68 |
| $60.030 | $60.030 | | | | |

| PER CARTON | KGS: 3.992 | CBM: 0.018933 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 8.800 | CU. FT.: 0.669 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 19.75" X W 18.0" X H 3.25" | | CASEPACK | | |

QUOTA CAT#:  341, RNONE                                                CASE #              FACTORY            EXPORTER

SPECIAL TRADE INDICATOR:                                    ANTI-DUMPING:

                                                           COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 9 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 56 | 56 | L |

DETAIL DESCRIPTION-

STYLE NAME: WS9LS77917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH
EMBRIODERY ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN
PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN
BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK // HANGER CODE :- 484B COST US $0.098 / PIECE

OPC:                    9

SEARS ROEBUCK & CO.　　　　　　　　　　**P U R C H A S E   O R D E R**　　　　　　　　　　Page : 4

| ORDER DATE : 25-SEP-2018 | ORDER NO : SF9136 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 200052635489 　　 SEASON/YEAR: 2-SPRING 2019 　　 EMB STRIPE BLUE

　　　　　　　　　　　　　　 SUB-SEASON: 20-SPRING

I 2OF 5/CARTON UPC: 00191060028810 　 CAT/SUB-CAT: 20/07

　　　　 STYLE:  WS9LS77917MI 　　 TRADEMARK: NONE 　　 **SEARS DIV** 　　 **SEARS ITEM** 　　 **SEARS SKU**

BRAND NAME: LAURA SCOTT 　　 COPYRIGHT REG. NO.: N/A 　　 607 　　 62607

INTL COMMODY CODE: GDSM 　　 MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $199.92 | 256 | 256 | $13,660.16 |
| $53.360 | $53.360 | | | | |

PER CARTON 　 KGS:  3.447 　　 CBM:  0.017477 　　 AST PER INNER 　　　　　　 1

　　　　　　 LBS:  7.600 　　 CU. FT.:  0.617 　　 INNERS PER OUTER CARTON 　 1

OUTER CARTON DIMENSIONS 　　　 PACKING INSTRUCTION: 　　 AST PER MASTER SHIPPING CTN 　 1

　 L 19.75" X W 18.0" X H 3.0" 　　　　　 CASEPACK

QUOTA CAT#: 341, RNONE 　　　　　　　　　　 **CASE #** 　　 **FACTORY** 　　 **EXPORTER**

SPECIAL TRADE INDICATOR: 　　　　　　　　　　 ANTI-DUMPING:

　　　　　　　　　　　　　　　　　　　　 COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 6 PCS

| **S H I P P I N G   S C H E D U L E** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 256 | 256 | L |

DETAIL DESCRIPTION-

STYLE NAME: WS9LS77917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH
EMBROIDERY ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN
PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN
BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK // HANGER CODE :- 484B COST US $0.098 / PIECE

OPC: 　　　　　 8

SEARS ROEBUCK & CO.  **P U R C H A S E   O R D E R**  Page : 5

| ORDER DATE : 25-SEP-2018 | ORDER NO : SF9136 | TF2  TRIXIA FU |
|---|---|---|

| | | DESCRIPTION | | | |
|---|---|---|---|---|---|
| ITEM CODE: 200052635497 | SEASON/YEAR:  2-SPRING 2019 | EMB STRIPE BLUE | | | |
| | SUB-SEASON:  20-SPRING | | | | |
| I 2OF 5/CARTON UPC:  00191060028827 | CAT/SUB-CAT:  20/07 | | | | |
| STYLE:  WS9LS77917MI | TRADEMARK:  NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME:  LAURA SCOTT | COPYRIGHT REG. NO.:  N/A | 607 | 62607 | |
| INTL COMMODY CODE:  GDSM | MLTP CARTON IND:  001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $224.91 | 80 | 80 | $4,802.40 |
| $60.030 | $60.030 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| PER CARTON | KGS:  3.901 | CBM:  0.018933 | AST PER INNER | 1 | |
| | LBS:  8.600 | CU. FT.:  0.669 | INNERS PER OUTER CARTON | 1 | |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 | |
| L 19.75" X W 18.0" X H 3.25" | | CASEPACK | | | |

| QUOTA CAT#:  341, RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | | |
| | COUNTERVAILING: | | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 9 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 80 | 80 | L |

DETAIL DESCRIPTION-

STYLE NAME: WS9LS77917MI
DESCRIPTION : EMB SLV Y/D STRIPE BLOUSE
DETAILS OF THE GARMENT- NO POCKET, BAND COLLAR WITH V . FULL SLEEVE WITH
EMBROIDERY ,CENTRE FRONT PACKET IS TILL WAIST LENGTH (NOT FULL OPEN
PLACKET,BOTTOM TREATMENT: BOTTOM TREATMENT-1/4 INCH DOUBLE TURN
BACK ,WITH SINGLE NEEDLE TOP STITCH
BODY LENGTH- HIGH POINT SHOULDER TO CROTCH
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT - 100% COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 60X60-104x82-78GSM
HANGER PACK // HANGER CODE :- 484B COST US $0.098 / PIECE

OPC:                      9

SEARS ROEBUCK & CO.                                    **P U R C H A S E   O R D E R**                                    Page : 6

| ORDER DATE : 25-SEP-2018 | ORDER NO : SF9136 | TF2  TRIXIA FU |
|---|---|---|

**ITEM CODE:   200052621430**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5262139-8 | | | | | | 62606-0 25 | | | | COTTON | 100% | |
| 5262140-6 | | | | | | 62606-0 30 | | | | COTTON | 100% | |
| 5262141-4 | | | | | | 62606-0 31 | | | | COTTON | 100% | |
| 5262142-2 | | | | | | 62606-0 32 | | | | COTTON | 100% | |

**ITEM CODE:   200052626959**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5262139-8 | | | | | | 62606-0 25 | | | | COTTON | 100% | |
| 5262140-6 | | | | | | 62606-0 30 | | | | COTTON | 100% | |
| 5262141-4 | | | | | | 62606-0 31 | | | | COTTON | 100% | |
| 5262142-2 | | | | | | 62606-0 32 | | | | COTTON | 100% | |

**ITEM CODE:   200052635489**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5263501-8 | | | | | | 62607-0 25 | | | | COTTON | 100% | |
| 5263503-4 | | | | | | 62607-0 30 | | | | COTTON | 100% | |
| 5263504-2 | | | | | | 62607-0 31 | | | | COTTON | 100% | |
| 5263547-1 | | | | | | 62607-0 32 | | | | COTTON | 100% | |

**ITEM CODE:   200052635497**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5263501-8 | | | | | | 62607-0 25 | | | | COTTON | 100% | |
| 5263503-4 | | | | | | 62607-0 30 | | | | COTTON | 100% | |
| 5263504-2 | | | | | | 62607-0 31 | | | | COTTON | 100% | |
| 5263547-1 | | | | | | 62607-0 32 | | | | COTTON | 100% | |

**ITEM CODE: 200052621430**          **ITEM: EMB STRIPE PEACH AMBER**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: EMB STRIPE S | 5262139-8 | PEACH AMBER | SMALL | 1 | 6.670 | 24.99 | 191060028759 |
| SUB KSN DESC: EMB STRIPE M | 5262140-6 | PEACH AMBER | MEDIUM | 2 | 6.670 | 24.99 | 191060028766 |
| SUB KSN DESC: EMB STRIPE L | 5262141-4 | PEACH AMBER | LARGE | 3 | 6.670 | 24.99 | 191060028773 |
| SUB KSN DESC: EMB STRIPE XL | 5262142-2 | PEACH AMBER | X LARGE | 2 | 6.670 | 24.99 | 191060028780 |
| | | TOTAL | | 8 | 53.360 | 199.92 | |

SEARS ROEBUCK & CO.

**P U R C H A S E   O R D E R**

| ORDER DATE : 25-SEP-2018 | ORDER NO : SF9136 | TF2  TRIXIA FU |
| --- | --- | --- |

**ITEM CODE: 200052626959**    **ITEM:** EMB STRIPE PEACH AMBER

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: EMB STRIPE S | 5262139-8 | PEACH AMBER | SMALL | 1 | 6.670 | 24.99 | 191060028759 |
| SUB KSN DESC: EMB STRIPE M | 5262140-6 | PEACH AMBER | MEDIUM | 2 | 6.670 | 24.99 | 191060028766 |
| SUB KSN DESC: EMB STRIPE L | 5262141-4 | PEACH AMBER | LARGE | 3 | 6.670 | 24.99 | 191060028773 |
| SUB KSN DESC: EMB STRIPE XL | 5262142-2 | PEACH AMBER | X LARGE | 3 | 6.670 | 24.99 | 191060028780 |
| | | TOTAL | | 9 | 60.030 | 224.91 | |

**ITEM CODE: 200052635489**    **ITEM:** EMB STRIPE BLUE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: EMB STRIPE S | 5263501-8 | BLUE | SMALL | 1 | 6.670 | 24.99 | 191060028711 |
| SUB KSN DESC: EMB STRIPE M | 5263503-4 | BLUE | MEDIUM | 2 | 6.670 | 24.99 | 191060028728 |
| SUB KSN DESC: EMB STRIPE L | 5263504-2 | BLUE | LARGE | 3 | 6.670 | 24.99 | 191060028735 |
| SUB KSN DESC: EMB STRIPE XL | 5263547-1 | BLUE | X LARGE | 2 | 6.670 | 24.99 | 191060028742 |
| | | TOTAL | | 8 | 53.360 | 199.92 | |

**ITEM CODE: 200052635497**    **ITEM:** EMB STRIPE BLUE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUB KSN DESC: EMB STRIPE S | 5263501-8 | BLUE | SMALL | 1 | 6.670 | 24.99 | 191060028711 |
| SUB KSN DESC: EMB STRIPE M | 5263503-4 | BLUE | MEDIUM | 2 | 6.670 | 24.99 | 191060028728 |
| SUB KSN DESC: EMB STRIPE L | 5263504-2 | BLUE | LARGE | 3 | 6.670 | 24.99 | 191060028735 |
| SUB KSN DESC: EMB STRIPE XL | 5263547-1 | BLUE | X LARGE | 3 | 6.670 | 24.99 | 191060028742 |
| | | TOTAL | | 9 | 60.030 | 224.91 | |

SEARS ROEBUCK & CO.　　　　　　　　　　　**P U R C H A S E   O R D E R**　　　　　　　　　　　Page : 8

| ORDER DATE : 25-SEP-2018 | ORDER NO : SF9136 | TF2  TRIXIA FU |
|---|---|---|

<u>ADDITIONAL CONDITIONS</u>

**FOR ITEM 200052621430**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 200052626959**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 200052635489**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 200052635497**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

SEARS ROEBUCK & CO.

**P U R C H A S E   O R D E R**

Page : 9

| ORDER DATE :  25-SEP-2018 | ORDER NO :  SF9136 | TF2  TRIXIA FU |
| --- | --- | --- |

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR—
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-

UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.

ANTIDUMPING CLAUSE:

VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.

LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                                    Page : 10

| ORDER DATE : 25-SEP-2018 | ORDER NO : SF9136 | TF2  TRIXIA FU |
|---|---|---|

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
---------------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
---------------------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

**UPS Supply Chain Solutions** 

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| GOKALDAS EXPORTS | 967415054 | 7796732097 |
| (A DIVISION OF GOKALDAS EXPORTS LTD) | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| NO.16/2, RESIDENCY ROAD, | AWB 796732097 | 24-DEC-2018 |
| BANGALORE -560025 INDIA | CUST PO NO:SF9136-801 | |
| | CUST INV NO:201824174014 | |

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
ATTN: MARY ELLEN WRATSCHKO
PH:(310)404-2792 FAX:(310)404-2962

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO |
|---|---|---|
| | NHAVA SHEVA, INDIA | |
| EXPORT CARRIER (VESSEL/VOW/FLAG) | PORT OF LADING | |
| MAERSK DETROIT 1902 | NHAVA SHEVA, INDIA | |
| PORT OF DISCHARGE | PORT OF DELIVERY BY ON CARRIER | NO OF ORIGINALS |
| NEWARK | CHAMBERSBURG, PA | 1/ONE |

| PARTICULARS FURNISHED BY SHIPPER | | | | |
|---|---|---|---|---|
| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
| CTRNO:<br>PONU8149090<br>SEALCODE1:<br>MLIN2908746<br>MARKS & NO:<br>USA<br>01-613<br>613<br>CTNS<br><br>FREIGHT COLLECT<br>CY/DOOR | 1 | 40' HIGH CUBE CONTAINER 613 CARTON<br>SAID TO CONTAIN 613 CARTON<br>100% COTTON  WOVEN WOMENS TOPS<br>EMB STRIPE PEACH AMBER, EMB STRIPE BLUE<br>GT INV NO: 201824174014<br>INV NO : GE/87729/18-19  DT. 07.12.2018<br>PO NO :SF9136<br>REF # 801<br>DIV:4<br>DEPT NO:007<br>TOTAL QTY:  5040 PCS<br>STYLE # WS9BE77917MI<br>LC # 809766 DATED 14.12.2018<br>NET WT:1395.188 KGS<br>HTS/RITC CODE  NO : 6206.3030.41 | 2038.830 KG<br>4494.850 LB | 10.912 M3<br>385.303 F3 |

SHIPPED ON BOARD
3 1 DEC 2018
FOR UPS SCS, MUMBAI
AS AGENT

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

---

In accordance with instruction from Buyer, we have received the following documents from Shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | 1 |
| PACKING LIST | | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

For UPS SCS (INDIA) PVT. LTD.

AS AGENT

Issued by  MUMBAI

| Month | Jan | Day | 02 | Year | 2019 |
|---|---|---|---|---|---|

# COMMERCIAL INVOICE

COML INV # GE/87730/18-19

Page 1 of 7

**DATE:** December 07, 2018

**INVOICE NO.:** 201824151174

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**       SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India       **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SF9021 | SHEETING S BLACK ONYX | 500 CARTONS | 500 AST ( 500 CTNS ) | 23.800 USD AST | 11,900.00 USD |
| ITEM: | 210028890028 | | | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 43105/ | | | | | |

STYLE NAME: WP9LS58303MI
DESCRIPTION : SHEETING SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND    TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT INSIDE OF WAISTB
AND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK   //    CODE 6012B   PRICE - $0.098

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SF9021 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8444 | |
| VENDOR ITEM CODE | WP9LS58303MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SF9021 | SHEETING S BLACK ONYX | 445 CARTONS | 445 AST ( 445 CTNS ) | 27.200 USD AST | 12,104.00 USD |
| ITEM: | 210028890036 | | | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 43105/ | | | | | |

STYLE NAME: WP9LS58303MI
DESCRIPTION : SHEETING SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND    TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT INSIDE OF WAISTB
AND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK   //    CODE 6012B   PRICE - $0.098

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SF9021 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8444 | |
| VENDOR ITEM CODE | WP9LS58303MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

# COMMERCIAL INVOICE

Page 2 of 7

**DATE:** December 07, 2018

**INVOICE NO.:** 201824151174

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| SEARS | SF9021 | SHEETING S MARITIME BLUE | 408 | 408 | 27.200 USD | 11,097.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 210028891711 | | ( 408 CTNS ) | | | |
| **MADE IN** | INDIA | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |
| **SEARS DIV** | 607 | | | | | |
| **SEARS ITEM/SKU** | 43109/ | | | | | |

STYLE NAME: WP9LS58303MI
DESCRIPTION : SHEETING SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND    TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT INSIDE OF WAISTB
AND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //    CODE 6012B   PRICE - $0.098

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SF9021 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 | |
| **VENDOR ITEM CODE** | WP9LS58303MI | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

| SEARS | SF9021 | SHEETING S PERFECT KHAKI | 445 | 445 | 27.200 USD | 12,104.00 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| **ITEM:** | 210028891885 | | ( 445 CTNS ) | | | |
| **MADE IN** | INDIA | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |
| **SEARS DIV** | 607 | | | | | |
| **SEARS ITEM/SKU** | 43718/ | | | | | |

STYLE NAME: WP9LS58303MI
DESCRIPTION : SHEETING SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND    TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT INSIDE OF WAISTB
AND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //    CODE 6012B   PRICE - $0.098

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SF9021 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 | |
| **VENDOR ITEM CODE** | WP9LS58303MI | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

# COMMERCIAL INVOICE

Page 3 of 7

**DATE:** December 07, 2018

**INVOICE NO.:** 201824151174

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| SEARS | SF9021 | SHEETING S PERFECT KHAKI | | | 503 | 503 | 23.800 USD | 11,971.40 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |
| **ITEM:** | 210028891901 | | | | ( 503 CTNS ) | | | |
| **MADE IN** | INDIA | | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | | |
| **SEARS DIV** | 607 | | | | | | | |
| **SEARS ITEM/SKU** | 43718/ | | | | | | | |

STYLE NAME: WP9LS58303MI
DESCRIPTION : SHEETING SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND    TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT INSIDE OF WAISTB
AND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //    CODE 6012B    PRICE - $0.098

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SF9021 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 | |
| **VENDOR ITEM CODE** | WP9LS58303MI | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

| SEARS | SF9021 | SHEETING S CORE WHITE | | | 364 | 364 | 27.200 USD | 9,900.80 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |
| **ITEM:** | 210028892313 | | | | ( 364 CTNS ) | | | |
| **MADE IN** | INDIA | | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | | |
| **SEARS DIV** | 607 | | | | | | | |
| **SEARS ITEM/SKU** | 44177/ | | | | | | | |

STYLE NAME: WP9LS58303MI
DESCRIPTION : SHEETING SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND    TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT INSIDE OF WAISTB
AND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //    CODE 6012B    PRICE - $0.098

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SF9021 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 | |
| **VENDOR ITEM CODE** | WP9LS58303MI | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

# COMMERCIAL INVOICE

Page 4 of 7

**DATE:** December 07, 2018

**INVOICE NO.:** 201824151174

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| SEARS | SF9021 | SHEETING S CALYPSO CORAL | | 286 | 286 | 27.200 USD | 7,779.20 USD |
|-------|--------|--------------------------|--|-----|-----|------------|--------------|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 210028893790 | | | ( 286 CTNS ) | | | |
| **MADE IN** | INDIA | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 44183/ | | | | | | |

STYLE NAME: WP9LS58303MI
DESCRIPTION : SHEETING SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND   TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT INSIDE OF WAISTB
AND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //    CODE 6012B   PRICE - $0.098

| **CONTRACT NO.** | SF9021 | **REFERENCE NO.** | 801 |
|------------------|--------|-------------------|-----|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 |
| **VENDOR ITEM CODE** | WP9LS58303MI | **COUNTRY OF ORIGIN** | INDIA |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

| SEARS | SF9021 | SHEETING S ROYAL BLUE | | 320 | 320 | 27.200 USD | 8,704.00 USD |
|-------|--------|-----------------------|--|-----|-----|------------|--------------|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 210028896538 | | | ( 320 CTNS ) | | | |
| **MADE IN** | INDIA | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 44706/ | | | | | | |

STYLE NAME: WP9LS58303MI
DESCRIPTION : SHEETING SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND   TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT INSIDE OF WAISTB
AND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //    CODE 6012B   PRICE - $0.098

| **CONTRACT NO.** | SF9021 | **REFERENCE NO.** | 801 |
|------------------|--------|-------------------|-----|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 |
| **VENDOR ITEM CODE** | WP9LS58303MI | **COUNTRY OF ORIGIN** | INDIA |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

# COMMERCIAL INVOICE

Page 5 of 7

**DATE:** December 07, 2018

**INVOICE NO.:** 201824151174

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| SEARS | SF9021 | SHEETING S MARITIME BLUE | | 453 | 453 | 23.800 USD | 10,781.40 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 210096695994 | | | ( 453 CTNS ) | | | |
| **MADE IN** | INDIA | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 43109/ | | | | | | |

STYLE NAME: WP9LS58303MI
DESCRIPTION : SHEETING SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND    TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT INSIDE OF WAISTB
AND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //    CODE 6012B    PRICE - $0.098

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SF9021 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 | |
| **VENDOR ITEM CODE** | WP9LS58303MI | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

| SEARS | SF9021 | SHEETING S CORE WHITE | | 389 | 389 | 23.800 USD | 9,258.20 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 210096696000 | | | ( 389 CTNS ) | | | |
| **MADE IN** | INDIA | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 44177/ | | | | | | |

STYLE NAME: WP9LS58303MI
DESCRIPTION : SHEETING SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND    TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT INSIDE OF WAISTB
AND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //    CODE 6012B    PRICE - $0.098

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SF9021 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 | |
| **VENDOR ITEM CODE** | WP9LS58303MI | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

# COMMERCIAL INVOICE

Page 6 of 7

**DATE:** December 07, 2018

**INVOICE NO.:** 201824151174

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| SEARS | SF9021 | SHEETING S CALYPSO CORAL | | 286 | 286 | 23.800 USD | 6,806.80 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 210096696018 | | | ( 286 CTNS ) | | | |
| **MADE IN** | INDIA | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 44183/ | | | | | | |

STYLE NAME: WP9LS58303MI
DESCRIPTION : SHEETING SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND    TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT INSIDE OF WAISTB
AND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK //    CODE 6012B    PRICE - $0.098

| **CONTRACT NO.** | SF9021 | **REFERENCE NO.** | 801 |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 |
| **VENDOR ITEM CODE** | WP9LS58303MI | **COUNTRY OF ORIGIN** | INDIA |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

| SEARS | SF9021 | SHEETING S ROYAL BLUE | | 338 | 338 | 23.800 USD | 8,044.40 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 210096696026 | | | ( 338 CTNS ) | | | |
| **MADE IN** | INDIA | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 44706/ | | | | | | |

STYLE NAME: WP9LS58303MI
DESCRIPTION : SHEETING SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND    TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT INSIDE OF WAISTB
AND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK //    CODE 6012B    PRICE - $0.098

| **CONTRACT NO.** | SF9021 | **REFERENCE NO.** | 801 |
|---|---|---|---|
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 |
| **VENDOR ITEM CODE** | WP9LS58303MI | **COUNTRY OF ORIGIN** | INDIA |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

| **PAYMENT TERM** | Letter of Credit |
|---|---|
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | BANK OF AMERICA |
| **LC#** | 809764 |

# COMMERCIAL INVOICE

Page 7 of 7

**DATE:** December 07, 2018

**INVOICE NO.:** 201824151174

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 4,737 | 4,737 | ASSORTMENTS | 120,451.80  USD |

TOTAL US DOLLARS ONE HUNDRED TWENTY THOUSAND FOUR HUNDRED FIFTY-ONE DOLLARS AND EIGHTY CENTS ONLY.

| GOKALDAS EXPORTS LTD | |
|---|---|
| **EMPLOYEE NAME** | N. JAYANTHI |
| **EMPLOYEE TITLE** | GENERAL MANAGER – RECEIVABLES MANAGEMENT |

For GOKALDAS EXPORTS LTD.,

G. M. - Receivables Management

(Page 1 of 2)



Advising Bank: Bank of America N.A., NEW DELHI
Banking and other Financial Services
OUR REF: EX061561/18                                    18 December, 2018
------------------------------------------------------------------------
TO BENEFICIARY:                      |ISSUING BANK:
GOKALDAS EXPORTS LTD                 |BANK OF AMERICA N.A.
NO. 16/2                             |
RESIDENCY ROAD BANGALORE,            |
KARNATAKA 560025, INDIA              |REF: 809764
------------------------------------------------------------------------
                                     | ADVISED THRU BANK:
Amount:USD 119,715.03                | CANARA BANK
                                     | AVENUE ROAD BANGALORE
Expiry Date: 08 January, 2019        | KARNATAKA 560002 INDIA
                                     |
------------------------------------------------------------------------

Dear Sirs:

We have been informed by the above issuing bank that they have
established their irrevocable letter of credit in your favour.We enclose
herewith an authenticated copy of the issuing bank's teletransmission
which is the operative instrument and has been authenticated by us.

This letter of credit does not carry our confirmation
This notification is solely an advice of credit opened by the above
mentioned correspondent bank and conveys no engagement by us.

This letter is to be considered as part of the subject credit and must
be presented with all drafts drawn under the attached letter of credit.
All amounts negotiated must be endorsed on the  reverse of the credit.

Please review the original LC and take up the matter with your buyer
directly for any amendment required in the LC.

This credit is subject to Uniform Customs and Practice for Documentary
Credits 2007 Revision, ICC Publication no 600.

This letter of credit will be delivered to you upon receipt of our
advising charges as per enclosed sheet.

PERMANENT ACCOUNT NUMBER : AAACB1537G.
HSN CODE : 9971


Authorised Signatory

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America

(Page 2 of 2)



Page 2 of 2
Attached to and forming part of our Ref:EX061561/18
------------------------------------------------------

Please note that under the terms of the L/C, we are the nominated bank
for handling the documents and payments and we hold special document
handling/reimbursement instructions. The documents under the Letter of
Credit should be forwarded to us at the following address through your
your bankers:

                    BANK OF AMERICA N.A., (TRADE SERVICES)
                    1ST FLOOR, DLF CENTRE,
                    SANSAD MARG,
                    NEW DELHI 110 001.

Important notice to Exporter's bankers:
---------------------------------------
Please be advised that the EDF Form should be retained and the original
LC should be endorsed by the bank through whom the documents are
submitted to us for payment.  If these documents are submitted to us in
in error, the same will be returned to the presenting bankers.

Please note that in case of discrepancies in the documents, presenting
bankers as well as the issuing bankers will be notified of discrepancies
and documents will be simultaneously couriered to the issuing bank for
necessary acceptance/payment without further reference to the presenting
bank/beneficiary, and documents will be held by the issuing bank at the
risk and disposal of presenting bank for further instructions.

PRESENTATION OF DOCUMENTS THAT ARE NOT IN COMPLIANCE WITH THE APPLICABLE
ANTI-BOYCOTT, ANTI-MONEY LAUNDERING, ANTI-TERRORISM, ANTI-DRUG
TRAFFICKING, EXPORT DENIAL OR ECONOMIC SANCTIONS LAWS, REGULATIONS OR
ORDERS IS NOT ACCEPTABLE. APPLICABLE LAWS VARY DEPENDING ON THE
TRANSACTION AND MAY INCLUDE UNITED NATIONS, UNITED STATES AND/OR LOCAL
LAWS.

For all transferable L/Cs, please arrange to submit the enclosed
application duly filled up and signature verified by the bank. Your
transfer request should be accompanied by a bank draft as per details
enclosed.


Authorised Signatory



(Page 1 of 8)

REVIEWED COMPLIANCE BY ZKNSLCJ December 18, 2018, 14:58:15, IST



**Bank of America**

Sears Roebuck Acceptance Corp – GCI : 006919104

                         Print 001 Of 008


FROM:/SA-BOFAHKHX
      BANK OF AMERICA, N.A.
      19F TOWER 2 KCC 51 KWAI
      CHEONG RD, KWAI CHUNG HK

TO:  /SA-BOFAIN4XDEL
     BANK OF AMERICA N.A.
     1ST FLOOR, DLF CENTRE,
     SANSAD MARG,NEW DELHI
     110 001 INDIA(FAX:91 11 3714042)
DATE:181214

::710 ADVICE OF THIRD BANKS OR NON-BANKS DOC CREDIT


:27 /PAGE NUMBER            :1 OF 2
:40B/FORM OF DOC CREDIT     :IRREVOCABLE TRANSFERABLE
                             WITHOUT OUR CONFIRMATION
:20 /SENDERS REF            :6055EX139797/18
:21 /DOC CREDIT NUMBER      :809764
:31C/ISSUE DATE             :181214 14DEC18
:40E/APPLICABLE RULES       :
    UCP LATEST VERSION
:31D/DATE AND PLACE OF EXPIRY :190108 08JAN19
                             COUNTRY OF BENEFICIARY
:50B/NON BANK ISSUER        :SEARS ROEBUCK ACCEPTANCE CORP
                             3711 KENNETT PIKE
                             GREENVILLE DE 19807
                             USA
:50 /APPLICANT/ACCOUNT PARTY :SEARS HOLDINGS MGMT CORP AN AGENT
                             OF SEARS,ROEBUCK AND CO AND
                             KMART CORPORATION,3333 BEVERLY
                             RD, HOFFMAN ESTATES,IL 60179 USA
:59 /BENEFICIARY            :GOKALDAS EXPORTS LTD
                             NO. 16/2
                             RESIDENCY ROAD BANGALORE,
                             KARNATAKA 560025, INDIA
:32B/AMOUNT                 :USD 119715.03
:41D/AVAILABLE WITH/BY      :ANY BANK
                             BY NEGOTIATION
:42C/DRAFTS AT ...          :75 DAYS AFTER SHIPMENT DATE
:42D/DRAWEE                 : SEARS ROEBUCK ACCEPTANCE CORP
                             3711 KENNETT PIKE
                             GREENVILLE, DE 19807
                             USA
:43P/PARTIAL SHIPMENTS      :ALLOWED
:43T/TRANSHIPMENT           :ALLOWED
:44E/PORT OF LOADING/AIRPORT OF DEPARTURE:
    INDIA

EXO61561|18

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America

(Page 2 of 8)

Expo6154/18 

Bank of America

Print 002 of 008

:44F/PORT OF DISCHARGE/AIRPORT OF DESTINATION:
    UNITED STATES
:45 /DESCRIPTION OF GOODS/SERVICES:
    + P.O NO. SF9021, ITEM CODE 210028890028 AT USD 23.8
    + P.O. NO. SF9021 ITEM NO. 210028890028 SHEETING S          BLAC
      K ONYX, FOB USD 23.8 PER ASSORTMENT,  509 ASSORTMENT, 1 ASSORTM
      ENT PER CARTON, 509 CARTONS PACKING FACTOR 1.
    + P.O NO. SF9021, ITEM CODE 210028890036 AT USD 27.2
    + P.O. NO. SF9021 ITEM NO. 210028890036 SHEETING S          BLAC
      K ONYX, FOB USD 27.2 PER ASSORTMENT,  445 ASSORTMENT, 1 ASSORTM
      ENT PER CARTON, 445 CARTONS PACKING FACTOR 1.
    + P.O NO. SF9021, ITEM CODE 210028891711 AT USD 27.2
    + P.O. NO. SF9021 ITEM NO. 210028891711 SHEETING S          MARI
      TIME BLUE, FOB USD 27.2 PER ASSORTMENT,  408 ASSORTMENT, 1 ASSO
      RTMENT PER CARTON, 408 CARTONS PACKING FACTOR 1.
    + P.O NO. SF9021, ITEM CODE 210028891885 AT USD 27.2
    + P.O. NO. SF9021 ITEM NO. 210028891885 SHEETING S          PERF
      ECT KHAKI, FOB USD 27.2 PER ASSORTMENT,  445 ASSORTMENT, 1 ASSO
      RTMENT PER CARTON, 445 CARTONS PACKING FACTOR 1.
    + P.O NO. SF9021, ITEM CODE 210028891901 AT USD 23.8
    + P.O. NO. SF9021 ITEM NO. 210028891901 SHEETING S          PERF
      ECT KHAKI, FOB USD 23.8 PER ASSORTMENT,  509 ASSORTMENT, 1 ASSO
      RTMENT PER CARTON, 509 CARTONS PACKING FACTOR 1.
    + P.O NO. SF9021, ITEM CODE 210028892313 AT USD 27.2
    + P.O. NO. SF9021 ITEM NO. 210028892313 SHEETING S          CORE
      WHITE, FOB USD 27.2 PER ASSORTMENT,  364 ASSORTMENT, 1 ASSORTM
      ENT PER CARTON, 364 CARTONS PACKING FACTOR 1.
    + P.O NO. SF9021, ITEM CODE 210028893790 AT USD 27.2
    + P.O. NO. SF9021 ITEM NO. 210028893790 SHEETING S          CALY
      PSO CORAL, FOB USD 27.2 PER ASSORTMENT,  286 ASSORTMENT, 1 ASSO
      RTMENT PER CARTON, 286 CARTONS PACKING FACTOR 1.
    + P.O NO. SF9021, ITEM CODE 210028896538 AT USD 27.2
    + P.O. NO. SF9021 ITEM NO. 210028896538 SHEETING S          ROYA
      L BLUE, FOB USD 27.2 PER ASSORTMENT,  320 ASSORTMENT, 1 ASSORTM
      ENT PER CARTON, 320 CARTONS PACKING FACTOR 1.
    + P.O NO. SF9021, ITEM CODE 210096695994 AT USD 23.8
    + P.O. NO. SF9021 ITEM NO. 210096695994 SHEETING S          MARI
      TIME BLUE, FOB USD 23.8 PER ASSORTMENT,  459 ASSORTMENT, 1 ASSO
      RTMENT PER CARTON, 459 CARTONS PACKING FACTOR 1.
    + P.O NO. SF9021, ITEM CODE 210096696000 AT USD 23.8
    + P.O. NO. SF9021 ITEM NO. 210096696000 SHEETING S          CORE
      WHITE, FOB USD 23.8 PER ASSORTMENT,  402 ASSORTMENT, 1 ASSORTM
      ENT PER CARTON, 402 CARTONS PACKING FACTOR 1.
    + P.O NO. SF9021, ITEM CODE 210096696018 AT USD 23.8
    + P.O. NO. SF9021 ITEM NO. 210096696018 SHEETING S          CALY
      PSO CORAL, FOB USD 23.8 PER ASSORTMENT,  290 ASSORTMENT, 1 ASSO
      RTMENT PER CARTON, 290 CARTONS PACKING FACTOR 1.
    + P.O NO. SF9021, ITEM CODE 210096696026 AT USD 23.8
    + P.O. NO. SF9021 ITEM NO. 210096696026 SHEETING S          ROYA
      L BLUE, FOB USD 23.8 PER ASSORTMENT,  359 ASSORTMENT, 1 ASSORTM

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America

(Page 3 of 8)



Print 003 of 008

ENT PER CARTON, 359 CARTONS PACKING FACTOR 1.
:46 /DOCUMENTS REQUIRED        :
   + PO NO SF9021, REDUCE LC FOR CLAIM VAT102518000001  IN THE AMO
     UNT OF 2140.97
   + COMMERCIAL INVOICE TO BE ADDRESSED TO SEARS,
   ROEBUCK AND CO OR SEARS HOLDINGS MANAGEMENT
   CORPORATION WHO ACTS AS AGENT OF SEARS, ROEBUCK
   AND CO IN DUPLICATE (COPIES OR ORIGINALS
   ACCEPTABLE).

   + PACKING LIST IN DUPLICATE (COPY OR ORIGINAL
   ACCEPTABLE).

   + ORIGINAL OR COPY OF SEA WAYBILL,
   OR ORIGINAL OR COPY OF FORWARDER'S CARGO RECEIPT,
   OR ORIGINAL OR COPY OF AIR WAYBILL
   CONSIGNED TO SEARS, ROEBUCK AND CO. AND SHOW
   APPROPRIATE NOTIFY PARTY AS INSTRUCTED BY THE
   DESIGNATED CONSOLIDATOR.

   FOR SHIPMENTS EFFECTED FROM BANGLADESH ONLY,
   3/3 ON BOARD OCEAN BILL OF LADING TO BE
   CONSIGNED TO NEGOTIATING BANK AND ENDORSED TO
   SEARS, ROEBUCK AND CO OR LC ISSUER
   MARKED FREIGHT COLLECT.

   IN CASE OF COPY OF SEA WAYBILL PRESENTED, IT MUST
   SHOW ON BOARD DATE AND IS DEEMED TO BE THE DATE
   OF SHIPMENT. IN CASE OF ORIGINAL OR COPY OF
   FORWARDER'S CARGO RECEIPT, IT MUST SHOW CARGO
   RECEIVED DATE AND IS DEEMED TO BE THE DATE OF
   SHIPMENT. IN CASE OF COPY OF AIR WAYBILL
   PRESENTED, IT MUST SHOW ACTUAL FLIGHT DATE AND IS
   DEEMED TO BE THE DATE OF SHIPMENT.

   + ORIGINAL OR COPY OF AN INSPECTION CERTIFICATE
   ISSUED BY SEARS HOLDINGS GLOBAL SOURCING LTD. DULY
   SIGNED BY AN AUTHORIZED SIGNATORY OF SEARS
   HOLDINGS GLOBAL SOURCING LTD. (OR WRITTEN WAIVER
   OF SUCH REQUIREMENT SIGNED BY AN AUTHORIZED
   SIGNATORY OF SEARS HOLDINGS GLOBAL SOURCING LTD.)
:47 /ADDITIONAL CONDITIONS       :
   INSURANCE BY: BUYER
   + THIS LETTER OF CREDIT COVERS 100 PERCENT OF INVOICE VALUE.
   + A DISCREPANCY FEE OF USD60.00 (OR EQUIVALENT) PER DRAWING OF
   DISCREPANT DOCUMENTS WILL BE DEDUCTED AT THE TIME OF PAYMENT. IN
   ADDITION, TELEX EXPENSES, IF ANY, INCURRED BY US AS A RESULT OF
   DISCREPANT DOCUMENTS ARE ALSO FOR THE BENEFICIARY'S ACCOUNT.
   + BANK OF AMERICA NA HOLDS SPECIAL INSTRUCTIONS REGARDING
   DOCUMENTS DISPOSAL AND REIMBURSEMENT OF THIS LETTER OF CREDIT.

EX061561/18

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America

(Page 4 of 8)



Print 004 Of 008

ALL DOCUMENTS MUST BE PRESENTED IN ONE LOT BY COURIER SERVICE
THROUGH BENEFICIARY'S BANKER TO OUR PROCESSING AGENT: BANK OF
AMERICA NA., 19TH FLOOR, TOWER 2, KOWLOON COMMERCE CENTRE, 51
KWAI
CHEONG ROAD, KWAI CHUNG, HONG KONG (ATTN: TRADE FINANCE - SEARS).
DOCUMENTS SENT TO OUR OFFICE IN 3711 KENNETT PIKE GREENVILLE, DE
19807 USA WILL BE REJECTED AND FORWARDED TO THE ABOVE ADDRESS FOR
PROCESSING FOR WHICH THE DELAY WILL BE BORNE BY THE BENEFICIARY.
+ UPON RECEIPT OF DOCUMENTS DRAWN IN COMPLIANCE WITH TERMS AND
CONDITIONS OF THIS CREDIT, WE SHALL REMIT THE PROCEEDS TO
NEGOTIATING BANK IN ACCORDANCE WITH THEIR INSTRUCTION ON
MATURITY.
+ ALL CORRESPONDENCE TO THE ISSUER (INCLUDING THE COVERING LETTER
ON EACH PRESENTATION) MUST IDENTIFY THIS LC BY QUOTING OUR
REFERENCE AS IM402273/18.
+ PRESENTATION OF DOCUMENTS(S) THAT ARE NOT IN COMPLIANCE WITH
THE APPLICABLE ANTI-BOYCOTT, ANTI-MONEY LAUNDERING,
ANTI-TERRORISM, ANTI-DRUG TRAFFICKING, EXPORT DENIAL OR ECONOMIC
SANCTIONS LAWS, REGULATIONS OR ORDERS IS NOT ACCEPTABLE.
APPLICABLE LAWS VARY DEPENDING ON THE TRANSACTION AND MAY INCLUDE
UNITED NATIONS, UNITED STATES AND/OR LOCAL LAWS.
+ TWO PHOTOCOPIES OF THE ABOVE MENTIONED COMMERCIAL INVOICES ARE
REQUIRED FOR ISSUER'S RETENTION.
+ UNLESS OTHERWISE STATED, ALL DOCUMENTS CONTENTS MUST BE IN
ENGLISH LANGUAGE.
+ ALL DRAFTS MUST BE MARKED DRAWN UNDER THIS L/C NUMBER.
+ PRESENTATION OF DOCUMENTS MUST BE THROUGH BENEFICIARY'S BANKER.
PRESENTING BANK MUST CERTIFY ON ITS COVERING LETTER THAT THE
DRAWING AMOUNT HAS BEEN ENDORSED ON THE ORIGINAL CREDIT. IN SUCH
CASE, ORIGINAL L/C IS NOT REQUIRED TO BE ACCOMPANIED WITH THE
DOCUMENTS.
+ NOTWITHSTANDING THE DEFINITION OF 'BANKING DAY' UNDER THE
UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS, SATURDAY IS
NOT A 'BANKING DAY' FOR OUR HONG KONG TRADE SERVICES.
+ ALL REFERENCES IN THE UCP600 TO ISSUING BANK, AND TO BANK WHERE
THE TERM INCLUDES AN ISSUING BANK SHALL BE DEEMED TO BE
REFERENCES TO THE ISSUER OF THIS CREDIT, AND THE ISSUER SHALL
HAVE ALL OF THE RIGHTS, DUTIES, AND OBLIGATIONS OF AN ISSUER
UNDER THE UCP.
+ THIS CREDIT IS NOT CONFIRMED BY BANK OF AMERICA N.A. AND
THEREFORE CARRIES NO ENGAGEMENT ON THE PART OF BANK OF AMERICA
N.A.
+ IN CASE OF QUERIES, PLEASE CONTACT US AT OUR HOTLINE 852 3508
2323

+ SHIPMENT QUANTITY AND AMOUNT LESS UP TO 3PCT PER
PO ACCEPTABLE. SHIPMENT QUANTITY AND AMOUNT MORE
UP TO 3PCT PER PO ACCEPTABLE ONLY FOR CLOTHING,
FASHION ACCESSORIES, HOME TEXTILES AND HANDBAGS.



EX061561/18

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 005 of 008

+ REFERENCE (PO) FROM ORDER CONTRACT SHIPPING
SCHEDULE MUST BE SPECIFIED ON THE COMMERCIAL
INVOICE FOR EACH SHIPMENT COVERED ON THE INVOICE.

+ COMBINED DRAWINGS UNDER OTHER LETTERS OF CREDIT
ISSUED BY US WITH IDENTICAL TERMS AND CONDITIONS
IN FAVOR OF THE SAME BENEFICIARY FOR ACCOUNT OF
APPLICANT ARE ACCEPTABLE PROVIDED THAT ONE DRAFT
IS PRESENTED FOR THE TOTAL AMOUNT INDICATING THE
AMOUNTS DRAWN UNDER EACH LETTER OF CREDIT.

+ SEPARATE INVOICES MUST BE ISSUED FOR EACH
DESTINATION (COPIES OR ORIGINALS ACCEPTABLE.)

+ PO NO SF9021, ALL SHIPMENTS TO BE MADE AS SPECIFIED IN BUYER'S
   ORDER NO.  SF9021 WITH SHIPMENT TO COMMENCE ON 12/1
   3/18 BUT IN ANY EVENT NOT LATER THAN12/18/18

+ THIRD PARTY SHIPPER AND DOCUMENTS ACCEPTABLE.

+ ALL BANKING CHARGES OTHER THAN THOSE OF THE
ISSUING CHARGES, ARE FOR THE ACCOUNT OF THE
BENEFICIARY.

+ LATE SHIPMENT, LATE PRESENTATION, LETTER OF
CREDIT EXPIRED FOR NOT MORE THAN 7 DAYS WILL NOT
BE COUNTED AS LC DISCREPANCY.

+ LC APPLICANT MAY, WITHOUT THE PRIOR
AUTHORIZATION OR APPROVAL OF THE LC BENEFICIARY OR
NEGOTIATING BANK, DEDUCT UP TO 10 PERCENT OF
INVOICE VALUE ON ANY DRAWING UNDER THIS LETTER OF
CREDIT FOR OUTSTANDING CLAIMS AND/OR CHARGEBACKS
EXISTS BETWEEN THE BENEFICIARY AND THE APPLICANT.
HOWEVER, NO FURTHER DEDUCTION WILL BE TAKEN AFTER
USANCE LC BILLS HAVE BEEN ACCEPTED BY THE LC
ISSUER.

+ IN CASE DEDUCTION OF CLAIMS ARE SPECIFIED PER LC
TERM, COMMERCIAL INVOICE MUST SHOW THE DEDUCTION
AS SPECIFIED ON THE FIRST DRAWING. IF THE FIRST
DRAWING AMOUNT IS NOT SUFFICIENT TO COVER
:48 /PERIOD FOR PRESENTATION IN DAYS:
   21
:49 /CONFIRMATION INSTRUCTIONS  :WITHOUT
:57D/ADVISE THRU               :CANARA BANK
                                AVENUE ROAD BANGALORE
                                KARNATAKA 560002 INDIA
                                à

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America

(Page 6 of 8)



Bank of America

Print 006 Of 008

```
*   LAST UPDATED BY   : SYSTEM      ON 14DEC18  AT 17:51:15 *
*   AUTHORISED BY     :                                     *
*   MPROC REFERENCE   : SDSMPR6216TRAN237311                *
*   DESTINATION NAME  :                                     *
*   DESTINATION ADDR  :                                     *
*                     :                                     *
*                     :                                     *
```

EXOCIS61|8

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 007 Of 008

FROM:/SA-BOFAHKHX
        BANK OF AMERICA, N.A.
        19F TOWER 2 KCC 51 KWAI
        CHEONG RD, KWAI CHUNG HK

TO:    /SA-BOFAIN4XDEL
        BANK OF AMERICA N.A.
        1ST FLOOR, DLF CENTRE,
        SANSAD MARG,NEW DELHI
        110 001 INDIA(FAX:91 11 3714042)
DATE:181214

::711 ADVICE OF THIRD BANKS OR NON-BANKS DOC CREDIT


:27 /PAGE NUMBER          :2 OF 2
:20 /SENDERS REF          :6055EX139797/18
:21 /RELATED REF          :809764
:47 /ADDITIONAL CONDITIONS  :
    DEDUCTION AMOUNT. BALANCE DEDUCTIONS WILL BE
    DEDUCTED FROM SUBSEQUENT DRAWINGS.

    + DOCUMENTS MAY BE PRESENTED DIRECTLY TO BANK OF
    AMERICA, N.A. LOCAL BRANCH AT BENEFICIARY'S
    COUNTRY AS THEY HOLD SPECIAL REIMBURSEMENT AND
    DOCUMENT HANDLING INSTRUCTIONS. IN THIS CASE,
    WE WOULD SPEED UP THE PAYMENT PROCESSING UNDER
    THIS L/C.

    + THIS CREDIT IS TRANSFERABLE. ANY TRANSFER
    MUST BE HANDLED THROUGH THE ADVISING BANK.
    THE TRANSFERRING BANK MUST ADVISE US BY
    AUTHENTICATED SWIFT OR TESTED TELEX WITHIN 3
    WORKING DAYS FROM THE DATE OF THE TRANSFER THE
    FOLLOWING INFORMATION:
    A. NAME AND ADDRESS OF TRANSFEREE,
    B. TRANSFERRED AMOUNT,
    C. QUANTITY AND DESCRIPTION OF GOODS,
    D. WHETHER THE FIRST BENEFICIARY WILL RETAIN OR
    WAIVE THEIR RIGHT RELATED TO AMENDMENT,
    E. WHETHER THE FIRST BENEFICIARY HAS REQUESTED
    TO SUBSTITUTE THEIR OWN DRAFTS AND DOCUMENTS
    FOR THOSE TO BE PRESENTED BY THE SECOND
    BENEFICIARY(IES).
    F. THEY HAVE MARKED THE TRANSFER ON THE
    ORIGINAL LC AND THE RELEVANT TRANSFERRING
    CHARGES ARE FOR ACCOUNT OF BENEFICIARY.
    + IF TRANSFERRED, A COPY OF THE ADVICE OF TRANSFER
    AND ANY AMENDMENTS THERETO MUST ACCOMPANY EACH



T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 008 Of 008

DRAWING UNDER THE LETTER OF CREDIT. IF DOCUMENTS
PRESENTED BY A PARTY OTHER THAN THE FIRST
BENEFICIARY, THE PRESENTING BANK MUST CERTIFY ON
THEIR COVERING LETTER THAT SUCH PARTY IS THE
SECOND BENEFICIARY AND THAT SUBSTITUTION OF
DRAFT AND INVOICE IS NOT REQUIRED.
à

```
*   LAST UPDATED BY  : SYSTEM    ON 14DEC18  AT 17:51:15 *
*   AUTHORISED BY    :                                   *
*   MPROC REFERENCE  : SDSMPR6216TRAN237310              *
*   DESTINATION NAME :                                   *
*   DESTINATION ADDR :                                   *
*                    :                                   *
*                    :                                   *
```

This letter of credit forms an integral
part of our attached advice and is
recorded under our referenced
number EX 61561/18
Bank of America N.A.
(Incorporated in U.S. with limited liability)

Authorised Signatory

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



DATE OF ADVICE: 18 December, 2018
DEBIT ADVICE NO: EX061561/180001

PAYMENT OF CHARGES FOR EXPORT

NAME AND ADDRESS OF RECIPIENT OF SERVICES:
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD BANGALORE,
KARNATAKA 560025, INDIA

GSTIN OF THE RECIPIENT: GST UNKNOWN
PLACE OF SUPPLY:    STATE UNKNOWN

IN ACCORDANCE WITH DETAILS SHOWN BELOW, WE HAVE DEBITED YOUR ACCOUNT

DETAILS OF CHARGES:
Adv-Taxable value                      INR          1,881.36
Central Tax (9%)                       INR            169.32
State Tax (9%)                         INR            169.32
                                       ------------------------
NET AMOUNT DEBITED                     INR          2,220.00

SUPPLIER GSTIN: 07AAACB1537G1Z3
PERMANENT ACCOUNT NUMBER: AAACB1537G.
HSN CODE: 9971

THIS IS A SYSTEM GENERATED ADVICE AND REQUIRES NO SIGNATURE.

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America

SEARS ROEBUCK & CO.                          **P U R C H A S E   O R D E R**                          Page : 1

| ORDER DATE : 06-SEP-2018 | ORDER NO : SF9021 | BUYER : TF2  TRIXIA FU |
|---|---|---|
| DIV : Division 4 | DEPT NO : 007 | |

**SEARS ROEBUCK & CO.**
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | GOKALDAS EXPORTS LTD |
| ADDRESS | NO. 16/2 |
| | RESIDENCY ROAD |
| | BANGALORE |
| | KARNATAKA |
| COUNTRY | India |
| EMAIL | siresh@gokaldasexports.com |
| VENDOR NBR | 8444 |
| TELEPHONE | 91 09900085026 |
| DUNS NBR | 01000308692 |
| FDA REG # | |

**TOTAL COST OF ORDER USD**
$121,046.80

PAYMENT TO BE MADE BY :
( )    MULTIPLE PAYMENT TYPES
( )    CHECK/WIRE TRANSFER
              Amount USD:  0.00
( )    FREE GOODS
              Amount USD:  0.00
(X)    LETTER OF CREDIT
              Amount USD:  121,046.80
              LC #:   809764
TRANSFERABLE:  Yes
          BANK:  BANKBO

| PAYMENT TERMS: | 74 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKIN | SEARS SOURCING INDIA PVT LTD |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKIN | INDIA OFFICE |

| EACH ITEM TO BE MARKED: | MADE IN INDIA |
|---|---|
| EMBARK/GO-DOWN: | INDIA |
| SHIP POINT: | INNSA1B |
| DELIVERY TERMS: | FOB IN |
| CITY, COUNTRY: | Nhava Sheva (JNP), India |

FACTORY DETAILS:

| FACTORY NBR: | 104551 |
|---|---|
| NAME | GOKALDAS EXPORTS UNIT - I |
| ADDRESS | PLOT NO. 119, KIADB |
| | GROWTH CENTRE, SH 57 |
| | HASSAN |
| | KARNATAKA |
| COUNTRY | India |
| TEL | 9663616730 |
| EMAIL | ichha.hegde@gokaldasexports.com |
| MID | INGOKEXP119HAS |

SEARS ROEBUCK & CO.                          **P U R C H A S E   O R D E R**                          Page : 2

| ORDER DATE : 06-SEP-2018 | ORDER NO : SF9021 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

| | |
|---|---|
| **ITEM CODE:** 210028890028 | **SEASON/YEAR:** 2-SPRING 2019 |
| | **SUB-SEASON:** 20-SPRING |
| **I 2OF 5/CARTON UPC:** 00191060024324 | **CAT/SUB-CAT:** 21/01 |
| **STYLE:** WP9LS58303MI | **TRADEMARK:** NONE |
| **BRAND NAME:** LAURA SCOTT | **COPYRIGHT REG. NO.:** N/A |
| **INTL COMMODY CODE:** GDSM | **MLTP CARTON IND:** 001 |

SHEETING S BLACK ONYX

| SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|
| 607 | 43105 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $69.93 | 509 | 509 | $12,114.20 |
| $23.800 | $23.800 | | | | |

| PER CARTON | KGS: 2.903 | CBM: 0.022942 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 6.400 | CU. FT.: 0.810 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 25.0" X W 14.0" X H 4.0" | | CASEPACK | | |

| QUOTA CAT#: 348, RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 07 PCS PER CARTON

| | SHIPPING SCHEDULE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 509 | 509 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9LS58303MI
DESCRIPTION : SHEETING SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT INSIDE OF WAISTB
AND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6012B PRICE - $0.098

OPC:              7

SEARS ROEBUCK & CO.                          **P U R C H A S E   O R D E R**                                      Page : 3

| ORDER DATE : 06-SEP-2018 | ORDER NO : SF9021 | TF2  TRIXIA FU |
|---|---|---|

| | | DESCRIPTION |
|---|---|---|

**DESCRIPTION**

SHEETING S BLACK ONYX

| ITEM CODE: 210028890036 | SEASON/YEAR: 2-SPRING 2019 |
|---|---|

| | SUB-SEASON: 20-SPRING |
|---|---|

| I 2OF 5/CARTON UPC: 0019106O024348 | CAT/SUB-CAT: 21/01 |
|---|---|

| STYLE: WP9LS58303MI | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|---|---|

| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A | 607 | 43105 |
|---|---|---|---|

| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 |
|---|---|

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $79.92 | 445 | 445 | $12,104.00 |
| $27.200 | $27.200 | | | | |

| PER CARTON | KGS: 3.198 | CBM: 0.025810 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 7.050 | CU. FT.: 0.911 | INNERS PER OUTER CARTON | 1 |

| OUTER CARTON DIMENSIONS | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
|---|---|---|---|
| L 25.0" X W 14.0" X H 4.5" | CASEPACK | | |

| QUOTA CAT#: 348, RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|

| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: |
|---|---|
| | COUNTERVAILING: |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 08 PCS PER CARTON

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 445 | 445 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9LS58303MI
DESCRIPTION : SHEETING SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT INSIDE OF WAISTB
AND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6012B PRICE - $0.098

OPC:              8

SEARS ROEBUCK & CO.                          P U R C H A S E   O R D E R                                    Page : 4

| ORDER DATE : 06-SEP-2018 | ORDER NO : SF9021 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

SHEETING S MARITIME BLUE

| | |
|---|---|
| ITEM CODE: 210028891711 | SEASON/YEAR: 2-SPRING 2019 |
| | SUB-SEASON: 20-SPRING |
| I 2OF 5/CARTON UPC: 00191060024393 | CAT/SUB-CAT: 21/01 |
| STYLE: WP9LS58303MI | TRADEMARK: NONE |
| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 |

| | SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|---|
| | 607 | 43109 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $79.92 | 408 | 408 | $11,097.60 |
| $27.200 | $27.200 | | | | |

| PER CARTON | KGS: 3.198 | CBM: 0.025810 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 7.050 | CU. FT.: 0.911 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 25.0" X W 14.0" X H 4.5" | | CASEPACK | | |

QUOTA CAT#:  348, RNONE                                    CASE #              FACTORY          EXPORTER

SPECIAL TRADE
INDICATOR:                                      ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 08 PCS PER CARTON

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 408 | 408 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9LS58303MI
DESCRIPTION : SHEETING SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT INSIDE OF WAISTB
AND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6012B PRICE - $0.098

OPC:                          8

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                    Page : 5

| ORDER DATE : 06-SEP-2018 | ORDER NO : SF9021 | TF2  TRIXIA FU |
|---|---|---|

| | | DESCRIPTION |
|---|---|---|
| ITEM CODE: 210028891885 | SEASON/YEAR:  2-SPRING 2019 | SHEETING S PERFECT KHAKI |
| | SUB-SEASON:  20-SPRING | |
| I 2OF 5/CARTON UPC:  0019106002454 | CAT/SUB-CAT:  21/01 | |
| STYLE:  WP9LS58303MI | TRADEMARK:  NONE | SEARS DIV    SEARS ITEM    SEARS SKU |
| BRAND NAME:  LAURA SCOTT | COPYRIGHT REG. NO.:  N/A | 607    43718 |
| INTL COMMODY CODE:  GDSM | MLTP CARTON IND:  001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $79.92 | 445 | 445 | $12,104.00 |
| $27.200 | $27.200 | | | | |

| | KGS:  3.198 | CBM:  0.025810 | AST PER INNER | 1 |
|---|---|---|---|---|
| PER CARTON | LBS:  7.050 | CU. FT.:  0.911 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 25.0" X W 14.0" X H 4.5" | | CASEPACK | | |

QUOTA CAT#:  348, RNONE                              CASE #              FACTORY              EXPORTER

SPECIAL TRADE INDICATOR:                        ANTI-DUMPING:

                                               COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 08 PCS PER CARTON

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 445 | 445 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9LS58303MI
DESCRIPTION : SHEETING SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT INSIDE OF WAISTB
AND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6012B PRICE - $0.098

OPC:                8

SEARS ROEBUCK & CO.                                    **P U R C H A S E   O R D E R**                                    Page : 6

| ORDER DATE : 06-SEP-2018 | ORDER NO : SF9021 | TF2  TRIXIA FU |
|---|---|---|

| | | DESCRIPTION |
|---|---|---|

| | | | | SHEETING S PERFECT KHAKI |
|---|---|---|---|---|

ITEM CODE: 210028891901      SEASON/YEAR: 2-SPRING 2019
                             SUB-SEASON: 20-SPRING
I 2OF 5/CARTON UPC: 0019106002461      CAT/SUB-CAT: 21/01
            STYLE: WP9LS58303MI      TRADEMARK: NONE      SEARS DIV      SEARS ITEM      SEARS SKU
       BRAND NAME: LAURA SCOTT      COPYRIGHT REG. NO.: N/A      607      43718
   INTL COMMODY
         CODE: GDSM      MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $69.93 | 509 | 509 | $12,114.20 |
| $23.800 | $23.800 | | | | |

|  | KGS: | 2.903 | CBM: | 0.022942 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| PER CARTON | LBS: | 6.400 | CU. FT.: | 0.810 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 25.0" X W 14.0" X H 4.0" | | | CASEPACK | | | |

QUOTA CAT#:  348, RNONE                                    CASE #            FACTORY            EXPORTER
SPECIAL TRADE                          ANTI-DUMPING:
      INDICATOR:                       COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 07 PCS PER CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 509 | 509 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9LS58303MI
DESCRIPTION : SHEETING SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT INSIDE OF WAISTB
AND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6012B PRICE - $0.096

OPC:              7

SEARS ROEBUCK & CO.                           **P U R C H A S E   O R D E R**                                        Page : 7

| ORDER DATE : 06-SEP-2018 | ORDER NO : SF9021 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

SHEETING S CORE WHITE

| | | |
|---|---|---|
| ITEM CODE: 210028892313 | SEASON/YEAR: 2-SPRING 2019 | |
| | SUB-SEASON: 20-SPRING | |
| I 2OF 5/CARTON UPC: 0019106O024522 | CAT/SUB-CAT: 21/01 | |
| STYLE: WP9LS58303MI | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A | 607 | 44177 | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $79.92 | 364 | 364 | $9,900.80 |
| $27.200 | $27.200 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| PER CARTON | KGS: 3.198 | CBM: 0.025810 | | AST PER INNER | 1 |
| | LBS: 7.050 | CU. FT.: 0.911 | | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 25.0" X W 14.0" X H 4.5" | | CASEPACK | | | |

| | | | |
|---|---|---|---|
| QUOTA CAT#: 348, RNONE | | CASE # | FACTORY | EXPORTER |
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | |
| | | COUNTERVAILING: | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 08 PCS PER CARTON

| **S H I P P I N G   S C H E D U L E** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 364 | 364 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9LS58303MI
DESCRIPTION : SHEETING SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT INSIDE OF WAISTB
AND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6012B PRICE - $0.098

OPC:                    8

SEARS ROEBUCK & CO.                                    P U R C H A S E   O R D E R                                    Page : 8

| ORDER DATE : 06-SEP-2018 | ORDER NO : SF9021 | TF2  TRIXIA FU |
|---|---|---|

DESCRIPTION

SHEETING S CALYPSO CORAL

ITEM CODE: 210028893790

SEASON/YEAR: 2-SPRING 2019

SUB-SEASON: 20-SPRING

I 2OF 5/CARTON UPC: 00191060024577

CAT/SUB-CAT: 21/01

STYLE: WP9LS58303MI

TRADEMARK: NONE

| | SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|---|

BRAND NAME: LAURA SCOTT

COPYRIGHT REG. NO.: N/A

607

44183

INTL COMMODY CODE: GDSM

MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $79.92 | 286 | 286 | $7,779.20 |
| $27.200 | $27.200 | | | | |

| | KGS: 3.198 | CBM: 0.025810 | AST PER INNER | 1 |
|---|---|---|---|---|
| PER CARTON | LBS: 7.050 | CU. FT.: 0.911 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 25.0" X W 14.0" X H 4.5" | | CASEPACK | | |

QUOTA CAT#:  348, RNONE

CASE #

FACTORY

EXPORTER

SPECIAL TRADE INDICATOR:

ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 08 PCS PER CARTON

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 286 | 286 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9LS58303MI
DESCRIPTION : SHEETING SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT INSIDE OF WAISTB
AND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 66X64
HANGER PACK // CODE 6012B PRICE - $0.098

OPC:                 8

SEARS ROEBUCK & CO.                                **P U R C H A S E   O R D E R**                                Page : 9

| ORDER DATE : 06-SEP-2018 | ORDER NO : SF9021 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

SHEETING S ROYAL BLUE

| | |
|---|---|
| ITEM CODE: 210028896538 | SEASON/YEAR:  2-SPRING 2019 |
| | SUB-SEASON:  20-SPRING |
| I 2OF 5/CARTON UPC:  0019106002463B | CAT/SUB-CAT:  21/01 |
| STYLE:  WP9LS58303MI | TRADEMARK:  NONE |
| BRAND NAME:  LAURA SCOTT | COPYRIGHT REG. NO.:  N/A |
| INTL COMMODY CODE:  GDSM | MLTP CARTON IND:  001 |

| SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|
| 607 | 44706 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $79.92 | 320 | 320 | $8,704.00 |
| $27.200 | $27.200 | | | | |

| | KGS:  3.196 | CBM:  0.025810 | AST PER INNER | 1 |
|---|---|---|---|---|
| PER CARTON | LBS:  7.050 | CU. FT.:  0.911 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 25.0" X W 14.0" X H 4.5" | | CASEPACK | | |

| QUOTA CAT#:  348, RNONE | CASE # | FACTORY | EXPORTER |
|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

ADDITIONAL INFO :

PACKING INSTRUCTIONS:

HANGER PACK - 08 PCS PER CARTON

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 320 | 320 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9LS58303MI
DESCRIPTION : SHEETING SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT INSIDE OF WAISTB
AND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION- 20X20 // 68X64
HANGER PACK // CODE 6012B PRICE - $0.098

OPC:                8

SEARS ROEBUCK & CO.                          P U R C H A S E   O R D E R                                          Page : 10

| ORDER DATE : 06-SEP-2018 | ORDER NO : SF9021 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

SHEETING S MARITIME BLUE

ITEM CODE: 210096695994                SEASON/YEAR:  2-SPRING 2019
                                        SUB-SEASON:  20-SPRING
I 2OF 5/CARTON UPC:  0019106026915      CAT/SUB-CAT:  21/01
            STYLE:  WP9LS58303MI          TRADEMARK:  NONE          SEARS DIV          SEARS ITEM          SEARS SKU
       BRAND NAME:  LAURA SCOTT      COPYRIGHT REG. NO.:  N/A              607              43109
    INTL COMMODY
            CODE:  GDSM              MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $69.93 | 459 | 459 | $10,924.20 |
| $23.800 | $23.800 | | | | |

PER CARTON        KGS:    2.722        CBM:      0.022942              AST PER INNER                1
                  LBS:    6.000        CU. FT.:  0.810              INNERS PER OUTER CARTON      1
OUTER CARTON DIMENSIONS              PACKING INSTRUCTION:              AST PER MASTER SHIPPING CTN  1
    L 25.0" X W 14.0" X H 4.0"            CASEPACK

       QUOTA CAT#:  348, RNONE                                          CASE #          FACTORY          EXPORTER
    SPECIAL TRADE                                        ANTI-DUMPING:
       INDICATOR:                                        COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
HANGER PACK OF 7 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 459 | 459 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9LS58303MI
DESCRIPTION : SHEETING SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT INSIDE OF WAISTB
AND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6012B PRICE - $0.098

OPC:              7

SEARS ROEBUCK & CO.                        P U R C H A S E   O R D E R                                Page : 11

| ORDER DATE : 06-SEP-2016 | ORDER NO : SF9021 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 210096696000          SEASON/YEAR:  2-SPRING 2019          SHEETING S CORE WHITE

SUB-SEASON:  20-SPRING

I 2OF 5/CARTON UPC:  0019106027042          CAT/SUB-CAT: 21/01

STYLE: WP9LS58303MI          TRADEMARK:  NONE          SEARS DIV          SEARS ITEM          SEARS SKU

BRAND NAME: LAURA SCOTT          COPYRIGHT REG. NO.: N/A          607          44177

INTL COMMODY CODE: GDSM          MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $69.93 | 389 | 389 | $9,258.20 |
| $23.800 | $23.800 | | | | |

|  | KGS: | 2.722 | CBM: | 0.022942 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| PER CARTON | LBS: | 6.000 | CU. FT.: | 0.810 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 25.0" X W 14.0" X H 4.0" | | | CASEPACK | | | |

QUOTA CAT#:  348, RNONE                        CASE #                FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:                        ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 389 | 389 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9LS58303MI
DESCRIPTION : SHEETING SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT INSIDE OF WAISTB
AND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6012B PRICE - $0.098

OPC:                        7

SEARS ROEBUCK & CO.                         **P U R C H A S E   O R D E R**                              Page : 12

| ORDER DATE : 06-SEP-2018 | ORDER NO : SF9021 | TF2 TRIXIA FU |
|---|---|---|

**DESCRIPTION**

SHEETING S CALYPSO CORAL

| | | |
|---|---|---|
| ITEM CODE: 210096696018 | SEASON/YEAR: 2-SPRING 2019 | |
| | SUB-SEASON: 20-SPRING | |
| I 2OF 5/CARTON UPC: 0019106027110 | CAT/SUB-CAT: 21/01 | |
| STYLE: WP9LS58303MI | TRADEMARK: NONE | SEARS DIV    SEARS ITEM    SEARS SKU |
| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A | 607        44183 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $69.93 | 290 | 290 | $6,902.00 |
| $23.800 | $23.800 | | | | |

| PER CARTON | KGS: 2.722 | CBM: 0.022942 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 6.000 | CU. FT.: 0.810 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 25.0" X W 14.0" X H 4.0" | | CASEPACK | | |

QUOTA CAT#: 348, RNONE                                      CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:                    ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| | | | **S H I P P I N G   S C H E D U L E** | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 290 | 290 | L |

**DETAIL DESCRIPTION-**

STYLE NAME: WP9LS58303MI
DESCRIPTION : SHEETING SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT INSIDE OF WAISTB
AND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6012B PRICE - $0.098

OPC:              7

SEARS ROEBUCK & CO.                    P U R C H A S E   O R D E R                                         Page : 13

| ORDER DATE : 06-SEP-2018 | ORDER NO : SF9021 | TF2  TRIXIA FU |
|---|---|---|

DESCRIPTION

SHEETING S ROYAL BLUE

| | | |
|---|---|---|
| ITEM CODE: 210096696026 | SEASON/YEAR:  2-SPRING 2019 | |
| | SUB-SEASON:  20-SPRING | |
| I 2OF 5/CARTON UPC:  0019105027189 | CAT/SUB-CAT:  21/01 | |
| STYLE:  WP9LS58303MI | TRADEMARK:  NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME:  LAURA SCOTT | COPYRIGHT REG. NO.:  N/A | 607 | 44706 |
| INTL COMMODY CODE:  GDSM | MLTP CARTON IND:  001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $69.93 | 338 | 338 | $8,044.40 |
| $23.800 | $23.800 | | | | |

| PER CARTON | KGS:  2.722 | CBM:  0.022942 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS:  6.000 | CU. FT.:  0.810 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 25.0" X W 14.0" X H 4.0" | | CASEPACK | | |

| QUOTA CAT#:  348, RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 338 | 338 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9LS58303MI
DESCRIPTION : SHEETING SHORTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, ELASTI
CATED WAIST BAND BAND TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT INSIDE OF WAISTB
AND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION- 20X20 // 68X64
HANGER PACK // CODE 6012B PRICE - $0.098

OPC:                    7

SEARS ROEBUCK & CO.                                  **P U R C H A S E   O R D E R**                                  Page : 14

| ORDER DATE : 06-SEP-2018 | ORDER NO :  SF9021 | TF2  TRIXIA FU |
|---|---|---|

**ITEM CODE:  210028890036**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2888241-3 | | | | | | 43105-0 25 | | | | COTTON | 100% | |
| 2888243-9 | | | | | | 43105-0 30 | | | | COTTON | 100% | |
| 2888997-0 | | | | | | 43105-0 31 | | | | COTTON | 100% | |
| 2889001-0 | | | | | | 43105-0 32 | | | | COTTON | 100% | |

**ITEM CODE:  210028890028**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2888241-3 | | | | | | 43105-0 25 | | | | COTTON | 100% | |
| 2888243-9 | | | | | | 43105-0 30 | | | | COTTON | 100% | |
| 2888997-0 | | | | | | 43105-0 31 | | | | COTTON | 100% | |
| 2889001-0 | | | | | | 43105-0 32 | | | | COTTON | 100% | |

**ITEM CODE:  210028891711**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2889026-7 | | | | | | 43109-0 25 | | | | COTTON | 100% | |
| 2889028-3 | | | | | | 43109-0 30 | | | | COTTON | 100% | |
| 2889029-1 | | | | | | 43109-0 31 | | | | COTTON | 100% | |
| 2889145-5 | | | | | | 43109-0 32 | | | | COTTON | 100% | |

**ITEM CODE:  210028891685**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2889163-6 | | | | | | 43718-0 25 | | | | COTTON | 100% | |
| 2889184-4 | | | | | | 43718-0 30 | | | | COTTON | 100% | |
| 2889185-1 | | | | | | 43718-0 31 | | | | COTTON | 100% | |
| 2889186-9 | | | | | | 43718-0 32 | | | | COTTON | 100% | |

**ITEM CODE:  210028891901**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2889183-6 | | | | | | 43718-0 25 | | | | COTTON | 100% | |
| 2889184-4 | | | | | | 43718-0 30 | | | | COTTON | 100% | |
| 2889185-1 | | | | | | 43718-0 31 | | | | COTTON | 100% | |
| 2889186-9 | | | | | | 43718-0 32 | | | | COTTON | 100% | |

**ITEM CODE:  210028892313**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2889225-5 | | | | | | 44177-0 25 | | | | COTTON | 100% | |
| 2889226-3 | | | | | | 44177-0 30 | | | | COTTON | 100% | |
| 2889227-1 | | | | | | 44177-0 31 | | | | COTTON | 100% | |
| 2889228-9 | | | | | | 44177-0 32 | | | | COTTON | 100% | |

SEARS ROEBUCK & CO.                     **P U R C H A S E   O R D E R**                                    Page : 15

| ORDER DATE : 06-SEP-2018        ORDER NO : SF9021 | TF2  TRIXIA FU |
|---|---|

ITEM CODE:  210028893790

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2889232-1 | | | | | | 44183-0 25 | | | | COTTON | 100% | |
| 2889360-0 | | | | | | 44183-0 30 | | | | COTTON | 100% | |
| 2889377-4 | | | | | | 44183-0 31 | | | | COTTON | 100% | |
| 2889378-2 | | | | | | 44183-0 32 | | | | COTTON | 100% | |

ITEM CODE:  210028896538

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2889382-4 | | | | | | 44706-0 25 | | | | COTTON | 100% | |
| 2889383-2 | | | | | | 44706-0 30 | | | | COTTON | 100% | |
| 2889384-0 | | | | | | 44706-0 31 | | | | COTTON | 100% | |
| 2889473-1 | | | | | | 44706-0 32 | | | | COTTON | 100% | |

ITEM CODE:  210096695994

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2889026-7 | | | | | | 43109-0 25 | | | | COTTON | 100% | |
| 2889028-3 | | | | | | 43109-0 30 | | | | COTTON | 100% | |
| 2889029-1 | | | | | | 43109-0 31 | | | | COTTON | 100% | |
| 2889145-5 | | | | | | 43109-0 32 | | | | COTTON | 100% | |

ITEM CODE:  210096696000

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2889225-5 | | | | | | 44177-0 25 | | | | COTTON | 100% | |
| 2889226-3 | | | | | | 44177-0 30 | | | | COTTON | 100% | |
| 2889227-1 | | | | | | 44177-0 31 | | | | COTTON | 100% | |
| 2889228-9 | | | | | | 44177-0 32 | | | | COTTON | 100% | |

ITEM CODE:  210096696026

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2889382-4 | | | | | | 44706-0 25 | | | | COTTON | 100% | |
| 2889383-2 | | | | | | 44706-0 30 | | | | COTTON | 100% | |
| 2889384-0 | | | | | | 44706-0 31 | | | | COTTON | 100% | |
| 2889473-1 | | | | | | 44706-0 32 | | | | COTTON | 100% | |

ITEM CODE:  210096696018

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2889232-1 | | | | | | 44183-0 25 | | | | COTTON | 100% | |
| 2889360-0 | | | | | | 44183-0 30 | | | | COTTON | 100% | |
| 2889377-4 | | | | | | 44183-0 31 | | | | COTTON | 100% | |
| 2889378-2 | | | | | | 44183-0 32 | | | | COTTON | 100% | |

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                    Page : 16

| ORDER DATE : 06-SEP-2018 | ORDER NO : SF9021 | TF2  TRIXIA FU |
|---|---|---|

ITEM CODE: 210028890036          ITEM: SHEETING S BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHT SHORTS S-BLACK ONYX | 2888241-3 | BLACK ONYX | SMALL | 1 | 3.400 | 9.99 | 191060024287 |
| SUB KSN DESC: SHT SHORTS M-BLACK ONYX | 2888243-9 | BLACK ONYX | MEDIUM | 2 | 3.400 | 9.99 | 191060024294 |
| SUB KSN DESC: SHT SHORTS L-BLACK ONYX | 2888997-0 | BLACK ONYX | LARGE | 3 | 3.400 | 9.99 | 191060024300 |
| SUB KSN DESC: SHT SHORTS XL-BLACK ONYX | 2889001-0 | BLACK ONYX | X LARGE | 2 | 3.400 | 9.99 | 191060024317 |
| | | TOTAL | | 8 | 27.200 | 79.92 | |

ITEM CODE: 210028890028          ITEM: SHEETING S BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHT SHORTS S-BLACK ONYX | 2888241-3 | BLACK ONYX | SMALL | 1 | 3.400 | 9.99 | 191060024287 |
| SUB KSN DESC: SHT SHORTS M-BLACK ONYX | 2888243-9 | BLACK ONYX | MEDIUM | 2 | 3.400 | 9.99 | 191060024294 |
| SUB KSN DESC: SHT SHORTS L-BLACK ONYX | 2888997-0 | BLACK ONYX | LARGE | 2 | 3.400 | 9.99 | 191060024300 |
| SUB KSN DESC: SHT SHORTS XL-BLACK ONYX | 2889001-0 | BLACK ONYX | X LARGE | 2 | 3.400 | 9.99 | 191060024317 |
| | | TOTAL | | 7 | 23.800 | 69.93 | |

ITEM CODE: 210028891711          ITEM: SHEETING S MARITIME BLUE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHT SHORTS S-MARITIME BLU | 2889026-7 | MARITIME BLUE | SMALL | 1 | 3.400 | 9.99 | 191060024355 |
| SUB KSN DESC: SHT SHORTS M-MARITIME BLU | 2889028-3 | MARITIME BLUE | MEDIUM | 2 | 3.400 | 9.99 | 191060024362 |
| SUB KSN DESC: SHT SHORTS L-MARITIME BLU | 2889029-1 | MARITIME BLUE | LARGE | 3 | 3.400 | 9.99 | 191060024379 |
| SUB KSN DESC: SHT SHORTS XL-MARITIME BL | 2889145-5 | MARITIME BLUE | X LARGE | 2 | 3.400 | 9.99 | 191060024386 |
| | | TOTAL | | 8 | 27.200 | 79.92 | |

ITEM CODE: 210028891885          ITEM: SHEETING S PERFECT KHAKI

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHT SHORTS S-PERFECT KHAK | 2889183-6 | PERFECT KHAKI | SMALL | 1 | 3.400 | 9.99 | 191060024416 |
| SUB KSN DESC: SHT SHORTS M-PERFECT KHAK | 2889184-4 | PERFECT KHAKI | MEDIUM | 2 | 3.400 | 9.99 | 191060024423 |
| SUB KSN DESC: SHT SHORTS L-PERFECT KHAK | 2889185-1 | PERFECT KHAKI | LARGE | 3 | 3.400 | 9.99 | 191060024430 |
| SUB KSN DESC: SHT SHORTS XL-PERFECT KHA | 2889186-9 | PERFECT KHAKI | X LARGE | 2 | 3.400 | 9.99 | 191060024447 |
| | | TOTAL | | 8 | 27.200 | 79.92 | |

ITEM CODE: 210028891901          ITEM: SHEETING S PERFECT KHAKI

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHT SHORTS S-PERFECT KHAK | 2889183-6 | PERFECT KHAKI | SMALL | 1 | 3.400 | 9.99 | 191060024416 |
| SUB KSN DESC: SHT SHORTS M-PERFECT KHAK | 2889184-4 | PERFECT KHAKI | MEDIUM | 2 | 3.400 | 9.99 | 191060024423 |
| SUB KSN DESC: SHT SHORTS L-PERFECT KHAK | 2889185-1 | PERFECT KHAKI | LARGE | 2 | 3.400 | 9.99 | 191060024430 |
| SUB KSN DESC: SHT SHORTS XL-PERFECT KHA | 2889186-9 | PERFECT KHAKI | X LARGE | 2 | 3.400 | 9.99 | 191060024447 |
| | | TOTAL | | 7 | 23.800 | 69.93 | |

ITEM CODE: 210028892313          ITEM: SHEETING S CORE WHITE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHT SHORTS S-CORE WHITE | 2889225-5 | CORE WHITE | SMALL | 1 | 3.400 | 9.99 | 191060024478 |
| SUB KSN DESC: SHT SHORTS M-CORE WHITE | 2889226-3 | CORE WHITE | MEDIUM | 2 | 3.400 | 9.99 | 191060024485 |
| SUB KSN DESC: SHT SHORTS L-CORE WHITE | 2889227-1 | CORE WHITE | LARGE | 3 | 3.400 | 9.99 | 191060024492 |
| SUB KSN DESC: SHT SHORTS XL-CORE WHITE | 2889228-9 | CORE WHITE | X LARGE | 2 | 3.400 | 9.99 | 191060024508 |
| | | TOTAL | | 8 | 27.200 | 79.92 | |

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                                    Page : 17

| ORDER DATE : 06-SEP-2018     ORDER NO : SF9021 | TF2  TRIXIA FU |
|---|---|

**ITEM CODE: 210028693790**          ITEM: SHEETING S CALYPSO CORAL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHT SHORTS S-CALYPSO CORA | 2889232-1 | CALYPSO CORAL | SMALL | 1 | 3.400 | 9.99 | 191060024539 |
| SUB KSN DESC: SHT SHORTS M-CALYPSO CORA | 2889360-0 | CALYPSO CORAL | MEDIUM | 2 | 3.400 | 9.99 | 191060024546 |
| SUB KSN DESC: SHT SHORTS L-CALYPSO CORA | 2889377-4 | CALYPSO CORAL | LARGE | 3 | 3.400 | 9.99 | 191060024553 |
| SUB KSN DESC: SHT SHORTS XL-CALYPSO COR | 2889378-2 | CALYPSO CORAL | X LARGE | 2 | 3.400 | 9.99 | 191060024560 |
| | | TOTAL | | 8 | 27.200 | 79.92 | |

**ITEM CODE: 210028696538**          ITEM: SHEETING S ROYAL BLUE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHT SHORTS S-ROYAL BLUE | 2889382-4 | ROYAL BLUE | SMALL | 1 | 3.400 | 9.99 | 191060024591 |
| SUB KSN DESC: SHT SHORTS M-ROYAL BLUE | 2889383-2 | ROYAL BLUE | MEDIUM | 2 | 3.400 | 9.99 | 191060024607 |
| SUB KSN DESC: SHT SHORTS L-ROYAL BLUE | 2889384-0 | ROYAL BLUE | LARGE | 3 | 3.400 | 9.99 | 191060024614 |
| SUB KSN DESC: SHT SHORTS XL-ROYAL BLUE | 2889473-1 | ROYAL BLUE | X LARGE | 2 | 3.400 | 9.99 | 191060024621 |
| | | TOTAL | | 8 | 27.200 | 79.92 | |

**ITEM CODE: 210096695994**          ITEM: SHEETING S MARITIME BLUE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHT SHORTS S-MARITIME BLU | 2889026-7 | MARITIME BLUE | SMALL | 1 | 3.400 | 9.99 | 191060024355 |
| SUB KSN DESC: SHT SHORTS M-MARITIME BLU | 2889028-3 | MARITIME BLUE | MEDIUM | 2 | 3.400 | 9.99 | 191060024362 |
| SUB KSN DESC: SHT SHORTS L-MARITIME BLU | 2889029-1 | MARITIME BLUE | LARGE | 2 | 3.400 | 9.99 | 191060024379 |
| SUB KSN DESC: SHT SHORTS XL-MARITIME BL | 2889145-5 | MARITIME BLUE | X LARGE | 2 | 3.400 | 9.99 | 191060024386 |
| | | TOTAL | | 7 | 23.800 | 69.93 | |

**ITEM CODE: 210096696000**          ITEM: SHEETING S CORE WHITE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHT SHORTS S-CORE WHITE | 2889225-5 | CORE WHITE | SMALL | 1 | 3.400 | 9.99 | 191060024478 |
| SUB KSN DESC: SHT SHORTS M-CORE WHITE | 2889226-3 | CORE WHITE | MEDIUM | 2 | 3.400 | 9.99 | 191060024485 |
| SUB KSN DESC: SHT SHORTS L-CORE WHITE | 2889227-1 | CORE WHITE | LARGE | 2 | 3.400 | 9.99 | 191060024492 |
| SUB KSN DESC: SHT SHORTS XL-CORE WHITE | 2889228-9 | CORE WHITE | X LARGE | 2 | 3.400 | 9.99 | 191060024508 |
| | | TOTAL | | 7 | 23.800 | 69.93 | |

**ITEM CODE: 210096696026**          ITEM: SHEETING S ROYAL BLUE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHT SHORTS S-ROYAL BLUE | 2889382-4 | ROYAL BLUE | SMALL | 1 | 3.400 | 9.99 | 191060024591 |
| SUB KSN DESC: SHT SHORTS M-ROYAL BLUE | 2889383-2 | ROYAL BLUE | MEDIUM | 2 | 3.400 | 9.99 | 191060024607 |
| SUB KSN DESC: SHT SHORTS L-ROYAL BLUE | 2889384-0 | ROYAL BLUE | LARGE | 2 | 3.400 | 9.99 | 191060024614 |
| SUB KSN DESC: SHT SHORTS XL-ROYAL BLUE | 2889473-1 | ROYAL BLUE | X LARGE | 2 | 3.400 | 9.99 | 191060024621 |
| | | TOTAL | | 7 | 23.800 | 69.93 | |

**ITEM CODE: 210096696018**          ITEM: SHEETING S CALYPSO CORAL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHT SHORTS S-CALYPSO CORA | 2889232-1 | CALYPSO CORAL | SMALL | 1 | 3.400 | 9.99 | 191060024539 |
| SUB KSN DESC: SHT SHORTS M-CALYPSO CORA | 2889360-0 | CALYPSO CORAL | MEDIUM | 2 | 3.400 | 9.99 | 191060024546 |
| SUB KSN DESC: SHT SHORTS L-CALYPSO CORA | 2889377-4 | CALYPSO CORAL | LARGE | 2 | 3.400 | 9.99 | 191060024553 |
| SUB KSN DESC: SHT SHORTS XL-CALYPSO COR | 2889378-2 | CALYPSO CORAL | X LARGE | 2 | 3.400 | 9.99 | 191060024560 |
| | | TOTAL | | 7 | 23.800 | 69.93 | |

SEARS ROEBUCK & CO.                          **PURCHASE ORDER**                          Page : 18

| ORDER DATE : 06-SEP-2018 | ORDER NO : SF9021 | TF2  TRIXIA FU |
|---|---|---|

<u>ADDITIONAL CONDITIONS</u>

**FOR ITEM 210028890028**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 210028890036**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 210028891711**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 210028891885**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 210028891901**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 210028892313**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 210028893790**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.

SEARS ROEBUCK & CO.                         **P U R C H A S E   O R D E R**                                    Page : 19

| ORDER DATE :  06-SEP-2018          ORDER NO :  SF9021 | TF2  TRIXIA FU |
|---|---|

All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 210028896538**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 210096695994**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 210096696000**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 210096696018**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 210096696026**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                    Page : 20

| ORDER DATE :  06-SEP-2018 | ORDER NO :  SF9021 | | TF2  TRIXIA FU |

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR—
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY").DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-

------------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
------------------------------------------------

ANTIDUMPING CLAUSE:
------------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
------------------------------------------------
------------------------------------------------
------------------------------------------------
------------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

SEARS ROEBUCK & CO.                                  **P U R C H A S E   O R D E R**                                        Page : 21

| ORDER DATE :  06-SEP-2018 | ORDER NO :  SF9021 | TF2  TRIXIA FU |
|---|---|---|

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
------------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
------------------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

87730

**UPS Supply Chain Solutions** 

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| GOKALDAS EXPORTS | 967415054 | 7796732042 |
| (A DIVISION OF GOKALDAS EXPORTS LTD) | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| NO.16/2, RESIDENCY ROAD, | AWB 7796732042 | 24-DEC-2018 |
| BANGALORE -560025 INDIA | CUST PO NO:SF9021-801 | |
| | CUST INV NO:201824151174 | |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| SEARS, ROEBUCK AND CO. |
| 3333 BEVERLY ROAD |
| HOFFMAN ESTATES, IL 60179 USA |

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS |
| 19701 HAMILTON AVENUE, SUITE 250 |
| TORRANCE, CA 90502 |
| PH:(310)404-2792 FAX:(310) 404-2962 |
| ATTN: MARY ELLEN WRATSCHKO |

Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | NHAVA SHEVA, INDIA | |
| EXPORT CARRIER (VESSEL/VOW/FLAG) | PORT OF LADING | |
| MAERSK DETROIT 1902 | NHAVA SHEVA, INDIA | |
| PORT OF DISCHARGE | PORT OF DELIVERY BY ON CARRIER | NO OF ORIGINALS |
| NEWARK | CHAMBERSBURG, PA | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: HASU4383795 SEALCODE1: MLIN2908993 MARKS & NO: USA 01-2809 2809 CTNS | 1 | 40' HIGH CUBE CONTAINER 2809 CARTON SAID TO CONTAIN 2809 CARTON 100% COTTON WOVEN WOMENS SHORTS GT INV NO:201824151174 INV NO : GE/87730/18-19  DT. 07.12.2018 PO NO : SF9021 REF # 801 DIV:4 DEPT NO:007 TOTAL QTY: 20003  PCS STYLE # WP9LS58303MI LC.NO. 809764   DATED 14.12.2018 HTS/RITC CODE  NO :  6204.6280.56 TOTAL GR WT:16603.185 KGS TOTAL NET WT:11629.335KGS | 9845.540 KG 21705.690 LB | 65.418 M3 2309.910 F3 |

SHIPPED ON BOARD
**3 1 DEC 2018**
FOR UPS SCS, MUMBAI
AS AGENT

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

| In accordance with instruction from Buyer, we have received the following documents from Shipper on: | This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit. |
|---|---|

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | 1 |
| PACKING LIST | | 1 |

As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

**For UPS SCS (INDIA) PVT. LTD.**

Issued by   MUMBAI                         AS AGENT

Month   Jan        Day   02        Year   2019

**UPS Supply Chain Solutions**    (UPS)    OTI License No. 275F    **UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| GOKALDAS EXPORTS (A DIVISION OF GOKALDAS EXPORTS LTD) NO.16/2, RESIDENCY ROAD, BANGALORE -560025 INDIA | 967415054 | 7796732042 |
| | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| | AWB 7796732042 CUST PO NO:SF9021-801 CUST INV NO:201824151174 | 24-DEC-2018 |

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PH:(310)404-2792 FAX:(310) 404-2962
ATTN: MARY ELLEN WRATSCHKO

Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER NHAVA SHEVA, INDIA | EXPORT LICENSE NO |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOW/FLAG) MAERSK DETROIT 1902 | PORT OF LADING NHAVA SHEVA, INDIA | |
| PORT OF DISCHARGE NEWARK | PORT OF DELIVERY BY ON CARRIER CHAMBERSBURG, PA | NO OF ORIGINALS 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: SUDU8929974 SEALCODE1: MLIN2908981 MARKS & NO: USA 01-1928 1928 CTNS FREIGHT COLLECT CY/DOOR | 1 | 40' HIGH CUBE CONTAINER 1928 CARTON SAID TO CONTAIN 1928 CARTON 100% COTTON WOVEN WOMENS SHORTS GT INV NO:201824151174 INV NO : GE/87730/18-19  DT. 07.12.2018 PO NO : SF9021 REF # 801 DIV:4 DEPT NO:007 TOTAL QTY: 15424  PCS STYLE # WP9LS58303MI LC.NO. 809764  DATED 14.12.2018 HTS/RITC CODE  NO : 6204.6280.56 | 6757.640 KG 14898.040 LB | 49.761 M3 1757.061 F3 |

SHIPPED ON BOARD
3 1 DEC 2018
FOR UPS SCS, MUMBAI
AS AGENT

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | 1 |
| PACKING LIST | | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

**For UPS SCS (INDIA) PVT. LTD.**

Issued by  MUMBAI    **AS AGENT**

Month  Jan    Day  02    Year  2019

# COMMERCIAL INVOICE

COML INV # GE/87731/18-19

Page 1 of 10

DATE: December 07, 2018

INVOICE NO.: 201824150547

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India       SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| SEARS    SE9084 | SHEETING CORE WHITE | 542 CARTONS | 542 AST ( 542 CTNS ) | 36.800 USD AST | 19,945.60 USD |

ITEM: 210025944810
MADE IN INDIA
CONTENTS 1 ASSORTMENT
SEARS DIV 607
SEARS ITEM/SKU 62438/

STYLE NAME: WP9LS53203MI
DESCRIPTION : SHEETING CAPRI
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT,
ELASTICATED WAIST BAND    TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT
INSIDE OF WAISTBAND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK   //    CODE 6012B    PRICE - $0.098

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SE9084 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8444 | |
| VENDOR ITEM CODE | WP9LS53203MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

FACTORY NO.    104551
GOKALDAS EXPORTS UNIT - I
PLOT NO. 119, KIADB
GROWTH CENTRE, SH 57
HASSAN
KARNATAKA
India
FTY MID NO.    INGOKEXP119HAS

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| SEARS    SE9084 | SHEETING CORE WHITE | 760 CARTONS | 760 AST ( 760 CTNS ) | 32.200 USD AST | 24,472.00 USD |

ITEM: 210025944901
MADE IN INDIA
CONTENTS 1 ASSORTMENT
SEARS DIV 607
SEARS ITEM/SKU 62438/

STYLE NAME: WP9LS53203MI
DESCRIPTION : SHEETING CAPRI
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT,
ELASTICATED WAIST BAND    TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT
INSIDE OF WAISTBAND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK   //    CODE 6012B    PRICE - $0.098

# COMMERCIAL INVOICE

Page 2 of 10
**DATE:** December 07, 2018
**INVOICE NO.:** 201824150547

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| | | |
|---|---|---|
| **CONTRACT NO.** | SE9084 | |
| **DC CODE** | PCD | |
| **DIVISION NO.** | Division 4 | |
| **VENDOR ITEM CODE** | WP9LS53203MI | |
| **BINDING RULING # OR PRECLASS #** | | |

| | |
|---|---|
| **REFERENCE NO.** | 801 |
| **DEPARTMENT NO.** | 007 |
| **VENDOR NO.** | 8444 |
| **COUNTRY OF ORIGIN** | INDIA |
| **CATEGORY** | 348, RNONE |

**FACTORY NO.**    104551

GOKALDAS EXPORTS UNIT - I

PLOT NO. 119, KIADB

GROWTH CENTRE, SH 57

HASSAN

KARNATAKA

India

**FTY MID NO.**    INGOKEXP119HAS

| SEARS | SE9084 | SHEET CROP MARITIME BLUE | | 396 | 396 | 36.800 USD | 14,572.80 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 210028865798 | | | | ( 396 CTNS ) | | |
| **MADE IN** | INDIA | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 42191/ | | | | | | |

STYLE NAME: WP9LS53203MI
DESCRIPTION : SHEETING CAPRI
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT,
ELASTICATED WAIST BAND  TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT
INSIDE OF WAISTBAND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //    CODE 6012B  PRICE - $0.098

| | | |
|---|---|---|
| **CONTRACT NO.** | SE9084 | |
| **DC CODE** | PCD | |
| **DIVISION NO.** | Division 4 | |
| **VENDOR ITEM CODE** | WP9LS53203MI | |
| **BINDING RULING # OR PRECLASS #** | | |

| | |
|---|---|
| **REFERENCE NO.** | 801 |
| **DEPARTMENT NO.** | 007 |
| **VENDOR NO.** | 8444 |
| **COUNTRY OF ORIGIN** | INDIA |
| **CATEGORY** | 348, RNONE |

**FACTORY NO.**    104551

GOKALDAS EXPORTS UNIT - I

PLOT NO. 119, KIADB

GROWTH CENTRE, SH 57

HASSAN

KARNATAKA

India

**FTY MID NO.**    INGOKEXP119HAS

# COMMERCIAL INVOICE

Page 3 of 10

DATE: December 07, 2018

INVOICE NO.: 201824150547

| | |
|---|---|
| 8444 | TO:       SEARS ROEBUCK & CO. |
| GOKALDAS EXPORTS LTD | 3333 Beverly Road |
| NO. 16/2 | Hoffman Estates, IL 60179 |
| RESIDENCY ROAD | US |
| BANGALORE | |
| KARNATAKA | |
| India | |
| 560025 | |

SHIPPED FROM: Nhava Sheva (JNP), India       SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

| SEARS | SE9084 | SHEET CROP BLACK ONYX | 364 | 364 | 36.800 USD | 13,395.20 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 210028868297 | | ( 364 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 42236/ | | | | | |

STYLE NAME: WP9LS53203MI
DESCRIPTION : SHEETING CAPRI
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT,
ELASTICATED WAIST BAND    TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT
INSIDE OF WAISTBAND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK   //    CODE 6012B   PRICE - $0.098

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SE9084 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8444 | |
| VENDOR ITEM CODE | WP9LS53203MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |
| FACTORY NO. | 104551 | | | |

GOKALDAS EXPORTS UNIT - I

PLOT NO. 119, KIADB

GROWTH CENTRE, SH 57

HASSAN

KARNATAKA

India

FTY MID NO.       INGOKEXP119HAS

| SEARS | SE9084 | SHEET CROP PERFECT KHAKI | 396 | 396 | 36.800 USD | 14,572.80 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 210028868362 | | ( 396 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 42302/ | | | | | |

STYLE NAME: WP9LS53203MI
DESCRIPTION : SHEETING CAPRI
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT,
ELASTICATED WAIST BAND    TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT
INSIDE OF WAISTBAND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK   //    CODE 6012B   PRICE - $0.098

# COMMERCIAL INVOICE

Page 4 of 10
**DATE:** December 07, 2018
**INVOICE NO.:** 201824150547

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SE9084 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 | |
| **VENDOR ITEM CODE** | WP9LS53203MI | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

**FACTORY NO.** 104551

GOKALDAS EXPORTS UNIT - I

PLOT NO. 119, KIADB

GROWTH CENTRE, SH 57

HASSAN

KARNATAKA

India

**FTY MID NO.** INGOKEXP119HAS

| SEARS | SE9084 | SHEET CROP CALYPSO CORAL | | | 322 | 322 | 36.800 USD | 11,849.60 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |
| **ITEM:** | 210028868420 | | | | | ( 322 CTNS ) | | |
| **MADE IN** | INDIA | | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | | |
| **SEARS DIV** | 607 | | | | | | | |
| **SEARS ITEM/SKU** | 42854/ | | | | | | | |

STYLE NAME: WP9LS53203MI
DESCRIPTION : SHEETING CAPRI
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT,
ELASTICATED WAIST BAND  TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT
INSIDE OF WAISTBAND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //    CODE 6012B  PRICE - $0.098

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SE9084 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 | |
| **VENDOR ITEM CODE** | WP9LS53203MI | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

**FACTORY NO.** 104551

GOKALDAS EXPORTS UNIT - I

PLOT NO. 119, KIADB

GROWTH CENTRE, SH 57

HASSAN

KARNATAKA

India

**FTY MID NO.** INGOKEXP119HAS

# COMMERCIAL INVOICE

Page 5 of 10

**DATE:** December 07, 2018

**INVOICE NO.:** 201824150547

6444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:**   Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| SEARS | SE9084 | SHEET CROP BLUE BELL | | 322 CARTONS | 322 AST | 36.800 USD AST | 11,849.60 USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 210028877553 | | | ( 322 CTNS ) | | | |
| **MADE IN** | INDIA | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 43101/ | | | | | | |

STYLE NAME: WP9LS53203MI
DESCRIPTION : SHEETING CAPRI
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT,
ELASTICATED WAIST BAND   TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT
INSIDE OF WAISTBAND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK   //      CODE 6012B   PRICE - $0.098

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SE9084 | **REFERENCE NO.** | 801 | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 | | |
| **VENDOR ITEM CODE** | WP9LS53203MI | **COUNTRY OF ORIGIN** | INDIA | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | | |

**FACTORY NO.**      104551

GOKALDAS EXPORTS UNIT - I

PLOT NO. 119, KIADB

GROWTH CENTRE, SH 57

HASSAN

KARNATAKA

India

**FTY MID NO.**      INGOKEXP119HAS

| SEARS | SE9084 | SHEET CROP OLIVE NIGHT | | 477 CARTONS | 477 AST | 32.200 USD AST | 15,359.40 USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 210028877660 | | | ( 477 CTNS ) | | | |
| **MADE IN** | INDIA | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 43103/ | | | | | | |

STYLE NAME: WP9LS53203MI
DESCRIPTION : SHEETING CAPRI
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT,
ELASTICATED WAIST BAND   TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT
INSIDE OF WAISTBAND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK   //      CODE 6012B   PRICE - $0.098

# COMMERCIAL INVOICE

Page 6 of 10
DATE: December 07, 2018
INVOICE NO.: 201824150547

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SE9084 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8444 | |
| VENDOR ITEM CODE | WP9LS53203MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

FACTORY NO.    104551
GOKALDAS EXPORTS UNIT - I
PLOT NO. 119, KIADB
GROWTH CENTRE, SH 57
HASSAN
KARNATAKA
India
FTY MID NO.    INGOKEXP119HAS

| SEARS | SE9084 | SHEET CROP MARITIME BLUE | | | 583 | 583 | 32.200 USD | 18,772.60 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |
| ITEM: | 210028964708 | | | | ( 583 CTNS ) | | | |
| MADE IN | INDIA | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |
| SEARS DIV | 607 | | | | | | | |
| SEARS ITEM/SKU | 42191/ | | | | | | | |

STYLE NAME: WP9LS53203MI
DESCRIPTION : SHEETING CAPRI
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT,
ELASTICATED WAIST BAND  TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT
INSIDE OF WAISTBAND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK  //    CODE 6012B  PRICE - $0.098

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SE9084 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8444 | |
| VENDOR ITEM CODE | WP9LS53203MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

FACTORY NO.    104551
GOKALDAS EXPORTS UNIT - I
PLOT NO. 119, KIADB
GROWTH CENTRE, SH 57
HASSAN
KARNATAKA
India
FTY MID NO.    INGOKEXP119HAS

# COMMERCIAL INVOICE

Page 7 of 10

**DATE:** December 07, 2018

**INVOICE NO.:** 201824150547

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India     **SHIPPED TO:**   Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| SEARS | SE9084 | SHEET CROP BLACK ONYX | | 553 | 553 | 32.200 USD | 17,806.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| **ITEM:** | 210028964716 | | | | ( 553 CTNS ) | | |
| **MADE IN** | INDIA | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 42236/ | | | | | | |

STYLE NAME: WP9LS53203MI
DESCRIPTION : SHEETING CAPRI
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT,
ELASTICATED WAIST BAND   TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT
INSIDE OF WAISTBAND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK   //    CODE 6012B   PRICE - $0.098

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SE9084 | | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | | **VENDOR NO.** | 8444 | |
| **VENDOR ITEM CODE** | WP9LS53203MI | | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | | **CATEGORY** | 348, RNONE | |

**FACTORY NO.**     104551

GOKALDAS EXPORTS UNIT - I

PLOT NO. 119, KIADB

GROWTH CENTRE, SH 57

HASSAN

KARNATAKA

India

**FTY MID NO.**     INGOKEXP119HAS

| SEARS | SE9084 | SHEET CROP PERFECT KHAKI | | 584 | 584 | 32.200 USD | 18,804.80 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| **ITEM:** | 210028964732 | | | | ( 584 CTNS ) | | |
| **MADE IN** | INDIA | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 607 | | | | | | |
| **SEARS ITEM/SKU** | 42302/ | | | | | | |

STYLE NAME: WP9LS53203MI
DESCRIPTION : SHEETING CAPRI
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT,
ELASTICATED WAIST BAND   TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT
INSIDE OF WAISTBAND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK   //    CODE 6012B   PRICE - $0.098

# COMMERCIAL INVOICE

Page 8 of 10
**DATE:** December 07, 2018
**INVOICE NO.:** 201824150547

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:** Chambersburg , PA
**MODE OF TRANSPORTATION:** Ocean

FOB India

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SE9084 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8444 | |
| VENDOR ITEM CODE | WP9LS53203MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

FACTORY NO.    104551
GOKALDAS EXPORTS UNIT - I
PLOT NO. 119, KIADB
GROWTH CENTRE, SH 57
HASSAN
KARNATAKA
India
FTY MID NO.    INGOKEXP119HAS

| SEARS | SE9084 | SHEET CROP CALYPSO CORAL | | 473 | 473 | 32.200 USD | 15,230.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| ITEM: | 210028964740 | | | | ( 473 CTNS ) | | |
| MADE IN | INDIA | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 42854/ | | | | | | |

STYLE NAME: WP9LS53203MI
DESCRIPTION : SHEETING CAPRI
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT,
ELASTICATED WAIST BAND  TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT
INSIDE OF WAISTBAND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK   //    CODE 6012B  PRICE - $0.098

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SE9084 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8444 | |
| VENDOR ITEM CODE | WP9LS53203MI | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

FACTORY NO.    104551
GOKALDAS EXPORTS UNIT - I
PLOT NO. 119, KIADB
GROWTH CENTRE, SH 57
HASSAN
KARNATAKA
India
FTY MID NO.    INGOKEXP119HAS

# COMMERCIAL INVOICE

Page 9 of 10
DATE: December 07, 2018
INVOICE NO.: 201824150547

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India    SHIPPED TO:  Chambersburg , PA
MODE OF TRANSPORTATION:  Ocean

FOB India

| SEARS | SE9084 | SHEET CROP BLUE BELL | | 469 | 469 | 32.200 USD | 15,101.80 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 210028965226 | | | ( 469 CTNS ) | | | |
| MADE IN | INDIA | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 43101/ | | | | | | |

STYLE NAME: WP9LS53203MI
DESCRIPTION : SHEETING CAPRI
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT,
ELASTICATED WAIST BAND    TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT
INSIDE OF WAISTBAND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK   //    CODE 6012B    PRICE - $0.098

| CONTRACT NO. | SE9084 | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8444 |
| VENDOR ITEM CODE | WP9LS53203MI | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    104551
GOKALDAS EXPORTS UNIT - I
PLOT NO. 119, KIADB
GROWTH CENTRE, SH 57
HASSAN
KARNATAKA
India
FTY MID NO.    INGOKEXP119HAS

| SEARS | SE9084 | SHEET CROP OLIVE NIGHT | | 322 | 322 | 36.800 USD | 11,849.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 210028965234 | | | ( 322 CTNS ) | | | |
| MADE IN | INDIA | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 43103/ | | | | | | |

STYLE NAME: WP9LS53203MI
DESCRIPTION : SHEETING CAPRI
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT,
ELASTICATED WAIST BAND   TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT
INSIDE OF WAISTBAND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK   //    CODE 6012B   PRICE - $0.098

# COMMERCIAL INVOICE

Page 10 of 10

**DATE:** December 07, 2018

**INVOICE NO.:** 201824150547

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB India

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SE9084 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 |
| **VENDOR ITEM CODE** | WP9LS53203MI | **COUNTRY OF ORIGIN** | INDIA |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

**FACTORY NO.** 104551
GOKALDAS EXPORTS UNIT - I
PLOT NO. 119, KIADB
GROWTH CENTRE, SH 57
HASSAN
KARNATAKA
India
**FTY MID NO.** INGOKEXP119HAS

**PAYMENT TERM** Letter of Credit
**ORDER PAYMENT TERMS**
**DRAWN UNDER** BANK OF AMERICA
**LC#** 809763

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 6,563 | 6,563 | ASSORTMENTS | 223,583.00  USD |

TOTAL US DOLLARS TWO HUNDRED TWENTY-THREE THOUSAND FIVE HUNDRED EIGHTY-THREE DOLLARS AND ZERO
CENTS ONLY.

| GOKALDAS EXPORTS LTD | |
|---|---|
| **EMPLOYEE NAME** | N. JAYANTHI |
| **EMPLOYEE TITLE** | GENERAL MANAGER – RECEIVABLES MANAGEMENT |

For GOKALDAS EXPORTS LTD.,

N. Jayanthi

G. M. - Receivables Management



Bank of America

Advising Bank: Bank of America N.A., NEW DELHI
Banking and other Financial Services
OUR REF: EX061563/18                                18 December, 2018
------------------------------------------------------------------------
TO BENEFICIARY:                    | ISSUING BANK:
GOKALDAS EXPORTS LTD               | BANK OF AMERICA N.A.
NO. 16/2 RESIDENCY ROAD            |
BANGALORE, KARNATAKA               |
560025, INDIA                      | REF: 809763
------------------------------------------------------------------------
                                   | ADVISED THRU BANK:
Amount:USD 225,386.20              | CANARA BANK
                                   | AVENUE ROAD BANGALORE
Expiry Date: 08 January, 2019      | KARNATAKA 560002 INDIA
                                   |
------------------------------------------------------------------------

Dear Sirs:

We have been informed by the above issuing bank that they have
established their irrevocable letter of credit in your favour.We enclose
herewith an authenticated copy of the issuing bank's teletransmission
which is the operative instrument and has been authenticated by us.

This letter of credit does not carry our confirmation
This notification is solely an advice of credit opened by the above
mentioned correspondent bank and conveys no engagement by us.

This letter is to be considered as part of the subject credit and must
be presented with all drafts drawn under the attached letter of credit.
All amounts negotiated must be endorsed on the  reverse of the credit.

Please review the original LC and take up the matter with your buyer
directly for any amendment required in the LC.

This credit is subject to Uniform Customs and Practice for Documentary
Credits 2007 Revision, ICC Publication no 600.

This letter of credit will be delivered to you upon receipt of our
advising charges as per enclosed sheet.

PERMANENT ACCOUNT NUMBER : AAACB1537G.
HSN CODE : 9971

Authorised Signatory



**Bank of America**

Page 2 of 2
Attached to and forming part of our Ref:EX061563/18
-------------------------------------------------------

Please note that under the terms of the L/C, we are the nominated bank
for handling the documents and payments and we hold special document
handling/reimbursement instructions.  The documents under the Letter of
Credit should be forwarded to us at the following address through your
your bankers:

       BANK OF AMERICA N.A., (TRADE SERVICES)
       1ST FLOOR, DLF CENTRE,
       SANSAD MARG,
       NEW DELHI 110 001.

Important notice to Exporter's bankers:
-----------------------------------------

Please be advised that the EDF Form should be retained and the original
LC should be endorsed by the bank through whom the documents are
submitted to us for payment.  If these documents are submitted to us in
in error, the same will be returned to the presenting bankers.

Please note that in case of discrepancies in the documents, presenting
bankers as well as the issuing bankers will be notified of discrepancies
and documents will be simultaneously couriered to the issuing bank for
necessary acceptance/payment without further reference to the presenting
bank/beneficiary, and documents will be held by the issuing bank at the
risk and disposal of presenting bank for further instructions.

PRESENTATION OF DOCUMENTS THAT ARE NOT IN COMPLIANCE WITH THE APPLICABLE
ANTI-BOYCOTT, ANTI-MONEY LAUNDERING, ANTI-TERRORISM, ANTI-DRUG
TRAFFICKING, EXPORT DENIAL OR ECONOMIC SANCTIONS LAWS, REGULATIONS OR
ORDERS IS NOT ACCEPTABLE. APPLICABLE LAWS VARY DEPENDING ON THE
TRANSACTION AND MAY INCLUDE UNITED NATIONS, UNITED STATES AND/OR LOCAL
LAWS.

For all transferable L/Cs, please arrange to submit the enclosed
application duly filled up and signature verified by the bank. Your
transfer request should be accompanied by a bank draft as per details
enclosed.

Authorised Signatory



T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 001 of 008


FROM:/SA-BOFAHKHX
     BANK OF AMERICA, N.A.
     19F TOWER 2 KCC 51 KWAI
     CHEONG RD, KWAI CHUNG HK

TO:  /SA-BOFAIN4XDEL
     BANK OF AMERICA N.A.
     1ST FLOOR, DLF CENTRE,
     SANSAD MARG, NEW DELHI
     110 001 INDIA(FAX:91 11 3714042)          EX061563|18
DATE:181214


::710 ADVICE OF THIRD BANKS OR NON-BANKS DOC CREDIT


:27 /PAGE NUMBER              :1 OF 2
:40B/FORM OF DOC CREDIT       :IRREVOCABLE TRANSFERABLE
                               WITHOUT OUR CONFIRMATION
:20 /SENDERS REF              :6055EX139803/18
:21 /DOC CREDIT NUMBER        :809763
:31C/ISSUE DATE               :181214 14DEC18
:40E/APPLICABLE RULES         :
    UCP LATEST VERSION
:31D/DATE AND PLACE OF EXPIRY :190108 08JAN19
                               COUNTRY OF BENEFICIARY
:50B/NON BANK ISSUER          :SEARS ROEBUCK ACCEPTANCE CORP
                               3711 KENNETT PIKE
                               GREENVILLE DE 19807
                               USA
:50 /APPLICANT/ACCOUNT PARTY  :SEARS HOLDINGS MGMT CORP AN AGENT
                               OF SEARS,ROEBUCK AND CO AND
                               KMART CORPORATION,3333 BEVERLY
                               RD, HOFFMAN ESTATES,IL 60179 USA
:59 /BENEFICIARY              :GOKALDAS EXPORTS LTD
                               NO. 16/2 RESIDENCY ROAD
                               BANGALORE, KARNATAKA
                               560025, INDIA
:32B/AMOUNT                   :USD 225386.20
:41D/AVAILABLE WITH/BY        :ANY BANK
                               BY NEGOTIATION
:42C/DRAFTS AT ...            :75 DAYS AFTER SHIPMENT DATE
:42D/DRAWEE                   : SEARS ROEBUCK ACCEPTANCE CORP
                               3711 KENNETT PIKE
                               GREENVILLE,DE 19807
                               USA
:43P/PARTIAL SHIPMENTS        :ALLOWED
:43T/TRANSHIPMENT             :ALLOWED
:44E/PORT OF LOADING/AIRPORT OF DEPARTURE:
    INDIA

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America

EX061563/18

 **Bank of America**

Print 002 Of 008

:44F/PORT OF DISCHARGE/AIRPORT OF DESTINATION:
    UNITED STATES
:45 /DESCRIPTION OF GOODS/SERVICES:
    +  P.O NO. SE9084, ITEM CODE 210025944810 AT USD 36.8
    +  P.O. NO. SE9084 ITEM NO. 210025944810 SHEETING          CORE
       WHITE, FOB USD 36.8 PER ASSORTMENT,  542 ASSORTMENT, 1 ASSORTM
       ENT PER CARTON, 542 CARTONS PACKING FACTOR 1.
    +  P.O NO. SE9084, ITEM CODE 210025944901 AT USD 32.2
    +  P.O. NO. SE9084 ITEM NO. 210025944901 SHEETING          CORE
       WHITE, FOB USD 32.2 PER ASSORTMENT,  777 ASSORTMENT, 1 ASSORTM
       ENT PER CARTON, 777 CARTONS PACKING FACTOR 1.
    +  P.O NO. SE9084, ITEM CODE 210028865798 AT USD 36.8
    +  P.O. NO. SE9084 ITEM NO. 210028865798 SHEET CROP          MARI
       TIME BLUE, FOB USD 36.8 PER ASSORTMENT,  396 ASSORTMENT, 1 ASSO
       RTMENT PER CARTON, 396 CARTONS PACKING FACTOR 1.
    +  P.O NO. SE9084, ITEM CODE 210028868297 AT USD 36.8
    +  P.O. NO. SE9084 ITEM NO. 210028868297 SHEET CROP          BLAC
       K ONYX, FOB USD 36.8 PER ASSORTMENT,  364 ASSORTMENT, 1 ASSORTM
       ENT PER CARTON, 364 CARTONS PACKING FACTOR 1.
    +  P.O NO. SE9084, ITEM CODE 210028868362 AT USD 36.8
    +  P.O. NO. SE9084 ITEM NO. 210028868362 SHEET CROP          PERF
       ECT KHAKI, FOB USD 36.8 PER ASSORTMENT,  396 ASSORTMENT, 1 ASSO
       RTMENT PER CARTON, 396 CARTONS PACKING FACTOR 1.
    +  P.O NO. SE9084, ITEM CODE 210028868420 AT USD 36.8
    +  P.O. NO. SE9084 ITEM NO. 210028868420 SHEET CROP          CALY
       PSO CORAL, FOB USD 36.8 PER ASSORTMENT,  322 ASSORTMENT, 1 ASSO
       RTMENT PER CARTON, 322 CARTONS PACKING FACTOR 1.
    +  P.O NO. SE9084, ITEM CODE 210028877553 AT USD 36.8
    +  P.O. NO. SE9084 ITEM NO. 210028877553 SHEET CROP          BLUE
       BELL, FOB USD 36.8 PER ASSORTMENT,  322 ASSORTMENT, 1 ASSORTME
       NT PER CARTON, 322 CARTONS PACKING FACTOR 1.
    +  P.O NO. SE9084, ITEM CODE 210028877660 AT USD 32.2
    +  P.O. NO. SE9084 ITEM NO. 210028877660 SHEET CROP          OLIV
       E NIGHT, FOB USD 32.2 PER ASSORTMENT,  478 ASSORTMENT, 1 ASSORT
       MENT PER CARTON, 478 CARTONS PACKING FACTOR 1.
    +  P.O NO. SE9084, ITEM CODE 210028964708 AT USD 32.2
    +  P.O. NO. SE9084 ITEM NO. 210028964708 SHEET CROP          MARI
       TIME BLUE, FOB USD 32.2 PER ASSORTMENT,  592 ASSORTMENT, 1 ASSO
       RTMENT PER CARTON, 592 CARTONS PACKING FACTOR 1.
    +  P.O NO. SE9084, ITEM CODE 210028964716 AT USD 32.2
    +  P.O. NO. SE9084 ITEM NO. 210028964716 SHEET CROP          BLAC
       K ONYX, FOB USD 32.2 PER ASSORTMENT,  560 ASSORTMENT, 1 ASSORTM
       ENT PER CARTON, 560 CARTONS PACKING FACTOR 1.
    +  P.O NO. SE9084, ITEM CODE 210028964732 AT USD 32.2
    +  P.O. NO. SE9084 ITEM NO. 210028964732 SHEET CROP          PERF
       ECT KHAKI, FOB USD 32.2 PER ASSORTMENT,  592 ASSORTMENT, 1 ASSO
       RTMENT PER CARTON, 592 CARTONS PACKING FACTOR 1.
    +  P.O NO. SE9084, ITEM CODE 210028964740 AT USD 32.2
    +  P.O. NO. SE9084 ITEM NO. 210028964740 SHEET CROP          CALY
       PSO CORAL, FOB USD 32.2 PER ASSORTMENT,  478 ASSORTMENT, 1 ASSO

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 003 of 008

RTMENT PER CARTON, 478 CARTONS PACKING FACTOR 1.
+ P.O NO. SE9084, ITEM CODE 210028965226 AT USD 32.2
+ P.O. NO. SE9084 ITEM NO. 210028965226 SHEET CROP       BLUE
   BELL, FOB USD 32.2 PER ASSORTMENT, 478 ASSORTMENT, 1 ASSORTME
   NT PER CARTON, 478 CARTONS PACKING FACTOR 1.
+ P.O NO. SE9084, ITEM CODE 210028965234 AT USD 36.8
+ P.O. NO. SE9084 ITEM NO. 210028965234 SHEET CROP       OLIV
   E NIGHT, FOB USD 36.8 PER ASSORTMENT, 322 ASSORTMENT, 1 ASSORT
   MENT PER CARTON, 322 CARTONS PACKING FACTOR 1.
:46 /DOCUMENTS REQUIRED          :
+ COMMERCIAL INVOICE TO BE ADDRESSED TO SEARS,
ROEBUCK AND CO OR SEARS HOLDINGS MANAGEMENT
CORPORATION WHO ACTS AS AGENT OF SEARS, ROEBUCK
AND CO IN DUPLICATE (COPIES OR ORIGINALS
ACCEPTABLE).

+ PACKING LIST IN DUPLICATE (COPY OR ORIGINAL
ACCEPTABLE).

+ ORIGINAL OR COPY OF SEA WAYBILL,
OR ORIGINAL OR COPY OF FORWARDER'S CARGO RECEIPT,
OR ORIGINAL OR COPY OF AIR WAYBILL
CONSIGNED TO SEARS, ROEBUCK AND CO. AND SHOW
APPROPRIATE NOTIFY PARTY AS INSTRUCTED BY THE
DESIGNATED CONSOLIDATOR.

FOR SHIPMENTS EFFECTED FROM BANGLADESH ONLY,
3/3 ON BOARD OCEAN BILL OF LADING TO BE
CONSIGNED TO NEGOTIATING BANK AND ENDORSED TO
SEARS, ROEBUCK AND CO OR LC ISSUER
MARKED FREIGHT COLLECT.

IN CASE OF COPY OF SEA WAYBILL PRESENTED, IT MUST
SHOW ON BOARD DATE AND IS DEEMED TO BE THE DATE
OF SHIPMENT. IN CASE OF ORIGINAL OR COPY OF
FORWARDER'S CARGO RECEIPT, IT MUST SHOW CARGO
RECEIVED DATE AND IS DEEMED TO BE THE DATE OF
SHIPMENT. IN CASE OF COPY OF AIR WAYBILL
PRESENTED, IT MUST SHOW ACTUAL FLIGHT DATE AND IS
DEEMED TO BE THE DATE OF SHIPMENT.

+ ORIGINAL OR COPY OF AN INSPECTION CERTIFICATE
ISSUED BY SEARS HOLDINGS GLOBAL SOURCING LTD. DULY
SIGNED BY AN AUTHORIZED SIGNATORY OF SEARS
HOLDINGS GLOBAL SOURCING LTD. (OR WRITTEN WAIVER
OF SUCH REQUIREMENT SIGNED BY AN AUTHORIZED
SIGNATORY OF SEARS HOLDINGS GLOBAL SOURCING LTD.)
:47 /ADDITIONAL CONDITIONS       :
INSURANCE BY: BUYER
+ THIS LETTER OF CREDIT COVERS 100 PERCENT OF INVOICE VALUE.

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America

EX061563/19    **Bank of America** ⫸

Print 004 Of 008

+ A DISCREPANCY FEE OF USD60.00 (OR EQUIVALENT) PER DRAWING OF
DISCREPANT DOCUMENTS WILL BE DEDUCTED AT THE TIME OF PAYMENT. IN
ADDITION, TELEX EXPENSES, IF ANY, INCURRED BY US AS A RESULT OF
DISCREPANT DOCUMENTS ARE ALSO FOR THE BENEFICIARY'S ACCOUNT.
+ BANK OF AMERICA NA HOLDS SPECIAL INSTRUCTIONS REGARDING
DOCUMENTS DISPOSAL AND REIMBURSEMENT OF THIS LETTER OF CREDIT.
ALL DOCUMENTS MUST BE PRESENTED IN ONE LOT BY COURIER SERVICE
THROUGH BENEFICIARY'S BANKER TO OUR PROCESSING AGENT: BANK OF
AMERICA NA., 19TH FLOOR, TOWER 2, KOWLOON COMMERCE CENTRE, 51
KWAI
CHEONG ROAD, KWAI CHUNG, HONG KONG (ATTN: TRADE FINANCE - SEARS).
DOCUMENTS SENT TO OUR OFFICE IN 3711 KENNETT PIKE GREENVILLE,DE
19807 USA WILL BE REJECTED AND FORWARDED TO THE ABOVE ADDRESS FOR
PROCESSING FOR WHICH THE DELAY WILL BE BORNE BY THE BENEFICIARY.
+ UPON RECEIPT OF DOCUMENTS DRAWN IN COMPLIANCE WITH TERMS AND
CONDITIONS OF THIS CREDIT, WE SHALL REMIT THE PROCEEDS TO
NEGOTIATING BANK IN ACCORDANCE WITH THEIR INSTRUCTION ON
MATURITY.
+ ALL CORRESPONDENCE TO THE ISSUER (INCLUDING THE COVERING LETTER
ON EACH PRESENTATION) MUST IDENTIFY THIS LC BY QUOTING OUR
REFERENCE AS IM402277/18.
+ PRESENTATION OF DOCUMENTS(S) THAT ARE NOT IN COMPLIANCE WITH
THE APPLICABLE ANTI-BOYCOTT, ANTI-MONEY LAUNDERING,
ANTI-TERRORISM, ANTI-DRUG TRAFFICKING, EXPORT DENIAL OR ECONOMIC
SANCTIONS LAWS, REGULATIONS OR ORDERS IS NOT ACCEPTABLE.
APPLICABLE LAWS VARY DEPENDING ON THE TRANSACTION AND MAY INCLUDE
UNITED NATIONS, UNITED STATES AND/OR LOCAL LAWS.
+ TWO PHOTOCOPIES OF THE ABOVE MENTIONED COMMERCIAL INVOICES ARE
REQUIRED FOR ISSUER'S RETENTION.
+ UNLESS OTHERWISE STATED, ALL DOCUMENTS CONTENTS MUST BE IN
ENGLISH LANGUAGE.
+ ALL DRAFTS MUST BE MARKED DRAWN UNDER THIS L/C NUMBER.
+ PRESENTATION OF DOCUMENTS MUST BE THROUGH BENEFICIARY'S BANKER.
PRESENTING BANK MUST CERTIFY ON ITS COVERING LETTER THAT THE
DRAWING AMOUNT HAS BEEN ENDORSED ON THE ORIGINAL CREDIT. IN SUCH
CASE, ORIGINAL L/C IS NOT REQUIRED TO BE ACCOMPANIED WITH THE
DOCUMENTS.
+ NOTWITHSTANDING THE DEFINITION OF 'BANKING DAY' UNDER THE
UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS, SATURDAY IS
NOT A 'BANKING DAY' FOR OUR HONG KONG TRADE SERVICES.
+ ALL REFERENCES IN THE UCP600 TO ISSUING BANK, AND TO BANK WHERE
THE TERM INCLUDES AN ISSUING BANK SHALL BE DEEMED TO BE
REFERENCES TO THE ISSUER OF THIS CREDIT, AND THE ISSUER SHALL
HAVE ALL OF THE RIGHTS, DUTIES, AND OBLIGATIONS OF AN ISSUER
UNDER THE UCP.
+ THIS CREDIT IS NOT CONFIRMED BY BANK OF AMERICA N.A. AND
THEREFORE CARRIES NO ENGAGEMENT ON THE PART OF BANK OF AMERICA
N.A.
+ IN CASE OF QUERIES, PLEASE CONTACT US AT OUR HOTLINE 852 3508
2323

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 005 Of 008

+ SHIPMENT QUANTITY AND AMOUNT LESS UP TO 3PCT PER
PO ACCEPTABLE. SHIPMENT QUANTITY AND AMOUNT MORE
UP TO 3PCT PER PO ACCEPTABLE ONLY FOR CLOTHING,
FASHION ACCESSORIES, HOME TEXTILES AND HANDBAGS.

+ REFERENCE (PO) FROM ORDER CONTRACT SHIPPING
SCHEDULE MUST BE SPECIFIED ON THE COMMERCIAL
INVOICE FOR EACH SHIPMENT COVERED ON THE INVOICE.

+ COMBINED DRAWINGS UNDER OTHER LETTERS OF CREDIT
ISSUED BY US WITH IDENTICAL TERMS AND CONDITIONS
IN FAVOR OF THE SAME BENEFICIARY FOR ACCOUNT OF
APPLICANT ARE ACCEPTABLE PROVIDED THAT ONE DRAFT
IS PRESENTED FOR THE TOTAL AMOUNT INDICATING THE
AMOUNTS DRAWN UNDER EACH LETTER OF CREDIT.

+ SEPARATE INVOICES MUST BE ISSUED FOR EACH
DESTINATION (COPIES OR ORIGINALS ACCEPTABLE.)

+ PO NO SE9084, ALL SHIPMENTS TO BE MADE AS SPECIFIED IN BUYER'S
  ORDER NO.  SE9084 WITH SHIPMENT TO COMMENCE ON 12/1
  3/18 BUT IN ANY EVENT NOT LATER THAN12/18/18

+ THIRD PARTY SHIPPER AND DOCUMENTS ACCEPTABLE.

+ ALL BANKING CHARGES OTHER THAN THOSE OF THE
ISSUING CHARGES, ARE FOR THE ACCOUNT OF THE
BENEFICIARY.

+ LATE SHIPMENT, LATE PRESENTATION, LETTER OF
CREDIT EXPIRED FOR NOT MORE THAN 7 DAYS WILL NOT
BE COUNTED AS LC DISCREPANCY.

+ LC APPLICANT MAY, WITHOUT THE PRIOR
AUTHORIZATION OR APPROVAL OF THE LC BENEFICIARY OR
NEGOTIATING BANK, DEDUCT UP TO 10 PERCENT OF
INVOICE VALUE ON ANY DRAWING UNDER THIS LETTER OF
CREDIT FOR OUTSTANDING CLAIMS AND/OR CHARGEBACKS
:48 /PERIOD FOR PRESENTATION IN DAYS:
   21
:49 /CONFIRMATION INSTRUCTIONS   :WITHOUT
:57D/ADVISE THRU                 :CANARA BANK
                                  AVENUE ROAD BANGALORE
                                  KARNATAKA 560002 INDIA
                                  à

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 006 Of 008

```
*   LAST UPDATED BY   : SYSTEM      ON 14DEC18  AT 17:57:17 *
*   AUTHORISED BY     :                                    *
*   MPROC REFERENCE   : SDSMPR6216TRAN237316               *
*   DESTINATION NAME  :                                    *
*   DESTINATION ADDR  :                                    *
*                     :                                    *
*                     :                                    *
```

EX061563)18

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 007 Of 008

FROM:/SA-BOFAHKHX
     BANK OF AMERICA, N.A.
     19F TOWER 2 KCC 51 KWAI
     CHEONG RD, KWAI CHUNG HK

TO:  /SA-BOFAIN4XDEL
     BANK OF AMERICA N.A.
     1ST FLOOR, DLF CENTRE,
     SANSAD MARG,NEW DELHI
     110 001 INDIA(FAX:91 11 3714042)
DATE:181214

::711 ADVICE OF THIRD BANKS OR NON-BANKS DOC CREDIT

:27 /PAGE NUMBER          :2 OF 2
:20 /SENDERS REF          :6055EX139803/18
:21 /RELATED REF          :809763
:47 /ADDITIONAL CONDITIONS :
    EXISTS BETWEEN THE BENEFICIARY AND THE APPLICANT.
    HOWEVER, NO FURTHER DEDUCTION WILL BE TAKEN AFTER
    USANCE LC BILLS HAVE BEEN ACCEPTED BY THE LC
    ISSUER.

    + IN CASE DEDUCTION OF CLAIMS ARE SPECIFIED PER LC
    TERM, COMMERCIAL INVOICE MUST SHOW THE DEDUCTION
    AS SPECIFIED ON THE FIRST DRAWING. IF THE FIRST
    DRAWING AMOUNT IS NOT SUFFICIENT TO COVER
    DEDUCTION AMOUNT. BALANCE DEDUCTIONS WILL BE
    DEDUCTED FROM SUBSEQUENT DRAWINGS.

    + DOCUMENTS MAY BE PRESENTED DIRECTLY TO BANK OF
    AMERICA, N.A. LOCAL BRANCH AT BENEFICIARY'S
    COUNTRY AS THEY HOLD SPECIAL REIMBURSEMENT AND
    DOCUMENT HANDLING INSTRUCTIONS. IN THIS CASE,
    WE WOULD SPEED UP THE PAYMENT PROCESSING UNDER
    THIS L/C.

    + THIS CREDIT IS TRANSFERABLE. ANY TRANSFER
    MUST BE HANDLED THROUGH THE ADVISING BANK.
    THE TRANSFERRING BANK MUST ADVISE US BY
    AUTHENTICATED SWIFT OR TESTED TELEX WITHIN 3
    WORKING DAYS FROM THE DATE OF THE TRANSFER THE
    FOLLOWING INFORMATION:
    A. NAME AND ADDRESS OF TRANSFEREE,
    B. TRANSFERRED AMOUNT,
    C. QUANTITY AND DESCRIPTION OF GOODS,
    D. WHETHER THE FIRST BENEFICIARY WILL RETAIN OR
    WAIVE THEIR RIGHT RELATED TO AMENDMENT,

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 008 Of 008

E. WHETHER THE FIRST BENEFICIARY HAS REQUESTED
TO SUBSTITUTE THEIR OWN DRAFTS AND DOCUMENTS
FOR THOSE TO BE PRESENTED BY THE SECOND
BENEFICIARY(IES).
F. THEY HAVE MARKED THE TRANSFER ON THE
ORIGINAL LC AND THE RELEVANT TRANSFERRING
CHARGES ARE FOR ACCOUNT OF BENEFICIARY.
+ IF TRANSFERRED, A COPY OF THE ADVICE OF TRANSFER
AND ANY AMENDMENTS THERETO MUST ACCOMPANY EACH
DRAWING UNDER THE LETTER OF CREDIT. IF DOCUMENTS
PRESENTED BY A PARTY OTHER THAN THE FIRST
BENEFICIARY, THE PRESENTING BANK MUST CERTIFY ON
THEIR COVERING LETTER THAT SUCH PARTY IS THE
SECOND BENEFICIARY AND THAT SUBSTITUTION OF
DRAFT AND INVOICE IS NOT REQUIRED.
à

```
*   LAST UPDATED BY   : SYSTEM     ON 14DEC18  AT 17:57:17 *
*   AUTHORISED BY     :                                    *
*   MPROC REFERENCE   : SDSMPR6216TRAN237315               *
*   DESTINATION NAME  :                                    *
*   DESTINATION ADDR  :                                    *
*                     :                                    *
*                     :                                    *
```





DATE OF ADVICE: 18 December, 2018
DEBIT ADVICE NO: EX061563/180001

PAYMENT OF CHARGES FOR EXPORT

NAME AND ADDRESS OF RECIPIENT OF SERVICES:
GOKALDAS EXPORTS LTD
NO. 16/2 RESIDENCY ROAD
BANGALORE, KARNATAKA
560025, INDIA


GSTIN OF THE RECIPIENT: GST UNKNOWN
PLACE OF SUPPLY:    STATE UNKNOWN

IN ACCORDANCE WITH DETAILS SHOWN BELOW, WE HAVE DEBITED YOUR ACCOUNT

DETAILS OF CHARGES:
Adv-Taxable value                    INR          1,881.36
Central Tax (9%)                     INR            169.32
State Tax (9%)                       INR            169.32
                                     ---------------------------
NET AMOUNT DEBITED                   INR          2,220.00

SUPPLIER GSTIN: 07AAACB1537G1Z3
PERMANENT ACCOUNT NUMBER: AAACB1537G.
HSN CODE: 9971

THIS IS A SYSTEM GENERATED ADVICE AND REQUIRES NO SIGNATURE.

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America

SEARS ROEBUCK & CO.    **P U R C H A S E   O R D E R**    Page : 1

| ORDER DATE : 18-SEP-2018 | ORDER NO : SE9084 | BUYER : TF2  TRIXIA FU |
|---|---|---|
| DIV : Division 4 | DEPT NO : 007 | |

**SEARS ROEBUCK & CO.**
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | GOKALDAS EXPORTS LTD |
| ADDRESS | NO. 16/2 |
| | RESIDENCY ROAD |
| | BANGALORE |
| | KARNATAKA |
| COUNTRY | India |
| EMAIL | sireesh@gokaldasexports.com |
| VENDOR NBR | 8444 |
| TELEPHONE | 91 09900085026 |
| DUNS NBR | 01000308692 |
| FDA REG # | |

**TOTAL COST OF ORDER USD**
$225,386.20

| PAYMENT TO BE MADE BY : | |
|---|---|
| ( )   MULTIPLE PAYMENT TYPES | |
| ( )   CHECK/WIRE TRANSFER | |
| Amount USD:  0.00 | |
| ( )   FREE GOODS | |
| Amount USD:  0.00 | |
| ( X )  LETTER OF CREDIT | |
| Amount USD:  225,386.20 | |
| LC #:  809763 | |
| TRANSFERABLE:  Yes | |
| BANK:  BANKBO | |

| PAYMENT TERMS: | 74 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKIN | SEARS SOURCING INDIA PVT LTD |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKIN | INDIA OFFICE |

| EACH ITEM TO BE MARKED: | MADE IN INDIA |
|---|---|
| EMBARK/GO-DOWN: | INDIA |
| SHIP POINT: | INNSA1B |
| DELIVERY TERMS: | FOB IN |
| CITY, COUNTRY: | Nhava Sheva (JNP), India |

**FACTORY DETAILS:**

| FACTORY NBR: | 104551 |
|---|---|
| NAME | GOKALDAS EXPORTS UNIT - I |
| ADDRESS | PLOT NO. 119, KIADB |
| | GROWTH CENTRE, SH 57 |
| | HASSAN |
| | KARNATAKA |
| COUNTRY | India |
| TEL | 9663616730 |
| EMAIL | ichha.hegde@gokaldasexports.com |
| MID | INGOKEXP119HAS |

SEARS ROEBUCK & CO.

**P U R C H A S E   O R D E R**

Page : 2

| ORDER DATE : 18-SEP-2018 | ORDER NO : SE9084 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 210025944810

SHEETING CORE WHITE

SEASON/YEAR: 2-SPRING 2019

SUB-SEASON: 20-SPRING

I 2OF 5/CARTON UPC: 00191060026137

CAT/SUB-CAT: 21/08

STYLE: WP9LS53203MI

TRADEMARK: NONE

SEARS DIV

SEARS ITEM

SEARS SKU

BRAND NAME: LAURA SCOTT

COPYRIGHT REG. NO.: N/A

607

62438

INTL COMMODY CODE: GDSM

MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $103.92 | 542 | 542 | $19,945.60 |
| $36.800 | $36.800 | | | | |

PER CARTON

KGS: 2.495

CBM: 0.022942

AST PER INNER                          1

LBS: 5.500

CU. FT.: 0.810

INNERS PER OUTER CARTON      1

OUTER CARTON DIMENSIONS

PACKING INSTRUCTION:

AST PER MASTER SHIPPING CTN   1

L 20.0" X W 14.0" X H 5.0"

CASEPACK

QUOTA CAT#:  348, RNONE

CASE #

FACTORY

EXPORTER

SPECIAL TRADE INDICATOR:

ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 8 PCS

| SHIPPING SCHEDULE | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 542 | 542 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9LS53203MI
DESCRIPTION : SHEETING CAPRI
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT,
ELASTICATED WAIST BAND TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT
INSIDE OF WAISTBAND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6012B PRICE - $0.098

OPC:                      8

SEARS ROEBUCK & CO.                          P U R C H A S E   O R D E R                                    Page : 3

| ORDER DATE : 18-SEP-2018 | ORDER NO : SE9084 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

SHEETING CORE WHITE

ITEM CODE: 210025944901          SEASON/YEAR: 2-SPRING 2019
                                 SUB-SEASON: 20-SPRING
I 2OF 5/CARTON UPC: 00191060026144    CAT/SUB-CAT: 21/08
STYLE: WP9LS53203MI              TRADEMARK: NONE          SEARS DIV       SEARS ITEM        SEARS SKU
BRAND NAME: LAURA SCOTT         COPYRIGHT REG. NO.: N/A       607           62438
INTL COMMODY CODE: GDSM         MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $90.93 | 777 | 777 | $25,019.40 |
| $32.200 | $32.200 | | | | |

PER CARTON      KGS:    2.159        CBM:    0.021795           AST PER INNER            1
                LBS:    4.760        CU. FT.: 0.770             INNERS PER OUTER CARTON  1
OUTER CARTON DIMENSIONS            PACKING INSTRUCTION:         AST PER MASTER SHIPPING CTN  1
   L 20.0" X W 14.0" X H 4.75"          CASEPACK

QUOTA CAT#:  348, RNONE                              CASE #          FACTORY         EXPORTER
SPECIAL TRADE INDICATOR:                    ANTI-DUMPING:
                                            COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
HANGER PACK OF 7 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 777 | 777 | L |

DETAIL DESCRIPTION-
STYLE NAME: WP9LS53203MI
DESCRIPTION : SHEETING CAPRI
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT,
ELASTICATED WAIST BAND TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT
INSIDE OF WAISTBAND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6012B PRICE - $0.098

OPC:              7

SEARS ROEBUCK & CO.    P U R C H A S E   O R D E R    Page : 4

| ORDER DATE : 18-SEP-2018 | ORDER NO : SE9084 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

SHEET CROP MARITIME BLUE

| | | |
|---|---|---|
| ITEM CODE: 210028865798 | SEASON/YEAR: 2-SPRING 2019 | |
| | SUB-SEASON: 20-SPRING | |
| I 2OF 5/CARTON UPC: 00191060024690 | CAT/SUB-CAT: 21/08 | |
| STYLE: WP9LS53203MI | TRADEMARK: NONE | SEARS DIV    SEARS ITEM    SEARS SKU |
| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A | 607    42191 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $103.92 | 396 | 396 | $14,572.80 |
| $36.800 | $36.800 | | | | |

| | | | | |
|---|---|---|---|---|
| PER CARTON | KGS: 3.493 | CBM: 0.022942 | AST PER INNER | 1 |
| | LBS: 7.700 | CU. FT.: 0.810 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 14.0" X H 5.0" | | CASEPACK | | |

| | | | |
|---|---|---|---|
| QUOTA CAT#: 348, RNONE | | CASE #    FACTORY    EXPORTER | |
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | |
| | | COUNTERVAILING: | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 08 PCS PER CARTON

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 396 | 396 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9LS53203MI
DESCRIPTION : SHEETING CAPRI
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT,
ELASTICATED WAIST BAND TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT
INSIDE OF WAISTBAND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6012B PRICE - $0.098

OPC:    8

SEARS ROEBUCK & CO.                          P U R C H A S E   O R D E R                                    Page : 5

| ORDER DATE : 18-SEP-2018 | ORDER NO : SE9084 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 210028868297     SEASON/YEAR: 2-SPRING 2019     SHEET CROP BLACK ONYX

    SUB-SEASON: 20-SPRING

I 2OF 5/CARTON UPC: 00191060024751     CAT/SUB-CAT: 21/08

STYLE: WP9LS53203MI     TRADEMARK: NONE     SEARS DIV     SEARS ITEM     SEARS SKU

BRAND NAME: LAURA SCOTT     COPYRIGHT REG. NO.: N/A     607     42236

INTL COMMODY CODE: GDSM     MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $103.92 | 364 | 364 | $13,395.20 |
| $36.800 | $36.800 | | | | |

| PER CARTON | KGS: 3.493 | CBM: 0.022942 | | AST PER INNER | 1 |
|---|---|---|---|---|---|
| | LBS: 7.700 | CU. FT.: 0.810 | | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 14.0" X H 5.0" | | CASEPACK | | | |

QUOTA CAT#:  348, RNONE     CASE #     FACTORY     EXPORTER

SPECIAL TRADE INDICATOR:     ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 08 PCS PER CARTON

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 364 | 364 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9LS53203MI
DESCRIPTION : SHEETING CAPRI
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT,
ELASTICATED WAIST BAND TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT
INSIDE OF WAISTBAND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6012B PRICE - $0.098

OPC:                    8

SEARS ROEBUCK & CO.                                      P U R C H A S E   O R D E R                                                      Page : 6

| ORDER DATE : 18-SEP-2018 | ORDER NO : SE9084 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

SHEET CROP PERFECT KHAKI

| | |
|---|---|
| ITEM CODE: 210028868362 | SEASON/YEAR:  2-SPRING 2019 |
| | SUB-SEASON:  20-SPRING |
| I 2OF 5/CARTON UPC:  0019106024812 | CAT/SUB-CAT:  21/08 |
| STYLE:  WP9LS53203MI | TRADEMARK:  NONE |
| BRAND NAME:  LAURA SCOTT | COPYRIGHT REG. NO.:  N/A |
| INTL COMMODY CODE:  GDSM | MLTP CARTON IND:  001 |

| SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|
| 607 | 42302 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $103.92 | 396 | 396 | $14,572.80 |
| $36.800 | $36.800 | | | | |

| | | | |
|---|---|---|---|
| PER CARTON | KGS:  3.493 | CBM:  0.022942 | AST PER INNER  1. |
| | LBS:  7.700 | CU. FT.:  0.810 | INNERS PER OUTER CARTON  1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN  1 |
| L 20.0" X W 14.0" X H 5.0" | | CASEPACK | |

QUOTA CAT#:  348, RNONE                                          CASE #                    FACTORY              EXPORTER

SPECIAL TRADE INDICATOR:                          ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 08 PCS PER CARTON

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 396 | 396 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9LS53203MI
DESCRIPTION : SHEETING CAPRI
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT,
ELASTICATED WAIST BAND TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT
INSIDE OF WAISTBAND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6012B PRICE - $0.098

OPC:                    8

SEARS ROEBUCK & CO.                         P U R C H A S E   O R D E R                                    Page : 7

| ORDER DATE : 18-SEP-2018 | ORDER NO : SE9084 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 210028868420            SEASON/YEAR: 2-SPRING 2019        SHEET CROP CALYPSO CORAL

                                           SUB-SEASON: 20-SPRING

I 2OF 5/CARTON UPC: 00191060024874      CAT/SUB-CAT: 21/08

         STYLE: WP9LS53203MI          TRADEMARK: NONE            SEARS DIV        SEARS ITEM          SEARS SKU

BRAND NAME: LAURA SCOTT       COPYRIGHT REG. NO.: N/A              607                42854

INTL COMMODY CODE: GDSM        MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $103.92 | 322 | 322 | $11,849.60 |
| $36.800 | $36.800 | | | | |

PER CARTON   KGS:    3.493        CBM:    0.023171            AST PER INNER             1

           LBS:    7.700        CU. FT.:  0.818            INNERS PER OUTER CARTON   1

OUTER CARTON DIMENSIONS            PACKING INSTRUCTION:        AST PER MASTER SHIPPING CTN  1

  L 20.0" X W 14.0" X H 5.05"              CASEPACK

QUOTA CAT#:  348, RNONE                              CASE #          FACTORY        EXPORTER

SPECIAL TRADE INDICATOR:                  ANTI-DUMPING:

                                       COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 08 PCS PER CARTON

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2016 | 22-FEB-2019 | A | 322 | 322 | L |

DETAIL DESCRIPTION-
STYLE NAME: WP9LS53203MI
DESCRIPTION : SHEETING CAPRI
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT,
ELASTICATED WAIST BAND TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT
INSIDE OF WAISTBAND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6012B PRICE - $0.096

OPC:              8

SEARS ROEBUCK & CO.

**P U R C H A S E   O R D E R**

Page : 8

| ORDER DATE :  18-SEP-2018 | ORDER NO :  SE9084 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE:  210028877553

SEASON/YEAR:  2-SPRING 2019

SHEET CROP BLUE BELL

SUB-SEASON:  20-SPRING

I 2OF 5/CARTON UPC:  00191060024935

CAT/SUB-CAT:  21/08

STYLE:  WP9LS53203MI

TRADEMARK:  NONE

BRAND NAME:  LAURA SCOTT

COPYRIGHT REG. NO.:  N/A

INTL COMMODY CODE:  GDSM

MLTP CARTON IND:  001

| | | SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|---|---|
| | | 607 | 43101 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $103.92 | 322 | 322 | $11,849.60 |
| $36.800 | $36.800 | | | | |

**PER CARTON**

| KGS: | 3.493 | CBM: | 0.022942 | AST PER INNER | 1 |
|---|---|---|---|---|---|
| LBS: | 7.700 | CU. FT.: | 0.810 | INNERS PER OUTER CARTON | 1 |

OUTER CARTON DIMENSIONS

PACKING INSTRUCTION:

AST PER MASTER SHIPPING CTN    1

L 20.0" X W 14.0" X H 5.0"

CASEPACK

QUOTA CAT#:  348, RNONE

CASE #            FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:

ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 08 PCS PER CARTON

| **S H I P P I N G   S C H E D U L E** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (POJ/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 322 | 322 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9LS53203MI
DESCRIPTION : SHEETING CAPRI
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT,
ELASTICATED WAIST BAND TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT
INSIDE OF WAISTBAND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6012B PRICE - $0.098

OPC:                8

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                    Page : 9

| ORDER DATE : 18-SEP-2018 | ORDER NO : SE9084 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 210028877660          SEASON/YEAR: 2-SPRING 2019          SHEET CROP OLIVE NIGHT

                                 SUB-SEASON: 20-SPRING

I 2OF 5/CARTON UPC: 00191060024997   CAT/SUB-CAT: 21/08

STYLE: WP9LS53203MI              TRADEMARK: NONE          **SEARS DIV**      **SEARS ITEM**      **SEARS SKU**

BRAND NAME: LAURA SCOTT          COPYRIGHT REG. NO.: N/A      607              43103

INTL COMMODY CODE: GDSM          MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $90.93 | 478 | 478 | $15,391.60 |
| $32.200 | $32.200 | | | | |

PER CARTON    KGS:  3.221      CBM:   0.021795          AST PER INNER              1
              LBS:  7.100      CU. FT.:  0.770          INNERS PER OUTER CARTON    1

OUTER CARTON DIMENSIONS          PACKING INSTRUCTION:          AST PER MASTER SHIPPING CTN   1
  L 20.0" X W 14.0" X H 4.75"          CASEPACK

QUOTA CAT#:  348, RNONE                          **CASE #**          **FACTORY**          **EXPORTER**

SPECIAL TRADE INDICATOR:          ANTI-DUMPING:

                                 COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 07 PCS PER CARTON

| **S H I P P I N G   S C H E D U L E** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 478 | 478 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9LS53203MI
DESCRIPTION : SHEETING CAPRI
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT,
ELASTICATED WAIST BAND TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT
INSIDE OF WAISTBAND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6012B PRICE - $0.098

OPC:                    7

SEARS ROEBUCK & CO.                          P U R C H A S E   O R D E R                                    Page : 10

| ORDER DATE : 18-SEP-2018 | ORDER NO : SE9084 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 210028964708 | SEASON/YEAR: 2-SPRING 2019 | SHEET CROP MARITIME BLUE |
| | SUB-SEASON: 20-SPRING | |
| I 2OF 5/CARTON UPC: 00191060024706 | CAT/SUB-CAT: 21/08 | |
| STYLE: WP9LS53203MI | TRADEMARK: NONE | SEARS DIV |
| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A | 607 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

SEARS ITEM 42191     SEARS SKU

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $90.93 | 592 | 592 | $19,062.40 |
| $32.200 | $32.200 | | | | |

| | | | | |
|---|---|---|---|---|
| PER CARTON | KGS: 3.221 | CBM: 0.021795 | AST PER INNER | 1 |
| | LBS: 7.100 | CU. FT.: 0.770 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 14.0" X H 4.75" | | CASEPACK | | |

| | | | | |
|---|---|---|---|---|
| QUOTA CAT#: 348, RNONE | | | CASE # | FACTORY    EXPORTER |
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 07 PCS PER CARTON

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (POJ)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 592 | 592 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9LS53203MI
DESCRIPTION : SHEETING CAPRI
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT, .
ELASTICATED WAIST BAND TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT
INSIDE OF WAISTBAND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6012B PRICE - $0.098

OPC:                    7

SEARS ROEBUCK & CO.                         P U R C H A S E   O R D E R                              Page : 11

| ORDER DATE : 18-SEP-2018 | ORDER NO : SE9084 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 210028964716          SEASON/YEAR:  2-SPRING 2019      SHEET CROP BLACK ONYX
                                 SUB-SEASON:  20-SPRING
I 2OF 5/CARTON UPC:  0019106002476 8   CAT/SUB-CAT:  21/08
          STYLE:  WP9LS53203MI       TRADEMARK:  NONE             SEARS DIV        SEARS ITEM        SEARS SKU
     BRAND NAME:  LAURA SCOTT    COPYRIGHT REG. NO.:  N/A          607              42236
   INTL COMMODY
          CODE:  GDSM           MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $90.93 | 560 | 560 | $18,032.00 |
| $32.200 | $32.200 | | | | |

PER CARTON    KGS:    3.221       CBM:    0.021795        AST PER INNER              1
              LBS:    7.100       CU. FT.:   0.770        INNERS PER OUTER CARTON    1
OUTER CARTON DIMENSIONS              PACKING INSTRUCTION:            AST PER MASTER SHIPPING CTN  1
    L 20.0" X W 14.0" X H 4.75"              CASEPACK

        QUOTA CAT#:  348, RNONE                                    CASE #        FACTORY        EXPORTER
   SPECIAL TRADE                                    ANTI-DUMPING:
       INDICATOR:                                   COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 07 PCS PER CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 560 | 560 | L |

DETAIL DESCRIPTION-
STYLE NAME: WP9LS53203MI
DESCRIPTION : SHEETING CAPRI
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT,
ELASTICATED WAIST BAND TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT
INSIDE OF WAISTBAND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6012B PRICE - $0.098

OPC:               7

SEARS ROEBUCK & CO.                          P U R C H A S E   O R D E R                                    Page : 12

| ORDER DATE : 18-SEP-2018 | ORDER NO : SE9084 | | TF2  TRIXIA FU |

**DESCRIPTION**

ITEM CODE: 210028964732                SEASON/YEAR:  2-SPRING 2019        SHEET CROP PERFECT KHAKI

                                       SUB-SEASON:  20-SPRING

I 2OF 5/CARTON UPC:  00191060024829    CAT/SUB-CAT:  21/08

STYLE:  WP9LS53203MI                   TRADEMARK:  NONE          SEARS DIV          SEARS ITEM           SEARS SKU

BRAND NAME:  LAURA SCOTT               COPYRIGHT REG. NO.:  N/A              607                42302

INTL COMMODY CODE:  GDSM               MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
| PER AST | PER CARTON | $90.93 | 592 | 592 | $19,062.40 |
| $32.200 | $32.200 | | | | |

|  | KGS:  3.221 | CBM:  0.021795 | AST PER INNER | 1 |
| PER CARTON | LBS:  7.100 | CU. FT.:  0.770 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 14.0" X H 4.75" | | CASEPACK | | |

QUOTA CAT#:  348, RNONE                                    CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:                        ANTI-DUMPING:

                                                COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 07 PCS PER CARTON

| S H I P P I N G   S C H E D U L E | | | | | | | | |
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 592 | 592 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9LS53203MI
DESCRIPTION : SHEETING CAPRI
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT,
ELASTICATED WAIST BAND TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT
INSIDE OF WAISTBAND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6012B PRICE - $0.098

OPC:                    7

SEARS ROEBUCK & CO.                          **P U R C H A S E   O R D E R**                          Page : 13

| ORDER DATE : 18-SEP-2018 | ORDER NO : SE9084 | TF2  TRIXIA FU |
|---|---|---|

|  |  |  |
|---|---|---|
| **DESCRIPTION** | | |
| ITEM CODE: 210028964740 | SEASON/YEAR: 2-SPRING 2019 | SHEET CROP CALYPSO CORAL |
| | SUB-SEASON: 20-SPRING | |
| I 2OF 5/CARTON UPC: 00191060024881 | CAT/SUB-CAT: 21/08 | |
| STYLE: WP9LS53203MI | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A | 607 | 42854 | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $90.93 | 478 | 478 | $15,391.60 |
| $32.200 | $32.200 | | | | |

| PER CARTON | KGS: | 3.221 | CBM: | 0.021795 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| | LBS: | 7.100 | CU. FT.: | 0.770 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 14.0" X H 4.75" | | | CASEPACK | | |

QUOTA CAT#: 348, RNONE                          CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:          ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 07 PCS PER CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 478 | 478 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9LS53203MI
DESCRIPTION : SHEETING CAPRI
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT,
ELASTICATED WAIST BAND TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT
INSIDE OF WAISTBAND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6012B PRICE - $0.098

OPC:                 7

SEARS ROEBUCK & CO.                                    **P U R C H A S E   O R D E R**                                    Page : 14

| ORDER DATE : 18-SEP-2018 | ORDER NO : SE9084 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

SHEET CROP BLUE BELL

| | | | |
|---|---|---|---|
| ITEM CODE: 210028965226 | SEASON/YEAR: 2-SPRING 2019 | | |
| | SUB-SEASON: 20-SPRING | | |
| I 2OF 5/CARTON UPC: 00191060024942 | CAT/SUB-CAT: 21/08 | | |
| STYLE: WP9LS53203MI | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A | 607 | 43101 | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $90.93 | 478 | 478 | $15,391.60 |
| $32.200 | $32.200 | | | | |

| PER CARTON | KGS: 3.221 | CBM: 0.021795 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 7.100 | CU. FT.: 0.770 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 14.0" X H 4.75" | | CASEPACK | | |

QUOTA CAT#:  348, RNONE                                         CASE #                 FACTORY              EXPORTER

SPECIAL TRADE INDICATOR:                          ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 07 PCS PER CARTON

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 478 | 478 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9LS53203MI
DESCRIPTION : SHEETING CAPRI
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT,
ELASTICATED WAIST BAND TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT
INSIDE OF WAISTBAND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6012B PRICE - $0.098

OPC:                    7

SEARS ROEBUCK & CO.                          **P U R C H A S E   O R D E R**                          Page : 15

| ORDER DATE : 18-SEP-2018 | ORDER NO : SE9064 | TF2  TRIXIA FU |
|---|---|---|

**DESCRIPTION**

| | | | |
|---|---|---|---|
| ITEM CODE: 210028965234 | SEASON/YEAR: 2-SPRING 2019 | SHEET CROP OLIVE NIGHT | |
| | SUB-SEASON: 20-SPRING | | |
| I 2OF 5/CARTON UPC: 00191060025000 | CAT/SUB-CAT: 21/08 | | |
| STYLE: WP9LS53203MI | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A | 607 | 43103 | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $103.92 | 322 | 322 | $11,849.60 |
| $36.800 | $36.800 | | | | |

| | | | |
|---|---|---|---|
| KGS: 3.493 | CBM: 0.022942 | AST PER INNER | 1 |
| PER CARTON LBS: 7.700 | CU. FT.: 0.810 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 14.0" X H 5.0" | CASEPACK | | |

| | | | |
|---|---|---|---|
| QUOTA CAT#: 348, RNONE | | CASE # | FACTORY | EXPORTER |
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 08 PCS PER CARTON

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 322 | 322 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9LS53203MI
DESCRIPTION : SHEETING CAPRI
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT,
ELASTICATED WAIST BAND TWILL TAPE DYE TO MATCH AS FABRIC COLOR AT
INSIDE OF WAISTBAND AND POCKETS
BODY LENGTH- GARMENT LENGTH FROM WAISTBAND TO KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
COUNT & CONSTRUCTION: 20X20 // 68X64
HANGER PACK // CODE 6012B PRICE - $0.098

OPC:                    8

SEARS ROEBUCK & CO.                          **P U R C H A S E   O R D E R**                                    Page : 16

| ORDER DATE : 18-SEP-2018        ORDER NO : SE9084                          TF2  TRIXIA FU |
|---|

**ITEM CODE:** 210028868297

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2886789-3 | | | | | | 42236-0 25 | | | | COTTON | 100% | |
| 2886793-5 | | | | | | 42236-0 30 | | | | COTTON | 100% | |
| 2886794-3 | | | | | | 42236-0 31 | | | | COTTON | 100% | |
| 2886795-0 | | | | | | 42236-0 32 | | | | COTTON | 100% | |

**ITEM CODE:** 210025944810

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2594389-5 | | | | | | 62438-0 25 | | | | COTTON | 100% | |
| 2594417-4 | | | | | | 62438-0 30 | | | | COTTON | 100% | |
| 2594425-7 | | | | | | 62438-0 31 | | | | COTTON | 100% | |
| 2594475-2 | | | | | | 62438-0 32 | | | | COTTON | 100% | |

**ITEM CODE:** 210025944901

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2594389-5 | | | | | | 62438-0 25 | | | | COTTON | 100% | |
| 2594417-4 | | | | | | 62438-0 30 | | | | COTTON | 100% | |
| 2594425-7 | | | | | | 62438-0 31 | | | | COTTON | 100% | |
| 2594475-2 | | | | | | 62438-0 32 | | | | COTTON | 100% | |

**ITEM CODE:** 210028865798

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2886559-0 | | | | | | 42191-0 25 | | | | COTTON | 100% | |
| 2886560-8 | | | | | | 42191-0 30 | | | | COTTON | 100% | |
| 2886561-6 | | | | | | 42191-0 31 | | | | COTTON | 100% | |
| 2886578-0 | | | | | | 42191-0 32 | | | | COTTON | 100% | |

**ITEM CODE:** 210028868362

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2886831-3 | | | | | | 42302-0 25 | | | | COTTON | 100% | |
| 2886832-1 | | | | | | 42302-0 30 | | | | COTTON | 100% | |
| 2886833-9 | | | | | | 42302-0 31 | | | | COTTON | 100% | |
| 2886835-4 | | | | | | 42302-0 32 | | | | COTTON | 100% | |

**ITEM CODE:** 210028965226

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2886844-6 | | | | | | 43101-0 25 | | | | COTTON | 100% | |
| 2886845-3 | | | | | | 43101-0 30 | | | | COTTON | 100% | |
| 2887753-8 | | | | | | 43101-0 31 | | | | COTTON | 100% | |
| 2887754-6 | | | | | | 43101-0 32 | | | | COTTON | 100% | |

SEARS ROEBUCK & CO.                                    **P U R C H A S E   O R D E R**                                    Page : 17

| ORDER DATE : 18-SEP-2018        ORDER NO : SE9084 | TF2  TRIXIA FU |
|---|---|

**ITEM CODE:  210028868420**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2886838-8 | | | | | | 42854-0 25 | | | | COTTON | 100% | |
| 2886839-6 | | | | | | 42854-0 30 | | | | COTTON | 100% | |
| 2886840-4 | | | | | | 42854-0 31 | | | | COTTON | 100% | |
| 2886841-2 | | | | | | 42854-0 32 | | | | COTTON | 100% | |

**ITEM CODE:  210028877553**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2886844-6 | | | | | | 43101-0 25 | | | | COTTON | 100% | |
| 2886845-3 | | | | | | 43101-0 30 | | | | COTTON | 100% | |
| 2887753-8 | | | | | | 43101-0 31 | | | | COTTON | 100% | |
| 2887754-6 | | | | | | 43101-0 32 | | | | COTTON | 100% | |

**ITEM CODE:  210028877660**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2887756-1 | | | | | | 43103-0 25 | | | | COTTON | 100% | |
| 2887758-7 | | | | | | 43103-0 30 | | | | COTTON | 100% | |
| 2887759-5 | | | | | | 43103-0 31 | | | | COTTON | 100% | |
| 2887765-2 | | | | | | 43103-0 32 | | | | COTTON | 100% | |

**ITEM CODE:  210028964708**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2886559-0 | | | | | | 42191-0 25 | | | | COTTON | 100% | |
| 2886560-8 | | | | | | 42191-0 30 | | | | COTTON | 100% | |
| 2886561-6 | | | | | | 42191-0 31 | | | | COTTON | 100% | |
| 2886578-0 | | | | | | 42191-0 32 | | | | COTTON | 100% | |

**ITEM CODE:  210028964740**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2886838-8 | | | | | | 42854-0 25 | | | | COTTON | 100% | |
| 2886839-6 | | | | | | 42854-0 30 | | | | COTTON | 100% | |
| 2886640-4 | | | | | | 42854-0 31 | | | | COTTON | 100% | |
| 2886841-2 | | | | | | 42854-0 32 | | | | COTTON | 100% | |

**ITEM CODE:  210028964716**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2886789-3 | | | | | | 42236-0 25 | | | | COTTON | 100% | |
| 2886793-5 | | | | | | 42236-0 30 | | | | COTTON | 100% | |
| 2886794-3 | | | | | | 42236-0 31 | | | | COTTON | 100% | |
| 2886795-0 | | | | | | 42236-0 32 | | | | COTTON | 100% | |

SEARS ROEBUCK & CO.                          **P U R C H A S E   O R D E R**                                              Page : 18

| ORDER DATE : 18-SEP-2018        ORDER NO :  SE9084 | TF2  TRIXIA FU |
|---|---|

**ITEM CODE:  210028964732**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2886831-3 | | | | | | 42302-0 25 | | | | COTTON | 100% | |
| 2886832-1 | | | | | | 42302-0 30 | | | | COTTON | 100% | |
| 2886833-9 | | | | | | 42302-0 31 | | | | COTTON | 100% | |
| 2886835-4 | | | | | | 42302-0 32 | | | | COTTON | 100% | |

**ITEM CODE:  210028965234**

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2887758-1 | | | | | | 43103-0 25 | | | | COTTON | 100% | |
| 2887758-7 | | | | | | 43103-0 30 | | | | COTTON | 100% | |
| 2887759-5 | | | | | | 43103-0 31 | | | | COTTON | 100% | |
| 2887765-2 | | | | | | 43103-0 32 | | | | COTTON | 100% | |

**ITEM CODE: 210028868297**          **ITEM: SHEET CROP BLACK ONYX**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEET CROP S-BLACK ONYX | 2886789-3 | BLACK ONYX | SMALL | 1 | 4.600 | 12.99 | 191060024713 |
| SUB KSN DESC: SHEET CROP M-BLACK ONYX | 2886793-5 | BLACK ONYX | MEDIUM | 3 | 4.600 | 12.99 | 191060024720 |
| SUB KSN DESC: SHEET CROP L-BLACK ONYX | 2886794-3 | BLACK ONYX | LARGE | 3 | 4.600 | 12.99 | 191060024737 |
| SUB KSN DESC: SHEET CROP XL-BLACK ONYX | 2886795-0 | BLACK ONYX | X LARGE | 1 | 4.600 | 12.99 | 191060024744 |
| | | | TOTAL | 8 | 36.800 | 103.92 | |

**ITEM CODE: 210025944810**          **ITEM: SHEETING CORE WHITE**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEET CROP S-CORE WHITE | 2594389-5 | CORE WHITE | SMALL | 1 | 4.600 | 12.99 | 191060026090 |
| SUB KSN DESC: SHEET CROP M-CORE WHITE | 2594417-4 | CORE WHITE | MEDIUM | 3 | 4.600 | 12.99 | 191060026106 |
| SUB KSN DESC: SHEET CROP L-CORE WHITE | 2594425-7 | CORE WHITE | LARGE | 3 | 4.600 | 12.99 | 191060026113 |
| SUB KSN DESC: SHEET CROP XL-CORE WHITE | 2594475-2 | CORE WHITE | X LARGE | 1 | 4.600 | 12.99 | 191060026120 |
| | | | TOTAL | 8 | 36.800 | 103.92 | |

**ITEM CODE: 210025944901**          **ITEM: SHEETING CORE WHITE**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEET CROP S-CORE WHITE | 2594389-5 | CORE WHITE | SMALL | 1 | 4.600 | 12.99 | 191060026090 |
| SUB KSN DESC: SHEET CROP M-CORE WHITE | 2594417-4 | CORE WHITE | MEDIUM | 2 | 4.600 | 12.99 | 191060026106 |
| SUB KSN DESC: SHEET CROP L-CORE WHITE | 2594425-7 | CORE WHITE | LARGE | 3 | 4.600 | 12.99 | 191060026113 |
| SUB KSN DESC: SHEET CROP XL-CORE WHITE | 2594475-2 | CORE WHITE | X LARGE | 1 | 4.600 | 12.99 | 191060026120 |
| | | | TOTAL | 7 | 32.200 | 90.93 | |

SEARS ROEBUCK & CO.  **PURCHASE ORDER**  Page : 19

| ORDER DATE : 18-SEP-2018 | ORDER NO : SE9084 | | TF2  TRIXIA FU |
|---|---|---|---|

**ITEM CODE: 210028865798**   ITEM: SHEET CROP MARITIME BLUE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEET CROP S-MARITIME BLU | 2886559-0 | MARITIME BLUE | SMALL | 1 | 4.600 | 12.99 | 191060024652 |
| SUB KSN DESC: SHEET CROP M-MARITIME BLU | 2886560-8 | MARITIME BLUE | MEDIUM | 3 | 4.600 | 12.99 | 191060024676 |
| SUB KSN DESC: SHEET CROP L-MARITIME BLU | 2886561-6 | MARITIME BLUE | LARGE | 3 | 4.600 | 12.99 | 191060024669 |
| SUB KSN DESC: SHEET CROP XL-MARITIME BL | 2886578-0 | MARITIME BLUE | X LARGE | 1 | 4.600 | 12.99 | 191060024683 |
| | | TOTAL | | 8 | 36.800 | 103.92 | |

**ITEM CODE: 210028868362**   ITEM: SHEET CROP PERFECT KHAKI

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEET CROP S-PERFECT KHAK | 2886831-3 | PERFECT KHAKI | SMALL | 1 | 4.600 | 12.99 | 191060024775 |
| SUB KSN DESC: SHEET CROP M-PERFECT KHAK | 2886832-1 | PERFECT KHAKI | MEDIUM | 3 | 4.600 | 12.99 | 191060024782 |
| SUB KSN DESC: SHEET CROP L-PERFECT KHAK | 2886833-9 | PERFECT KHAKI | LARGE | 3 | 4.600 | 12.99 | 191060024799 |
| SUB KSN DESC: SHEET CROP XL-PERFECT KHA | 2886835-4 | PERFECT KHAKI | X LARGE | 1 | 4.600 | 12.99 | 191060024805 |
| | | TOTAL | | 8 | 36.800 | 103.92 | |

**ITEM CODE: 210028905226**   ITEM: SHEET CROP BLUE BELL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEET CROP S-BLUE BELL | 2886844-6 | BLUE BELL | SMALL | 1 | 4.600 | 12.99 | 191060024898 |
| SUB KSN DESC: SHEET CROP M-BLUE BELL | 2886845-3 | BLUE BELL | MEDIUM | 2 | 4.600 | 12.99 | 191060024904 |
| SUB KSN DESC: SHEET CROP L-BLUE BELL | 2887753-8 | BLUE BELL | LARGE | 3 | 4.600 | 12.99 | 191060024911 |
| SUB KSN DESC: SHEET CROP XL-BLUE BELL | 2887754-6 | BLUE BELL | X LARGE | 1 | 4.600 | 12.99 | 191060024928 |
| | | TOTAL | | 7 | 32.200 | 90.93 | |

**ITEM CODE: 210028868420**   ITEM: SHEET CROP CALYPSO CORAL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEET CROP S-CALYPSO CORA | 2886838-8 | CALYPSO CORAL | SMALL | 1 | 4.600 | 12.99 | 191060024836 |
| SUB KSN DESC: SHEET CROP M-CALYPSO CORA | 2886839-6 | CALYPSO CORAL | MEDIUM | 3 | 4.600 | 12.99 | 191060024843 |
| SUB KSN DESC: SHEET CROP L-CALYPSO CORA | 2886840-4 | CALYPSO CORAL | LARGE | 3 | 4.600 | 12.99 | 191060024850 |
| SUB KSN DESC: SHEET CROP XL-CALYPSO COR | 2886841-2 | CALYPSO CORAL | X LARGE | 1 | 4.600 | 12.99 | 191060024867 |
| | | TOTAL | | 8 | 36.800 | 103.92 | |

**ITEM CODE: 210028877553**   ITEM: SHEET CROP BLUE BELL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEET CROP S-BLUE BELL | 2886844-6 | BLUE BELL | SMALL | 1 | 4.600 | 12.99 | 191060024898 |
| SUB KSN DESC: SHEET CROP M-BLUE BELL | 2886845-3 | BLUE BELL | MEDIUM | 3 | 4.600 | 12.99 | 191060024904 |
| SUB KSN DESC: SHEET CROP L-BLUE BELL | 2887753-8 | BLUE BELL | LARGE | 3 | 4.600 | 12.99 | 191060024911 |
| SUB KSN DESC: SHEET CROP XL-BLUE BELL | 2887754-6 | BLUE BELL | X LARGE | 1 | 4.600 | 12.99 | 191060024928 |
| | | TOTAL | | 8 | 36.800 | 103.92 | |

**ITEM CODE: 210028877660**   ITEM: SHEET CROP OLIVE NIGHT

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEET CROP S-OLIVE NIGHT | 2887756-1 | OLIVE NIGHT | SMALL | 1 | 4.600 | 12.99 | 191060024959 |
| SUB KSN DESC: SHEET CROP M-OLIVE NIGHT | 2887758-7 | OLIVE NIGHT | MEDIUM | 2 | 4.600 | 12.99 | 191060024966 |
| SUB KSN DESC: SHEET CROP L-OLIVE NIGHT | 2887759-5 | OLIVE NIGHT | LARGE | 3 | 4.600 | 12.99 | 191060024973 |
| SUB KSN DESC: SHEET CROP XL-OLIVE NIGHT | 2887765-2 | OLIVE NIGHT | X LARGE | 1 | 4.600 | 12.99 | 191060024980 |
| | | TOTAL | | 7 | 32.200 | 90.93 | |

SEARS ROEBUCK & CO.                          **P U R C H A S E   O R D E R**                                    Page : 20

| ORDER DATE : 18-SEP-2018 | ORDER NO : SE9084 | | TF2  TRIXIA FU |
|---|---|---|---|

**ITEM CODE: 210028964708**          ITEM: SHEET CROP MARITIME BLUE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEET CROP S-MARITIME BLU | 2886559-0 | MARITIME BLUE | SMALL | 1 | 4.600 | 12.99 | 191060024652 |
| SUB KSN DESC: SHEET CROP M-MARITIME BLU | 2886560-8 | MARITIME BLUE | MEDIUM | 2 | 4.600 | 12.99 | 191060024676 |
| SUB KSN DESC: SHEET CROP L-MARITIME BLU | 2886561-6 | MARITIME BLUE | LARGE | 3 | 4.600 | 12.99 | 191060024669 |
| SUB KSN DESC: SHEET CROP XL-MARITIME BL | 2886578-0 | MARITIME BLUE | X LARGE | 1 | 4.600 | 12.99 | 191060024683 |
| | | TOTAL | | 7 | 32.200 | 90.93 | |

**ITEM CODE: 210028964740**          ITEM: SHEET CROP CALYPSO CORAL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEET CROP S-CALYPSO CORA | 2886838-8 | CALYPSO CORAL | SMALL | 1 | 4.600 | 12.99 | 191060024836 |
| SUB KSN DESC: SHEET CROP M-CALYPSO CORA | 2886839-6 | CALYPSO CORAL | MEDIUM | 2 | 4.600 | 12.99 | 191060024843 |
| SUB KSN DESC: SHEET CROP L-CALYPSO CORA | 2886840-4 | CALYPSO CORAL | LARGE | 3 | 4.600 | 12.99 | 191060024850 |
| SUB KSN DESC: SHEET CROP XL-CALYPSO COR | 2886841-2 | CALYPSO CORAL | X LARGE | 1 | 4.600 | 12.99 | 191060024867 |
| | | TOTAL | | 7 | 32.200 | 90.93 | |

**ITEM CODE: 210028964716**          ITEM: SHEET CROP BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEET CROP S-BLACK ONYX | 2886789-3 | BLACK ONYX | SMALL | 1 | 4.600 | 12.99 | 191060024713 |
| SUB KSN DESC: SHEET CROP M-BLACK ONYX | 2886793-5 | BLACK ONYX | MEDIUM | 2 | 4.600 | 12.99 | 191060024720 |
| SUB KSN DESC: SHEET CROP L-BLACK ONYX | 2886794-3 | BLACK ONYX | LARGE | 3 | 4.600 | 12.99 | 191060024737 |
| SUB KSN DESC: SHEET CROP XL-BLACK ONYX | 2886795-0 | BLACK ONYX | X LARGE | 1 | 4.600 | 12.99 | 191060024744 |
| | | TOTAL | | 7 | 32.200 | 90.93 | |

**ITEM CODE: 210028964732**          ITEM: SHEET CROP PERFECT KHAKI

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEET CROP S-PERFECT KHAK | 2886831-3 | PERFECT KHAKI | SMALL | 1 | 4.600 | 12.99 | 191060024775 |
| SUB KSN DESC: SHEET CROP M-PERFECT KHAK | 2886832-1 | PERFECT KHAKI | MEDIUM | 2 | 4.600 | 12.99 | 191060024782 |
| SUB KSN DESC: SHEET CROP L-PERFECT KHAK | 2886833-9 | PERFECT KHAKI | LARGE | 3 | 4.600 | 12.99 | 191060024799 |
| SUB KSN DESC: SHEET CROP XL-PERFECT KHA | 2886835-4 | PERFECT KHAKI | X LARGE | 1 | 4.600 | 12.99 | 191060024805 |
| | | TOTAL | | 7 | 32.200 | 90.93 | |

**ITEM CODE: 210028965234**          ITEM: SHEET CROP OLIVE NIGHT

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEET CROP S-OLIVE NIGHT | 2887756-1 | OLIVE NIGHT | SMALL | 1 | 4.600 | 12.99 | 191060024959 |
| SUB KSN DESC: SHEET CROP M-OLIVE NIGHT | 2887758-7 | OLIVE NIGHT | MEDIUM | 3 | 4.600 | 12.99 | 191060024966 |
| SUB KSN DESC: SHEET CROP L-OLIVE NIGHT | 2887759-5 | OLIVE NIGHT | LARGE | 3 | 4.600 | 12.99 | 191060024973 |
| SUB KSN DESC: SHEET CROP XL-OLIVE NIGHT | 2887765-2 | OLIVE NIGHT | X LARGE | 1 | 4.600 | 12.99 | 191060024980 |
| | | TOTAL | | 8 | 36.800 | 103.92 | |

SEARS ROEBUCK & CO.                                    **P U R C H A S E   O R D E R**                                         Page : 21

| ORDER DATE : 18-SEP-2018 | ORDER NO : SE9084 | TF2  TRIXIA FU |
| --- | --- | --- |

**ADDITIONAL CONDITIONS**

**FOR ITEM 210025944810**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 210025944901**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 210028865798**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 210028868297**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 210028868362**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 210028868420**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 210028877553**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                    Page : 22

| ORDER DATE : 18-SEP-2018 | ORDER NO : SE9084 | TF2  TRIXIA FU |

All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 210028877660**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 210028964708**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 210028964716**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 210028964732**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 210028964740**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 210028965226**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

SEARS ROEBUCK & CO.                          **P U R C H A S E   O R D E R**                                    Page : 23

| ORDER DATE : 18-SEP-2018 | ORDER NO : SE9084 | TF2  TRIXIA FU |
|---|---|---|

TRANSFERABLE

**FOR ITEM 210028965234**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-
-----------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
-----------------------------------------

ANTIDUMPING CLAUSE:
-----------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
-----------------------------------------
-----------------------------------------
-----------------------------------------
-----------------------------------------

SEARS ROEBUCK & CO.                                    **PURCHASE ORDER**                                    Page : 24

| ORDER DATE : 18-SEP-2018 | ORDER NO : SE9084 | TF2  TRIXIA FU |
|---|---|---|

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
--------------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER REFERRED TO AS "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
--------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.

SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

**UPS Supply Chain Solutions**    (UPS)    OTI License No. 275F    **UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. 967415054 | CARGO RECEIPT NO. 7796732031 |
|---|---|---|
| GOKALDAS EXPORTS (A DIVISION OF GOKALDAS EXPORTS LTD) NO.16/2, RESIDENCY ROAD, BANGALORE -560025 INDIA | EXPORT REFERENCES AWB 7796732031 CUST PO NO:SE9084-801 CUST INV NO:201824150547 | DATE OF RECEIPT OF CARGO 24-DEC-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| SEARS, ROEBUCK AND CO. 3333 BEVERLY ROAD HOFFMAN ESTATES, IL 60179 USA |

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law; its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) | EXPORT LICENSE NO |
|---|---|
| UPS SUPPLY CHAIN SOLUTIONS 19701 HAMILTON AVENUE, SUITE 250 TORRANCE, CA 90502 PH:(310)404-2792 FAX:(310)404-2962 ATTN: MARY ELLEN WRATSCHKO | |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER NHAVA SHEVA, INDIA | |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) MAERSK DETROIT 1902 | PORT OF LADING NHAVA SHEVA, INDIA | |
| PORT OF DISCHARGE NEWARK | PORT OF DELIVERY BY ON CARRIER CHAMBERSBURG, PA | NO OF ORIGINALS 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MRKU6110246 SEALCODE1: MLIN2908752 MARKS & NO: USA 01-2988 2988 CTNS | 1 | 40' HIGH CUBE CONTAINER 2988 CARTON SAID TO CONTAIN 2988 CARTON 100% COTTON WOVEN WOMENS CAPRI GT INV NO:201824150547 INV NO : GE/87731/18-19  DT. 07.12.2018 PO NO : SE9084 REF # 801 DIV:4 DEPT NO:007 TOTAL QTY: 20916 PCS STYLE # WP9LS53203MI LC.NO. 809763  DATED 14.12.2018 HTS/RITC CODE  NO : 6204.6280.21 TOTAL GR WT:22360.141 KGS TOTAL NET WT: 15468.991 KGS | 10180.110 KG 22443.290 LB | 65.123 M3 2299.493 F3 |

SHIPPED ON BOARD
**3 1 DEC 2018**
FOR UPS SCS, MUMBAI
AS AGENT

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

| In accordance with instruction from Buyer, we have received the following documents from Shipper on: | | | This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit. As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC. |
|---|---|---|---|
| Document List | Original | Copy | |
| COMMERCIAL INVOICE | | 1 | |
| PACKING LIST | | 1 | |

**For UPS SCS (INDIA) PVT. LTD.**

Issued by    MUMBAI                        **AS AGENT**

Month    Jan        Day    02        Year    2019

**UPS Supply Chain Solutions**

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| GOKALDAS EXPORTS | 967415054 | 7796732031 |

SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS)
GOKALDAS EXPORTS
(A DIVISION OF GOKALDAS EXPORTS LTD)
NO.16/2, RESIDENCY ROAD,
BANGALORE -560025 INDIA

BOOKING NO.
967415054

CARGO RECEIPT NO.
7796732031

EXPORT REFERENCES
AWB 7796732031
CUST PO NO:SE9084-801
CUST INV NO:201824150547

DATE OF RECEIPT OF CARGO
24-DEC-2018

CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PH:(310)404-2792 FAX:(310)404-2962
ATTN: MARY ELLEN WRATSCHKO

**Declared Value is:** _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO |
|---|---|---|
| | NHAVA SHEVA, INDIA | |

| EXPORT CARRIER (VESSEL/VOW/FLAG) | PORT OF LADING |
|---|---|
| MAERSK DETROIT 1902 | NHAVA SHEVA, INDIA |

| PORT OF DISCHARGE | PORT OF DELIVERY BY ON CARRIER | NO OF ORIGINALS |
|---|---|---|
| NEWARK | CHAMBERSBURG, PA | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>SUDU6982820<br>SEALCODE1:<br>MLIN2908904<br>MARKS & NO:<br>USA<br>01-2864<br>2864<br>CTNS | 1 | 40' HIGH CUBE CONTAINER 2864 CARTON<br>SAID TO CONTAIN 2864 CARTON<br>100% COTTON WOVEN WOMENS CAPRI<br>GT INV NO:201824150547<br>INV NO : GE/87731/18-19  DT. 07.12.2018<br>PO NO : SE9084<br>REF # 801<br>DIV:4<br>DEPT NO:007<br>TOTAL QTY: 22712 PCS<br>STYLE # WP9LS53203MI<br>LC.NO. 809763  DATED 14.12.2018<br>HTS/RITC CODE  NO : 6204.6280.21 | 9757.640 KG<br>21511.910 LB | 65.476 M3<br>2311.958 F3 |

SHIPPED ON BOARD
3 1 DEC 2018
FOR UPS SCS, MUMBAI
AS AGENT

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | 1 |
| PACKING LIST | | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of  the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

**For UPS SCS (INDIA) PVT. LTD.**

Issued by  MUMBAI                    **AS AGENT**

Month  Jan        Day  02        Year  2019

**UPS Supply Chain Solutions**  OTI License No. 275F

UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| GOKALDAS EXPORTS<br>(A DIVISION OF GOKALDAS EXPORTS LTD)<br>NO.16/2, RESIDENCY ROAD,<br>BANGALORE -560025 INDIA | 967415054 | 7796732031 |
| | EXPORT REFERENCES<br>AWB 7796732031<br>CUST PO NO:SE9084-801<br>CUST INV NO:201824150547 | DATE OF RECEIPT OF CARGO<br>24-DEC-2018 |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| SEARS, ROEBUCK AND CO.<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179 USA |

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

Declared Value is: _____

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) | |
|---|---|
| UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PH:(310)404-2792 FAX:(310)404-2962<br>ATTN: MARY ELLEN WRATSCHKO | EXPORT LICENSE NO. |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER<br>NHAVA SHEVA, INDIA | |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG)<br>MAERSK DETROIT 1902 | PORT OF LADING<br>NHAVA SHEVA, INDIA | |
| PORT OF DISCHARGE<br>NEWARK | PORT OF DELIVERY BY ON CARRIER<br>CHAMBERSBURG, PA | NO OF ORIGINALS<br>1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>SUDU8929974<br>SEALCODE1:<br>MLIN2908981<br>MARKS & NO:<br>USA<br>01-711<br>711<br>CTNS<br><br>FREIGHT COLLECT<br>CY/DOOR | 1 | 40' HIGH CUBE CONTAINER 711 CARTON<br>SAID TO CONTAIN 711 CARTON<br>100% COTTON WOVEN WOMENS CAPRI<br>GT INV NO:201824150547<br>INV NO : GE/87731/18-19  DT. 07.12.2018<br>PO NO : SE9084<br>REF # 801<br>DIV:4<br>DEPT NO:007<br>TOTAL QTY: 4977 PCS<br>STYLE # WP9LS53203MI<br>LC.NO. 809763  DATED 14.12.2018<br>HTS/RITC CODE  NO : 6204.6280.21 | 2422.370 KG<br>5340.410 LB | 15.496 M3<br>547.164 F3 |

SHIPPED ON BOARD
3 1 DEC 2018
FOR UPS SCS, MUMBAI
AS AGENT

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

| In accordance with instruction from Buyer, we have received the following documents from Shipper on: | | |
|---|---|---|
| Document List | Original | Copy |
| COMMERCIAL INVOICE | | 1 |
| PACKING LIST | | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

**For UPS SCS (INDIA) PVT. LTD.**

Issued by   MUMBAI                          **AS AGENT**

Month   Jan        Day   02        Year   2019

# COMMERCIAL INVOICE

Page 1 of 5

COML INV # GE/87734/18-19

DATE: December 07, 2018

INVOICE NO.: 201824152554

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| **SEARS**  SI6705 | SHEETING C BLUE BELL | 200 CARTONS | 200 AST ( 200 CTNS ) | 27.300 USD AST | 5,460.00 USD |

| | |
|---|---|
| ITEM: | 480070828074 |
| MADE IN | INDIA |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 616 |
| SEARS ITEM/SKU | 47041/ |

STYLE NAME: WP9LS53203PT
DESCRIPTION : LADIES SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAIST BAND
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
CODE 6012B

| | | | |
|---|---|---|---|
| CONTRACT NO. | SI6705 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8444 |
| VENDOR ITEM CODE | WP9LS53203PT | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    104547

EURO CLOTHING COMPANY - II

KHATAHA 620/628

T B ROAD, SRIRANGAPATTANA

MANDYA DISTRICT

KARNATAKA

India

FTY MID NO.    INEURCLO6206MAN

| MARKS AND NUMBERS | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|
| **SEARS**  SI6705 | SHEETING C CALYPSO CORAL | 206 CARTONS | 206 AST ( 206 CTNS ) | 27.300 USD AST | 5,623.80 USD |

| | |
|---|---|
| ITEM: | 480070828181 |
| MADE IN | INDIA |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 616 |
| SEARS ITEM/SKU | 47042/ |

STYLE NAME: WP9LS53203PT
DESCRIPTION : LADIES SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAIST BAND
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
CODE 6012B

# COMMERCIAL INVOICE

Page 2 of 5
**DATE:** December 07, 2018
**INVOICE NO.:** 201824152554

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India          **SHIPPED TO:** Chambersburg , PA
**MODE OF TRANSPORTATION:** Ocean

FOB India

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6705 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 |
| **VENDOR ITEM CODE** | WP9LS53203PT | **COUNTRY OF ORIGIN** | INDIA |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

**FACTORY NO.**    104547
EURO CLOTHING COMPANY - II
KHATAHA 620/628
T B ROAD, SRIRANGAPATTANA
MANDYA DISTRICT
KARNATAKA
India
**FTY MID NO.**    INEURCLO6206MAN

| SEARS | SI6705 | SHEETING C BLUE BELL | 6 CARTONS | 6 AST | 31.850 USD AST | 191.10 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 480072697659 | | | (6 CTNS ) | | |
| **MADE IN** | INDIA | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |
| **SEARS DIV** | 616 | | | | | |
| **SEARS ITEM/SKU** | 47041/ | | | | | |

STYLE NAME: WP9LS53203PT
DESCRIPTION : LADIES SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAIST BAND
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
CODE 6012B

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6705 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 |
| **VENDOR ITEM CODE** | WP9LS53203PT | **COUNTRY OF ORIGIN** | INDIA |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

**FACTORY NO.**    104547
EURO CLOTHING COMPANY - II
KHATAHA 620/628
T B ROAD, SRIRANGAPATTANA
MANDYA DISTRICT
KARNATAKA
India
**FTY MID NO.**    INEURCLO6206MAN

# COMMERCIAL INVOICE

Page 3 of 5

DATE: December 07, 2018

INVOICE NO.: 201824152554

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India       SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

| SEARS | SI6705 | SHEETING C BLUE BELL | 27 | 27 | 27.300 USD | 737.10 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 480072697667 | | ( 27 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 616 | | | | | |
| SEARS ITEM/SKU | 47041/ | | | | | |

STYLE NAME: WP9LS53203PT
DESCRIPTION : LADIES SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAIST BAND
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
CODE 6012B

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SI6705 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8444 | |
| VENDOR ITEM CODE | WP9LS53203PT | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

FACTORY NO.          104547
EURO CLOTHING COMPANY - II
KHATAHA 620/628
T B ROAD, SRIRANGAPATTANA
MANDYA DISTRICT
KARNATAKA
India
FTY MID NO.          INEURCLO6206MAN

| SEARS | SI6705 | SHEETING C CALYPSO CORAL | 6 | 6 | 31.850 USD | 191.10 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 480072741606 | | ( 6 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 616 | | | | | |
| SEARS ITEM/SKU | 47042/ | | | | | |

STYLE NAME: WP9LS53203PT
DESCRIPTION : LADIES SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAIST BAND
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
CODE 6012B

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SI6705 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8444 | |
| VENDOR ITEM CODE | WP9LS53203PT | COUNTRY OF ORIGIN | INDIA | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |

# COMMERCIAL INVOICE

Page 4 of 5

**DATE:** December 07, 2018

**INVOICE NO.:** 201824152554

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

**FACTORY NO.** 104547

EURO CLOTHING COMPANY - II

KHATAHA 620/628

T B ROAD, SRIRANGAPATTANA

MANDYA DISTRICT

KARNATAKA

India

**FTY MID NO.** INEURCLO6206MAN

| SEARS | SI6705 | SHEETING C CALYPSO CORAL | 27 CARTONS | 27 AST | 27.300 USD AST | 737.10 USD |
|-------|--------|--------------------------|------------|--------|----------------|------------|

**ITEM:** 480072747553
**MADE IN** INDIA
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 616
**SEARS ITEM/SKU** 47042/

( 27 CTNS )

STYLE NAME: WP9LS53203PT
DESCRIPTION : LADIES SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAIST BAND
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
CODE 6012B

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6705 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 |
| **VENDOR ITEM CODE** | WP9LS53203PT | **COUNTRY OF ORIGIN** | INDIA |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

**FACTORY NO.** 104547

EURO CLOTHING COMPANY - II

KHATAHA 620/628

T B ROAD, SRIRANGAPATTANA

MANDYA DISTRICT

KARNATAKA

India

**FTY MID NO.** INEURCLO6206MAN

**PAYMENT TERM** Letter of Credit

**ORDER PAYMENT TERMS**

**DRAWN UNDER** BANK OF AMERICA

**LC#** 809757

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 472 | 472 | ASSORTMENTS | 12,940.20 USD |

TOTAL US DOLLARS TWELVE THOUSAND NINE HUNDRED FORTY DOLLARS AND TWENTY CENTS ONLY.

# COMMERCIAL INVOICE

Page 5 of 5

**DATE:** December 07, 2018

**INVOICE NO.:** 201824152554

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**   Chambersburg , PA

FOB India

| GOKALDAS EXPORTS LTD | |
|---|---|
| **EMPLOYEE NAME** | N. JAYANTHI |
| **EMPLOYEE TITLE** | GENERAL MANAGER – RECEIVABLES MANAGEMENT |

For GOKALDAS EXPORTS LTD.,

G. M. - Receivables Management



Advising Bank: Bank of America N.A., NEW DELHI
Banking and other Financial Services
OUR REF: EX061135/18                              12 October, 2018
------------------------------------------------------------------
TO BENEFICIARY:              | ISSUING BANK:
GOKALDAS EXPORTS LTD         | BANK OF AMERICA N.A.
NO. 16/2                     |
RESIDENCY ROAD               |
BANGALORE,KARNATAKA 560025,INDIA | REF: 809757
------------------------------------------------------------------
                             | ADVISED THRU BANK:
Amount:USD 16,880.50         | CANARA BANK
                             | AVENUE ROAD
Expiry Date: 08 January, 2019 | BANGALORE
                             | KARNATAKA,560002INDIA
------------------------------------------------------------------
Dear Sirs:

We have been informed by the above issuing bank that they have
established their irrevocable letter of credit in your favour.We enclose
herewith an authenticated copy of the issuing bank's teletransmission
which is the operative instrument and has been authenticated by us.

This letter of credit does not carry our confirmation
This notification is solely an advice of credit opened by the above
mentioned correspondent bank and conveys no engagement by us.

This letter is to be considered as part of the subject credit and must
be presented with all drafts drawn under the attached letter of credit.
All amounts negotiated must be endorsed on the  reverse of the credit.

Please review the original LC and take up the matter with your buyer
directly for any amendment required in the LC.

This credit is subject to Uniform Customs and Practice for Documentary
Credits 2007 Revision, ICC Publication no 600.

This letter of credit will be delivered to you upon receipt of our
advising charges as per enclosed sheet.

PERMANENT ACCOUNT NUMBER : AAACB1537G.
HSN CODE : 9971

Authorised Signatory

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Page 2 of 2
Attached to and forming part of our Ref:EX061135/18
--------------------------------------------------
Please note that under the terms of the L/C, we are the nominated bank
for handling the documents and payments and we hold special document
handling/reimbursement instructions.  The documents under the Letter of
Credit should be forwarded to us at the following address through your
your bankers:

                    BANK OF AMERICA N.A., (TRADE SERVICES)
                    1ST FLOOR, DLF CENTRE,
                    SANSAD MARG,
                    NEW DELHI 110 001.

Important notice to Exporter's bankers:
----------------------------------------
Please be advised that the EDF Form should be retained and the original
LC should be endorsed by the bank through whom the documents are
submitted to us for payment.  If these documents are submitted to us in
in error, the same will be returned to the presenting bankers.

Please note that in case of discrepancies in the documents, presenting
bankers as well as the issuing bankers will be notified of discrepancies
and documents will be simultaneously couriered to the issuing bank for
necessary acceptance/payment without further reference to the presenting
bank/beneficiary, and documents will be held by the issuing bank at the
risk and disposal of presenting bank for further instructions.

PRESENTATION OF DOCUMENTS THAT ARE NOT IN COMPLIANCE WITH THE APPLICABLE
ANTI-BOYCOTT, ANTI-MONEY LAUNDERING, ANTI-TERRORISM, ANTI-DRUG
TRAFFICKING, EXPORT DENIAL OR ECONOMIC SANCTIONS LAWS, REGULATIONS OR
ORDERS IS NOT ACCEPTABLE. APPLICABLE LAWS VARY DEPENDING ON THE
TRANSACTION AND MAY INCLUDE UNITED NATIONS, UNITED STATES AND/OR LOCAL
LAWS.

For all transferable L/Cs, please arrange to submit the enclosed
application duly filled up and signature verified by the bank. Your
transfer request should be accompanied by a bank draft as per details
enclosed.

Authorised Signatory



Print 001 Of 008

```
FROM:/SA-BOFAHKHX
      BANK OF AMERICA, N.A.
      19F TOWER 2 KCC 51 KWAI
      CHEONG RD, KWAI CHUNG HK

TO:  /SA-BOFAIN4XDEL
      BANK OF AMERICA N.A.
      1ST FLOOR, DLF CENTRE,
      SANSAD MARG,NEW DELHI
      110 001 INDIA(FAX:91 11 3714042)
DATE:181011
```

::710 ADVICE OF THIRD BANKS OR NON-BANKS DOC CREDIT

```
:27 /PAGE NUMBER              :1 OF 3
:40B/FORM OF DOC CREDIT       :IRREVOCABLE TRANSFERABLE
                               WITHOUT OUR CONFIRMATION
:20 /SENDERS REF              :6055EX138190/18
:21 /DOC CREDIT NUMBER        :809757
:31C/ISSUE DATE               :181011 11OCT18
:40E/APPLICABLE RULES         :
     UCP LATEST VERSION
:31D/DATE AND PLACE OF EXPIRY :190108 08JAN19
                               COUNTRY OF BENEFICIARY
:50B/NON BANK ISSUER          :SEARS ROEBUCK ACCEPTANCE CORP
                               3711 KENNETT PIKE
                               GREENVILLE DE 19807
                               USA
:50 /APPLICANT/ACCOUNT PARTY  :SEARS HOLDINGS MGMT CORP AN AGENT
                               OF SEARS,ROEBUCK AND CO ANDND CO
                               KMART CORPORATION,3333 BEVERLYER
                               RD, HOFFMAN ESTATES,IL 60179 USA
:59 /BENEFICIARY              :GOKALDAS EXPORTS LTD
                               NO. 16/2
                               RESIDENCY ROAD
                               BANGALORE,KARNATAKA 560025,INDIA
:32B/AMOUNT                   :USD 16880.50 U.S. DOLLARS
:41D/AVAILABLE WITH/BY        :ANY BANK
                               BY NEGOTIATION
:42C/DRAFTS AT ...            :75 DAYS AFTER SHIPMENT DATE
:42D/DRAWEE                   : SEARS ROEBUCK ACCEPTANCE CORP
                               3711 KENNETT PIKE
                               GREENVILLE,DE 19807
                               USA
:43P/PARTIAL SHIPMENTS        :ALLOWED
:43T/TRANSSHIPMENT            :ALLOWED
:44E/PORT OF LOADING/AIRPORT OF DEPARTURE:
     INDIA
```

BANK OF AMERICA
New Delhi
EX061135/18

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 002 of 008

:44F/PORT OF DISCHARGE/AIRPORT OF DESTINATION:
    UNITED STATES
:45 /DESCRIPTION OF GOODS/SERVICES:
    +  P.O NO. SI6705, ITEM CODE 480070828074 AT USD 27.3
    +  P.O. NO. SI6705 ITEM NO. 480070828074 SHEETING C        BLUE
        BELL, FOB USD 27.3 PER ASSORTMENT,  244 ASSORTMENT, 1 ASSORTME
        NT PER CARTON, 244 CARTONS PACKING FACTOR 1.
    +  P.O NO. SI6705, ITEM CODE 480070828181 AT USD 27.3
    +  P.O. NO. SI6705 ITEM NO. 480070828181 SHEETING C        CALY
        PSO CORAL, FOB USD 27.3 PER ASSORTMENT,  244 ASSORTMENT, 1 ASSO
        RTMENT PER CARTON, 244 CARTONS PACKING FACTOR 1.
    +  P.O NO. SI6705, ITEM CODE 480072697659 AT USD 31.85
    +  P.O. NO. SI6705 ITEM NO. 480072697659 SHEETING C        BLUE
        BELL, FOB USD 31.85 PER ASSORTMENT,  25 ASSORTMENT, 1 ASSORTME
        NT PER CARTON, 25 CARTONS PACKING FACTOR 1.
    +  P.O NO. SI6705, ITEM CODE 480072697667 AT USD 27.3
    +  P.O. NO. SI6705 ITEM NO. 480072697667 SHEETING C        BLUE
        BELL, FOB USD 27.3 PER ASSORTMENT,  36 ASSORTMENT, 1 ASSORTMEN
        T PER CARTON, 36 CARTONS PACKING FACTOR 1.
    +  P.O NO. SI6705, ITEM CODE 480072741606 AT USD 31.85
    +  P.O. NO. SI6705 ITEM NO. 480072741606 SHEETING C        CALY
        PSO CORAL, FOB USD 31.85 PER ASSORTMENT,  25 ASSORTMENT, 1 ASSO
        RTMENT PER CARTON, 25 CARTONS PACKING FACTOR 1.
    +  P.O NO. SI6705, ITEM CODE 480072747553 AT USD 27.3
    +  P.O. NO. SI6705 ITEM NO. 480072747553 SHEETING C        CALY
        PSO CORAL, FOB USD 27.3 PER ASSORTMENT,  36 ASSORTMENT, 1 ASSOR
        TMENT PER CARTON, 36 CARTONS PACKING FACTOR 1.
:46 /DOCUMENTS REQUIRED          :
    + COMMERCIAL INVOICE TO BE ADDRESSED TO SEARS,
    ROEBUCK AND CO OR SEARS HOLDINGS MANAGEMENT
    CORPORATION WHO ACTS AS AGENT OF SEARS, ROEBUCK
    AND CO IN DUPLICATE (COPIES OR ORIGINALS
    ACCEPTABLE).

    + PACKING LIST IN DUPLICATE (COPY OR ORIGINAL
    ACCEPTABLE).

    + ORIGINAL OR COPY OF SEA WAYBILL,
    OR ORIGINAL OR COPY OF FORWARDER'S CARGO RECEIPT,
    OR ORIGINAL OR COPY OF AIR WAYBILL
    CONSIGNED TO SEARS, ROEBUCK AND CO. AND SHOW
    APPROPRIATE NOTIFY PARTY AS INSTRUCTED BY THE
    DESIGNATED CONSOLIDATOR.

    FOR SHIPMENTS EFFECTED FROM BANGLADESH ONLY,
    3/3 ON BOARD OCEAN BILL OF LADING TO BE
    CONSIGNED TO NEGOTIATING BANK AND ENDORSED TO
    SEARS, ROEBUCK AND CO OR LC ISSUER
    MARKED FREIGHT COLLECT.

BANK OF AMERICA N.A.
New Delhi

EXO 61135|18

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 003 Of 008

IN CASE OF COPY OF SEA WAYBILL PRESENTED, IT MUST
SHOW ON BOARD DATE AND IS DEEMED TO BE THE DATE
OF SHIPMENT. IN CASE OF ORIGINAL OR COPY OF
FORWARDER'S CARGO RECEIPT, IT MUST SHOW CARGO
RECEIVED DATE AND IS DEEMED TO BE THE DATE OF
SHIPMENT. IN CASE OF COPY OF AIR WAYBILL
PRESENTED, IT MUST SHOW ACTUAL FLIGHT DATE AND IS
DEEMED TO BE THE DATE OF SHIPMENT.

+ ORIGINAL OR COPY OF AN INSPECTION CERTIFICATE
ISSUED BY SEARS HOLDINGS GLOBAL SOURCING LTD. DULY
SIGNED BY AN AUTHORIZED SIGNATORY OF SEARS
HOLDINGS GLOBAL SOURCING LTD. (OR WRITTEN WAIVER
OF SUCH REQUIREMENT SIGNED BY AN AUTHORIZED
SIGNATORY OF SEARS HOLDINGS GLOBAL SOURCING LTD.)
:48 /PERIOD FOR PRESENTATION OF DOCUMENTS:
                                 21 DAYS TO PRESENT DOCUMENTS.
:49 /CONFIRMATION INSTRUCTIONS  :WITHOUT
:57D/ADVISE THRU               :CANARA BANK
                                 AVENUE ROAD
                                 BANGALORE
                                 KARNATAKA,560002INDIA
                                 à

*   LAST UPDATED BY   : SYSTEM    ON 11OCT18  AT 19:46:41  *
*   AUTHORISED BY     :                                    *
*   MPROC REFERENCE   : SDSMPR6216TRAN234754               *
*   DESTINATION NAME  :                                    *
*   DESTINATION ADDR  :                                    *
*                     :                                    *
*                     :                                    *

BANK OF AMERICA N.
New Delhi

ΣX°6I135I18

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 004 Of 008

FROM:/SA-BOFAHKHX
       BANK OF AMERICA, N.A.
       19F TOWER 2 KCC 51 KWAI
       CHEONG RD, KWAI CHUNG HK

TO:  /SA-BOFAIN4XDEL
     BANK OF AMERICA N.A.
     1ST FLOOR, DLF CENTRE,
     SANSAD MARG,NEW DELHI
     110 001 INDIA(FAX:91 11 3714042)
DATE:181011

> BANK OF AMERICA N.A.
> New Delhi
>
> EX06 1135 18

::711 ADVICE OF THIRD BANKS OR NON-BANKS DOC CREDIT

:27 /PAGE NUMBER           :2 OF 3
:20 /SENDERS REF           :6055EX138190/18
:21 /RELATED REF           :809757
:47 /ADDITIONAL CONDITIONS :
    INSURANCE BY: BUYER
    + THIS LETTER OF CREDIT COVERS 100 PERCENT OF INVOICE VALUE.
    + A DISCREPANCY FEE OF USD60.00 (OR EQUIVALENT) PER DRAWING OF
    DISCREPANT DOCUMENTS WILL BE DEDUCTED AT THE TIME OF PAYMENT. IN
    ADDITION, TELEX EXPENSES, IF ANY, INCURRED BY US AS A RESULT OF
    DISCREPANT DOCUMENTS ARE ALSO FOR THE BENEFICIARY'S ACCOUNT.
    + BANK OF AMERICA NA HOLDS SPECIAL INSTRUCTIONS REGARDING
    DOCUMENTS DISPOSAL AND REIMBURSEMENT OF THIS LETTER OF CREDIT.
    ALL DOCUMENTS MUST BE PRESENTED IN ONE LOT BY COURIER SERVICE
    THROUGH BENEFICIARY'S BANKER TO OUR PROCESSING AGENT: BANK OF
    AMERICA NA., 19TH FLOOR, TOWER 2, KOWLOON COMMERCE CENTRE, 51
    KWAI
    CHEONG ROAD, KWAI CHUNG, HONG KONG (ATTN: TRADE FINANCE - SEARS).
    DOCUMENTS SENT TO OUR OFFICE IN 3711 KENNETT PIKE GREENVILLE,DE
    19807 USA WILL BE REJECTED AND FORWARDED TO THE ABOVE ADDRESS FOR
    PROCESSING FOR WHICH THE DELAY WILL BE BORNE BY THE BENEFICIARY.
    + UPON RECEIPT OF DOCUMENTS DRAWN IN COMPLIANCE WITH TERMS AND
    CONDITIONS OF THIS CREDIT, WE SHALL REMIT THE PROCEEDS TO
    NEGOTIATING BANK IN ACCORDANCE WITH THEIR INSTRUCTION ON
    MATURITY.
    + ALL CORRESPONDENCE TO THE ISSUER (INCLUDING THE COVERING LETTER
    ON EACH PRESENTATION) MUST IDENTIFY THIS LC BY QUOTING OUR
    REFERENCE AS IM402261/18.
    + PRESENTATION OF DOCUMENTS(S) THAT ARE NOT IN COMPLIANCE WITH
    THE APPLICABLE ANTI-BOYCOTT, ANTI-MONEY LAUNDERING,
    ANTI-TERRORISM, ANTI-DRUG TRAFFICKING, EXPORT DENIAL OR ECONOMIC
    SANCTIONS LAWS, REGULATIONS OR ORDERS IS NOT ACCEPTABLE.
    APPLICABLE LAWS VARY DEPENDING ON THE TRANSACTION AND MAY INCLUDE
    UNITED NATIONS, UNITED STATES AND/OR LOCAL LAWS.
    + TWO PHOTOCOPIES OF THE ABOVE MENTIONED COMMERCIAL INVOICES ARE

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 005 Of 008

REQUIRED FOR ISSUER'S RETENTION.
+ UNLESS OTHERWISE STATED, ALL DOCUMENTS CONTENTS MUST BE IN
ENGLISH LANGUAGE.
+ ALL DRAFTS MUST BE MARKED DRAWN UNDER THIS L/C NUMBER.
+ PRESENTATION OF DOCUMENTS MUST BE THROUGH BENEFICIARY'S BANKER.
PRESENTING BANK MUST CERTIFY ON ITS COVERING LETTER THAT THE
DRAWING AMOUNT HAS BEEN ENDORSED ON THE ORIGINAL CREDIT. IN SUCH
CASE, ORIGINAL L/C IS NOT REQUIRED TO BE ACCOMPANIED WITH THE
DOCUMENTS.
+ NOTWITHSTANDING THE DEFINITION OF 'BANKING DAY' UNDER THE
UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS, SATURDAY IS
NOT A 'BANKING DAY' FOR OUR HONG KONG TRADE SERVICES.
+ ALL REFERENCES IN THE UCP600 TO ISSUING BANK, AND TO BANK WHERE
THE TERM INCLUDES AN ISSUING BANK SHALL BE DEEMED TO BE
REFERENCES TO THE ISSUER OF THIS CREDIT, AND THE ISSUER SHALL
HAVE ALL OF THE RIGHTS, DUTIES, AND OBLIGATIONS OF AN ISSUER
UNDER THE UCP.
+ THIS CREDIT IS NOT CONFIRMED BY BANK OF AMERICA N.A. AND
THEREFORE CARRIES NO ENGAGEMENT ON THE PART OF BANK OF AMERICA
N.A.
+ IN CASE OF QUERIES, PLEASE CONTACT US AT OUR HOTLINE 852 3508
2323
+ SHIPMENT QUANTITY AND AMOUNT LESS UP TO 3PCT PER
PO ACCEPTABLE. SHIPMENT QUANTITY AND AMOUNT MORE
UP TO 3PCT PER PO ACCEPTABLE ONLY FOR CLOTHING,
FASHION ACCESSORIES, HOME TEXTILES AND HANDBAGS.

+ REFERENCE (PO) FROM ORDER CONTRACT SHIPPING
SCHEDULE MUST BE SPECIFIED ON THE COMMERCIAL
INVOICE FOR EACH SHIPMENT COVERED ON THE INVOICE.

+ COMBINED DRAWINGS UNDER OTHER LETTERS OF CREDIT
ISSUED BY US WITH IDENTICAL TERMS AND CONDITIONS
IN FAVOR OF THE SAME BENEFICIARY FOR ACCOUNT OF
APPLICANT ARE ACCEPTABLE PROVIDED THAT ONE DRAFT
IS PRESENTED FOR THE TOTAL AMOUNT INDICATING THE
AMOUNTS DRAWN UNDER EACH LETTER OF CREDIT.

+ SEPARATE INVOICES MUST BE ISSUED FOR EACH
DESTINATION (COPIES OR ORIGINALS ACCEPTABLE.)

+ PO NO SI6705, ALL SHIPMENTS TO BE MADE AS SPECIFIED IN BUYER'S
    ORDER NO.  SI6705 WITH SHIPMENT TO COMMENCE ON 10/2
    5/18 BUT IN ANY EVENT NOT LATER THAN12/18/18

+ THIRD PARTY SHIPPER AND DOCUMENTS ACCEPTABLE.

+ ALL BANKING CHARGES OTHER THAN THOSE OF THE
ISSUING CHARGES, ARE FOR THE ACCOUNT OF THE
BENEFICIARY.

BANK OF AMERICA N.A.
New Delhi

ЄXO611ЗS\18

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 006 Of 008

+ LATE SHIPMENT, LATE PRESENTATION, LETTER OF
CREDIT EXPIRED FOR NOT MORE THAN 7 DAYS WILL NOT
BE COUNTED AS LC DISCREPANCY.

+ LC APPLICANT MAY, WITHOUT THE PRIOR
AUTHORIZATION OR APPROVAL OF THE LC BENEFICIARY OR
NEGOTIATING BANK, DEDUCT UP TO 10 PERCENT OF
INVOICE VALUE ON ANY DRAWING UNDER THIS LETTER OF
CREDIT FOR OUTSTANDING CLAIMS AND/OR CHARGEBACKS
EXISTS BETWEEN THE BENEFICIARY AND THE APPLICANT.
HOWEVER, NO FURTHER DEDUCTION WILL BE TAKEN AFTER
USANCE LC BILLS HAVE BEEN ACCEPTED BY THE LC
ISSUER.

+ IN CASE DEDUCTION OF CLAIMS ARE SPECIFIED PER LC
TERM, COMMERCIAL INVOICE MUST SHOW THE DEDUCTION
AS SPECIFIED ON THE FIRST DRAWING. IF THE FIRST
DRAWING AMOUNT IS NOT SUFFICIENT TO COVER
DEDUCTION AMOUNT. BALANCE DEDUCTIONS WILL BE
à

```
*   LAST UPDATED BY   : SYSTEM    ON 11OCT18  AT 19:46:41 *
*   AUTHORISED BY     :                                   *
*   MPROC REFERENCE   : SDSMPR6216TRAN234755              *
*   DESTINATION NAME  :                                   *
*   DESTINATION ADDR  :                                   *
*                     :                                   *
*                     :                                   *
```

BANK OF AMERICA N.A.
New Delhi

EX0 61135|18

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 007 Of 008

FROM:/SA-BOFAHKHX
      BANK OF AMERICA, N.A.
      19F TOWER 2 KCC 51 KWAI
      CHEONG RD, KWAI CHUNG HK

TO:   /SA-BOFAIN4XDEL
      BANK OF AMERICA N.A.
      1ST FLOOR, DLF CENTRE,
      SANSAD MARG,NEW DELHI
      110 001 INDIA(FAX:91 11 3714042)
DATE:181011

::711 ADVICE OF THIRD BANKS OR NON-BANKS DOC CREDIT


:27 /PAGE NUMBER            :3 OF 3
:20 /SENDERS REF            :6055EX138190/18
:21 /RELATED REF            :809757
:47 /ADDITIONAL CONDITIONS  :
    DEDUCTED FROM SUBSEQUENT DRAWINGS.

    + DOCUMENTS MAY BE PRESENTED DIRECTLY TO BANK OF
    AMERICA, N.A. LOCAL BRANCH AT BENEFICIARY'S
    COUNTRY AS THEY HOLD SPECIAL REIMBURSEMENT AND
    DOCUMENT HANDLING INSTRUCTIONS. IN THIS CASE,
    WE WOULD SPEED UP THE PAYMENT PROCESSING UNDER
    THIS L/C.

    + THIS CREDIT IS TRANSFERABLE. ANY TRANSFER
    MUST BE HANDLED THROUGH THE ADVISING BANK.
    THE TRANSFERRING BANK MUST ADVISE US BY
    AUTHENTICATED SWIFT OR TESTED TELEX WITHIN 3
    WORKING DAYS FROM THE DATE OF THE TRANSFER THE
    FOLLOWING INFORMATION:
    A. NAME AND ADDRESS OF TRANSFEREE,
    B. TRANSFERRED AMOUNT,
    C. QUANTITY AND DESCRIPTION OF GOODS,
    D. WHETHER THE FIRST BENEFICIARY WILL RETAIN OR
    WAIVE THEIR RIGHT RELATED TO AMENDMENT,
    E. WHETHER THE FIRST BENEFICIARY HAS REQUESTED
    TO SUBSTITUTE THEIR OWN DRAFTS AND DOCUMENTS
    FOR THOSE TO BE PRESENTED BY THE SECOND
    BENEFICIARY(IES).
    F. THEY HAVE MARKED THE TRANSFER ON THE
    ORIGINAL LC AND THE RELEVANT TRANSFERRING
    CHARGES ARE FOR ACCOUNT OF BENEFICIARY.
    + IF TRANSFERRED, A COPY OF THE ADVICE OF TRANSFER
    AND ANY AMENDMENTS THERETO MUST ACCOMPANY EACH
    DRAWING UNDER THE LETTER OF CREDIT. IF DOCUMENTS

BANK OF AMERICA N.A.
New Delhi
FX06 1135/18

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 008 Of 008

PRESENTED BY A PARTY OTHER THAN THE FIRST
BENEFICIARY, THE PRESENTING BANK MUST CERTIFY ON
THEIR COVERING LETTER THAT SUCH PARTY IS THE
SECOND BENEFICIARY AND THAT SUBSTITUTION OF
DRAFT AND INVOICE IS NOT REQUIRED.

à

```
*   LAST UPDATED BY   : SYSTEM     ON 11OCT18  AT 19:46:41 *
*   AUTHORISED BY     :                                    *
*   MPROC REFERENCE   : SDSMPR6216TRAN234753               *
*   DESTINATION NAME  :                                    *
*   DESTINATION ADDR  :                                    *
*                     :                                    *
*                     :                                    *
```

This letter of credit forms an integral
part of our attached advice and is
recorded under our referenced
number EX 611 35/18
Bank of America N.A.
(Incorporated in USA with Limited Liability)

_____
Authorised Signatory

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



DATE OF ADVICE: 12 October, 2018
DEBIT ADVICE NO: EX061135/180001

PAYMENT OF CHARGES FOR EXPORT

NAME AND ADDRESS OF RECIPIENT OF SERVICES:
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE,KARNATAKA 560025,INDIA


GSTIN OF THE RECIPIENT: GST UNKNOWN
PLACE OF SUPPLY:    STATE UNKNOWN

IN ACCORDANCE WITH DETAILS SHOWN BELOW, WE HAVE DEBITED YOUR ACCOUNT

DETAILS OF CHARGES:
| | | |
|---|---|---|
| Adv-Taxable value | INR | 1,881.36 |
| Central Tax (9%) | INR | 169.32 |
| State Tax (9%) | INR | 169.32 |
| | | ------------------------- |
| NET AMOUNT DEBITED | INR | 2,220.00 |

SUPPLIER GSTIN: 07AAACB1537G1Z3
PERMANENT ACCOUNT NUMBER: AAACB1537G.
HSN CODE: 9971

THIS IS A SYSTEM GENERATED ADVICE AND REQUIRES NO SIGNATURE.

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



**Bank of America**

****ADVICE OF AMENDMENT****                    AMENDMENT NUMBER –     1
Banking and other Financial Services
========================================================================
OUR REF: EX061135/18                              21 December, 2018
------------------------------------------------------------------------

BENEFICIARY                     | ISSUING BANK:
==========                      | ============
GOKALDAS EXPORTS LTD            | BANK OF AMERICA N.A.
NO. 16/2                        |
RESIDENCY ROAD                  |
BANGALORE,KARNATAKA 560025,INDIA| REF: 809757
--------------------------------|--------------------------------
                                | ADVISED THRU' BANK:
                                | ============
                                | CANARA BANK
                                | AVENUE ROAD
                                | BANGALORE
                                | KARNATAKA,560002INDIA
------------------------------------------------------------------------

Gentlemen::

We enclose an authenticated copy of the Issuing Bank's teletransmission
of amendment to the above Letter of Credit, which is the operative
instrument. This amendment does not carry our confirmation.

This letter is to be considered as part of the original credit and must
be presented with all drafts drawn under the original Letter of Credit.
All amounts negotiated must be endorsed on the reverse side of the
original Letter of Credit.

This notification is solely an advice of amendment opened by the above
mentioned correspondent and conveys no engagement on our part.

Please review the original LC and amendment and take up the matter with
your buyer for necessary amendment if any of the terms/conditions are
not acceptable to you. This procedure will facilitate prompt handling
when documents are presented.

This amendment is subject to Uniform Customs and Practices for
Documentary Credits ICC Publication version as per the original LC.

This amendment will be delivered to you upon receipt of our amendment
charges as per enclosed sheet.

We have authorised the representative of our courier agent to collect
the charges from you.

PRESENTATION OF DOCUMENTS THAT ARE NOT IN COMPLIANCE WITH THE APPLICABLE
ANTI-BOYCOTT, ANTI-MONEY LAUNDERING, ANTI-TERRORISM, ANTI-DRUG
TRAFFICKING, EXPORT DENIAL OR ECONOMIC SANCTIONS LAWS, REGULATIONS OR
ORDERS IS NOT ACCEPTABLE. APPLICABLE LAWS VARY DEPENDING ON THE
TRANSACTION AND MAY INCLUDE UNITED NATIONS, UNITED STATES AND/OR

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



LAWS.

PERMANENT ACCOUNT NUMBER : AAACB1537G.
HSN CODE : 9971

------------------------------
Authorised Signature

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America


**Bank of America**

Print 001 Of 001

FROM:/SA-BOFAHKHX
      BANK OF AMERICA, N.A.
      19F TOWER 2 KCC 51 KWAI
      CHEONG RD, KWAI CHUNG HK

TO: /SA-BOFAIN4XDEL
      BANK OF AMERICA N.A.
      1ST FLOOR, DLF CENTRE,
      SANSAD MARG,NEW DELHI
      110 001 INDIA(FAX:91 11 3714042)
DATE:181220

::707 DOC CREDIT AMENDMENT


:27 /PAGE NUMBER            :1 OF 1
:20 /SENDERS REF            :6055EX138190/18
:21 /RELATED REF            :NONREF
:23 /DOC CREDIT NUMBER      :809757
:50B/NON BANK ISSUER        :SEARS ROEBUCK ACCEPTANCE CORP
                             3711 KENNETT PIKE
                             GREENVILLE DE 19807
                             USA
:31C/ISSUE/TRANSFER DATE    :181011 11OCT18
:26E/NUMBER OF AMENDMENT    :001
:30 /AMENDMENT DATE         :181220 20DEC18
:22A/PURPOSE OF MESSAGE     :ADVI
:31D/DATE AND PLACE OF EXPIRY :190115 15JAN19
                             COUNTRY OF BENEFICIARY
:47B/ADDITIONAL CONDITIONS  :
    /ADD/
    + LATEST SHIP DATE HAS BEEN CHANGED FROM
      18-DEC-18 TO 25-DEC-18
    à


*  LAST UPDATED BY    : SYSTEM    ON 20DEC18  AT 17:05:33 *
*  AUTHORISED BY      :                                   *
*  MPROC REFERENCE    : SDSMPR6216TRAN237545              *
*  DESTINATION NAME   :                                   *
*  DESTINATION ADDR   :                                   *
*                     :                                   *
*                     :                                   *

This telex/Cable/Mail advice alongwith our covering
letter dated 11/12/18 constitutes amendment number
01 of letter of credit registered under our reference No.
EX061351|8 of which this amendment is an
integral part and must be attached therewith.

Bank of America N.A.
(Incorporated in USA with limited liability)

_____
Authorised Signatory

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



DATE OF ADVICE: 21 December, 2018
DEBIT ADVICE NO: EX061135/180002

PAYMENT OF CHARGES FOR EXPORT

NAME AND ADDRESS OF RECIPIENT OF SERVICES:
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE,KARNATAKA 560025,INDIA


GSTIN OF THE RECIPIENT: GST UNKNOWN
PLACE OF SUPPLY:    STATE UNKNOWN

IN ACCORDANCE WITH DETAILS SHOWN BELOW, WE HAVE DEBITED YOUR ACCOUNT

DETAILS OF CHARGES:
| | | |
|---|---|---|
| Amend-Taxable value | INR | 1,355.94 |
| Central Tax (9%) | INR | 122.03 |
| State Tax (9%) | INR | 122.03 |
| NET AMOUNT DEBITED | INR | 1,600.00 |

SUPPLIER GSTIN: 07AAACB1537G1Z3
PERMANENT ACCOUNT NUMBER: AAACB1537G.
HSN CODE: 9971

THIS IS A SYSTEM GENERATED ADVICE AND REQUIRES NO SIGNATURE.

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                                   Page : 1

| ORDER DATE : 05-SEP-2018 | ORDER NO : SI6705 | BUYER : SG1  STEVEN GREENBERG |
|---|---|---|
| DIV : Division 4 | DEPT NO : 007 | |

**SEARS ROEBUCK & CO.**

3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | GOKALDAS EXPORTS LTD |
| ADDRESS | NO. 16/2 |
| | RESIDENCY ROAD |
| | BANGALORE |
| | KARNATAKA |
| COUNTRY | India |
| EMAIL | sireesh@gokaldasexports.com |
| VENDOR NBR | 8444 |
| TELEPHONE | 91 09900085026 |
| DUNS NBR | 01000308692 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | |
|---|---|
| $16,880.50 | |

| PAYMENT TO BE MADE BY : | |
|---|---|
| ( )  MULTIPLE PAYMENT TYPES | |
| ( )  CHECK/WIRE TRANSFER | |
| Amount USD: | 0.00 |
| ( )  FREE GOODS | |
| Amount USD: | 0.00 |
| ( X )  LETTER OF CREDIT | |
| Amount USD: | 16,880.50 |
| LC #: | 809757 |
| TRANSFERABLE: | Yes |
| BANK: | BANKBO |

| PAYMENT TERMS: | 74 | (days) |
|---|---|---|

| FOREIGN AGENT OFFICE: | KKIN | SEARS SOURCING INDIA PVT LTD |
|---|---|---|
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKIN | INDIA OFFICE |

| EACH ITEM TO BE MARKED: | MADE IN INDIA |
|---|---|
| EMBARK/GO-DOWN: | INDIA |
| SHIP POINT: | INNSA1B |
| DELIVERY TERMS: | FOB IN |
| CITY, COUNTRY: | Nhava Sheva (JNP), India |

**FACTORY DETAILS:**

| FACTORY NBR: | 104547 |
|---|---|
| NAME | EURO CLOTHING COMPANY - II |
| ADDRESS | KHATAHA 620/628 |
| | T B ROAD, SRIRANGAPATTANA |
| | MANDYA DISTRICT |
| | KARNATAKA |
| COUNTRY | India |
| TEL | 8495938777 |
| EMAIL | ecc2pd@gokaldasexports.com |
| MID | INEURCLO6206MAN |

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                                    Page : 2

| ORDER DATE : 05-SEP-2018 | ORDER NO : SI6705 | SG1 STEVEN GREENBERG |

**DESCRIPTION**

SHEETING C BLUE BELL

| | | |
|---|---|---|
| ITEM CODE: 480070828074 | SEASON/YEAR: 2-SPRING 2019 | |
| | SUB-SEASON: 20-SPRING | |
| I 2OF 5/CARTON UPC: 00191060022603 | CAT/SUB-CAT: 48/03 | |
| STYLE: WP9LS53203PT | TRADEMARK: NONE | SEARS DIV      SEARS ITEM      SEARS SKU |
| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A | 616           47041 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $77.94 | 244 | 244 | $6,661.20 |
| $27.300 | $27.300 | | | | |

| | | | | |
|---|---|---|---|---|
| | KGS: 2.676 | CBM: 0.018353 | AST PER INNER | 1 |
| PER CARTON | LBS: 5.900 | CU. FT.: 0.648 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 14.0" X H 4.0" | | CASEPACK | | |

| | | | | |
|---|---|---|---|---|
| QUOTA CAT#: 348, RNONE | | CASE # | FACTORY | EXPORTER |
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 06 PCS PER CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 205 | 205 | L |
| 802 | PCD | PCD | Ocean | 18-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 39 | 39 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9LS53203PT
DESCRIPTION : LADIES SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAIST BAND
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
CODE 6012B

OPC:              6

SEARS ROEBUCK & CO.                          **P U R C H A S E   O R D E R**                                              Page : 3

| ORDER DATE : 05-SEP-2018 | ORDER NO : SI6705 | | SG1  STEVEN GREENBERG |
|---|---|---|---|

|  |  |  |  |  |
|---|---|---|---|---|
| | | DESCRIPTION | | |
| ITEM CODE:  480070828181 | SEASON/YEAR:  2-SPRING 2019 | SHEETING C CALYPSO CORAL | | |
| | SUB-SEASON:  20-SPRING | | | |
| I 2OF 5/CARTON UPC:  00191060022672 | CAT/SUB-CAT:  48/03 | | | |
| STYLE:  WP9LS53203PT | TRADEMARK:  NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME:  LAURA SCOTT | COPYRIGHT REG. NO.:  N/A | | | |
| INTL COMMODY CODE:  GDSM | MLTP CARTON IND:  001 | 616 | 47042 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $77.94 | 244 | 244 | $6,661.20 |
| $27.300 | $27.300 | | | | |

| | | | | |
|---|---|---|---|---|
| PER CARTON | KGS:  2.676 | CBM:  0.018353 | AST PER INNER | 1 |
| | LBS:  5.900 | CU. FT.:  0.648 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 14.0" X H 4.0" | | CASEPACK | | |

| | | | |
|---|---|---|---|
| QUOTA CAT#:  348, RNONE | | CASE # | FACTORY | EXPORTER |
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:
HANGER PACK - 06 PCS PER CARTON

| **S H I P P I N G   S C H E D U L E** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 205 | 205 | L |
| 802 | PCD | PCD | Ocean | 18-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 39 | 39 | L |

DETAIL DESCRIPTION-
STYLE NAME: WP9LS53203PT
DESCRIPTION : LADIES SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAIST BAND
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
CODE 6012B

OPC:              6

SEARS ROEBUCK & CO.                    **P U R C H A S E  O R D E R**                                        Page : 4

| ORDER DATE : 05-SEP-2018 | ORDER NO : SI6705 | SG1 STEVEN GREENBERG |
|---|---|---|

**DESCRIPTION**

SHEETING C BLUE BELL

| | |
|---|---|
| ITEM CODE: 480072697659 | SEASON/YEAR: 2-SPRING 2019 |
| | SUB-SEASON: 20-SPRING |
| I 2OF 5/CARTON UPC: 00191060027196 | CAT/SUB-CAT: 48/03 |
| STYLE: WP9LS53203PT | TRADEMARK: NONE |
| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 |

| | SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|---|
| | 616 | 47041 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $90.93 | 25 | 25 | $796.25 |
| $31.850 | $31.850 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| PER CARTON | KGS: 1.588 | CBM: 0.020648 | AST PER INNER | 1 |
| | LBS: 3.500 | CU. FT.: 0.729 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 14.0" X H 4.5" | | CASEPACK | |

QUOTA CAT#:  348, RNONE                                        CASE #              FACTORY              EXPORTER

SPECIAL TRADE INDICATOR:                                    ANTI-DUMPING:

                                                           COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 6 | 6 | L |
| 802 | PCD | PCD | Ocean | 18-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 19 | 19 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9LS53203PT
DESCRIPTION : LADIES SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAIST BAND
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
CODE 6012B

OPC:              7

SEARS ROEBUCK & CO.                         **P U R C H A S E   O R D E R**                                     Page : 5

| ORDER DATE : 05-SEP-2018 | ORDER NO : SI6705 | SG1  STEVEN GREENBERG |
|---|---|---|

|  |  |  |  |  |
|---|---|---|---|---|
| | | DESCRIPTION | | |
| ITEM CODE: 480072697667 | SEASON/YEAR: 2-SPRING 2019 | SHEETING C BLUE BELL | | |
| | SUB-SEASON: 20-SPRING | | | |
| I 2OF 5/CARTON UPC: 00191060027202 | CAT/SUB-CAT: 48/03 | | | |
| STYLE: WP9LS53203PT | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A | 616 | 47041 | |
| INTL COMMODY CODE: GOSM | MLTP CARTON IND: 001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $77.94 | 36 | 36 | $982.80 |
| $27.300 | $27.300 | | | | |

| PER CARTON | KGS: 1.497 | CBM: 0.016353 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 3.300 | CU. FT.: 0.648 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 14.0" X H 4.0" | | CASEPACK | | |

| QUOTA CAT#:  348, RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | | |
| | COUNTERVAILING: | | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 6 PCS

| **S H I P P I N G   S C H E D U L E** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 27 | 27 | L |
| 802 | PCD | PCD | Ocean | 18-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 9 | 9 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9LS53203PT
DESCRIPTION : LADIES SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAIST BAND
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
CODE 6012B

OPC:            6

SEARS ROEBUCK & CO.                          **P U R C H A S E   O R D E R**                                    Page : 6

| ORDER DATE : 05-SEP-2018 | ORDER NO : SI6705 | SG1  STEVEN GREENBERG |
|---|---|---|

| | | | |
|---|---|---|---|
| | | **DESCRIPTION** | |
| ITEM CODE: 480072741606 | SEASON/YEAR: 2-SPRING 2019 | SHEETING C CALYPSO CORAL | |
| | SUB-SEASON: 20-SPRING | | |
| I 2OF 5/CARTON UPC: 00191060027219 | CAT/SUB-CAT: 48/03 | | |
| STYLE: WP9LS53203PT | TRADEMARK: NONE | **SEARS DIV** | **SEARS ITEM** | **SEARS SKU** |
| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A | 616 | 47042 | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| **PER AST** | **PER CARTON** | $90.93 | 25 | 25 | $796.25 |
| $31.850 | $31.850 | | | | |

| | | | | |
|---|---|---|---|---|
| PER CARTON | KGS: 1.588 | CBM: 0.020648 | AST PER INNER | 1 |
| | LBS: 3.500 | CU. FT.: 0.729 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 14.0" X H 4.5" | | CASEPACK | | |

QUOTA CAT#:  348, RNONE                                CASE #            FACTORY            EXPORTER

SPECIAL TRADE
INDICATOR:                                             ANTI-DUMPING:

                                                       COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| **S H I P P I N G   S C H E D U L E** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 6 | 6 | L |
| 802 | PCD | PCD | Ocean | 18-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 19 | 19 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9LS53203PT
DESCRIPTION : LADIES SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICALED WAIST BAND
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
CODE 6012B

OPC:                    7

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                              Page : 7

| ORDER DATE : 05-SEP-2018 | ORDER NO : SI6705 | SG1  STEVEN GREENBERG |
|---|---|---|

**DESCRIPTION**

SHEETING C CALYPSO CORAL

| | | |
|---|---|---|
| ITEM CODE: 480072747553 | SEASON/YEAR: 2-SPRING 2019 | |
| | SUB-SEASON: 20-SPRING | |
| I 2OF 5/CARTON UPC: 00191060027226 | CAT/SUB-CAT: 48/03 | |
| STYLE: WP9LS53203PT | TRADEMARK: NONE | SEARS DIV     SEARS ITEM     SEARS SKU |
| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A | 616          47042 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $77.94 | 36 | 36 | $982.80 |
| $27.300 | $27.300 | | | | |

| PER CARTON | KGS: | 1.497 | CBM: | 0.018353 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| | LBS: | 3.300 | CU. FT.: | 0.648 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 14.0" X H 4.0" | | | CASEPACK | | | |

| QUOTA CAT#:  348, RNONE | | CASE # | FACTORY | EXPORTER |
|---|---|---|---|---|
| SPECIAL TRADE INDICATOR: | | ANTI-DUMPING: | | |
| | | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 6 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 30-OCT-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 27 | 27 | L |
| 802 | PCD | PCD | Ocean | 18-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 9 | 9 | L |

DETAIL DESCRIPTION-

STYLE NAME: WP9LS53203PT
DESCRIPTION : LADIES SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICALED WAIST BAND
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
CODE 6012B

OPC:              6

SEARS ROEBUCK & CO.　　　　　　　**P U R C H A S E   O R D E R**　　　　　　　　　　　Page : 8

| ORDER DATE : 05-SEP-2018 | ORDER NO : SI6705 | SG1  STEVEN GREENBERG |
|---|---|---|

**ITEM CODE:** 480070828074

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7082803-3 | | | | | | 47041-0 19 | | | | COTTON | 100% | |
| 7082804-1 | | | | | | 47041-0 49 | | | | COTTON | 100% | |
| 7082805-8 | | | | | | 47041-0 64 | | | | COTTON | 100% | |
| 7082806-6 | | | | | | 47041-0 70 | | | | COTTON | 100% | |

**ITEM CODE:** 480070828181

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7082812-4 | | | | | | 47042-0 19 | | | | COTTON | 100% | |
| 7082814-0 | | | | | | 47042-0 49 | | | | COTTON | 100% | |
| 7082815-7 | | | | | | 47042-0 64 | | | | COTTON | 100% | |
| 7082817-3 | | | | | | 47042-0 70 | | | | COTTON | 100% | |

**ITEM CODE:** 480072697659

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7082803-3 | | | | | | 47041-0 19 | | | | COTTON | 100% | |
| 7082804-1 | | | | | | 47041-0 49 | | | | COTTON | 100% | |
| 7082805-8 | | | | | | 47041-0 64 | | | | COTTON | 100% | |
| 7082806-6 | | | | | | 47041-0 70 | | | | COTTON | 100% | |

**ITEM CODE:** 480072697667

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7082803-3 | | | | | | 47041-0 19 | | | | COTTON | 100% | |
| 7082804-1 | | | | | | 47041-0 49 | | | | COTTON | 100% | |
| 7082805-8 | | | | | | 47041-0 64 | | | | COTTON | 100% | |
| 7082806-6 | | | | | | 47041-0 70 | | | | COTTON | 100% | |

**ITEM CODE:** 480072741606

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7082812-4 | | | | | | 47042-0 19 | | | | COTTON | 100% | |
| 7082814-0 | | | | | | 47042-0 49 | | | | COTTON | 100% | |
| 7082815-7 | | | | | | 47042-0 64 | | | | COTTON | 100% | |
| 7082817-3 | | | | | | 47042-0 70 | | | | COTTON | 100% | |

**ITEM CODE:** 480072747553

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7082812-4 | | | | | | 47042-0 19 | | | | COTTON | 100% | |
| 7082814-0 | | | | | | 47042-0 49 | | | | COTTON | 100% | |
| 7082815-7 | | | | | | 47042-0 64 | | | | COTTON | 100% | |
| 7082817-3 | | | | | | 47042-0 70 | | | | COTTON | 100% | |

SEARS ROEBUCK & CO.    **P U R C H A S E   O R D E R**    Page : 9

| ORDER DATE : 05-SEP-2018 | ORDER NO : SI6705 | | SG1  STEVEN GREENBERG |

---

ITEM CODE: 480070828074        ITEM: SHEETING C BLUE BELL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEETING C S PETITE-BLUE | 7082803-3 | BLUE BELL | S PETITE | 1 | 4.550 | 12.99 | 191060022566 |
| SUB KSN DESC: SHEETING C M PETITE-BLUE | 7082804-1 | BLUE BELL | M PETITE | 2 | 4.550 | 12.99 | 191060022573 |
| SUB KSN DESC: SHEETING C L PETITE-BLUE | 7082805-8 | BLUE BELL | L PETITE | 2 | 4.550 | 12.99 | 191060022580 |
| SUB KSN DESC: SHEETING C XL PETITE-BLUE | 7082806-6 | BLUE BELL | XL PETITE | 1 | 4.550 | 12.99 | 191060022597 |
| | | TOTAL | | 6 | 27.300 | 77.94 | |

---

ITEM CODE: 480070828181        ITEM: SHEETING C CALYPSO CORAL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEETING C S PETITE-CALYP | 7082812-4 | CALYPSO CORAL | S PETITE | 1 | 4.550 | 12.99 | 191060022634 |
| SUB KSN DESC: SHEETING C M PETITE-CALYP | 7082814-0 | CALYPSO CORAL | M PETITE | 2 | 4.550 | 12.99 | 191060022641 |
| SUB KSN DESC: SHEETING C L PETITE-CALYP | 7082815-7 | CALYPSO CORAL | L PETITE | 2 | 4.550 | 12.99 | 191060022658 |
| SUB KSN DESC: SHEETING C XL PETITE-CALY | 7082817-3 | CALYPSO CORAL | XL PETITE | 1 | 4.550 | 12.99 | 191060022665 |
| | | TOTAL | | 6 | 27.300 | 77.94 | |

---

ITEM CODE: 480072697659        ITEM: SHEETING C BLUE BELL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEETING C S PETITE-BLUE | 7082803-3 | BLUE BELL | S PETITE | 3 | 4.550 | 12.99 | 191060022566 |
| SUB KSN DESC: SHEETING C M PETITE-BLUE | 7082804-1 | BLUE BELL | M PETITE | 2 | 4.550 | 12.99 | 191060022573 |
| SUB KSN DESC: SHEETING C L PETITE-BLUE | 7082805-8 | BLUE BELL | L PETITE | 1 | 4.550 | 12.99 | 191060022580 |
| SUB KSN DESC: SHEETING C XL PETITE-BLUE | 7082806-6 | BLUE BELL | XL PETITE | 1 | 4.550 | 12.99 | 191060022597 |
| | | TOTAL | | 7 | 31.850 | 90.93 | |

---

ITEM CODE: 480072697667        ITEM: SHEETING C BLUE BELL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEETING C S PETITE-BLUE | 7082803-3 | BLUE BELL | S PETITE | 1 | 4.550 | 12.99 | 191060022566 |
| SUB KSN DESC: SHEETING C M PETITE-BLUE | 7082804-1 | BLUE BELL | M PETITE | 2 | 4.550 | 12.99 | 191060022573 |
| SUB KSN DESC: SHEETING C L PETITE-BLUE | 7082805-8 | BLUE BELL | L PETITE | 1 | 4.550 | 12.99 | 191060022580 |
| SUB KSN DESC: SHEETING C XL PETITE-BLUE | 7082806-6 | BLUE BELL | XL PETITE | 2 | 4.550 | 12.99 | 191060022597 |
| | | TOTAL | | 6 | 27.300 | 77.94 | |

---

ITEM CODE: 480072741606        ITEM: SHEETING C CALYPSO CORAL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEETING C S PETITE-CALYP | 7082812-4 | CALYPSO CORAL | S PETITE | 3 | 4.550 | 12.99 | 191060022634 |
| SUB KSN DESC: SHEETING C M PETITE-CALYP | 7082814-0 | CALYPSO CORAL | M PETITE | 2 | 4.550 | 12.99 | 191060022641 |
| SUB KSN DESC: SHEETING C L PETITE-CALYP | 7082815-7 | CALYPSO CORAL | L PETITE | 1 | 4.550 | 12.99 | 191060022658 |
| SUB KSN DESC: SHEETING C XL PETITE-CALY | 7082817-3 | CALYPSO CORAL | XL PETITE | 1 | 4.550 | 12.99 | 191060022665 |
| | | TOTAL | | 7 | 31.850 | 90.93 | |

---

ITEM CODE: 480072747553        ITEM: SHEETING C CALYPSO CORAL

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEETING C S PETITE-CALYP | 7082812-4 | CALYPSO CORAL | S PETITE | 1 | 4.550 | 12.99 | 191060022634 |
| SUB KSN DESC: SHEETING C M PETITE-CALYP | 7082814-0 | CALYPSO CORAL | M PETITE | 2 | 4.550 | 12.99 | 191060022641 |
| SUB KSN DESC: SHEETING C L PETITE-CALYP | 7082815-7 | CALYPSO CORAL | L PETITE | 1 | 4.550 | 12.99 | 191060022658 |
| SUB KSN DESC: SHEETING C XL PETITE-CALY | 7082817-3 | CALYPSO CORAL | XL PETITE | 2 | 4.550 | 12.99 | 191060022665 |
| | | TOTAL | | 6 | 27.300 | 77.94 | |

SEARS ROEBUCK & CO.                          **PURCHASE ORDER**                                    Page : 10

| ORDER DATE : 05-SEP-2018 | ORDER NO : SI6705 | SG1  STEVEN GREENBERG |
|---|---|---|

<u>ADDITIONAL CONDITIONS</u>

**FOR ITEM 480070828074**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 480070828181**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 480072697659**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 480072697667**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 480072741606**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 480072747553**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

SEARS ROEBUCK & CO.                **P U R C H A S E   O R D E R**                                    Page : 11

| ORDER DATE : 05-SEP-2018 | ORDER NO : SI6705 | | SG1  STEVEN GREENBERG |

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY"),DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-
----------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
----------------------------------------

ANTIDUMPING CLAUSE:
----------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
----------------------------------------
----------------------------------------
----------------------------------------
----------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
----------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

SEARS ROEBUCK & CO.                              **P U R C H A S E   O R D E R**                                             Page : 12

| ORDER DATE : 05-SEP-2018 | ORDER NO : SI6705 | SG1  STEVEN GREENBERG |
|---|---|---|

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
------------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
------------------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

**UPS Supply Chain Solutions**    (UPS)    OTI License No. 275F    **UPS SUPPLY CHAIN SOLUTIONS, INC.**
**FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | | |
|---|---|---|
| GOKALDAS EXPORTS | BOOKING NO. 967415054 | CARGO RECEIPT NO. 7796732064 |
| (A DIVISION OF GOKALDAS EXPORTS LTD) | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| NO.16/2, RESIDENCY ROAD, | AWB 7796732064 | 24-DEC-2018 |
| BANGALORE -560025 INDIA | CUST PO NO:SI6705-801 | |
| | CUST INV NO:201824152554 | |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) |
|---|
| SEARS, ROEBUCK AND CO. |
| 3333 BEVERLY ROAD |
| HOFFMAN ESTATES, IL 60179 USA |

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| UPS SUPPLY CHAIN SOLUTIONS |
| 19701 HAMILTON AVENUE, SUITE 250 |
| TORRANCE, CA 90502 |
| PH:(310)404-2792 FAX:(310)404-2962 |
| ATTN: MARY ELLEN WRATSCHKO |

Declared Value is: _____

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER NHAVA SHEVA, INDIA | EXPORT LICENSE NO |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOY/FLAG) MAERSK DETROIT 1902 | PORT OF LADING NHAVA SHEVA, INDIA | |
| PORT OF DISCHARGE NEWARK | PORT OF DELIVERY BY ON CARRIER CHAMBERSBURG, PA | NO OF ORIGINALS 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO: MRKU1014532 SEALCODE1: MLIN2908967 MARKS & NO: USA 01-472 472 CTNS FREIGHT COLLECT CY/DOOR | 1 | 40' STANDARD CONTAINER 472 CARTON SAID TO CONTAIN 472 CARTON 100% COTTON WOVEN WOMENS PANT SHEETING C BLUE BELL, SHEETING C CALYPSO CORAL GT INV NO: 201824152554 INV NO : GE/87734/18-19  DT. 07.12.2018 PO NO : SI6705 REF # 801 DIV:4, DEPT NO:007 TOTAL QTY:  2844  PCS STYLE # WP9LS53203MI LC.NO.   809757 DATED 11.10.2018 NET WT:902.936 KGS HTS/RITC CODE  NO : 6204.6280.21 | 1398.530 KG 3083.230 LB | 8.850 M3 312.494 F3 |

SHIPPED ON BOARD
**3 1 DEC 2018**
FOR UPS SCS, MUMBAI
AS AGENT

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

| In accordance with instruction from Buyer, we have received the following documents from Shipper on: | | | This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit. |
|---|---|---|---|
| Document List | Original | Copy | As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC. |
| COMMERCIAL INVOICE | | 1 | |
| PACKING LIST | | 1 | |

**For UPS SCS (INDIA) PVT. LTD.**

Issued by  MUMBAI                          **AS AGENT**

Month  Jan      Day  02      Year  2019

# COMMERCIAL INVOICE

COML INV # GE/87735/18-19

Page 1 of 6

DATE: December 07, 2018
INVOICE NO.: 201824176233

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

TO:     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Nhava Sheva (JNP), India     SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB India

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SI6703 | SHEETING C BLACK ONYX | 170 CARTONS | 170 AST | 27.300 USD AST | 4,641.00 USD |
| ITEM: | 480011145687 | | | ( 170 CTNS ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 616 | | | | | |
| SEARS ITEM/SKU | 47060/ | | | | | |

STYLE NAME: WC9LS53203PT
DESCRIPTION : LADIES WOVEN SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAISTBAND AND POCKETS
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
HANGER 6012B

| CONTRACT NO. | SI6703 | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8444 |
| VENDOR ITEM CODE | WC9LS53203PT | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SI6703 | SHEETING C MARITIME BLUE | 158 CARTONS | 158 AST | 27.300 USD AST | 4,313.40 USD |
| ITEM: | 480011146974 | | | ( 158 CTNS ) | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 616 | | | | | |
| SEARS ITEM/SKU | 47061/ | | | | | |

STYLE NAME: WC9LS53203PT
DESCRIPTION : LADIES WOVEN SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAISTBAND AND POCKETS
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
HANGER 6012B

| CONTRACT NO. | SI6703 | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 8444 |
| VENDOR ITEM CODE | WC9LS53203PT | COUNTRY OF ORIGIN | INDIA |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

# COMMERCIAL INVOICE

Page 2 of 6

**DATE:** December 07, 2018

**INVOICE NO.:** 201824176233

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| SEARS | SI6703 | SHEETING C PERFECT KHAKI | | 171 | 171 | 27.300 USD | 4,668.30 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 480011147600 | | | ( 171 CTNS ) | | | |
| **MADE IN** | INDIA | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 616 | | | | | | |
| **SEARS ITEM/SKU** | 47062/ | | | | | | |

STYLE NAME: WC9LS53203PT
DESCRIPTION : LADIES WOVEN SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAISTBAND AND POCKETS
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
HANGER 6012B

| | CONTRACT NO. | SI6703 | REFERENCE NO. | 801 |
|---|---|---|---|---|
| | DC CODE | PCD | DEPARTMENT NO. | 007 |
| | DIVISION NO. | Division 4 | VENDOR NO. | 8444 |
| | VENDOR ITEM CODE | WC9LS53203PT | COUNTRY OF ORIGIN | INDIA |
| | BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

| SEARS | SI6703 | SHEETING C OLIVE NIGHT | | 203 | 203 | 27.300 USD | 5,541.90 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 480011147675 | | | ( 203 CTNS ) | | | |
| **MADE IN** | INDIA | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 616 | | | | | | |
| **SEARS ITEM/SKU** | 47063/ | | | | | | |

STYLE NAME: WC9LS53203PT
DESCRIPTION : LADIES WOVEN SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAISTBAND AND POCKETS
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
HANGER 6012B

| | CONTRACT NO. | SI6703 | REFERENCE NO. | 801 |
|---|---|---|---|---|
| | DC CODE | PCD | DEPARTMENT NO. | 007 |
| | DIVISION NO. | Division 4 | VENDOR NO. | 8444 |
| | VENDOR ITEM CODE | WC9LS53203PT | COUNTRY OF ORIGIN | INDIA |
| | BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

| SEARS | SI6703 | SHEETING C BLACK ONYX | | 42 | 42 | 31.850 USD | 1,337.70 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| **ITEM:** | 480011187283 | | | ( 42 CTNS ) | | | |
| **MADE IN** | INDIA | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 616 | | | | | | |
| **SEARS ITEM/SKU** | 47060/ | | | | | | |

# COMMERCIAL INVOICE

Page 3 of 6

**DATE:** December 07, 2018

**INVOICE NO.:** 201824176233

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

STYLE NAME: WC9LS53203PT
DESCRIPTION : LADIES WOVEN SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAISTBAND AND POCKETS
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
HANGER 6012B

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SI6703 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 |
| **VENDOR ITEM CODE** | WC9LS53203PT | **COUNTRY OF ORIGIN** | INDIA |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

| SEARS | SI6703 | SHEETING C BLACK ONYX | 6 CARTONS | 6 AST | 31.850 USD AST | 191.10 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 480011187713 | | | (6 CTNS) | | |
| **MADE IN** | INDIA | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |
| **SEARS DIV** | 616 | | | | | |
| **SEARS ITEM/SKU** | 47060/ | | | | | |

STYLE NAME: WC9LS53203PT
DESCRIPTION : LADIES WOVEN SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAISTBAND AND POCKETS
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
HANGER 6012B

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SI6703 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 |
| **VENDOR ITEM CODE** | WC9LS53203PT | **COUNTRY OF ORIGIN** | INDIA |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

| SEARS | SI6703 | SHEETING C MARITIME BLUE | 43 CARTONS | 43 AST | 31.850 USD AST | 1,369.55 USD |
|---|---|---|---|---|---|---|
| **ITEM:** | 480011187721 | | | (43 CTNS) | | |
| **MADE IN** | INDIA | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |
| **SEARS DIV** | 616 | | | | | |
| **SEARS ITEM/SKU** | 47061/ | | | | | |

STYLE NAME: WC9LS53203PT
DESCRIPTION : LADIES WOVEN SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAISTBAND AND POCKETS
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
HANGER 6012B

# COMMERCIAL INVOICE

Page 4 of 6
**DATE:** December 07, 2018
**INVOICE NO.:** 201824176233

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SI6703 | REFERENCE NO. | 801 | | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8444 | | |
| VENDOR ITEM CODE | WC9LS53203PT | COUNTRY OF ORIGIN | INDIA | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | | |

| SEARS | SI6703 | SHEETING C MARITIME BLUE | 6 | 6 | 31.850 USD | 191.10 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 480011188604 | | ( 6 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 616 | | | | | |
| SEARS ITEM/SKU | 47061/ | | | | | |

STYLE NAME: WC9LS53203PT
DESCRIPTION : LADIES WOVEN SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAISTBAND AND POCKETS
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
HANGER 6012B

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SI6703 | REFERENCE NO. | 801 | | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8444 | | |
| VENDOR ITEM CODE | WC9LS53203PT | COUNTRY OF ORIGIN | INDIA | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | | |

| SEARS | SI6703 | SHEETING C PERFECT KHAKI | 42 | 42 | 31.850 USD | 1,337.70 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 480011188612 | | ( 42 CTNS ) | | | |
| MADE IN | INDIA | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 616 | | | | | |
| SEARS ITEM/SKU | 47062/ | | | | | |

STYLE NAME: WC9LS53203PT
DESCRIPTION : LADIES WOVEN SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAISTBAND AND POCKETS
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
HANGER 6012B

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SI6703 | REFERENCE NO. | 801 | | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 8444 | | |
| VENDOR ITEM CODE | WC9LS53203PT | COUNTRY OF ORIGIN | INDIA | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | | |

# COMMERCIAL INVOICE

Page 5 of 6
**DATE:** December 07, 2018
**INVOICE NO.:** 201824176233

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:** Chambersburg , PA
**MODE OF TRANSPORTATION:** Ocean

FOB India

| SEARS | SI6703 | SHEETING C PERFECT KHAKI | 6 | 6 | 31.850 USD | 191.10 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| | | | | ( 6 CTNS ) | | |

**ITEM:** 480011188620
**MADE IN** INDIA
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 616
**SEARS ITEM/SKU** 47062/

STYLE NAME: WC9LS53203PT
DESCRIPTION : LADIES WOVEN SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAISTBAND AND POCKETS
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
HANGER 6012B

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SI6703 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 | |
| **VENDOR ITEM CODE** | WC9LS53203PT | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

| SEARS | SI6703 | SHEETING C OLIVE NIGHT | 33 | 33 | 27.300 USD | 900.90 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| | | | | ( 33 CTNS ) | | |

**ITEM:** 480011188638
**MADE IN** INDIA
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 616
**SEARS ITEM/SKU** 47063/

STYLE NAME: WC9LS53203PT
DESCRIPTION : LADIES WOVEN SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAISTBAND AND POCKETS
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
HANGER 6012B

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SI6703 | **REFERENCE NO.** | 801 | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 | |
| **VENDOR ITEM CODE** | WC9LS53203PT | **COUNTRY OF ORIGIN** | INDIA | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE | |

| SEARS | SI6703 | SHEETING C OLIVE NIGHT | 6 | 6 | 31.850 USD | 191.10 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| | | | | ( 6 CTNS ) | | |

**ITEM:** 480011188646
**MADE IN** INDIA
**CONTENTS** 1 ASSORTMENT
**SEARS DIV** 616
**SEARS ITEM/SKU** 47063/

# COMMERCIAL INVOICE

Page 6 of 6

**DATE:** December 07, 2018

**INVOICE NO.:** 201824176233

8444
GOKALDAS EXPORTS LTD
NO. 16/2
RESIDENCY ROAD
BANGALORE
KARNATAKA
India
560025

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Nhava Sheva (JNP), India    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB India

STYLE NAME: WC9LS53203PT
DESCRIPTION : LADIES WOVEN SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAISTBAND AND POCKETS
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
HANGER 6012B

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SI6703 | **REFERENCE NO.** | 801 |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 8444 |
| **VENDOR ITEM CODE** | WC9LS53203PT | **COUNTRY OF ORIGIN** | INDIA |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 348, RNONE |

| | |
|---|---|
| **PAYMENT TERM** | Letter of Credit |
| **ORDER PAYMENT TERMS** | |
| **DRAWN UNDER** | BANK OF AMERICA |
| **LC#** | 809765 |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 886 | 886 | ASSORTMENTS | 24,874.85 USD |

TOTAL US DOLLARS TWENTY-FOUR THOUSAND EIGHT HUNDRED SEVENTY-FOUR DOLLARS AND EIGHTY-FIVE CENTS ONLY.

| GOKALDAS EXPORTS LTD | |
|---|---|
| **EMPLOYEE NAME** | N. JAYANTHI |
| **EMPLOYEE TITLE** | GENERAL MANAGER – RECEIVABLES MANAGEMENT |

For GOKALDAS EXPORTS LTD.,

G. M. - Receivables Management



Advising Bank: Bank of America N.A., NEW DELHI
Banking and other Financial Services
OUR REF: EX061564/18                                    17 December, 2018
-------------------------------------------------------------------------
TO BENEFICIARY:                      |ISSUING BANK:
GOKALDAS EXPORTS LTD                  |BANK OF AMERICA N.A.
NO. 16/2 RESIDENCY ROAD               |
BANGALORE, KARNATAKA                  |
560025, INDIA                         |REF: 809765
-------------------------------------------------------------------------
                                      | ADVISED THRU BANK:
Amount:USD 32,345.95                  | CANARA BANK
                                      | AVENUE ROAD BANGALORE
Expiry Date: 15 January, 2019         | KARNATAKA 560002 INDIA
                                      |
-------------------------------------------------------------------------
Dear Sirs:

We have been informed by the above issuing bank that they have
established their irrevocable letter of credit in your favour.We enclose
herewith an authenticated copy of the issuing bank's teletransmission
which is the operative instrument and has been authenticated by us.

This letter of credit does not carry our confirmation
This notification is solely an advice of credit opened by the above
mentioned correspondent bank and conveys no engagement by us.

This letter is to be considered as part of the subject credit and must
be presented with all drafts drawn under the attached letter of credit.
All amounts negotiated must be endorsed on the  reverse of the credit.

Please review the original LC and take up the matter with your buyer
directly for any amendment required in the LC.

This credit is subject to Uniform Customs and Practice for Documentary
Credits 2007 Revision, ICC Publication no 600.

This letter of credit will be delivered to you upon receipt of our
advising charges as per enclosed sheet.

PERMANENT ACCOUNT NUMBER : AAACB1537G.
HSN CODE : 9971


Authorised Signatory

T +9111.2371.5565 ▪ F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Page 2 of 2
Attached to and forming part of our Ref:EX061564/18
----------------------------------------------------
Please note that under the terms of the L/C, we are the nominated bank
for handling the documents and payments and we hold special document
handling/reimbursement instructions.  The documents under the Letter of
Credit should be forwarded to us at the following address through your
your bankers:

                    BANK OF AMERICA N.A., (TRADE SERVICES)
                    1ST FLOOR, DLF CENTRE,
                    SANSAD MARG,
                    NEW DELHI 110 001.

Important notice to Exporter's bankers:
----------------------------------------
Please be advised that the EDF Form should be retained and the original
LC should be endorsed by the bank through whom the documents are
submitted to us for payment.  If these documents are submitted to us in
in error, the same will be returned to the presenting bankers.

Please note that in case of discrepancies in the documents, presenting
bankers as well as the issuing bankers will be notified of discrepancies
and documents will be simultaneously couriered to the issuing bank for
necessary acceptance/payment without further reference to the presenting
bank/beneficiary, and documents will be held by the issuing bank at the
risk and disposal of presenting bank for further instructions.

PRESENTATION OF DOCUMENTS THAT ARE NOT IN COMPLIANCE WITH THE APPLICABLE
ANTI-BOYCOTT, ANTI-MONEY LAUNDERING, ANTI-TERRORISM, ANTI-DRUG
TRAFFICKING, EXPORT DENIAL OR ECONOMIC SANCTIONS LAWS, REGULATIONS OR
ORDERS IS NOT ACCEPTABLE. APPLICABLE LAWS VARY DEPENDING ON THE
TRANSACTION AND MAY INCLUDE UNITED NATIONS, UNITED STATES AND/OR LOCAL
LAWS.

For all transferable L/Cs, please arrange to submit the enclosed
application duly filled up and signature verified by the bank. Your
transfer request should be accompanied by a bank draft as per details
enclosed.

Authorised Signatory


**Bank of America**

Print 001 Of 008

```
FROM:/SA-BOFAHKHX
       BANK OF AMERICA, N.A.
       19F TOWER 2 KCC 51 KWAI
       CHEONG RD, KWAI CHUNG HK

TO:  /SA-BOFAIN4XDEL
       BANK OF AMERICA N.A.
       1ST FLOOR, DLF CENTRE,
       SANSAD MARG,NEW DELHI
       110 001 INDIA(FAX:91 11 3714042)
DATE:181214
```

EXO 6164|18

```
::710 ADVICE OF THIRD BANKS OR NON-BANKS DOC CREDIT


:27 /PAGE NUMBER             :1 OF 2
:40B/FORM OF DOC CREDIT      :IRREVOCABLE TRANSFERABLE
                             WITHOUT OUR CONFIRMATION
:20 /SENDERS REF            :6055EX139804/18
:21 /DOC CREDIT NUMBER      :809765
:31C/ISSUE DATE             :181214 14DEC18
:40E/APPLICABLE RULES       :
    UCP LATEST VERSION
:31D/DATE AND PLACE OF EXPIRY :190115 15JAN19
                             COUNTRY OF BENEFICIARY
:50B/NON BANK ISSUER        :SEARS ROEBUCK ACCEPTANCE CORP
                             3711 KENNETT PIKE
                             GREENVILLE DE 19807
                             USA
:50 /APPLICANT/ACCOUNT PARTY :SEARS HOLDINGS MGMT CORP AN AGENT
                             OF SEARS,ROEBUCK AND CO AND
                             KMART CORPORATION,3333 BEVERLY
                             RD, HOFFMAN ESTATES,IL 60179 USA
:59 /BENEFICIARY            :GOKALDAS EXPORTS LTD
                             NO. 16/2 RESIDENCY ROAD
                             BANGALORE, KARNATAKA
                             560025, INDIA
:32B/AMOUNT                 :USD 32345.95
:41D/AVAILABLE WITH/BY      :ANY BANK
                             BY NEGOTIATION
:42C/DRAFTS AT ...          :75 DAYS AFTER SHIPMENT DATE
:42D/DRAWEE                 : SEARS ROEBUCK ACCEPTANCE CORP
                             3711 KENNETT PIKE
                             GREENVILLE,DE 19807
                             USA
:43P/PARTIAL SHIPMENTS      :ALLOWED
:43T/TRANSHIPMENT           :ALLOWED
:44E/PORT OF LOADING/AIRPORT OF DEPARTURE:
    INDIA
```

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America





Print 002 Of 008

:44F/PORT OF DISCHARGE/AIRPORT OF DESTINATION:
    UNITED STATES
:45 /DESCRIPTION OF GOODS/SERVICES:
    +  P.O NO. SI6703, ITEM CODE 480011145687 AT USD 27.3
    +  P.O. NO. SI6703 ITEM NO. 480011145687 SHEETING C        BLAC
       K ONYX, FOB USD 27.3 PER ASSORTMENT,  207 ASSORTMENT, 1 ASSORTM
       ENT PER CARTON, 207 CARTONS PACKING FACTOR 1.
    +  P.O NO. SI6703, ITEM CODE 480011146974 AT USD 27.3
    +  P.O. NO. SI6703 ITEM NO. 480011146974 SHEETING C        MARI
       TIME BLUE, FOB USD 27.3 PER ASSORTMENT,  207 ASSORTMENT, 1 ASSO
       RTMENT PER CARTON, 207 CARTONS PACKING FACTOR 1.
    +  P.O NO. SI6703, ITEM CODE 480011147600 AT USD 27.3
    +  P.O. NO. SI6703 ITEM NO. 480011147600 SHEETING C        PERF
       ECT KHAKI, FOB USD 27.3 PER ASSORTMENT,  207 ASSORTMENT, 1 ASSO
       RTMENT PER CARTON, 207 CARTONS PACKING FACTOR 1.
    +  P.O NO. SI6703, ITEM CODE 480011147675 AT USD 27.3
    +  P.O. NO. SI6703 ITEM NO. 480011147675 SHEETING C        OLIV
       E NIGHT, FOB USD 27.3 PER ASSORTMENT,  258 ASSORTMENT, 1 ASSORT
       MENT PER CARTON, 258 CARTONS PACKING FACTOR 1.
    +  P.O NO. SI6703, ITEM CODE 480011187283 AT USD 31.85
    +  P.O. NO. SI6703 ITEM NO. 480011187283 SHEETING C        BLAC
       K ONYX, FOB USD 31.85 PER ASSORTMENT,  50 ASSORTMENT, 1 ASSORTM
       ENT PER CARTON, 50 CARTONS PACKING FACTOR 1.
    +  P.O NO. SI6703, ITEM CODE 480011187713 AT USD 31.85
    +  P.O. NO. SI6703 ITEM NO. 480011187713 SHEETING C        BLAC
       K ONYX, FOB USD 31.85 PER ASSORTMENT,  16 ASSORTMENT, 1 ASSORTM
       ENT PER CARTON, 16 CARTONS PACKING FACTOR 1.
    +  P.O NO. SI6703, ITEM CODE 480011187721 AT USD 31.85
    +  P.O. NO. SI6703 ITEM NO. 480011187721 SHEETING C        MARI
       TIME BLUE, FOB USD 31.85 PER ASSORTMENT,  50 ASSORTMENT, 1 ASSO
       RTMENT PER CARTON, 50 CARTONS PACKING FACTOR 1.
    +  P.O NO. SI6703, ITEM CODE 480011188604 AT USD 31.85
    +  P.O. NO. SI6703 ITEM NO. 480011188604 SHEETING C        MARI
       TIME BLUE, FOB USD 31.85 PER ASSORTMENT,  16 ASSORTMENT, 1 ASSO
       RTMENT PER CARTON, 16 CARTONS PACKING FACTOR 1.
    +  P.O NO. SI6703, ITEM CODE 480011188612 AT USD 31.85
    +  P.O. NO. SI6703 ITEM NO. 480011188612 SHEETING C        PERF
       ECT KHAKI, FOB USD 31.85 PER ASSORTMENT,  50 ASSORTMENT, 1 ASSO
       RTMENT PER CARTON, 50 CARTONS PACKING FACTOR 1.
    +  P.O NO. SI6703, ITEM CODE 480011188620 AT USD 31.85
    +  P.O. NO. SI6703 ITEM NO. 480011188620 SHEETING C        PERF
       ECT KHAKI, FOB USD 31.85 PER ASSORTMENT,  16 ASSORTMENT, 1 ASSO
       RTMENT PER CARTON, 16 CARTONS PACKING FACTOR 1.
    +  P.O NO. SI6703, ITEM CODE 480011188638 AT USD 27.3
    +  P.O. NO. SI6703 ITEM NO. 480011188638 SHEETING C        OLIV
       E NIGHT, FOB USD 27.3 PER ASSORTMENT,  41 ASSORTMENT, 1 ASSORTM
       ENT PER CARTON, 41 CARTONS PACKING FACTOR 1.
    +  P.O NO. SI6703, ITEM CODE 480011188646 AT USD 31.85
    +  P.O. NO. SI6703 ITEM NO. 480011188646 SHEETING C        OLIV
       E NIGHT, FOB USD 31.85 PER ASSORTMENT,  29 ASSORTMENT, 1 ASSORT

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 003 Of 008

MENT PER CARTON, 29 CARTONS PACKING FACTOR 1.
:46 /DOCUMENTS REQUIRED             :
    + COMMERCIAL INVOICE TO BE ADDRESSED TO SEARS,
ROEBUCK AND CO OR SEARS HOLDINGS MANAGEMENT
CORPORATION WHO ACTS AS AGENT OF SEARS, ROEBUCK
AND CO IN DUPLICATE (COPIES OR ORIGINALS
ACCEPTABLE).

    + PACKING LIST IN DUPLICATE (COPY OR ORIGINAL
ACCEPTABLE).

    + ORIGINAL OR COPY OF SEA WAYBILL,
OR ORIGINAL OR COPY OF FORWARDER'S CARGO RECEIPT,
OR ORIGINAL OR COPY OF AIR WAYBILL
CONSIGNED TO SEARS, ROEBUCK AND CO. AND SHOW
APPROPRIATE NOTIFY PARTY AS INSTRUCTED BY THE
DESIGNATED CONSOLIDATOR.

FOR SHIPMENTS EFFECTED FROM BANGLADESH ONLY,
3/3 ON BOARD OCEAN BILL OF LADING TO BE
CONSIGNED TO NEGOTIATING BANK AND ENDORSED TO
SEARS, ROEBUCK AND CO OR LC ISSUER
MARKED FREIGHT COLLECT.

IN CASE OF COPY OF SEA WAYBILL PRESENTED, IT MUST
SHOW ON BOARD DATE AND IS DEEMED TO BE THE DATE
OF SHIPMENT. IN CASE OF ORIGINAL OR COPY OF
FORWARDER'S CARGO RECEIPT, IT MUST SHOW CARGO
RECEIVED DATE AND IS DEEMED TO BE THE DATE OF
SHIPMENT. IN CASE OF COPY OF AIR WAYBILL
PRESENTED, IT MUST SHOW ACTUAL FLIGHT DATE AND IS
DEEMED TO BE THE DATE OF SHIPMENT.

    + ORIGINAL OR COPY OF AN INSPECTION CERTIFICATE
ISSUED BY SEARS HOLDINGS GLOBAL SOURCING LTD. DULY
SIGNED BY AN AUTHORIZED SIGNATORY OF SEARS
HOLDINGS GLOBAL SOURCING LTD. (OR WRITTEN WAIVER
OF SUCH REQUIREMENT SIGNED BY AN AUTHORIZED
SIGNATORY OF SEARS HOLDINGS GLOBAL SOURCING LTD.)
:47 /ADDITIONAL CONDITIONS       :
    INSURANCE BY: BUYER
    + THIS LETTER OF CREDIT COVERS 100 PERCENT OF INVOICE VALUE.
    + A DISCREPANCY FEE OF USD60.00 (OR EQUIVALENT) PER DRAWING OF
DISCREPANT DOCUMENTS WILL BE DEDUCTED AT THE TIME OF PAYMENT. IN
ADDITION, TELEX EXPENSES, IF ANY, INCURRED BY US AS A RESULT OF
DISCREPANT DOCUMENTS ARE ALSO FOR THE BENEFICIARY'S ACCOUNT.
    + BANK OF AMERICA NA HOLDS SPECIAL INSTRUCTIONS REGARDING
DOCUMENTS DISPOSAL AND REIMBURSEMENT OF THIS LETTER OF CREDIT.
ALL DOCUMENTS MUST BE PRESENTED IN ONE LOT BY COURIER SERVICE
THROUGH BENEFICIARY'S BANKER TO OUR PROCESSING AGENT: BANK OF

EXO 61364/19

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America





Print 004 Of 008

AMERICA NA., 19TH FLOOR, TOWER 2, KOWLOON COMMERCE CENTRE, 51
KWAI
CHEONG ROAD, KWAI CHUNG, HONG KONG (ATTN: TRADE FINANCE - SEARS).
DOCUMENTS SENT TO OUR OFFICE IN 3711 KENNETT PIKE GREENVILLE,DE
19807 USA WILL BE REJECTED AND FORWARDED TO THE ABOVE ADDRESS FOR
PROCESSING FOR WHICH THE DELAY WILL BE BORNE BY THE BENEFICIARY.
+ UPON RECEIPT OF DOCUMENTS DRAWN IN COMPLIANCE WITH TERMS AND
CONDITIONS OF THIS CREDIT, WE SHALL REMIT THE PROCEEDS TO
NEGOTIATING BANK IN ACCORDANCE WITH THEIR INSTRUCTION ON
MATURITY.
+ ALL CORRESPONDENCE TO THE ISSUER (INCLUDING THE COVERING LETTER
ON EACH PRESENTATION) MUST IDENTIFY THIS LC BY QUOTING OUR
REFERENCE AS IM402278/18.
+ PRESENTATION OF DOCUMENTS(S) THAT ARE NOT IN COMPLIANCE WITH
THE APPLICABLE ANTI-BOYCOTT, ANTI-MONEY LAUNDERING,
ANTI-TERRORISM, ANTI-DRUG TRAFFICKING, EXPORT DENIAL OR ECONOMIC
SANCTIONS LAWS, REGULATIONS OR ORDERS IS NOT ACCEPTABLE.
APPLICABLE LAWS VARY DEPENDING ON THE TRANSACTION AND MAY INCLUDE
UNITED NATIONS, UNITED STATES AND/OR LOCAL LAWS.
+ TWO PHOTOCOPIES OF THE ABOVE MENTIONED COMMERCIAL INVOICES ARE
REQUIRED FOR ISSUER'S RETENTION.
+ UNLESS OTHERWISE STATED, ALL DOCUMENTS CONTENTS MUST BE IN
ENGLISH LANGUAGE.
+ ALL DRAFTS MUST BE MARKED DRAWN UNDER THIS L/C NUMBER.
+ PRESENTATION OF DOCUMENTS MUST BE THROUGH BENEFICIARY'S BANKER.
PRESENTING BANK MUST CERTIFY ON ITS COVERING LETTER THAT THE
DRAWING AMOUNT HAS BEEN ENDORSED ON THE ORIGINAL CREDIT. IN SUCH
CASE, ORIGINAL L/C IS NOT REQUIRED TO BE ACCOMPANIED WITH THE
DOCUMENTS.
+ NOTWITHSTANDING THE DEFINITION OF 'BANKING DAY' UNDER THE
UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS, SATURDAY IS
NOT A 'BANKING DAY' FOR OUR HONG KONG TRADE SERVICES.
+ ALL REFERENCES IN THE UCP600 TO ISSUING BANK, AND TO BANK WHERE
THE TERM INCLUDES AN ISSUING BANK SHALL BE DEEMED TO BE
REFERENCES TO THE ISSUER OF THIS CREDIT, AND THE ISSUER SHALL
HAVE ALL OF THE RIGHTS, DUTIES, AND OBLIGATIONS OF AN ISSUER
UNDER THE UCP.
+ THIS CREDIT IS NOT CONFIRMED BY BANK OF AMERICA N.A. AND
THEREFORE CARRIES NO ENGAGEMENT ON THE PART OF BANK OF AMERICA
N.A.
+ IN CASE OF QUERIES, PLEASE CONTACT US AT OUR HOTLINE 852 3508
2323

+ SHIPMENT QUANTITY AND AMOUNT LESS UP TO 3PCT PER
PO ACCEPTABLE. SHIPMENT QUANTITY AND AMOUNT MORE
UP TO 3PCT PER PO ACCEPTABLE ONLY FOR CLOTHING,
FASHION ACCESSORIES, HOME TEXTILES AND HANDBAGS.

+ REFERENCE (PO) FROM ORDER CONTRACT SHIPPING
SCHEDULE MUST BE SPECIFIED ON THE COMMERCIAL

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America


**Bank of America**

Print 005 Of 008

INVOICE FOR EACH SHIPMENT COVERED ON THE INVOICE.

+ COMBINED DRAWINGS UNDER OTHER LETTERS OF CREDIT
ISSUED BY US WITH IDENTICAL TERMS AND CONDITIONS
IN FAVOR OF THE SAME BENEFICIARY FOR ACCOUNT OF
APPLICANT ARE ACCEPTABLE PROVIDED THAT ONE DRAFT
IS PRESENTED FOR THE TOTAL AMOUNT INDICATING THE
AMOUNTS DRAWN UNDER EACH LETTER OF CREDIT.

+ SEPARATE INVOICES MUST BE ISSUED FOR EACH
DESTINATION (COPIES OR ORIGINALS ACCEPTABLE.)

+ PO NO SI6703, ALL SHIPMENTS TO BE MADE AS SPECIFIED IN BUYER'S
  ORDER NO.  SI6703 WITH SHIPMENT TO COMMENCE ON 12/
  13/18 BUT IN ANY EVENT NOT LATER THAN12/25/18

+ THIRD PARTY SHIPPER AND DOCUMENTS ACCEPTABLE.

+ ALL BANKING CHARGES OTHER THAN THOSE OF THE
ISSUING CHARGES, ARE FOR THE ACCOUNT OF THE
BENEFICIARY.

+ LATE SHIPMENT, LATE PRESENTATION, LETTER OF
CREDIT EXPIRED FOR NOT MORE THAN 7 DAYS WILL NOT
BE COUNTED AS LC DISCREPANCY.

+ LC APPLICANT MAY, WITHOUT THE PRIOR
AUTHORIZATION OR APPROVAL OF THE LC BENEFICIARY OR
NEGOTIATING BANK, DEDUCT UP TO 10 PERCENT OF
INVOICE VALUE ON ANY DRAWING UNDER THIS LETTER OF
CREDIT FOR OUTSTANDING CLAIMS AND/OR CHARGEBACKS
EXISTS BETWEEN THE BENEFICIARY AND THE APPLICANT.
HOWEVER, NO FURTHER DEDUCTION WILL BE TAKEN AFTER
USANCE LC BILLS HAVE BEEN ACCEPTED BY THE LC
ISSUER.

 + IN CASE DEDUCTION OF CLAIMS ARE SPECIFIED PER LC
TERM, COMMERCIAL INVOICE MUST SHOW THE DEDUCTION
AS SPECIFIED ON THE FIRST DRAWING. IF THE FIRST
DRAWING AMOUNT IS NOT SUFFICIENT TO COVER
:48 /PERIOD FOR PRESENTATION IN DAYS:
  21
:49 /CONFIRMATION INSTRUCTIONS  :WITHOUT
:57D/ADVISE THRU                :CANARA BANK
                                 AVENUE ROAD BANGALORE
                                 KARNATAKA 560002 INDIA
                                 à

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 006 Of 008

```
*  LAST UPDATED BY   : SYSTEM      ON 14DEC18  AT 18:00:19 *
*  AUTHORISED BY     :                                     *
*  MPROC REFERENCE   : SDSMPR6216TRAN237317                *
*  DESTINATION NAME  :                                     *
*  DESTINATION ADDR  :                                     *
*                    :                                     *
*                    :                                     *
```

EX061564/18

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



Print 007 Of 008

FROM: / SA-BOFAHKHX
       BANK OF AMERICA, N.A.
       19F TOWER 2 KCC 51 KWAI
       CHEONG RD, KWAI CHUNG HK

TO:  / SA-BOFAIN4XDEL
       BANK OF AMERICA N.A.
       1ST FLOOR, DLF CENTRE,
       SANSAD MARG,NEW DELHI
       110 001 INDIA(FAX:91 11 3714042)
DATE:181214

::711 ADVICE OF THIRD BANKS OR NON-BANKS DOC CREDIT


:27 /PAGE NUMBER          :2 OF 2
:20 /SENDERS REF          :6055EX139804/18
:21 /RELATED REF          :809765
:47 /ADDITIONAL CONDITIONS  :
    DEDUCTION AMOUNT. BALANCE DEDUCTIONS WILL BE
    DEDUCTED FROM SUBSEQUENT DRAWINGS.

    + DOCUMENTS MAY BE PRESENTED DIRECTLY TO BANK OF
    AMERICA, N.A. LOCAL BRANCH AT BENEFICIARY'S
    COUNTRY AS THEY HOLD SPECIAL REIMBURSEMENT AND
    DOCUMENT HANDLING INSTRUCTIONS. IN THIS CASE,
    WE WOULD SPEED UP THE PAYMENT PROCESSING UNDER
    THIS L/C.

    + THIS CREDIT IS TRANSFERABLE. ANY TRANSFER
    MUST BE HANDLED THROUGH THE ADVISING BANK.
    THE TRANSFERRING BANK MUST ADVISE US BY
    AUTHENTICATED SWIFT OR TESTED TELEX WITHIN 3
    WORKING DAYS FROM THE DATE OF THE TRANSFER THE
    FOLLOWING INFORMATION:
    A. NAME AND ADDRESS OF TRANSFEREE,
    B. TRANSFERRED AMOUNT,
    C. QUANTITY AND DESCRIPTION OF GOODS,
    D. WHETHER THE FIRST BENEFICIARY WILL RETAIN OR
    WAIVE THEIR RIGHT RELATED TO AMENDMENT,
    E. WHETHER THE FIRST BENEFICIARY HAS REQUESTED
    TO SUBSTITUTE THEIR OWN DRAFTS AND DOCUMENTS
    FOR THOSE TO BE PRESENTED BY THE SECOND
    BENEFICIARY(IES).
    F. THEY HAVE MARKED THE TRANSFER ON THE
    ORIGINAL LC AND THE RELEVANT TRANSFERRING
    CHARGES ARE FOR ACCOUNT OF BENEFICIARY.
    + IF TRANSFERRED, A COPY OF THE ADVICE OF TRANSFER
    AND ANY AMENDMENTS THERETO MUST ACCOMPANY EACH



Print 008 Of 008

DRAWING UNDER THE LETTER OF CREDIT. IF DOCUMENTS
PRESENTED BY A PARTY OTHER THAN THE FIRST
BENEFICIARY, THE PRESENTING BANK MUST CERTIFY ON
THEIR COVERING LETTER THAT SUCH PARTY IS THE
SECOND BENEFICIARY AND THAT SUBSTITUTION OF
DRAFT AND INVOICE IS NOT REQUIRED.

```
*   LAST UPDATED BY   : SYSTEM     ON 14DEC18  AT 18:00:19 *
*   AUTHORISED BY     :                                    *
*   MPROC REFERENCE   : SDSMPR6216TRAN237318               *
*   DESTINATION NAME  :                                    *
*   DESTINATION ADDR  :                                    *
*                     :                                    *
*                     :                                    *
```



This letter of credit forms an integral
part of our attached advice and is
recorded under our referenced
number RA 061564 18
Bank of America N.A.
(Incorporated in USA with Limited Liability)

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America



DATE OF ADVICE: 17 December, 2018
DEBIT ADVICE NO: EX061564/180001

PAYMENT OF CHARGES FOR EXPORT

NAME AND ADDRESS OF RECIPIENT OF SERVICES:
GOKALDAS EXPORTS LTD
NO. 16/2 RESIDENCY ROAD
BANGALORE, KARNATAKA
560025, INDIA


GSTIN OF THE RECIPIENT: GST UNKNOWN
PLACE OF SUPPLY:    STATE UNKNOWN

IN ACCORDANCE WITH DETAILS SHOWN BELOW, WE HAVE DEBITED YOUR ACCOUNT

DETAILS OF CHARGES:
Adv-Taxable value                INR          1,881.36
Central Tax (9%)                 INR            169.32
State Tax (9%)                   INR            169.32
                                 -------------------------
NET AMOUNT DEBITED               INR          2,220.00

SUPPLIER GSTIN: 07AAACB1537G1Z3
PERMANENT ACCOUNT NUMBER: AAACB1537G.
HSN CODE: 9971

THIS IS A SYSTEM GENERATED ADVICE AND REQUIRES NO SIGNATURE.

T +9111.2371.5565 • F +9111.6616.2523
Bank of America, N.A.
P. O. Box 735, 1st Floor, DLF Centre, Sansad Marg, New Delhi 110 001 India
Incorporated with limited liability in United States of America

SEARS ROEBUCK & CO.                          **PURCHASE ORDER**                          Page : 1

| | | | |
|---|---|---|---|
| **ORDER DATE :** 05-SEP-2018 | **ORDER NO :** SI6703 | | **BUYER :** SG1  STEVEN GREENBERG |
| **DIV :** Division 4 | **DEPT NO :** 007 | | |

**SEARS ROEBUCK & CO.**
3333 Beverly Road
Hoffman Estates, IL 60179

| VENDOR | |
|---|---|
| NAME | GOKALDAS EXPORTS LTD |
| ADDRESS | NO. 16/2 |
| | RESIDENCY ROAD |
| | BANGALORE |
| | KARNATAKA |
| COUNTRY | India |
| EMAIL | sireesh@gokaldasexports.com |
| VENDOR NBR | 8444 |
| TELEPHONE | 91 09900085026 |
| DUNS NBR | 01000308692 |
| FDA REG # | |

| TOTAL COST OF ORDER USD | | |
|---|---|---|
| $31,172.05 | | |
| PAYMENT TO BE MADE BY : | | |
| ( ) | MULTIPLE PAYMENT TYPES | |
| ( ) | CHECK/WIRE TRANSFER | |
| | Amount USD: | 0.00 |
| ( ) | FREE GOODS | |
| | Amount USD: | 0.00 |
| ( X ) | LETTER OF CREDIT | |
| | Amount USD: | 31,172.05 |
| | LC #: | 809765 |
| | TRANSFERABLE: | Yes |
| | BANK: | BANKBO |
| PAYMENT TERMS: | 74 | (days) |

| | | |
|---|---|---|
| FOREIGN AGENT OFFICE: | KKIN | SEARS SOURCING INDIA PVT LTD |
| FOREIGN SUPPORT OFFICE: | RKKHK | SEARS HOLDINGS GLOBAL SOURCING LTD. |
| PRODUCTION COUNTRY: | PKKIN | INDIA OFFICE |

| | |
|---|---|
| EACH ITEM TO BE MARKED: | MADE IN INDIA |
| EMBARK/GO-DOWN: | INDIA |
| SHIP POINT: | INNSA1B |
| DELIVERY TERMS: | FOB IN |
| CITY, COUNTRY: | Nhava Sheva (JNP), India |

**FACTORY DETAILS:**

| | |
|---|---|
| FACTORY NBR: | 104547 |
| NAME | EURO CLOTHING COMPANY - II |
| ADDRESS | KHATAHA 620/628 |
| | T B ROAD, SRIRANGAPATTANA |
| | MANDYA DISTRICT |
| | KARNATAKA |
| COUNTRY | India |
| TEL | 8495938777 |
| EMAIL | ecc2pd@gokaldasexports.com |
| MID | INEURCLO6206MAN |

SEARS ROEBUCK & CO.                          **P U R C H A S E   O R D E R**                                      Page : 2

| ORDER DATE : 05-SEP-2018 | ORDER NO : SI6703 | SG1  STEVEN GREENBERG |
|---|---|---|

**DESCRIPTION**

SHEETING C BLACK ONYX

| | |
|---|---|
| ITEM CODE: 480011145687 | SEASON/YEAR: 2-SPRING 2019 |
| | SUB-SEASON: 20-SPRING |
| I 2OF 5/CARTON UPC: 0019106022320 | CAT/SUB-CAT: 48/03 |
| STYLE: WC9LS53203PT | TRADEMARK: NONE |
| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 |

| SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|
| 616 | 47060 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $77.94 | 196 | 196 | $5,350.80 |
| $27.300 | $27.300 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | KGS: 2.676 | CBM: 0.018612 | | AST PER INNER | 1 |
| PER CARTON | LBS: 5.900 | CU. FT.: 0.664 | | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 14.0" X H 4.1" | | CASEPACK | | | |

| QUOTA CAT#: 348, RNONE | CASE # | FACTORY | EXPORTER |
|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 06 PCS PER CARTON

| | | | SHIPPING SCHEDULE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 170 | 170 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 26 | 26 | L |

DETAIL DESCRIPTION-

STYLE NAME: WC9LS53203PT
DESCRIPTION : LADIES WOVEN SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAISTBAND AND POCKETS
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
HANGER 6012B

OPC:              6

SEARS ROEBUCK & CO.                          P U R C H A S E   O R D E R                                         Page : 3

| ORDER DATE : 05-SEP-2018 | ORDER NO : SI6703 | SG1  STEVEN GREENBERG |
|---|---|---|

**DESCRIPTION**

| | |
|---|---|
| ITEM CODE: 480011146974 | SEASON/YEAR: 2-SPRING 2019 | SHEETING C MARITIME BLUE |

| | | |
|---|---|---|
| | SUB-SEASON: 20-SPRING | |
| I 2OF 5/CARTON UPC: 00191060022399 | CAT/SUB-CAT: 48/03 | |
| STYLE: WC9LS53203PT | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A | 616 | 47061 | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $77.94 | 184 | 184 | $5,023.20 |
| $27.300 | $27.300 | | | | |

| PER CARTON | KGS: 2.676 | CBM: 0.018812 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 5.900 | CU. FT.: 0.664 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 14.0" X H 4.1" | | CASEPACK | | |

| QUOTA CAT#: 348, RNONE | CASE # | FACTORY | EXPORTER |
|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 06 PCS PER CARTON

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 158 | 158 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 26 | 26 | L |

DETAIL DESCRIPTION-

STYLE NAME: WC9LS53203PT
DESCRIPTION : LADIES WOVEN SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAISTBAND AND POCKETS
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
HANGER 6012B

OPC:                6

SEARS ROEBUCK & CO.                **P U R C H A S E   O R D E R**                                    Page : 4

| ORDER DATE : 05-SEP-2018 | ORDER NO : SI6703 | SG1  STEVEN GREENBERG |
|---|---|---|

**DESCRIPTION**

ITEM CODE: 460011147600          SEASON/YEAR: 2-SPRING 2019          SHEETING C PERFECT KHAKI

                                  SUB-SEASON: 20-SPRING

I 2OF 5/CARTON UPC: 00191060022467          CAT/SUB-CAT: 48/03

        STYLE: WC9LS53203PT          TRADEMARK: NONE          SEARS DIV          SEARS ITEM          SEARS SKU

BRAND NAME: LAURA SCOTT          COPYRIGHT REG. NO.: N/A          616          47062

INTL COMMODY CODE: GDSM          MLTP CARTON IND: 001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $77.94 | 197 | 197 | $5,376.10 |
| $27.300 | $27.300 | | | | |

|  | KGS: 2.676 | CBM: 0.018812 | AST PER INNER | 1 |
|---|---|---|---|---|
| PER CARTON | LBS: 5.900 | CU. FT.: 0.664 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 14.0" X H 4.1" | | CASEPACK | | |

QUOTA CAT#: 348, RNONE                                    CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:          ANTI-DUMPING:

                                          COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 06 PCS PER CARTON

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 171 | 171 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 26 | 26 | L |

DETAIL DESCRIPTION-

STYLE NAME: WC9LS53203PT
DESCRIPTION : LADIES WOVEN SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAISTBAND AND POCKETS
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
HANGER 6012B

OPC:          6

SEARS ROEBUCK & CO.                                    P U R C H A S E   O R D E R                                    Page : 5

| ORDER DATE : 05-SEP-2018 | ORDER NO : SI6703 | SG1 STEVEN GREENBERG |
|---|---|---|

**DESCRIPTION**

SHEETING C OLIVE NIGHT

| | | | |
|---|---|---|---|
| ITEM CODE: 480011147675 | SEASON/YEAR: 2-SPRING 2019 | | |
| | SUB-SEASON: 20-SPRING | | |
| I 2OF 5/CARTON UPC: 00191060022535 | CAT/SUB-CAT: 48/03 | | |
| STYLE: WC9LS53203PT | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A | 616 | 47063 | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $77.94 | 258 | 258 | $7,043.40 |
| $27.300 | $27.300 | | | | |

| PER CARTON | KGS: 2.676 | CBM: 0.018812 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 5.900 | CU. FT.: 0.664 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 14.0" X H 4.1" | | CASEPACK | | |

| QUOTA CAT#: 348, RNONE | CASE # | FACTORY | EXPORTER |
|---|---|---|---|
| SPECIAL TRADE INDICATOR: | ANTI-DUMPING: | | |
| | COUNTERVAILING: | | |

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK - 06 PCS PER CARTON

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (POI/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 209 | 209 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 49 | 49 | L |

DETAIL DESCRIPTION-

STYLE NAME: WC9LS53203PT
DESCRIPTION : LADIES WOVEN SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAISTBAND AND POCKETS
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
HANGER 6012B

OPC:              6

SEARS ROEBUCK & CO.                        P U R C H A S E   O R D E R                                    Page : 6

| ORDER DATE : 05-SEP-2018 | ORDER NO : SI6703 | SG1  STEVEN GREENBERG |
|---|---|---|

**DESCRIPTION**

SHEETING C BLACK ONYX

| | | |
|---|---|---|
| ITEM CODE: 480011187283 | SEASON/YEAR: 2-SPRING 2019 | |
| | SUB-SEASON: 20-SPRING | |
| I 2OF 5/CARTON UPC: 00191060027233 | CAT/SUB-CAT: 48/03 | |
| STYLE: WC9LS53203PT | TRADEMARK: NONE | SEARS DIV    SEARS ITEM    SEARS SKU |
| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A | 616        47060 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $90.93 | 50 | 50 | $1,592.50 |
| $31.850 | $31.850 | | | | |

| | | | | |
|---|---|---|---|---|
| PER CARTON | KGS:    1.588 | CBM:    0.020648 | AST PER INNER | 1 |
| | LBS:    3.500 | CU. FT.:    0.729 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 14.0" X H 4.5" | | CASEPACK | | |

QUOTA CAT#: 348, RNONE                                    CASE #              FACTORY              EXPORTER

SPECIAL TRADE INDICATOR:                    ANTI-DUMPING:

                                        COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 42 | 42 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 8 | 8 | L |

DETAIL DESCRIPTION-

STYLE NAME: WC9LS53203PT
DESCRIPTION : LADIES WOVEN SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAISTBAND AND POCKETS
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
HANGER 6012B

OPC:              7

SEARS ROEBUCK & CO.                         P U R C H A S E   O R D E R                                        Page : 7

| ORDER DATE : 05-SEP-2018 | ORDER NO : SI6703 | SG1 STEVEN GREENBERG |
|---|---|---|

**DESCRIPTION**

SHEETING C BLACK ONYX

| | | |
|---|---|---|
| ITEM CODE: 480011187713 | SEASON/YEAR: 2-SPRING 2019 | |
| | SUB-SEASON: 20-SPRING | |
| I 2OF 5/CARTON UPC: 00191060027240 | CAT/SUB-CAT: 48/03 | |
| STYLE: WC9LS53203PT | TRADEMARK: NONE | SEARS DIV    SEARS ITEM    SEARS SKU |
| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A | 616    47060 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $90.93 | 16 | 16 | $509.60 |
| $31.850 | $31.850 | | | | |

| PER CARTON | KGS: 1.588 | CBM: 0.020648 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS: 3.500 | CU. FT.: 0.729 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 14.0" X H 4.5" | | CASEPACK | | |

QUOTA CAT#: 348, RNONE                               CASE #          FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:                             ANTI-DUMPING:

                                                     COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 6 | 6 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 10 | 10 | L |

DETAIL DESCRIPTION-

STYLE NAME: WC9LS53203PT
DESCRIPTION : LADIES WOVEN SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAISTBAND AND POCKETS
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
HANGER 6012B

OPC:              7

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                    Page : 8

| ORDER DATE : 05-SEP-2018 | ORDER NO : SI6703 | | SG1  STEVEN GREENBERG |
|---|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE:  480011187721 | SEASON/YEAR:  2-SPRING 2019 | SHEETING C MARITIME BLUE |
| | SUB-SEASON:  20-SPRING | |
| I 2OF 5/CARTON UPC:  00191060027257 | CAT/SUB-CAT:  48/03 | |
| STYLE:  WC9LS53203PT | TRADEMARK:  NONE | SEARS DIV        SEARS ITEM        SEARS SKU |
| BRAND NAME:  LAURA SCOTT | COPYRIGHT REG. NO.:  N/A | 616        47061 |
| INTL COMMODY CODE:  GDSM | MLTP CARTON IND:  001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $90.93 | 50 | 50 | $1,592.50 |
| $31.850 | $31.850 | | | | |

| PER CARTON | KGS:  1.588 | CBM:  0.020648 | AST PER INNER | 1 |
|---|---|---|---|---|
| | LBS:  3.500 | CU. FT.:  0.729 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 14.0" X H 4.5" | | CASEPACK | | |

QUOTA CAT#:  348, RNONE                                          CASE #              FACTORY          EXPORTER

SPECIAL TRADE INDICATOR:                                    ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| **S H I P P I N G   S C H E D U L E** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 42 | 42 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 8 | 8 | L |

DETAIL DESCRIPTION-

STYLE NAME: WC9LS53203PT
DESCRIPTION : LADIES WOVEN SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAISTBAND AND POCKETS
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
HANGER 6012B

OPC:              7

SEARS ROEBUCK & CO.                    P U R C H A S E   O R D E R                                    Page : 9

| ORDER DATE : 05-SEP-2018 | ORDER NO : SI6703 | SG1 STEVEN GREENBERG |
|---|---|---|

**DESCRIPTION**

SHEETING C MARITIME BLUE

| | | |
|---|---|---|
| ITEM CODE: 480011188604 | SEASON/YEAR: 2-SPRING 2019 | |
| | SUB-SEASON: 20-SPRING | |
| I 2OF 5/CARTON UPC: 00191060027264 | CAT/SUB-CAT: 48/03 | |
| STYLE: WC9LS53203PT | TRADEMARK: NONE | SEARS DIV   SEARS ITEM   SEARS SKU |
| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A | 616   47061 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $90.93 | 16 | 16 | $509.60 |
| $31.850 | $31.850 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| PER CARTON | KGS: 1.588 | CBM: 0.020648 | AST PER INNER | 1 |
| | LBS: 3.500 | CU. FT.: 0.729 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 14.0" X H 4.5" | | CASEPACK | | |

QUOTA CAT#: 348, RNONE                                    CASE #            FACTORY            EXPORTER

SPECIAL TRADE INDICATOR:                    ANTI-DUMPING:

                                            COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 6 | 6 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 10 | 10 | L |

DETAIL DESCRIPTION-

STYLE NAME: WC9LS53203PT
DESCRIPTION : LADIES WOVEN SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAISTBAND AND POCKETS
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
HANGER 6012B

OPC:                7

SEARS ROEBUCK & CO.                    P U R C H A S E   O R D E R                                        Page : 10

| ORDER DATE : 05-SEP-2018 | ORDER NO : SI6703 | SG1  STEVEN GREENBERG |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE:  480011188612 | SEASON/YEAR:  2-SPRING 2019 | SHEETING C PERFECT KHAKI |
| | SUB-SEASON:  20-SPRING | |
| I 2OF 5/CARTON UPC:  00191060027271 | CAT/SUB-CAT:  48/03 | |
| STYLE:  WC9LS53203PT | TRADEMARK:  NONE | SEARS DIV         SEARS ITEM         SEARS SKU |
| BRAND NAME:  LAURA SCOTT | COPYRIGHT REG. NO.:  N/A | 616                47062 |
| INTL COMMODY CODE:  GDSM | MLTP CARTON IND:  001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $90.93 | 50 | 50 | $1,592.50 |
| $31.850 | $31.850 | | | | |

| | | | | |
|---|---|---|---|---|
| PER CARTON | KGS:  1.588 | CBM:  0.020648 | AST PER INNER | 1 |
| | LBS:  3.500 | CU. FT.:  0.729 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 14.0" X H 4.5" | | CASEPACK | | |

QUOTA CAT#:  348, RNONE                                        CASE #              FACTORY              EXPORTER

SPECIAL TRADE INDICATOR:                                        ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| S H I P P I N G   S C H E D U L E | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 42 | 42 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 8 | 8 | L |

DETAIL DESCRIPTION-

STYLE NAME: WC9LS53203PT
DESCRIPTION : LADIES WOVEN SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAISTBAND AND POCKETS
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
HANGER 6012B

OPC:                7

SEARS ROEBUCK & CO.                              **P U R C H A S E   O R D E R**                                              Page : 11

| ORDER DATE : 05-SEP-2018 | ORDER NO : SI6703 | SG1  STEVEN GREENBERG |
|---|---|---|

**DESCRIPTION**

SHEETING C PERFECT KHAKI

| | | | | |
|---|---|---|---|---|
| ITEM CODE: 480011188620 | SEASON/YEAR: 2-SPRING 2019 | | | |
| | SUB-SEASON: 20-SPRING | | | |
| I 2OF 5/CARTON UPC: 00191060027288 | CAT/SUB-CAT: 48/03 | | | |
| STYLE: WC9LS53203PT | TRADEMARK: NONE | SEARS DIV | SEARS ITEM | SEARS SKU |
| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A | 616 | 47062 | |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | | | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $90.93 | 16 | 16 | $509.60 |
| $31.850 | $31.850 | | | | |

| | KGS: 1.588 | CBM: 0.020648 | AST PER INNER | 1 |
|---|---|---|---|---|
| PER CARTON | LBS: 3.500 | CU. FT.: 0.729 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 14.0" X H 4.5" | | CASEPACK | | |

QUOTA CAT#:  348, RNONE                                          CASE #            FACTORY            EXPORTER

SPECIAL TRADE INDICATOR:                                         ANTI-DUMPING:

                                                                 COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)/(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2016 | 25-DEC-2018 | 22-FEB-2019 | A | 6 | 6 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2016 | 01-JAN-2019 | 01-MAR-2019 | A | 10 | 10 | L |

DETAIL DESCRIPTION-

STYLE NAME: WC9LS53203PT
DESCRIPTION : LADIES WOVEN SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAISTBAND AND POCKETS
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
HANGER 6012B

OPC:            7

SEARS ROEBUCK & CO.  **P U R C H A S E   O R D E R**  Page : 12

| ORDER DATE : 05-SEP-2018 | ORDER NO : SI6703 | SG1  STEVEN GREENBERG |
|---|---|---|

**DESCRIPTION**

| | | |
|---|---|---|
| ITEM CODE: 460011188638 | SEASON/YEAR: 2-SPRING 2019 | SHEETING C OLIVE NIGHT |
| | SUB-SEASON: 20-SPRING | |
| I 2OF 5/CARTON UPC: 00191080027295 | CAT/SUB-CAT: 48/03 | |
| STYLE: WC9LS53203PT | TRADEMARK: NONE | SEARS DIV  SEARS ITEM  SEARS SKU |
| BRAND NAME: LAURA SCOTT | COPYRIGHT REG. NO.: N/A | 616  47063 |
| INTL COMMODY CODE: GDSM | MLTP CARTON IND: 001 | |

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $77.94 | 42 | 42 | $1,146.60 |
| $27.300 | $27.300 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| PER CARTON | KGS: 1.497 | CBM: 0.018353 | AST PER INNER | 1 |
| | LBS: 3.300 | CU. FT.: 0.648 | INNERS PER OUTER CARTON | 1 |
| OUTER CARTON DIMENSIONS | | PACKING INSTRUCTION: | AST PER MASTER SHIPPING CTN | 1 |
| L 20.0" X W 14.0" X H 4.0" | | CASEPACK | |

QUOTA CAT#: 348, RNONE  CASE #  FACTORY  EXPORTER

SPECIAL TRADE INDICATOR:  ANTI-DUMPING:

COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 6 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (PO)#(SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 33 | 33 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 9 | 9 | L |

DETAIL DESCRIPTION-

STYLE NAME: WC9LS53203PT
DESCRIPTION : LADIES WOVEN SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAISTBAND AND POCKETS
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
HANGER 6012B

OPC:  6

SEARS ROEBUCK & CO.                                    **P U R C H A S E   O R D E R**                                    Page : 13

| ORDER DATE :  05-SEP-2018 | ORDER NO :  SI6703 | SG1  STEVEN GREENBERG |
|---|---|---|

**DESCRIPTION**

SHEETING C OLIVE NIGHT

ITEM CODE:  480011188646
SEASON/YEAR:  2-SPRING 2019
SUB-SEASON:  20-SPRING

I 2OF 5/CARTON UPC:  00191060027301
CAT/SUB-CAT:  49/03

STYLE:  WC9LS53203PT
TRADEMARK:  NONE

| | SEARS DIV | SEARS ITEM | SEARS SKU |
|---|---|---|---|
| BRAND NAME:  LAURA SCOTT | | | |

COPYRIGHT REG. NO.:  N/A                616                  ' 47063

INTL COMMODY CODE:  GDSM
MLTP CARTON IND:  001

| FOB PRICE | | SELL PRICE | TOTAL CARTONS | TOTAL AST | TOTAL COST OF ITEM |
|---|---|---|---|---|---|
| PER AST | PER CARTON | $90.93 | 29 | 29 | $923.65 |
| $31.850 | $31.850 | | | | |

| PER CARTON | KGS: | 1.588 | CBM: | 0.020648 | AST PER INNER | 1 |
|---|---|---|---|---|---|---|
| | LBS: | 3.500 | CU. FT.: | 0.729 | INNERS PER OUTER CARTON | 1 |

OUTER CARTON DIMENSIONS                PACKING INSTRUCTION:                AST PER MASTER SHIPPING CTN   1
   L 20.0" X W 14.0" X H 4.5"                   CASEPACK

QUOTA CAT#:  348, RNONE                                    CASE #                FACTORY                EXPORTER

SPECIAL TRADE INDICATOR:                         ANTI-DUMPING:

                                                COUNTERVAILING:

ADDITIONAL INFO:

PACKING INSTRUCTIONS:

HANGER PACK OF 7 PCS

| SHIPPING SCHEDULE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| REFERENCE (POI/SEQ) | DISCHARGE POINT | FINAL DEST. (DC) | TRANS MODE | ORIGINAL SHIP DATE | REVISED SHIP DATE | IN-STORE DATE | FLOW INDICATOR | CARTONS | QUANTITY (AST) | PAY TYPE |
| 801 | PCD | PCD | Ocean | 18-DEC-2018 | 25-DEC-2018 | 22-FEB-2019 | A | 6 | 6 | L |
| 802 | PCD | PCD | Ocean | 25-DEC-2018 | 01-JAN-2019 | 01-MAR-2019 | A | 23 | 23 | L |

DETAIL DESCRIPTION-

STYLE NAME: WC9LS53203PT
DESCRIPTION : LADIES WOVEN SHEETING CROP PANTS
DETAILS OF THE GARMENT- 2 PATCH POCKETS IN THE FRONT, FAKE FLY IN FRONT
ELASTICATED WAISTBAND AND POCKETS
BODY LENGTH- FROM WAISTBAND TO BELOW THE KNEE
COUNTRY OF ORGIN (FABRIC) - INDIA
COUNTRY OF CUTTING AND GARMENT ASSEMBLY -INDIA
FABRIC CONTENT -100 COTTON // 100% WOVEN
HANGER 6012B

OPC:              7

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                                   Page : 14

| ORDER DATE : 05-SEP-2018        ORDER NO : SI6703 | SG1  STEVEN GREENBERG |

ITEM CODE:  480011146974

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1114692-5 | | | | | | 47061-0 19 | | | | COTTON | 100% | |
| 1114693-3 | | | | | | 47061-0 49 | | | | COTTON | 100% | |
| 1114694-1 | | | | | | 47061-0 64 | | | | COTTON | 100% | |
| 1114695-8 | | | | | | 47061-0 -70 | | | | COTTON | 100% | |

ITEM CODE:  480011145687

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1114563-8 | | | | | | 47060-0 19 | | | | COTTON | 100% | |
| 1114565-3 | | | | | | 47060-0 49 | | | | COTTON | 100% | |
| 1114566-1 | | | | | | 47060-0 64 | | | | COTTON | 100% | |
| 1114567-9 | | | | | | 47060-0 70 | | | | COTTON | 100% | |

ITEM CODE:  480011147600

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1114699-0 | | | | | | 47062-0 19 | | | | COTTON | 100% | |
| 1114756-8 | | | | | | 47062-0 49 | | | | COTTON | 100% | |
| 1114757-6 | | | | | | 47062-0 64 | | | | COTTON | 100% | |
| 1114758-4 | | | | | | 47062-0 70 | | | | COTTON | 100% | |

ITEM CODE:  480011147675

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1114762-6 | | | | | | 47063-0 19 | | | | COTTON | 100% | |
| 1114763-4 | | | | | | 47063-0 49 | | | | COTTON | 100% | |
| 1114765-9 | | | | | | 47063-0 64 | | | | COTTON | 100% | |
| 1114766-7 | | | | | | 47063-0 70 | | | | COTTON | 100% | |

ITEM CODE:  480011187283

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1114563-8 | | | | | | 47060-0 19 | | | | COTTON | 100% | |
| 1114565-3 | | | | | | 47060-0 49 | | | | COTTON | 100% | |
| 1114566-1 | | | | | | 47060-0 64 | | | | COTTON | 100% | |
| 1114567-9 | | | | | | 47060-0 70 | | | | COTTON | 100% | |

ITEM CODE:  480011188646

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1114762-6 | | | | | | 47063-0 19 | | | | COTTON | 100% | |
| 1114763-4 | | | | | | 47063-0 49 | | | | COTTON | 100% | |
| 1114765-9 | | | | | | 47063-0 64 | | | | COTTON | 100% | |
| 1114766-7 | | | | | | 47063-0 70 | | | | COTTON | 100% | |

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                    Page : 15

| ORDER DATE : 05-SEP-2018 | ORDER NO : SI6703 | SG1  STEVEN GREENBERG |
|---|---|---|

**ITEM CODE:** 480011187713

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1114563-8 | | | | | | 47060-0 19 | | | | COTTON | 100% | |
| 1114565-3 | | | | | | 47060-0 49 | | | | COTTON | 100% | |
| 1114566-1 | | | | | | 47060-0 64 | | | | COTTON | 100% | |
| 1114567-9 | | | | | | 47060-0 70 | | | | COTTON | 100% | |

**ITEM CODE:** 480011187721

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1114692-5 | | | | | | 47061-0 19 | | | | COTTON | 100% | |
| 1114693-3 | | | | | | 47061-0 49 | | | | COTTON | 100% | |
| 1114694-1 | | | | | | 47061-0 64 | | | | COTTON | 100% | |
| 1114695-8 | | | | | | 47061-0 70 | | | | COTTON | 100% | |

**ITEM CODE:** 480011188604

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1114692-5 | | | | | | 47061-0 19 | | | | COTTON | 100% | |
| 1114693-3 | | | | | | 47061-0 49 | | | | COTTON | 100% | |
| 1114694-1 | | | | | | 47061-0 64 | | | | COTTON | 100% | |
| 1114695-8 | | | | | | 47061-0 70 | | | | COTTON | 100% | |

**ITEM CODE:** 480011188612

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1114699-0 | | | | | | 47062-0 19 | | | | COTTON | 100% | |
| 1114756-8 | | | | | | 47062-0 49 | | | | COTTON | 100% | |
| 1114757-6 | | | | | | 47062-0 64 | | | | COTTON | 100% | |
| 1114758-4 | | | | | | 47062-0 70 | | | | COTTON | 100% | |

**ITEM CODE:** 480011188620

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1114699-0 | | | | | | 47062-0 19 | | | | COTTON | 100% | |
| 1114756-8 | | | | | | 47062-0 49 | | | | COTTON | 100% | |
| 1114757-6 | | | | | | 47062-0 64 | | | | COTTON | 100% | |
| 1114758-4 | | | | | | 47062-0 70 | | | | COTTON | 100% | |

**ITEM CODE:** 480011188638

| SUB - ITEM | HANGER | MAIN LABEL | SIZE STRIP | HANGTAG | STITCH SPECS | ITEM-SKU | LOGO | VENDOR MODEL | RN CODE | MATERIAL CODE | PCT | CARE INSTRUCTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1114762-6 | | | | | | 47063-0 19 | | | | COTTON | 100% | |
| 1114763-4 | | | | | | 47063-0 49 | | | | COTTON | 100% | |
| 1114765-9 | | | | | | 47063-0 64 | | | | COTTON | 100% | |
| 1114766-7 | | | | | | 47063-0 70 | | | | COTTON | 100% | |

SEARS ROEBUCK & CO.                    **P U R C H A S E   O R D E R**                    Page : 16

| ORDER DATE : 05-SEP-2018 | ORDER NO : SI6703 | | SG1  STEVEN GREENBERG |
|---|---|---|---|

**ITEM CODE: 480011146974**          **ITEM:** SHEETING C MARITIME BLUE

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEETING C S PETITE-MARIT | 1114692-5 | MARITIME BLUE | S PETITE | 1 | 4.550 | 12.99 | 191060022351 |
| SUB KSN DESC: SHEETING C M PETITE-MARIT | 1114693-3 | MARITIME BLUE | M PETITE | 2 | 4.550 | 12.99 | 191060022368 |
| SUB KSN DESC: SHEETING C L PETITE-MARIT | 1114694-1 | MARITIME BLUE | L PETITE | 2 | 4.550 | 12.99 | 191060022375 |
| SUB KSN DESC: SHEETING C XL PETITE-MARI | 1114695-8 | MARITIME BLUE | XL PETITE | 1 | 4.550 | 12.99 | 191060022382 |
| | | TOTAL | | 6 | 27.300 | 77.94 | |

**ITEM CODE: 480011145687**          **ITEM:** SHEETING C BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEETING C S PETITE-BLACK | 1114563-8 | BLACK ONYX | S PETITE | 1 | 4.550 | 12.99 | 191060022283 |
| SUB KSN DESC: SHEETING C M PETITE-BLACK | 1114565-3 | BLACK ONYX | M PETITE | 2 | 4.550 | 12.99 | 191060022290 |
| SUB KSN DESC: SHEETING C L PETITE-BLACK | 1114566-1 | BLACK ONYX | L PETITE | 2 | 4.550 | 12.99 | 191060022306 |
| SUB KSN DESC: SHEETING C XL PETITE-BLAC | 1114567-9 | BLACK ONYX | XL PETITE | 1 | 4.550 | 12.99 | 191060022313 |
| | | TOTAL | | 6 | 27.300 | 77.94 | |

**ITEM CODE: 480011147600**          **ITEM:** SHEETING C PERFECT KHAKI

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEETING C S PETITE-PERFE | 1114699-0 | PERFECT KHAKI | S PETITE | 1 | 4.550 | 12.99 | 191060022429 |
| SUB KSN DESC: SHEETING C M PETITE-PERFE | 1114756-8 | PERFECT KHAKI | M PETITE | 2 | 4.550 | 12.99 | 191060022436 |
| SUB KSN DESC: SHEETING C L PETITE-PERFE | 1114757-6 | PERFECT KHAKI | L PETITE | 2 | 4.550 | 12.99 | 191060022443 |
| SUB KSN DESC: SHEETING C XL PETITE-PERF | 1114758-4 | PERFECT KHAKI | XL PETITE | 1 | 4.550 | 12.99 | 191060022450 |
| | | TOTAL | | 6 | 27.300 | 77.94 | |

**ITEM CODE: 480011147875**          **ITEM:** SHEETING C OLIVE NIGHT

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEETING C S PETITE-OLIVE | 1114762-6 | OLIVE NIGHT | S PETITE | 1 | 4.550 | 12.99 | 191060022498 |
| SUB KSN DESC: SHEETING C M PETITE-OLIVE | 1114763-4 | OLIVE NIGHT | M PETITE | 2 | 4.550 | 12.99 | 191060022504 |
| SUB KSN DESC: SHEETING C L PETITE-OLIVE | 1114765-9 | OLIVE NIGHT | L PETITE | 2 | 4.550 | 12.99 | 191060022511 |
| SUB KSN DESC: SHEETING C XL PETITE-OLIV | 1114766-7 | OLIVE NIGHT | XL PETITE | 1 | 4.550 | 12.99 | 191060022528 |
| | | TOTAL | | 6 | 27.300 | 77.94 | |

**ITEM CODE: 480011187283**          **ITEM:** SHEETING C BLACK ONYX

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEETING C S PETITE-BLACK | 1114563-8 | BLACK ONYX | S PETITE | 1 | 4.550 | 12.99 | 191060022283 |
| SUB KSN DESC: SHEETING C M PETITE-BLACK | 1114565-3 | BLACK ONYX | M PETITE | 2 | 4.550 | 12.99 | 191060022290 |
| SUB KSN DESC: SHEETING C L PETITE-BLACK | 1114566-1 | BLACK ONYX | L PETITE | 2 | 4.550 | 12.99 | 191060022306 |
| SUB KSN DESC: SHEETING C XL PETITE-BLAC | 1114567-9 | BLACK ONYX | XL PETITE | 2 | 4.550 | 12.99 | 191060022313 |
| | | TOTAL | | 7 | 31.850 | 90.93 | |

**ITEM CODE: 480011188646**          **ITEM:** SHEETING C OLIVE NIGHT

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEETING C S PETITE-OLIVE | 1114762-6 | OLIVE NIGHT | S PETITE | 3 | 4.550 | 12.99 | 191060022498 |
| SUB KSN DESC: SHEETING C M PETITE-OLIVE | 1114763-4 | OLIVE NIGHT | M PETITE | 2 | 4.550 | 12.99 | 191060022504 |
| SUB KSN DESC: SHEETING C L PETITE-OLIVE | 1114765-9 | OLIVE NIGHT | L PETITE | 1 | 4.550 | 12.99 | 191060022511 |
| SUB KSN DESC: SHEETING C XL PETITE-OLIV | 1114766-7 | OLIVE NIGHT | XL PETITE | 1 | 4.550 | 12.99 | 191060022528 |
| | | TOTAL | | 7 | 31.850 | 90.93 | |

SEARS ROEBUCK & CO.                                      **P U R C H A S E   O R D E R**                                      Page : 17

| ORDER DATE :  05-SEP-2018 | ORDER NO :  SI6703 | | SG1  STEVEN GREENBERG |
|---|---|---|---|

**ITEM CODE: 480011187713**     **ITEM: SHEETING C BLACK ONYX**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEETING C S PETITE-BLACK | 1114563-8 | BLACK ONYX | S PETITE | 3 | 4.550 | 12.99 | 191060022283 |
| SUB KSN DESC: SHEETING C M PETITE-BLACK | 1114565-3 | BLACK ONYX | M PETITE | 2 | 4.550 | 12.99 | 191060022290 |
| SUB KSN DESC: SHEETING C L PETITE-BLACK | 1114566-1 | BLACK ONYX | L PETITE | 1 | 4.550 | 12.99 | 191060022306 |
| SUB KSN DESC: SHEETING C XL PETITE-BLAC | 1114567-9 | BLACK ONYX | XL PETITE | 1 | 4.550 | 12.99 | 191060022313 |
| | | TOTAL | | 7 | 31.850 | 90.93 | |

**ITEM CODE: 480011187721**     **ITEM: SHEETING C MARITIME BLUE**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEETING C S PETITE-MARIT | 1114692-5 | MARITIME BLUE | S PETITE | 1 | 4.550 | 12.99 | 191060022351 |
| SUB KSN DESC: SHEETING C M PETITE-MARIT | 1114693-3 | MARITIME BLUE | M PETITE | 2 | 4.550 | 12.99 | 191060022368 |
| SUB KSN DESC: SHEETING C L PETITE-MARIT | 1114694-1 | MARITIME BLUE | L PETITE | 2 | 4.550 | 12.99 | 191060022375 |
| SUB KSN DESC: SHEETING C XL PETITE-MARI | 1114695-8 | MARITIME BLUE | XL PETITE | 2 | 4.550 | 12.99 | 191060022382 |
| | | TOTAL | | 7 | 31.850 | 90.93 | |

**ITEM CODE: 480011188604**     **ITEM: SHEETING C MARITIME BLUE**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEETING C S PETITE-MARIT | 1114692-5 | MARITIME BLUE | S PETITE | 3 | 4.550 | 12.99 | 191060022351 |
| SUB KSN DESC: SHEETING C M PETITE-MARIT | 1114693-3 | MARITIME BLUE | M PETITE | 2 | 4.550 | 12.99 | 191060022368 |
| SUB KSN DESC: SHEETING C L PETITE-MARIT | 1114694-1 | MARITIME BLUE | L PETITE | 1 | 4.550 | 12.99 | 191060022375 |
| SUB KSN DESC: SHEETING C XL PETITE-MARI | 1114695-8 | MARITIME BLUE | XL PETITE | 1 | 4.550 | 12.99 | 191060022382 |
| | | TOTAL | | 7 | 31.850 | 90.93 | |

**ITEM CODE: 480011188612**     **ITEM: SHEETING C PERFECT KHAKI**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEETING C S PETITE-PERFE | 1114699-0 | PERFECT KHAKI | S PETITE | 1 | 4.550 | 12.99 | 191060022429 |
| SUB KSN DESC: SHEETING C M PETITE-PERFE | 1114756-8 | PERFECT KHAKI | M PETITE | 2 | 4.550 | 12.99 | 191060022436 |
| SUB KSN DESC: SHEETING C L PETITE-PERFE | 1114757-6 | PERFECT KHAKI | L PETITE | 2 | 4.550 | 12.99 | 191060022443 |
| SUB KSN DESC: SHEETING C XL PETITE-PERF | 1114758-4 | PERFECT KHAKI | XL PETITE | 2 | 4.550 | 12.99 | 191060022450 |
| | | TOTAL | | 7 | 31.850 | 90.93 | |

**ITEM CODE: 480011188620**     **ITEM: SHEETING C PERFECT KHAKI**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEETING C S PETITE-PERFE | 1114699-0 | PERFECT KHAKI | S PETITE | 3 | 4.550 | 12.99 | 191060022429 |
| SUB KSN DESC: SHEETING C M PETITE-PERFE | 1114756-8 | PERFECT KHAKI | M PETITE | 2 | 4.550 | 12.99 | 191060022436 |
| SUB KSN DESC: SHEETING C L PETITE-PERFE | 1114757-6 | PERFECT KHAKI | L PETITE | 1 | 4.550 | 12.99 | 191060022443 |
| SUB KSN DESC: SHEETING C XL PETITE-PERF | 1114758-4 | PERFECT KHAKI | XL PETITE | 1 | 4.550 | 12.99 | 191060022450 |
| | | TOTAL | | 7 | 31.850 | 90.93 | |

**ITEM CODE: 480011188638**     **ITEM: SHEETING C OLIVE NIGHT**

| SUB-ITEM DESCRIPTION | SKU | COLOR | SIZE | QTY | FOB | SELL PRICE | UPC# |
|---|---|---|---|---|---|---|---|
| SUB KSN DESC: SHEETING C S PETITE-OLIVE | 1114762-6 | OLIVE NIGHT | S PETITE | 1 | 4.550 | 12.99 | 191060022498 |
| SUB KSN DESC: SHEETING C M PETITE-OLIVE | 1114763-4 | OLIVE NIGHT | M PETITE | 2 | 4.550 | 12.99 | 191060022504 |
| SUB KSN DESC: SHEETING C L PETITE-OLIVE | 1114765-9 | OLIVE NIGHT | L PETITE | 1 | 4.550 | 12.99 | 191060022511 |
| SUB KSN DESC: SHEETING C XL PETITE-OLIV | 1114766-7 | OLIVE NIGHT | XL PETITE | 2 | 4.550 | 12.99 | 191060022528 |
| | | TOTAL | | 6 | 27.300 | 77.94 | |

SEARS ROEBUCK & CO.

**P U R C H A S E   O R D E R**

Page : 18

| ORDER DATE :  05-SEP-2018 | ORDER NO :  SI6703 | SG1  STEVEN GREENBERG |
|---|---|---|

<u>ADDITIONAL CONDITIONS</u>

**FOR ITEM 480011145687**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 480011146974**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 480011147600**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 480011147675**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 480011187283**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 480011187713**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 480011187721**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.

SEARS ROEBUCK & CO.

**PURCHASE ORDER**

Page : 19

| ORDER DATE : 05-SEP-2018 | ORDER NO : SI6703 | SG1  STEVEN GREENBERG |
|---|---|---|

All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 480011188604**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 480011188612**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 480011188620**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 480011188638**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

**FOR ITEM 480011188646**
COMMERCIAL INVOICE THAT INCLUDES REUSABLE HANGER NUMBER, COST AND QUANTITY
(OF HANGER) BE INCLUDED IN THE SHIPPING DOCUMENT PACKAGE.
All contracts that are shipped with a plastic reusable hanger.
Reusable hanger numbers and cost are provided by the hanger manufacturer
to the SHC Global Packaging Manager and SHC Customs.

VENDOR PAID ORIGIN CHARGES SUMMARY TO THE BL LEVEL REQUIRED

TRANSFERABLE

PRODUCT LIABILITY INSURANCE CERTIFICATE REQUIRED COVERING ALL SHIP DATES

SEARS ROEBUCK & CO.                                    **P U R C H A S E   O R D E R**                                                      Page : 20

| ORDER DATE :  05-SEP-2018 | ORDER NO :  SI6703 | SG1  STEVEN GREENBERG |
|---|---|---|

VENDOR, AS DEFINED IN THE FIELD(S) ABOVE CALLED "VENDOR", AND SEARS HOLDINGS
MANAGEMENT CORPORATION("SHMC"),SINGLE IMPORTER OF RECORD SERVING AS AGENT FOR---
KMART CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, "KMART"), SEARS BRANDS
MANAGEMENT CORPORATION (TOGETHER WITH ITS SUBSIDIARIES, CONTRACTED SHIP DATE
"SEARS BRANDS"),SEARS,ROEBUCK AND CO.(TOGETHER WITH ITS SUBSIDIARIESO ACCEPT THE
"SEARS") AND ALL OTHER SUBSIDIARIES OF SEARS HOLDINGS CORPORATION (TOGETHER
WITH SHMC, KMART, SEARS BRANDS AND SEARS, "COMPANY").DUE HEREBY AGREE THAT THIS
PURCHASE ORDER ("ORDER") SHALL BE GOVERNED BY THE FOLLOWING TERMS AND CONDITION:
-

---------------------------------------------
UNTIMELY DELIVERY RECOURSE:
DELIVERY BY VENDOR SHALL NOT BE MADE ANY EARLIER
THAN FIVE (5) CALENDAR DAYS PRIOR TO THE APPLICABLE SHIP DATE. GOODS DELIVERED
AFTER THE CONTRACTED SHIP DATE WILL ONLY BE ACCEPTED BY COMPANY IF VENDOR
HAS OBTAINED THE REQUIRED APPROVAL OF THE RELEVANT COMPANY BUYER/SOURCING- INTL
MANAGER. AS RECOURSE FOR LATE DELIVERY,THE COMPANY BUYER/SOURCING MANAGER MAY
CHOOSE 1)TO CANCEL THE ORDER 2) REQUIRE THE VENDOR TO DELIVER THE MERCHANDISE
TO COMPANY'S DESIGNATED FORWARDER FOR SHIPMENT VIA AIR FREIGHT CARRIAGE
PAID TO (CPT) COMPANY'S DESIGNATED DESTINATION AT THE VENDOR'S EXPENSE OR
3) ACCEPT THE LATE SHIPMENT WITH CHARGES ASSESSED AS FOLLOWS:
- 1 TO 3 DAYS LATE =1% OF SHIPMENT COST
- 4 TO 5 DAYS LATE =3% OF SHIPMENT COST
- 6 OR MORE DAYS LATE =5% OF SHIPMENT COST
THE REMEDIES SET FORTH ABOVE ARE CUMULATIVE AND IN ADDITION TO ANY OTHER
REMEDIES AVAILABLE TO COMPANY UNDER THE UNIVERSAL TERMS AND CONDITIONS EXECUTED
BY VENDOR,AS WELL AS REMEDIES SET FORTH IN THE SEARS HOLDINGS INTERNATIONAL
VENDOR INFORMATION GUIDE OR OTHERWISE AT LAW OR IN EQUITY.IN THE EVENT OF ANY
CONFLICT OR INCONSISTENCY BETWEEN THESE REMEDIES AND THOSE IN ANY OTHER
AGREEMENT BETWEEN COMPANY AND VENDOR,THE REMEDIES SET
FORTH IN THIS ORDER SHALL PREVAIL.
---------------------------------------------

ANTIDUMPING CLAUSE:
---------------------------------------------
VENDOR REPRESENTS AND WARRANTS THAT ALL SALES OF MERCHANDISE TO COMPANY SHALL BE
MADE AT NO LESS THAN FAIR VALUE UNDER LAW THE U.S. ANTIDUMPING LAW AND THAT NO
GOVERNMENT HAS PROVIDED A COUNTERVAILABLE SUBSIDIY FOR MERCHANDISE ACTIONABLE
UNDER U.S. LAW.VENDER SHALL INDEMNIFY COMPANY FOR: 1) ALL ANTIDUMPING AND/OR
COUNTERVAILING DUTIES IMPOSED ON ALL MERCHANDISE THAT IS SOLD PRIOR TO THE DATE
OF PUBLICATION BY THE INTERNATIONAL TRADE ADMINISTRATION OF ANY ANTIDUMPING DUTY
ORDER OR OF ANY COUNTERVAILING DUTY ORDER,AND EXPORTED BEFORE THE DATE OF
PUBLICATION OF THE INTERNATIONAL TRADE ADMINISTRATION'S FINAL DETERMINATION OF
SALES AT LESS THAN FAIR VALUE OR FINAL DETERMINATION OF THE EXISTENCE OF
COUNTERVAILABLE SUBSIDIES AND (2) ANY EXPENSES (INCLUDING REASONABLE ATTORNEY'S
FEES) AND ADMINISTRATIVE COSTS INCURRED BY COMPANY IN ITS PARTICIPATION IN ANY
U.S. ANTIDUMPING OR COUNTERVAILABLE DUTY PROCEEDING INVOLVING ANYF
WARRANTED MERCHANDISE.
---------------------------------------------
---------------------------------------------
---------------------------------------------
---------------------------------------------

INCREASE IN FREIGHT CHARGES:
THE VENDOR AGREES TO PAY ANY ADDITIONAL CHARGES
RESULTING FROM A 10% OR GREATER INCREASE IN CUBIC MEASUREMENT OR GROSS WEIGHTS
OF THE MASTER CARTONS THAT AFFECTS ADDITIONAL OCEAN FREIGHT AND OVERLAND
FREIGHT CHARGES TO COMPANY.
---------------------------------------------
LABEL APPROVALS:
ABSOLUTELY NO LABELS, STAMPS,STICKERS,OR HANG TAGS ARE TO BE AFFIXED TO,PRINTED
ON OR INSERTED IN ANY PRODUCT,ANY INNER OR OUTER CARTON, OR
ANY PACKAGING UNLESS REVIEWED AND PRE-APPROVED IN WRITING BY COMPANY AUTHORIZED
PERSONNEL OR AGENT(S).

SEARS ROEBUCK & CO.                                **P U R C H A S E   O R D E R**                                Page : 21

| ORDER DATE :  05-SEP-2018 | ORDER NO :  SI6703 | SG1  STEVEN GREENBERG |
|---|---|---|

QUANTITY DISCREPANCIES:
OVERAGES:ANY SELLER'S SHIPMENT TO SHMC RESULTING FROM THIS
PURCHASE ORDER (HERAFTER "PO", CONTAINING MERCHANDISE EXCEEDING THE
AMOUNT SHOWN ON THIS PO(HEREAFTER REFERRED TO AS "EXCESS MERCHANDISE")WILL BE
ACCEPTED OR REJECTED BY SHMC PURSUANT TO THE SAME AGREEMENT(S) AND/OR CRITERIA
AS IF THE MERCHANDISE WAS SHIPPED IN THE QUANTITY IN THE TERMS OF THIS PO
(HEREAFTER REFERRED TO AS "ORDERED MERCHANDISE"). SHMC HAS SOLE DISCRETION TO
ACCEPT OR REJECT THE ORDERED MERCHANDISE.
BOTH SELLER AND SHMC AGREE THAT IN THE EVENT THIS
PO CONTAINS EXCESS MERCHANDISE, THE PER PIECE PRICE TO BE PAID BY
SHMC TO SELLER FOR ORDERED MERCHANDISE, AS PER THIS PO WILL BE AUTOMATICALLY
REDUCED SUCH THAT THE ACTUAL NUMBER OF PIECES SHIPPED(INCLUSIVE OF THE EXCESS
MERCHANDISE AND THE ORDERED MERCHANDISE)MULTIPLIED BY THE REDUCED PER PIECE
PRICE WILL EQUAL THE TOTAL FOB VALUE OF THE ORDERED MERCHANDISE AGREED UPON BY
BY THE PARTIES AS REFLECTED IN THE PO.
--------------------------------------------------------------------
THE ABOVE DESCRIBED AUTOMATED ADJUSTMENT IN THE PRICE PER PIECE,WHEREVER
RELEVANT,IS ACCEPTED BY THE PARTIES AND REFLECTS THE COMPLETE UNDERSTANDING OF
THE PARTIES RELATED TO THE AGREED UPON PAYMENT AMOUNT DUE BY SHMC
TO SELLER FOR MERCHANDISE RECEIVED IN EXCESS OF THAT INDICATED BY THIS PO.
--------------------------------------------------------------
SHORTAGES:ANY SHIPMENT RESULTING FROM THIS ORDER CONTAINING MERCHANDISE LESS
THAN THE AMOUNT CALLED FOR BY THIS ORDER ("SHORTAGE")VIOLATES THE VENDOR'S
OBLIGATION HEREIN. AS A REMEDY,COMPANY RESERVES THE RIGHT TO INITIATE A VENDOR
CLAIM FOR THE VALUE OF SUCH SHORTAGE,THEREBY REDUCING THE TOTAL AGREED UPON
PRICE PAID OR PAYABLE BY COMPANY TO VENDOR PURSUANT TO THIS ORDER BY THE VALUE .

**UPS Supply Chain Solutions** 

OTI License No. 275F

**UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | BOOKING NO. | CARGO RECEIPT NO. |
|---|---|---|
| GOKALDAS EXPORTS | 967415054 | 7796732075 |
| (A DIVISION OF GOKALDAS EXPORTS LTD) | EXPORT REFERENCES | DATE OF RECEIPT OF CARGO |
| NO.16/2, RESIDENCY ROAD, | AWB 7796732075 | 24-DEC-2018 |
| BANGALORE -560025 INDIA | CUST PO NO:SI6703-801 | |
| | CUST INV NO:201824176233 | |

| CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | |
|---|---|
| SEARS, ROEBUCK AND CO. | **THIS IS NOT A DOCUMENT OF TITLE** |
| 3333 BEVERLY ROAD | **UPS SUPPLY CHAIN SOLUTIONS, INC.** |
| HOFFMAN ESTATES, IL 60179 USA | Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared. |

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) | |
|---|---|
| UPS SUPPLY CHAIN SOLUTIONS | |
| 19701 HAMILTON AVENUE, SUITE 250 | |
| TORRANCE, CA 90502 | Declared Value is: _____ |
| PH:(310)404-2792 FAX:(310)404-2962 | |
| ATTN: MARY ELLEN WRATSCHKO | |

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER | EXPORT LICENSE NO. |
|---|---|---|
| | NHAVA SHEVA, INDIA | |

| EXPORT CARRIER (VESSEL/VOW/FLAG) | PORT OF LADING | |
|---|---|---|
| MAERSK DETROIT 1902 | NHAVA SHEVA, INDIA | |

| PORT OF DISCHARGE | PORT OF DELIVERY BY ON CARRIER | NO OF ORIGINALS |
|---|---|---|
| NEWARK | CHAMBERSBURG, PA | 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CTRNO:<br>MRKU1014532<br>SEALCODE1:<br>MLIN2908967<br>MARKS & NO:<br>USA<br>01-886<br>886<br>CTNS<br><br>FREIGHT COLLECT<br>CY/DOOR | 1 | 40' STANDARD CONTAINER 886 CARTON<br>SAID TO CONTAIN 886 CARTON<br>100% COTTON  WOVEN WOMENS PANTS<br>SHEETING C BLACK ONYX, SHEETING C MARITIME GOLD,<br>SHEETING C PERFECT KHAKI, SHEETING C OLIVE NIGHT<br>GT INV NO:201824176233<br>INV NO : GE/87735/18-19  DT. 07.12.2018<br>PO NO :SI6703<br>REF # 801<br>DIV:4<br>DEPT NO:007<br>TOTAL QTY:5467 PCS<br>STYLE # WC9LS53203PT | 2671.290 KG<br>5889.180 LB | 16.885 M3<br>596.209 F3 |

SHIPPED ON BOARD
3 1 DEC 2018
FOR UPS SCS, MUMBAI
AS AGENT

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

| In accordance with instruction from Buyer, we have received the following documents from Shipper on: | This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.<br>As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC. |
|---|---|

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | 1 |
| PACKING LIST | | 1 |

**For UPS SCS (INDIA) PVT. LTD.**

Issued by  MUMBAI          **AS AGENT**

Month  Jan      Day  02      Year  2019

**UPS Supply Chain Solutions**

(UPS)

**OTI License No. 275F**

**UPS SUPPLY CHAIN SOLUTIONS, INC.
FORWARDER'S CARGO RECEIPT**

| SHIPPER/EXPORTER (COMPLETE NAME AND ADDRESS) | | |
|---|---|---|
| GOKALDAS EXPORTS (A DIVISION OF GOKALDAS EXPORTS LTD) NO.16/2, RESIDENCY ROAD, BANGALORE -560025 INDIA | **BOOKING NO.** 967415054 | **CARGO RECEIPT NO.** 7796732075 |
| | **EXPORT REFERENCES** AWB 7796732075 CUST PO NO:SI6703-801 CUST INV NO:201824176233 | **DATE OF RECEIPT OF CARGO** 24-DEC-2018 |

**CONSIGNEE (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179 USA

**THIS IS NOT A DOCUMENT OF TITLE**

**UPS SUPPLY CHAIN SOLUTIONS, INC.**

Received by UPS SUPPLY CHAIN SOLUTIONS, INC. in external apparent good order and condition from Shipper, the package(s) listed below are said to contain the goods hereinafter described. This receipt is not valid unless verified and signed by an authorized signatory of UPS SUPPLY CHAIN SOLUTIONS. Unless a higher value is declared on this receipt and the extra charge paid, liability is limited to $0.50 per pound of goods lost or damaged. If COGSA governs with the force of law, its limitation, described in paragraph 3 on the reverse hereof, controls unless a higher value is declared.

**Declared Value is:** _____

**NOTIFY PARTY (COMPLETE NAME AND ADDRESS)**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PH:(310)404-2792 FAX:(310)404-2962
ATTN: MARY ELLEN WRATSCHKO

| PRE-CARRIAGE BY | PLACE OF RECEIPT BY PRE-CARRIER NHAVA SHEVA, INDIA | EXPORT LICENSE NO |
|---|---|---|
| EXPORT CARRIER (VESSEL/VOWFLAG) MAERSK DETROIT 1902 | PORT OF LADING NHAVA SHEVA, INDIA | |
| PORT OF DISCHARGE NEWARK | PORT OF DELIVERY BY ON CARRIER CHAMBERSBURG, PA | NO OF ORIGINALS 1/ONE |

**PARTICULARS FURNISHED BY SHIPPER**

| MRKS & NOS/CONTAINER NOS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | LC # 809765 DATED 14.12.2018 NET WT:1740.990KGS HTS/RITC CODE  NO :  6204.620.21 | | |

The DESCRIPTION OF PACKAGES AND GOODS or piece count is for customs' purposes only

In accordance with instruction from Buyer, we have received the following documents from Shipper on:

| Document List | Original | Copy |
|---|---|---|
| COMMERCIAL INVOICE | | 1 |
| PACKING LIST | | 1 |

This shipment will be handled subject to the terms set forth here and on the reverse of the document which are incorporated here by reference. These terms limit or exclude UPS Supply Chain Solutions liability and include certain indemnities to UPS Supply Chain Solutions' benefit.
As Agent for UPS SUPPLY CHAIN SOLUTIONS, INC.

**For UPS SCS (INDIA) PVT. LTD.**

**AS AGENT**

Issued by    MUMBAI

Month    Jan    Day    02    Year    2019