# EXHIBIT D

**From:** Sunaina Kapoor (India) [mailto:Sunaina.Kapoor@searshc.com]
**Sent:** Thursday, March 14, 2019 2:36 PM
**To:** Jayanthi <jayanthi@gokaldasexports.com>; Luthra, Sachin (India) <Sachin.Luthra@searshc.com>
**Cc:** Sathyamurthy A <sathyamurthy.a@gokaldasexports.com>; nagabushan <nagabushan@gokaldasexports.com>; ravisubbaiah <ravisubbaiah@gokaldasexports.com>; jayalakshmi <jayalakshmi@gokaldasexports.com>; Siva Ganapathi <siva.ganapathi@gokaldasexports.com>
**Subject:** RE: Bills falling due on 18th March 2019

Hi Jayanti,

Basis my meeting discussion with finance team on due payments, I would like to update you on payments that are due since, 2/11.

Mainly the payables before 11/Feb is under SHC. So we need to wait for the team in charge of SHC payables to release the payment, which reflects under 'ESTATE'.
The estate of Sears Holdings Corporation is responsible for all outstanding invoices for goods received or services rendered prior to February 11th. We have yet to receive the timeline on the dues to be cleared. We will certainly keep you posted once we get any further update.

| Po | Inv | Paymer | Paymer | ASN Dat | Partner | Duns | Partner | Inv Amt | Paid Da | Paid Am | Sta |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IN44E | 20182415174 | W | | 1/9/2019 | 5783 | 636654 | GOKALDAS | 14106.24 | | | HC |
| IN44E | 20182415174 | W | | 1/9/2019 | 5783 | 636654 | GOKALDAS | 24886.8 | | | HC |
| IN475 | 20182417774 | W | | 1/9/2019 | 5783 | 636654 | GOKALDAS | 15321.6 | | | HC |
| SG6752 | 20182414974 | W | | 1/9/2019 | 8444 | 01000308E | GOKALDAS | 32869.2 | | | HC |
| SI6751 | 20182415274 | W | | 1/9/2019 | 8444 | 01000308E | GOKALDAS | 12801.92 | | | HC |

However, all amount Transform Holdco will honor all invoices for goods received or services rendered on or after February 11, 2019.
Therefore, amt $23845.25, is expected to be paid by 17th May.

| Etd | Billed D | Po | Inv | Paymer | Paymer | ASN Dat | Partner | Duns | Partner | Inv Amt | Pa |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/3/2019 | 2/27/2019 | SH6724 | 20192550274 | W | | 3/6/2019 | 8444 | 01000308E | GOKALDAS | 20177.95 | |
| 3/3/2019 | 2/27/2019 | SJ6835 | 20192574174 | W | | 3/6/2019 | 8444 | 01000308E | GOKALDAS | 1096.55 | |
| 3/3/2019 | 2/27/2019 | SJ6835 | 20192574174 | W | | 3/6/2019 | 8444 | 01000308E | GOKALDAS | 2570.75 | |

Thanks
Best Regards
Sunaina
Merchandising Manager
Kids & Women- Knits/Woven

2