UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                              :
                                                   :     Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,              :
                                                   :     Case No. 18-23538 (RDD)
                                                   :
            Debtors.[1]                            :     (Jointly Administered)
---------------------------------------------------------------x

# AFFIDAVIT OF SERVICE

I, Timothy R. Quinn, depose and say that I am employed by Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: May 6, 2019

Timothy R. Quinn

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 6, 2019, by Timothy R. Quinn, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

CHANEL C PAGAN
Notary Public, State of New York
No. 01PA6339351
Qualified in Bronx County
Commission Expires March 28, 2020

**Exhibit A**

18-23538-shl    Doc 3673    Filed 05/07/19    Entered 05/07/19 14:38:56    Main Document
Pg 3 of 19

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1770 | Mindful LLC<br>17540 Dublin Dr.<br>Granger, IN 46530V | CRG Financial LLC<br>Attn: Robert Axenrod<br>100 Union Avenue<br>Cresskill, NJ 07626 | March 14, 2019 |
| 1786 | Ontel Products Corporation<br>21 Law Drive<br>Fairfield, NJ 07004 | CRG Financial LLC<br>Attn: Robert Axenrod<br>100 Union Avenue<br>Cresskill, NJ 07626 | March 14, 2019 |
| 1788 | Rotary Corporation/desert Extrusion<br>c/o Karen Bowen<br>801 West Barnard Street<br>Glennville, GA 30427<br><br>Rotary Corporation<br>2737 E. Chambers St.<br>Phoenix, AZ 85040 | CRG Financial LLC<br>Attn: Robert Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | March 14, 2019 |
| 1789 | Quintana Quintana Corp.<br>228 Barbosa Ave<br>San Juan, PR 00917-3311<br><br>Quintana Quintana Corp<br>229 Barbosa Ave<br>Hato Rey, PR 00919 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | March 14, 2019 |
| 1790 | Torin Inc.<br>Tom Wang, Vice President Marketing<br>4355 E Brickell St<br>Ontario, CA 91761 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | March 14, 2019 |
| 1791 | The Basket Company<br>PO Box 10593<br>San Juan, PR 00922 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | March 14, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 1792 | Panache International LLC<br>c/o Yaron Shaham, Kahana and Feld LLP<br>3 Hutton Center Drive<br>Suite 685<br>Santa Ana, CA 92707<br><br>Panache International LLC<br>17744 Sky Park Circle Ste 265<br>Irvine, CA 92614 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | March 21, 2019 |
| 2062 | Pace Shave<br>9370 Sky Park Court Suite 100<br>San Diego, CA 92123 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | March 21, 2019 |
| 2145 | iScholar Inc.<br>250 Heartland Blvd.<br>Edgewood, NY 11717 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | March 21, 2019 |
| 2148 | Chesapeake Merchandising Inc<br>4615 B Wedgewood Blvd<br>Frederick, MD 21703 | CRG Financial LLC<br>Attn: Allison R.Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | March 21, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2185 | Casio America, Inc<br>CKR Law LLP<br>Attn: Maura I. Russell, Esq.<br>1330 Avenue of the Americas - 12th Floor<br>New York, NY 10019<br><br>Casio America, Inc<br>Attn: Robert Shapiro<br>Chief of Compliance and Legal Affairs<br>570 Mount Pleasant Avenue<br>Dover, NJ 07801 | Whitebox Multi-Strategy Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | March 21, 2019 |
| 2216 | BST International Fashion Ltd<br>39 Wang Kwong Road<br>Suite 2301B, 23/F, Skyline Tower<br>Kowloon Bay, Hong Kong<br><br>BST International Fashion Ltd<br>c/o Edward L Schnitzer<br>CKR Law LLP<br>1330 Avenue of the Americas, 14th Floor<br>New York, NY 10019 | Hain Capital Investors Master Fund, Ltd<br>Attn: Cheryl Eckstein<br>301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | March 14, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2302 | Allure Gems, LLC<br>Morrison Cohen LLP<br>Attn: Joseph T. Moldovan and Sally Siconolfi<br>909 Third Ave<br>New York, NY 10022<br><br>Allure Gems, LLC<br>Ravi Krishman, CFO<br>1212 Avenue of Americas<br>14th Floor<br>New York, NY 10036 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman and Scott Friedman<br>745 Fifth Avenue, Suite 1604<br>New York, NY 10151 | March 21, 2019 |
| 2485<br>2486 | Gardex<br>C-7, Focal Point, Jalandhar<br>Punjab, India 144004 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | April 5, 2019 |
| 2491 | Atkinson Candy Company<br>PO Box 150220<br>Lufkin, TX 75915<br><br>Atkinson Candy Company<br>Attn: Amanda Lauren Perry<br>Accounts Receivable<br>1608 W Frank Ave<br>Lufkin, TX 75904 | Tannor Partners Credit Fund, LP<br>Attn: Robert Tannor<br>555 Theodore Fremd Avenue, Suite C209<br>Rye, NY 10580 | April 5, 2019 |
| 2492 | Studio 1 Div. of Shazdeh Fashions<br>1450 Broadway, Floor 17<br>New York, NY 10018 | Tannor Partners Credit Fund, LP<br>Attn: Robert Tannor<br>555 Theodore Fremd Avenue, Suite C209<br>Rye, NY 10580 | April 5, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2493 | Waterstone, LLC<br>41180 Raintree Ct.<br>Murrieta, CA 92562 | Tannor Partners Credit Fund, LP<br>Attn: Robert Tannor<br>555 Theodore Fremd Avenue, Suite C209<br>Rye, NY 10580 | April 5, 2019 |
| 2494 | Zebra Pen Corp<br>242 Raritan Center Parkway<br>Edison, NJ 08837 | Tannor Partners Credit Fund, LP<br>Attn: Robert Tannor<br>555 Theodore Fremd Avenue, Suite C209<br>Rye, NY 10580 | April 5, 2019 |
| 2496 | ZG Apparel Group LLC<br>1450 Broadway, Floor 17<br>New York, NY 10018 | Tannor Partners Credit Fund, LP<br>Attn: Robert Tannor<br>555 Theodore Fremd Avenue, Suite C209<br>Rye, NY 10580 | April 5, 2019 |
| 2511 | USPA Accessories LLC dba Concept One Accessories<br>1411 Broadway, 7th Floor<br>New York, NY 10018 | Tannor Partners Credit Fund, LP<br>Attn: Robert Tannor<br>555  Theodore Fremd Avenue, Suite C209<br>Rye, NY 10580 | April 5, 2019 |
| 2522 | Albaad Usa Inc<br>129 Technology Drive South<br>Reidsville, NC 27320 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | April 10, 2019 |
| 2523 | Ameriplus Inc<br>535 S Hercules Ave Ste 201<br>Clearwater, FL 33764 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | April 10, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2524 | Ponce Ice Corp<br>3011 Avenida San Cristobal<br>Coto Laurel, PR 00780 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | April 10, 2019 |
| 2532 | Blue Star Fashion NY Inc<br>254 W. 37th Street, #1802<br>New York, NY 10018<br><br>Blue Star Fashion NY Inc<br>Law Offices of Alexander Fotopoulos<br>Attn: Alex Fotopoulos, Attorney<br>96 Linwood Plaza, Suite 310<br>Fort Lee, NJ 07024 | Hain Capital Investors Master Fund, Ltd<br>Attn: Cheryl Eckstein<br>301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | March 14, 2019 |
| 2557 | Dosis Fragrance LLC<br>250 Passaic St.<br>Newark, NJ 07104 | Tannor Partners Credit Fund, LP<br>Attn: Robert Tannor<br>555 Theodore Fremd Avenue, Suite C209<br>Rye, NY 10580 | April 10, 2019 |
| 2584 | Amturf Enterprises LLC<br>13963 Westside Lane S<br>Jefferson, OR 97352 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | April 10, 2019 |
| 2602<br>2604<br>2606<br>2608<br>2610 | KX Technologies<br>1890 Woodlane Drive<br>Woodbury, MN 55125<br><br>KX Technologies<br>c/o Thompson Coburn LLP<br>Attn: Mark V. Bossi, Esp.<br>One US Bank Plaza<br>St. Louis, MO 63101 | Whitebox Asymmetric Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | April 10, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2603<br>2605<br>2607<br>2609<br>2611 | KX Technologies<br>1890 Woodlane Drive<br>Woodbury, MN 55125<br><br>KX Technologies<br>c/o Thompson Coburn LLP<br>Attn: Mark V. Bossi, Esp.<br>One US Bank Plaza<br>St. Louis, MO 63101 | Whitebox Multi-Strategy Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | April 10, 2019 |
| 2612<br>2613<br>2614<br>2615<br>2616<br>2617 | EcoWater Systems LLC<br>1890 Woodlane Drive<br>Woodbury, MN 55125<br><br>EcoWater Systems LLC<br>Thompson Coburn LLP<br>Attn: Mark V. Bossi, Esp.<br>One US Bank Plaza<br>St. Louis, MO 63101 | Whitebox Multi-Strategy Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | April 11, 2019 |
| 2618<br>2619<br>2620<br>2621<br>2622<br>2623 | EcoWater Systems LLC<br>1890 Woodlane Drive<br>Woodbury, MN 55125<br><br>EcoWater Systems LLC<br>Thompson Coburn LLP<br>Attn: Mark V. Bossi, Esq.<br>One US Bank Plaza<br>St. Louis, MO 63103 | Whitebox Asymmetric Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | April 11, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2624 | Winiadaewoo Electronics America, Inc.<br>65 Challenger Road, #360<br>Ridgefield Park, NJ 07660<br><br>Winiadaewoo Electronics America, Inc,<br>Choi & Park, LLC<br>Attn: Hyun Suk Choi, Esp<br>Counsel for Winiadaewoo Electronics America, Inc.<br>23 South Warren Street, 2nd Floor<br>Trenton, NJ 08608 | Hain Capital Investors Master Fund, Ltd<br>Attn: Cheryl Eckstein<br>301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | March 14, 2019 |
| 2643<br>2644 | Cleva Hong Kong, Ltd.<br>Cleva North America, Inc.<br>Attn: Accounting<br>601 Regent Park Court<br>Greenville, SC 29607 | Olympus Peak Master Fund LP<br>Attn: Leah Silverman / Scott Friedman<br>745 Fifth Avenue, Suite 1604<br>New York, NY 10151 | April 12, 2019 |
| 2653<br>2654<br>2655 | AR North America Inc<br>140 81st Ave NE<br>Fridley, MN 55432 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of Americas, 28th Floor<br>New York, NY 10019 | April 12, 2019 |
| 2684<br>2687 | Trademark Global, LLC<br>7951 West Erie Ave<br>Lorain, OH 44053 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | April 12, 2019 |
| 2685<br>2686 | Trademark Games Inc<br>5401 Baumhart Road<br>Lorain, OH 44053 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | April 12, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2693 | Islander Wholesale<br>P.O. Box 9498<br>Dededo. GU 96912 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | April 12, 2019 |
| 2696 | Reunited, LLC<br>1375 Broadway 22nd Floor<br>New York, NY 10018 | Hain Capital Investors Master Fund, Ltd<br>Attn: Cheryl Eckstein<br>301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | March 14, 2019 |
| 2704 | Van Meter Inc<br>850 32nd Ave SW<br>Cedar Rapids, IA 52404 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | April 15, 2019 |
| 2708 | K7 Design Group<br>155 Girard Street<br>Brooklyn, NY 11235 | Cedar Glade LP<br>Attn: Robert Minkoff<br>660 Madison Ave, 17th Floor<br>New York, NY 10065 | April 16, 2019 |
| 2713 | Water, Inc.<br>704 Kingshill Place<br>Carson, CA 90746 | Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>PO Box 237037<br>New York, NY 10023 | April 15, 2019 |
| 2734 | Topet Usa Inc dba Enrych Pet Products<br>4833 Front St<br>Ste B-501<br>Castle Rock, CO 80104 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | April 15, 2019 |
| 2748 | iStar Jewelry LLC<br>Brach Elchler LLC<br>Attn: Carl J. Soranno, Esp.<br>101 Eisenhower Parkway<br>Roseland, NJ 07068 | Tannor Partners Credit Fund, LP<br>Attn: Robert Tannor<br>555 Theodore Fremd Avenue, Suite C209<br>Rye, NY 10580 | April 15, 2019 |
| 2758 | Anglo American Enterprises Corp<br>403 Kennedy Blvd<br>Somerdale, NJ 08083 | Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>PO Box 237037<br>New York, NY 10023 | April 15, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2772 | B2 Fashions Inc<br>10301 Boul Ray Lawson<br>Anjou, Montreal QC H1J 1L6<br>Canada | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill,, NJ 07626 | April 15, 2019 |
| 2773 | Payco Food Corp<br>PO Box 11219<br>San Juan, PR 00922 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Ave<br>Cresskill, NJ 07626 | April 15, 2019 |
| 2783 | ASW, LLC dba American Landmaster<br>Attn: Christin Huston<br>2499 S 600 E, Suite 102<br>Columbia City, IN 46725 | Tannor Partners Credit Fund, LP<br>Attn: Robert Tannor<br>555 Theodore Fremd Avenue, Suite C209<br>Rye, NY 10580 | April 15, 2019 |
| 2784 | Townley Inc.<br>10 West 33rd Street<br>Suite 418<br>New York, NY 10001 | Tannor Partners Credit Fund, LP<br>Attn: Robert Tannor<br>555 Theodore Fremd Avenue, Suite C209<br>Rye, NY 10580 | April 15, 2019 |
| 2812<br>2813<br>2814<br>2815 | BL Intimate Apparel Canada Inc<br>9500 Rue Meilleur Suite 111<br>Montreal, QC H2N 2B7 Canada | Whitebox Asymmetric Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | April 16, 2019 |
| 2816<br>2817<br>2818<br>2819 | BL Intimate Apparel Canada Inc<br>9500 Rue Meilleur Suite 111<br>Montreal, QC H2N 2B7 Canada | Whitebox Multi-Strategy Partners, LP<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | April 17, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2857 | Rio Sul S.A. de CV<br>Antiguo Camino a la Resurreccion 10610-A<br>Col. Santa Rosa<br>Puebla, C.P. 72228, Mexico<br><br>Rio Sul de S.A. de CV<br>c/o Starfield & Smith, P.C.<br>Attn: Norman E. Greenspan<br>1300 Virginia Drive, Suite 325<br>Fort Washington, PA 19034 | Hain Capital Investors Master Fund, Ltd<br>Attn: Cheryl Eckstein<br>301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | April 16, 2019 |
| 2897<br>2900<br>2902 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | Whitebox Multi-Strategy Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | April 16, 2019 |
| 2899<br>2901<br>2903<br>2909 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | Whitebox Asymmetric Partners, LP<br>Attn: Keith Fischer<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | April 17, 2019 |
| 2904<br>2906<br>2908 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | Whitebox Multi-Strategy Partners, LP<br>Attn: Keith Fischer<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | April 17, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 2905<br>2907<br>2909 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | Whitebox Asymmetric Partners LP<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | April 18, 2019 |
| 2978 | Select Jewelry Inc<br>47-28 37th Street, 3rd Floor<br>Long Island City, NY 11101 | Whitebox Asymmetric Partners LP<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | April 17, 2019 |
| 2979 | Select Jewelry Inc<br>47-28 37th Street, 3rd Floor<br>Long Island City, NY 11101 | Whitebox Multi-Strategy Partners, LP<br>Attn: Keith Fischer<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | April 18, 2019 |
| 2987 | Ellison Bakery LLC<br>PO Box 9087<br>Fort Wayne, IN 46899 | Tannor Partners Credit Fund, LP<br>Attn: Robert Tannor<br>555 Theodore Fremd Avenue, Suite C209<br>Rye, NY 10580 | April 18, 2019 |
| 3000 | Select Jewelry Inc<br>47-28 37th Street, 3rd Floor<br>Long Island City, NY 11101 | Whitebox Asymmetric Partners LP<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | April 17, 2019 |
| 3001 | Select Jewelry Inc<br>47-28 37th Street, 3rd Floor<br>Long Island City, NY 11101 | Whitebox Multi-Strategy Partners, LP<br>Attn: Keith Fischer<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | April 18, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3064 | Range Kleen Mfg, Inc.<br>4240 East Road<br>Lima, OH 45807 | Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC<br>Attn: Brian Brager<br>PO Box 4353<br>Clifton, NJ 07012 | April 18, 2019 |
| 3098<br>3099 | BST International Fashion LTD<br>Suite 2301B, 23/F, Skyline Tower<br>39 Wang Kwong Road<br>Kowloon Bay<br>Hong Kong | F.F.T. International (H.K.) LTD.<br>c/o Edward L. Schnitzer<br>CKR Law LLP<br>1330 Avenue of the Americas, 14th Floor<br>New York, NY 10019 | April 18, 2019 |
| 3227 | Waxman Consumer Products Group Inc.<br>Attn: Mary Beth Owens<br>24455 Aurora Road<br>Bedford Heights, OH 44146 | National Union Fire Insurance Company of Pittsburgh, PA<br>c/o Adam L. Rosen PLLC<br>Attn: Adam L. Rosen<br>2-8 Haven Avenue, Suite 220<br>Port Washington, NY 11050 | April 18, 2019 |
| 3253 | Tannor Partners Credit Fund, LP<br>Attn: Robert Tannor<br>555 Theodore Fremd Avenue, Suite C209<br>Rye, NY 10580 | Dosis Fragrance<br>250 Passaic St.<br>Newark, NJ 07104 | April 18, 2019 |
| 3263 | A D Sutton & Sons<br>10 West 33rd Street, Suite 1100<br>New York, NY 10001 | Cowen Special Investments LLC<br>Attn: Gail Rosenblum<br>599 Lexington Ave 21st Floor<br>New York, NY 10022 | April 18, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3281 | Blue Star Fashion NY Inc<br>265 West 37th Street Suite 180<br>New York, NY 10018<br><br>Blue Star Fashion NY Inc<br>Law Offices of Alexander Fotopoulos<br>Attn: Alex Fotopoulos, Attorney<br>96 Linwood Plaza, 310<br>Fort Lee, NJ 07024 | Hain Capital Investors Master Fund, Ltd<br>Attn: Cheryl Eckstein<br>301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | April 19, 2019 |
| 3322 | MD USA LLC / WATT USA LLC<br>2929 N Main Street<br>North Logan, UT 84341 | Tannor Partners Credit Fund, LP<br>Attn: Robert Tannor<br>555 Theodore Fremd Avenue, Suite C209<br>Rye, NY 10580 | April 29, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3354<br>3355 | Briggs & Stratton Corporation<br>Beck, Chaet, Bamberger & Polsky, S.C.<br>Attn: Kevin L. Keeler<br>Two Plaza East, Suite 1085<br>330 E. Kilbourn Avenue<br>Milwaukee, WI 53202<br><br>Briggs & Stratton Corporation<br>Attn: Andrea Golvach<br>12301 West Wirth St<br>Wauwatosa, WI 53222<br><br>Briggs & Stratton Corporation<br>Computershare Trust Company, N.A. as Trustee<br>Attn: Micheal A Smith<br>2950 Express Drive South, Suite 210<br>Islandia, NY 11749 | Banc of America Credit Products, Inc.<br>c/o Bank of America Merrill Lynch<br>Attn: Ryan Weddle / Ante Jakie<br>Bank of America Tower – 3rd Floor<br>One Bryant Park<br>New York, NY 10036 | April 29, 2019 |
| 3359 | Signature Brands, LLC<br>1930 SW 38th Ave., Suite 300<br>Ocala, FL 34474<br><br>Signature Brands, LLC<br>808 SW 12th Street<br>Ocala, FL 34474 | Hero USA Inc.<br>Attn: General Counsel<br>One Nutritious Place<br>Amsterdam, NY 12010<br><br>Hero USA Inc.<br>Ropes & Gray LLP<br>Attn: James M. Wilton<br>Prudential Tower, 800 Boylston Street<br>Boston, MA 02199-3600 | April 29, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3386 | Banc of America Credit Products, Inc.<br>c/o Bank of America Merrill Lynch<br>Attn: Ryan Weddle / Ante Jakie<br>Bank of America Tower - 3rd Floor<br>One Bryant Park<br>New York, NY 10036 | Whitebox Multi-Strategy Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | April 29, 2019 |