**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al*, | Case No. 18-23538-RDD |
| Debtors, | Jointly Administered |

**NOTICE OF WITHDRAWAL OF THE LIMITED OBJECTION BY TUPART II, LLC TO DEBTORS' NOTICE OF ASSUMPTION AND ASSIGNMENT OF ADDITIONAL DESIGNATABLE LEASES**

**PLEASE TAKE NOTICE** that Tupart II, LLC, the landlord ("Tupart II"), hereby

withdraws the *Limited Objection by Tupart II, LLC to Debtors' Notice of Assumption and*

*Assignment of Additional Designatable Leases* (the "Limited Objection") [Docket No. 3599] as

filed with the United States Bankruptcy Court for the Southern District of New York on May 3,

2019.

**PLEASE TAKE FURTHER NOTICE** that Tupart II withdraws its Limited Objection

because Tupart II received a check from the tenant, Kmart Corporation ("Tenant"), in the amount

of **$40,466.75** - the total amount owed for the lease's May 2019 rent for the premises located at

7055 E. Broadway Street, Tucson, AZ known as Kmart Store Unit No. 4996 ("Kmart Store").

Assuming that the Tenant's check clears with sufficient funds, Tupart II hereby withdraws its

Limited Objection.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Limited Objection is

scheduled for May 8, 2019.

56737775v.2

**PLEASE TAKE FURTHER NOTICE** that Tupart II reserves its right to reinstate its

Limited Objection in the event the Tenant's check for the lease's May 2019 rent is rejected for

insufficient funds.

**TUPART II, LLC**


*/s/ William J. Hanlon*
William J. Hanlon (WH 8128)
SEYFARTH SHAW LLP
Seaport East
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
Tel:  (617) 946-4995
Fax: (617) 790-6719
Email: whanlon@seyfarth.com

Dated:  May 7, 2019

2

56737775v.2