UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                            :        Chapter 11
:
SEARS HOLDINGS CORPORATION, *et al.*,   :        Case No. 18-23538 (RDD)
:
Debtors.[1]                            :        (Jointly Administered)
:
------------------------------------------------------------x

**ORDER ADJOURNING CERTAIN MOTIONS**
**FOR RELIEF FROM THE AUTOMATIC STAY**

Upon (1) *Mario Aliano's Motion for Relief from the Automatic Stay to Allow Civil Litigation on Appeal to Proceed*, dated December 3, 2018 (ECF No. 987) (the "**Aliano Motion**"), (2) the *Motion for Relief from the Automatic Stay* filed by Stephen Tuttle on February 8, 2019 (ECF No. 2498) (the "**Tuttle Motion**"), and (3) *Jeffrey Pfeiffer's Motion for Relief from Stay*, dated February 15, 2019 (ECF No. 2633) (the "**Pfeiffer Motion**," and together with the Aliano Motion and the Pfeiffer Motion, the "**Motions**"); and upon the objection of the Debtors to the Motions, dated April 11, 2019 (ECF No. 3149); and upon *Mario Aliano's Reply in Support of his*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

*Motion for Relief from Automatic Stay to Allow Civil Litigation on Appeal to Proceed* dated April 16, 2019 (ECF No. 3230); and the Court having jurisdiction to decide the Motions and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.), consideration of the Motions and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b), and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the record of the hearing held by the Court on the Motions on April 18, 2019 (the "**Hearing**") and all of the proceedings herein; and after due deliberation and for the reasons stated by the Court in its bench ruling at the Hearing, it is hereby

**ORDERED THAT:**

1. The Aliano Motion is adjourned to the Debtors' omnibus hearing date to be scheduled by the Court for August 2019.

2. The Tuttle Motion is adjourned to a date to be determined and scheduled with the Court.

3. The Pfeiffer Motion is adjourned to the Debtors' omnibus hearing date to be scheduled by the Court for June 2019.

4. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated: May 6, 2019
      White Plains, New York

                                        /s/Robert D. Drain_____
                                        THE HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE