**BROWN RUDNICK LLP**
Andrew P. Strehle
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile:  (617) 856-8201

Gerard T. Cicero
Justin G. Cunningham
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile:  (212) 209-4801

*Counsel to Primark US Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------x
| | |
|---|---|
| In re : | |
| : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.*, : | |
| : | **Case No. 18-23538 (RDD)** |
| : | |
| Debtors. : | **(Jointly Administered)** |

---------------------------------------------------x

## PRIMARK US CORP.'S WITHDRAWAL OF OBJECTIONS

Pursuant to a resolution reached among the applicable parties, Primark US Corp. ("**Primark**"), by and through its undersigned counsel, hereby withdraws the following objections:

1. *Primark US Corp.'s Limited Omnibus Objection to, and Reservation of Rights Respecting: (1) Approval of Debtors' Proposed Global Asset Sale Transaction to Transform Holdco, LLC; and (2) The Proposed Cure Amounts and Adequate Assurance in Connection with the Global Asset Sale Transaction* as filed on January 25, 2019 [ECF No. 1923];

2. *Primark US Corp.'s Supplemental Objection and Reservation of Rights Respecting the Debtors' Notice of Assumption and Assignment of Additional Designatable Leases* as filed on April 15, 2019 [ECF No. 3187]; and

3. *Primark US Corp.'s Supplemental Objection and Reservation of Rights Respecting the Debtors' Notices of Assumption and Assignment of Additional Designatable Leases* as filed on April 29, 2019 [ECF No. 3411].

Dated: May 7, 2019

**BROWN RUDNICK LLP**

/s/ *Andrew P. Strehle*
Andrew P. Strehle
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

Gerard T. Cicero
Justin G. Cunningham
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

*Counsel to Primark US Corp.*