**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SEARS HOLDING CORPORATION,** *et al.***,** | Case No. 18-23538 (RDD) |
| **Debtors** | (Joint Administration Requested) |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Gerald P. Kennedy, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent MCS Hemet Valley Center LLC in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of California and the bar of the United States District Court for the Northern, Central and Southern Districts of California, the District of Colorado, the District of Arizona and the United States Court of Appeals for the Ninth Circuit.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: : May 7, 2019
San Diego, California

**PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP**

By:  */s/ Gerald P. Kennedy*
     Gerald P. Kennedy (Bar No. 105887)
     PROCOPIO, CORY, HARGREAVES
         & SAVITCH LLP
     525 B Street, Suite 2200
     San Diego, CA 92101
     Telephone: 619.238.1900:
     gerald.kennedy@procopio.com

     Attorney for Landlord/Creditor
     MCS Hemet Valley Center LLC

CASE NO. 18-23538 (RDD)