**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SEARS HOLDING CORPORATION,** *et al.***,** | Case No. 18-23538 (RDD) |
| **Debtors** | (Joint Administration Requested) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Gerald P. Kennedy to be admitted *pro hac vice* to represent MCS Hemet Valley Center LLC in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and the bar of the United States District Court for the Northern, Central and Southern Districts of California, the District of Colorado, the District of Arizona and the United States Court of Appeals for the Ninth Circuit., it is hereby

**ORDERED,** that Gerald P. Kennedy, Esq., is admitted to practice *pro hac vice*, in the above-referenced case to represent the MCS Hemet Valley Center LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York

                                        HONORABLE ROBERT D. DRAIN
                                        UNITED STATES BANKRUPTCY JUDGE