IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> **SEARS HOLDINGS CORPORATION**, *et al*, <br> Debtors. | Chapter 11 <br><br> Case No. 18-23538 (RDD) <br> (Jointly Administered) <br><br> Hon. Robert D. Drain |

## Notice of Appearance and Request for Service of Papers

PLEASE TAKE NOTICE that Levene, Neale, Bender, Yoo & Brill L.L.P. hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to EMA Investments San Diego, LLC ("EMA") and requests, pursuant to Bankruptcy Rules 2002, 9007, and 9010 and sections 342 and 1109(b) of chapter 11, title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address, telephone number and e-mail address:

>Kurt Ramlo
>Levene, Neale, Bender, Yoo & Brill L.L.P.
>10250 Constellation Boulevard, Suite 1700
>Los Angeles, California 90067
>Telephone: (310) 229-1234
>Facsimile: (310) 229-1244
>Email: kr@lnbyb.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

  This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of EMA's rights (1) to have final orders in non-core matters, and in core matters requiring District Court review, entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any other rights, claims, actions, setoffs, or recoupments to which EMA is or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments EMA expressly reserves, or (5) to any and all defenses or objections EMA may have to any claims asserted against it in this action including, without limitation, any defense based on insufficient service of process, jurisdiction (including personal jurisdiction), or capacity to be sued.  The undersigned certifies that he is admitted to practice before this Court.

Dated: Los Angeles, California
May 7, 2019

            **LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**

            By: /s/ *Kurt Ramlo*
            Kurt Ramlo
            Levene, Neale, Bender, Yoo & Brill L.L.P.
            10250 Constellation Boulevard, Suite 1700
            Los Angeles, California 90067
            Telephone: (310) 229-1234
            Facsimile: (310) 229-1244
            Email: kr@lnbyb.com

            Attorneys for EMA Investments San Diego, LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been served this 7th day of May, 2019, electronically via ECF notification upon all parties requesting service via ECF notification.

                                          */s/ Kurt Ramlo*
                                          Kurt Ramlo