**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------- x

In re:                                                  :    Chapter 11

Sears Holdings Corporation *et al.*,                    :    Case No. 18-23538-rdd

                          Debtors.                      :    (Jointly Administered)

----------------------------------------------------------------- x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Gelber & Santillo PLLC hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as conflicts counsel to Transform Holdco LLC and certain of its affiliates with respect to certain matters, and requests, pursuant to Bankruptcy Rules 2002, 9007, and 9010 and sections 342 and 1109(b) of chapter 11, title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address, telephone number and e-mail address:

> Kristen M. Santillo
> Gelber & Santillo PLLC
> 347 West 36th Street, Suite 805
> New York, NY 10018
> Telephone: 212-227-4743
> Facsimile: 212-227-7371
> Email:  ksantillo@gelbersantillo.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery,

telephone, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of the appearing parties' rights (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any other rights, claims, actions, setoffs, or recoupments to which the appearing parties are or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments the appearing parties expressly reserve, or (5) to any and all defenses or objections the appearing parties may have to any claims asserted against them in this action including, without limitation, any defense based on insufficient service of process, jurisdiction (including personal jurisdiction), or capacity to be sued. The undersigned certifies that she is admitted to practice before this Court.

Dated: New York, New York
        May 7, 2019

Respectfully submitted,

GELBER & SANTILLO PLLC

By: /s/ Kristen M. Santillo
    Kristen M. Santillo
    Gelber & Santillo PLLC
    347 West 36th Street, Suite 805
    New York, NY 10018
    Telephone: 212-227-4743
    Facsimile: 212-227-7371
    *Counsel for Transform Holdco LLC and*
    *Certain of Its Affiliates*