ICE MILLER LLP
Daniel R. Swetnam (OH 0011022)
(admitted *pro hac vice*)
250 West Street, Suite 700
Columbus, OH  43215
Telephone:  (614) 462-2225
Facsimile:   (614) 224-3568
*Counsel for 5330 Crosswind, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                                                        :       Chapter 11
                                                                                 :
SEARS HOLDING CORPORATION, *et al.*,   :       Case No. 18-23538 (RDD)
                                                                                 :
                                         Debtors.[1]                  :       Jointly Administered
                                                                                 :
------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF OBJECTION AND SUPPLEMENTAL OBJECTION OF 5330 CROSSWIND, LLC

**PLEASE TAKE NOTICE** that, subject to the entry of an Order substantially in the form attached as Exhibit A to Transform Holdco LLC's Omnibus Reply in Support of Assumption and Assignment of Designated Leases (ECF No. 3654), 5330 Crosswind, LLC ("Crosswind"),

---

[1] The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

CO\6130646.1

hereby withdrawals the Limited Objection of 5330 Crosswind, LLC to Supplemental Cure Notice and Reservation of Rights (ECF No. 2223) filed on January 31, 2019 and the Supplemental Objection and Reservation of Rights to the Notice of Assumption and Assignment of Additional Designatable Leases (ECF No. 3561) filed on May 3, 2019.

Dated: May 8, 2019  Respectfully submitted,

ICE MILLER LLP

*/s/ Daniel R. Swetnam*
Daniel R. Swetnam        (OH 0011022)
250 West Street, Suite 700
Columbus, OH  43215
(614) 462-2225; Fax:  (614) 224-3568
Email:  Daniel.Swetnam@icemiller.com
*Counsel for 5330 Crosswind, LLC*