**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | * | |
| SEARS HOLDINGS CORPORATION, et al. | * | Case No.: 18-23538-RDD (Lead) |
| | | (Chapter 11) |
| Debtors | * | (Jointly Administered) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of John T. Farnum to be admitted, *pro hac vice,* to represent LTMAC Properties, LLC, in the above-captioned cases, and upon the movant's certification that the movant is a member in good standing of the state and federal bars in Virginia, Maryland and the District of Columbia, it is hereby

ORDERED, that JOHN T. FARNUM, ESQ. is admitted to practice, pro hac vice, in the above-captioned jointly administered cases to represent LTMAC Properties, LLC in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  White Plains, New York
　　　　May 7, 2019

　　　　　　　　　　　　　　　　　　　　　　/s/Robert D. Drain_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE