Benjamin W. Reeves
SNELL & WILMER L.L.P.
One Arizona Center
Phoenix, Arizona 85004-2202
Tel: 602-382-6506

    - and –

Patrick Collins
Darren A. Pascarella
FARRELL FRITZ, P.C.
400 RXR Plaza
Uniondale, New York 11556
Tel:    (516) 227-0700

*Attorneys for Univest-BTC S&R, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | (Jointly Administered) |
| Debtors. | : | |

-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION
AND RESERVATION OF RIGHTS OF UNIVEST-BTC S&R, LLC
TO ASSUMPTION AND ASSIGNMENT OF LEASE**

    Univest-BTC S&R, LLC, a Colorado limited liability company, hereby withdraws its *Limited Objection and Reservation of Rights to Assumption and Assignment of Lease* [ECF No. 3549].

Dated:  Uniondale, New York
       May 8, 2019                FARRELL FRITZ, P.C.

                                   By:    */s/ Patrick Collins*
                                            Patrick Collins
                                            Darren A. Pascarella
                                            400 RXR Plaza
                                            Uniondale, New York 11556
                                            Tel:    (516) 227-0700

- and –

Benjamin W. Reeves
Snell & Wilmer L.L.P.
One Arizona Center
Phoenix, Arizona 85004-2202
Tel: 602-382-6506

*Attorneys for Univest-BTC S&R, LLC*

FF\8358657.1