Curtis S. Miller (DE Bar #4583)
Joseph C. Barsalona II (NY Bar #5102595)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for KBTS-Tamiami, Ltd. c/o Federal Construction, Inc.*

---------------------------------------------------------------x
In re:                                              |    Chapter 11
                                                    |
SEARS HOLDINGS CORPORATION, et al.,[1]              |    Case No. 18-23538 (RDD)
                                                    |
                    Debtors.                        |    (Jointly Administered)
                                                    |
                                                    |    **Re: D.I. 2126 & 3456**
---------------------------------------------------------------x

# NOTICE OF WITHDRAWAL OF
# FEDERAL CONSTRUCTION, INC.'S CURE OBJECTIONS [D.I. 2126 & 3456]

PLEASE TAKE NOTICE that KBTS-Tamiami, Ltd. c/o Federal Construction, Inc. ("Federal Construction") hereby withdraws the (i) *Objection of Federal Construction, Inc. to Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* [D.I. 2126], filed on January 29, 2019, and (ii) *Supplemental Objection of Federal Construction, Inc. to Notice of*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333Beverly Road, Hoffman Estates, Illinois 60179.

*Assumption and Assignment of Additional Designatable Leases* [D.I. 3456], filed on May 1, 2019, subject to the terms of the Landlord Agreement between Federal Construction and the Buyer Parties and that certain *Order (I) Authorizing Assumption and Assignment of Certain Leases and (II) Granting Related Relief* [D.I. 3736] (the "<u>Assumption and Assignment Order</u>").[2]

Dated:   May 8, 2019                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                                   */s/ Joseph C. Barsalona II*
Curtis S. Miller (DE Bar #4583)
Joseph C. Barsalona II (NY Bar #5102595)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware  19899
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Counsel for KBTS-Tamiami, Ltd. c/o Federal Construction, Inc.*

---

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Assumption and Assignment Order.