## Schedule 1

### List of Rejected Contracts

| Debtor Party | Counterparty | Contract Description |
|---|---|---|
| Sears Holdings Management Corporation | Abney, Kelly Ray | Executive Agreement |
| Sears Holdings Management Corporation | Acquaviva, David | Executive Severance Agreement |
| Sears, Roebuck and Co. | Aho, James O. | Special Bonus and Retention Award Agreement |
| Sears, Roebuck and Co. | Aho, James O. | Executive Agreement |
| Sears Holdings Management Corporation | Ainsworth, Julie | Offer Letter |
| Sears Holdings Management Corporation | Ainsworth, Julie | Executive Severance Agreement |
| Sears Holdings Management Corporation | Anderson, Lisa B. | Special Retention Award Agreement |
| Kmart Corporation | Andresen, Randall | Executive Severance Agreement |
| Sears, Roebuck and Co. | Baker, Robert F. | Special Retention Award Agreement |
| Sears, Roebuck and Co. | Baker, Robert F. | Executive Agreement |
| Sears Holdings Management Corporation | Barnes, Jason | Executive Agreement |
| Sears Holdings Management Corporation | Bassett, Brett | Executive Agreement |
| Sears, Roebuck and Co. | Bhanawat, Geet | Offer Letter With AIP Guarantees |
| Sears, Roebuck and Co. | Bhanawat, Geet | Executive Severance Agreement |
| Sears Holdings Management Corporation | Borden, Jane | Executive Agreement |
| Sears Holdings Management Corporation | Boutros, Peter | Executive Agreement |
| Sears Holdings Management Corporation | Bowling, J Mitchell | Executive Agreement |
| Sears, Roebuck and Co. | Bruder, Kurt | AIP Guarantee - Offer Letter |
| Sears Holdings Corporation | Buckner, Michael | Special Retention Award Agreement |

1

| Debtor Party | Counterparty | Contract Description |
|---|---|---|
| Sears Holdings Management Corporation | Budrovic, Mistee | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Chapman, Brad | Executive Severance Agreement |
| Sears Holdings Management Corporation | Chase, Christopher | Executive Severance Agreement |
| Sears Holdings Management Corporation | Chung, Eui | Executive Severance Agreement |
| Sears Holdings Corporation | Clark, Laura | Executive Severance Agreement with Amendment 1 |
| Sears, Roebuck and Co. | Connow, Karen | Special Bonus and Retention Award Agreement |
| Sears, Roebuck and Co. | Conrad, Jeff C. | Project Completion Bonus |
| Sears Holdings Management Corporation | Coonce, Cary A. | Executive Agreement |
| Sears Holdings Management Corporation | Cundick, Graham M. | Executive Agreement |
| Sears, Roebuck and Co. | Dastagir, Mohammed | Executive Severance Agreement with Amendment 1 |
| Sears Holdings Management Corporation | Dattilo, Anthony | Executive Agreement |
| Sears Holdings Management Corporation | Demert, Richard | Merchant Severance Agreement |
| Sears Holdings Management Corporation | DePalma, Gregory B. | Severance Agreement |
| Sears Holdings Corporation | Desalvo, Thomas | Executive Severance Agreement |
| Sears, Roebuck and Co. | Dimmitt, Steven | Executive Agreement |
| Sears, Roebuck and Co. | Donohoe, Ronald D. | Special Bonus and Retention Award Agreement |
| Sears, Roebuck and Co. | Donohoe, Ronald D. | Executive Agreement |
| Sears Holdings Management Corporation | Drieselman, Daniel M | Executive Severance Agreement |
| Sears Holdings Management Corporation | Dybowski, Michael | Executive Severance Agreement |
| Kmart Corporation | Ebert, Gregory | Executive Severance Agreement |
| Sears, Roebuck and Co. | Echegaray, Carolina | SLP Severance Agreement |

| Debtor Party | Counterparty | Contract Description |
|---|---|---|
| Sears, Roebuck and Co. | Elder, Sara | Executive Severance Agreement |
| Sears Holdings Management Corporation | Ellerby, Michael R. | Special Retention Award Agreement |
| Sears Holdings Corporation | Erlechman, David | Executive Severance Agreement |
| Sears Holdings Management Corporation | Fenn, Clint | Executive Agreement |
| Sears Holdings Management Corporation | Ferguson, Brian | Executive Severance Agreement |
| Sears Holdings Management Corporation | Ferrell, Patrick | Executive Severance Agreement |
| Sears Holdings Management Corporation | Franceschi, Karen | Executive Severance Agreement |
| Sears Holdings Management Corporation | Frankowski, Edwin W. | Special Retention Award Agreement |
| Sears, Roebuck and Co. | Geog, Clint | Executive Severance Agreement |
| Sears Holdings Management Corporation | Gerlach II, Rob | Executive Severance Agreement |
| Sears Holdings Management Corporation | Glowacki, Matthew L. | Executive Agreement |
| Sears Holdings Management Corporation | Gonzalez, Jesse | Executive Severance Agreement |
| Sears Holdings Management Corporation | Goodrich, Christopher J. | Special Bonus and Retention Award Agreement |
| Sears Holdings Management Corporation | Goodrich, Christopher J. | Severance Agreement |
| Kmart Corporation | Gorecki, Ryan D. | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Gourlin, Franck | Executive Agreement |
| Kmart Corporation | Grabau, Aimee L. | Executive Agreement |
| Sears Holdings Management Corporation | Green, Katherine | Executive Severance Agreement |
| Sears, Roebuck and Co. | Hand, Anne | Executive Severance Agreement |
| Sears Holdings Management Corporation | Hayward, Paul | Executive Severance Agreement |
| Sears Holdings Management Corporation | Heisner, Craig | Executive Agreement |

3

| **Debtor Party** | **Counterparty** | **Contract Description** |
|---|---|---|
| Kmart Corporation | Hicks, Mark | Executive Severance Agreement |
| Sears Holdings Management Corporation | Hobson, Keith L. | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Hoeller, William | Executive Severance Agreement |
| Sears Holdings Management Corporation | Holbrook, Jeremy R. | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Hopp, Dan | Executive Severance Agreement |
| Sears, Roebuck and Co. | Howard, Nashira N. | Special Retention Award Agreement |
| Sears, Roebuck and Co. | Hudak, Travis | Executive Agreement |
| Sears Holdings Management Corporation | Insolia, Spencer | Executive Agreement |
| Sears, Roebuck and Co. | Jefferson, Sharron | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Jenchel, Laurence | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Jenchel, Laurence | Executive Severance Agreement |
| Sears Holdings Management Corporation | Jones, Joseph A. | Special Bonus and Retention Award Agreement |
| Sears, Roebuck and Co. | Josephs, Scot | Special Retention Award Agreement |
| Sears Home Improvement Products, Inc. | Kajcienski, Sean | Executive Agreement |
| Sears Holdings Management Corporation | Kandala, Srini | Executive Severance Agreement |
| Sears Holdings Management Corporation | Kenjar, Maja | Executive Agreement |
| Sears Holdings Management Corporation | Klinkert, Jonathan | Merchant Severance Agreement |
| Sears Holdings Management Corporation | Koreis, Thomas | Offer Letter |
| Sears Holdings Management Corporation | Krohn, Christopher | Executive Severance Agreement |

| Debtor Party | Counterparty | Contract Description |
|---|---|---|
| Sears Holdings Management Corporation | Kruszewski, Frank M | Executive Severance/Non-Compete Agreement |
| Sears Holdings Management Corporation | Kurt, Justin | Executive Severance Agreement |
| Sears Holdings Management Corporation | Ladley, Gregory | Executive Agreement |
| Sears Holdings Management Corporation | Lai, Peter | Executive Agreement |
| Sears Holdings Corporation | Legac, Kurt | Special Retention Award Agreement |
| Sears, Roebuck and Co. | Lemmert, Todd | Executive Severance Agreement |
| Sears Holdings Management Corporation | Lifson, Dale | Executive Severance Agreement |
| Sears Holdings Management Corporation | Linnane, William | AIP Guarantee - Offer Letter |
| Sears Holdings Management Corporation | Linnane, William | Executive Severance Agreement |
| Sears Holdings Management Corporation | Lummas, David | Executive Severance Agreement |
| Sears Holdings Management Corporation | Macro, Joseph G. | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Marquez, Ramon | Executive Agreement |
| Sears Holdings Management Corporation | Marsella, David | Executive Severance Agreement |
| Sears Holdings Management Corporation | McCarthy, Michael P. | Executive Agreement |
| Sears Holdings Management Corporation | McClearn, Marisa | Special Retention Award Agreement |
| Sears Holdings Management Corporation | McClearn, Marisa | Executive Severance Agreement |
| Sears Holdings Management Corporation | Meerschaert, Lawrence | Executive Severance Agreement |
| Sears Holdings Management Corporation | Michalski, Catherine | Executive Severance Agreement |
| Sears Holdings Management Corporation | Morrie, Michael | Executive Severance Agreement |

| Debtor Party | Counterparty | Contract Description |
|---|---|---|
| Sears Holdings Management Corporation | Moy, Kenneth | Executive Agreement |
| Sears Holdings Management Corporation | Multer, Scott | Executive Severance Agreement |
| Sears Holdings Management Corporation | Munjal, Leena | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Munjal, Leena | Executive Severance Agreement |
| Sears Holdings Management Corporation | Murphy, John J. | Special Bonus Award Agreement with NC Terms |
| Sears Holdings Management Corporation | Murtagh, Robert D. | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Naedele, Robert | Offer Letter With AIP Guarantee |
| Sears Holdings Management Corporation | Naedele, Robert | Executive Severance Agreement |
| Sears Holdings Corporation | Nuzzo. Darcy L. | Special Retention Award Agreement |
| Sears Holdings Management Corporation | O'Connor, J Michael | Executive Severance Agreement |
| Sears Holdings Management Corporation | O'Hara, Kathleen | Executive Severance Agreement with Amendment 1 |
| Sears Holdings Management Corporation | Oppenkowski, Misty Redman | Executive Severance Agreement |
| Sears, Roebuck and Co. | Paluch, Paul | Executive Severance Agreement |
| Sears Holdings Management Corporation | Pazak, Michael | Executive Agreement |
| Sears Holdings Corporation | Pepperney, Jeffrey A. | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Phelan, Robert | Executive Severance and Non-Compete Agreement |
| Sears Holdings Management Corporation | Potdar, Hrishikesh | Offer Letter |
| Sears, Roebuck and Co. | Price, Carrie | Internal Action Letter |
| Sears Holdings Management Corporation | Puerto, Roger | Executive Agreement |

| Debtor Party | Counterparty | Contract Description |
|---|---|---|
| Sears Holdings Management Corporation | Ricchio, Carol | Executive Severance Agreement |
| Sears Holdings Management Corporation | Ridle, Jim | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Ridle, Jim | Executive Severance Agreement |
| Sears Holdings Management Corporation | Riecker, Robert | Conditional Project Bonus |
| Sears Holdings Management Corporation | Riecker, Robert | AIP Guarantee - Offer Letter |
| Sears Holdings Management Corporation | Riecker, Robert | Executive Severance Agreement and Internal Action Letter |
| Sears Holdings Management Corporation | Rolecek, Terrence | Executive Severance Agreement |
| Sears Holdings Management Corporation | Romas, Chris G. | Executive Agreement |
| Sears Holdings Management Corporation | Rose, Charles T. | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Russell, Gregory | Executive Agreement |
| Sears Holdings Management Corporation | Rutkowski, Steven C. | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Schoenwolf, Kimberley | Executive Severance Agreement |
| Sears Holdings Management Corporation | Shah, Shripal H. | Executive Agreement |
| Sears Holdings Management Corporation | Shellenberger, David | Executive Severance Agreement |
| Sears Holdings Management Corporation | Shunnarah, Anita J. | Special Bonus and Retention Award Agreement |
| Sears Holdings Management Corporation | Singhal, Anuj | Executive Severance Agreement |
| Sears Holdings Management Corporation | Sinha, Narendra N | Executive Severance Agreement |
| Sears Holdings Management Corporation | Sitley, Stephen | AIP Guarantee - Offer Letter |
| Sears Holdings Management Corporation | Sitley, Stephen | Executive Agreement |

7

| Debtor Party | Counterparty | Contract Description |
|---|---|---|
| Sears, Roebuck and Co. | Smith, Charles | Executive Severance Agreement |
| Sears Holdings Management Corporation | Sparacino, Peter C. | Special Bonus and Retention Award Agreement |
| Sears Holdings Management Corporation | Staelens, Kurt | Executive Severance Agreement |
| Sears Holdings Management Corporation | Steckbeck, Todd | Executive Severance Agreement |
| Sears Holdings Management Corporation | Swager, Kenneth J. | Executive Severance Agreement |
| Sears Holdings Management Corporation | Swager, Kenneth J. | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Tabor, Candace | Executive Severance Agreement |
| Sears Holdings Management Corporation | Thomas, William A. | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Valentino, Luke | AIP Guarantee - Offer Letter |
| Sears Holdings Management Corporation | Valentino, Luke | Executive Agreement |
| Sears Holdings Management Corporation | Walsh, Robert | Executive Severance Agreement |
| Sears Holdings Management Corporation | Weber, Robert | Executive Agreement |
| Sears Holdings Management Corporation | West, Ric | Executive Severance Agreement |
| Sears Holdings Management Corporation | White, Jennifer | Executive Agreement |
| Sears Holdings Management Corporation | Winstanley, Allan | Executive Severance Agreement |
| Sears, Roebuck and Co. | Wood, Lori | Executive Agreement |
| Sears Holdings Management Corporation | Zachrisen, Espen | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Zachrisen, Espen | Executive Agreement |