| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ABANDONED FIXTURES AND EQUIPMENT | ESTIMATED REJECTION DATE |
|---|---|---|---|---|---|---|
| 7065 | Grand Central Plaza, Inc. 1020 Center Street Suite 4 Horseheads, NY 14845 | N/A | Kmart Corporation | 1020 Center Street Horseheads, NY 14845 | Trade fixtures, IT equipment, shelving, office furniture, fixtures, register stands, Service Desk and counters | 4/19/2019 |