**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x    Case No.: 18-23538 (RDD)

In re: Sears Holdings Corporation, et al.    Chapter 11

Debtor

---------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

     Upon the motion of Leo B. Dubler, III to be admitted, *pro hac vice,* to represent Suzanne Mercado (the "Client") in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New Jersey and the bar of the U.S. District Court for the District of New Jersey, it is hereby

     **ORDERED,** that Leo B. Dubler, III, Esq., is admitted to practice, *pro hac vice,* in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       May 7, 2019

                                                             */s/Robert D. Drain*
                                       UNITED STATES BANKRUPTCY JUDGE