KOZONIS & KLINGER, LTD
Kevin J. Reid
4849 N. Milwaukee Ave, Ste 300
Chicago, Illinois 60630
(773) 545-9607

*Attorneys for Demetrios L. Kozonis c/o Mega Properties, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION., et al.,1 | : | Case No. 18-23538-RDD |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF OBJECTION OF DEMETRIOS L. KOZONIS TO NOTICE OF REJECTION OF CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND ABANDONMENT OF PROPERTY IN CONNECTION THEREWITH

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

**PLEASE TAKE NOTICE** that pursuant to a resolution reached between the applicable

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax Identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

parties, Demetrios L. Kozonis c/o Mega Properties, Inc. ("DLK"), and Debtors, Sears Holdings Corporation et al., DLK hereby withdraws the following objection:

*Objection To Notice Of Rejection Of Certain Unexpired Leases of Non-Residential Real Property And Abandonment Of Property In Connection Therewith [DE 1076]* as filed on April 11, 2019 [DE 3138]**.**

Dated: Chicago, Illinois                                  KOZONIS & KLINGER, LTD
May 8, 2019                                                    *Attorneys for Demetrios L. Kozonis,*
                                                                        *c/o Mega Properties, Inc.*


By:        */s/ Kevin J. Reid*_____
             Kevin J. Reid
             4849 N. Milwaukee Ave, Ste 300
             Chicago, Illinois 60630
             kreid@kozonislaw.com
             (773) 545-9607