UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
In re:                              :     Case No. 18-23538-rdd
                                    :
                                    :     Chapter 11
SEARS HOLDINGS CORPORATION, et al., :     (Jointly Administered)
                                    :
                                    x
Debtors.                            :
                                    :
------------------------------------x

## CERTIFICATE OF SERVICE

I, Bryan Cimala, hereby certify that on May 2, 2019, I caused true copies of (1) the *Supplemental Objection of Interprop Bedford, LLC, as Landlord, to Transform Holdco LLC's Notice of Assumption and Assignment of Additional Designatable Leases* (ECF Doc. # 3526), and (2) the *Supplemental Objection of Vornado Realty L.P. and Certain of its Wholly-Owned and Controlled Subsidiaries, as Landlord, to Transform Holdco LLC's Notice of Assumption and Assignment of Additional Designatable Leases* (ECF Doc.# 3529) to be served electronically through the Court's CM/ECF system, and that I further caused true copies of the above-referenced documents to be served on the parties and counsel on the attached service list in the manner indicated.

Dated:    New York, New York
          May 9, 2019

                                              _____
                                              Bryan Cimala
                                              bryan.cimala@friedfrank.com

# Service List

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates IL 60179
(Attn: Stephen Sitley Esq., and Luke J. Valentino, Esq.);

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garret A. Fail, Esq., and Sunny Singh, Esq.)

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, New York 10014
(Attn: Paul Schwartzberg, Esq.);

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
(Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq.)

Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY 10017
(Attn: Marshall S. Huebner, Esq. and Eli J. Vonnegut, Esq.)

Cleary, Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY, 10006
(Attn: Sean A. O'Neal, Esq.)

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., and T. Charlie Liu, Esq.),

Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
(Attn: Edward M. Fox, Esq.)

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10015
(Attn: James Gadsden, Esq.)

Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
(Attn: Brian A. Raynor, Esq.)

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
(Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.)