UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re:

SEARS HOLDINGS CORPORATION, et al.

                *Debtor.*

-------------------------------------------------------x

Chapter 11
Case No. 18-23538

**AFFIRMATION OF SERVICE**

      VINCENT J. ROLDAN hereby certifies as follows:

    I am an attorney-at-law of the State of New York. I hereby certify that on the 7th day of May, 2019, I caused a copy of the **MOTION TO ALLOW AND COMPEL PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. § 503(b), including the related notice and all exhibits [Docket No. 3675],** to be served by electronic mail ("e-mail") upon:

     See attached Service List

By providing PDF copies of said documents to the e-mail addresses designated by said parties for that purpose.

Dated: New York, New York
       May 9, 2019

                                          /s/ Vincent J. Roldan
                                          VINCENT J. ROLDAN