UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
*In re:*

SEARS HOLDINGS CORPORATION, et al.

                   *Debtors.*

----------------------------------------------------------x

Chapter 11

Case No. 18-23538 (RDD)

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK   )
                               : SS:
COUNTY OF NEW YORK )

VALENTINA MOKRINSKAIA, being duly sworn, deposes and says that deponent is not a party to the action, is over 21 years of age and resides in Queens County, New York.

On the 8th day of May, 2019, I served the Notice of Motion to Allow and Compel Payment of Administrative Expense Claim under 11 U.S.C. § 503(b):

See attached service list.

By depositing a true copy of the above document into a first class properly addressed Regular Mail post-paid envelope and deposited same in a United States official depository and leaving same in the custody and care of the United States Postal Office.

                                            Valentina Mokrinskaia

Sworn to before me this
8th day of May, 2019

    NOTARY PUBLIC

**OMAR S. BRUNSON**
Notary Public, State of New York
No. 01BR6213086
Qualified in Queens County
Commission Expires November 2, 20__

Service List

Aldridge Pite, LLP
Attn: Jenelle C. Arnold
4375 Jutland Drive, Suite 200
San Diego, CA 92177-0933

Allen & Overy LLP
Attn: Laura R. Hall & Joseph Badtke-Berkow
1221 Avenue of the Americas
New York, NY 10020

Bell Nunnally & Martin LLP
Attn: Russell W. Mills
2323 Ross Avenue
Suite 1900
Dallas, TX 75201

Benesh Friedlander, Coplan & Aronoff LLP
Attn: Michael J. Barrie, Kevin M. Capuzzi
222 Delaware Avenue
Suite 801
Wilmington, DE 19801

Benesh Friedlander, Coplan & Aronoff LLP
Attn: William E. Schonberg, Esq
200 Public Square
Suite 2300
Cleveland, OH 44114

Brach Eichler LLC
Attn: Anthony M. Rainone
101 Eisenhower Parkway
Roseland, NJ 07068-1067

Briggs and Morgan, P.A.
Attn: James M. Jorissen
2200 IDS Center
Minneapolis, MN 55402

Brookfield Property REIT Inc
Attn: Kristen N. Pate
350 N Orleans St. Suite 300
Chicago, IL 60654-1607

BST International Fashion Ltd.
Attn: A.R. Shrinivasan
Suite 2301 B, Skyline Tower
39 Wang Kwong Road
Kowloon Bay, Kowloon, Hong Kong

Buchan Ingersoll & Rooney P.C.
Attn: Christopher P. Schueller
640 5th Avenue, 9th Floor
New York, NY 10019

Buchan Ingersoll & Rooney P.C.
Attn: Christopher P. Schueller, Terry A. Shulsky, Tyler S. Dischinger
One Oxford Center
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

Carter Ledyard & Milburn LLP
Attn: James Gadsden, Esq
2 Wall Street
New York, NY 10005

Certilman Balin Adler & Hyman, LLP
Attn: Richard J. McCord, Esq, Robert D. Nosek, Esq
90 Merrick Avenue
East Meadow, NY 11554

Chapman and Cutler LLP
Attn: Laura E. Appleby, Steven Wilamowsky
1270 6th Ave, 30th Floor,
New York, NY 10020

Choate, Hall & Stewart LLP
Attn: Kevin J. Simard, Jonathan D. Marshall
2 International Place
Boston, MA 02110

Clark Hill PLC
Attn: Steven M. Richman, Nole R. Bencze
210 Carnegie Center
Suite 102
Princeton, NJ 08540

Cohen, Weiss and Simon LLP
Attn: Richard M. Seltzer, Melissa S. Woods
900 3rd Ave, 21st Floor
New York, NY 10022

Davidoff Hutcher & Citron LLP
Attn: David H. Wander, Esq
605 3rd Ave, New York, NY 10158

Day Pitney LLP
Attn: Joshua W. Cohen
195 Church Street, 15th Floor
New Haven, CT 06510

Fein, Such &Crane, LLP
Attn: Tammy L. Terrell Benoza, Esq
1400 Old Country Rd #C103
Westbury, NY 11590

Fein, Such &Crane, LLP
Attn: Tammy L. Terrell Benoza, Esq
7 Century Drive, Suite 201
Parsippany, NJ 07054

Fox Swibel Levin & Carroll LLP
Attn: N. Neville Reid
200 W Madison St # 3000
Chicago, IL 60606

Frenkel, Lambert, Weiss, Weisman & Gordon, LLP
Attn: Michelle C. Marans, Esq
53 Gibson Street
Bay Shore, NY 11706

Frost Brown Todd LLP
Attn: Edward M. King
400 West Market Street, Suite 3200
Louisville, Kentucky 40202-3363

Frost Brown Todd LLP
Attn: Ronald E. Gold & AJ Webb
301 East Fourth Street, Great American Tower,
Suite 3300
Cincinnati, Ohio 45202

Gibbons P.C.
Attn: Brett S. Theisen, Natasha M. Songonuga
One Pennsylvania Plaza
37th Floor
New York, New York 10119-3701

Gibbons P.C.
Attn: Howard A. Cohen
300 Delaware Avenue
Suite 1015
Wilmington, Delaware 19801-1671

Godfrey & Kahn, S.C.
Attn: Timothy F. Nixon
One East Main Street, Suite 500
Madison, WI 53703-3300

Goldstein & McClintock LLLP
Attn: Thomas R. Fawkes
375 Park Avenue
Suite 2607
New York, NY 10152

Golenbock Eiseman Assor Bell & Peskoe LLP
Attn: Jonathan L. Flaxer, Esq,
    Michael S. Weinstein, Esq
711 3rd Ave
New York, NY 10017

Goodwin Procter LLP
Attn: Barry Z. Bazian, Michael H. Goldstein
The New York Times Building
620 Eighth Avenue
New York, NY 10018

Goodwin Procter LLP
Attn: William P. Weintraub
The New York Times Building
620 Eighth Avenue
New York, NY 10018

Gould & Ratner LLP
Attn: Matthew A. Olins, Esq,
Ellen M. Chapelle, Esq, & Vanessa R. Tiradentes Esq.
222 N LaSalle St #300
Chicago, IL 60601

Goulston & Storrs PC
Attn: Douglas B. Rosner
400 Atlantic Ave
Boston, MA 02110-3333

Goulston & Storrs PC
Attn: Trevor R. Hoffmann
885 3rd Ave, 18th Floor
New York, NY 10022

Gray, Plant, Mooty & Bennett, P.A.
Attn: Phillip W. Bohl
80 S 8th St #500,
Minneapolis, MN 55402

Hahn & Hessen LLP
Attn: Janine M. Figueiredo, Esq
488 Madison Ave #15,
New York, NY 10022

Higgs Fletcher & Mack LLP

Attn: Martin A. Eliopulos, Esq
401 W A St #2600
San Diego, CA 92101

Honigman Miller Schwartz and Cohn LLP
Attn: Lawrence A. Lichtman
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506

Husch Blackwell LLP
Attn: Caleb T. Holzaepfel
736 Georgia Ave #300
Chattanooga, TN 37402

Keller Rohrback L.L.P
Attn: Tanya Korkhov
1140 6th Ave, 9th Floor
New York, NY 10036

Kelley Drye & Warren LLP
Attn: Eric R. Wilson, Esq, Benjamin D. Feder, Esq
101 Park Ave
New York, NY 10178

Linebarger Goggan Blair & Sampson LLP
Attn: Diane Wade Sanders
P.O Box 17428
Austin, TX 78760

Linowes and Blocher LLP
Attn: John T. Farnum, Esq
7200 Wisconsin Ave #800
Bethesda, MD 20814

Lubin Olson & Niewiadomski LLP
Attn: Dennis D. Miller
600 Montgomery St #14
San Francisco, CA 94111

Milbank, Tweed, Hadley & McCloy LLP
Attn: Andrew M. Leblanc
1850 K St NW
Suite 1100
Washington, DC 20006

Milbank, Tweed, Hadley & McCloy LLP
Attn: Craig M. Price
28 Liberty St
New York, NY 10005-1413

Milbank, Tweed, Hadley & McCloy LLP

Attn: Robert J. Liubicic
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067

Mitchell, Williams, Selig, Gates & Woodyard
Attn: Stan D. Smith
425 W Capitol Ave #1800
Little Rock, AR 72201

Morris, Nichols, Arsht & Tunnell LLP
Attn: Curtis S. Miller, Joseph C. Barsalona II
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Morrison & Foerster LLP
Attn: Jennifer L. Marines, Benjamin W. Butterfield
250 W 55th St
New York, NY 10019

Morrison Cohen LLP
Attn: Joseph T. Moldovan, Robert K. Dakis
909 3rd Ave
New York, NY 10022

Munger, Tolles & Olson, LLP
Attn: Bradley R. Schneider, Thomas B. Walper
350 S Grand Ave 50th Floor
Los Angeles, CA 90071

Munsch Hardt Kopf & Harr, P.C.
Attn: Deborah M. Perry
Lincoln Plaza, 500 N Akard St #3800
Dallas, TX 75201

Munsch Hardt Kopf & Harr, P.C.
Attn: Kevin M. Lippman, Esq
Lincoln Plaza, 500 N Akard St #3800
Dallas, TX 75201

National Association of Attorneys General
Attn: Karen Cordry
1850 M St NW 12th Floor
Washington, DC 20036

Norton Rose Fulbright US LLP
Attn: Eric Daucher & Francisco Vazquez
1301 Avenue of Americas
New York, NY 10019

Norton Rose Fulbright US LLP

Attn: Howard Seife, Christy Rivera, Stephen Castro,
David. A. Rosenzweig
1301 Avenue of Americas
New York, NY 10019

Offit Kurman, P.A.
Attn: Stephen A. Metz, Esq
4800 Montgomery Ln, 9th Floor
Bethesda, MD 20814

Orrick, Herrington & Sutcliffe LLP
Attn: Evan C. Hollander & Emmanuel Fua
51 W 52nd St
New York, NY 10019

Orrick, Herrington & Sutcliffe LLP
Attn: Matthew M. Fechik
2121 Main St,
Wheeling, WV 26003

Orrick, Herrington & Sutcliffe LLP
Attn: Raneiro D'Aversa
51 W 52nd St
New York, NY 10019

Parker Poe Adams & Bernstein LLP
Attn: Kiah T. Ford IV
401 S Tryon St, #3000
Charlotte, NC 28202

Pedersen & Houpt
Attn: Lawrence W. Byrne, John S. Delnero
161 N Clark St #2700
Chicago, IL 60601

Quinn Emanuel Urquhart $ Sullivan LLP
Attn: Susheel Kirpalani, Jonathan E. Pickhardt,
Andrew S. Corkhill, Mattew Scheck, Ellison Ward Merkel
51 Madison Ave 22nd Floor
New York, NY 10010

Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd.
Attn: Kenneth M. Florey, M. Neal Smith
631 E Boughton Rd #200
Bolingbrook, IL 60440

Sears Holding Corporation
Attn: Stephen Sitley Esq., Luke J. Valentino, Esq., Rob Riecker
3333 Beverly Rd
Hoffman Estates, IL 60179

Seward & Kissel LLP
Attn: John R. Ashmead, Esq. & Arlene R. Alves, Esq.
One Battery Park Plaza
New York, NY 10004

Sheppard Mullin Richter & Hampton, LLP
Attn: Alan M. Feld, Esq., Ted Cohen Esq.
30 Rockefeller Plaza
New York. NY 10112

Snell &Wilmer L.L.P.
Attn: Robert R. Kinas
3883 Howard Hughes Pkwy #1100
Las Vegas, NV 89169

SulmeyerKupetz, A Professional Corporation
Attn: David S. Kupetz & Claire K. Wu
333 S. Grand Avenue
Suite 3400
Los Angeles, CA 90071

The Bank of New York Mellon Trust Company
Attn: Corporate Trust Administration
101 Barclay ST. Floor 8W
New York, NY 10286

Vedder Price P.C.
Attn: Joshua A. Dunn, Esq., Michael Schein.
1633 Broadway, 31st Floor
New York, NY 10019

Vedder Price P.C.
Attn: Kevin J. Etzel
1633 Broadway, 31st Floor
New York, NY 10019

Vedder Price P.C.
Attn: Michael L. Schein.
1633 Broadway, 31st Floor
New York, NY 10019

Walsh Pizzi O'Reilly Falanga LLP
Attn: Stephen V. Falanga, Esq.
1037 Raymond Blvd #600,
Newark, NJ 07102

Wilmington Trust, National Association
Attn: Sears Holding Corp. Administrator
50 South 6th St,
Suite 1290
Minneapolis, MN 55402

Wilmorite Management Group
Attn: Donald C. Cowan, Jn.
1265 Scottsville Rd
Rochester, NY 14624