**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- x

In re:                                                          : Chapter 11
                                                                :
SEARS HOLDING CORPORATION, *et al.*,          : Case No. 18-23538 (RDD)
                                                                :
                                                                : (Jointly Administered)
                                                                :
                              Debtors[1].                       :

--------------------------------------------------------- x

## <u>MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*</u>

I, Amy Pritchard Williams, request admission, *pro hac vice*, before the Honorable Robert

D. Drain, to represent Biltmore Commercial Properties I, LLC in the above-referenced cases.

***I certify that I am a member in good standing*** of the bar of the State of North Carolina

and the bar of each of the following courts:

- U.S. District Court for the Eastern District of North Carolina,
- U.S. District Court for the Middle District of North Carolina,
- U.S. District Court for the Western District of North Carolina,
- U.S. Court of Appeals for the Eleventh Circuit,
- U.S. Court of Appeals for the Fourth Circuit,
- U.S. Court of Appeals for the Second Circuit, and
- U.S. Supreme Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  Charlotte, North Carolina
        May 10, 2019

*/s/ Amy Pritchard Williams*
Amy Pritchard Williams (Bar No. 19233)
TROUTMAN SANDERS LLP
301 S. College Street, Suite 3400
Charlotte, NC  28202
Tel: 704.998.4102
amy.williams@troutman.com

*Attorneys for Biltmore Commercial*
*Properties I, LLC*
