**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                :
SEARS HOLDING CORPORATION, *et al*.,                            :   Case No. 18-23538 (RDD)
                                                                :
                                                                :   (Jointly Administered)
                                                                :
                     Debtors.¹                                  :
---------------------------------------------------------------- x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Amy Pritchard Williams, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Steven Bruce as Trustee of the STEVEN BRUCE REVOCABLE TRUST, Cara Bruce and Lou Cuida as Trustees of the CARA BRUCE IRREVOCABLE TRUST, and Allison Bruce and Lou Cuida as Trustees of the ALLISON BRUCE IRREVOCABLE TRUST (collectively, the "Bruce Trusts") in the above-referenced cases.

***I certify that I am a member in good standing*** of the bar of the State of North Carolina and the bar of each of the following courts:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

38901786v1

- U.S. District Court for the Eastern District of North Carolina,
- U.S. District Court for the Middle District of North Carolina,
- U.S. District Court for the Western District of North Carolina,
- U.S. Court of Appeals for the Eleventh Circuit,
- U.S. Court of Appeals for the Fourth Circuit,
- U.S. Court of Appeals for the Second Circuit, and
- U.S. Supreme Court.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: Charlotte, North Carolina
May 10, 2019

*/s/ Amy Pritchard Williams*
Amy Pritchard Williams (Bar No. 19233)
TROUTMAN SANDERS LLP
301 S. College Street, Suite 3400
Charlotte, NC  28202
Tel: 704.998.4102
amy.williams@troutman.com

*Attorneys for the Bruce Trusts*