Allen G. Kadish
Lance A. Schildkraut
ARCHER & GREINER, P.C.
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Email: akadish@archerlaw.com
      lschildkraut@archerlaw.com

    and

Kenneth M. Florey
M. Neal Smith
ROBBINS, SCHWARTZ, NICHOLAS,
LIFTON & TAYLOR, LTD.
631 E. Boughton Road, Suite 200
Bolingbrook, Illinois 60440
Tel: (630) 929-3639
Email: kflorey@robbins-schwartz.com
      nsmith@robbins-schwartz.com

    and

Matthew T. Gensburg
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Tel: (312) 263-2200
Email: mgensburg@gcklegal.com

*Attorneys for Community Unit School District 300*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) | Case No. 18-23538 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

    CHRISTIAN HANSEN, being duly sworn, deposes and says that:

I am not a party to this action, am over 18 years of age and reside in New York, New York.

On May 10, 2019, I served true and correct copies of the *Objection and Reservation of Rights of Community Unit School District 300 to Debtors' Notice of Assumption and Assignment of Executory Contracts* [Docket No. 3783] by email on the parties identified on the service list attached hereto as Exhibit A.

                                                                                                       s/ Christian Hansen
                                                                                                       Christian Hansen

Sworn to before me this
 10th  day of May, 2019


      s/ Allen G. Kadish
Notary Public

Allen G. Kadish
Notary Public – State of New York
No. 31-02KA4946891
Qualified in New York County
My Commission Expires April 11, 2023

# Exhibit A
# Service List

| | | |
|---|---|---|
| harrisj12@michigan.gov | dblau@clarkhill.com | Bankruptcy2@ironmountain.com |
| idizengoff@akingump.com | liman@cgsh.com | hgj@jasneflorio.com |
| pdublin@akingump.com | amainoo@cgsh.com | dlk@jasneflorio.com |
| aqureshi@akingump.com | lbarefoot@cgsh.com | brownsvalleyorchards@aol.com |
| sbrauner@akingump.com | soneal@cgsh.com | elkinj@mac.com |
| courts@alderman.com | aweaver@cgsh.com | robert.honeywell@klgates.com |
| bnkatty@aldineisd.org | soneal@cgsh.com | atureaud@kblaw.com |
| jarnold@aldridgepite.com | aweaver@cgsh.com | tkorkhov@kellerrohrback.com |
| laura.hall@allenovery.com | rmukhi@cgsh.com | KDWBankruptcyDepartment@KelleyDrye.com |
| joseph.badtke-berkow@allenovery.com | jkpark@cgsh.com | bfeder@kelleydrye.com |
| James.Vincequerra@alston.com | wkelleher@cohenlaw.com | jacarlino@kslnlaw.com |
| leib.lerner@alston.com | hward@cohenlaw.com | ssouthard@klestadt.com |
| ajd@ansellgrimm.com | rseltzer@cwsny.com | lkiss@klestadt.com |
| ajd@ansellgrimm.com | jbienstock@coleschotz.com | kurtzman@kurtzmansteady.com |
| andrew.silfen@arentfox.com | mwarner@coleschotz.com | brunnquellw@lanepowell.com |
| beth.brownstein@arentfox.com | scf@cohmlaw.com | dgragg@langleybanack.com |
| brian.lohan@arnoldporter.com | Michael.smith2@computershare.com | jfifarek@laskyfifarek.com |
| ginger.clements@arnoldporter.com | kbifferato@connollygallagher.com | rzucker@lasserhochman.com |
| jaronauer@ayllp.com | kconlan@connollygallagher.com | christopher.harris@lw.com |
| CSchael@AshfordNJLaw.com | cgriffiths@connollygallagher.com | rakim.johnson@lw.com |
| eneiger@askllp.com | svanaalten@cooley.com | peter.gilhuly@lw.com |
| jchristian@askllp.com | scarnes@cooley.com | ted.dillman@lw.com |
| Jg5786@att.com | rco@crlawpr.com | gillazarus@gmail.com |
| mcuellar45@austinenterpriseslp.com | dcoffino@cov.com | kevin@ksnpc.com |
| mfrankel@bfklaw.com | aclark@cov.com | william.fennell@fennelllaw.com |
| egoodman@bakerlaw.com | mfelger@cozen.com | luralene.schultz@fennelllaw.com |
| fkhan@bakerlaw.com | pzumbro@cravath.com | office@fennelllaw.com |
| pollack@ballardspahr.com | davidtaxin@dahannowick.com | cgruen@gruenlaw.com |
| branchd@ballardspahr.com | daniel@dmsilverlaw.com | dtabachnik@dttlaw.com |
| heilmanl@ballardspahr.com | dhw@dhclegal.com | pstarkesq@gmail.com |
| summersm@ballardspahr.com | jwcohen@daypitney.com | hlazarus@lazarusandlazarus.com |
| harnerp@ballardspahr.com | Ksummers@dflaw.com | harlan.lazarus@gmail.com |
| kutnera@ballardspahr.com | mcto@debevoise.com | ilan.markus@leclairryan.com |
| knewman@barclaydamon.com | eweisgerber@debevoise.com | niclas.ferland@leclairryan.com |
| mowens@btlaw.com | jcurley@ddw-law.com | janice.grubin@leclairryan.com |
| emiller@bayardlaw.com | bethsolomon@discover.com | alex.chase@leclairryan.com |
| russ@bsavory.com | marita.erbeck@dbr.com | jjorissen@losgs.com |
| jsolomon@bbwg.com | LJKotler@duanemorris.com | sanantonio.bankruptcy@publicans.com |
| llindenberg@bbwg.com | WMSimkulak@duanemorris.com | dallas.bankruptcy@publicans.com |
| rmills@bellnunnally.com | WMSimkulak@duanemorris.com | houston_bankruptcy@publicans.com |
| mbarrie@beneschlaw.com | Cheitzenrater@duanemorris.com | jfarnum@linowes-law.com |
| kcapuzzi@beneschlaw.com | emunozPSC@gmail.com | jmueller@lippes.com |
| wschonberg@beneschlaw.com | lmay@eisemanlevine.com | braynor@lockelord.com |
| Ernie.park@bewleylaw.com | rxza@elliottgreenleaf.com | asmith@lockelord.com |
| Tgaa@bbslaw.com | sak@elliottgreenleaf.com | ira.greene@lockelord.com |
| michael@bindermalter.com | mherz@foxrothschild.com | jfroehlich@lockelord.com |
| julie@bindermalter.com | nreid@foxswibel.com | sbryant@lockelord.com |
| JRhodes@BlankRome.com | jfrank@fgllp.com | bbuechler@lowenstein.com |
| Tarr@BlankRome.com | jkleinman@fgllp.com | echafetz@lowenstein.com |
| EZucker@BlankRome.com | deggert@freeborn.com | bnathan@lowenstein.com |
| bankruptcy@borgeslawllc.com | brad.eric.scheler@friedfrank.com | alexandra.bigas@gmail.com |
| wborges@borgeslawllc.com | scott.luftglass@friedfrank.com | awilda.ramos@aguadillamallpr.com |

| | | |
|---|---|---|
| schin@borgeslawllc.com | peter.siroka@friedfrank.com | dmiller@lubinolson.com |
| arainone@bracheichler.com | tking@fbtlaw.com | david@mhlaw-ny.com |
| jjorissen@briggs.com | rgold@fbtlaw.com | tleday@mvbalaw.com |
| jmontgomery@brownconnery.com | awebb@fbtlaw.com | sbodker@mcdowellrice.com |
| pweiser@buchalter.com | pmartin@fmdlegal.com | jbernstein@mdmc-law.com |
| schristianson@buchalter.com | lbrymer@fmdlegal.com | nleonard@mdmc-law.com |
| christopher.schueller@bipc.com | zgelber@gelbersantillo.com | bmcgrath@mcglinchey.com |
| terry.shulsky@bipc.com | gseitz@gsbblaw.com | kromano@mcglinchey.com |
| tyler.dischinger@bipc.com | btheisen@gibbonslaw.com | mchaney@mcglinchey.com |
| Eric.Waxman@cwt.com | nsongonuga@gibbonslaw.com | raguilar@mcglinchey.com |
| Anthony.Deleo@cwt.com | hcohen@gibbonslaw.com | rcerone@mcglinchey.com |
| rdavis@cafarocompany.com | dcampbell@ghclaw.com | hjschwartz@mckoolsmith.com |
| jlevitin@cahill.com | tnixon@gklaw.com | jsmith@mckoolsmith.com |
| rstieglitz@cahill.com | tomf@goldmclaw.com | dmeegan@mhksacto.com |
| sjk@carmodymacdonald.com | jflaxer@golenbock.com | cjm@msf-law.com |
| MKurzman@carmodylaw.com | mweinstein@golenbock.com | nkenworthy@mrrlaw.net |
| tsansone@carmodylaw.com | gfox@goodwinlaw.com | cprice@milbank.com |
| mcatalfimo@carterconboy.com | bbazian@goodwinlaw.com | RLiubicic@milbank.com |
| gadsden@clm.com | mgoldstein@goodwinlaw.com | sdnyecf@dor.mo.gov |
| bankruptcy@clm.com | wweintraub@goodwinlaw.com | ssmith@mwlaw.com |
| Dennis.roemlein@bnymellon.com | searsnotice@gouldratner.com | laura.mccarthy@morganlewis.com |
| rmccord@certilmanbalin.com | drosner@goulstonstorrs.com | neil.herman@morganlewis.com |
| rnosek@certilmanbalin.com | thoffmann@goulstonstorrs.com | smiller@morrisjames.com |
| appleby@chapman.com | phillip.bohl@gpmlaw.com | cmiller@mnat.com |
| wilamowsky@chapman.com | tannweiler@greerherz.com | jbarsalona@mnat.com |
| brotenberg@csglaw.com | jfigueiredo@hahnhessen.com | jmarines@mofo.com |
| szuber@csglaw.com | ahalperin@halperinlaw.net | bbutterfield@mofo.com |
| ksimard@choate.com | lgu@halperinlaw.net | bankruptcy@morrisoncohen.com |
| jmarshall@choate.com | dlieberman@halperinlaw.net | mro@prbankruptcy.com |
| hchoi@choiandpark.com | joia.johnson@hanes.com | bradley.schneider@mto.com |
| cpark@choiandpark.com | howard.upchurch@hanes.com | thomas.walper@mto.com |
| lkleist@choiandpark.com | ktompsett@harrisbeach.com | dperry@munsch.com |
| mstein@chuhak.com | sodonnell@herrick.com | klippman@munsch.com |
| eschnitzer@ckrlaw.com | sselbst@herrick.com | kcordry@naag.org |
| gsaydah@ckrlaw.com | ssmith@herrick.com | jody.bedenbaugh@nelsonmullins.com |
| srichman@clarkhill.com | msekowski@herrick.com | shane.ramsey@nelsonmullins.com |
| srichman@clarkhill.com | elio@higgslaw.com | enid.stuart@ag.ny.gov |
| nbencze@clarkhill.com | cfenlon@hinckleyallen.com | cdesiderio@nixonpeabody.com |
| duane.brescia@clarkhillstrasburger.com | arthur.rosenberg@hklaw.com | dsklar@nixonpeabody.com |
| ems@elliottgreenleaf.com | Marc.Antonecchia@hklaw.com | lcisz@nixonpeabody.com |
| aentwistle@entwistle-law.com | barbra.parlin@hklaw.com | rpedone@nixonpeabody.com |
| jporter@entwistle-law.com | elvin.ramos@hklaw.com | bob.bruner@nortonrosefulbright.com |
| Leopold.matt@Epa.gov | jose.casal@hklaw.com | eric.daucher@nortonrosefulbright.com |
| lbercovich@epicor.com | jjalemany@hklaw.com | francisco.vazquez@nortonrosefulbright.com |
| ppascuzzi@ffwplaw.com | llichtman@honigman.com | howard.seife@nortonrosefulbright.com |
| gchico@ferraiuoli.com | chris.gartman@hugheshubbard.com | christy.rivera@nortonrosefulbright.com |
| mark.wilson@fisherbroyles.com | neil.oxford@hugheshubbard.com | stephen.castro@nortonrosefulbright.com |
| patricia.fugee@fisherbroyles.com | dustin.smith@hugheshubbard.com | david.rosenzweig@nortonrosefulbright.com |
| dlwright@foley.com | bgross@HuntonAK.com | cmomjian@attorneygeneral.gov |
| kcatanese@foley.com | mlegge@huntonak.com | bk-jstern@oag.texas.gov |
| msmall@foley.com | ghesse@huntonak.com | sherri.simpson@oag.texas.gov |
| tscannell@foley.com | caleb.holzaepfel@huschblackwell.com | richard.morrissey@usdoj.gov |
| aguon@foxrothschild.com | lynn.butler@huschblackwell.com | paul.schwartzberg@usdoj.gov |
| plabov@foxrothschild.com | Daniel.Swetnam@icemiller.com | apetrakov@offitkurman.com |
| thoran@foxrothschild.com | taxcollector@co.imperial.ca.us | smetz@offitkurman.com |
| mhall@foxrothschild.com | alex.macias@impremedia.com | victoria.garry@ohioattorneygeneral.gov |

| | | |
|---|---|---|
| rsteinberg@pricemeese.com | jgildea@interactions.com | sokeefe@okeefelc.com |
| searsteam@primeclerk.com | Mimi.M.Wong@irscounsel.treas.gov | dpatrick@omm.com |
| serviceqa@primeclerk.com | Mimi.M.Wong@irscounsel.treas.gov | jtaylor@omm.com |
| gerald.kennedy@procopio.com | mamato@rmfpc.com | mkremer@omm.com |
| lr@pryormandelup.com | skelly@s-d.com | echollander@orrick.com |
| rlp@pryormandelup.com | mmccann@swc-law.com | efua@orrick.com |
| mhofsdal@pryorcashman.com | rabiuso@swc-law.com | mfechik@orrick.com |
| susheelkirpalani@quinnemanuel.com | jweinblatt@sakar.com | rdaversa@orrick.com |
| jonpickhardt@quinnemanuel.com | cbelmonte@ssbb.com | lily@pacogarment.com |
| andrewcorkhill@quinnemanuel.com | asnow@ssbb.com | chipford@parkerpoe.com |
| matthewscheck@quinnemanuel.com | pbosswick@ssbb.com | leslieplaskon@paulhastings.com |
| ellisonmerkel@quinnemanuel.com | ksadeghi@schiffhardin.com | andrewtenzer@paulhastings.com |
| cfilardi@rrlawpc.com | LFacopoulos@schiffhardin.com | shlomomaza@paulhastings.com |
| greiss@reisspreuss.com | secbankruptcy@sec.gov | pbasta@paulweiss.com |
| etikkanen@reisspreuss.com | NYROBankruptcy@sec.gov | kcornish@paulweiss.com |
| cpugatch@rprslaw.com | bankruptcynoticeschr@sec.gov | lclayton@paulweiss.com |
| hmagaliff@r3mlaw.com | ashmead@sewkis.com | sbuergel@paulweiss.com |
| nsmith@robbins-schwartz.com | alves@sewkis.com | rbritton@paulweiss.com |
| Robert.e.michael.esq@gmail.com | emfox@seyfarth.com | jhurwitz@paulweiss.com |
| Aron.hume@gmail.com | rhermann@sbwh.law | lbyrne@pedersenhoupt.com |
| fbr@robinsonbrog.com | mkish@sbwh.law | jdelnero@pedersenhoupt.com |
| rms@robinsonbrog.com | jshafer@sbwh.law | jaffeh@pepperlaw.com |
| se@robinsonbrog.com | floridaservice@sbwh.law | listwakk@pepperlaw.com |
| gregg.galardi@ropesgray.com | fsosnick@shearman.com | ecobb@pbfcm.com |
| kimberly.kodis@ropesgray.com | sara.coelho@shearman.com | jbanks@pbfcm.com |
| sam.ashuraey@ropesgray.com | afeld@sheppardmullin.com | ecobb@pbfcm.com |
| james.wilton@ropesgray.com | tcohen@sheppardmullin.com | lmbkr@pbfcm.com |
| patricia.chen@ropesgray.com | rreinert@shutts.com | osonik@pbfcm.com |
| ssally@ropesgray.com | rtucker@simon.com | dpick@picklaw.net |
| joshua.sturm@ropesgray.com | mshriro@singerlevick.com | jon@piercemccoy.com |
| nicholas.berg@ropesgray.com | dplon@sirlinlaw.com | Shana.Elberg@skadden.com |
| timothy.farrell@ropesgray.com | Paul.Leake@skadden.com | George.Howard@skadden.com |
| srosen@rosenpc.com | efile@pbgc.gov | enotices@skijain.com |
| prubin@rubinlawllc.com | joe@sarakclawfirm.com | pstrok@swelawfirm.com |
| sbhattacharyya@stroock.com | mtsang@tsanglawfirm.com | rkinas@swlaw.com |
| pkslyne@ssbny.com | Curtis.Tuggle@ThompsonHine.com | bk@svllaw.com |
| dietdericha@sullcrom.com | ltirelli@tw-lawgroup.com | darolf@sorlinglaw.com |
| zylberbergd@sullcrom.com | powerwangtxks@vip.126.com | pmryan@sorlinglaw.com |
| dkupetz@sulmeyerlaw.com | AGBankNewYork@ag.tn.gov | mary.callahan@bnymellon.com |
| ckwu@sulmeyerlaw.com | dtobias@tobiaslawpc.com | mary.callahan@bnymellon.com |
| lawyer@surilawoffice.com | jpruski@trainorfairbrook.com | tonder@stark-stark.com |
| bsattin@szaferman.com | kay.brock@traviscountytx.gov | jlemkin@stark-stark.com |
| Riela@thsh.com | David.Jones6@usdoj.gov | charles.chamberlin@nebraska.gov |
| aconway@taubman.com | Jeffrey.Oestericher@usdoj.gov | cp@stevenslee.com |
| tf@lawtaf.com | Joseph.Cordaro@usdoj.gov | thomas.salerno@stinson.com |
| Starr.Judith@pbgc.gov | Carina.Schoenberger@usdoj.gov | darrell.clark@stinson.com |
| mccarron.william@pbgc.gov | Lawrence.Fogelman@usdoj.gov | streusand@slollp.com |
| mbrofman@weisszarett.com | sfalanga@walsh.law | khansen@stroock.com |
| sfink@weltman.com | gtoering@wnj.com | jcanfield@stroock.com |
| vandermarkj@whiteandwilliams.com | Dclarke@wjslaw.com | Peter.Aronoff@usdoj.gov |
| klewis@wtplaw.com | ray.schrock@weil.com | Linda.Riffkin@usdoj.gov |
| sgerald@wtplaw.com | garrett.fail@weil.com | jdunn@vedderprice.com |
| bankruptcy@evict.net | jacqueline.marcus@weil.com | ketzel@vedderprice.com |
| awilliams@williamsadvisors.com | sunny.singh@weil.com | mschein@vedderprice.com |
| alipkin@willkie.com | JeriLeigh.Miller@weil.com | marva.m.levine@verizon.com |
| gbrunswick@willkie.com | jessica.liou@weil.com | notice@waldrepllp.com |

philip.anker@wilmerhale.com
noah.levine@wilmerhale.com
phealy@wsfsbank.com
scimalore@wilmingtontrust.com
david.tillem@wilsonelser.com
ncwitte@wittelaw.com
saron@wrslawyers.com
tom@attorneyzim.com
kaiello@FoxRothschild.com
maryjaneartese@paulhastings.com
rsteinberg@pricemeese.com
Paloma.VanGroll@weil.com
Jared.Friedmann@weil.com
Jessie.Mishkin@weil.com

216414955v1