UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                                                    Chapter 11

SEARS HOLDING CORPORATION, *et al.*,              Case No. 18-23538 (RDD)

                        Debtors.                                       (Jointly Administered)
---------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

      PLEASE TAKE NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure, Whiteford, Taylor & Preston LLP and Engelman Berger, P.C. hereby appear as attorneys for International Cruise & Excursions Gallery, Inc., and hereby request that copies of all notices and pleadings given or filed in these cases, or required to be given or filed in these cases, be given and served upon them at the following addresses:

                WHITEFORD, TAYLOR & PRESTON LLP
                220 White Plains Road, Second Floor
                Tarrytown, NY 10591
                Attn.: Kenneth M. Lewis, Esq.
                (914) 761-8400
                klewis@wtplaw.com

                WHITEFORD, TAYLOR & PRESTON LLP
                3190 Fairview Park Drive, Suite 800
                Falls Church, VA 22042
                Attn.: Christopher A. Jones, Esq.
                (703) 280-9263
                cajones@wtplaw.com

                ENGELMAN BERGER, P.C.
                2800 North Central Avenue, Suite 1200
                Phoenix, AZ 85004
                Attn.: Scott B. Cohen, Esq.
                (602) 222-4960
                sbc@eblawyers.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any notice, hearing date, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, email or otherwise filed or given with regard to the referenced cases and the proceedings herein.

Neither this Notice of Appearance nor any other appearance, pleading, filing, claim, or suit is intended or shall be deemed or construed to be (i) a consent to the jurisdiction of this Court or any other court with respect to any actions or proceedings against or otherwise involving International Cruise & Excursions Gallery, Inc., or (ii) a waiver of International Cruise & Excursions Gallery, Inc.'s (a) right to have final orders entered only after de novo review by a district judge; (b) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (c) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (d) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: Tarrytown, New York
      May 10, 2019

WHITEFORD, TAYLOR & PRESTON LLP

By: /s/ Kenneth M. Lewis
    Kenneth M. Lewis

220 White Plains Road, Second Floor
Tarrytown, NY 10591
(914) 761-8400
klewis@wtplaw.com

WHITEFORD, TAYLOR & PRESTON LLP
Christopher A. Jones  (*pro hac vice to be filed*)
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042
(703) 280-9263
cajones@wtplaw.com

ENGELMAN BERGER, P.C.
Scott B. Cohen (*pro hac vice to be filed*)
2800 North Central Avenue, Suite 1200
Phoenix, AZ 85004
(602) 222-4960
sbc@eblawyers.com

Attorneys for International Cruise &
 Excursions Gallery, Inc.