**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
                                                    :    Case No. 18-23538 (RDD)
SEARS HOLDING CORPORATION, et al.[1]                :
                                                    :    (Jointly Administered)
                         Debtors.                   :
---------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Daniel J. McCarthy, request admission, pro hac vice, before the Honorable Robert D. Drain, to represent Decore-Ative Specialties, Inc. in the above-referenced jointly administered cases.

I certify that I am a member in good standing of the bar of the State of California and the bar of each of the following courts:

- U.S. District Court for the Central District of California,

- U.S. District Court for the Eastern of California,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

- U.S. District Court for the Northern District of California,
- U.S. District Court for the Southern District of California, and
- U.S. Court of Appeals for the Ninth Circuit.

I further certify that there are no pending disciplinary proceedings against me in any state or federal court.

My contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Daniel J. McCarthy |
| Firm Name: | Hill, Farrer & Burrill, LLP |
| Address: | 300 S. Grand Avenue, 37th Floor |
| City/State/Zip | Los Angeles, CA 90071-3147 |
| Telephone/Fax | (213) 621-0802/ (213) 624-4840 |
| E-mail: | dmccarthy@hillfarrer.com |

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated: May 10, 2019
Los Angeles, California

　　　　　　　　　　　　　　　　　　　　/s/ Daniel J. McCarthy
Daniel J. McCarthy (Bar No. 101081)
Hill, Farrer & Burrill LLP
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-31476
Telephone: (213) 621-0802
Facsimile: (213) 624-4840
Email: dmccarthy@hillfarrer.com

*Attorneys for Decore-Ative Specialties, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE has been filed and served on May 10, 2019 upon all parties requesting service via ECF notification.

   /s/ Daniel J. McCarthy
Hill, Farrer & Burrill LLP
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA 90071-31476
Telephone: (213) 621-0802
Facsimile: (213) 624-4840
Email: dmccarthy@hillfarrer.com

*Attorneys for Decore-Ative Specialties, Inc.*