**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| *In re* | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | Case No. 18-23538 (RDD) |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

**CHRISTOPHER GARTMAN**, an attorney duly admitted to practice before the Southern District of New York, hereby certifies under penalty of perjury that on May 10, 2019, he caused a true and correct copy of Matson Navigation Company, Inc.'s *Limited Objection to Notice of Assumption and Assignment of Additional Executory Contracts* (Docket No. 3788) to be served on the parties listed on the attached Service List by the manner indicated therein.

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); Service Live Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC(8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation(4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: May 10, 2019

*/s/ Christopher Gartman*
Christopher Gartman
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
Tel: (212) 837-6000
Fax: (212) 422-4726
chris.gartman@hugheshubbard.com

2

# SERVICE LIST

**BY FIRST CLASS MAIL:**

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Paul Schwartzberg, Esq.

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: Stephen Sitley Esq.
Luke J. Valentino, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Ray C. Schrock, P.C.
Jacqueline Marcus, Esq.
Garret A. Fail, Esq.
Sunny Singh, Esq.

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Attn: Sean A. O'Neal, Esq.
Luke A. Barefoot, Esq

**BY ELECTRONIC MAIL:**

ray.schrock@weil.com; jacqueline.marcus@weil.com; garrett.fail@weil.com;
sunny.singh@weil.com; rob.riecker@searshc.com; luke.valentino@searshc.com;
mmeghji@miiipartners.com; project.blue.rx@lazard.com; paul.schwartzberg@usdoj.gov;
paul.leake@skadden.com; shana.elberg@skadden.com; george.howard@skadden.com;
marshall.huebner@davispolk.com; eli.vonnegut@davispolk.com; caustin@cgsh.com;
boreilly@cgsh.com; soneal@cgsh.com; ewilson@kelleydrye.com; bfeder@kelleydrye.com;
cliu@kelleydrye.com; emfox@seyfarth.com; gadsden@clm.com; braynor@lockelord.com;
pdublin@akingump.com; idizengoff@akingump.com; sbrauner@akingump.com;
ksimard@choate.com; jmarshall@choate.com; project.blue.rx@lazard.com;
lbarefoot@cgsh.com; kblack@cgsh.com; hokim@cgsh.com; mlivingston@cgsh.com