5

**<u>Exhibit 1</u>**

| Ref # | Contract ID | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount (Counterparty Cure Amount LESS Debtor Cure Amount) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 101331 | 2541, 2201, 1995 | SERVICELIVE, INC. | GOOGLE LLC | GOOGLE INBOUND SERVICES AGREEMENT | N/A | 10/17/17 | N/A | N/A | N/A | N/A | Cure amount resolved |
| 2 | N/A | 2541, 2201, 1995 | SERVICELIVE, INC. | GOOGLE LLC | NEST INBOUND SERVICES AGREEMENT | N/A | 10/13/17 | N/A | N/A | N/A | N/A | Cure amount resolved |
| 3 | N/A | 2541, 2201, 1995 | SERVICELIVE, INC. | GOOGLE LLC | STATEMENT OF WORK NO. 2 SERVICELIVE INSTALLATION SERVICES | N/A | 2/20/18 | N/A | N/A | N/A | N/A | Cure amount resolved |
| 4 | N/A | 2541, 2201, 1995 | SERVICELIVE, INC. | GOOGLE LLC | FIRST AMENDMENT TO STATEMENT OF WORK NUMBER 2 | N/A | 11/6/18 | N/A | N/A | N/A | N/A | Cure amount resolved |
| 5 | N/A | 2541, 2201, 1995 | SERVICELIVE, INC. | GOOGLE LLC | STATEMENT OF WORK NO. 1 SERVICELIVE SUPPORT PORTAL | N/A | 10/17/17 | N/A | N/A | N/A | N/A | Cure amount resolved |
| 6 | N/A | 2541, 2201, 1995 | SERVICELIVE, INC. | GOOGLE LLC | SECOND AMENDMENT TO STATEMENT OF WORK NUMBER 2 | N/A | 12/10/18 | N/A | N/A | N/A | N/A | Cure amount resolved |