WHITE AND WILLIAMS LLP
James C. Vandermark, Esq.
7 Times Square, Suite 2900
New York, New York   10036-6524
Telephone: (212) 244-9500
Facsimile: (212) 244-6200
E-mail:vandermarkj@whiteandwilliams.com

*Counsel to Google LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.,* | Case No.  18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**GOOGLE LLC'S CONSENT TO NOTICE OF ASSUMPTION
AND ASSIGNMENT OF ADDITIONAL CONTRACTS**

Google LLC ("**Google**"), by and through its attorneys, White and Williams LLP, as the

counterparty to the contracts designated by the Buyer and identified by the Debtors in Exhibit 1

(collectively, "**Google Contracts**") to the Notice of Assumption and Assignment of Additional

Contracts [Doc. No. 3805] (the "**Notice**"),[1] hereby consents to the assumption and assignment of

the Google Contracts.

Respectfully submitted,

Dated: May 13, 2019          By: *James C. Vandermark*
    New York, NY                  James C. Vandermark, Esq.
                            WHITE AND WILLIAMS LLP

                            *Attorneys for Google LLC*

---

[1] Capitalized terms used but not defined herein shall have the meanings set forth in the Notice.

22806749v.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.,* | Case No.  18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, James C. Vandermark, hereby certify that a true and correct copy of the foregoing Google

LLC's Consent to the Notice of Assumption and Assignment of Additional Contracts was filed

electronically with the Court on May 13, 2019.  Notice of this filing will be sent today to all parties

receiving notice via the Court's electronic filing system, including counsel for the Debtors.

Respectfully submitted,

Dated: May 13, 2019
    New York, NY

By: *James C. Vandermark*
James C. Vandermark, Esq.
WHITE AND WILLIAMS LLP
7 Times Square, Suite 2900
New York, New York 10036
(212) 244-9500
vandermarkj@whiteandwilliams.com

*Attorneys for Google LLC*

22806749v.1