David L. Pollack, Esquire
**Ballard Spahr LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Direct: (215) 864-8325
E-mail: Pollack@ballardspahr.com

Leslie C. Heilman, Esquire
**Ballard Spahr LLP**
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Direct: (302) 252-4465
E-mail: heilmanl@ballardspahr.com

Dustin P. Branch, Esquire
**Ballard Spahr LLP**
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Direct: (424) 204-4354
E-mail: branchd@ballardspahr.com

*Attorneys for 7200 Arlington Associates LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                           :   Chapter 11
                                                :
SEARS HOLDINGS CORPORATION, *et al.*,           :   Case No. 18-23538 (RDD)
                                                :
                                                :   (Jointly Administered)
        Debtors.                                :
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE          )
                           )   SS:
COUNT OF NEW CASTLE        )

Laurel D. Roglen, being duly sworn according to law, deposes and says that she is employed by the law firm of Ballard Spahr LLP, and that on the 3rd day of May 2019, she caused a copy of the following document to be served upon the parties identified on the attached service list by electronic mail, or in the manner indicated:

- Objection of 7200 Arlington Associates to the Debtors' Motion for Authority to Assume Unexpired Leases of Nonresidential Real Property [Docket No. 3595]

_____
Laurel D. Roglen, Esquire

SWORN TO AN SUBSCRIBED before me on this 13th day of May 2019.

_____
Notary Public

[Notary Seal: SHARON J. RUSSOUM — MY COMMISSION EXPIRES May 1, 2021 — NOTARY PUBLIC STATE OF DELAWARE]

## SERVICE LIST

Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, P.C., Esq.
Jacqueline Marcus, Esq.
Garrett A. Fail, Esq.
Sunny Singh, Esq.
Jared R. Friedmann, Esq.
Jessie B. Mishkin, Esq.
767 Fifth Avenue
New York, NY 10153
Email: ray.schrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com
JeriLeigh.Miller@weil.com
jessica.liou@weil.com
Paloma.VanGroll@weil.com
Jared.Friedmann@weil.com
Jessie.Mishkin@weil.com

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul Leake, Esq.
Shana Elberg, Esq.
George R. Howard, Esq.
4 Times Square
New York, NY 10036
Email: Paul.Leake@skadden.com
Shana.Elberg@skadden.com
George.Howard@skadden.com

Office of the United States Trustee for Region 2
Attn: Paul Schwartzberg, Esq.
201 Varick St.
Ste. 1006
New York, NY 10014
**Email: paul.schwartzberg@usdoj.gov**
**Federal Express**

Davis Polk & Wardwell LLP
Attn: Marshall Huebner, Esq.
Eli Vonnegut, Esq.
450 Lexington Avenue
New York, NY 10017
Email: marshall.huebner@davispolk.com
eli.vonnegut@davispolk.com

Cleary Gottlieb Steen & Hamilton LLP
Attn: Sean O Neal, Esq.
Lewis J. Liman, Esq.
Abena A. Mainoo, Esq.
Luke A. Barefoot, Esq.
One Liberty Plaza
New York, NY 10006
Email: liman@cgsh.com
amainoo@cgsh.com
lbarefoot@cgsh.com
soneal@cgsh.com

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Email: bfede@kelleydrye.com
KDWBankruptcydepartment@kelleydrye.com

DMEAST #37552351 v1

Seyfarth Shaw
Attn: Edward M. Fox, Esq.
620 Eighth Avenue
New York, NY 10018-1405
Email: emfox@seyfarth.com

Carter Ledyard & Milburn LLP
Attn: James Gadsden, Esq.
2 Wall Street
New York, NY 10005
Email: gadsden@clm.com
bankruptcy@clm.com

The Bank of New York Mellon Trust Company
Attn: Dennis Roemlein
Email: dennis.roemlein@bnymellon.com

Locke Lord LLP
Attn: Aaron C. Smith, Esq.
Brian A. Raynor, Esq.
111 South Wacker Drive
Suite 4100
Chicago, IL 60606
Email: asmith@lockelord.com
braynor@lockelord.com

Akin Gump Strauss Hauer & Feld LLP
Attn: Ira S. Dizengoff, Esq.
Philip C. Dublin, Esq.
Abid Qureshi, Esq.
Sara L. Brauner, Esq.
One Bryant Park
New York, NY 10036
Email: idizengoff@akingump.com
pdublin@akingump.com
aqureshi@akingump.com
sbrauner@akingump.com

Beall & Burkhardt
Attn: Eric Burkhardt, Esq.
1114 State Street
Suite 200
Santa Barbara, CA 93101
Email: eric@beallandburkhardt.com

The Chambers of the Honorable Robert D. Drain
United States Bankruptcy Court
  for the Southern District of New York
300 Quarropas Street
Room 248
White Plains, NY 10601
**Federal Express**

Sears Holdings Corporation
333 Beverly Road
Hoffman Estates, IL 60179
Attn: Stephen Sitley, Esq.
Luke J. Valentino, Esq.
**Federal Express**

DMEAST #37552351 v1                                                   4