UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re                                                        :
                                                             :     Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,                        :
                                                             :     Case No. 18-23538 (RDD)
                                                             :
            Debtors.[1]                                      :     (Jointly Administered)
------------------------------------------------------------ x

## JOINT NOTICE OF EFFECTIVENESS

Transform Holdco LLC, Greensboro Distribution Partners, LLC, Greensboro Land Development Partners OZ LLC and Drake Pacer Penry Acquisition, LLC, in connection with and pursuant to that certain Stipulation and Order By and Among, Sellers, Buyer, NDC, GDP, GLDP and Landlord dated May, 1 2019 (ECF No. 3808) (the "Stipulation and Order"), hereby give notice of effectiveness with the Bankruptcy Court[2] as contemplated by the Stipulation and Order and that the Effective Date is the date of the entry of this notice on the Bankruptcy Court's docket, which is today's date of May 13, 2019.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Terms used, and not otherwise defined, herein have the meaning ascribed to them in the Stipulation and Order.

IN WITNESS WHEREOF, this Joint Notice of Effectiveness has been executed and delivered as of the day and year first below written.

Date: May 13, 2019

| **COZEN O'CONNOR** | **CLEARY GOTTLIEB STEEN & HAMILTON LLP** |
|---|---|
| /s/ Mark E. Felger<br>Mark E. Felger, Esq.<br>Frederick (Erik) Schmidt, Esq.<br>277 Park Avenue<br>New York, NY 10172 | /s/ Luke A. Barefoot<br>Sean A. O'Neal, Esq.<br>Luke A. Barefoot, Esq.<br>One Liberty Plaza<br>New York, NY 10006 |
| *Attorneys for National Distribution Centers, LLC, Greensboro Distribution Partners, LLC and Greensboro Land Development Partners OZ LLC* | *Attorneys for Transform Holdco LLC* |
| | **MORRIS JAMES LLP** |
| | /s/ Stephen M. Miller<br>Stephen M Miller, Esq.<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801 |
| | *Attorney for Drake Pacer Penry Acquisition, LLC* |