## Schedule 2: Adequate Assurance Parties

| | Store # | RE ID | Property Group | City | State/ Province | Store Address | Counterparty | Building Size/ Tenant Sq. Ft.[2] | Contract Name | Assignee |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 1013 | 101300 | Open Store | Glen Burnie | Maryland | 7900 Gov Ritchie Hwy | Colonial Commercial Real Estate, LLC | 197,700 | Ground Lease | Transform Operating Stores LLC |
| 22 | 1079 | 107900 | Closed Store | Washington Sq | Oregon | 9800 Sw Washington Square Rd | | | Master Lease | Transform Midco LLC |
| 23 | 1088 | 108800 | Open Store | Glendale | California | 236 N Central Ave | Boston Mutual Life Ins. 50% / Kin Properties 50% | 174,858 | Ground Lease | Transform Operating Stores LLC |
| 27 | 1094 | 109400 | Open Store | Hackensack | New Jersey | 436 Main St | Kin Properties | 121,779 | Ground Lease | Transform Operating Stores LLC |
| 49 | 1248 | 124800 | Open Store | Hayward | California | 660 W Winton Ave | Rouse Properties | 308,007 | Lease | Transform Operating Stores LLC |
| 57 | 1274 | 127400 | Open Store | Chesterfield | Virginia | 11500 Midlothian Tpke | Rouse Properties | 146,097 | Ground Lease | Transform Operating Stores LLC |
| 81 | 1280 | 128000 | Closed Store | Springdale | Ohio | 300 E Kemper Rd | American Pacific International Capital | 286,700 | Ground Lease | Transform Leaseco LLC |
| 85 | 1283 | 128351 | Open Store (Sublease) | Braintree | Massachusetts | 250 Granite St | Primark | 70,816 | Sublease | Transform Operating Stores LLC |
| 86 | 1288 | 128850 | Open Store (Sublease) | Stockton | California | 5110 Pacific Ave | Weberstown Mall LLC | 3,480 | Sublease | Transform Operating Stores LLC |
| 88 | 1303 | 130300 | Open Store | Danbury | Connecticut | 7 Backus Ave (Ex 3 Rt 84) | Seritage / Macerich JV | | Master Lease | Transform Midco LLC |
| 97 | 1317 | -- | Open Store (Sublease) | El Paso | TX | 8401 Gateway Blvd W | Celina Development Company | 3,856 | Sublease | Transform KM LLC and Transform SR LLC |
| 98 | 1335 | 133500 | Open Store | Greensboro | North Carolina | 3200 W Friendly Ave | CBL | 196,000 | Ground Lease | Transform Operating Stores LLC |
| 103 | 1368 | 136800 | Open Store | Concord | California | 1001 Sunvalley Blvd | Taubman | 240,869 | Ground Lease | Transform Operating Stores LLC |
| 108 | 1674 | 167400 | Open Store | White Plains | New York | 100 Main St | Pacific Retail Capital Partners | 237,153 | Lease | Transform Operating Stores LLC |
| 109 | 1678 | 167800 | Open Store | Carlsbad | California | 2561 El Camino Real | Rouse Properties | 160,038 | Ground Lease | Transform Operating Stores LLC |
| 111 | 1681 | 168100 | Open Store | Honolulu | Hawaii | 1505 Kapioloni Blvd | GGP | 15,988 | Lease | Transform Operating Stores LLC |
| 112 | 1684 | 168450 | Open Store (Sublease) | Woodbridge | New Jersey | 150 Woodbridge Ctr Ct | Verizon Wireless | 8,070 | Sublease | Transform Operating Stores LLC |
| 122 | 1754 | 175400 | Open Store | Gaithersburg | Maryland | 701 Russell Ave | Northwood Investors | 204,928 | Lease | Transform Operating Stores LLC |
| 141 | 1788 | 178803 | Open Store | Richmond | CA | 2300 Hilltop Mall Rd | LBG Hilltop, LLC | -- | Lease | Transform Operating Stores LLC |
| 146 | 1915 | 191503 | Open Store | Bayamon | PR | Avenida Aguas Buenas (12,485 SF inline space only) | Santa Rosa Mall LLC | -- | Lease | Transform Operating Stores LLC |
| 148 | 1974 | -- | Open Store | Roanoke | VA | 4812 Valley View Blvd Ne | Cheddars Casual Café | 20,447 | LEASE | TF Roanoke VA LLC |
| 149 | 1984 | 198400 | Open Store | Buffalo/Hamburg | New York | S 3701 Mckinley Pkwy | McKinley Mall LLC (In Receivership) | 146,577 | Lease | Transform Operating Stores LLC |
| 159 | 2028 | 202800 | Open Store | Hemet | California | 2200 W Florida Ave | MCS Hemet Valley Mall LLC (MC Straus Company) | 86,143 | Ground Lease | Transform Operating Stores LLC |
| 170 | 2829 | 282900 | Open Store | Victorville | California | 14420 Bear Valley Rd | Macerich | 89,689 | Lease | Transform Operating Stores LLC |
| 174 | 3013 | 301300 | Closed Store | Cleveland | Ohio | 7701 Broadview Road | Kin Properties | 99,648 | Lease | Transform Leaseco LLC |
| 177 | 3021 | 302100 | Open Store | Auburn | Maine | 603 Center St | Benderson | 105,343 | Lease | Transform Operating Stores LLC |
| 183 | 3174 | 317400 | Closed Store | Stockton | California | 2180 E Mariposa Rd | Sion Nobel MD & Behat Nobel | 84,179 | Lease | Transform Leaseco LLC |
| 192 | 3793 | 379300 | Closed Store | Miami | Florida | 12350 Sw 8Th Street | Federal Construction, Ltd. | 120,162 | Lease | Transform Leaseco LLC |
| 196 | 3949 | 394900 | Open Store | Wind Gap | Pennsylvania | 803 Male Rd | Bob Gustine | 91,266 | Lease | Transform Operating Stores LLC |
| 198 | 4351 | -- | Closed Store | Rochester | MN | 201 Ninth St S E | CAMEGARAN, LLC | -- | Lease | Transform Leaseco LLC |
| 201 | 7068 | 706800 | Open Store | Midland | Michigan | 1820 S Saginaw Rd | Benderson | 87,261 | Lease | Transform Operating Stores LLC |
| 203 | 7654 | 765400 | Open Store | Bronx | New York | 300 Baychester Avenue | Sam Shalem | 134,028 | Ground Lease | Transform Operating Stores LLC |
| 210 | 8273 | 827300 | Non-retail | Lawrence | Kansas | 2400 Kresge Rd | Kadish | 1,300,000 | Lease | Transform Distribution Center Holdco LLC |
| 211 | 8275 | 827500 | Non-retail | Morrisville | Pennsylvania | One Kresge Rd | Kin Properties | 2,200,000 | Lease | Transform Distribution Center Holdco LLC |
| 212 | 8369 | 836900 | Non-retail | Santa Ana | California | 400 W Warner Ave | Anthony Chanin | 57,582 | Lease | Transform SHS Properties LLC |
| 213 | 8708 | 870800 | Non-retail | Stockton | California | 2115 Sinclair Avenue | Prologis | 780,393 | Lease | Transform Innovel Properties LLC |
| 214 | 8709 | 870900 | Non-retail | Kent | Washington | 7650 S 228Th St | CenterPoint Properties Trust | | Lease | Transform Innovel Properties LLC |
| 215 | 8724 | 872400 | Non-retail | Pittsburgh | Pennsylvania | 27 51St St | Northwood Investors | | Lease | Transform Distribution Center Holdco LLC |
| 226 | 8744 | 874400 | Non-retail | Allentown | Pennsylvania | 1820 Race Street | Kin Properties | 87,588 | Lease | Transform Innovel Properties LLC |
| 230 | 8823 | 882300 | Non-retail | Dulles | Virginia | 45065 Old Ox Rd | Prologis Industrial Properties II Inc. | 68,350 | Lease | Transform Innovel Properties LLC |
| 231 | 8851 | 885100 | Non-retail | Westwood | Massachusetts | 349 University Ave | Bradshaw Westwood Trust | 74,768 | Lease | Transform Innovel Properties LLC |
| 236 | 8862 | 886200 | Non-retail | Columbus | Ohio | 5330 Crosswind Dr; Ste A | Green Door Capital Investments, LLC | 1,014,592 | Lease | Transform Innovel Properties LLC |
| 237 | 8871 | 887100 | Non-retail | Romeoville | Illinois | 1701 W Normantown Road | Hart I-55 Industrial, LLC | 814,848 | Lease | Transform Innovel Properties LLC |
| 238 | 8897 | 889700 | Non-retail | Kent | Washington | 6250 S. 196Th Street | Prologis | 58,534 | Lease | Transform Distribution Center Holdco LLC |
| 239 | 8934 | 893400 | Non-retail | Romeoville | Illinois | 1801 W. Normantown Road | Hart I-55 Industrial, LLC | 71,655 | Lease | Transform Innovel Properties LLC |
| 252 | 9608 | 960800 | Closed Store | Auburn | California | 2505 Bell Rd | LF2 Rock Creek LP | 64,702 | Lease | Transform Leaseco LLC |
| 255 | 24564 | 2456400 | Non-retail | ST ROSE | LA | 110 Widgeon Dr; Ste 190 | Light Member Sealy Portfolio | #N/A | Lease | Transform SHIP Properties LLC |
| 256 | 30962 | 3096200 | Non-retail | Groveport | Ohio | 5765 GREEN POINTE DRIVE | KTR Ohio, LLC / Prologis | 358,760 | Lease | Transform Distribution Center Holdco LLC |
| 257 | 78714 | 7871400 | Non-retail | Secaucus | New Jersey | 1000 New County Road | Prologis | 114,669 | Lease | Transform Distribution Center Holdco LLC |
| 259 | 2009 / 2656 | 200900 | Closed Store | Hanford | CA | 1679 W Lacey Blvd | William O. Passo | 75,852 | Lease | Transform Leaseco LLC |
| 260 | 8786 / 425 | 878600 | Non-retail | JACKSONVILLE | FL | 10490 BUSCH DR | MDH Partners, LLC | 129,600 | Lease | Transform Distribution Center Holdco LLC |
| 262 | 1041 | 104100 | Closed Store | Omaha | Nebraska | 7424 Dodge St | Crossroads Mall LLC | 198,555 | Ground Lease | Transfrom Leaseco LLC |
| 263 | 9414 | 941400 | Open Store | Yorktown Heights | NY | Rte. 118, 355 Downing Dr. | Abe Oster (Deceased?) | 90,254 | Lease | Transform Operating Stores LLC |
| | 3486 | 348600 | Open Store | Somerville | Massachusetts | 77 Middlesex Ave | Federal Realty Investment Trust | 95,739 | Lease | Transform Operating Stores LLC |
| | 1048 | 104800 | Open Store | Pasadena | California | 3801 E Foothill Blvd | K. Chaboya, F. Murphy, J&F Murphy Trusts, et. al. | 236,206 | Ground Lease | Transform Operating Stores LLC |
| | 3266 | 326600 | Open Store | Edwardsville | Pennsylvania | U S Route 11 Mark Plaza | Acadia Realty Trust | 104,519 | Lease | Transform Operating Stores LLC |
| | 2715 | 271500 | Closed Store | Salem | Oregon | 955 Lancaster Dr Ne | Lancaster Development Co. | 10,209 | Lease | Transform Leaseco LLC |
| | 3172 | 317200 | Open Store | Hagerstown | Maryland | 1713 Massey Blvd | Cedar Realty Trust | 95,810 | Lease | Transform Operating Stores LLC |
| | 4478 | 447850 | Open Store (Sublease) | Trenton/Hamilton | New Jersey | 1061 Whitehorse-Mercervil | Brixmor Operating Partnership | | Sublease | Transform Operating Stores LLC |
| | 4478 | 447800 | Open Store | Trenton | New Jersey | 1061 Whitehorse-Mercervil | Brixmor (aka Centro) | 94,500 | Lease | Transform Operating Stores LLC |
| | 2485 | 248500 | Open Store | Brooksville | Florida | 13085 Cortez Blvd | Brixmor (aka Centro) | 86,071 | Ground Lease | Transform Operating Stores LLC |
| | 2656 | 200900 | Closed Store | Hanford | CA | 1679 W Lacey Blvd | William O. Passo | 75,852 | Lease | Transform Leaseco LLC |
| | 1924 | 192400 | Open Store | Valley Stream | New York | 1150 Sunrise Hwy | Macerich | 144,537 | Ground Lease | Transfrom Operating Stores LLC |
| | 1768 | 176800 | Closed Store | Paradise Vly | Arizona | 4604 E Cactus Rd | Macerich | 139,208 | Lease | Transfrom Leaseco LLC |
| | 1309 | 130900 | Open Store | Downey | California | 500 Stonewood St | Macerich | 160,000 | Ground Lease | Transform Operating Stores LLC |
| | 2728 | 272800 | Open Store | Downey | California | 600 Stonewood | Macerich | 11,703 | Ground Lease | Transform SAC Properties LLC |
| | 2829 | 282900 | Open Store | Victorville | California | 14420 Bear Valley Rd | Macerich | 89,689 | Lease | Transform Operating Stores LLC |
| | 1133 | 113300 | Open Store | Leominster | Massachusetts | 100 Commercial Rd | Vintage Capital Group | 144,825 | Lease | Transform Operating Stores LLC |
| | 1674 | 167400 | Open Store | White Plains | New York | 100 Main St | Pacific Retail Capital Partners | 237,153 | Lease | Transform Operating Stores LLC |
| | 8934 | 893400 | Non-retail | Romeoville | Illinois | 1801 W. Normantown Road | Hart I-55 Industrial, LLC | 71,655 | Lease | Transform Innovel Properties LLC |
| | 8814 | 881400 | Non-retail | Columbia | MD | 8700 Robert Fulton Drive | Gateway Owner A-40 LLC | 122,600 | Lease | Transfrom Innovel Properties |
| | 87099 | 8709900 | Non-retail | Kent | Washington | 21612 88th Ave. South | RREEF America REIT II Portfolio, L.P. | 90,248 | Lease | Transfrom Distribution Center Holdco LLC |
| | 24526 | 2452600 | Non-retail | Seattle/Tukwila | Washington | 12628 Interurban Ave South | RREEF CPIF Olympia Properties, LLC | 8,108 | Lease | Transfrom SHIP Properties LLC |
| | 3155 | 315500 | Open Store | Belleville | Michigan | 2095 Rawsonville Rd | Lakewood Shopping Center | 107,008 | Lease | Transfrom Operating Stores LLC |
| | 3018 | 301800 | Closed Store | Valencia | California | 23222 W Valencia Blvd | SWZ LLC | 84,105 | Lease | Transfrom Leaseco LLC |
| | 3239 | 323900 | Closed Store | Kansas City | Missouri | 7100 Nw Prairie View Rd | North K I-29 2004, LLC | 84,000 | Ground Lease | Transfrom Leaseco LLC |

[1]All Additional Designatable Leases listed in Exhibit 1 shall be deemed to include any and all applicable supplements, amendments, and/or addenda.
[2]For informational purposes only.
[3]Washington Prime Group filed objection [ECF No. 1945] asserting a total cure of $67,055 as landlord to both leases related to the Boynton Beach location [Unit 1755 - Auto Center Lease and 6820 - Ground Lease].
[4]Only a portion of th is master lease was assumed.