Objection Deadline: May 28, 2019 at 4:00 p.m. (Eastern Time)
Hearing Date & Time (Only if Objection Filed): To be Scheduled

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| In re | : | |
| --- | --- | --- |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION, et al.,** | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |

------------------------------------------------------------x

## NOTICE OF REJECTION OF EXECUTORY CONTRACTS

**PLEASE TAKE NOTICE** that, on October 15, 2018, Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), each commenced with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") a voluntary case under chapter 11 of title 11 of the United States Code.

**PLEASE TAKE FURTHER NOTICE** that, on April 4, 2019, the Bankruptcy Court entered an order granting certain expedited procedures for the rejection of the Debtors' executory contracts (ECF No. 3044) (the "**Rejection Procedures Order**"). An electronic copy of the Rejection Procedures Order can found at https://restructuring.primeclerk.com/sears/.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Rejection Procedures Order, the Debtors hereby give notice of their intent to reject the contract(s) set forth on **Schedule 1**, attached to the Rejection Order (as defined below) (each, a "**Contract**," and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

together, the "**Contracts**"), effective as of May 14, 2019, unless otherwise ordered by the Court (the "**Rejection Date**").

**PLEASE TAKE FURTHER NOTICE** that, any party wishing to object to the Debtors' proposed rejection of a Contract, must file with the Bankruptcy Court and serve a written objection setting forth the legal and factual bases for such objection (an "**Objection**") so that it is actually filed with the Bankruptcy Court and served on the following parties no later than fourteen (14) calendar days after the date of filing and service of this Rejection Notice (the "**Rejection Objection Deadline**"): (i) the Debtors c/o Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179; (ii) counsel for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 (Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq.); (iii) the applicable counterparty to the Contract that is the subject of the Objection; and (iv) the Office of the United States Trustee for Region 2, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Paul Schwartzberg, Esq. and Richard Morrissey, Esq.); and (v) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.).

**PLEASE TAKE FURTHER NOTICE** that if no Objection is filed and served in compliance with the foregoing, the Debtors may submit to the Bankruptcy Court after the Rejection Objection Deadline a proposed order approving the rejection of the Contracts (each such order, a "**Rejection Order**"), substantially in the form attached hereto as **Exhibit A**, and the Bankruptcy Court may enter such order without a hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Rejection Procedures Order, if no Objection is properly filed and served in compliance with the foregoing, the rejection of each Contract shall become effective as of the Rejection Date. The deadline to file a proof of claim to assert any damages claim arising from the rejection of a Contract shall be thirty (30) days after the entry of the Rejection Order.

**PLEASE TAKE FURTHER NOTICE** that, if an Objection is properly filed and served in compliance with the foregoing, a hearing will be scheduled to consider the Objection. If the Objection is overruled or withdrawn, the effective date of rejection shall be the (i) Rejection Date; (ii) such other date to which the Debtors and the counterparty to the Unresolved Objection have agreed; or (iii) such other date as determined by the Court. If an Objection is filed for fewer than all of the Contracts included on the Rejection Notice, the Debtors may proceed with submitting a proposed Rejection Order in accordance with the above procedures for the remaining Contracts on the Rejection Notice.

**PLEASE TAKE FURTHER NOTICE** that a copy of all pleadings filed in these chapter 11 cases, including the motion (ECF No. 2768) that sought the relief granted in the

Rejection Procedures Order, is available for free at https://restructuring.primeclerk.com/sears/ or for a fee via PACER at https://ecf.nysb.uscourts.gov.

Dated: May 14, 2019
      New York, New York

     /s/ Jacqueline Marcus
     WEIL, GOTSHAL & MANGES LLP
     767 Fifth Avenue
     New York, New York  10153
     Telephone:  (212) 310-8000
     Facsimile:  (212) 310-8007
     Ray C. Schrock, P.C.
     Jacqueline Marcus
     Garrett A. Fail
     Sunny Singh

*Attorneys for Debtors
and Debtors in Possession*

# Exhibit A

## Rejection Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
In re                                          :
                                               :    Chapter 11
SEARS HOLDINGS CORPORATION, et al.,            :
                                               :    Case No. 18-23538 (RDD)
                                               :
          Debtors.¹                            :    (Jointly Administered)
------------------------------------------------------------x
```

## ORDER APPROVING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS

Pursuant to and in accordance with the *Order Authorizing Debtors to Establish Procedures for Rejection of Executory Contracts* (ECF No. 3044) (the "**Rejection Procedures Order**")² entered in the above-captioned chapter 11 cases of Sears Holdings Corporation and its debtor affiliates (collectively, the "**Debtors**"); and the Debtors having properly filed with this Court and served on the Rejection Notice Parties a notice (the "**Rejection Notice**") of their intent to reject certain executory contracts identified on **Schedule 1** attached hereto ("**Contracts**") in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Rejection Procedures Order.

accordance with the terms of the Rejection Procedures Order, and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and no timely objections having been filed to the Rejection Notice; and the Court having found and determined that the relief requested is in the best interests of the Debtors, their estates, their creditors, and all parties in interest, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Contracts set forth on **Schedule 1** attached hereto are hereby rejected, effective as of the Rejection Date.

2. If any affected non-Debtor party (each, a "**Counterparty**") to a Contract asserts a claim against the Debtors arising from the rejection of the Contract, the Counterparty shall submit a proof of claim on or prior to thirty (30) days after the entry of this Order. If a Counterparty does not timely file a proof of claim in accordance with the terms of this Order, the Counterparty shall forever be barred from asserting a claim arising from the rejection of their Contract.

3. Nothing contained in this Order is intended to be or shall be construed as (i) an admission as to the validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute the amount of, basis for, or validity of any claim against the Debtors; (iii) a waiver of any claims or causes of action that may exist against any creditor or interest holder; or (iv) an approval, assumption, or adoption of any agreement, contract, program, or policy between the Debtors and any third party under section 365 of the Bankruptcy Code.

WEIL:\97033973\1\73217.0004

4. Notwithstanding entry of this Order, nothing herein shall create, nor is intended to create, any rights in favor of or enhance the status of any claim held by, any party.

5. The Debtors are authorized to take all action necessary to effectuate the relief granted in this Order.

6. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: _____, 2019
      White Plains, New York

                                                          _____
                                                          THE HONORABLE ROBERT D. DRAIN
                                                          UNITED STATES BANKRUPTCY JUDGE

## Schedule 1—List of Rejected Contracts

| Ref No. | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty Validate | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 1 | N/A | SEARS HOLDINGS CORPORATION | INTRALINKS, INC | MASTER SERVICES AGREEMENT | N/A | N/A | N/A |
| 2 | N/A | SEARS, ROEBUCK & CO. | OPENTEXT INC | SUPPORT SERVICES AGREEMENT CONTRACT RENEWAL | 12036787 | N/A | 5/31/2019 |
| 3 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | ACCUVANT, INC. | MASTER SERVICES AGREEMENT | N/A | N/A | 08/05/2019 |
| 4 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | MOTOROLA SOLUTIONS | IT-MOTOROLA SOLUTIONS-MASTER SERVICES AGREEMENT-11 | SHCLCW81 | N/A | 08/18/2021 |
| 5 | N/A | KMART CORPORATION; SEARS OPERATIONS LLC; KMART OPERATIONS LLC | RENEW SEALERS & RENEW CONCRETE | FAC - RENEW SEALERS RENEW CONCRETE - MSA - 2018 | CW2336806 | N/A | 06/01/2019 |
| 6 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | VEGATEK CORPORATION | HOME SERVICES VEGATEK MSA AND SOW | CW2333887 | N/A | 12/04/2020 |
| 7 | 1988 | SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | CISCO SYSTEMS INC-1153804570 | IT-CISCO SYSTEMS, INC.-MASTER PROCUREMENT AGREEMENT-00 | SHCLCW52 | N/A | 06/29/2022 |
| 8 | 1988 | SEARS HOLDINGS MANAGEMENT CORPORATION | CISCO SYSTEMS INC-1153804570 | MT - CISCO SYSTEMS INC - AMENDMENT 4 TO MPA - 2018 | CW2338855 | N/A | 07/31/2019 |

1

| Ref No. | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty Validate | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 9 | N/A | INNOVEL SOLUTIONS, INC.; KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOME IMPROVEMENT PRODUCT; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | PROTECTION 1 SECURITY SOLUTIONS | APP-PROTECTION ONE-DVR BOXED ITEMS-2016 | CW2321363 | 12/22/2016 | 12/31/2018 |
| 10 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | 2333 DESIGNS AND MANUFACTURING LLC | IT - 2333 DESIGNS AND MANUFACTURING - MASTER SERVICES AGREEMENT - 2016 | CW2310361 | N/A | 12/19/2020 |
| 11 | N/A | N/A | CHAMPION AIR COMPRESSOR | N/A | N/A | N/A | N/A |
| 12 | N/A | SEARS, ROEBUCK AND CO. | CURTIS-TOLEDO, INC. | AUTO-CURTIS TOLEDO-COMPRESSORS AND SERVICE-MSA-2017 | CW2321642 | N/A | 01/31/2020 |
| 13 | N/A | N/A | FS CURTIS AIR COMPRESSOR | N/A | N/A | N/A | N/A |
| 14 | N/A | SEARS, ROEBUCK AND CO. | GARDNER DENVER CO-1879091338 | AUTO-GARDNER DENVER-COMPRESSORS AND SERVICE-MSA-2017 | CW2321644 | N/A | 01/31/2020 |
| 15 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | BEYONDTRUST SOFTWARE, INC. | PROFESSIONAL SERVICES-ENGINEERING NO COST STATEMENT OF WORK | N/A | N/A | NA |
| 16 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | OUTSIGHTS KNOWLEDGELOOP | IT-OUTSIGHTS-MASTER SERVICES AGREEMENT-2014 | CW2293737 | N/A | 12/21/2019 |
| 17 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | PRIORITY STAFFING INC | IT - PRIORITY STAFFING - MSA - AUGUST 2016 | CW2316546 | N/A | 07/31/2019 |
| 18 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | PTI MARKETING TECHNOLOGIES | COMMERICAL SALES - HOME SERVICES - MARCOM-CENTRAL - 2014 | CW2286851 | N/A | 07/31/2019 |

| Ref No. | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty Validate | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 19 | 1942 | SEARS HOLDINGS MANAGEMENT CORPORATION | JOHNSON CONTROLS OF PUERTO RICO, INC. | MAJOR MAINTENANCE AGREEMENT - RTU REPLACEMENT 24 UNITS - STORE 7413 (ST. CROIX, VI) | CW2336623 | 4/2/2018 | 5/29/2018 |
| 20 | 1942 | SEARS HOLDINGS MANAGEMENT CORPORATION | JOHNSON CONTROLS OF PUERTO RICO, INC. | CHANGE ORDER NO. 1 - MAJOR MAINTENANCE AGREEMENT - RTU REPLACEMENT 24 UNITS - STORE 7413 (ST. CROIX, VI) - ADDITIONAL FUNDS REQUIRED. | CW2336623 | 4/11/2018 | 5/29/2018 |
| 21 | 1942 | SEARS HOLDINGS MANAGEMENT CORPORATION | JOHNSON CONTROLS OF PUERTO RICO, INC. | MAJOR MAINTENANCE AGREEMENT - RTU REPLACEMENT - SEARS POP-UP STORE (NO. 2085 - FAJARDO, PR) | CW2337561 | 5/22/2018 | 6/29/2018 |
| 22 | 1942 | SEARS HOLDINGS MANAGEMENT CORPORATION | JOHNSON CONTROLS OF PUERTO RICO, INC. | CHANGE ORDER NO. 1 - MAJOR MAINTENANCE AGREEMENT - RTU REPLACEMENT - SEARS POP-UP STORE (NO. 2085 - FAJARDO, PR) - ADDITIONAL MATERIALS | CW2337561 | 7/31/2018 | UPON COMPLETION |
| 23 | 2275, 2015 | KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | SCHINDLER ELEVATOR CORPORATION-904524 | SOAR (RETAIL SERVICES) SCHINDLER ELEVATOR CORP_SEARS 1304 SILVER SPRINGS, MD _ UP ESCALATOR STEP REPLACEMENT_2018 | CW2339820 | 9/18/2018 | 12/31/2019 |

3

| Ref No. | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty Validate | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 24 | 2275, 2015 | KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | SCHINDLER ELEVATOR CORPORATION-904524 | SOAR (RETAIL SERVICES) SCHINDLER ELEVATOR CORP_SEARS 1454 BENSALEM, PA _ PASSENGER ELEVATOR JACK REPLACEMENT 218 | CW2339818 | 9/19/2018 | 01/31/2019 |
| 25 | 2275, 2015 | KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | SCHINDLER ELEVATOR CORPORATION-904524 | SOAR (RETAIL SERVICES) SCHINDLER ELEVATOR CORP - SEARS 1208 FRENSO, CA - FREIGHT ELEVATOR MODERNIZATION 2018 | CW2335171 | 2/13/2018 | 01/31/2019 |
| 26 | 2275, 2015 | KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | SCHINDLER ELEVATOR CORPORATION-904524 | SOAR (RETAIL SERVICES) SCHINDLER ELEVATOR CORP - SEARS 1358 CHULA VISTA, CA - FREIGHT ELEVATOR MODERNIZATION 2018 | CW2335641 | 2/20/2018 | 01/31/2019 |

| Ref No. | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty Validate | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 27 | 2275, 2015 | KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | SCHINDLER ELEVATOR CORPORATION-904524 | SOAR (RETAIL SERVICES) SCHINDLER ELEVATOR CORP - SEARS 1298 RIVERSIDE, CA - FREIGHT ELEVATOR NO 3 DOOR UPGRADE - 2018 | CW2336508 | 3/23/2018 | 01/31/2019 |
| 28 | 2275, 2015 | KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | SCHINDLER ELEVATOR CORPORATION-904524 | SOAR (RETAIL SERVICES) SCHINDLER ELEVATOR CORP. - SEARS 1764 ROCKAWAY, NJ - FREIGHT ELEVATOR MODERNIZATION 2018 | CW2337151 | 5/11/2018 | 01/31/2019 |
| 29 | 2275, 2015 | KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | SCHINDLER ELEVATOR CORPORATION-904524 | SOAR (RETAIL SERVICES) SCHINDLER ELEVATOR CORP - SEARS 1285 ORLANDO, FL - DOWN ESCALATOR REPAIRS 2018 | CW2337755 | 5/21/2018 | 11/30/2018 |

| Ref No. | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty Validate | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 30 | 2275, 2015 | KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | SCHINDLER ELEVATOR CORPORATION-904524 | SOAR (RETAIL SERVICES) SCHINDLER ELEVATOR CORP - KMART 9413 WEST ORANGE, NJ - UP VERMAPORT REPAIR 2018 | CW2338468 | 6/28/2018 | 01/31/2019 |
| 31 | 2275, 2015 | KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | SCHINDLER ELEVATOR CORPORATION-904524 | SOAR (RETAIL SERVICES) SCHINDLER ELEVATOR CORP - SEARS 1447 FORT WORTH, TX - FREIGHT ELEVATOR MODERNIZATION 2018 | CW2338736 | 7/13/2018 | 01/31/2019 |
| 32 | 2275, 2015 | KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | SCHINDLER ELEVATOR CORPORATION-904524 | SOAR (RETAIL SERVICES) SCHINDLER ELEVATOR CORP _ SEARS 1538 CITRUS HEIGHTS, CA _ FREIGHT ELEVATOR REPAIR _ RISK 2018 | CW2339464 | 8/23/2018 | 01/31/2019 |

| Ref No. | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty Validate | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 33 | 2275, 2015 | KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | SCHINDLER ELEVATOR CORPORATION-904524 | SOAR (RETAIL SERVICES) SCHINDLER ELEVATOR CORP _ SEARS 1618 MODESTO, CA _ ESCALATOR REPAIRS _ 2018 RISK | CW2339500 | 8/29/2018 | 01/31/2019 |
| 34 | 2275, 2015 | KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | SCHINDLER ELEVATOR CORPORATION-904524 | SOAR (RETAIL SERVICES) SCHINDLER ELEVATOR CORP _ SEARS 1674 WHITE PLAINS, NY _ FREIGHT ELEVATOR 1 REPAIR 2018 | CW2339816 | 9/4/2018 | 01/31/2019 |
| 35 | 2275, 2015 | SEARS HOLDINGS MANAGEMENT CORPORATION | SCHINDLER ELEVATOR CORPORATION-904524 | SOAR (RETAIL SERVICES) SCHINDLER ELEVATOR CORP _ SEARS 1733 YONKERS, NY _ ESCALATOR UPGRADE 2018 | CW2339980 | 9/14/2018 | 03/31/2019 |
| 36 | 2275, 2015 | SEARS ROEBUCK AND CO. | SCHINDLER ELEVATOR CORPORATION | SEARS FACILITIES SERVICES LUMP SUM MAINTENANCE FUNDING CONTRACT UP TO $40,000 (UNIT 1085 - CAGUAS, PR) - ELEVATOR CLEANING FOR HURRICANE DAMAGE | N/A | 3/1/2018 | 5/30/2018 |
| 37 | 2275, 2015 | SEARS ROEBUCK AND CO. | SCHINDLER ELEVATOR CORPORATION | SEARS FACILITIES SERVICES LUMP SUM MAINTENANCE FUNDING CONTRACT UP TO $40,000 (UNIT 1085 - CAGUAS, PR) - REMOVE RUSTED CHAINS | N/A | 5/11/2018 | 1/31/2019 |
| 38 | 2275, 2015 | SEARS ROEBUCK AND CO. | SCHINDLER ELEVATOR CORPORATION | SEARS FACILITIES SERVICES LUMP SUM MAINTENANCE FUNDING CONTRACT UP TO $40,000 (UNIT 2355 - HATILLO, PR) - CLEANING OF ELEVATORS FROM HURRICANE DAMAGE | N/A | 9/14/2018 | 1/31/2019 |