**Mayerson & Hartheimer, PLLC**
Sandra E. Mayerson, Esq.
David H. Hartheimer, Esq.
845 Third Avenue, 11th Floor
New York, NY 10022
Tel: (646) 778-4380
Fax: (501) 423-8672
sandy@mhlaw-ny.com
david@mhlaw-ny.com
*Counsel to GitLab, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.***,** | Case No. 18-23538 (RDD) |
| **Debtors.** | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF OBJECTION OF GITLAB, INC. TO NOTICE OF ASSUMPTION AND ASSIGNMENT OF ADDITIONAL CONTRACTS**

**PLEASE TAKE NOTICE** that GitLab, Inc., by and through its undersigned counsel, hereby withdraws, without prejudice to refiling or seeking other or related relief in these cases, the *Objection of GitLab, Inc. to Notice of Assumption and Assignment of Additional Contracts* [Docket No. 3794] filed on May 10, 2019. This withdrawal is based on the filing of the *Notice of Withdrawal of Certain Additional Contracts from the Notice of Assumption and Assignment of Additional Contracts* [Docket No. 3798], which removed the contract identified as Ref # 239 from Exhibit A.

|  |  |
|---|---|
| Dated: May 14, 2019 | **Mayerson & Hartheimer, PLLC**<br>*Counsel to GitLab, Inc.*<br><br>By: */s/ David H. Hartheimer*<br>David H. Hartheimer, Esq.<br>Sandra E. Mayerson, Esq.<br>845 Third Avenue, 11th Floor<br>New York, NY 10022<br>Tel: (646) 778-4380<br>Fax: (501) 423-8672<br>sandy@mhlaw-ny.com<br>david@mhlaw-ny.com<br><br>*- and –*<br><br>**Fredrikson & Byron, P.A.**<br>*Counsel to GitLab, Inc.*<br><br>James C. Brand (*pro hac vice*)<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN 55402<br>Phone (612) 492-7000<br>Fax (612) 492-7077<br>jbrand@fredlaw.com |

66746055.1