## Exhibit 1

**Rejected Lease**

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS | REJECTION DATE | ABANDONED FIXTURES AND EQUIPMENT |
|---|---|---|---|---|---|---|
| 4113 | Millcreek Realty Associates, Ltd. c/o Levco Manangement, LLC One Wayne Hills Mall Wayne, NJ 07470-3228 | Erie Physicians Network - UPMC, Inc Peter S. Galannirakis 600 Grant Street, U.S. Steel Tower 60th Floor Pittsburgh, PA 15219 | Kmart Corporation | 2873 W 26th Street Erie, PA 16506 | 3/26/2019 | Front register checkouts Service Desk Service counter sporting goods Safe cash office Three pallets of old IT equipment Back office/Cash office counter tops |