Mary Ann Kennedy Claraval, Esq.
Counsel to Darlene Strohecker
CLARAVAL & CLARAVAL
4800 Linglestown Road, Suite 305
Harrisburg, PA 17112
(717) 233-4763
PA Supreme Court I.D. 87347

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF MOTION OF DARLENE STROHECKER FOR RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that Darlene Strohecker, by and through her undersigned counsel, hereby withdraws her motion for an order granting relief from the automatic stay, filed in the above captioned matter on April 4, 2019 (Doc 3060), without prejudice.

CLARAVAL & CLARAVAL
Counsel to Darlene Strohecker

Date: 5.14.19    By: /s/ Mary Ann Kennedy Claraval
MARY ANN KENNEDY CLARAVAL, ESQ.
Claraval & Claraval
4800 Linglestown Road, Suite 305
Harrisburg, PA 17112
(717) 233-4763
Email: maryannpsu@comcast.net
PA Supreme Court I.D. #87347

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on May 14, 2019, a true copy of the foregoing *Notice of Withdrawal of Motion* was electronically filed via the Bankruptcy Court's ECF System. Notice of said filing will be sent via e-mail to all parties receiving such notice by operation of the ECF System. Parties may access said filing through the ECF System. In addition, copies were also served via email upon the following parties:

    Philip DiDonato, Esq.
    Weil, Gotshal & Manges, LLP
    767 Fifth Avenue
    New York, New York 10153
    Philip.DiDonato@weil.com

I hereby certify that the foregoing statements made by me are true.

                                        */s/ Mary Ann Kennedy Claraval*
                                        MARY ANN KENNEDY CLARAVAL, ESQ.