## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------- X
                                                        :
In re:                                                  :     Chapter 11
                                                        :
SEARS HOLDING CORPORATION, et al.,                      :     Case No. 18-23538 (RDD)
                                                        :
Debtor.                                                 :
                                                        :
-------------------------------------------------------- X
                                                        :
_____,                        :
                                                        :
              Plaintiff                                 :     Adversary Proceeding No.
                                                        :     _____
v.                                                      :
                                                        :
_____,                        :
                                                        :
              Defendant.                                :
-------------------------------------------------------- X
```

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, George Anthony Bleus, Esq., request admission *pro hac vice*, before the Honorable Robert D. Drain, to represent Taylor Sorensen, as the Personal Representative of the Wrongful Death Estate of Jonathan Sorensen, Deceased, ("Sorensen"), a creditor in the above-referenced _X_ case ____ adversary proceeding.

I certify that I am a member in good standing of the bar in the State of New Mexico, and if applicable, the bar of the U.S. District Court for the District of New Mexico.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

*

Dated:  May 14, 2018

Albuquerque, New Mexico

Respectfully submitted by:

**BLEUS & ASSOCIATES, LLC**

George Anthony Bleus, Esq.
Attorneys at Law
2633 Dakota St NE
Albuquerque, NM 87110
Telephone: (505) 884-9300
Facsimile: (505) 884-9305
E-mail: bleusandassociates@gmail.com