UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
                                                           :
In re:                                                     :    **Chapter 11**
                                                           :
**SEARS HOLDING CORPORATION, et al.,**                     :    **Case No. 18-23538 (RDD)**
                                                           :
Debtor.                                                    :
                                                           :
---------------------------------------------------------- X
                                                           :
_____,                            :
                                                           :
              Plaintiff                                    :    **Adversary Proceeding No.**
                                                           :    _____
v.                                                         :
                                                           :
_____,                            :
                                                           :
              Defendant.                                   :
----------------------------------------------------------

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of George Anthony Bleus, to be admitted, ***pro hac vice***, to represent Taylor Sorensen, as the Personal Representative of the Wrongful Death Estate of Jonathan Sorensen, Deceased, (the "Client") a creditor in the above referenced __X__ case _____ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New Mexico and, if applicable, the bar of the U.S. District Court for the District of New Mexico, it is hereby

**ORDERED**, that George Anthony Bleus, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced __X__ case _____ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.