

**BLEUS & ASSOCIATES, LLC**
**ATTORNEYS AT LAW**
2633 DAKOTA, NE
ALBUQUERQUE, NM 87110

Tel: (505) 884-9300                                      Fax: (505) 884-9305

May 5, 2016
*Via Facsimile (505) 256-0179 and First Class Mail*

K-Mart Store
**ATTN: LEGAL DEPARTMENT**
2100 Carlisle Blvd NE
Albuquerque, NM 87110

RE:       MY CLIENT: JONATHAN SORENSEN (DECEASED)
          DATE: MAY 4, 2016
          SUBJECT: PRESERVATION OF EVIDENCE

To Whom It May Concern:

I represent the estate of Mr. Jonathan Sorenson who was killed on May 4, 2016 in a K-Mart Store. His wrongful death occurred on May 4, 2016 at the K-Mart located at 2100 Carlisle Blvd NE in Albuquerque, New Mexico. This letter is a demand to preserve any and all evidence of this incident. This letter places you on notice that any destruction or alteration of any evidence relating to this incident will result in legal action.

**I am specifically demanding that K-Mart preserve all records in any way relating to Mr. Sorensen's death, including video, photographs, images, surveillance footage, incident report(s), emails, memos, phone messages, texts, emails, calls, records witness statements, witness statement, human resource investigations, etc.**

Please direct all correspondence, inquiries, or requests for interviews and information to my office. Should you have any questions or comments, contact me at the address provided.

Very truly yours,

**BLEUS & ASSOCIATES, LLC**

George Anthony Bleus, Esq.
Nicholas J. Rimmer, Esq.

NR/tlh

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

K-Mart Store
Legal Department
2100 Carlisle Blvd NE
Albuquerque NM 87110

9590 9402 1615 6053 4852 91

2. Article Number (Transfer from service label)

7015 0640 0001 2753 3163

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X John M. Quintana
☐ Agent
☐ Addressee

B. Received by (Printed Name)
John M. Quintana

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

ALBUQUERQUE NM 87110    OFFICIAL USE

Certified Mail Fee  $3.30
$                    $2.70

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postage
$  $0.47

Total Postage and Fees
$  $6.47

Sent To  K-Mart Store
Street and Apt. No., or PO Box No.  2100 Carlisle Blvd. NE
City, State, ZIP+4®  Albuquerque NM 87110

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 0640 0001 2753 3163

**BLEUS & ASSOCIATES, LLC**
**ATTORNEYS AT LAW**
2633 DAKOTA, NE
ALBUQUERQUE, NM 87110

Tel: (505) 884-9300                                                                                                Fax: (505) 884-9305

# FAX TRANSMITTAL SHEET

TO:                          Legal Department

COMPANY/FIRM:    K-Mart Store

FAX NUMBER:        (505) 256-0179

DATE:                      May 5, 2016

FROM:                    Bleus & Associates, LLC

RE:                          Incident of May 4, 2016

Number of pages, including cover sheet: (2)

MESSAGE:

Attached please find correspondence of today's date from attorney Nicolas J. Rimmer, Esq.

Thank you for your attention in this matter.

Tonja L. Heller,
Paralegal
George Anthony Bleus, Esq.
Nicholas J. Rimmer, Esq.

STATEMENT OF CONFIDENTIALITY

The documents transmitted by this facsimile contain information from the Law Offices of Bleus & Associates, LLC, and may contain confidential and privileged information. This information is intended for the use of the addressee named on this transmittal sheet. If you are not the addressee, any disclosure, photocopying, distribution or use of its contents is prohibited. If you have received this facsimile in error, please call us immediately so that we can arrange to retrieve the original documents. If you do not receive or cannot read all transmitted pages, call (505) 884-9300. Thank you.