# BLEUS & ASSOCIATES, LLC
## ATTORNEYS AT LAW
2633 DAKOTA, NE
ALBUQUERQUE, NM 87110

Tel: (505) 884-9300                                                                 Fax: (505) 884-9305

May 12, 2016

*Via Facsimile (505) 256-0179 and Certified Mail #7015 0640 0001 2749 4839*

### SECOND NOTICE

K-Mart Store
ATTN: LEGAL DEPARTMENT
2100 Carlisle Blvd NE
Albuquerque, NM 87110

RE:     MY CLIENT: JONATHAN SORENSEN (DECEASED)
        DATE: MAY 3, 2016
        SUBJECT: PRESERVATION OF EVIDENCE

To Whom It May Concern:

I represent the estate of Mr. Jonathan Sorenson who was killed on May 3, 2016 in a K-Mart Store. His wrongful death occurred on May 3, 2016 at the K-Mart located at 2100 Carlisle Blvd NE in Albuquerque, New Mexico. This letter is a demand to preserve any and all evidence of this incident. This letter places you on notice that any destruction or alteration of any evidence relating to this incident will result in legal action.

**I am specifically demanding that K-Mart preserve all records in any way relating to Mr. Sorensen's death, including video, photographs, images, surveillance footage, incident report(s), emails, memos, phone messages, texts, emails, calls, records witness statements, witness statement, human resource investigations, etc.**

Please direct all correspondence, inquiries, or requests for interviews and information to my office. Should you have any questions or comments, contact me at the address provided.

Very truly yours,

BLEUS & ASSOCIATES, LLC


George Anthony Bleus, Esq.
Nicholas J. Rimmer, Esq.

NR/kk





**BLEUS & ASSOCIATES, LLC**
**ATTORNEYS AT LAW**
2633 DAKOTA, NE
ALBUQUERQUE, NM 87110

Tel: (505) 884-9300                                                                                     Fax: (505) 884-9305

# FAX TRANSMITTAL SHEET

TO:                     Legal Department

COMPANY/FIRM:           K-Mart Store

FAX NUMBER:             (505) 256-0179

DATE:                   May 12, 2016

FROM:                   Bleus & Associates, LLC

RE:                     Incident of May 3, 2016

Number of pages, including cover sheet: (2)

MESSAGE:

Attached please find correspondence of today's date from attorney Nicolas J. Rimmer, Esq.

Thank you for your attention in this matter.

Tonja L. Heller,
Paralegal
George Anthony Bleus, Esq.
Nicholas J. Rimmer, Esq.

STATEMENT OF CONFIDENTIALITY

The documents transmitted by this facsimile contain information from the Law Offices of Bleus & Associates, LLC, and may contain confidential and privileged information. This information is intended for the use of the addressee named on this transmittal sheet. If you are not the addressee, any disclosure, photocopying, distribution or use of its contents is prohibited. If you have received this facsimile in error, please call us immediately so that we can arrange to retrieve the original documents. If you do not receive or cannot read all transmitted pages, call (505) 884-9300. Thank you.