**EATON LAW OFFICE, P.C.**
P. O. Box 25305
Albuquerque, New Mexico 87125-5305
Telephone: 505-243-1486
Facsimile:   505-842-0485

500 Marquette NW, Suite 620
Albuquerque, NM  87102

**P. SCOTT EATON**

May 24, 2016

Mr. George Anthony Bleus
Bleus & Associates, LLC
2633 Dakota NE
Albuquerque, New Mexico 87110

    Re: Estate of Jonathan Sorensen/Kmart

Dear Mr. Bleus:

  We represent Kmart Corporation with regard to the incident involving Jonathan Sorensen that occurred on May 3, 2016. I understand from your letters to Kmart dated May 6, 2016, and May 12, 2016, that you represent the Estate of Jonathan Sorensen. Please provide us with the name, address and relationship to Mr. Sorensen of your client, i.e. the personal representative of the Estate.

  Because you have been advised that we are counsel for Kmart with regard to this matter, all communications to Kmart from you or anyone acting on your behalf should go through our office. You and anyone acting on your behalf or with your consent should not contact Kmart or its employees or visit the premises with regard to this incident without our authorization.

  We understand that you and/or representatives from your office may have participated in recent protest or vigil activities related to this matter at the Kmart location in question. Kmart certainly respects the rights of individuals to express their views and to assemble peacefully on public spaces adjoining the Kmart property. Some of those activities, however, have proceeded onto Kmart property, even so far as inside the Kmart store, causing disruption and concern to associates and customers who fear for their safety. To the extent that your office or your client(s) have been involved, we respectfully request that you encourage protest or vigil participants to remain on public property and not to enter Kmart's premises.

  Thank you for your attention to this matter.

        Very truly yours,

        EATON LAW OFFICE, P.C.

        By _____
          P. Scott Eaton