# BLEUS & ASSOCIATES, LLC
## ATTORNEYS AT LAW
2633 DAKOTA, NE
ALBUQUERQUE, NM 87110

Tel: (505) 884-9300                                                                 Fax: (505) 884-9305

May 26, 2016
*Via Facsimile (505) 842-0485; Email; and First Class Mail*

Eaton Law Office, P.C.
P.O. Box 25305
Albuquerque, NM 87125-5305

RE:   My Client:   ESTATE OF JONATHAN SORENSEN
      Date of Death: MAY 3, 2016
      Your Client:  K-Mart Store/ 2100 Carlisle Blvd.

SUBJECT:   **NOTICE OF WRONGFUL DEATH LAWSUIT**

Dear Mr. Eaton:

   I am in receipt of your correspondence dated May 24, 2016 acknowledging representation of K-Mart. As you are aware, my office represents the Estate of Jonathan Sorensen, who will be pursuing a claim for wrongful death as a result of gross negligence exhibited by K-Mart by and through its' employees and/or agents. Additionally, we will be seeking punitive damages in connection with this unfortunate event.

   To begin, I am quite taken back by your letter. I do not appreciate neither the tone nor tenor of your correspondence. The allegations contained in your response to our notice of representation and preservation letter presumes to believe that my office was somehow involved in alleged protests, which "*proceeded onto Kmart property, even so far as inside the Kmart store, causing disruption and concern to associates and customers who fear for their safety.*" Please be advised that we have no connection, control and/or influence over outraged citizens that are perhaps attempting to voice their outrage and/or exercise their First Amendment Rights.

   In retort to your allegations however, I suggest that the only people that should be in fear presently are perhaps citizens of New Mexico upon entering a Kmart store and/or encountering either an employee or agent of Kmart. Specifically, anyone encountering a Kmart loss prevention officer should, rightfully, fear for their lives.

   Notwithstanding the above, and pursuant to your request, enclosed herewith please find a copy of the Order Appointing Personal Representative Pursuant to the New Mexico Wrongful Death Act. Please be advised that we are in the process of finalizing our Complaint for Wrongful Death on behalf of Mr. Sorensen. Should you wish to discuss this matter with me, prior to our filing, you are welcome to do so. Otherwise, as we have your