Objection Deadline: May 29, 2019 at 4:00 p.m. (Eastern Time)
Hearing Date & Time (Only if Objection Filed):  To be Scheduled

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                           :
                                                :     **Chapter 11**
**SEARS HOLDINGS CORPORATION, et al.,**         :
                                                :     **Case No. 18-23538 (RDD)**
                                                :
            Debtors.[1]                         :     **(Jointly Administered)**
------------------------------------------------------------x

## NOTICE OF REJECTION OF EXECUTORY CONTRACTS

**PLEASE TAKE NOTICE** that, on October 15, 2018, Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), each commenced with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") a voluntary case under chapter 11 of title 11 of the United States Code.

**PLEASE TAKE FURTHER NOTICE** that, on April 4, 2019, the Bankruptcy Court entered an order granting certain expedited procedures for the rejection of the Debtors' executory contracts (ECF No. 3044) (the "**Rejection Procedures Order**").  An electronic copy of the Rejection Procedures Order can found at https://restructuring.primeclerk.com/sears/.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Rejection Procedures Order, the Debtors hereby give notice of their intent to reject the contract(s) set forth on **Schedule 1**, attached to the Rejection Order (as defined below) (each, a "**Contract**," and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

together, the "**Contracts**"), effective as of May 15, 2019, unless otherwise ordered by the Court (the "**Rejection Date**").

**PLEASE TAKE FURTHER NOTICE** that, any party wishing to object to the Debtors' proposed rejection of a Contract, must file with the Bankruptcy Court and serve a written objection setting forth the legal and factual bases for such objection (an "**Objection**") so that it is actually filed with the Bankruptcy Court and served on the following parties no later than fourteen (14) calendar days after the date of filing and service of this Rejection Notice (the "**Rejection Objection Deadline**"): (i) the Debtors c/o Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179; (ii) counsel for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 (Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq.); (iii) the applicable counterparty to the Contract that is the subject of the Objection; and (iv) the Office of the United States Trustee for Region 2, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Paul Schwartzberg, Esq. and Richard Morrissey, Esq.); and (v) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.).

**PLEASE TAKE FURTHER NOTICE** that if no Objection is filed and served in compliance with the foregoing, the Debtors may submit to the Bankruptcy Court after the Rejection Objection Deadline a proposed order approving the rejection of the Contracts (each such order, a "**Rejection Order**"), substantially in the form attached hereto as **Exhibit A**, and the Bankruptcy Court may enter such order without a hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Rejection Procedures Order, if no Objection is properly filed and served in compliance with the foregoing, the rejection of each Contract shall become effective as of the Rejection Date. The deadline to file a proof of claim to assert any damages claim arising from the rejection of a Contract shall be thirty (30) days after the entry of the Rejection Order.

**PLEASE TAKE FURTHER NOTICE** that, if an Objection is properly filed and served in compliance with the foregoing, a hearing will be scheduled to consider the Objection. If the Objection is overruled or withdrawn, the effective date of rejection shall be the (i) Rejection Date; (ii) such other date to which the Debtors and the counterparty to the Unresolved Objection have agreed; or (iii) such other date as determined by the Court. If an Objection is filed for fewer than all of the Contracts included on the Rejection Notice, the Debtors may proceed with submitting a proposed Rejection Order in accordance with the above procedures for the remaining Contracts on the Rejection Notice.

**PLEASE TAKE FURTHER NOTICE** that a copy of all pleadings filed in these chapter 11 cases, including the motion (ECF No. 2768) that sought the relief granted in the

Rejection Procedures Order, is available for free at https://restructuring.primeclerk.com/sears/ or for a fee via PACER at https://ecf.nysb.uscourts.gov.

Dated: May 15, 2019
     New York, New York

                                          /s/ Jacqueline Marcus
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York  10153
                                        Telephone:  (212) 310-8000
                                        Facsimile:  (212) 310-8007
                                        Ray C. Schrock, P.C.
                                        Jacqueline Marcus
                                        Garrett A. Fail
                                        Sunny Singh

                                        *Attorneys for Debtors*
                                        *and Debtors in Possession*

## Exhibit A

**Rejection Order**

WEIL:\97036133\1\73217.0004

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
In re                                            :
                                                 :    Chapter 11
SEARS HOLDINGS CORPORATION, et al.,              :
                                                 :    Case No. 18-23538 (RDD)
                                                 :
                 Debtors.¹                       :    (Jointly Administered)
-----------------------------------------------------------------x
```

## ORDER APPROVING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS

Pursuant to and in accordance with the *Order Authorizing Debtors to Establish Procedures for Rejection of Executory Contracts* (ECF No. 3044) (the "**Rejection Procedures Order**")[2] entered in the above-captioned chapter 11 cases of Sears Holdings Corporation and its debtor affiliates (collectively, the "**Debtors**"); and the Debtors having properly filed with this Court and served on the Rejection Notice Parties a notice (the "**Rejection Notice**") of their intent to reject certain executory contracts identified on **Schedule 1** attached hereto ("**Contracts**") in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Rejection Procedures Order.

WEIL:\97036133\1\73217.0004

accordance with the terms of the Rejection Procedures Order, and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and no timely objections having been filed to the Rejection Notice; and the Court having found and determined that the relief requested is in the best interests of the Debtors, their estates, their creditors, and all parties in interest, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Contracts set forth on **Schedule 1** attached hereto are hereby rejected, effective as of the Rejection Date.

2. If any affected non-Debtor party (each, a "**Counterparty**") to a Contract asserts a claim against the Debtors arising from the rejection of the Contract, the Counterparty shall submit a proof of claim on or prior to thirty (30) days after the entry of this Order. If a Counterparty does not timely file a proof of claim in accordance with the terms of this Order, the Counterparty shall forever be barred from asserting a claim arising from the rejection of their Contract.

3. Nothing contained in this Order is intended to be or shall be construed as (i) an admission as to the validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute the amount of, basis for, or validity of any claim against the Debtors; (iii) a waiver of any claims or causes of action that may exist against any creditor or interest holder; or (iv) an approval, assumption, or adoption of any agreement, contract, program, or policy between the Debtors and any third party under section 365 of the Bankruptcy Code.

4. Notwithstanding entry of this Order, nothing herein shall create, nor is intended to create, any rights in favor of or enhance the status of any claim held by, any party.

5. The Debtors are authorized to take all action necessary to effectuate the relief granted in this Order.

6. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: _____, 2019
      White Plains, New York

                                                         _____
                                                         THE HONORABLE ROBERT D. DRAIN
                                                         UNITED STATES BANKRUPTCY JUDGE

## Schedule 1—List of Rejected Contracts

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 1 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | 24/7 CUSTOMER INC-1000645887 | HOME SERVICES - 24_7 CUSTOMER INC - MASTER AGREEMENT - 2012 | CW2201110 | N/A | 03/31/2021 |
| 2 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | 24/7 CUSTOMER INC-1000645887 | HS OPS-24-7 CUSTOMER INC-MASTER OUTSOURCED SERVICES AGREEMENT-2012 | SHCLCW3687 | N/A | 01/31/2022 |
| 3 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | 24/7 CUSTOMER INC-1000645887 | MSO - 24-7 CUSTOMER - SOW 7 INTELLIRESPONSE VIRTUAL AGENT - 20150724 | CW2303398 | N/A | 01/31/2021 |
| 4 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | 24/7 CUSTOMER INC-1000645887 | MSO - 24-7 CUSTOMER - SOW 16 SEA CHAT - 20161001 | CW2319313 | N/A | 01/31/2021 |
| 5 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | [24]7.AI, INC. (FORMERLY 24/7 CUSTOMER, INC.) | N/A | CW2340797 | N/A | 01/31/22 |
| 6 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | [24]7.AI, INC. (FORMERLY 24/7 CUSTOMER, INC.) | N/A | CW2340799 | N/A | 01/31/22 |
| 7 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | [24]7.AI, INC. (FORMERLY 24/7 CUSTOMER, INC.) | N/A | CW2340801 | N/A | 01/31/22 |
| 8 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | [24]7.AI, INC. (FORMERLY 24/7 CUSTOMER, INC.) | N/A | CW2340803 | N/A | 01/31/22 |
| 9 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | [24]7.AI, INC. (FORMERLY 24/7 CUSTOMER, INC.) | N/A | SHCLCW3687 | N/A | 01/31/22 |
| 10 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | [24]7.AI, INC. (FORMERLY 24/7 CUSTOMER, INC.) | N/A | SHCLCW3687 | N/A | 01/31/22 |
| 11 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | 24/7 | AMENDMENT 06 | SHCLCW3687 | N/A | 01/31/22 |
| 12 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | 24/7 CUSTOMER, INC. | HS OPS-24-7 CUSTOMER INC-MASTER OUTSOURCED SERVICES AGREEMENT-2012 | SHCLCW3687 | N/A | 01/31/22 |
| 13 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | 24/7 CUSTOMER, INC. | MSO - 24-7 CUSTOMER - SOW 7 INTELLIRESPONSE VIRTUAL AGENT - 20150724 | CW2303398 | N/A | 01/31/21 |

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 14 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | SCALEBASE, INC. | IT SCALEBASE AKA SCALEARC MSSA AND ADDENDUM | CW2312974 | N/A | 03/29/2019 |
| 15 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | NEW ENGEN INC | N/A | CW2340751 | 10/26/18 | 10/25/19 |
| 16 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | NEW ENGINE, INC | MKTG - NEW ENGEN - SOW NO. 3 - 2018 | CW2338470 | 7/1/18 | 06/30/2019 |
| 17 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | NEW ENGEN, INC | MASTER SERVICES AGREEMENT | N/A | N/A | 03/23/2020 |
| 18 | 1821 | KMART CORPORATION; SEARS BRANDS MANAGEMENT CORP.; SEARS HOLDINGS CORPORATION; SEARS, ROEBUCK AND CO. | CLEVA NORTH AMERICA, INC. | FIRST AMENDMENT TO SUPPLY AGREEMENT FOR WET-DRY VACUUM PRODUCTS | 517498 | N/A | 10/31/19 |
| 19 | 1821 | SEARS HOLDINGS CORPORATION; SEARS, ROEBUCK AND CO. | CLEVA | N/A | N/A | 1/0/00 | N/A |
| 20 | 1992 | SEARS HOLDINGS MANAGEMENT CORPORATION | ORACLE AMERICA INC-402651 | SYW - ORACLE - OD FOR EMAIL MARKETING - 2018 | CW2339264 | 7/9/18 | 07/08/2020 |
| 21 | 1992 | SEARS HOLDINGS MANAGEMENT CORPORATION | ORACLE AMERICA INC-402651 | MKTG - HOME SERVICES - ORACLE - MAXYMISER - 2018 | CW2340060 | 9/8/18 | 09/07/2019 |
| 22 | 1992 | SEARS HOLDINGS MANAGEMENT CORPORATION | ORACLE AMERICA INC-402651 | SYW - ORACLE - MSA - 2016 | CW2311500 | 3/25/16 | 03/24/2021 |
| 23 | 1992 | SEARS HOLDINGS MANAGEMENT CORPORATION | ORACLE AMERICA INC-402651 | HS - ORACLE - OD FOR HS EMAIL SERVICES - 2018 | CW2339405 | 6/1/18 | 05/31/2020 |

WEIL:\97036159\1\73217.0004

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 24 | 1992 | SEARS HOLDINGS MANAGEMENT CORPORATION | ORACLE AMERICA INC-402651 | SYW - ORACLE - OD - 2018 | CW2339388 | 6/1/18 | 05/31/2020 |
| 25 | 1992 | SEARS HOLDINGS MANAGEMENT CORPORATION | ORACLE AMERICA INC | ITG-ORACLE AMENDMENT 2 TO MSA-2015 | CW2309081 | 12/24/15 | 12/23/2020 |
| 26 | 1992 | SEARS HOLDINGS MANAGEMENT CORPORATION | ORACLE AMERICA INC | IT - ORACLE - CLOUD SERVICES AGREEMENT - 20160531 | CW2318109 | 5/31/16 | 05/30/2021 |
| 27 | 1992 | SEARS HOLDINGS MANAGEMENT CORPORATION | ORACLE AMERICA INC | N/A | CW2340060 | 9/8/18 | 9/7/19 |
| 28 | 1992 | SEARS HOLDINGS CORPORATION | ORACLE AMERICA | ORACLE WEBLOGIC OTM RENEWAL 2018 | N/A | 1/0/00 | N/A |
| 29 | 1992 | SEARS HOLDINGS CORPORATION | ORACLE AMERICA | ORACLE WEBLOGIC I2K RENEWAL 2018 | N/A | 1/0/00 | N/A |
| 30 | 1992 | SEARS HOLDINGS MANAGEMENT CORPORATION | ORACLE | N/A | CW2340060 | 9/8/18 | 9/7/19 |
| 31 | 1992 | SEARS HOLDINGS MANAGEMENT CORPORATION | ORACLE USA INC. | MYSQL ORDERING DOCUMENT UNDER MASTER SERVICES AND SOFTWARE AGREEMENT SLSA-19970-23-DEC-2005 | N/A | 9/26/18 | 9/28/19 |
| 32 | 2078, 2057, 1986 | SEARS HOLDINGS MANAGEMENT CORPORATION | AMAZON WEB SERVICES, INC. | AWS IMPLEMENTATION SERVICES ADDENDUM | N/A | N/A | RECURRING |
| 33 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | TTEC HOLDINGS INC-703079 | ITG - ELOYALTY - MASTER SERVICES AGREEMENT - 02-22-2008 | CW2212594 | N/A | 02/21/2019 |
| 34 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | TTEC HOLDINGS INC-703079 | IT ELOYATLY SOW 28 | CW2335076 | N/A | 12/31/2018 |
| 35 | None | SEARS, ROEBUCK AND CO. | TTEC HOLDINGS INC-703079 | ITG - ELOYALTY -AMENDMENT 3/15/2016 TO MASTER SERVICES AGREEMENT - 02-22-2008 | CW2212594 | N/A | 02/21/2019 |
| 36 | None | KMART CORPORATION | TTEC HOLDINGS INC-703079 | ITG - ELOYALTY  -AMENDMENT 3/15/2016 TO   MASTER SERVICES AGREEMENT - 02-22-2008 | CW2212594 | N/A | 02/21/2019 |

3

WEIL:\97036159\1\73217.0004

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 37 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | TTEC TECHNOLOGY, LLC | STATEMENT OF WORK #28 (FOUR NEW CALL CENTER PROJECT) | N/A | N/A | N/A |
| 38 | 1942 | SEARS ROEBUCK AND CO. SEARS OPERATIONS LLC KMART CORPORATION KMART OPERATIONS LLC | JOHNSON CONTROLS OF PUERTO RICO, INC. | FACILITIES SERVICES MASTER AGREEMENT UP TO $40,000 | N/A | 6/14/18 | UPON FULFILLMENT OF DOLLAR VALUE |

4