**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
In re                                                            :
                                                                 :     Chapter 11
SEARS HOLDINGS CORPORATION, et al.,                              :
                                                                 :     Case No. 18-23538 (RDD)
                                                                 :
                    Debtors.¹                                    :     (Jointly Administered)
-----------------------------------------------------------------x
```

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Rejection of Executory Contracts [Docket No. 3289]

On May 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit B**:

- Notice of Rejection of Executory Contracts [Docket No. 3311]

On May 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Goldstein, Rikon & Rikon,

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

P.C. (MMLID# 6015335), Attn: M. Robert Goldstein, 381 Parke Ave. South, Suite 901, New York, NY, 10016:

- Seventh Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction [Docket No. 3330]

On May 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Blackhawk Network, Inc. (MMLID# 879392), 6220 Stoneridge Mall Road, Pleasanton, CA, 94588:

- Notice of Assumption and Assignment of Additional Executory Contracts [Docket No. 3397]

On May 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Copytronics Inc. (MMLID# 4882316), c/o Konica Minolta Business Solutions, Copytronics Information Systms, 100 Williams Drive, Ramsey, NJ, 07446 and on Verint Systems/Kana Software Inc. (MMLID# 5791096), General Counsel, 175 Broadhollow Rd., Suite 100, Melville, NY, 11747:

- Notice of Rejection of Executory Contracts [Docket No. 3415]

On May 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Accertify, Inc. (MMLID# 5794209), 2 Pierce Place, Suite 900, Itasca, IL, 60143:

- Notice of Assumption and Assignment of Additional Executory Contracts [Docket No. 3539]

On May 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Agency Within LLC (MMLID# 5791500), Joe Yakuel, 43-01 22nd St., Suite 503, Long Island City, NY, 11101:

- Notice of Rejection of Executory Contracts [Docket No. 3602]

On May 10, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on New York State Division of Criminal Justice Services (MMLID# 5792962), Alfred E. Smith State Office Building, 80 South Swan St., Albany, NY, 12210:

- Notice of Withdrawal of Contract from the Notice of Rejection of Executory Contracts [Docket No. 3637]

Dated: May 14, 2019

_____
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 14, 2019, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ROBERT J. RUBEL JR.
NOTARY PUBLIC OF NEW JERSEY
Comm. # 50070782
My Commission Expires 10/25/2022

**<u>Exhibit A</u>**

Exhibit A

Notice Parties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 5795456 | CUSTOMER MINDED ASSOCIATES INC-202833 | P.O. Box 66509 | | St. Petersburg | FL | 33736 |
| 5798263 | PROGRESSIVE FLOORING services | 100 Heritage Drive | | Pataskala | OH | 43602 |
| 5799520 | Ultra Logistics, Inc. | 17-17 NJ-208 #160 | | Fair Lawn | NJ | 07410 |
| 5793677 | USI SERVICES GROUP | BARRY GOLUB, CFO | 51 PROGESS ST | UNION | NJ | 07083 |

**Exhibit B**

Exhibit B

Notice Parties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 5790340 | GN HELLO DIRECT, INC | LEGAL DEPT | 77 NORTHEASTERN BLVD., SUITE A | NASHUA | NH | 03062 |
| 5796708 | International Business Machines Corporation | 1 NEW ORCHARD RD | | ARMONK | NY | 10504 |
| 5790750 | PARTITION SYSTEMS INC OF S CAROLINA-648154 | 825 GARLAND STREET | | COLUMBIA | SC | 29201 |
| 5790932 | SOFTEON INC-525639 | BADRI DEVANATHAN EXECUTIVE VP | 8133 LEESBURG PIKE, SUITE 750 | VIENNA | VA | 22182 |
| 5844798 | YORK CLAIMS SERVICE, INC. | 101 HUDSON STREET | SUITE 3500 | NEW JERSEY | NJ | 07302 |

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

Page 1 of 1