# Exhibit 1

## Schedule of Rejected Leases

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ABANDONED PERSONAL PROPERTY | ESTIMATED REJECTION DATE |
|---|---|---|---|---|---|---|
| 425 | 1 Imeson Park Blvd, LLC c/o LBA Realty LLC 3347 Michelson Drive Suite 200 Irvine, CA 92612 | N/A | SRC Real Estate (TX), LLC | 3555-1 St Johns Bluff Road S JACKSONVILLE, FL 32224 | Warehouse racking, conveyor systems and miscellaneous office equipment | 4/30/2019 |
| 440 | Mankin LLC c/o Kin Properties, Inc. 185 NW Spanish River Blvd. Suite 100 Boca Raton, FL 33431 | N/A | Innovel Solutions, Inc., f/k/a Sears Logistics Services, Inc. | 1600 N Boudreau Rd MANTENO, IL 60950 | Warehouse racking, conveyor systems and miscellaneous office equipment | 4/30/2019 |
| 443 | 1055 Hanover LLC c/o LBA Realty LLC 3347 Michelson Drive Suite 200 Irvine, CA 92612 | N/A | Sears Holdings Corporation | Hanover Industrial Pk WILKES BARRE, PA 13656 | Warehouse racking, conveyor systems and miscellaneous office equipment | 4/30/2019 |
| 443-14-B | Robert K. Mericle Attn: Melanie Colbert 100 Baltimore Drive, East Mountain Corporate Center Wilkes-Barre, PA, 18702 | N/A | Sears Holdings Corporation | 1057 Hanover St Wilkes Barre, PA 18702 | Warehouse racking, conveyor systems and miscellaneous office equipment | 4/30/2019 |
| 443-14-C | Robert K. Mericle Attn: Melanie Colbert 100 Baltimore Drive, East Mountain Corporate Center Wilkes-Barre, PA, 18702 | N/A | Sears Holdings Corporation | 1057 Hanover St Wilkes Barre, PA 18702 | Warehouse racking, conveyor systems and miscellaneous office equipment | 4/30/2019 |
| 8781 | Cabot III - PA2B01, LP c/o Liberty Property Limited Partnership 650 East Swedesford Road Suite 400 Wayne, PA 19087 | N/A | Kmart Corporation | 1475 Nitterhouse Dr Chambersburg, 17201 | Warehouse racking, conveyor systems and miscellaneous office equipment | 4/30/2019 |
| 1042 | Joplin Properties, LLC c/o Moses Tucker Real Estate 745 E. Joyce Blvd., Suite 220 Fayetteville, AR 72703 | N/A | Sears, Roebuck and Co. | 802 S High St (Warehouse only) Joplin, Missouri 64801 | | 4/30/2019 |
| 1080 | GS Portfolio Holdings LLC dba Stonebriar Centre Sears Anchor Attn: Law / Lease Administration Department 350 N. Orleans Street, Suite 300 Chicago, IL 60654-1607 | N/A | Sears, Roebuck and Co. | 2605 Preston Rd Frisco, TX 75034-9434 | Auto center tire rack with sprinkler system attached | 4/30/2019 |
| 1112 | GS Portfolio Holdings LLC dba Ridgedale Center Sears Anchor Attn: Law / Lease Administration Department 350 N. Orleans Street, Suite 300 Chicago, IL 60654-1605 | Lands' End, Inc. Attn: Sr. Vice President & General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 12431 Wayzata Blvd Minnetonka, MN 55305-1925 | | 4/30/2019 |
| 1134 | US Centennial Malls JV LLC dba The Connecticut Post LP c/o Centennial Real Estate Mgmt. LLC Attn: Chief Operating Officer 8750 N. Central Expressway, Suite 1740 Dallas, TX 75231 | Lands' End, Inc. Attn: Sr. Vice President & General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 1201 Boston Post Rd Sp 2095 Milford, CT 06460- | Misc Fixtures,showcases,bailer,compactor,Break room furniture,ladders,lockers, file cabs,Pallet racking, Break room appliances, Shoe shelving etc | 4/30/2019 |
| 1287 | GS Portfolio Holdings LLC dba Coronado Center Sears Anchor Attn: Law / Lease Administration Department 350 N. Orleans Street, Suite 300 Chicago, IL 60654-1607 | N/A | Sears, Roebuck and Co. | 6600 Menaul Blvd Ne Ste 700 Coronado, NM 87110-3447 | | 4/30/2019 |
| 1318 | GS Portfolio Holdings LLC dba Valley Plaza Mall Sears Anchor Attn: Law/Lease Administration Department 350 N. Orleans Street, Suite 300 Chicago, IL 60654-1607 | N/A | Sears, Roebuck and Co. | 3001 Ming Ave Bakersfield, CA 93304-4145 | Built-in Electric Conveyor from L1 to Basement | 4/30/2019 |
| 1328 | 3450 S. Maryland Parkway LLC 1370 Jet Stream Dr. Suite 100 Henderson , NV 89052 | N/A | Sears, Roebuck and Co. | 3450 S Maryland Pkwy Las Vegas(Blvd), NV 89109 | | 4/30/2019 |

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ABANDONED PERSONAL PROPERTY | ESTIMATED REJECTION DATE |
|---|---|---|---|---|---|---|
| 1403 | GS Portfolio Holdings LLC Natick Mall Sears Anchor Attn: Law/Lease Administration Department 350 N. Orleans Street, Suite 300 Chicago, IL 60654-1607 | Lands' End, Inc. Attn: Sr. Vice President & General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 1235 Worcester Rd & Natick, MA 01760- | | 4/30/2019 |
| 1484 | Berkshire Mall LLC, C/O Allied Properties 1665 State Hill Road Wyomissing PA 19610 | N/A | Sears, Roebuck and Co. | Warren St Bypass & Bern Rd Reading, PA 19610- | IT Equipment, Registers, Cashwraps, Bailer, compactor, office furniture, cash office safe, gondola fixtures, stands, 4ways, rounders, apparel folding tables | 4/30/2019 |
| 1575 | Seritage Growth Properties, L.P. dba Seritage SRC Finance LLC c/o Seritage Growth Properties Attn: Executive Vice President, Operations & Leasing 500 Fifth Avenue, Suite 1530 New York, NY 10110 | N/A | Sears Operations LLC | 100 Newmarket Fair Mall Hampton, VA 23605-1406 | | 4/30/2019 |
| 1646 | Carolina Place LLC c/o Carolina Place Attn: Law/Lease Administration Department 350 N. Orleans Street, Suite 300 Chicago, IL 60654-1607 | Lands' End, Inc. Attn: Sr. Vice President & General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 11033 Carolina Place Pkwy Pineville, NC 28134-8370 | Safes, misc office furniture, apparel fixtures, compactor, warehouse racks, appliance fixtures & displays, carts, cash wraps, jewelry cases, cash wraps | 4/30/2019 |
| 1709 | WSSR LLC c/o Lee Chiang, Manager 1479 Torrijos Court Shenandoah, TX 77384 | N/A | Sears, Roebuck and Co. | 1245 W Warm Springs Rd Henderson, NV 89014-8740 | Compactor, baler, fixtures, Gondolas, counters, Office desks, shelving, IT Equipment, jewelry fixtures, safe, warehouse racks | 4/30/2019 |
| 1773 | RPI Salisbury Mall LLC c/o Brookfield Properties (R) LLC Attn: Legal Department 200 Vesey Street, 25th Floor New York, NY 10281 | N/A | Sears, Roebuck and Co. | 2306 N Salisbury Blvd Salisbury, MD 21801 | Office furniture, A few sales fixtures | 4/30/2019 |
| 1844 | GS Portfolio Holdings LLC The Mall in Columbia Sears ANC Attn: Law/Lease Administration Department 350 N. Orleans Street, Suite 300 Chicago, IL 60654-1607 | Lands' End, Inc. Attn: Sr. Vice President & General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 10300 Little Patuxent Pkwy Columbia, MD 21044-3341 | | 4/30/2019 |
| 1998 | KIR Montebello, L.P. c/o Kimco Realty Corp. Attn: Legal Department 3333 New Hyde Park Road, Suite 100 P. O. Box 5020 New Hyde Park, NY 11042 | N/A | Sears, Roebuck and Co. | 1401 N Montebello Blvd Montebello, CA 90640-2584 | | 4/30/2019 |
| 2119 | Landcaster Development Company, LLC c/o C.E. John Company, Inc. Attn: Property Manager 1701 SE Columbia River Drive Vancouver, WA 98661 | N/A | Sears, Roebuck and Co. | 827 Lancaster Dr Ne Salem(Lancaster), OR 97301-2929 | | 4/30/2019 |
| 2138 | Macerich La Cumbre LP, c/o The Macerich Company Attn: Legal Department, 401 Wilshire Boulevard, 700 Santa Monica CA 90401 | Sprint PCS Assets, LLC 6391 Sprint Parkway Overland Park, KS 66251 | Sears, Roebuck and Co. | 3845 State St Santa Barbara, CA 93105-3111 | | 4/30/2019 |
| 2145 | Port Charlotte Mall, LLC c/o Washington Prime Group Attn: General Counsel 180 East Broad Street Columbus, OH 43215 | N/A | Sears, Roebuck and Co. | 1441 Tamiami Trl Port Charlotte, FL 33948 | IT, Office Furn, Material Handling, Baylor,Breakroom Tables, 2 Counters,Trade Fixtures | 4/30/2019 |
| 2173 | Wilton Mall, LLC, c/o The Macerich Company Attn: Legal Department, 401 Wilshire Blvd., Suite 700 Santa Monica CA 90401 | Lands' End, Inc. Attn: Sr. Vice President & General Counsel 5 Lands' End Lane Dodgeville, WI 53595 | Sears, Roebuck and Co. | 3065 Route 50 Saratoga, NY 12866-2960 | Jewelry Cases, Cash Wraps, Baler | 4/30/2019 |

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ABANDONED PERSONAL PROPERTY | ESTIMATED REJECTION DATE |
|---|---|---|---|---|---|---|
| 2179 | LBG Medford, LLC c/o LBG Real Estate Companies LLC 11150 Santa Monica Blvd, Suite 770 Santa Monica, CA 90025 | N/A | Sears, Roebuck and Co. | 501 Medford Ctr Medford, OR 97504 | | 4/30/2019 |
| 2244 | North Hanover Centre Realty, LLC c/o Namdar Realty Group, LLC  150 Great Neck Road Suite 304 Great Neck, NY 11021 | N/A | Sears, Roebuck and Co. | 1155 Carlisle St Ste 5    Hanover, 17331 | | 4/30/2019 |
| 2278 | GGP LP LLC, d/b/a Grand Teton Mall LLC Attn: Law/Lease Administration Department, 350 N. Orleans Street, Suite 300 Chicago IL 60654-1607 | N/A | Sears, Roebuck and Co. | 2300 E 17Th St Idaho Falls, ID 83404-6504 | | 4/30/2019 |
| 2311 | GS Portfolio Holdings LLC Attn: Law/Lease Administration Department Sooner Mall Sears Anchor 350 N. Orleans Street, Suite 300 Chicago, IL 60654-1607 | N/A | Sears, Roebuck and Co. | 3201 W Main St Norman, OK 73072-4847 | | 4/30/2019 |
| 2329 | Columbia Mall Partnership c/o Simon Property Group Attn: General Counsel 225 West Washington Street Indianapolis, IN 46204 | N/A | Sears, Roebuck and Co. | 1321 N Columbia Center Blvd   Kennewick(Pasco), WA 99336 | | 4/30/2019 |
| 2505 | Stockbridge Lakeshore, LLC c/o Lakeshore Mall Management Office Attn: Mall Manager 150 Pearl Nix Parkway  Gainsville, GA 30501 | N/A | Sears, Roebuck and Co. | 150 Pearl Nix Pkwy Gainesville, GA 30501 | | 4/30/2019 |
| 2637 | GG&A Central Mall Partners, LP c/o Gregory Greenfield & Associates Attn: Asset Manager Central Mall - Port Arthur 124 Johnson Ferry Road NE Atlanta, GA 30328 | N/A | Sears, Roebuck and Co. | 3100 FM 365 Port Arthur, TX 77642 | | 4/30/2019 |
| 2654 | Dover Mall LLC c/o Simon Property Group 225 West Washington Street Indianapolis, IN 46204 | N/A | Sears, Roebuck and Co. | 1000 Dover Mall Dover, DE 19901 | | 4/30/2019 |
| 2656 | Watkins Hanford, LLC Attn: Lance C. Watkins, Manager P.O. Box 50116 Sparks, NV 89435 | N/A | Sears, Roebuck and Co. | Hanford Mall - 1545 Mall Drive Hanford, CA 93230 | | 4/30/2019 |
| 2807 | JTL Rock Hill LLC, c/o SRS Real Estate Partners Attn: General Counsel, 8343 Douglas Avenue, Suite 200 Dallas TX 75225 | N/A | Sears, Roebuck and Co. | 2197 Dave Lyle Blvd Rock Hill, SC 29730- | Jewelry case, footwear shelving, condolas, 4ways and t-stands, universalsand register stands | 4/30/2019 |
| 2823 | TRP-MCB Eastpoint, LLC c/o MCB Real Estate LLC 2701 N. Charles Street Suite 404 Baltimore, MD 21218 | N/A | Sears, Roebuck and Co. | 7885 Eastern Blvd Baltimore/E Pt, 21224 | | 4/30/2019 |
| 3071 | Raven Associates - Toms River c/o Aegis Investments, Inc. 342 E Main Street Suite 100 Leola, PA 17540 | N/A | Kmart Corporation | 213 Highway 37 E Toms River, NJ 08753 | 4 ways hangfold, slat, fixed tables, rectangular tables, jewelry stand and racks, sock case, shoe gondola | 4/30/2019 |
| 3097 | Fifth Generation Investments, LLC 1805 Zenith Drive Sioux City, IA 51103 | N/A | Kmart Corporation | 2803 E Kanesville Blvd Council Bluffs, IA 51503-1004 | Check outs, shelving and display fixtures, counters, office desks, compactor, fixtures | 4/30/2019 |
| 3216 | CE Vernon II, LLC  1720 Post Road  Fairfield, CT 06824 | N/A | Kmart Corporation | 295 Hartford Turnpike Vernon, CA 06066 | | 4/30/2019 |

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ABANDONED PERSONAL PROPERTY | ESTIMATED REJECTION DATE |
|---|---|---|---|---|---|---|
| 3256 | North Plaza I LLC (25%), North Plaza II LLC (25%) and North Plaza III LLC (50%), as Tenants in Common c/o Continental Realty Corporation 1427 Clarkview Road Suite 500 Baltimore, MD 21209 | N/A | Kmart Corporation | 8980 Waltham Woods Rd Baltimore, MD 21234 | | 4/30/2019 |
| 3308 | Lake Orion Plaza LLC c/o The Boutrous Companies 596 N. Lapeer Road Lake Orion, MI 48362 | N/A | Kmart of Michigan, Inc. | 1025 M-24 Lake Orion, MI 48360-1429 | Fixtures, Counters, Office furniture, IT equipment, conveyor system | 4/30/2019 |
| 3345 | Oryom Ventures, LLC (as to an undivided 2/3 interest) & DoYa Ventures, LLC Oryom Ventures, LLC (as to an undivided 1/3 interest) Re: Kmart - Ceres 633 Erskine Drive Pacific Palisades, CA 90272 | N/A | Kmart Corporation | 1351 E Hatch Rd Modesto, CA 95351-5010 | Compactor, safe, fixtures, Gondolas, counters, Office desks, Conveyer, Shopping carts, shelving | 4/30/2019 |
| 3807 | Fox Run Limited Partnership c/o Brixmor Property Group 450 Lexington Avenue 13th Floor New York, NY 10017 | N/A | Kmart Corporation | 835 Solomons Island Rd N Prince Frederick, MD 20678-3912 | Gondolas,Shelving, Register Stands, Service Desk, Jewelry Cases,Safe, Office Furniture, Conveyor, Broken Refridgeration, Broken Baler,Safe | 4/30/2019 |
| 3839 | Albany-Pacific, LLC c/o Dickerhoof Properties, LLC P O Box 1583 Corvallis, OR 97339 | N/A | Kmart Corporation | 400 North East Circle Blv Corvallis, OR 97330 | Safe, Compactor, Customer Service Desk, Counters, Office Furniture, Security Cameras, Checkstands | 4/30/2019 |
| 3978 | Braelinn Village 1752, LLC c/o Kimco Realty Corporation 3333 New Hyde Park Road, Suite 100 P. O. Box 5020 New Hyde Park, NY 11042-0020 | N/A | Kmart Corporation | 400 Crosstown Road Peachtree City, GA 30269-2915 | Gondolas, register stands, service desks, some office furniture, jewelry counters, conveyor, safe | 4/30/2019 |
| 4224 | J & W Monaco Evans, LLC c/o J & W Management Corp 505 Park Avenue New York, NY 10022 | N/A | Kmart Corporation | 2150 S Monaco St Pkwy Denver, 80222 | | 4/30/2019 |
| 4490 | Caparra Center Associates LLC P O Box 9506 San Juan PR 00968-0506 | N/A | Kmart Corporation | Caparra Hgts - San Patricio S/C Roosevelt & San Patricio Avenues San Juan, PR 00920-2680 | Office Furniture, counters and equipment, Safe, Lockers,Conveyor, Warehouse Racking, Baler, Compactor, Salesfloor Racking, Glass Cases, Cash Register/Service Desks, Registers, Eas door Equipment. Misc IT and AP equipment. All Unsold Kitchen equipment and furniture, Building Sign | 4/30/2019 |
| 4858 | Urban Edge Properties LP dba Urban Edge Caguas LP 210 Route 4 East Paramus NJ 07652 | N/A | Kmart Corporation | Calle Betances Final #400 Caguas, PR 00726-0517 | Office Furniture, counters and equipment, Safe, Lockers,Conveyor, Warehouse Racking, Baler, Compactor, Salesfloor Racking, Glass Cases, Cash Register/Service Desks, Registers, Eas door Equipment. Misc IT and AP equipment. All Unsold Kitchen equipment and furniture, Building Sign | 4/30/2019 |
| 5185 | RCJ of Winter Park No. 3 LLLP 1011 N. Wymore Road Suite 100 Winter Park, FL 32789 | N/A | FBA Holdings, Inc. | 500 S. Park Avenue Winter Park, 32789 | | 4/30/2019 |
| 7169 | Gardena Memorial Medical Plaza, LLC c/o Elite Property Management LLC 3191 W. Casitas Avenue Unit 130 Los Angeles, CA 90039 | N/A | Kmart Corporation | 400 South Broadway Salina, KS 67401-4005 | Gondola, Shelving, Register Stands, Service Desk, Softlines Fixtures, Shopping Carts, Receiving Conveyor, Refrigeration, Possible Forklift. | 4/30/2019 |
| 7460 | Maynardville Pike LP c/o Lippes Mathias Wexler Friedman LLP 50 Fountain Plaza Suite 1700 Buffalo, NY 14202-2216 | N/A | Kmart Corporation | 6909 Maynardville Pike Ne Knoxville, TN 37918-5325 | Misc. fixtures, service desk, register stands, bailer, some gondolas, safe, office furniture | 4/30/2019 |

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ABANDONED PERSONAL PROPERTY | ESTIMATED REJECTION DATE |
|---|---|---|---|---|---|---|
| 7677 | Riverwalk Inc. 164 N Main St Wellsville, NY 14895 | N/A | Kmart Corporation | 121 Bolivar Rd Wellsville, NY 14895 | 3 Aisle Fixtures, Checkout Counters, Hazmat, Office Desk and one chair, Registers | 4/30/2019 |
| 8253 | MP HOLDINGS LLC ATTN: SR VP OF PROPERTY MGMT & GENERAL COUNSEL 3140 PEACEKEEPER WAY MCCLELLAN, CA 95652 | N/A | Sears, Roebuck and Co. | 4326 Forcum Ave MCCLELLAN, 95652 | | 4/30/2019 |
| 8782 | 4320 NORTH 124TH STREET LLC C/O COLLIERS BARRY 1232 NORTH EDISON STREET MILWAUKEE, WI 53202 | N/A | Innovel Solutions, Inc., f/k/a Sears Logistics Servi | 4320 N. 124Th Street WAUWATOSA, 53222 | | 4/30/2019 |
| 9222 | Fifth Generation Investments, LLC 1805 Zenith Drive Sioux City, IA 51103 | N/A | Kmart Corporation | 1111 N 2Nd Cherokee, IA 51012-1287 | Some counters/shelves, service desk, safe, some stockroom shelving, office desk, quads | 4/30/2019 |
| 9245 | 1109 Cheboygan, LLC 126 Whitman Avenue Staten Island, NY 10308 | N/A | Kmart of Michigan, Inc. | 1131 E State St Cheboygan, 49721 | | 4/30/2019 |
| 9274 | GBR Green Acres LLC & Greenwich 29 LP c/o Gibraltar Management Co., Inc. 150 White Plains Rd. Suite 400 Tarrytown, NY 10591 | N/A | Kmart Corporation | West Main St R D #1 Greenwich, NY 12834 | | 4/30/2019 |
| 9348 | Wilson Norridge, LLC c/o AmCap, Inc. 333 Ludlow Street 8th Floor Stamford, CT 06902 | Darden/Longhorn Steakhouse Ashley Powell 1000 Darden Center Drive Orlando, FL 32837 | Kmart Stores of Illinois, LLC | 4210 N Harlem Ave Norridge, IL 60706-1277 | Compactor, baler, conveyors, Safe, shelving, refrigeration, Material handling equip., office furniture, gondolas, checkout stands, softlines racks | 4/30/2019 |
| 9353 | Twin City Estate Corporation c/o RL Jones Properties 17195 New College Avenue Wildwood, MO 63040 | N/A | Kmart Corporation | 155 Twin City Mall Crystal City, MO 63019 | Safe, Compactor, Service Desk, Checkout Fixtures, Breakroom Tables, 2 Costume Jewelry Fixtures, and Security System in Ceiling | 4/30/2019 |
| 9551 | Ethan Conrad c/o Ethan Conrad Properties 1300 National Drive Suite 100 Sacramento, CA 95834 | NA | Kmart Corporation | 6600 Clark Road Paradise, CA 95969 | | 4/30/2019 |
| 9619 | Parkway Shopping Center, LLC 231 Old Causeway Road Atlantic Beach, NC 28512 | N/A | Kmart Corporation | 4841 Arendell St Morehead City, NC 28557 | Assorted Counters mostly Wood, Checkout Stands, 2 Office Desks, Decking round Walls, Card Bd Bailer, Blood Pressure Machine, Helium Tanks, 6 Assorted Vendor Racks | 4/30/2019 |
| 9761 | RREF II-WPG Visalia, LLC c/o Waypoint Property Group, LLC 567 San Nicolas Drive, Suite 270 Newport Beach, CA 92660 | N/A | Kmart Corporation | 3247 W Noble Ave Visalia, CA 93277-1841 | Gondolas, service desk/ register stands, safe, compactor, jewelry counters, conveyors, office furniture, misc fixtures | 4/30/2019 |
| 30941 | The First National Bank in Sioux Falls, Trustee of the R.E. Nohlgren Et. Al. Trust P.O. Box 5186 100 South Phillips Avenue (Zip 57104) Sioux Falls, SD 57117-5186 | N/A | Kmart Corporation | 3709 East 10Th Street Sioux Falls, 57103 | | 4/30/2019 |
| 30954 | Evelyn-Sunrise Shopping Center c/o Mideb Management Company 541 S. Spring Street Suite 204 Los Angeles, CA 90013 | N/A | Kmart Stores of Texas, LLC | 2440 Pablo Kisel Blvd Brownsville, 78526 | | 4/30/2019 |
| 37914 | OND Property LLC c/o Beacon Capital Partners, LLC Attn: General Counsel 200 State Street, 5th Floor Boston, MA 02109 | N/A | Sears, Roebuck and Co. | 2 N State St Chicago, 60602 | | 4/30/2019 |

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ABANDONED PERSONAL PROPERTY | ESTIMATED REJECTION DATE |
|---|---|---|---|---|---|---|
| 49028 | TriNet Essential Facility XXVII, Inc. c/o iStar Financial, Inc. Attn: Asset Management (re: 8440 Hardy Dr./Tempe, AZ) 33 New Montgomery Street, Suite 1210 San Francisco, CA 94105 | N/A | Sears, Roebuck and Co. | 8440 S Hardy Dr TEMPE, 85284 | | 4/30/2019 |
| 61901 | ShopCore Properties LP dba Excel Sears Promenade LLC Two Liberty Place, Suite 3325 50 South 16th Street Philadelphia, PA 19102 | Living Spaces Furniture, LLC 4501 Artesia Blvd Buena Park, CA 90638 | Sears, Roebuck and Co. | 16275 N Scottsdale Rd SCOTTSDALE, 85260 | | 4/30/2019 |
| 1945-37-B | PLAZA DEL CARIBE S E P O BOX 363268 SAN JUAN, PR 00936 | N/A | Sears, Roebuck De Puerto Rico, Inc. | Plaza Del Caribe 2050 (Rd 2) (Furniture Store only) Ponce, PR 00731 | | 4/30/2019 |
| 1915 | Santa Rosa Mall LLC c/o Commercial Centers Management, Inc. P.O. Box 362983  San Juan, PR 00936-2683 | N/A | Sears, Roebuck De Puerto Rico, Inc. | Avenida Aguas Buenas Bayamon, PR 00959 | | 4/30/2019 |