# Exhibit 1

## Rejected Lease

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ABANDONED PERSONAL PROPERTY | ESTIMATED REJECTION DATE |
|---|---|---|---|---|---|---|
| 30941 | Zeilser Morgan Properties<br>Attn: Susan Sommers<br>30000 Chagrin Suite 100<br>Cleveland, Ohio 44124 | N/A | Kmart Corporation | 3709 East 10Th Street Sioux Falls, 57103 | | 5/2/2019 |