**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
:
In re:                                                       :        Chapter 11
:
**SEARS HOLDING CORPORATION, et al.,**   :        Case No. 18-23538 (RDD)
:
:        Jointly Administered)
Debtors.                                                     :
:
------------------------------------------------------------ X

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of George Anthony Bleus to be admitted, ***pro hac vice***, to represent Taylor Sorensen, as the Personal Representative of the Wrongful Death Estate of Jonathan Sorensen, Deceased, (the "Client") cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New Mexico and the bar of the U.S. District Court for the District of New Mexico, it is hereby

**ORDERED**, that George Anthony Bleus, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  White Plains, New York
        May 15, 2019

                                            /s/Robert D. Drain
                                            United States Bankruptcy Judge