To: United States Bankruptcy Court  
    Weil Gotshal & Mannes LLP

4/29/19

Fr: William Hoeller

Re: Objection of "Notice Of Rejection of Executory Contracts" notification

To Whom It May Concern,

I formally object to the "Notice of Rejection of Executory Contracts" notification as my executive severance agreement was the part of the employment offer that I relied upon which determined my decision to join Sears Holdings Corporation in November of 2015. To date, I have received no financial benefit after having my employment terminated in August of 2018.

Sincerely,

William Hoeller  
1-224-465-8588  
billhoeller@comcast.net

Claim # 5101

# Exhibit A

## Rejection Order

**PLEASE TAKE FURTHER NOTICE** that a copy of all pleadings filed in these chapter 11 cases, including the motion (ECF No. 2768) that sought the relief granted in the Rejection Procedures Order, is available for free at https://restructuring.primeclerk.com/sears/ or for a fee via PACER at https://ecf.nysb.uscourts.gov.

Dated: April 12, 2019
     New York, New York

/s/ Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors
and Debtors in Possession*

3