UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

SEARS HOLDING CORPORATION, *et al*,

Chapter 11
Case No. 18-23538 (RDD)

Debtor.
-------------------------------------------------------------X

## STIPULATION OF SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that Kirby Aisner & Curley, LLP, 700 Post Road, Suite 237, Scarsdale, New York 10583 will be and hereby is substituted for DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, One North Lexington Avenue, 11th Floor, White Plains, New York 10601 as counsel for NAMCO USA INC. ("Client") in the above captioned bankruptcy case.

Dated: April 10, 2019

DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Outgoing Counsel*
One North Lexington Avenue, 11th Floor
White Plains, NY 10601
(914) 681-0200

By: _____
    Alfred E. Donnellan, Esq.

Dated:

Dated: April 10, 2019

KIRBY AISNER & CURLEY LLP
*Incoming Counsel*
700 Post Road, Suite 237
Scarsdale, New York 10583
(914) 401-9500

By: _____
    Julie Cvek Curley, Esq.

Consented and agreed:
NAMCO USA INC.

By _____
Name: Jennifer M. Muchaney
Title: General Counsel/Secretary