Norman C. Witte (P40546)
WITTE LAW OFFICES, PLLC
119 E. Kalamazoo Street
Lansing, Michigan 48933-2111
(517) 485-0070

*Attorneys for 4th Street South II, LLC*

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:

**Sears Holdings Corporation,** *et al.*,

    Debtors.

Chapter 11
Docket No. 18-23538 (RDD)

(Jointly Administered)

## CERTIFICATE OF SERVICE

Michele A. Allswede, being duly sworn, states that she is employed by the law firm of Witte Law Offices, PLLC and that on the 16th day of May, 2019, she served 4th Street South, II, LLC First Discovery Requests to Debtor, via email to the following on the attached Service List.

*[signature]*

Michele A. Allswede, Administrative Assistant

**Paul M. Basta**
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
Email: pbasta@paulweiss.com

**Scott K. Charles**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
(212) 403-1202
Fax : (212) 403-2000
Email: skcharles@wlrk.com

**Garrett A. Fail**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000
Fax : 212-310-8007
Email: garrett.fail@weil.com

**Jessica Liou**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8817
Fax : 212-310-8007
Email: jessica.liou@weil.com

**Jacqueline Marcus**
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
(212) 310-8000
Fax : (212) 310-8007
Email: jacqueline.marcus@weil.com

**Ray C Schrock**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000
Fax : 212-310-8000
Email: ray.schrock@weil.com

**Sunny Singh**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000
Fax : 212-310-8007
Email: sunny.singh@weil.com

**Amy R. Wolf**
Wachtell, Lipton, Rosen & Katz
51 W. 52nd Street
New York, NY 10019
212-403-1245
Fax : 212-403-2245
Email: arwolf@wlrk.com