**UNITED STATES BANKRUPTCYCOURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| IN RE: | Chapter 11 |
| **SEARS HOLDINGS CORPORATION, et al.,** | Case No. 18-23538 (RDD) |
| | (Jointly Administered) |
| Debtors. | |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the Motion of Roland S. Keske to be admitted, *pro hac vice,* to represent Liberty Insurance Corporation in the above-referenced cases, and upon the Movant's certification that the Movant is a member in good standing of the bar in the State of Illinois, State of Missouri and the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that Roland S. Keske, Esq. is admitted to practice, *pro hac vice,* in the above-referenced cases to represent Liberty Insurance Corporatin, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
      May 16, 2019

                                            /s/Robert D. Drain
                                            HONORABLE ROBERT D. DRAIN
                                            UNITED STATES BANKRUPTCY JUDGE