## CERTIFICATE OF SERVICE

I, Laurel D. Roglen, hereby certify that, on this 16th day of May 2019, I caused a true and correct copy of the foregoing **Certificate of No Objection Regarding the Application of Fee Examiner, Pursuant to Section 327(A) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Bankruptcy Rules 2014-1 and 2016-1, for the Entry of an Order Authorizing the Retention and Employment of Ballard Spahr LLP as Counsel to the Fee Examiner,** *Nunc Pro Tunc t***o the Appointment Date** be served upon the parties on the attached service list by electronic mail.

Dated: May 16, 2019
Wilmington, Delaware

/s/ *Laurel D. Roglen*
Laurel D. Roglen (No. 5759)
Ballard Spahr LLP

| | |
|---|---|
| Counsel to the Debtors<br>Weil, Gotshal & Manges LLP<br>Attn: Ray C. Schrock, P.C.<br>Jacqueline Marcus<br>Garrett A. Fail<br>Sunny Singh<br>Jared R. Friedmann<br>Jessie B. Mishkin<br>767 Fifth Avenue<br>New York, NY 10153<br>Email: ray.schrock@weil.com<br>garrett.fail@weil.com<br>jacqueline.marcus@weil.com<br>sunny.singh@weil.com<br>JeriLeigh.Miller@weil.com<br>jessica.liou@weil.com<br>Paloma.VanGroll@weil.com<br>Jared.Friedmann@weil.com<br>Jessie.Mishkin@weil.com | Counsel to the Official Committee of Unsecured Creditors<br>Akin Gump Strauss Hauer & Feld LLP<br>Attn: Ira S. Dizengoff<br>Philip C. Dublin<br>Abid Qureshi<br>Sara L. Brauner<br>One Bryant Park<br>New York, NY 10036<br>Email: idizengoff@akingump.com<br>pdublin@akingump.com<br>aqureshi@akingump.com<br>sbrauner@akingump.com |