# Exhibit A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Sears Holdings Corporation, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 18-BK-23538 (RDD)<br><br>Jointly Administered |

**[PROPOSED] ORDER (1) FINDING THE AUTOMATIC STAY INAPPLICABLE TO THE EXCESS SIDE A D&O INSURANCE POLICY ISSUED BY QBE INSURANCE COMPANY OR (2) ALTERNATIVELY, LIFTING THE STAY UNDER 11 U.S.C. §362(d) TO ALLOW QBE INSURANCE CORPORATION TO PROCEED WITH THE FILING OF LITIGATION IN THE UNITED STATES DISTRICT COURT**

Upon the Motion By QBE Insurance Corporation For An Order (1) Finding the Automatic Stay Inapplicable, or (2) alternatively, Granting Relief from the Automatic Stay under 11 U.S.C. §362(d) to allow QBE Insurance Corporation to Proceed with the filing of a declaratory judgment action in the United States District Court for the Northern District of Illinois, dated 5.16.19 (the "Motion"), and it appearing that due and proper notice of the Motion has been given, and that no other or further notice need be given; and upon due deliberation and sufficient cause appearing therefor; it is hereby:

ORDERED that the Motion is granted to the extent set forth herein; and it is further

ORDERED that the proceeds under Side A Excess Liability Policy No. QPL0045025 (the "Excess Policy") do not constitute property under the estate under 11 U.S.C. § 541; and it is further

ORDERED that the automatic stay is inapplicable to QBE Insurance Corporation's right to proceed with the filing of a declaratory judgment action in the United States District Court for the Northern District of Illinois; and it is further

ORDERED that the automatic stay, to the extent applicable, is lifted under 11 U.S.C. §362(d) to allow QBE Insurance Corporation's to proceed with the filing of a declaratory judgment action in the United States District Court for the Northern District of Illinois; and it is further

ORDERED that nothing in this Order shall constitute (1) a waiver, modification or limitation of QBE Insurance Corporation's reservation of all of its rights, remedies and defenses under the Side A Policy and otherwise, (2) a waiver, modification or limitation of any of the terms or conditions of any policy or (3) a finding that such sums are due and owing, or in what amount, under the Side A Policy; and it is further

ORDERED, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:

                                                      HONORABLE ROBERT D. DRAIN
                                                      UNITED STATES BANKRUPTCY JUDGE