**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x    Chapter 11

In re:

                                                                                 Case No. 18-23538 (RDD)

SEARS HOLDINGS CORPORATION, et al.

                                                                                 (Jointly Administered)

                                                          Debtors

-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

     I William P. Fennell, certify that I am not less than 18 years of age, and that service of the following documents:

1.     SECOND SUPPLEMENTAL OBJECTION TO CURE AND ADEQUATE ASSURANCE INFORMATION BY DART WAREHOUSE CORPORATION, RE DKT. 3761, ASSUMPTION AND ASSIGNMENT OF ADDITIONAL EXECUTORY CONTRACTS (SUPPLEMENTING DART'S JANUARY 29, 2019 AND MAY 2, 2019 OBJECTIONS DKT. 2165, 2167 and DKT. 3540)

was caused to be made on May 16, 2019, in the manner indicated upon the entities identified below.

Dated: May 16, 2019
     San Diego, CA

                                   By: /s/William P. Fennell_____
                                   William P. Fennell, Esq.
                                   401 West A Street, Suite 1800
                                   San Diego, CA 92101
                                   Telephone: (619) 325-1560
                                   Facsimile: (619) 325-1558
                                   Email: william.fennell@fennelllaw.com

                                   *Attorney for DART Warehouse Corporation*

**Via FedEx**

Chambers of the Honorable Judge Robert D.
Drain
United States Bankruptcy Court
Southern District New York
300 Quarropas Street, Room 248
White Plains, NY 10601

**Via Court Notice of Electronic Filing ("NEF")**

Robin S. Abramowitz    abramowitz@larypc.com, fox@larypc.com
Neil H. Ackerman    nackerman@ackermanfox.com,
kfox@ackermanfox.com;r52605@notify.bestcase.com
David G. Aelvoet    sanantonio.bankruptcy@publicans.com
Jaime Agnew    jaimeagnew21@gmail.com
Richard A. Aguilar    raguilar@mcglinchey.com, aparish@mcglinchey.com
Luma Al-Shibib    lal-shibib@andersonkill.com,
dflynn@andersonkill.com;Dfraser@andersonkill.com;Msilverschotz@andersonkill.com
Justin Alaburda    jmalaburda@bmdllc.com
Myles H Alderman    myles.alderman@alderman.com
John C. Allerding    john.allerding@thompsonhine.com
Arlene Rene Alves    alves@sewkis.com
Michael S. Amato    mamato@rmfpc.com, dolsen@rmfpc.com;smcgrath@rmfpc.com
Michele Angell    mangell@kasowitz.com, courtnotices@kasowitz.com
Philip D. Anker    philip.anker@wilmerhale.com,
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com
Tara B. Annweiler    tannweiler@greerherz.com
Joel D. Applebaum    japplebaum@clarkhill.com
Laura E. Appleby    appleby@chapman.com
Jenelle C Arnold    bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com
Simon Aron    saron@wrslawyers.com, jnarcise@wrslawyers.com
Joseph Aronauer    jaronauer@aryllp.com
Peter M. Aronoff    peter.aronoff@usdoj.gov
Kory A. Atkinson    kaa@koryatkinson.com
Joseph Badtke-Berkow    joseph.badtke-berkow@allenovery.com,
kurt.vellek@allenovery.com;courtnotices@allenovery.com;toby.mann@allenovery.com
Brandon K. Bains    bbains@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com
Michael I. Baird    baird.michael@pbgc.gov, efile@pbgc.gov
John T. Banks    jbanks@pbfcm.com, jbanks@ecf.inforuptcy.com
Sedric Banks    sedbanks@aol.com
Shari Barak    sbarak@logs.com, NYBKCourt@logs.com
Luke A Barefoot    lbarefoot@cgsh.com, maofiling@cgsh.com
Erika R. Barnes    ebarnes@stites.com, mdennis@stites.com
Michael Jason Barrie    mbarrie@beneschlaw.com,
debankruptcy@beneschlaw.com;kcapuzzi@beneschlaw.com
Joseph Charles Barsalona    jbarsalona@mnat.com

Robert D. Bass     bob.bass47@icloud.com, bob.bass47@icloud.com
Paul M. Basta     pbasta@paulweiss.com
Christopher Robert Belmonte     cbelmonte@ssbb.com,
pbosswick@ssbb.com,managingclerk@ssbb.com
Nola R Bencze     nbencze@clarkhill.com
Tammy L. Terrell Benoza     bankruptcy@feinsuch.com
Thomas Daniel Berghman     tberghman@munsch.com
Leslie Ann Berkoff     lberkoff@moritthock.com
Richard J. Bernard     rbernard@foley.com
Jeffrey Bernstein     jbernstein@mdmc-law.com, sshidner@mdmc-law.com
Jill B. Bienstock     jbienstock@coleschotz.com, fpisano@coleschotz.com
Karen C. Bifferato     kbifferato@connollygallagher.com
Jeffrey E Bjork     jeff.bjork@lw.com
David M. Blau     dblau@clarkhill.com
George Anthony Bleus     bleusandassociates@gmail.com
Michael V. Blumenthal     michael.blumenthal@tklaw.com
Stuart E Bodker     sbodker@mcdowellrice.com
Melissa Boey     melissa.boey@morganlewis.com
Phillip W. Bohl     phillip.bohl@gpmlaw.com
Wanda Borges     ecfcases@borgeslawllc.com
Dustin Parker Branch     branchd@ballardspahr.com, carolod@ballardspahr.com
Duane Brescia     duane.brescia@clarkhillstrasburger.com,
bkrtcynotices@clarkhillstrasburger.com;donna.krupa@clarkhillstrasburger.com;Kathi.Alexander
@clarkhillstrasburger.com
Kay Diebel Brock     bkecf@co.travis.tx.us
Michael D. Brofman     mbrofman@weisszarett.com
James L. Bromley     bromleyj@sullcrom.com, bromleyj@sullcrom.com
Lynn Hamilton Butler     Lynn.Butler@huschblackwell.com,
Lynn.Butler@huschblackwell.com
Lawrence W Byrne     lbyrne@pedersenhoupt.com
CRG Financial LLC     allison@claimsrecoveryllc.com
Donald F. Campbell     dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com
Jeffrey A. Carlino     jacarlino@kslnlaw.com, rabacon@kslnlaw.com
James S. Carr
KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
Robert Carson     rcarson@carsonfischer.com
Jamie S. Cassel     jsc@renozahm.com, jsc@renozahm.com
Michael J. Catalfimo     mcatalfimo@carterconboy.com,
hmclenithan@carterconboy.com;rmcfee@carterconboy.com;jstein@carterconboy.com
Katherine R. Catanese     kcatanese@foley.com
George B. Cauthen     george.cauthen@nelsonmullins.com,
Linnea.hann@nelsonmullins.com;joan.kishline@nelsonmullins.com
Rocco A. Cavaliere     rcavaliere@tarterkrinsky.com, snobles@tarterkrinsky.com
Janine M. Cerbone     jfigueiredo@hahnhessen.com, jfigueiredo@hahnhessen.com
Rudy J Cerone     rcerone@mcglinchey.com
Charles Chamberlin     charles.chamberlin@nebraska.gov

Mark J Chaney     mchaney@mcglinchey.com, aparish@mcglinchey.com

Scott K. Charles     skcharles@wlrk.com, calert@wlrk.com

Michael Chatwin     NYBKCourt@logs.com

Clement Cheng     law@clemcheng.com

Gustavo A Chico-Barris     gchico@ferraiuoli.com,
hruiz@ferraiuoli.com;edocketslit@ferraiuoli.com

Hyun Suk Choi     hchoi@choiandpark.com,
lkleist@choiandpark.com;cpark@choiandpark.com;jpatten@choiandpark.com;kmclaughlin@ch
oiandpark.com

Carol Chow     Carol.Chow@ffslaw.com, easter.santamaria@ffslaw.com

Shawn M. Christianson     schristianson@buchalter.com, cmcintire@buchalter.com

Jeffrey Chubak     jchubak@storchamini.com

Louis J. Cisz     lcisz@nixonpeabody.com

Mary Ann Claraval     maryannpsu@comcast.net

Darrell W. Clark     darrell.clark@stinsonleonard.com, catherine.scott@stinsonleonard.com

Ronald Alexander Clark     aclark@cov.com

Donald W. Clarke     dclarke@wjslaw.com, dclarke@ecf.inforuptcy.com

Marvin E. Clements     agbanknewyork@ag.tn.gov

Eboney Cobb     ecobb@pbfcm.com

Joshua W. Cohen     jwcohen@daypitney.com, arametta@daypitney.com

Patrick Collins     pcollins@farrellfritz.com

Sonia E Colon     scolon@ferraiuoli.com,
edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com;hruiz@ferraiuoli.com;soniaecolon@gma
il.com

Michael J. Connolly     mconnolly@formanlaw.com, kanema@formanlaw.com

Andrew S. Conway     aconway@taubman.com

Stephen A Corr     scorr@begleycarlin.com

Joseph Corrigan     bankruptcy2@ironmountain.com

Ramon Coto-Ojeda     nac@crlawpr.com, nac@crlawpr.com

Julie Cvek Curley     jcurley@kacllp.com,
AttorneyCvek@gmail.com;bleonardo@kacllp.com;5696@notices.nextchapterbk.com

Kelly Rose Cusick     cusick.kelly@pbgc.gov, efile@pbgc.gov

Brian Custy     bcusty@custylaw.com

Anthony J D'Artiglio     ajd@ansellgrimm.com,
jb@ansellgrimm.com;merediths@ansellgrimm.com

Raniero D'Aversa     rdaversa@orrick.com

Robert K. Dakis     rdakis@morrisoncohen.com, bankruptcy@morrisoncohen.com

Eric C. Daucher     eric.daucher@nortonrosefulbright.com

Janice I Daul     jdaul@kcr-law.com

Richard T. Davis     rdavis@cafarocompany.com

Louis Thomas DeLucia     louis.delucia@icemiller.com

Sam Della Fera     sdellafera@msbnj.com, ldipaolo@msbnj.com

Christopher M. Desiderio     cdesiderio@nixonpeabody.com

Andrew Devore     andrew.devore@ropesgray.com, nova.alindogan@ropesgray.com

Andrew G. Dietderich     dietdericha@sullcrom.com,
s&cmanagingclerk@sullcrom.com;andrew-dietderich-6008@ecf.pacerpro.com;BAKERR@SUL

LCROM.COM

John P. Dillman     houston_bankruptcy@publicans.com

Ted A. Dillman     ted.dillman@lw.com

Ira S. Dizengoff     idizengoff@akingump.com,
afreeman@akingump.com;apreis@akingump.com;dkrasa-berstell@akingump.com;nymco@akin
gump.com

Caroline Djang     caroline.djang@bbklaw.com

Amish R. Doshi     amish@doshilegal.com

James F. Dowden     jfdowden@swbell.net

Elizabeth L Doyaga     edoyaga@flwlaw.com, jspiegelman@flwlaw.com

Leo B Dubler     leodubler@fast.net

Joshua A. Dunn     jdunn@vedderprice.com, ecfnydocket@vedderprice.com

David W. Dykhouse     dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com

Rachel E. Edwards     redwards@l-llp.com, ehyman@l-llp.com;ltemp@l-llp.com

Devon Eggert     deggert@freeborn.com, bkdocketing@freeborn.com

Steven B. Eichel     se@robinsonbrog.com

Judith Elkin     elkinj@mac.com, elkinj@mac.com

Samuel G Encarnacion     same@haggertylaw.com

Andrew J. Entwistle     aentwistle@entwistle-law.com,
efilings@entwistle-law.com;jporter@entwistle-law.com

Marita S. Erbeck     marita.erbeck@dbr.com

Carrie Essenfeld     cessenfeld@halperinlaw.net, cmitchell@halperinlaw.net

Daniel E. Etlinger     detlinger@jennislaw.com, karon@jennislaw.com

Kevin J Etzel     ketzel@vedderprice.com

Michael Eversden     meversden@mcgrathnorth.com

Catania Facher     cfacher@alonsolegal.com

Garrett A. Fail     garrett.fail@weil.com, Paloma.VanGroll@weil.com

Stephen Vincent Falanga     sfalanga@walsh.law, mvargas@walsh.law

Thomas A. Farinella     tf@lawtaf.com, ecf@lawgmf.com

Steven Charles Farkas     scf@cohmlaw.com,
jenniferg@cohmlaw.com;lindac@cohmlaw.com;lah@cohmlaw.com

John T. Farnum     jfarnum@linowes-law.com, jcummings@linowes-law.com

Thomas R. Fawkes     tomf@goldmclaw.com

Alan Feld     afeld@sheppardmullin.com

Mark E. Felger     MFelger@cozen.com, MBrickley@cozen.com;mmillis@cozen.com

James R. Felton     jfelton@greenbass.com, mtyndall@greenbass.com

Christopher V Fenlon     cfenlon@hinckleyallen.com

William P Fennell     william.fennell@fennelllaw.com,
luralene.schultz@fennelllaw.com,charles.bethel@fennelllaw.com,mblackburnjoniaux@fennellla
w.com

John R. Fifarek     knelson@laskyfifarek.com, csczepanski@laskyfifarek.com

Charles J. Filardi     cfilardi@rrlawpc.com, abothwell@rrlawpc.com

Scott D. Fink     brodellecf@weltman.com

Glenn M. Fjermedal     gfjermedal@davidsonfink.com, vbillups@davidsonfink.com

Jonathan L. Flaxer     jflaxer@golenbock.com,
jsavitsky@golenbock.com;mweinstein@golenbock.com

Ken Florey    kflorey@rsnlt.com

Thomas J. Flynn    tflynn@larkinhoffman.com

Christopher Fong    cfong@nixonpeabody.com

Kiah T Ford    chipford@parkerpoe.com

Edward M. Fox    emfox@seyfarth.com

Gregory W. Fox    gfox@goodwinprocter.com, ACunningham@goodwinlaw.com

Shawn Randall Fox    sfox@mcguirewoods.com

Joseph D. Frank    jfrank@fgllp.com, csucic@fgllp.com;csmith@fgllp.com

Mark A. Frankel    mfrankel@bfklaw.com,
mfrankel@bfklaw.com;mark_frankel@yahoo.com;frankel.mark@gmail.com;frankelmr74702@notify.bestcase.com

Elise S. Frejka    efrejka@frejka.com

Alana M. Friedberg    alana.friedberg@dlapiper.com

Jeff J. Friedman    jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

Michael Friedman    friedman@chapman.com, iyassin@chapman.com

Joseph Froehlich    jfroehlich@lockelord.com

Patricia B. Fugee    Patricia.Fugee@FisherBroyles.com, ecf@cftechsolutions.com

Thomas M. Gaa    tgaa@bbslaw.com, yessenia@bbslaw.com

James Gadsden    bankruptcy@clm.com

Robert Gainer    rgainer@cutlerfirm.com, snewton@cutlerfirm.com

Gregg M. Galardi    gregg.galardi@ropesgray.com, nova.alindogan@ropesgray.com

David J. Gallagher    dgallagher@mnlawoffice.com

Alan E. Gamza    Agamza@mosessinger.com,
dkick@mosessinger.com;jbonteque@mosessinger.com;kkolbig@mosessinger.com;rcorbi@mosessinger.com

Jeffrey K. Garfinkle    jgarfinkle@buchalter.com,
dcyrankowski@buchalter.com;docket@buchalter.com

Victoria D. Garry    vgarry@ag.state.oh.us

Christopher Gartman    gartman@hugheshubbard.com,
corp-reorg-department-7318@ecf.pacerpro.com

Ryan Zachary Gelber    zgelber@gelbersantillo.com, fmechlowitz@gelbersantillo.com

Matthew Gensburg    mgensburg@gcklegal.com

Charles George    cgeorge@wyrick.com, abray@wyrick.com;cabitbol@wyrick.com

Stephen B. Gerald    sgerald@wtplaw.com, clano@wtplaw.com

Yann Geron    ygeron@reitlerlaw.com,
ygeronnys@ecf.axosfs.com;jlitos@reitlerlaw.com;nsantucci@reitlerlaw.com;adaniszewski@reitlerlaw.com;asuffern@axosfs.com

Peter M. Gilhuly    peter.gilhuly@lw.com, peter-gilhuly-1776@ecf.pacerpro.com

Steven A. Ginther    sdnyecf@dor.mo.gov

Luvell L Glanton    glantonfirm@gmail.com

Eduardo J. Glas    ejglas@gmail.com

Jeffrey R. Gleit    jgleit@sullivanlaw.com,
gschlack@sandw.com,bcooley@sandw.com;aweiss@sandw.com,nkoslof@sandw.com,tkethro@sandw.com

Ronald Eric Gold    rgold@fbtlaw.com,
awebb@fbtlaw.com;bmparker@fbtlaw.com;eseverini@fbtlaw.com

Michael Goldstein   mgoldstein@goodwinlaw.com
Brendan Goodhouse   bgoodhouse@cuddyfeder.com
Brett D. Goodman   brett.goodman@troutmansanders.com, john.murphy@troutman.com
Eric R Goodman   egoodman@bakerlaw.com
Leon B Gordon   cary.cain@mvbalaw.com, bankruptcy@mvbalaw.com
Andrew R. Gottesman   gottesman@mintzandgold.com, gottesman@mintzandgold.com
David S. Gragg   dgragg@langleybanack.com, cjohnston@langleybanack.com
Jonathan Adam Grasso   jon@piercemccoy.com
Ira S. Greene   ira.greene@lockelord.com
Christopher A. Grosman   cgrosman@carsonfischer.com
Deborah R. Gross   dgross@kcr-law.com, JHannigan@kcr-law.com
Janice Beth Grubin   Janice.Grubin@leclairryan.com
Charles A. Gruen   cgruen@gruenlaw.com
Allen J. Guon   aguon@foxrothschild.com, aguon@foxrothschild.com
Harry M. Gutfleish   harry@gutfleishlaw.com
Laura R Hall   laura.hall@allenovery.com,
kurt.vellek@allenovery.com,toby.mann@allenovery.com,courtnotices@allenovery.com
Mark E. Hall   mhall@foxrothschild.com, cbrown@foxrothschild.com
Aaron L. Hammer   ahammer@hmblaw.com,
ecfnotices@hmblaw.com;jguzzardo@hmblaw.com
William J. Hanlon   whanlon@seyfarth.com, bosdocket@seyfarth.com
Paul E. Harner   paul.harner@lw.com
Juandisha Harris   harrisj12@michigan.gov
Sharon A. Harris   sharon@attorneyzim.com
David Henry Hartheimer   david@mhlaw-ny.com, david@clearbid.com
Jonathan Scott Hawkins   jonathan.hawkins@thompsonhine.com,
THDaytonECF@thompsonhine.com;ECFDocket@thompsonhine.com
Patrick L. Hayden   phayden@mcguirewoods.com
Melissa S Hayward   mhayward@haywardfirm.com
Leslie C. Heilman   heilmanl@ballardspahr.com, lanoc@ballardspahr.com
Christopher Matthew Hemrick   chemrick@walsh.law, chemrick@walsh.law
Ira L. Herman   iherman@blankrome.com,
nybankruptcydocketing@blankrome.com;eDocketing@blankrome.com
Neil E. Herman   Nherman@morganlewis.com
Michael R. Herz   mherz@formanlaw.com, cbrown@formanlaw.com
George Bernard Hofmann   ghofmann@cohnekinghorn.com, mparks@cohnekinghorn.com
Marie Polito Hofsdal   mhofsdal@pryorcashman.com
Evan C Hollander   echollander@orrick.com, jgoldfinger@orrick.com;efua@orrick.com
James J. Holman   jjholman@duanemorris.com
Caleb T. Holzaepfel   caleb.holzaepfel@huschblackwell.com
Robert Honeywell   robert.honeywell@klgates.com, brian.koosed@klgates.com
Joon P. Hong   joonhong@chapman.com
Benjamin Hugon   bhugon@mckoolsmith.com, nsauter@mckoolsmith.com
Rita L Hullett   rhullett@bakerdonelson.com
Hanh Vinh Huynh   hhuynh@rubinlawllc.com, prubin@rubinlawllc.com
Allison Akiko Ito   aito@hibklaw.com

Russell Jackson     rjackson@thomasjhenrylaw.com
Hugh G. Jasne     jf@jasneflorio.com, hgj@jasneflorio.com
Dwight Jefferson     djefferson@coatsrose.com
Christian Paul Jensen     jensenc@sullcrom.com
Monique Debrikka Jewett-Brewster     mjb@hopkinscarley.com, eamaro@hopkinscarley.com
William Austin Jowers     ajowers@kslaw.com
Allen G. Kadish     akadish@archerlaw.com,
lschildkraut@archerlaw.com;chansen@archerlaw.com;hbreakstone@archerlaw.com
Vera N Kanova     verkanova@pa.gov
Alan H Katz     akatz@lockelord.com
Alan F. Kaufman     alan.kaufman@nelsonmullins.com
William E. Kelleher     wkelleher@cohenlaw.com,
mgraeb@cohenlaw.com;hward@cohenlaw.com
Steven W. Kelly     skelly@s-d.com
Gerald P. Kennedy     gerald.kennedy@procopio.com,
angela.stevens@procopio.com;calendaring@procopio.com
Roland Scott Keske     rsk@lefltd.com, eg@lefltd.com
Ferve E. Khan     fkhan@bakerlaw.com
Erin C. Kim     kim.erin@pbgc.gov, efile@pbgc.gov
Jane Kim     jkim@kellerbenvenutti.com
Alan M Kindred     akindred@leechtishman.com,
dtomko@leechtishman.com;ghauswirth@leechtishman.com
Norman N Kinel     norman.kinel@squirepb.com, sarah.conley@squirepb.com
Edward M. King     tking@fbtlaw.com
Dawn Kirby     dkirby@kacllp.com, bleonardo@kacllp.com;dap@ddw-law.com
Lauren Catherine Kiss     lkiss@klestadt.com
Richard Klass     richklass@courtstreetlaw.com
Sarah J Klebolt     sjk@carmodymacdonald.com, ala@carmodymacdonald.com
Michael Klein     mklein@aftlaw.com
Jeremy C. Kleinman     jkleinman@fgllp.com
Tracy L. Klestadt     tklestadt@klestadt.com, tklestadt@yahoo.com
John R. Knapp     john.knapp@millernash.com, lisa.petras@millernash.com
Tanya Korkhov     tkorkhov@kellerrohrback.com
Lawrence J. Kotler     ljkotler@duanemorris.com
Matthew Patrick Kremer     mkremer@omm.com, mpkremer@gmail.com
David S. Kupetz     dkupetz@sulmeyerlaw.com,
asokolowski@sulmeyerlaw.com;dperez@sulmeyerlaw.com
Jeffrey Kurtzman     jkurtzma@klehr.com
Marc J. Kurzman     mkurzman@carmodylaw.com
Alyssa E. Kutner     kutnera@ballardspahr.com
Michael Kwiatkowski     mkwiatkowski@msek.com, lgomez@msek.com
Paul J. Labov     plabov@foxrothschild.com, msteen@foxrothschild.com
Darryl S. Laddin     bkrfilings@agg.com
Keith A Langley     klangley@l-llp.com, ehyman@l-llp.com;pgentry@l-llp.com
Lynn Rowe Larsen     llarsen@taftlaw.com, LLAUREN@TAFTLAW.COM
Fernand L Laudumiey     laudumiey@chaffe.com

Lacy Martin Lawrence     llawrence@akingump.com, txdocketing@akingump.com
Vincent Edward Lazar     vlazar@jenner.com
Gilbert A. Lazarus     gillazarus@gmail.com
Harlan Mitchell Lazarus     hmllaw@att.net, hlazarus@lazarusandlazarus.com
Tara LeDay
ccain@mvbalaw.com;kmorriss@mvbalaw.com;tleday@ecf.courtdrive.com;julia.williams@mvb
alaw.com;bankruptcy@mvbalaw.com;alocklin@mvbalaw.com
Robert L. LeHane
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com
Paul D. Leake
wendy.lamanna@skadden.com;andrea.bates@skadden.com;Jacob.aboodi@skadden.com
Andrew M Leblanc     aleblanc@milbank.com
Bernice C Lee     blee@slp.law, dwoodall@slp.law
Michael Skoy Legge     mlegge@huntonak.com,
tkracht@huntonak.com;rphair@huntonak.com;ghesse@huntonak.com
Joseph H. Lemkin     jlemkin@stark-stark.com
Nicole A Leonard     nleonard@mdmc-law.com, sshidner@mdmc-law.com
William J. Levant     efile.wjl@kaplaw.com
Richard B. Levin     rlevin@jenner.com
Mark Levine     mlevine@zlk.com, mlevine@zlk.com
Noah Levine     noah.levine@wilmerhale.com, WHDocketing@wilmerhale.com
Kenneth M. Lewis     klewis@wtplaw.com, klewis@lewispllc.com
Lawrence A. Lichtman     llichtman@honigman.com, litdocket@honigman.com
Lewis J. Liman     LLiman@cgsh.com, maofiling@cgsh.com
Lewis A. Lindenberg     llindenberg@bbwg.com
Jessica Liou     jessica.liou@weil.com
Alan Jay Lipkin     alipkin@willkie.com, maosbny@willkie.com
Kevin M Lippman     klippman@munsch.com, pmoore@munsch.com
Robert Liubicic     rliubicic@milbank.com
Armando Llorens     armando@furgang.com
Jacqulyn S. Loftin     jsl@lhmlawfirm.com
Brian J. Lohan     brian.lohan@arnoldporter.com,
brian.lohan@arnoldporter.com;edocketscalendaring@arnoldporter.com
John G. Loughnane     jloughnane@nutter.com
Donald K. Ludman     dludman@brownconnery.com
Christopher A. Lynch     clynch@reedsmith.com
Kramer Lyons     klyons@ohdbslaw.com
Howard P. Magaliff     hmagaliff@r3mlaw.com, hcolon@r3mlaw.com
Abena Mainoo     amainoo@cgsh.com, maofiling@cgsh.com
Christopher J. Major     cjm@msf-law.com, bm@msf-law.com
Colleen Maker     cmaker@walsh.law
Jacob A. Manheimer     jmanheimer@pierceatwood.com,
mpottle@pierceatwood.com;rkelley@pierceatwood.com;kcunningham@pierceatwood.com
Jacqueline Marcus     jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com
Jennifer L. Marines     jmarines@mofo.com,

docketny@mofo.com;jennifer-marines-1173@ecf.pacerpro.com
 Ilan Markus ilan.markus@leclairryan.com, andrew.cole@leclairryan.com
 Jonathan D. Marshall jmarshall@choate.com
 Rachel J. Mauceri rmauceri@morganlewis.com
 Laurence May lmay@eisemanlevine.com
 Sandra E. Mayerson sandy@mhlaw-ny.com
 Shlomo Maza shlomomaza@paulhastings.com
 Matthew McCann mmccann@swc-law.com, mmccann@swc-law.com
 William McCarron mccarron.william@pbgc.gov, efile@pbgc.gov
 Daniel J. McCarthy dmccarthy@hillfarrer.com
 John G. McCarthy jmccarthy@sgrlaw.com, nyoecf@sgrlaw.com
 Richard J. McCord RMcCord@CBAH.com,
afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com
 Sawnie A. McEntire smcentire@pmmlaw.com
 Brian S. McGrath bmcgrath@mcglinchey.com
 David M. Meegan jhutton@mhksacto.com, jhutton@mhksacto.com
 Deborah Jill Michelson michelson@mgfl-law.com
 Lisa Milas lmilas@schillerknapp.com,
ahight@schillerknapp.com;kcollins@schillerknapp.com;bfisher@schillerknapp.com;Tshariff@s
chillerknapp.com
 Aaron Gerhard Miller amiller@vazirilaw.com
 Brett H. Miller bmiller@mofo.com, brett-miller-1388@ecf.pacerpro.com
 Curtis S. Miller cmiller@mnat.com
 Dennis D. Miller dmiller@steinlubin.com
 Stephen M. Miller smiller@morrisjames.com,
wweller@morrisjames.com;jdawson@morrisjames.com
 Russell W. Mills rmills@bellnunnally.com, nsummerville@bellnunnally.com
 Robert K. Minkoff rminkoff@cedargladecapital.com
 Joseph Thomas Moldovan bankruptcy@morrisoncohen.com
 Carol E. Momjian cmomjian@attorneygeneral.gov
 Laura J. Monroe lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com
 Kevin P. Montee kmontee@monteefirm.com, kmontee@monteefirm.com
 Julie F. Montgomery jmontgomery@brownconnery.com
 Courtney Morgan morgan.courtney@pbgc.gov, efile@pbgc.gov
 Pauline K. Morgan bankfilings@ycst.com, dlaskin@ycst.com
 John Mueller jmueller@lippes.com
 Rahul Mukhi rmukhi@cgsh.com, maofiling@cgsh.com
 Edgardo Munoz emunozpsc@gmail.com
 Klaus Peter Muthig muthigk@mcao.maricopa.gov
 Bruce S. Nathan bnathan@lowenstein.com, msavetsky@lowenstein.com
 Edward E. Neiger eneiger@askllp.com, lmiskowiec@askllp.com
 Kevin Michael Newman knewman@barclaydamon.com
 Victor Newmark vnewmark@evict.net
 Timothy F. Nixon tnixon@gklaw.com, kboucher@gklaw.com;pbrellenthin@gklaw.com
 Sean E. O'Donnell sodonnell@herrick.com,
courtnotices@herrick.com;lporetsky@herrick.com;rrichards@herrick.com

Sean A. O'Neal    soneal@cgsh.com, maofiling@cgsh.com
Sean A. OKeefe    sokeefe@okeefelc.com, seanaokeefe@msn.com
Rachel R Obaldo    bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov
Thomas S. Onder    tonder@stark-stark.com
Mark Russell Owens    mowens@btlaw.com,
mowens@btlaw.com;bankruptcyindy@btlaw.com
Stephen M. Packman    spackman@archerlaw.com,
mfriedman@archerlaw.com;jkulback@archerlaw.com
James P. Pagano    jppaganoesq@gmail.com, jppaganoesq@gmail.com
Michael F Panayotou    mfp@melitoadolfsen.com
Jennifer Kennedy Park    jkpark@cgsh.com
Richard J. Parks    rjp@pietragallo.com, ms@pietragallo.com;jk@pietragallo.com
Barbra R. Parlin    barbra.parlin@hklaw.com,
elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com
Paul J. Pascuzzi    ppascuzzi@ffwplaw.com
Jennifer Pastarnack    jennifer.pastarnack@cliffordchance.com
Kristen N. Pate    bk@brookfieldpropertiesretail.com
Richard C. Pedone    rpedone@nixonpeabody.com
Melissa A. Pena    mapena@norris-law.com, pfreda@nmmlaw.com
Eloy A Peral    eperal@wilkauslander.com
Phillip Russell Perdew    rperdew@lockelord.com, chicagodocket@lockelord.com
Frank Peretore    fperetore@csglaw.com, ecf@csglaw.com
Deborah M Perry    dperry@munsch.com
Geoffrey J. Peters    colnyecf@weltman.com
Albena Petrakov    apetrakov@offitkurman.com
Douglas J. Pick    dpick@picklaw.net, ezabicki@picklaw.net
Jonathan E. Pickhardt    jonpickhardt@quinnemanuel.com
Michael Ryan Pinkston    rpinkston@seyfarth.com
Curtis M. Plaza    cplaza@riker.com, tschellhorn@riker.com
Dana S. Plon    dplon@sirlinlaw.com
David L. Pollack    pollack@ballardspahr.com
Cynthia L Pollick    pollick@lawyer.com
Kimberly A. Posin    kim.posin@lw.com
Constantine Dean Pourakis    cp@stevenslee.com
Jennifer L. Pruski    jpruski@trainorfairbrook.com
Robert L. Pryor    rlp@pryormandelup.com
Chad Pugatch    cpugatch.ecf@rprslaw.com
Jonathan I. Rabinowitz    jrabinowitz@rltlawfirm.com
Anthony M. Rainone    arainone@bracheichler.com
Kurt Ernest Kates Ramlo    kr@lnbyb.com
Shane Ramsey    shane.ramsey@nelsonmullins.com,
jennifer.murray@nelsonmullins.com;emiller@bayardlaw.com;SMacon@bayardlaw.com
Justin Logan Rappaport    lr@pryormandelup.com, kj@pryormandelup.com
Paul L. Ratelle    pratelle@fwhtlaw.com
Gary O. Ravert    gravert@ravertpllc.com, gary.ravertpllc@gmail.com
Jeffrey A. Reich    reichlaw@reichpc.com

Kevin Reid    kreid@kozonislaw.com
Norman Neville Reid    nreid@foxswibel.com
Annemarie V. Reilly    annemarie.reilly@lw.com
Ryan C. Reinert    rreinert@shutts.com, juanitasanchez@shutts.com
Guy A. Reiss    greiss@reisspreuss.com
Carol Ann Rich    crich@dudleylaw.com
Steven Richman    srichman@clarkhill.com
Michael J. Riela    riela@thsh.com
Fred B. Ringel    fbr@robinsonbrog.com
Christy Rivera    christy.rivera@nortonrosefulbright.com
Richard A. Robinson    rrobinson@burr.com, debankruptcy@burr.com
Jennifer L. Rodburg    jennifer.rodburg@friedfrank.com,
managingattorneysdepartment@friedfrank.com
Beth Ellen Rogers    brogers@berlawoffice.com
Laurel D. Roglen    roglenl@ballardspahr.com, lanoc@ballardspahr.com
Alexis J. Rogoski    arogoski@skarzynski.com
Mark S. Roher    mroher@markroherlaw.com, ecf3.markroherlaw@gmail.com
Vincent J. Roldan    vroldan@ballonstoll.com
Kristen D Romano    kromano@mcglinchey.com
Julie H Rome-Banks    julie@bindermalter.com
Adam L. Rosen    adam.rosen@alrcounsel.com, tpavalis@diamondmccarthy.com
Robert M. Rosen    rrosen@pmmlaw.com
Sanford Philip Rosen    srosen@rosenpc.com, pgyparakis@rosenpc.com
Arthur E. Rosenberg    arthur.rosenberg@hklaw.com
David A. Rosenzweig    david.rosenzweig@nortonrosefulbright.com
Douglas B. Rosner    drosner@goulstonstorrs.com
Beth J. Rotenberg    brotenberg@csglaw.com, ecf@csglaw.com
Paul Rubin    prubin@rubinlawllc.com, hhuynh@rubinlawllc.com
Myrna Ruiz-Olmo    mro@prbankruptcy.com,
tbp@prbankruptcy.com,lsg@prbankruptcy.com
Maura I. Russell    mrussell@ckrlaw.com
Patrick Morgan Ryan    pmryan@sorlinglaw.com, smjordan@sorlinglaw.com
CARL JOSEPH SORANNO    csoranno@bracheichler.com,
dfamula@bracheichler.com;jpmartin@bracheichler.com
Kayvan B. Sadeghi    ksadeghi@schiffhardin.com
Thomas James Salerno    thomas.salerno@stinson.com, Karen.graves@stinson.com
Diane W. Sanders    austin.bankruptcy@lgbs.com
Thomas J. Sansone    tsansone@carmodylaw.com
Kristen Santillo    ksantillo@gelbersantillo.com
Joseph E. Sarachek    joe@saracheklawfirm.com, jon@saracheklawfirm.com
Robert M. Sasloff    rms@robinsonbrog.com
Bruce M. Sattin    bsattin@szaferman.com
Russell W. Savory    russ@bsavory.com
Gilbert R. Saydah    gsaydah@ckrlaw.com
Courtney A Schael    cschael@ashfordnjlaw.com, mrogers@ashfordnjlaw.com
Michael L. Schein    mschein@vedderprice.com,

ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-schein-3874@ecf.pacerpro.com

Robert K. Scheinbaum     rscheinbaum@connellfoley.com

Aaron J. Scheinfield     aaron@bk-lawyer.net

Frederick E. Schmidt     eschmidt@cozen.com

Bradley Schneider     bradley.schneider@mto.com

Edward L. Schnitzer     eschnitzer@ckrlaw.com

Ray C Schrock     ray.schrock@weil.com, matthew.goren@weil.com

Christopher P. Schueller     christopher.schueller@bipc.com,
timothy.palmer@bipc.com;donna.curcio@bipc.com

H. Jeffrey Schwartz     hjschwartz@mckoolsmith.com, hjschwartz@mckoolsmith.com

Gary F Seitz     gseitz@gsbblaw.com, gary.seitz@gmail.com

Michelle Marie Sekowski     msekowski@herrick.com,
courtnotices@herrick.com;lporetsky@herrick.com;maustin@herrick.com

Stephen B. Selbst     sselbst@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com

Richard M. Seltzer     rseltzer@cwsny.com, ecf@cwsny.com

Pearl Shah     pshah@mcgrailbensinger.com

Yaron Shaham     yshaham@kahanafeld.com

Michael Abtin Shakouri     mshakouri@goodkinlynch.com

Ross G Shank     rshank@kasowitz.com, courtnotices@kasowitz.com

Karen Sheehan     ksheehan@flwlaw.com, jspiegelman@flwlaw.com

Bradley S. Shraiberg     bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecfmail@gmail.com

Michelle E. Shriro     mshriro@singerlevick.com, scotton@singerlevick.com

Andrew I. Silfen     andrew.silfen@arentfox.com,
beth.brownstein@arentfox.com;jordana.renert@arentfox.com;lisa.indelicato@arentfox.com;sean.boren@arentfox.com

Leah Silverman     lsilverman@opeaklp.com

Daniel M. Silvershein     daniel@dmsilverlaw.com

Kevin J. Simard     ksimard@choate.com

Wendy M. Simkulak     wmsimkulak@duanemorris.com

Sunny Singh     sunny.singh@weil.com,
Andriana.Georgallas@weil.com;Paloma.VanGroll@weil.com;Vincent.Yiu@weil.com;Philip.DiDonato@weil.com

Peter B. Siroka     peter.siroka@friedfrank.com,
aaron_rothman@friedfrank.com;alix.brozman@friedfrank.com;ManagingAttorneysDepartment@friedfrank.com

Doug Skierski     enotices@skijain.com

Daniel W. Sklar     dsklar@nixonpeabody.com, ccarlin@nixonpeabody.com

Stanley M Slonaker     Stan@SSlonaker.us

Patrick Slyne     pkslyne@ssbny.com

Aaron C. Smith     asmith@lockelord.com,
chicagodocket@lockelord.com;jcataldo@lockelord.com

Dustin Smith     smithd@hugheshubbard.com,
corp-reorg-department-7318@ecf.pacerpro.com

James Hartmann Smith     jsmith@mckoolsmith.com

Neal Smith    nsmith@robbins-schwartz.com
Steven B Smith    ssmith@herrick.com,
ssmith@herrick.com;lporetsky@herrick.com;courtnotices@herrick.com
Jay B Solomon    jsolomon@bbwg.com
Natasha M. Songonuga    nsongonuga@gibbonslaw.com
Owen M. Sonik    osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com
James E. Sorenson    bk@svllaw.com, jim@svllaw.com
Fredric Sosnick    fsosnick@shearman.com
Sean C. Southard    ssouthard@klestadt.com
Penny R. Stark    pstarkesq@gmail.com
Matthew Benjamin Stein    mstein@kasowitz.com, courtnotices@kasowitz.com
Miriam R Stein    mstein@chuhak.com
Rick Aaron Steinberg    rsteinberg@pricemeese.com
John Mark Stern    bk-jstern@oag.texas.gov, sherri.simpson@oag.texas.gov
Richard A. Stieglitz    RStieglitz@cahill.com, MMcLoughlin@cahill.com;ma@cahill.com
Sabrina L. Streusand    streusand@slollp.com, prentice@slollp.com
Philip E. Strok    pstrok@swelawfirm.com,
gcruz@swelawfirm.com;csheets@swelawfirm.com;jchung@swelawfirm.com
Enid Nagler Stuart    enid.stuart@ag.ny.gov, leo.gagion@ag.ny.gov
Joshua Sturm    joshua.sturm@ropesgray.com
Kevin N Summers    ksummers@dflaw.com
Matthew G. Summers    summersm@ballardspahr.com, lanoc@ballardspahr.com
Vivek Suri    info@viveksuri.com, lawyer@surilawoffice.com
Casey Cantrell Swartz    cswartz@taftlaw.com
Daniel R. Swetnam    Daniel.Swetnam@icemiller.com, Deborah.Martin@icemiller.com
Douglas T. Tabachnik    dtabachnik@dttlaw.com, rdalba@dttlaw.com
Stanley B. Tarr    tarr@blankrome.com
David R Taxin    davidtaxin@dahannowick.com
Andrew Tenzer    andrewtenzer@paulhastings.com
Brett S. Theisen    btheisen@gibbonslaw.com
David L. Tillem    tillemd@wemed.com
Linda M. Tirelli    ltirelli@tw-lawgroup.com,
alopez@tw-lawgroup.com;mshowers@tw-lawgroup.com;notices@tw-lawgroup.com;nhauptman
@tw-lawgroup.com
My Chi To    mcto@debevoise.com
David G. Tobias    dtobias@tobiaslawpc.com
Gordon J. Toering    gtoering@wnj.com
Kevin Tompsett    ktompsett@harrisbeach.com,
frichenberg@harrisbeach.com;efilings@harrisbeach.com
Michael Tsang    mtsang@tsanglawfirm.com
Ronald M. Tucker    rtucker@simon.com, bankruptcy@simon.com
Curtis Lee Tuggle    curtis.tuggle@thompsonhine.com, ECFDocket@thompsonhine.com
Andrew P. Tureaud    atureaud@kblaw.com, atureaud@kblaw.com
Bethany Turke    brt@wexlerwallace.com, ecf@wexlerwallace.com
Marshall C. Turner    marshall.turner@husch.com, marshall-turner-8668@ecf.pacerpro.com
United States Trustee    USTPRegion02.NYECF@USDOJ.GOV

Veronique Urban    vurban@farrellfritz.com
Seth Van Aalten    svanaalten@cooley.com, efiling-notice@ecf.pacerpro.com
James Christopher Vandermark    vandermarkj@whiteandwilliams.com
Lori V. Vaughan    lvaughan@trenam.com, mmosbach@trenam.com;mwoods@trenam.com
James J. Vincequerra    James.Vincequerra@alston.com
Eli J. Vonnegut    eli.vonnegut@davispolk.com
Kaitlin R. Walsh    KRWalsh@mintz.com, docketing@mintz.com
David H. Wander    dhw@dhclegal.com
Eric Waxman    eric.waxman@cwt.com, nyecfnotice@cwt.com
Andrew W. Weaver    aweaver@cgsh.com, maofiling@cgsh.com
Adam J. Webb    awebb@fbtlaw.com
Daniel J. Weiner    dweiner@schaferandweiner.com
William P. Weintraub    wweintraub@goodwinprocter.com, gfox@goodwinprocter.com
Robert A Weisberg    rweisberg@carsonfischer.com, njudge@carsonfischer.com
Erica Weisgerber    eweisgerber@debevoise.com,
eweisgerber@debevoise.com,amcdermott@debevoise.com
Elizabeth Weller    dallas.bankruptcy@publicans.com,
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Eric R. Wilson
KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com
Garth D. Wilson    wilson.garth@pbgc.gov, efile@pbgc.gov
Jeffrey C. Wisler    jwisler@connollygallagher.com
Samuel C. Wisotzkey    swisotzkey@kmksc.com, kmksc@kmksc.com
Norman C Witte    ncwitte@wittelaw.com, mmallswede@wittelaw.com
Amy R. Wolf    arwolf@wlrk.com, calert@wlrk.com
Lee E. Woodard    bkemail@harrisbeach.com,
ktompsett@harrisbeach.com;kgriffith@harrisbeach.com;efilings@harrisbeach.com
Melissa S. Woods    mwoods@cwsny.com, ecf@cwsny.com
Derek L. Wright    dlwright@foley.com
Thomas Yanega    ty@devacklaw.com
Megan Young    megan.john@mhllp.com
Rafael X. Zahralddin    rxza@elliottgreenleaf.com
Marc A. Zelina    marc.zelina@lw.com
Matthew C. Ziegler    matthew.ziegler@morganlewis.com
Tom Zimmerman    tom@attorneyzim.com, firm@attorneyzim.com
Scott A. Zuber    szuber@csglaw.com, ecf@csglaw.com
Evan J. Zucker    ezucker@blankrome.com,
nybankruptcydocketing@blankrome.com;eDocketing@blankrome.com
Richard L. Zucker    rzucker@lasserhochman.com
Paul H. Zumbro    pzumbro@cravath.com, mao@cravath.com

**Via First Class Mail**

c/o Sears Holdings Corporation
Stephen Sitley, Esq.
Luke J. Valentino, Esq.
Rob Riecker
3333 Beverly Road
Hoffman Estates, IL 60179

Brookfield Property REIT Inc.
Attn: Kristen N. Pate
350 N. Orleans St., Suite 300
Chicago, IL 60654-1607

Wilmorite Management Group LLC
Attn: Donald C. Cowan, Jr.
1265 Scottsville Road
Rochester, NY 14624

BST International Fashion Ltd.
Attn: A.R. Shinivasan
Managing Director, 39 Wang Kwong Rd, Ste.
2301B, Skyline Tower, Kowloon Bay
Kawloon, Hong Kong

Wilmington Trust, National Association
Attn: Sears Holdings Corp. Administrator
Corporate Capital Markets
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

Hudson Concourse, LLC
c/o Montee & Associates
Attn: Kevin P. Montee, Esq.
1250-I Newell Ave., Suite 149
Walnut Creek, CA 94596

Paul Schwartzberg, Esq.
Office of the United States Trustee
Region 2
201 Varick Street, Suite 1006
New York, NY 10014

Frenkel, Lambert, Weiss, Weisman &
Gordon, LLP
Attn: Michelle C. Marans, Esq.
53 Gibson Street
Bay Shore, NY 11706

The Bank of New York Mellon Trust
Company
Attn: Corporate Trust Administration
101 Barclay St., Floor 8W
New York, NY 10286

Transform Holdco, LLC
c/o ESL Partners, Inc.
Attn: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

Linebarger Goggan Blair & Sampson, LLP
Attn: Diane Wade Sanders
PO Box 17428
Austin, TX 78760

**<u>Via Email:</u>**
See Attached Service List

In re: Sears Holdings Corporation, *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to State of Michigan, Department of Treasury | AG and Assistant AG for the State of Michigan, Dept. of Treasury | Attn: Dana Nessel, Juandisha M. Harris | harrisj12@michigan.gov |
| Proposed Counsel to Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner | idizengoff@akingump.com pdublin@akingump.com aqureshi@akingump.com sbrauner@akingump.com |
| Counsel to Svetlana Anderson ('Anderson") | Alderman & Alderman, LLC | Attn: Myles H. Alderman, Jr. | courts@alderman.com |
| Attorneys for Aldine Independent School District | Aldine Independent School District | Attn: Pamela H. Walters, Johnetta Lang | bnkatty@aldineisd.org |
| As Agent Bayview Loan Servicing, LLC, the Bank of New York Mellon FKA the Bank of New York | Aldridge Pite, LLP | Attn: Jenelle C. Arnold | jarnold@aldridgepite.com |
| Counsel to Morneau Shepell Ltd., in its capacity as administrator of the Sears Canada Inc. Registered Pension Plan | Allen & Overy LLP | Attn: Laura R. Hall & Joseph Badtke-Berkow | laura.hall@allenovery.com joseph.badtke-berkow@allenovery.com |
| Counsel to Twentieth Century Fox Home Entertainment LLC | Alston & Bird LLP | Attn: James J. Vincequerra | James.Vincequerra@alston.com |
| Counsel to Twentieth Century Fox Home Entertainment LLC | Alston & Bird LLP | Attn: Leib M. Lerner | leib.lerner@alston.com |
| Counsel to Sayville Menlo, LLC | Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Esq. | ajd@ansellgrimm.com |
| Counsel to the Local Texas Tax Authorities | Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Joshua S. Bauchner | ajd@ansellgrimm.com |
| Counsel to Community Unit School District 300 | Archer & Greiner, P.C. | Attn: Allen G. Kadish, Lance A. Schildkraut | akadish@archerlaw.com lschildkraut@archerlaw.com |
| Counsel to Rare Hospitality Management, LLC, Rare Hospitality International, Inc., Cheddars Casual Café, Inc., and Darden Restaurants, Inc. | Arent Fox LLP | Attn: Andrew I. Silfen, Beth Brownstein | andrew.silfen@arentfox.com beth.brownstein@arentfox.com |
| Counsel for AT&T and Turner Broadcasting Sales, Inc. | Arnold & Porter Kaye Scholer LLP | Attn: Brian J. Lohan, Esq., Ginger Clements, Esq. | brian.lohan@arnoldporter.com ginger.clements@arnoldporter.com |
| IQ9-200 SW C Ave, LLC ("SW LLC") and U.S. Bank, National Association as Trustee, Successor-in-interest to Bank of America, N.A., as Trustee, Successor-by-merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2005-IQ9 | Aronauer & Yudell, LLP | Attn: Joseph Aronauer, Esq. | jaronauer@ayllp.com |
| Counsel to Shinn Fu Company of America, Inc. | Ashford – Schael LLC | Attn: Courtney A. Schael, Esq. | CSchael@AshfordNJLaw.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to City Choice Limited | ASK LLP | Attn: Edward E. Neiger, Jennifer A. Christian | eneiger@askllp.com<br>jchristian@askllp.com |
| Counsel for AT&T and Turner Broadcasting Sales, Inc. | AT&T Services Legal Department | Attn: James W. Grudus, Esq. | Jg5786@att.com |
| Interested Party | Austin Enterprises, LP. | Attn: Magdalena Cuellar | mcuellar45@austinenterpriseslp.com |
| Counselt to 233 S. Wacker, LLC | Backenroth Frankel & Krinsky, LLP | Attn: Mark Frankel, Esq. | mfrankel@bfklaw.com |
| Counsel to American Greetings Corporation | Baker & Hostetler LLP | Attn: Eric R. Goodman | egoodman@bakerlaw.com |
| Counsel to American Greetings Corporation | Baker & Hostetler LLP | Attn: Ferve Khan | fkhan@bakerlaw.com |
| Counsel to Brixmor Property Group, Inc. and Federal Realty Investment Trust | Ballard Spahr LLP | Attn: David L. Pollack | pollack@ballardspahr.com |
| Counsel to The Macerich Company, Starwood Retail Partners, LLC, Acadia Realty Limited Partnership, C.E. John Company, Inc., Centennial Real Estate Co., CenterCal Properties, LLC, GS Pacific ER, LLC, PGIM Real Estate, Vintage Real Estate, LLC, WBCMT 2007-C33 Independence Center, LLC, and White Plains Galleria Limited Partnership | Ballard Spahr LLP | Attn: Dustin P. Branch | branchd@ballardspahr.com |
| Counsel to Federal Realty Investment Trust, Acadia Realty Limited Partnership, PGIM Real Estate, Pacific Retail Group, WBCMT 2007-C33 Independence Center LLC, Starwood Retail Partners LLC, Kravco Company, Brixmor Property Group, Inc., Centennial Real Estate Co., CenterCal Properties, LLC, C. E. Johns Company, Inc., GEM Realty Capital, Inc., GS Pacific ER, LLC, The Macerich Company, Vintage Real Estate, LLC, and White Plains Galleria Limited Partnership | Ballard Spahr LLP | Attn: Leslie C. Heilman, Matthew G. Summers | heilmanl@ballardspahr.com<br>summersm@ballardspahr.com |
| Counsel to C.J. Segerstrom & Sons, S-Tract LLC and FBA Holdings, Inc. | Ballard Spahr LLP | Attn: Paul E. Harner, Alyssa E. Kutner | harnerp@ballardspahr.com<br>kutnera@ballardspahr.com |
| Counsel to Aviation Mall NewCo, LLC, Holyoke Mall Company, L.P., JPMG Manassas Mall Owner LLC, Poughkeepsie Galleria LLC, Salmon Run Shopping Center, L.L.C., S&R Company of West Seneca NewCo, LLC, Washington Commons NewCo LLC, and DGI LS, LLC, Light 125 James West LLC, Shilington Plaza LLC | Barclay Damon LLP | Attn: Kevin M. Newman | knewman@barclaydamon.com |
| Counsel to Urschel Development Corporation | Barnes & Thornburg LLP | Attn: Mark R. Owens | mowens@btlaw.com |
| Counsel to Retail Opportunity Investments Corp. | Bayard, P.A. | Attn: Evan T. Miller | emiller@bayardlaw.com |
| Counsel to BICO Associates GP | Beard & Savory, PLLC | Attn: Russell W. Savory | russ@bsavory.com |

In re: **Sears Holdings Corporation,** *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Revin Associates c/o Aegis Investments, Inc. | Belkin Burden Wenig & Goldman, LLP | Attn: Jay B. Solomon | jsolomon@bbwg.com |
| Counsel to Raven Associates | Belkin Burden Wenig & Goldman, LLP | c/o Aegis Investments, Inc. | llindenberg@bbwg.com |
| Counsel to M&G Jewelers, Inc. | Bell Nunnally & Martin LLP | Attn: Russell W. Mills | rmills@bellnunnally.com |
| Counsel to PREP Hanover Real Estate LLC | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Michael J. Barrie, Kevin M. Capuzzi | mbarrie@beneschlaw.com kcapuzzi@beneschlaw.com |
| Counsel to MIDAMCO, an Ohio Limited Partnership | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: William E. Schonberg, Esq. | wschonberg@beneschlaw.com |
| Counsel to Brixton Provo Mall, LLC | Bewley, Lassleben & Miller, LLP | Attn: Ernie Zachary Park | Ernie.park@bewleylaw.com |
| Counsel to salesforce.com, Inc., Oath (Americas) Inc. | Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab, Thomas M. Gaa | Tgaa@bbslaw.com |
| Counsel to Wilshire Investments, LLC (formerly known as Wilshire Business Center, a California General Partnership) | Binder & Malter LLP | Attn: Michael W. Malter, Julie H. Rome-Banks | michael@bindermalter.com julie@bindermalter.com |
| Counsel to Kin Properties, Inc.; Aleff LLC; Arcolo Limited Partnership; Cansan Company, LLC; Fairsan Company LLC; Floreff LLC; Fundamentals Co LLC; Greenmich LLC; Hareff LLC; Hillsborough Associates; Jeffrey Sandelman, Alison Schreier and Tracey Brewer, Successor Co-Trustees of the Pasan Trust; Mantkin LLC; Musue LLC; Nathan Alison LLC; Sugencole LLC; Sugengran LLC; Sugengran LLC; and Sugensteve LLC | Blank Rome LLP | Attn: Jeffrey Rhodes | JRhodes@BlankRome.com |
| Counsel to Hansae Co. Ltd., Kin Properties, Inc.; Aleff LLC; Arcolo Limited Partnership; Cansan Company, LLC; Fairsan Company LLC; Floreff LLC; Fundamentals Co LLC; Greenmich LLC; Hareff LLC; Hillsborough Associates; Jeffrey Sandelman, Alison Schreier and Tracey Brewer, Successor Co-Trustees of the Pasan Trust; Mantkin LLC; Musue LLC; Nathan Alison LLC; Sugencole LLC; Sugengran LLC; Sugengran LLC; and Sugensteve LLC | Blank Rome LLP | Attn: Stanley B. Tarr, Evan J. Zucker | Tarr@BlankRome.com EZucker@BlankRome.com |
| Counsel to Sub-Zero Group, Inc., Sub-Zero Group West Inc., Sub-Zero Group Southwest LLC, Sub-Zero Group Southeast, Inc., Kenney Manfacturing Company | Borges & Associates, LLC | Attn: Wanda Borges, Esq., Sue L. Chin, Esq. | bankruptcy@borgeslawllc.com wborges@borgeslawllc.com schin@borgeslawllc.com |
| Counsel to iStar Jewelry LLC | Brach Eichler LLC | Attn: Anthony M. Rainone | arainone@bracheichler.com |
| Counsel to 1803, LLC, and Camegaran, LLC | Briggs and Morgan, P.A. | Attn: James M. Jorissen | jjorissen@briggs.com |
| Counsel to SAP Industries, Inc., SAP America, Inc., Sybase, Inc., Ariba, Inc., and Concur Technologies, Inc. | Brown & Connery, LLP | Attn: Julie F. Montgomery, Esq. | jmontgomery@brownconnery.com |

In re: **Sears Holdings Corporation,** *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to The Realty Associates Fund X, L.P. | Buchalter, A Professional Corporation | Attn: Paul M. Weister | pweiser@buchalter.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Counsel to FedEx Supply Chain, Inc. and FedEx Custom Critical, Inc. | Buchanan Ingersoll & Rooney PC | Attn: Christopher P. Schueller | christopher.schueller@bipc.com |
| Counsel to FedEx Supply Chain, Inc. and FedEx Custom Critical, Inc. | Buchanan Ingersoll & Rooney PC | Attn: Christopher P. Schueller, Terry A. Shulsky, Tyler S. Dischinger | terry.shulsky@bipc.com tyler.dischinger@bipc.com |
| Counsel to Argonaut Insurance Company | Cadwalader, Wickersham & Taft LLP | Attn: Eric G. Waxman III, Anthony De Leo | Eric.Waxman@cwt.com Anthony.Deleo@cwt.com |
| Counsel to the Marion Plaza, Inc. dba Eastwood Mall, Governor's Square Company dba Governor's Square Mall, Huntington Mall Company dba Huntington Mall, Meadowbrook Mall Company dba Meadowbrook Mall, Ohio Valley Mall Company dba Ohio Valley Mall, the Cafaro Northwest Partnership dba South Hill Mall, Spotsylvania Mall Company dba Spotsylvania Towne Centre and Howland Commons, LLC dba Howland Commons | Cafaro Management Company | Attn: Richard T. Davis | rdavis@cafarocompany.com |
| Counsel to SHLD Lendco, LLC | Cahill Gordon & Reindel LLP | Attn: Joel H. Levitin, Richard A. Stieglitz Jr. | jlevitin@cahill.com rstieglitz@cahill.com |
| Counsel to 14 Oaks Associates, LLC | Carmody MacDonald P.C. | Attn: Sarah J. Klebolt, Esq. | sjk@carmodymacdonald.com |
| Counsel to Crossroads Joint Venture, LLC, Landlord of Kmart store # 9416 | Carmody Torrance Sandak & Hennessy LLP | Attn: Marc J. Kurzman | MKurzman@carmodylaw.com |
| Counsel to Crossroads Joint Venture, LLC, Landlord of Kmart store # 9416 | Carmody Torrance Sandak & Hennessy LLP | Attn: Thomas J. Sansone | tsansone@carmodylaw.com |
| Local Counsel to BH North American Corporation | Carter Conboy Case Blackmore Maloney & Laird, P.C. | Attn: Michael J. Catalfimo, Esq., John R. Canney, IV, Esq. | mcatalfimo@carterconboy.com |
| Counsel to the Bank of New York Mellon Trust Company and the Chase Manhattan Bank, N.A., Successor Trustees for the SRAC Unsecured PIK Notes (Top 20 Unsecured Creditor), SRAC Unsecured Notes, and the SRAC Medium Term Notes (Top 5 Secured Creditor) | Carter Ledyard & Milburn LLP | Attn: James Gadsden, Esq. | gadsden@clm.com bankruptcy@clm.com Dennis.roemlein@bnymellon.com |
| Counsel to ZG Apparel Group LLC , Studio 1 Div. of Shazdeh Fashions and The Libman Company | Certilman Balin Adler & Hyman, LLP | Attn: Richard J. McCord, Esq., Robert D. Nosek, Esq. | rmccord@certilmanbalin.com rnosek@certilmanbalin.com |

In re:  **Sears Holdings Corporation,** *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to WSSR, LLC | Chapman and Cutler LLP | Attn: Laura E. Appleby, Steven Wilamowsky | appleby@chapman.com<br>wilamowsky@chapman.com |
| Counsel to Cardinal Health 110, LLC, Cardinal Health 112, LLC, and Cardinal Health PR 120, Inc., subsidiaries and affiliates of Cardinal Health, Inc., an Ohio Corporation, Top 20 Unsecured Creditor | Chiesa Shahinian & Giantomasi PC | Attn: Beth J. Rotenberg, Scott A. Zuber | brotenberg@csglaw.com<br>szuber@csglaw.com |
| Counsel to Wells Fargo Bank, National Association | Choate, Hall & Stewart LLP | Attn: Kevin J. Simard, Jonathan D. Marshall | ksimard@choate.com<br>jmarshall@choate.com |
| Counsel to Winiadawoo Electroniccs America, Inc. | Choi & Park, LLC | Attn: Hyun Suk Choi, Chull S. Park | hchoi@choiandpark.com<br>cpark@choiandpark.com<br>lkleist@choiandpark.com |
| Counsel to MJ Holding Company, LLC | Chuhak & Tecson, P.C. | Attn: Miriam R. Stein | mstein@chuhak.com |
| Counsel to Sakar International Inc., Eastern Prime Textiles Limited, Giza Spinning & Weaving Co., Bradshaw Westwood Trust, and BST International Fashion Ltd. | CKR Law LLP | Attn: Edward L. Schnitzer, Gilbert R. Saydah Jr. | eschnitzer@ckrlaw.com<br>gsaydah@ckrlaw.com |
| Counsel for Epicor Software Corporation f/k/a Activant Solutions, Inc. | Clark Hill PLC | Attn: Steven M. Richman | srichman@clarkhill.com |
| Counsel for Epicor Software Corporation f/k/a Activant Solutions, Inc., and Milton Manufacturing, LLC | Clark Hill PLC | Attn: Steven M. Richman, Nola R. Bencze | srichman@clarkhill.com<br>nbencze@clarkhill.com |
| Counsel to Epicor Software Corporation f/k/a Activant Solutions, Inc. | Clark Hill Strasburger | Attn: Duane J. Brescia | duane.brescia@clarkhillstrasburger.com |
| Counsel to Agree Limited Partnership, Lakewood Shopping Center, LLC, Crossroads Centre II, LLC, and Ramco Jackson Crossing SPE | Clark Hill, PLC | Attn: David M. Blau | dblau@clarkhill.com |
| Counsel to ESL Investments, Inc., JPP, LLC, JPP II, LLC, Transform Holdco LLC | Cleary Gottlieb Steen & Hamilton LLP | Attn: Sean O Neal Lewis J. Liman, Abena A. Mainoo, Luke A. Barefoot, Andrew Weaver | liman@cgsh.com<br>amainoo@cgsh.com<br>lbarefoot@cgsh.com<br>soneal@cgsh.com<br>aweaver@cgsh.com |
| Counsel to JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, the Consolidated Secured Loan Facility, and ESL Investments, Inc. and its affiliates (including JPP, LLC, & JPP II, LLC) | Cleary, Gottlieb, Steen & Hamilton LLP | Attn: Sean A. O'Neal, Andrew Weaver, Rahul Mukhi, Jennifer Kennedy Park | soneal@cgsh.com<br>aweaver@cgsh.com<br>rmukhi@cgsh.com<br>jkpark@cgsh.com |
| Counsel to Bonita Casa, LLC | Cohen & Grigsby, P.C. | Attn: William E. Kelleher, Jr., Helen Sara Ward | wkelleher@cohenlaw.com<br>hward@cohenlaw.com |

In re: **Sears Holdings Corporation,** *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to International Union (UAW), United Steelworkers (USW), and Workers United (WU) | Cohen, Weiss and Simon LLP | Attn: Richard M. Seltzer, Melissa S. Woods | rseltzer@cwsny.com |
| Counsel for Kellogg Sales Company | Cole Schotz P.C. | Attn: Jill B. Bienstock, Esq. | jbienstock@coleschotz.com |
| Counsel for Kellogg Sales Company | Cole Schotz P.C. | Attn: Michael D. Warner, Esq. | mwarner@coleschotz.com |
| Counsel to American Casting & Manufacturing Corp. | Colleran, O' Hara & Mills LLP | Attn: Steven C. Farkas, Esq. | scf@cohmlaw.com |
| Trustee for the Second Lien PIK Notes, the Holdings Unsecured Notes (8.00%), and the Holdings Unsecured PIK Notes (8.00%), and Top Creditor | Computershare Trust Company, N.A. | Attn: Michael A. Smith, Vice President – Corporate Trust | Michael.smith2@computershare.com |
| Counsel to IRC Marketplace at Six Corners, L.L.C. and IRC Park Center Plaza, L.L.C. | Connolly Gallagher LLP | Attn: Karen C. Bifferato, Kelly M. Conlan, N. Christopher Griffiths | kbifferato@connollygallagher.com kconlan@connollygallagher.com cgriffiths@connollygallagher.com |
| Counsel to Washington Prime Group Inc. | Cooley LLP | Attn: Seth Van Aalten, Sarah Carnes | svanaalten@cooley.com scarnes@cooley.com |
| Counsel to Payco Foods Corporation | Coto & Associates | Attn: Ramon Coto Ojeda | rco@crlawpr.com |
| Counsel to Verizon Capital Corp. and NCC Key Company | Covington & Burling LLP | Attn: Dianne Coffino, R. Alexander Clark | dcoffino@cov.com aclark@cov.com |
| Counsel to National Distribution Centers, LLC | Cozen O'Connor | Attn: Marl E. Felger | mfelger@cozen.com |
| Counsel to Stanley Black & Decker, Inc. and affiliated entities | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro | pzumbro@cravath.com |
| Counsel to 5525 S. Soto St Associates, 5525 S. Soto Street Associates LLC | Dahan & Nowick LLP | Attn: David R. Taxin, Esq. | davidtaxin@dahannowick.com |
| Counsel to Vivian Hilken | Daniel M. Silvershein, Attorney at Law | Attn: Daniel M. Silvershein | daniel@dmsilverlaw.com |
| Counsel to Electronics for Imaging, Inc. | Davidoff Hutcher & Citron LLP | Attn: David H. Wander, Esq. | dhw@dhclegal.com |
| Counsel to Lakin Tire West Incorporated | Day Pitney LLP | Attn: Joshua W. Cohen | jwcohen@daypitney.com |
| Counsel to Greenwood Motors, Inc., d/b/a R+L Carriers | Dean & Fulkerson | Attn: Kevin N. Summers, Esq. | Ksummers@dflaw.com |
| Counsel to Cascade Investment, L.L.C. and SL Agent, LLC | Debevoise & Plimpton LLP | Attn: Erica S. Weisgerber, My Chi To | mcto@debevoise.com eweisgerber@debevoise.com |
| Counsel to Namco USA Inc. | Delbello Donnellan Weingarten Wise & Wiederkehr, LLP | Attn: Julie Cvek Curley, Esq. | jcurley@ddw-law.com |
| DFS Services, LLC | DFS Services, LLC | Attn: Beth J. Solomon | bethsolomon@discover.com |
| Counsel to ProLogis-A4 CA IV, LP; Distribution Funding II, LLC; Prologis, L.P.; KTR Ohio LLC; Prologis and KTR LV Loan LLC | Drinker Biddle & Reath LLP | Attn: Marita S. Erbeck | marita.erbeck@dbr.com |
| Counsel to Riskonnect, Inc. | Duane Morris LLP | Attn: Lawrence J. Kotler, Wendy M. Simkulak | LJKotler@duanemorris.com WMSimkulak@duanemorris.com |

In re: **Sears Holdings Corporation,** *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to the Chubb Companies | Duane Morris LLP | Attn: Wendy M. Simkulak, Esquire & Catherine B. Heitzenrater, Esquire | WMSimkulak@duanemorris.com Cheitzenrater@duanemorris.com |
| Counsel to Landlord of Kmart store in Frederiksted, VI (Store #7413) referred in various papers as Sunshine Shopping Center Inc, Mall of Saint Croix, Sunshine Mall, Hatim Yusuf, and Plaza Juana Diaz, landlord of Kmart Store in Puerto Rico (Store #3993) | Edgardo Munoz, PSC | Attn: Edgardo Munoz, PSC | emunozPSC@gmail.com |
| Counsel to Prestige Bay Plaza Development  Corp. | Eiseman Levine Lehrhaupt & Kakoyiannis, P.C. | Attn: Laurence May, Esq. | lmay@eisemanlevine.com |
| Counsel to McDonald's Corporation | Elliott Greenleaf, P.C. | Attn: Rafael X. Zahralddin-Aravena, Shelley A. Kinsella, Eric M. Sutty | rxza@elliottgreenleaf.com sak@elliottgreenleaf.com ems@elliottgreenleaf.com |
| Counsel to Platte Valley Investments, LLC | Entwistle & Cappucci LLP | Attn: Andrew J. Entwistle, Joshua K. Porter | aentwistle@entwistle-law.com jporter@entwistle-law.com |
| Environmental Protection Agency | Environmental Protection Agency | Attn: Matthew Leopold, General Counsel | Leopold.matt@Epa.gov |
| Counsel to Epicor Software Corporation f/k/a Activant Solutions, Inc. | Epicor Software Corporation | Attn: Larry Bercovich | lbercovich@epicor.com |
| Counsel to the McClatchy Company and its Affiliates | Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Attn: Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| Counsel to Santa Rosa Mall, LLC | Ferraiuoli LLC | Attn: Gustavo A. Chico-Barris | gchico@ferraiuoli.com |
| Counsel to Clover Technologies Group, LLC | FisherBroyles, LLP | Attn: Mark E. Wilson | mark.wilson@fisherbroyles.com |
| Counsel to Clover Technologies Group, LLC | FisherBroyles, LLP | Attn: Patricia B. Fugée | patricia.fugee@fisherbroyles.com |
| Counsel to CenterPoint Properties Trust, and Victor Reagan Family Trust | Foley & Lardner LLP | Attn: Derek L. Wright & Katherine R. Catanese | dlwright@foley.com kcatanese@foley.com |
| Counsel to CenterPoint Properties Trust | Foley & Lardner LLP | Attn: Michael Small | msmall@foley.com |
| Counsel to Victor Reagan Family Trust | Foley Gardere Foley & Lardner LLP | Attn: Thomas Scannell | tscannell@foley.com |
| Counsel for Sherthal, LLC | Fox Rothschild LLP | Attn: Allen J. Guon, Esq. | aguon@foxrothschild.com |
| Counsel to Hanesbrands, Inc. and Sherthal, LLC | Fox Rothschild LLP | Attn: Paul J. Labov | plabov@foxrothschild.com |
| Counsel to Hanesbrands, Inc. | Fox Rothschild LLP | Attn: Thomas M. Horan | thoran@foxrothschild.com |
| Counsel to Capref Burbank, LLC | Fox Rothschild, LLP | Attn: Mark E. Hall, Michael R. Herz | mhall@foxrothschild.com mherz@foxrothschild.com |
| Counsel to The Chamberlain Group, Inc. | Fox Swibel Levin & Carroll LLP | Attn: N. Neville Reid | nreid@foxswibel.com |

In re: **Sears Holdings Corporation,** *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Bottling Group, LLC and its affiliates and subsidiaries, operating as Pepsi Beverages Company and Frito-Lay North America, Inc. | FrankGecker LLP | Attn: Joseph D. Frank, Jeremy C. Kleinman | jfrank@fgllp.com jkleinman@fgllp.com |
| Counsel for True Value Company | Freeborn & Peters LLP | Attn: Devon J. Eggert, Esq. | deggert@freeborn.com |
| Counsel to Seritage Growth Properties, Seritage SRC Finance LLC, and Seritage KMT Finance LLC | Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Brad Eric Scheler, Scott B. Luftglass, Peter B. Siroka | brad.eric.scheler@friedfrank.com scott.luftglass@friedfrank.com peter.siroka@friedfrank.com |
| Counsel to Sitel Operating Corporation | Frost Brown Todd LLC | Attn: Edward M. King | tking@fbtlaw.com |
| Counsel to Washington Prime Group Inc. and The Kroger Co. | Frost Brown Todd LLC | Attn: Ronald E. Gold & AJ Webb | rgold@fbtlaw.com awebb@fbtlaw.com |
| Counsel to Haier U.S. Appliance Solutions, Inc. d/b/a GE Appliances | Fultz Maddox Dickens PLC | Attn: Phillip A. Martin, Laura M. Brymer | pmartin@fmdlegal.com lbrymer@fmdlegal.com |
| Conflicts counsel to Transform Holdco LLC | Gelber & Santillo PLLC | Attn: R. Zachary Gelber,  Kristen M. Santillo | zgelber@gelbersantillo.com ksantillo@gelbersantillo.com |
| Counsel to Yang Ming (America) Corp., and Yang Ming Marine Transport Corp. | Gellert Scali Busenkell & Brown LLC | Attn: Gary F. Seitz | gseitz@gsbblaw.com |
| Counsel to Community Unit School District 300 | Gensburg Calandriello & Kanter, P.C. | Attn: Matthew T. Gensburg | mgensburg@gcklegal.com |
| Counsel to Henkel Corporation, American Lebanese Syrian Associated Charities, Inc. | Gibbons P.C. | Attn: Brett S. Theisen, Natasha M. Songonuga | btheisen@gibbonslaw.com nsongonuga@gibbonslaw.com |
| Counsel to Henkel Corporation | Gibbons P.C. | Attn: Howard A. Cohen | hcohen@gibbonslaw.com |
| Counsel to Interested Party, and Saker ShopRites, Inc. | Giordano, Halleran & Ciesla, P.C. | Attn: Donald F. Campbell, Jr. | dcampbell@ghclaw.com |
| Counsel to A.O. Smith Corporation, and Johnson Controls, Inc. | Godfrey & Kahn, S.C. | Attn: Timothy F. Nixon | tnixon@gklaw.com |
| Counsel to Infinite Peripherals, Inc. | Godlstein & McClintock LLLP | Attn: Thomas R. Fawkes | tomf@goldmclaw.com |
| Counsel to AMAV Enterprises Ltd. | Golenbock Eiseman Assor Bell & Peskoe LLP | Attn: Jonathan L. Flaxer, Esq., Michael S. Weinstein, Esq. | jflaxer@golenbock.com mweinstein@golenbock.com |
| Counsel to Waste Management National Services, Inc., Urban Edge Properties LP and its Subsidiaries | Goodwin Procter LLP | Attn: Barry Z. Bazian, Michael H. Goldstein, | gfox@goodwinlaw.com bbazian@goodwinlaw.com mgoldstein@goodwinlaw.com |
| Counsel to Interactions LLC | Goodwin Procter LLP | Attn: William P. Weintraub | wweintraub@goodwinlaw.com |
| Counselt to 233 S. Wacker, LLC | Gould & Ratner LLP | Attn: Matthew A. Olins, Esq., Ellen M. Chapelle, Esq. & Vanessa R. Tiradentes, Esq. | searsnotice@gouldratner.com |

In re:  **Sears Holdings Corporation,** *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, and OND Property, LLC | Goulston & Storrs PC | Attn: Douglas B. Rosner | drosner@goulstonstorrs.com |
| Counsel to Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, Cape Town Plaza LLC, New Westgate Mall LLC, STAG IV Cheektowaga, LLC, and OND Property, LLC | Goulston & Storrs PC | Attn: Trevor R. Hoffmann | thoffmann@goulstonstorrs.com |
| Counsel to Little Caesar Enterprises, Inc. and Blue Line Foodservice Distribution, Inc. | Gray, Plant, Mooty, Mooty & Bennett, P.A. | Attn: Phillip W. Bohl | phillip.bohl@gpmlaw.com |
| Counsel to American National Insurance Company | Greer, Herz & Adams, LLP | Attn: Frederick Black, Tara B. Annweiler, Marc D. Young | tannweiler@greerherz.com |
| Counsel to Criteo S.A. | Hahn & Hessen LLP | Attn: Janine M. Figueiredo, Esq. | jfigueiredo@hahnhessen.com |
| Counsel to Relator Carl Ireland, Administrator the Estate of James Garbe | Halperin Battaglia Benzija, LLP | Attn: Alan D. Halperin, Esq., Ligee Gu, Esq. | ahalperin@halperinlaw.net lgu@halperinlaw.net |
| Co-Counsel to Taubman Landlords and NW Properties Landlords | Halperin Battaglia Benzija, LLP | Attn: Donna H. Lieberman, Esq. | dlieberman@halperinlaw.net |
| Top 20 Unsecured Creditor | Hanesbrands Inc | Attn: Joia Johnson, Chief Administrative Officer and General Counsel | joia.johnson@hanes.com howard.upchurch@hanes.com |
| Counsel to Van Hook Service Co., Inc. | Harris Beach PLLC | Attn: Kevin Tompsett, Esq. | ktompsett@harrisbeach.com |
| Proposed Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al. | Herrick, Feinstein LLP | Attn: Sean E. O'Donnell, Stephen B. Selbst, Steven B. Smith, Michelle M. Sekowski | sodonnell@herrick.com sselbst@herrick.com ssmith@herrick.com msekowski@herrick.com |
| Counsel to BH North American Corporation | Higgs Fletcher & Mack LLP | Attn: Martin A. Eliopulos, Esq. | elio@higgslaw.com |
| Counsel to Greenwood Industries, Inc. | Hinckley, Allen & Snyder LLP | Attn: Christopher V. Fenlon, Esq. | cfenlon@hinckleyallen.com |
| Counsel for Cushman & Wakefield Inc. | Holland & Knight LLP | Attn: Attn: Arthur E. Rosenberg, Esq., Marc L. Antonecchia, Esq. | arthur.rosenberg@hklaw.com Marc.Antonecchia@hklaw.com |
| Counsel to Plaza las Americas, Inc., Plaza del Caribe, S.E., and Garda CL Great Lakes, Inc. | Holland & Knight LLP | Attn: Barbra R. Parlin | barbra.parlin@hklaw.com elvin.ramos@hklaw.com |
| Counsel to Garda CL Great Lakes, Inc. | Holland & Knight LLP | Attn: Jose A. Casal, Esq., Joaquin J. Alemany, Esq. | jose.casal@hklaw.com jjalemany@hklaw.com |
| Counsel to Midwest Tool, Cutlery Company | Honigman Miller Schwartz and Cohn LLP | Attn: Lawrence A. Lichtman | llichtman@honigman.com |

In re: **Sears Holdings Corporation,** *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Matson Navigation Company, Inc., Counsel for the Honourable J. Douglas Cunningham, Q.C., as court-appointed litigation trustee for the Canadian Debtors, and Counsel for 1291079 Ontario Limited, as class representative for the potential class of Sears Hometown Dealer stores | Hughes Hubbard & Reed LLP | Attn: Christopher Gartman, Neil J. Oxford, Dustin P. Smith | chris.gartman@hugheshubbard.com neil.oxford@hugheshubbard.com dustin.smith@hugheshubbard.com |
| Counsel to UBS AG, as lender for the Sparrow Term Loan maturing 2019, McLane Company, Inc. | Hunton Andrews Kurth LLP | Attn: Brett L. Gross, Michael S. Legge | bgross@HuntonAK.com mlegge@huntonak.com |
| Counsel to McLane Company, Inc. | Hunton Andrews Kurth LLP | Attn: Gregory G. Hesse | ghesse@huntonak.com |
| Counsel to CBL & Associates Management, Inc. | Husch Blackwell LLP | Attn: Caleb T. Holzaepfel | caleb.holzaepfel@huschblackwell.com |
| Counsel to WC Independence Center LLC, WC MRP Belleville Center, LLC | Husch Blackwell LLP | Attn: Lynn H. Butler | lynn.butler@huschblackwell.com |
| Counsel to 5330 Crosswind, LLC | Ice Miller LLP | Attn: Daniel R. Swetnam | Daniel.Swetnam@icemiller.com |
| County of Imperial, California | Imperial County Treasurer- Tax Collector | Attn: Karen Vogel, Treasurer-Tax Collector | taxcollector@co.imperial.ca.us |
| Impremedia Operating Company, LLC | Impremedia Operating Company, LLC | Attn: Alex Macias | alex.macias@impremedia.com |
| Interactions LLC | Interactions LLC | Attn: Joseph P. Gildea, SVP Finance and Administration | jgildea@interactions.com |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Counsel to Iron Mountain Information Management, LLC, | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan | Bankruptcy2@ironmountain.com |
| Counsel to Data Print Technologies, Inc. | Jasne & Florio, L.L.P. | Attn: Hugh G. Jasne, Esq., Diane L. Klein, Esq. | hgj@jasneflorio.com dlk@jasneflorio.com |
| Counsel to John C. Adams and Kennylugenia Adams | John C. Adams and Kennylugenia Adams | Attn: John C. Adams, Kennylugenia Adams | brownsvalleyorchards@aol.com |
| Counsel to Lennox International Inc. and Lennox National Account Services, LLC | Judith Elkin PLLC | Attn: Judith Elkin | elkinj@mac.com |
| Counsel to Amazon.com Services, Inc., Amazon Payments, Inc., Amazon Services LLC, and SAS Institute Inc. | K&L Gates LLP | Attn: Robert T. Honeywell, Esq. | robert.honeywell@klgates.com |
| Counsel to GBR Green Acress Limited Liability Company, Greenwich 29 L.P., and 909 Group, L.P. | Keane & Beane, P.C. | Attn: Andrew P. Tureaud | atureaud@kblaw.com |

In re: **Sears Holdings Corporation,** *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Robert A. Catalfamo and Lavarita D. Meriwether, plaintiffs in the consolidated ERISA action, the the ERISA Plaintiffs | Keller Rohrback L.L.P. | Attn: Tanya Korkhov | tkorkhov@kellerrohrback.com |
| Counsel to Computershare Turst Company, N.A., as Indenture Trustee | Kelley Drye & Warren LLP | Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq. | KDWBankruptcyDepartment@KelleyDrye.com bfeder@kelleydrye.com |
| Counsel to Voortman Cookies Limited | Kenney Shelton Liptak & Nowak, LLP | Attn: Jeffery A. Carlino, Esq. | jacarlino@kslnlaw.com |
| Counsel to Haier U.S. Appliance Solutions, Inc. d/b/a GE Appliances, (i) GLP US Management, LLC, (ii) Icon Owner Pool 4 Northeast/Midwest, LLC, (iii) Western B Southeast FL, LLC, (iv) Icon Owner Pool 1 West/Southwest, LLC, (v) Icon Owner Pool 1 SF Non-Business Parks, LLC, (vi) Icon DP MD Owner Pool 2 West/Northeast/Midwest, LLC, and (vii) Icon Owner Pool 1 SF Business Parks, LLC | Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Sean C. Southard, Lauren C. Kiss | ssouthard@klestadt.com lkiss@klestadt.com |
| Counsel to PREIT Services, LLC, BET Investments, and the Robbins Companies | Kurtzman \| Steady, LLC | Attn: Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| Counsel to Angela Kelly and Janyce L. MacKenzie | Lane Powell PC | Attn.: Will J. Brunnquell, Esq. | brunnquellw@lanepowell.com |
| Counsel to Alatex, a Joint Venture, Papa Rochester, LP, Walters Investments, LP, Wal-Go Associates LLC | Langley & Banack, Incorporated | Attn: David S. Gragg | dgragg@langleybanack.com |
| Counsel for 4th Street South II, LLC, a Michigan Limited Liability Company | Lasky Fifarek, P.C. | Attn: John R. Fifarek, Esq. | jfifarek@laskyfifarek.com |
| Counsel to Oster Yorktown Properties, LLC, U.S. Realty 86 Associates and Westmount Plaza Associates | Lasser Hochman, L.L.C. | Attn: Richard L. Zucker | rzucker@lasserhochman.com |
| Counsel to Simon Property Group | Latham & Watkins LLP | Attn: Christopher Harris, Esq. & Rakim E. Johnson, Esq. | christopher.harris@lw.com rakim.johnson@lw.com |
| Counsel to Simon Property Group | Latham & Watkins LLP | Attn: Peter M. Gilhuly, Ted A. Dillman | peter.gilhuly@lw.com ted.dillman@lw.com |
| Counsel to Vandale Industries, Inc. | Law Office of Gilbert A. Lazarus, PLLC. | Attn: Gilbert A. Lazarus | gillazarus@gmail.com |
| Counsel to NW Properties Landlords | Law Office of Kevin S. Neiman, PC | Attn: Kevin S. Neiman | kevin@ksnpc.com |
| Counsel to Dart Warehouse Corporation | Law Office of William P. Fennell, APLC | Attn: William P. Fennell | william.fennell@fennelllaw.com luralene.schultz@fennelllaw.com office@fennelllaw.com |

In re: **Sears Holdings Corporation,** *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for U.S. Bank National Association d/b/a U.S. Bank Equipment Finance | Law Offices of Charles A. Gruen | 381 Broadway | cgruen@gruenlaw.com |
| Local Counsel for the Certain Texas Taxing Entities | Law Offices of Douglas T. Tabachnik, P.C. | Attn: Douglas T. Tabachnik, Esq. | dtabachnik@dttlaw.com |
| Counsel to Caparra Center Associates, San Patricio Plaza ("SPP") Landlord | Law Offices of Penny R. Stark | Attn: Penny R. Stark | pstarkesq@gmail.com |
| Counsel to Cudlie Accessories LLC, Flatbush Center Parking LLC, Project 28 Clothing LLC, and Ikeddi Imports LLC | Lazarus & Lazarus, P.C. | Attn: Harlan M. Lazarus | hlazarus@lazarusandlazarus.com harlan.lazarus@gmail.com |
| Counsel to Westfield, LLC and its affiliate, Annapolis Mall Owner LLC, Brandon Shopping Center Partners LTD, Broward Mall LLC, Citrus Park Mall Owner LLC, Countryside Mall LLC, Roseville Shoppingtown LLC, Meriden Square Partnership, Montgomery Mall Owner LLC, North County Fair LP and EWH Escondido Associates, L.P., Oakridge Mall LLC, WEA Palm Desert LLC, Sarasota Shoppingtown LLC, WEA Southcenter LLC, Sunrise Mall LLC, UTC Venture LLC, Valencia Town Center Venture, L.P., Wheaton Plaza Regional Shopping Center LLC, Beneson Capital Partners, LLC and its affiliate Brooks Shopping Centers, LLC, Concord Mall LP, and Berkshire Mall LP | LeClairRyan, PLLC | Attn: Ilan Markus and Niclas A. Ferland | ilan.markus@leclairryan.com niclas.ferland@leclairryan.com |
| Counsel to DXC Technology Services LLC, successor in interest to Computer Sciences Corporation and CSC Covansys Corporation | LeClairRyan, PLLC | Attn: Janice B. Grubin, Alex J. Chase | janice.grubin@leclairryan.com alex.chase@leclairryan.com |
| Counsel to 1803, LLC, and Camegaran, LLC | Leonard, O'Brien, Spencer, Gale & Sayre, Ltd. | Attn: James M. Jorissen | jjorissen@losgs.com |
| Counsel to EMA Investments San Diego, LLC | Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: Kurt Ramlo | kr@lnbyb.com |
| Counsel to Bexar County | Linebarger Goggan Blair & Sampson, LLP | Attn: David G. Aelvoet | sanantonio.bankruptcy@publicans.com |
| Counsel to Tarrant County and Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Counsel to Matagorda County, Angelina County, Cleveland ISD, Galveston County, Orange County, Cypress-Fairbanks ISD, Tyler County, Fort Bend County, Wharton Co Jr Coll Dist, Harris County, Jasper County, Houston CAD, Montgomery County, and Polk County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | houston_bankruptcy@publicans.com |
| Counsel to LTMAC Properties, LLC | Linowes and Blocher LLP | Attn: John T. Farnum, Esq. | jfarnum@linowes-law.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to SUSO 4 Ocean LP and Maynardville Pike LP | Lippes Mathias Wexler Friedman LLP | Attn: John A. Mueller | jmueller@lippes.com |
| Counsel to Pension Benefit Guaranty Corporation | Locke Lord LLP | Attn: Brian A. Raynor, Aaron C. Smith | braynor@lockelord.com asmith@lockelord.com |
| Counsel to DFS Services, LLC | Locke Lord LLP | Attn: Ira S. Green | ira.greene@lockelord.com |
| Counsel to Cardtronics USA, Inc. | Locke Lord LLP | Attn: Joseph N. Froehlich | jfroehlich@lockelord.com |
| Counsel to Cardtronics USA, Inc. | Locke Lord LLP | Attn: W. Steven Bryant | sbryant@lockelord.com |
| Counsel to Active Media Services, Inc., d/b/a Active International | Lowenstein Sandler LLP | Attn: Bruce Buechler | bbuechler@lowenstein.com |
| Counsel to LG Electronics USA, Inc. and Valvoline | Lowenstein Sandler LLP | Attn: Bruce S. Nathan, Esq., Eric S. Chafetz, Esq. | echafetz@lowenstein.com bnathan@lowenstein.com |
| Luan Investment, SE | Luan Investment, SE | Attn: Awilda I. Ramos, MD, VP | alexandra.bigas@gmail.com awilda.ramos@aguadillamallpr.com |
| Counsel to Trinet Essential Facilities XXVII, Inc. | Lubin Olson & Niewiadomski LLP | Attn: Dennis D. Miller | dmiller@lubinolson.com |
| Counsel to City of Minneapolis | Mayerson & Hartheimer PLLC | Attn: David H. Hartheimer | david@mhlaw-ny.com |
| Counsel to the County of Anderson, Texas, Bastrop County Water Control and Improvement District #2, The County of Bastrop, Texas, Tax Appraisal District of Bell County, The County of Bosque, Texas, Bowie Central Appraisal District, The County of Brazos, Texas, Brown County Appraisal District, Burnet Central Appraisal District, Cherokee County Appraisal District, The County of Cherokee, Texas, The County of Comal, Texas, The County of Coryell, Texas, The County of Denton, Texas, Denton County Road Utility District #1, County of Erath, The County of Guadalupe, Texas, Harrison Central Appraisal District, The County of Harrison, Texas, The County of Hays, Texas, The County of Henderson, Texas, The County of Jasper, Texas, Groesbeck Independent School District, The City of Groesbeck, Texas, Mexia Independent School District, City of Waco and/or Waco Independent School District, Midland Central Appraisal District, Central Appraisal District of Taylor County, Terry County Appraisal District, The County of Wharton, Texas and The County of Williamson, Texas, (jointly "The Texas Ad Valorem Taxing Jurisdictions") | McCreary, Veselka, Bragg & Allen, P.C. | Attn: Lee Gordon, Tara LeDay | tleday@mvbalaw.com |
| Counsel to North K I-29 2004, LLC | McDowell, Rice, Smith & Buchanan, PC | Attn: Stuart E. Bodker | sbodker@mcdowellrice.com |

In re: **Sears Holdings Corporation,** *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to New Jersey Self-Insurers Guaranty Association | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Jeffrey Bernstein, Esq. | jbernstein@mdmc-law.com |
| Counsel to New Jersey Self-Insurers Guaranty Association | McElroy, Deutsch, Mulvaney & Carpenter, LLP | Attn: Nicole A. Leonard, Esq. | nleonard@mdmc-law.com |
| Counsel to Automotive Rentals, Inc., and ARI Fleet LT | McGlinchey Stafford, PLLC | Attn: Brian S. McGrath, Kristen D. Romano | bmcgrath@mcglinchey.com kromano@mcglinchey.com |
| Counsel to Automotive Rentals, Inc. and ARI Fleet LT | McGlinchey Stafford, PLLC | Attn: Mark J. Chaney, Esq., Richard A. Aguilar, Esq., Rudy J. Cerone, Esq. | mchaney@mcglinchey.com raguilar@mcglinchey.com rcerone@mcglinchey.com |
| Counsel to Winners Industry Co., Ltd. | McKool Smith, P.C. | Attn: H. Jeffrey Schwartz, James H. Smith | hjschwartz@mckoolsmith.com jsmith@mckoolsmith.com |
| Counsel to Creditors Loki Investments, LLC, Michael Rue, J. Terry Eager and Susan B. Eager, as Co-Trustees of the J. Terry Eager Family Trust-1995, and CEMR Properties | Meegan, Hanschu & Kassenbrock | Attn: David Meegan | dmeegan@mhksacto.com |
| Counsel to Royal Consumer Products, LLC | Meister Seelig & Fein LLP | Attn: Christopher J. Major | cjm@msf-law.com |
| Counsel to Prince George's County, Maryland, Calvert County, Maryland and Charles County, Maryland | Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | nkenworthy@mrrlaw.net |
| Counsel to Cyrus Capital Partners, L.P. | Milbank, Tweed, Hadley & McCloy LLP | Attn: Andrew M. Leblanc | |
| Counsel to Cyrus Capital Partners, L.P. | Milbank, Tweed, Hadley & McCloy LLP | Attn: Craig M. Price | cprice@milbank.com |
| Counsel to Cyrus Capital Partners, L.P. | Milbank, Tweed, Hadley & McCloy LLP | Attn: Robert J. Liubicic | RLiubicic@milbank.com |
| Counsel to Missouri Department of Revenue | Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther, Special Assistant Attorney General | sdnyecf@dor.mo.gov |
| Counsel to Acxiom Corporation | Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. | Attn: Stan D. Smith | ssmith@mwlaw.com |
| Counsel to Creditor Hudson Concourse, LLC | Montee & Associates | Attn: Kevin P. Montee, Esq. | |
| Counsel to Kimco Realty Corporation | Morgan, Lewis & Bockius LLP | Attn: Laura McCarthy | laura.mccarthy@morganlewis.com |
| Counsel to Kimco Realty Corporation | Morgan, Lewis & Bockius LLP | Attn: Neil E. Herman | neil.herman@morganlewis.com |
| Counsel to Net Lease Management Partners, L.L.C., Greensboro Lease Management, L.L.C.,Brighton Lease Management, L.L.C., and Drake Pacer Penry Acquisition, LLC | Morris James LLP | Attn: Stephen M. Miller | smiller@morrisjames.com |
| Counsel to Lefmark Tamiami, Inc. | Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller, Joseph C. Barsalona II | cmiller@mnat.com jbarsalona@mnat.com |

In re: **Sears Holdings Corporation,** *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Icon Health & Fitness, Inc. | Morrison & Foerster LLP | Attn: Jennifer L. Marines, Benjamin W. Butterfield | jmarines@mofo.com bbutterfield@mofo.com |
| Counsel to Allure Gems, LLC | Morrison Cohen LLP | Attn: Joseph T. Moldovan, Robert K. Dakis | bankruptcy@morrisoncohen.com |
| Counsel to Puerto Rico Supplies Group, Inc. and its subsidiaries and/or affiliates, Glamour Corporation, Healthtex Distributors PR, Inc., PRS Export Group, LLC, PRS On Time Distributors, LLC. (collectively "PRSG"). | MRO Attorneys at Law, LLC | Attn: Myrna L. Ruiz-Olmo, Esq. | mro@prbankruptcy.com |
| Counsel to Whirpool Corporation | Munger, Tolles & Olson, LLP | Attn: Bradley R. Schneider, Thomas B. Walper | bradley.schneider@mto.com thomas.walper@mto.com |
| Counsel to International Airport Center, Inc. | Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry | dperry@munsch.com |
| Counsel to Comosoft, Inc. | Munsch Hardt Kopf & Harr, P.C. | Attn: Kevin M. Lippman, Esq. | klippman@munsch.com |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry | kcordry@naag.org |
| Counsel to Michelin North America, Inc. | Nelson Mullins Riley & Scarborough LLP | Attn: Jody A. Bedenbaugh | jody.bedenbaugh@nelsonmullins.com |
| Counsel to Retail Opportunity Investments Corp. | Nelson Mullins Riley & Scarborough LLP | Attn: Shane G. Ramsey | shane.ramsey@nelsonmullins.com |
| New York State Department of Taxation and Finance | New York State Department of Taxation and Finance | Attn: Enid Nagler Stuart; Assistant Attorney General | enid.stuart@ag.ny.gov |
| Counsel to U.S. Bank National Association, N.A., as Indenture Trustee | Nixon Peabody, LLP | Attn: Christopher M. Desiderio | cdesiderio@nixonpeabody.com |
| Counsel to Coral Reef Asia Pacific a/k/a White Mountain Footwear and 266 Route 125, LLC | Nixon Peabody, LLP | Attn: Daniel W. Sklar, Esquire | dsklar@nixonpeabody.com |
| Counsel to California Self-Insurrers' Security Fund | Nixon Peabody, LLP | Attn: Louis J. Cisz, III | lcisz@nixonpeabody.com |
| Counsel to U.S. Bank National Association, N.A., as Indenture Trustee | Nixon Peabody, LLP | Attn: Richard C. Pedone | rpedone@nixonpeabody.com |
| Counsel to Living Spaces Furniture, LLC | Norton Rose Fulbright US LLP | Attn: Bob B. Bruner | bob.bruner@nortonrosefulbright.com |
| Counsel to FTI Consulting Canada Inc., in its capacity as court-appointed monitor for Sears Canada Inc. and certain of its affiliates | Norton Rose Fulbright US LLP | Attn: Eric Daucher & Francisco Vazquez | eric.daucher@nortonrosefulbright.com francisco.vazquez@nortonrosefulbright.com |

In re: **Sears Holdings Corporation**, *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to World Technologies, Inc. d/b/a Techtronic Industries Power Equipment; Cantor Fitzgerald Securities as Administrative Agent and Collateral Agent under the Superpriority Junior Lien Secured DIP Credit Agreement; Living Spaces Furniture, LLC | Norton Rose Fulbright US LLP | Attn: Howard Seife, Christy Rivera, Stephen Castro, David A. Rosenzweig | howard.seife@nortonrosefulbright.com christy.rivera@nortonrosefulbright.com stephen.castro@nortonrosefulbright.com david.rosenzweig@nortonrosefulbright.com |
| Counsel to Commonwealth of Pennsylvania, Department of Revenue | Office of Attorney General | Attn: Carol E. Momjian, Josh Shapiro | cmomjian@attorneygeneral.gov |
| Counsel to the Comptroller of Public Accounts of the State of Texas | Office of the Texas Attorney General | Attn: John Stern, Assistant Attorney General | bk-jstern@oag.texas.gov sherri.simpson@oag.texas.gov |
| United States Trustee Southern District of New York | Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey | richard.morrissey@usdoj.gov paul.schwartzberg@usdoj.gov |
| Counsel to Saul Subsidiary I, LP | Offit Kurman, P.A. | Attn: Albena Petrakov, Esq. | apetrakov@offitkurman.com |
| Counsel to Saul Subsidiary I, LP | Offit Kurman, P.A. | Attn: Stephen A. Metz, Esq. | smetz@offitkurman.com |
| Counsel to J.W. Mitchell Company, LLC | OKeefe & Associates Law Corporation, P.C. | Attn: Sean A. O'Keefe | sokeefe@okeefelc.com |
| Counsel to [24]7.ai, Inc | O'Melveny & Myers LLP | Attn: Darren L. Patrick | dpatrick@omm.com |
| Counsel to [24]7.ai, Inc | O'Melveny & Myers LLP | Attn: Jennifer Taylor | jtaylor@omm.com |
| Counsel to [24]7.ai, Inc | O'Melveny & Myers LLP | Attn: Matthew P. Kremer | mkremer@omm.com |
| Counsel to TELUS International (U.S.) Corporation | Orrick, Herrington & Sutcliffe LLP | Attn: Evan C. Hollander & Emmanuel Fua | echollander@orrick.com efua@orrick.com |
| Counsel to Contact US Teleservices (Atento) | Orrick, Herrington & Sutcliffe LLP | Attn: Matthew M. Fechik | mfechik@orrick.com |
| Counsel to Contact US Teleservices (Atento), TELUS International (U.S.) Corporation | Orrick, Herrington & Sutcliffe LLP | Attn: Raniero D'Aversa | rdaversa@orrick.com |
| Top 20 Unsecured Creditor | Paco (China) Garment Ltd | Attn: Lily Wang | lily@pacogarment.com |
| Counsel to Hangzhou GreatStar Industrial Co., Ltd | Parker Poe Adams & Bernstein LLP | Attn: Kiah T. Ford IV | chipford@parkerpoe.com |
| Counsel to GACP II, L.P. | Paul Hastings LLP | Attn: Leslie A. Plaskon, Esq., Andrew V. Tenzer, Esq., Shlomo Maza, Esq. | leslieplaskon@paulhastings.com andrewtenzer@paulhastings.com shlomomaza@paulhastings.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Proposed Conflict Counsel for Debtors and Debtors in Possession | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul M. Basta, Kelley A. Cornish, Lewis R. Clayton, Susanna M. Buergel, Robert Britton, Jonathan Hurwitz | pbasta@paulweiss.com kcornish@paulweiss.com lclayton@paulweiss.com sbuergel@paulweiss.com rbritton@paulweiss.com jhurwitz@paulweiss.com |
| Counsel to Wlliam Juiris | Pedersen & Houpt | Attn: Lawrence W. Byrne, John S. Delnero | lbyrne@pedersenhoupt.com jdelnero@pedersenhoupt.com |
| Counsel to Red Bull North America, Inc. | Pepper Hamilton LLP | Attn: Henry Jaffe, Kenneth A. Listwak | jaffeh@pepperlaw.com listwakk@pepperlaw.com |
| Local Counsel for the Certain Texas Taxing Entities | Perdue Brandon Fielder Collins and Mott, LLP | Attn: Eboney Cobb, Esq. | ecobb@pbfcm.com |
| Counsel to Fayette County, Kerr County, City of Weslaco, Weslaco Independent School District, Kendall County, Maverick County & Uvalde County | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: John T. Banks | jbanks@pbfcm.com |
| Counsel to Richardson ISD, City of Garland, Garland ISD, Carrolton-Farmers Branch ISD | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Ebony Cobb | ecobb@pbfcm.com |
| Counsel to Lubbock Central Appraisal District | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | lmbkr@pbfcm.com |
| Counsel to Spring Branch Independent School District, et al | Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M. Sonik | osonik@pbfcm.com |
| Counsel to Norton Mailman Associates | Pick & Zabicki LLP | Attn: Douglas J. Pick | dpick@picklaw.net |
| Counsel to the Marion Plaza, Inc. dba Eastwood Mall, Governor's Square Company dba Governor's Square Mall, Huntington Mall Company dba Huntington Mall, Meadowbrook Mall Company dba Meadowbrook Mall, Ohio Valley Mall Company dba Ohio Valley Mall, the Cafaro Northwest Partnership dba South Hill Mall, Spotsylvania Mall Company dba Spotsylvania Towne Centre and Howland Commons, LLC dba Howland Commons | Pierce McCoy, PLLC | Attn: Jonathan A. Grasso | jon@piercemccoy.com |
| Counsel to Tote, Inc. | Price Meese Shulman & D'Arminio, P.C. | Attn: Rick A. Steinberg | rsteinberg@pricemeese.com |
| Claims Agent | Prime Clerk LLC | Attn: Herb Baer, Richard M. Allen | searsteam@primeclerk.com serviceqa@primeclerk.com |
| Counsel to MCS Hemet Valley Center LLC | Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy | gerald.kennedy@procopio.com |
| Counsel to Malca-Almit USA, LLC ("Malca") | Pryor & Mandelup, L.L.P. | Attn: J. Logan Rappaport, Esq. | lr@pryormandelup.com |

In re:  Sears Holdings Corporation, *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to ABC Supply Co. Inc. | Pryor & Mandelup, L.L.P. | Attn: Robert L. Pryor | rlp@pryormandelup.com |
| Counsel to Broad Street Station, LLC c/o Collett | Pryor Cashman LLP | Attn: Marie Polito Hofsdal | mhofsdal@pryorcashman.com |
| Counsel to Omega Advisors Inc. | Quinn Emanuel Urquhart & Sullivan LLP | Attn: Susheel Kirpalani, Jonathan E. Pickhardt, Andrew S. Corkhill, Matthew Scheck, Ellison Ward Merkel | susheelkirpalani@quinnemanuel.com<br>jonpickhardt@quinnemanuel.com<br>andrewcorkhill@quinnemanuel.com<br>matthewscheck@quinnemanuel.com<br>ellisonmerkel@quinnemanuel.com |
| Counsel to Southhaven Associates LLC | Reid and Riege, P.C. | Attn: Charles J. Filardi, Jr. | cfilardi@rrlawpc.com |
| Counsel to Miele, Inc. | Reiss+Preuss LLP | Attn: Guy A. Reiss, Erik Tikkanen | greiss@reisspreuss.com<br>etikkanen@reisspreuss.com |
| Counsel to CM Grayson, LLC | Rice Pugatch Robinson Storfer & Cohen, PLLC | Attn: Chad P. Pugatch | cpugatch@rprslaw.com |
| Counsel to Sante Marcoccia | Rich Michaelson Magaliff LLP | Attn: Howard P. Magaliff | hmagaliff@r3mlaw.com |
| Counsel to Community Unit School District 300 | Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd. | Attn: Kenneth M. Florey, M. Neal Smith | kflorey@robbins-schwartz.com<br>nsmith@robbins-schwartz.com |
| Counsel to Miele, Inc. | Robert E. Michael & Associates PLLC | Attn: Robert E. Michael, Aaron Hume | Robert.e.michael.esq@gmail.com<br>Aron.hume@gmail.com |
| Counsel to East End Commons Associates LLC, Wolf Family Series LP d/b/a Series III, Wolf Family Series LP d/b/a Series VII; Ontario Enterprises of the Wolf Family Series LP | Robinson Brog Leinwand Greene Genovese & Gluck P.C. | Attn: Fred B. Ringel, Esq., Robert M. Sasloff | fbr@robinsonbrog.com<br>rms@robinsonbrog.com |
| Counsel to North K I-29 2004, LLC | Robinson Brog Leinwand Greene Genovese & Gluck P.C. | Attn: Steven B. Eichel | se@robinsonbrog.com |
| Counsel to Apex Tool Group, LLC and Icon DE Holdings LLC and Icon NY Holdings LLC | Ropes & Gray LLP | Attn: Gregg M. Galardi, Kimberly J. Kodis, Sam N. Ashuraey | gregg.galardi@ropesgray.com<br>kimberly.kodis@ropesgray.com<br>sam.ashuraey@ropesgray.com |
| Counsel to Cross Country Home Services, Inc., and Duff & Phelps, LLC | Ropes & Gray LLP | Attn: James M. Wilton, Patricia I. Chen, Stephen Moeller-Sally, Joshua Y. Sturm | james.wilton@ropesgray.com<br>patricia.chen@ropesgray.com<br>ssally@ropesgray.com<br>joshua.sturm@ropesgray.com |
| Counsel to Duff & Phelps, LLC | Ropes & Gray LLP | Attn: Nicholas M. Berg, Timothy Farrell | nicholas.berg@ropesgray.com<br>timothy.farrell@ropesgray.com |
| Counsel to Cranston/BVT Associates, LLP | Rosen & Associates, P.C. | Attn: Sanford P. Rosen, Esq. | srosen@rosenpc.com |
| Counsel to RubyRed Garment Manufacturing S.A.E. (Jerseywear)/Egypt | Rubin LLC | Attn: Paul A. Rubin | prubin@rubinlawllc.com |

In re: **Sears Holdings Corporation,** *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Colonial Properties LLC, Groveport Lynx LLC, Lawrence Mart LLC, USP Aerospace Solutions, Inc. | Ruskin Moscou Faltischek, P.C. | Attn: Michael S. Amato, Esq. | mamato@rmfpc.com |
| Counselt to AmCap Wilson II, LLC, Wilson Norridge, LLC, and HRA Fountains LP | S&D Law | Attn: Steven W. Kelly, Esq. | skelly@s-d.com |
| Counsel to Ray Padula Holdings, LLC | Sahn Ward Coschignano, PLLC | Attn: Robert A. Abiuso, Matthew C. McCann | mmccann@swc-law.com rabiuso@swc-law.com |
| Counsel to Sakar International Inc. | Sakar | Attn: Jay Weinblatt | jweinblatt@sakar.com |
| Counsel to International Business Machines Corporation & Advance Magazine Publishers Inc. | Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Abigail Snow, Pamela Bosswick | cbelmonte@ssbb.com asnow@ssbb.com pbosswick@ssbb.com |
| Counsel to the Ciuffo Family Trust & Dorel Industries Inc. | Schiff Hardin LLP | Attn: Louis T. DeLucia, Esq., Alyson M. Fiedler, Esq., Kayvan B. Sadeghi | ksadeghi@schiffhardin.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury | secbankruptcy@sec.gov NYROBankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| Counsel to Wilmington Savings Fund Society, FSB, as Trustee of the 7.00% 12.00% PIK-Toggle Notes | Seward & Kissel LLP | Attn: John R. Ashmead, Esq. & Arlene R. Alves, Esq. | ashmead@sewkis.com alves@sewkis.com |
| Counsel to Wilmington Trust, National Association, as indeture trustee and collateral agent | Seyfarth Shaw LLP | Attn: Edward M. Fox | emfox@seyfarth.com |
| Counsel to Oracle Elevator Company | Shapiro, Blasi, Wasserman & Hermann, P.A. | Attn: Richard P. Hermann, Matthew Kish, Jennifer Shafer | rhermann@sbwh.law mkish@sbwh.law jshafer@sbwh.law floridaservice@sbwh.law |
| Counsel to Sears Hometown and Outlet Stores, Inc. | Shearman & Sterling LLP | Attn: Fredric Sosnick, Sara Coelho | fsosnick@shearman.com sara.coelho@shearman.com |
| Counsel for Everlast World's Boxing Headquarters Corp. | Sheppard Mullin Richter & Hampton, LLP | Attn: Alan M. Feld, Esq., Ted Cohen, Esq. | afeld@sheppardmullin.com tcohen@sheppardmullin.com |
| Counsel to Manco Florida Associates, LLC | Shutts & Bowen LLP | Attn: Ryan C. Reinert, Esq. | rreinert@shutts.com |
| Counsel to Simon Property Group, L.P. | Simon Property Group, L.P. | Attn: Ronald M. Tucker, Esq. | rtucker@simon.com |
| Counsel to Summit Portraits, LLC | Singer & Levick, P.C. | Attn: Michelle E. Shriro | mshriro@singerlevick.com |
| Counsel for Pennsee, LLC, Loyal Holdings DE LLC and Westfall Town Center JV | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon, Esquire | dplon@sirlinlaw.com |

In re:  Sears Holdings Corporation, *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | Paul.Leake@skadden.com Shana.Elberg@skadden.com George.Howard@skadden.com |
| Counsel to Quest Resource Management Group, LLC | Skierski Jain PLLC | Attn: Doug Skierski, Kristin H. Jain | enotices@skijain.com |
| Counsel to Paco (China) Garment Ltd. | Smiley Wang-Ekvall, LLP | Attn: Lei Lei Wang Ekvall, Philip E. Strok | pstrok@swelawfirm.com |
| Counsel to Red Bull North America, Inc. | Snell & Wilmer L.L.P. | Attn: Robert R. Kinas | rkinas@swlaw.com |
| Counsel to Florida Self-Insurers Guaranty Association, Inc. | Sorenson Van Leuven, PLLC | Attn: James E. Sorenson | bk@svllaw.com |
| Counsel to Charles Pugh, Nicole Pugh, Jack Pugh, Sam Pugh, and Charles F. Pugh | Sorling Northrup | Attn: David A. Rolf & Patrick M. Ryan | darolf@sorlinglaw.com pmryan@sorlinglaw.com |
| Top 5 Secured Creditor | SRAC Medium Term Notes | Attn: Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| Top 5 Secured Creditor | SRAC Unsecured Notes | Attn: Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| Counsel to Levin Management Corporation, Phillips Edison & Company, Conopco Inc. dba Unilever | Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H. Lemkin | tonder@stark-stark.com jlemkin@stark-stark.com |
| State of Nebraska, Nebraska Game and Parks Commission | State of Nebraska | Attn: c/o Charles E. Chamberlin | charles.chamberlin@nebraska.gov |
| Counsel to East Penn Manufacturing Co. | Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | cp@stevenslee.com |
| Counsel for Telesoft Corp. | Stinson Leonard Street LLP | Attn: Thomas J. Salerno | thomas.salerno@stinson.com |
| Counsel for the Subsidiaries of Verizon Communications Inc. | Stinson LLP | Attn: Darrell W. Clark | darrell.clark@stinson.com |
| Counsel to Dell Financial Services L.L.C | Streusand, Landon, Ozburn & Lemon, LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Counsel to Och-Ziff Capital Structure Arbitrage Master Fund, Ltd. | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Jonathan D. Canfield, Sayan Bhattacharyya | khansen@stroock.com jcanfield@stroock.com sbhattacharyya@stroock.com |
| Counsel to Robert A. Catalfamo, Lavarita D. Meriwether and Plaintiffs in the consolidated ERISA Action (the "ERISA Plaintiffs) | Stull, Stull & Brody | Attn: Patrick Slyne | pkslyne@ssbny.com |
| Counsel to Fairholme Capital Management, LLC, and the Fairholme Funds, Inc. | Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, Brian D. Glueckstein, David R. Zylberberg | dietdericha@sullcrom.com zylberbergd@sullcrom.com |
| Counsel for Izek Shomof and Alene Shomof Irrevocable Children's Trust Dated February 11, 1999, Vegas Group, LLC, and East River Group, LLC | SulmeyerKupetz, A Professional Corporation | Attn: David S. Kupetz & Claire K. Wu | dkupetz@sulmeyerlaw.com ckwu@sulmeyerlaw.com |
| Counsel to KG Denim Limited | Suri Law Office | Attn: Vivek Suri, Esq. | lawyer@surilawoffice.com |
| Counsel to Alexandria Pelletteri & Thomas Pelletteri | Szaferman, Lakind, Blumstein, & Blader P.C. | Attn: Bruce M. Sattin, Esq. | bsattin@szaferman.com |

In re:  **Sears Holdings Corporation,** *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Vertical Industrial Park Associates | Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Michael J. Riela | Riela@thsh.com |
| Counsel to the Taubman Landlords | Taubman Landlords | Attn: Andrew S. Conway | aconway@taubman.com |
| Counsel to Stockton Mariposa LLC | The Law Office of Thomas A. Farinella, P.C. | Thomas A. Farinella, Esq. | tf@lawtaf.com |
| Top 5 Secured Creditor and Pension Benefit Guaranty Corporation ("PBGC") | The Pension Benefit Guaranty Corporation (PBGC) | Attn: Judith Starr, Kartar S. Khalsa, William McCarron, Jr., & Adi Berger, Director | Starr.Judith@pbgc.gov mccarron.william@pbgc.gov efile@pbgc.gov |
| Counsel to Mien Co., Ltd., Helen Andrews Inc, Strong Progress Garment Factory Company Limited, Shanghai Fochier | The Sarachek Law Firm | Attn: Joseph E. Sarachek | joe@saracheklawfirm.com |
| Counsel to 1803, LLC, and Camegaran, LLC | The Tsang Law Firm, P.C. | Attn: Michael Tsang | mtsang@tsanglawfirm.com |
| Counsel to Virginia Surety Company, Inc. | Thompson Hine LLP | Attn: Curtis L. Tuggle | Curtis.Tuggle@ThompsonHine.com |
| Counsel to the Movant, Martha G. West | Tirelli Law Group, LLC | c/o Linda M. Tirelli, Esq. | ltirelli@tw-lawgroup.com |
| Top 20 Unsecured Creditor | TJ Tianxing Kesheng Leather Products Co Ltd | Attn: Power Wang | powerwangtxks@vip.126.com |
| Counsel to the Tennessee Department of Revenue | TN Dept of Revenue | Attn: Herbert H. Slatery III, Marvin E. Clements, Jr. | AGBankNewYork@ag.tn.gov |
| Counsel to Superb International Co., Ltd. | Tobias Law Firm, P.C. | Attn: David G. Tobias | dtobias@tobiaslawpc.com |
| Counsel to MP Holdings LLC and Larry D. Kelley | Trainor Fairbrook | Attn: Jennifer L. Pruski | jpruski@trainorfairbrook.com |
| Counsel to Travis County | Travis County Attorney | Attn: David Escamilla, Kay D. Brock | kay.brock@traviscountytx.gov |
| Counsel to Biltmore Commercial Properties I, LLC | TROUTMAN SANDERS LLP | Attn: Brett D. Goodman, Alissa K. Piccione | brett.goodman@troutman.com alissa.piccione@troutman.com |
| United States Attorney's Office for the Southern District of New York | US Attorney for Southern District of New York | Attn: Bankruptcy Division | David.Jones6@usdoj.gov Jeffrey.Oestericher@usdoj.gov Joseph.Cordaro@usdoj.gov Carina.Schoenberger@usdoj.gov Lawrence.Fogelman@usdoj.gov Peter.Aronoff@usdoj.gov Linda.Riffkin@usdoj.gov |
| Counsel to Village of Hoffman Estates | Vedder Price P.C. | Attn: Joshua A. Dunn, Esq., Michael Schein | jdunn@vedderprice.com |
| Counsel to Agri-Fab, Inc. | Vedder Price P.C. | Attn: Kevin J. Etzel | ketzel@vedderprice.com |
| Counsel to NorthStar Group Services, Inc., and Village of Hoffman Estates | Vedder Price P.C. | Attn: Michael L. Schein | mschein@vedderprice.com |

**In re: Sears Holdings Corporation, *et al.***

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Verizon Capital Corp. and NCC Key Company | Verizon Capital Corp. | Attn: Marva M. Levine | marva.m.levine@verizon.com |
| Counsel to Hanesbrands, Inc. | Waldrep LLP | Attn: Thomas W. Waldrep, Jr. | notice@waldrepllp.com |
| Counsel to Schindler Elevator Corporation | Walsh Pizzi O'Reilly Falanga LLP | Attn: Stephen V. Falanga, Esq. | sfalanga@walsh.law |
| Counsel to Wolverine World Wide, Inc. and its affiliates, Chervon (HK), Ltd. | Warner Norcross + Judd LLP | Attn: Gordon J. Toering | gtoering@wnj.com |
| Counsel to Levcom Wall Plaza Associates and West Orange Plaza | Wasserman, Jurista & Stolz, P.C. | Attn: Donald W. Clarke | Dclarke@wjslaw.com |
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny Singh, Jared R. Friedmann, Jessie B. Mishkin, Esq. | ray.schrock@weil.com<br>garrett.fail@weil.com<br>jacqueline.marcus@weil.com<br>sunny.singh@weil.com<br>JeriLeigh.Miller@weil.com<br>jessica.liou@weil.com<br>Paloma.VanGroll@weil.com<br>Jared.Friedmann@weil.com<br>Jessie.Mishkin@weil.com |
| Counsel to Lake Success Shopping Center LLC and CE Vernon II, LLC | Weiss Zarett Brofman Sonnenklar & Levy, P.C. | Attn: Michael D. Brofman, Esq. | mbrofman@weisszarett.com |
| Counsel to Toyota Industries Commercial Finance, Inc. | Weltman, Weinberg & Reis Co., L.P.A. | Attn: Scott D. Fink | sfink@weltman.com |
| Counsel to Amerco Real Estate Company, Salesforce.com, Inc., Cisco Systems, Inc., and Google LLC | White and Williams LLP | Attn: James C. Vandermark | vandermarkj@whiteandwilliams.com |
| Counsel to Angela Kelly and Janyce L. MacKenzie | Whiteford, Taylor & Preston LLC | Attn.: Kenneth M. Lewis, Esq. | klewis@wtplaw.com |
| Counsel to the J.M. Smucker Company and Ainsworth Pet Nutrition LLC | Whiteford, Taylor & Preston LLC | Attn: Stephen B. Gerald | sgerald@wtplaw.com |
| Counsel to 156 Tom Hill LLC | Wiles & Wiles, LLP | Attn: Victor W. Newmark, Esq. | bankruptcy@evict.net |
| Counsel to Capref Burbank, LLC | Williams Legal Advisory Group, LLC | Attn: Amy M. Williams | awilliams@williamsadvisors.com |
| Counsel to Drayton Plains (MI), LLC | Willkie Farr & Gallagher LLP | Attn: Alan J. Lipkin, Gabriel Brunswick | alipkin@willkie.com<br>gbrunswick@willkie.com |

In re:  **Sears Holdings Corporation,** *et al.*

Master Service List

Case No. 18-23538 (RDD)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for Edward S. Lampert, ESL Investments, Inc., RBS Partners LP, CRK Partners LLC, SPE Master I L.P., ESL Partners L.P., SPE I Partners L.P., RBS Investment Management LLC, ESL Institutional Partners L.P., ESL Investors, L.L.C., JPP LLC, and JPP II LLC (collectively, the "ESL Defendants") | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Philip D. Anker & Noah A. Levine | philip.anker@wilmerhale.com noah.levine@wilmerhale.com |
| Wilmington Savings Fund Society, FSB, as Trustee of the 7.00% 12.00% PIK-Toggle Notes | Wilmington Savings Fund Society, FSB | Attn: Patrick J. Healy | phealy@wsfsbank.com |
| Counsel to Wilmington Trust, National Association, as indeture trustee and collateral agent | Wilmington Trust, National Association | Attn: Steven Cimalore, Vice President | scimalore@wilmingtontrust.com |
| Counsel to Putnam County and Tomra/RSI, LLC | Wilson, Elser, Moskowitz, Edelman & Dicker LLP | Attn: David L. Tillem | david.tillem@wilsonelser.com |
| Counsel to 4th Street South II, LLC | Witte Law Offices, PLLC | Attn: Norman C. Witte | ncwitte@wittelaw.com |
| Counsel to Wolf Family Series LP d/b/a Series III, Ontario Enterprises of the Wolf Family Series LP | Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron | saron@wrslawyers.com |
| Counsel to Movant Mario Aliano | Zimmerman Law Offices, P.C. | Attn: Thomas A. Zimmerman, Jr. | tom@attorneyzim.com |