**Hearing Date and Time: May 21, 2019 at 10:00 am (Eastern)**
**Objection Deadline: May 14, 2019 at 4:00 pm (Eastern)**

**BUCHANAN INGERSOLL & ROONEY PC**
640 5th Avenue, 9th Floor
New York, New York 10019-6102
(212) 440-4400
Christopher P. Schueller, Esq. (christopher.schueller@bipc.com)
Tanya Bosi, Esq. (tanya.bosi@bipc.com)
*Attorneys for Gokaldas Exports Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*[1], | Case No. 18-23538 (RDD) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF SERVICE

I hereby certify that on May 17, 2019, a true and correct copy of the Reply By Gokaldas Exports Ltd. To Debtors' Omnibus Objection To Vendors' Motions For Allowance And Payment Of Administrative Expense Claims [ECF No. 3918] was filed and served electronically

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

via CM/ECF on all those registered to receive notices in this case, and on the parties listed on the attached service list via the method noted thereon.

Dated: May 17, 2019
New York, New York

                                              BUCHANAN INGERSOLL & ROONEY PC

                                              By:  */s/ Christopher P. Schueller*
                                              Christopher P. Schueller
                                              Tanya Bosi
                                              640 5th Avenue, 9th Floor
                                              New York, New York 10019-6102
                                              (212) 440-4400
                                              christopher.schueller@bipc.com
                                              tanya.bosi@bipc.com
                                              *Attorneys for Gokaldas Exports Ltd.*

Service List

Via email:

All parties listed in the Sears Holding Corporation Master Service List as of May 6, 2019 located at https://restructuring.primeclerk.com/sears/

Standard Parties:

Via overnight mail:

Honorable Robert D. Drain
U.S. Bankruptcy Court for the Southern District of New York
300 Quarropas Street. Rm. 248
White Plains, NY 10601-4140

Via overnight mail and electronic mail:

Debtors c/o Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: Stephen Sitley, Esq. (stephen.sitley@searshc.com)
Luke Valentino. Esq.(luke.valentino@searshc.com)

Via electronic mail:

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Ray C. Schrock, P.C. (ray.schrock@weil.com)
Jacqueline Marcus, Esq. (jacqueline.marcus@weil.com)
Garrett A. Fail, Esq. (garrett.fail@weil.com)
Sunny Singh, Esq. (sunny.singh@weil.com)
Counsel to the Debtors

United States Trustee
Southern District of New York
Office of The United States Trustee for Region 2
201 Varick St. Ste. 1006
New York, NY 10014
Attn: Paul Schwartzberg, (paul.schwartzberg@usdoj.gov)

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square,
New York, NY 10036
Attn: Paul D. Leake, Esq. Paul.Leake@skadden.com)
Shana A. Elberg, Esq. (Shana.Elberg@skadden.com)
George R. Howard, Esq. George.Howard@skadden.com)
Counsel to Bank of America, N.A.

Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY, 10017
Attn: Marshall S. Huebner, Esq. (marshall.huebner@davispolk.com )
Eli J. Vonnegut, Esq. (eli.vonnegut@davispolk.com)
Counsel for Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility

Cleary, Gottlieb, Steen & Hamilton
One Liberty Plaza,
New York, NY 10006
Attn:Sean A. O'Neal, Esq. (soneal@cgsh.com)
Counsel to JPP, LLC

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: Eric R. Wilson, Esq. (KDWBankruptcyDepartment@KelleyDrye.com)
Benjamin D. Feder, Esq. (bfeder@kelleydrye.com)
T. Charlie Liu, Esq.
Counsel for Computershare Trust Company, N.A., as trustee for the Second
Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings
Unsecured Notes

Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
Attn:Edward M. Fox, Esq. (emfox@seyfarth.com)
Counsel for Wilmington Trust, National Association, as indenture trustee for the Second Lien
Notes

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10015
Attn:James Gadsden, Esq. (gadsden@clm.com)
Counsel for The Bank of New York Mellon Trust Company, as successor trustee for the
SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes

Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Attn: Brian A. Raynor, Esq. (braynor@lockelord.com)
Counsel for the Pension Benefit Guaranty Corporation

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park,
New York, NY 10036
Attn: Philip C. Dublin, Esq. (pdublin@akingump.com)
Ira Dizengoff, Esq. (idizengoff@akingump.com)
Abid Qureshi (aqureshi@akingump.com)
Sara Lynne Brauner, Esq. (sbrauner@akingump.com)
Counsel to the Official Committee of Unsecured Creditors