# **<u>EXHIBIT D</u>**

Court File Number: CU-18-00617792-00CL
　　　　　　　　　　　CU-18-00611214-00CL
Superior Court of Justice CU-18-00611219-00CL
Commercial List　　　CU-18-00611217-00CL

# FILE/DIRECTION/ORDER

FTI Consulting Cda et al
_____
Plaintiff(s)

AND

ESL Investments et al
_____
Defendant(s)

Case Management ☐ Yes ☐ No  by Judge: _____

| Counsel | Telephone No: | Facsimile No: |
|---|---|---|
| (See list attached | | |
| | | |

☑ Order   ☐ Direction for Registrar (No formal order need be taken out)
☐ Above action transferred to the Commercial List at Toronto (No formal order need be taken out)

☐ Adjourned to: _____
☐ Time Table approved (as follows):

On Apr 18 and 19, 2019 I was to hear three motions — a certification motion and two motions to strike the claim advanced by the Litigation Trustee. Unfortunately the motions had to be adjourned on a contested basis. Although all of the plaintiffs wished to proceed, the defendants supported a motion by Sears Holdings

18 April 19                         McEwen J
_____         _____
Date                             Judge's Signature

☑ Additional Pages _____

Court File Number: _____

**Superior Court of Justice**
Commercial List

# FILE/DIRECTION/ORDER

| Judges Endorsment Continued |
|---|
| Corporation (SHC) to adjourn the motions. |
| I agreed to adjourn the motion reluctantly, given the fact that on April 16/19 a motion was served in the US Chapter 11 proceedings returnable May 21/19 to lift the stay against SHC. If successful it is the stated goal of all plaintiffs in these actions to pursue claims against SHC. |
| Since SHC has an interest in the motion before me and would be affected if the stay were lifted, it is my view that it would be unfair and not judicially economical to proceed. It raises the spectre of real prejudice to SHC and multiple motions on the same or similar |

Page 2 of 3                             Judges Initials  M

Court File Number: _____

**Superior Court of Justice**
Commercial List

# FILE/DIRECTION/ORDER

| Judges Endorsment Continued |
|---|
| Subject matters- |
| There was debate over when SHC or its counsel had notice of the lift-stay motion issue. In my view, not much turns on this. All developments occurred in the past 2-3 weeks. Overall, an adjournment is reasonable and necessary. |
| Future steps can be discussed and reviewed at the case conference set for April 26, 2019 and on an ongoing basis depending on the outcome of the May 21/19 motion. |
| McE__ |

Page 3 of 3           Judges Initials  M