Amish R. Doshi, Esq.  
**DOSHI LEGAL GROUP, P.C.**  
1979 Marcus Avenue, Suite 210E  
Lake Success, New York 11042  
Telephone: (516) 622-2335  

And  

Shawn M. Christianson, Esq.  
Valerie Bantner Peo, Esq.  
**BUCHALTER, A Professional Corporation**  
55 Second Street, 17th Floor  
San Francisco, California 94105-2126  
Telephone: (415) 227-0900  

Hearing Date: TBD  
Hearing Time: TBD  
Objection Date: May 16, 2019  

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**  

| | |
|---|---|
| In re:<br><br>**SEARS HOLDINGS CORPORATION, et. al.,**<br><br>                                Debtors. | Chapter 11<br><br>Case No.   18-23538 (RDD)<br><br>Jointly Administered |

## AFFIRMATION OF SERVICE

STATE OF NEW YORK          )  
                                                  ) ss.:  
COUNTY OF NASSAU         )  

       I, Amish R. Doshi, am over the age of 18 and am not a party to the within matter; my business address is:  1979 Marcus Avenue, Suite 210E, Lake Success, NY 11042.

       On May 16, 2019, I served a document entitled as *Oracle's Reservation Of Rights Regarding Debtors' (I) Notice Of Assumption And Assignment Of Additional Executory Contracts And (II) Assumption And Assignment Notices* on the interested parties listed on the attached Service List by the methods listed above their names.

       With respect to regular mail service, a copy of the aforementioned document was enclosed in an envelope addressed as set forth in the Service List to be deposited in an official depository of the United States post office located in Lake Success, NY with proper pre-paid postage thereon.

       With respect to email service, a pdf copy of the aforementioned documents was sent to the email address listed in the Service List.

Finally, in addition to the Service List, the parties entitled to receive notice by the Court's CM-ECF system were sent an email notification of such filing by the Court's CM-ECF System on January 26, 2019.

I affirm under penalty of perjury under the laws of the State of New York that the above is true and correct.

Dated: May 16, 2019
      Lake Success, New York

                                      /s/   Amish R. Doshi
                                      Amish R. Doshi

## SERVICE LIST

| | |
|---|---|
| **By E-Mail Only**<br><br>Ray Schrock, Esq.<br>Garrett Fail, Esq.<br>Jacqueline Marcus, Esq.<br>Sunny Singh, Esq.<br>WEIL GOTSHAL & MANGES, LLP<br><br>E-Mail:ray.schrock@weil.com<br>      garrett.fail@weil.com,<br>      jacqueline.marcus@weil.com<br>      sunny.singh@weil.com | **By E-Mail Only**<br><br>Ira Dizengoff, Esq.<br>Phillip Dublin, Esq.<br>Sara Brauner, Esq.<br>AKIN GUMP STRAUSS HAUER & FELD, LLP<br><br>E-Mail: idizengoff@akingump.com<br>       pdublin@akingump.com<br>       sbrauner@akingump.com |
| **By E-Mail Only**<br><br>Sean O'Neal, Esq.<br>CLEARY GOTLIEB, STEEN & HAMILTON, LLP<br><br>E-Mail: soneal@cgsh.com | **By Regular Mail**<br><br>Paul Schwartzberg, Esq.<br>US TRUSTEE'S OFFICE<br>201 Varick Street, Room 1006<br>New York, NY 10014 |
| **By E-Mail Only**<br><br>Paul Leake, Esq.<br>Shana Elberg, Esq.<br>George Howard, Esq.<br>SKADDEN ARPS SLATE MEAGHER & FLOM, LLP<br><br>E-Mail: Paul.Leake@skadden.com<br>      Shana.Elberg@skadden.com<br>      George.Howard@skadden.com | **By E-Mail Only**<br><br>Marshall S. Huebner, Esq.<br>Eli J. Vonnegut, Esq.<br>DAVIS POLK & WARDELL, LLP<br><br>E-Mail: marshall.huebner@davispolk.com<br>       eli.vonnegut@davispolk.com |
| **By E-Mail Only**<br><br>Eric R. Wilson, Esq.<br>Benjamin D. Feder, Esq.<br>KELLEY DRYE & WARRANT, LLP<br><br>E-Mail: ewilson@kelleydrye.com<br>      bfeder@kelleydrye.com | **By E-Mail Only**<br><br>Edward M. Fox, Esq.<br>SEYFARTH SHAW, LLP<br><br>E-Mail: emfox@seyfarth.com |

| **By E-Mail Only**<br><br>Brian A. Raynor, Esq.<br>LOCKE LORD, LLP<br><br>E-Mail: braynor@lockelord.com | **By Email Only**<br><br>James Gadsden, Esq.<br>CARTER LEDYARD & MILBURN, LLP<br><br>E-Mail: gadsden@clm.com |
|---|---|
| **By Regular Mail**<br><br>Stephen Sitley, Esq.<br>Luke J. Valentino, Esq.<br>SEARS HOLDING CORPORATION<br>3333 Beverly Road<br>Hoffman Estates, IL 60179 | |