**NORTON ROSE FULBRIGHT US LLP**
Eric Daucher
Francisco Vazquez
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

*Counsel for FTI Consulting Canada Inc.,*
*in its capacity as court-appointed monitor for*
*Sears Canada Inc. and certain of its affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION., *et al.*, | Case No. 18-23538 (RDD) |
| | (Jointly Administered) |
| Debtors. | |

<u>**AFFIDAVIT OF SERVICE**</u>

David M. Bava, being duly sworn, deposes and says:

1.   I am employed as a legal assistant by the law firm of Norton Rose Fulbright US

LLP, 1301 Avenue of the Americas, New York, New York 10019-6022, am not a party to this

action and am over the age of eighteen.

2.         On May 17, 2019, I caused to be served true and correct copies of *Reply in*

*Support of Motion for Relief From the Automatic Stay for the Purpose of Joining Sears Holdings*

*Corporation as a Defendant in Existing Litigation Pending Before the Ontario Superior Court of*

*Justice (Commercial List) and to Liquidate Certain Claims Against Sears Holdings Corporation*

*in Such Existing Litigation* (ECF Docket No. 3920), upon the parties identified on the attached

Schedule A by electronic mail, and Schedule B by air mail and regular mail of the United States

Postal Service, postage prepaid thereon.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment under penalty of perjury.

_/s/ David M. Bava_____
David M. Bava

Sworn to before me this
17th day of May 2019

_/s/ Francisco Vazquez_____
Notary Public

**Francisco Vazquez**
**Notary Public, State of New York**
**No. 31-6013920**
**Qualified in New York County**
**Commission Expires Dec. 27, 2022**

CPAM: 33967523.1

## SCHEDULE A – E-mail Service Parties

rob.riechker@searshc.com
luke.valentino@searshc.com
mmeghji@miiipartners.com
counsel@searshc.com
ray.schrock@weil.com
jacqueline.marcus@weil.com
garrett.fail@weil.com
sunny.singh@weil.com
ellen.odoner@weil.com
gavin.westerman@weil.com
project.blue.rx@lazard.com
paul.leake@skadden.com
shana.elberg@skadden.com
george.howard@skadden.com
ksimard@choate.com
jmarshall@choate.com
pdublin@akingump.com
idizengoff@akingump.com
aqureshi@akingump.com
sbrauner@akingump.com
kunal@eslinvest.com
harold@eslinvest.com
caustin@cgsh.com
boreilly@cgsh.com
soneal@cgsh.com
paul.schwartzberg@usdoj.gov
harrisj12@michigan.gov
idizengoff@akingump.com
pdublin@akingump.com
aqureshi@akingump.com
sbrauner@akingump.com
bnkatty@aldineisd.org
jarnold@aldridgepite.com
james.vincequerra@alston.com
leib.lerner@alston.com
ajd@ansellgrimm.com
ajd@ansellgrimm.com
akadish@archerlaw.com
lschildkraut@archerlaw.com
andrew.silfen@arentfox.com
beth.brownstein@arentfox.com
brian.lohan@arnoldporter.com
ginger.clements@arnoldporter.com
cschael@ashfordnjlaw.com
eneiger@askllp.com
jchristian@askllp.com
jg5786@att.com
mcuellar45@austinenterpriseslp.com
mfrankel@bfklaw.com
egoodman@bakerlaw.com

CPAM: 33967523.1

fkhan@bakerlaw.com
pollack@ballardspahr.com
branchd@ballardspahr.com
heilmanl@ballardspahr.com
summersm@ballardspahr.com
harnerp@ballardspahr.com
kutnera@ballardspahr.com
knewman@barclaydamon.com
mowens@btlaw.com
emiller@bayardlaw.com
russ@bsavory.com
rmills@bellnunnally.com
klove@bellnunnally.com
mbarrie@beneschlaw.com
kcapuzzi@beneschlaw.com
wschonberg@beneschlaw.com
ernie.park@bewleylaw.com
tgaa@bbslaw.com
michael@bindermalter.com
julie@bindermalter.com
jrhodes@blankrome.com
tarr@blankrome.com
ezucker@blankrome.com
bankruptcy@borgeslawllc.com
wborges@borgeslawllc.com
schin@borgeslawllc.com
arainone@bracheichler.com
jjorissen@briggs.com
jmontgomery@brownconnery.com
pweiser@buchalter.com
schristianson@buchalter.com
christopher.schueller@bipc.com
terry.shulsky@bipc.com
tyler.dischinger@bipc.com
eric.waxman@cwt.com
anthony.deleo@cwt.com
rdavis@cafarocompany.com
jlevitin@cahill.com
rstieglitz@cahill.com
sjk@carmodymacdonald.com
mkurzman@carmodylaw.com
tsansone@carmodylaw.com
mcatalfimo@carterconboy.com
gadsden@clm.com
bankruptcy@clm.com
dennis.roemlein@bnymellon.com
rmccord@certilmanbalin.com
rnosek@certilmanbalin.com
appleby@chapman.com
wilamowsky@chapman.com
brotenberg@csglaw.com
szuber@csglaw.com

CPAM: 33967523.1

ksimard@choate.com
jmarshall@choate.com
hchoi@choiandpark.com
cpark@choiandpark.com
lkleist@choiandpark.com
mstein@chuhak.com
eschnitzer@ckrlaw.com
gsaydah@ckrlaw.com
srichman@clarkhill.com
srichman@clarkhill.com
nbencze@clarkhill.com
duane.brescia@clarkhillstrasburger.com
dblau@clarkhill.com
liman@cgsh.com
amainoo@cgsh.com
lbarefoot@cgsh.com
soneal@cgsh.com
soneal@cgsh.com
aweaver@cgsh.com
rmukhi@cgsh.com
jkpark@cgsh.com
wkelleher@cohenlaw.com
hward@cohenlaw.com
rseltzer@cwsny.com
jbienstock@coleschotz.com
mwarner@coleschotz.com
michael.smith2@computershare.com
kbifferato@connollygallagher.com
kconlan@connollygallagher.com
cgriffiths@connollygallagher.com
svanaalten@cooley.com
scarnes@cooley.com
rco@crlawpr.com
dcoffino@cov.com
aclark@cov.com
mfelger@cozen.com
pzumbro@cravath.com
davidtaxin@dahannowick.com
daniel@dmsilverlaw.com
dhw@dhclegal.com
jwcohen@daypitney.com
ksummers@dflaw.com
mcto@debevoise.com
eweisgerber@debevoise.com
jcurley@ddw-law.com
bethsolomon@discover.com
marita.erbeck@dbr.com
ljkotler@duanemorris.com
wmsimkulak@duanemorris.com
wmsimkulak@duanemorris.com
cheitzenrater@duanemorris.com
emunozpsc@gmail.com
lmay@eisemanlevine.com

5

rxza@elliottgreenleaf.com
sak@elliottgreenleaf.com
ems@elliottgreenleaf.com
leopold.matt@epa.gov
lbercovich@epicor.com
ppascuzzi@ffwplaw.com
gchico@ferraiuoli.com
mark.wilson@fisherbroyles.com
patricia.fugee@fisherbroyles.com
dlwright@foley.com
kcatanese@foley.com
msmall@foley.com
tscannell@foley.com
aguon@foxrothschild.com
plabov@foxrothschild.com
thoran@foxrothschild.com
mhall@foxrothschild.com
mherz@foxrothschild.com
nreid@foxswibel.com
jfrank@fgllp.com
jkleinman@fgllp.com
deggert@freeborn.com
brad.eric.scheler@friedfrank.com
scott.luftglass@friedfrank.com
peter.siroka@friedfrank.com
tking@fbtlaw.com
rgold@fbtlaw.com
awebb@fbtlaw.com
pmartin@fmdlegal.com
lbrymer@fmdlegal.com
gseitz@gsbblaw.com
mgensburg@gcklegal.com
btheisen@gibbonslaw.com
nsongonuga@gibbonslaw.com
hcohen@gibbonslaw.com
dcampbell@ghclaw.com
tnixon@gklaw.com
tomf@goldmclaw.com
jflaxer@golenbock.com
mweinstein@golenbock.com
gfox@goodwinlaw.com
bbazian@goodwinlaw.com
mgoldstein@goodwinlaw.com
wweintraub@goodwinlaw.com
searsnotice@gouldratner.com
drosner@goulstonstorrs.com
thoffmann@goulstonstorrs.com
phillip.bohl@gpmlaw.com
tannweiler@greerherz.com
jfigueiredo@hahnhessen.com
ahalperin@halperinlaw.net
lgu@halperinlaw.net
dlieberman@halperinlaw.net

CPAM: 33967523.1

joia.johnson@hanes.com
howard.upchurch@hanes.com
ktompsett@harrisbeach.com
sodonnell@herrick.com
sselbst@herrick.com
ssmith@herrick.com
msekowski@herrick.com
elio@higgslaw.com
cfenlon@hinckleyallen.com
arthur.rosenberg@hklaw.com
marc.antonecchia@hklaw.com
barbra.parlin@hklaw.com
elvin.ramos@hklaw.com
jose.casal@hklaw.com
jjalemany@hklaw.com
llichtman@honigman.com
chris.gartman@hugheshubbard.com
bgross@huntonak.com
mlegge@huntonak.com
ghesse@huntonak.com
caleb.holzaepfel@huschblackwell.com
lynn.butler@huschblackwell.com
daniel.swetnam@icemiller.com
taxcollector@co.imperial.ca.us
alex.macias@impremedia.com
jgildea@interactions.com
mimi.m.wong@irscounsel.treas.gov
mimi.m.wong@irscounsel.treas.gov
bankruptcy2@ironmountain.com
hgj@jasneflorio.com
dlk@jasneflorio.com
brownsvalleyorchards@aol.com
elkinj@mac.com
robert.honeywell@klgates.com
atureaud@kblaw.com
tkorkhov@kellerrohrback.com
kdwbankruptcydepartment@kelleydrye.com
bfeder@kelleydrye.com
jacarlino@kslnlaw.com
ssouthard@klestadt.com
lkiss@klestadt.com
kurtzman@kurtzmansteady.com
brunnquellw@lanepowell.com
dgragg@langleybanack.com
jfifarek@laskyfifarek.com
rzucker@lasserhochman.com
christopher.harris@lw.com
rakim.johnson@lw.com
peter.gilhuly@lw.com
ted.dillman@lw.com
gillazarus@gmail.com
kevin@ksnpc.com

CPAM: 33967523.1

william.fennell@fennelllaw.com
luralene.schultz@fennelllaw.com
office@fennelllaw.com
cgruen@gruenlaw.com
dtabachnik@dttlaw.com
pstarkesq@gmail.com
hlazarus@lazarusandlazarus.com
harlan.lazarus@gmail.com
ilan.markus@leclairryan.com
niclas.ferland@leclairryan.com
janice.grubin@leclairryan.com
alex.chase@leclairryan.com
jjorissen@losgs.com
sanantonio.bankruptcy@publicans.com
dallas.bankruptcy@publicans.com
houston_bankruptcy@publicans.com
jfarnum@linowes-law.com
jmueller@lippes.com
braynor@lockelord.com
asmith@lockelord.com
ira.greene@lockelord.com
jfroehlich@lockelord.com
sbryant@lockelord.com
bbuechler@lowenstein.com
echafetz@lowenstein.com
bnathan@lowenstein.com
dmiller@lubinolson.com
mamendola@martynlawfirm.com
david@mhlaw-ny.com
tleday@mvbalaw.com
sbodker@mcdowellrice.com
jbernstein@mdmc-law.com
nleonard@mdmc-law.com
bmcgrath@mcglinchey.com
kromano@mcglinchey.com
mchaney@mcglinchey.com
raguilar@mcglinchey.com
rcerone@mcglinchey.com
hjschwartz@mckoolsmith.com
dmeegan@mhksacto.com
cjm@msf-law.com
nkenworthy@mrrlaw.net
cprice@milbank.com
rliubicic@milbank.com
sdnyecf@dor.mo.gov
ssmith@mwlaw.com
laura.mccarthy@morganlewis.com
neil.herman@morganlewis.com
smiller@morrisjames.com
cmiller@mnat.com
jbarsalona@mnat.com
jmarines@mofo.com
bbutterfield@mofo.com

bankruptcy@morrisoncohen.com
mro@prbankruptcy.com
bradley.schneider@mto.com
thomas.walper@mto.com
dperry@munsch.com
pmurphy@murphyrosen.com
dcsillag@murphyrosen.com
kcordry@naag.org
jody.bedenbaugh@nelsonmullins.com
shane.ramsey@nelsonmullins.com
enid.stuart@ag.ny.gov
cdesiderio@nixonpeabody.com
dsklar@nixonpeabody.com
rpedone@nixonpeabody.com
cmomjian@attorneygeneral.gov
rachel.obaldo@oag.texas.gov
richard.morrissey@usdoj.gov
paul.schwartzberg@usdoj.gov
apetrakov@offitkurman.com
smetz@offitkurman.com
victoria.garry@ohioattorneygeneral.gov
sokeefe@okeefelc.com
dpatrick@omm.com
jtaylor@omm.com
mkremer@omm.com
mfechik@orrick.com
rdaversa@orrick.com
paul@orshanpa.com
lily@pacogarment.com
chipford@parkerpoe.com
leslieplaskon@paulhastings.com
andrewtenzer@paulhastings.com
shlomomaza@paulhastings.com
pbasta@paulweiss.com
kcornish@paulweiss.com
lclayton@paulweiss.com
sbuergel@paulweiss.com
rbritton@paulweiss.com
jhurwitz@paulweiss.com
jaffeh@pepperlaw.com
listwakk@pepperlaw.com
ecobb@pbfcm.com
jbanks@pbfcm.com
ecobb@pbfcm.com
lmbkr@pbfcm.com
osonik@pbfcm.com
dpick@picklaw.net
jon@piercemccoy.com
rsteinberg@pricemeese.com
searsteam@primeclerk.com
serviceqa@primeclerk.com
gerald.kennedy@procopio.com
lr@pryormandelup.com

CPAM: 33967523.1

rlp@pryormandelup.com
mhofsdal@pryorcashman.com
susheelkirpalani@quinnemanuel.com
jonpickhardt@quinnemanuel.com
andrewcorkhill@quinnemanuel.com
matthewscheck@quinnemanuel.com
ellisonmerkel@quinnemanuel.com
cfilardi@rrlawpc.com
greiss@reisspreuss.com
etikkanen@reisspreuss.com
cpugatch@rprslaw.com
hmagaliff@r3mlaw.com
kflorey@robbins-schwartz.com
nsmith@robbins-schwartz.com
robert.e.michael.esq@gmail.com
aron.hume@gmail.com
fbr@robinsonbrog.com
rms@robinsonbrog.com
gregg.galardi@ropesgray.com
kimberly.kodis@ropesgray.com
sam.ashuraey@ropesgray.com
james.wilton@ropesgray.com
patricia.chen@ropesgray.com
ssally@ropesgray.com
joshua.sturm@ropesgray.com
nicholas.berg@ropesgray.com
timothy.farrell@ropesgray.com
srosen@rosenpc.com
prubin@rubinlawllc.com
mamato@rmfpc.com
skelly@s-d.com
mmccann@swc-law.com
rabiuso@swc-law.com
jweinblatt@sakar.com
cbelmonte@ssbb.com
asnow@ssbb.com
pbosswick@ssbb.com
lfacopoulos@schiffhardin.com
secbankruptcy@sec.gov
nyrobankruptcy@sec.gov
bankruptcynoticeschr@sec.gov
ashmead@sewkis.com
alves@sewkis.com
emfox@seyfarth.com
rhermann@sbwh.law
mkish@sbwh.law
jshafer@sbwh.law
floridaservice@sbwh.law
fsosnick@shearman.com
sara.coelho@shearman.com
afeld@sheppardmullin.com
tcohen@sheppardmullin.com
rreinert@shutts.com

rtucker@simon.com
mshriro@singerlevick.com
dplon@sirlinlaw.com
paul.leake@skadden.com
shana.elberg@skadden.com
george.howard@skadden.com
enotices@skijain.com
pstrok@swelawfirm.com
rkinas@swlaw.com
bk@svllaw.com
darolf@sorlinglaw.com
pmryan@sorlinglaw.com
mary.callahan@bnymellon.com
mary.callahan@bnymellon.com
tonder@stark-stark.com
jlemkin@stark-stark.com
charles.chamberlin@nebraska.gov
cp@stevenslee.com
thomas.salerno@stinson.com
streusand@slollp.com
khansen@stroock.com
jcanfield@stroock.com
sbhattacharyya@stroock.com
mklein@ssbny.com
pkslyne@ssbny.com
dietdericha@sullcrom.com
zylberbergd@sullcrom.com
dkupetz@sulmeyerlaw.com
ckwu@sulmeyerlaw.com
lawyer@surilawoffice.com
bsattin@szaferman.com
riela@thsh.com
aconway@taubman.com
tf@lawtaf.com
starr.judith@pbgc.gov
mccarron.william@pbgc.gov
efile@pbgc.gov
joe@saracheklawfirm.com
mtsang@tsanglawfirm.com
curtis.tuggle@thompsonhine.com
ltirelli@tw-lawgroup.com
powerwangtxks@vip.126.com
agbanknewyork@ag.tn.gov
dtobias@tobiaslawpc.com
jpruski@trainorfairbrook.com
kay.brock@traviscountytx.gov
david.jones6@usdoj.gov
jeffrey.oestericher@usdoj.gov
joseph.cordaro@usdoj.gov
carina.schoenberger@usdoj.gov
lawrence.fogelman@usdoj.gov
peter.aronoff@usdoj.gov
linda.riffkin@usdoj.gov

jdunn@vedderprice.com
ketzel@vedderprice.com
mschein@vedderprice.com
marva.m.levine@verizon.com
notice@waldrepllp.com
sfalanga@walsh.law
gtoering@wnj.com
dclarke@wjslaw.com
ray.schrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com
jerileigh.miller@weil.com
jessica.liou@weil.com
paloma.vangroll@weil.com
jared.friedmann@weil.com
jessie.mishkin@weil.com
mbrofman@weisszarett.com
sfink@weltman.com
vandermarkj@whiteandwilliams.com
klewis@wtplaw.com
sgerald@wtplaw.com
bankruptcy@evict.net
awilliams@williamsadvisors.com
alipkin@willkie.com
gbrunswick@willkie.com
phealy@wsfsbank.com
scimalore@wilmingtontrust.com
david.tillem@wilsonelser.com
ncwitte@wittelaw.com
saron@wrslawyers.com
tom@attorneyzim.com

CPAM: 33967523.1

## SCHEDULE B -- By Regular Mail of the United States Postal Service

**AIR MAIL:**

BST International Fashion Ltd.
Attn: A.R. Shrinivasan
Managing Director
39 Wang Kwong Rd, Ste 2301B,
Skyline Tower, Kowloon Bay
Kowloon, Hong Kong

**REGULAR MAIL:**

Counsel to Movant Bayview Loan Servicing, LLC,
as servicer for The Bank of New York Mellon FKA
the Bank of New York, as Trustee (CWALT 2007-HY4)
Fein, Such & Crane, LLP
Attn: Tammy L. Terrell Benoza, Esq.
1400 Old Country Road, Suite C103
Westbury, NY 11590

Counsel to Movant Bayview Loan Servicing, LLC,
as servicer for The Bank of New York Mellon FKA
the Bank of New York, as Trustee (CWALT 2007-HY4)
Fein, Such & Crane, LLP
Attn: Tammy L. Terrell Benoza, Esq.
7 Century Drive, Suite 201
Parsippany, NJ 07054

Counsel to Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, as
Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust 2007-AHL2, Asset-
Backed Pass-Through Certificates, Series 2007-AHL2, Mortgage Pass-Through Certificates
Frenkel, Lambert, Weiss, Weisman & Gordon, LLP
Attn: Michelle C. Marans, Esq.
53 Gibson Street
Bay Shore, NY 11706

CPAM: 33967523.1