# EXHIBIT A

Dear Valued Supplier,

We are very pleased to share the new company's progress with you. As you are aware, on February 11, 2019, Transform SR Holding Management LLC or one of its affiliates (Transform) acquired substantially all of the assets of Sears Holding Corporation, including the "Go Forward Stores" on a going-concern basis.  This transaction was supported by an asset based loan and credit facility (ABL) that provides the new company the financing necessary to do business with all of our supplier partners.  To support this new agreement, it will become necessary for us to change the administrative process that defines the steps we take to move purchases through our supply chain.  These changes will become effective on 5/12/2019.

In the legacy environment, suppliers fulfill our orders and then reach out to our freight forwarder (UPS) when orders are ready for pick up.   The forwarder then books transit on an ocean carrier using a Sea Waybill.  On May 12th, we will be asking our freight forwarder to change this process and upon receiving the ready notification from the supplier will produce three copies of the original bills of lading instead of the Sea Waybill.  After the vendor settles all local charges, these original bills will be released and collected by the supplier for endorsement. We request that this endorsement be completed and returned to our freight forwarder within 48 hours of collection.

Upon receipt of the endorsed original bills by UPS, they will retain these documents as an agent for our lender until the shipment is due to arrive at the US port.  UPS will send or transmit these bills to the ocean carrier to insure timely discharge to final US destination.

Going forward, purchase orders will be issued in the name of our new Transform entities, including Transform SR LLC (Sears) and Transform KM LLC (Kmart).  We are in the process of updating our other documents with our new name, including our Universal Terms and Conditions (UTC), and we hope to complete that process as quickly as possible.   In the meantime, however, any reference in any of these documents to Sears Holdings Corporation or one of its affiliates, including Sears Holdings, SHMC, Sears or Kmart, shall be deemed to be a reference to our new company, Transform.  Please note, however, that the foregoing does not constitute an acceptance or assumption by Transform of any debt, obligation or liability of any kind of Sears Holdings Corporation or any of its affiliates.  Your acceptance of a purchase order shall constitute your agreement to the foregoing.

This process does not in any way change your payment terms or any other portion of your vendor agreement.  By partnering with us in this process, you help us insure that the new company can grow as quickly as possible and that we have an opportunity to grow our business with you.

Should you have any questions about the new process, please reach out to contacts below or your business contact:

In the US：Michael.Ellerby@innovelsolutions.com

Procurement Offices Hong Kong：Winnie.cheung@searshc.com

Freight Forwarding Office Hong Kong: UPSAPACRegionSMTeam-Sears@ups.com; nszeman@ups.com


Thank you in advance for your cooperation.

尊敬的供应商：

我们很高兴与您分享新公司的进展。如您所知，Transform SR Holding Management LLC 或其关联公司之一（以下简称"Transform"）已于 2019 年 2 月 11 日收购了 Sears Holdings Corporation 的绝大部分资产，包括"货代门店"，收购的资产将用于公司的持续经营。本次收购交易使新公司获得一笔基于资产的贷款支持和信贷额度（ABL）的授信支持，这将为新公司提供与我们所有的供应商伙伴们继续开展业务所需的融资。为满足新协议的要求，我们将对以前的管理流程进行必要的更改，明确了通过供应链进行采购的一些步骤。变更后的管理流程将从 2019 年 5 月 12 日起执行。

在以前的管理流程中，供应商履行我们的订单时，在货物准备就绪后通知我们的货运代理商（UPS）进行提货，然后货运代理商用一份海运单向海运公司订舱。自 5 月 12 日起，我们将要求货运代理商改变这个流程，即货运代理商在收到供应商的就绪通知后，将签发三份正本提单而不是海运单。在供应商结算所有本地费用后，这些正本提单将由供应商签发并收单以进行签注。我们要求供应商在收单后 48 小时内完成签注并将提单返还到我们的货运代理商。

UPS 在收到经签注的正本提单后，将作为我们贷方代理人保管这些单据，直到货物在规定日期抵达美国港口为止。UPS 将寄送或扫描传输这些提单至海运公司，以确保货物在美国的最终目的地按时进行卸货。

未来签发的采购订单将使用我们新成立的 Transform 的实体名称，包括 Transform SR LLC (Sears) 和 Transform KM LLC (Kmart)。我们正在其他文件中更新使用这些新名称，包括我们的《通用条款和条件》（UTC）。我们希望能够尽快完成更新工作。同时，任何这些文件中凡提及 Sears Holdings Corporation 或其关联公司(包括 Sears Holdings、SHMC、Sears 或 Kmart)均可视为提及我们的新公司，即 Transform。但请注意，上述内容并不表明 Transform 会接受或承担 Sears Holdings Corporation 或其任何关联公司的任何债务、义务或责任。当您接受采购订单时，即表明您同意上述内容。

上述流程不会以任何方式改变您的收付款条件或您的供应协议中其他任何条款。在此流程中，您的配合将极大地帮助我们确保新公司的尽快成长，也让我们有机会与您携手共同拓展业务。

如您对以上新流程有任何疑问，请与以下联系人或您的业务联系人联络。

美国境内：Michael.Ellerby@innovelsolutions.com
香港采购办公室：Winnie.cheung@searshc.com
香港货运代理办公室：UPSAPACRegionSMTeam-Sears@ups.com; nszeman@ups.com

在此先行感谢您的配合！

**本文档是翻译副本，所有内容应以英文原文为准**

尊敬的供應商：

我們很高興與您分享新公司的進展。如您所知，Transform SR Holding Management LLC 或其關聯公司之一（以下簡稱"Transform"）已於 2019 年 2 月 11 日收購了 Sears Holdings Corporation 的絕大部分資產，包括"貨代門店"，收購的資產將用於公司的持續經營。本次收購交易使新公司獲得一筆基於資產的貸款支持和信貸額度（ABL）的授信支持，這將為新公司提供與我們所有的供應商夥伴們繼續開展業務所需的融資。為滿足新協議的要求，我們將對以前的管理流程進行必要的更改，明確了通過供應鏈進行採購的一些步驟。變更後的管理流程將從 2019 年 5 月 12 日起執行。

在以前的管理流程中，供應商履行我們的訂單時，在貨物準備就緒後通知我們的貨運代理商（UPS）進行提貨，然後貨運代理商用一份海運單向海運公司訂艙。自 5 月 12 日起，我們將要求貨運代理商改變這個流程，即貨運代理商在收到供應商的就緒通知後，將簽發三份正本提單而不是海運單。在供應商結算所有本地費用後，這些正本提單將由供應商簽發並收單以進行簽注。我們要求供應商在收單後 48 小時內完成簽注並將提單返還到我們的貨運代理商。

UPS 在收到經簽注的正本提單後，將作為我們貸方代理人保管這些單據，直到貨物在規定日期抵達美國港口為止。 UPS 將寄送或掃描傳輸這些提單至海運公司，以確保貨物在美國的最終目的地按時進行卸貨。

未來簽發的採購訂單將使用我們新成立的 Transform 的實體名稱，包括 Transform SR LLC (Sears) 和 Transform KM LLC (Kmart)。我們正在其他文件中更新使用這些新名稱，包括我們的《通用條款和條件》（UTC）。我們希望能夠盡快完成更新工作。同時，任何這些文件中凡提及 Sears Holdings Corporation 或其關聯公司(包括 Sears Holdings、SHMC、Sears 或 Kmart)均可視為提及我們的新公司，即 Transform。但請注意，上述內容並不表明 Transform 會接受或承擔 Sears Holdings Corporation 或其任何關聯公司的任何債務、義務或責任。當您接受采購訂單時，即表明您同意上述內容。

上述流程不會以任何方式改變您的收付款條件或您的供應協議中其他任何條款。在此流程中，您的配合將極大地幫助我們確保新公司的盡快成長，也讓我們有機會與您攜手共同拓展業務。

如您對以上新流程有任何疑問，請與以下聯繫人或您的業務聯繫人聯絡。

美國境內：Michael.Ellerby@innovelsolutions.com
香港採購辦公室：Winnie.cheung@searshc.com
香港貨運代理辦公室：UPSAPACRegionSMTeam-Sears@ups.com; nszeman@ups.com

在此先行感謝您的配合！

**本文檔是翻譯副本，所有內容應以英文原文為準**