David W. Dykhouse (dwdykhouse@pbwt.com)
PATTERSON BELKNAP WEBB & TYLER, LLP
1133 Avenue of the Americas
New York, New York 10036-6710
Tel:  (212) 336-2000
Fax:  9212) 336-2222

Thomas J. Flynn (tflynn@larkinhoffman.com)
LARKIN HOFFMAN DALY & LINDGREN, LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, Minnesota 55437-1060
Tel:  (952) 835-3800
Fax:  (952) 896-3333

*Attorneys for MOAC Mall Holding LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| | ) Chapter 11 |
| In re: | ) Case No. 18-23538 (RDD) |
| | ) |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) (Jointly Administered) |
| | ) |
| Debtors.[1] | ) |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 17, 2019, a true and correct copy of MOAC Mall Holdings

LLC's Third Supplemental and Amended Objections to Debtor's Notice of Assumption and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows:  Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Assignment of Additional Designatable Leases [ECF No. 3926] and Declaration of Rich Hoge

Supporting MOAC Mall Holdings LLC's Third Supplemental and Amended Objections to

Debtor's Notice of Assumption and Assignment of Additional Designatable Leases with attached

Exhibits A and B [ECF No. 3927] were filed and served electronically via CM/ECF on all those

registered to received notices in this case and on the parties listed on the attached Service list via

the method noted thereon.


Dated:  May 17, 2019          _/e/ Gina M. Rice_____
Bloomington, Minnesota        Gina M. Rice, Legal Assistant
                              Larkin, Hoffman, Daly & Lindgren, Ltd.
                              8300 Norman Center Drive
                              Suite 1000
                              Minneapolis, Minnesota  55437-1060
                              (952) 835-3800


4825-6899-2919, v. 1

## Service List

Via U.S. Mail:

Chambers of the Honorable Judge
Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601

Debtors
C/o Sears Holdings Corporation
Attn: Stephen Sitley, Esq. and
Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates, Illinois 60179

Weil, Gotshal & Manges, LLP
Attn: Ray C. Schrock, P.C.; Jacqueline
Marcus, Esq.; Garret A. Fail, Esq.; and
Sunny Singh, Esq.
767 Fifth Avenue
New York, New York 10153
*Attorneys for Debtors*

Locke Lord, LLP
Attn: Brian Raynor, Esq.
111 South Wacker Drive
Chicago, Illinois 60606
*Attorneys for the Pension Benefit
Guaranty Corporation*

Office of the United States Trustee for
Region Two
Attn: Paul Schwartzberg, Esq.
201 Varick Street, Suite 1006
New York, New York 10014

Kelley, Drye & Warren, LLP
Attn: Eric R. Wilson, Esq.; Benjamin D.
Feder, Esq.; and T. Charlie Liu, Esq.
101 Park Avenue
New York, New York 10178
*Attorneys for Computershare Trust
Company, N.A., as Trustee for the
Second Lien PIK Notes, the Holdings
Unsecured PIK Notes, and the Holdings
Unsecured Notes*

Skadden, Arps, Slate, Meagher & Flom, LLP
Attn: Paul D. Leake, Esq.; Shana A.
Elberg, Esq.; and George R. Howard,
Esq.
Four Times Square
New York, New York 10036
*Attorneys for Bank of America, N.A.,
administrative agent under the First Lien
Credit Facility and the DIP ABL Agent*

Seyfarth Shaw, LLP
Attn: Edward M. Fox, Esq.
620 Eighth Avenue
New York, New York 10018
*Attorneys for the Wilmington Trust,
National Association, as Indenture
Trustee for the Second Lien Notes*

Davis, Polk & Wardell, LLP
Attn: Marshall S. Huebner, Esq., and
Eli J. Vonnegut, Esq.
450 Lexington Avenue
New York, New York 10017
*Attorneys for Citibank, N.A., as
administrative agent under the Stand-
Alone L/C Facility*

Carter, Ledyard & Milburn, LLP
Attn: James Gadsden, Esq.
Two Wall Street
New York, New York 10015
*Attorneys for the Bank of New York
Mellon Trust Company, as successor
trustee for the SRAC Unsecured PIK
Notes, SRAC Unsecured Notes, and the
SRAC Medium Term Notes*

Cleary Gottlieb
Attn: Sean A. O'Neal, Esq.
One Liberty Plaza
New York, New York 10006
*Attorneys for JPP, LLC, as agent under
the Second Lien Credit Facility,
IP/Ground Lease Term Loan Facility,
and the Consolidated Secured Loan
Facility*

Akin, Gump, Strauss, Hauer & Feld, LLP
Attn: Philip C. Dublin, Esq.; Ira
Dizengoff, Esq.; and Sara Lynne
Brauner, Esq.
One Bryant Park
New York, New York 10036

4825-6899-2919, v. 1