**Exhibit 1 to Notice of Assumption and Assignment**

| Ref # | Contract ID | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount (Counterparty Cure Amount LESS Debtor Cure Amount) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 2368 | | KMART CORPORATION; SEARS, ROEBUCK AND CO. | WHIRLPOOL CORPORATION | HA - WHIRLPOOL CORPORATION - ALLIANCE AGREEMENT FOR HOME APPLIANCES - 2008, as amended | SHCLCW6359 | 11/3/08 | 12/31/21 | N/A | N/A | N/A | Cure amount resolved |
| N/A | 2368 | | KMART CORPORATION; SEARS, ROEBUCK AND CO. | WHIRLPOOL CORPORATION | AMENDMENT #20 AND ADDENDUM #9 TO ALLIANCE AGREEMENT FOR HOME APPLIANCES | N/A | N/A | 12/31/2021 | N/A | N/A | N/A | Cure amount resolved |