DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue
New York, New York 10158
(212) 557-7200
*Attorneys for Pearl Global Industries Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                    Chapter 11

SEARS HOLDING CORPORATION, *et al.*,        Case No. 18-23538 (RDD)

                                     Debtors.              (Jointly Administered)
---------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, David Wander, hereby certify that I caused true and correct copies of the **Reply by Pearl Global Industries Ltd. to Debtors' Omnibus Objection to Vendors' Motions for Allowance and Payment of Administrative Expense Claims** [Doc. No. 3928] to be served by email on the parties listed in **Exhibit A** and by first class mail on the parties listed in **Exhibit B** on May 17, 2019.

Dated:    New York, New York
             May 17, 2019

                                                               /s/ David H. Wander
                                                               David H. Wander

654461v.2