## EXHIBIT B
### Service List (First Class Mail)

Wilmorite Management Group
Attn: Donald C. Cowan, Jr.
1265 Scottsville Road
Rochester, NY 14624

Wilmington Trust, National Association
Attn: Sears Holdings Corp. Administrator
Corporate Capital Markets
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

Bank of New York Mellon Trust Company
Attn: Corporate Trust Administration
101 Barclay St., Floor 8W
New York, NY 10286

Sears Holding Corporation
Attn:   Stephen Sitley Esq., Luke J.
        Valentino, Esq., Rob Riecker
3333 Beverly Road
Hoffman Estates, IL 60179

Ohio Department of Taxation
Attn: Office of the Ohio Attorney General
1600 Carew Tower
441 Vine Street
Cincinnatti, OH 45202

Montee & Associates
Attn: Kevin P. Montee, Esq.
1250-I Newell Ave., Suite 149
Walnut Creek, CA 94596

Milbank, Tweed, Hadley & McCloy LLP
Attn: Andrew M. Leblanc
1850 K Street, NW, Suite 1100
Washington, DC 20006

Linebarger Goggan Blair & Sampson, LLP
Attn: Diane Wade Sanders
P.O. Box 17428
Austin, TX 78760

Frenkel, Lambert, Weiss, Weisman &
Gordon, LLP
Attn: Michelle C. Marans, Esq.
53 Gibson Street
Bay Shore, NY 11706

Fein, Such & Crane, LLP
Attn: Tammy L. Terrell Benoza, Esq.
7 Century Drive, Suite 201
Parsippany, NJ 07054

Fein, Such & Crane, LLP
Attn: Tammy L. Terrell Benoza, Esq.
1400 Old Country Road, Suite C103
Westbury, NY 11590

United States Bankruptcy Court for the
Southern District of New York
Chambers of Honorable Robert D. Drain
300 Quarropas Street, Room 248
White Plains, NY 10601

BST International Fashion Ltd.
Attn: A.R. Shrinivasan
39 Wang Kwong Rd, Ste 2301B
Kowloon Bay, Hong Kong

Brookfield Property REIT Inc.
Attn: Kristen N. Pate
350 N. Orleans St., Suite 300
Chicago, IL 60654