**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------- X | Chapter 11 | |
| In re: | Case No. 18-23538 (RDD) | |
| SEARS HOLDINGS CORPORATION, *et al.*, | (Jointly Administered) | |
| Debtors. | | |
| ------------------------------------------------------- X | | |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION AND RESERVATION OF RIGHTS OF GATEHOUSE MEDIA, LLC TO NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF AFFILIATED NEWSPAPERS' EXECUTORY CONTRACTS**

GateHouse Media, LLC ("GateHouse Media"), by and through undersigned counsel, hereby withdraws its *Limited Objection of GateHouse Media, LLC on behalf of its Affiliated Newspapers to Fourth Supplemental Notice to Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* [ECF No. 3117]. Furthermore, with respect to the filing of this withdrawal, the undersigned requests that the clerk remove me and my firm from all further notifications of filings in this matter.

Dated May 20, 2019.

                                                                         Respectfully submitted,

                                                                          */s/ Lynn Rowe Larsen (pro hac vice not being*
                                                                          *filed due to immediate rejection and withdrawal)*
                                                                          Lynn Rowe Larsen (Ohio 0055824)
                                                                          *llarsen@taftlaw.com*
                                                                          Taft Stettinius & Hollister LLP
                                                                          200 Public Square, Suite 3500
                                                                          Cleveland, Ohio 44114-2302
                                                                          Phone: (216) 241-2838
                                                                          Fax: (216) 241-3707

                                                                          *Attorney for GateHouse Media, LLC*

25014649.1