# EXHIBIT 1

**From:** Signoretti, William <William.Signoretti@searshc.com>
**Sent:** Friday, March 10, 2017 12:20 PM
**To:** Peter Pollani
**Cc:** Pukas, Bradley
**Subject:** RE: Parking Lot Pole Lights
**Attachments:** photo 1.jpg; photo 2.jpg; image.jpeg

Good afternoon Peter,

I was there yesterday to survey the potholes in the parking lot and noted the lights. I was (2) light heads out on the poles that are our responsibility. I typically take a Google Earth picture, circle the ones that are out, and send to my contractor for repairs.

As for the potholes I requested proposals on that yesterday.

I was going to contact you with one question. Some of the potholes/damage, specifically those in the roadway from the side of the garden center and LA Fitness out to North Ocean Ave. were caused, in part, by the heavy truck traffic during construction of the LA Fitness. Do you know if the project included any funding for repairs in these areas. The pictures attached are the ones I am speaking about. The rest of the holes are not near this area so not in question.

---

**From:** Midwood Exchange [mailto:ppollani@midwoodid.com]
**Sent:** Friday, March 10, 2017 12:08 PM
**To:** Signoretti, William
**Cc:** Pukas, Bradley
**Subject:** Re: Parking Lot Pole Lights

Will/Brad,

Thanks for having the trailer situation corrected.

Please also note that several parking lot lights in front of your store are out and require replacement.

Per your lease, it is your responsibility to maintain these lights.

Kindly let me know when you plan on having this addressed.

Thanks in advance.

Regards,

Peter Pollani, FMP
Portfolio Manager
Midwood Investment & Development
430 Park Avenue, Suite 505
New York, NY 10022
Main: (212).682.9595
Direct: (646).292.4924

1

Mobile: (516).732.8977
ppollani@midwoodid.com

On Mar 1, 2017, at 4:04 PM, Signoretti, William <William.Signoretti@searshc.com> wrote:

> Peter,
>
> I spoke with the store and they told me they would have it moved the next day. It is possible that the message was not sent to the entire management team and the trucking company. I will let them know again. They say the hauler has been swapping out trailers like this for 10 years and picking it up the next day when the new trailer is delivered. I will contact them today.
>
> ---
>
> **From:** Peter Pollani [mailto:ppollani@midwoodid.com]
> **Sent:** Wednesday, March 01, 2017 12:51 PM
> **To:** Signoretti, William; Pukas, Bradley
> **Subject:** RE: Unauthorized Storage of Tractor Trailer & Refrigerator/Debris near compactor
>
> Bill,
>
> Can you kindly follow up on the storage of the trailer?
>
> It is still being stored.
>
> Regards,
>
> Peter Pollani, FMP
> Portfolio Manager
> Midwood Investment & Development
> 430 Park Avenue, Suite 505
> New York, NY 10022
> Main: (646).292.4912
> Direct: (646).292.4924
> Mobile: (516).732.8977
> ppollani@midwoodid.com
>
> **From:** Peter Pollani
> **Sent:** Wednesday, February 22, 2017 3:06 PM
> **To:** 'Signoretti, William' <William.Signoretti@searshc.com>; Pukas, Bradley <Bradley.Pukas@searshc.com>
> **Subject:** RE: Unauthorized Storage of Tractor Trailer & Refrigerator/Debris near compactor
>
> Bill,
>
> Thanks on both accounts.
>
> Just to confirm this was K-Marts snow removal vendor that hit the doors correct?
>
> Regards,
>
> Peter Pollani, FMP
> Portfolio Manager

Midwood Investment & Development
430 Park Avenue, Suite 505
New York, NY 10022
Main: (646).292.4912
Direct: (646).292.4924
Mobile: (516).732.8977
ppollani@midwoodid.com

**From:** Signoretti, William [mailto:William.Signoretti@searshc.com]
**Sent:** Wednesday, February 22, 2017 2:36 PM
**To:** Peter Pollani <ppollani@midwoodid.com>; Pukas, Bradley <Bradley.Pukas@searshc.com>
**Subject:** RE: Unauthorized Storage of Tractor Trailer & Refrigerator/Debris near compactor

Good afternoon Peter,

The trailer is something the store would handle by calling the distribution center. I will notify the store to call the DC and find out why the driver left a trailer there. I will also have them clean up the debris.

As for the refrigerator, that is there because the snow plow hit the doors. As soon as the doors are repaired that unit will be brought back inside.

Thanks,

Bill

William Signoretti
Sears Holdings Corporation
District Facilities Manager 237
Long Island/New York City
William.Signoretti@searshc.com
cell (631) 739-3801

To *serve*, *delight* and *engage* our *members* while they *shop their way*

This document/information was requested by legal counsel, is attorney-client privileged, attorney work product, disseminated and/or provided in contemplation of potential or future litigation, and/or confidential information that is intended solely for the use of individual(s) or entit(ies) to which it is disseminated. You are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

**From:** Peter Pollani [mailto:ppollani@midwoodid.com]
**Sent:** Wednesday, February 22, 2017 2:28 PM
**To:** Pukas, Bradley
**Cc:** Signoretti, William
**Subject:** Unauthorized Storage of Tractor Trailer & Refrigerator/Debris near compactor

Brad,

Not sure if you're the person to address this, however please see the attached photos of a tractor trailer that is being stored in our rear parking lot.

It appears based on the surveillance above that one of K-Marts haulers relocated the trailer and stored it without our permission.

3

Please also note that there are debris along the back wall that also need to be removed (as evidenced in the photo attached, a refrigerator and loose trash along the left side of the compactor).

If you're not the correct person to handle these items, please point me in the right direction as this needs to be addressed asap.

Thanks in advance for your cooperation.

Regards,

Peter Pollani, FMP
Portfolio Manager
Midwood Investment & Development
430 Park Avenue, Suite 505
New York, NY 10022
Main: (646).292.4912
Direct: (646).292.4924
Mobile: (516).732.8977
ppollani@midwoodid.com

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.
This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.
This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

**From:** Signoretti, William <William.Signoretti@searshc.com>
**Sent:** Friday, March 24, 2017 2:05 PM
**To:** Peter Pollani
**Cc:** Pukas, Bradley
**Subject:** RE: Update- Additional Repairs/Parking Lot Pole Lights

Peter,

I have a process I have to follow, requiring (3) bids and then have to apply for funding. That is why repairs are not made yet. I will see about addressing these (2) items separately and the rest via the bidding process.

---

**From:** Midwood Exchange [mailto:ppollani@midwoodid.com]
**Sent:** Friday, March 24, 2017 12:14 PM
**To:** Signoretti, William
**Cc:** Pukas, Bradley
**Subject:** Update- Additional Repairs/Parking Lot Pole Lights

William,

Just checking in on the pot hole repairs in your parking lot as they seem to be getting worse.

Can you please also address the two items (photos below) as noted during a property walkthrough today:

-Stop sign and large pot hole repair at the Southeast corner of your property

-Sidewalk deficiency directly to the right of the stores front entrance

My contractor and development team are also currently preparing costs for the main road asphalt repairs and will get back to you with an answer shortly.

Thanks much.

Regards,

Peter Pollani, FMP
Portfolio Manager
Midwood Investment & Development
430 Park Avenue, Suite 505
New York, NY 10022
Main: (212).682.9595
Direct: (646).292.4924
Mobile: (516).732.8977
ppollani@midwoodid.com

1





On Mar 10, 2017, at 12:20 PM, Signoretti, William <William.Signoretti@searshc.com> wrote:

Good afternoon Peter,

I was there yesterday to survey the potholes in the parking lot and noted the lights. I was (2) light heads out on the poles that are our responsibility. I typically take a Google Earth picture, circle the ones that are out, and send to my contractor for repairs.

As for the potholes I requested proposals on that yesterday.

I was going to contact you with one question. Some of the potholes/damage, specifically those in the roadway from the side of the garden center and LA Fitness out to North Ocean Ave. were caused, in part, by the heavy truck traffic during construction of the LA Fitness. Do you know if the project included any funding for repairs in these areas. The pictures attached are the ones I am speaking about. The rest of the holes are not near this area so not in question.

**From:** Midwood Exchange [mailto:ppollani@midwoodid.com]
**Sent:** Friday, March 10, 2017 12:08 PM
**To:** Signoretti, William
**Cc:** Pukas, Bradley
**Subject:** Re: Parking Lot Pole Lights

Will/Brad,

Thanks for having the trailer situation corrected.

3

Please also note that several parking lot lights in front of your store are out and require replacement.

Per your lease, it is your responsibility to maintain these lights.

Kindly let me know when you plan on having this addressed.

Thanks in advance.

Regards,

Peter Pollani, FMP
Portfolio Manager
Midwood Investment & Development
430 Park Avenue, Suite 505
New York, NY 10022
Main: (212).682.9595
Direct: (646).292.4924
Mobile: (516).732.8977
ppollani@midwoodid.com

On Mar 1, 2017, at 4:04 PM, Signoretti, William <William.Signoretti@searshc.com> wrote:

Peter,

I spoke with the store and they told me they would have it moved the next day. It is possible that the message was not sent to the entire management team and the trucking company. I will let them know again. They say the hauler has been swapping out trailers like this for 10 years and picking it up the next day when the new trailer is delivered. I will contact them today.

**From:** Peter Pollani [mailto:ppollani@midwoodid.com]
**Sent:** Wednesday, March 01, 2017 12:51 PM
**To:** Signoretti, William; Pukas, Bradley
**Subject:** RE: Unauthorized Storage of Tractor Trailer & Refrigerator/Debris near compactor

Bill,

Can you kindly follow up on the storage of the trailer?

It is still being stored.

Regards,

Peter Pollani, FMP
Portfolio Manager
Midwood Investment & Development
430 Park Avenue, Suite 505
New York, NY 10022
Main: (646).292.4912
Direct: (646).292.4924
Mobile: (516).732.8977

ppollani@midwoodid.com

**From:** Peter Pollani
**Sent:** Wednesday, February 22, 2017 3:06 PM
**To:** 'Signoretti, William' <William.Signoretti@searshc.com>; Pukas, Bradley <Bradley.Pukas@searshc.com>
**Subject:** RE: Unauthorized Storage of Tractor Trailer & Refrigerator/Debris near compactor

Bill,

Thanks on both accounts.

Just to confirm this was K-Marts snow removal vendor that hit the doors correct?

Regards,

Peter Pollani, FMP
Portfolio Manager
Midwood Investment & Development
430 Park Avenue, Suite 505
New York, NY 10022
Main: (646).292.4912
Direct: (646).292.4924
Mobile: (516).732.8977
ppollani@midwoodid.com

**From:** Signoretti, William [mailto:William.Signoretti@searshc.com]
**Sent:** Wednesday, February 22, 2017 2:36 PM
**To:** Peter Pollani <ppollani@midwoodid.com>; Pukas, Bradley <Bradley.Pukas@searshc.com>
**Subject:** RE: Unauthorized Storage of Tractor Trailer & Refrigerator/Debris near compactor

Good afternoon Peter,

The trailer is something the store would handle by calling the distribution center. I will notify the store to call the DC and find out why the driver left a trailer there. I will also have them clean up the debris.

As for the refrigerator, that is there because the snow plow hit the doors. As soon as the doors are repaired that unit will be brought back inside.

Thanks,

Bill

William Signoretti
Sears Holdings Corporation
District Facilities Manager 237
Long Island/New York City
William.Signoretti@searshc.com
cell (631) 739-3801

5

*To **serve**, **delight** and **engage** our **members** while they **shop their way***

This document/information was requested by legal counsel, is attorney-client privileged, attorney work product, disseminated and/or provided in contemplation of potential or future litigation, and/or confidential information that is intended solely for the use of individual(s) or entit(ies) to which it is disseminated. You are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

**From:** Peter Pollani [mailto:ppollani@midwoodid.com]
**Sent:** Wednesday, February 22, 2017 2:28 PM
**To:** Pukas, Bradley
**Cc:** Signoretti, William
**Subject:** Unauthorized Storage of Tractor Trailer & Refrigerator/Debris near compactor

Brad,

Not sure if you're the person to address this, however please see the attached photos of a tractor trailer that is being stored in our rear parking lot.

It appears based on the surveillance above that one of K-Marts haulers relocated the trailer and stored it without our permission.

Please also note that there are debris along the back wall that also need to be removed (as evidenced in the photo attached, a refrigerator and loose trash along the left side of the compactor).

If you're not the correct person to handle these items, please point me in the right direction as this needs to be addressed asap.

Thanks in advance for your cooperation.

Regards,

Peter Pollani, FMP
Portfolio Manager
Midwood Investment & Development
430 Park Avenue, Suite 505
New York, NY 10022
Main: (646).292.4912
Direct: (646).292.4924
Mobile: (516).732.8977
ppollani@midwoodid.com

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.
This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain

proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

<photo 1.jpg>

<photo 2.jpg>

<image.jpeg>

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

**From:** Signoretti, William <William.Signoretti@searshc.com>
**Sent:** Wednesday, May 3, 2017 3:30 PM
**To:** Peter Pollani
**Subject:** RE: Expressway Outstanding Items

The curbs were supposed to have been repaired already. I'm sure they are going to tell me it has been raining a lot, but they have had time. I will call them this afternoon.

The last time I was there, I did not see any potholes in the drive road behind Burger King. I will stop in there tomorrow afternoon and survey those so I can get them repaired.

Spring clean-up (sand) was also supposed to have been done. I will call the sweeper on that also.

**From:** Peter Pollani [mailto:ppollani@midwoodid.com]
**Sent:** Wednesday, May 03, 2017 3:25 PM
**To:** Signoretti, William
**Subject:** RE: Expressway Outstanding Items

Bill,

Just checking in.

I was onsite yesterday and there is significant curb damage across your property. There are also significant amounts of sand and debris in your parking lot along with a few lingering pot holes in the main drive lane parallel to N. Ocean.

The TOB inspector for the front PAD is going to give us a hard time unless this is corrected.

Please advise as to status on the above asap.

Regards,

Peter Pollani, FMP
Portfolio Manager
Midwood Investment & Development
430 Park Avenue, Suite 505
New York, NY 10022
Main: (646).292.4912
Direct: (646).292.4924
Mobile: (516).732.8977
ppollani@midwoodid.com

**From:** Signoretti, William [mailto:William.Signoretti@searshc.com]
**Sent:** Wednesday, April 12, 2017 1:47 PM
**To:** Peter Pollani <ppollani@midwoodid.com>
**Subject:** RE: Expressway

1

The spring clean-ups are scheduled to start next week, right after Easter.

I will get the asphalt guy back to get the pothole out back.

The snow vendor was there yesterday to survey all the damaged curbs and plan repairs for next week, weather permitting.

---

**From:** Midwood Exchange [mailto:ppollani@midwoodid.com]
**Sent:** Wednesday, April 12, 2017 1:15 PM
**To:** Signoretti, William
**Subject:** Re: Expressway

Will,

Asphalt looks like it was completed- thanks. There is also a nice pothole behind your store that could use filling.

Also, I will be walking the property with my COO sometime in mid May.

Can you please advise as to when you anticipate spring cleanup to take place? There is an excessive amount for sand and dirt in the lot.

Hopefully the curb repairs are also in process.

Thanks as always.

Regards,

Peter Pollani, FMP
Portfolio Manager
Midwood Investment & Development
430 Park Avenue, Suite 505
New York, NY 10022
Main: (212).682.9595
Direct: (646).292.4924
Mobile: (516).732.8977
ppollani@midwoodid.com

On Apr 7, 2017, at 6:02 PM, Signoretti, William <William.Signoretti@searshc.com> wrote:

> Asphalt is Monday. It was scheduled for yesterday but of course it rained.
>
> The curbs I should know on Monday, that is a different vendor.
>
> Sent from my iPhone
>
> On Apr 7, 2017, at 5:45 PM, Midwood Exchange <ppollani@midwoodid.com> wrote:
>
>> Will,
>>
>> See below (confidential).

Any update on when your asphalt and curb repairs are being made?

I don't want this coming to a head and rather address it without formal notice if possible.

Regards,

Peter Pollani, FMP
Portfolio Manager
Midwood Investment & Development
430 Park Avenue, Suite 505
New York, NY 10022
Main: (212).682.9595
Direct: (646).292.4924
Mobile: (516).732.8977
ppollani@midwoodid.com

Begin forwarded message:

> **From:** Ryan Frederick <rf@midwoodid.com>
> **Date:** April 7, 2017 at 4:39:42 PM EDT
> **To:** Peter Pollani <ppollani@midwoodid.com>
> **Subject: RE: Expressway**
>
> Hey Peter,
>
> We passed our inspection today for Planning, but the inspector apparently was pretty upset about the condition of the rest of the plaza. I only walked around right where I took those pictures, but he wants the rest of the site to be fixed up too. Based on what my site guy told me, he was focused on curbs and potholes, but was speaking pretty generally about the balance of the site as well. It's not going to hold up the LAF CO, but he made general references about it affecting our front pad CO. We may want to have your site guy do an entire survey of the center and mark up a drawing of where there are broken curbs, potholes, missing striping/signage, etc. Just a thought, let me know what you think. Thanks man.
>
> Ryan Frederick
> Project Manager
> MIDWOOD INVESTMENT & DEVELOPMENT
> 430 Park Avenue, Suite 505
> New York, NY 10022
> 212.682.9595 main
> 646.292.4916 direct
> 646-483-0695 mobile
> 212.983.9697 fax
> RF@Midwoodid.com

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged

3

information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

| | |
|---|---|
| **From:** | Signoretti, William <William.Signoretti@searshc.com> |
| **Sent:** | Tuesday, May 16, 2017 3:23 PM |
| **To:** | Peter Pollani |
| **Subject:** | Kmart 4871 Farmingville |
| **Attachments:** | photo 1.JPG; photo 2.JPG; photo 3.JPG; photo 4.JPG; photo 5.JPG; image.jpeg |

Good afternoon Peter,

I went to the store and surveyed the potholes in the roadway you outlined as well as the one behind the store. My contractor was already there, I requested funding, and it should be late this week/early next for the work to be done.

As for the curbs, I stopped by yesterday and saw the repairs weren't started. I called the vendor, and was told due to all the rain in the past weeks they are behind. I reminded them of my obligations to the property owner and the expedited need to get this done. If I don't see movement by the end of this week, I will get the work done by someone else and then have to go after the original vendor for reimbursement.

Regards,

Bill

**William Signoretti**
**Sears Holdings Corporation**
**District Facilities Manager 237**
**Long Island/New York City**
William.Signoretti@searshc.com
cell (631) 739-3801

To serve, delight and engage our members while they shop their way

This document/information was requested by legal counsel, is attorney-client privileged, attorney work product, disseminated and/or provided in contemplation of potential or future litigation, and/or confidential information that is intended solely for the use of individual(s) or entit(ies) to which it is disseminated. You are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.