# EXHIBIT 2

## Jasinowski, Dennis

**From:** Pukas, Bradley
**Sent:** Tuesday, October 02, 2018 3:55 PM
**To:** Valerie Haugh JD
**Cc:** Jasinowski, Dennis
**Subject:** FW: Kmart #4871 Farmingville, NY   Expressway Plaza / Kmart Parking Lot and Drive Lane Paving 11/20-11/23 and 11/27-11/29

This was the last communication I had with LL until recent default notice. I never received documentation mandating work from municipality.

**From:** Pukas, Bradley
**Sent:** Monday, November 20, 2017 8:18 AM
**To:** Peter Pollani <ppollani@midwoodld.com>; Kern, John <John.Kern@searshc.com>; Jasinowski, Dennis <Dennis.Jasinowski@searshc.com>; Thomas Jr., Leon <Leon.ThomasJr@searshc.com>; Sulejmanl, Ersen <Ersen.Sulejmani@searshc.com>
**Cc:** Mehul Patel <mpatel@midwoodld.com>; Michael Gurary <mgurary@midwoodld.com>; Steven Brown <SBrown@midwoodld.com>; Ryan Frederick <rf@midwoodld.com>; Mary Warren <mwarren@midwoodld.com>
**Subject:** RE: Kmart #4871 Farmingville, NY Expressway Plaza / Kmart Parking Lot and Drive Lane Paving 11/20-11/23 and 11/27-11/29

Peter –

My Facilities team will be reviewing the information you provided and will likely have questions, but my feeling is there is nothing here that warrants an "emergency repair" nor justification of putting Kmart into a default situation.  Landlord's notice of default dated November 8, 2017 was the first communication that there were any concerns about the condition of the parking lot and/or drive lanes.

Additionally, I'm going to need documentation from the municipality confirming their mandate of this work to be completed immediately.

Brad Pukas
Real Estate Asset Manager
Sears Holdings Corporation
3333 Beverly Road  BC-093A
Hoffman Estates, IL  60179
Phone: (847) 286-6852
Fax: (847) 286-7976

1

18-23538-rdd   Doc 2497   Filed 02/08/19   Entered 02/08/19 13:31:17   Main Document
Pg 36 of 67

The content of this email and the opinions and conclusions expressed herein may not be complete or comprehensive and the Sears Real Estate Department accepts no liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing by the Sears Real Estate legal group. Any views or opinions presented in this email are solely those of the author.

**From:** Peter Pollani [mailto:ppollani@midwoodid.com]
**Sent:** Sunday, November 19, 2017 8:27 PM
**To:** Pukas, Bradley <Bradley.Pukas@searshc.com>; Kern, John <John.Kern@searshc.com>; Jasinowski, Dennis <Dennis.Jasinowski@searshc.com>; Thomas Jr., Leon <Leon.ThomasJr@searshc.com>; Suleimani, Ersen <Ersen.Suleimani@searshc.com>
**Cc:** Mehul Patel <mpatel@midwoodid.com>; Michael Gurary <mgurary@midwoodid.com>; Steven Brown <SBrown@midwoodid.com>; Ryan Frederick <rf@midwoodid.com>; Mary Warren <mwarren@midwoodid.com>
**Subject:** Re: Expressway Plaza / Kmart Parking Lot and Drive Lane Paving 11/20-11/23 and 11/27-11/29

Mr. Pukas,

It was a pleasure speaking with you earlier in the week.

Below are my responses in regards to your request for information:

1)   Photos of drive lanes showing exiting conditions that are requiring immediate/emergency work (please see attached) *** These photos are not all inclusive of the emergency work, nor do they include the general parking area and rear drive lane which also need to be addressed by Kmart in the Spring of '18 as per the default notice*** I would advise that a qualified Kmart representative thoroughly document the entire area in order to address the remaining areas as included in the default notice.

2)   Costs of this work (Detailed proposal and cost breakdown attached)

3)   Documentation from City of Farmingville directing this scope of work required to be completed this year  (As per my walkthrough last week with DOB Town Inspector Bruce Schaal, the attached diagram indicates areas that were identified by the inspector for immediate reconstruction. The inspector further noted that additional repairs would be required within the Kmart general parking area and rear drive lane, but as these were not affecting the main drive lanes, they could wait for the early Spring.)

Work will commence tomorrow 11/20 and run through 11/23 for the reconstructive portions (outlined in red on the last attachment). All remaining repairs will take place the following week of 11/27 and be staggered to minimize disruption.

We apologize for the timing and will make every effort to re-direct your staff and visitors to any one of our other property entrances at N. Ocean Avenue and Horseblock Road during the initial reconstructive portion.

Please do not hesitate to contact me directly with any questions or concerns regarding the aforementioned.

Regards,

**Peter Pollani, FMP**
**Portfolio Manager**
**Midwood Investment & Development**
430 Park Avenue, 2nd Floor
New York, NY 10022
Direct: 212.682.4924
Mobile: 516.732.8977
ppollani@midwoodid.com

\*\*\*MIDWOOD HAS MOVED! Same building, different floor.  Please note our new address and update your records. \*\*\*

Peter --

It was nice speaking with you this morning regarding the parking lot paving required at Kmart #4871 Farmingville, NY.

Recapping our conversation, you are going to provide the following:
1)  Photos of drive lanes showing exiting conditions that are requiring immediate/emergency work
2)  Costs of this work
3)  Documentation from City of Farmingville directing this scope of work required to be completed this year

Also as we discussed, the remainder of the parking lot repairs to be done within the Kmart parking field can wait to be completed next spring.

Thanks Peter!

-Brad-

Brad Pukas
Real Estate Asset Manager
Sears Holdings Corporation
3333 Beverly Road  BC-093A
Hoffman Estates, IL  60179
Phone: (847) 286-6852
Fax: (847) 286-7976

3

18-23538-rdd   Doc 2497   Filed 02/08/19   Entered 02/08/19 13:31:17   Main Document
Pg 38 of 67

The content of this email and the opinions and conclusions expressed herein may not be complete or comprehensive and the Sears Real Estate Department accepts no liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing by the Sears Real Estate legal group. Any views or opinions presented in this email are solely those of the author.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

# PROPOSAL



**DuMOR**

**CONSTRUCTION INC.**
PARKING AREA SPECIALISTS

DATE        11/3/2017
ESTIMA...    2017-0768

NAME / ADDRESS

Midwood Management
430 Park Avenue
Suite 505
New York, NY  10022
Attn: Mr. Peter Pollani

42 Grant Avenue
Bay Shore, New York 11706
(631) 586-7200 • Fax (631) 586-7208

PROJECT

Estimate #2

Job site Contact

Mr. Peter Poll...

Job Phone

(516).732.8977

| Phone | 212 682-9595 | TERMS | 35%down, bal. @ completion | REP | D J | Fax | 212 983-9697 |
|-------|--------------|-------|-----------------------------|-----|-----|-----|---------------|

| ITEM | DESCRIPTION | TOTAL |
|------|-------------|-------|
| Rebrick drywell | `REBRICK DRAIN COVER: Five Covers (5)<br>1) Saw cut & remove asphalt around drywell cover and dispose of asphalt.<br>2) Excavate area and remove casting.<br>3) Remove and replace bricks as necessary.<br>4) Backfill. Install RCA base blend and compact. | |
| PATCH - R & R | PATCH: Remove and replace 10,200 sf in 14 areas.<br>1) Saw cut asphalt and remove or mill area down.<br>2) Add recycled crushed concrete base blend as needed and compact.<br>3) Patch areas with 2 1/2" of NY State Type 6F asphalt compacted to an average depth of 2".<br>4) Apply hot tar to seams of patches to prevent water infiltration. | |
| Walk<br>Curbs<br>Total<br>Reconstruct Parking Area | 1) Remove and replace sidewalk in 2 areas approximately 10 sf<br>2) Remove and replace curbing approximately 26 lf in 2 areas.<br>Total price for taxable portion of job, not including NYS sales tax<br>RECONSTRUCT PARKING AREA: Drive Lane 2 area approximately 54500 sf<br><br>SEE Diagram<br>Job to include:<br>1) Mill existing pavement and dispose of off site.<br>2) Add RCA as necessary.<br>3) Regrade base blend and compact.<br>4) Adjust steel manhole covers and drains as necessary to new grade.<br>5) Pave area with:<br>   2" of binder asphalt after compaction<br>   1 1/2" of NY State Top asphalt after compaction<br>6) Restripe parking area.<br>NOTE: Price based on existing asphalt being no more than 2" thick | 54,300.00T<br>184,468.75 |
| Retain this copy for your records. | | |

| **TOTAL** |
|-----------|

SIGNATURE

# PROPOSAL

**DuMOR**

**CONSTRUCTION INC.**
PARKING AREA SPECIALISTS

| | |
|---|---|
| DATE | 11/3/2017 |
| ESTIMA... | 2017-0768 |

**NAME / ADDRESS**

Midwood Management
430 Park Avenue
Suite 505
New York, NY  10022
Attn: Mr. Peter Pollani

42 Grant Avenue
Bay Shore, New York 11706
(631) 586-7200 • Fax (631) 586-7208

PROJECT

Estimate #2

Job site Contact

Mr. Peter Poll...

Job Phone

(516).732.8977

| Phone | 212 682-9595 | TERMS | 35%down, bal. @ completion | REP | D J | Fax | 212 983-9697 |
|---|---|---|---|---|---|---|---|

| ITEM | DESCRIPTION | TOTAL |
|---|---|---|
| | Dumor Construction Inc will call for a utility mark out as required by law. There may be utilities consumer owned (not owned by utility company, owned by property owner) that may not be marked out. If deemed necessary, a private markout company can be hired and the cost passed along to our customer, usually about $500.00 for a smaller job. There may be permits required (depending on Towns requirements) for a total restripe of lot. Site plan may be needed as well. DuMOR Construction Inc and any of our subcontractors will not be responsible for any underground wiring, pipes or utilities and or any other conditions buried under the existing pavement. Including, but not limited to sprinklers, site lighting, electric gate wires or traffic light actuator (traffic light loops). There may also be concrete covers buried under pavement due to improper abandoned cesspools, etc. Additional cost to repair any under pavement damage will be the responsibility of the owner of property, not the contractor or subcontractor. | |
| | Sales Tax - Suffolk County | 4,683.38 |

| Retain this copy for your records. | **TOTAL** | $243,452.13 |
|---|---|---|

SIGNATURE











18-23538-rdd    Doc 2497    Filed 02/08/19    Entered 02/08/19 13:31:17    Main Document
Pg 45 of 67

























18-23538-rdd    Doc 2497    Filed 02/08/19    Entered 02/08/19 13:31:17    Main Document
Pg 57 of 67









18-23538-rdd    Doc 2497    Filed 02/08/19    Entered 02/08/19 13:31:17    Main Document
Pg 62 of 67









18-23538-rdd    Doc 2497    Filed 02/08/19    Entered 02/08/19 13:31:17    Main Document
Pg 65 of 67





MIDWOOD MANAGEMENT
EXPRESSWAY PLAZA
2350 North Ocean Ave.
Farmingville, NY

RED RECONSTRUCT 2 AREAS
approx. 54,500sf total

2017 DuMOR Construction Inc.