# EXHIBIT 3

## Collins, Patrick

| | |
|---|---|
| **From:** | Peter Pollani <ppollani@midwoodid.com> |
| **Sent:** | Friday, April 19, 2019 8:53 AM |
| **To:** | Pukas, Bradley; SM4871, Store Manager; Steven Brown |
| **Cc:** | Roger.Sinanan@searshc.com; Michael Gurary; Ayelet Sara Lebovicz; Kristin Chase; William Corso |
| **Subject:** | SM4871 -Site Issues - Farmingville NY |

Brad/Roger,

Below are photos of the numerous deficiencies identified during this morning's site inspection of SM4871.   The condition of the site is simply unacceptable by any standard.

Please ensure these are addressed asap.

Regards,

**Peter Pollani, FMP**
**Senior Portfolio Manager**

**Midwood Investment & Development**
430 Park Avenue, 2nd Floor, New York, NY 10022
**p** (646) 292-4924 **c** (516) 732-8977
ppollani@midwoodid.com

**From:** Peter Pollani <ppollani@midwoodid.com>
**Sent:** Friday, April 19, 2019 8:35 AM
**To:** Peter Pollani <ppollani@midwoodid.com>
**Subject:**























