# Exhibit B

## Davidov Declaration

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                              :        Chapter 11
                                                    :
SEARS HOLDINGS CORPORATION, *et al.*,               :        Case No. 18-23538 (RDD)
                                                    :        (Jointly Administered)
                              Debtors.              :
------------------------------------------------------------x

### DECLARATION OF JULIE DAVIDOV IN FURTHER SUPPORT OF MOTION OF MIDWOOD MANAGEMENT CORP.  FOR ORDER DECLARING AUTOMATIC STAY INAPPLICABLE TO NON-RESIDENTIAL REAL PROPERTY LEASE

Julie Davidov, pursuant to 28 U.S.C. § 1746, declares the following under penalty of perjury:

1.      I am a property accountant for Midwood Management Corp. ("Landlord").  I have been employed by Midwood Management Corp. since 2008 and have held the position of property accountant since December 1, 2017.  Consequently, I am fully familiar with the facts and circumstances stated herein.

2.      I respectfully submit this Declaration in further support of Midwood's *Motion for Order Declaring Automatic Stay Inapplicable to Non-Residential Real Property Lease* (the "Motion").

3.      Midwood is the authorized agent of for Expressway Plaza I, LLC and Farmingville Associates Phase 1, LLC as tenants in common ("Landlord") with respect to the property located at 2280 North Ocean Avenue, Farmingville, New York (the "Property").  Landlord, as assignee of Farmingville Associates, a New York general partnership, and Kmart Corporation are parties to a lease (as amended and extended, the "Lease"), dated December 20, 1991, under which Kmart leased a portion of the Property from Landlord.  The portion of the Property leased by Kmart (the "Premises) is located within a shopping center known as

Expressway Plaza.

4.    It is not, and has not been, Midwood's practice to send Kmart monthly statements for amounts due under the Lease.  Rather, Midwood's practice has been to send Kmart invoices for additional rent as and when charges comprising additional rent under the Lease arise.

5.    On April 4, 2018, I sent an e-mail[1] to Franck Moyo and Tammi Banaszak at Sears Holdings Corporation transmitting two invoices (the "Initial Invoices") in the total amount of $208,062.10 for most of Kmart's share of the costs incurred by Landlord to perform emergency work at the Premises and requesting payment of those Invoices. Midwood has previously sent additional rent invoices under the Lease to Mr. Moyo and Ms. Banaszak that were processed by Kmart without incident.  On April 26, 2018, I sent an email to Mr. Moyo and Ms. Banaszak transmitting a third invoice (the "Third Invoice" and together with the Initial Invoices, the "Invoices"), in the amount of $7,364.78 for the remainder of Kmart's share of the costs incurred by Landlord to perform the emergency work.

6.    I did not receive a response from Mr. Moyo or Ms. Banaszak to my April 4th or April 26th e-mails.

7.    On May 8, 2018, I again sent a message to Mr. Moyo and Ms. Banaszak querying whether the payment had been mailed to the Landlord on the Initial Invoices and requesting that they advise me as soon as possible.

8.    On that same date, Mr. Moyo, a financial analyst in the real estate department at Sears Holdings Corporation, responded to me that those invoices were assigned to one of the Debtors' analysts for review and that the analyst would contact me if she had any questions. He copied Ms. Banaszak and Dorothy Field, a lease administrator for Sears Holdings Corporation, on the e-mail.

---

[1] All e-mails referred to herein between me and the Debtors are attached hereto as Exhibit 1.

9.    On May 30, 2018, I followed-up to Mr. Moyo's May 8th e-mail and requested that Mr. Moyo provide me with an update on payment status. I copied Ms. Banaszak and Ms. Field on my e-mail, but I did not receive a response from any of them.

10.    On June 6, 2018, I again followed up by e-mail with Mr. Moyo, Ms. Banaszak and Ms. Field in two separate e-mails requesting payment for both the Initial Invoices and the Third Invoice and requesting that they advise me as soon as possible if payment had been sent. I did not receive a response to my e-mails.

11.    On June 19, 2018, I again requested an update from Mr. Moyo and Ms. Banaszak on the Initial Invoices.

12.    On that same date, Mr. Moyo replied to me that payment had been sent for the real estate taxes due under the Lease. I responded back to him a few minutes later that my e-mails pertained not to the payment of the real estate taxes but to the payment of the Invoices relating to the emergency work. I did not receive any further response from Mr. Moyo.

13.    I sent additional follow-up emails to Mr. Moyo and Ms. Banaszak on June 26, 2018 and July 11, 2018. I did not receive a response to either of those e-mails.

Dated: February 13, 2019

_Julie Davidov_
JULIE DAVIDOV

FF\8124999.1

# EXHIBIT 1

**From:**          Julie Davidov <jd@midwoodid.com>
**Sent:**          Wednesday, April 4, 2018 4:01 PM
**To:**            'Moyo, Franck'; 'Banaszak, Tammi'
**Cc:**             Steven Brown; Peter Pollani; Tina Pan; Richard Fisher
**Subject:**       K mart- # 4871 - expressway plaza
**Attachments:**   kmart - invoice #2.pdf; kmart.pdf

Hello,

Please see attached 2 invoices for your payment

Thank you,

**Julie Davidov**
**Property Accountant**

**Midwood Investment & Development**
430 Park Avenue, 2nd Floor, New York, NY 10022
Direct: 646.292.4918 Fax: 212.983.9697
jd@midwoodid.com

MIDWOOD MANAGEMENT CORP.
430 PARK AVENUE 2ND FLOOR

NEW YORK, NY  10022
(212) 682-9595

C/O SEARS ROEBUCK & CO
K MART # 4871
ATTN: LEASE ADM.
333 BEVERLY ROAD
HOFFMAN ESTATES, IL  60179

| | |
|---|---|
| Tenant Name: | K MART # 4871 |
| Space Number: | 16 |
| Invoice Date: | April 4, 2018 |

| | |
|---|---:|
| 2018 MISC INCOME Expense | 58,983.38 |
| Prior Year Expense w/ % Increase | |
| Prior Year Expense w/ % Increase | |
| Total Recoverable Expense for Current Year | 58,983.38 |
| Less Stop Amount | |
| Total Recoverable MISC INCOME Expense | 58,983.38 |
| Tenant Share | 40.00% |
| Total Amount Due for 2018 Before Cap | 23,593.35 |
| Cap for Year | |
| Total Due for Expense Period | 23,593.35 |
| Occupancy Percentage for Year | 100.00% |
| Total Amount Due | 23,593.35 |

# DaMOR Construction Inc.

# INVOICE

42 Grant Avenue
Bay Shore, NY 11706
631 586-7200  631 586-7208

| DATE | INVOICE # |
|------|-----------|
| 12/6/2017 | 16719 |

**BILL TO**

Midwood Management
430 Park Avenue
Suite 505
New York, NY 10022
Attn: Mr. Peter Poliani

**JOB NAME**

Completed 12/6/17

| P.O. NO. | TERMS | REP |
|----------|-------|-----|
| | Upon Receipt | D J |

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | JOB: Express Plaza | |
| | 2302 -2390 North Ocean Avenue | |
| | 910 - 990 Horseblock Road (AKA 2220 North Ocean Avenue) | |
| | Farmingville, NY | |
| Rederick Drywell | THREECK DRAIN COVER: Five Covers (5) | |
| | 1) Saw cut & remove asphalt around drywell cover and dispose of asphalt. | |
| | 2) Excavate area and remove curbing. | |
| | 3) Remove and replace kerbing as necessary. | |
| | 4) Backfill. Install RCA base blend and compact. | |
| PATCH - R & R | PATCH: Remove and replace 10,200 sf in 14 areas. | |
| | 1) Saw out asphalt and remove as mill area dawar | |
| | 2) Add recycled crushed concrete base blend as needed and compact. | |
| | 3) Patch areas with 2 1/2" of NY State Type 6F asphalt compacted to | |
| | an average depth of 2". | |
| Walk | 4) Apply hot tar to seams of patches to prevent water infiltration. | |
| Curbs | 1) Remove and replace sidewalk in 2 areas approximately 10 sf | |
| Total | 2) Remove and replace curbing approximately 26 lf in 2 areas. | 54,300.00? |
| Reconstruct Parkin... | Total price for taxable portion of job, not including NYS sales tax | |
| | RECONSTRUCT PARKING AREA: Drive Lane 2 area approximately 54500 sf | |
| | SEE Diagram | |
| | Job to include: | |
| | 1) Mill existing pavement and dispose of off site. | |
| | 2) Add RCA as necessary. | |
| | 3) Regrade base blend and compact. | |
| | 4) Adjust steel manhole covers and drains as necessary to | |
| | new grade. | |
| | 5) Pave area with: | |

| Please return one copy with payment. Thank You!!! | **Total** | |
|---|---|---|

Page 1

# DuMOR Construction Inc.

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 12/6/2017 | 16719 |

**BILL TO**

Midwood Management
430 Park Avenue
Suite 505
New York, NY 10022
Attn: Mr. Peter Pollini

**JOB NAME**

Completed 12/6/17

| P.O. NO. | TERMS | REP |
|----------|-------|-----|
| | Upon Receipt | D J |

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | 2" of binder asphalt after compaction | |
| | 1 1/2" of NY State Top asphalt after compaction | |
| | 4) Restripe parking area. | |
| | NOTE: Price based on existing asphalt being no more than 2" thick | |
| | Dumor Construction Inc will call for a utility mark out as required by law. There may be utilities customer owned (not owned by utility company, owned by property owner) that may not be marked out. If deemed necessary, a private markout company can be hired and the cost passed along to our customer, usually about $500.00 for a smaller job. There may be permits required (depending on Towns requirements) for a total restripe of lot. Site plan may be needed as well. DuMOR Construction Inc and any of our subcontractors will not be responsible for any underground wiring, pipes or utilities and/or any other conditions buried under the existing pavement. Including, but not limited to sprinklers, site lighting, electric gate wires or traffic light actuator (traffic light loops). There may also be concrete covers buried under pavement due to improper abandoned cesspools, etc. Additional cost to repair any under pavement damage will be the responsibility of the owner of property, not the contractor or subcontractor. | |
| | Sales Tax - Suffolk County | 4,683.38 |
| Please return one copy with payment. Thank You!!! | | |
| | **Total** | **$58,983.38** |

Good Service and quality work deserves quick payment.

-Page 2

**MIDWOOD MANAGEMENT CORP.**
**430 PARK AVENUE 2ND FLOOR**

**NEW YORK, NY 10022**
**(212) 682-9595**

**C/O SEARS ROEBUCK & CO**
**K MART # 4871**
**ATTN: LEASE ADM.**
**333 BEVERLY ROAD**
**HOFFMAN ESTATES, IL 60179**

| | |
|---|---|
| Tenant Name: | K MART # 4871 |
| Space Number: | 16 |
| Invoice Date: | April 4, 2018 |

| | |
|---|---|
| 2018 MISC INCOME Expense | 184,468.75 |
| Prior Year Expense w/ % Increase | |
| Prior Year Expense w/ % Increase | |
| Total Recoverable Expense for Current Year | 184,468.75 |
| Less Stop Amount | |
| Total Recoverable MISC INCOME Expense | 184,468.75 |
| Tenant Share | 100.00% |
| Total Amount Due for 2018 Before Cap | 184,468.75 |
| Cap for Year | |
| Total Due for Expense Period | 184,468.75 |
| Occupancy Percentage for Year | 100.00% |
| Total Amount Due | 184,468.75 |

# DuMOR Construction Inc.

# INVOICE

42 Ginat Avenue
Bay Shore, NY 11706
631 586-7200 631 586-7208

| DATE | INVOICE # |
|------|-----------|
| 11/28/2017 | 16703 |

| BILL TO | JOB NAME |
|---------|----------|
| Midwood Management<br>430 Park Avenue<br>Suite 505<br>New York, NY 10022<br>Attn: Mr. Peter Polleni | Paving completed 11/27/17 |

| P.O. NO. | TERMS | REP |
|----------|-------|-----|
|  | Upon Receipt | DJ |

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| Reconstruct Parkin... | RECONSTRUCT PARKING AREA: Drive Lane 2 area approximately 54500 sf<br>SEE Diagram. Job to include:<br>1) Mill existing pavement and dispose of off site.<br>2) Add RCA as necessary.<br>3) Regrade base blend and compact.<br>4) Adjust steel manhole covers and drains as necessary to<br>new grade.<br>5) Pave area with:<br>    2" of binder asphalt after compaction<br>    1 1/2" of NY State Top asphalt after compaction<br>6) Restripe parking area.<br>NOTE: Price based on existing asphalt being no more<br>    than 2" thick<br>Please sign date and return certificate of capital improvement. Thank you!!<br>Sales Tax - Suffolk County | 184,468.75<br><br><br><br><br><br><br><br><br><br><br><br><br>0.00 |

| Retain this copy for your records. | Total | $184,468.75 |
|---|---|---|

Good Service and quality work deserves quick
payment.



New York State Department of Taxation and Finance
New York State and Local Sales and Use Tax

**Certificate of Capital Improvement**

**ST-124**
(2/12)

After this certificate is completed and signed by both the customer and the contractor performing the capital improvement, it must be kept by the contractor.

**Read this form completely before making any entries.**

**This certificate may not be used to purchase building materials exempt from tax.**

| Name of customer (print or type) | Name of contractor (print or type) |
|---|---|
| Midwood Mgmt Corp | Dumor Construction Inc |
| Address (number and street) | Address (number and street) |
| 430 Park Ave Suite 505 | 42 Grant Ave. |
| City / State / ZIP code | City / State / ZIP code |
| New York NY 10022 | Bay Shore NY 11706 |
| Sales tax Certificate of Authority number (if any) | Sales tax Certificate of Authority number (if any) |
|  | 11-2660703 1 |

**To be completed by the customer**

Describe capital improvement to be performed:

Pave - Reconstruct Drive Lane 2 area

| Project / property | |
|---|---|
| Expressway Plaza | |
| Street address (number and street or rural route, and apartment number) | City / State / ZIP code |
| North Ocean Ave | Farmingville NY 11738 |

I certify that:
- I am the (mark one) ☐ owner ☐ tenant of the real property identified on this form; and
- the work described above will result in a capital improvement to the real property within the guidelines of this form; and
- this contract (mark one) ☐ includes ☐ does not include the sale of any tangible personal property that, when installed, does not become a permanent part of the real property (for example, a free-standing microwave or washing machine).

I understand that:
- I will be responsible for any sales tax, interest, and penalty due on the contractor's total charge for tangible personal property and for labor if it is determined that this work does not qualify as a capital improvement; and
- I will be required to pay the contractor the appropriate sales tax on tangible personal property (and any associated services) transferred to me pursuant to this contract when the property installed by the contractor does not become a permanent part of the real property; and
- I will be subject to civil or criminal penalties (or both) under the Tax Law if I issue a false or fraudulent certificate.

| Signature of customer | Title | Date |
|---|---|---|
|  |  |  |

**To be completed by the contractor**

I, the contractor, certify that I have entered into a contract to perform the work described by the customer named above, and that I accept this form in good faith. (A copy of the written contract, if any, is attached.) I understand that my failure to collect tax as a result of accepting an improperly completed certificate will make me personally liable for the tax otherwise due, plus penalties and interest.

| Signature | Title | Date |
|---|---|---|
| Christine O'Donnell | Office Mgr. | 11/28/17 |

**This certificate is not valid unless all entries are completed.**

| | |
|---|---|
| **From:** | Julie Davidov <jd@midwoodid.com> |
| **Sent:** | Wednesday, May 30, 2018 10:54 AM |
| **To:** | Moyo, Franck; Banaszak, Tammi; Field, Dorothy |
| **Cc:** | Tina Pan; Peter Pollani; Steven Brown; Richard Fisher |
| **Subject:** | RE: K mart- # 4871 - expressway plaza -2 invoices |

Good Morning,

I am following up here. Can you please provide us with an update on payment status?


Thank you,

**Julie Davidov**
**Property Accountant**

**Midwood Investment & Development**
430 Park Avenue, 2nd Floor, New York, NY 10022
Direct: 646.292.4918 Fax: 212.983.9697
jd@midwoodid.com


---

**From:** Moyo, Franck <Franck.Moyo@searshc.com>
**Sent:** Tuesday, May 08, 2018 5:42 PM
**To:** Julie Davidov <jd@midwoodid.com>
**Cc:** Banaszak, Tammi <Tammi.Banaszak@searshc.com>; Tina Pan <tpan@midwoodid.com>; Peter Pollani <ppollani@midwoodid.com>; Steven Brown <SBrown@midwoodid.com>; Richard Fisher <rfisher@midwoodid.com>; Field, Dorothy <Dorothy.Field@searshc.com>
**Subject:** RE: K mart- # 4871 - expressway plaza -2 invoices

It's been assigned to one of our analysts for review.
She will contact you if she has any questions.

Thank you


**FRANCK MOYO**
Financial Analyst Real Estate
Sears Holdings Corporation
Desk# BC-183B
Franck.Moyo@searshc.com


Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate,

1

and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.     .

**From:** Julie Davidov [mailto:jd@midwoodid.com]
**Sent:** Tuesday, May 08, 2018 4:11 PM
**To:** Moyo, Franck <Franck.Moyo@searshc.com>; Banaszak, Tammi <Tammi.Banaszak@searshc.com>
**Cc:** Tina Pan <tpan@midwoodid.com>; Peter Pollani <ppollani@midwoodid.com>; Steven Brown <SBrown@midwoodid.com>; Richard Fisher <rfisher@midwoodid.com>
**Subject:** FW: K mart- # 4871 - expressway plaza -2 invoices

**Enterprise Security Team Alert:** This email originated from outside of the organization. Please use caution when opening messages from external sources.

Hi Tammi & Franck,

Have you mailed the payment? Please advise ASAP

Thank you,

**Julie Davidov**
**Property Accountant**

**Midwood Investment & Development**
430 Park Avenue, 2nd Floor, New York, NY 10022
Direct: 646.292.4918 Fax: 212.983.9697
jd@midwoodid.com

**From:** Julie Davidov
**Sent:** Wednesday, April 04, 2018 4:01 PM
**To:** 'Moyo, Franck' <Franck.Moyo@searshc.com>; 'Banaszak, Tammi' <Tammi.Banaszak@searshc.com>
**Cc:** Steven Brown <SBrown@midwoodid.com>; Peter Pollani <ppollani@midwoodid.com>; Tina Pan <tpan@midwoodid.com>; Richard Fisher <rfisher@midwoodid.com>
**Subject:** K mart- # 4871 - expressway plaza

Hello,

Please see attached 2 invoices for your payment

Thank you,

Julie Davidov

Property Accountant

**Midwood Investment & Development**
430 Park Avenue, 2nd Floor, New York, NY 10022
Direct: 646.292.4918 Fax: 212.983.9697
jd@midwoodid.com

---

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

| | |
|---|---|
| **From:** | Julie Davidov <jd@midwoodid.com> |
| **Sent:** | Wednesday, June 6, 2018 11:04 AM |
| **To:** | Moyo, Franck; Banaszak, Tammi |
| **Cc:** | Steven Brown; Tina Pan; Peter Pollani; Richard Fisher |
| **Subject:** | FW: K mart- # 4871 - expressway plaza -2 invoices |
| **Attachments:** | kmart - invoice #2.pdf; kmart.pdf |

Hello,

I am following up here. Please advise ASAP if payment has been sent. I have attached backup of the invoices for your convenience.

Thank you,

Julie Davidov

Property Accountant

Midwood Investment & Development

430 Park Avenue, 2nd Floor, New York, NY 10022

Direct: 646.292.4918 Fax: 212.983.9697

jd@midwoodid.com <mailto:jd@midwoodid.com>

———

From: Julie Davidov
Sent: Tuesday, May 08, 2018 5:11 PM
To: 'Moyo, Franck' <Franck.Moyo@searshc.com>; Banaszak, Tammi <Tammi.Banaszak@searshc.com>
Cc: Tina Pan <tpan@midwoodid.com>; Peter Pollani <ppollani@midwoodid.com>; Steven Brown <SBrown@midwoodid.com>;
Richard Fisher <rfisher@midwoodid.com>
Subject: FW: K mart- # 4871 - expressway plaza -2 invoices

Hi Tammi & Franck,

Have you mailed the payment? Please advise ASAP

1

Thank you,

Julie Davidov

Property Accountant

Midwood Investment & Development

430 Park Avenue, 2nd Floor, New York, NY 10022

Direct: 646.292.4918 Fax: 212.983.9697

jd@midwoodid.com <mailto:jd@midwoodid.com>

———

From: Julie Davidov
Sent: Wednesday, April 04, 2018 4:01 PM
To: 'Moyo, Franck' <Franck.Moyo@searshc.com <mailto:Franck.Moyo@searshc.com> >; 'Banaszak, Tammi'
<Tammi.Banaszak@searshc.com <mailto:Tammi.Banaszak@searshc.com> >
Cc: Steven Brown <SBrown@midwoodid.com <mailto:SBrown@midwoodid.com> >; Peter Pollani <ppollani@midwoodid.com
<mailto:ppollani@midwoodid.com> >; Tina Pan <tpan@midwoodid.com <mailto:tpan@midwoodid.com> >; Richard Fisher
<rfisher@midwoodid.com <mailto:rfisher@midwoodid.com> >
Subject: K mart- # 4871 - expressway plaza

Hello,

Please see attached 2 invoices for your payment

Thank you,

Julie Davidov

Property Accountant

Midwood Investment & Development

430 Park Avenue, 2nd Floor, New York, NY 10022

Direct: 646.292.4918 Fax: 212.983.9697

jd@midwoodid.com <mailto:jd@midwoodid.com>

MIDWOOD MANAGEMENT CORP.
430 PARK AVENUE 2ND FLOOR

NEW YORK, NY  10022
(212) 682-9595

C/O SEARS ROEBUCK & CO
K MART # 4871
ATTN: LEASE ADM.
333 BEVERLY ROAD
HOFFMAN ESTATES, IL  60179

| | |
|---|---|
| Tenant Name: | K MART # 4871 |
| Space Number: | 16 |
| Invoice Date: | April 4, 2018 |

| | |
|---|---|
| 2018 MISC INCOME Expense | 58,983.38 |
| Prior Year Expense w/ % Increase | |
| Prior Year Expense w/ % Increase | |
| Total Recoverable Expense for Current Year | 58,983.38 |
| Less Stop Amount | |
| Total Recoverable MISC INCOME Expense | 58,983.38 |
| Tenant Share | 40.00% |
| Total Amount Due for 2018 Before Cap | 23,593.35 |
| Cap for Year | |
| Total Due for Expense Period | 23,593.35 |
| Occupancy Percentage for Year | 100.00% |
| Total Amount Due | 23,593.35 |

# DuMOR Construction Inc.

# INVOICE

42 Grant Avenue
Bay Shore, NY 11706
631 586-7200 631 586-7208

| DATE | INVOICE # |
|------|-----------|
| 12/6/2017 | 16719 |

**BILL TO**

Midwood Management
430 Park Avenue
Suite 505
New York, NY 10022
Attn: Mr. Peter Poliani

**JOB NAME**

Completed 12/6/17

| P.O. NO. | TERMS | REP |
|----------|-------|-----|
| | Upon Receipt | DJ |

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | JOB: Express Plaza | |
| | 2302 -2390 North Ocean Avenue | |
| | 910 - 990 Horseblock Road (AKA 2380 North Ocean Avenue) | |
| | Farmingville, NY | |
| Rebrick Drywell | REBRICK DRAIN COVER: Five Covers (5) | |
| | 1) Saw cut & remove asphalt around drywell cover and dispose of asphalt. | |
| | 2) Excavate pack and remove curbing. | |
| | 3) Remove and replace bricks as necessary. | |
| | 4) Backfill. Install RCA base blend and compact. | |
| PATCH - R & R | PATCH: Remove and replace 10,200 sf in 14 areas. | |
| | 1) Saw cut asphalt and remove as mill saw devcar | |
| | 2) Add recycled crushed concrete base blend as needed and compact. | |
| | 3) Patch areas with 2 1/2" of NY State Type 6F asphalt compacted to | |
| | an average depth of 2". | |
| | 4) Apply hot tar to seams of patches to prevent water infiltration. | |
| Walk | 1) Remove and replace sidewalk in 2 areas approximately 16 sf | |
| Curbs | 2) Remove and replace curbing approximately 26 lf in 2 areas. | |
| Total | Total price for taxable portion of job, not including NYS sales tax | |
| Reconstruct Parkin... | RECONSTRUCT PARKING AREA: Drive Lane Z area approximately 54500 sf | 54,300.00T |
| | SEE Diagram | |
| | Job to include: | |
| | 1) Mill existing pavement and dispose of off site. | |
| | 2) Add RCA as necessary. | |
| | 3) Regrade base blend and compact. | |
| | 4) Adjust steel manhole covers and drains as necessary to | |
| | new grade. | |
| | 5) Pave area with: | |

| Please return one copy with payment. Thank You!!! | Total | |
|---|---|---|

# DuMOR Construction Inc.

# INVOICE

42 Grant Avenue
Bay Shore, NY 11706
631 586-7200  631 586-7208

| DATE | INVOICE # |
|------|-----------|
| 12/6/2017 | 16719 |

**BILL TO**

Midwood Management
430 Park Avenue
Suite 305
New York, NY 10022
Attn: Mr. Peter Follini

**JOB NAME**

Completed 12/6/17

| P.O. NO. | TERMS | REP |
|----------|-------|-----|
| | Upon Receipt | D J |

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | 2" of binder asphalt after compaction | |
| | 1 1/2" of NY State Top asphalt after compaction | |
| | 6) Restripe parking area. | |
| | NOTE: Price based on existing asphalt being no more than 2" thick | |
| | Dumor Construction Inc will call for a utility mark out as required by law. There may be utilities consumer owned (not owned by utility company, owned by property owner) that may not be marked out. If deemed necessary, a private markout company can be hired and the cost passed along to our customer, usually about $500.00 for a smaller job. | |
| | These may be permits required (depending on Towns requirements) for a total restripe of lot. Site plan may be needed as well. | |
| | DuMOR Construction Inc and any of our subcontractors will not be responsible for any underground wiring, pipes or utilities and, or any other conditions buried under the existing pavement. Including, but not limited to sprinklers, site lighting, electric gate wires or traffic light actuator (traffic light loops). | |
| | There may also be concrete covers buried under pavement due to improper abandoned cesspools, etc. Additional cost to repair any under pavement damage will be the responsibility of the owner of property, not the contractor or subcontractor. | |
| | Sales Tax - Suffolk County | 4,683.38 |

Please return one copy with payment. Thank You!!!

Good Service and quality work deserves quick payment.

| **Total** | **$58,983.38** |
|-----------|-----------------|

·Page 2

MIDWOOD MANAGEMENT CORP.
430 PARK AVENUE 2ND FLOOR

NEW YORK, NY  10022
(212) 682-9595


C/O SEARS ROEBUCK & CO
K MART # 4871
ATTN: LEASE ADM.
333 BEVERLY ROAD
HOFFMAN ESTATES, IL  60179


Tenant Name:      K MART # 4871
Space Number:     16
Invoice Date:     April 4, 2018


| | |
|---|---:|
| 2018 MISC INCOME Expense | 184,468.75 |
| Prior Year Expense w/ % Increase | |
| Prior Year Expense w/ % Increase | |
| | |
| Total Recoverable Expense for Current Year | 184,468.75 |
| Less Stop Amount | |
| Total Recoverable MISC INCOME Expense | 184,468.75 |
| | |
| Tenant Share | 100.00% |
| | |
| Total Amount Due for 2018 Before Cap | 184,468.75 |
| Cap for Year | |
| | |
| Total Due for Expense Period | 184,468.75 |
| Occupancy Percentage for Year | 100.00% |
| Total Amount Due | 184,468.75 |

# DuMOR Construction Inc.

# INVOICE

47 Grant Avenue
Bay Shore, NY 11706
631 586-7200  631 586-7208

| DATE | INVOICE # |
|------|-----------|
| 11/28/2017 | 16703 |

**BILL TO**

Midwood Management
430 Park Avenue
Suite 505
New York, NY 10022
Attn: Mr. Peter Pollani

**JOB NAME**

Paving completed 11/27/17

| P.O. NO. | TERMS | REP |
|----------|-------|-----|
| | Upon Receipt | DJ |

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| Reconstruct Parkin... | RECONSTRUCT PARKING AREA: Drive Lane 2 area approximately 54500 sf SEE Diagram. Job to include:<br>1) Mill existing pavement and dispose of off site.<br>2) Add RCA as necessary.<br>3) Regrade base blend and compact.<br>4) Adjust steel manhole covers and drains as necessary to new grade.<br>5) Pave area with:<br>   2" of binder asphalt after compaction<br>   1 1/2" of NY State Top asphalt after compaction<br>6) Restripe parking areas<br>NOTE: Price based on existing asphalt being no more than 2" thick<br>Please sign date and return certificate of capital improvement. Thank you!!<br>Sales Tax - Suffolk County | 184,468.75<br><br><br><br><br><br><br><br><br><br><br>0.00 |

Retain this copy for your records.

| | Total |
|---|---|
| | $184,468.75 |

Good Service and quality work deserves quick
payment.



New York State Department of Taxation and Finance
**New York State and Local Sales and Use Tax**

# Certificate of Capital Improvement

**ST-124**
(2/12)

After this certificate is completed and signed by both the customer and the contractor performing the capital improvement, it must be kept by the contractor.

**Read this form completely before making any entries.**

**This certificate may not be used to purchase building materials exempt from tax.**

| Name of customer (print or type) | Name of contractor (print or type) |
|---|---|
| Midwood Mgmt Corp | DUMOR Construction Inc |
| Address (number and street) 430 Park Ave Suite 505 | Address (number and street) 42 Grant Ave |
| City New York  State NY  ZIP code 10022 | City Bay Shore  State NY  ZIP code 11706 |
| Sales tax Certificate of Authority number (if any) | Sales tax Certificate of Authority number (if any) 11-2607081 |

**To be completed by the customer**

Describe capital improvement to be performed:

Pave- Reconstruct Drive Lane 2 area

| Project/property |
|---|
| Expressway Plaza |
| Street address (number and street) where the work is to be performed  North Ocean Ave | City Farmingville | State NY | ZIP code 11738 |

I certify that:
- I am the *(mark one)* ☐ owner ☐ tenant of the real property identified on this form; and
- the work described above will result in a capital improvement to the real property within the guidelines of this form; and
- this contract *(mark one)* ☐ includes ☐ does not include the sale of any tangible personal property that, when installed, does not become a permanent part of the real property (for example, a free-standing microwave or washing machine).

I understand that:
- I will be responsible for any sales tax, interest, and penalty due on the contractor's total charge for tangible personal property and for labor if it is determined that this work does not qualify as a capital improvement; and
- I will be required to pay the contractor the appropriate sales tax on tangible personal property (and any associated services) transferred to me pursuant to this contract when the property installed by the contractor does not become a permanent part of the real property; and
- I will be subject to civil or criminal penalties (or both) under the Tax Law if I issue a false or fraudulent certificate.

| Signature of customer | Title | Date |
|---|---|---|

**To be completed by the contractor**

I, the contractor, certify that I have entered into a contract to perform the work described by the customer named above, and that I accept this form in good faith. (A copy of the written contract, if any, is attached.) I understand that my failure to collect tax as a result of accepting an improperly completed certificate will make me personally liable for the tax otherwise due, plus penalties and interest.

| Signature of contractor  Christine B Bruill | Title Office Mgr. | Date 11/28/17 |
|---|---|---|

**This certificate is not valid unless all entries are completed.**

| | |
|---|---|
| **From:** | Julie Davidov <jd@midwoodid.com> |
| **Sent:** | Wednesday, June 6, 2018 11:10 AM |
| **To:** | Moyo, Franck; Banaszak, Tammi |
| **Cc:** | Peter Pollani; Tina Pan |
| **Subject:** | FW: K mart- # 4871- expressway plaza |
| **Attachments:** | SKM_C65818042615390.pdf |

Hello,

I am following on the attached open invoice. Please advise ASAP

Thank you,

Julie Davidov

Property Accountant

Midwood Investment & Development

430 Park Avenue, 2nd Floor, New York, NY 10022

Direct: 646.292.4918 Fax: 212.983.9697

jd@midwoodid.com <mailto:jd@midwoodid.com>

————

From: Julie Davidov
Sent: Thursday, April 26, 2018 4:39 PM
To: 'Moyo, Franck' <Franck.Moyo@searshc.com>
Cc: Tina Pan <tpan@midwoodid.com>; Peter Pollani <ppollani@midwoodid.com>; Richard Fisher <rfisher@midwoodid.com>
Subject: K mart- # 4871- expressway plaza

Hello,

Please see attached invoice for your payment

1

Thank you,

Julie Davidov

Property Accountant

Midwood Investment & Development

430 Park Avenue, 2nd Floor, New York, NY 10022

Direct: 646.292.4918 Fax: 212.983.9697

jd@midwoodid.com <mailto:jd@midwoodid.com>

———

From: scanner@midwoodid.com <mailto:scanner@midwoodid.com> <scanner@midwoodid.com
<mailto:scanner@midwoodid.com> >
Sent: Thursday, April 26, 2018 4:40 PM
To: Julie Davidov <jd@midwoodid.com <mailto:jd@midwoodid.com> >
Subject: Message from KM_C658

**MIDWOOD MANAGEMENT CORP.**
430 PARK AVENUE 2ND FLOOR

NEW YORK, NY 10022
(212) 682-9595

C/O SEARS ROEBUCK & CO
K MART # 4871
ATTN: LEASE ADM.
333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179

| | |
|---|---|
| Tenant Name: | K MART # 4871 |
| Space Number: | 16 |
| Invoice Date: | April 26, 2018 |

| | |
|---|---|
| 2017 MISC INCOME Expense | 18,411.94 |
| Prior Year Expense w/ % Increase | |
| Prior Year Expense w/ % Increase | |
| | |
| Total Recoverable Expense for Current Year | 18,411.94 |
| Less Stop Amount | |
| Total Recoverable MISC INCOME Expense | 18,411.94 |
| | |
| Tenant Share | 40.00% |
| | |
| Total Due for Expense Period | 7,364.78 |
| Occupancy Percentage for Year | 100.00% |
| Total Amount Due | 7,364.78 |

# DuMOR Construction Inc.

# INVOICE

42 Grant Avenue
Bay Shore, NY 11706
631 586-7200  631 586-7208

| DATE | INVOICE # |
|------|-----------|
| 12/6/2017 | 16720 |

| BILL TO | JOB NAME |
|---------|----------|
| Midwood Management<br>430 Park Avenue<br>Suite 505<br>New York, NY 10022<br>Attn: Mr. Peter Pollani | Completed 12/6/17 |

| P.O. NO. | TERMS | REP |
|----------|-------|-----|
|  | Upon Receipt | D J |

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| Restripe | RESTRIPE: Front lot and drive lanes<br>1) Repaint all traffic lines and markings the same as before with latex traffic paint, which meets all EPA laws regarding VOC to include:<br>3 Speed Bumps<br>500 LF of double yellow lines<br>100 LF 2' thick yellow lines at entrance<br>7 Stop Bars<br>9 No Parking/Fire Zone stencils<br>2000 lf yellow hash lines<br>20 Handicap stalls<br>4 Crosswalks<br>2 large arrows. | 0.00T |
| Total | Total price for job, not including NYS sales tax<br>Sales Tax - Nassau County | 16,950.00T<br>1,461.94 |

| Please return one copy with payment. Thank You!!! | Total | $18,411.94 |
|---|---|---|

Good Service and quality work deserves quick
payment.

# DuMOR Construction Inc.

# INVOICE

42 Grant Avenue
Bay Shore, NY 11706
631 586-7200  631 586-7208

| DATE | INVOICE # |
|------|-----------|
| 12/6/2017 | 16720 |

| BILL TO |
|---------|
| Midwood Management<br>430 Park Avenue<br>Suite 505<br>New York, NY 10022<br>Attn: Mr. Peter Pollani |

| JOB NAME |
|----------|
| Completed 12/6/17 |

| P.O. NO. | TERMS | REP |
|----------|-------|-----|
| | Upon Receipt | D J |

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | JOB: Express Plaza<br>     2302 -2390 North Ocean Avenue<br>     910 - 950 Horseblock Road (AKA 2280 North Ocean Avenue)<br>     Farmingville, NY | |
| Rebrick drywell | REBRICK WATER COVER:<br> 1) Saw cut & remove asphalt around drywell cover and dispose of asphalt.<br> 2) Excavate area and remove casting.<br> 3) Remove and replace bricks as necessary.<br> 4) Backfill. Install RCA base blend and compact.<br> 5) Patch area affected with NYS Type 6F asphalt approximately 2" thick.<br> 6) Hot tar seams of patch to prevent water infiltration. | 0.00T |
| PATCH - R & R | PATCH: Remove and replace approximately 2850 sf in 32 areas.<br> 1) Saw cut asphalt and remove or mill area down.<br> 2) Add recycled crushed concrete base blend as needed and compact.<br> 3) Patch areas with 2 1/2" of NY State Type 6F asphalt compacted to<br>    an average depth of 2".<br> 4) Apply hot tar to seams of patches to prevent water infiltration. | 0.00T |
| Please return one copy with payment. Thank You!!! | **Total** | |

| | |
|---|---|
| **From:** | Julie Davidov <jd@midwoodid.com> |
| **Sent:** | Wednesday, July 11, 2018 10:47 AM |
| **To:** | Moyo, Franck |
| **Cc:** | MIDWOOD BILLING DEPARTMENT |
| **Subject:** | FW: K mart- # 4871 - expressway plaza  -3  open invoices |
| **Attachments:** | invoice.pdf; invoice kmart.pdf; kmart.pdf |

Franck- We need an update here ASAP ! Thanks!


Julie Davidov

Property Accountant


Midwood Investment & Development

430 Park Avenue, 2nd Floor, New York, NY 10022

Direct: 646.292.4918 Fax: 212.983.9697

jd@midwoodid.com <mailto:jd@midwoodid.com>

———

From: Julie Davidov
Sent: Tuesday, June 26, 2018 4:19 PM
To: 'Moyo, Franck' <Franck.Moyo@searshc.com>; Banaszak, Tammi <Tammi.Banaszak@searshc.com>; Field, Dorothy <Dorothy.Field@searshc.com>
Cc: Steven Brown <SBrown@midwoodid.com>; Richard Fisher <rfisher@midwoodid.com>; Tina Pan <tpan@midwoodid.com>
Subject: FW: K mart- # 4871 - expressway plaza -3 open invoices


Hello Franck,


Please provide an update here ASAP! Have you sent the payments? Thanks!



Julie Davidov

Property Accountant


Midwood Investment & Development

430 Park Avenue, 2nd Floor, New York, NY 10022

Direct: 646.292.4918 Fax: 212.983.9697

jd@midwoodid.com <mailto:jd@midwoodid.com>

————

From: Julie Davidov
Sent: Tuesday, June 19, 2018 4:07 PM
To: 'Moyo, Franck' <Franck.Moyo@searshc.com <mailto:Franck.Moyo@searshc.com> >
Cc: Banaszak, Tammi <Tammi.Banaszak@searshc.com <mailto:Tammi.Banaszak@searshc.com> >; Steven Brown
<SBrown@midwoodid.com <mailto:SBrown@midwoodid.com> >; Tina Pan <tpan@midwoodid.com
<mailto:tpan@midwoodid.com> >; Peter Pollani <ppollani@midwoodid.com <mailto:ppollani@midwoodid.com> >; Richard Fisher
<rfisher@midwoodid.com <mailto:rfisher@midwoodid.com> >; Field, Dorothy <Dorothy.Field@searshc.com
<mailto:Dorothy.Field@searshc.com> >
Subject: RE: K mart- # 4871 - expressway plaza -2 open invoices

Franck,

We received RE tax payment. Thanks!

I am referring to the attached open invoices. Please advise

Julie Davidov

Property Accountant

Midwood Investment & Development

430 Park Avenue, 2nd Floor, New York, NY 10022

Direct: 646.292.4918 Fax: 212.983.9697

jd@midwoodid.com <mailto:jd@midwoodid.com>

————

From: Moyo, Franck <Franck.Moyo@searshc.com <mailto:Franck.Moyo@searshc.com> >
Sent: Tuesday, June 19, 2018 3:57 PM
To: Julie Davidov <jd@midwoodid.com <mailto:jd@midwoodid.com> >
Cc: Banaszak, Tammi <Tammi.Banaszak@searshc.com <mailto:Tammi.Banaszak@searshc.com> >; Steven Brown
<SBrown@midwoodid.com <mailto:SBrown@midwoodid.com> >; Tina Pan <tpan@midwoodid.com
<mailto:tpan@midwoodid.com> >; Peter Pollani <ppollani@midwoodid.com <mailto:ppollani@midwoodid.com> >; Richard Fisher
<rfisher@midwoodid.com <mailto:rfisher@midwoodid.com> >; Field, Dorothy <Dorothy.Field@searshc.com
<mailto:Dorothy.Field@searshc.com> >
Subject: RE: K mart- # 4871 - expressway plaza -2 open invoices


RET – Check #131199528  Amount $205,275.65 was mailed 6/15/2018.


Thank you


FRANCK MOYO

Financial Analyst Real Estate

Sears Holdings Corporation

Desk# BC-183B

<mailto:Franck.Moyo@searshc.com> Franck.Moyo@searshc.com


Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be
regarded or construed as an electronic signature, nor is this communication intended to be "signed," (b) nothing in this communication
is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation,
warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.


From: Julie Davidov [mailto:jd@midwoodid.com]
Sent: Tuesday, June 19, 2018 2:51 PM
To: Moyo, Franck <Franck.Moyo@searshc.com <mailto:Franck.Moyo@searshc.com> >; Banaszak, Tammi
<Tammi.Banaszak@searshc.com <mailto:Tammi.Banaszak@searshc.com> >
Cc: Steven Brown <SBrown@midwoodid.com <mailto:SBrown@midwoodid.com> >; Tina Pan <tpan@midwoodid.com
<mailto:tpan@midwoodid.com> >; Peter Pollani <ppollani@midwoodid.com <mailto:ppollani@midwoodid.com> >; Richard Fisher
<rfisher@midwoodid.com <mailto:rfisher@midwoodid.com> >
Subject: RE: K mart- # 4871 - expressway plaza -2 open invoices

Enterprise Security Team Alert: This email originated from outside of the organization. Please use caution when opening messages from external sources.

———

Please provide an update here ASAP . Thanks!


Julie Davidov

Property Accountant


Midwood Investment & Development

430 Park Avenue, 2nd Floor, New York, NY 10022

Direct: 646.292.4918 Fax: 212.983.9697

jd@midwoodid.com <mailto:jd@midwoodid.com>


———

From: Julie Davidov
Sent: Wednesday, June 06, 2018 11:04 AM
To: 'Moyo, Franck' <Franck.Moyo@searshc.com <mailto:Franck.Moyo@searshc.com> >; Banaszak, Tammi
<Tammi.Banaszak@searshc.com <mailto:Tammi.Banaszak@searshc.com> >
Cc: Steven Brown <SBrown@midwoodid.com <mailto:SBrown@midwoodid.com> >; Tina Pan <tpan@midwoodid.com
<mailto:tpan@midwoodid.com> >; Peter Pollani <ppollani@midwoodid.com <mailto:ppollani@midwoodid.com> >; Richard Fisher
<rfisher@midwoodid.com <mailto:rfisher@midwoodid.com> >
Subject: FW: K mart- # 4871 - expressway plaza -2 invoices


Hello,


I am following up here. Please advise ASAP if payment has been sent. I have attached backup of the invoices for your convenience.


Thank you,


Julie Davidov

Property Accountant

Midwood Investment & Development

430 Park Avenue, 2nd Floor, New York, NY 10022

Direct: 646.292.4918 Fax: 212.983.9697

jd@midwoodid.com <mailto:jd@midwoodid.com>

———

From: Julie Davidov
Sent: Tuesday, May 08, 2018 5:11 PM
To: 'Moyo, Franck' <Franck.Moyo@searshc.com <mailto:Franck.Moyo@searshc.com> >; Banaszak, Tammi
<Tammi.Banaszak@searshc.com <mailto:Tammi.Banaszak@searshc.com> >
Cc: Tina Pan <tpan@midwoodid.com <mailto:tpan@midwoodid.com> >; Peter Pollani <ppollani@midwoodid.com
<mailto:ppollani@midwoodid.com> >; Steven Brown <SBrown@midwoodid.com <mailto:SBrown@midwoodid.com> >; Richard
Fisher <rfisher@midwoodid.com <mailto:rfisher@midwoodid.com> >
Subject: FW: K mart- # 4871 - expressway plaza -2 invoices

Hi Tammi & Franck,

Have you mailed the payment? Please advise ASAP

Thank you,

Julie Davidov

Property Accountant

Midwood Investment & Development

430 Park Avenue, 2nd Floor, New York, NY 10022

Direct: 646.292.4918 Fax: 212.983.9697

jd@midwoodid.com <mailto:jd@midwoodid.com>

———

From: Julie Davidov
Sent: Wednesday, April 04, 2018 4:01 PM
To: 'Moyo, Franck' <Franck.Moyo@searshc.com <mailto:Franck.Moyo@searshc.com> >; 'Banaszak, Tammi'
<Tammi.Banaszak@searshc.com <mailto:Tammi.Banaszak@searshc.com> >
Cc: Steven Brown <SBrown@midwoodid.com <mailto:SBrown@midwoodid.com> >; Peter Pollani <ppollani@midwoodid.com
<mailto:ppollani@midwoodid.com> >; Tina Pan <tpan@midwoodid.com <mailto:tpan@midwoodid.com> >; Richard Fisher
<rfisher@midwoodid.com <mailto:rfisher@midwoodid.com> >
Subject: K mart- # 4871 - expressway plaza

Hello,

Please see attached 2 invoices for your payment

Thank you,

Julie Davidov

Property Accountant

Midwood Investment & Development

430 Park Avenue, 2nd Floor, New York, NY 10022

Direct: 646.292.4918 Fax: 212.983.9697

jd@midwoodid.com <mailto:jd@midwoodid.com>

———

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential
and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the
contents. Thank you.

**MIDWOOD MANAGEMENT CORP.**
**430 PARK AVENUE 2ND FLOOR**

**NEW YORK, NY  10022**
**(212) 682-9595**


**C/O SEARS ROEBUCK & CO**
**K MART # 4871**
**ATTN: LEASE ADM.**
**333 BEVERLY ROAD**
**HOFFMAN ESTATES, IL  60179**

| | |
|---|---|
| Tenant Name: | K MART # 4871 |
| Space Number: | 16 |
| Invoice Date: | April 4, 2018 |

| | |
|---|---|
| 2018 MISC INCOME Expense | 184,468.75 |
| Prior Year Expense w/ % Increase | |
| Prior Year Expense w/ % Increase | |
| Total Recoverable Expense for Current Year | 184,468.75 |
| Less Stop Amount | |
| Total Recoverable MISC INCOME Expense | 184,468.75 |
| Tenant Share | 100.00% |
| Total Amount Due for 2018 Before Cap | 184,468.75 |
| Cap for Year | |
| Total Due for Expense Period | 184,468.75 |
| Occupancy Percentage for Year | 100.00% |
| **Total Amount Due** | **184,468.75** |

# DuMOR Construction Inc.

## INVOICE

| DATE | INVOICE # |
|------|-----------|
| 11/28/2017 | 16703 |

42 Grant Avenue
Bay Shore, NY 11706
631 586-7200 631 586-7208

### BILL TO
Midwood Management
430 Park Avenue
Suite 505
New York, NY 10022
Attn: Mr. Peter Poilani

### JOB NAME
Paving completed 11/27/17

| P.O. NO. | TERMS | REP |
|----------|-------|-----|
| | Upon Receipt | D J |

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| Reconstruct Parki... | RECONSTRUCT PARKING AREA: Drive Lane 2 area approximately 54500 sf SEE Diagram. Job to include:<br>1) Mill existing pavement and dispose of off site.<br>2) Add RCA as necessary.<br>3) Regrade base blend and compact.<br>4) Adjust steel manhole covers and drains as necessary to new grade.<br>5) Pave area with:<br>    2" of binder asphalt after compaction<br>    1 1/2" of NY State Top asphalt after compaction<br>6) Restripe parking area.<br>NOTE: Price based on existing asphalt being no more<br>    than 2" thick<br>Please sign date and return certificate of capital improvement. Thank you!!<br>Sales Tax - Suffolk County | 184,468.75<br><br><br><br><br><br><br><br><br><br><br>0.00 |

Retain this copy for your records.

| | Total | $184,468.75 |
|---|-------|-------------|

Good Service and quality work deserves quick
payment.

Page 2



New York State Department of Taxation and Finance
**New York State and Local Sales and Use Tax**

# Certificate of Capital Improvement

**ST-124**
(2/12)

After this certificate is completed and signed by both the customer and the contractor performing the capital improvement,
it must be kept by the contractor.

Read this form completely before making any entries.

This certificate may not be used to purchase building materials exempt from tax.

| Name of customer (print or type) | Name of contractor, printer, hand |
|---|---|
| Midwood Mgmt Corp | DUMOR Construction Inc |
| Address (number and street) | Address (number and street) |
| 430 Park Ave Suite 505 | 42 Grant Ave |
| City | State | ZIP code | City | State | ZIP code |
| New York NY 10022 | Bay Shore NY 11706 |
| Sales tax Certificate of Authority number (if any) | Sales tax Certificate of Authority number (if any) |
| | IL-2160708 1 |

**To be completed by the customer**

Describe capital improvement to be performed:

Pave - Reconstruct Drive Lane 2 area

| Property owner |
|---|
| Expressway Plaza |
| Street address (number and street) where the work is to be performed |
| 400 N Ocean Ave    Farmingville    NY    11738 |

I certify that:
- I am the (mark one) ☐ owner ☐ tenant of the real property identified on this form; and
- the work described above will result in a capital improvement to the real property within the guidelines of this form; and
- this contract (mark one) ☐ includes ☐ does not include the sale of any tangible personal property that, when installed, does not become a permanent part of the real property (for example, a free-standing microwave or washing machine).

I understand that:
- I will be responsible for any sales tax, interest, and penalty due on the contractor's total charge for tangible personal property and for labor if it is determined that this work does not qualify as a capital improvement; and
- I will be required to pay the contractor the appropriate sales tax on tangible personal property (and any associated services) transferred to me pursuant to this contract when the property installed by the contractor does not become a permanent part of the real property; and
- I will be subject to civil or criminal penalties (or both) under the Tax Law if I issue a false or fraudulent certificate.

| Signature of customer | Title | Date |
|---|---|---|
| | | |

**To be completed by the contractor**

I, the contractor, certify that I have entered into a contract to perform the work described by the customer named above, and that I accept this form in good faith. (A copy of the written contract, if any, is attached.) I understand that my failure to collect tax as a result of accepting an improperly completed certificate will make me personally liable for the tax otherwise due, plus penalties and interest.

| Signature | Title | Date |
|---|---|---|
| Christine O'Donnell | Office Mgr. | 11/28/17 |

**This certificate is not valid unless all entries are completed.**

MIDWOOD MANAGEMENT CORP.
430 PARK AVENUE 2ND FLOOR

NEW YORK, NY  10022
(212) 682-9595


C/O SEARS ROEBUCK & CO
K MART # 4871
ATTN: LEASE ADM.
333 BEVERLY ROAD
HOFFMAN ESTATES, IL  60179


| Tenant Name: | K MART # 4871 |
|---|---|
| Space Number: | 16 |
| Invoice Date: | April 4, 2018 |

| | |
|---|---:|
| 2018 MISC INCOME Expense | 58,983.38 |
| Prior Year Expense w/ % Increase | |
| Prior Year Expense w/ % Increase | |
| Total Recoverable Expense for Current Year | 58,983.38 |
| Less Stop Amount | |
| Total Recoverable MISC INCOME Expense | 58,983.38 |
| Tenant Share | 40.00% |
| Total Amount Due for 2018 Before Cap | 23,593.35 |
| Cap for Year | |
| Total Due for Expense Period | 23,593.35 |
| Occupancy Percentage for Year | 100.00% |
| Total Amount Due | 23,593.35 |

# DaMOR Construction Inc.

# INVOICE

42 Grant Avenue
Bay Shore, NY 11706
631 586-7200  631 586-7208

| DATE | INVOICE # |
|------|-----------|
| 12/6/2017 | 16719 |

### BILL TO

Midwood Management
430 Park Avenue
Suite 505
New York, NY 10022
Attn: Mr. Peter Poliani

### JOB NAME

Completed 12/6/17

| P.O. NO. | TERMS | REP |
|----------|-------|-----|
| | Upon Receipt | D J |

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | JOB: Express Plaza | |
| | 2362 -2390 North Ocean Avenue | |
| | 910 - 950 Hunsebuck Road (AKA 2380 North Ocean Avenue) | |
| | Farmingville, NY | |
| Rebrick Drywell | REBRICK DRAIN COVER: Five Covers (5) | |
| | 1) Saw cut & remove asphalt around drywell cover and dispose of asphalt. | |
| | 2) Excavate area and remove casting. | |
| | 3) Remove and replace bricks as necessary. | |
| | 4) Back-fill, install RCA base blend and compact. | |
| PATCH - R & R | PATCH: Remove and replace 10,200 sf in 14 areas. | |
| | 1) Saw cut asphalt and remove as will area depose | |
| | 2) Add recycled crushed concrete base blend as needed and compact | |
| | 3) Patch areas with 2 1/2" of NY State Type 6F asphalt compacted to | |
| | an average depth of 2". | |
| | 3) Apply hot tar to seams of patches to prevent water infiltration. | |
| Walk | 1) Remove and replace sidewalk in 2 areas approximately 10 sf | |
| Curbs | 2) Remove and replace curbing approximately 26 lf in 2 areas. | |
| Total | Total price for taxable portion of job, not including NYS sales tax | |
| Reconstruct Parkin... | RECONSTRUCT PARKING AREA: Drive Lane 2 area approximately 54500 sf | 54,300.00T |
| | SEE Diagram | |
| | Job to include: | |
| | 1) Mill existing pavement and dispose of off site. | |
| | 2) Add RCA as necessary. | |
| | 3) Regrade base blend and compact. | |
| | 4) Adjust steel manhole covers and drains as necessary to | |
| | new grade. | |
| | 5) Pave area with: | |

| Please return one copy with payment. Thank You!!! | Total | |
|---|---|---|

# DuMOR Construction Inc.

# INVOICE

42 Grant Avenue
Bay Shore, NY 11706
631 586-7200  631 586-7208

| DATE | INVOICE # |
|------|-----------|
| 12/6/2017 | 16719 |

### BILL TO

Midwood Management
430 Park Avenue
Suite 505
New York, NY 10022
Attn: Mr. Peter Fellani

### JOB NAME

Completed 12/6/17

| P.O. NO. | TERMS | REP |
|----------|-------|-----|
| | Upon Receipt | D J |

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | 2" of binder asphalt after compaction | |
| | 1 1/2" of NY State Top asphalt after compaction | |
| | 4) Restripe parking area. | |
| | NOTE: Price based on existing asphalt being no more | |
| | than 2" thick | |
| | Dumor Construction Inc will call for a utility mark out as required | |
| | by law. There may be utilities consumer owned (not owned by | |
| | utility company, owned by property owner) that may not be | |
| | marked out. If deemed necessary, a private markout company | |
| | can be hired and the cost passed along to our customer, | |
| | usually about $500.00 for a smaller job. | |
| | There may be permits required (depending on Towns requirements). | |
| | for a total restripe of lot. Site plan may be needed as well. | |
| | DuMOR Construction Inc and any of our subcontractors will not | |
| | be responsible for any underground wiring, pipes or utilities and. | |
| | or any other conditions buried under the existing pavement. | |
| | Including, but not limited to sprinklers, site lighting, electric gate | |
| | wires or traffic light actuator (traffic light loops). | |
| | There may also be concrete covers buried under pavement due | |
| | to improper abandoned cesspools, etc. Additional cost to repair | |
| | may under pavement damage will be the responsibility of the owner | |
| | of property, not the contractor or subcontractor. | |
| | Sales Tax - Suffolk County | 4,583.38 |

Please return one copy with payment. Thank You!!!

| Total | 358,983.38 |
|-------|-----------|

Good Service and quality work deserves quick
payment.

-Page 2

**MIDWOOD MANAGEMENT CORP.**
430 PARK AVENUE 2ND FLOOR

NEW YORK, NY  10022
(212) 682-9595

C/O SEARS ROEBUCK & CO
K MART # 4871
ATTN: LEASE ADM.
333 BEVERLY ROAD
HOFFMAN ESTATES, IL  60179

| | |
|---|---|
| Tenant Name: | K MART # 4871 |
| Space Number: | 16 |
| Invoice Date: | April 26, 2018 |

| | |
|---|---|
| 2017 MISC INCOME Expense | 18,411.94 |
| Prior Year Expense w/ % Increase | |
| Prior Year Expense w/ % Increase | |
| Total Recoverable Expense for Current Year | 18,411.94 |
| Less Stop Amount | |
| Total Recoverable MISC INCOME Expense | 18,411.94 |
| Tenant Share | 40.00% |
| Total Due for Expense Period | 7,364.78 |
| Occupancy Percentage for Year | 100.00% |
| Total Amount Due | 7,364.78 |

# DuMOR Construction  Inc.

# INVOICE

42 Grant Avenue
Bay Shore, NY  11706
631 586-7200  631 586-7208

| DATE | INVOICE # |
|------|-----------|
| 12/6/2017 | 16720 |

| BILL TO |
|---------|
| Midwood Management<br>430 Park Avenue<br>Suite 505<br>New York, NY  10022<br>Attn: Mr. Peter Pollani |

| JOB NAME |
|----------|
| Completed 12/6/17 |

| P.O. NO. | TERMS | REP |
|----------|-------|-----|
|  | Upon Receipt | D J |

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| Restripe | **RESTRIPE: Front lot and drive lanes**<br>1) Repaint all traffic lines and markings the same as before with latex traffic paint, which meets  all EPA laws regarding VOC to include:<br>3 Speed Bumps<br>500 LF of double yellow lines<br>100 LF 2' thick yellow lines at entrance<br>7 Stop Bars<br>9 No Parking/Fire Zone stencils<br>2000 lf yellow hash lines<br>20 Handicap stalls<br>4 Crosswalks<br>2 large arrows. | 0.00T |
| Total | Total price for job, not including NYS sales tax<br>Sales Tax - Nassau County | 16,950.00T<br>1,461.94 |

| Please return one copy with payment. Thank You!!! | **Total** | **$18,411.94** |
|---|---|---|

Good Service and quality work deserves quick
payment.

# DuMOR Construction Inc.

# INVOICE

42 Grant Avenue
Bay Shore, NY 11706
631 586-7200  631 586-7208

| DATE | INVOICE # |
|------|-----------|
| 12/6/2017 | 16720 |

### BILL TO

Midwood Management
430 Park Avenue
Suite 505
New York, NY 10022
Attn: Mr. Peter Pollani

### JOB NAME

Completed 12/6/17

| P.O. NO. | TERMS | REP |
|----------|-------|-----|
| | Upon Receipt | D J |

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| Rebrick drywell | JOB: Express Plaza<br>    2302 -2390 North Ocean Avenue<br>    910 - 950 Horseblock Road (AKA 2280 North Ocean Avenue)<br>    Farmingville, NY<br>REBRICK WATER COVER:<br>  1) Saw cut & remove asphalt around drywell cover and dispose of asphalt.<br>  2) Excavate area and remove casting.<br>  3) Remove and replace bricks as necessary.<br>  4) Backfill. Install RCA base blend and compact.<br>  5) Patch area affected with NYS Type 6F asphalt approximately 2" thick.<br>  6) Hot tar seams of patch to prevent water infiltration. | 0.00T |
| PATCH - R & R | PATCH: Remove and replace approximately 2850 sf in 32 areas.<br>  1) Saw cut asphalt and remove or mill area down.<br>  2) Add recycled crushed concrete base blend as needed and compact.<br>  3) Patch areas with 2 1/2" of NY State Type 6F asphalt compacted to<br>    an average depth of 2".<br>  4) Apply hot tar to seams of patches to prevent water infiltration. | 0.00T |

Please return one copy with payment. Thank You!!!

| Total | |
|-------|-|