Patrick Collins
Veronique A. Urban
FARRELL FRITZ, P.C.
400 RXR Plaza
Uniondale, New York 11556
Tel:    (516) 227-0700
Fax:    (516) 227-0777

*Attorneys for Midwood Management Corp., as agent*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                          :       Chapter 11
                                                :
SEARS HOLDINGS CORPORATION, *et al.*,           :       Case No. 18-23538 (RDD)
                                                :       (Jointly Administered)
                      Debtors.                  :
-----------------------------------------------------------------x

      The undersigned attorney hereby certifies that a true and correct copy of the *Supplemental Objection of Midwood Management Corp. To Assumption and Assignment of Lease* [ECF No. 3944] was served via CM/ECF on all persons having registered to receive services in that manner and upon each of the persons identified in the attached Exhibit "A" in the manner and on the date set forth therein.

Dated:  Uniondale, New York
       May 20, 2019                FARRELL FRITZ, P.C.

                                By:    /s/ *Veronique A. Urban*
                                      Patrick Collins
                                      Veronique A. Urban
                                      400 RXR Plaza
                                      Uniondale, New York 11556
                                      Tel:    (516) 227-0700
                                      Fax:    (516) 227-0777

                                      *Attorneys for Midwood Management Corp., as agent*

FF\8409502.1

## EXHIBIT A

**Via FedEx on May 20, 2019**

Chambers of the Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601

Sears Holdings Corporation
Attn: Stephen Sitley Esq. and Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates, IL 60179

Transform Holdco, LLC
c/o ESL Partners
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL  33154
Attn: Kunal S. Kamlani

FF\8409502.1

**Via E-Mail on May 20, 2019**

bankruptcy@clm.com
bfeder@kelleydrye.com
boreilly@cgsh.com
braynor@lockelord.com
caustin@cgsh.com
eli.vonnegut@davispolk.com
emfox@seyfarth.com
ewilson@kelleydrye.com
gadsden@clm.com
garrett.fail@weil.com
George.Howard@skadden.com
idizengoff@akingump.com
jacqueline.marcus@weil.com
KDWBankruptcyDepartment@kelleydrye.com
lbarefoot@cgsh.com
marshall.huebner@davispolk.com
Paul.Leake@skadden.com
paul.schwartzberg@usdoj.gov
pdublin@akingump.com
ray.schrock@weil.com
sbrauner@akingump.com
sears.service@davispolk.com
Shana.Elberg@skadden.com
soneal@cgsh.com
sunny.singh@weil.com

FF\8409502.1