WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
In re                                 :
                                      :        Chapter 11
SEARS HOLDINGS CORPORATION, et al.,   :
                                      :        Case No. 18-23538 (RDD)
                                      :
Debtors.¹                             :        (Jointly Administered)
------------------------------------------------------------x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MAY 21, 2019 AT 10:00 A.M.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.). (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, before the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601

I. **UNCONTESTED MATTERS:**

1. Application of Fee Examiner, Pursuant to Section 327(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Bankruptcy Rules 2014-1 and 2016-1, for the Entry of an Order Authorizing the Retention and Employment of Ballard Spahr LLP as Counsel to the Fee Examiner, Nunc Pro Tunc to the Appointment Date **[ECF No. 3682]**

   Response Deadline: May 16, 2019 at 4:00 p.m.

   Responses Filed: None.

   Related Document:

   A. Certificate of No Objection **[ECF No. 3907]**

   Status: This matter is going forward on an uncontested basis.

2. Motion of Debtors for Order Shortening Notice with Respect to Debtors' Motion for Authorization and Approval of (I) Settlement between Debtors and The Chubb Companies, (II) Debtors' Entry into the Transaction Documents, and (III) Related Relief **[ECF No. 3615]**

   Response Deadline: May 16, 2019 at 4:00 p.m.

   Responses Filed: None.

   Related Documents: None.

   Status: This matter is going forward on an uncontested basis.

3. Debtors' Motion for Authorization and Approval of (I) Settlement Between Debtors and The Chubb Companies, (II) Debtors' Entry into the Transaction Documents, and (III) Related Relief **[ECF No. 3614]**

   Response Deadline: May 16, 2019 at 4:00 p.m.

   Responses Filed: None.

   Related Documents: None.

   Status: This matter is going forward on an uncontested basis.

4. Presentment of Debtors' Motion for Authority to Assume Unexpired Leases of Nonresidential Real Property **[ECF No. 3376]**

   Response Deadline: May 16, 2019 at 4:00 p.m.

   Response Filed:

       A. Objection of 7200 Arlington Associates LLC **[ECF No. 3595]**

   Related Documents:

       B. Stipulation By and Between Kmart Corporation and & 7200 Arlington Associates LLC Extending Time To Assume or Reject Nonresidential Real Property Lease **[ECF No. 3816]**

       C. Debtors' Supplement to Motion **[ECF No. 3940]**

   Status: This matter is going forward on an uncontested basis.

5. Presentment of Order (I) Authorizing Assumption and Assignment of Lease of Non-Residential Real Property and (II) Granting Related Relief **[ECF No. 3939]**

   Response Deadline: May 20, 2019 at 4:00 p.m.

   Responses Filed: None.

   Related Documents:

       A. Notice of Presentment **[ECF No. 3264]**

       B. Order Authorizing Assumption and Assignment of Certain Executory Contracts and Leases and Granting Related Relief **[ECF No. 3008]**

       C. Objection of UR Holding, LLC to Stipulation and Order by and among Sellers, Buyer, GCCFC 2007-GG9 S. Boulevard Properties, LLC, WNY Opportunity Zone Fund, LLC, and COMM 2006 C8 Shaw Avenue Clovis LLC Extending Time Under 11 U.S.C. 365(d)(4) for Assumption or Rejection of Leases of Nonresidential Real Property **[ECF No. 3665]**

       D. So Ordered Stipulation By and Among Sells, Buyer, GCCFC 2007-GG9 S. BOULEVARD PROPERTIES, LLC, WNY OPPORTUNITY ZONE FUND, LLC, COMM 2006-C8 SHAW AVENUE CLOVIS, LLC Extending Time for Assumption or Rejection of Leases of Nonresidential Real Property **[ECF No. 3811]**

3

Status: This matter is going forward on an uncontested basis.

6. Presentment of Stipulation among Buyer, Seller, and Brookfield Property REIT Inc. **[ECF No. 3913]**

   Response Deadline: May 20, 2019 at 9:30 a.m.

   Responses Filed: None.

   Related Documents: None.

   Status: This matter is going forward on an uncontested basis.

II. **CONTESTED MATTERS:**

7. Motion of FTI Consulting Canada Inc., for Relief from the Automatic Stay for the Purpose of Joining Sears Holdings Corporation as a Defendant in Existing Litigation Pending Before the Ontario Superior Court of Justice (Commercial List) and to Liquidate Certain Claims Against Sears Holdings Corporation in Such Existing Litigation **[ECF No. 3237]**

   Response Deadline: May 14, 2019 at 4:00 p.m.

   Responses Filed:

       A. Objection of Debtors **[ECF No. 3865]**

       B. Qualified Joinder of the Official Committee of Unsecured Creditors **[ECF No. 3867]**

   Related Documents:

       C. Declaration of Steven Bissell in Support of Motion for Relief from the Automatic Stay **[ECF No. 3242]**

       D. Reply of FTI Consulting Canada Inc. **[ECF No. 3920]**

   Status: This matter is going forward.

8. Motion of William Juiris for Relief from the Automatic Stay **[ECF No. 2745]**

   Response Deadline: May 14, 2019 at 4:00 p.m.

4

Response Filed:

    A.    Third Omnibus Objection of Debtors to Motions for Relief from Stay **[ECF No. 3877]**

Related Document:

    B.    William Juiris's Reply **[ECF No. 3935]**

Status:  This matter is going forward.

9. Motion of Liberty Insurance Corporation for Relief from the Automatic Stay **[ECF No. 3294]**

   Response Deadline:   May 14, 2019 at 4:00 p.m.

   Response Filed:

       A.    Third Omnibus Objection of Debtors to Motions for Relief from Stay **[ECF No. 3877]**

   Related Documents:   None.

   Status:  This matter is going forward.

10. Motion of Rosa Melgar for Relief from the Automatic Stay **[ECF No. 2960]**

    Response Deadline:   May 14, 2019 at 4:00 p.m.

    Response Filed:

        A.    Third Omnibus Objection of Debtors to Motions for Relief from Stay **[ECF No. 3877]**

    Related Documents:   None.

    Status:  This matter is going forward.

11. Motion of Winners Industry Co., Ltd. for Allowance and Payment of Administrative Expense Claims **[ECF No. 1386]**

    Response Deadline:   March 14, 2019 at 11:59 p.m.

    Response Filed:

        A.    Debtors' Objection **[ECF No. 2839]**

Related Documents:

    B.    Reservation of Rights of Winners Industry Co. Ltd. **[ECF No. 2889]**

    C.    Initial Reply of Winners Industry Co., Ltd. **[ECF No. 3229]**

    D.    Joinder by Pearl Global Industries Ltd. **[ECF No. 3258]**

Status: This matter is going forward on a contested basis.

12.    Motion of Milton Manufacturing, LLC to Allow and Compel Payment of Administrative Expense Claim Under 11 U.S.C. §503(b) for Craftsman Branded Goods Delivered to the Debtor Postpetition **[ECF No. 1477]**

Response Deadline:    February 7, 2019 at 4:00 p.m.

Response Filed:

    A.    Debtors' Objection **[ECF No. 2481]**

Related Document:

    B.    Milton Manufacturing, LLC's Reply **[ECF No. 2561]**

Status: This matter is going forward on a contested basis.

13.    Motion of Apex Tool Group, LLC to Allow and Compel Immediate Payment of Administrative Expense Claim Pursuant to 11 U.S.C. 503(b)(1)(a) and 11 U.S.C. 503(b)(9) **[ECF No. 1491]**

Response Deadline:    May 14, 2019 at 4:00 p.m.

Response Filed:

    A.    Debtors' Omnibus Objection **[ECF No. 3883]**

    B.    Qualified Joinder of the Official Committee of Unsecured Creditors to Debtors' Omnibus Objection **[ECF No. 3942]**

Related Documents:

    C.    Supplement to Motion of Apex Tool Group, LLC **[ECF No. 3667]**

    D.    Response of Apex Tool Group, LLC **[ECF No. 3921]**

  E. Response and Joinder of Mien Co Ltd to Debtors' Omnibus Objection **[ECF No. 3930]**

Status: This matter is going forward on a contested basis.

14. Motion to Allow and Compel Payment of Administrative Expense Claim Under 11 U.S.C. Sec. 503(b) for Jaclyn Smith Branded and Private Label Goods Delivered to the Debtor Post-Petition **[ECF No. 3323]**

 Response Deadline: May 14, 2019 at 4:00 p.m.

 Response Filed:

  A. Debtors' Omnibus Objection **[ECF No. 3883]**

 Related Documents: None.

 Status: This matter is going forward on a contested basis.

15. Motion of Gokaldas Exports Ltd. to Allow and Compel Payment of Administrative Expense Claims **[ECF No. 3670]**

 Response Deadline: May 14, 2019 at 4:00 p.m.

 Response Filed:

  A. Debtors' Omnibus Objection **[ECF No. 3883]**

 Related Documents:

  B. Declaration of Sivaramakrishnan Ganapathi in Support of Motion by Gokaldas Exports Ltd. **[ECF No. 3671]**

  C. Reply of Gokaldas Exports Ltd. **[ECF No. 3918]**

  D. Response and Joinder of Mien Co Ltd to Debtors' Omnibus Objection **[ECF No. 3930]**

 Status: This matter is going forward on a contested basis.

16. Motion of Pearl Global Industries Ltd. for Payment of Administrative Expenses Motion **[ECF No. 3604]**

 Response Deadline: May 14, 2019 at 4:00 p.m.

7

Response Filed:

    A.    Debtors' Omnibus Objection **[ECF No. 3883]**

Related Documents:

    B.    Declaration of Sivaramakrishnan Ganapathi in Support of Motion by Gokaldas Exports Ltd. **[ECF No. 3671]**

    C.    Reply of Pearl Global Industries Ltd. **[ECF No. 3928]**

Status: This matter is going forward on a contested basis.

17.    Notice of Assumption and Assignment of Additional Designatable Leases **[ECF No. 3298]**

Response Deadline: May 3, 2019 at 11:30 a.m.

Response Filed:

    A.    Cure Objection of Alan Robbins, *et al.* **[ECF No. 3558]**

Related Document:

    B.    Stipulation And Order By And Among Sellers, Buyer, And WRI Golden State, LLC **[ECF No. 3852]**

Status: This matter is going forward on a contested basis.

### III. ADJOURNED MATTERS:

18.    Motion of Debtors for Entry of an Order Extending the Automatic Stay to Certain Non-Debtor Parties **[ECF No. 924]**

Response Deadline: December 13, 2018 at 4:00 p.m.

Responses Filed:

    A.    Response of Sante Marcoccia **[ECF No. 1194]**

    B.    Objection of Qazim B. Krasniqi **[ECF No. 1187]**

    C.    Objections of Karen Smith **[ECF Nos. 1298, 1335 and 1559]**

Related Documents:

    D.    Debtors' Reply **[ECF No. 1296]**

  E. Debtors' Reply to Smith Objection **[ECF No. 1550]**

  F. Order Extending the Automatic Stay to Certain Non-Debtor Parties **[ECF No. 1528]**

  G. Response in Support of Debtors' Motion on behalf of Schindler Elevator Corporation **[ECF No. 2475]**

 Status: This matter has been adjourned to June 20, 2019 at 10:00 a.m.

19. Motion of Qazim B. Krasniqi for Relief from the Automatic Stay **[ECF No. 1105]**

 Response Deadline: May 17, 2019 at 4:00 p.m.

 Responses Filed: None.

 Related Document:

  A. Response of Schindler Elevator Corporation in Support of Debtors' Motion **[ECF No. 2475]**

 Status: This matter has been adjourned to June 20, 2019 at 10:00 a.m.

20. Motion of Anthony Scullari for Relief from the Automatic Stay **[ECF No. 1112]**

 Response Deadline: May 14, 2019 at 4:00 p.m.

 Responses Filed: None.

 Related Document:

  A. Affirmation of Anthony Scullari **[ECF No. 1114]**

 Status: This matter has been adjourned to June 20, 2019 at 10:00 a.m.

21. Motion of Charles Pugh, *et al.* for Relief from the Automatic Stay **[ECF No. 1148]**

 Responses Filed: None.

 Related Documents: None.

 Status: This matter has been adjourned to a date to be determined.

22. Motion of Dell Financial Services L.L.C. for Relief from the Automatic Stay **[ECF No. 1221]**

   Responses Filed:   None.

   Related Documents:   None.

   Status:  This matter has been adjourned to a date to be determined.

23. Motion of Cupid Foundations, Inc. for Allowance of Section 503(b)(9) Administrative Claim **[ECF No. 1385]**

   Response Deadline:   To be determined.

   Responses Filed:   None.

   Related Documents:   None.

   Status:  This matter has been adjourned to June 20, 2019 at 10:00 a.m.

24. Motion of Milton Manufacturing, LLC to (I) Compel the Debtor to Assume or Reject Purchase Orders Related to Craftsman Branded Goods Ordered by the Debtor Being Warehoused in Taiwan, and (II) Grant Related Relief **[ECF No. 1479]**

   Response Deadline:   February 7, 2019 at 4:00 p.m.

   Response Filed:

   A.   Debtors' Objection **[ECF No. 2481]**

   Related Document:

   B.   Milton Manufacturing, LLC's Reply **[ECF No. 2561]**

   Status:  This matter has been adjourned to June 20, 2019 at 10:00 a.m.

25. Motion of Jenny Yednak and Ronald Yednak for Relief from the Automatic Stay **[ECF No. 1754]**

   Response Deadline:   May 14, 2019 at 4:00 p.m.

   Response Filed:

   A.   Third Omnibus Objection of Debtors to Motions for Relief from Stay **[ECF No. 3877]**

        Related Documents:   None.

        Status:   This matter has been adjourned to July 11, 2019 at 10:00 a.m.

26. Motion of Natalie Parker for Relief from the Automatic Stay **[ECF No. 2188]**

        Response Deadline:   May 14, 2019 at 4:00 p.m.

        Responses Filed:   None.

        Related Documents:   None.

        Status:   This matter has been adjourned to June 20, 2019 at 10:00 a.m.

27. Motion of Toyota Industries Commercial Finance, Inc. for Relief from the Automatic Stay **[ECF No. 2637]**

        Responses Filed:   None.

        Related Documents:   None.

        Status:   This matter has been adjourned to a date to be determined.

28. Motion of Tracee M. Britton for Relief from the Automatic Stay **[ECF No. 2669]**

        Responses Filed:   None.

        Related Documents:   None.

        Status:   This matter has been adjourned to July 11, 2019 at 10:00 a.m.

29. Motion of Antonio D. Roberts for Relief from the Automatic Stay **[ECF No. 2710]**

        Responses Filed:   None.

        Related Documents:   None.

        Status:   This matter has been adjourned to July 11, 2019 at 10:00 a.m.

30. Motion of U.S. Bank National Association d/b/a US Bank Equipment Finance to Compel Debtor to Assume or Reject Lease Agreements **[ECF No. 2750]**

        Response Deadline:   June 13, 2019 at 4:00 p.m.

        Responses Filed:   None.

        Related Documents:   None.

        Status:  This matter has been adjourned to June 20, 2019 at 10:00 a.m.

31. Motion of Kellermeyer Bergensons Services, LLC and Innovative Facility Services for Entry of an Order (I) Compelling the Debtors to Immediately Assume or Reject the Kellermeyer and Innovative Contracts and Pay Post-Petition Amounts Due Under the Contracts, and (II) Granting Related Relief **[ECF No. 2837]**

        Response Deadline:   May 14, 2019 at 4:00 p.m.

        Responses Filed:   None.

        Related Documents:   None.

        Status:  This matter has been adjourned to July 11, 2019 at 10:00 a.m.

32. Motion of Colette Molinaro, *et al.*, for Relief from the Automatic Stay **[ECF No. 2961]**

        Responses Filed:   None.

        Related Documents:   None.

        Status:  This matter has been adjourned to a date to be determined.

33. Motion of Martha G. West for Relief from the Automatic Stay **[ECF No. 2992]**

        Response Deadline:   May 14, 2019 at 4:00 p.m.

        Responses Filed:   None.

        Related Documents:   None.

        Status:  This matter has been adjourned to a date to be determined.

34. Motion of Wilmington Trust, National Association, as Indenture Trustee and Collateral Agent to Prohibit or Condition Debtors' Continued Use of Collateral, Including Cash Collateral **[ECF No. 3050]**

        Responses Filed:

            A.   Debtors' Objection to Motion of Wilmington Trust **[ECF No. 3198]**

   B. Reply in Further Support of Motion of Wilmington Trust **[ECF No. 3267]**

 Related Documents:

   C. Joinder of ESL Investments, Inc. to Motion of Wilmington Trust **[ECF No. 3134]**

   D. Declaration of Katherine E. Lynch in Support of Joinder of ESL Investments, Inc. to Motion of Wilmington Trust **[ECF No. 3135]**

   E. Joinder of Cyrus Capital Partners L.P. to Motion of Wilmington Trust **[ECF No. 3142]**

   F. Affidavit Declaration of Edward M. Fox in Support of the Motion of Wilmington Trust **[ECF No. 3051]**

 Status:  This matter has been adjourned to June 20, 2019 at 10:00 a.m.

35. Motion to Compel to Assume or Reject A Grand Central Plaza Lease Agreement **[ECF No. 3053]**

 Response Deadline: May 14, 2019 at 4:00 p.m.

 Response Filed:

   A. Debtors' Response and Reservation of Rights **[ECF No. 3869]**

 Related Documents:  None.

 Status:  This matter has been adjourned to May 29, 2019 at 1:00 p.m.

36. Motion of Wilmington Savings Fund Society for Relief from the Automatic Stay re: 109 Division Street, Little Egg Harbor Twp, NJ 08087 **[ECF No. 3114]**

 Response Deadline: May 14, 2019 at 4:00 p.m.

 Responses Filed: None.

 Related Documents:  None.

 Status:  This matter has been adjourned to June 20, 2019 at 10:00 a.m.

37. Motion to Compel Payment of Post-Petition Date Rent and Related Lease Obligations Pursuant to 11 U.S.C. Sections 105(a), 363(e), 365(d)(3) and 503(b)(1)(A) **[ECF No. 3164]**

   Response Deadline:   May 14, 2019 at 4:00 p.m.

   Responses Filed:   None.

   Related Documents:   None.

   Status: This matter has been adjourned to a date to be determined.

38. Motion of Nina and Gerald Greene to Allow to Extend Application of Federal Rule of Civil Procedure 23 to Class Proofs of Claim **[ECF No. 3170]**

   Response Deadline:   May 14, 2019 at 4:00 p.m.

   Response Filed:

   A.   Debtors' Objection **[ECF No. 3941]**

   Related Document:

   B.   Certificate of No Objection **[ECF No. 3909]**

   Status: This matter has been adjourned to June 20, 2019 at 10:00 a.m.

39. Motion of Matt Bauer for Relief from the Automatic Stay **[ECF No. 3177]**

   Responses Filed:   None.

   Related Documents:   None.

   Status: This matter has been adjourned to a date to be determined.

40. Amended Motion of Jose Acosta for Relief from the Automatic Stay and Amended Motion for Abstention **[ECF No. 3189]**

   Responses Filed:   None.

   Related Documents:   None.

   Status: This matter has been adjourned to a date to be determined.

14

41. Motion of GroupBy USA, Inc for Allowance and Payment of Administrative Expense **[ECF No. 3404]**

    Response Deadline:   June 10, 2019 at 11:59 p.m.

    Responses Filed:   None.

    Related Documents:   None.

    Status: This matter has been adjourned to June 20, 2019 at 10:00 a.m.

42. Motion of BRE 312 OWNER LLC for Relief from the Automatic Stay **[ECF No. 3435]**

    Response Deadline:   May 24, 2019

    Responses Filed:

        A.    Objection of 233 S. Wacker, LLC **[ECF No. 3906]**

        B.    Debtors' Objection **[ECF No. 3917]**

    Related Documents:   None.

    Status: This matter has been adjourned to June 20, 2019 at 10:00 a.m.

43. Motion for Relief from Stay and Memorandum in Support Thereof and/or to Declare that the Insurance Proceeds Are Not Part of the Bankruptcy Estate **[ECF No. 3475]**

    Response Deadline:   May 14, 2019 at 4:00 p.m.

    Responses Filed:   None.

    Related Documents:   None.

    Status: This matter has been adjourned to a date to be determined.

44. Motion of Hain Capital Investors Master Fund Ltd. to Allow and Compel Payment of Administrative Expense Claim Under 11 USC Sec. 503(b) **[ECF No. 3675]**

    Response Deadline:   May 14, 2019 at 4:00 p.m.

    Responses Filed:   None.

    Related Documents:   None.

WEIL:\97032857\12\73217.0004

Status: This matter has been adjourned to July 11, 2019 at 10:00 a.m.

45. Application of New York State Electric and Gas Corporation Pursuant to Section 7 of the Order (I) Approving Debtors Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Alternating, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3233]**

   Response Deadline:    May 14, 2019 at 4:00 p.m.

   Responses Filed:    None.

   Related Documents:    None.

   Status: This matter has been adjourned to June 20, 2019 at 10:00 a.m.

46. Application of National Grid Pursuant to Section 7 of the Order (I) Approving Debtors Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Alternating, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3238]**

   Response Deadline:    May 14, 2019 at 4:00 p.m.

   Responses Filed:    None.

   Related Documents:    None.

   Status: This matter has been adjourned to June 20, 2019 at 10:00 a.m.

47. Application of Commonwealth Edison Company Pursuant to Section 7 of the Order (I) Approving Debtors Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Alternating, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3423]**

   Response Deadline:    May 14, 2019 at 4:00 p.m.

   Responses Filed:    None.

   Related Documents:    None.

   Status: This matter has been adjourned to June 20, 2019 at 10:00 a.m.

48.  Application of Peco Energy Company for Allowance and Payment of Administrative Expenses **[ECF No. 3459]**

  Response Deadline:    May 14, 2019 at 4:00 p.m.

  Responses Filed:    None.

  Related Documents:    None.

  Status:  This matter has been adjourned to June 20, 2019 at 10:00 a.m.

49.  Application of Metropolitan Edison Company, Jersey Central Power & Light Company, Ohio Edison Company, The Cleveland Electric Illuminating Company, Toledo Edison Company and Pennsylvania Electric Company Pursuant to Section 7 of the Order (I) Approving Debtors Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Alternating, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3480]**

  Response Deadline:    May 14, 2019 at 4:00 p.m.

  Responses Filed:    None.

  Related Documents:    None.

  Status:  This matter has been adjourned to June 20, 2019 at 10:00 a.m.

50.  Application of Baltimore Gas and Electric Company Pursuant to Section 7 of the Order (I) Approving Debtors Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Alternating, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3594]**

  Response Deadline:    May 14, 2019 at 4:00 p.m.

  Responses Filed:    None.

  Related Documents:    None.

  Status:  This matter has been adjourned to June 20, 2019 at 10:00 a.m.

IV. **RESOLVED MATTERS:**

51. Motion for Relief from the Automatic Stay to Permit Erica Natasha Moore to re-file and prosecute her personal injury action (State Court Action) against Sears, Roebuck and Co. (Sears) and Cleaning Services Group, CSG (CSG) in the Superior Court of Lowndes County, State of Georgia of Neil Ackerman Erica Natasha Moore **[ECF No. 1777]**

    Response Deadline:    May 14, 2019 at 4:00 p.m.

    Responses Filed:    None.

    Related Document:

    A.    Presentment of Stipulation, Agreement, and Order Granting Limited Relief from the Automatic Stay **[ECF No. 3924]**

    Status:  This matter has been resolved.

52. Motion of Ronald Jones for Relief from the Automatic Stay **[ECF No. 2709]**

    Responses Filed:    None.

    Related Documents:    None.

    Status:  This matter has been resolved.

IV. **WITHDRAWN MATTER:**

53. Motion of Darlene Stroehecker for Relief from the Automatic Stay **[ECF No. 3060]**

    Responses Filed:    None.

18

18-23538-shl    Doc 3946    Filed 05/20/19    Entered 05/20/19 13:53:42    Main Document
Pg 19 of 19

Related Document:

    A.    Notice of Withdraw **[ECF No. 3866]**

Status: This matter has been withdrawn.

Dated: May 20, 2019
       New York, New York

                        /s/ Garrett A. Fail
                        WEIL, GOTSHAL & MANGES LLP
                        767 Fifth Avenue
                        New York, New York  10153
                        Telephone: (212) 310-8000
                        Facsimile: (212) 310-8007
                        Ray C. Schrock, P.C.
                        Jacqueline Marcus
                        Garrett A. Fail
                        Sunny Singh

                        *Attorneys for Debtors and*
                        *Debtors in Possession*

WEIL:\97032857\12\73217.0004