WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                              :
                                                   :    **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.*,          :
                                                   :    **Case No. 18-23538 (RDD)**
                                                   :
         Debtors.[1]                               :    **(Jointly Administered)**
------------------------------------------------------------ x

**NOTICE OF ASSUMPTION AND ASSIGNMENT**
**OF ADDITIONAL EXECUTORY CONTRACTS**

1.      Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed a motion,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

dated November 1, 2018 (ECF No. 429) (the "**Sale Motion**") seeking, among other things, the entry of an order pursuant to sections 105, 363 and 365 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq*. (the "**Bankruptcy Code**"), Rules 2002, 6004, 6006, 9007, and 9008 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rules 6004-1, 6005-1 and 6006-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), authorizing and approving the sale of the Acquired Assets and the assumption and assignment of certain executory contracts and unexpired leases of the Debtors in connection therewith.

2. On January 18, 2019, the Debtors filed and served on the applicable counterparties the *Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 1731) (the "**Initial Notice**").

3. On January 23, 2019, the Debtors filed and served on the applicable counterparties the *Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 1774) (the "**Supplemental Notice**").

4. On January 31, 2019, the Debtors filed and served on the applicable counterparties the *Second Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 2314) (the "**Second Supplemental Notice**").

5. On March 5, 2019, the Debtors filed and served on the applicable counterparties the *Third Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 2753) (the "**Third Supplemental Notice**").

6. On March 29, 2019, the Debtors filed and served on the applicable counterparties the *Fourth Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 2995) (the "**Fourth Supplemental Notice**")

7. On April 9, 2019, the Debtors filed and served on the applicable counterparties the *Fifth Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 3097) (the "**Fifth Supplemental Notice**").

8. On April 11, 2019, the Debtors filed and served on the applicable counterparties the *Sixth Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 3152) (the "**Sixth Supplemental Notice**").

9. On April 23, 2019, the Debtors filed and served on the applicable counterparties the *Seventh Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 3330) (the "**Seventh Supplemental Notice**").

10. On April 30, 2019, the Debtors filed and served on the applicable counterparties the *Eighth Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 3453) (the "**Eighth Supplemental Notice**" and together with the Initial Notice, the Supplemental Notice, the Second Supplemental Notice, the Third Supplemental Notice, the Fourth Supplemental Notice, the Fifth Supplemental Notice, the Sixth Supplemental Notice, and the Seventh Supplemental Notice, the "**Assumption and Assignment Notices**").

11. On February 8, 2019, the *Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts, and Leases in Connection Therewith, and (IV) Granting Related Relief* (the "**Sale Order**") (ECF No. 2507)[2] was entered by the Court.

12. In accordance with the terms of the Sale Order, Buyer may designate Additional Contracts and Designatable Leases (collectively, the "**Additional Assigned Agreements**") for assumption and assignment for up to sixty (60) days after the Closing Date (the "**Designation Rights Period**"), which occurred on February 11, 2019. The Debtors and Buyer agreed to an extension of the Designation Rights Period and, on April 12, 2019, the Debtors filed the *Notice of Amendment to Asset Purchase Agreement Extending Certain Deadlines* (ECF No. 3171), which extended the Designation Rights Period to May 3, 2019 for certain Designatable Leases and to May 13, 2019 for certain Additional Contracts.

13. On April 2, 2019, the Court entered the *Order (I) Authorizing Assumption and Assignment of Certain Executory Contracts and Leases and (II) Granting Related Relief* (the "**Assumption and Assignment Order**") (ECF No. 3008).

14. Paragraphs 26 and 27 of the Assumption and Assignment Order establish a noticing procedure for assumption and assignment of Additional Assigned Agreements.

15. In accordance with the Sale Order and the Assumption and Assignment Order, prior to the end of the Designation Rights Period, Buyer designated for assumption and assignment certain Additional Contracts, which are listed on **Exhibit 1** hereto.

16. Each of the Additional Contracts listed on Exhibit 1 was listed on an Assumption and Assignment Notice that was previously filed with the Bankruptcy Court and served on the applicable Counterparty, and all objection periods related to such Assumption and Assignment Notice have expired. All Additional Contracts listed in Exhibit 1 shall be deemed to include any and all applicable supplements, amendments, and/or addenda.

17. To the extent a counterparty to an Additional Contract properly filed and served a Cure Objection, and to the extent such counterparty is entitled to assert an additional objection to cure costs or assumption and assignment that could not have been raised in its prior objection, in accordance with paragraph 34 of the Sale Order and paragraph 26 of the Assumption and Assignment Order, such counterparty shall file and serve such objection (a "**Supplemental

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Sale Order.

**Objection**") in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405) so as to be filed and received no later than May 28, 2019 at 4:00 p.m. (Eastern Time) (the "**Supplemental Objection Deadline**").

18.     If a Cure Objection or a Supplemental Objection is timely filed and served with respect to an Additional Contract listed on Exhibit 1, the contract that is the subject of the Cure Objection or Supplemental Cure Objection may be removed from the list of Additional Contracts listed on Exhibit 1 at any time prior to the Assumption Effective Date for such Additional Contract, as determined in accordance with paragraph 27 of the Assumption and Assignment Order, or, to the extent it remains unresolved, such Cure Objection or Supplemental Objection shall be set for a hearing (the "**Hearing**") before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, New York, 10601-4140 (the "**Bankruptcy Court**") on a date to be scheduled.

19.     If a timely Cure Objection is not filed (or any such objection has been withdrawn or resolved) and the Supplemental Objection Deadline is not applicable to an Additional Contract, the Assumption Effective Date for any such Additional Contract shall be the date that this notice is filed with the Court.

Dated:  May 20, 2019
        New York, New York

/s/ Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors
and Debtors in Possession*

## Exhibit 1

**Additional Contracts**

Sears Holdings Corporation
Executory Contracts to be Assigned

| Ref No. | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | CROSSCOM NATIONAL LLC-878442 | IT-CROSSCOM NATIONAL, LLC SOW WAN MAY 1 2012 | CW2199243 | N/A | 12/31/2018 | N/A | N/A | N/A | Cure Amount Resolved |
| 2 | N/A | KMART CORPORATION; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | CROSSCOM NATIONAL LLC-878442 | IT-CROSSCOM-NATIONAL, INC.-MSA-10-1-2004 AND AMENDMENT 1 AMEND 2 AMEND 3 | CW2199240 | N/A | 12/31/2018 | N/A | N/A | N/A | Cure Amount Resolved |
| 3 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | CROSSCOM NATIONAL LLC-878442 | MEMBER TECH - CROSSCOM - SOW 2 - STORE HW MAINT PILOT - SEPT 2016 | CW2319015 | N/A | 12/31/2018 | N/A | N/A | N/A | Cure Amount Resolved |
| 4 | 2191, 3426 | SEARS HOLDINGS MANAGEMENT CORPORATION | CANON FINANCIAL SERVICES, INC. | MASTER AGREEMENT - LEASE OF COPIERS / PRINTERS (CFS-1133 (03/07)) - JUNE 10, 2010 | N/A | N/A | N/A | N/A | N/A | N/A | Cure Amount Resolved |
| 5 | 2191, 3426 | SEARS HOLDINGS MANAGEMENT CORPORATION | CANON FINANCIAL SERVICES, INC. | ACQUISITION AGREEMENT LEASE OR PURCHASE #S0494649.03 (51 MONTH TERM - 3 PAYMENTS @$0; 48 PAYMENTS @$29,525 - DEC 22, 2015 | N/A | N/A | N/A | $ - | $ - | $ - | |
| 6 | 2191, 3426 | SEARS HOLDINGS MANAGEMENT CORPORATION | CANON FINANCIAL SERVICES, INC. | MASTER AGREEMENT - LEASE SCHEDULE | N/A | N/A | N/A | $ - | $ - | $ - | |
| 7 | 2191, 3426 | SEARS HOLDINGS MANAGEMENT CORPORATION | CANON FINANCIAL SERVICES, INC. | ADDENDUM TO MASTER AGREEMENT FOR APPLIACTION #955052 - DEC 21, 2015 - CHANGE OF TERMINATION TO 51 MONTHS AFTER ITS COMMENCEMENT DATE & CLAUSE FOR CANCELLATION OF EQUIPMENT | N/A | N/A | N/A | $ - | $ - | $ - | |
| 8 | 2191, 3426 | SEARS HOLDINGS MANAGEMENT CORPORATION | CANON FINANCIAL SERVICES, INC. | ADDENDUM TO MASTER AGREEMENT FOR APPLIACTION #955052 - DEC 21, 2015 - CHANGE OF TERMINATION TO 51 MONTHS AFTER ITS COMMENCEMENT DATE. | N/A | N/A | N/A | $ - | $ - | $ - | |
| 9 | N/A | N/A | LAB 651, LLC | SUPPORT CONTRACT | N/A | N/A | N/A | N/A | N/A | N/A | Cure Amount Resolved |
| 10 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | TYMETRIX INC. | AMENDMENT 5 | 537086 | N/A | 12/31/2020 | $ 53,759 | $ 53,759 | $ - | |
| 11 | N/A | SEARS, ROEBUCK AND CO. | ADL CONSTRUCTION | ADL CONSTRUCTION AVALON TOWNHOMES | N/A | N/A | N/A | $ - | $ - | $ - | |
| 12 | N/A | SEARS, ROEBUCK AND CO. | ADL CONSTRUCTION | ADL CONSTRUCTION SUNRISE APTS | N/A | N/A | N/A | $ - | $ - | $ - | |
| 13 | N/A | SEARS, ROEBUCK AND CO. | ADL CONSTRUCTION | ADL CONSTRUCTION TOWNHOMES FO CHESTERFIELD | N/A | N/A | N/A | $ - | $ - | $ - | |
| 14 | N/A | SEARS, ROEBUCK AND CO. | ADL CONSTRUCTION | ADL LANDMARK APTS NEWPORT NEWS | N/A | N/A | N/A | $ - | $ - | $ - | |
| 15 | N/A | SEARS, ROEBUCK AND CO. | ADL CONSTRUCTION | ADL MATCH POINT APTS | N/A | N/A | N/A | $ - | $ - | $ - | |
| 16 | N/A | SEARS, ROEBUCK AND CO. | WADE JOURNEY HOMES | TRADE PARTNER AGREEMENT | N/A | N/A | N/A | $ - | $ - | $ - | |
| 17 | N/A | SOE, INC. | A.D. SEENO CONSTRUCTION CO | PURCHASE ORDER - 20278 - SEACON BUILDING | N/A | N/A | N/A | $ - | $ - | $ - | |
| 18 | N/A | SOE, INC. | A.D. SEENO CONSTRUCTION CO | CHANGE ORDER TO SUBCONTRACT - TOSCANA | N/A | N/A | N/A | $ - | $ - | $ - | |
| 19 | N/A | SOE, INC. | A.D. SEENO CONSTRUCTION CO | CHANGE ORDER TO SUBCONTRACT - PHASE 301 - VILLAGIO | N/A | N/A | N/A | $ - | $ - | $ - | |
| 20 | N/A | SOE, INC. | A.D. SEENO CONSTRUCTION CO | MONARK OF CALIFORNIA CONTRACT AMENDMENT - VILLAGIO | N/A | N/A | N/A | $ - | $ - | $ - | |

**Sears Holdings Corporation**
**Executory Contracts to be Assigned**

| Ref No. | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | N/A | SOE, INC. | A.D. SEENO CONSTRUCTION CO/ OLIVET HOLDINGS LLC | SELLER AGREEMENT | N/A | N/A | N/A | $ - | $ - | $ - | |
| 22 | N/A | SOE, INC. | ALBERT D. SEENO CONSTRUCTION CO. | CHANGE ORDER TO A SUBCONTRACT | N/A | N/A | N/A | $ - | $ - | $ - | |
| 23 | N/A | SOE, INC. | ALBERT D. SEENO CONSTRUCTION CO. | CHANGE ORDER 1 TO A SUBCONTRACT (021328.205) | N/A | N/A | N/A | $ - | $ - | $ - | |
| 24 | N/A | SOE, INC. | ALBERT D. SEENO CONSTRUCTION CO. | CHANGE ORDER 3 TO A SUBCONTRACT (021328.205) | N/A | N/A | N/A | $ - | $ - | $ - | |
| 25 | N/A | SOE, INC. | ALBERT D. SEENO CONSTRUCTION CO. | CHANGE ORDER 1 TO A SUBCONTRACT (021328.200) | N/A | N/A | N/A | $ - | $ - | $ - | |
| 26 | N/A | SOE, INC. | ALBERT D. SEENO CONSTRUCTION CO. | CHANGE ORDER 2 TO A SUBCONTRACT (021328.205) | N/A | N/A | N/A | $ - | $ - | $ - | |
| 27 | N/A | CALIFORNIA BUILDER APPLIANCES, | ALBERT D. SEENO CONSTRUCTION CO. | 2017.11.01.ALAMO RIDGE.MONARK APPLIANCES.PH201.CO#2 | N/A | N/A | N/A | $ - | $ - | $ - | |
| 28 | N/A | CALIFORNIA BUILDER APPLIANCES, | ALBERT D. SEENO CONSTRUCTION CO. | 2018.03.08.ALAMO RIDGE.MONARK APP.PH201.CO#3 | N/A | N/A | N/A | $ - | $ - | $ - | |
| 29 | N/A | CALIFORNIA BUILDER APPLIANCES, | ALBERT D. SEENO CONSTRUCTION CO. | 2018.03.19.ALAMO RIDGE.MONARK.PH204.CO#1 | N/A | N/A | N/A | $ - | $ - | $ - | |
| 30 | N/A | CALIFORNIA BUILDER APPLIANCES, | ALBERT D. SEENO CONSTRUCTION CO. | 2018.06.19.ALAMO RIDGE.MONARK.PH202.CO#1.PT1 | N/A | N/A | N/A | $ - | $ - | $ - | |
| 31 | N/A | CALIFORNIA BUILDER APPLIANCES, | ALBERT D. SEENO CONSTRUCTION CO. | 2018.06.15.ALAMO RIDGE.MONARK.PH202.CO#1.PENDING | N/A | N/A | N/A | $ - | $ - | $ - | |
| 32 | N/A | CALIFORNIA BUILDER APPLIANCES, | ALBERT D. SEENO CONSTRUCTION CO. | A. D. SEENO_ALAMO RIDGE_EXECUTED SCA WITH ADDENDUM | N/A | N/A | N/A | $ - | $ - | $ - | |
| 33 | N/A | CALIFORNIA BUILDER APPLIANCES, | ALBERT D. SEENO CONSTRUCTION CO. | AVONDALE.MONARK.SUBCONTRACT.EXECUTED 2018.03.28. | N/A | N/A | N/A | $ - | $ - | $ - | |
| 34 | N/A | CALIFORNIA BUILDER APPLIANCES, | ALBERT D. SEENO CONSTRUCTION CO. | ALBERT SEENO - SAN MARCO UNIT 9 | N/A | N/A | N/A | $ - | $ - | $ - | |
| 35 | N/A | CALIFORNIA BUILDER APPLIANCES, | ALBERT D. SEENO CONSTRUCTION CO. | 2018.04.04.DUARTE RANCH.MONARK.PH 200.CO#1 CHANGE TO SAMSUNG APPLIANCES | N/A | N/A | N/A | $ - | $ - | $ - | |
| 36 | N/A | CALIFORNIA BUILDER APPLIANCES, | ALBERT D. SEENO CONSTRUCTION CO. | A D SEENO_DUARTE RANCH_SCA_ | N/A | N/A | N/A | $ - | $ - | $ - | |
| 37 | N/A | CALIFORNIA BUILDER APPLIANCES, | ALBERT D. SEENO CONSTRUCTION CO. | 2017.12.17.GB7.MONARK.PH200.CO#1 - EXECUTED | N/A | N/A | N/A | $ - | $ - | $ - | |
| 38 | N/A | CALIFORNIA BUILDER APPLIANCES, | ALBERT D. SEENO CONSTRUCTION CO. | GARIBALDI RANCH UNIT 7 - EXECUTED SUBCONTRACT AGREEMENT | N/A | N/A | N/A | $ - | $ - | $ - | |
| 39 | N/A | CALIFORNIA BUILDER APPLIANCES, | ALBERT D. SEENO CONSTRUCTION CO. | AD SEENO - GOLD HILL 2. MONARK. EXECUTED CO #1 | N/A | N/A | N/A | $ - | $ - | $ - | |
| 40 | N/A | CALIFORNIA BUILDER APPLIANCES, | ALBERT D. SEENO CONSTRUCTION CO. | AD SEENO_GOLD HILL VILLAGE II _FULLY EXECUTED SUBCONTRACT AGREEMENT | N/A | N/A | N/A | $ - | $ - | $ - | |
| 41 | N/A | CALIFORNIA BUILDER APPLIANCES, | ALBERT D. SEENO CONSTRUCTION CO. | ALBERT D SEENO_GOLD HILL VILLAGE II_FULLY EXECUTED CONTRACT | N/A | N/A | N/A | $ - | $ - | $ - | |
| 42 | N/A | CALIFORNIA BUILDER APPLIANCES, | ALBERT D. SEENO CONSTRUCTION CO. | 3221_001 | N/A | N/A | N/A | $ - | $ - | $ - | |
| 43 | N/A | CALIFORNIA BUILDER APPLIANCES, | ALBERT D. SEENO CONSTRUCTION CO. | ALBERT D SEENO_NEWPORT MEADOWS_AMENDMENT TO SUBCONTRACT | N/A | N/A | N/A | $ - | $ - | $ - | |
| 44 | N/A | CALIFORNIA BUILDER APPLIANCES, | ALBERT D. SEENO CONSTRUCTION CO. | NORTH VILLAGE 7-EXEC SCA_001 | N/A | N/A | N/A | $ - | $ - | $ - | |
| 45 | N/A | FLORIDA BUILDER APPLIANCES, INC. | APPLIANCE ALLIANCE INSTALLATIONS, LLC | DELIVERY AND INSTALLATION | N/A | N/A | N/A | $ - | $ - | $ - | |

**Sears Holdings Corporation**
**Executory Contracts to be Assigned**

| Ref No. | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | N/A | SOE, INC. | BALFOUR BEATTY CONSTRUCTION | SUBCONTRACT AGREEMENT | 13847000 | N/A | N/A | $ - | $ - | $ - | |
| 47 | N/A | CALIFORNIA BUILDER APPLIANCES, | BCCI CONSTRUCTION COMPANY | PROJECT SPECIFIC AGREEMENT | 16-132-11450 | N/A | N/A | $ - | $ - | $ - | |
| 48 | N/A | SOE, INC. | BCCI CONSTRUCTION COMPANY | PURCHASE ORDER | 2011-103 | N/A | N/A | $ - | $ - | $ - | |
| 49 | N/A | SOE, INC. | BCCI CONSTRUCTION COMPANY | PURCHASE ORDER | 23 0116 | N/A | N/A | $ - | $ - | $ - | |
| 50 | N/A | CALIFORNIA BUILDER APPLIANCES, | BRIGHT DEVELOPMENT | MASTER SUBCONTRACT AGREEMENT | N/A | N/A | N/A | $ - | $ - | $ - | |
| 51 | N/A | SOE, INC. | BRIGHT HOMES | PURCHASE ORDER | 10320139 | N/A | N/A | $ - | $ - | $ - | |
| 52 | N/A | SOE, INC. | BRIGHT HOMES | CONTRACT | MARCONA RANCH | N/A | N/A | $ - | $ - | $ - | |
| 53 | N/A | SOE, INC. | BUILD GROUP, INC. | MASTER SUBCONTRACT AGREEMENT | 1395 22ND STREET | N/A | N/A | $ - | $ - | $ - | |
| 54 | N/A | SOE, INC. | BUILD GROUP, INC. | MASTER SUBCONTRACT AGREEMENT | 1640 BROADWAY | N/A | N/A | $ - | $ - | $ - | |
| 55 | N/A | SOE, INC. | BUILD GROUP, INC. | CHANGE ORDER | 9157 | N/A | N/A | $ - | $ - | $ - | |
| 56 | N/A | SOE, INC. | BUILD GROUP, INC. | MASTER SUBCONTRACT AGREEMENT | 1699 | N/A | N/A | $ - | $ - | $ - | |
| 57 | N/A | SOE, INC. | BUILD GROUP, INC. | MASTER SUBCONTRACT AGREEMENT | 2000 | N/A | N/A | $ - | $ - | $ - | |
| 58 | N/A | SOE, INC. | BUILD GROUP, INC. | MASTER SUBCONTRACT AGREEMENT | 9175 | N/A | N/A | $ - | $ - | $ - | |
| 59 | N/A | SOE, INC. | BUILD GROUP, INC. | MASTER SUBCONTRACT AGREEMENT | 9160 | N/A | N/A | $ - | $ - | $ - | |
| 60 | N/A | SOE, INC. | BUILD GROUP, INC. | CHANGE ORDER | 9160 | N/A | N/A | $ - | $ - | $ - | |
| 61 | N/A | SOE, INC. | DAVIDON HOMES | C-10766_MONARK_PREMIUM_APPLIANCE_223_050817 | C-10766 | N/A | N/A | $ - | $ - | $ - | |
| 62 | N/A | SOE, INC. | DAVIDON HOMES | MONARK_PREMIUM_APPLIANCE_-_CONTRACT_PACKAGE_-_PARK_RIDGE | N/A | N/A | N/A | $ - | $ - | $ - | |
| 63 | N/A | SOE, INC. | DE MATTEI CONSTRUCTION INC | DOC061818 | 79048 | N/A | N/A | $ - | $ - | $ - | |
| 64 | N/A | SOE, INC. | DEACON CORP | 1MONARK PREMIUM CALIFORNIA CONTRACT RIDER | N/A | N/A | N/A | $ - | $ - | $ - | |
| 65 | N/A | CALIFORNIA BUILDER APPLIANCES,; SOE, INC. | DEVCON CONSTRUCTION, INC. | PURCHASE ORDER | REFERENCE NO. 16-183-006; PURCHASE ORDER # 06 | N/A | N/A | $ - | $ - | $ - | |
| 66 | N/A | SOE, INC. | DEVCON CONSTRUCTION, INC. | SUBCONTRACT AGREEMENT NO. 36 - 1598 BAY ST. | SUBCONTRACT AGREEMENT 36 | N/A | N/A | $ - | $ - | $ - | |
| 67 | N/A | CALIFORNIA BUILDER APPLIANCES,; SOE, INC. | DEVCON CONSTRUCTION, INC. | MONARK CONTRACT RIDER - 1598 BAY ST. | N/A | N/A | N/A | $ - | $ - | $ - | |
| 68 | N/A | SOE, INC. | DEVCON CONSTRUCTION, INC. | SUBCONTRACT ADDENDUM - 1598 BAY ST. | N/A | N/A | N/A | $ - | $ - | $ - | |
| 69 | N/A | SOE, INC. | DEVCON CONSTRUCTION, INC. | SUBCONTRACT CHANGE ORDER - 1991 BROADWAY ST. | N/A | N/A | N/A | $ - | $ - | $ - | |
| 70 | N/A | CALIFORNIA BUILDER APPLIANCES, | EDENBRIDGE INC. | PACIFIC RIDGE - HALF MOON BAY SUBCONTRACTOR AGREEMENT TRADE APPLIANCES | N/A | N/A | N/A | $ - | $ - | $ - | |
| 71 | N/A | SOE, INC. | FAIRFIELD DEVELOPMENT L.P | FAIRFIELD DEVELOPMENT - GREAT OAKS - PURCHASE ORDER | N/A | N/A | N/A | $ - | $ - | $ - | |
| 72 | N/A | CALIFORNIA BUILDER APPLIANCES, | GREYSTAR, LP | MONARK SUBCONTRACT- FULLY EXECUTED | SC-20-040-024 | N/A | N/A | $ - | $ - | $ - | |
| 73 | N/A | CALIFORNIA BUILDER APPLIANCES, | HAWK DEVELOPMENT | CBA-BROOKLYN BASIN PARCEL B-SUBCONTRACT AGREEMENT-2017 | N/A | N/A | N/A | $ - | $ - | $ - | |
| 74 | N/A | FLORIDA BUILDER APPLIANCES, INC. | INSIGHT DIRECT | OFFICE 365 - EMAIL, FILE STORAGE, COMPANY COLLABORATION | N/A | N/A | N/A | $ - | $ - | $ - | |
| 75 | N/A | FLORIDA BUILDER APPLIANCES, INC. | INSIGHT DIRECT USA, INC. DBA INSIGHT GLOBAL FINANCE | MASTER LEASE AGREEMENT 2355694 | N/A | N/A | N/A | $ - | $ - | $ - | |
| 76 | N/A | STARWEST, LLC | JLB BUILDERS, LLC | PO & CONTRACT RIDER-AGAVE RESIDENCE | N/A | N/A | N/A | $ - | $ - | $ - | |
| 77 | N/A | STARWEST, LLC | JLB BUILDERS, LLC | PO & CONTRACT RIDER | N/A | N/A | N/A | $ - | $ - | $ - | |

Sears Holdings Corporation
Executory Contracts to be Assigned

| Ref No. | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 78 | N/A | SOE, INC. | JOHNSTONE MOYER, INC. | SOE-JOHNSTONE MOYER, INC-3093 BROADWAY-SUBCONTRACT AGREEMENT-2016 | N/A | N/A | N/A | $ - | $ - | $ - | |
| 79 | N/A | SOE, INC. | JOHNSTONE MOYER, INC. | SOE-JOHNSTONE MOYER, INC-BROADWAY VALDEZ-SUBCONTRACT AGREEMENT-2017 | N/A | N/A | N/A | $ - | $ - | $ - | |
| 80 | N/A | SOE, INC. | JOHNSTONE MOYER, INC. | SOE-JOHNSTONE MOYER, INC-NOVO-SUBCONTRACT AGREEMENT-2018 | SC-2016-023-032 | N/A | N/A | $ - | $ - | $ - | |
| 81 | N/A | SOE, INC. | JOHNSTONE MOYER, INC. | SOE-JOHNSTONE MOYER, INC-NOVO-SUBCONTRACT CHANGE ORDER #1-2018 | CCO #001 | N/A | N/A | $ - | $ - | $ - | |
| 82 | N/A | SOE, INC. | JOHNSTONE MOYER, INC. | SOE-JOHNSTONE MOYER, INC-PLAZA SAN BRUNO-SUBCONTRACT AGREEMENT-2017 | SC-2015-023-032 | N/A | N/A | $ - | $ - | $ - | |
| 83 | N/A | SOE, INC. | JOHNSTONE MOYER, INC. | SOE-JOHNSTONE MOYER, INC-RENAISSANCE PHASE II-SUBCONTRACT AGREEMENT-2017 | SC-2015-041-031 | N/A | N/A | $ - | $ - | $ - | |
| 84 | N/A | SOE, INC. | JOHNSTONE MOYER, INC. | SOE-JOHNSTONE MOYER, INC-RENAISSANCE PHASE II-SUBCONTRACT CHANGE ORDER #1-2017 | CCO #001 | N/A | N/A | $ - | $ - | $ - | |
| 85 | N/A | SOE, INC. | JOHNSTONE MOYER, INC. | SOE-JOHNSTONE MOYER, INC-RENAISSANCE PHASE II-SUBCONTRACT CHANGE ORDER #2-2017 | CCO #002 | N/A | N/A | $ - | $ - | $ - | |
| 86 | N/A | SOE, INC. | JOHNSTONE MOYER, INC. | SOE-JOHNSTONE MOYER, INC-RENAISSANCE PHASE II-SUBCONTRACT CHANGE ORDER #3-2018 | PCO #3 | N/A | N/A | $ - | $ - | $ - | |
| 87 | N/A | SOE, INC. | JOHNSTONE MOYER, INC. | SOE-JOHNSTONE MOYER, INC-WEBSTER 12-SUBCONTRACT AGREEMENT-2017 | N/A | N/A | N/A | $ - | $ - | $ - | |
| 88 | N/A | CALIFORNIA BUILDER APPLIANCES, | KIT CONSTRUCTION CO. INC | KIT CONSTRUCTION_CYPRESS VILLAGE LOTS 1- 22 EXECUTED SCA | N/A | N/A | N/A | $ - | $ - | $ - | |
| 89 | N/A | SOE, INC. | L&D CONSTRUCTION, INC. | L AND D CONSTRUCTION_MORGAN HILL -PURCHASE ORDERS | PO 6704-PO-1130 | N/A | N/A | $ - | $ - | $ - | |
| 90 | N/A | CALIFORNIA BUILDER APPLIANCES, | LAFFERTY CONSTRUCTION CO | LAFFERTY - SANTA ROSA_001 | 106728 | N/A | N/A | $ - | $ - | $ - | |
| 91 | N/A | CALIFORNIA BUILDER APPLIANCES, | LAFFERTY CONSTRUCTION CO | LAFFERTY CONSTRUCTION - VERO NAPA VILLAS MODIFIED (002) | 107065 | N/A | N/A | $ - | $ - | $ - | |
| 92 | N/A | SOE, INC. | LAFFERTY CONSTRUCTION CO | LAFFERTY POS FOR BLUME PROJECT IN SANTA ROSA%2C CA | OPTION PO 75821 | N/A | N/A | $ - | $ - | $ - | |
| 93 | N/A | SOE, INC. | LAFFERTY CONSTRUCTION CO | LAFFERTY POS FOR BLUME PROJECT IN SANTA ROSA%2C CA | OPTOIN PO 75792 | N/A | N/A | $ - | $ - | $ - | |
| 94 | N/A | SOE, INC. | LAFFERTY CONSTRUCTION CO | LAFFERTY POS FOR BLUME PROJECT IN SANTA ROSA%2C CA | OPTION PO 75836 | N/A | N/A | $ - | $ - | $ - | |
| 95 | N/A | SOE, INC. | LAFFERTY CONSTRUCTION CO | LAFFERTY POS FOR BLUME PROJECT IN SANTA ROSA%2C CA | OPTION PO 75804 | N/A | N/A | $ - | $ - | $ - | |
| 96 | N/A | SOE, INC. | LAFFERTY CONSTRUCTION CO | LAFFERTY POS FOR BLUME PROJECT IN SANTA ROSA%2C CA | OPTION PO 75780 | N/A | N/A | $ - | $ - | $ - | |
| 97 | N/A | CALIFORNIA BUILDER APPLIANCES, | LAFFERTY CONSTRUCTION CO | LAFFERTY-SMITH VILLAGE_EXECUTED SCA WITH EIDER | 106533 & 106534 | N/A | N/A | $ - | $ - | $ - | |
| 98 | N/A | STARWEST, LLC | LAWLER CONSTRUCTION, INC | SUBCONTRACT AGREEMENT | N/A | N/A | N/A | $ - | $ - | $ - | |
| 99 | N/A | CALIFORNIA BUILDER APPLIANCES, | LEVEL 10 CONSTRUCTION, LP | LONG FORM  STANDARD SUBCONTRACT | N/A | N/A | N/A | $ - | $ - | $ - | |

Sears Holdings Corporation
Executory Contracts to be Assigned

| Ref No. | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | N/A | CALIFORNIA BUILDER APPLIANCES, | LEVEL 10 CONSTRUCTION, LP | ADDENDUM TO THE AGCC 3 LONG FORM STANDARD SUBCONTRACT AS REVISED JANUARY 2006 | N/A | N/A | N/A | $ - | $ - | $ - | |
| 101 | N/A | CALIFORNIA BUILDER APPLIANCES, | LEVEL 10 CONSTRUCTION, LP | DESIGN-BUILD ADDENDUM TO THE AGCC 3 LONG FORM STANDARD SUBCONTRACT AS REVISEDJANUARY 2006 | N/A | N/A | N/A | $ - | $ - | $ - | |
| 102 | N/A | CALIFORNIA BUILDER APPLIANCES, | LEVEL 10 CONSTRUCTION, LP | ADDENDUM TO THE AGCC 3 LONG FORM STANDARD SUBCONTRACT AS REVISED JANUARY 2006[ELEVATOR ] | N/A | N/A | N/A | $ - | $ - | $ - | |
| 103 | N/A | STARWEST, LLC | MARTIN HARRIS CONSTRUCTION, LLC | SUBCONTRACT AGREEMENT-WYNDHAM DESERT BLUE LEVELS | N/A | N/A | N/A | $ - | $ - | $ - | |
| 104 | N/A | STARWEST, LLC | MARTIN HARRIS CONSTRUCTION, LLC | SUBCONTRACT AGREEMENT-DESERT BLUE PROJECT 1-16-0006 | N/A | N/A | N/A | $ - | $ - | $ - | |
| 105 | N/A | STARWEST, LLC | MARTIN HARRIS CONSTRUCTION, LLC | ATTACHMENT F TO SUBCONTRACT AGREEMENT. DESERT BLUE LEVEL 16 (PRESIDENTIAL UNITS) BUILD OUT-PROJECT #: 1-16-0022 | N/A | N/A | N/A | $ - | $ - | $ - | |
| 106 | N/A | STARWEST, LLC | MERLIN CONTRACTING AND DEVELOPMENT | MONARK CONTRACT RIDER | N/A | N/A | N/A | $ - | $ - | $ - | |
| 107 | N/A | STARWEST, LLC | NEVADA GENERAL CONSTRUCTION | PURCHASE ORDER-AMTRUST PROJECT | N/A | N/A | N/A | $ - | $ - | $ - | |
| 108 | N/A | N/A | NEVADA GENERAL CONSTRUCTION | DISPUTE RESOLUTIONN ADDENDUM 3 TO NEVADA SUBCONTRACT AGREEMENT | N/A | N/A | N/A | $ - | $ - | $ - | |
| 109 | N/A | CALIFORNIA BUILDER APPLIANCES, | NEXANT | CALIFORNIA BUILDER APPLIANCES INC DBA MONARK PREMIUM APPLIANCE CO MASTER SERVICES AGREEMENT VENDOR ID AV90477 2018 | N/A | N/A | N/A | $ - | $ - | $ - | |
| 110 | N/A | CALIFORNIA BUILDER APPLIANCES, | RYDER NV MANAGEMENT LLC | CBA-RYDER NV MANAGEMENT, LLC-SHADOW RIDGE-SUBCONTRACTOR AGREEMENT-2013 | N/A | N/A | N/A | $ - | $ - | $ - | |
| 111 | N/A | CALIFORNIA BUILDER APPLIANCES, | STONEFIELD DEVELOPMENT | STONEFIELD DEVELOPMENT_MARK WEST HOMES_EXECUTED SCA | MWE-24. | N/A | N/A | $ - | $ - | $ - | |
| 112 | N/A | CALIFORNIA BUILDER APPLIANCES,; SOE, INC. | SUFFOLK CONSTRUCTION COMPANY | CONSTRUCTION OF 1100 CLAY | N/A | N/A | N/A | $ - | $ - | $ - | |
| 113 | N/A | CALIFORNIA BUILDER APPLIANCES,; SOE, INC. | SUFFOLK CONSTRUCTION COMPANY | CONSTRUCTION OF 1700  WEBSTER | N/A | N/A | N/A | $ - | $ - | $ - | |
| 114 | N/A | CALIFORNIA BUILDER APPLIANCES,; SOE, INC. | SUN LAKES OF CONSTRUCTION OF CAILFORNIA | CONSTRUCTION LOS COCHES- SUNDROP | N/A | N/A | N/A | $ - | $ - | $ - | |
| 115 | N/A | CALIFORNIA BUILDER APPLIANCES,; SOE, INC. | SUN LAKES OF CONSTRUCTION OF CAILFORNIA | CONSTRUCTION ORCHARD HEIGHTS | N/A | N/A | N/A | $ - | $ - | $ - | |
| 116 | N/A | CALIFORNIA BUILDER APPLIANCES,; SOE, INC. | SUN LAKES OF CONSTRUCTION OF CAILFORNIA | CONSTRUCTION SISTERS -ROBSON HOMES (THE ABBEY) | N/A | N/A | N/A | $ - | $ - | $ - | |
| 117 | N/A | CALIFORNIA BUILDER APPLIANCES,; SOE, INC. | SUN LAKES OF CONSTRUCTION OF CAILFORNIA | CONSTRUCTION SOLSTICE BMR | N/A | N/A | N/A | $ - | $ - | $ - | |
| 118 | N/A | CALIFORNIA BUILDER APPLIANCES,; SOE, INC. | SUN LAKES OF CONSTRUCTION OF CAILFORNIA | CONSTRUCTION DIAS | N/A | N/A | N/A | $ - | $ - | $ - | |

**Sears Holdings Corporation**
**Executory Contracts to be Assigned**

| Ref No. | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 119 | N/A | CALIFORNIA BUILDER APPLIANCES,; SOE, INC. | SUN LAKES OF CONSTRUCTION OF CAILFORNIA | CONSTRUCTION BIRDSONG | N/A | N/A | N/A | $ - | $ - | $ - | |
| 120 | N/A | CALIFORNIA BUILDER APPLIANCES, | SWINERTON BUILDERS | WORK ORDER TO MASTER SUBCONTRACT AGREEMENT MSA DATED 7/24/17 | N/A | N/A | N/A | $ - | $ - | $ - | |
| 121 | N/A | CALIFORNIA BUILDER APPLIANCES,; SOE, INC. | SWINERTON BUILDERS | CONSTRUCTION 75 HOWARD | N/A | N/A | N/A | $ - | $ - | $ - | |
| 122 | N/A | CALIFORNIA BUILDER APPLIANCES,; SOE, INC. | TAYLOR MORRISON SERVICES, INC A DELWARE CORPORATION | TAYLOR MORRISON SERVICES | N/A | N/A | N/A | $ - | $ - | $ - | |
| 123 | N/A | SOE, INC. | TISHMAN SPEYER | PURCHASE ORDER AGREEMENT | N/A | N/A | N/A | $ - | $ - | $ - | |
| 124 | N/A | FLORIDA BUILDER APPLIANCES, INC. | TM TELCOMM | ESSENTIAL NETWORKING | N/A | N/A | N/A | $ - | $ - | $ - | |
| 125 | N/A | STARWEST, LLC | TOFEL DENT CONSTRUCTION | STANDARD FORM OF CONTRACT BETWEEN CONTRACTOR AND SUBCONTRACTOR-TALKING GLASS APARTMENTS- HUD PROJ #123-35530 | N/A | N/A | N/A | $ - | $ - | $ - | |
| 126 | N/A | SOE, INC. | TOTAL CONCEPTS | SUBCONTRACT - GIOVANNI | N/A | N/A | N/A | $ - | $ - | $ - | |
| 127 | N/A | SOE, INC. | UPSCALE CONSTRUCTION | SUBCONTRACTOR WORK ORDER - 1857 37TH AVE | N/A | N/A | N/A | $ - | $ - | $ - | |
| 128 | N/A | SOE, INC. | UPSCALE CONSTRUCTION | PO AGMT - FIVE RAGONS | N/A | N/A | N/A | $ - | $ - | $ - | |
| 129 | N/A | SOE, INC. | WEBCOR BUILDERS | LONG FORM PURCHASE ORDER - MISSION STREET | N/A | N/A | N/A | $ - | $ - | $ - | |
| 130 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION; Sears Home Improvement Products, Inc. | WINCORE WINDOW COMPANY, LLC | MAIN SUPPLY AGREEMENT AND AMENDMENTS | N/A | N/A | 8/31/21 | $ - | $ - | $ - | |
| 131 | N/A | SEARS, ROEBUCK AND CO. | NEW CINGULAR WIRELESS PCS, LLC | LICENSED BUSINESS AGREEMENT | N/A | N/A | 8/30/35 | $ - | $ - | $ - | |
| 132 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | THE RECEIVABLE MANAGEMENT SERVICES CORPORATION | TO COLLECTION SERVICES AGREEMENT SHC 87399 | N/A | N/A | Recurring | $ - | $ - | $ - | |
| 133 | N/A | SEARS BRANDS MANAGEMENT CORP. | AFERO, INC. | SLA 2 - REFRIGERATOR | N/A | N/A | 03/12/2027 | N/A | N/A | N/A | Cure amount resolved |
| 134 | N/A | SEARS BRANDS MANAGEMENT CORP. | AFERO, INC. | MASTER LICENSE AND SERVICES AGREEMENT | N/A | N/A | 03/12/2029 | N/A | N/A | N/A | Cure amount resolved |
| 135 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | AKAMAI TECHNOLOGIES INC | ONLINE AKAMAI SERVICE ORDER FORM | CW2337731 | 5/1/18 | 5/31/19 | N/A | N/A | N/A | Cure amount resolved |
| 136 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | AKAMAI TECHNOLOGIES INC | IT-AKAMAI-MASTER SERVICES AGREEMENT-08 | SHCLCW38 | 9/24/08 | 5/31/19 | N/A | N/A | N/A | Cure amount resolved |
| 137 | 2078, 2057, 1986 | SEARS HOLDINGS MANAGEMENT CORPORATION | AMAZON WEB SERVICES, INC. | AWS ENTERPRISE AGREEMENT | N/A | N/A | recurring | N/A | N/A | N/A | Cure amount resolved |
| 138 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | GRANITE TELECOMMUNICATIONS, LLC | MASTER SERVICES AGREEMENT | N/A | 9/30/11 | Ongoing | N/A | N/A | N/A | Cure amount resolved |
| 139 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | GRANITE TELECOMMUNICATIONS, LLC | AMENDMENT NO. 1 TO MASTER SERVICES AGREEMENT | N/A | N/A | Recurring | N/A | N/A | N/A | Cure amount resolved |
| 140 | 1963 | SEARS HOLDINGS MANAGEMENT CORPORATION | LEVEL 3 COMMUNICATIONS, LLC | IT LEVEL 3 COMMUNICATIONS AMENDMENT TO RENEW | CW2331400 | N/A | 08/23/2019 | N/A | N/A | N/A | Cure amount resolved |

**Sears Holdings Corporation**
**Executory Contracts to be Assigned**

| Ref No. | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 141 | 1842 | SEARS HOLDINGS MANAGEMENT CORPORATION | MICROSOFT | IT - MICROSOFT - CW2320569 - ENTERPRISE SUBSCRIPTION ENROLLMENT (DIRECT) - 2011 | CW2320569 | 11/28/16 | 06/30/2020 | N/A | N/A | N/A | Cure amount resolved |
| 142 | 1842 | SEARS HOLDINGS MANAGEMENT CORPORATION | MICROSOFT | IT MICROSOFT VOLUME LICENSING SIGNATURE FORM AND ORDER | CW2333336 | 11/27/17 | 06/30/2020 | N/A | N/A | N/A | Cure amount resolved |
| 143 | 1842 | SEARS HOLDINGS PUBLISHING COMPANY, LLC | MICROSOFT | MICROSOFT PRODUCTS AND SERVICES AGREEMENT SIGNATURE FORM - 4100025650 | N/A | 2/17/16 | N/A | N/A | N/A | N/A | Cure amount resolved |
| 144 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | NEW ENGEN INC | MKTG - NEW ENGEN - MSA - 2018 | CW2336319 | 3/23/18 | 03/22/2020 | N/A | N/A | N/A | Cure amount resolved |
| 145 | 1992 | KMART HOLDING CORPORATION; SEARS, ROEBUCK AND CO. | ORACLE | IT OPS-ORACLE USA INC-MSSA-2005 | SHCLCW1600 | 12/23/05 | 12/23/2020 | $ - | $ - | $ - | |
| 146 | 2275, 2015 | KMART CORPORATION; SEARS, ROEBUCK AND CO. | SCHINDLER ELEVATOR CORP | SC - SCHINDLER ELEVATOR CORPORATION - MASTER SERVICES AGREEEMENT - 2012 | SHCLCW6828 | 6/1/12 | 05/31/2022 | N/A | N/A | N/A | Cure amount resolved |
| 147 | 2017 | SEARS HOLDINGS MANAGEMENT CORPORATION | SITEL OPERATING CORPORATION | HS - SITEL OPERATING CORPORATION - MASTER OUTSOURCED SERVICES AGREEMENT - 2012 | SHCLCW5830 | 9/1/12 | 01/31/2022 | N/A | N/A | N/A | Cure amount resolved |
| 148 | 2017 | SEARS HOLDINGS MANAGEMENT CORPORATION | SITEL OPERATING CORPORATION | HS_SITEL OPERATING CORPORATION_MASTER OUTSOURCED SERVICES AGREEMENT_2017 | CW2321624 | 1/3/17 | 01/03/2022 | N/A | N/A | N/A | Cure amount resolved |
| 149 | 2017 | SEARS HOLDINGS MANAGEMENT CORPORATION | SITEL OPERATING CORPORATION | HS SITEL OPERATING CORPORATION SOW 1 2017 | CW2321629 | 1/3/17 | 01/03/2020 | N/A | N/A | N/A | Cure amount resolved |
| 150 | 2017 | SEARS HOLDINGS MANAGEMENT CORPORATION | SITEL OPERATING CORPORATION | N/A | CW2340773 | 1/31/19 | 7/31/20 | N/A | N/A | N/A | Cure amount resolved |
| 151 | 2017 | SEARS HOLDINGS MANAGEMENT CORPORATION | SITEL OPERATING CORPORATION | N/A | CW2340776 | 1/31/19 | 7/31/20 | N/A | N/A | N/A | Cure amount resolved |
| 152 | 2017 | SEARS HOLDINGS MANAGEMENT CORPORATION | SITEL OPERATING CORPORATION | N/A | CW2340778 | 1/31/19 | 7/31/20 | N/A | N/A | N/A | Cure amount resolved |
| 153 | 2017 | SEARS HOLDINGS MANAGEMENT CORPORATION | SITEL OPERATING CORPORATION | N/A | CW2340780 | 1/31/19 | 7/31/20 | N/A | N/A | N/A | Cure amount resolved |
| 154 | 2017 | SEARS HOLDINGS MANAGEMENT CORPORATION | SITEL OPERATING CORPORATION | N/A | CW2340782 | 1/31/19 | 7/31/20 | N/A | N/A | N/A | Cure amount resolved |
| 155 | 2017 | SEARS HOLDINGS MANAGEMENT CORPORATION | SITEL OPERATING CORPORATION | N/A | CW2340782 | 1/31/19 | 7/31/20 | N/A | N/A | N/A | Cure amount resolved |
| 156 | 2017 | SEARS HOLDINGS MANAGEMENT CORPORATION | SITEL OPERATING CORPORATION | N/A | CW2340784 | 1/31/19 | 7/31/20 | N/A | N/A | N/A | Cure amount resolved |
| 157 | 2017 | SEARS HOLDINGS MANAGEMENT CORPORATION | SITEL OPERATING CORPORATION | N/A | CW2340786 | 1/31/19 | 7/31/20 | N/A | N/A | N/A | Cure amount resolved |
| 158 | 2017 | SEARS HOLDINGS MANAGEMENT CORPORATION | SITEL OPERATING CORPORATION | N/A | CW2340789 | 1/31/19 | 7/31/20 | N/A | N/A | N/A | Cure amount resolved |

Sears Holdings Corporation
Executory Contracts to be Assigned

| Ref No. | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 159 | 2017 | SEARS HOLDINGS MANAGEMENT CORPORATION | SITEL OPERATING CORPORATION | N/A | CW2340791 | 1/31/19 | 7/31/20 | N/A | N/A | N/A | Cure amount resolved |
| 160 | 2017 | SEARS HOLDINGS MANAGEMENT CORPORATION | SITEL OPERATING CORPORATION | SOW 18 TO 25 & AMENDMENT 05 TO MOSA | CW2340782 | 1/0/00 | 7/31/20 | N/A | N/A | N/A | Cure amount resolved |
| 161 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | VERIZON WIRELESS | NATIONAL ACCOUNT AGREEMENT - MSA | N/A | 1/10/07 | N/A | N/A | N/A | N/A | Cure amount resolved |
| 162 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | VERIZON WIRELESS | AMENDMENT NO. 4 - NATIONAL ACCOUNT AGREEMENT (NAA) - MSA (#730-03184) | N/A | N/A | N/A | N/A | N/A | N/A | Cure amount resolved |
| 163 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | TTEC HOLDINGS INC | IT-ELOYALTY CORPORATION-PRODUCT ORDER AGREEMENT-2008 | SHCLCW1945 | N/A | 04/30/2020 | N/A | N/A | N/A | Cure amount resolved |
| 164 | 2079 | A&E FACTORY SERVICE, LLC | LG ELECTRONICS ALABAMA, INC | B2B SERVICE AGREEMENT 3RD PARTY REVENUE SERVICE CALLS | CW2340703 | 1/1/16 | 1/1/21 | N/A | N/A | N/A | Cure amount resolved |
| 165 | 2079 | INNOVEL SOLUTIONS, INC. | LG ELECTRONICS USA | MASTER SERVICES AGREEMENT | N/A | N/A | recurring | N/A | N/A | N/A | Cure amount resolved |
| 166 | 2079 | SEARS, ROEBUCK AND CO, KMART CORPORATION, SEARS BRANDS MANAGEMENT CORPORATION | LG ELECTRONICS USA | SUPPLY AGREEMENT FOR KENMORE BRANDED HOME APPLIANCES | N/A | 10/1/18 | 12/31/20 | N/A | N/A | N/A | Cure amount resolved |
| 167 | 2079 | A&E FACTORY SERVICE, LLC | LG ELECTRONICS ALABAMA, INC | B2B SERVICE AGREEMENT 3RD PARTY REVENUE SERVICE CALLS | CW2340703 | 1/1/16 | 1/1/21 | N/A | N/A | N/A | Cure amount resolved |
| 168 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | TECHNOLOGY CONSULTING INC | IT - TECHNOLOGY CONSULTING INC - STATEMENT OF WORK 01 (INFINUM ISERIES CONVERSION) - 2009 | SHCLCW6328 | N/A | 12/15/2020 | $ - | $ - | $ - | |
| 169 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | TECHNOLOGY CONSULTING INC | IT - TECHNOLOGY CONSULTING INC - MASTER SERVICES AGREEMENT - 2009 | SHCLCW6327 | N/A | 12/15/2020 | $ - | $ - | $ - | |
| 170 | N/A | SEARS BRANDS MANAGEMENT CORP. | SCHUMACHER ELECTRIC CORPORATION | LICENSE AGREEMENT | N/A | N/A | 01/31/2019 | $ - | $ - | $ - | |
| 171 | N/A | SEARS BRANDS MANAGEMENT CORPORATION | SCHUMACHER ELECTRIC CORPORATION | AMENDMENT #1 TO LICENSE AGREEMENT FOR DIEHARD PORTABLE POWER PRODUCTS | N/A | N/A | 1/31/19 | $ - | $ - | $ - | |
| 172 | N/A | SEARS HOLDINGS CORPORATION | INTERNATIONAL SAFE TRANSIT ASSOCIATION | MEMBERSHIP | N/A | N/A | 1/1/19 | $ - | $ - | $ - | |
| 173 | N/A | SEARS HOLDINGS CORPORATION | STRATASYS INC | SERVICE CONTRACT | N/A | N/A | 3/27/19 | $ - | $ - | $ - | |
| 174 | 1842 | SEARS HOLDINGS MANAGEMENT CORPORATION | MICROSOFT LICENSING GP-695814 | ITG - MICROSOFT LICENSING GP - BUSINESS AGREEMENT - 2000 | CW2212211 | N/A | N/A | N/A | N/A | N/A | Cure amount resolved |
| 175 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | SHAW INDUSTRIES INC. | SUPPLY AGREEMENT FOR FLOORING PRODUCTS | N/A | N/A | 05/23/2020 | N/A | N/A | N/A | Cure amount resolved |
| 176 | N/A | KMART CORPORATION | T LEX, INC. | SERVICE CONTRACT | N/A | 5/1/19 | 4/30/21 | N/A | N/A | N/A | Cure amount resolved |
| 177 | N/A | KMART CORPORATION | T LEX, INC. | SERVICE AGREEMENT | N/A | 5/1/99 | PERPETUAL | N/A | N/A | N/A | Cure amount resolved |