UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :
                                                               :    Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,                          :
                                                               :    Case No. 18-23538 (RDD)
                                                               :
            Debtors.[1]                                        :    (Jointly Administered)
---------------------------------------------------------------x

# SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Arnold A. Jaglal, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 15, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the Service List attached hereto as **Exhibit A**:

- Notice of Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors, a copy of which is attached hereto as **Exhibit B**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: May 20, 2019

_____
Arnold A. Jaglal

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 20, 2019, by Arnold A. Jaglal, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LIZ SANTODOMINGO
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2018 22

**Exhibit A**

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 4879521 | AAA RENTAL SYSTEM | NELFERMAN INC | PO BOX 918 | | HOMEWOOD | IL | 60430-0918 | |
| 4295746 | AGUILAR, ALEXANDER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4281367 | AHMED, SADAF | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5526869 | ALBERTO CABRARA | 517 15TH ST | | | MODESTO | CA | 95354-2508 | |
| 4220236 | ALBERTS, TRISTA S | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4206953 | ALFARO, BRIANNA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4295363 | ANDRADE, JOHANNA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5540405 | ATTN KEREM TOMAK | 1321 UPLAND DR #4431 | | | HOUSTON | TX | 77043 | |
| 4303088 | AUFIERO, AMBER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5540892 | AUSTYN CRUSE | 228 N 5TH AVE | | | OAKDALE | CA | 95361-3117 | |
| 4868271 | AUTOMATIC DOOR SYSTEM LLC | 5002 HADLEY | | | OVERLAND PARK | KS | 66203 | |
| 4569909 | BAJWA, ANMOL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4327284 | BANKS, TIFFANY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4666500 | BARNER, PAMELA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4280217 | BARSAMIAN-MONCRIEF, MILAN M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4326656 | BERRY, TAMMY C | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4380092 | BIESCHKE, REBECCA L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5550155 | BILLY BECK | 5404 COALBANK ROAD | | | MONTERY | TN | 38574 | |
| 4278987 | BIRKNER, BRADLEY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4235953 | BISHOP, SHARYL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4373196 | BLAKE, BIANCA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4299253 | BONNETTE, BEVERLY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5552764 | BOOZE CARMENITA | 5791 6TH WAY S | | | ST PETERSBURG | FL | 33705-5223 | |
| 4403541 | BOSKET, TAMARA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5553686 | BOYD SANDRA | 225 E SPRAGUE ST | | | WINSTON SALEM | NC | 27107 | |
| 4567915 | BOYD, DOUGLAS A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4346237 | BOYD-SARBER, MADISON E | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4290008 | BRADFORD, JAMAL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5554088 | BRADLEY MICHELLE | 17479 Skipper Dr | | | Idwa | LA | 70647-6078 | |
| 5556562 | BRIGGS TERRON M | 10608 CORRINGTON AVE | | | KANSAS CITY | MO | 64134-1932 | |
| 5556810 | BRISTONETTE SERCYE | 11817 S PARNELL AVE | | | CHICAGO | IL | 60628-5338 | |
| 4462291 | BROWN IV, JAMES | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5558815 | BROWN SALANDUS | 464 N WOLF RD BSMT | | | HILLSIDE | IL | 60162-1242 | |
| 5558964 | BROWN TERRICA | 1004 EGRET NEST CIR | | | WINNABOW | NC | 28479 | |
| 4284619 | BRUCE, ROSEMARY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4551759 | BRUCE, SHAQUANNA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4149985 | BUCKNER, AMBER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4289579 | BUCZKO, JENNIFER J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4825637 | BUILD GROUP; THE GRAND | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4658732 | BUMPAS, SUZETTE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4336141 | BURRELL, VICTORIA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4299087 | CALDERON, PEDRO | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5563026 | CALZADA ELIAS | 1330 W 54 ST APT 127C | | | HIALEAH | FL | 33012 | |
| 4370508 | CARD, TYLER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

In re:  Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Page 1 of 9

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 5566489 | CAROLYN A LEWIS | 4050 W 115TH ST APT 100 | | | CHICAGO | IL | 60655-4321 | |
| 4570853 | CASTRO, VICKY JEAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4833500 | Cecilia Walsh | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4804532 | CELTIC CAPITAL CORPORATION | RE MR HAWAII INC | DEPT #2068 | | LOS ANGELES | CA | 90084-2068 | |
| 4282545 | CHAMBERLAIN, TONYA P | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5570619 | CHAMBERS JERI | 749 MEADOWBROOK LN | | | CHAMBERSBURG | PA | 17201 | |
| 5571142 | CHAPMAN JULIE | PO Box 752 | | | Francesville | IN | 47946-0752 | |
| 4813792 | CHAS BELDEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5572970 | CHERYL A ASHLEY | 3757 S WABASH AVE | | | CHICAGO | IL | 60653 | |
| 4567651 | CHOI, JOOHEE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5795225 | Church & Dwight Co., Inc | 543 WSHINGTON BLVD | | | WHITE LAKE | MI | 48386-2964 | |
| 5575567 | CINDY BOYER | 11572 BIG POOL RD | | | BIG POOL | MD | 21711-1308 | |
| 4251235 | CLARK, KRYSTAL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4696847 | CLINES, LINDA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4246381 | CONES, SARAH T | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4884712 | CONSOLIDATED ELECTRIC DIST INC | PO Box 936240 | | | Atlanta | GA | 31193-6240 | |
| 5581104 | COOPER MARIA | 4287 E 167TH ST | | | CAMARILLO | CA | 93010 | |
| 4328372 | COUTU, EMILY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5583088 | COX KELLY | PRIME MIRROR DR | | | LEESBURG | GA | 31763 | |
| 4559547 | CRAWFORD, ASHLEY N | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4683204 | DALSING, ETHELREDA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4298793 | DALZIEL, KAREN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4171299 | DANA, MAXWELL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4303012 | DANIEL, BRIANA L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4280915 | DANTZLER, LANCE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5589136 | DARLENE BOGAN | 150 Ellis RD Apt 06 | | | Deridder | LA | 70634-3126 | |
| 5589500 | DARSHIA ROBINSON | 1800 SWANSEA RD | | | BALTIMORE | MD | 21239-3632 | |
| 4874743 | DAVESORBON CORPORATION | DAVID BRANDON SUMPTER | 870 S HWY 46 | | NEW BRAUNFELS | TX | 78130 | |
| 5591818 | DAYLA BARTON | 2816 NORTH 2ND ST | | | PHIL | PA | 19133 | |
| 5593927 | DELAPENA FALISHA | 4548 JADE ST | | | LOS ANGELES | CA | 90032 | |
| 5830472 | DENVER POST | ATTN: LAURA LEE | 5990 WASHINGTON ST | | DENVER | CO | 80216-1349 | |
| 5596100 | DESIREE SWOPE | 2777 DURNESS CT | | | HENDERSON | NV | 89014-2229 | |
| 4278842 | FITTS, SAMUEL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4312720 | FOSTER, LARESA D | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4382694 | FOX, SHAWN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4483964 | FRANTZ, VICKIE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4355413 | FROST, STEVEN M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4182203 | GARCIA, SAUL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5621548 | GARZA NOE | 6477 W BLECK RD | | | LA PORTE | IN | 46350-8230 | |
| 4330209 | GATES, ALEXSA E | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4190757 | GIORDANO, KEVIN P | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4392837 | GOMEZ, BRENDA T | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4312014 | GOODMAN, LATOSHA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4732231 | GORDON, BECKY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

In re:  Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Page 2 of 9

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 4790641 | Gordon, Lilian | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5627202 | GORHAM BLANIE | 4117 Harris Ave | | | Baltimore | MD | 21206-6320 | |
| 5627309 | GOTT BARBARA | 305 BLACKBURN CIR | | | HENDERSON | NV | 89011 | |
| 5628093 | GRANT TONJA | 2104 3RS ST NE | | | CANTON | OH | 44704 | |
| 4627111 | GRAY JR, ARTHUR | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5792337 | GREAT LAKES INSURANCE SE | PLANTATION PLACE | THIRD FLOOR | 30 FENCHURCH ST | LONDON | | EC3M 3BD | UNITED KINGDOM |
| 4845607 | GREEN SPACE CONSTRUCTION LLC | 3424 OTTOMEYER RD | | | HIGH RIDGE | MO | 63049-3140 | |
| 4305851 | GUNN, JAMISON | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4467830 | HAFFNER, MEGAN A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4485991 | HALL, SERENA A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4220440 | HAWKEN, GILLIAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4299508 | HENRY, ABIGAIL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4281109 | HICKS, SILVONAS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4517267 | HODGES, MELANIE K | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5641375 | HOFFMAN ROBIN L | 8035 WILDFLOWER LN | | | WESTERVILLE | OH | 43081 | |
| 5641856 | HOLLOMAN NAKERIA | 1103 26TH ST E | | | BRADENTON | FL | 34208 | |
| 5792423 | HOMESTEAD ACRES SAW & MOWER | PO BOX 493 | | | SCIO | OR | 97374-0493 | |
| 4465628 | HOOVER, JOANNE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4567328 | HORSLEY, SHELBY L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4846473 | IDA BRANCKENRIDGE ALASHE | 17308 CLYDE AVE | | | SOUTH HOLLAND | IL | 60473-3746 | |
| 4869191 | INCHARACTER COSTUMES LLC | 4560 ALVARADO CANYON RD STE 10 | | | SAN DIEGO | CA | 92120-4309 | |
| 5646963 | ISELA CARILLO | 2343 ROOESVELT AVE | | | SAN ANTONIO | TX | 78210 | |
| 4868840 | J S COMMUNICATIONS INC | 3733 S BAGLEY AVE STE C | | | FRESNO | CA | 93725-2436 | |
| 4430090 | JACKSON, LEYCHAY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4387895 | JANSON, PAULA J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5651773 | JAPE STEVENS | 3015 CLOVER CREEK RD | | | MARTINSBURG | PA | 16662-7321 | |
| 4235527 | JARDINES, GABRIEL A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4188459 | JARQUIN VENEGAS, GUADALUPE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5651998 | JARVIS DAMANJ | 3645 BURWICK PL | | | ANTIOCH | TN | 37013-2553 | |
| 5652513 | JATINA GILLEN | 537 E MINOR DR APT 102 | | | KANSAS CITY | MO | 64131 | |
| 4325665 | JEFFERSON, SHANIQUA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4295976 | JESSUP, AMBER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4837578 | JIM DALERS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4292090 | JIN, WEI | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4200711 | JINNINGS, JOHN N | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5657789 | JOANNE DOSS | 119 RACQUET CLUB DR | | | COMPTON | CA | 90220-3181 | |
| 4887638 | JOHN F WOOD | SEARS OPTICAL LOCATION 2922 | 104 WHITE OAKS MALL | | SPRINGFIELD | IL | 62704 | |
| 4455948 | JOHNSON, BREANNA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4856188 | JOHNSON, JAMES WILLIAM | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4573817 | KELLY, JASMINE L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5674340 | KIRK OPTOMETRY LLC | 442 LACEY RD STE 3 | | | FORKED RIVER | NJ | 08731-2436 | |
| 4887609 | KIRK OPTOMETRY LLC | KIRK OPTOMETRY LLC | 442 LACEY RD STE 3 | | FORKED RIVER | NJ | 08731-2436 | |
| 5674783 | KNEEZEL VICTORIA C | 2782 SW Versailles Ter | | | Stuart | FL | 34997-1371 | |

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 4441260 | KNOWLES, RAGAN E | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4689773 | KOVELL, NANCY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4494760 | KOZLOWSKI, LISA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5676030 | KROKOSZ SUE | 8785 3RD AVENUE | | | LYONS | WI | 53105 | |
| 4855675 | Kumar, Simha | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4818477 | LAMPEN, MICHAEL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4540300 | LANDRY, TONYA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4572037 | LAPORTE, EMILY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5678552 | LAQUESHA BELL | 601 JOHN WRIGHT APT C | | | HUNTSVILLE | AL | 35805 | |
| 5678865 | LARRIMORE LARRY | 33107 HWY 43 | | | THOMASVILLE | AL | 36784 | |
| 5680580 | LAUREN COX | 775 COURTHOUSE S DENIS RD | | | CAPE MAY CT | NJ | 08210 | |
| 4406884 | LEE, MEECA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5684498 | LEWIS NICHOL | 431 5 MILES AVE | | | BILLINGS | MT | 59106 | |
| 4181685 | LEWIS, JORDAN D | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4322348 | LEWIS-LARUE, LEAH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5686262 | LINK MEGAN | 720 IVY CREEK DR | | | RANDLEMAN | NC | 27317 | |
| 4527274 | LIU, YING | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4569650 | LOR, ELIZABETH L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4432730 | LOZADA, YARILISSA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5712223 | MAGAHA, MICHELLE A | 1105 ROGERS ST | | | POOLER | GA | 31322 | |
| 4247701 | MAIDY, KEVIN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4427120 | MAJID, MAHEK | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5695209 | MANN MARSHA | 3505 WATER OAK RD | | | CALLANDS | VA | 24530 | |
| 5699286 | MARLEEN ESTRADA | 315 W 10TH PL APT 12 | | | MESA | AZ | 85201 | |
| 4571158 | MARTELL, GUILLERMO F | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5700820 | MARTIN SHANIKA | 2018 E HARRY | | | WICHITA | KS | 67213 | |
| 5700883 | MARTIN TONYARICHAR | PO BOX 81 | | | SPINDEL | NC | 28160 | |
| 4565878 | MARTINEZ, LYDIA S | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4422292 | MAYE, BRIANNA S | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4290965 | MAYS, DESHA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4171933 | MCCARTER, JONATHAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4440498 | MCCOY, BRANDEN D | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4318647 | MCCOY, DONALD C | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4153683 | MCKINNEY, CHRISTINA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5711980 | MICHAELPOOVEY CAROLTHOMAS | 1940 HWY 70 SE | | | FAYETTEVILLE | NC | 28306 | |
| 5713950 | MILLER ELLEN | 6334 HAYES AVE | | | ELKO | NV | 89801 | |
| 5715190 | MIRIAM BACA | 1513 13TH ST # 1 | | | ROCKORD | IL | 61104-5424 | |
| 4853320 | Mitchell AutoRx | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4615729 | MITCHELL, LISA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4565820 | MOORE, CONNOR | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4395732 | MURRAY, AKIEL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4527929 | MWANYALO, MIRIAM | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4542610 | MYERS, MYRON E | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4803124 | NASA CORP PROPERTY OWNER'S ASSOCIA | 1800 PENN ST STE 11 | | | MELBOURNE | FL | 32901-2625 | |

In re:  Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Page 4 of 9

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 4365255 | NASIR, FOWSIA A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4303091 | NICHOLSON, JOSHUA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4527653 | NUNSANT, BRISHANNA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4530760 | OFORI, ELIZABETH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5729398 | OLEAVIATT T GROSS | 4904 CROWDER BLVD | | | NEW ORLEANS | LA | 70127-3256 | |
| 5729675 | OLIVER SALFATE | 431 E NORTH ST | | | FOWLERVILLE | MI | 48836-9799 | |
| 4795793 | ORBIT SKATE CENTER | Orbit Skate Center | 711 Pimlico PKWY | | Sleepy Hollow | IL | 60118-2531 | |
| 4862407 | OREGON SCIENTIFIC INC | 151 N Franklin St Ste 2500 | | | Chicago | IL | 60606-1915 | |
| 4664509 | PAGES, RAMON | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5733432 | PAMELA YELDER | 14 CALHUN | | | MOBILE | AL | 36617 | |
| 4484714 | PANTALL, TIMOTHY R | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5736023 | PAUL GAINES | PO BOX 245 | | | AVILA | CA | 93424 | |
| 4361009 | PAUL, CORINNE D | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4794519 | Peapod | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4531887 | PEDROZA, NICOLE R | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4298444 | PELLEY, SHAWNESE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5737540 | PENDITA BELL | 911 Prairie St Apt 14 | | | Elkhart | IN | 46516-3853 | |
| 4319554 | PENNINGTON, MICHELLE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5738543 | PERKINS KRYSTAL | 1828 PLUM ST | | | NEW CAST | IN | 47362 | |
| 4459804 | PFAHL JR., WILLIAM B | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4450529 | PHILLIPS, ASHIA J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4426647 | PHILLIPS, SHADAI | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4284734 | PICHARDO, ETHAN S | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4310637 | PIEL, DEVIN M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5740386 | PIERCE TAMMY A | 115 Crosswinds DR | | | Paducah | KY | 42003-5779 | |
| 4408114 | PINGITORE, ERICKA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4588064 | PINKARD, CHARLENE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4228709 | PINO, NERAY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4295893 | PITALE, RASHMI | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4303785 | POMALES, ARIS M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4319661 | PORTER, CHAZZMIN B | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4446546 | POWELL, STACEY RENEE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4453191 | PREMPEH, AARON D | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4395264 | PULLIS, EDWARD | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4558959 | QUEEN, MARIANNE J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4303601 | RAASCH, SABRINA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5745016 | RABALAIS JOANN G | 4104 ILLINAS APT C | | | NEW ORLEANS | LA | 70065 | |
| 4569932 | RABINOWITZ, SASHA I | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5533875 | RAMIREZ, ANEL | 11020 SE KNT KGLY RD APT F201 | | | KENT | WA | 98030 | |
| 4262951 | RANDOLPH, STEPHEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4320511 | RANKIN, JYDAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4460288 | RANSOM, APRILYNN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5747664 | RATLIFF AUDRIANNA | 4223 COMMONS CIR | | | VICKSBURG | MS | 39180-5859 | |
| 4577431 | REDMAN, JOHNATHEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 4263629 | REED, BRITTANY N | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4250431 | REED, CHRISTOPHER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4447985 | REES, CARL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4282941 | RENTAS, DESIREE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4795532 | RETAIL TURF SOLUTIONS LLC | PO BOX 2727 | | | DALTON | GA | 30722-2727 | |
| 4391044 | REUWER, BRUCE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4453833 | REYNOLDS, CODY J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4258651 | RHINEHARDT, BRITTANY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4250665 | RICCI, JOSHUA L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5752342 | RICHARDSON SHERRY | 948 REGAL RIDGE DR | | | INDEPENDENCE | KY | 41051-9352 | |
| 4461407 | RIGALI, JAMES | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4468368 | RILEY, KATHERINE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4447182 | RINEHART, BRYCE A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4538782 | RIOS, LUIS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4198385 | RIOS, ROSA I | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5755241 | ROBERT SANCHEZ | 33320 BARLEY LANE | | | WILDOMAR | CA | 92595 | |
| 4317953 | ROBERTS, VINCENT C | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5755847 | ROBICHAUD KYLE | POB 486 | | | PODUNK | MA | 01515 | |
| 4344919 | ROBINETTE, ANDREW J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4146865 | ROBINSON, AMBER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4402671 | ROBINSON, KYRA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5756790 | ROBYN OR KEV GILLIAM | 5370 CONNECTICUT ST APT 206 | | | INDIANAPOLIS | IN | 46462 | |
| 4295890 | RODRIGUEZ, EILEEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4316491 | RODRIGUEZ, JONATHAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4235692 | RODRIGUEZ, MAISELL E | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5758804 | ROLAND GILES | 1500 DIAMOND HILL RD | | | WOONSOCKET | RI | 02895 | |
| 5760908 | ROSE MORALES-WILLIAMS | 2841 FALVY AVE | | | SAN DIEGO | CA | 92111-5810 | |
| 5761202 | ROSETTA ADAMS | 504 KANAWHA CT | | | SAINT ALBANS | WV | 25177-3078 | |
| 4320270 | ROYSTER, ANDRAKA D | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4446647 | RUSINKO, MARYLYNN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4644818 | SALEMI, ERIKA R | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5765248 | SAMDOR CORY | DR GALICIA 1721 | | | NLARADO | MX | 88000 | |
| 4290836 | SANFORD, LAVONDRE S | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4418114 | SANTIAGO, WANDA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4301165 | SARTORI, ALLYSON | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5793315 | SCALEBASE, INC. | | 542 325  SHARON PARK DR | STE D2 | MENLO PARK | CA | 94025-6804 | |
| 4302351 | SCHMIDT, CARLIE J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4356723 | SCHWINN, CAITLYN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4870647 | SDI CONSULTING LLC | 3152 PEREGRINE DR NE STE 110 | | | GRAND RAPIDS | MI | 49525 | |
| 4308542 | SEARS, AMANDA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4291155 | SELMON, SARITA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5772372 | SHAMIRA AIKEN | 1442 HORNEL ST | | | BALTIMORE | MD | 21224-5555 | |
| 4287536 | SHANNON, LAJERIMIE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4244141 | SHARPER, GEOFFREY C | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 4299661 | SHRIVASTAVA, ABHIJEET | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4530119 | SILGUERO, VERONICA B | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5778585 | SIMPSON BARBARA | 1961 HIGHWAY S | | | MANSFIELD | MO | 65704-7302 | |
| 4406403 | SINDHWANI, BENU | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4409269 | SINGLETON, BRIAN R | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4444707 | SMITH, ANGELA J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4281269 | SMITH, KESHAUN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4601416 | SMITH, RANDALL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4303521 | SOLOMON, IRVING | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4223392 | SOTO, KACEE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4598508 | SPIES, LINDA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4449445 | STAFFORD, JASMINE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4868989 | STAGNITO PARTNERS LLC | 8550 W Bryn Mawr Ave Ste 200 | | | CHICAGO | IL | 60631-3731 | |
| 4368441 | STELLA, KIANA M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4823033 | STEPHANIE DOMENICHELLI | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5786086 | STEVENS JAPE | 3015 CLOVER CREEK RD | | | MARTINSBURG | PA | 16662-7321 | |
| 4485555 | STILTNER, ROY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4385884 | STIVER JR, JOHN W | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5486204 | SUSEL SABON SMITH | 1685 BURROWS ST | APT 66 | | EAST LANSING | MI | 48823-1757 | |
| 4472557 | TAMBOURINE, NICCI | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5488975 | TANISHA TAYLOR | 3116 HAWTHORNE BLVD | | | ALTON | IL | 62002-4309 | |
| 5489195 | TANYA SCHMITT | 2502 FRASER ST | | | BAY CITY | MI | 48708-8638 | |
| 5489396 | TARA KING | 403 RICH SMITH LN | | | RUSTON | LA | 71270-6717 | |
| 4338200 | TARIQ, ANNAM | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5489553 | TARONDA CROSS | 1214 PRIMROSE AVE | | | ROSEDALE | MD | 21237-2813 | |
| 5490544 | TAYLOR QUENTIN | 6113 S SACRAMENTO AVE | | | CHICAGO | IL | 60629-2621 | |
| 4167036 | TAYLOR, EMILY S | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4180714 | TAYLOR, MICHAEL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5490750 | TCI CABLEVISION OF MONTANA INC | 4670 Fulton St E, Ste 120 | | | ADA | MI | 49301 | |
| 5491442 | TERESA HAMLETTE | 6405 ALTA AVE | APT 1 | | BALTIMORE | MD | 21206-1661 | |
| 5491602 | TERESA STEWART | 330 FULTON ST | | | SANDUSKY | OH | 44870-2310 | |
| 4888456 | TERI B TALENT & MODEL MANAGEMENT | TERRIB TALENT & MODEL MANAGEMENT | 1115 BROADWAY FL 11 | | NEW YORK | NY | 10010-3400 | |
| 5491723 | TERRA QUINN | 2719 S Webster St | | | Kokomo | IN | 46902-3414 | |
| 4823535 | TESSEM | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4888490 | TEXAS MEDICAL SCREENING | TEXAS MEDCO SCREENINGS | 13103 LOOKOUT RUN | | SAN ANTONIO | TX | 78233-5157 | |
| 4795212 | THE WASSERSTROM COMPANY | PO Box 182056 | | | Columbus | OH | 43218-2056 | |
| 5492975 | THOMAS BLOOM | 5161 SUNRISE HILLS DR | | | FAOR OAKS | CA | 95628-4925 | |
| 5493063 | THOMAS CROSS | 19 MYER DR | | | FORT GORDON | GA | 30905-1204 | |
| 5493609 | THOMAS SCHEQUITA | 626 BRANSFORD RD | | | AUGUSTA | GA | 30909-3889 | |
| 4786074 | Thomas, Angela | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4193295 | THOMAS, LESLIE A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4344487 | THOMAS, ROSIE M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4203469 | THOMAS, TANYA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5493878 | THOMPSON AYESHA | 1528 23RD ST | | | COLUMBUS | GA | 31901-1424 | |

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 4530720 | THOMPSON, ALEXIS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4524272 | THOMPSON, JOSEPH D | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4341412 | THOMPSON, LASHAE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4572887 | THRASHER, NODIA G | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4887049 | THU T KOELER | 5532 Santa Catalina Ave | | | Garden Grove | CA | 92845-1028 | |
| 5495371 | TIM COMLY | 166 N MADISON RD | | | LONDON | OH | 43140 | |
| 5495814 | TINA LEWIS | 5011 Brandywine DR Apt 1010 | | | Indianapolis | IN | 46241-5142 | |
| 5496127 | TIRA HARRIS | 2309 ALLENDALE RD | APT A | | BALTIMORE | MD | 21216-2155 | |
| 4395801 | TITTERMARY, ROBERT | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4235421 | TOLER, CAITILIN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4345749 | TOMS, JASON A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5497347 | TONYA L LIPSEY | 5131 JULIUS BLVD | | | WESTLAND | MI | 48186-7331 | |
| 4356782 | TOOKES, LACREESHA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4193953 | TORDECILLAS, ALLEN EDWARD A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4525813 | TORRES, JASMINE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4285653 | TORRES, MONICA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4461265 | TOWN, FANTASHA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5498452 | TOYA HARRIS | 20487 STEEL ST | | | DETROIT | MI | 48235-1138 | |
| 5498640 | TRACIE HOLLIS | 8120 MAGNOLIA AVE | | | RIVERSIDE | CA | 92504-3411 | |
| 5498740 | TRACY GRAMPS | 2490 Ithaca St | | | OROVILLE | CA | 95966-6717 | |
| 4546429 | TRAN, THOMAS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4879459 | TRI STATE AUTOMATIC DOOR INC | NABCO ENTRANCES INC | 650 Montauk Hwy Unit 20 | | Bayport | NY | 11705-1624 | |
| 5804445 | TRINIDAD INC. | ATTN: PAUL & KARLA BECHEN | 4605 NE 26TH AVE | | PORTLAND | OR | 97211-6511 | |
| 4219896 | TRUJILLO, NICHOLAS I | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4751526 | TRUNNELLE, DOREEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5500715 | TURNER MEGAN | 1296 N 290 W #1 | | | LOGAN | UT | 84341-7040 | |
| 4343381 | TURNER, TIERA D | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4346450 | TYLER, KIM C | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4199141 | UDUMA, IMO | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4491538 | URSO JR, JASON | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5793673 | USA CONSTRUCTION MANAGEMENT INC | 3200 DAYLAS BLVD | STE 200 | | ROSEVILLE | CA | 95661-7773 | |
| 5793674 | USA PROPERTIES INC | 3200 DOUGLAS BLVD | STE 200 | | ROOSEVILLE | CA | 95661-7773 | |
| 5502049 | UTLEY SHIRLEY | 4203 S 129TH E AVE | | | TULSA | OK | 74134 | |
| 5502060 | UTTERBACK SHAYLAN | 1603 S Butler Ave | | | Indianapolis | IN | 46203-3756 | |
| 4396319 | UZOARU, JONATHAN O | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4875755 | VAN SANT INSTALLATIONS | Van Sant | 9955 Horseback TRL | | Peyton | CO | 80831-8336 | |
| 4397809 | VARCADIPANE, MARK | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4224183 | VAUGHAN, KATHERINE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4311849 | WAYMIRE, NOLAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4305156 | WEAVER, ANIYAH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4560432 | WEBB, SHEILA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4191656 | WHITE, LACY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4681874 | WHITED, DAVID | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5514732 | WILLAIMS TAMMY | 1678 LENSBRUG RD | | | SCRANTON | NC | 27875 | |

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 5515442 | WILLIAMS CELENE | 7003 LAWRENCE RD APT 223 | | | NEW ORLEANS | LA | 70126-3128 | |
| 4853965 | Williams Jr., Dale | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4451247 | WILLIAMS, ASSONTA N | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4307076 | WILLIAMS, CAMRI | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4283800 | WILLIAMS, JEMESE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4391428 | WILLIAMS, KENNON F | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4447075 | WOLFORD, ANNA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5521303 | YOLANDA FLORES | 1505 Spur Rdg | | | San Antonio | TX | 78264-3896 | |
| 4156295 | YOUNG, THERESA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4421781 | YOUNG, TIANI | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5515579 | WILLIAMS, DEBORAH L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

In re:  Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Page 9 of 9

**Exhibit B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                         :    Chapter 11
:
**SEARS HOLDINGS CORPORATION,** *et al.*,     :    Case No. 18-23538 (RDD)
:
Debtors.[1]                                   :    (Jointly Administered)
:
---------------------------------------------------------------x

**NOTICE OF HEARING TO CONSIDER APPROVAL OF**
**DISCLOSURE STATEMENT FOR JOINT CHAPTER 11 PLAN OF**
**SEARS HOLDINGS CORPORATION AND ITS AFFILIATED DEBTORS**

**TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT** Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors* (as may be amended, modified, or supplemented, the "**Plan**") and the *Disclosure Statement for Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors* (as may be amended, modified, or supplemented, the "**Disclosure Statement**").

**PLEASE TAKE FURTHER NOTICE THAT:**

1.    A hearing (the "**Hearing**") will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, New York, 10601-4140 (the "**Bankruptcy Court**"), on **May 16, 2019 at 10:00 a.m. (prevailing Eastern Time)**, to consider entry of an order determining, among other things, that the Disclosure Statement contains "adequate information" within the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

meaning ascribed to such term in section 1125 of the Bankruptcy Code and approving the Disclosure Statement.

2. Any party in interest wishing to obtain a copy of the Disclosure Statement or the Plan should contact Prime Clerk LLC ("**Prime Clerk**"), the Debtors' solicitation agent, in writing at Sears Holdings Corporation Ballot Processing, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, New York 11232 or by email at searsballots@primeclerk.com with a reference to "Sears Holdings Corporation" in the subject line. Interested parties may also review the Disclosure Statement and the Plan free of charge at https://restructuring.primeclerk.com/sears. In addition, the Disclosure Statement and Plan are on file with the Bankruptcy Court and may be reviewed by accessing the Bankruptcy Court's website: http://www.nysb.uscourts.gov. Note that a PACER password and login are needed to access documents on the Bankruptcy Court's website. A PACER password can be obtained at: www.pacer.psc.uscourts.gov. Copies of the Disclosure Statement and Plan may also be examined by interested parties during normal business hours at the office of the Clerk of the Bankruptcy Court.

3. Objections, if any, to approval of the Disclosure Statement or any of the other relief sought by the Debtors in connection with the Disclosure Statement must (a) be in writing, (b) state the name and address of the objecting party and the amount and nature of the Claim or Interest of such party, (c) state with particularity the basis and nature of any objection, and provide proposed language that, if accepted and incorporated by the Debtors, would obviate such objection, (d) conform to the Bankruptcy Rules and the Local Rules, (e) be filed with the Court together with proof of service by either (i) *Electronic Filing*: the filer must be an attorney in possession of passwords and logins to both PACER and the Bankruptcy Court's Electronic Case Filing System; electronic filing must be in accordance with General Order M-399 (which can be found at http://www.nysb.uscourts.gov), or (ii) *Conventional Filing*: the filer must send the response or objection by mail, courier, or messenger to the Bankruptcy Court's clerk at the following address: United States Bankruptcy Court, One Bowling Green, New York, NY 10004; the hard copy of the response or objection should be accompanied by a CD-ROM containing the response or objection in text-searchable portable document format (PDF); and (iii) *All filers* – those filing electronically as well as those filing conventionally – must provide Bankruptcy Court Chambers with two separate, single-sided hard copies of the response or objection; any proposed order should be accompanied by a CD-ROM containing the response or objection in text searchable portable document format (PDF); and (f) be served upon the following parties in accordance with General Order M-399 so as to be received no later than **May 9, 2019 at 4:00 p.m. (prevailing Eastern Time)**:

| *Counsel to the Debtors* | *Office of the U.S. Trustee* | *Counsel to the Creditors' Committee* |
|---|---|---|
| Weil, Gotshal & Manges LLP | Office of the U.S. Trustee for Region 2 | Akin Gump Strauss Hauer & Feld LLP |
| 767 Fifth Avenue | 201 Varick Street, Room 1006 | One Bryant Park |
| New York, New York 10153 | New York, New York 10014 | New York, New York 10036 |
| Attn: Ray C. Schrock, P.C. | Attn: Paul K. Schwartzberg | Attn: Ira Dizengoff |
| Jacqueline Marcus | | Philip Dublin |
| Garrett A. Fail | | Sara Brauner |
| Sunny Singh | | |

WEIL:\97002125\1\73217.0004

4.     **IF AN OBJECTION TO THE DISCLOSURE STATEMENT OR ANY OF THE OTHER RELIEF SOUGHT BY THE DEBTORS IN CONNECTION WITH THE DISCLOSURE STATEMENT IS NOT FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE DISCLOSURE STATEMENT, THE ADEQUACY THEREOF, OR THE OTHER RELIEF SOUGHT BY THE DEBTORS IN CONNECTION WITH THE DISCLOSURE STATEMENT AND MAY NOT BE HEARD AT THE HEARING.**

Dated: April 17, 2019
       New York, New York

/s/ Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors
and Debtors in Possession*

---

NO ACTION IS REQUIRED UPON RECEIPT OF THIS NOTICE.

If you have questions about this notice, please contact Prime Clerk LLC
**Telephone**: (844) 384-4460 (US toll free) or +1 (929) 955-2419 (International),
**Email**: searsinfo@PrimeClerk.com,
**Website**: https://restructuring.primeclerk.com/sears

---

3