UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>CERTIFICATE OF SERVICE |

I, Jonathan H. Miller, an attorney admitted to practice in the State of New York, hereby certify that on May 17, 2019, Mien Co. Ltd's Joinder and Response to Debtors' Omnibus Objection to Vendors' Motions for Allowance and Payment of Administrative Expense Claims was filed and served electronically via CM/ECF on all parties registered to receive notices in this case, and upon the parties listed below as indicated.

**Via overnight delivery upon**:

Honorable Robert D. Drain
U.S. Bankruptcy Court
For the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Sears Holding Corporation
3333Beverly Road
Hoffman Estates, IL  60179
Attn: Stephen Sitley, Esq.

**Via electronic mail**:

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Ray C. Schrock, P.C. (ray.schrock@weil.com)
Jacqueline Marcus, Esq. (jacqueline.marcus@weil.com)
Garrett A. Fail, Esq. (garrett.fail@weil.com)
Sunny Singh, Esq. (sunny.singh@weil.com)
Counsel to the Debtors

1

United States Trustee
Southern District of New York
Office of The United States Trustee for Region 2
201 Varick St. Ste. 1006
New York, NY 10014
Attn: Paul Schwartzberg, (paul.schwartzberg@usdoj.gov)

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn: Paul D. Leake, Esq. Paul.Leake@skadden.com)
Shana A. Elberg, Esq. (Shana.Elberg@skadden.com)
George R. Howard, Esq. George.Howard@skadden.com)
Counsel to Bank of America, N.A.

Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY, 10017
Attn: Marshall S. Huebner, Esq. (marshall.huebner@davispolk.com )
Eli J. Vonnegut, Esq. (eli.vonnegut@davispolk.com)
Counsel for Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility

Cleary, Gottlieb, Steen & Hamilton
One Liberty Plaza
New York, NY 10006
Attn:Sean A. O'Neal, Esq. (soneal@cgsh.com)
Counsel to JPP, LLC

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: Eric R. Wilson, Esq. (KDWBankruptcyDepartment@KelleyDrye.com)
Benjamin D. Feder, Esq. (bfeder@kelleydrye.com)
Counsel for Computershare Trust Company, N.A., as trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes

Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
Attn:Edward M. Fox, Esq. (emfox@seyfarth.com)
Counsel for Wilmington Trust, National Association, as indenture trustee for the Second Lien Notes

2

Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10015
Attn:James Gadsden, Esq. (gadsden@clm.com)
Counsel for The Bank of New York Mellon Trust Company, as successor trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes

Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
Attn: BrianA. Raynor, Esq. (braynor@lockelord.com)
Counsel for the Pension Benefit Guaranty Corporation

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Attn: Philip C. Dublin, Esq. (pdublin@akingump.com)
Ira Dizengoff, Esq. (idizengoff@akingump.com)
Abid Qureshi (aqureshi@akingump.com)
Sara Lynne Brauner, Esq. (sbrauner@akingump.com)
Counsel to the Official Committee of Unsecured Creditors

Dated: New York, New York
May 20, 2019

/s/Jonathan H. Miller
Jonathan H. Miller
The Sarachek Law Firm
101 Park Avenue, 27th Floor
New York, NY 10178
(646) 517-5420
jon@saracheklawfirm.com