**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.* | ) | Case No. 18-23538 (RDD) |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Rita L. Hullett to be admitted *pro hac vice*, to represent Geodis Logistics LLC (f/k/a OHL Acquisition Corporation d/b/a Ozburn - Hessey Logistics LLC) in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Alabama and the bar of the U.S. District Court for the Northern District of Alabama, it is hereby

**ORDERED** that Rita L. Hullett, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases to represent Geodis Logistics LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  White Plains, New York
           April 30, 2019

/s/ Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

4811-1534-7861

2902696-000255