Allen G. Kadish
Lance A. Schildkraut
ARCHER & GREINER, P.C.
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Email: akadish@archerlaw.com
        lschildkraut@archerlaw.com

  and

Kenneth M. Florey
M. Neal Smith
ROBBINS, SCHWARTZ, NICHOLAS,
LIFTON & TAYLOR, LTD.
631 E. Boughton Road, Suite 200
Bolingbrook, Illinois 60440
Tel: (630) 929-3639
Email: kflorey@robbins-schwartz.com
        nsmith@robbins-schwartz.com

  and

Matthew T. Gensburg
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Tel: (312) 263-2200
Email: mgensburg@gcklegal.com

*Attorneys for Community Unit School District 300*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) ) ) | Case No. 18-23538 (RDD) (Jointly Administered) |
| Debtors. | ) ) | |

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF MOTION
OF COMMUNITY UNIT SCHOOL DISTRICT 300 TO STRIKE
DECLARATION AND TESTIMONY OF MOSHIN MEGHJI FOR
FAILURE TO COMPLY WITH RULE 30(b)(6) NOTICE OF DEPOSITION**

In accordance with the hearing held on April 18, 2019 and for the reasons stated on the

record, Community Unit School District 300, an Illinois school district existing and operating

pursuant to the Illinois School Code, 105 Illinois Compiled Statutes 5/1-1, *et seq.*, a party in interest to this case, by and through its attorneys, Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd., Gensburg Calandriello & Kanter, P.C., and Archer & Greiner, P.C., hereby withdraws, without prejudice, as being moot, its motion to strike the declaration and testimony of Moshin Meghji for failure to comply with Rule 30(b)(6) notice of deposition filed on April 15, 2019 (ECF 3215).

Dated: New York, New York
      May 21, 2019

ARCHER & GREINER, P.C.

By:   /s/ Allen G. Kadish
    Allen G. Kadish
    Lance A. Schildkraut
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Email: akadish@archerlaw.com
       lschildkraut@archerlaw.com

and

Kenneth M. Florey
M. Neal Smith
ROBBINS, SCHWARTZ, NICHOLAS,
LIFTON & TAYLOR, LTD.
631 E. Boughton Road, Suite 200
Bolingbrook, Illinois 60440
Tel: (630) 929-3639
Email: kflorey@robbins-schwartz.com
      nsmith@robbins-schwartz.com

and

Matthew T. Gensburg
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Tel: (312) 263-2200
Email: mgensburg@gcklegal.com

*Attorneys for Community Unit School District 300*