**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | Chapter 11 |
| In re: | ) | Case No. 18-23538 (RDD) |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors.[1] | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2019, a true and correct copy of QBE Insurance Corporation's Motion for Relief From Automatic Stay for the Purposes of Filing Declaratory Litigation in the United States District Court Against Former Directors of Sears Canada, Inc. [ECF No. 3910] with attached Exhibits A, B, & C [ECF No. 3910-1, 3910-2, & 3910-3] was filed and served electronically via CM/ECF on all those registered to receive notices in this case. The parties listed on the attached Service list were served by my office via U.S. mail on May 21, 2019.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Respectfully Submitted,

MELITO & ADOLFSON P.C.

By:    /s/    Michael F. Panayotou
           Michael F. Panayotou
           233 Broadway
           New York, NY 10279
           Phone: 212-238-8900
           Facsimile: 212-238-8999
           Email: mfp@melitoadolfsen.com

           -and-

           Christopher T. Conrad (to apply for admission *pro hac vice*)
           David A. Wilford (to apply for admission *pro hac vice*)
           WILFORD CONRAD LLP
           18 East Dundee Road
           Building 6, Suite 150
           Barrington, Illinois 60010
           Tel: (224) 848-4721
           Email: cconrad@wilfordconrad.com
           Email: dwilford@wilfordconrad.com
           *Attorneys for QBE Insurance Corporation*

**Service List**

Via U.S. Mail:

Chambers of the Honorable Judge
Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601

Weil, Gotshal & Manges, LLP
Attn: Ray C. Schrock, P.C.; Jacqueline
Marcus, Esq.; Garret A. Fail, Esq.; and
Sunny Singh, Esq.
767 Fifth Avenue
New York, New York 10153
*Attorneys for Debtors*

Thomas J. Flynn, Esq.
Larkin, Hoffman, Daly & Lindgren,
Ltd. 8300 Norman Center Drive
Suite 1000
Minneapolis, Minnesota 55437-1060
*Attorneys for MOAC Mall Holding
LLC*

David W. Dykhouse
PATTERSON BELKNAP WEBB &
TYLER, LLP
1133 Avenue of the Americas New
York, New York 10036-6710
*Attorneys for MOAC Mall Holding
LLC*

Office of the United States Trustee for
Region Two
Attn: Paul Schwartzberg, Esq.
201 Varick Street, Suite 1006
New York, New York 10014

Skadden, Arps, Slate, Meagher & Flom, LLP
Attn: Paul D. Leake, Esq.; Shana A.
Elberg, Esq.; and George R. Howard,
Esq.
Four Times Square
New York, New York 10036
*Attorneys for Bank of America, N.A.,
administrative agent under the First Lien
Credit Facility and the DIP ABL Agent*

Debtors
C/o Sears Holdings Corporation
Attn: Stephen Sitley, Esq. and
Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates, Illinois 60179

Locke Lord, LLP
Attn: Brian Raynor, Esq.
111 South Wacker Drive
Chicago, Illinois 60606
*Attorneys for the Pension Benefit
Guaranty Corporation*

Kelley, Drye & Warren, LLP
Attn: Eric R. Wilson, Esq.; Benjamin D.
Feder, Esq.; and T. Charlie Liu, Esq.
101 Park Avenue
New York, New York 10178
*Attorneys for Computershare Trust
Company, N.A., as Trustee for the
Second Lien PIK Notes, the Holdings
Unsecured PIK Notes, and the Holdings
Unsecured Notes*

Akin, Gump, Strauss, Hauer & Feld,
LLP Attn: Philip C. Dublin, Esq.; Ira
Dizengoff, Esq.; and Sara Lynne
Brauner, Esq.
One Bryant Park
New York, New York 10036

Seyfarth Shaw, LLP
Attn: Edward M. Fox, Esq.
620 Eighth Avenue
New York, New York 10018
*Attorneys for the Wilmington Trust,
National Association, as Indenture
Trustee for the Second Lien Notes*

Davis, Polk & Wardell, LLP
Attn: Marshall S. Huebner, Esq., and
Eli J. Vonnegut, Esq.
450 Lexington Avenue
New York, New York 10017
*Attorneys for Citibank, N.A., as
administrative agent under the Stand-
Alone L/C Facility*

Cleary Gottlieb
Attn: Sean A. O'Neal, Esq.
One Liberty Plaza
New York, New York 10006
*Attorneys for JPP, LLC, as agent under
the Second Lien Credit Facility,
IP/Ground Lease Term Loan Facility,
and the Consolidated Secured Loan
Facility*

Carter, Ledyard & Milburn, LLP
Attn: James Gadsden, Esq.
Two Wall Street
New York, New York 10015
*Attorneys for the Bank of New York
Mellon Trust Company, as successor
trustee for the SRAC Unsecured PIK
Notes, SRAC Unsecured Notes, and the
SRAC Medium Term Notes*