WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                                        :
                                                             :    **Chapter 11**
**SEARS HOLDINGS CORPORATION**, *et al.*,                    :
                                                             :    **Case No. 18-23538 (RDD)**
                                                             :
Debtors.[1]                                                  :    **(Jointly Administered)**
------------------------------------------------------------ x

# NOTICE OF ASSUMPTION AND ASSIGNMENT
# OF ADDITIONAL EXECUTORY CONTRACTS

1.      Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed a motion,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

dated November 1, 2018 (ECF No. 429) (the "**Sale Motion**") seeking, among other things, the entry of an order pursuant to sections 105, 363 and 365 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq*. (the "**Bankruptcy Code**"), Rules 2002, 6004, 6006, 9007, and 9008 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rules 6004-1, 6005-1 and 6006-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), authorizing and approving the sale of the Acquired Assets and the assumption and assignment of certain executory contracts and unexpired leases of the Debtors in connection therewith.

2.  On January 18, 2019, the Debtors filed and served on the applicable counterparties the *Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 1731) (the "**Initial Notice**").

3.  On January 23, 2019, the Debtors filed and served on the applicable counterparties the *Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 1774) (the "**Supplemental Notice**").

4.  On January 31, 2019, the Debtors filed and served on the applicable counterparties the *Second Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 2314) (the "**Second Supplemental Notice**").

5.  On March 5, 2019, the Debtors filed and served on the applicable counterparties the *Third Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 2753) (the "**Third Supplemental Notice**").

6.  On March 29, 2019, the Debtors filed and served on the applicable counterparties the *Fourth Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 2995) (the "**Fourth Supplemental Notice**")

7.  On April 9, 2019, the Debtors filed and served on the applicable counterparties the *Fifth Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 3097) (the "**Fifth Supplemental Notice**").

8.  On April 11, 2019, the Debtors filed and served on the applicable counterparties the *Sixth Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 3152) (the "**Sixth Supplemental Notice**").

9.  On April 23, 2019, the Debtors filed and served on the applicable counterparties the *Seventh Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 3330) (the "**Seventh Supplemental Notice**").

WEIL:\97001918\2\73217.0004

10. On April 30, 2019, the Debtors filed and served on the applicable counterparties the *Eighth Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 3453) (the "**Eighth Supplemental Notice**").

11. On May 21, 2019, the Debtors filed and served on the applicable counterparties the *Ninth Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 3972) (the "**Ninth Supplemental Notice**" and, together with the Initial Notice, the Supplemental Notice, the Second Supplemental Notice, the Third Supplemental Notice, the Fourth Supplemental Notice, the Fifth Supplemental Notice, the Sixth Supplemental Notice, the Seventh Supplemental Notice, and the Eighth Supplemental Notice, the "**Assumption and Assignment Notices**").

12. On February 8, 2019, the *Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts, and Leases in Connection Therewith, and (IV) Granting Related Relief* (the "**Sale Order**") (ECF No. 2507)[2] was entered by the Court.

13. In accordance with the terms of the Sale Order, Buyer may designate Additional Contracts and Designatable Leases (collectively, the "**Additional Assigned Agreements**") for assumption and assignment for up to sixty (60) days after the Closing Date (the "**Designation Rights Period**"), which occurred on February 11, 2019. The Debtors and Buyer agreed to an extension of the Designation Rights Period and, on April 12, 2019, the Debtors filed the *Notice of Amendment to Asset Purchase Agreement Extending Certain Deadlines* (ECF No. 3171), which extended the Designation Rights Period to May 3, 2019 for certain Designatable Leases and to May 13, 2019 for certain Additional Contracts.

14. On April 2, 2019, the Court entered the *Order (I) Authorizing Assumption and Assignment of Certain Executory Contracts and Leases and (II) Granting Related Relief* (the "**Assumption and Assignment Order**") (ECF No. 3008).

15. Paragraphs 26 and 27 of the Assumption and Assignment Order establish a noticing procedure for assumption and assignment of Additional Assigned Agreements.

16. In accordance with the Sale Order and the Assumption and Assignment Order, prior to the end of the Designation Rights Period, Buyer designated for assumption and assignment certain Additional Contracts, which are listed on **Exhibit 1** hereto.

17. Each of the Additional Contracts listed on Exhibit 1 was listed on an Assumption and Assignment Notice that was previously filed with the Bankruptcy Court and served on the applicable Counterparty, and all objection periods related to such Assumption and Assignment Notice, other than the Ninth Supplemental Notice, have expired. All Additional Contracts listed

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Sale Order.

WEIL:\97001918\2\73217.0004

on Exhibit 1 shall be deemed to include any and all applicable supplements, amendments, and/or addenda.

18. To the extent a counterparty to an Additional Contract properly filed and served a Cure Objection, and to the extent such counterparty is entitled to assert a Cure Objection under the Ninth Supplemental Notice, or an additional objection to cure costs or assumption and assignment that could not have been raised in its prior objection, in accordance with paragraph 34 of the Sale Order and paragraph 26 of the Assumption and Assignment Order, such counterparty shall file and serve such objection (a "**Supplemental Objection**") in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405), so as to be filed and received no later than May 29, 2019 at 4:00 p.m. (Eastern Time) (the "**Supplemental Objection Deadline**").

19. If a Cure Objection or a Supplemental Objection is timely filed and served with respect to an Additional Contract listed on Exhibit 1, the contract that is the subject of the Cure Objection or Supplemental Cure Objection may be removed from the list of Additional Contracts listed on Exhibit 1 at any time prior to the Assumption Effective Date for such Additional Contract, as determined in accordance with paragraph 27 of the Assumption and Assignment Order, or, to the extent it remains unresolved, such Cure Objection or Supplemental Objection shall be set for a hearing (the "**Hearing**") before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, New York, 10601-4140 (the "**Bankruptcy Court**") on a date to be scheduled.

20. If a timely Cure Objection is not filed (or any such objection has been withdrawn or resolved) and the Supplemental Objection Deadline is not applicable to an Additional Contract, the Assumption Effective Date for any such Additional Contract shall be the date that this notice is filed with the Court.

Dated: May 21, 2019
      New York, New York

/s/ Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

# Exhibit 1

## Additional Contracts

WEIL:\97001918\2\73217.0004

**Sears Holdings Corporation**
**Executory Contracts to be Assigned**

| Ref No. | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount (Counterparty Cure Amount LESS Debtor Cure Amount) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | KMART CORPORATION | AMERICAN HOME ASSURANCE COMPANY | WORKERS COMPENSATION - INSURANCE POLICY 4156994 | 4156994 | 6/1/97 | 5/31/98 | $ - | $ - | $ - | |
| 2 | KMART CORPORATION | ARCHITEXT, INC. | LICENSE AGREEMENT AND RELATED AMENDMENTS | N/A | 10/11/02 | N/A | $ - | $ - | $ - | |
| 3 | SEARS HOLDINGS MANAGEMENT CORPORATION | LEVEL 3 COMMUNICATIONS, LLC | BROADWING PRODUCTS & SERVICES AGREEMENT | N/A | 1/30/07 | N/A | N/A | N/A | N/A | Cure Amount Resolved |
| 4 | SEARS HOLDINGS MANAGEMENT CORPORATION | LEVEL 3 COMMUNICATIONS, LLC | AMENDMENT TO THE PRODUCTS AND SERVICES AGREEMENT | N/A | 8/22/17 | N/A | N/A | N/A | N/A | Cure Amount Resolved |
| 5 | SEARS HOLDINGS MANAGEMENT CORPORATION | LEVEL 3 COMMUNICATIONS, LLC | CUSTOMER ORDERS ADDENDUM AND CONTRACT AMENDMENT | N/A | N/A | N/A | N/A | N/A | N/A | Cure Amount Resolved |
| 6 | N/A | LG | ALLIANCE AGREEMENT FOR HOME APPLIANCES | N/A | N/A | N/A | N/A | N/A | N/A | Cure Amount Resolved |
| 7 | SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | M-TECH MERCURY INFORMATION TECHNOLOGY, INC. | MASTER SOFTWARE AND SERVICES AGREEMENT (MSSA) | N/A | 10/1/02 | SUCCESSIVE ANNUAL RENEWAL | $ - | $ - | $ - | |
| 8 | SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | M-TECH MERCURY INFORMATION TECHNOLOGY, INC. | SCHEDULE NO. 1 (P-SYNCH - PASSWORD MANAGEMENT SOLUTION) TO MASTER SOFTWARE AND SERVICES AGREEMENT DATED OCT. 2, 2002. | N/A | 10/1/02 | PERPETUAL | $ - | $ - | $ - | |
| 9 | SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | M-TECH MERCURY INFORMATION TECHNOLOGY, INC. | ASSIGNMENT OF MASTER SOFTWARE AND SERVICES AGREEMENT (MSSA) BY AND BETWEEN COMPUTER SCIENCES CORPORATION (CSC AS ASSIGNEE) AND M-TECH INFORMATION TECHNOLOGY (AS VENDOR) EFFECTIVE OCT 1, 2002 AND SCHEDULE NO. 1 DATED OCT 1, 2002 (COLLECTIVELY, THE "AGREEMENT") | N/A | 10/4/05 | N/A | $ - | $ - | $ - | |
| 10 | SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | M-TECH MERCURY INFORMATION TECHNOLOGY, INC. | AMENDMENT #1 TO SCHEDULE NO. 2 FOR SOFTWARE LICENSE AGREEMENT AND PRODUCT SCHEDULE #1 DATED OCT. 1, 2002 AND ADDITIONAL PRODUCT SCHEDULE #2 DATED MAY-2007. | N/A | 3/4/08 | PERPETUAL | $ - | $ - | $ - | |
| 11 | KMART CORPORATION | NATIONAL UNION FIRE INSURANCE CO. OF PIT | WORKERS COMPENSATION - INSURANCE POLICY BE 337 79-00 | 337 79-00 | 1/1/74 | 12/31/74 | | $ - | $ - | |

**Sears Holdings Corporation**
**Executory Contracts to be Assigned**

| Ref No. | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount | Counterparty's Asserted Cure Amount | Disputed Cure Amount (Counterparty Cure Amount LESS Debtor Cure Amount) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | KMART CORPORATION | NATIONAL UNION FIRE INSURANCE CO. OF PIT | WORKERS COMPENSATION - INSURANCE POLICY BE 121 82-52 | 121 82-52 | 1/1/77 | 12/31/77 | $ - | $ - | $ - | |
| 13 | KMART CORPORATION | NATIONAL UNION FIRE INSURANCE CO. OF PIT | WORKERS COMPENSATION - INSURANCE POLICY 4159646 | 4159646 | 6/1/99 | 5/31/00 | $ - | $ - | $ - | |
| 14 | KMART CORPORATION | PEAK MOORE COMBINED SERVICES GROUP | PURCHASE AGREEMENT | N/A | 8/31/04 | N/A | $ - | $ - | $ - | |
| 15 | KMART CORPORATION | PEAK TECHNOLOGIES, INC. | PURCHASE AGREEMENT | N/A | 8/31/04 | N/A | $ - | $ - | $ - | |
| 16 | KMART CORPORATION | SWISS RE WESTPORT INSURANCE CORPORATION | WORKERS COMPENSATION - INSURANCE POLICY 24187 | 24187 | 3/3/84 | 3/2/85 | $ - | $ - | $ - | |
| 17 | KMART CORPORATION | SWISS RE WESTPORT INSURANCE CORPORATION | WORKERS COMPENSATION - INSURANCE POLICY C 24185-R | C 24185-R | 3/3/86 | 3/3/89 | $ - | $ - | $ - | |
| 18 | KMART CORPORATION | SWISS RE WESTPORT INSURANCE CORPORATION | WORKERS COMPENSATION - INSURANCE POLICY C24187R2 | C24187R2 | 3/3/89 | 3/3/92 | $ - | $ - | $ - | |
| 19 | KMART CORPORATION | SWISS RE WESTPORT INSURANCE CORPORATION | WORKERS COMPENSATION - INSURANCE POLICY C-43017 | C-43017 | 3/1/92 | 3/1/93 | $ - | $ - | $ - | |
| 20 | KMART CORPORATION | SWISS RE WESTPORT INSURANCE CORPORATION | WORKERS COMPENSATION - INSURANCE POLICY C 43013 | C 43013 | 3/3/92 | 6/1/93 | $ - | $ - | $ - | |
| 21 | KMART CORPORATION | TRAVELERS | WORKERS COMPENSATION - INSURANCE POLICY DRE29233000 | DRE29233000 | 6/1/00 | 5/31/01 | $ - | $ - | $ - | |
| 22 | KMART CORPORATION | AMERICAN HOME | WORKERS COMPENSATION - INSURANCE POLICY 5212572 | WC 5212572 | 5/1/04 | 5/1/05 | $ - | $ - | $ - | |
| 23 | KMART CORPORATION | AMERICAN HOME | WORKERS COMPENSATION - INSURANCE POLICY 5212573 | WC 5212573 | 5/1/04 | 5/1/05 | $ - | $ - | $ - | |
| 24 | KMART CORPORATION | TRAVELERS PROPERTY & CASUALTY | WORKERS COMPENSATION - INSURANCE POLICY TC2HUB-121D226-A-03 | TC2HUB-121D226-A-03 | 5/1/03 | 5/1/04 | $ - | $ - | $ - | |
| 25 | KMART CORPORATION | TRAVELERS PROPERTY & CASUALTY | WORKERS COMPENSATION - INSURANCE POLICY TRJUB-121D227-1-03 | TRJUB-121D227-1-03 | 5/1/03 | 5/1/04 | $ - | $ - | $ - | |
| 26 | KMART CORPORATION | SAFETY NATIONAL CASUALTY | WORKERS COMPENSATION - INSURANCE POLICY LDS0500037 | LDS0500037 | 11/1/01 | 6/1/02 | $ - | $ - | $ - | |
| 27 | KMART CORPORATION | OLD REPUBLIC INSURANCE CO | WORKERS COMPENSATION - INSURANCE POLICY 0C-01334302 | 0C-01334302 | 1/1/92 | 1/1/93 | $ - | $ - | $ - | |
| 28 | KMART CORPORATION | OLD REPUBLIC INSURANCE CO | WORKERS COMPENSATION - INSURANCE POLICY 0C-00932102 | 0C-00932102 | 6/1/91 | 6/1/92 | $ - | $ - | $ - | |