**Schedule 1**

**List of Rejected Contracts**

| Ref No. | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 1 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | AGENCY WITHIN LLC | MKTG - AGENCY WITHIN - MSA - 2018 | CW2337382 | N/A | 05/14/2021 |
| 2 | N/A | SEARS ROEBUCK AND CO.; SEARS OPERATIONS LLC; KMART CORPORATION; KMART OPERATIONS LLC | AIR CHILLER | FACILITIES SERVICES MASTER AGREEMENT UP TO $40,000 | N/A | N/A | 11/19/2016 |
| 3 | N/A | SEARS HOLDINGS CORPORATION | BALTIMORE GAS AND ELECTRIC COMPANY | ENERGY STAR RETAIL PRODUCTS PLATFORM RETAILER PARTICIPATION AGREEMENT | N/A | N/A | 3/31/2019 |
| 4 | N/A | SEARS ROEBUCK AND CO.; SEARS OPERATIONS LLC; KMART CORPORATION; KMART OPERATIONS LLC | BASE CORPORATION | FACILITIES SERVICES MASTER AGREEMENT UP TO $40,000 | N/A | N/A | 8/30/2018 |
| 5 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | CONDUENT COMMERCIAL SOLUTIONS, LLC | FIN - XEROX BUSINESS SERVICES, LLC - STATEMENT OF WORK 3 TO EXHIBIT I - 2008 | SHCLCW5075 | 7/9/2003 | 06/30/2021 |
| 6 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | CONDUENT COMMERCIAL SOLUTIONS, LLC | FIN - XEROX BUSINESS SERVICES, LLC - STATEMENT OF WORK 8 TO EXHIBIT I - 2008 | SHCLCW5070 | 3/18/2008 | 06/30/2021 |
| 7 | N/A | SEARS HOLDINGS CORPORATION | CONSOLIDATED EDISON COMPANY OF NEW YORK | AMENDMENT TO THE ENERGY STAR RETAIL PRODUCTS PLATFORM RETAILER PARTICIPATION AGREEMENT | N/A | N/A | 3/31/2019 |
| 8 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | COPYTRONICS INFORMATION SYSTEMS | LEASE AGREEMENTS | N/A | N/A | N/A |
| 9 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | COPYTRONICS INFORMATION SYSTEMS | LEASE AGREEMENTS | N/A | N/A | N/A |
| 10 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | COPYTRONICS INFORMATION SYSTEMS | LEASE AGREEMENTS | N/A | N/A | N/A |

1

| Ref No. | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 11 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | COPYTRONICS INFORMATION SYSTEMS | LEASE AGREEMENTS | N/A | N/A | N/A |
| 12 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | COPYTRONICS INFORMATION SYSTEMS | LEASE AGREEMENTS | N/A | N/A | N/A |
| 13 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | COPYTRONICS INFORMATION SYSTEMS | LEASE AGREEMENTS | N/A | N/A | N/A |
| 14 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | COPYTRONICS INFORMATION SYSTEMS | LEASE AGREEMENTS | N/A | N/A | N/A |
| 15 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | COPYTRONICS INFORMATION SYSTEMS | LEASE AGREEMENTS | N/A | N/A | N/A |
| 16 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | COPYTRONICS INFORMATION SYSTEMS | LEASE AGREEMENTS | N/A | N/A | N/A |
| 17 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | COPYTRONICS INFORMATION SYSTEMS | LEASE AGREEMENTS | N/A | N/A | N/A |
| 18 | N/A | SEARS HOME IMPROVEMENT PRODUCTS, INC. | COPYTRONICS INFORMATION SYSTEMS | LEASE AGREEMENTS | N/A | N/A | N/A |
| 19 | N/A | SEARS HOLDINGS CORPORATION | DAMON WHITT SR / WHITT & SONS, LLC | HOME SERVICES - DAMON WHITT - MSA (SMALL ITEM REPAIR GO LOCAL PROJECT) - 2015 | CW2302572 | N/A | 05/04/2020 |
| 20 | N/A | SEARS, ROEBUCK AND CO. | DAMON WHITT SR / WHITT & SONS, LLC | HOME SERVICES - DAMON WHITT - MSA (SMALL ITEM REPAIR GO LOCAL PROJECT) - 2015 | CW2304799 | N/A | 05/04/2020 |
| 21 | N/A | SEARS, ROEBUCK AND CO. | DAVID E. BRATTON DBA SEARS STORE #3707 | HS-DAVID E. BRATTON DBA SEARS-MSA-GO LOCAL-2017 | CW2331101 | N/A | 06/07/2022 |
| 22 | N/A | SEARS HOLDINGS CORPORATION | DELMARVA POWER | ENERGY STAR RETAIL PRODUCTS PLATFORM RETAILER PARTICIPATION AGREEMENT | N/A | N/A | 3/31/2019 |
| 23 | N/A | SEARS, ROEBUCK & CO. | DONLEN CORPORATION | VENDOR FLEET SERVICES AGREEMENT | N/A | N/A | 5/2/2021 |

2

| Ref No. | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 24 | N/A | SEARS HOLDINGS CORPORATION | EFFICIENCY VERMONT | AMENDED AND RESTATED ENERGY STAR RETAIL PRODUCTS PLATFORM RETAILER PARTICIPATION AGREEMENT | N/A | N/A | 3/31/2019 |
| 25 | N/A | SEARS, ROEBUCK AND CO. | ELEVE INC. DBA SEARS HOMETOWN STORE | HS-ELEVE INC. DBA SEARS-MSA-GO LOCAL-2017 | CW2331109 | N/A | 06/01/2022 |
| 26 | N/A | KMART CORPORATION; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | ENVIRONMENTAL PRODUCTS & SERVICES, INC. | SHC-FACILITIES-ENVIRONMENTAL EMERGENCY SPILL RESPONSE-ENVIRONMENTAL PRODUCTS AND SERVICES - MSA - 2018 | CW2333199 | 1/1/2018 | 12/31/2020 |
| 27 | N/A | SEARS HOLDINGS CORPORATION | EVERSOURCE ENERGY | ENERGY STAR RETAIL PRODUCTS PLATFORM RETAILER PARTICIPATION AGREEMENT | N/A | N/A | 3/31/2019 |
| 28 | N/A | SEARS HOLDINGS CORPORATION | FIRST ENERGY MD | FIRST ENERGY MD | N/A | N/A | 12/31/2019 |
| 29 | N/A | SEARS HOLDINGS CORPORATION | FIRST ENERGY OH | FIRST ENERGY OH | N/A | N/A | 12/31/2019 |
| 30 | N/A | SEARS HOLDINGS CORPORATION; SEARS, ROEBUCK AND CO. | FMI EQUIPMENT SALES & RENTAL, LLC / FIBER MARKETING INTERNATIONAL, INC. | HOME SERVICES - FMI EQUIPMENT SALES AND RENTAL - MSA (SMALL ITEM REPAIR GO LOCAL PROJECT) - 2015 | CW2302364 | N/A | 05/04/2020 |
| 31 | N/A | SEARS HOLDINGS CORPORATION | FOCUS ON ENERGY | AMENDMENT TO THE ENERGY STAR RETAIL PRODUCTS PLATFORM RETAILER PARTICIPATION AGREEMENT | N/A | N/A | 3/31/2019 |
| 32 | N/A | SEARS ROEBUCK AND CO.; SEARS OPERATIONS LLC; KMART CORPORATION ; KMART OPERATIONS LLC | FULL POWER CORP | FACILITIES SERVICES MASTER AGREEMENT UP TO $40,000 | N/A | N/A | 12/8/2016 |
| 33 | N/A | SEARS, ROEBUCK AND CO. | GRAIN VALLEY RENTAL, INC | HOME SERVICES-GRAIN VALLEY RENTAL INC-GO LOCAL-2017 | CW2329666 | N/A | 04/15/2022 |
| 34 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | IRSG | N/A | N/A | N/A | N/A |

3

| Ref No. | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 35 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | IRSG | N/A | N/A | N/A | N/A |
| 36 | N/A | SEARS, ROEBUCK AND CO. | LEASE PLAN U.S.A., INC. | PREFERRED SUPPLIER AGREEMENT | N/A | N/A | N/A |
| 37 | N/A | SEARS, ROEBUCK AND CO. | MERC ACQUISITIONS, INC. D/B/A ESSCO | PURCHASE AGREEMENT | N/A | N/A | Recurring |
| 38 | N/A | SEARS ROEBUCK AND CO.; SEARS OPERATIONS LLC; KMART CORPORATION; KMART OPERATIONS LLC | MULTY TASK | FACILITIES SERVICES MASTER AGREEMENT UP TO $40,000 | N/A | N/A | 3/20/2018 |
| 39 | N/A | KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO. | NATURAL RESOURCE TECHNOLOGY INC | FAC - NATURAL RESOURCE TECHNOLOGY INC - MESA 2018 | CW2334700 | N/A | 12/03/2020 |
| 40 | N/A | SEARS HOLDINGS CORPORATION | NORTHWEST ENERGY EFFICIENCY ALLAINCE, INC | FOURTH AMENDMENT TO THE ENERGY STAR RETAIL PRODUCTS PLATFORM RETAILER PARTICIPATION AGREEMENT | N/A | N/A | 3/31/2019 |
| 41 | N/A | SEARS HOLDINGS CORPORATION | PACIFIC GAS AND ELECTRIC | AMENDMENT TO THE ENERGY STAR RETAIL PRODUCTS PLATFORM RETAILER PARTICIPATION AGREEMENT | N/A | N/A | 3/31/2019 |
| 42 | N/A | SEARS HOLDINGS CORPORATION | PEPCO HOLDINGS, INC | ENERGY STAR RETAIL PRODUCTS PLATFORM RETAILER PARTICIPATION AGREEMENT | N/A | N/A | 3/31/2019 |
| 43 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | POWERREVIEWS INC. | SOWREVIEW SYNDICATION | N/A | N/A | N/A |
| 44 | N/A | SEARS, ROEBUCK AND CO. | RENO'S RENTALS,INC | HOME SERVICES-RENOS RENTALS INC-O LOCAL-2017 | CW2328508 | N/A | 04/22/2022 |

4

| Ref No. | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 45 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | SIMPLE ENERGY | RETAILER REBATE AS A SERVICE (RAAS) AGREEMENT | N/A | N/A | 7/9/2019 |
| 46 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | SIMPLE ENERGY | PROGRAM SOW NO. 1 | N/A | N/A | 7/9/2019 |
| 47 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | SOUTHERN MARYLAND ELECTRIC COOPERATIVE | AMENDMENT TO THE ENERGY STAR RETAIL PRODUCTS PLATFORM RETAILER PARTICIPATION AGREEMENT | N/A | N/A | 3/31/2019 |
| 48 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | TECHNOLOGY CONSULTING INC | IT - TECHNOLOGY CONSULTING INC - STATEMENT OF WORK 01 (INFINUM ISERIES CONVERSION) - 2009 | SHCLCW6328 | N/A | 12/15/2020 |
| 49 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | TECHNOLOGY CONSULTING INC | IT - TECHNOLOGY CONSULTING INC - MASTER SERVICES AGREEMENT - 2009 | SHCLCW6327 | N/A | 12/15/2020 |
| 50 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | TELETECH | CORPORATE SERVICES - TELETECH CORPORATION - SOW 4 2015 | CW2294488 | 2/1/2015 | 02/01/2021 |
| 51 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | TELETECH | CONTRACT SERVICES-TELETECH CORPORATION- MOSA 2015 | CW2294480 | 2/1/2015 | 07/31/2021 |
| 52 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | TELETECH | CORPORATE SERVICES - SYW REWARDS CALLS - TELETECH - SOW 5 - 2017 | CW2332388 | 10/1/2017 | 07/31/2019 |
| 53 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | TELETECH | CORPORATE SERVICES - SYW REWARDS CALLS - TELETECH - SOW 5 - RATE CARD | CW2334052 | 12/1/2017 | 07/31/2019 |
| 54 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | TELETECH | CORPORATE SERVICES - MSO DELIVERY CUSTOMER CARE - TELETECH - SOW 3 - ACC | CW2335198 | 1/1/2018 | 07/31/2021 |
| 55 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | TELETECH | CORPORATE SERVICES - MSO - DELIVERY AND INSTALLATION CUSTOMER CARE CALLS - TELETECH - SOW 7 - 2018 | CW2335024 | 2/1/2018 | 01/31/2021 |

| Ref No. | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 56 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | TELETECH | CORPORATE SERVICES- MSO-DELIVERY AND INSTALLATION CUSTOMER CARE CALLS- TELETECH- SOW 7- 2018 | CW2336387 | 2/1/2018 | 01/31/2021 |
| 57 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | TELETECH | CORPORATE SERVICES - REPAIR AND THIRD PARTY CUSTOMER CARE CALLS - TELETECH - SOW 6 - 2018 | CW2335011 | 2/1/2018 | 01/31/2021 |
| 58 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | TELETECH | N/A | CW2294480 | 2/1/2015 | 7/31/2021 |
| 59 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | TELETECH | N/A | CW2294480 | 2/1/2015 | 7/31/2021 |
| 60 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | TELETECH | N/A | CW2294488 | 2/1/2015 | 7/31/2021 |
| 61 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | TELETECH | N/A | CW2294488 | 2/1/2015 | 7/31/2021 |
| 62 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | TELETECH | N/A | CW2335011 | 2/1/2015 | 7/31/2021 |
| 63 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | TELETECH | N/A | CW2335011 | 2/1/2015 | 7/31/2021 |
| 64 | N/A | SEARS HOLDINGS CORPORATION | THE UNITED ILLUMINATING COMPANY | ENERGY STAR RETAIL PRODUCTS PLATFORM RETAILER PARTICIPATION AGREEMENT | N/A | N/A | 3/31/2019 |
| 65 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | WILSONART LLC | SUPPLY AGREEMENT FOR COUNTERTOP PRODUCTS | N/A | N/A | 04/30/2019 |
| 66 | N/A | SEARS HOLDINGS CORPORATION; SEARS, ROEBUCK AND CO. | WRIGHTS TOOL SALES, RENTAL & SERVICE LLC | HOME SERVICES - WRIGHTS TOOL SALES RENTAL AND SERVICE LLC - MASTER SERVICE AGREEMENT (GO LOCAL) - 2016 | SHCLCW7682 | N/A | 06/27/2021 |
| 67 | N/A | INNOVEL SOLUTIONS, INC. | YORK CLAIMS SERVICE, INC. | CLAIMS HANDLING SERVICES AND CONSULTING AGREEMENT | 3274001 | N/A | 7/1/2002 |

6