UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――x
| In re: | : | Chapter 11 |
| | : | |
| **SEARS HOLDINGS CORPORATION,** | : | Case No. 18–23538–rdd |
| *et al.* | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

―――――――――――――――――――――x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Rachel E. Edwards to be admitted, *pro hac vice*, to represent Liberty Mutual Insurance Company (the "Client") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and the bar of the U.S. District Court for the Northern District of Texas, it is hereby

**ORDERED**, that Rachel E. Edwards, Esq., is admitted to practice, *pro hac vice*, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
       May 21, 2019

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE