**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **SEARS HOLDINGS CORPORATION,** | : | Case No. 18–23538–rdd |
| *et al.* | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |

―――――――――――――――――――x

**ORDER GRANTING ADMISSION TO PRACTICE,** ***PRO HAC VICE***

Upon the motion of Brandon K. Bains to be admitted, ***pro hac vice***, to represent Liberty Mutual Insurance Company (the "Client") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Texas and the bar of the U.S. District Court for the Northern District of Texas, it is hereby

**ORDERED**, that Brandon K. Bains, Esq., is admitted to practice, ***pro hac vice***, in the above referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
      May 21, 2019               /s/Robert D. Drain
                                          UNITED STATES BANKRUPTCY JUDGE