WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
                                                           :
In re                                                      :   Chapter 11
                                                           :
SEARS HOLDINGS CORPORATION, et al.,                        :   Case No. 18-23538 (RDD)
                                                           :
                         Debtors.¹                         :   (Jointly Administered)
                                                           :
-----------------------------------------------------------x
```

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

## NOTICE OF WITHDRAWAL OF CONTRACTS
## FROM THE NOTICE OF REJECTION OF EXECUTORY CONTRACTS

**PLEASE TAKE NOTICE** that, on May 16, 2019, Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed the *Notice of Rejection of Executory Contracts* (ECF No. 3915) (the "**Rejection Notice**")[2], notifying applicable counterparties that the Debtors intend to reject the Contracts listed on Schedule 1 to the proposed Rejection Order attached as Exhibit A to the Rejection Notice ("**Schedule of Rejected Contracts**").

**PLEASE TAKE FURTHER NOTICE** that the Contracts listed on **Exhibit A** hereto (the "**Removed Contracts**") are hereby removed from the Schedule of Rejected Contracts.

**PLEASE TAKE FURTHER NOTICE** that, other than the removal of the Removed Contracts from the Schedule of Rejected Contracts, the Rejection Notice remains unaffected.

**PLEASE TAKE FURTHER NOTICE** that Transform Holdco LLC has consented to the filing of this notice which effectuates the withdrawal of the Rejection Notice as to the Removed Contracts without prejudice, and the Debtors are not seeking to reject the Removed Contracts at this time. The Debtors reserve all rights with respect to the Removed Contracts.

**PLEASE TAKE FURTHER NOTICE** that this notice will be provided in accordance with the procedures set forth in the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405), including service on the counterparty listed on **Exhibit A**. The Debtors submit that no other or further notice need be provided.

---

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Rejection Notice.

WEIL:\97044579\2\73217.0004

Dated: May 22, 2019
      New York, New York

        /s/ Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

## **Exhibit A**

| Ref # | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|
| 212 | INNOVEL SOLUTIONS, INC. | DART WAREHOUSE CORP | SC - DART WAREHOUSE CORPORATION INC - SUBLEASE - 2011 | SHCLCW5956 | 1/1/2011 | 12/31/2020 |
| 356 | SEARS HOLDINGS MANAGEMENT CORPORATION | GOOGLE LLC | ORDER FORM | N/A | N/A | N/A |