Allen G. Kadish
Lance A. Schildkraut
ARCHER & GREINER, P.C.
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Email: akadish@archerlaw.com
      lschildkraut@archerlaw.com

    and

Kenneth M. Florey
M. Neal Smith
ROBBINS, SCHWARTZ, NICHOLAS,
LIFTON & TAYLOR, LTD.
631 E. Boughton Road, Suite 200
Bolingbrook, Illinois 60440
Tel: (630) 929-3639
Email: kflorey@robbins-schwartz.com
      nsmith@robbins-schwartz.com

    and

Matthew T. Gensburg
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams Street, Suite 2425
Chicago, Illinois 60606
Tel: (312) 263-2200
Email: mgensburg@gcklegal.com

*Attorneys for Community Unit School District 300*

Hearing Date: May 29, 2019 at 1:30 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

    CHRISTIAN HANSEN, being duly sworn, deposes and says that:

I am not a party to this action, am over 18 years of age and reside in New York, New York.

On May 22, 2019, I served true and correct copies of the *Limited Objection of Community Unit School District 300 to Disclosure Statement for Amended Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors* [Docket No. 3992] by email on the parties identified on the service list attached hereto as Exhibit A.

                                                                                                                    s/ Christian Hansen
                                                                                                                    Christian Hansen

Sworn to before me this
 23rd  day of May, 2019


      s/ Maryann Katchen
Notary Public

Maryann Katchen
Notary Public, State of New York
No. 01KA4891017
Qualified in Queens County
Commission Expires April 27, 2023

## **SERVICE LIST**

| | | |
|---|---|---|
| harrisj12@michigan.gov | michael@bindermalter.com | jbienstock@coleschotz.com |
| idizengoff@akingump.com | julie@bindermalter.com | mwarner@coleschotz.com |
| pdublin@akingump.com | JRhodes@BlankRome.com | scf@cohmlaw.com |
| aqureshi@akingump.com | Tarr@BlankRome.com | Michael.smith2@computershare.com |
| sbrauner@akingump.com | EZucker@BlankRome.com | kbifferato@connollygallagher.com |
| courts@alderman.com | bankruptcy@borgeslawllc.com | kconlan@connollygallagher.com |
| bnkatty@aldineisd.org | wborges@borgeslawllc.com | cgriffiths@connollygallagher.com |
| jarnold@aldridgepite.com | schin@borgeslawllc.com | svanaalten@cooley.com |
| laura.hall@allenovery.com | arainone@bracheichler.com | scarnes@cooley.com |
| joseph.badtke-berkow@allenovery.com | jjorissen@briggs.com | rco@crlawpr.com |
| James.Vincequerra@alston.com | jmontgomery@brownconnery.com | dcoffino@cov.com |
| leib.lerner@alston.com | pweiser@buchalter.com | aclark@cov.com |
| ajd@ansellgrimm.com | schristianson@buchalter.com | mfelger@cozen.com |
| ajd@ansellgrimm.com | christopher.schueller@bipc.com | pzumbro@cravath.com |
| akadish@archerlaw.com | terry.shulsky@bipc.com | davidtaxin@dahannowick.com |
| lschildkraut@archerlaw.com | tyler.dischinger@bipc.com | daniel@dmsilverlaw.com |
| andrew.silfen@arentfox.com | Eric.Waxman@cwt.com | dhw@dhclegal.com |
| beth.brownstein@arentfox.com | Anthony.Deleo@cwt.com | jwcohen@daypitney.com |
| brian.lohan@arnoldporter.com | rdavis@cafarocompany.com | Ksummers@dflaw.com |
| ginger.clements@arnoldporter.com | jlevitin@cahill.com | mcto@debevoise.com |
| jaronauer@ayllp.com | rstieglitz@cahill.com | eweisgerber@debevoise.com |
| CSchael@AshfordNJLaw.com | sjk@carmodymacdonald.com | jcurley@ddw-law.com |
| eneiger@askllp.com | MKurzman@carmodylaw.com | bethsolomon@discover.com |
| jchristian@askllp.com | tsansone@carmodylaw.com | marita.erbeck@dbr.com |
| Jg5786@att.com | mcatalfimo@carterconboy.com | LJKotler@duanemorris.com |
| mcuellar45@austinenterpriseslp.com | gadsden@clm.com | WMSimkulak@duanemorris.com |
| mfrankel@bfklaw.com | bankruptcy@clm.com | WMSimkulak@duanemorris.com |
| egoodman@bakerlaw.com | Dennis.roemlein@bnymellon.com | Cheitzenrater@duanemorris.com |
| fkhan@bakerlaw.com | rmccord@certilmanbalin.com | emunozPSC@gmail.com |
| pollack@ballardspahr.com | rnosek@certilmanbalin.com | lmay@eisemanlevine.com |
| branchd@ballardspahr.com | appleby@chapman.com | rxza@elliottgreenleaf.com |
| heilmanl@ballardspahr.com | wilamowsky@chapman.com | sak@elliottgreenleaf.com |
| summersm@ballardspahr.com | brotenberg@csglaw.com | ems@elliottgreenleaf.com |
| harnerp@ballardspahr.com | szuber@csglaw.com | aentwistle@entwistle-law.com |
| kutnera@ballardspahr.com | ksimard@choate.com | jporter@entwistle-law.com |
| knewman@barclaydamon.com | jmarshall@choate.com | Leopold.matt@Epa.gov |
| mowens@btlaw.com | hchoi@choiandpark.com | lbercovich@epicor.com |
| emiller@bayardlaw.com | cpark@choiandpark.com | ppascuzzi@ffwplaw.com |
| russ@bsavory.com | lkleist@choiandpark.com | gchico@ferraiuoli.com |
| jsolomon@bbwg.com | mstein@chuhak.com | mark.wilson@fisherbroyles.com |
| llindenberg@bbwg.com | eschnitzer@ckrlaw.com | patricia.fugee@fisherbroyles.com |
| rmills@bellnunnally.com | gsaydah@ckrlaw.com | dlwright@foley.com |
| mbarrie@beneschlaw.com | srichman@clarkhill.com | kcatanese@foley.com |
| kcapuzzi@beneschlaw.com | srichman@clarkhill.com | msmall@foley.com |
| wschonberg@beneschlaw.com | nbencze@clarkhill.com | tscannell@foley.com |
| Ernie.park@bewleylaw.com | duane.brescia@clarkhillstrasburger.com | aguon@foxrothschild.com |
| Tgaa@bbslaw.com | dblau@clarkhill.com | plabov@foxrothschild.com |
| amainoo@cgsh.com | liman@cgsh.com | thoran@foxrothschild.com |
| lbarefoot@cgsh.com | soneal@cgsh.com | mhall@foxrothschild.com |
| soneal@cgsh.com | aweaver@cgsh.com | mherz@foxrothschild.com |
| aweaver@cgsh.com | rmukhi@cgsh.com | nreid@foxswibel.com |
| jkpark@cgsh.com | hward@cohenlaw.com | jfrank@fgllp.com |
| wkelleher@cohenlaw.com | rseltzer@cwsny.com | jkleinman@fgllp.com |

| | | |
|---|---|---|
| brad.eric.scheler@friedfrank.com | Daniel.Swetnam@icemiller.com | deggert@freeborn.com |
| scott.luftglass@friedfrank.com | taxcollector@co.imperial.ca.us | bnathan@lowenstein.com |
| peter.siroka@friedfrank.com | alex.macias@impremedia.com | alexandra.bigas@gmail.com |
| tking@fbtlaw.com | jgildea@interactions.com | awilda.ramos@aguadillamallpr.com |
| rgold@fbtlaw.com | Mimi.M.Wong@irscounsel.treas.gov | dmiller@lubinolson.com |
| awebb@fbtlaw.com | Mimi.M.Wong@irscounsel.treas.gov | david@mhlaw-ny.com |
| pmartin@fmdlegal.com | Bankruptcy2@ironmountain.com | tleday@mvbalaw.com |
| lbrymer@fmdlegal.com | hgj@jasneflorio.com | sbodker@mcdowellrice.com |
| zgelber@gelbersantillo.com | dlk@jasneflorio.com | jbernstein@mdmc-law.com |
| ksantillo@gelbersantillo.com | brownsvalleyorchards@aol.com | nleonard@mdmc-law.com |
| gseitz@gsbblaw.com | elkinj@mac.com | bmcgrath@mcglinchey.com |
| mgensburg@gcklegal.com | robert.honeywell@klgates.com | kromano@mcglinchey.com |
| btheisen@gibbonslaw.com | atureaud@kblaw.com | mchaney@mcglinchey.com |
| nsongonuga@gibbonslaw.com | tkorkhov@kellerrohrback.com | raguilar@mcglinchey.com |
| hcohen@gibbonslaw.com | KDWBankruptcyDepartment@KelleyDrye.com | rcerone@mcglinchey.com |
| dcampbell@ghclaw.com | bfeder@kelleydrye.com | hjschwartz@mckoolsmith.com |
| tnixon@gklaw.com | jacarlino@kslnlaw.com | jsmith@mckoolsmith.com |
| tomf@goldmclaw.com | ssouthard@klestadt.com | dmeegan@mhksacto.com |
| jflaxer@golenbock.com | lkiss@klestadt.com | cjm@msf-law.com |
| mweinstein@golenbock.com | kurtzman@kurtzmansteady.com | nkenworthy@mrrlaw.net |
| gfox@goodwinlaw.com | brunnquellw@lanepowell.com | cprice@milbank.com |
| bbazian@goodwinlaw.com | dgragg@langleybanack.com | RLiubicic@milbank.com |
| mgoldstein@goodwinlaw.com | jfifarek@laskyfifarek.com | sdnyecf@dor.mo.gov |
| wweintraub@goodwinlaw.com | rzucker@lasserhochman.com | ssmith@mwlaw.com |
| searsnotice@gouldratner.com | christopher.harris@lw.com | laura.mccarthy@morganlewis.com |
| drosner@goulstonstorrs.com | rakim.johnson@lw.com | neil.herman@morganlewis.com |
| thoffmann@goulstonstorrs.com | peter.gilhuly@lw.com | smiller@morrisjames.com |
| phillip.bohl@gpmlaw.com | ted.dillman@lw.com | cmiller@mnat.com |
| tannweiler@greerherz.com | gillazarus@gmail.com | jbarsalona@mnat.com |
| jfigueiredo@hahnhessen.com | kevin@ksnpc.com | jmarines@mofo.com |
| ahalperin@halperinlaw.net | william.fennell@fennelllaw.com | bbutterfield@mofo.com |
| lgu@halperinlaw.net | luralene.schultz@fennelllaw.com | bankruptcy@morrisoncohen.com |
| dlieberman@halperinlaw.net | office@fennelllaw.com | mro@prbankruptcy.com |
| joia.johnson@hanes.com | cgruen@gruenlaw.com | bradley.schneider@mto.com |
| howard.upchurch@hanes.com | dtabachnik@dttlaw.com | thomas.walper@mto.com |
| ktompsett@harrisbeach.com | pstarkesq@gmail.com | dperry@munsch.com |
| sodonnell@herrick.com | hlazarus@lazarusandlazarus.com | klippman@munsch.com |
| sselbst@herrick.com | harlan.lazarus@gmail.com | kcordry@naag.org |
| ssmith@herrick.com | ilan.markus@leclairryan.com | jody.bedenbaugh@nelsonmullins.com |
| msekowski@herrick.com | niclas.ferland@leclairryan.com | shane.ramsey@nelsonmullins.com |
| elio@higgslaw.com | janice.grubin@leclairryan.com | enid.stuart@ag.ny.gov |
| cfenlon@hinckleyallen.com | alex.chase@leclairryan.com | cdesiderio@nixonpeabody.com |
| arthur.rosenberg@hklaw.com | jjorissen@losgs.com | dsklar@nixonpeabody.com |
| Marc.Antonecchia@hklaw.com | kr@lnbyb.com | lcisz@nixonpeabody.com |
| barbra.parlin@hklaw.com | sanantonio.bankruptcy@publicans.com | rpedone@nixonpeabody.com |
| elvin.ramos@hklaw.com | dallas.bankruptcy@publicans.com | bob.bruner@nortonrosefulbright.com |
| jose.casal@hklaw.com | houston_bankruptcy@publicans.com | eric.daucher@nortonrosefulbright.com |
| jjalemany@hklaw.com | jfarnum@linowes-law.com | francisco.vazquez@nortonrosefulbright.com |
| llichtman@honigman.com | jmueller@lippes.com | howard.seife@nortonrosefulbright.com |
| chris.gartman@hugheshubbard.com | braynor@lockelord.com | christy.rivera@nortonrosefulbright.com |
| neil.oxford@hugheshubbard.com | asmith@lockelord.com | stephen.castro@nortonrosefulbright.com |
| dustin.smith@hugheshubbard.com | ira.greene@lockelord.com | david.rosenzweig@nortonrosefulbright.com |
| bgross@HuntonAK.com | jfroehlich@lockelord.com | cmomjian@attorneygeneral.gov |
| mlegge@huntonak.com | sbryant@lockelord.com | bk-jstern@oag.texas.gov |
| ghesse@huntonak.com | bbuechler@lowenstein.com | sherri.simpson@oag.texas.gov |
| caleb.holzaepfel@huschblackwell.com | echafetz@lowenstein.com | richard.morrissey@usdoj.gov |

| | | |
|---|---|---|
| lynn.butler@huschblackwell.com | se@robinsonbrog.com | paul.schwartzberg@usdoj.gov |
| apetrakov@offitkurman.com | gregg.galardi@ropesgray.com | streusand@slollp.com |
| smetz@offitkurman.com | kimberly.kodis@ropesgray.com | khansen@stroock.com |
| sokeefe@okeefelc.com | sam.ashuraey@ropesgray.com | jcanfield@stroock.com |
| dpatrick@omm.com | james.wilton@ropesgray.com | sbhattacharyya@stroock.com |
| jtaylor@omm.com | patricia.chen@ropesgray.com | pkslyne@ssbny.com |
| mkremer@omm.com | ssally@ropesgray.com | dietdericha@sullcrom.com |
| echollander@orrick.com | joshua.sturm@ropesgray.com | zylberbergd@sullcrom.com |
| efua@orrick.com | nicholas.berg@ropesgray.com | dkupetz@sulmeyerlaw.com |
| mfechik@orrick.com | timothy.farrell@ropesgray.com | ckwu@sulmeyerlaw.com |
| rdaversa@orrick.com | srosen@rosenpc.com | lawyer@surilawoffice.com |
| lily@pacogarment.com | prubin@rubinlawllc.com | bsattin@szaferman.com |
| chipford@parkerpoe.com | mamato@rmfpc.com | Riela@thsh.com |
| leslieplaskon@paulhastings.com | skelly@s-d.com | aconway@taubman.com |
| andrewtenzer@paulhastings.com | mmccann@swc-law.com | tf@lawtaf.com |
| shlomomaza@paulhastings.com | rabiuso@swc-law.com | Starr.Judith@pbgc.gov |
| pbasta@paulweiss.com | jweinblatt@sakar.com | mccarron.william@pbgc.gov |
| kcornish@paulweiss.com | cbelmonte@ssbb.com | efile@pbgc.gov |
| lclayton@paulweiss.com | asnow@ssbb.com | joe@sarencheklawfirm.com |
| sbuergel@paulweiss.com | pbosswick@ssbb.com | mtsang@tsanglawfirm.com |
| rbritton@paulweiss.com | ksadeghi@schiffhardin.com | Curtis.Tuggle@ThompsonHine.com |
| jhurwitz@paulweiss.com | secbankruptcy@sec.gov | ltirelli@tw-lawgroup.com |
| lbyrne@pedersenhoupt.com | NYROBankruptcy@sec.gov | powerwangtxks@vip.126.com |
| jdelnero@pedersenhoupt.com | bankruptcynoticeschr@sec.gov | AGBankNewYork@ag.tn.gov |
| jaffeh@pepperlaw.com | ashmead@sewkis.com | dtobias@tobiaslawpc.com |
| listwakk@pepperlaw.com | alves@sewkis.com | jpruski@trainorfairbrook.com |
| ecobb@pbfcm.com | emfox@seyfarth.com | kay.brock@traviscountytx.gov |
| jbanks@pbfcm.com | rhermann@sbwh.law | brett.goodman@troutman.com |
| ecobb@pbfcm.com | mkish@sbwh.law | alissa.piccione@troutman.com |
| lmbkr@pbfcm.com | jshafer@sbwh.law | David.Jones6@usdoj.gov |
| osonik@pbfcm.com | floridaservice@sbwh.law | Jeffrey.Oestericher@usdoj.gov |
| dpick@picklaw.net | fsosnick@shearman.com | Joseph.Cordaro@usdoj.gov |
| jon@piercemccoy.com | sara.coelho@shearman.com | Carina.Schoenberger@usdoj.gov |
| rsteinberg@pricemeese.com | afeld@sheppardmullin.com | Lawrence.Fogelman@usdoj.gov |
| searsteam@primeclerk.com | tcohen@sheppardmullin.com | Peter.Aronoff@usdoj.gov |
| serviceqa@primeclerk.com | rreinert@shutts.com | Linda.Riffkin@usdoj.gov |
| gerald.kennedy@procopio.com | rtucker@simon.com | jdunn@vedderprice.com |
| lr@pryormandelup.com | mshriro@singerlevick.com | ketzel@vedderprice.com |
| rlp@pryormandelup.com | dplon@sirlinlaw.com | mschein@vedderprice.com |
| mhofsdal@pryorcashman.com | Paul.Leake@skadden.com | marva.m.levine@verizon.com |
| susheelkirpalani@quinnemanuel.com | Shana.Elberg@skadden.com | notice@waldrepllp.com |
| jonpickhardt@quinnemanuel.com | George.Howard@skadden.com | sfalanga@walsh.law |
| andrewcorkhill@quinnemanuel.com | enotices@skijain.com | gtoering@wnj.com |
| matthewscheck@quinnemanuel.com | pstrok@swelawfirm.com | Dclarke@wjslaw.com |
| ellisonmerkel@quinnemanuel.com | rkinas@swlaw.com | ray.schrock@weil.com |
| cfilardi@rrlawpc.com | bk@svllaw.com | garrett.fail@weil.com |
| greiss@reisspreuss.com | darolf@sorlinglaw.com | jacqueline.marcus@weil.com |
| etikkanen@reisspreuss.com | pmryan@sorlinglaw.com | sunny.singh@weil.com |
| cpugatch@rprslaw.com | mary.callahan@bnymellon.com | JeriLeigh.Miller@weil.com |
| hmagaliff@r3mlaw.com | mary.callahan@bnymellon.com | jessica.liou@weil.com |
| kflorey@robbins-schwartz.com | tonder@stark-stark.com | Paloma.VanGroll@weil.com |
| nsmith@robbins-schwartz.com | jlemkin@stark-stark.com | Jared.Friedmann@weil.com |
| Robert.e.michael.esq@gmail.com | charles.chamberlin@nebraska.gov | Jessie.Mishkin@weil.com |
| Aron.hume@gmail.com | cp@stevenslee.com | mbrofman@weisszarett.com |
| fbr@robinsonbrog.com | thomas.salerno@stinson.com | sfink@weltman.com |
| rms@robinsonbrog.com | darrell.clark@stinson.com | vandermarkj@whiteandwilliams.com |

klewis@wtplaw.com
sgerald@wtplaw.com
bankruptcy@evict.net
awilliams@williamsadvisors.com
alipkin@willkie.com
gbrunswick@willkie.com
philip.anker@wilmerhale.com
noah.levine@wilmerhale.com
phealy@wsfsbank.com
scimalore@wilmingtontrust.com
david.tillem@wilsonelser.com
ncwitte@wittelaw.com
saron@wrslawyers.com
tom@attorneyzim.com
kaiello@FoxRothschild.com
maryjaneartese@paulhastings.com
rsteinberg@pricemeese.com
Paloma.VanGroll@weil.com
Jared.Friedmann@weil.com
Jessie.Mishkin@weil.com

216457406v1