# EXHIBIT A

40242256.v1



|  |  |
|---|---|
| Invoice No: | EPU0000103838 |
| Invoice Date: | 01/24/2019 |
| Page: | 1 of 1 |

**Aspen Marketing Services, Inc.**
1240 North Avenue
West Chicago, IL 60185

**Bill To:**
Sears Holdings Corporation
3333 Beverly Road
VENDOR NO. 667998
Hoffman Estates IL 60179
United States

**Attn:** Yvonne Kolton

**Cust ID:** 000000000020104

**Remit To:**

Payment via wire:
    Payment via ACH/Wire:
    Bank Name:    Fifth Third Bank
    City, State:    Cincinnati, Ohio
    Account Number:    7028030869
    ABA Number:    042000314
    Account Name:    Aspen Marketing Services, LLC
Please reference Invoice Number EPU0000103838 on payment.

Please forward remittance advice for the wire to
CreditDepartment@Epsilon.com

For Check Payments via US mail:
    Name on account:    Aspen Marketing Services, LLC
    Lock Box Number:    P.O. Box 84009
    City, State, Zip:    Chicago, IL 60689-4009

Please reference Invoice Number EPU0000103838 on remittance advice or reverse of check.

Sears Auto Center CRM Dec-18
Project # 100078986

| Program | Product ID | Description | Quantity | Price | UOM | Total Amount |
|---|---|---|---|---|---|---|
| | EP_GSACCTMGMT | Account Management - Retainer Fee | 1 | 52,500.00000 | | 52,500.00 |
| | EP_GSACCTMGMT | Account Management Email | 1 | 8,814.00000 | | 8,814.00 |
| | EP_GSACCTMGMT | E-Mail Event Campaign Set Up | 1 | 18,000.00000 | | 18,000.00 |
| | EP_GSACCTMGMT | List Cleanse | 1 | 9,079.30000 | | 9,079.30 |
| | EP_GSDREAMLICFEE | Harmony License | 1 | 2,500.00000 | | 2,500.00 |
| | EP_GSEMAILEVENT | Email Sent | 3,409,056 | 0.00300 | | 10,227.17 |
| | | | **Sub-Total:** | **Tax:** | | **Balance Due:** |
| | | | 101,120.47 | 0.00 | USD | 101,120.47 |

Balance is due no later than 02/23/2019
Payment Terms Net 30

For Remittance and Billing inquiries, please email or call:
Phone: (866) 778-0222 Fax: (630) 293-7674
Email: CreditDepartment@Epsilon.com



| | |
|---|---|
| Invoice No: | EPU0000105605 |
| Invoice Date: | 02/22/2019 |
| Page: | 1 of 1 |

| | |
|---|---|
| **Aspen Marketing Services, Inc.**<br>1240 North Avenue<br>West Chicago, IL 60185 | **Remit To:**<br>**Payment via wire:**<br>Payment via ACH/Wire:<br>Bank Name:  Fifth Third Bank<br>City, State:  Cincinnati, Ohio<br>Account Number:  7028030869<br>ABA Number:  042000314<br>Account Name:  Aspen Marketing Services, LLC<br>Please reference Invoice Number EPU0000105605 on payment.<br><br>Please forward remittance advice for the wire to<br>CreditDepartment@Epsilon.com<br><br>For **Check** Payments via **US** mail:<br>Name on account:  Aspen Marketing Services, LLC<br>Lock Box Number:  P.O. Box 84009<br>City, State, Zip:  Chicago, IL 60689-4009<br><br>Please reference Invoice Number EPU0000105605 on remittance advice or reverse of check. |
| **Bill To:**<br>Sears Holdings Corporation<br>3333 Beverly Road<br>VENDOR NO. 667998<br>Hoffman Estates IL 60179<br>United States<br><br>**Attn:** Yvonne Kolton<br><br>**Cust ID:** 000000000020104 | |

Sears Auto Center CRM Jan-19
Project # 100095147

| Program | Product ID | Description | Quantity | Price | UOM | Total Amount |
|---|---|---|---:|---:|---|---:|
| | EP_GSACCTMGMT | Account Management - Retainer Fee | 1 | 52,500.00000 | | 52,500.00 |
| | EP_GSACCTMGMT | Account Management Email | 1 | 8,814.00000 | | 8,814.00 |
| | EP_GSACCTMGMT | E-Mail Event Campaign Set Up | 1 | 18,000.00000 | | 18,000.00 |
| | EP_GSACCTMGMT | List Cleanse | 1 | 24.55000 | | 24.55 |
| | EP_GSDREAMLICFEE | Harmony License | 1 | 2,500.00000 | | 2,500.00 |
| | EP_GSEMAILEVENT | Email Sent | 3,659,188 | 0.00300 | | 10,977.56 |
| | | **Sub-Total:** | | **Tax:** | | **Balance Due:** |
| | | 92,816.11 | | 0.00 | USD | 92,816.11 |

Balance is due no later than 03/24/2019
Payment Terms Net 30

For Remittance and Billing inquiries, please email or call:
Phone: (866) 778-0222 Fax: (630) 293-7674
Email: CreditDepartment@Epsilon.com