# Exhibit 1

## Schedule of Rejected Leases

**Rejected Leases**

| STORE ID NO. | COUNTERPARTY-LANDLORD AND ADDRESS | COUNTERPARTY-SUBTENANT/ASSIGNEE AND ADDRESS | DEBTOR | PROPERTY ADDRESS | ABANDONED PERSONAL PROPERTY | ESTIMATED REJECTION DATE |
|---|---|---|---|---|---|---|
| 3483 | Wolf Family Series LP dba Series III, Ontario Enterprises of the Wolf Family Series LP c/o Wolf and Associates 115 North Doheny Drive, Suite 1 Los Angeles, CA 90048 | N/A | Kmart Corporation | 2530 S Euclid Ave Ontario, CA 91762-6619 | Check outs, shelving, display fixtures, conveyor system, and office furniture | 5/8/2019 |
| 3886 | Biltmore Commercial Properties I, LLC c/o Biltmore Farms P O Box 5355 Asheville, NC 28813 | N/A | Kmart Corporation | 980 Brevard Road Asheville, NC 28806-2256 | Safe, service desk, office furniture, check stands, service desk, counters, shelving, and racks | 5/8/2019 |
| 7043 | MCG Rock Hill LLC c/o Madion Capital Group, LLC 5605 Carnegie Blvd. Suite 420 Charlotte, NC 28209 | N/A | Kmart Operations LLC | 2302 Cherry Rd Rock Hill, SC 29732-2165 | None | 5/8/2019 |
| 2001 | Midamco C/O Mid-America Mngt Corporation 3333 Richmond Road Beachwood, Oh 44122 | N/A | Sears, Roebuck and Co. | 987 E Ash St Ste 170 Piqua, OH 45356-4198 | None | 5/8/2019 |