**DIAMOND MCCARTHY LLP**
*Counsel to Team Worldwide Corporation*
295 Madison Avenue, 27th Floor
New York, New York 10017
(212) 430-5400
Allan B. Diamond
Charles M. Rubio
Sheryl P. Giugliano
adiamond@diamondmccarthy.com
crubio@diamondmccarthy.com
sgiugliano@diamondmccarthy.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                            Chapter 11

SEARS HOLDING CORPORATION, *et al.*                               Case No. 18-23538 (RDD)

                        Debtors[1]                              (Jointly Administered)
---------------------------------------------------------------x

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b)
AND REQUEST FOR ALL COPIES PURSUANT TO BANKRUTPCY RULE 2002
AND ALL PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)**

**PLEASE TAKE NOTICE,** that Charles M. Rubio, an attorney with the law firm Diamond McCarthy LLP, counsel to Team Worldwide Corporation, a creditor in the above-captioned chapter 11 cases, files this Notice of Appearance pursuant to Federal Rule of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Bankruptcy Procedure 9010(b) and requests that he receive copies of all pleadings filed or noticed by any party pursuant to Federal Rules of Bankruptcy Procedure 2002(a) and (b) and 3017(a). Copies should be sent as follows:

>Charles M. Rubio
>Diamond McCarthy LLP
>295 Madison Avenue, 27th Floor
>New York, New York 10017
>Tel.: (212) 430-5400
>Fax: (212) 430-5499
>Email: *crubio@diamondmccarthy.com*

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code set forth above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telex, e-mail or otherwise.

Dated: New York, New York
May 23, 2019

**DIAMOND McCARTHY LLP**

By: */s/Charles M. Rubio*
Charles M. Rubio
295 Madison Avenue, 27th Floor
New York, New York 10017
(212) 430-5400

*Counsel to Team Worldwide Corporation*