**FOX ROTHSCHILD LLP**
Kathleen M> Aiello
101 Park Avenue, 17th Floor
New York, NY  10178
(212) 878-7900

*Attorneys for Aspen Marketing Services, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE REGARDING MOTION OF ASPEN MARKETING
SERVICES, INC. TO ALLOW AND COMPEL PAYMENT OF ADMINISTRATIVE
EXPENSE CLAIM UNSER 11 U.S.C. § 503(b) FOR SERVICES
PROVIDED TO THE DEBTOR POST PETITION**

CATHI BROWN, of full age, hereby certifies as follows:

1.      I am a paralegal employed by the firm of Fox Rothschild LLP.  My business address is 49 Market Street, Morristown, NJ  07960.  Fox Rothschild LLP is counsel to Aspen Marketing Services, Inc. in connection with the above-referenced cases.

2.      On May 23, 2019, a Motion of Aspen Marketing Services, Inc. to Allow and Compel Payment of Administrative Expense claim Under 11 U.S.C. § 503(b) for Services Provided to the Debtor Post-Petition  (the "Motion") was electronically filed with the United States Bankruptcy Court for the Southern District of New York, thereby causing the parties entitled to receive notice via the Court's ECF system to be served.

3.      In addition, on that date the Motion was served via email upon the: (1) Bid Notice Parties; (2) Buyer Parties; (3) Consultation Parties; and (4) other parties requesting service of documents.

4.      On May 23, 2019, the Motion was served via first class mail upon all parties on the annexed service list.

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/ Cathi Brown
CATHI BROWN

Dated:  May 23, 2019

## Service List

| | |
|---|---|
| The Honorable Judge Robert D. Drain<br>United States Bankruptcy Court<br>for the Southern District of New York<br>300 Quarropas Street, Room No. 248<br>White Plains, NY 10601 | Paul Schwartzberg, Esq.<br>Office of the United States Trustee<br>for Region 2<br>201 Varick Street, Suite 1006<br>New York, NY 10014 |
| Weil, Gotshal & Manges LLP<br>Ray C. Schrock<br>Jacqueline Marcus<br>Garrett A. Fail<br>Sunny Singh<br>767 Fifth Avenue<br>New York, NY 10153 | Transform Holdco, LLC<br>c/o ESL Partners, Inc.<br>Kunal S. Kamlani<br>Harold Talisman<br>1170 Kane Concourse, Suite 200<br>Bay Harbor Islands, FL 33154 |
| Sears Holdings Corporation<br>Attn: General Counsel<br>3333 Beverly Road<br>Hoffman Estates, IL 60179 | Cleary Gottlieb Steen & Hamilton LLP<br>Christopher E. Austin<br>Benet J. O'Reilly<br>Sean A. O'Neal<br>One Liberty Plaza<br>New York, NY 10006 |
| Akin Gump Strauss Hauer & Feld LLP<br>Ira S. Dizengoff<br>Philip C. Dublin<br>Abid Qureshi<br>Sara L. Brauner<br>One Bryant Park<br>New York, NY 10036 | Bayview Loan Servicing, LLC<br>c/o Tammy  L. Terrell Benzoa, Esq.<br>Fein Such & Crane, LLP<br>1400 Old Country Road, Suite C103<br>Westbury, NY  11590 |
| Bayview Loan Servicing, LLC<br>c/o Tammy  L. Terrell Benzoa, Esq.<br>Fein Such & Crane, LLP<br>7 Century Drive, Suite 201<br>Parsippany, NJ  07054 | US Bank NA<br>c/o Select Portfolio Servicing, Inc<br>attn.:  Michelle C. Marans, Esq.<br>Frenkel Lambert Weiss, Weisman & Gordon, LLP<br>53 Gibson Street<br>Bay Shore, NY  10004 |
| Diane Wade Sanders<br>Linebarger Goggan Blair & Sampson<br>PO Box 17428<br>Austin, TX  78760<br><br>(attorney for Aransas County, Bee County, Jim Wells, CAD, Neuces County, City of Harlingen, Hidalgo County, Victoria County, Blanco CAD, Harlingen CISD, Cameron County) | Cyrus Capital Partners, LP<br>c/o Andrew M. Leblanc<br>Milbank, tweed, Hadley & McCoy, LLP<br>1850 K Street, NW<br>Suite 1100<br>Washington, DE  20006 |

| | |
|---|---|
| The Bank of New York Mellon Trust Company<br>Attn:  Corporate Trust Administration<br>101 Barclay St, Floor 8W<br>New York, NY  10286<br><br>Successor Trustee for ht SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes | Indenture Trustee for the Second Lien Notes<br>Wilmington Trust, National Association<br>Attn.:  Sears Holdings Corp Administrator<br>Corporate Capital Markets<br>50 South Sixth Street<br>Suite  1290<br>Minneapolis, MN  55402 |
| Wilmore Management Group LLC<br>Attn: Donald C. Cowan, JR.<br>1265 Scottsville Road<br>Rochester, NY  14624<br><br>Eastview Mall, LLC, Greece Ridge, LLC & The Marketplace | Ohio Department of Taxation<br>Office of the Ohio Attorney General<br>1600 Carew Tower<br>441 Vine Street<br>Cincinnati, OH  45202 |