**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re                                               :
                                                    :        **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.,*           :
                                                    :        **Case No. 18-23538 (RDD)**
                                                    :
          Debtors.[1]                               :        **(Jointly Administered)**
-----------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Arnold A. Jaglal, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 22, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the Service List attached hereto as **Exhibit A**:

- Notice of Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors, a copy attached hereto as **Exhibit B**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: May 23, 2019

_____
Arnold A. Jaglal

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 23, 2019, by Arnold A. Jaglal, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LIZ SANTODOMINGO
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2018

2                                      SRF 33137

## Exhibit A

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 4778253 | GREAT LAKES INSURANCE SE | ATTN: KATHARINA ZIMMER | BEAUFORT UNDERWRITING AGENCY LIMITED | THIRD FLOOR, PLANTATION PLACE | 30 FENCHUCH ST | LONDON | | EX3M 3BD | UNITED KINGDOM |
| 5794096 | GREAT LAKES INSURANCE SE | BEAUFORT UNDERWRITING AGENCY LIMITED | PLANTATION HOUSE | 30 KEN CHURCH ST | | LONDON | | LDN LX3M | UNITED KINGDOM |
| 4813246 | BROWN, NANCIE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4518157 | ADAMS, FAITH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5646296 | IRENE BELLO | 10307 FOXDALE CT | | | | BOWIE | MD | 20721 | |
| 5758610 | ROGERS, ROBERTA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5516639 | WILLIAMS TISHARRA | 1035 OLD HUMBOLDT RD | | | | JACKSON | TN | 38305 | |
| 4362321 | CARMAN, KEVIN W | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4216205 | KESLER, MELANIE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5580471 | CONSTANCE ROSS | 10501 CURRAN BLVD APT 6F | | | | NEW ORLEANS | LA | 70127-5128 | |
| 5581448 | CORDER HEATHER | 1056 BRANDYWINE BLVD APT D | | | | ZANESVILLE | OH | 43701-6407 | |
| 4230895 | PAUL, JOHN D | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4398751 | PERRY, REBECCA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4298971 | TOUSIGNANT, LINDA L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4315959 | JOHNSON, ANGELA M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4321646 | RENNER, BETHANY L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5644268 | HUGHES AMBER | 111-B BROOKWAY DR. | | | | EASLEY | SC | 29640 | |
| 5675803 | KRISTIN BROWN | 112 PEACE LUTHERAN PKWY  APT 104 | | | | HARTFORD | WI | 53027-1150 | |
| 4803673 | ANDY BLAIR | 113 BESSMER RD | 1400 GLORIA BLVD SUITE 100 | | | WILDER | KY | 41094-9601 | |
| 5748726 | REBEKAH HUBBARD | 1135 BELLES FORK RD | | | | MANCESTER | KY | 40941-5505 | |
| 5613704 | FIENISHIA WASH | 115 POLSULAR CIRCLE | | | | OAKLAND | CA | 94622 | |
| 5490624 | TAYLOR, STEPHANIE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5654556 | JENNIFER GUILMETTE | 118 WILLIAM ST. | | | | FALL RIVER | MA | 02720 | |
| 5651069 | JANE WEIR | 11900 GAINSBOROUGH RD | | | | POTOMAC | MD | 20854 | |
| 5781471 | SOCORRO TORRES | -120 CALLE MAYORCA | | | | SAN JUAN | PR | 00918 | |
| 4724157 | MATT, LYNN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4565694 | DASS, ASHER C | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5504011 | VAUGAN SHAVAUGHN | 1217 50TH AVE | | | | SACRAMENTO | CA | 95822 | |
| 5785071 | GOMEZ, STEPHANIE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5713625 | MILES CATHERINE | 1243 WHITEHALL ST LOT 94 | | | | JACKSON | TN | 38301-3788 | |
| 4391756 | PAUGH, TAYLOR | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5581363 | CORBETT FELECIA J | 125 LAKE ST APT 1 | | | | ST LOUIS | MO | 63117 | |
| 5715464 | MISTY GOYNES | 1250 FAIRMONT DR STE A | | | | SAN LEANDRO | CA | 94578-3547 | |
| 4321761 | MITCHELL, DAYSHAWN M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4398157 | REEVES, MICHAEL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5571760 | CHARLES YANRULIES | 12708 FINGERBOARD RD | | | | MONROVIA | MD | 21770-8717 | |
| 5636278 | HAYLEY VANCE | 1288 RIVER BEND RD | | | | CHARLESTON | WV | 25320-7530 | |
| 4470944 | SETTERS, AUSTIN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4479388 | RIDDLES, JOSEPH MICHAEL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5780471 | SMITH LANYSIA | 1339A N 58TH ST | | | | MILWAUKEE | WI | 53208 | |
| 5734695 | PATERIA WASHINGTON | 13632 N CAVELIER DR | | | | NEW ORLEANS | LA | 70129-2805 | |
| 4157777 | SEPPANEN, MATTHEW | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5733411 | PAMELA TRIPL | 1401 JOHNSON RD APT 44 | | | | CENTRALIA | WA | 98531-4575 | |
| 4659827 | DABNEY, NILES | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4824977 | AMERICAN HOME SHIELD | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4871292 | SERVICEMASTER BRANDS MANAGEMENT LLC | 150 PEABODY PL | | | | MEMPHIS | TN | 38103-3700 | |
| 4861050 | PUERTO RICO TELEPHONE COMPANY INC | 1515 ROOSEVELT AVE 7TH FLOOR | | | | GUAYNABO | PR | 00920 | |
| 4312815 | LANG, ANTONIO D | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4339925 | WILLIAMS, LASTAJIA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4601795 | KIETT, CAROLYN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4352332 | HOOD, AMARI | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5726710 | NIKILA PANDA | 15696 WOODLAND DR #2 | | | | DEARBORN | MI | 48120-1112 | |
| 5753447 | RITA OBOSU | 15731 TASSIA LN APT 302 | | | | WOODBRIDGE | VA | 22191-4229 | |
| 4770122 | YARBROUGH, REGINA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4569895 | OLSON, MATTHEW W | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4201231 | RAMIREZ-MARTINEZ, SYLVESTER M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4295678 | TITSWORTH, JAMES A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4460102 | STEWART, MASON | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 4279718 | RAMSLAND, SCOTT K | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4288078 | GOSSETT, LILLIAN H | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4299976 | LAWRENCE, KELLY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5648180 | JACKSON JACQUELINE | 1721 BLAKE AVE | | | | RACINE | WI | 53404-2315 | |
| 5572618 | CHELSEA GARNER | 17405 APPLE BLOSSOM CT | | | | HAGERSTOWN | MD | 21740-7758 | |
| 4760009 | WILLSON, GENE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5533362 | ANDREA MATTHIS | 17900 MURDOCK CIR UNIT 204 | | | | PORT CHARLOTTE | FL | 33948-4060 | |
| 4233172 | MANN, MASON G | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4219857 | GILBERT, RODNEY W | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4595739 | BARNETT, BRENDA LEE L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4578699 | WELLS, CRYSTAL M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5627338 | GOULD DANA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4443038 | TATUM, JASMINE M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4225107 | JOHNSON, KIMBERLY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4742604 | DALEN, SHEILA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4144655 | TROXEL, JERI | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4234726 | MARQUEZ, CAROLINE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4813086 | BRADLEY THOMPSON | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5769054 | SAYLES, ASHLEY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4303508 | ROBERTSON, BRANDON | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4452863 | COFFMAN, TYLER J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4862642 | STRIKEFORCE BOWLING LLC | 2020 INDIAN BOUNDRY DR | | | | MELROSE PARK | IL | 60160-1132 | |
| 4245020 | CONYERS JR, JERRID LEROY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4464719 | DAWKINS, JUDAH M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4157157 | LAMB, MICHELLE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4406495 | MAINOR, AMIR | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4355988 | VALLAD, ZOEY A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5500027 | TRUJILLO MELISSA | 2103 W 31ST ST | | | | PUEBLO | CO | 81008-1371 | |
| 5642971 | HORTON CHARONDA | 2106 STIRRUP LN APT G102 | | | | TOLEDO | OH | 43613-5617 | |
| 4817151 | JACKSON / THOMPSON, ANN MARIE / JOANNE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4166246 | HOLM, TINA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4233066 | CLAYTON, ANTWON | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4219039 | JACOBS, JOSELLE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4286566 | HOWARD, BETTY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4615926 | PHILLABAUM, GAYLE T | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4444974 | HALLAS, JASON L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5622337 | GENTRY CHARLENE | 2200 E BIDDLE ST APT 110 | | | | BALTIMORE | MD | 21213 | |
| 5682228 | LEE LARON | 2273 COURTRIGHT RD. | | | | COLUMBUS | OH | 43232 | |
| 4158192 | PITTMAN, JASON | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4323961 | PRICE, KENTOYA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5569813 | CECILIA ROBLES | 2323 N 51 AVE | | | | PHOENIX | AZ | 85035 | |
| 4350035 | RICHARDSON, DAYJA A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4358903 | RICHARDSON, DESTINE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4863895 | RETAILIGENCE CORPORATION | 2400 BROAWAY STE 220 | | | | REDWOOD CITY | CA | 94603 | |
| 5680664 | WINBUSH, LAURETTA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4415204 | ZADROZNY, BRUCE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4749559 | LEE, JOE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4232991 | WILLIAMS, ALEXANDRA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4831838 | ANA LAURA ARELLANO | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4445723 | WELLS, TIFFANY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4299479 | MAHESH, MEGHANA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4654718 | MARTINEZ, JEISON | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5513446 | WHITE PATRICIA | 264 ALLENS FORK RD | | | | ELKVIE | WV | 25320 | |
| 4153270 | BROOME, DAYJA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5586230 | CURVINIA FLOYD | 267 WEST NORTHBEND RD | | | | CINCINNATI | OH | 45216 | |
| 4179771 | KIM, ALEXANDER H | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5495797 | TINA KIRKBRIDE | 27 W DAVE LONGABERGER AVE | | | | DRESDEN | OH | 43821-9035 | |
| 5518912 | WOODS JOHNATHAN | 2728 CHIPPEWA APTA | | | | ST LOUIS | MO | 63118 | |

In re:  Sears Holdings Corporation, et al.

Case No. 18-23538 (RDD)

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 5541526 | TONEY, AYESHAH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5572253 | CHAVARRIA YVETTE M | 275 E HIGH ST APT W454 | | | | GLASSBORO | NJ | 08028-7309 | |
| 4566374 | SAAL, ANDREA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4431921 | THUENER, JESSICA L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4301975 | BATRA-SINGH, SANJOLI | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5681751 | LEASE, TONYA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4300225 | GOGINENI, RAJENDRA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4289758 | RAMINENI, SURESH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5622063 | GEER JARRETT | 2986 MILOA ROAD | | | | LUCINEDA | PA | 16235 | |
| 4339426 | MOTAGHIDASTENAEI, FATEMEH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4724543 | BRYANT, PENNY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4318033 | ROBINSON, CAMILLE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4761924 | SUNDARARAMAN, VIVEK | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4568256 | HUDSON, ASHLYN A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4543113 | SMITH, MARIA E | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4468399 | FINK, RYAN G | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4565335 | ZIMMERMAN, LINDA M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4837292 | JAIME PARADES | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4281102 | FORBES, JESSIE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5571588 | CHARLES HARRIS | 3353 ROUTE 208 | | | | SALISBURY MIL | NY | 12577 | |
| 4879285 | PEPSI COLA BTLG CO | 339 INTERNATIONAL DR | | | | MISSOULA | MT | 59808-1558 | |
| 4176528 | SIMMS, KIMBERLY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5501965 | URSULA ALMONTE | 3424 DEKALB AVE | APT  WG | | | BRONX | NY | 10467-2306 | |
| 5757655 | RODRIGUEZ FIDELA V | 3445 COUNTY ROAD XX | | | | HAMILTON CITY | CA | 95951 | |
| 4218201 | WHITMIRE, MELISSA A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4548813 | LUCERO, ALEXIA S | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5753157 | RION SANDERS | 3557 2 AVE N | | | | MPLS | MN | 55413 | |
| 4446780 | POWERS, ALLYSON L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4443380 | STODDARD, JOHN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4434467 | KUNKLE, LAUREN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4253462 | MACKERL, DOMINICK L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4647175 | ARTETA, LUIS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4773911 | PICOT, JOHN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5770515 | SEAN NITURA | 3700 N EARL AVE | | | | INDIANAPOLIS | IN | 46224 | |
| 5767132 | SANKS LATINA | 3703 ESQUIRE DR | | | | CANAL WHCHSTR | OH | 43110-9424 | |
| 4292421 | MILES, SARAH C | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4369319 | ROBINSON, GINA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5758541 | ROGERS IDALIA | 3839 W MELVINA | | | | MILWAUKEE | WI | 53216 | |
| 4183115 | URIBE PRECIADO, MARANAHI | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5597237 | DIANNA UMPIERRE | 3913 URBINO ST | | | | SEBRING | FL | 33872-2215 | |
| 4434405 | HARLEY, CHRISTOPHER R | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5708341 | MEDLEY JANIVA | 401 PARK PLACE | | | | HAGERSTOWN | MD | 21740 | |
| 4514962 | TERZO, BRANDON D | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4226706 | DAVIS, SHAMARA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4321794 | LUSBY, MARY W | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4527687 | MOORE, BRITTNEY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4362895 | MCKINZIE, MARCUS D | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4577740 | GRIFFIN, CHRISTOPHER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4519623 | SIMMONS, TIERRA A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4410726 | PAUL, SHERONAVA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4318143 | WEST, STEVEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5782610 | SOUMYA UDUPA | 42975 CORTE VERDE | | | | FREEMONT | CA | 94539-5313 | |
| 4353880 | MUNTHER, RYAN J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4155187 | MILLER, LOUIS A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5501226 | TYLER WENDY M | 4310 N 43RD STREET | | | | OMAHA | NE | 68111 | |
| 4363146 | TURNER, JESSICA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4247843 | WHITEHURST, KHARI A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4293074 | MIKOSZ, NICOLE C | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

In re:  Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Page 3 of 5

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip Code | Country |
|-------|------|----------|----------|----------|----------|------|-------|----------|---------|
| 4762724 | WATTS, MARK | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4661168 | WIGGINS-JOHNSON, GALE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4166069 | TOLIVER, DEJA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5634647 | HARRIS KEITH A | 5104 DUPONT AVE N | | | | MINNEAPOLIS | MN | 55430-3411 | |
| 5748418 | REBBECCA NIX | 5110 PENTZ 21 | | | | PARADISE | CA | 95969 | |
| 4244724 | HICKS, CHRISTIAN A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5519582 | WRIGHT MARCUS | 517 W KILDARE AVE | | | | LIMA | OH | 45801 | |
| 4290109 | BRANDENBURG, THOMAS P | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4449647 | RAY, SAVANNAH J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4520744 | MCKISSACK, TYSHA N | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4349935 | STEWARD, MIRANDA G | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4295426 | ILKIV, IVANNA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4646934 | ROWE, JILL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4289034 | TORRES, JUDITH D | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4527302 | SALAS, DANIEL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4572306 | MERTENS, CLAUDIA E | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5678522 | LAQNITA BARNETT | 625 FIELD ST APT 106 | | | | DETROIT | MI | 48214-2347 | |
| 4343628 | TIMBERS, SHARON | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4354113 | COSENZA, JOSEPH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5501535 | UBL, JAMIE | 6354 BERRY PATCH WAY | | | | LAS VEGAS | NV | 89142-0972 | |
| 4342552 | TURNER, NICHOLE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5735882 | PATTY COBB | 64 CEDAR LANE | | | | CEDAR GROVE | WV | 25250 | |
| 5493610 | THOMAS SCHMITZ | 6467 EDGEHURST DR | | | | BROOKPARK | OH | 44142-3723 | |
| 5487755 | JIDDES, TALEISHA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4579831 | SMITH, SHEENA N | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4869950 | GENESIS TODAY INC | 6800 BURLESON RD BLDG 310 | | | | AUSTIN | TX | 78744 | |
| 5749760 | REIN NATASHA | 68-1700 MAKUAKANE ST | | | | WALKOLOA | HI | 96738 | |
| 5704358 | MAYE CAROLINE | 69 STEIMIS HOLMES | | | | SCHENECTADY | NY | 12304 | |
| 4455594 | BRADFORD, BYRON | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5747528 | RASHANTA JOSHUA | 703 N. BANGER APT 1 | | | | BAY CITY | MI | 48708 | |
| 4555421 | MAKALO, FATOUMATTA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5704883 | MCBEE, DARELL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4578052 | KENNEDY, WILLIAM E | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5547448 | BENFORD MEKISHA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4353845 | LANGLOIS, DELLA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4387706 | BREDELL HILL, DENISE M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4345292 | WHARTON, DEBORAH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4315812 | PIERCE, COURTNEY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5486470 | SUZETTE CUMMINGS | 751 CASS LAKE FRONT | | | | KEEGO HARBOR | MI | 48320 | |
| 4215824 | WRIGHT, EMILY N | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4397290 | RIVERA, JUSITN A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4611667 | PUYOL, GUILLERMO | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4303112 | KESSEL, KAYLEIGH A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4298064 | KESSEL, CHRISTOPHER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5695715 | MARC JOSTANDT | 788 GIBBS RD | | | | CLARKSVILLE | TN | 37042 | |
| 5552455 | BONNIE BELL | 7890 CRAM RD | | | | WILLIAMSBURG | MI | 49690 | |
| 4463332 | ORTEGA, PHILLIP | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5343442 | BARBARA COLE | 7953 S PRAIRIE AVE #1 | | | | CHICAGO | IL | 60619-3605 | |
| 4533796 | REAGAN, KEVIN D | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4342430 | THOMAS, JASMINE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4517433 | THOMAS, ANIKA R | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4454701 | SYKES, PIERRE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5495748 | TINA FORREST | 819 NESTLE QUARRY RD | | | | FALLING WTRS | WV | 25419-4223 | |
| 5742839 | PRESCOTT COURIER | 8307 E STATE ROUTE 69 STE B | | | | PRESCOTT VLY | AZ | 86314-8482 | |
| 4538685 | HARRIS, MICHAEL G | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4216701 | TREJO, MERCEDES | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5679164 | WISE, LASHAUNE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5535817 | ANNE DEHONEY | 855 E BASSE RD APT 237 | | | | SAN ANTONIO | TX | 78209-1868 | |

In re:  Sears Holdings Corporation, et al.
Case No. 18-23538 (RDD)

Page 4 of 5

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip Code | Country |
|---|---|---|---|---|---|---|---|---|---|
| 4832964 | BRITTON, BEVERLY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4826172 | CUSTOM STONE WORKS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4185626 | TORRE, DANIEL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4539709 | LOPEZ, JUAN A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4318549 | BECHERER, WILLIAM B | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5583040 | COX CYNTHIA D | 947 MASON ST | | | | HAMPTON | VA | 23669 | |
| 4359413 | PHIFER, DOMINIQUE D | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4799428 | KL INDUSTRIES INC | AMERIFORM ACQUISTION COMPANY | 1790 SUN DOLPHIN RD | | | MUSKEGON | MI | 49444-1166 | |
| 4785944 | TATE'ALLEY, BARBARA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4710744 | REMABALSKY, ISAAC | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5529722 | ALMOND ERIN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4785568 | MAUS, HEIDI & RICHARD | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4879390 | SHOPPER OUTLET LLC | MRKTSERV HOLDINGS INC | 14407 BRAFFERTON PKWY | | | FORT WAYNE | IN | 46814-2305 | |
| 4879488 | INTERNATIONAL SOCIETY OF CERTIFIED | NATIONAL ELECTRONIC SERVICE DEALER | PO BOX 378 | | | HILLSBORO | TX | 76645-0378 | |
| 4561177 | FORD, SHIRLEY A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4451236 | BOWERS, BRANDON L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5727852 | NORMA VALDEZ | PO BOX 112 | | | | PRINCETON | WI | 53919 | |
| 4252695 | BAMIGBETAN, OLAOBAJU | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4167733 | CABRERA ROLDAN, YAZMIN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4425618 | ADRIEN, MARLON | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4753607 | OLZARK, MAUREEN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4272008 | BARCELO, SHERRY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5673377 | KIMBERLY MCKINLEY | PO BOX 28071 | | | | DETROIT | MI | 48228-0071 | |
| 4296333 | SAPPINGTON, KRISTY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4318599 | RIEBER, JERAMIAH D | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4248082 | CAMPBELL, BRANDON | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4580311 | BENNETT, RAY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4846908 | TEKPARTNERS AND MEDPARTNERS HIM | PO BOX 4729 | | | | WINTER PARK | FL | 32793 | |
| 5698251 | MARILYN DUFFEY | PO BOX 778 | | | | GILBERT | AZ | 85299-0778 | |
| 4341623 | GAVER, DAVID W | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5784501 | STARTCHER KIM | SANDY ACRES LOT 106 | | | | ELKVIEW | WV | 25071 | |
| 4505595 | MOLL, JULIE ANN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

**Exhibit B**

SRF 33137

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                               :

In re                           :        **Chapter 11**

                                 :

**SEARS HOLDINGS CORPORATION,** *et al.*,  :        **Case No. 18-23538 (RDD)**

                                 :

            **Debtors.**[1]            :        **(Jointly Administered)**

                                 :

-----------------------------------------------------------------x

## NOTICE OF HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT FOR JOINT CHAPTER 11 PLAN OF SEARS HOLDINGS CORPORATION AND ITS AFFILIATED DEBTORS

**TO ALL PARTIES IN INTEREST:**

                **PLEASE TAKE NOTICE THAT** Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors* (as may be amended, modified, or supplemented, the "**Plan**") and the *Disclosure Statement for Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors* (as may be amended, modified, or supplemented, the "**Disclosure Statement**").

                **PLEASE TAKE FURTHER NOTICE THAT:**

                1.      A hearing (the "**Hearing**") will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, New York, 10601-4140 (the "**Bankruptcy Court**"), on **May 16, 2019 at 10:00 a.m. (prevailing Eastern Time)**, to consider entry of an order determining, among other things, that the Disclosure Statement contains "adequate information" within the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

meaning ascribed to such term in section 1125 of the Bankruptcy Code and approving the Disclosure Statement.

2.      Any party in interest wishing to obtain a copy of the Disclosure Statement or the Plan should contact Prime Clerk LLC ("**Prime Clerk**"), the Debtors' solicitation agent, in writing at Sears Holdings Corporation Ballot Processing, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, New York 11232 or by email at searsballots@primeclerk.com with a reference to "Sears Holdings Corporation" in the subject line.  Interested parties may also review the Disclosure Statement and the Plan free of charge at https://restructuring.primeclerk.com/sears.  In addition, the Disclosure Statement and Plan are on file with the Bankruptcy Court and may be reviewed by accessing the Bankruptcy Court's website: http://www.nysb.uscourts.gov.  Note that a PACER password and login are needed to access documents on the Bankruptcy Court's website.  A PACER password can be obtained at: www.pacer.psc.uscourts.gov. Copies of the Disclosure Statement and Plan may also be examined by interested parties during normal business hours at the office of the Clerk of the Bankruptcy Court.

3.      Objections, if any, to approval of the Disclosure Statement or any of the other relief sought by the Debtors in connection with the Disclosure Statement must (a) be in writing, (b) state the name and address of the objecting party and the amount and nature of the Claim or Interest of such party, (c) state with particularity the basis and nature of any objection, and provide proposed language that, if accepted and incorporated by the Debtors, would obviate such objection, (d) conform to the Bankruptcy Rules and the Local Rules, (e)  be filed with the Court together with proof of service by either (i) *Electronic Filing*: the filer must be an attorney in possession of passwords and logins to both PACER and the Bankruptcy Court's Electronic Case Filing System; electronic filing must be in accordance with General Order M-399 (which can be found at http://www.nysb.uscourts.gov), or (ii) *Conventional Filing*: the filer must send the response or objection by mail, courier, or messenger to the Bankruptcy Court's clerk at the following address: United States Bankruptcy Court, One Bowling Green, New York, NY 10004; the hard copy of the response or objection should be accompanied by a CD-ROM containing the response or objection in text-searchable portable document format (PDF); and (iii) *All filers* – those filing electronically as well as those filing conventionally – must provide Bankruptcy Court Chambers with two separate, single-sided hard copies of the response or objection; any proposed order should be accompanied by a CD-ROM containing the response or objection in text searchable portable document format (PDF); and (f) be served upon the following parties in accordance with General Order M-399 so as to be received no later than **May 9, 2019 at 4:00 p.m. (prevailing Eastern Time)**:

| *Counsel to the Debtors* | *Office of the U.S. Trustee* | *Counsel to the Creditors' Committee* |
|---|---|---|
| Weil, Gotshal & Manges LLP | Office of the U.S. Trustee for Region 2 | Akin Gump Strauss Hauer & Feld LLP |
| 767 Fifth Avenue | 201 Varick Street, Room 1006 | One Bryant Park |
| New York, New York 10153 | New York, New York 10014 | New York, New York 10036 |
| Attn: Ray C. Schrock, P.C. | Attn: Paul K. Schwartzberg | Attn: Ira Dizengoff |
| Jacqueline Marcus | | Philip Dublin |
| Garrett A. Fail | | Sara Brauner |
| Sunny Singh | | |

WEIL:\97002125\1\73217.0004

4.      **IF AN OBJECTION TO THE DISCLOSURE STATEMENT OR ANY OF THE OTHER RELIEF SOUGHT BY THE DEBTORS IN CONNECTION WITH THE DISCLOSURE STATEMENT IS NOT FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE DISCLOSURE STATEMENT, THE ADEQUACY THEREOF, OR THE OTHER RELIEF SOUGHT BY THE DEBTORS IN CONNECTION WITH THE DISCLOSURE STATEMENT AND MAY NOT BE HEARD AT THE HEARING.**

Dated: April 17, 2019
     New York, New York

/s/ Sunny Singh
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors
and Debtors in Possession*

---

NO ACTION IS REQUIRED UPON RECEIPT OF THIS NOTICE.

If you have questions about this notice, please contact Prime Clerk LLC
**Telephone**: (844) 384-4460 (US toll free) or +1 (929) 955-2419 (International),
**Email**: searsinfo@PrimeClerk.com,
**Website**: https://restructuring.primeclerk.com/sears

---

3