UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------x
In re                                              :
                                                   :      Chapter 11
SEARS HOLDINGS CORPORATION, et al.,                :
                                                   :      Case No. 18-23538 (RDD)
                                                   :
                  Debtors.¹                        :      (Jointly Administered)
-----------------------------------------------------------------x
```

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Jesse Offenhartz, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 23, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document via First Class Mail on (1) Efficiency Vermont (MMLID# 5830309), 128 Lakeside Ave., Ste 401, Burlington, VT, 05401 and on (2) Power Reviews Inc. (MMLID# 180 North LaSalle Street, 5th Floor, Chicago, IL, 60601:

- Notice of Rejection of Executory Contracts [Docket No. 3602]

On May 23, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Withdrawal of Contract from the Notice of Rejection of Executory Contracts [Docket No. 3637]

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

On May 23, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on (1) Aveksa Inc. (MMLID# 4865290), c/o Dell EMC, 176 South Street, Hopkinton, MA, 01748 on (2) Buyerlink Inc. (MMLID# 5789037), 1820 Bonanza Street, Suite 200, Walnut Creek, CA, 94596 and on (3) International Business Machines (MMLID# 4882613), 1 New Orchard Road, Armonk, NY, 10504-1722

- Notice of Assumption and Assignment of Additional Executory Contracts [Docket No. 3761]

On May 23, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on (1) 1Sync (MMLID# 5791410), c/o GS1 SDSN, Inc., Clement D. Erhardt, III, Secretary, 300 Charles Ewing Boulevard, Ewing, NJ, 08628 and on (2) Teradata Corporation (MMLID# 5791004), General Counsel, Laura Nyquist, 17095 Via Del Campo, San Diego, CA, 92127:

- Notice of Assumption and Assignment of Additional Executory Contracts [Docket No. 3789]

On May 23, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Stericycle Inc. (MMLID# 4874417), 28161 N. Keith Drive, Lake Forest, IL, 60045:

- Notice of Assumption and Assignment of Additional Executory Contracts [Docket No. 3859]

On May 23, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on BeyondTrust Software, Inc. (MMLID# 5794802), 1925 Century Park E, Suite 1700, Los Angeles, CA, 90067:

- Notice of Rejection of Executory Contracts  [Docket No. 3861]

Dated: May 24, 2019

Jesse Offenhartz

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 24, 2019, by Jesse Offenhartz, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JESSICA G. BERMAN
NOTARY PUBLIC, STATE OF NEW YORK
No. 02BE6333194
Qualified in Nassau County
Commission Expires 11/16/2019

**Exhibit A**

18-23538-shl    Doc 4025    Filed 05/24/19    Entered 05/24/19 15:54:00    Main Document
Pg 3 of 4

**Exhibit A**

# Exhibit A
Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 5795376 | Continental Maintenance, Inc. | 14625 CARMENITA RD | STE 222 | | NORWALK | CA | 90650 |
| 5789663 | EXCEL BUILDING SERVICES LLC | 1061 SERPENTINE LANE | SUITE H | | PLEASANTON | CA | 94566 |
| 4868080 | LIMBACH COMPANY LLC | 31-35th Street | | | Pittsburgh | PA | 15201 |
| 5798952 | SMS, SYSTEMS MAINTENANCE SERVICES, INC. | 2810 Coliseum Centre Drive | Suite 600 | | Charlotte | NC | 28217 |
| 5789298 | SPHERE CONSULTING INC | 1775 EYE ST NW | SUITE 410 | | WASHINGTON | DC | 20006 |
| 5788829 | TARGET PLUS RESPONSE INC-704822 | Mike Battisto, President | 1751 S. Naperville Rd. | Suite 208 | Wheaton | IL | 60189 |
| 4871999 | YORK CLAIMS SERVICE INC | ONE UPPER POND ROAD | BUILDING F | 4TH FLOOR | PARSIPPANY | NJ | 07054 |
| 5844798 | YORK CLAIMS SERVICE, INC. | 101 HUDSON STREET | SUITE 3500 | | NEW JERSEY | NJ | 07302 |

In re: Sears Holdings Corporation, *et al.*
Case No. 18-23538 (RDD)

Page 1 of 1