# *EXHIBIT C*



**Preliminary Draft; Subject to Material Change**

# Remaining Value at SHC Estate in an ESL Transaction

January 6th, 2019



[Confidential; Prepared at the Request of Counsel; Preliminary Draft]

# Executive Summary

- **We have done a preliminary review of the remaining assets left behind for the SHC estate under ESL's going concern bid, which include the following:**
    - Real Estate[1]
    - Unencumbered Accounts Receivable ("AR") [2]
    - Cash-in-Advance ("CIA") Prepaid Inventory
    - Credit Card ("CC") Tort Claim[3]

| Asset | Book Value [4] | Estimated Collected Value | Recovery (%) |
|---|---|---|---|
| Real Estate [1] | $155 | $155 | 100% |
| Unencumbered AR [2] | 376 | 164 | 44% |
| CIA Prepaid Inventory | 171 | 171 | 100% |
| CC Tort Claim [3] | 35 | 35 | 100% |
| **Total** | **$737** | **$525** | **71%** |

Note: Analysis excludes $13mm insurance payment and $15mm from First Data.
1) Assumes same valuation for Book Value and Estimated Collected Value.
2) Net recovery of ~44% on gross notional amount of ~$376mm. The $376mm gross total excludes a $(39)mm offset allowance for bad debt; bad debt allowance is 100% included in net recovery of $164mm.
3) Per estimate from Lazard and initial bids received. Assumes low end of $35-50mm valuation range.
4) Book value represents the estimated market value for real estate and CC tort claims.

2

**[Confidential; Prepared at the Request of Counsel; Preliminary Draft]**

# <u>Real Estate</u>: Preliminary Schedule of Real Estate Excluded from ESL Bid and Estimated Valuations

*Estimates are preliminary, and subject to change*

- **Our current gross value estimate for properties excluded from the ESL bid is approximately $155mm**
  - Excluded Real Estate with Identifiable Value
    - Our $155M estimate is informed by assuming the lesser of (1) current high offer value, (2) JLL appraised value and (3) BOV, where available
      - 99 of 433 properties have currently identifiable value
      - $104M (67%) of value based on first round offers
    - Upside in these values lies in a couple of larger properties where current offer is considerably below appraised value or BOV
    - Downside in these values reflects the fact that offers are indicative and not committed
      - Downside risk mitigated by diversity of pool and low average price
  - Additional Excluded Properties
    - The remaining excluded properties (approximately 330) have no assumed value
      - Generally term is too short or rental rate too high for leases to have value
      - Approximately 150 of these are leases on the 142 and 40 GOB stores

3

# Real Estate: Preliminary Schedule of Real Estate Excluded from ESL Bid and Estimated Valuations (cont'd)

| | | | | | | | Count | 66 | 6 | 45 | 99 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Excluded Real Estate with Value** | | | | | | | Subtotal | $103,727,447 | $69,800,000 | $63,239,755 | $154,512,202 |
| 99 | | | | | | | | | | | |
| Count | Unit | RE ID | Name | St | Format | 10K Own/L/GL | | Current High Offer | JLL Value | BOV | Low Value [1] |
| 1 | 470 | 47000 | MANTENO | IL | Other-CDFC | Owned | | $10,659,597 | $24,600,000 | | $10,659,597 |
| 2 | 3793 | 379300 | Miami | FL | Kmart | Lease | | $9,000,000 | | | $9,000,000 |
| 3 | 3699 | 369900 | Apple Valley | CA | Kmart | Owned | | $5,900,000 | $12,500,000 | | $5,900,000 |
| 4 | 1075 | 107500 | Daytona Beach | FL | FLS | Owned | | | $5,900,000 | | $5,900,000 |
| 5 | 62538 | 6253800 | TUSTIN | CA | UUP Sears Essentials/Grand | Lease | | $7,000,000 | $5,600,000 | | $5,600,000 |
| 6 | 26731 | 2673100 | Dublin | OH | UUP SAC Freestanding | Owned | | | | $4,450,000 | $4,450,000 |
| 7 | 2374 | 237400 | Vineland | NJ | UUP FLS | Owned | | | | $3,950,000 | $3,950,000 |
| 8 | 2451 | 245100 | Greeley | CO | UUP FLS | Owned | | | | $3,905,000 | $3,905,000 |
| 9 | 1353 | 135300 | De Witt/Syracuse | NY | UUP FLS | Owned | | $5,000,000 | | $3,900,000 | $3,900,000 |
| 10 | 3544 | 354400 | Salem | VA | UUP Kmart | Owned | | $3,900,000 | $4,000,000 | | $3,900,000 |
| 11 | 30920 | 3092000 | Chicago | IL | UUP Kmart | Owned | | | | $3,850,720 | $3,850,720 |
| 12 | 61540 | 6154000 | INDIANAPOLIS | IN | UUP FLS | Owned | | | | $3,779,040 | $3,779,040 |
| 13 | 61237 | 6123700 | HOUSTON | TX | UUP FLS | Owned | | $3,600,000 | | | $3,600,000 |
| 14 | 30900 | 3090000 | New Lenox | IL | UUP Kmart | Owned | | $3,400,000 | | | $3,400,000 |
| 15 | 1150 | 115000 | Westland | OH | UUP FLS | Owned | | $3,150,000 | | | $3,150,000 |
| 16 | 7415 | 741500 | Springfield | VA | Kmart | Lease | | $3,000,000 | | | $3,000,000 |
| 17 | 1610 | 161000 | Northgate | OH | FLS | Owned | | | | $3,000,000 | $3,000,000 |
| 18 | 1251 | 125100 | Lithonia | GA | UUP FLS | Owned | | $2,750,000 | | | $2,750,000 |
| 19 | 30961 | 3096100 | Greensboro | NC | UUP Closed - RRC/RDC | Owned | | $2,700,000 | | | $2,700,000 |
| 20 | 1310 | 131000 | Elyria | OH | UUP FLS | Owned | | $2,550,000 | | | $2,550,000 |
| 21 | 6233 | 623300 | Covina | CA | UUP SAC Freestanding | Owned | | $2,500,000 | | | $2,500,000 |
| 22 | 7461 | 746100 | Clarksville | TN | UUP Kmart | GL | | $2,500,000 | | | $2,500,000 |
| 23 | 30961 | 3096103 | GREENSBORO | NC | UUP Distribution/Warehouse | Lease | | $2,300,000 | | | $2,300,000 |
| 24 | 1863 | 186300 | Johnstown | PA | UUP FLS | Owned | | | | $2,198,628 | $2,198,628 |
| 25 | 30941 | 3094100 | Sioux Falls | SD | UUP Kmart | Owned | | | | $2,125,000 | $2,125,000 |
| 26 | 30918 | 3091800 | Jackson | MI | UUP Kmart | Owned | | $2,100,000 | | | $2,100,000 |
| 27 | 26185 | 2618500 | Clarksville | IN | UUP Kmart | Owned | | | | $2,087,400 | $2,087,400 |
| 28 | 1755 | 175500 | Boynton Beach | FL | FLS | Lease | | $2,000,000 | | | $2,000,000 |
| 29 | 1475 | 147500 | Durham | NC | FLS | Owned | | $1,916,667 | $17,200,000 | | $1,916,667 |
| 30 | 1370 | 137000 | Eastland | OH | UUP FLS | Owned | | | | $1,900,000 | $1,900,000 |
| 31 | 61510 | 6151000 | Calumet City | IL | UUP FLS | Owned | | | | $1,823,660 | $1,823,660 |
| 32 | 6579 | 657900 | Spokane | WA | Freestanding | Owned | | $1,655,000 | | | $1,655,000 |
| 33 | 30934 | 3093400 | Memphis | TN | UUP Kmart | Owned | | $1,600,000 | | | $1,600,000 |
| 34 | 26987 | 2698700 | Chicago          * | IL | UUP Vacant Land | Owned | | | | $1,500,000 | $1,500,000 |
| 35 | 30949 | 3094900 | Natchez | MS | UUP Kmart | Owned | | | | $1,500,000 | $1,500,000 |
| 36 | 4810 | 481000 | Metairie | LA | Kmart | Lease | | $1,400,000 | | | $1,400,000 |
| 37 | 31903 | 3190300 | Fort Atkinson | WI | UUP Kmart | Owned | | $1,300,000 | | | $1,300,000 |
| 38 | 3413 | 341300 | Kent | WA | Kmart | Lease | | $1,300,000 | | | $1,300,000 |
| 39 | 6874 | 687400 | HOUSTON | TX | UUP SAC Detached | Owned | | | | $1,300,000 | $1,300,000 |
| 40 | 1722 | 172200 | Bloomington | MN | FLS | GL | | | | $1,269,470 | $1,269,470 |
| 41 | 3256 | 325600 | Baltimore | MD | Kmart | Lease | | $1,250,000 | | | $1,250,000 |
| 42 | 61106 | 6110600 | Jackson | MS | UUP FLS | Owned | | | | $1,200,000 | $1,200,000 |
| 43 | 30957 | 3095700 | Springdale | AR | UUP Kmart | Owned | | | | $1,199,000 | $1,199,000 |
| 44 | 2632 | 263200 | Fairview Hts | IL | Detached | Owned | | | | $1,184,580 | $1,184,580 |
| 45 | 31900 | 3190000 | Sterling | IL | UUP Kmart | Owned | | $1,100,000 | | | $1,100,000 |
| 46 | 68235 | 6823500 | PHOENIX | AZ | UUP Retail Warehouse | Owned | | $1,100,000 | | | $1,100,000 |
| 47 | 9676 | 967600 | Streetsboro | OH | UUP Kmart | Owned | | $1,099,999 | | | $1,099,999 |
| 48 | 443 | 44300 | WILKES BARRE | PA | RRC | Lease | | $1,000,000 | | | $1,000,000 |
| 49 | 3527 | 352700 | Philadelphia | PA | Kmart | Lease | | $1,000,000 | | | $1,000,000 |

1) Low Value assumes the lesser of current high offer, JLL appraisal value and BOV value, where available.

4

# Real Estate: Preliminary Schedule of Real Estate Excluded from ESL Bid and Estimated Valuations (cont'd)

| | | | | | | | Count | 66 | 6 | 45 | 99 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Excluded Real Estate with Value** | | | | | | | Subtotal | $103,727,447 | $69,800,000 | $63,239,755 | $154,512,202 |
| 99 | | | | | | | | | | | |
| Count | Unit | RE ID | Name | St | Format | 10K Own/L/GL | | Current High Offer | JLL Value | BOV | Low Value [1] |
| 50 | 8780 | 878000 | Mira Loma | CA | RSC | Lease | | $1,000,000 | | | $1,000,000 |
| 51 | 8781 | 878100 | Chambersburg | PA | RSC | Lease | | $1,000,000 | | | $1,000,000 |
| 52 | 1041 | 104100 | Omaha | NE | FLS | GL | | $1,000,000 | | | $1,000,000 |
| 53 | 4893 | 489300 | Ellenton | FL | Kmart | Lease | | $1,000,000 | | | $1,000,000 |
| 54 | 1514 | 151400 | Niagara Falls | NY | UUP FLS | Owned | | $1,000,000 | | $1,900,000 | $1,000,000 |
| 55 | 2940 | 294000 | Franklin | OH | UUP FLS | Owned | | | | $1,000,000 | $1,000,000 |
| 56 | 26596 | 2659600 | Memphis/Hickory | TN | UUP FLS | Owned | | | | $1,000,000 | $1,000,000 |
| 57 | 30901 | 3090100 | Lansing | IL | UUP Kmart | Owned | | | | $962,680 | $962,680 |
| 58 | 7439 | 743900 | Council Bluff | IA | UUP SAC Freestanding | Owned | | $975,000 | | $845,060 | $845,060 |
| 59 | 2936 | 293600 | Chicago | IL | Detached | GL | | $800,000 | | | $800,000 |
| 60 | 26717 | 2671700 | Newport News | VA | UUP SAC Freestanding | Owned | | $750,000 | | $850,000 | $750,000 |
| 61 | 1261 | 126100 | Midwest City | OK | UUP FLS | Owned | | $700,000 | | $2,600,000 | $700,000 |
| 62 | 6784 | 678400 | Matteson | IL | Freestanding | Owned | | | | $699,138 | $699,138 |
| 63 | 26985 | 2698500 | Chicago | IL | UUP Vacant Land | Owned | | | | $665,379 | $665,379 |
| 64 | 6488 | 648800 | Mayaguez | PR | UUP Vacant Land | Owned | | | | $650,000 | $650,000 |
| 65 | 2332 | 233200 | San Antonio | TX | Freestanding | Owned | | $620,000 | | $680,000 | $620,000 |
| 66 | 2001 | 200100 | Piqua | OH | FLS | GL | | $450,000 | | | $450,000 |
| 67 | 7916 | 791603 | Eureka | CA | UUP Vacant Land | Owned | | | | $450,000 | $450,000 |
| 68 | 7916 | 791604 | Eureka | CA | UUP Vacant Land | Owned | | | | $450,000 | $450,000 |
| 69 | 1130 | 113000 | Janesville | WI | FLS | GL | | $400,000 | | | $400,000 |
| 70 | 30927 | 3092700 | Macomb | IL | UUP Kmart | Owned | | $400,000 | | $2,250,000 | $400,000 |
| 71 | 26588 | 2658800 | Salem | OH | UUP FLS | Owned | | | | $400,000 | $400,000 |
| 72 | 3968 | 396800 | Wasco | CA | UUP Vacant Land | Owned | | | | $300,000 | $300,000 |
| 73 | 9245 | 924500 | Cheboygan | MI | UUP Kmart | Owned | | | | $300,000 | $300,000 |
| 74 | 1388 | 138800 | Costa Mesa | CA | FLS | Lease | | $250,000 | | | $250,000 |
| 75 | 6303 | 630300 | BANGOR | ME | Retail Warehouse | Owned | | $250,000 | | | $250,000 |
| 76 | 4351 | 435100 | Rochester | MN | Kmart | Lease | | $250,000 | | | $250,000 |
| 77 | 30958 | 3095800 | EL CENTRO | CA | UUP Vacant Land | Owned | | | | $250,000 | $250,000 |
| 78 | 3978 | 397800 | Peachtree City | GA | Kmart | Lease | | $200,000 | | | $200,000 |
| 79 | 3998 | 399800 | Dinubi | CA | UUP Vacant Land | Owned | | | | $125,000 | $125,000 |
| 80 | 4490 | 449000 | San Juan | PR | Kmart | Lease | | $110,452 | | | $110,452 |
| 81 | 1618 | 161800 | Modesto | CA | FLS | Lease | | $100,000 | | | $100,000 |
| 82 | 2298 | 229800 | Merced | CA | FLS | Lease | | $100,000 | | | $100,000 |
| 83 | 2323 | 232300 | Hyannis | MA | FLS | Lease | | $100,000 | | | $100,000 |
| 84 | 9381 | 938100 | Huntington | NY | Kmart | Lease | | $100,000 | | | $100,000 |
| 85 | 7471 | 747100 | Placerville | CA | Kmart | Lease | | $100,000 | | | $100,000 |
| 86 | 2145 | 214500 | Port Charlotte | FL | FLS | Lease | | $79,184 | | | $79,184 |
| 87 | 37563 | 3756300 | Washington Courthouse | OH | UUP Vacant Land | Owned | | | | $65,000 | $65,000 |
| 88 | 3251 | 325100 | Indianapolis | IN | Kmart | GL | | $53,848 | | | $53,848 |
| 89 | 3628 | 362803 | Tolleson | AZ | UUP Vacant Land | Owned | | $51,600 | | | $51,600 |
| 90 | 37914 | 3791400 | Chicago | IL | Office | Lease | | $50,000 | | | $50,000 |
| 91 | 3982 | 398203 | Lemoore | CA | UUP Vacant Land | Owned | | $25,000 | | $250,000 | $25,000 |
| 92 | 4721 | 472103 | Coalinga | CA | UUP Vacant Land | Owned | | $25,000 | | $275,000 | $25,000 |
| 93 | 1034 | 103400 | Ross Park | PA | UUP FLS | Lease | | $10,000 | | | $10,000 |
| 94 | 1134 | 113400 | Milford | CT | FLS | Lease | | $10,000 | | | $10,000 |
| 95 | 3589 | 358903 | Cleveland | OH | UUP Vacant Land | Owned | | $10,000 | | $150,000 | $10,000 |
| 96 | 2226 | 222600 | Murfreesboro | TN | FLS | Lease | | $1,100 | | | $1,100 |
| 97 | 7067 | 706700 | Fort Myers | FL | UUP Kmart | Lease | | $1,000,000 | | $0 | $0 |
| 98 | 31930 | 3193003 | HIALEAH | FL | UUP Vacant Land | Owned | | $1,000,000 | | $0 | $0 |
| 99 | 3982 | 398200 | Lemoore | CA | Kmart | Lease | | $25,000 | | $0 | $0 |

1) Low Value assumes the lesser of current high offer, JLL appraisal value and BOV value, where available.

5

[Confidential; Prepared at the Request of Counsel; Preliminary Draft]

# Other Receivables: Preliminary Schedule and Estimated Recovery Value

($ in millions)

| Book Entry # | Ledger Account Name | Gross Amount ($) | Recovery (%) | Net Recovery ($) | Description / Comments / Notes |
|---|---|---|---|---|---|
| 11482 | A/P Vendor Reclass Post | $52.6 | 50% | $26.3 | Kmart vendor receivables (net debit reclassification, i.e. a positive receivable balance after all debits netted against all credits for vendors) |
| 11488 | Return Merchandise Receivable | 59.9 | 50% | 29.9 | Sears vendor receivables (net debit reclassification, i.e. a positive receivable balance after all debits netted against all credits for vendors) |
| 11300 | Svc Contr 3rd Party Warranties | 53.6 | 80% | 42.9 | Home Warranty Sales commission due from Cross Country over next 11 months |
| 11390 | A/R CUSTOMER RECEIVABLES | 41.5 | 50% | 20.8 | $34mm Monark (paid over time for big high end construction jobs; recieve money when job is complete); $4mm home warranty (paid in installments); $3.5mm intercompany adjustment |
| 11395 | SHO Receivable Inv/PA/SPP | 34.7 | 80% | 27.8 | Sears Hometown and Outlet; when items pulled out of a DC, receivable shows up; billed weekly, paid every 10 days |
| 11364 | Wholesale A/R Receivables | 22.8 | 50% | 11.4 | KCD Business recievables; over $8mm pertains to Amazon |
| 11129 | A/R NCC-OEM | 10.3 | 50% | 5.1 | National Claims Center recievables (related to Home Services) |
| 11300 | Sears Home Improvement | 8.0 | 50% | 4.0 | Sears Home Improvement - receivables related to contracts; paid over time but mostly at time of completion |
| 11490 | A/R PA INSTALLMENT | 4.8 | 50% | 2.4 | Protection agreement installment receivables; generally over 11 months |
| 11300 | 09987 SEARS ONE CARD CLEARANCE | 6.3 | 90% | 5.6 | Financial services related; travel / debit card |
| 11300 | 08500 FINANCE RELATED EXP | 6.8 | 50% | 3.4 | Non-CIA vendors with net money due due status at Kmart |
| 11300 | Fullfilment, SC & Sourcing | 7.2 | 50% | 3.6 | UPS Rebate received by Company every year at end of January or 1st of February |
| 11368 | CSI Receivable | 0.0 | 50% | 0.0 | Vender allowances; Kmart side only |
| 11333 | A/R CITI OTHER RECEIVABLES | 5.8 | 90% | 5.2 | Other fees / receivables with Citi |
| 11420 | A/R WEX COMMERCIAL CREDIT | 3.4 | 50% | 1.7 | Receivables related to companies that do business w/ Sears Auto |
| 11475 | A/R - Other Companies | 3.5 | 50% | 1.8 | Service Live; pending jobs that will be paid when completed |
| 11330 | A/R NEW ACCOUNT BOUNTY | 2.7 | 90% | 2.5 | Commission on new credit card accounts w/ Citi |
| 11331 | A/R CREDIT SALES REVENUE | 2.5 | 90% | 2.2 | Fees from Citi when Sears credit card is used |
| 11128 | A/R NCC-AE | 2.8 | 50% | 1.4 | National Claims Center recievables (related to Home Services) |
| 11255 | A/R - 3RD PARTY GIFT CARDS | 4.8 | 50% | 2.4 | Receivables related to fees from third party gift cards (mainly Blackhawk) |
| 11305 | A/R LICENSED BUSINESSES | 1.4 | 50% | 0.7 | SHIP-related receivables; normally paid when job is complete |
| 11300 | Parts Direct | 2.3 | 50% | 1.2 | Parts Direct division related receivables |
| 11365 | A/R - Merchandise Allowance | 2.1 | 50% | 1.0 | Vendor allowances; paid by invoice versus deduction from account |
| 11367 | A/R VENDOR ALLOWANCE - IMPORT | 1.7 | 50% | 0.9 | Vendor allowances; paid by invoice versus deduction from account (for foreign venders) |
| 11140 | A/R - Sub-Tenants | 1.9 | 50% | 0.9 | Rent from sub-tenants at Kmart and Sears locations (mostly Sears) |
| 11220 | A/R - Coupons | 1.0 | 50% | 0.5 | Paid within 21 days of coupon redemption from 3rd party coupon company (highly current as what stores don't submit is written off); netted against allowance / reserve |
| 11252 | A/R - Store Receivable | 1.3 | 50% | 0.7 | Layaway; receivables related to payments required by customer over time before item is received |
| 11256 | WHY NOT LEASE IT RECEIVABLE | 0.6 | 50% | 0.3 | Receivable from "Why Not Lease It", which provides third party credit to store customers on items; settles within 5 days |
| 11131 | A/R 3rd Party Retail Installat | 0.6 | 50% | 0.3 | Home Services receivables |
| 11253 | ACCRUED OVER/SHORTAGES | 0.5 | 90% | 0.4 | Timing issue on cash counted in stores; overnight timing difference |
| 11170 | A/R - Freight Claims | 0.5 | 50% | 0.2 | COD shipments with damage where SHC pays vendor upfront and then has to later collect from carrier |
| 15340 | A/R WU Wire Transfer Payout | 0.2 | 90% | 0.1 | Western Union wires that go through treasury; settled daily |
| 11335 | A/R - WIC | 0.2 | 75% | 0.2 | Food stamps; Reimbursement from state |
| 11290 | A/R - Loans and Advances | 0.1 | 25% | 0.0 | Employee payroll advances |
| 11300 | Service Contracts PA | 0.1 | 25% | 0.0 | Service Contracts division protection agreement installments |
| 11250 | A/R - Bad Checks | 0.1 | 0% | – | Bounced checks; third party will chase down; netted against allowance / reserve |
| NA | All Other Receivables | 30.0 | 0% | – | Miscellaneous; includes non-receivables and other potentially not recoverable items |
| 11332 | 0% FINANCE (NETS 11330/1) | (4.8) | 100% | (4.8) | Offset against Citi accounts (11330, 11331, 11333) to provide customers with 0% interest financing |
| A0112 | Allowance for Bad Debt | (38.8) | 100% | (38.8) | Allowance for Bad Debt |
| | **Total** | **$337.3** | | **$164.4** | |

Note: Balance from Company as of 12/1/2018. Analysis excludes $13mm insurance payment and $15mm from First Data.

6

# CIA Prepaid Inventory: Preliminary Schedule

### Top 20 Non-Merchandise Vendors

($ in millions)

| Duns # | Vendor Name | Total |
|---|---|---|
| 395280 | GOOGLE INC | $9.0 |
| 114442648 | ICROSSING INC | $2.8 |
| 706893 | MICROSOFT ONLINE INC | $1.6 |
| 1200443 | HASBRO INC | $1.3 |
| 518753 | TERADATA CORPORATION | $1.2 |
| 41707563 | SUNBEAM PRODUCTS INC | $0.9 |
| 72818347 | YANG MING MARINE TRANSPORT | $0.8 |
| 22312628 | APPLICA CONSUMER PRODUCTS | $0.6 |
| 3155454 | SPRINGS GLOBAL US INC | $0.4 |
| 1661222 | CONAIR CORPORATION | $0.4 |
| 79695521 | GBG BEAUTY LLC | $0.4 |
| 714075 | INTERNATIONAL PACKAGING | $0.3 |
| 37704855 | KEURIG GREEN MOUNTAIN INC | $0.3 |
| 916152424 | TATA CONSULTANCY SERVICES | $0.3 |
| 80211920 | LSC COMMUNICATIONS US LLC | $0.2 |
| 440768 | ACXIOM | $0.2 |
| 612757070 | MOHAWK CARPET DISTRIBUTION | $0.2 |
| 33079757 | MEYER CORP | $0.2 |
| 714531 | EBATES PERFORMANCE MARKETING | $0.2 |
| 744342 | IDEAVILLAGE COM | $0.1 |
| NA | Other Vendors | $2.3 |
| **Total** | | **$23.6** |

### Top 20 Merchandise Vendors

($ in millions)

| Duns # | Vendor Name | Total |
|---|---|---|
| 1288075 | WHIRLPOOL CORPORATION | $42.3 |
| 1163823 | THE EUREKA COMPANY | $27.1 |
| 4196515 | MTD PRODUCTS INC | $6.7 |
| 613620 | SAMSUNG ELECTRONICS AMERICA | $3.7 |
| 348334 | ICON HEALTH & FITNESS INC | $3.5 |
| 116145681 | HANESBRANDS INC UNDERWEAR | $3.0 |
| 1902212 | PROCTER & GAMBLE DISTRIBUTING | $2.3 |
| 3219367 | HANESBRANDS INC SOCK | $2.2 |
| 1029195471 | HANESBRANDS INC CHAMPION | $2.1 |
| 70094818 | LG ELECTRONICS U S A INC | $2.0 |
| 4961041 | GENERAL ELECTRIC - GEA | $1.9 |
| 9138033 | CLOROX SALES CO | $1.8 |
| 9109273 | LEVI STRAUSS & CO | $1.8 |
| 8029498 | WILLIAMSON DICKIE MFG CO | $1.7 |
| 134544 | BRIGGS & STRATTON POWER | $1.3 |
| 95443321 | HUSQVARNA OUTDOOR PRODUCTS | $1.2 |
| 38204020 | SIMMONS COMPANY | $1.2 |
| 2347102 | JOHNSON & JOHNSON CONSUMER | $1.2 |
| 83922229 | ICON HEALTH & FITNESS | $1.1 |
| 1000471433 | ELLISON FIRST ASIA LLC | $1.1 |
| NA | Other Vendors | $38.2 |
| **Total** | | **$147.4** |

- CIA Prepaid Inventory represents inventory purchased under cash-in-advance payment terms that SHC has not yet received. The current balance is $171mm

Note: Balance from Company as of 1/4/2019.

7

CONFIDENTIAL, SUBJECT TO FRE 408

CONFIDENTIAL  6 JANUARY 2019

DISCUSSION MATERIALS

# Project Blue




PROJECT BLUE

The following summarizes the administrative and other priority claims that the estate needs to satisfy, sources of value available to address these claims and the incremental value required after these sources are applied (other than for settlement and release)

| Admin & Other Priority Claims<br>Uses of Value | | Less: ESL<br>Value [1] | Remaining<br>Claims | Additional Value Required<br>after Application of Other Sources of Value | |
|---|---|---|---|---|---|
| **Admin** | | | | | |
| 503(b)(9) | $139 | $-- | $139 | **Additional Value Required** | **$680** |
| Accounts Payable | 166 | (125) | 41 | Less: ESL Proposed Cash Contribution | (35) |
| Severance and Employee Claims | 43 | -- | 43 | Less: Company Cash | (89) |
| WARN | 18 | -- | 18 | Less: Professional Fee Carve-out Account | (95) |
| Franchise Taxes | 3 | -- | 3 | Less: MTN Sale Proceeds | (81) |
| Property Taxes | 135 | (100) | 35 | Less: SHIP Sale Proceeds | (45) |
| RemainCo Windown Costs | 80 | -- | 80 | **Administrative Claim Backstop Requested [2]** | **$335** |
| **Total Admin** | **$583** | **($225)** | **$358** | | |
| | | | | **Required Deposit** | **$120** |
| **Other** | | | | | |
| ABL DIP | $950 | ($850) | $100 | | |
| Junior DIP | 350 | (230) | 120 | | |
| Professional Fees | 102 | -- | 102 | | |
| Cure Costs | 150 | (150) | -- | | |
| **Total Other** | **$1,552** | **($1,230)** | **$322** | | |
| | | | | | |
| **Total** | **$2,135** | **($1,455)** | **$680** | | |

Source: MIII projection of administrative and other priority claims; ESL proposal.
[1] Includes value provided by ESL via assumption of liabilities and/or debt paydown.
[2] Requested Administrative Claim Backstop does not include amounts necessary for settlement and release but is inclusive of Restructuring Subcommittee support for Court order to allow ESL to credit bid claims included in ESL bid.




1