# *EXHIBIT D*

## Rutherford, Jake

| | |
|---|---|
| **From:** | Genender, Paul |
| **Sent:** | Wednesday, March 20, 2019 9:10 PM |
| **To:** | Barefoot, Luke A. |
| **Cc:** | Liman, Lewis J.; O'Neal, Sean A.; O'Reilly, Benet J.; Schrock, Ray; Singh, Sunny; Friedmann, Jared; Crozier, Jennifer Brooks; Pennington Prugh, Amanda; Rutherford, Jake; Sorkin, Joseph L.; Dizengoff, Ira |
| **Subject:** | Re: Interim Agreement between Debtors and Transform Holdco |

Luke,

Agreed with a full reservation of rights. Thanks and see you tomorrow. Paul

Paul R. Genender
Partner
Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
214.746.7877 (direct)
214.746.7777 (fax)
214.914.4162 (mobile)
paul.genender@weil.com
www.weil.com

On Mar 20, 2019, at 9:36 PM, Barefoot, Luke A. <lbarefoot@cgsh.com> wrote:

> Paul – thank you for preparing the below.  Needless to say, your suggestion that any of these amounts represent "estate assets that Transform continues to withhold from the Debtors in violation of the automatic stay" is neither agreed nor productive to include.  The motion papers and allegations they make speak for themselves.
>
> Second, as to your characterization of the amounts we have agreed to remit on the schedule below, we cannot say with specificity that the round dollar figures represent current undisputed amounts.  First, as to the bullet point on proration subject to Section 9.11 of the APA (note that the prorations are broader than simply rent), as we discussed at today's meeting, the amounts and range of potential outcomes on the rent proration is subject to ongoing reconciliation with a significant range, such that it is not accurate to say that $5M represents a currently undisputed amount.  More generally, all of the figures we used were round numbers and approximations, not precise currently undisputed amounts.  We would characterize this as simply the amounts we have agreed to pay pending completion of reconciliation.
>
> A revised recitation is pasted below – please confirm that this comports with your agreement and any description you will include on the record tomorrow.  Pending such a confirmation, we reserve all of our rights:

001788

~~I write~~ **The below serves** to confirm the parties' interim agreement, made today during the meet-and-confer on the issues raised by the Debtors' motion to enforce and Transform Holdco's ("Transform") motion to mediate~~, concerning Estate assets that Transform continues to withhold from the Debtors in violation of the automatic stay~~.

- **Cash in Transit.**
  - On or before 4:00 p.m. EDT, Tuesday, March 26, 2019, Transform will (1) pay by wire to the Debtors $3,000,000.00, ~~representing the currently undisputed portion of~~ **which amount Transform has agreed to pay in respect of cash in transit** ~~Cash in Transit~~ at Closing owed to the Debtors**, reconciled against checks written by the Debtors to satisfy pre-closing obligations ("Cash in Transit at Closing") pending further reconciliation as described below** and (2) produce documents and information to the Debtors reflecting and substantiating Transform's reconciliation to date of the  Cash in Transit at Closing owed to the Debtors.
  - On or before 4:00 p.m. EDT, Wednesday, April 3, 2019, Transform will (1) pay by wire to the Debtors any amount over and above $3,000,000.00 representing the then undisputed portion of Cash in Transit at Closing owed to the Debtors and (2) produce documents and information to the Debtors reflecting and substantiating Transform's completed reconciliation of Cash in Transit at Closing owed to the Debtors (including any basis for disputed monies withheld).
  - The parties reserve all rights and remedies should there continue, after April 3, 2019, to be a dispute concerning the amount of Cash in Transit at Closing owed to the Debtors.

- ~~Rent~~ **Proration** Pursuant to Section 9.11 of the APA**.**
  - On or before 4:00 p.m. EDT, Tuesday, March 26, 2019, Transform will (1) pay by wire to the Debtors $5,000,000.00, ~~representing the currently undisputed portion of Rent Proration~~ **which amount Transform has agreed to pay in respect of the proration contemplated by Section 9.11 of the Asset Purchase Agreement between the parties (the "APA")** ~~owed to the Debtors~~ and (2) produce to the Debtors documents and information reflecting and substantiating Transform's reconciliation to date of **such proration** ~~the Rent Proration owed to the Debtors~~.
  - On or before 4:00 p.m. EDT, Wednesday, April 3, 2019, Transform will (1) pay the Debtors any amount over and above $5,000,000.00 representing the then undisputed amount of ~~Rent P~~**proration pursuant to Section 9.11 of the APA** ~~owed to Debtors~~ and (2) produce to the Debtors documents and information reflecting and substantiating Transform's completed reconciliation of **such proration** ~~the Rent Proration owed to the Debtors~~ (including any basis for disputed monies withheld).
  - The parties reserve all rights and remedies—including **without limitation** the **rights set forth in section 9.11(d)(iv-vi)** ~~the Rent Proration Amount at the end of the 75-day period provided for in~~ **of** the APA~~, April 29, 2019—should there continue, after April 3, 2019, to be a dispute concerning the amount of~~ **with respect to such proration** ~~Rent Proration owed to the Debtors~~.

~~In our view, the~~ **The** above items leave, as open issues to be addressed with the bankruptcy court at tomorrow's hearing **on these issues**, (1) the Credit Card Accounts Receivable piece of the Debtors' motion to enforce and (2) Transform's motion to mediate.

**Luke A. Barefoot**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: jdwulet@cgsh.com

001789

One Liberty Plaza, New York NY 10006
T: +1 212 225 2829
lbarefoot@cgsh.com | clearygottlieb.com

**From:** Genender, Paul [mailto:Paul.Genender@weil.com]
**Sent:** Wednesday, March 20, 2019 8:01 PM
**To:** Liman, Lewis J. <lliman@cgsh.com>; Barefoot, Luke A. <lbarefoot@cgsh.com>; O'Neal, Sean A.
<soneal@cgsh.com>; O'Reilly, Benet J. <boreilly@cgsh.com>
**Cc:** Schrock, Ray <Ray.Schrock@weil.com>; Singh, Sunny <sunny.singh@weil.com>; Friedmann, Jared
<Jared.Friedmann@weil.com>; Crozier, Jennifer Brooks <Jennifer.Crozier@weil.com>; Pennington
Prugh, Amanda <Amanda.PenningtonPrugh@weil.com>; Rutherford, Jake <Jake.Rutherford@weil.com>;
Sorkin, Joseph L. <jsorkin@AkinGump.com>; Dizengoff, Ira <idizengoff@AkinGump.com>
**Subject:** Interim Agreement between Debtors and Transform Holdco

Lewis, Benet and Luke:

I write to confirm the parties' interim agreement, made today during the meet-and-confer on the issues
raised by the Debtors' motion to enforce and Transform Holdco's ("Transform") motion to mediate,
concerning Estate assets that Transform continues to withhold from the Debtors in violation of the
automatic stay.

- **Cash in Transit.**
  - <u>On or before 4:00 p.m. EDT, Tuesday, March 26, 2019</u>, Transform will (1) pay by wire to
    the Debtors $3,000,000.00, representing the currently undisputed portion of Cash in
    Transit at Closing owed to the Debtors and (2) produce documents and information to
    the Debtors reflecting and substantiating Transform's reconciliation to date of the  Cash
    in Transit at Closing owed to the Debtors.
  - <u>On or before 4:00 p.m. EDT, Wednesday, April 3, 2019</u>, Transform will (1) pay by wire to
    the Debtors any amount over and above $3,000,000.00 representing the then
    undisputed portion of Cash in Transit at Closing owed to the Debtors and (2) produce
    documents and information to the Debtors reflecting and substantiating Transform's
    completed reconciliation of Cash in Transit at Closing owed to the Debtors (including
    any basis for disputed monies withheld).
  - The parties reserve all rights and remedies should there continue, after April 3, 2019, to
    be a dispute concerning the amount of Cash in Transit at Closing owed to the Debtors.

- **Rent Proration.**
  - <u>On or before 4:00 p.m. EDT, Tuesday, March 26, 2019</u>, Transform will (1) pay by wire to
    the Debtors $5,000,000.00, representing the currently undisputed portion of Rent
    Proration owed to the Debtors and (2) produce to the Debtors documents and
    information reflecting and substantiating Transform's reconciliation to date of the Rent
    Proration owed to the Debtors.
  - <u>On or before 4:00 p.m. EDT, Wednesday, April 3, 2019</u>, Transform will (1) pay the
    Debtors any amount over and above $5,000,000.00 representing the then undisputed
    amount of Rent Proration owed to Debtors and (2) produce to the Debtors documents
    and information reflecting and substantiating Transform's completed reconciliation of
    the Rent Proration owed to the Debtors (including any basis for disputed monies
    withheld).
  - The parties reserve all rights and remedies—including the right to true-up the Rent
    Proration Amount at the end of the 75-day period provided for in the APA, April 29,

2019—should there continue, after April 3, 2019, to be a dispute concerning the amount of Rent Proration owed to the Debtors.

In our view, the above items leave, as open issues to be addressed with the bankruptcy court at tomorrow's hearing, (1) the Credit Card Accounts Receivable piece of the Debtors' motion to enforce and (2) Transform's motion to mediate.

Please confirm that the above accurately memorializes the terms of the parties' agreement.

Sincerely,

Paul



**Paul R. Genender**
Partner

Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201-6950
paul.genender@weil.com
+1 214 746 7877 Direct
+1 214 914 4162 Mobile
+1 214 746 7777 Fax

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.

001791