# *EXHIBIT E*

**DRAFT; CONFIDENTIAL; SUBJECT TO FRE 408**

## Sears Estate Information Request List
05/01/2019

| | Information Request | Cleary 4/26 Exhibit A Reference | Information Request Details |
|---|---|---|---|
| 1) | List of all invoices that make up $180.32mm of AP that was outstanding as of the transaction close | N/A | - Supporting documentation including vendor name, DUNS number, account number, division number, invoice number, invoice date, due date, service period, paid/unpaid status, and date paid if applicable for each invoice |
| 2) | Detail on $4.25mm of "Pre-February utilities" added to rent proration | Page 10 | - Supporting documentation that includes the vendor, store unit, service period, and payment amount for each expense |
| 3) | Detail on $766k added to rent proration that is related to real estate taxes for rejected leases paid by Transform | Page 10 | - Supporting documentation that includes property unit associated with RE tax expense, taxing authority, time period for taxes, and date paid by Transform |
| 4) | Locations for all expenses included in "Detail" tab of "February Telecom Expense Analysis 3-29-19" file | Page 8 | - Store unit numbers for the $1.91mm of telecom expenses with "SEARS" location in spreadsheet provided by Transform |
| 5) | Additional detail on sales tax checks and sales tax ACH debits provided in "Tax Payments 3-28-19" file | Page 7 | - Store unit numbers and time period for each sales tax expense included in $2.83mm of sales tax purported to be owed by the Estate |
| 6) | Sublease proceeds from Estate owned properties that Transform has received since 2/11/19 | N/A | - Support for proceeds received from subtenants at the Riverside, CA location, Vernon, CA location, and any other Estate property that Transform has received proceeds from |
| 7) | Outstanding checks as of transaction close detail | Page 5 | - Support and methodology used to calculate $2.73mm of Kmart rent and Sears rent that is deducted from the total amount owed for Estate checks<br>- Reconciliation of all Estate checks that relate to property taxes and property associated with each payment<br>- Documentation demonstrating $1.1mm of checks paid by the Estate on 2/11/19 are not included in purported amount owed to Transform |
| 8) | P-card transactions detail | Page 6 | - Supporting documentation of P-Card expenses that includes date of transaction, date paid by Transform, and purpose of transaction |
| 9) | Completion of net TSA fees schedule | Page 14 | - Completed TSA fees schedule with supporting documentation that includes EE Medical Benefit Variable Fees, Custom Bond Fees, Surety Bond Fees, Medical Bond Fees, and KCD IP License Reimbursement |
| 10) | Reconciliation of checks that Transform deposited into their bank accounts after the transaction close that may relate to Estate operations | N/A | - General ledger store unit and account mapping, and time period associated with each receipt for the $6.8mm of checks that Transform deposited in the month after transaction close |
| 11) | Confirmation of GOB CC proceeds owed to Estate that were processed from 2/15/19 onward | N/A | - Estate plans to respond to EY's request for additional information on GOB CC proceeds by 5/2/19 EOD |