# *EXHIBIT B*

```
VILLAGE OF HOFFMAN ESTATES
REAL ESTATE TRANSFER TAX
3333 Beverly Rd
48994  $466,071.43
```



Village of
Hoffman Estates

**REAL ESTATE TRANSFER TAX**
Phone: 847-882-9100    Fax: 847-781-2658
email: transferstamps@hoffmanestates.org

**FOR VILLAGE USE ONLY**
3-18-2019
Date of Filing with Village
R000004221
Counter Receipt #
48994
Transfer Tax Stamp #
[signature] Village Cashier

Check Appropriate Box(es):
- [ ] Declaration
- [ ] Residential
- [ ] Multi-Unit (No. of Units _____)
- [ ] Exemption
- [✓] Commercial
- [ ] Land Trust

**INSTRUCTIONS:**
1. The liability for the payment of this tax shall be borne by the grantor (seller).
2. This form must be filled out completely, signed by the grantor (seller), and presented to the Department of Finance, 1900 Hassell Road, Hoffman Estates, IL 60169 at the time of purchase of the real estate transfer stamps or exempt stamps as required by the Village of Hoffman Estates Real Estate Transfer Tax Ordinance. The stamps must be affixed to the deed or other instrument, and this form attached, when transfer of title or beneficial interest is recorded.
3. The full actual amount of consideration of the transaction is the amount upon which the tax is to be computed. Both the full actual consideration of the transaction and the amount of the tax stamps required must be stated on the declaration.
4. A copy of the Illinois Real Estate Transfer Tax Declaration form and deed must accompany the payment of the tax pursuant to Ordinance 13-5-5. In the case of an exempt stamp, a copy of the signed & notarized deed or other instrument must be presented.
5. All water, sewer, and garbage charges attributable to the property, past due and current, along with all other monies owed the Village, must be paid prior to the issuance of the tax stamp or exempt stamp. The grantor must contact the Village at least five (5) business days prior to closing and request a final water reading. In the event that the request is not timely, the Village may require that the grantor pay an amount equal to 150% of the last two (2) bills, in addition to any outstanding account balance, until a final reading can be taken.
6. Transfer stamps and exempt stamps must be purchased at the time of transfer. Penalties and interest will be imposed if payment is not made within sixty (60) days pursuant to Ordinance 13-5-11(a).
7. Please include a self addressed stamped envelope for any mail-in requests.
8. For additional information, please visit: www.hoffmanestates.org/government/finance/real-estate-transfer-tax

Address of Property: 3333 Beverly Rd., Hoffman Estates, IL 60179
Permanent Property Index No.: 01-31-201-003-0000; 01-31-202-002-0000; 01-32-100-005-0000
Date of Deed/Instrument: 2/11/2019    Type of Deed/Instrument: quit claim deed
Grantee: TF Hoffman Estates IL LLC  1170 Kane Concourse, Ste. 200, Bay Harbor Islands, FL 33154

| | | |
|---|---|---|
| 1. Full Actual Consideration (Include amount of mortgage and value of liabilities assumed) | | $155,357,144 |
| 2. AMOUNT OF TAX ($3.00 per $1,000 (or fraction thereof) of full actual consideration) | | $466,071.43 |
| 3. PENALTY DUE (100% of Line 2) | | $0 |
| 4. INTEREST DUE (2% per month on Line 2) | | $0 |
| 5. TOTAL DUE | | $466,071.43 |

**EXEMPTIONS:** The Village of Hoffman Estates Real Estate Transfer Tax Ordinance specifically exempts certain transactions from taxation. These exemptions are enumerated in Section 13-5-6 of the Ordinance which are printed on the reverse side of this form. To claim one of these exemptions, you must complete the appropriate blanks below and provide supporting documentation that is signed and notarized. There is a $10.00 processing fee for each exempt transaction.

I hereby declare that this transaction is exempt from taxation under the Hoffman Estates Real Estate Transfer Tax Ordinance by paragraph(s) _____ of section 13-5-6 of said Ordinance.

Details for exemptions claimed, including documentation provided (explain): _____

We hereby declare the full actual consideration and above facts contained in this declaration to be true and correct.
GRANTOR: (Please Print)
Sears Holdings Management Corp., 3333 Beverly Rd., Hoffman Estates IL 60179
Signature: see attached    Date Signed: 2/11/2019