*EXHIBIT C*

## LEGEND OF SYMBOLS:

- Power Pole
- Power Pole w/Light
- Light Pole
- Telephone Pole
- Guy Wire
- Street Light
- Ground Light
- Electric Manhole
- Telephone Manhole
- Telephone Pedestal
- Electric Meter
- Cable Box
- Air Conditioner Unit
- Railroad Signals
- SPRINKLER VALVE
- Flag Pole
- Sign (As Noted)
- Well Head
- Satellite Dish
- Tower
- Water Valve
- Fire Hydrant
- Siamese Fire Hydrant
- Water Manhole
- Water Meter Pit
- Water Meter
- Sprinkler Head
- Indicates Handicapped Parking
- Storm Manhole
- Storm Inlet (Square)
- Storm Inlet (Round)
- Storm Pipe
- Sanitary Sewer
- Sanitary Clean Out
- Gas Valve
- Gas Manhole
- Gas Meter
- Natural Gas Pipeline Marker
- Indicates Mutual Ownership
- DECIDUOUS Tree (As Noted)

X.X'  DENOTES DISTANCE FROM BUILDING CORNER TO PROPERTY LINE
X.X'  DENOTES DISTANCE FROM BUILDING CORNER TO BUILDING SIDEWALL
(XX.XX) DENOTES RECORDED AS DATA

## SCHEDULE B-2 EASEMENT NOTES

**T** Reservation of Easement for the Purpose of Inspection and Maintenance as noted in Sears Business Park Declaration of Protective Covenants recorded March 8, 1991 as Document Number 91105432. This item is not plotted hereon as it is blanket in nature and does affect the entire subject property.

**U** Rights, Reservations, Covenants, Conditions and Restrictions contained in Special Warranty Deed recorded as Document Number 91192833 and Trustee's Deed recorded as Document Number 91192832. This item is not plotted hereon as it is blanket in nature and does affect the entire subject property.

**V** Reservation of Parking Space Use contained in Special Warranty Deed recorded April 25, 1991 as Document Number 91192833. This item is not plotted hereon as the description of this item is non-specific and we are unable to determine the exact location of this item. This item does affect the subject property.

**W** Rights of the public and adjoining owners in and to that part of the land falling in ponds. This item is plotted hereon and does affect the subject property.

**X** Terms, Provisions, Covenants and Restrictions contained in Village of Hoffman Estates Resolution No. 747-1989 as disclosed by Trustee's Deed recorded October 11, 1991 as Document Number 91532418. This item is not plotted hereon as this office has not been provided with a copy of said Resolution No. 747-1989. Therefore, we are unable to determine if this item affects the subject property.

**Y** Terms, Provisions and Conditions contained in Agreement recorded October 19, 1993 as Document Number 93836997. This item is not plotted hereon as it is blanket in nature and does affect the entire subject property.

**Z** Terms, Provisions and Conditions contained in Parking Agreement recorded November 29, 1994 as Document Number 04022737. This item is not plotted hereon as it is blanket in nature and does affect the entire subject property.

**AA1** A 10.00 foot wide Electric and Telephone Utility Easement recorded July 13, 1998 as Document Number 98600408 as shown on the Plat of Resubdivision of Lot 1 in Prairie Stone recorded May 12, 2010 as Document Number 1013244049. This item is plotted hereon and does affect the subject property as per said Document Number 1013244049. This office has not been provided with a copy of Exhibit B said Document Number 98600408, which depicts the location of said Easement.

**AA2** A 15.00 foot wide Electric and Telephone Utility Easement recorded July 13, 1998 as Document Number 98600408 as shown on the Plat of Resubdivision of Lot 1 in Prairie Stone recorded May 12, 2010 as Document Number 1013244049. This item is plotted hereon and does affect the subject property as per said Document Number 1013244049. This office has not been provided with a copy of Exhibit B said Document Number 98600408, which depicts the location of said Easement.

**AB1** A 10.00 foot wide NICOR Gas Company Utility Easement recorded October 13, 1998 as Document Number 98916715 as shown on the Plat of Resubdivision of Lot 1 in Prairie Stone recorded May 12, 2010 as Document Number 1013244049. This item is plotted hereon and does affect the subject property.

**AB2** A 20.00 foot wide NICOR Gas Company Access Easement recorded October 13, 1998 as Document Number 98916715 as shown on the Plat of Resubdivision of Lot 1 in Prairie Stone recorded May 12, 2010 as Document Number 1013244049. This item is plotted hereon and does affect the subject property.

**AB3** A 50.00 foot wide NICOR Gas Company Access Easement recorded October 13, 1998 as Document Number 98916715 as shown on the Plat of Resubdivision of Lot 1 in Prairie Stone recorded May 12, 2010 as Document Number 1013244049. This item is plotted hereon and does affect the subject property.

**AC** Village Watermain and Sanitary Easements recorded August 30, 2002 as Document Number 0020962915 as shown on the Plat of Resubdivision of Lot 1 in Prairie Stone recorded May 12, 2010 as Document Number 1013244049. This item is plotted hereon and does affect the subject property.

**AD** Stormwater Drainage Easement recorded October 30, 2002 as Document Number 0021197897 as shown on the Plat of Resubdivision of Lot 1 in Prairie Stone recorded May 12, 2010 as Document Number 1013244049. This item is not plotted hereon as a full, complete, legible copy of said Document Number 0021197897 has not been provided to this office and said Document Number 1013244049 does not contain enough information to plot the location of this item. This item does affect the subject property.

**AF** A 10.00 foot wide Gas Main Easement recorded December 23, 2011 as Document Number 1135734049. This item is not plotted hereon as Exhibit A of said document, which depicts the location of said easement, is illegible and we are unable to determine the exact location of this item. This item does affect the subject property.

**AG** Vehicular Access Restriction shown on the plat of Sears Business Park recorded March 7, 1991 as Document Number 91103116 and shown on the plat of Sears Business Park Amended Plat of Subdivision recorded August 5, 1991 as Document Number 91394943. This item is plotted hereon and does affect the subject property.

**AH** Easement Provisions for the Village of Hoffman Estates as noted on the Plat of Resubdivision of Lot 1 in Prairie Stone recorded May 12, 2010 as Document Number 1013244049. This item is not plotted hereon as it is blanket in nature and does affect the entire subject property.

**AI** Notation regarding Private Common Driveway and Parking Easements and Grant of Access Easement as shown on the Plat of Resubdivision of Lot 1 in Prairie Stone recorded May 12, 2010 as Document Number 1013244049. This item is plotted hereon and does affect the subject property.

**AJ** Driveway Access Easement Agreement and Reservation for Shared Parking Easement recorded June 8, 2010 as Document Number 1015918060. This item is plotted hereon and does affect the subject property.

**AK1** A 15.00 foot wide Ring Road Lighting Electrical Panel Easement contained in Easement Agreement for Ring Road Lighting Electrical Panel and Headwall recorded June 8, 2010 as Document Number 1015918059. This item is plotted hereon. This item does not affect the subject property. This item does benefit the subject property.

**AK2** A Headwall Easement contained in Easement Agreement for Ring Road Lighting Electrical Panel and Headwall recorded June 8, 2010 as Document Number 1015918059. This item is plotted hereon. This item does not affect the subject property. This item does benefit the subject property.

## SCHEDULE B-2 EASEMENT NOTES

**I** A 16.50 foot wide Easement for Right of Way as per Agreement recorded December 6, 1870 as Document Number 75778. This item is not plotted hereon as it does not affect the subject property, as determined per description of item contained in the subject title commitment. This office has not been provided with a copy of said Document Number 75778.

**T** Notice of Requirements for Storm Water Detention recorded November 30, 1990 as Document Number 90583269 and files November 30, 1990 as Document Number LR3929621. This item is not plotted hereon as it is blanket in nature and does affect the entire subject property.

**Z** Vehicular Access Restriction shown on the plat of Sears Business Park recorded March 7, 1991 as Document Number 91103116 and shown on the plat of Sears Business Park Amended Plat of Subdivision recorded August 5, 1991 as Document Number 91394943. This item is plotted hereon and does affect the subject property.

**AC** Covenants, Conditions and Restrictions contained in Sears Business Park Declaration of Protective Covenants recorded March 8, 1991 as Document Number 91105432 and Assignment of Declarant's Interest in the Sears Business Park Declaration of Protective Covenants recorded June 2, 2016 as Document Number 1615457008 and Second Amendment to Sears Business Park Declaration of Protective Covenants recorded March 30, 2017 as Document Number 1708939175. This item is not plotted hereon as it is blanket in nature and does affect the entire subject property.

**AE** Building Setback Requirements Established by the Design Review Committee as noted in Sears Business Park Declaration of Protective Covenants recorded March 8, 1991 as Document Number 91105432. This item is not plotted hereon as it is blanket in nature and does affect the entire subject property. No specific plottable setback is noted in the subject document.

**AF** Landscape Easement for the Installation and Maintenance of Landscaped Areas as noted in Sears Business Park Declaration of Protective Covenants recorded March 8, 1991 as Document Number 91105432. This item is not plotted hereon as it is blanket in nature and does affect the entire subject property. No specific plottable landscape easement is noted in the subject document.

**AG** Reservation of Utility and Drainage Easement noted in Sears Business Park Declaration of Protective Covenants recorded March 8, 1991 as Document Number 91105432. This item is not plotted hereon as it is blanket in nature and does affect the entire subject property.

## LAND AREA:

8,423,977 square feet
193.3879 acres

## RECORD LEGAL DESCRIPTION

PARCEL 1:

LOTS 2 AND 3 IN SEARS BUSINESS PARK AMENDED PLAT OF SUBDIVISION, RECORDED AUGUST 5, 1991 AS DOCUMENT 91394943, A SUBDIVISION OF PART OF SECTIONS 31, 32 AND 33, TOWNSHIP 42 NORTH, RANGE 9, EAST OF THE THIRD PRINCIPAL MERIDIAN, AND PART OF SECTIONS 3, AND 4, TOWNSHIP 41 NORTH, RANGE 9, EAST OF THE THIRD PRINCIPAL MERIDIAN, ALL IN COOK COUNTY, ILLINOIS, EXCEPTING THAT PART OF THE LAND DEDICATED FOR ROAD PURPOSES PER DOCUMENT NUMBER 92573116.

PARCEL 2:

LOT 1A IN FINAL PLAT OF RESUBDIVISION OF LOT 1 IN PRAIRIE STONE, BEING A RESUBDIVISION OF PART OF SECTION 31 AND 32, TOWNSHIP 42 NORTH, RANGE 9 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED MAY 12, 2010 AS DOCUMENT NUMBER 1013244049, IN COOK COUNTY, ILLINOIS.

This description describes all the land described in the title commitment identified as Chicago Title Insurance Company Commitment Number 1401 008986446 D2 bearing an effective date of February 21, 2018.

## GENERAL SURVEY NOTES:

1. This survey was made in accordance with the laws and/or Minimum Standards of the State of Illinois.

2. The basis of bearings of this survey is the Westerly most line of Lot 1A, Final Plat of Resubdivision of Lot 1 in Prairie Stone, Village of Hoffman Estates, Cook County, Illinois recorded May 12, 2010 as Document Number 1013244049, having a recorded bearing of North 00° 25' 04" East.

3. The property described hereon is the same property described in Chicago Title Insurance Company Commitment Number 1401 008986446 D2 with an effective date of February 21, 2018 and that all easements, covenants and restrictions referenced in said title commitment or apparent from a physical inspection of the site or otherwise known to me to affect the subject property have been plotted hereon or otherwise noted as to their effect on the subject property.

4. Said property is located within an area having a Zone Designation X by the Federal Emergency Management Agency (FEMA), on Flood Insurance Rate Map No. 17031C 0155J, with a date of identification of August 19, 2008, for Community Number 170107, in Cook County, State of Illinois, which is the current Flood Insurance Rate Map for the community in which said premises is situated.

5. The property has direct access to Higgins Road, Beverly Road and Trillium Boulevard, all dedicated public streets.

6. The total number of striped automobile parking spaces contained entirely within the bounds of the subject property is 5590 including 86 designated handicap spaces. Additionally, 30 striped motorcycle spaces were observed on the subject property.

7. There is no observed evidence of current earth moving work, building construction or building additions.

8. There are no proposed changes in street right of way lines, according to the Village of Hoffman Estates, Illinois. There is no observed evidence of recent street or sidewalk construction or repairs.

9. There is no observed evidence of site use as a solid waste dump, sump or sanitary landfill.

10. Utility Note: Utility locations shown hereon were determined by observable above ground evidence only. Surveyor has not been provided with utility plans or utility markings to determine any subsurface locations.

11. The building height, shown hereon, was measured between the highest point of the building and the finished floor elevation in the approximate location as depicted on the drawing.

12. Areas delineated as PEM1C wetlands on the subject property, as per review of the "U.S. Fish & Wildlife Service: National Wetlands Inventory", are noted hereon. The owner provided no wetlands maps or studies and there were no wetlands flagged or marked at the time of the field survey for this site.

## VICINITY MAP
NOT TO SCALE



# KEY MAP ON SHEET 2 OF 17

## LIST OF POSSIBLE ENCROACHMENTS

| No. | Description |
|---|---|
| 1 | The 2 level precast concrete parking garage encroaches from 2.0 to 2.4 feet into the Village Watermain and Sanitary Sewer Easement recorded as Document Number 0020962915. |
| 2 | The 4 story concrete building encroaches 2.0 feet into the Village Watermain and Sanitary Sewer Easement recorded as Document Number 0020962915. |
| 3 | The 4 level precast concrete parking garage encroaches 15.0 feet into the Village Watermain and Sanitary Sewer Easement recorded as Document Number 0020962915. |
| 4 | The 2 level precast concrete parking garage encroaches 2.0 feet into the Village Watermain and Sanitary Sewer Easement recorded as Document Number 0020962915. |
| 5 | The 1 story metal guard shack building encroaches from 0.0 to 13.1 feet into the Village Watermain and Sanitary Sewer Easement recorded as Document Number 0020962915. |

## SURVEYOR'S CERTIFICATE

To: Sears Holdings Management Corporation, a Delaware corporation and Chicago Title Insurance Company, together with their successors and assigns;

This is to certify that this map or plat and the survey on which it is based were made in accordance with the 2016 Minimum Standard Detail Requirements for ALTA/ACSM Land Title Surveys, jointly established and adopted by ALTA and NSPS, and includes Items 1, 2, 3, 4, 6(a), 6(b), 7(a), 7(b)(1), 7(c), 8, 9, 10(a), 13, 14, 16, 17, 18 and 20 of Table A thereof. The field work was completed on March 27, 2018.

*Roland Sarko*
Roland F. Sarko
Licensed Illinois Professional Land Surveyor
License Number 035-002401
License Expires: 11-30-2018
Date of Survey: 3-27-2018
Date of Last Revision: 4-2-2018



## ZONING INFORMATION

The following information is as per Zoning Report dated March 29, 2018, EMG Project Number 130975.18R000-075.259 prepared by:

EMG
10461 Mill Run Circle, Suite 1100
Owings Mills, Maryland 21117
Phone: 1-800-733-0660

Current Zoning District: O-5, (Office)

Setback Requirements:
  Front — 60.00 feet
  Side — 25.00 feet
  Rear — 25.00 feet

Maximum Building Height: 210.00 feet

Minimum Lot Size: 3 acres

Minimum Lot Width: 200 feet measured at building line

Maximum Floor Area Ratio: 1.5

Parking Formula:
  3.4 spaces per 1,000 gross squre feet of floor area

### COORDINATED BY:

| No. | REVISIONS | Date |
|---|---|---|
| 1 | ZONING REPORT | 4-2-18 |
| | | |
| | | |
| | | |
| | | |

**EMG**
510 E Memorial Road, Suite A-1
Oklahoma City, OK 73114
800.411.2010
www.emgcorp.com

**ALTA/NSPS LAND TITLE SURVEY**
Sears 490 - Hoffman Estates, IL
EMG Project No: 130975.18R000
EMG Site No: 075.220
3333 Beverly Road
Village of Hoffman Estates, Cook County, Illinois

Survey Performed By:
## Sarko Engineering Inc.
ILLINOIS AND WISCONSIN Professional Land Surveyors
847 County Highway JG
Mt. Horeb, WI 53572
Phone: (608) 832-6428
Fax: (608) 848-3859
E-mail: rsarko@tds.net

Sheet No. 1 of 17

PDF created with pdfFactory trial version www.pdffactory.com

# KEY MAP
NOT TO SCALE

SHEET 3
SHEET 4
SHEET 5
SHEET 6
SHEET 7
SHEET 8
SHEET 9
SHEET 10
SHEET 11
SHEET 12
SHEET 13
SHEET 14
SHEET 15
SHEET 16
SHEET 17

**COORDINATED BY:**

emg
510 E Memorial Road, Suite A-1
Oklahoma City, OK 73114
800.411.2010
www.emgcorp.com

| No. | REVISIONS | Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**ALTA/NSPS LAND TITLE SURVEY**
Sears 490 - Hoffman Estates, IL
EMG Project No: 130975.18R000
EMG Site No: 075.220
3333 Beverly Road
Village of Hoffman Estates, Cook County, Illinois

Survey Performed By:
**Sarko Engineering Inc.**
ILLINOIS AND WISCONSIN Professional Land Surveyors
847 County Highway JG
Mt. Horeb, WI 53572
Phone: (608) 832-6428
Fax: (608) 848-3859
E-mail: rsarko@tds.net

Sheet No. 2 of 17

130975.18R000-075.220_Sears_490_-_Hoffman_Estates_IL_ALTA_ver2-Signed

PDF created with pdfFactory trial version www.pdffactory.com

# HIGGINS ROAD (STATE HIGHWAY 72)
(PUBLIC ROAD)
RIGHT OF WAY WIDTH = VARIES

NO VEHICULAR ACCESS

EDGE OF CONCRETE

EDGE OF CONCRETE

(CH=S83°11'57"E 118.64')
(ARC=118.65')

SET 5/8"REBAR

CH=S83°15'58"E
94.51'
RAD=10257.06'
ARC=94.51'

SET 5/8"REBAR

(CH=S82°55'52"E 24.14')
(ARC=24.14')

DRIVE ENTRANCE

(S83°31'35"E 2317.28')
S83°31'05"E 2316.89'

(682.01')

(N14°22'55"W 85.61')
(85.68')

CONCRETE CURB & GUTTER

AA1
AA2
AB1
AB2
AC

(N07°07'22"E 177.54')

(S89°34'36"E 17.00')

CH=N03°32'16"E 307.07'
ARC=307.23'(307.12')
RAD=2820.00'

SET 5/8"REBAR

EXCEPTION TO PARCEL 1 AS PER DOCUMENT NO. 92573116

**BEVERLY ROAD**
(PUBLIC ROAD)
RIGHT OF WAY WIDTH = VARIES

CONCRETE CURB & GUTTER

RECORD LEGAL DESCRIPTION PARCEL 1
PART OF LOT 2
SEARS BUSINESS PARK AMENDED
PLAT OF SUBDIVISION

AA1
AA2
AB1
AB2
AC

MATCH LINE SHEET 3
MATCH LINE SHEET 4

(N80°03'57"W)
(76.93')

CONCRETE CURB & GUTTER
ASPHALT
DIRT

(CH=N89°57'27"W 85.27')
(RAD=290.00')
(ARC=43.13?')

MATCH LINE SHEET 3
MATCH LINE SHEET 8

COORDINATED BY:

| No. | REVISIONS | Date |
|-----|-----------|------|
|     |           |      |
|     |           |      |
|     |           |      |
|     |           |      |

**emg**
510 E Memorial Road, Suite A-1
Oklahoma City, OK 73114
800.411.2010
www.emgcorp.com

**ALTA/NSPS LAND TITLE SURVEY**
Sears 490 - Hoffman Estates, IL
EMG Project No: 130975.18R000
EMG Site No: 075.220
3333 Beverly Road
Village of Hoffman Estates, Cook County, Illinois

Survey Performed By:
**Sarko Engineering Inc.**
ILLINOIS AND WISCONSIN Professional Land Surveyors
847 County Highway JG
Mt. Horeb, WI 53572
Phone: (608) 832-6428
Fax: (608) 848-3859
E-mail: rsarko@tds.net

SCALE: 1" = 40'
0'    40'    80'

Sheet No. 3 of 17

MATCH LINE SHEET 3
MATCH LINE SHEET 4

(N80°03'57"W)
(76.93')

CONCRETE CURB & GUTTER

EAST RIGHT OF WAY

AA1
AB2
AA2
AB1
AC

BEVERLY ROAD
(PUBLIC ROAD)
RIGHT OF WAY WIDTH = VARIES

CONCRETE CURB & GUTTER

EXCEPTION TO PARCEL 1 AS PER DOCUMENT NO. 92573116

AC

RECORD LEGAL DESCRIPTION PARCEL 1
PART OF LOT 2
SEARS BUSINESS PARK AMENDED
PLAT OF SUBDIVISION

MATCH LINE SHEET 4
MATCH LINE SHEET 9

AB2
AB1
AA1
AC
AA2

MATCH LINE SHEET 4
MATCH LINE SHEET 5

COORDINATED BY:

| No. | REVISIONS | Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**emg**
510 E Memorial Road, Suite A-1
Oklahoma City, OK 73114
800.411.2010
www.emgcorp.com

**ALTA/NSPS LAND TITLE SURVEY**
Sears 490 - Hoffman Estates, IL
EMG Project No: 130975.18R000
EMG Site No: 075.220
3333 Beverly Road
Village of Hoffman Estates, Cook County, Illinois

Survey Performed By:
**Sarko Engineering Inc.**
ILLINOIS AND WISCONSIN Professional Land Surveyors
847 County Highway JG
Mt. Horeb, WI 53572
Phone: (608) 832-6428
Fax: (608) 848-3859
E-mail: rsarko@tds.net

SCALE: 1" = 40'
0'    40'    80'

Sheet No. 4 of 17

MATCH LINE SHEET 4
MATCH LINE SHEET 5

(N90°00'00"E) (119.86')
CONCRETE CURB & GUTTER
ASPHALT
CONCRETE CURB & GUTTER
DIRT
CONCRETE CURB & GUTTER
(ARC=340.51') (ARC=340.50')
(RAD=540.00')
(CH=S71°56'08"E 334.89')
ASPHALT
DRIVE ENTRANCE
AC
ASPHALT
CONCRETE CURB & GUTTER
(S90°00'00"W) (120.45')
AC
AA1
AA2
(RAD=460.00')
(ARC=290.06')
(CH=N71°56'08"W 285.28')
DIRT
AB1
AB2
AC
(S53°52'17"E)
(255.54')
ASPHALT

RECORD LEGAL DESCRIPTION PARCEL 1
PART OF LOT 2
SEARS BUSINESS PARK AMENDED
PLAT OF SUBDIVISION

BEVERLY ROAD
(PUBLIC ROAD)
RIGHT OF WAY WIDTH = VARIES

EXCEPTION TO PARCEL 1 AS PER DOCUMENT NO. 92573116
(N00°25'04"E 2247.02')

CONCRETE CURB & GUTTER
(N00°25'04"E 2114.11")

RECORD LEGAL DESCRIPTION PARCEL 2
RESUBDIVISION OF LOT 1A IN PRAIRIE STONE

CONCRETE CURB & GUTTER
(N53°52'17"W)
(255.54')

MATCH LINE SHEET 5
MATCH LINE SHEET 10

(CH=S71°56'08"E 285.28')
(RAD=460.00')
(ARC=290.06')

(N00°48'51"E 6.62')
(N45°24'26"E 42.73')
(N90°00'00"E 166.89')
CONCRETE CURB & GUTTER
ASPHALT
CONCRETE CURB & GUTTER
DIRT
CONCRETE CURB & GUTTER
ASPHALT
AC

(CH=N71°56'08"W 285.28')
(RAD=540.00')
(ARC=340.51')

RECORD LEGAL DESCRIPTION PARCEL 1
PART OF LOT 3
SEARS BUSINESS PARK AMENDED
PLAT OF SUBDIVISION

(S90°00'00"W 165.75')
(N44°35'34"W 42.12')
(N00°48'51"E 14.20')

AB2
AA1
AA2
AB1
AC

MATCH LINE SHEET 5
MATCH LINE SHEET 6

| No. | REVISIONS | Date |
|-----|-----------|------|
|     |           |      |
|     |           |      |
|     |           |      |
|     |           |      |
|     |           |      |

COORDINATED BY:
emg
510 E Memorial Road, Suite A-1
Oklahoma City, OK 73114
800.411.2010
www.emgcorp.com

**ALTA/NSPS LAND TITLE SURVEY**
Sears 490 - Hoffman Estates, IL
EMG Project No: 130975.18R000
EMG Site No: 075.220
3333 Beverly Road
Village of Hoffman Estates, Cook County, Illinois

Survey Performed By:
**Sarko Engineering Inc.**
ILLINOIS AND WISCONSIN Professional Land Surveyors
847 County Highway JG
Mt. Horeb, WI 53572
Phone: (608) 832-6428
Fax: (608) 848-3859
E-mail: rsarko@tds.net

SCALE: 1" = 40'
0'   40'   80'

Sheet No. 5 of 17

MATCH LINE SHEET 5
MATCH LINE SHEET 6

(AA1)
(AA2)
(AB1)
(AC)
(AB2)

BEVERLY ROAD
(PUBLIC ROAD)
RIGHT OF WAY WIDTH = VARIES

CONCRETE CURB & GUTTER

EAST RIGHT OF WAY LINE BEVERLY ROAD

RECORD LEGAL DESCRIPTION PARCEL 1
PART OF LOT 3
SEARS BUSINESS PARK AMENDED
PLAT OF SUBDIVISION

MATCH LINE SHEET 6
MATCH LINE SHEET 11

(AC)

EXCEPTION TO PARCEL 1 AS PER DOCUMENT NO. 92573116

(AA2)
(AA1)
(AB2)
(AB1)

CONCRETE CURB & GUTTER

(AC)

MATCH LINE SHEET 6
MATCH LINE SHEET 7

| No. | REVISIONS | Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

COORDINATED BY:

**emg**
510 E Memorial Road, Suite A-1
Oklahoma City, OK 73114
800.411.2010
www.emgcorp.com

**ALTA/NSPS LAND TITLE SURVEY**
Sears 490 - Hoffman Estates, IL
EMG Project No: 130975.18R000
EMG Site No: 075.220
3333 Beverly Road
Village of Hoffman Estates, Cook County, Illinois

Survey Performed By:
**Sarko Engineering Inc.**
ILLINOIS AND WISCONSIN Professional Land Surveyors
847 County Highway JG
Mt. Horeb, WI 53572
Phone: (608) 832-6428
Fax: (608) 848-3859
E-mail: rsarko@tds.net

SCALE: 1" = 40'
0'   40'   80'

Sheet No. 6 of 17



# HIGGINS ROAD (STATE HIGHWAY 72)
(PUBLIC ROAD)
RIGHT OF WAY WIDTH = VARIES
NO VEHICULAR ACCESS

EDGE OF CONCRETE

(S83°31'35"E 2317.28')
S83°31'05"E 2316.89'

(1634.88')
(1635.27')

EDGE OF CONCRETE

SOUTH RIGHT OF WAY LINE WEST HIGGINS ROAD

SET 5/8"REBAR

MATCH LINE SHEET 3 / MATCH LINE SHEET 8
MATCH LINE SHEET 8 / MATCH LINE SHEET 13

RECORD LEGAL DESCRIPTION PARCEL 2
LOT 1A
RESUBDIVISION OF LOT 1 IN PRAIRIE STONE

CONCRETE CURB & GUTTER
ASPHALT
GRAVEL
CONC.
DIRT

206.0'
452.8'

41 SPACES
36 SPACES

(CH=N73°25'28"W 114.50')
(RAD=496.00')
(ARC=114.76')

MATCH LINE SHEET 8
MATCH LINE SHEET 9

| No. | REVISIONS | Date |
|---|---|---|
| | | |

**COORDINATED BY:**

emg
510 E Memorial Road, Suite A-1
Oklahoma City, OK 73114
800.411.2010
www.emgcorp.com

**ALTA/NSPS LAND TITLE SURVEY**
Sears 490 - Hoffman Estates, IL
EMG Project No: 130975.18R000
EMG Site No: 075.220
3333 Beverly Road
Village of Hoffman Estates, Cook County, Illinois

Survey Performed By:
**Sarko Engineering Inc.**
ILLINOIS AND WISCONSIN Professional Land Surveyors
847 County Highway JG
Mt. Horeb, WI 53572
Phone: (608) 832-6428
Fax: (608) 848-3859
E-mail: rsarko@tds.net

SCALE: 1" = 40'
0'   40'   80'

Sheet No. 8 of 17

**2 LEVEL PRECAST CONCRETE PARKING GARAGE**
AREA = 147,386 SQ FT

924 Standard Stalls
18 Handicap Stalls
6 Motorcycle Stalls

RECORD LEGAL DESCRIPTION PARCEL 1
PART OF LOT 2
SEARS BUSINESS PARK AMENDED
PLAT OF SUBDIVISION

RECORD LEGAL DESCRIPTION PARCEL 2
LOT 1A
RESUBDIVISION OF LOT 1 IN PRAIRIE STONE

**7 STORY GLASS AND COMPOSITE PANEL BUILDING**
AREA = 169,088 SQ FT
POSTED ADDRESS: #5500

4 STORY CONCRETE BUILDING
AREA = 2025 SQ FT

HEIGHT = 36.9 FT
HEIGHT = 19.0 FT
HEIGHT = 115.7 FT

POND

SCALE: 1" = 40'

| No. | REVISIONS | Date |
|---|---|---|
| | | |

**emg**
510 E Memorial Road, Suite A-1
Oklahoma City, OK 73114
800.411.2010
www.emgcorp.com

**ALTA/NSPS LAND TITLE SURVEY**
Sears 490 - Hoffman Estates, IL
EMG Project No: 130975.18R000
EMG Site No: 075.220
3333 Beverly Road
Village of Hoffman Estates, Cook County, Illinois

Survey Performed By:
**Sarko Engineering Inc.**
ILLINOIS AND WISCONSIN Professional Land Surveyors
847 County Highway JG
Mt. Horeb, WI 53572
Phone: (608) 832-6428
Fax: (608) 848-3859
E-mail: rsarko@tds.net

Sheet No. 9 of 17

7 STORY GLASS AND COMPOSITE PANEL BUILDING
AREA = 397,998 SQ FT
POSTED ADDRESS: #5500

HEIGHT = 115.7 FT

RECORD LEGAL DESCRIPTION PARCEL 2
LOT 1A
RESUBDIVISION OF LOT 1 IN PRAIRIE STONE

**ALTA/NSPS LAND TITLE SURVEY**
Sears 490 - Hoffman Estates, IL
EMG Project No: 130975.18R000
EMG Site No: 075.220
3333 Beverly Road
Village of Hoffman Estates, Cook County, Illinois

Survey Performed By:
**Sarko Engineering Inc.**
ILLINOIS AND WISCONSIN Professional Land Surveyors
847 County Highway JG
Mt. Horeb, WI 53572
Phone: (608) 832-6428
Fax: (608) 848-3859
E-mail: rsarko@tds.net

SCALE: 1" = 40'

Sheet No. 10 of 17

EMG
510 E Memorial Road, Suite A-1
Oklahoma City, OK 73114
800.411.2010
www.emgcorp.com





# HIGGINS ROAD (STATE HIGHWAY 72)
(PUBLIC ROAD)
RIGHT OF WAY WIDTH = VARIES

EDGE OF CONCRETE

SET 5/8" REBAR

MATCH LINE SHEET 8
MATCH LINE SHEET 13

NO VEHICULAR ACCESS

EDGE OF CONCRETE

CONCRETE CURB & GUTTER

ASPHALT

CONCRETE CURB & GUTTER

GRAVEL

CH=S80°43'37"E — 970.93'
(S80°44'11"W 970.28')
RAD=9965.06
ARC=971.31'(970.66')

ASPHALT

RECORD LEGAL DESCRIPTION PARCEL 2
LOT 1A
RESUBDIVISION OF LOT 1 IN PRAIRIE STONE

SET 5/8" REBAR

S12°04'00"W
20.00'
(S12°03'17"W)

SET 5/8" REBAR

120.5'

226.3'

HEIGHT = 36.9 FT

MATCH LINE SHEET 13
MATCH LINE SHEET 14

CONCRETE CURB & GUTTER

CONCRETE DUMPSTER AREA

CONCRETE CURB & GUTTER

ASPHALT

CH=S77°13'27"E — 246.25'
(S77°14'00"E 246.85')
ARC=246.24' (246.86')
RAD=9945.06'

SET 5/8" REBAR

**4 LEVEL PRECAST CONCRETE PARKING GARAGE**
AREA = 67,845 SQ FT

23 SPACES
12 SPACES

ASPHALT

116.2'  104.3'  104.3'

ELECTRIC TRANSFORMER

241.3'

METAL FENCE

---

**ALTA/NSPS LAND TITLE SURVEY**
Sears 490 - Hoffman Estates, IL
EMG Project No: 130975.18R000
EMG Site No: 075.220
3333 Beverly Road
Village of Hoffman Estates, Cook County, Illinois

COORDINATED BY:
**emg**
510 E Memorial Road, Suite A-1
Oklahoma City, OK 73114
800.411.2010
www.emgcorp.com

| No. | REVISIONS | Date |
|-----|-----------|------|
|     |           |      |

Survey Performed By:
**Sarko Engineering Inc.**
ILLINOIS AND WISCONSIN Professional Land Surveyors
847 County Highway JG
Mt. Horeb, WI 53572
Phone: (608) 832-6428
Fax: (608) 848-3859
E-mail: rsarko@tds.net

SCALE: 1" = 40'
0'  40'  80'

Sheet No. 13 of 17

**4 LEVEL PRECAST CONCRETE PARKING GARAGE**
AREA = 67,845 SQ FT

843 Standard Stalls
2 Handicap Stalls
13 Motorcycle Stalls

**2 STORY BRICK COMMERCIAL BUILDING**
POSTED ADDRESS: #5344
AREA = 19,845 SQ FT
HEIGHT = 25.3 FT

TRILLIUM BOULEVARD (PUBLIC ROAD)
RIGHT OF WAY WIDTH = 100.0 FT

RECORD LEGAL DESCRIPTION PARCEL 2
LOT 1A
RESUBDIVISION OF LOT 1 IN PRAIRIE STONE

CH=S77°13'27"E 246.23
(S77°14'00"E 246.85)
ARC=246.24 (246.86)
RAD=9945.06

CH=S02°11'04"W 529.04
RAD=1550.00
ARC=531.64

SCALE: 1" = 40'
0'  40'  80'

| No. | REVISIONS | Date |
|-----|-----------|------|
|     |           |      |
|     |           |      |
|     |           |      |
|     |           |      |
|     |           |      |
|     |           |      |

COORDINATED BY:
**emg**
510 E Memorial Road, Suite A-1
Oklahoma City, OK 73114
800.411.2010
www.emgcorp.com

**ALTA/NSPS LAND TITLE SURVEY**
Sears 490 - Hoffman Estates, IL
EMG Project No: 130975.18R000
EMG Site No: 075.220
3333 Beverly Road
Village of Hoffman Estates, Cook County, Illinois

Survey Performed By:
**Sarko Engineering Inc.**
ILLINOIS AND WISCONSIN Professional Land Surveyors
847 County Highway JG
Mt. Horeb, WI 53572
Phone: (608) 832-6428
Fax: (608) 848-3859
E-mail: rsarko@tds.net

Sheet No. 14 of 17

ASPHALT
CONCRETE CURB & GUTTER
ASPHALT
MATCH LINE SHEET 14
MATCH LINE SHEET 15

CONCRETE BRIDGE
POND (W)

DIRT
METAL RAILING
CONCRETE RETAINING WALL
RAISED CONCRETE PAVERS
CONCRETE PAVERS
ASPHALT
CONCRETE GUTTER
ASPHALT
RAISED CONCRETE PAVERS

4.0' X 34.0' 2 STORY SECTION OF MAIN BUILDING AS GROUND LEVEL AREA=136 SQ FT

ROOF OVERHANG
282.0'
BUILDING OVERHANG

863.8'
656.0'

HEIGHT = 36.9 FT

CONCRETE
CONCRETE
ASPHALT
CONCRETE CURB & GUTTER
ASPHALT
CONCRETE CURB & GUTTER
CONCRETE
ASPHALT
CONCRETE CURB & GUTTER
CONCRETE CURB & GUTTER
CONCRETE
CONCRETE CURB & GUTTER
ASPHALT
CONCRETE CURB & GUTTER
CONCRETE
CONCRETE CURB & GUTTER
ASPHALT
CONCRETE CURB & GUTTER

RECORD LEGAL DESCRIPTION PARCEL 2
LOT 1A
RESUBDIVISION OF LOT 1 IN PRAIRIE STONE

SET 5/8" REBAR

PEM1C – PALUSTRINE, EMERGENT, PERSISTENT, SEASONALLY FLOODED WETLAND AS PER U.S. FISH AND WILDLIFE SERVICE NATIONAL WETLANDS INVENTORY

GRAVEL PATH

4 LEVEL PRECAST CONCRETE PARKING GARAGE
AREA = 151,558 SQ FT

1,765 Standard Stalls
28 Handicap Stalls
8 Motorcycle Stalls

MATCH LINE SHEET 10
MATCH LINE SHEET 15

456.5'
292.0'
CONCRETE PAVERS
12.1'
77.9'
BUILDING OVERHANG
CONCRETE PAVERS
ROOF COVERED WALKWAY

456.5'
CONCRETE

RAD=1350.00'
ARC=344.88'
CH=S0755'16"W 341.19'
(S02'55'17"W)

WEST RIGHT OF WAY LINE TRILLIUM BLVD

TRILLIUM BOULEVARD
(PUBLIC ROAD)
RIGHT OF WAY WIDTH = 100.0 FT

GRAVEL PATH
CONCRETE CURB & GUTTER

19.8' 5.0'
12.1' 85.0'
DIRT  DIRT  DIRT  DIRT
CONCRETE PAVERS
DIRT
CONCRETE PAVERS
CONCRETE RETAINING WALL
626.4'
ASPHALT
CONCRETE CURB & GUTTER
ASPHALT
332.0'
CONCRETE
CONCRETE
643.3'
CONCRETE CURB & GUTTER
ASPHALT
CONCRETE CURB & GUTTER
ASPHALT
MATCH LINE SHEET 15
MATCH LINE SHEET 16

SCALE: 1" = 40'
0'  40'  80'

**COORDINATED BY:**
emg
510 E Memorial Road, Suite A-1
Oklahoma City, OK 73114
800.411.2010
www.emgcorp.com

| No. | REVISIONS | Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**ALTA/NSPS LAND TITLE SURVEY**
Sears 490 - Hoffman Estates, IL
EMG Project No: 130975.18R000
EMG Site No: 075.220
3333 Beverly Road
Village of Hoffman Estates, Cook County, Illinois

Survey Performed By:
**Sarko Engineering Inc.**
ILLINOIS AND WISCONSIN Professional Land Surveyors
847 County Highway JG
Mt. Horeb, WI 53572
Phone: (608) 832-6428
Fax: (608) 848-3859
E-mail: rsarko@tds.net

Sheet No. 15 of 17

# ALTA/NSPS LAND TITLE SURVEY
Sears 490 - Hoffman Estates, IL
EMG Project No: 130975.18R000
EMG Site No: 075.220
3333 Beverly Road
Village of Hoffman Estates, Cook County, Illinois

**Survey Performed By:**

## Sarko Engineering Inc.
ILLINOIS AND WISCONSIN Professional Land Surveyors
847 County Highway JG
Mt. Horeb, WI 53572
Phone: (608) 832-6428
Fax: (608) 848-3859
E-mail: rsarko@tds.net

**COORDINATED BY:**

emg
510 E Memorial Road, Suite A-1
Oklahoma City, OK 73114
800.411.2010
www.emgcorp.com

SCALE: 1" = 40'

LOT 1B
RESUBDIVISION OF LOT 1 IN
PRAIRIE STONE

TAX PARCEL NO. 01-32-100-006
OWNER'S NAME: AMERICARE PROPERTIES

NOT INCLUDED

RECORD LEGAL DESCRIPTION PARCEL 2
LOT 1A
RESUBDIVISION OF LOT 1 IN PRAIRIE STONE

POND

TRILLIUM BOULEVARD
(PUBLIC ROAD)
RIGHT OF WAY WIDTH = 100.0 FT

Sheet No. 16 of 17

MATCH LINE SHEET 16
MATCH LINE SHEET 17

RECORD LEGAL DESCRIPTION PARCEL 2
LOT 1A
RESUBDIVISION OF LOT 1 IN PRAIRIE STONE

RAD=1350.00'
ARC=1350.00' (1318.064')
CH=S66°21'44"W 1265.09'
(S66°21'45"W)

TRILLIUM BOULEVARD
(PUBLIC ROAD)
RIGHT OF WAY WIDTH = 100.0 FT

MATCH LINE SHEET 12
MATCH LINE SHEET 17

DRIVE ENTRANCE

SCALE: 1" = 40'
0'   40'   80'

COORDINATED BY:
emg
510 E Memorial Road, Suite A-1
Oklahoma City, OK 73114
800.411.2010
www.emgcorp.com

| No. | REVISIONS | Date |
|---|---|---|
| | | |

**ALTA/NSPS LAND TITLE SURVEY**
Sears 490 - Hoffman Estates, IL
EMG Project No: 130975.18R000
EMG Site No: 075.220
3333 Beverly Road
Village of Hoffman Estates, Cook County, Illinois

Survey Performed By:
**Sarko Engineering Inc.**
ILLINOIS AND WISCONSIN Professional Land Surveyors
847 County Highway JG
Mt. Horeb, WI 53572
Phone: (608) 832-6428
Fax: (608) 848-3859
E-mail: rsarko@tds.net

Sheet No. 17 of 17

130975.18R000-075.220_Sears_490_-_Hoffman_Estates_IL_ALTA_ver2-Signed