# *EXHIBIT D*

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

D: +1 (212) 225-2354
aweaver@cgsh.com

VICTOR I. LEWKOW
THOMAS J. MOLONEY
DAVID G. SABEL
JONATHAN I. BLACKMAN
YARON Z. REICH
RICHARD S. LINCER
JAMES A. DUNCAN
STEVEN M. LOEB
CRAIG B. BROD
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ERIKA W. NIJENHUIS
ANDRES DE LA CRUZ
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
SUNG K. KANG
LEONARD C. JACOBY
SANDRA L. FLOW

FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
MEREDITH E. KOTLER
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
PAMELA L. MARCOGLIESE
PAUL M. TIGER
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE

DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
    RESIDENT PARTNERS

SANDRA M. ROCKS
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
WALLACE L. LARSON, JR.
AVRAM E. LUFT
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
CAROLINE F. HAYDAY
NEIL R. MARKEL
KENNETH S. BLAZEJEWSKI
ANDREA M. BASHAM
LAURA BAGARELLA
SHIRLEY M. LO
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
    RESIDENT COUNSEL

LOUISE M. PARENT
    OF COUNSEL

March 26, 2019

VIA E-MAIL

Ellen Odoner, Esq.
Ray C. Schrock, P.C.
Sunny Singh, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Re:  Hoffman Estates

Dear Ellen, Ray and Sunny:

Reference is made to that certain Asset Purchase Agreement, dated as of January 17, 2019, by and among Sears Holding Corporation, a Delaware corporation ("SHC"), each of SHC's subsidiaries party thereto (together with SHC, "Sellers") and Transform Holdco LLC, a Delaware limited liability company ("Buyer") (as may be amended, restated, supplemented or modified, from time to time, the "APA").[1]

On behalf of Buyer, I write in regards to Sellers' failure to deliver full title to the real property known as Hoffman Estates that Buyer purchased pursuant to the APA and was due to Buyer at Closing.

Specifically, Section 2.1 of the APA provides that, on the Closing Date, Sellers would "sell, transfer, assign, convey and deliver, or cause to be sold, transferred, assigned, conveyed and delivered" to Buyer, and Buyer would "purchase, all right, title and interest of Sellers in, to or under," as relevant here, "(c) all Owned Real Property" of Sellers.

---

[1] All capitalized terms used but not defined herein shall have the meaning ascribed to them in the APA.

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the cities listed above.

Odoner, Schrock, Singh, p. 2

Owned Real Property is defined in Article I of the APA as "(i) the GOB Owned Stores and (ii) the Operating Owned Properties." Operating Owned Property is, in turn, defined as the "real property defined in Schedule 1.1(p), including, in each case, all of the right, title and interest of Seller and its Subsidiaries to all Improvements located thereon and all easements and other rights and interests appurtenant thereto and any associated rights to parking."

Schedule 1.1(p) ("Operating Owned Properties") lists the Hoffman Estates property as store number "490" in the city of "Hoffman Est." in the state of "IL." Accordingly, Buyer acquired title to each parcel to which Sellers held title in Hoffman Estates at the Closing. However, to date, Sellers have delivered deeds to only a subset of the relevant parcels at Hoffman Estates. Buyer requests that Sellers promptly transfer title to each parcel that has not been previously transferred to Buyer for the property known as Hoffman Estates pursuant to the terms of the APA.

Buyer reserves all rights and remedies, including, but not limited to, relating to any action by Sellers to transfer or otherwise encumber any property at Hoffman Estates.

Please do not hesitate to contact me at (212) 225-2354 if you have any questions regarding this matter.

Sincerely,

*Andrew Weaver*

Andrew Weaver