GOULD & RATNER LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
312.236.3003
Matthew A. Olins (admitted *pro hac vice*)
Ellen M. Chapelle (admitted *pro hac vice*)
Vanessa R. Tiradentes (admitted *pro hac vice*)

*Attorneys for 233 S. Wacker, LLC*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Matthew A. Olins, an attorney, hereby certify that on May 16, 2019, I caused 233 S. Wacker, LLC's Objection to Motion of BRE 312 Owner LLC for Relief from Automatic Stay [Docket No. 3906] to be served via FedEx overnight on the parties listed on <u>Exhibit A</u> and via email on the email addresses on <u>Exhibit B</u>.

Dated: May 20, 2019

/s/ Matthew A. Olins
Matthew A. Olins (admitted *pro hac vice*)
molins@gouldratner.com
GOULD & RATNER LLP
222 North LaSalle Street, Suite 800
Chicago, Illinois 60601
Telephone: (312) 899-1651
Facsimile:  (312) 236-3241

*Attorneys for 233 S. Wacker, LLC*

## EXHIBIT A

Chambers of Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street
Room 248
White Plains, NY 10601

The Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Paul Schwartzberg, Esq.

Christopher B. Wick, Esq.
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114

Leslie A. Berkoff, Esq.
Moritt Hock & Hamroff LLP
1407 Broadway
New York, NY 10018

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates IL 60179
Attn: Stephen Sitley Esq., and Luke J. Valentino, Esq.

Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY, 10017

Wilmington Trust, National Association
Corporate Capital Markets
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402
Attn: Sears Holdings Corp. Administrator

## EXHIBIT B

ray.schrock@weil.com; garrett.fail@weil.com; jacqueline.marcus@weil.com; sunny.singh@weil.com; JeriLeigh.Miller@weil.com; jessica.liou@weil.com; Paloma.VanGroll@weil.com; Jared.Friedmann@weil.com; Jessie.Mishkin@weil.com; richard.morrissey@usdoj.gov; paul.schwartzberg@usdoj.gov; Paul.Leake@skadden.com; Shana.Elberg@skadden.com; George.Howard@skadden.com; liman@cgsh.com; amainoo@cgsh.com; lbarefoot@cgsh.com; soneal@cgsh.com; aweaver@cgsh.com; KDWBankruptcyDepartment@KelleyDrye.com; bfeder@kelleydrye.com; bankruptcy@clm.com; gadsden@clm.com; Dennis.roemlein@bnymellon.com; braynor@lockelord.com; asmith@lockelord.com; idizengoff@akingump.com; pdublin@akingump.com; aqureshi@akingump.com; sbrauner@akingump.com; cwick@hahnlaw.com; lberkoff@moritthock.com