WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
(212) 382-3300
James N. Lawlor
Cassandra Postighone

    - and -

THE LAW OFFICES OF MICHAEL M. MULDER
1603 Orrington Avenue, Suite 600
Evanston, Illinois 60201
Telephone:  312-263-0272
Michael M. Mulder*
Elena N. Liveris*
*Pro hac application forthcoming

*Attorneys for Richard Bruce and Ronald Olbrysh*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No: 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, *et al*, | Chapter 11 |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the Motion of Retirees Pursuant to Section 1114(d) of the Bankruptcy Code Directing The Appointment of a Committee Of Retired Employees and the Declaration of Michael M. Mulder (Dkt. Nos. 4054 and 4055) were filed electronically on May 28, 2019 with the United States Bankruptcy Court for the Southern District of New York and were served electronically on all parties of record in accordance with the method established under this Court's CM/ECF Administrative Procedures and Local Rules, as well as by US Mail upon the following parties:

Chambers of the Honorable Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601

Brookfield Property REIT Inc.
Attn: Kristen N. Pate
350 N. Orleans St., Suite 300
Chicago, IL 60654-1607
(Counsel to Brookfield Property REIT Inc., as Agent)

BST International Fashion Ltd.
Attn: A.R. Shrinivasan, Managing Director
39 Wang Kwong Rd, Ste 2301B, Skyline Tower, Kowloon Bay
Kowloon
Hong Kong

Fein, Such & Crane, LLP
Attn: Tammy L. Terrell Benoza, Esq.
1400 Old Country Road, Suite C103
Westbury, NY 11590
(Counsel to Movant Bayview Loan Servicing, LLC, as servicer for The Bank of New York Mellon FKA the Bank of New York, as Trustee (CWALT 2007-HY4))

Fein, Such & Crane, LLP
Attn: Tammy L. Terrell Benoza, Esq.
7 Century Drive, Suite 201
Parsippany, NJ 07054
(Counsel to Movant Bayview Loan Servicing, LLC, as servicer for The Bank of New York Mellon FKA the Bank of New York, as Trustee (CWALT 2007-HY4))

Frenkel, Lambert, Weiss, Weisman & Gordon, LLP
Attn: Michelle C. Marans, Esq.
53 Gibson Street
Bay Shore, NY 11706
(Counsel to Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association, as Trustee, in trust for the registered holders of Citigroup Mortgage Loan Trust 2007-AHL2, Asset-Backed Pass-Through Certificates, Series 2007-AHL2, Mortgage Pass-Through Certificates)

Linebarger Goggan Blair & Sampson, LLP
Attn: Diane Wade Sanders
P.O. Box 17428
Austin, TX 78760

(Counsel to Aransas County, Bee County, Jim Wells CAD, Nueces County, City of Harlingen, Hidalgo County, Victoria County, Blanco CAD, Harlingen CISD, Cameron County)

Milbank, Tweed, Hadley & McCloy LLP
Attn: Andrew M. Leblanc
1850 K Street, NW, Suite 1100
Washington, DC 20006
(Counsel to Cyrus Capital Partners, L.P.)

Montee & Associates
Attn: Kevin P. Montee, Esq.
1250-I Newell Ave., Suite 149
Walnut Creek, CA 94596
(Counsel to Creditor Hudson Concourse, LLC)

Ohio Department of Taxation
Attn: Office of the Ohio Attorney General
1600 Carew Tower
441 Vine Street
Cincinnati, OH 45202
(Counsel to Ohio Department of Taxation)

Sears Holding Corporation
Attn: Stephen Sitley Esq., Luke J. Valentino, Esq., Rob Riecker
3333 Beverly Road
Hoffman Estates, IL 60179
(Debtors)

The Bank of New York Mellon Trust Company
Attn: Corporate Trust Administration
101 Barclay St., Floor 8W
New York, NY 10286
(Successor Trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes)

Wilmington Trust, National Association
Attn: Sears Holdings Corp. Administrator
Corporate Capital Markets
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402
(Indenture Trustee for the Second Lien Notes)

Wilmorite Management Group LLC
Attn: Donald C. Cowan, Jr.
1265 Scottsville Road

Rochester, NY 14624
(Counsel to Eastview Mall, LLC, Greece Ridge, LLC & The Marketplace)

Respectfully Submitted,

By: */s/ James N. Lawlor*
James N. Lawlor

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
(212) 382-3300
James N. Lawlor
Cassandra Postighone

- and -

THE LAW OFFICES OF MICHAEL M. MULDER
1603 Orrington Avenue, Suite 600
Evanston, Illinois 60201
Telephone: 312-263-0272
Michael M. Mulder*
Elena N. Liveris*
*Pro hac application forthcoming*

*Attorneys for Richard Bruce and Ronald Olbrysh*