WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
In re                                                       :
                                                            :    Chapter 11
SEARS HOLDINGS CORPORATION, et al.,                         :
                                                            :    Case No. 18-23538 (RDD)
                                                            :
                          Debtors.¹                         :    (Jointly Administered)
------------------------------------------------------------x
```

**NOTICE OF <u>AMENDED</u> AGENDA OF MATTERS
<u>SCHEDULED FOR HEARING ON MAY 29, 2019 AT 1:30 P.M.</u>**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.). (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, before the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601

I. **CONTESTED MATTER:**

1. Debtors' Motion for an Order (I) Approving Disclosure Statement; (II) Establishing Notice and Objection Procedures for Confirmation of the Plan; (III) Approving Solicitation Packages and Procedures for Distribution Thereof; (IV) Approving the Forms of Ballots and Establishing Procedures for Voting on the Plan; and (V) Granting Related Relief **[ECF No. 3277]**

   Response Deadline:   May 23, 2019 at 4:00 p.m.

   Resolved Response:

       A.   Objection of Relator Carl Ireland, Administrator of the Estate of James Garbe **[ECF No. 4007]**

   Responses Filed:

       B.   Objection of California Commercial Roofing Systems **[ECF No. 3640]**

       C.   Objection of California Commercial Roofing Systems **[ECF No. 3641]**

       D.   Objection of United States Trustee **[ECF No. 3681]**

       E.   Objection of U.S. Department of Labor, Employee Benefits Security Administration **[ECF No. 3759]**

       F.   Objection of Linda J. Gonyo **[ECF No. 3767]**

       G.   Limited Objection of Winners Industry Co., Ltd. **[ECF No. 3769]**

       H.   Objection of Santa Rosa Mall, LLC **[ECF No. 3771]**

       I.   Objection of ESL Investments, Inc. **[ECF No. 3988]**

       J.   Objection of Wilmington Trust, National Association, as Indenture Trustee and Collateral Agent **[ECF No. 3990]**

       K.   Limited Objection of Community Unit School District 300 **[ECF No. 3992]**

       L.   The Canadian Plaintiffs' Limited Objection **[ECF No. 3994]**

M.     Objection of the Official Committee of Unsecured Creditors **[ECF No. 3995]**

N.     Objection of Santa Rosa Mall, LLC **[ECF No. 3996]**

O.     Cyrus Capital Partners, L.P.'s Objection **[ECF No. 3997]**

P.     Limited Joinder of Plus Mark LLC **[ECF No. 4009]**

Q.     Redacted Objection of the Official Committee of Unsecured Creditors **[ECF No. 4022]**

R.     Sears Retiree's Joinder of Secretary of Labors Limited Objection to the Disclosure Statement for Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors **[ECF No. 4058]**

Related Documents:

S.     Debtors' Omnibus Reply to Objections to Debtors' Disclosure Statement and Solicitation and Voting Procedures **[ECF No. 4044]**

T.     Response of the Restructuring Subcommittee to the Objections of ESL Investments, Inc. and the Official Committee of Unsecured Creditors **[ECF No. 4039]**

U.     Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors **[ECF No. 4041]**

V.     Disclosure Statement for Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors **[ECF No. 4042]**

W.     Notice of Filing of (I) Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors and (II) Related Disclosure Statement **[ECF No. 4043]**

X.     Notice of Filing of Revised Proposed Order (I) Approving Disclosure Statement; (II) Establishing Notice and Objection Procedures for Confirmation of the Plan; (III) Approving Solicitation Packages and Procedures for Distribution Thereof; (IV) Approving the Forms of Ballots and Establishing Procedures for Voting on the Plan; and (V) Granting Related Relief **[ECF No. 4059]**

Y.     Notice of Filing of Exhibits to the Disclosure Statement for Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors **[ECF No. 4060]**

  Z.  Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors **[ECF No. 3275]**

  AA.  Disclosure Statement for Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors **[ECF No. 3276]**

  BB.  Notice of Filing of Exhibits to the Disclosure Statement for Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated **[ECF No. 3618]**

  CC.  Motion of the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al*. for Leave to File Under Seal Portions of Objection to the Disclosure Statement **[ECF No. 3993]**

  DD.  Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors **[ECF No. 3894]**

  EE.  Disclosure Statement for Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors **[ECF No. 3895]**

  FF.  Notice of Filing of (I) Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors and (II) Related Disclosure Statement **[ECF No. 3896]**

Status:  This matter is going forward on a contested basis.

Dated: May 29, 2019
   New York, New York

            /s/ Sunny Singh
            WEIL, GOTSHAL & MANGES LLP
            767 Fifth Avenue
            New York, New York  10153
            Telephone:  (212) 310-8000
            Facsimile:  (212) 310-8007
            Ray C. Schrock, P.C.
            Jacqueline Marcus
            Garrett A. Fail
            Sunny Singh

            *Attorneys for Debtors and*
            *Debtors in Possession*