# UNITED STATES BANKRUPTCY COURT
Southern District of New York

*In re Sears Holdings Corporation, et al.,*    Case Number: 18-23538

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**VonWin Capital Management, L.P.**
Name of Transferee

**New Port Sales Inc.**
Name of Transferor

Name and Address where notices to transferee should be sent:

Claim #: **15647**
Claim Amount: **$13,035.18**
Priority: **503(b)(9) Admin**
Debtor: **Sears Holdings Corporation**

**261 Fifth Avenue, 22nd Floor**
**New York, NY 10016**

Phone: **(212) 889-1601**
Last Four Digits of Acct #: N/A

Phone: **(787) 793-6201**
Last Four Digits of Acct #: N/A

Name and Address where transferee Payments should be sent (if different from above):

**SAME ADDRESS AS ABOVE**

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ (signature)
Transferee/Transferee's Agent

Date: 5/29/19