**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF OBJECTION TO NOTICE OF ASSUMPTION AND**
**ASSIGNMENT OF ADDITIONAL CONTRACTS AND DESIGNATABLE LEASES**

COMES NOW, Comosoft, Inc. ("Comosoft"), a creditor and party-in-interest in the above-styled bankruptcy cases of Sears Holdings Corporation, et al., and hereby withdraws its *Objection to Notice of Assumption and Assignment of Additional Contracts and Designatable Contracts* filed by Comosoft at docket number 3110 on April 10, 2019.

Dated: May 29, 2019

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Thomas Berghman*
    Kevin M. Lippman, Esq.
    Texas Bar No. 00784479
    Thomas D. Berghman, Esq.
    Texas Bar No. 24082683
    500 N. Akard Street, Suite 3800
    Dallas, Texas 75201-6659
    Telephone: (214) 855-7500
    Facsimile: (214) 855-7584
    E-mail: tberghman@munsch.com

*Counsel for Comosoft, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 29th day of May, 2019, a true and correct copy of the foregoing pleading was served electronically through the Court's ECF transmission facilities on all parties registered to receive ECF notice in the above-captioned case.

                                  */s/ Thomas Berghman*
                                  Thomas D. Berghman, Esq.