Pierce McCoy, PLLC
Jonathan A. Grasso
New York Bar No. 5622824
85 Broad Street, Suite 17-063
New York, New York 10004
Telephone: (212) 320-8393
Facsimile: (757) 257-0387

and

Streusand, Landon, Ozburn & Lemmon, LLP
Sabrina L. Streusand
Texas Bar No. 11701700
1801 S. MoPac Expressway, Suite 320
Austin, Texas 78746
Telephone: (512) 236-9900
Facsimile: (512) 236-9904

*Attorneys for Dell Financial Services L.L.C.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**SEARS HOLDINGS CORPORATION,** *et al.*,<br><br>**Debtors.** | **Chapter 11**<br><br>**Case No. 18-23538 (RDD)**<br><br>**(Jointly Administered)** |

**NOTICE OF WITHDRAWAL OF DELL FINANCIAL SERVICES L.L.C.'S
MOTION TO TERMINATE THE AUTOMATIC STAY OR, IN THE
<u>ALTERNATIVE, FOR ADEQUATE PROTECTION PAYMENTS</u>**

PLEASE TAKE NOTICE that Dell Financial Services L.L.C., by and through its undersigned counsel, hereby withdraws its *Motion to Terminate the Automatic Stay or, in the Alternative, for Adequate Protection Payments* [Dkt. No. 1221].

Dated:  May 30, 2019

                                    Respectfully submitted,

By:  */s/ Jonathan A. Grasso*
      Jonathan A. Grasso
      New York Bar No. 5622824
      Pierce McCoy, PLLC
      85 Broad Street, Suite 17-063
      New York, New York 10004
      Telephone:  (212) 320-8393
      Facsimile: (757) 257-0387
      jon@piercemccoy.com

and

Sabrina L. Streusand
Texas Bar No. 11701700
Streusand, Landon, Ozburn & Lemmon, LLP
1801 S. Mopac Expressway, Suite 320
Austin, Texas 78746
Telephone:  (512) 236-9901
Facsimile:   (512) 236-9904
streusand@slollp.com

**ATTORNEYS FOR DELL FINANCIAL SERVICES L.L.C.**

### CERTIFICATE OF SERVICE

      The undersigned hereby certified that a true and correct copy of the foregoing Notice of Withdrawal has  been served electronically via the Bankruptcy Court's ECF System on this 30th day of May, 2019 upon those parties registered to receive such notice by operation of the ECF System.

                                    */s/ Jonathan A. Grasso*
                                    Jonathan A. Grasso