UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SEARS HOLDINGS CORPORATION, et al.,** | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------------

### MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Erin A. West, request admission, *pro hac vice*, before the Honorable Judge Robert D. Drain, to represent Johnson Controls, Inc. ("Johnson Controls" and, together with its affiliates, including, but not limited to Tyco Retail Solutions, Sensormatic Electronics, LLC and Sensormatic Electronics Corp., "JCI"), a creditor in the above-referenced case.

***I certify that I am a member in good standing*** of the bar in the State of Wisconsin and the bar of the U.S. District Court for the Western District of Wisconsin.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

DATED:  May 30, 2019

                                                       GODFREY & KAHN, S.C.

                                                       By: /s/ Erin A. West
                                                            Erin A. West
                                                            Wisconsin State Bar No. 1075729
                                                            Attorneys for Johnson Controls, Inc.
                                                            One East Main Street, Suite 500
                                                            Madison, WI 53703
                                                            608-284-2277
                                                            ewest@gklaw.com