UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SEARS HOLDINGS CORPORATION, et al.,** | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------

### ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE

Upon the motion of Erin A. West, to be admitted, *pro hac vice*, to represent Johnson Controls, Inc. (together with its affiliates, including, but not limited to Tyco Retail Solutions, Sensormatic Electronics, LLC and Sensormatic Electronics Corp.) (the "Client"), a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Wisconsin and the bar of the U.S. District Court for the Western District of Wisconsin, it is hereby

ORDERED, that Erin A. West, is admitted to practice, pro hac vice, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____                                  _____

White Plains, New York                                            United States Bankruptcy Judge

20684013.1

2