YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rockefeller Center
1270 Avenue of the Americas, Suite 2210
New York, New York 10020
Tel: (212) 332-8840
Fax: (212) 332-8855
Pauline K. Morgan
Ryan M. Bartley
Travis G. Buchanan

*Counsel for the Debtors, Acting at the*
*Direction of the Restructuring Sub-Committee*

**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------x

**SEVENTH MONTHLY FEE STATEMENT OF**
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
**FOR COMPENSATION FOR SERVICES RENDERED**
**AND REIMBURSEMENT OF EXPENSES INCURRED**
**AS CONFLICTS COUNSEL FOR THE DEBTORS FOR THE PERIOD**
**FROM APRIL 1, 2019 THROUGH APRIL 30, 2019**

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Conflicts Counsel for the Debtors |
| Date of Retention: | November 13, 2018, *nunc pro tunc* to October 15, 2018 |
| Period for which compensation and reimbursement is sought: | April 1, 2019 through April 30, 2019 |
| Monthly Fees Incurred: | $50,159.50 |
| 20% Holdback: | $10,031.90 |
| Compensation Less 20% Holdback: | $40,127.60 |
| Monthly Expenses Incurred: | $402.15 |
| Total Fees and Expenses Due: | $40,529.75 |

This is a: __X__ monthly ____interim ____final application

      In accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 796] (the "Interim Compensation Order"),[2] Young Conaway Stargatt & Taylor, LLP ("Young Conaway") hereby submits this seventh monthly fee statement (the "Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as conflicts counsel to the Debtors for the period from April 1, 2019 through April 30, 2019 (the "Monthly Fee Period"). By this Monthly Fee Statement, Young Conaway seeks payment in the amount of $40,529.75 which is comprised of (i) $40,127.60, which represents eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Monthly Fee Period,

---

[2]    Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

01:24537965.1

and (ii) reimbursement of $402.15, which represents one hundred percent (100%) of actual and necessary expenses incurred in connection with such services.

## Services Rendered and Expenses Incurred

1.      Attached as Exhibit A is a summary of Young Conaway's professionals by individual, setting forth the (i) name, title, and department of each individual who provided services in connection with the Chapter 11 Cases during the Monthly Fee Period, (ii) aggregate hours spent by each individual, (iii) hourly billing rate for each such individual at Young Conaway's billing rates during the Monthly Fee Period, (iv) amount of fees earned by each Young Conaway professional, and (v) the number of years in practice for each attorney.  The blended hourly billing rate of Young Conaway attorneys during the Monthly Fee Period is approximately **$689.81**.  The blended hourly rate of paralegals and other non-legal staff during the Monthly Fee Period is approximately $**295.00**.

2.      Attached as Exhibit B is a summary of the services rendered and compensation sought, by project category, for the Monthly Fee Period.

3.      Attached as Exhibit C is a summary of expenses incurred and reimbursement sought, by expense type, for the Monthly Fee Period.

4.      Attached as Exhibit D is itemized time detail of Young Conaway professionals for the Monthly Fee Period and summary materials related thereto.  The description of the work done by counsel in the time detail may have been edited to protect the confidential and privileged nature of the work completed.

## Notice and Objection Procedures

5.      Notice of this Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179 (Attn: Rob Riecker, Luke Valentino, Esq.);  (ii) the attorneys for

the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 (Attn: Ray C. Schrock, P.C., Esq., Jacqueline Marcus, Esq., Garrett A. Fail, Esq., and Sunny Singh, Esq.); (iii) the U.S. Trustee, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Paul Schwartzberg, Esq., and Richard Morrissey, Esq.); (iv) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036 (Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.), attorneys for the Official Committee of Unsecured Creditors; and (v) Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036 (Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq.), attorneys for Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent (collectively, the "Notice Parties").

6.      Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **June 14, 2019** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

7.      If no Objections to this Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

01:24537965.1

If an Objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the Objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an Objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: May 30, 2019

*/s/ Pauline K. Morgan*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1270 Avenue of the Americas, Suite 2201
New York, New York 10020
Tel: (212) 332-8840
Fax: (212) 332-8855
Pauline K. Morgan
Ryan M. Bartley
Travis Buchanan

*Counsel for the Debtors, Acting at the Direction of the Restructuring Sub-Committee*

**<u>Exhibit A</u>**

**Compensation by Professional**

01:24537965.1

## SUMMARY OF MONTHLY FEE STATEMENT OF
## YOUNG CONAWAY STARGATT & TAYLOR, LLP FOR
## SERVICES RENDERED FOR THE PERIOD
## FROM APRIL 1, 2019 THROUGH APRIL 30, 2019

| Name of Partners and Counsel | Title | Department | Date of Fist Admission | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Pauline K. Morgan | Partner | Bankruptcy | 1987 | 975.00 | 16.80 | 16,380.00 |
| C. Barr Flinn | Partner | Corporate | 1993 | 975.00 | 5.10 | 4,972.50 |
| Ryan M. Bartley | Partner | Bankruptcy | 2007 | 625.00 | 13.10 | 8,187.50 |
| Michel S. Neiburg | Partner | Bankruptcy | | 600.00 | 5.90 | 3,540.00 |
| **Total Partners and Counsel:** | | | | | **40.90** | **33,080.00** |

| Name of Associate | Title | Department | Date of First Admission | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Travis Buchanan | Associate | Bankruptcy | 2011 | 530.00 | 8.60 | 4,558.00 |
| James M. Deal | Associate | Corporate | 2015 | 385.00 | 2.60 | 1,001.00 |
| Jared W. Kochenash | Associate | Bankruptcy | 2018 | 325.00 | 7.40 | 2,405.00 |
| **Total Associates/Law Clerks:** | | | | | **18.60** | **7,964.00** |

| Name of Paralegals and Other Non-Legal Staff | Title | Department | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|
| Brenda Walters | Paralegal | Bankruptcy | 295.00 | 30.90 | 9,115.50 |
| **Total Paralegals:** | | | | **30.90** | **9,115.50** |

| PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 735.45 | 40.90 | 33,080.00 |
| Associates/Law Clerks | 428.17 | 18.60 | 7,964.00 |
| Paralegals/Non-Legal Staff | 295.00 | 30.90 | 9,115.50 |
| Blended Attorney Rate | 689.81 | | |
| **Total Fees Incurred:** | | **90.40** | **50,159.50** |

01:24537965.1

**<u>Exhibit B</u>**

**Compensation by Task Code**

**AGGREGATE TIME SUMMARY BY TASK CODE**
**FOR THE PERIOD FROM APRIL 1, 2019 THROUGH APRIL 30, 2019**

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Cash Collateral/DIP Financing (B003) | .20 | 195.00 |
| Other Adversary Proceedings (B011) | 42.30 | 30,360.50 |
| Plan and Disclosure Statement (B012) | 2.90 | 2,547.50 |
| Retention of Professionals/Fee Issues (B017) | 11.70 | 5,092.50 |
| Fee Application Preparation (B018) | 33.30 | 11,964.00 |
| **TOTAL** | **90.40** | **50,159.50** |

## **Exhibit C**

**Expense Summary**

01:24537965.1

**AGGREGATE ITEMIZED DISBURSEMENTS**
**FOR THE PERIOD FROM APRIL 1, 2019 THROUGH APRIL 30, 2019**

| Expenses Category | Total Expenses ($) |
|---|---|
| Docket Retrieval/Search | 12.50 |
| Postage | 2.35 |
| Reproduction Charges | 387.30 |
| **TOTAL** | **402.15** |

01:24537965.1

**Exhibit D**

**Time Detail**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)

TAX I.D. NO. 51-0082644

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6707

Writer's E-Mail
pmorgan@ycst.com

Sears Holdings Corporation
333 Beverly Rd
c/o Alan Carr, Director
Hoffman Estates, IL 60178

Invoice Date:           May 10, 2019
Invoice Number:           50005823
Matter Number:          072902.1003

Re:  Debtor Representation

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 50,159.50 |
| Disbursements | $ | 402.15 |
| Total Due This Invoice | $ | 50,561.65 |

Sears Holdings Corporation

| | |
|---|---|
| Invoice Date: | May 10, 2019 |
| Invoice Number: | 50005823 |
| Matter Number: | 072902.1003 |

**Time Detail**

**Task Code:**    B003    Cash Collateral/DIP Financing

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/22/19 | PMORG | Emails with Paul, Weiss team re: weekly carve-out reporting | 0.10 | 975.00 | 97.50 |
| 04/30/19 | PMORG | Emails with Paul Weiss team re: carve-out reporting | 0.10 | 975.00 | 97.50 |
| | | **Total** | **0.20** | | **195.00** |

**Task Code:**    B011    Other Adversary Proceedings

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/11/19 | PMORG | Review status of discovery matters | 0.10 | 975.00 | 97.50 |
| 04/16/19 | MNEIB | Emails with R. Bartley re: subpoena issues | 0.20 | 600.00 | 120.00 |
| 04/16/19 | MNEIB | Email to D. Giller re: subpoena issues | 0.10 | 600.00 | 60.00 |
| 04/16/19 | PMORG | Review draft complaint against ESL-related entities and former directors | 2.00 | 975.00 | 1,950.00 |
| 04/16/19 | RBART | Review draft complaint | 1.00 | 625.00 | 625.00 |
| 04/17/19 | BWALT | Email from/to R. Bartley and to S. Avidan re: signature block for YCST | 0.10 | 295.00 | 29.50 |
| 04/17/19 | JKOCH | Review and analyze issues related to complaint (1.8); confer with R. Bartley re: issues related to complaint (.1) | 1.90 | 325.00 | 617.50 |
| 04/17/19 | TBUCH | Review and analyze issues related to complaint | 2.30 | 530.00 | 1,219.00 |
| 04/17/19 | PMORG | Confer with R. Bartley re: draft complaint against ESL parties (.4); calls with R. Britton re: same (.1), calls with R. Bartley re: same (.2); meet with R. Bartley re: same (.5); conference call with J. Hurwitz, R. Britton, R. Bartley re: same (.3); call with R. Britton re: further modifications to complaint (.1); follow-up emails re: same (.2); Review revised complaint (.7) | 2.80 | 975.00 | 2,730.00 |

Sears Holdings Corporation

| | | Invoice Date: | | | May 10, 2019 |
| | | Invoice Number: | | | 50005823 |
| | | Matter Number: | | | 072902.1003 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/17/19 | RBART | Review various drafts of complaint and review and analyze issues related to complaint in connection with review (2.0); Discussions with P. Morgan (.7); call with P. Morgan, J. Hurwitz and R. Britton re: complaint (.3); discussions with R. Bissell re: complaint (.4); call with T. Lii and S. Avidan re: complaint (.2); confer with T. Buchanan and J. Kochenash issues related to complaint (.2) | 3.80 | 625.00 | 2,375.00 |
| 04/18/19 | RBART | Correspondence with D. Giller re: service of complaint | 0.10 | 625.00 | 62.50 |
| 04/18/19 | PMORG | Review final version of complaint, changes to same (.8); Review emails from co-counsel, R. Bartley re: service of same (.1) | 0.90 | 975.00 | 877.50 |
| 04/19/19 | MNEIB | Emails with D. Shamah and R. Bartley re: complaint and summons (.1); discussion with R. Bartley re: same (.1) | 0.20 | 600.00 | 120.00 |
| 04/19/19 | PMORG | Review emails from R. Bartley, D. Shamah re: service of complaint on Tisch | 0.10 | 975.00 | 97.50 |
| 04/19/19 | RBART | Calls and correspondence with D. Shamah (.2) and D. Giller (.2) re: effecting service of complaint on T. Tisch; call with M. Neiburg re: background of complaint and go-forward steps (.1) | 0.50 | 625.00 | 312.50 |
| 04/22/19 | PMORG | Call with R. Bartley re: adversary complaint | 0.10 | 975.00 | 97.50 |
| 04/22/19 | RBART | Discussion with P. Morgan re: preparation for prosecution of complaint and follow up to B. Britton (.2), review correspondence from M. Neiburg re: pending 2004 discovery requests (.1) | 0.30 | 625.00 | 187.50 |
| 04/22/19 | MNEIB | Emails with D. Giller re: subpoena issues | 0.10 | 600.00 | 60.00 |
| 04/23/19 | BWALT | Emails with R. Bartley and D. Giller; complete service of summons and complaint upon T. Tisch and file affidavit of service | 1.70 | 295.00 | 501.50 |
| 04/23/19 | PMORG | Emails with R. Bartley re: D&O litigation | 0.20 | 975.00 | 195.00 |

Sears Holdings Corporation

| | | Invoice Date: | May 10, 2019 |
| | | Invoice Number: | 50005823 |
| | | Matter Number: | 072902.1003 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 04/23/19 | RBART | Call with B. Britton re: adversary complaint and strategy (.1); follow up to YCST team re: same (.5); confer with D. Shamah, B. Walters and D. Giller re: effectuating service and review and approve COS (.3) | 0.90 | 625.00 | 562.50 |
| 04/23/19 | MNEIB | Emails from D. Shamah and R. Bartley re: service of complaint and summons | 0.10 | 600.00 | 60.00 |
| 04/23/19 | MNEIB | Emails with R. Bartley re: complaint and status of adversary proceeding | 0.20 | 600.00 | 120.00 |
| 04/24/19 | BFLIN | Confer with R. Bartley re background | 0.50 | 975.00 | 487.50 |
| 04/24/19 | RBART | Review materials in advance of meeting (.3) and meet with B. Flinn re: background of litigation (.3); follow up to B. Flinn re: bankruptcy court considerations (.2); follow up to J. Hurwitz and M. Neiburg re: same and developing strategy (.1) | 0.90 | 625.00 | 562.50 |
| 04/24/19 | MNEIB | Emails with R. Bartley re: complaint and related issues | 0.10 | 600.00 | 60.00 |
| 04/25/19 | RBART | Correspondence and Call with D. Giller re: background and supporting documents for complaint (.3); conference with P. Morgan re: litigation (.1); follow up with YCST team and D. Giller re: various issues related to complaint, adversary proceeding and strategy for same (.5) | 0.90 | 625.00 | 562.50 |
| 04/25/19 | PMORG | Confer with R. Bartley re: adversary complaint and review emails from Paul Weiss team and R. Bartley re: same (.3); review supporting documents re: same (.7) | 1.00 | 975.00 | 975.00 |
| 04/25/19 | BWALT | Email from R. Bartley; review and preserve to electronic files materials related to adversary complaint | 0.30 | 295.00 | 88.50 |
| 04/25/19 | MNEIB | Emails with J. Hurwitz, B. Flinn and R. Bartley re: case status issues | 0.20 | 600.00 | 120.00 |
| 04/25/19 | TBUCH | Review complaint | 0.20 | 530.00 | 106.00 |
| 04/29/19 | PMORG | Review interview and deposition transcripts re: D&O adversary proceeding | 3.00 | 975.00 | 2,925.00 |
| 04/29/19 | MNEIB | Review complaint against E. Lampert and others and related diligence materials | 2.20 | 600.00 | 1,320.00 |
| 04/29/19 | JDEAL | Review and analyze complaint | 1.10 | 385.00 | 423.50 |

Sears Holdings Corporation

| | | | Invoice Date: | | May 10, 2019 |
| | | | Invoice Number: | | 50005823 |
| | | | Matter Number: | | 072902.1003 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 04/30/19 | RBART | Discussions with P. Morgan and M. Neiburg in advance of meeting re: agenda and Rule 45 subpoenas (.2); call with YCST team and Paul Weiss team (.8) and related discussions with YCST team (.2) re: background, strategy for prosecuting complaint | 1.20 | 625.00 | 750.00 |
| 04/30/19 | PMORG | Conference call with J. Hurwitz, D. Giller and YCST team (R. Bartley, B. Flinn, M. Neiburg, J. Deal) re: D&O adversary action (.8); follow-up discussion with YCST team re: same (.2); Review documents in preparation for same (1.4) | 2.40 | 975.00 | 2,340.00 |
| 04/30/19 | JDEAL | Meet with YCST team re: strategy | 0.10 | 385.00 | 38.50 |
| 04/30/19 | JDEAL | Meet with B. Flinn re: strategy | 0.10 | 385.00 | 38.50 |
| 04/30/19 | JDEAL | Review filed complaint | 1.10 | 385.00 | 423.50 |
| 04/30/19 | JDEAL | Prepare for phone call with Paul Weiss | 0.20 | 385.00 | 77.00 |
| 04/30/19 | MNEIB | Prepare for (.60) and participate in (.80) call with J. Hurwitz, D. Giller, B. Flinn, P. Morgan and R. Bartley re: complaint and litigation strategy issues | 1.40 | 600.00 | 840.00 |
| 04/30/19 | MNEIB | Review due diligence materials relating to complaint | 1.10 | 600.00 | 660.00 |
| 04/30/19 | BFLIN | Reviewed complaint in preparation for teleconference | 3.60 | 975.00 | 3,510.00 |
| 04/30/19 | BFLIN | Teleconference with Paul Weiss re background re: adversary complaint | 0.80 | 975.00 | 780.00 |
| 04/30/19 | BFLIN | Office conference re results of teleconference with Paul Weiss | 0.20 | 975.00 | 195.00 |
| | | **Total** | **42.30** | | **30,360.50** |

**Task Code:** B012   Plan and Disclosure Statement

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 04/14/19 | PMORG | Review exclusivity extension motion | 0.20 | 975.00 | 195.00 |
| 04/16/19 | PMORG | Emails from Paul, Weiss team re: plan and disclosure statement and complaint and board authorizations re: same (.1); call with R. Bartley re: same (.1); brief review of draft Plan (.6) | 0.80 | 975.00 | 780.00 |
| 04/16/19 | RBART | Correspondence and call with T. Lii (.2); call with P Morgan (.1); brief review of revised Plan and DS (.3); review of complaint (.2) | 0.80 | 625.00 | 500.00 |

Sears Holdings Corporation

| | |
|---|---|
| Invoice Date: | May 10, 2019 |
| Invoice Number: | 50005823 |
| Matter Number: | 072902.1003 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/22/19 | PMORG | Review plan and disclosure statement | 1.10 | 975.00 | 1,072.50 |
| | | **Total** | **2.90** | | **2,547.50** |

**Task Code:** B017    Retention of Professionals/Fee Issues

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/11/19 | JKOCH | Review and revise interim fee application | 2.60 | 325.00 | 845.00 |
| 04/11/19 | TBUCH | Review and revise first interim fee application | 1.60 | 530.00 | 848.00 |
| 04/12/19 | JKOCH | Further revise interim fee application | 2.30 | 325.00 | 747.50 |
| 04/12/19 | TBUCH | Review and revise first interim fee application | 1.20 | 530.00 | 636.00 |
| 04/13/19 | JKOCH | Review and revise interim fee application | 0.60 | 325.00 | 195.00 |
| 04/13/19 | TBUCH | Review and revise first interim fee application | 0.20 | 530.00 | 106.00 |
| 04/14/19 | RBART | Correspondence with A. Carr and B. Transier re: quarterly fee app and budgeting required by UST guidelines | 0.20 | 625.00 | 125.00 |
| 04/14/19 | TBUCH | Review, revise, and finalize first interim fee application | 3.00 | 530.00 | 1,590.00 |
| | | **Total** | **11.70** | | **5,092.50** |

**Task Code:** B018    Fee Application Preparation

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/02/19 | BWALT | Prepare YCST first interim fee application | 1.50 | 295.00 | 442.50 |
| 04/03/19 | BWALT | Draft YCST interim fee application | 4.00 | 295.00 | 1,180.00 |
| 04/04/19 | BWALT | Draft YCST interim fee application | 6.30 | 295.00 | 1,858.50 |
| 04/05/19 | TBUCH | Review YCST fee application | 0.10 | 530.00 | 53.00 |
| 04/05/19 | BWALT | Draft YCST interim fee application | 5.00 | 295.00 | 1,475.00 |
| 04/08/19 | BWALT | Draft first interim fee application | 3.40 | 295.00 | 1,003.00 |
| 04/09/19 | BWALT | Draft first interim fee application | 3.70 | 295.00 | 1,091.50 |
| 04/10/19 | BWALT | Finalize exhibits and email draft interim fee application to T. Buchanan | 1.50 | 295.00 | 442.50 |
| 04/11/19 | RBART | Confer with and follow up correspondence with T. Buchanan and J. Kochenash re: interim fee request | 0.20 | 625.00 | 125.00 |
| 04/12/19 | RBART | Review and comment on fee application (1.4); discussions with J. Kochenash re: same (.3) | 1.70 | 625.00 | 1,062.50 |

Sears Holdings Corporation

| | |
|---|---|
| Invoice Date: | May 10, 2019 |
| Invoice Number: | 50005823 |
| Matter Number: | 072902.1003 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/13/19 | RBART | Correspondence with T. Buchanan and J. Kochenash re: revisions to fee application | 0.10 | 625.00 | 62.50 |
| 04/14/19 | PMORG | Review and revise YCST's first interim fee application (1.0); Review revisions to same (.30); Emails with R. Bartley re: same (.10) | 1.40 | 975.00 | 1,365.00 |
| 04/14/19 | PMORG | Review March fee exhibits to ensure protection of privilege and compliance with local rules | 0.20 | 975.00 | 195.00 |
| 04/14/19 | RBART | Correspondence with T. Buchanan, P. Morgan and J. Kochenash re: fee application (.3); review revisions to same (.2) | 0.50 | 625.00 | 312.50 |
| 04/15/19 | BWALT | Emails from/to T. Buchanan (.1); emails with M. Tattnall, and C. Toto (.2); review, finalize and email interim fee application to Paul Weiss team for filing and service (.6) | 0.90 | 295.00 | 265.50 |
| 04/15/19 | PMORG | Final review of first interim fee application and emails with YCST team re: same | 0.20 | 975.00 | 195.00 |
| 04/29/19 | PMORG | Review March fee statement | 0.10 | 975.00 | 97.50 |
| 04/29/19 | BWALT | Prepare YCST sixth monthly fee application | 1.60 | 295.00 | 472.00 |
| 04/30/19 | BWALT | Emails with R. Bartley re: YCST sixth monthly fee statement (.2); Finalize for filing and email to Paul Weiss, circulate as-filed statement, and update files (.7) | 0.90 | 295.00 | 265.50 |
| | | **Total** | **33.30** | | **11,964.00** |

Sears Holdings Corporation

| | |
|---|---|
| Invoice Date: | May 10, 2019 |
| Invoice Number: | 50005823 |
| Matter Number: | 072902.1003 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BWALT | Brenda Walters | Paralegal | 30.90 | 295.00 | 9,115.50 |
| BFLIN | C. Barr Flinn | Partner | 5.10 | 975.00 | 4,972.50 |
| JDEAL | James M. Deal | Associate | 2.60 | 385.00 | 1,001.00 |
| JKOCH | Jared W. Kochenash | Associate | 7.40 | 325.00 | 2,405.00 |
| MNEIB | Michael S. Neiburg | Partner | 5.90 | 600.00 | 3,540.00 |
| PMORG | Pauline K. Morgan | Partner | 16.80 | 975.00 | 16,380.00 |
| RBART | Ryan M. Bartley | Partner | 13.10 | 625.00 | 8,187.50 |
| TBUCH | Travis G. Buchanan | Associate | 8.60 | 530.00 | 4,558.00 |
| **Total** | | | **90.40** | | **$50,159.50** |

Sears Holdings Corporation

| | |
|---|---|
| Invoice Date: | May 10, 2019 |
| Invoice Number: | 50005823 |
| Matter Number: | 072902.1003 |

**Task Summary**

**Task Code:B003**            **Cash Collateral/DIP Financing**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Pauline K. Morgan | Partner | 0.20 | 975.00 | 195.00 |
| **Total** | | **0.20** | | **195.00** |

**Task Code:B011**            **Other Adversary Proceedings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| C. Barr Flinn | Partner | 5.10 | 975.00 | 4,972.50 |
| Michael S. Neiburg | Partner | 5.90 | 600.00 | 3,540.00 |
| Pauline K. Morgan | Partner | 12.60 | 975.00 | 12,285.00 |
| Ryan M. Bartley | Partner | 9.60 | 625.00 | 6,000.00 |
| James M. Deal | Associate | 2.60 | 385.00 | 1,001.00 |
| Jared W. Kochenash | Associate | 1.90 | 325.00 | 617.50 |
| Travis G. Buchanan | Associate | 2.50 | 530.00 | 1,325.00 |
| Brenda Walters | Paralegal | 2.10 | 295.00 | 619.50 |
| **Total** | | **42.30** | | **30,360.50** |

**Task Code:B012**            **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Pauline K. Morgan | Partner | 2.10 | 975.00 | 2,047.50 |
| Ryan M. Bartley | Partner | 0.80 | 625.00 | 500.00 |
| **Total** | | **2.90** | | **2,547.50** |

**Task Code:B017**            **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Ryan M. Bartley | Partner | 0.20 | 625.00 | 125.00 |
| Jared W. Kochenash | Associate | 5.50 | 325.00 | 1,787.50 |
| Travis G. Buchanan | Associate | 6.00 | 530.00 | 3,180.00 |
| **Total** | | **11.70** | | **5,092.50** |

**Task Code:B018**            **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Pauline K. Morgan | Partner | 1.90 | 975.00 | 1,852.50 |
| Ryan M. Bartley | Partner | 2.50 | 625.00 | 1,562.50 |
| Travis G. Buchanan | Associate | 0.10 | 530.00 | 53.00 |
| Brenda Walters | Paralegal | 28.80 | 295.00 | 8,496.00 |
| **Total** | | **33.30** | | **11,964.00** |

Sears Holdings Corporation

| | |
|---|---|
| Invoice Date: | May 10, 2019 |
| Invoice Number: | 50005823 |
| Matter Number: | 072902.1003 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|---------:|-------:|
| 03/04/19 | Docket Retrieval / Search | 25.00 | 2.50 |
| 03/18/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/28/19 | Docket Retrieval / Search | 70.00 | 7.00 |
| 04/02/19 | Reproduction Charges | 8.00 | 0.80 |
| 04/03/19 | Reproduction Charges | 42.00 | 4.20 |
| 04/10/19 | Reproduction Charges | 41.00 | 4.10 |
| 04/11/19 | Reproduction Charges | 43.00 | 4.30 |
| 04/12/19 | Reproduction Charges | 17.00 | 1.70 |
| 04/15/19 | Reproduction Charges | 20.00 | 2.00 |
| 04/16/19 | Reproduction Charges | 130.00 | 13.00 |
| 04/17/19 | Reproduction Charges | 236.00 | 23.60 |
| 04/23/19 | Postage | 1.00 | 2.35 |
| 04/23/19 | Reproduction Charges | 110.00 | 11.00 |
| 04/24/19 | Reproduction Charges | 110.00 | 11.00 |
| 04/25/19 | Reproduction Charges | 1,179.00 | 117.90 |
| 04/29/19 | Reproduction Charges | 105.00 | 10.50 |
| 04/29/19 | Reproduction Charges | 150.00 | 120.00 |
| 04/30/19 | Reproduction Charges | 632.00 | 63.20 |
| | **Total** | | **$402.15** |

Sears Holdings Corporation

| | |
|---|---|
| Invoice Date: | May 10, 2019 |
| Invoice Number: | 50005823 |
| Matter Number: | 072902.1003 |

**Cost Summary**

| Description | Amount |
|---|---|
| Docket Retrieval / Search | 12.50 |
| Postage | 2.35 |
| Reproduction Charges | 387.30 |
| **Total** | **$402.15** |