UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
NEW YORK

In re:

Sears Holdings Corporation, *et al.*

Debtors.[1]

Chapter 11

Case No. 18-BK-23538 (RDD)

Jointly Administered

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Christopher T. Conrad, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent QBE Insurance Corporation, a movant in the above-referenced case.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn &Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc.(7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co.(6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1

*I certify that I am a member in good standing* of the bar in the State of Illinois and the bar of the U.S. District Court for the Northern District of Illinois

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  May 28, 2019
New York, New York

_____
Christopher T. Conrad
Wilford Conrad LLP
18-6 East Dundee Road
Suite 150
Barrington, Illinois 60010
Phone: 224-848-4721
Email: cconrad@wilfordconrad.com
*Attorney for QBE Insurance Corporation*