**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | § | Case No. 18-23538 (RDD) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**FEE STATEMENT OF HOULIHAN LOKEY CAPITAL, INC.**
**FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM**
**APRIL 1, 2019 THROUGH APRIL 30, 2019**

| | | |
|---|---|---|
| **Name of Applicant:** | **Houlihan Lokey Capital, Inc.** | |
| **Applicant's Role in Case:** | **Investment Banker for the Official Committee of Unsecured Creditors** | |
| **Date of Retention:** | **December 19, 2018,** *nunc pro tunc* **to October 29, 2018** | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this statement:** | **4/1/19** | **4/30/19** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| Summary of Total Fees and Expenses Requested: | |
|---|---|
| **Total fees requested in this statement:** | **$100,000.00 (80% of $125,000.00)** |
| **Total expenses requested in this statement:** | **$22.06** |
| **Total fees and expenses requested in this statement (inclusive of holdback amount):** | **$125,022.06** |
| **Summary of Professional Fees Requested:** | |
| **Total professional fees requested in this statement:** | **$125,022.06** |

### Summary of Expenses for the Fee Period

| Expense Categories | Amount |
|---|---|
| Airfare | $0.00 |
| Lodging | 0.00 |
| Ground Transportation | 0.00 |
| Travel and Overtime Meals | 15.08 |
| Travel Telephone and Data | 6.98 |
| Delivery | 0.00 |
| **Total** | **$22.06** |

### Summary of Payment Requested

| Fee Period | Current Fee (Net of Holdback) | Holdback | Expenses | Prepayment | Amount |
|---|---|---|---|---|---|
| 4/1-4/30 | $100,000.00 | $25,000.00 | $22.06 | NA | $125,022.06 |
| **Total** | **$100,000.00** | **$25,000.00** | **$22.06** | **NA** | **$125,022.06** |

### Summary of Hours for the Fee Period

| Name of Professional | Position | Amount |
|---|---|---|
| Saul Burian | Managing Director | 46.5 |
| Eric Siegert | Senior Managing Director | 0.0 |
| Brad Geer | Managing Director | 0.0 |
| Surbhi Gupta | Director | 0.0 |
| Greg Rinsky | Director | 0.0 |
| Tom Hedus | Senior Vice President | 50.5 |
| Ross Rosenstein | Associate | 16.5 |
| Ryan Conroy | Associate | 0.0 |
| John Hartigan | Associate | 40.0 |
| Ahmed Mumtaz | Associate | 0.0 |
| Tanya Wong | Associate | 1.0 |
| Jack Foster | Analyst | 46.0 |
| James Lai | Analyst | 27.0 |
| Natalie Weelborg | Analyst | 0.0 |
| Andrew Felman | Analyst | 0.0 |
| Jenner Currier | Analyst | 0.0 |
| Matthew Stadtmauer | Analyst | 0.0 |
| **Total** | | **227.5** |

**Summary of Hours for the Fee Period**

| Task Category | Amount |
|---|---|
| General Case Administration | 49.0 |
| Correspondence with Debtor and Other Stakeholders | 31.5 |
| Correspondence with Official Committee of Unsecured Creditors | 29.0 |
| Analysis, Presentations, and Due Diligence | 106.5 |
| Financing Diligence and Analysis | 0.0 |
| Litigation Diligence and Analysis | 11.5 |
| Real Estate Analysis | 0.0 |
| **Total** | **227.5** |

Respectfully Submitted,

Dated: May 30, 2019

Saul E. Burian, Managing Director
Houlihan Lokey Capital, Inc.
245 Park Ave.
20th Floor
New York, NY 10167

*Investment Banker for the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al.*

**<u>Exhibit A</u>**



**Invoice #  32925**

**PERSONAL & CONFIDENTIAL**                                      May 13, 2019

The Official Committee (the "Committee") of Unsecured Creditors        Client #  63300
of Sears Holding Corporation                                          Case #  87394
and its affiliated debtors and debtors-in-possession
(the "Debtors")


**Professional Fees**

| | | |
|---|---:|---:|
| Monthly Fee due on April 28, 2019 | $    250,000.00 | |
| Less: Monthly Fee Credit | (125,000.00) | |
| Less 20% Holdback | (25,000.00) | |
| Professional Fees Due | | $    100,000.00 |

**Out of Pocket Expenses**

| | | |
|---|---:|---:|
| Travel and Overtime Meals | $    15.08 | |
| Travel Telephone and Data | 6.98 | |
| Out of Pocket Expenses Due | | $    22.06 |


**TOTAL AMOUNT DUE AND PAYABLE**                  **$    100,022.06**


**PAYMENT DUE UPON RECEIPT**

| Please Send Checks To: | Wire Transfer Instructions: |
|---|---|
| Houlihan Lokey Capital, Inc. | Bank of America |
| Accounts Receivable Department | Wire Transfer ABA #026009593 |
| 10250 Constellation Boulevard, 5th Floor | ACH ABA #121000358 |
| Los Angeles, California 90067-6802 | fbo Houlihan Lokey Capital, Inc. |
| | Account #1453120593 |
| | Swift Code (Int'l Wires Only): BOFAUS3N |
| | Federal ID #95-4024056 |

245 Park Avenue, 20th Floor • New York, New York 10167 • tel.212.497.4100 • fax.212.661.3070 • www.HL.com
Broker-dealer services through Houlihan Lokey Capital, Inc.

**Exhibit B**

**Houlihan Lokey - Sears Holdings Corporation Work Hours Summary**
**(Mar 01, 2019 - Apr 29, 2019)**

| Employee | A | B | C | D | E | F | G | Total |
|---|---|---|---|---|---|---|---|---|
| Saul Burian | 7.0 | 7.5 | 8.0 | 22.5 | 0.0 | 1.5 | 0.0 | 46.5 |
| Eric Siegert | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Brad Geer | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Surbhi Gupta | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Greg Rinsky | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Tom Hedus | 11.0 | 7.0 | 6.5 | 24.0 | 0.0 | 2.0 | 0.0 | 50.5 |
| Ross Rosenstein | 1.0 | 2.0 | 2.5 | 9.0 | 0.0 | 2.0 | 0.0 | 16.5 |
| Ryan Conroy | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| John Hartigan | 9.5 | 7.0 | 4.0 | 17.5 | 0.0 | 2.0 | 0.0 | 40.0 |
| Ahmed Mumtaz | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Tanya Wong | 0.0 | 0.0 | 0.0 | 1.0 | 0.0 | 0.0 | 0.0 | 1.0 |
| Jack Foster | 10.0 | 5.0 | 5.5 | 23.5 | 0.0 | 2.0 | 0.0 | 46.0 |
| James Lai | 10.5 | 3.0 | 2.5 | 9.0 | 0.0 | 2.0 | 0.0 | 27.0 |
| Natalie Weelborg | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Andrew Felman | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Jenner Currier | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Matthew Stadtmauer | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total** | **49.0** | **31.5** | **29.0** | **106.5** | **0.0** | **11.5** | **0.0** | **227.5** |

**Legend**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | **Hours for:** | **Saul Burian** |
|---|---|---|
|  | **Total Hours:** | **46.5** |

| | Task Reference Table |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, April 02, 2019 | A | General Case Administration | 0.5 | Record Maintenance - Hours |
| Tuesday, April 02, 2019 | A | General Case Administration | 0.5 | Review Incremental Conflicts Check |
| Wednesday, April 03, 2019 | A | General Case Administration | 0.5 | Review and Update Burian Declaration re: Discussion w/ Akin |
| Wednesday, April 03, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Review Weil Draft Plan Documents |
| Thursday, April 04, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Administrative Solvency Analysis |
| Thursday, April 04, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Wilmington Trust Cash Collateral Motion |
| Thursday, April 04, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Committee Call |
| Friday, April 05, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Call w/ M-III re: Estate Tracker |
| Friday, April 05, 2019 | B | Correspondence with Debtor and Other Stakeholders | 2.0 | Discussions Regarding Plan, Board, etc. |
| Monday, April 08, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review of Transform HoldCo Sears Hometown Offer |
| Tuesday, April 09, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Follow-Up re: Plan Issues |
| Wednesday, April 10, 2019 | A | General Case Administration | 1.0 | Update and Review Interim Fee Application |
| Thursday, April 11, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Latest Administrative Solvency Tracker |
| Thursday, April 11, 2019 | A | General Case Administration | 1.0 | Update and Review Interim Fee Application |
| Thursday, April 11, 2019 | A | General Case Administration | 0.5 | Internal Discussion on Preference Proposals |
| Thursday, April 11, 2019 | F | Litigation Diligence and Analysis | 1.5 | Review of Litigation Claims and Sale Issues |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **Saul Burian** | |
| **Total Hours:** | **46.5** | |

| | Task Reference Table |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, April 12, 2019 | A | General Case Administration | 1.0 | Review of Interim Fee Application |
| Friday, April 12, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Issues re: PBGC Settlement |
| Monday, April 15, 2019 | A | General Case Administration | 0.5 | Update Interim Fee Application |
| Monday, April 15, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Call w/ M-III re: Decon Waterfall Analysis |
| Monday, April 15, 2019 | A | General Case Administration | 0.5 | Finalize Interim Fee Application |
| Monday, April 15, 2019 | A | General Case Administration | 0.5 | Internal Discussion re: Case Status |
| Monday, April 15, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Follow-Up re: Plan Issues |
| Tuesday, April 16, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Follow-up re: Committee Issues |
| Wednesday, April 17, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Discussion w/ UCC Professionals re: Case Status |
| Thursday, April 18, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discussion w/ UCC Professionals re: Case Status |
| Thursday, April 18, 2019 | D | Analysis, Presentations, and Due Diligence | 2.5 | Review Disclosure Statement |
| Friday, April 19, 2019 | D | Analysis, Presentations, and Due Diligence | 1.5 | Disclosure Statement Issues |
| Friday, April 19, 2019 | D | Analysis, Presentations, and Due Diligence | 3.0 | Review Adversary Compaint |
| Sunday, April 21, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review M-III Recovery & Solvency Analyses |
| Monday, April 22, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Review Adversary Compaint |
| Monday, April 22, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Internal Discussion re: Adversary Complaint |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **Saul Burian** | |
| **Total Hours:** | **46.5** | |

| | Task Reference Table |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, April 22, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.5 | Committee Call Discussing Adversary Complaint |
| Monday, April 22, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Call w/ M-III re: Entity Analysis |
| Monday, April 22, 2019 | A | General Case Administration | 0.5 | Review Wilmington Objection to HL Fee Statement |
| Monday, April 22, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Follow-up re: Plan Issues |
| Tuesday, April 23, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discussion Regarding Wilmington Trust |
| Tuesday, April 23, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Discussion w/ M-III and Members of Debtors' Restructuring Subcommittee re: Plan Issues |
| Tuesday, April 23, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Discussion w/ UCC Professionals re: Plan Governance |
| Wednesday, April 24, 2019 | B | Correspondence with Debtor and Other Stakeholders | 0.5 | Follow-up re: Discussions |
| Wednesday, April 24, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Follow-up re: Discussions |
| Friday, April 26, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Proposed Cyrus Settlement |
| Friday, April 26, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Internal Discussion re: Solvency Presentation by HL |
| Monday, April 29, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Administrative Solvency Analysis |
| Monday, April 29, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review HL Solvency Analysis |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Eric Siegert** |
| **Total Hours:** | **0.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Brad Geer** |
| **Total Hours:** | **0.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|------|------|-----------|-------|---------------------------|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Surbhi Gupta** |
| **Total Hours:** | **0.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Greg Rinsky** |
| **Total Hours:** | **0.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

**Hours for:**     **Tom Hedus**
**Total Hours:**     **50.5**

| | Task Reference Table |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, April 01, 2019 | A | General Case Administration | 0.5 | Record Maintenance - Hours |
| Monday, April 01, 2019 | A | General Case Administration | 1.0 | Incremental Conflicts Check |
| Tuesday, April 02, 2019 | A | General Case Administration | 0.5 | Record Maintenance - Hours |
| Tuesday, April 02, 2019 | A | General Case Administration | 0.5 | Review Incremental Conflicts Check |
| Tuesday, April 02, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Latest Administrative Solvency Tracker |
| Wednesday, April 03, 2019 | A | General Case Administration | 0.5 | Review and Update Burian Declaration re: Discussion w/ Akin |
| Wednesday, April 03, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Call w/ M-III re: Intercompany Reconciliation |
| Wednesday, April 03, 2019 | F | Litigation Diligence and Analysis | 2.0 | Review Preference Litigator Proposals |
| Wednesday, April 03, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Chapter 11 Plan Draft from Weil |
| Wednesday, April 03, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Review Weil Draft Plan Documents |
| Thursday, April 04, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Latest Administrative Solvency Tracker |
| Thursday, April 04, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Wilmington Trust Cash Collateral Motion |
| Thursday, April 04, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Committee Call |
| Friday, April 05, 2019 | B | Correspondence with Debtor and Other Stakeholders | 2.0 | Discussions Regarding Plan, Board, etc. |
| Tuesday, April 09, 2019 | A | General Case Administration | 2.0 | Update Interim Fee Application |
| Wednesday, April 10, 2019 | A | General Case Administration | 2.0 | Update and Review Interim Fee Application |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **Tom Hedus** | |
| **Total Hours:** | **50.5** | |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, April 11, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Latest Administrative Solvency Tracker |
| Thursday, April 11, 2019 | A | General Case Administration | 1.0 | Update and Review Interim Fee Application |
| Thursday, April 11, 2019 | A | General Case Administration | 0.5 | Internal Discussion on Preference Proposals |
| Friday, April 12, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Call w/ M-III re: Estate Tracker |
| Friday, April 12, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Issues re: PBGC Settlement |
| Monday, April 15, 2019 | A | General Case Administration | 0.5 | Update Interim Fee Application |
| Monday, April 15, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Call w/ M-III re: Decon Waterfall Analysis |
| Monday, April 15, 2019 | A | General Case Administration | 0.5 | Internal Discussion re: Case Status |
| Monday, April 15, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Follow-Up re: Plan Issues |
| Tuesday, April 16, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Follow-up re: Committee Issues |
| Wednesday, April 17, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Discussion w/ UCC Professionals re: Case Status |
| Thursday, April 18, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Review Plan and Disclosure Statement |
| Thursday, April 18, 2019 | A | General Case Administration | 1.0 | Hearing re: ESL Disputes and Other Matters |
| Thursday, April 18, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discussion w/ UCC Professionals re: Case Status |
| Friday, April 19, 2019 | D | Analysis, Presentations, and Due Diligence | 3.0 | Review Adversary Compaint |
| Monday, April 22, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Review Adversary Compaint |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **Tom Hedus** | |
| **Total Hours:** | **50.5** | |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, April 22, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Internal Discussion re: Adversary Complaint |
| Monday, April 22, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.5 | Committee Call Discussing Adversary Complaint |
| Monday, April 22, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Call w/ M-III re: Entity Analysis |
| Monday, April 22, 2019 | A | General Case Administration | 0.5 | Review Wilmington Objection to HL Fee Statement |
| Tuesday, April 23, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discussion Regarding Wilmington Trust |
| Tuesday, April 23, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Discussion w/ M-III and Members of Debtors' Restructuring Subcommittee re: Plan Issues |
| Tuesday, April 23, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Discussion w/ UCC Professionals re: Plan Governance |
| Friday, April 26, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Update Administrative Solvency Analysis |
| Friday, April 26, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Administrative Solvency Analysis |
| Friday, April 26, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Proposed Cyrus Settlement |
| Friday, April 26, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Internal Discussion re: Solvency Presentation by HL |
| Monday, April 29, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Administrative Solvency Analysis |
| Monday, April 29, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review HL Solvency Analysis |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Ross Rosenstein** |
| **Total Hours:** | **16.5** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, April 02, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Latest Administrative Solvency Tracker |
| Wednesday, April 03, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Call w/ M-III re: Intercompany Reconciliation |
| Wednesday, April 03, 2019 | F | Litigation Diligence and Analysis | 2.0 | Review Preference Litigator Proposals |
| Thursday, April 04, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Committee Call |
| Thursday, April 11, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Latest Administrative Solvency Tracker |
| Friday, April 19, 2019 | A | General Case Administration | 0.5 | Prepare and Review March Fee Statement |
| Friday, April 19, 2019 | D | Analysis, Presentations, and Due Diligence | 3.0 | Review Adversary Compaint |
| Monday, April 22, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Review Adversary Compaint |
| Monday, April 22, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Internal Discussion re: Adversary Complaint |
| Monday, April 22, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.5 | Committee Call Discussing Adversary Complaint |
| Monday, April 22, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Call w/ M-III re: Entity Analysis |
| Monday, April 22, 2019 | A | General Case Administration | 0.5 | Review Wilmington Objection to HL Fee Statement |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  |  |
|---|---|
| **Hours for:** | **Ryan Conroy** |
| **Total Hours:** | **0.0** |

| | **Task Reference Table** |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

**Hours for:**  John Hartigan
**Total Hours:**  40.0

| Task Reference Table | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, April 02, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Latest Administrative Solvency Tracker |
| Wednesday, April 03, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Call w/ M-III re: Intercompany Reconciliation |
| Wednesday, April 03, 2019 | F | Litigation Diligence and Analysis | 2.0 | Review Preference Litigator Proposals |
| Wednesday, April 03, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Chapter 11 Plan Draft from Weil |
| Wednesday, April 03, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Review Weil Draft Plan Documents |
| Thursday, April 04, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Latest Administrative Solvency Tracker |
| Thursday, April 04, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Committee Call |
| Friday, April 05, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Call w/ M-III re: Estate Tracker |
| Tuesday, April 09, 2019 | A | General Case Administration | 2.0 | Update Interim Fee Application |
| Wednesday, April 10, 2019 | A | General Case Administration | 2.0 | Update and Review Interim Fee Application |
| Thursday, April 11, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Latest Administrative Solvency Tracker |
| Thursday, April 11, 2019 | A | General Case Administration | 2.0 | Update and Review Interim Fee Application |
| Friday, April 12, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Call w/ M-III re: Estate Tracker |
| Monday, April 15, 2019 | A | General Case Administration | 1.0 | Update Interim Fee Application |
| Monday, April 15, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Call w/ M-III re: Decon Waterfall Analysis |
| Monday, April 15, 2019 | A | General Case Administration | 0.5 | Internal Discussion re: Case Status |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **John Hartigan** | |
| **Total Hours:** | **40.0** | |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Wednesday, April 17, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Discussion w/ UCC Professionals re: Case Status |
| Thursday, April 18, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Review Plan and Disclosure Statement |
| Thursday, April 18, 2019 | A | General Case Administration | 1.0 | Hearing re: ESL Disputes and Other Matters |
| Thursday, April 18, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discussion w/ UCC Professionals re: Case Status |
| Friday, April 19, 2019 | A | General Case Administration | 0.5 | Prepare and Review March Fee Statement |
| Friday, April 19, 2019 | D | Analysis, Presentations, and Due Diligence | 3.0 | Review Adversary Compaint |
| Monday, April 22, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Review Adversary Compaint |
| Monday, April 22, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Internal Discussion re: Adversary Complaint |
| Monday, April 22, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.5 | Committee Call Discussing Adversary Complaint |
| Monday, April 22, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Call w/ M-III re: Entity Analysis |
| Monday, April 22, 2019 | A | General Case Administration | 0.5 | Review Wilmington Objection to HL Fee Statement |
| Tuesday, April 23, 2019 | B | Correspondence with Debtor and Other Stakeholders | 2.0 | Meeting w/ M-III and FTI re: Decon Analysis |
| Friday, April 26, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Administrative Solvency Analysis |
| Friday, April 26, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Proposed Cyrus Settlement |
| Monday, April 29, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Administrative Solvency Analysis |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Ahmed Mumtaz** |
| **Total Hours:** | **0.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  |  |
|---|---|
| **Hours for:** | **Tanya Wong** |
| **Total Hours:** | **1.0** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, April 04, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review De Minimis Sale Transaction |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Jack Foster** |
| **Total Hours:** | **46.0** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, April 01, 2019 | A | General Case Administration | 0.5 | Record Maintenance - Hours |
| Monday, April 01, 2019 | A | General Case Administration | 1.0 | Incremental Conflicts Check |
| Tuesday, April 02, 2019 | A | General Case Administration | 0.5 | Record Maintenance - Hours |
| Tuesday, April 02, 2019 | A | General Case Administration | 0.5 | Review Incremental Conflicts Check |
| Tuesday, April 02, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Latest Administrative Solvency Tracker |
| Wednesday, April 03, 2019 | A | General Case Administration | 0.5 | Review and Update Burian Declaration re: Discussion w/ Akin |
| Wednesday, April 03, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Call w/ M-III re: Intercompany Reconciliation |
| Wednesday, April 03, 2019 | F | Litigation Diligence and Analysis | 2.0 | Review Preference Litigator Proposals |
| Wednesday, April 03, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Chapter 11 Plan Draft from Weil |
| Wednesday, April 03, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Review Weil Draft Plan Documents |
| Thursday, April 04, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Latest Administrative Solvency Tracker |
| Thursday, April 04, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Wilmington Trust Cash Collateral Motion |
| Thursday, April 04, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Committee Call |
| Friday, April 05, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Call w/ M-III re: Estate Tracker |
| Monday, April 08, 2019 | A | General Case Administration | 1.0 | Prepare Interim Fee Application |
| Wednesday, April 17, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Discussion w/ UCC Professionals re: Case Status |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | |
|---|---|
| **Hours for:** | **Jack Foster** |
| **Total Hours:** | **46.0** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Thursday, April 18, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Review Plan and Disclosure Statement |
| Thursday, April 18, 2019 | A | General Case Administration | 5.0 | Hearing re: ESL Disputes and Other Matters |
| Thursday, April 18, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discussion w/ UCC Professionals re: Case Status |
| Friday, April 19, 2019 | A | General Case Administration | 0.5 | Prepare and Review March Fee Statement |
| Friday, April 19, 2019 | D | Analysis, Presentations, and Due Diligence | 3.0 | Review Adversary Compaint |
| Monday, April 22, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Review Adversary Compaint |
| Monday, April 22, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Internal Discussion re: Adversary Complaint |
| Monday, April 22, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.5 | Committee Call Discussing Adversary Complaint |
| Monday, April 22, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Call w/ M-III re: Entity Analysis |
| Monday, April 22, 2019 | A | General Case Administration | 0.5 | Review Wilmington Objection to HL Fee Statement |
| Monday, April 22, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Administrative Solvency Analysis |
| Tuesday, April 23, 2019 | B | Correspondence with Debtor and Other Stakeholders | 2.0 | Meeting w/ M-III and FTI re: Decon Analysis |
| Tuesday, April 23, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discussion Regarding Wilmington Trust |
| Tuesday, April 23, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Discussion w/ UCC Professionals re: Plan Governance |
| Thursday, April 25, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Update Administrative Solvency Analysis |
| Friday, April 26, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Update Administrative Solvency Analysis |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  |  |
|---|---|
| **Hours for:** | **Jack Foster** |
| **Total Hours:** | **46.0** |

|  | Task Reference Table |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, April 26, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Administrative Solvency Analysis |
| Friday, April 26, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Proposed Cyrus Settlement |
| Monday, April 29, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Update Administrative Solvency Analysis |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **James Lai** |
| **Total Hours:** | **27.0** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, April 02, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Latest Administrative Solvency Tracker |
| Wednesday, April 03, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Call w/ M-III re: Intercompany Reconciliation |
| Wednesday, April 03, 2019 | F | Litigation Diligence and Analysis | 2.0 | Review Preference Litigator Proposals |
| Thursday, April 04, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Committee Call |
| Monday, April 08, 2019 | A | General Case Administration | 1.0 | Prepare Interim Fee Application |
| Tuesday, April 09, 2019 | A | General Case Administration | 2.0 | Update Interim Fee Application |
| Wednesday, April 10, 2019 | A | General Case Administration | 2.0 | Update and Review Interim Fee Application |
| Thursday, April 11, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Latest Administrative Solvency Tracker |
| Thursday, April 11, 2019 | A | General Case Administration | 2.0 | Update and Review Interim Fee Application |
| Friday, April 12, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Call w/ M-III re: Estate Tracker |
| Monday, April 15, 2019 | A | General Case Administration | 1.0 | Update Interim Fee Application |
| Monday, April 15, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Call w/ M-III re: Decon Waterfall Analysis |
| Friday, April 19, 2019 | A | General Case Administration | 1.5 | Prepare and Review March Fee Statement |
| Friday, April 19, 2019 | D | Analysis, Presentations, and Due Diligence | 3.0 | Review Adversary Compaint |
| Monday, April 22, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Review Adversary Compaint |
| Monday, April 22, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Internal Discussion re: Adversary Complaint |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **James Lai** |
| **Total Hours:** | **27.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, April 22, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.5 | Committee Call Discussing Adversary Complaint |
| Monday, April 22, 2019 | A | General Case Administration | 0.5 | Review Wilmington Objection to HL Fee Statement |
| Monday, April 29, 2019 | A | General Case Administration | 0.5 | Update March Fee Statement |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  |  |
|---|---|
| **Hours for:** | **Natalie Weelborg** |
| **Total Hours:** | **0.0** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Andrew Felman** |
| **Total Hours:** | **0.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Jenner Currier** |
| **Total Hours:** | **0.0** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

**Hours for:** **Matthew Stadtmauer**
**Total Hours:** **0.0**

| | Task Reference Table | |
|---|---|---|
| **A** | General Case Administration | |
| **B** | Correspondence with Debtor and Other Stakeholders | |
| **C** | Correspondence with Official Committee of Unsecured Creditors | |
| **D** | Analysis, Presentations, and Due Diligence | |
| **E** | Financing Diligence and Analysis | |
| **F** | Litigation Diligence and Analysis | |
| **G** | Real Estate Analysis | |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|