UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**SIXTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2019 THROUGH APRIL 30, 2019**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Official Committee of Unsecured Creditors |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Date of Retention: | December 19, 2018, *nunc pro tunc* to October 25, 2018 |
| Period for which compensation and reimbursement is sought: | April 1, 2019 through April 30, 2019 |
| Monthly Fees Incurred: | $346,564.00 |
| 20% Holdback: | $69,312.80 |
| Total Compensation Less 20% Holdback: | $277,251.20 |
| Monthly Expenses Incurred: | $1,331.29 |
| Total Fees and Expenses Due: | $278,582.49 |

This is a: __X__monthly _____interim _____final application

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* (the "**Committee**") is submitted in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No.796] entered on November 16, 2018, (the "**Order**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from April 1, 2019 through and including April 30, 2019 (the "**Sixth Fee Period**") amount to:

| | |
|---|---|
| Professional Fees | $346,564.00 |
| Expenses | 1,331.29 |
| **TOTAL** | **$347,895.29** |

2. In accordance with the Order, if no timely and proper objection is made by a party-in-interest within fifteen (15) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts

are presented below.

| | |
|---|---:|
| Professional Fees at 80% | $277,251.20 |
| Expenses at 100% | 1,331.29 |
| **TOTAL** | **$278,582.49** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Sixth Fee Period are set forth on the schedule annexed hereto as **Exhibit "A."**

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Sixth Fee Period is set forth on the schedule annexed hereto as **Exhibit "B."**

5. Detailed time entry by task code during the Sixth Fee Period is set forth on the schedule annexed hereto as **Exhibit "C."**

6. A summary of expenses incurred during the Sixth Fee Period is set forth on the schedule annexed hereto as **Exhibit "D."**

7. Detailed breakdown of the expenses incurred during the Sixth Fee Period is set forth on the schedule annexed hereto as **Exhibit "E."**

8. FTI reserves the right to request, in subsequent fee statements and applications, any fees and reimbursement of any additional expenses incurred during the Sixth Fee Period, as such fees and expenses may not have been captured to date in FTI's billing system.

**NOTICE AND OBJECTION PROCEDURES**

9. Notice of this Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Rob Riecker (email: Rob.Riecker@searshc.com) and Luke Valentino (email: Luke.Valentino@searshc.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); and (v) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com) (collectively, the "Notice Parties").

10. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than June 14, 2019 (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

11. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

12. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: New York, New York
May 30, 2019

                                        FTI CONSULTING, INC.
                                        Financial Advisors to the Official Committee of
                                        Unsecured Creditors of Sears Holdings Corporation

By:   */s/ Matthew Diaz*
        Matthew Diaz, Senior Managing Director
        Three Times Square, 10th Floor
        New York, New York 10036
        Telephone: (212) 499-3611
        Email: matt.diaz@fticonsulting.com

# EXHIBIT A
### SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538
### SUMMARY OF HOURS BY PROFESSIONAL
### FOR THE PERIOD APRIL 1, 2019 TO APRIL 30, 2019

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---:|---:|---:|
| Diaz, Matthew | Sr Managing Dir | CF - Core | 1,050 | 79.2 | 83,160.00 |
| Gotthardt, Gregory | Sr Managing Dir | Real Estate | 775 | 4.7 | 3,642.50 |
| Joffe, Steven | Sr Managing Dir | CF - Tax | 1,095 | 23.6 | 25,842.00 |
| Nelson, Cynthia A | Sr Managing Dir | Real Estate | 1,050 | 3.5 | 3,675.00 |
| Simms, Steven | Sr Managing Dir | CF - Core | 1,195 | 9.5 | 11,352.50 |
| Star, Samuel | Sr Managing Dir | CF - Core | 1,095 | 5.3 | 5,803.50 |
| Steinberg, Darryl | Sr Managing Dir | CF - Tax | 1,095 | 5.7 | 6,241.50 |
| Berkin, Michael | Managing Dir | CF - Core | 880 | 5.0 | 4,400.00 |
| Blonder, Brian | Managing Dir | Forensics - IP | 695 | 37.1 | 25,784.50 |
| Park, Ji Yon | Managing Dir | CF - Core | 880 | 9.9 | 8,712.00 |
| Eisler, Marshall | Senior Director | CF - Core | 795 | 44.8 | 35,616.00 |
| Khan, Sharmeen | Senior Director | CF - Core | 820 | 52.8 | 43,296.00 |
| Khazary, Sam | Senior Director | Real Estate | 795 | 5.7 | 4,531.50 |
| McCaskey, Morgan | Sr Consultant | CF - Core | 595 | 0.6 | 357.00 |
| Kaneb, Blair | Consultant | CF - Core | 400 | 116.4 | 46,560.00 |
| Kim, Ye Darm | Consultant | CF - Core | 400 | 69.2 | 27,680.00 |
| Tirabassi, Kathryn | Consultant | CF - Core | 400 | 23.4 | 9,360.00 |
| Hellmund-Mora, Marili | Project Asst | CF - Core | 275 | 2.0 | 550.00 |
| **TOTAL** | | | | **498.4** | **346,564.0** |

**EXHIBIT B**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD APRIL 1, 2019 TO APRIL 30, 2019**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 5 | Real Estate Issues | 12.3 | 9,934.00 |
| 10 | Analysis of Tax Issues | 29.3 | 32,083.50 |
| 13 | Analysis of Other Miscellaneous Motions | 2.8 | 2,940.00 |
| 14 | Analysis of Claims/Liab Subject to Compr | 84.6 | 51,581.50 |
| 15 | Analyze Interco Claims, RP Trans, SubCon | 152.1 | 101,693.50 |
| 16 | Analysis, Negotiate and Form of POR & DS | 105.2 | 77,472.00 |
| 18 | Potential Avoidance Actions & Litigation | 55.5 | 41,147.00 |
| 19 | Case Management | 3.7 | 1,957.00 |
| 20 | General Mtgs with Debtor & Debtors' Prof | 0.3 | 328.50 |
| 21 | General Mtgs with UCC & UCC Counsel | 4.8 | 4,889.00 |
| 22 | Meetings with Other Parties | 0.8 | 946.00 |
| 24 | Preparation of Fee Application | 47.0 | 21,592.00 |
| 25 | Travel Time | - | - |
| | **TOTAL** | **498.4** | **346,564.00** |

EXHIBIT C
SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538
DETAIL OF TIME ENTRIES
FOR THE PERIOD APRIL 1, 2019 TO APRIL 30, 2019

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 5 | 4/1/2019 | Nelson, Cynthia A | 0.2 | Review status of review of certain property sale transactions. |
| 5 | 4/5/2019 | Khazary, Sam | 1.3 | Review of Form of Listing Agreement with JLL for Akin in connection with various real estate issues. |
| 5 | 4/9/2019 | Nelson, Cynthia A | 0.4 | Review outstanding issues with respect to the sale of certain real property assets and rejection of certain leases to determine next steps. |
| 5 | 4/9/2019 | Kaneb, Blair | 0.7 | Analyze pipeline properties to be sold by the Debtors. |
| 5 | 4/10/2019 | Gotthardt, Gregory | 1.3 | Review various real estate transactions proposed by Debtor. |
| 5 | 4/15/2019 | Nelson, Cynthia A | 0.2 | Address questions from Akin re: analysis of various real estate transactions. |
| 5 | 4/16/2019 | Nelson, Cynthia A | 0.1 | Coordinate call with the Debtors and Akin re: pending real estate transactions. |
| 5 | 4/16/2019 | Khazary, Sam | 1.1 | Review specific real estate transaction at the request of Akin. |
| 5 | 4/17/2019 | Nelson, Cynthia A | 1.1 | Participate on call with the Debtors re: various pending real estate transactions. |
| 5 | 4/17/2019 | Khazary, Sam | 1.6 | Review additional real estate transaction at the request of Akin. |
| 5 | 4/17/2019 | Kaneb, Blair | 1.1 | Participate on call with the Debtors re: various pending real estate transactions. |
| 5 | 4/18/2019 | Nelson, Cynthia A | 0.4 | Review various leases proposed to be assumed by the Debtors. |
| 5 | 4/18/2019 | Khazary, Sam | 1.7 | Review further a specific real estate transaction at the request of Akin. |
| 5 | 4/19/2019 | Nelson, Cynthia A | 0.2 | Review various leases proposed to be rejected by Debtors to determine potential value. |
| 5 | 4/24/2019 | Nelson, Cynthia A | 0.8 | Review the Debtors' proposed lease assumption proposals. |
| 5 | 4/29/2019 | Nelson, Cynthia A | 0.1 | Follow-up with the team re: analysis of proposed lease rejections. |
| 5 Total | | | 12.3 | |
| 10 | 4/1/2019 | Joffe, Steven | 1.9 | Conduct review of Deloitte's summary materials re: various relevant tax issues. |
| 10 | 4/2/2019 | Joffe, Steven | 1.8 | Participate in meeting with Akin's tax team to prepare for model and technical debrief re: the Debtors' go-forward plan and associated consequences. |
| 10 | 4/2/2019 | Joffe, Steven | 2.7 | Participate on call with Weil and Deloitte tax teams re: implementation of 363/G sale. |
| 10 | 4/2/2019 | Steinberg, Darryl | 0.5 | (Partial) Participate on call with Weil and Deloitte tax teams re: implementation of 363/G sale. |
| 10 | 4/3/2019 | Joffe, Steven | 1.8 | Participate on call with H. Jacobson (Akin) re: state and local tax exposure and to debrief from call with Weil and Deloitte. |
| 10 | 4/3/2019 | Steinberg, Darryl | 0.7 | Review state and local NOL considerations for liquidation of the Debtor and its and affiliates. |
| 10 | 4/4/2019 | Joffe, Steven | 0.8 | Participate on call with Deloitte re: state income tax exposure and administrative insolvency. |
| 10 | 4/4/2019 | Joffe, Steven | 2.2 | Review Deloitte materials in order to develop issues list and state and local tax exposures. |
| 10 | 4/4/2019 | Steinberg, Darryl | 0.8 | Participate on call with Deloitte re: state income tax exposure and administrative insolvency. |
| 10 | 4/8/2019 | Joffe, Steven | 1.3 | Review revised POR and liquidating trust documents reflecting debtor by debtor construct in connection with tax issues. |
| 10 | 4/9/2019 | Joffe, Steven | 1.8 | Participate on call with H. Jacobson (Akin) re: single or multiple trust construct in connection with tax issues. |
| 10 | 4/9/2019 | Steinberg, Darryl | 0.7 | Review tax language in Chapter 11 Liquidating Plan. |
| 10 | 4/10/2019 | Joffe, Steven | 0.7 | Correspond with the team re: stub period state tax circulation and APA provisions. |
| 10 | 4/10/2019 | Steinberg, Darryl | 0.6 | Review various tax issues re: proposal to check the box/LLC conversion of Sears Puerto Rico. |
| 10 | 4/11/2019 | Steinberg, Darryl | 0.6 | Participate in discussion with H. Jacobson (Akin) re: state and local tax model of potential income tax obligations of the go-forward business in varying scenarios |
| 10 | 4/15/2019 | Joffe, Steven | 1.1 | Review new estimates from Deloitte in connection with tax issues. |
| 10 | 4/15/2019 | Steinberg, Darryl | 1.1 | Review Deloitte's state and local tax workpapers and scenarios for the Debtors' go-forward business. |

EXHIBIT C
SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538
DETAIL OF TIME ENTRIES
FOR THE PERIOD APRIL 1, 2019 TO APRIL 30, 2019

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 10 | 4/16/2019 | Joffe, Steven | 0.5 | Participate on call with H. Jacobson (Akin) re: mark-up of POR to eliminate multiple liquidating trusts. |
| 10 | 4/16/2019 | Joffe, Steven | 1.3 | Review Deloitte's materials re: various tax issues. |
| 10 | 4/16/2019 | Steinberg, Darryl | 0.7 | Review materials re: state and local tax scenarios. |
| 10 | 4/17/2019 | Joffe, Steven | 0.3 | Participate in discussion with H. Jacobson (Akin) re: liquidation trust/substantive consolidation issue. |
| 10 | 4/18/2019 | Joffe, Steven | 3.1 | Review complaint, POR and disclosure schedule in connection with various tax issues. |
| 10 | 4/20/2019 | Joffe, Steven | 0.6 | Review complaint and quantification of damages in connection with various tax issues. |
| 10 | 4/23/2019 | Joffe, Steven | 1.1 | Conduct research re: tax treatment of recoveries. |
| 10 | 4/23/2019 | Joffe, Steven | 0.6 | Participate in discussion with H. Jacobson (Akin) re: litigation claims. |
| 10 Total | | | 29.3 | |
| 13 | 4/15/2019 | Diaz, Matthew | 0.9 | Review various pleadings associated with the credit card dispute with ESL. |
| 13 | 4/19/2019 | Diaz, Matthew | 1.9 | Review complaint filed by the Restructuring Committee. |
| 13 Total | | | 2.8 | |
| 14 | 4/2/2019 | Khan, Sharmeen | 0.6 | Incorporate updates to summary of grid note agreements received from the Debtors. |
| 14 | 4/3/2019 | Eisler, Marshall | 2.2 | Evaluate updated Cyrus TS as provided by the Debtors. |
| 14 | 4/4/2019 | Eisler, Marshall | 2.8 | Analyze updated solvency tracker as provided by the Debtors. |
| 14 | 4/4/2019 | Eisler, Marshall | 0.6 | Prepare diligence questions for weekly call with M-III. |
| 14 | 4/5/2019 | Eisler, Marshall | 1.5 | Prepare for diligence call with M-III. |
| 14 | 4/9/2019 | Eisler, Marshall | 1.3 | Provide update re: 503b9 claims analysis. |
| 14 | 4/9/2019 | Diaz, Matthew | 0.7 | Review the updated 503(b)(9) analysis. |
| 14 | 4/12/2019 | Eisler, Marshall | 1.1 | Prepare for weekly diligence call with M-III re: solvency. |
| 14 | 4/15/2019 | Kim, Ye Darm | 2.8 | Analyze filed claims to compare to the Debtors' top 200 vendor claims estimate. |
| 14 | 4/16/2019 | Eisler, Marshall | 2.1 | Review diligence questions to be sent to M-III re: 503b9 liability. |
| 14 | 4/16/2019 | Eisler, Marshall | 1.1 | Analyze variances between filed 503b9 claims and Debtors estimates. |
| 14 | 4/16/2019 | Kim, Ye Darm | 2.6 | Compare filed 503(b)(9) claims to the Debtors' estimates in books and records. |
| 14 | 4/16/2019 | Kim, Ye Darm | 2.4 | Continue to compare filed 503(b)(9) claims to the Debtors' estimates in books and records. |
| 14 | 4/16/2019 | Kim, Ye Darm | 2.7 | Continue to compare filed 503(b)(9) claims to the Debtors' estimates in books and records. |
| 14 | 4/17/2019 | Eisler, Marshall | 2.1 | Update diligence questions for M-III re: potential 503b9 claims. |
| 14 | 4/17/2019 | Diaz, Matthew | 1.2 | Review further updates made to the 503(b)(9) analysis. |
| 14 | 4/17/2019 | Diaz, Matthew | 0.3 | Participate on call with Akin re: the 503(b)(9) claims. |
| 14 | 4/17/2019 | Simms, Steven | 0.7 | Correspond with the team to get an update on various outstanding claim items. |
| 14 | 4/17/2019 | Kim, Ye Darm | 1.6 | Continue to prepare analysis re: claims filed vs. the Debtors' estimates. |
| 14 | 4/17/2019 | Kim, Ye Darm | 3.1 | Prepare analysis re: claims filed vs. the Debtors' estimates. |
| 14 | 4/18/2019 | Diaz, Matthew | 0.6 | Review further updates to the 503(b)(9) analysis. |
| 14 | 4/18/2019 | Kim, Ye Darm | 0.5 | Incorporate updates to analysis re: 503(b)(9) claims to the Debtors' analysis. |
| 14 | 4/19/2019 | Kim, Ye Darm | 2.2 | Incorporate further updates to analysis re: 503(b)(9) claims to the Debtors' analysis. |
| 14 | 4/22/2019 | Diaz, Matthew | 1.2 | Review the updated 503(b)(9) analysis to determine further changes. |
| 14 | 4/22/2019 | Kim, Ye Darm | 2.9 | Update 5039 claims analysis with new data provided by Debtors. |
| 14 | 4/22/2019 | Kim, Ye Darm | 1.3 | Continue update of 503b9 analysis with new claims database provided by Debtors. |
| 14 | 4/22/2019 | Kim, Ye Darm | 1.8 | Review Debtors' complaint re: ESL disputes. |
| 14 | 4/23/2019 | Eisler, Marshall | 1.7 | Diligence updated 503b9 claims analysis re: comparing filed 503b9 claims to Debtors estimates. |
| 14 | 4/23/2019 | Kim, Ye Darm | 0.7 | Continue update of 503b9 claims analysis supplemental exhibits for counsel. |

EXHIBIT C
SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538
DETAIL OF TIME ENTRIES
FOR THE PERIOD APRIL 1, 2019 TO APRIL 30, 2019

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 14 | 4/23/2019 | Kim, Ye Darm | 1.1 | Update 503b9 claims analysis supplement exhibits for counsel. |
| 14 | 4/24/2019 | Eisler, Marshall | 2.6 | Analyze latest solvency tracker as provided by the Debtors. |
| 14 | 4/24/2019 | Eisler, Marshall | 0.6 | Evaluate notice of contract rejection/assumptions as filed by the Debtors. |
| 14 | 4/25/2019 | Eisler, Marshall | 1.2 | Evaluate impact of latest Cyrus TS re: 507b claim. |
| 14 | 4/25/2019 | Diaz, Matthew | 0.4 | Review the updated questions list re: 503(b)(9) analysis. |
| 14 | 4/25/2019 | Kim, Ye Darm | 1.6 | Review latest admin solvency tracker to prepare summary for counsel. |
| 14 | 4/25/2019 | Kim, Ye Darm | 1.3 | Review 503b9 claims analysis and prepare additional diligence requests. |
| 14 | 4/26/2019 | Eisler, Marshall | 1.1 | Review FDM to respond to diligence question from HL. |
| 14 | 4/29/2019 | Eisler, Marshall | 2.7 | Provide comments to presentation for the UCC re: solvency update. |
| 14 | 4/29/2019 | Eisler, Marshall | 0.8 | Evaluate exhibit estimating 507b claims based on Cyrus term sheet. |
| 14 | 4/29/2019 | Diaz, Matthew | 0.7 | Review the most recent version of the 503(b)(9) analysis. |
| 14 | 4/29/2019 | Kim, Ye Darm | 1.9 | Continue identifying variances between estimated and filed 503b9 claims for diligence items. |
| 14 | 4/29/2019 | Kim, Ye Darm | 2.2 | Identify additional variances between filed and estimated claims and prepare additional diligence request. |
| 14 | 4/29/2019 | Kim, Ye Darm | 2.1 | Create 503b9 claims analysis summary slides and incorporate into solvency analysis. |
| 14 | 4/29/2019 | Kim, Ye Darm | 3.0 | Update 503b9 claims analysis to reflect diligence responses from M-III re: estimate variances. |
| 14 | 4/30/2019 | Eisler, Marshall | 2.8 | Review exhibit detailing audit trail of diligence requests. |
| 14 | 4/30/2019 | Eisler, Marshall | 2.7 | Provide comments to presentation for the UCC re: solvency update. |
| 14 | 4/30/2019 | Eisler, Marshall | 2.2 | Analyze diligence exhibit to be sent to M-III re: 503b9 claims. |
| 14 | 4/30/2019 | Kim, Ye Darm | 2.8 | Create 507b claims analysis to incorporate in admin solvency analysis. |
| 14 | 4/30/2019 | Kim, Ye Darm | 3.2 | Compile comprehensive 503b9 question / diligence list for audit trail prior to letter to debtors. |
| 14 | 4/30/2019 | Khan, Sharmeen | 1.2 | Prepare summary of grid notes and corresponding agreements received from the Debtors. |
| **14 Total** | | | **84.6** | |
| 15 | 4/1/2019 | Diaz, Matthew | 1.2 | Review the intercompany analysis prepared by the team. |
| 15 | 4/2/2019 | Khan, Sharmeen | 1.1 | Review intercompany balances received from the Debtors. |
| 15 | 4/2/2019 | Diaz, Matthew | 1.6 | Review the updates made to the intercompany analysis prepared by the team. |
| 15 | 4/2/2019 | Park, Ji Yon | 1.9 | Review post-petition intercompany analysis from M-III. |
| 15 | 4/2/2019 | Park, Ji Yon | 0.5 | Participate in meeting with the team to walk through post-petition intercompany analysis. |
| 15 | 4/2/2019 | Kaneb, Blair | 2.3 | Analyze administrative intercompany claims based on new information provided from M-III. |
| 15 | 4/2/2019 | Khan, Sharmeen | 0.5 | Participate in meeting with the team to walk through post-petition intercompany analysis. |
| 15 | 4/3/2019 | Khan, Sharmeen | 1.0 | Participate on call with M-III and Houlihan re: the Debtors' updated post petition intercompany analysis. |
| 15 | 4/3/2019 | Diaz, Matthew | 1.0 | Participate on call with M-III and Houlihan re: the Debtors' updated post petition intercompany analysis. |
| 15 | 4/3/2019 | Diaz, Matthew | 1.6 | Review further updates made to the intercompany analysis. |
| 15 | 4/3/2019 | Park, Ji Yon | 0.4 | Determine next steps on intercompany review. |
| 15 | 4/3/2019 | Park, Ji Yon | 1.0 | Participate on call with M-III and Houlihan re: the Debtors' updated post petition intercompany analysis. |
| 15 | 4/4/2019 | Khan, Sharmeen | 2.1 | Review and analyze intercompany balances and balance sheet received from the Debtors. |
| 15 | 4/4/2019 | Kaneb, Blair | 3.3 | Analyze administrative intercompany claims based on new data received from M-III. |
| 15 | 4/5/2019 | Khan, Sharmeen | 0.9 | Participate in meeting with L. Park (FTI) to go through intercompany issues and questions on deconsolidated modeling. |

EXHIBIT C
SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538
DETAIL OF TIME ENTRIES
FOR THE PERIOD APRIL 1, 2019 TO APRIL 30, 2019

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 15 | 4/5/2019 | Khan, Sharmeen | 1.1 | Review and analyze post-petition intercompany balances provided by the Debtors. |
| 15 | 4/5/2019 | Diaz, Matthew | 1.2 | Review the updated intercompany grid note analysis. |
| 15 | 4/5/2019 | Park, Ji Yon | 0.9 | Participate in meeting with S. Khan (FTI) to go through intercompany issues and questions on deconsolidated modeling. |
| 15 | 4/11/2019 | Diaz, Matthew | 0.7 | Participate on call with B. Murphy (M-III) to discuss the updated intercompany analysis. |
| 15 | 4/11/2019 | Khan, Sharmeen | 0.7 | Participate on call with B. Murphy (M-III) to discuss the updated intercompany analysis. |
| 15 | 4/12/2019 | Diaz, Matthew | 1.2 | Review the updated intercompany analysis and the related impact on legal entity recoveries. |
| 15 | 4/15/2019 | Diaz, Matthew | 0.4 | Review the grid note summaries prepared by the team. |
| 15 | 4/15/2019 | Diaz, Matthew | 0.4 | Participate on call with the Debtors to discuss the status of the intercompany analysis. |
| 15 | 4/16/2019 | Diaz, Matthew | 0.5 | Participate on call with M-III to discuss the updated intercompany analysis. |
| 15 | 4/16/2019 | Khan, Sharmeen | 0.5 | Participate on call with M-III to discuss the updated intercompany analysis. |
| 15 | 4/19/2019 | Khan, Sharmeen | 1.1 | Review updated intercompany balances analysis received from M-III. |
| 15 | 4/19/2019 | Khan, Sharmeen | 0.6 | Incorporate updates to the team's intercompany balances analysis. |
| 15 | 4/19/2019 | Kaneb, Blair | 2.1 | Review intercompany analysis materials received from M-III. |
| 15 | 4/22/2019 | Khan, Sharmeen | 2.7 | Review matrices and intercompany balance analyses received from the Debtors. |
| 15 | 4/22/2019 | Diaz, Matthew | 0.9 | Participate on call with M-III to discuss the intercompany claims, administrative solvency tracker and the 503(b)(9) analysis. |
| 15 | 4/22/2019 | Diaz, Matthew | 1.3 | Review the updated cash flow intercompany analysis. |
| 15 | 4/22/2019 | Khan, Sharmeen | 0.9 | Participate on call with M-III to discuss the intercompany claims, administrative solvency tracker and the 503(b)(9) analysis. |
| 15 | 4/22/2019 | Kaneb, Blair | 0.9 | Participate on call with M-III to discuss the intercompany claims, administrative solvency tracker and the 503(b)(9) analysis. |
| 15 | 4/22/2019 | Kaneb, Blair | 2.3 | Review grid note balances received from M-III. |
| 15 | 4/23/2019 | Diaz, Matthew | 2.9 | Review the post petition intercompany analysis. |
| 15 | 4/23/2019 | Khan, Sharmeen | 1.2 | Review materials prepared by the team re: post-petition intercompany analysis in preparation for meeting with M-III. |
| 15 | 4/23/2019 | Khan, Sharmeen | 2.1 | Participate in meeting with M-III re: post-petition intercompany analysis |
| 15 | 4/23/2019 | Kaneb, Blair | 1.1 | Review analyses re: post-petition intercompany claims in preparation for meeting with M-III. |
| 15 | 4/23/2019 | Kaneb, Blair | 3.1 | Prepare summary re: intercompany claims for Sears Holdings Management Corp. |
| 15 | 4/23/2019 | Kaneb, Blair | 3.4 | Prepare summary re: intercompany claims for Kmart Corporation. |
| 15 | 4/23/2019 | Kaneb, Blair | 2.1 | Participate in meeting with M-III re: post-petition intercompany analysis |
| 15 | 4/24/2019 | Khan, Sharmeen | 1.5 | Review work product re: intercompany balances analysis. |
| 15 | 4/24/2019 | Diaz, Matthew | 3.1 | Perform a detailed review of the post-petition intercompany analysis prepared by the team. |
| 15 | 4/24/2019 | Kaneb, Blair | 3.4 | Prepare summary on post-petition intercompany claims for Sears, Roebuck and Co. |
| 15 | 4/24/2019 | Kaneb, Blair | 3.2 | Prepare summary on select intercompany accounts. |
| 15 | 4/24/2019 | Kaneb, Blair | 2.9 | Continue to prepare summary on select intercompany accounts. |
| 15 | 4/25/2019 | Khan, Sharmeen | 1.5 | Review work product re: intercompany balances analysis. |
| 15 | 4/25/2019 | Diaz, Matthew | 2.2 | Review the updated due diligence on the post-petition intercompany balances. |
| 15 | 4/25/2019 | Kaneb, Blair | 2.7 | Prepare questions for M-III re: select intercompany journal entries. |
| 15 | 4/25/2019 | Kaneb, Blair | 2.9 | Continue to tie out journal entries to intercompany account. |
| 15 | 4/25/2019 | Kaneb, Blair | 3.4 | Tie out journal entries to intercompany account. |
| 15 | 4/26/2019 | Khan, Sharmeen | 0.9 | Review summary analysis of postpetition intercompany balance analysis |

EXHIBIT C
SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538
DETAIL OF TIME ENTRIES
FOR THE PERIOD APRIL 1, 2019 TO APRIL 30, 2019

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 15 | 4/26/2019 | Khan, Sharmeen | 0.8 | Review work product re: intercompany balances analysis. |
| 15 | 4/26/2019 | Diaz, Matthew | 1.9 | Develop detailed questions list re: intercompany claims. |
| 15 | 4/26/2019 | Diaz, Matthew | 2.1 | Review the Debtors' post-petition intercompany claims analysis. |
| 15 | 4/26/2019 | Diaz, Matthew | 1.6 | Review the updated analysis re: the Sears and Kmart intercompany claims. |
| 15 | 4/26/2019 | Khan, Sharmeen | 1.1 | Review updated claims analysis in preparation for meeting with M-III. |
| 15 | 4/26/2019 | Kaneb, Blair | 2.1 | Summarize prepetition intercompany claims. |
| 15 | 4/26/2019 | Kaneb, Blair | 1.1 | Participate on call with M-III to discuss the 503(b)(9) claims, deconsolidated analysis and intercompany claims. |
| 15 | 4/26/2019 | Kaneb, Blair | 1.3 | Review intercompany materials in preparation for call with M-III. |
| 15 | 4/28/2019 | Kaneb, Blair | 2.3 | Create summary re: prepetition intercompany activity for Akin. |
| 15 | 4/29/2019 | Khan, Sharmeen | 0.6 | Prepare for call with Debtors' advisors re: post-petition intercompany balances. |
| 15 | 4/29/2019 | Khan, Sharmeen | 2.6 | Review work product review re: analysis of intercompany balances by legal entity. |
| 15 | 4/29/2019 | Diaz, Matthew | 3.1 | Perform a detailed review of the post-petition intercompany analysis to develop follow up questions for the Debtors. |
| 15 | 4/29/2019 | Diaz, Matthew | 2.5 | Participate in a call with M-III to discuss the post-petition intercompany analysis. |
| 15 | 4/29/2019 | Khan, Sharmeen | 2.5 | Participate in a call with M-III to discuss the post-petition intercompany analysis. |
| 15 | 4/29/2019 | Khan, Sharmeen | 0.6 | Review materials re; post-petition intercompany analysis in preparation for call with M-III. |
| 15 | 4/29/2019 | Kaneb, Blair | 2.6 | Analyze appropriateness of midterm note adjustment re: interco activity. |
| 15 | 4/29/2019 | Kaneb, Blair | 2.5 | Participate on call with M-III re: intercompany activity. |
| 15 | 4/29/2019 | Kaneb, Blair | 1.1 | Prepare questions list for interco call with M-III. |
| 15 | 4/29/2019 | Kaneb, Blair | 2.6 | Reconcile Sears Roebuck interco activity to the Debtors' balance sheet. |
| 15 | 4/29/2019 | Kaneb, Blair | 3.4 | Review and reconcile interco claims for Sears Holding Corporation based on new information from M-III. |
| 15 | 4/29/2019 | Kaneb, Blair | 1.1 | Prepare pre petition intercompany claims summary. |
| 15 | 4/30/2019 | Eisler, Marshall | 2.1 | Evaluate presentation for the UCC re: intercompany claims. |
| 15 | 4/30/2019 | Kim, Ye Darm | 1.6 | Continue review of prior bankruptcies to estimate cost of intercompany claims reconciliation. |
| 15 | 4/30/2019 | Khan, Sharmeen | 1.6 | Review and edit presentation materials for Counsel re: prepetition Interco balance and analyses. |
| 15 | 4/30/2019 | Khan, Sharmeen | 1.7 | Provide comments to team on presentation materials for Counsel re: prepetition Interco balance and analyses. |
| 15 | 4/30/2019 | Khan, Sharmeen | 1.0 | Review work product re: analysis of intercompany balances by legal entity |
| 15 | 4/30/2019 | Khan, Sharmeen | 0.6 | Review and edit presentation materials for Counsel re: prepetition Interco balance and analyses |
| 15 | 4/30/2019 | Khan, Sharmeen | 0.4 | Participate on call with M-III Partners regarding adjustments made to intercompany balances |
| 15 | 4/30/2019 | Diaz, Matthew | 1.9 | Review the Sears, Roebuck, and Co. postpetition intercompany payable. |
| 15 | 4/30/2019 | Diaz, Matthew | 1.3 | Review the Sears Holdings Management Corporation intercompany balance. |
| 15 | 4/30/2019 | Diaz, Matthew | 1.6 | Review the Kmart Corporation intercompany balance. |
| 15 | 4/30/2019 | Kaneb, Blair | 3.2 | Prepare slides for UCC professionals re: interco claims. |
| 15 | 4/30/2019 | Kaneb, Blair | 1.6 | Draft question list for M-III re: interco claims. |
| 15 | 4/30/2019 | Kaneb, Blair | 2.9 | Incorporate comments from team re: intercompany slides. |
| 15 | 4/30/2019 | Kaneb, Blair | 3.4 | Reconcile Sears Holdings Management Corp intercompany activity to the balance sheet. |
| 15 | 4/30/2019 | Kaneb, Blair | 3.3 | Continue to draft question list for M-III re: interco claims. |
| **15 Total** | | | **152.1** | |
| 16 | 4/1/2019 | Park, Ji Yon | 0.8 | Review updates made to the deconsolidated waterfall model in order to draft further comments. |

EXHIBIT C
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
DETAIL OF TIME ENTRIES
FOR THE PERIOD APRIL 1, 2019 TO APRIL 30, 2019

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 4/1/2019 | Kaneb, Blair | 2.9 | Draft summary of deconsolidated waterfall model. |
| 16 | 4/1/2019 | Simms, Steven | 0.7 | Review materials prepared by the team re: administrative solvency analysis. |
| 16 | 4/2/2019 | Park, Ji Yon | 0.8 | Review grid note summary tracker in order to incorporate updates. |
| 16 | 4/2/2019 | Star, Samuel | 0.2 | Review revised administrative solvency tracker including downside scenarios. |
| 16 | 4/3/2019 | Eisler, Marshall | 2.1 | Update analysis re: admin solvency tracker. |
| 16 | 4/3/2019 | Khan, Sharmeen | 0.6 | Participate on call with M-III to discuss the updated administrative solvency tracker. |
| 16 | 4/3/2019 | Diaz, Matthew | 0.6 | Participate on call with M-III to discuss the updated administrative solvency tracker. |
| 16 | 4/3/2019 | Diaz, Matthew | 0.6 | Review presentation to the Committee on the administrative solvency analysis. |
| 16 | 4/3/2019 | Diaz, Matthew | 0.9 | Review the updates incorporated to the administrative solvency tracker. |
| 16 | 4/3/2019 | Kim, Ye Darm | 2.1 | Build sensitivity scenario of administrative claims. |
| 16 | 4/3/2019 | Kim, Ye Darm | 2.3 | Create slides re: base case and sensitivity case re: administrative solvency claims of the Debtors. |
| 16 | 4/3/2019 | Kim, Ye Darm | 1.4 | Review the administrative solvency update from received from the Debtors. |
| 16 | 4/3/2019 | Kim, Ye Darm | 0.9 | Incorporate updates to slides re: base case, sensitivity case, worst case scenarios of administrative solvency claims of the Debtors. |
| 16 | 4/3/2019 | Khan, Sharmeen | 1.3 | Incorporate updates to prepetition grid notes summary. |
| 16 | 4/3/2019 | Khan, Sharmeen | 1.2 | Review deconsolidated waterfall analysis work product. |
| 16 | 4/3/2019 | Kaneb, Blair | 3.4 | Draft materials for Akin re: deconsolidated waterfall model. |
| 16 | 4/3/2019 | Kaneb, Blair | 1.8 | Continue to draft materials for Akin re: deconsolidated model. |
| 16 | 4/4/2019 | Diaz, Matthew | 1.4 | Review and edit the administrative solvency tracker for the Committee presentation. |
| 16 | 4/4/2019 | Kim, Ye Darm | 1.7 | Review slides re: administrative solvency analysis. |
| 16 | 4/4/2019 | Khan, Sharmeen | 1.6 | Incorporate updates to prepetition grid note agreements summary documents. |
| 16 | 4/4/2019 | Khan, Sharmeen | 0.9 | Discuss the deconsolidated waterfall model and intercompanies with L. Park (FTI). |
| 16 | 4/4/2019 | Khan, Sharmeen | 2.6 | Review consolidated waterfall recovery model. |
| 16 | 4/4/2019 | Diaz, Matthew | 1.4 | Review the updated waterfall analysis and related presentation for Akin. |
| 16 | 4/4/2019 | Park, Ji Yon | 0.9 | Discuss the deconsolidated waterfall model and intercompanies with S. Khan (FTI). |
| 16 | 4/4/2019 | Park, Ji Yon | 1.2 | Draft edits to key assumptions to the waterfall model. |
| 16 | 4/4/2019 | Kaneb, Blair | 2.8 | Layer administrative intercompany claims into deconsolidated waterfall model. |
| 16 | 4/4/2019 | Kaneb, Blair | 2.4 | Incorporate edits to materials for Akin re: deconsolidated waterfall model. |
| 16 | 4/5/2019 | Diaz, Matthew | 0.5 | Participate on call with M-III to discuss the latest administrative solvency tracker. |
| 16 | 4/5/2019 | Khan, Sharmeen | 1.1 | Review updated recovery model and output for Akin. |
| 16 | 4/5/2019 | Khan, Sharmeen | 0.4 | Participate in meeting with the team to discuss the deconsolidated waterfall model output draft and other updates to be made to the model. |
| 16 | 4/5/2019 | Park, Ji Yon | 0.4 | Participate in meeting with the team to discuss the deconsolidated waterfall model output draft and other updates to be made to the model. |
| 16 | 4/5/2019 | Kaneb, Blair | 2.9 | Incorporate changes into deconsolidated waterfall model. |
| 16 | 4/5/2019 | Kaneb, Blair | 1.2 | Incorporate updates to materials for Akin re: deconsolidated waterfall model based on comments received from the team. |
| 16 | 4/5/2019 | Park, Ji Yon | 0.5 | Participate on call with M-III to discuss the latest administrative solvency tracker. |
| 16 | 4/5/2019 | Star, Samuel | 0.4 | Participate in meeting with the team to discuss the deconsolidated waterfall model output draft and other updates to be made to the model. |
| 16 | 4/5/2019 | Khan, Sharmeen | 0.5 | Participate on call with M-III to discuss the latest administrative solvency tracker. |
| 16 | 4/8/2019 | Kaneb, Blair | 0.7 | Finalize materials for Akin re: deconsolidated waterfall model. |
| 16 | 4/8/2019 | Kaneb, Blair | 0.7 | Incorporate updates to deconsolidated waterfall model. |

EXHIBIT C
SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538
DETAIL OF TIME ENTRIES
FOR THE PERIOD APRIL 1, 2019 TO APRIL 30, 2019

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 4/8/2019 | Simms, Steven | 0.6 | Correspond with the team re: various issues with the administrative solvency analysis. |
| 16 | 4/9/2019 | Kaneb, Blair | 0.5 | Incorporate further updates to deconsolidated waterfall model. |
| 16 | 4/10/2019 | Diaz, Matthew | 1.4 | Review the updated administrative solvency analysis to draft related questions for M-III. |
| 16 | 4/10/2019 | Diaz, Matthew | 0.7 | Review the Debtors' recovery analysis. |
| 16 | 4/10/2019 | Kaneb, Blair | 0.9 | Analyze the Debtor's deconsolidated waterfall model. |
| 16 | 4/10/2019 | Khan, Sharmeen | 1.2 | Review draft of deconsolidated waterfall analysis received from the Debtors in order to compare to the team's analysis. |
| 16 | 4/11/2019 | Diaz, Matthew | 0.6 | Review the further updated version of the administrative solvency tracker analysis. |
| 16 | 4/11/2019 | Kaneb, Blair | 1.2 | Review the Debtor's preliminary deconsolidated waterfall further. |
| 16 | 4/11/2019 | Simms, Steven | 0.9 | Participate in a call with the Debtors to discuss the status of the plan and the administrative solvency analysis. |
| 16 | 4/11/2019 | Diaz, Matthew | 0.9 | Participate in a call with the Debtors to discuss the status of the plan and the administrative solvency analysis. |
| 16 | 4/11/2019 | Khan, Sharmeen | 0.4 | Incorporate updates to lisiting of diligence questions in preparation for weekly call with the Debtors. |
| 16 | 4/11/2019 | Khan, Sharmeen | 0.9 | Participate in a call with the Debtors to discuss the status of the plan and the administrative solvency analysis. |
| 16 | 4/12/2019 | Diaz, Matthew | 0.5 | Participate on call with M-III to discuss the status of the ESL dispute, 503(b)(9) claims, and the waterfall analysis. |
| 16 | 4/12/2019 | Diaz, Matthew | 0.3 | Participate on call with Akin to discuss the status of the M-III call re: administrative solvency tracker. |
| 16 | 4/12/2019 | Diaz, Matthew | 0.6 | Review the updated deconsolidated waterfall analysis. |
| 16 | 4/12/2019 | Kaneb, Blair | 1.6 | Analyze M-III's intercompany matrix. |
| 16 | 4/12/2019 | Kaneb, Blair | 1.6 | Incorporate intercompany claims into the Debtor's deconsolidated waterfall. |
| 16 | 4/12/2019 | Kaneb, Blair | 0.5 | Participate on call with M-III to discuss the status of the ESL dispute, 503(b)(9) claims, and the waterfall analysis. |
| 16 | 4/12/2019 | Khan, Sharmeen | 0.5 | Participate on call with M-III to discuss the status of the ESL dispute, 503(b)(9) claims, and the waterfall analysis. |
| 16 | 4/15/2019 | Khan, Sharmeen | 1.8 | Review deconsolidated waterfall summary provided by the Debtors to determine differences with FTI's analysis. |
| 16 | 4/16/2019 | Diaz, Matthew | 1.8 | Review the Debtors' draft plan. |
| 16 | 4/17/2019 | Diaz, Matthew | 1.4 | Review the updated recovery analysis. |
| 16 | 4/18/2019 | Diaz, Matthew | 1.6 | Review the updated plan and disclosure statement. |
| 16 | 4/22/2019 | Star, Samuel | 0.4 | Review assets/claims by debtor entity to assess administrative solvency. |
| 16 | 4/24/2019 | Simms, Steven | 0.9 | Review various outstanding issues re: administrative solvency. |
| 16 | 4/24/2019 | Simms, Steven | 2.3 | Review analyses prepared by the team re: cash collateral and the plan. |
| 16 | 4/25/2019 | Eisler, Marshall | 1.4 | Review variances in latest admin solvency tracker as provided by the Debtors. |
| 16 | 4/25/2019 | Diaz, Matthew | 0.6 | Incorporate updates to the agenda and open items listing in preparation for call with M-III re: administrative solvency tracker. |
| 16 | 4/25/2019 | Diaz, Matthew | 0.7 | Participate on call with Akin to discuss the plan process and related next steps. |
| 16 | 4/25/2019 | Simms, Steven | 0.7 | Participate on call with Akin to discuss the plan process and related next steps. |
| 16 | 4/25/2019 | Star, Samuel | 0.8 | Participate in meeting with the team re: status of POR discussions, administrative solvency analysis and intercompany claim analysis. |
| 16 | 4/25/2019 | Diaz, Matthew | 0.8 | Participate in meeting with the team re: status of POR discussions, administrative solvency analysis and intercompany claim analysis. |
| 16 | 4/25/2019 | Kim, Ye Darm | 1.2 | Prepare slides re: admin solvency tracker adjustments for counsel. |
| 16 | 4/26/2019 | Eisler, Marshall | 1.2 | Review diligence responses provide by M-III re: admin solvency. |
| 16 | 4/26/2019 | Diaz, Matthew | 1.1 | Participate on call with M-III to discuss the 503(b)(9) claims, deconsolidated analysis and intercompany claims. |

EXHIBIT C
SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538
DETAIL OF TIME ENTRIES
FOR THE PERIOD APRIL 1, 2019 TO APRIL 30, 2019

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 4/26/2019 | Khan, Sharmeen | 1.1 | Participate on call with M-III to discuss the 503(b)(9) claims, deconsolidated analysis and intercompany claims. |
| 16 | 4/26/2019 | Kim, Ye Darm | 2.8 | Update slides re: admin solvency tracker potential adjustments for counsel. |
| 16 | 4/29/2019 | Eisler, Marshall | 2.9 | Review Transform APA dispute in order assess impact on admin solvency. |
| 16 | 4/29/2019 | Diaz, Matthew | 2.1 | Review and edit the analysis re: the administrative solvency tracker. |
| 16 | 4/29/2019 | Diaz, Matthew | 0.5 | Participate on call with Akin re: the disclosure statement objection. |
| 16 | 4/29/2019 | Star, Samuel | 0.7 | Meet with team re: sub con vs decon analysis. |
| 16 | 4/29/2019 | Kim, Ye Darm | 2.9 | Revise admin solvency analysis to reflect total potential liabilities from ESL, Non-ESL, and mitigating items. |
| 16 | 4/30/2019 | Diaz, Matthew | 2.4 | Perform a detailed review of the updated Committee materials re: administrative solvency analysis. |
| 16 | 4/30/2019 | Diaz, Matthew | 1.0 | Participate on call with Akin to discuss the updated administrative solvency analysis. |
| 16 | 4/30/2019 | Star, Samuel | 0.8 | Participate on call with Akin re: latest administrative solvency analysis and 507(b) claim calculations. |
| 16 | 4/30/2019 | Star, Samuel | 0.6 | Review and comment on latest administrative solvency analysis and 507(b) claim calculations. |
| 16 | 4/30/2019 | Kim, Ye Darm | 2.1 | Process revisions to admin solvency deck for counsel. |
| **16 Total** | | | **111.4** | |
| 18 | 4/1/2019 | Blonder, Brian | 1.9 | Prepare questions for the Duff & Phelps deposition re: external licensing. |
| 18 | 4/1/2019 | Blonder, Brian | 2.1 | Prepare questions for the Duff & Phelps deposition re: royalty rates. |
| 18 | 4/1/2019 | Blonder, Brian | 2.4 | Prepare questions for the Duff & Phelps deposition re: model revenues. |
| 18 | 4/1/2019 | Blonder, Brian | 1.8 | Prepare questions for the Duff & Phelps deposition re: model discount rates. |
| 18 | 4/2/2019 | Blonder, Brian | 1.8 | Review documents re: 2011 and 2012 valuation assumptions in order to prepare a summary for Akin. |
| 18 | 4/2/2019 | Blonder, Brian | 1.6 | Conduct research re: royalty base assumptions for Kenmore, Craftsman and Diehard over time. |
| 18 | 4/2/2019 | Blonder, Brian | 1.4 | Participate on call with Akin to discuss the upcoming IP valuation deposition. |
| 18 | 4/2/2019 | Kim, Ye Darm | 2.7 | Conduct detailed review of forecasts used in IP valuation models in order to compare to historical information. |
| 18 | 4/2/2019 | Diaz, Matthew | 0.4 | Review the question list in preparation for upcoming IP valuation deposition. |
| 18 | 4/2/2019 | Diaz, Matthew | 1.4 | Participate on call with Akin to discuss the upcoming IP valuation deposition. |
| 18 | 4/2/2019 | Berkin, Michael | 1.4 | Participate on call with Akin to discuss the upcoming IP valuation deposition. |
| 18 | 4/2/2019 | Berkin, Michael | 1.8 | Perform key document review in preparation for Duff & Phelps IP valuation deposition. |
| 18 | 4/2/2019 | Berkin, Michael | 0.7 | Review draft IP valuation deposition question list in order to identify potential issues. |
| 18 | 4/2/2019 | Berkin, Michael | 1.1 | Review Duff & Phelps IP valuation models in preparation for deposition question development. |
| 18 | 4/3/2019 | Diaz, Matthew | 0.7 | Review updated questions for the Duff & Phelps IP valuation deposition. |
| 18 | 4/3/2019 | Simms, Steven | 0.4 | Correspond with the team re: outstanding preference issues. |
| 18 | 4/4/2019 | Blonder, Brian | 3.1 | Attend deposition of Duff & Phelps employee re: valuations of the Debtors' IP. |
| 18 | 4/4/2019 | Blonder, Brian | 2.9 | Continue to attend deposition of Duff & Phelps employee re: valuations of the Debtors' IP. |
| 18 | 4/10/2019 | Diaz, Matthew | 0.6 | Review preference proposals and related summaries. |
| 18 | 4/10/2019 | Star, Samuel | 0.2 | Review the Debtors' summary of preference action bids. |
| 18 | 4/10/2019 | Gotthardt, Gregory | 1.1 | Review documents received from Akin re: Seritage transaction for potential litigation. |
| 18 | 4/11/2019 | Eisler, Marshall | 1.9 | Evaluate proposals received by various firms regarding preference work. |
| 18 | 4/15/2019 | Diaz, Matthew | 1.1 | Review the Seritage real estate valuation analysis. |
| 18 | 4/15/2019 | Gotthardt, Gregory | 2.3 | Review various documents re: Duff & Phelps PPA appraisal and back-up in connection with Seritage valuation analysis. |

EXHIBIT C
SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538
DETAIL OF TIME ENTRIES
FOR THE PERIOD APRIL 1, 2019 TO APRIL 30, 2019

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 18 | 4/17/2019 | Blonder, Brian | 0.6 | Participate on call with the team to debrief from the Duff & Phelps deposition. |
| 18 | 4/17/2019 | Diaz, Matthew | 0.6 | Participate on call with the team to debrief from the Duff & Phelps deposition. |
| 18 | 4/22/2019 | Blonder, Brian | 1.6 | Review Duff & Phelps' Kenmore valuation and revenue projections to develop approach for revision. |
| 18 | 4/23/2019 | Blonder, Brian | 2.6 | Conduct research to gather data re: weighted average cost of capital, balance sheet assets, market shares and other data for use in IP valuations. |
| 18 | 4/24/2019 | Blonder, Brian | 1.9 | Prepare analysis re: specific appliance company to assess the balance sheet, weighted average cost of capital, and to calculate weighted average return on assets. |
| 18 | 4/24/2019 | Blonder, Brian | 2.4 | Prepare analysis of Duff & Phelps' Kenmore valuation assumptions and model flow for various revenue types. |
| 18 | 4/25/2019 | Blonder, Brian | 2.2 | Incorporate revisions to Duff & Phelps' Kenmore revenue models for all revenue types. |
| 18 | 4/26/2019 | Blonder, Brian | 2.7 | Prepare document re: summary of revisions made to Duff & Phelps' Kenmore valuation. |
| 18 | 4/26/2019 | Blonder, Brian | 1.6 | Incorporate further revisions to Duff & Phelps' Kenmore cash flow valuation models. |
| 18 | 4/29/2019 | Blonder, Brian | 0.9 | Incorporate additional updates to summary of adjusted valuation model. |
| 18 | 4/29/2019 | Blonder, Brian | 0.4 | Correspond with the team re: adjusted valuation model and approach. |
| 18 | 4/29/2019 | Blonder, Brian | 1.2 | Incorporate adjustments to Duff & Phelps model formatting. |
| **18 Total** | | | **55.5** | |
| 19 | 4/30/2019 | Simms, Steven | 0.6 | Obtain update on settlement issues. |
| 19 | 4/30/2019 | Kim, Ye Darm | 3.1 | Compile documents and correspondence with Debtors re: outstanding diligence items for audit trail. |
| **19 Total** | | | **3.7** | |
| 20 | 4/8/2019 | Star, Samuel | 0.3 | Participate on call with CRO re: preference actions, ESL disputes and administrative solvency levels. |
| **20 Total** | | | **0.3** | |
| 21 | 4/4/2019 | Simms, Steven | 0.6 | Participate on Committee call to discuss the administrative solvency tracker and the status of the plan. |
| 21 | 4/4/2019 | Diaz, Matthew | 0.6 | Participate on Committee call to discuss the administrative solvency tracker and the status of the plan. |
| 21 | 4/4/2019 | Park, Ji Yon | 0.6 | Participate on Committee call to discuss the administrative solvency tracker and the status of the plan. |
| 21 | 4/4/2019 | Khan, Sharmeen | 0.6 | Participate on Committee call to discuss the administrative solvency tracker and the status of the plan. |
| 21 | 4/11/2019 | Simms, Steven | 0.4 | Participate on call with the Committee re: status of POL, preference action provider bids, administrative solvency and substantive consolidation issues. |
| 21 | 4/11/2019 | Star, Samuel | 0.4 | Participate on call with the Committee re: status of POL, preference action provider bids, administrative solvency and substantive consolidation issues. |
| 21 | 4/11/2019 | Diaz, Matthew | 0.4 | Participate on call with the Committee re: status of POL, preference action provider bids, administrative solvency and substantive consolidation issues. |
| 21 | 4/11/2019 | Khan, Sharmeen | 0.4 | Participate on call with the Committee re: status of POL, preference action provider bids, administrative solvency and substantive consolidation issues. |
| 21 | 4/22/2019 | Star, Samuel | 0.4 | Participate on call with the Committee re: ESL dispute hearing and POR issues. |
| 21 | 4/22/2019 | Diaz, Matthew | 0.4 | Participate on call with the Committee re: ESL dispute hearing and POR issues. |
| **21 Total** | | | **4.8** | |
| 22 | 4/10/2019 | Simms, Steven | 0.4 | Participate on call with a creditor to discuss an update of the case. |
| 22 | 4/12/2019 | Simms, Steven | 0.3 | Participate on call with a creditor to discuss various outstanding administrative issues. |

**EXHIBIT C**  
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**  
**DETAIL OF TIME ENTRIES**  
**FOR THE PERIOD APRIL 1, 2019 TO APRIL 30, 2019**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 22 | 4/24/2019 | Star, Samuel | 0.1 | Participate on call with trade creditors representative re: case status. |
| **22 Total** | | | **0.8** | |
| 24 | 4/1/2019 | Tirabassi, Kathryn | 0.4 | Incorporate additional updates to the First Interim Fee Application. |
| 24 | 4/2/2019 | Diaz, Matthew | 1.8 | Review the First Interim Fee Application. |
| 24 | 4/2/2019 | Hellmund-Mora, Marili | 0.4 | Generate fee estimate in connection with reporting budget. |
| 24 | 4/2/2019 | Tirabassi, Kathryn | 0.2 | Prepare weekly fee estimate re: week ended 3/30. |
| 24 | 4/3/2019 | Tirabassi, Kathryn | 0.6 | Incorporate revisions to the First Interim Fee Application. |
| 24 | 4/4/2019 | Tirabassi, Kathryn | 3.1 | Begin to prepare March 2019 Fee Statement. |
| 24 | 4/4/2019 | Tirabassi, Kathryn | 1.4 | Continue to incorporate revisions to the First Interim Fee Application. |
| 24 | 4/4/2019 | Tirabassi, Kathryn | 2.7 | Incorporate revisions to the First Interim Fee Application. |
| 24 | 4/8/2019 | Diaz, Matthew | 0.7 | Review the First Interim Fee Application. |
| 24 | 4/8/2019 | Tirabassi, Kathryn | 2.9 | Incorporate updates to the First Interim Fee Application. |
| 24 | 4/8/2019 | Tirabassi, Kathryn | 3.4 | Prepare the March 2019 Fee Statement. |
| 24 | 4/9/2019 | Hellmund-Mora, Marili | 0.6 | Generate fee estimate in connection with reporting budget. |
| 24 | 4/9/2019 | Tirabassi, Kathryn | 2.4 | Prepare the March 2019 Fee Statement. |
| 24 | 4/10/2019 | Tirabassi, Kathryn | 3.2 | Prepare the March 2019 Fee Statement. |
| 24 | 4/10/2019 | Tirabassi, Kathryn | 0.4 | Incorporate updates to the First Interim Fee Application. |
| 24 | 4/10/2019 | Tirabassi, Kathryn | 2.1 | Continue to prepare the March 2019 Fee Statement. |
| 24 | 4/11/2019 | Diaz, Matthew | 0.6 | Review the updated First Interim Fee Application. |
| 24 | 4/11/2019 | McCaskey, Morgan | 0.3 | Review fees received to confirm correct amounts. |
| 24 | 4/11/2019 | McCaskey, Morgan | 0.3 | Coordinate the preparation of the First Interim Fee Application with the team. |
| 24 | 4/11/2019 | Kaneb, Blair | 3.2 | Incorporate Akin's comments into the First Interim Fee Application. |
| 24 | 4/12/2019 | Diaz, Matthew | 0.3 | Review the updated First Interim Fee Application. |
| 24 | 4/12/2019 | Kaneb, Blair | 0.5 | Incorporate Akin's comments into the First Interim Fee Application. |
| 24 | 4/16/2019 | Kim, Ye Darm | 0.6 | Prepare weekly fee estimate re: week ended 4/13. |
| 24 | 4/16/2019 | Kaneb, Blair | 2.8 | Prepare March 2019 Fee Statement. |
| 24 | 4/17/2019 | Kaneb, Blair | 2.4 | Prepare March 2019 Fee Statement. |
| 24 | 4/18/2019 | Diaz, Matthew | 1.1 | Review the March 2019 Fee Statement. |
| 24 | 4/18/2019 | Kaneb, Blair | 2.3 | Incorporate comments received from the team into the March 2019 Fee Statement. |
| 24 | 4/19/2019 | Kaneb, Blair | 1.9 | Finalize March 2019 Fee Statement. |
| 24 | 4/22/2019 | Kaneb, Blair | 2.8 | Incorporate comments from team re: March 2019 Fee Statement. |
| 24 | 4/23/2019 | Hellmund-Mora, Marili | 0.4 | Generate fee estimate in connection with reporting budget. |
| 24 | 4/23/2019 | Tirabassi, Kathryn | 0.3 | Prepare fee estimate re: week ended 4/20. |
| 24 | 4/30/2019 | Hellmund-Mora, Marili | 0.6 | Generate fee estimate in connection with reporting budget. |
| 24 | 4/30/2019 | Tirabassi, Kathryn | 0.3 | Prepare weekly fee estimate re: week ended 4/27. |
| **24 Total** | | | **47.0** | |
| **Grand Total** | | | **498.4** | |

**EXHIBIT D**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD APRIL 1, 2019 TO APRIL 30, 2019**

| Expense Type | Amount |
|---|---:|
| Airfare | $ 617.28 |
| Lodging | 311.74 |
| Transportation | 116.20 |
| Working Meals[1] | 286.07 |
| **Grand Total** | **$ 1,331.29** |

[1]Overtime meals over $20.00 have been reduced to $20.00.

EXHIBIT E
SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538
EXPENSE DETAIL
FOR THE PERIOD APRIL 1, 2019 TO APRIL 30, 2019

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 4/3/2019 | Blonder, Brian | Airfare | Airfare - Coach/Economy, Brian Blonder, LAS - ATL, 04/03/2019 - 04/04/2019. Travel to Atlanta for interview with Duff & Phelps. | $ 617.28 |
| | | **Airfare Total** | | **$ 617.28** |
| 4/3/2019 | Blonder, Brian | Lodging | Lodging - Brian Blonder 04/03/2019 - 04/04/2019. Hotel while traveling in Atlanta for meeting for inteview with Duff & Phelps. | 311.74 |
| | | **Lodging Total** | | **$ 311.74** |
| 4/4/2019 | Blonder, Brian | Transportation | Taxi from Atlanta hotel to the meeting with Duff & Phelps. | 10.00 |
| 4/23/2019 | Kaneb, Blair | Transportation | Taxi home from the office after working late on the case. | 16.56 |
| 4/24/2019 | Kaneb, Blair | Transportation | Taxi home from the office after working late on the case. | 18.36 |
| 4/25/2019 | Kaneb, Blair | Transportation | Taxi home from the office after working late on the case. | 35.16 |
| 4/29/2019 | Kaneb, Blair | Transportation | Taxi home from the office after working late on the case. | 18.96 |
| 4/30/2019 | Kaneb, Blair | Transportation | Taxi home from the office after working late on the case. | 17.16 |
| | | **Transportation Total** | | **$ 116.20** |
| 2/17/2019 | Kim, Ye Darm | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 2/17/2019 | Tirabassi, Kathryn | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 3/18/2019 | Tirabassi, Kathryn | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 4/3/2019 | Blonder, Brian | Working Meals | Dinner while traveling to Atlanta for meeting with Duff & Phelps. | 20.00 |
| 4/3/2019 | Blonder, Brian | Working Meals | Lunch while traveling to Atlanta for meeting with Duff & Phelps. | 9.73 |
| 4/3/2019 | Khan, Sharmeen | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 4/4/2019 | Blonder, Brian | Working Meals | Breakfast while traveling in Atlanta for meeting with Duff & Phelps. | 3.77 |
| 4/4/2019 | Blonder, Brian | Working Meals | Dinner while traveling in Atlanta for meeting with Duff & Phelps. | 15.10 |
| 3/3/2019 | Kaneb, Blair | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 3/3/2019 | Kaneb, Blair | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 3/5/2019 | Kaneb, Blair | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 3/6/2019 | Diaz, Matthew | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 3/6/2019 | Eisler, Marshall | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 3/7/2019 | Kaneb, Blair | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 3/9/2019 | Kaneb, Blair | Working Meals | Dinner while working late in the office on the case. | 17.47 |
| 3/13/2019 | Kaneb, Blair | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| | | **Working Meals Total** | | **$ 286.07** |
| | | **Grand Total** | | **$ 1,331.29** |

[1] Overtime meals over $20.00 have been reduced to $20.00.