WHITEFORD, TAYLOR & PRESTON LLP
220 White Plains Road, Second Floor
Tarrytown, NY 10591
(914) 761-8400
klewis@wtplaw.com
Kenneth M. Lewis

LANE POWELL PC
1420 Fifth Avenue, Suite 4200
Seattle, WA 98101
(206) 223-7046
ekbergc@lanepowell.com
brunnquellw@lanepowell.com
Charles R. Ekberg
Will J. Brunnquell

Attorneys for Angela Kelly and Janyce L. MacKenzie

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                                    Chapter 11

SEARS HOLDINGS CORPORATION, *et al.*,    Case No. 18-23538 (RDD)

                            Debtors.                    (Jointly Administered)

---------------------------------------------------------x

**CERTIFICATE OF SERVICE OF NOTICE OF HEARING ON MOTION OF
ANGELA KELLY AND JANYCE L. MACKENZIE FOR RELIEF FROM THE
AUTOMATIC STAY TO PERMIT THEM TO CONTINUE TO PROSECUTE
A PERSONAL INJURY ACTION AGAINST SEARS, ROEBUCK & CO. IN
KING COUNTY SUPERIOR COURT IN THE STATE OF WASHINGTON,
<u>AND TO LIQUIDATE THEIR CLAIMS IN SUCH ACTION</u>**

        The undersigned, under penalty of perjury, hereby certifies as follows:

        I am over 18 years of age, reside in Waccabuc, New York, and am not a party to this proceeding.

        On May 29, 2019, I served the Notice of Hearing on Motion of Angela Kelly and Janyce L. Mackenzie for Relief from the Automatic Stay to Permit them to Continue to Prosecute a Personal Injury Action against Sears, Roebuck & Co. in King County

Superior Court in the State of Washington, and to Liquidate Their Claims in Such Action [Docket No. 4064], including the annexed Motion and Exhibits, along with the notice of electronic filing of the Motion, (i) by email, upon the parties on **Exhibit A**; (ii) by UPS Overnight Delivery, upon (A) The Hon. Robert D. Drain, United States Bankruptcy Court for the Southern District of New York 300 Quarropas Street, Room 248, White Plains, NY 10601; (B) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, IL 60179, Attn.: Stephen Sitley Esquire and Luke J. Valentino, Esquire; and (C) the Office of the United States Trustee for Region 2, 201 Varick Street, Suite 1006, New York, NY 10014, Attn.: Paul Schwartzberg, Esquire; (iii) by FedEx Overnight Delivery, upon Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, New York 10153; Attn: Ray C. Schrock, Esq.; and (iv) by First Class Mail, postage pre-paid, upon the parties on **Exhibit B**.

Dated: Tarrytown, New York
May 30, 2019

/s/ Kenneth M. Lewis
Kenneth M. Lewis

## Exhibit A

AG and Assistant AG for the State of Michigan, Dept. of Treasury
Attn: Dana Nessel, Juandisha M. Harris
harrisj12@michigan.gov
3030 W. Grand Blvd. Cadillac Place, Ste. 10-200
Detroit, MI 48202

Akin Gump Strauss Hauer & Feld LLP
Attn: Ira S. Dizengoff, Philip C. Dublin, Abid Qureshi, Sara L. Brauner
idizengoff@akingump.com
pdublin@akingump.com
aqureshi@akingump.com
sbrauner@akingump.com
One Bryant Park
New York, NY 10036

Alderman & Alderman, LLC
Attn: Myles H. Alderman, Jr.
courts@alderman.com
185 Asylum Street
Hartford, CT 06103

Aldine Independent School District
Attn: Pamela H. Walters, Johnetta Lang
bnkatty@aldineisd.org
2520 W.W. Thorne Drive
Houston, TX 77073

Aldridge Pite, LLP
Attn: Jenelle C. Arnold
jarnold@aldridgepite.com
4375 Jutland Drive, Suite 200 P.O. Box 17933
San Diego, CA 92177-0933

Allen & Overy LLP
Attn: Laura R. Hall & Joseph Badtke-Berkow
laura.hall@allenovery.com
joseph.badtke-berkow@allenovery.com
1221 Avenue of the Americas
New York, NY 10020

Alston & Bird LLP
Attn: James J. Vincequerra
James.Vincequerra@alston.com
90 Park Avenue
New York, NY 10016-1387

Alston & Bird LLP
Attn: Leib M. Lerner
leib.lerner@alston.com
333 South Hope Street 16th Floor
Los Angeles, CA 90071

Ansell Grimm & Aaron, P.C.
Attn: Anthony J. D'Artiglio, Esq.
ajd@ansellgrimm.com
365 Rifle Camp Road
Woodland Park, NJ 07424

Ansell Grimm & Aaron, P.C.
Attn: Anthony J. D'Artiglio, Joshua S. Bauchner
ajd@ansellgrimm.com
365 Rifle Camp Road
Woodland Park, NJ 07424

Archer & Greiner, P.C.
Attn: Allen G. Kadish, Lance A. Schildkraut
akadish@archerlaw.com
lschildkraut@archerlaw.com
630 Third Avenue
New York, NY 10017

Arent Fox LLP
Attn: Andrew I. Silfen, Beth Brownstein
andrew.silfen@arentfox.com
beth.brownstein@arentfox.com
1301 Avenue of the Americas Floor 42
New York, NY 10019

Arnold & Porter Kaye Scholer LLP
Attn: Brian J. Lohan, Esq., Ginger Clements, Esq.
brian.lohan@arnoldporter.com
ginger.clements@arnoldporter.com
70 West Madison Street Suite 4200
Chicago, IL 60602

Aronauer & Yudell, LLP
Attn: Joseph Aronauer, Esq.
jaronauer@ayllp.com
One Grand Central Place 60 East 42nd Street, Suite 1420
New York, NY 10165

Ashford – Schael LLC
Attn: Courtney A. Schael, Esq.
CSchael@AshfordNJLaw.com
100 Quimby Street Suite 1
Westfield, NJ 07090

ASK LLP
Attn: Edward E. Neiger, Jennifer A. Christian
eneiger@askllp.com
jchristian@askllp.com
151 West 46th Street 4th Floor
New York, NY 10036

AT&T Services Legal Department
Attn: James W. Grudus, Esq.
Jg5786@att.com
One AT&T Way Room 3A115
Bedminster, NJ 07921

Austin Enterprises, LP.
Attn: Magdalena Cuellar
mcuellar45@austinenterpriseslp.com
5108 E. Clinton Way Ste. 109
Fresno, CA 93727

Backenroth Frankel & Krinsky, LLP
Attn: Mark Frankel, Esq.
mfrankel@bfklaw.com
800 Third Avenue Floor 11
New York, NY 10022

Baker & Hostetler LLP
Attn: Eric R. Goodman
egoodman@bakerlaw.com
Key Tower 127 Public Square, Suite 2000
Cleveland, OH 44114

Baker & Hostetler LLP
Attn: Ferve Khan
fkhan@bakerlaw.com
45 Rockefeller Plaza
New York, NY 10111

Ballard Spahr LLP
Attn: David L. Pollack
pollack@ballardspahr.com
52nd Floor - Mellon Bank Center 1735 Market Street
Philadelphia, PA 19103

Ballard Spahr LLP
Attn: Dustin P. Branch
branchd@ballardspahr.com
2029 Century Park East Suite 800
Los Angeles, CA 90067-2909

Ballard Spahr LLP
Attn: Leslie C. Heilman, Matthew G. Summers
heilmanl@ballardspahr.com
summersm@ballardspahr.com
919 N. Market Street 11th Floor
Wilmington, DE 19801

Ballard Spahr LLP
Attn: Paul E. Harner, Alyssa E. Kutner
harnerp@ballardspahr.com
kutnera@ballardspahr.com
1675 Broadway 19th Floor
New York, NY 10019-5820

Bayard, P.A.
Attn: Evan T. Miller
emiller@bayardlaw.com
600 N. King Street Suite 400
Wilmington, DE 19801

Belkin Burden Wenig & Goldman, LLP
Attn: Lewis A. Lindenberg
llindenberg@bbwg.com
c/o Aegis Investments, Inc. 270 Madison Avenue
New York, NY 10016

Benesch, Friedlander, Coplan & Aronoff LLP
Attn: William E. Schonberg, Esq.
wschonberg@beneschlaw.com
200 Public Square Suite 2300
Cleveland, OH 44114

Binder & Malter LLP
Attn: Michael W. Malter, Julie H. Rome-Banks
michael@bindermalter.com
julie@bindermalter.com
2775 Park Avenue
Santa Clara, CA 95050

Bleus & Associates, LLC
Attn: George Anthony Bleus, Esq.
bleusandassociates@gmail.com
Attorneys at Law 2633 Dakota NE
Albuquerque, NM 87110

Briggs and Morgan, P.A.
Attn: James M. Jorissen
jjorissen@briggs.com
2200 IDS Center 80 South Eighth Street
Minneapolis, MN 55402

Brown Rudnick LLP
Attn: Bennett S. Silverberg
bsilverberg@brownrudnick.com
spohl@brownrudnick.com
Seven Times Square
New York, NY 10036

Barclay Damon LLP
Attn: Kevin M. Newman
knewman@barclaydamon.com
Barclay Damon Tower 125 East Jefferson Street
Syracuse, NY 13202

Beard & Savory, PLLC
Attn: Russell W. Savory
russ@bsavory.com
119 South Main Street  Suite 500
Memphis, TN 38103

Bell Nunnally & Martin LLP
Attn: Russell W. Mills
rmills@bellnunnally.com
2323 Ross Avenue Suite 1900
Dallas, TX 75201

Bewley, Lassleben & Miller, LLP
Attn: Ernie Zachary Park
Ernie.park@bewleylaw.com
13215 E. Penn Street Suite 510
Whitter, CA 90602-1797

Blank Rome LLP
Attn: Jeffrey Rhodes
JRhodes@BlankRome.com
1825 Eye Street NW
Washington, DC 20006

Borges & Associates, LLC
Attn: Wanda Borges, Esq., Sue L. Chin, Esq.
bankruptcy@borgeslawllc.com
wborges@borgeslawllc.com
schin@borgeslawllc.com
575 Underhill Blvd.  Suite 118
Syosset, NY 11791

Barnes & Thornburg LLP
Attn: Mark R. Owens
mowens@btlaw.com
11 S. Meridian Street
Indianapolis, IN 46204

Belkin Burden Wenig & Goldman, LLP
Attn: Jay B. Solomon
jsolomon@bbwg.com
270 Madison Avenue
New York, NY 10016

Benesch, Friedlander, Coplan & Aronoff LLP
Attn: Michael J. Barrie, Kevin M. Capuzzi
mbarrie@beneschlaw.com
kcapuzzi@beneschlaw.com
222 Delaware Avenue Suite 801
Wilmington, DE 19801

Bialson, Bergen & Schwab
Attn: Lawrence M. Schwab, Thomas M. Gaa
Tgaa@bbslaw.com
633 Menlo Ave. Suite 100
Menlo Park, CA 94025

Blank Rome LLP
Attn: Stanley B. Tarr, Evan J. Zucker
Tarr@BlankRome.com
EZucker@BlankRome.com
The Chrysler Building 405 Lexington Avenue
New York, NY 10174

Brach Eichler LLC
Attn: Anthony M. Rainone
arainone@bracheichler.com
101 Eisenhower Parkway
Roseland, NJ 07068-1067

Brown & Connery, LLP
Attn: Julie F. Montgomery, Esq.
jmontgomery@brownconnery.com
6 North Broad Street Suite 100
Woodbury, NJ 08096

Buchalter, A Professional Corporation
Attn: Paul M. Weister
pweiser@buchalter.com
16435 North Scottsdale Road Suite 440
Scottsdale, AZ 85254-1754

Buchalter, A Professional Corporation
Attn: Shawn M. Christianson
schristianson@buchalter.com
55 Second Street 17th Floor
San Francisco, CA 94105-3493

Buchanan Ingersoll & Rooney PC
Attn: Christopher P. Schueller
christopher.schueller@bipc.com
640 5th Avenue 9th Floor
New York, NY 10019

Buchanan Ingersoll & Rooney PC
Attn: Christopher P. Schueller, Terry A. Shulsky, Tyler S. Dischinger
terry.shulsky@bipc.com
tyler.dischinger@bipc.com
One Oxford Centre 301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

Cadwalader, Wickersham & Taft LLP
Attn: Eric G. Waxman III, Anthony De Leo
Eric.Waxman@cwt.com
Anthony.Deleo@cwt.com
200 Liberty St.
New York, NY 10281

Cafaro Management Company
Attn: Richard T. Davis
rdavis@cafarocompany.com
5577 Youngstown-Warren Rd.
Niles, OH 44446

Cahill Gordon & Reindel LLP
Attn: Joel H. Levitin, Richard A. Stieglitz Jr.
jlevitin@cahill.com
rstieglitz@cahill.com
Eighty Pine Street
New York, NY 10005

Carmody MacDonald P.C.
Attn: Sarah J. Klebolt, Esq.
sjk@carmodymacdonald.com
120 South Central Avenue Ste. 1800
St. Louis, MO 63105

Carmody Torrance Sandak & Hennessy LLP
Attn: Marc J. Kurzman
MKurzman@carmodylaw.com
707 Summer Street
Stamford, CT 06901

Carmody Torrance Sandak & Hennessy LLP
Attn: Thomas J. Sansone
tsansone@carmodylaw.com
195 Church Street P.O. Box 1950
New Haven, CT 06509-1950

Carter Conboy Case Blackmore Maloney & Laird, P.C.
Attn: Michael J. Catalfimo, Esq., John R. Canney, IV
mcatalfimo@carterconboy.com
20 Corporate Woods Blvd. Suite 500
Albany, NY 12211

Carter Ledyard & Milburn LLP
Attn: James Gadsden, Esq.
gadsden@clm.com
bankruptcy@clm.com
Dennis.roemlein@bnymellon.com
2 Wall Street
New York, NY 10005
Chapman and Cutler LLP
Attn: Laura E. Appleby, Steven Wilamowsky
appleby@chapman.com
wilamowsky@chapman.com
1270 Avenue of the Americas
New York, NY 10020

Certilman Balin Adler & Hyman, LLP
Attn: Richard J. McCord, Esq., Robert D. Nosek, Esq.
rmccord@certilmanbalin.com
rnosek@certilmanbalin.com
90 Merrick Avenue
East Meadow, NY 11554
Chiesa Shahinian & Giantomasi PC
Attn: Beth J. Rotenberg, Scott A. Zuber
brotenberg@csglaw.com
szuber@csglaw.com
One Boland Drive
West Orange, NJ 07052

Choate, Hall & Stewart LLP
Attn: Kevin J. Simard, Jonathan D. Marshall
ksimard@choate.com
jmarshall@choate.com
Two International Place
Boston, MA 02110

Choi & Park, LLC
Attn: Hyun Suk Choi, Chull S. Park
hchoi@choiandpark.com
cpark@choiandpark.com
lkleist@choiandpark.com
11 Broadway Suite 615
New York, NY 10004

Chuhak & Tecson, P.C.
Attn: Miriam R. Stein
mstein@chuhak.com
30 South Wacker Drive Suite 2600
Chicago, IL 60606

CKR Law LLP
Attn: Edward L. Schnitzer, Gilbert R. Saydah Jr.
eschnitzer@ckrlaw.com
gsaydah@ckrlaw.com
1330 Avenue of the Americas 14th Floor
New York, NY 10019

Clark Hill PLC
Attn: Steven M. Richman
srichman@clarkhill.com
830 Third Avenue, Suite 200
New York, NY 10022

Clark Hill PLC
Attn: Steven M. Richman, Nola R. Bencze
srichman@clarkhill.com
nbencze@clarkhill.com
210 Carnegie Center, Suite 102
Princeton, NJ 08540

Clark Hill Strasburger
Attn: Duane J. Brescia
duane.brescia@clarkhillstrasburger.com
720 Brazos Suite 700
Austin, TX 78701

Clark Hill, PLC
Attn: David M. Blau
dblau@clarkhill.com
151 S. Old Woodward Ave. Ste. 200
Birmingham, MI 48009

Cleary Gottlieb Steen & Hamilton LLP
Attn: Sean O Neal Lewis J. Liman, Abena A. Mainoo, Luke A. Barefoot, Andrew Weaver
liman@cgsh.com
amainoo@cgsh.com
lbarefoot@cgsh.com
soneal@cgsh.com
aweaver@cgsh.com
One Liberty Plaza
New York, NY 10006

Cleary, Gottlieb, Steen & Hamilton LLP
Attn: Sean A. O'Neal, Andrew Weaver, Rahul Mukhi, Jennifer Kennedy Park, Thomas J. Moloney
soneal@cgsh.com
aweaver@cgsh.com
rmukhi@cgsh.com
jkpark@cgsh.com
tmoloney@cgsh.com
One Liberty Plaza
New York, NY 10006

Cohen & Grigsby, P.C.
Attn: William E. Kelleher, Jr., Helen Sara Ward
wkelleher@cohenlaw.com
hward@cohenlaw.com
625 Liberty Avenue
Pittsburgh, PA 15222-3152

Cohen, Weiss and Simon LLP
Attn: Richard M. Seltzer, Melissa S. Woods
rseltzer@cwsny.com
900 Third Avenue  21st Floor
New York, NY 10022-4869

Cole Schotz P.C.
Attn: Jill B. Bienstock, Esq.
jbienstock@coleschotz.com
1325 Avenue of the Americas 19th Fl.
New York, NY 10019

Cole Schotz P.C.
Attn: Michael D. Warner, Esq.
mwarner@coleschotz.com
301 Commerce Street Suite 1700
Fort Worth, TX 76102

Colleran, O' Hara & Mills LLP
Attn: Steven C. Farkas, Esq.
scf@cohmlaw.com
100 Crossways Park Drive West Suite 200
Woodbury, NY 11797

Computershare Trust Company, N.A.
Attn: Michael A. Smith, Vice President – Corporate Trust
Michael.smith2@computershare.com
2950 Express Drive South, Suite 210
Islandia, NY 11749

Connolly Gallagher LLP
Attn: Karen C. Bifferato, Kelly M. Conlan, N. Christopher Griffiths
kbifferato@connollygallagher.com
kconlan@connollygallagher.com
cgriffiths@connollygallagher.com
The Brandywine Building 1000 West Street, Suite 1400
Wilmington, DE 19801

Cooley LLP
Attn: Seth Van Aalten, Sarah Carnes
svanaalten@cooley.com
scarnes@cooley.com
1114 Avenue of the Americas
New York, NY 10036

Coto & Associates
Attn: Ramon Coto Ojeda
rco@crlawpr.com
MSC Plaza, Suite 800 255 Ponce de Leon Avenue
San Juan, PR 00917

Covington & Burling LLP
Attn: Dianne Coffino, R. Alexander Clark
dcoffino@cov.com
aclark@cov.com
The New York Times Building 620 Eighth Avenue
New York, NY 10018

Cozen O'Connor
Attn: Marl E. Felger
mfelger@cozen.com
1201 N. Market Street Suite 1001
Wilmington, DE 19801

Cravath, Swaine & Moore LLP
Attn: Paul H. Zumbro
pzumbro@cravath.com
Worldwide Plaza 825 Eighth Avenue
New York, NY 10019

Dahan & Nowick LLP
Attn: David R. Taxin, Esq.
davidtaxin@dahannowick.com
123 Main Street 9th Floor
White Plains, NY 10601

Daniel M. Silvershein, Attorney at Law
Attn: Daniel M. Silvershein
daniel@dmsilverlaw.com
262 W. 38th St., Suite 1007
New York, NY 10018

Davidoff Hutcher & Citron LLP
Attn: David H. Wander, Esq.
dhw@dhclegal.com
605 Third Avenue
New York, NY 10158

Day Pitney LLP
Attn: Joshua W. Cohen
jwcohen@daypitney.com
195 Church Street, 15th Floor
New Haven, CT 06510

Dean & Fulkerson
Attn: Kevin N. Summers, Esq.
Ksummers@dflaw.com
801 W. Big Beaver Road 5th Floor
Troy, MI 48084

| | | |
|---|---|---|
| Debevoise & Plimpton LLP<br>Attn: Erica S. Weisgerber, My Chi To<br>mcto@debevoise.com<br>eweisgerber@debevoise.com<br>919 Third Avenue<br>New York, NY 10022 | Delbello Donnellan Weingarten Wise & Wiederkehr, LLP<br>Attn: Julie Cvek Curley, Esq.<br>jcurley@ddw-law.com<br>One North Lexington Avenue 11th Floor<br>White Plains, NY 10601 | DFS Services, LLC<br>Attn: Beth J. Solomon<br>bethsolomon@discover.com<br>2500 Lake Cook Road<br>Riverwoods, IL 60015 |
| Diamon McCarthy LLP<br>Attn: Charles M. Rubio, Sheryl P. Giugliano, Allan B. Diamond<br>crubio@diamondmccarthy.com<br>sgiugliano@diamondmccarthy.com<br>adiamond@diamondmccarthy.com<br>295 Madison Avenue 27th Floor<br>New York, NY 10017 | Drinker Biddle & Reath LLP<br>Attn: Marita S. Erbeck<br>marita.erbeck@dbr.com<br>600 Campus Drive<br>Florham Park, NJ 07932-1047 | Duane Morris LLP<br>Attn: Lawrence J. Kotler, Wendy M. Simkulak<br>LJKotler@duanemorris.com<br>WMSimkulak@duanemorris.com<br>1540 Broadway<br>New York, NY 10036-4086 |
| Duane Morris LLP<br>Attn: Wendy M. Simkulak, Esquire & Catherine B. Heitzenrater, Esquire<br>WMSimkulak@duanemorris.com<br>Cheitzenrater@duanemorris.com<br>30 South 17th Street<br>Philadelphia, PA 19103 | Edgardo Munoz, PSC<br>Attn: Edgardo Munoz, PSC<br>emunozPSC@gmail.com<br>364 Calle Lafayette<br>San Juan, PR 00917-3113 | Eiseman Levine Lehrhaupt & Kakoyiannis, P.C.<br>Attn: Laurence May, Esq.<br>lmay@eisemanlevine.com<br>805 Third Avenue 10th Floor<br>New York, NY 10022 |
| Elliott Greenleaf, P.C.<br>Attn: Rafael X. Zahralddin-Aravena, Shelley A. Kinsella, Eric M. Sutty<br>rxza@elliottgreenleaf.com<br>sak@elliottgreenleaf.com<br>ems@elliottgreenleaf.com<br>1105 N. Market Street Suite 1700<br>Wilmington, DE 19801 | Engelman Berger P.C.<br>Attn: Scott B. Cohen<br>sbc@eblawyers.com<br>2800 North Central Avenue, Suite 1200<br>Phoenix, AZ 85004 | Entwistle & Cappucci LLP<br>Attn: Andrew J. Entwistle, Joshua K. Porter<br>aentwistle@entwistle-law.com<br>jporter@entwistle-law.com<br>299 Park Avenue, 20th Floor<br>New York, NY 10171 |
| Environmental Protection Agency<br>Attn: Matthew Leopold, General Counsel<br>Leopold.matt@Epa.gov<br>Office of General Counsel 2310A 1200 Pennsylvania Ave NW, 2310A<br>Washington, DC 20460 | Epicor Software Corporation<br>Attn: Larry Bercovich<br>lbercovich@epicor.com<br>Senior Legal Counsel 4120 Dublin Blvd., Suite 300<br>Dublin, CA 94568 | Davis Polk & Wardell LLP<br>Attn.: Eli Vonnegut<br>eli.vonnegut@davispolk.com<br>sears.service@davispolk.com<br>450 Lexington Avenue<br>New York, NY 10017 |
| Fein Such & Crane, LLP<br>Attn: Tammy L. Terrell Benoza, Esquire<br>bankruptcy@feinsuch.com<br>1400 Old Country Road, Suite C103<br>Westbury, NY 11590 | Felderstein Fitzgerald Willoughby & Pascuzzi LLP<br>Attn: Paul J. Pascuzzi<br>ppascuzzi@ffwplaw.com<br>400 Capitol Mall Suite 1750<br>Sacramento, CA 95814 | Ferraiuoli LLC<br>Attn: Gustavo A. Chico-Barris<br>gchico@ferraiuoli.com<br>221 Plaza 221 Ponce de Leon Avenue,<br>5th Floor<br>San Juan, PR 00917 |
| FisherBroyles, LLP<br>Attn: Mark E. Wilson<br>mark.wilson@fisherbroyles.com<br>203 North LaSalle Street Suite 2100<br>Chicago, IL 60601 | FisherBroyles, LLP<br>Attn: Patricia B. Fugée<br>patricia.fugee@fisherbroyles.com<br>27100 Oakmead Drive #306<br>Perrysburg, OH 43553 | Foley & Lardner LLP<br>Attn: Derek L. Wright & Katherine R. Catanese<br>dlwright@foley.com<br>kcatanese@foley.com<br>90 Park Ave.<br>New York, NY 10016 |
| Foley & Lardner LLP<br>Attn: Michael Small<br>msmall@foley.com<br>321 N. Clark Street Suite 2800<br>Chicago, IL 60654 | Foley Gardere Foley & Lardner LLP<br>Attn: Thomas Scannell<br>tscannell@foley.com<br>2021 McKinney Avenue Suite 1600<br>Dallas, TX 75201 | Fox Rothschild LLP<br>Attn: Allen J. Guon, Esq.<br>aguon@foxrothschild.com<br>321 N. Clark Street Suite 800<br>Chicago, IL 60654 |

| | | |
|---|---|---|
| Fox Rothschild LLP<br>Attn: Paul J. Labov<br>plabov@foxrothschild.com<br>101 Park Avenue Suite 1700<br>New York, NY 10017 | Fox Rothschild LLP<br>Attn: Thomas M. Horan<br>thoran@foxrothschild.com<br>919 North Market Street Suite 300<br>Wilmington, DE 19899-2323 | Fox Rothschild, LLP<br>Attn: Mark E. Hall, Michael R. Herz<br>mhall@foxrothschild.com<br>mherz@foxrothschild.com<br>49 Market Street<br>Morristown, NJ 07960 |
| Fox Swibel Levin & Carroll LLP<br>Attn: N. Neville Reid<br>nreid@foxswibel.com<br>200 West Madison Street Suite 3000<br>Chicago, IL 60606 | FrankGecker LLP<br>Attn: Joseph D. Frank, Jeremy C. Kleinman<br>jfrank@fgllp.com<br>jkleinman@fgllp.com<br>1327 W. Washington Boulevard Suite 5G-H<br>Chicago, IL 60607 | Freeborn & Peters LLP<br>Attn: Devon J. Eggert, Esq.<br>deggert@freeborn.com<br>311 South Wacker Drive Suite 3000<br>Chicago, IL 60606 |
| | Fried, Frank, Harris, Shriver & Jacobson LLP<br>Attn: Brad Eric Scheler, Scott B. Luftglass, Peter B. Siroka<br>brad.eric.scheler@friedfrank.com<br>scott.luftglass@friedfrank.com<br>peter.siroka@friedfrank.com<br>One New York Plaza<br>New York, NY 10004 | Frost Brown Todd LLC<br>Attn: Edward M. King<br>tking@fbtlaw.com<br>400 W Market St Suite 3200<br>Louisville, KY 40202 |
| Frost Brown Todd LLC<br>Attn: Ronald E. Gold & AJ Webb<br>rgold@fbtlaw.com<br>awebb@fbtlaw.com<br>3300 Great American Tower 301 East Fourth Street<br>Cincinnati, OH 45202 | Fultz Maddox Dickens PLC<br>Attn: Phillip A. Martin, Laura M. Brymer<br>pmartin@fmdlegal.com<br>lbrymer@fmdlegal.com<br>101 South Fifth Street 27th Floor<br>Louisville, KY 40202 | Gelber & Santillo PLLC<br>Attn: R. Zachary Gelber, Kristen M. Santillo<br>zgelber@gelbersantillo.com<br>ksantillo@gelbersantillo.com<br>347 West 36th Street Suite 805<br>New York, NY 10018 |
| Gellert Scali Busenkell & Brown LLC<br>Attn: Gary F. Seitz<br>gseitz@gsbblaw.com<br>8 Penn Center 1628 John F. Kennedy Blvd, Suite 1901<br>Philadelphia, PA 19103 | Gensburg Calandriello & Kanter, P.C.<br>Attn: Matthew T. Gensburg<br>mgensburg@gcklegal.com<br>200 West Adams Street Suite 2425<br>Chicago, IL 60606 | Gibbons P.C.<br>Attn: Brett S. Theisen, Natasha M. Songonuga<br>btheisen@gibbonslaw.com<br>nsongonuga@gibbonslaw.com<br>One Pennsylvania Plaza 37th Floor<br>New York, NY 10119-3701 |
| Gibbons P.C.<br>Attn: Howard A. Cohen<br>hcohen@gibbonslaw.com<br>300 Delaware Avenue Suite 1015<br>Wilmington, DE 19801-1671 | Giordano, Halleran & Ciesla, P.C.<br>Attn: Donald F. Campbell, Jr.<br>dcampbell@ghclaw.com<br>125 Half Mile Road Suite 300<br>Red Bank, NJ 07701 | Godfrey & Kahn, S.C.<br>Attn: Timothy F. Nixon<br>tnixon@gklaw.com<br>One East Main Street Suite 500<br>Madison, WI 53703 |
| Godlstein & McClintock LLLP<br>Attn: Thomas R. Fawkes<br>tomf@goldmclaw.com<br>375 Park Avenue Suite 2670<br>New York, NY 10152 | Golenbock Eiseman Assor Bell & Peskoe LLP<br>Attn: Jonathan L. Flaxer, Esq., Michael S. Weinstein, Esq.<br>jflaxer@golenbock.com<br>mweinstein@golenbock.com<br>711 Third Avenue<br>New York, NY 10017 | Goodwin Procter LLP<br>Attn: Barry Z. Bazian, Michael H. Goldstein,<br>gfox@goodwinlaw.com<br>bbazian@goodwinlaw.com<br>mgoldstein@goodwinlaw.com<br>The New York Times Building 620 Eighth Avenue<br>New York, NY 10018 |
| Goodwin Procter LLP<br>Attn: William P. Weintraub<br>wweintraub@goodwinlaw.com<br>The New York Times Building 620 Eighth Avenue<br>New York, NY 10018 | Gould & Ratner LLP<br>Attn: Matthew A. Olins, Esq.<br>Ellen M. Chapelle, Esq.<br>Vanessa R. Tiradentes, Esq.<br>searsnotice@gouldratner.com<br>222 North LaSalle Street Suite 800<br>Chicago, IL 60601 | Goulston & Storrs PC<br>Attn: Douglas B. Rosner<br>drosner@goulstonstorrs.com<br>400 Atlantic Avenue<br>Boston, MA 02110-3333 |

| | | |
|---|---|---|
| Goulston & Storrs PC<br>Attn: Trevor R. Hoffmann<br>thoffmann@goulstonstorrs.com<br>885 Third Avenue 18th Floor<br>New York, NY 10022 | Gray, Plant, Mooty, Mooty & Bennett, P.A.<br>Attn: Phillip W. Bohl<br>phillip.bohl@gpmlaw.com<br>80 S. Eighth St.<br>Minneapolis, MN 55402 | Greer, Herz & Adams, LLP<br>Attn: Frederick Black, Tara B. Annweiler, Marc D. Young<br>tannweiler@greerherz.com<br>One Moody Plaza 18th Floor<br>Galveston, TX 77550 |
| Hahn & Hessen LLP<br>Attn: Janine M. Figueiredo, Esq.<br>jfigueiredo@hahnhessen.com<br>488 Madison Avenue 15th Floor<br>New York, NY 10022 | Halperin Battaglia Benzija, LLP<br>Attn: Alan D. Halperin, Esq., Ligee Gu, Esq.<br>ahalperin@halperinlaw.net<br>lgu@halperinlaw.net<br>40 Wall Street 37th Floor<br>New York, NY 10005 | Halperin Battaglia Benzija, LLP<br>Attn: Donna H. Lieberman, Esq.<br>dlieberman@halperinlaw.net<br>40 Wall Street 37th Floor<br>New York, NY 10005 |
| Hanesbrands Inc<br>Attn: Joia Johnson, Chief Administrative Officer and General Counsel<br>joia.johnson@hanes.com<br>howard.upchurch@hanes.com<br>1000 East Hanes Mill Road<br>Winston Salem, NC 27105 | Harris Beach PLLC<br>Attn: Kevin Tompsett, Esq.<br>ktompsett@harrisbeach.com<br>99 Garnsey Road<br>Pittsford, NY 14534 | Herrick, Feinstein LLP<br>Attn: Sean E. O'Donnell, Stephen B. Selbst, Steven B. Smith, Michelle M. Sekowski<br>sodonnell@herrick.com<br>sselbst@herrick.com<br>ssmith@herrick.com<br>msekowski@herrick.com<br>2 Park Avenue<br>New York, NY 10016 |
| Higgs Fletcher & Mack LLP<br>Attn: Martin A. Eliopulos, Esq.<br>elio@higgslaw.com<br>401 West A Street Suite 2600<br>San Diego, CA 92101 | Hinckley, Allen & Snyder LLP<br>Attn: Christopher V. Fenlon, Esq.<br>cfenlon@hinckleyallen.com<br>30 South Pearl Street Suite 901<br>Albany, NY 12207 | Holland & Knight LLP<br>Attn:  Attn: Arthur E. Rosenberg, Esq., Marc L. Antonecchia, Esq.<br>arthur.rosenberg@hklaw.com<br>Marc.Antonecchia@hklaw.com<br>31 West 52nd Street<br>New York, NY 10019 |
| Holland & Knight LLP<br>Attn: Barbra R. Parlin<br>barbra.parlin@hklaw.com<br>elvin.ramos@hklaw.com<br>31 West 52nd Street<br>New York, NY 10019 | Holland & Knight LLP<br>Attn: Jose A. Casal, Esq., Joaquin J. Alemany, Esq.<br>jose.casal@hklaw.com<br>jjalemany@hklaw.com<br>701 Brickell Avenue Suite 3300<br>Miami, FL 33131 | Honigman Miller Schwartz and Cohn LLP<br>Attn: Lawrence A. Lichtman<br>llichtman@honigman.com<br>2290 First National Building 660 Woodward Avenue<br>Detroit, MI 48226 |
| Hughes Hubbard & Reed LLP<br>Attn: Christopher Gartman, Neil J. Oxford, Dustin P. Smith<br>chris.gartman@hugheshubbard.com<br>neil.oxford@hugheshubbard.com<br>dustin.smith@hugheshubbard.com<br>One Battery Park Plaza<br>New York, NY 10004 | Hunton Andrews Kurth LLP<br>Attn: Brett L. Gross, Michael S. Legge<br>bgross@HuntonAK.com<br>mlegge@huntonak.com<br>200 Park Avenue<br>New York, NY 10166 | Hunton Andrews Kurth LLP<br>Attn: Gregory G. Hesse<br>ghesse@huntonak.com<br>1445 Ross Avenue Suite 3700<br>Dallas, TX 75202 |
| Husch Blackwell LLP<br>Attn: Caleb T. Holzaepfel<br>caleb.holzaepfel@huschblackwell.com<br>736 Georgia Avenue Suite 300<br>Chattanooga, TN 37402 | Husch Blackwell LLP<br>Attn: Lynn H. Butler<br>lynn.butler@huschblackwell.com<br>111 Congress Avenue Suite 1400<br>Austin , TX 78701 | Ice Miller LLP<br>Attn: Daniel R. Swetnam<br>Daniel.Swetnam@icemiller.com<br>250 West Street Suite 700<br>Columbus , OH 43215 |

Imperial County Treasurer- Tax Collector
Attn: Karen Vogel, Treasurer-Tax Collector
taxcollector@co.imperial.ca.us
940 West Main Street Suite 106
El Centro, CA 92243

Impremedia Operating Company, LLC
Attn: Alex Macias
alex.macias@impremedia.com
915 Wilshire Blvd Ste. 800
Los Angeles, CA 90017

Interactions LLC
Attn: Joseph P. Gildea, SVP Finance and Administration
jgildea@interactions.com
31 Hayward Street Suite E
Franklin, MA 02038

Internal Revenue Service
Attn: Centralized Insolvency Operation
Mimi.M.Wong@irscounsel.treas.gov
2970 Market Street
Philadelphia, PA 19104-5016

Internal Revenue Service
Attn: Centralized Insolvency Operation
Mimi.M.Wong@irscounsel.treas.gov
P.O. Box 7346
Philadelphia, PA 19101-7346

Iron Mountain Information Management, LLC
Attn: Joseph Corrigan
Bankruptcy2@ironmountain.com
One Federal Street
Boston, MA 02110

Jasne & Florio, L.L.P.
Attn: Hugh G. Jasne, Esq., Diane L. Klein, Esq.
hgj@jasneflorio.com
dlk@jasneflorio.com
30 Glenn Street Suite 103
White Plains, NY 10603

John C. Adams and Kennylugenia Adams
Attn: John C. Adams, Kennylugenia Adams
brownsvalleyorchards@aol.com
P.O. Box 326
Aptos, CA 95001

Judith Elkin PLLC
Attn: Judith Elkin
elkinj@mac.com
23 Malysana Lane
New Rochelle, NY 10805

K&L Gates LLP
Attn: Robert T. Honeywell, Esq.
robert.honeywell@klgates.com
599 Lexington Avenue
New York, NY 10022

Keane & Beane, P.C.
Attn: Andrew P. Tureaud
atureaud@kblaw.com
445 Hamilton Avenue 15th Floor
White Plains, NY 10601

Keller Rohrback L.L.P.
Attn: Tanya Korkhov
tkorkhov@kellerrohrback.com
1140 Avenue of the Americas, 9th Floor
New York, NY 10036

Kelley Drye & Warren LLP
Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq.
KDWBankruptcyDepartment@KelleyDrye.com
bfeder@kelleydrye.com
101 Park Avenue
New York, NY 10178

Kenney Shelton Liptak & Nowak, LLP
Attn: Jeffery A. Carlino, Esq.
jacarlino@kslnlaw.com
The Calumet Building 233 Franklin Street
Buffalo, NY 14202

Klestadt Winters Jureller Southard & Stevens, LLP
Attn: Sean C. Southard, Lauren C. Kiss
ssouthard@klestadt.com
lkiss@klestadt.com
200 West 41st Street 17th Floor
New York, NY 10036-7203

Kurtzman | Steady, LLC
Attn: Jeffrey Kurtzman
kurtzman@kurtzmansteady.com
401 S. 2nd Street Suite 200
Philadelphia, PA 19147

Lane Powell PC
Attn.: Will J. Brunnquell, Esq.
brunnquellw@lanepowell.com
1420 Fifth Avenue Suite 4200
Seattle, WA 98101

Langley & Banack, Incorporated
Attn: David S. Gragg
dgragg@langleybanack.com
Trinity Plaza II, Ninth Floor 745 E. Mulberry, Suite 900
San Antonio, TX 78212

Lasky Fifarek, P.C.
Attn: John R. Fifarek, Esq.
jfifarek@laskyfifarek.com
120 N. Washington Square Ste. 625
Lansing, MI 48933

Lasser Hochman, L.L.C.
Attn: Richard L. Zucker
rzucker@lasserhochman.com
75 Eisenhower Parkway
Roseland, NJ 07068

Latham & Watkins LLP
Attn: Christopher Harris, Esq. & Rakim E. Johnson, Esq.
christopher.harris@lw.com
rakim.johnson@lw.com
885 Third Avenue
New York, NY 10022-4834

Latham & Watkins LLP
Attn: Peter M. Gilhuly, Ted A. Dillman
peter.gilhuly@lw.com
ted.dillman@lw.com
355 South Grand Ave Ste. 100
Los Angeles, CA 90071-1560

Law Office of Gilbert A. Lazarus, PLLC.
Attn: Gilbert A. Lazarus
gillazarus@gmail.com
92-12 68th Avenue
Forest Hills, NY 11375

Law Office of Kevin S. Neiman, PC
Attn: Kevin S. Neiman
kevin@ksnpc.com
999 18th Street Suite 1230 S
Denver, CO 80202

| | | |
|---|---|---|
| Law Office of William P. Fennell, APLC<br>Attn: William P. Fennell<br>william.fennell@fennelllaw.com<br>luralene.schultz@fennelllaw.com<br>office@fennelllaw.com<br>401 West A Street Suite 1800<br>San Diego, CA 92101 | Law Offices of Charles A. Gruen<br>381 Broadway<br>cgruen@gruenlaw.com<br>Suite 300<br>Westwood, NJ 07675 | Law Offices of Douglas T. Tabachnik, P.C.<br>Attn: Douglas T. Tabachnik, Esq.<br>dtabachnik@dttlaw.com<br>63 West Main Street Suite C<br>Freehold, NJ 07728 |
| Law Offices of Penny R. Stark<br>Attn: Penny R. Stark<br>pstarkesq@gmail.com<br>9861 Sunrise Lakes Boulevard Suite 308<br>Fort Lauderdale, FL 33322 | Lazarus & Lazarus, P.C.<br>Attn: Harlan M. Lazarus<br>hlazarus@lazarusandlazarus.com<br>harlan.lazarus@gmail.com<br>240 Madison Avenue 8th Floor<br>New York, NY 10016 | LeClairRyan, PLLC<br>Attn: Ilan Markus and Niclas A. Ferland<br>ilan.markus@leclairryan.com<br>niclas.ferland@leclairryan.com<br>545 Long Wharf Drive 9th Floor<br>New Haven , CT 06511 |
| LeClairRyan, PLLC<br>Attn: Janice B. Grubin, Alex J. Chase<br>janice.grubin@leclairryan.com<br>alex.chase@leclairryan.com<br>885 Third Avenue 16th Floor<br>New York, NY 10022 | Leonard, O'Brien, Spencer, Gale & Sayre, Ltd.<br>Attn: James M. Jorissen<br>jjorissen@losgs.com<br>100 South Fifth Street Suite 2500<br>Minneapolis, MN 55402 | Levene, Neale, Bender, Yoo & Brill L.L.P.<br>Attn: Kurt Ramlo<br>kr@lnbyb.com<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, CA 90067 |
| Linebarger Goggan Blair & Sampson, LLP<br>Attn: David G. Aelvoet<br>sanantonio.bankruptcy@publicans.com<br>711 Navarro Street Ste 300<br>San Antonio, TX 78205 | | Linebarger Goggan Blair & Sampson, LLP<br>Attn: Elizabeth Weller<br>dallas.bankruptcy@publicans.com<br>2777 N. Stemmons Freeway Suite 1000<br>Dallas, TX 75027 |
| Linebarger Goggan Blair & Sampson, LLP<br>Attn: John P. Dillman<br>houston_bankruptcy@publicans.com<br>PO Box 3064<br>Houston, TX 77253-3064 | Linowes and Blocher LLP<br>Attn: John T. Farnum, Esq.<br>jfarnum@linowes-law.com<br>7200 Wisconsin Avenue Suite 800<br>Bethesda, MD 20814 | Lippes Mathias Wexler Friedman LLP<br>Attn: John A. Mueller<br>jmueller@lippes.com<br>50 Fountain Plaza Suite 1700<br>Buffalo, NY 14202-2216 |
| Locke Lord LLP<br>Attn: Brian A. Raynor, Aaron C. Smith<br>braynor@lockelord.com<br>asmith@lockelord.com<br>111 South Wacker Drive<br>Chicago, IL 60606 | Locke Lord LLP<br>Attn: Ira S. Green<br>ira.greene@lockelord.com<br>200 Vesey Street<br>New York, NY 10281 | Locke Lord LLP<br>Attn: Joseph N. Froehlich<br>jfroehlich@lockelord.com<br>Brookfield Place 200 Vesey Street, 20th Floor<br>New York, NY 10281 |
| Locke Lord LLP<br>Attn: W. Steven Bryant<br>sbryant@lockelord.com<br>600 Congress Avenue Ste. 2200<br>Austin, TX 78701 | Lowenstein Sandler LLP<br>Attn: Bruce Buechler<br>bbuechler@lowenstein.com<br>One Lowenstein Drive<br>Roseland, NJ 07068 | Lowenstein Sandler LLP<br>Attn: Bruce S. Nathan, Esq., Eric S. Chafetz, Esq.<br>echafetz@lowenstein.com<br>bnathan@lowenstein.com<br>1251 Avenue of the Americas<br>New York, NY 10020 |
| Luan Investment, SE<br>Attn: Awilda I. Ramos, MD, VP<br>alexandra.bigas@gmail.com<br>awilda.ramos@aguadillamallpr.com<br>PO Box 7462<br>Ponce, PR 00732-7462 | Lubin Olson & Niewiadomski LLP<br>Attn: Dennis D. Miller<br>dmiller@lubinolson.com<br>The Transamerica Pyramid 600 Montgomery Street, 14th Floor<br>San Francisco, CA 94111 | Mayerson & Hartheimer PLLC<br>Attn: David H. Hartheimer<br>david@mhlaw-ny.com<br>845 Third Avenue<br>New York, NY 10022 |

| | | |
|---|---|---|
| McCreary, Veselka, Bragg & Allen, P.C.<br>Attn: Lee Gordon, Tara LeDay<br>tleday@mvbalaw.com<br>P. O. Box 1269<br>Round Rock, TX 78680 | McDowell, Rice, Smith & Buchanan, PC<br>Attn: Stuart E. Bodker<br>sbodker@mcdowellrice.com<br>605 W. 47th Street, Suite 350<br>Kansas City, MO 64112 | McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Jeffrey Bernstein, Esq.<br>jbernstein@mdmc-law.com<br>570 Broad Street Suite 1500<br>Newark, NJ 07102 |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Nicole A. Leonard, Esq.<br>nleonard@mdmc-law.com<br>225 Liberty Street 36th Floor<br>New York, NY 10281 | McGlinchey Stafford, PLLC<br>Attn: Brian S. McGrath, Kristen D. Romano<br>bmcgrath@mcglinchey.com<br>kromano@mcglinchey.com<br>112 West 34th Street Suite 1515<br>New York, NY 10120 | McGlinchey Stafford, PLLC<br>Attn: Mark J. Chaney, Esq., Richard A. Aguilar, Esq., Rudy J. Cerone, Esq.<br>mchaney@mcglinchey.com<br>raguilar@mcglinchey.com<br>rcerone@mcglinchey.com<br>601 Poydras Street 12th Floor<br>New Orleans, LA 70130 |
| McKool Smith, P.C.<br>Attn: H. Jeffrey Schwartz, James H. Smith<br>hjschwartz@mckoolsmith.com<br>jsmith@mckoolsmith.com<br>One Bryant Park 47th Floor<br>New York, NY 10036 | Meegan, Hanschu & Kassenbrock<br>Attn: David Meegan<br>dmeegan@mhksacto.com<br>11341 Gold Express Drive Suite 110<br>Gold River, CA 95670 | Meister Seelig & Fein LLP<br>Attn: Christopher J. Major<br>cjm@msf-law.com<br>125 Park Avenue 7th Floor<br>New York, NY 10017 |
| Meyers, Rodbell & Rosenbaum, P.A.<br>Attn: Nicole C. Kenworthy<br>nkenworthy@mrrlaw.net<br>6801 Kenilworth Avenue Suite 400<br>Riverdale, MD 20737-1385 | | Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Craig M. Price<br>cprice@milbank.com<br>28 Liberty Street<br>New York, NY 10005-1413 |
| Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Robert J. Liubicic<br>RLiubicic@milbank.com<br>2029 Century Park East 33rd Floor<br>Los Angeles, CA 90067 | Missouri Department of Revenue, Bankruptcy Unit<br>Attn: Steven A. Ginther, Special Assistant Attorney General<br>sdnyecf@dor.mo.gov<br>301 W. High Street, Room 670 P.O. Box 475<br>Jefferson City, MO 65105-0475 | Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.<br>Attn: Stan D. Smith<br>ssmith@mwlaw.com<br>425 West Capitol Avenue Suite 1800<br>Little Rock, AR 72201-3525 |
| | Morgan, Lewis & Bockius LLP<br>Attn: Laura McCarthy<br>laura.mccarthy@morganlewis.com<br>One Federal Street 32nd Fl<br>Boston, MA 02110-1726 | Morgan, Lewis & Bockius LLP<br>Attn: Neil E. Herman<br>neil.herman@morganlewis.com<br>101 Park Avenue<br>New York, NY 10178-0600 |
| Morris James LLP<br>Attn: Stephen M. Miller<br>smiller@morrisjames.com<br>500 Delaware Avenue, Suite 1500 P.O. Box 2306<br>Wilmington, DE 19899-2306 | Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Curtis S. Miller, Joseph C. Barsalona II<br>cmiller@mnat.com<br>jbarsalona@mnat.com<br>1201 North Market Street P.O. Box 1347<br>Wilmington, DE 19899 | Morrison & Foerster LLP<br>Attn: Jennifer L. Marines, Benjamin W. Butterfield<br>jmarines@mofo.com<br>bbutterfield@mofo.com<br>250 West 55th Street<br>New York, NY 10019 |
| Morrison Cohen LLP<br>Attn: Joseph T. Moldovan, Robert K. Dakis<br>bankruptcy@morrisoncohen.com<br>909 Third Avenue<br>New York, NY 10022 | MRO Attorneys at Law, LLC<br>Attn: Myrna L. Ruiz-Olmo, Esq.<br>mro@prbankruptcy.com<br>PO Box 367819<br>San Juan, PR 00936-7819 | Munger, Tolles & Olson, LLP<br>Attn: Bradley R. Schneider, Thomas B. Walper<br>bradley.schneider@mto.com<br>thomas.walper@mto.com<br>350 South Grand Avenue 50th Floor<br>Los Angeles, CA 90071-1560 |

| | | |
|---|---|---|
| Munsch Hardt Kopf & Harr, P.C.<br>Attn: Deborah M. Perry<br>dperry@munsch.com<br>500 N. Akard Street Suite 3800<br>Dallas, TX 75201-6659 | Munsch Hardt Kopf & Harr, P.C.<br>Attn: Kevin M. Lippman, Esq.<br>klippman@munsch.com<br>500 N. Akard Street Suite 3800<br>Dallas, TX 75201-6659 | National Association of Attorneys General<br>Attn: Karen Cordry<br>kcordry@naag.org<br>1850 M St., NW 12th Floor<br>Washington, DC 20036 |
| Nelson Mullins Riley & Scarborough LLP<br>Attn: Jody A. Bedenbaugh<br>jody.bedenbaugh@nelsonmullins.com<br>1320 Main Street, 17th Floor Post Office Box 11070 (29211)<br>Columbia, SC 29201 | Nelson Mullins Riley & Scarborough LLP<br>Attn: Shane G. Ramsey<br>shane.ramsey@nelsonmullins.com<br>280 Park Avenue 15th Floor West<br>New York, NY 10017 | New York State Department of Taxation and Finance<br>Attn: Enid Nagler Stuart; Assistant Attorney General<br>enid.stuart@ag.ny.gov<br>Special Bankruptcy Counsel, Office of the New York State Attorney General 28th Liberty Street, 17th Floor<br>New York, NY 10005 |
| Nixon Peabody, LLP<br>Attn: Christopher M. Desiderio<br>cdesiderio@nixonpeabody.com<br>55 West 46th Street<br>New York, NY 10036 | Nixon Peabody, LLP<br>Attn: Daniel W. Sklar, Esquire<br>dsklar@nixonpeabody.com<br>900 Elm Street<br>Manchester, NH 03101 | Nixon Peabody, LLP<br>Attn: Louis J. Cisz, III<br>lcisz@nixonpeabody.com<br>One Embarcadero Center 32nd Floor<br>San Francisco, CA 94111 |
| Nixon Peabody, LLP<br>Attn: Richard C. Pedone<br>rpedone@nixonpeabody.com<br>100 Summer Street<br>Boston, MA 02110 | Norton Rose Fulbright US LLP<br>Attn: Bob B. Bruner<br>bob.bruner@nortonrosefulbright.com<br>1301 McKinney Suite 5100<br>Houston, TX 77010 | Norton Rose Fulbright US LLP<br>Attn: Eric Daucher & Francisco Vazquez<br>eric.daucher@nortonrosefulbright.com<br>francisco.vazquez@nortonrosefulbright.com<br>1301 Avenue of the Americas<br>New York, NY 10019-6022 |
| Norton Rose Fulbright US LLP<br>Attn: Howard Seife, Christy Rivera, Stephen Castro, David A. Rosenzweig<br>howard.seife@nortonrosefulbright.com<br>christy.rivera@nortonrosefulbright.com<br>stephen.castro@nortonrosefulbright.com<br>david.rosenzweig@nortonrosefulbright.com<br>1301 Avenue of the Americas<br>New York, NY 10019-6022 | Office of Attorney General<br>Attn: Carol E. Momjian, Josh Shapiro<br>cmomjian@attorneygeneral.gov<br>The Phoenix Building 1600 Arch Street, Suite 300<br>Philadelphia, PA 19103 | Office of the Texas Attorney General<br>Attn: John Stern, Assistant Attorney General<br>bk-jstern@oag.texas.gov<br>sherri.simpson@oag.texas.gov<br>Bankruptcy & Collections Division MC 008 P.O. Box 12548<br>Austin, TX 78711-2548 |
| Office of The United States Trustee for Region 2<br>Attn: Paul Schwartzberg, Richard Morrissey<br>richard.morrissey@usdoj.gov<br>paul.schwartzberg@usdoj.gov<br>201 Varick St. Ste. 1006<br>New York, NY 10014 | Offit Kurman, P.A.<br>Attn: Albena Petrakov, Esq.<br>apetrakov@offitkurman.com<br>10 East 40th Street<br>New York, NY 10016 | Offit Kurman, P.A.<br>Attn: Stephen A. Metz, Esq.<br>smetz@offitkurman.com<br>4800 Montgomery Lane 9th Floor<br>Bethesda, MD 20814 |
| | OKeefe & Associates Law Corporation, P.C.<br>Attn: Sean A. O'Keefe<br>sokeefe@okeefelc.com<br>130 Newport Center Drive Suite 140<br>Newport Beach, CA 92660 | O'Melveny & Myers LLP<br>Attn: Andrew J. Frackman, Daniel S. Shamah, Brad M. Elias, Lauren M. Wagner<br>7 Times Square<br>New York, NY 10036 |

O'Melveny & Myers LLP
Attn: Darren L. Patrick
dpatrick@omm.com
400 South Hope Street
Los Angeles, CA 90071-2899

O'Melveny & Myers LLP
Attn: Jennifer Taylor
jtaylor@omm.com
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111

O'Melveny & Myers LLP
Attn: Matthew P. Kremer
mkremer@omm.com
Times Square Tower 7 Times Square
New York, NY 10036

Orrick, Herrington & Sutcliffe LLP
Attn: Evan C. Hollander & Emmanuel Fua
echollander@orrick.com
efua@orrick.com
51 West 52nd Street
New York, NY 10019-6142

Orrick, Herrington & Sutcliffe LLP
Attn: Matthew M. Fechik
mfechik@orrick.com
2121 Main Street
Wheeling, WV 26003

Orrick, Herrington & Sutcliffe LLP
Attn: Raniero D'Aversa
rdaversa@orrick.com
51 West 52nd Street
New York, NY 10019-6142

Paco (China) Garment Ltd
Attn: Lily Wang
lily@pacogarment.com
No 9 Yueyang Road, Building B
Qingdao, Shandong 266071 CHINA

Parker Poe Adams & Bernstein LLP
Attn: Kiah T. Ford IV
chipford@parkerpoe.com
401 South Tryon Street Suite 3000
Charlotte, NC 28202

Paul Hastings LLP
Attn: Andrew V. Tenzer, Esq., Shlomo Maza, Esq.
andrewtenzer@paulhastings.com
shlomomaza@paulhastings.com
200 Park Avenue
New York, NY 10166

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Paul M. Basta, Kelley A. Cornish, Lewis R. Clayton, Susanna M. Buergel, Robert Britton, Jonathan Hurwitz
pbasta@paulweiss.com
kcornish@paulweiss.com
lclayton@paulweiss.com
sbuergel@paulweiss.com
rbritton@paulweiss.com
jhurwitz@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019

Pedersen & Houpt
Attn: Lawrence W. Byrne, John S. Delnero
lbyrne@pedersenhoupt.com
jdelnero@pedersenhoupt.com
161 North Clark Street, Suite 2700
Chicago, IL 60601

Pepper Hamilton LLP
Attn: Henry Jaffe, Kenneth A. Listwak
jaffeh@pepperlaw.com
listwakk@pepperlaw.com
Hercules Plaza, Suite 5100 1313 N. Market Street
Wilmington, DE 19899-1709

Perdue Brandon Fielder Collins and Mott, LLP
Attn: Eboney Cobb, Esq.
ecobb@pbfcm.com
500 East Border Street Suite 640
Arlington, TX 76010

Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: John T. Banks
jbanks@pbfcm.com
3301 Northland Drive Suite 505
Austin, TX 78731

Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Ebony Cobb
ecobb@pbfcm.com
500 E. Border Street Suite 640
Arlington, TX 76010

Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Laura J. Monroe
lmbkr@pbfcm.com
P.O. Box 817
Lubbock, TX 79408

Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
Attn: Owen M. Sonik
osonik@pbfcm.com
1235 North Loop West Suite 600
Houston, TX 77008

Pick & Zabicki LLP
Attn: Douglas J. Pick
dpick@picklaw.net
369 Lexington Avenue 12th Floor
New York, NY 10017

Pierce McCoy, PLLC
Attn: Jonathan A. Grasso
jon@piercemccoy.com
85 Broad Street Suite 17-063
New York, NY 10004

Price Meese Shulman & D'Arminio, P.C.
Attn: Rick A. Steinberg
rsteinberg@pricemeese.com
50 Tice Boulevard Suite 380
Woodcliff Lake, NJ 07677

Prime Clerk LLC
Attn: Herb Baer, Richard M. Allen
searsteam@primeclerk.com
serviceqa@primeclerk.com
830 3rd Avenue 9th Floor
New York, NY 10022

| | | |
|---|---|---|
| Procopio, Cory, Hargreaves & Savitch LLP<br>Attn: Gerald P. Kennedy<br>gerald.kennedy@procopio.com<br>525 B Street Suite 2200<br>San Diego, CA 92101 | Pryor & Mandelup, L.L.P.<br>Attn: J. Logan Rappaport, Esq.<br>lr@pryormandelup.com<br>675 Old Country Road<br>Westbury, NY 11590 | Pryor & Mandelup, L.L.P.<br>Attn: Robert L. Pryor<br>rlp@pryormandelup.com<br>675 Old Country Road<br>Westbury, NY 11590 |
| Pryor Cashman LLP<br>Attn: Marie Polito Hofsdal<br>mhofsdal@pryorcashman.com<br>7 Times Square<br>New York, NY 10036 | Quinn Emanuel Urquhart & Sullivan LLP<br>Attn: Susheel Kirpalani, Jonathan E. Pickhardt, Andrew S. Corkhill, Matthew Scheck, Ellison Ward Merkel<br>susheelkirpalani@quinnemanuel.com<br>jonpickhardt@quinnemanuel.com<br>andrewcorkhill@quinnemanuel.com<br>matthewscheck@quinnemanuel.com<br>ellisonmerkel@quinnemanuel.com<br>51 Madison Avenue 22nd Floor<br>New York, NY 10010 | Reid and Riege, P.C.<br>Attn: Charles J. Filardi, Jr.<br>cfilardi@rrlawpc.com<br>One Financial Plaza 21st Floor<br>Hartford, CT 06103 |
| Reiss+Preuss LLP<br>Attn: Guy A. Reiss, Erik Tikkanen<br>greiss@reisspreuss.com<br>etikkanen@reisspreuss.com<br>200 West 41st Street 20th Floor<br>New York, NY 10036 | Rice Pugatch Robinson Storfer & Cohen, PLLC<br>Attn: Chad P. Pugatch<br>cpugatch@rprslaw.com<br>101 Northeast Third Avenue Suite 1800<br>Fort Lauderdale, FL 33301 | Rich Michaelson Magaliff, LLP<br>Attn: Howard P. Magaliff<br>hmagaliff@r3mlaw.com<br>335 Madison Avenue 9th Floor<br>New York, NY 10017 |
| Robbins, Schwartz, Nicholas, Lifton & Taylor, Ltd.<br>Attn: Kenneth M. Florey, M. Neal Smith<br>kflorey@robbins-schwartz.com<br>nsmith@robbins-schwartz.com<br>631 E. Boughton Road Suite 200<br>Bolingbrook, IL 60440 | Robert E. Michael & Associates PLLC<br>Attn: Robert E. Michael, Aaron Hume<br>Robert.e.michael.esq@gmail.com<br>Aron.hume@gmail.com<br>5911 Riverdale Avenue<br>New York, NY 10471 | Robinson Brog Leinwand Greene Genovese & Gluck P.C.<br>Attn: Fred B. Ringel, Esq., Robert M. Sasloff<br>fbr@robinsonbrog.com<br>rms@robinsonbrog.com<br>875 Third Avenue, 9th Floor<br>New York, NY 10022 |
| Robinson Brog Leinwand Greene Genovese & Gluck P.C.<br>Attn: Steven B. Eichel<br>se@robinsonbrog.com<br>875 Third Avenue, 9th Floor<br>New York, NY 10022-0123 | Ropes & Gray LLP<br>Attn: Gregg M. Galardi, Kimberly J. Kodis, Sam N. Ashuraey<br>gregg.galardi@ropesgray.com<br>kimberly.kodis@ropesgray.com<br>sam.ashuraey@ropesgray.com<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | Ropes & Gray LLP<br>Attn: James M. Wilton, Patricia I. Chen, Stephen Moeller-Sally, Joshua Y. Sturm<br>james.wilton@ropesgray.com<br>patricia.chen@ropesgray.com<br>ssally@ropesgray.com<br>joshua.sturm@ropesgray.com<br>Prudential Tower 800 Boylston Street<br>Boston, MA 02199-3600 |
| Ropes & Gray LLP<br>Attn: Nicholas M. Berg, Timothy Farrell<br>nicholas.berg@ropesgray.com<br>timothy.farrell@ropesgray.com<br>191 North Wacker Drive 32nd Floor<br>Chicago, IL 60606-4302 | Rosen & Associates, P.C.<br>Attn: Sanford P. Rosen, Esq.<br>srosen@rosenpc.com<br>747 Third Avenue<br>New York, NY 10017-2803 | Rubin LLC<br>Attn: Paul A. Rubin<br>prubin@rubinlawllc.com<br>345 Seventh Avenue 21st Floor<br>New York, NY 10001 |
| Ruskin Moscou Faltischek, P.C.<br>Attn: Michael S. Amato, Esq.<br>mamato@rmfpc.com<br>East Tower, 15th Floor 1425 RXR Plaza<br>Uniondale, NY 11556-1425 | S&D Law<br>Attn: Steven W. Kelly, Esq.<br>skelly@s-d.com<br>1290 Broadway Suite 1650<br>Denver, CO 80203 | Sahn Ward Coschignano, PLLC<br>Attn: Robert A. Abiuso, Matthew C. McCann<br>mmccann@swc-law.com<br>rabiuso@swc-law.com<br>333 Earle Ovington Boulevard Suite 601<br>Uniondale, NY 11553 |

| | | |
|---|---|---|
| Sakar<br>Attn: Jay Weinblatt<br>jweinblatt@sakar.com<br>195 Carter Drive<br>Edison, NJ 08817 | Satterlee Stephens LLP<br>Attn: Christopher R. Belmonte, Abigail Snow, Pamela Bosswick<br>cbelmonte@ssbb.com<br>asnow@ssbb.com<br>pbosswick@ssbb.com<br>230 Park Avenue<br>New York, NY 10169 | Schiff Hardin LLP<br>Attn: Louis T. DeLucia, Esq., Alyson M. Fiedler, Esq., Kayvan B. Sadeghi<br>ksadeghi@schiffhardin.com<br>666 Fifth Avenue Suite 1700<br>New York, NY 10103 |
| | Securities & Exchange Commission<br>Attn: Secretary of the Treasury<br>secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov<br>100 F Street, NE<br>Washington, DC 20549 | Securities & Exchange Commission – NY Office<br>Attn: Bankruptcy Department<br>bankruptcynoticeschr@sec.gov<br>Brookfield Place 200 Vesey Street, Suite 400<br>New York, NY 10281-1022 |
| Seward & Kissel LLP<br>Attn: John R. Ashmead, Esq. & Arlene R. Alves, Esq.<br>ashmead@sewkis.com<br>alves@sewkis.com<br>One Battery Park Plaza<br>New York, NY 10004 | Seyfarth Shaw LLP<br>Attn: Edward M. Fox<br>emfox@seyfarth.com<br>620 8th Avenue<br>New York, NY 10018 | Shapiro, Blasi, Wasserman & Hermann, P.A.<br>Attn: Richard P. Hermann, Matthew Kish, Jennifer Shafer<br>rhermann@sbwh.law<br>mkish@sbwh.law<br>jshafer@sbwh.law<br>floridaservice@sbwh.law<br>7777 Glades Road Suite 400<br>Boca Raton, FL 33434 |
| Shearman & Sterling LLP<br>Attn: Fredric Sosnick, Sara Coelho<br>fsosnick@shearman.com<br>sara.coelho@shearman.com<br>599 Lexington Avenue<br>New York, NY 10022 | Sheppard Mullin Richter & Hampton, LLP<br>Attn: Alan M. Feld, Esq., Ted Cohen, Esq.<br>afeld@sheppardmullin.com<br>tcohen@sheppardmullin.com<br>30 Rockerfeller Plaza<br>New York, NY 10112 | Shutts & Bowen LLP<br>Attn: Ryan C. Reinert, Esq.<br>rreinert@shutts.com<br>4301 W. Boy Scout Blvd Suite 300<br>Tampa, FL 33607 |
| Simon Property Group, L.P.<br>Attn: Ronald M. Tucker, Esq.<br>rtucker@simon.com<br>225 West Washington Street<br>Indianapolis, IN 46204 | Singer & Levick, P.C.<br>Attn: Michelle E. Shriro<br>mshriro@singerlevick.com<br>16200 Addison Road Suite 140<br>Addison, TX 75001 | Sirlin Lesser & Benson, P.C.<br>Attn: Dana S. Plon, Esquire<br>dplon@sirlinlaw.com<br>123 South Broad Street Suite 2100<br>Philadelphia, PA 19109 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq.<br>Paul.Leake@skadden.com<br>Shana.Elberg@skadden.com<br>George.Howard@skadden.com<br>4 Times Square<br>New York, NY 10036 | Skierski Jain PLLC<br>Attn: Doug Skierski, Kristin H. Jain<br>enotices@skijain.com<br>400 N. St. Paul Suite 510<br>Dallas, TX 75201 | Smiley Wang-Ekvall, LLP<br>Attn: Lei Lei Wang Ekvall, Philip E. Strok<br>pstrok@swelawfirm.com<br>3200 Park Center Drive Suite 250<br>Costa Mesa, CA 92626 |
| Snell & Wilmer L.L.P.<br>Attn: Robert R. Kinas<br>rkinas@swlaw.com<br>3883 Howard Hughes Parkway #1100<br>Las Vegas, NV 89169-5958 | Sorenson Van Leuven, PLLC<br>Attn: James E. Sorenson<br>bk@svllaw.com<br>PO Box 3637<br>Tallahassee, FL 32315-3637 | Sorling Northrup<br>Attn: David A. Rolf & Patrick M. Ryan<br>darolf@sorlinglaw.com<br>pmryan@sorlinglaw.com<br>1 N. Old State Capitol, Suite 200 P.O. Box 5131<br>Springfield, IL 62705-5131 |

SRAC Medium Term Notes
Attn: Mary A. Callahan Vice President
mary.callahan@bnymellon.com
The Bank of New York Mellon Trust Company 2 N. LaSalle Street – Suite 700
Chicago, IL 60602

SRAC Unsecured Notes
Attn: Mary A. Callahan Vice President
mary.callahan@bnymellon.com
The Bank of New York Mellon Trust Company 2 N. LaSalle Street – Suite 700
Chicago, IL 60602

Stark & Stark, P.C.
Attn: Thomas S. Onder, Joseph H. Lemkin
tonder@stark-stark.com
jlemkin@stark-stark.com
P.O. Box 5315
Princeton, NJ 08543

State of Nebraska
Attn: c/o Charles E. Chamberlin
charles.chamberlin@nebraska.gov
Office of the Nebraska Attorney General 2115 State Capitol Building
Lincoln, NE 68509

Stevens & Lee, P.C.
Attn: Constantine D. Pourakis
cp@stevenslee.com
485 Madison Avenue 20th Floor
New York, NY 10022

Stinson Leonard Street LLP
Attn: Thomas J. Salerno
thomas.salerno@stinson.com
1850 N. Central Avenue Suite 2100
Phoenix, AZ 85004-4584

Stinson LLP
Attn: Darrell W. Clark
darrell.clark@stinson.com
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006

Streusand, Landon, Ozburn & Lemon, LLP
Attn: Sabrina L. Streusand
streusand@slollp.com
1801 S. Mopac Expressway Suite 320
Austin , TX 78746

Stroock & Stroock & Lavan LLP
Attn: Kristopher M. Hansen, Jonathan D. Canfield, Sayan Bhattacharyya
khansen@stroock.com
jcanfield@stroock.com
sbhattacharyya@stroock.com
180 Maiden Lane
New York, NY 10038

Stull, Stull & Brody
Attn: Patrick Slyne
pkslyne@ssbny.com
6 East 45th Street
New York, NY 10017

Sullivan & Cromwell LLP
Attn: Andrew G. Dietderich, Brian D. Glueckstein, David R. Zylberberg
dietdericha@sullcrom.com
zylberbergd@sullcrom.com
125 Broad Street
New York, NY 1004-2498

SulmeyerKupetz, A Professional Corporation
Attn: David S. Kupetz & Claire K. Wu
dkupetz@sulmeyerlaw.com
ckwu@sulmeyerlaw.com
333 South Grand Avenue Suite 3400
Los Angeles, CA 90071

Suri Law Office
Attn: Vivek Suri, Esq.
lawyer@surilawoffice.com
20 Vesey Street Suite 300
New York, NY 10007

Szaferman, Lakind, Blumstein, & Blader P.C.
Attn: Bruce M. Sattin, Esq.
bsattin@szaferman.com
101 Grovers Mill Road Suite 200
Lawrenceville, NJ 08648

Tannenbaum Helpern Syracuse & Hirschtritt LLP
Attn: Michael J. Riela
Riela@thsh.com
900 Third Avenue 13th Floor
New York, NY 10022

Taubman Landlords
Attn: Andrew S. Conway
aconway@taubman.com
200 East Long Lake Road Suite 300
Bloomfield Hills, MI 48304

The Law Office of Thomas A. Farinella, P.C.
Thomas A. Farinella, Esq.
tf@lawtaf.com
260 Madison Avenue Suite 8090
New York, NY 10016

The Pension Benefit Guaranty Corporation (PBGC)
Attn: Judith Starr, Kartar S. Khalsa, William McCarron, Jr., & Adi Berger, Director
Starr.Judith@pbgc.gov
mccarron.william@pbgc.gov
efile@pbgc.gov
Office of the General Counsel 1200 K Street, N.W.
Washington, DC 20005-4026

The Sarachek Law Firm
Attn: Joseph E. Sarachek
joe@saracheklawfirm.com
101 Park Avenue 27th Floor
New York, NY 10178

The Tsang Law Firm, P.C.
Attn: Michael Tsang
mtsang@tsanglawfirm.com
40 Wall Street 26th Floor
New York, NY 10005

Thompson Hine LLP
Attn: Curtis L. Tuggle
Curtis.Tuggle@ThompsonHine.com
3900 Key Center 127 Public Square
Cleveland, OH 44114-1291

Tirelli Law Group, LLC
c/o Linda M. Tirelli, Esq.
ltirelli@tw-lawgroup.com
50 Main Street, Suite 1265
White Plains, NY 10606

TJ Tianxing Kesheng Leather Products Co Ltd
Attn: Power Wang
powerwangtxks@vip.126.com
No. 2 Jianshe Road Baodi District
Tianjin, Tianjin 301800  CHINA

TN Dept of Revenue
Attn: Herbert H. Slatery III, Marvin E. Clements, Jr.
AGBankNewYork@ag.tn.gov
c/o TN Attorney General's Office, Bankruptcy Division PO Box 20207
Nashville, TN 37202-0207

Tobias Law Firm, P.C.
Attn: David G. Tobias
dtobias@tobiaslawpc.com
600 Third Avenue, 15th Floor
New York, NY 10016

Trainor Fairbrook
Attn: Jennifer L. Pruski
jpruski@trainorfairbrook.com
980 Fulton Avenue
Sacramento, CA 95825

Travis County Attorney
Attn: David Escamilla, Kay D. Brock
kay.brock@traviscountytx.gov
P.O. Box 1748
Austin, TX 78767

Troutman Sanders LLP
Attn: Amy Pritchard Williams
amy.williams@troutman.com
301 S. College Street, Suite 3400
Charlotte, NC 28202

Troutman Sanders LLP
Attn: Bret D. Goodman, Alissa K. Piccione
Brett.Goodman@troutman.com
Alissa.Piccione@troutman.com
875 Third Avenue
New York, NY 10022

US Attorney for Southern District of New York
Attn: Bankruptcy Division
David.Jones6@usdoj.gov
Jeffrey.Oestericher@usdoj.gov
Joseph.Cordaro@usdoj.gov
Carina.Schoenberger@usdoj.gov
Lawrence.Fogelman@usdoj.gov
Peter.Aronoff@usdoj.gov
Linda.Riffkin@usdoj.gov
86 Chambers Street 3rd Floor
New York, NY 10007

Vedder Price P.C.
Attn: Joshua A. Dunn, Esq., Michael Schein
jdunn@vedderprice.com
1633 Broadway 31st Floor
New York, NY 10019

Vedder Price P.C.
Attn: Kevin J. Etzel
ketzel@vedderprice.com
1633 Broadway 31st Floor
New York, NY 10019

Vedder Price P.C.
Attn: Michael L. Schein
mschein@vedderprice.com
1633 Broadway 31st Floor
New York, NY 10019

Verizon Capital Corp.
Attn: Marva M. Levine
marva.m.levine@verizon.com
221 East 37th Street  7th Floor
New York, NY 10016

Waldrep LLP
Attn: Thomas W. Waldrep, Jr.
notice@waldrepllp.com
101 S. Stratford Road Suite 210
Winston-Salem, NC 27104

Walsh Pizzi O'Reilly Falanga LLP
Attn: Stephen V. Falanga, Esq.
sfalanga@walsh.law
One Riverfront Plaza 1037 Raymond Blvd., Ste. 600
Newark, NJ 07012

Warner Norcross + Judd LLP
Attn: Gordon J. Toering
gtoering@wnj.com
900 Fifth Third Center 111 Lyon Street, NW
Grand Rapids, MI 49503

Wasserman, Jurista & Stolz, P.C.
Attn: Donald W. Clarke
Dclarke@wjslaw.com
110 Allen Rd.  Ste. 304
Basking Ridge, NJ 07920

Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny Singh, Jared R. Friedmann, Jessie B. Mishkin, Esq.
ray.schrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com
JeriLeigh.Miller@weil.com
jessica.liou@weil.com
Paloma.VanGroll@weil.com
Jared.Friedmann@weil.com
Jessie.Mishkin@weil.com
767 Fifth Avenue
New York, NY 10153

Weiss Zarett Brofman Sonnenklar & Levy, P.C.
Attn: Michael D. Brofman, Esq.
mbrofman@weisszarett.com
3333 New Hyde Park Road Suite 211
New Hyde Park, NY 11042

Weltman, Weinberg & Reis Co., L.P.A.
Attn: Scott D. Fink
sfink@weltman.com
Lakeside Place, Suite 200 323 W. Lakeside Avenue
Cleveland, OH 44113-1099

White and Williams LLP
Attn: James C. Vandermark
vandermarkj@whiteandwilliams.com
7 Times Square Suite 2900
New York, NY 10036-6524

Whiteford, Taylor & Preston LLC
Attn: Christopher A. Jones
cajones@wtplaw.com
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042

Whiteford, Taylor & Preston LLC
Attn: Stephen B. Gerald
sgerald@wtplaw.com
The Renaissance Centre 405 North King Street, Suite 500
Wilmington, DE 19801-3700

Wiles & Wiles, LLP
Attn: Victor W. Newmark, Esq.
bankruptcy@evict.net
800 Kennesaw Avenue Suite 400
Marietta, GA 30060-7946

Williams Legal Advisory Group, LLC
Attn: Amy M. Williams
awilliams@williamsadvisors.com
169 Ramapo Valley Road Suite 106
Oakland, NJ 07436

Willkie Farr & Gallagher LLP
Attn: Alan J. Lipkin, Gabriel Brunswick
alipkin@willkie.com
gbrunswick@willkie.com
787 Seventh Avenue
New York, NY 10019

Wilmer Cutler Pickering Hale and Dorr LLP
Attn: Philip D. Anker & Noah A. Levine
philip.anker@wilmerhale.com
noah.levine@wilmerhale.com
7 World Trade Center 250 Greenwich Street
New York, NY 10007

Wilmington Trust, National Association
Attn: Steven Cimalore, Vice President
scimalore@wilmingtontrust.com
Rodney Square North 1100 North Market Street
Wilmington, DE 19890-0001

Wilmington Savings Fund Society, FSB
Attn: Patrick J. Healy
phealy@wsfsbank.com
501 Carr Road Suite 100
Wilmington, DE 19801

Wilson, Elser, Moskowitz, Edelman & Dicker LLP
Attn: David L. Tillem
david.tillem@wilsonelser.com
1133 Westchester Avenue
White Plains, NY 10604

Witte Law Offices, PLLC
Attn: Norman C. Witte
ncwitte@wittelaw.com
119 E. Kalamazoo Street
Lansing, MI 48933-2111

Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
Attn: Simon Aron
saron@wrslawyers.com
11400 West Olympic Boulevard 9th Floor
Los Angeles, CA 90064-1582

Zimmerman Law Offices, P.C.
Attn: Thomas A. Zimmerman, Jr.
tom@attorneyzim.com
77 West Washington Street Suite 1220
Chicago, IL 60602

**Exhibit B**

Wilmington Trust, NA
Corporate Capital Markets
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

Wilmorite Management Group LLC
Attn: Donald C. Cowan, Jr.
1265 Scottsville Road
Rochester, NY 14624

The Bank of NY Mellon Trust Company
Attn: Corporate Trust Administration
101 Barclay Street, Floor 8W
New York, NY 10286

Milbank, Tweed, Hadley & McCloy LLP
Attn: Andrew M. Leblanc, Esquire
1850 K Street, NW, Suite 1100
Washington, DC 20006

Fein Such & Crane, LLP
Attn: Tammy L. Terrell Benoza, Esquire
1400 Old Country Road, Suite C103
Westbury, NY 11590

Fein Such & Crane, LLP
Attn: Tammy L. Terrell Benoza, Esq.
7 Century Drive, Suite 201
Parsippany, NJ 07054

Linebarger Goggan Blair & Sampson LLP
Attn: Diane Wade Sanders, Esquire
P.O. Box 17428
Austin, TX 78760

Frenkel, Lambert, Weiss, Weisman & Gordon LLP
Attn: Michelle C. Marans, Esquire
53 Gibson Street
Bay Shore, NY 11706