# EXHIBIT 4

NORTH CAROLINA

BUNCOMBE COUNTY

THIS DEED, Made this the ___1___ day of __February__,
1966, by and between G-K, INC., a North Carolina corporation with its
principal place of business in Guilford County, North Carolina, herein-
after called Grantor, and MARTIN BRUCE and wife, SYLVIA BRUCE, of
Nassau County, New York, hereinafter called Grantees.

W I T N E S S E T H :

That the Grantor, for and in consideration of the sum of Ten
($10.00) Dollars and other good and valuable considerations to it in
hand paid by the Grantees, the receipt whereof is hereby acknowledged,
has given, granted, bargained, sold and conveyed, and by these presents
does give, grant, bargain, sell, convey and confirm unto Martin Bruce and
wife, Sylvia, Bruce, their heirs and assigns, as tenants in common and
not as tenants by the entireties, premises in the City of Asheville,
Buncombe County, North Carolina, described as follows:

> TRACT ONE: BEGINNING at a concrete monument in the
> northern margin of the right-of-way line
> of dual U. S. Highways #19-23, known as Patton Avenue,
> at the southeast corner of the lands of Wachovia Bank
> and Trust Company and running thence with the line of
> said Bank, North 12° 52' West 227 feet to a concrete
> monument; thence South 89° 45' West 119.3 feet to a
> concrete monument in the right-of-way line of Louisiana
> Avenue; thence North 36° 57' West 221.5 feet to an iron
> in the eastern margin of Louisiana Avenue; thence with
> the eastern margin of Louisiana Avenue, North 28° 51'
> West 63.5 feet to an iron pipe; the Joyner corner;
> thence with Joyner, South 81° 17' East 234.57 feet to
> an iron pipe; thence still with Joyner, North 3° 7'
> East 161.69 feet to a concrete monument, the Joyner
> northeast corner; thence with Joyner, North 78° 27'
> West 353.92 feet to an iron in the eastern margin of
> Louisiana Avenue; thence with the eastern margin of
> Louisiana Avenue, North 19° 26' West 87.85 feet; thence
> still with said Avenue, North 5° 22' West 100 feet;
> thence South 86° 10' 30" East 114.09 feet to an iron
> pipe; thence North 7° 20' East 52.86 feet, corner with
> Hargus; thence with Hargus, South 76° 10' 30" East
> 124.63 feet; thence North 7° 34' 30" East 93.99 feet;

thence North 5° 50' East 181.17 feet; thence South
70° 45' East 312 feet to an iron; thence North 37°
24' East 148.93 feet to an iron; thence South 70°
11' East 573.02 feet to an iron in Hawkins Lane;
thence with Hawkins Lane, South 27° 56' West 386.4
feet to a concrete monument; thence North 82° 15'
West 113.79 feet to an iron; thence South 32° 53'
30" West 193.5 feet to a concrete monument; thence
South 23° 27' West 165.86 feet to a concrete monu-
ment; thence South 85° 57' 30" East 17.59 feet to
a dogwood tree; thence South 20° 50' 30" East 290.35
feet to an existing spike in the northern margin of
Patton Avenue; thence with the northern margin of
Patton Avenue, South 85° 26' 30" West 350.45 feet
to a concrete monument; thence still with the
northern margin of Patton Avenue, South 87° 34' West
25 feet to the point of Beginning. Subject, however,
to right of way for the widening of Hawkins Lane and
the right of way for the widening of Louisiana Avenue,
and together with and subject to rights of ingress,
egress, and regress in, over and through that tract
of land fronting 50 feet on Patton Avenue and running
North 12° 59' West 35 feet, the center line of which
is the first call in the foregoing description.
Together with all rights conferred upon grantor herein
by a certain right of way agreement executed by the
Trustees of Temple Baptist Church recorded in Book 912,
Page 431, which shall be an appurtenance to the above-
described land.

TRACT TWO: All of the right, title and interest of
grantor (being a leasehold interest) in
the following described tract or parcel of land:
BEGINNING at an iron pipe in the eastern margin of
Louisiana Avenue, Wells' northwest corner, and running
thence with the Wells' line, South 81° 17' East 234.57
feet to an iron in the line of the land of G-K, Inc.;
thence with said line, North 3° 7' East 161.69 feet to
a monument at a 24-inch pin, corner with Shelton; thence
with the Shelton line, North 78° 27' West 353.92 feet
to an iron pipe in the eastern margin of Louisiana
Avenue; thence with the eastern margin of Louisiana
Avenue, South 19° 26' East 12.15 feet and South 28° 51'
East 211.64 feet to the point of Beginning.

There is also transferred hereby all of the rights of
G-K, Inc. (such rights having been transferred to it
by Patton Avenue Development Corporation), as lessee,
in that certain lease agreement between Patton Avenue
Development Corporation and Edeson C. Joyner dated
October 1, 1964, and recorded in Book 911, Page 402,
as same has been amended, and this conveyance is made
subject to the terms of a certain lease agreement
between Patton Avenue Development Corporation and S. S.
Kresge Company, dated December 18, 1964, as same has
been amended, and grantor does hereby assign and set
over to grantees all of its rights as landlord in said
lease. This conveyance is further made subject to the
mortgage deed of trust in favor of The Penn Mutual Life

Insurance Company and the assignment of rents executed
by Patton Avenue Development Corporation in connection
therewith; to 1966 ad valorem taxes, and to public
utility easements of record.

TO HAVE AND TO HOLD the above-described premises, with all the appurtenances thereunto belonging or in any wise appertaining, unto the Grantees, their heirs and assigns forever, as tenants in common and not as tenants by the entireties.

And the Grantor covenants that it is seized of said premises in fee and has the right to convey the same in fee simple; that said premises are free from incumbrances (with the exceptions above stated, if any); and that it will warrant and defend the said title to the same against the lawful claims of all persons whomsoever.

IN WITNESS WHEREOF, the Grantor has caused this deed to be executed by its duly authorized officers and its seal to be hereunto affixed, the day and year first above written.

323-6

G-K, INC.

BY: Lawrence J Hoyle
President

ATTEST:

Edward J Greene
Asst Secretary



-3-

NORTH CAROLINA

GUILFORD COUNTY

I, __GWEN B. SPARROW__, a Notary Public, do hereby certify that __EDWARD I. GREENE__ personally appeared before me this day and acknowledged that he is the __Asst__ Secretary of G-K, INC., a corporation, and that by authority duly given, and as the act of the corporation, the foregoing instrument was signed in its name by its _____President, sealed with its corporate seal and attested by him as its __Asst__ Secretary.

WITNESS my hand and official seal this the __1st__ day of __February__, 1966.

_Gwen B. Sparrow_
NOTARY PUBLIC

My Commission Expires:

__May 23, 1967__

NORTH CAROLINA, BUNCOMBE COUNTY
The foregoing Certificate of _____
_B. Sparrow_____ a Notary Public or Justice of the Peace
of the County and State designated, duly authenticated
by his Notarial Seal thereto attached is adjudged to be
correct. Let the instrument and the certificates be
registered:
This __1st__ day of __Feb__ 19__66__
_____
Deputy Clerk

Registered _Feb 1, 1966 at 3:20 pm_
_William E. Digges_ by
Register of Deeds _Macie L. Durham Dep._

-4-