# EXHIBIT 6

$6\!\!\!\!/\,9$

$4.2^{\prime}$

## MEMORANDUM OF LEASE

NAME AND ADDRESS OF LANDLORD: Martin Bruce and

Sylvia Bruce of 9 Lake Road, Great Neck, New York.

       PATTON PLAZA ASSOCIATES, a Partnership, consisting of
       NAME AND ADDRESS OF TENANT:/ Robert Siegel of 40 Schenck

Avenue, Great Neck, New York, and Bernard L. Nussinow of 24 Elm Street,

Woodbury, New York, as partners.

       DATE OF EXECUTION OF LEASE: February 1, 1966.

       DESCRIPTION OF LEASED PREMISES IN THE FORM CON-

TAINED IN THE LEASE:

       ALL that certain plot, piece or parcel of land, with the buildings
and improvements thereon erected, situate, lying and being in the City of
Asheville, County of Buncombe, North Carolina:

       TRACT ONE:

       BEGINNING at a concrete monument in the northern
margin of the right-of-way line of dual U. S. Highways
#19-23, known as Patton Avenue, at the southeast
corner of the lands of Wachovia Bank and Trust Company
and running thence with the line of said Bank, North
$12^{\circ}$ 52' West 227 feet to a concrete monument; thence
South $89^{\circ}$ 45' West 119.3 feet to a concrete monument
in the right-of-way line of Louisiana Avenue; thence
North $36^{\circ}$ 57' West 221.5 feet to an iron in the eastern
margin of Louisiana Avenue; thence with the eastern
margin of Louisiana Avenue, North $28^{\circ}$ 51' West 63.5
feet to an iron pipe; the Joyner corner; thence with
Joyner, South $81^{\circ}$ 17' East 234.57 feet to an iron pipe;
thence still with Joyner, North $3^{\circ}$ 7' East 161.69 feet
to a concrete monument, the Joyner northeast corner;
thence with Joyner, North $78^{\circ}$ 27' West 353.92 feet
to an iron in the eastern margin of Louisiana Avenue;
thence with the eastern margin of Louisiana Avenue,
North $19^{\circ}$ 26' West 87.85 feet; thence still with said
Avenue, North $5^{\circ}$ 22' West 100 feet; thence South
$86^{\circ}$ 10' 30" East 114.09 feet to an iron pipe; thence
North $7^{\circ}$ 20' East 52.86 feet, corner with Hargus;
thence with Hargus, South $76^{\circ}$ 10' 30" East 124.63 feet;
thence North $7^{\circ}$ 34' 30" East 93.99 feet; thence North
$5^{\circ}$ 50' East 181.17 feet; thence South $70^{\circ}$ 45' East
312 feet to an iron; thence North $37^{\circ}$ 24' East 148.93
feet to an iron; thence South $70^{\circ}$ 11' East 573.02 feet

to an iron in Hawkins Lane; thence with Hawkins
Lane, South 27° 56' West 386.4 feet to a concrete
monument; thence North 82° 15' West 113.79 feet
to an iron; thence South 32° 53' 30" West 193.5
feet to a concrete monument; thence South 23° 27'
West 165.86 feet to a concrete monument; thence
South 85° 57' 30" East 17.59 feet to a dogwood tree;
thence South 20° 50' 30" East 290.35 feet to an
existing spike in the northern margin of Patton
Avenue; thence with the northern margin of Patton
Avenue, South 85° 26' 30" West 350.45 feet to a
concrete monument; thence still with the northern
margin of Patton Avenue, South 87° 34' West 25
feet to the point of Beginning. Subject, however,
to right of way for the widening of Hawkins Lane
and the right of way for the widening of Louisiana
Avenue, and together with and subject to rights
of ingress, egress, and regress, in, over and
through that tract of land fronting 50 feet on Patton
Avenue and running North 12° 59' West 35 feet,
the center line of which is the first call in the
foregoing description.

TRACT TWO:

BEGINNING at an iron pipe in the eastern
margin of Louisiana Avenue, Wells' northwest corner,
and running thence with the Wells' line, South
81° 17' East 234.57 feet to an iron in the line of
the land of G-K, Inc.; thence with said line, North
3° 7' East 161.69 feet to a monument at a 24-inch
pin, corner with Shelton; thence with the Shelton
line, North 78° 27' West 353.92 feet to an iron
pipe in the eastern margin of Louisiana Avenue;
thence with the eastern margin of Louisiana
Avenue, South 19° 26' East 12.15 feet and South
28° 51' East 211.64 feet to the point of Beginning.

TERM OF LEASE: The Lease shall be for a term of 30 years,

and shall commence on the first day of February, 1966, and shall terminate

on the thirty-first day of January, 1996.

SAID LEASE CONTAINS THE FOLLOWING PROVISION:

"SECTION 12.03. Nothing in this Lease contained shall be

deemed or construed in any way as constituting the consent, request or

approval of Landlord, express or implied, by inference or otherwise to

anyone for the performance of any labor or services, the furnishing of any materials for any improvement, alteration or repair of the Demised Premises or any part thereof, nor as giving Tenant any right, power or authority to contract for or permit the rendering of any services or labor or the furnishing of any materials that would give rise to the filing of any lien against the Demised Premises or any part thereof."

IN WITNESS WHEREOF the parties hereto have respectively executed this memorandum of lease this *1ST* day of FEBRUARY, 1966.

WITNESSES:

_____
Martin Bruce, Landlord

_____
Sylvia Bruce, Landlord

PATTON PLAZA ASSOCIATES

By _____
Robert Siegel, Tenant Partner

_____
Bernard L. Nussinow, Tenant Partner

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NASSAU  )

I, Jules Martin, a Notary Public in and for said county do hereby certify that Sylvia Bruce personally appeared before me this day and acknowledged the due execution of the foregoing instrument

Witness my hand and Notarial Seal, this *1ST* day of FEBRUARY, 1966.

_____
Notary Public

STATE OF NORTH CAROLINA )
                        ) ss.:
COUNTY OF BUNCOMBE      )

I, GLEN B. SPARROW, a Notary Public in and for said county do hereby certify that Martin Bruce personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and Notarial Seal, this 1st day of February 1966.

My Commission Expires:
May 23, 1967

_____
Notary Public

STATE OF NORTH CAROLINA ) ss.:
COUNTY OF BUNCOMBE      )

    I,    GWEN B. SPARROW                         , a Notary Public in

and for said county do hereby certify that Robert Siegel and Bernard L.

Nussinow personally appeared before me this day and acknowledged the

due execution of the foregoing instrument.

    Witness my hand and Notarial Seal, this    1st    day of

February    1966.


                                       Notary Public

My Commission Expires:

May 23, 1967

NORTH CAROLINA, BUNCOMBE COUNTY
The foregoing Certificate of _Gwen B._
_Sparrow_ _____ a Notary Public of
_Justice of the Peace_
of the County and State designated, duly authenticated
by his Notarial Seal thereto attached is adjudged to be
correct. Let the Instrument and the certificates be
registered.
This _1st_ day _Feb_ - 19_66_
_____
   Deputy Clerk Superior Court, Buncombe County

_Feb 1, 1966 at 3:35 pm_
_William E. Diggory_
       Register of Deeds