# EXHIBIT 8

## ASSIGNMENT

KNOW ALL MEN BY THESE PRESENTS that:

BERNARD L. NUSSINOW and ROBERT SIEGEL, co-partners doing business as Patton Plaza Associates, a partnership having an office at 777 Northern Boulevard, Great Neck, New York (hereafter called the "ASSIGNORS"), for Ten ($10) Dollars and other valuable consideration to the Assignors in hand paid by NINETEENTH ASHEVILLE CORP., a North Carolina corporation having an office at 511 Fifth Avenue, New York, New York (hereafter called the "ASSIGNEE"), the receipt whereof is hereby acknowledged,

HEREBY SELL, ASSIGN AND TRANSFER unto the Assignee that certain Indenture of Lease, and the leasehold estate created thereby, dated February 1, 1966, made by Morton Bruce and Sylvia Bruce, as lessor, and the Assignors, as lessee (a memorandum of which was recorded in the Buncombe County, North Carolina, Registry on February 1, 1966 in Book 934, page 619), as amended by agreement between said Morton Bruce and Sylvia Bruce and the Assignors, dated November 5, 1969, covering the following described property:

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of Asheville, County of Buncombe, North Carolina:

TRACT ONE:

BEGINNING at a concrete monument in the northern margin of the right-of-way line of dual U. S. Highways #19-23, known as Patton Avenue, at the southeast corner of the lands of Wachovia Bank and Trust Company and running thence with the line of said Bank, North 12°52' West 227 feet to a concrete monument; thence South 89°45' West 119.3 feet to a concrete monument in the right-of-way line of Louisiana Avenue; thence North 36°57' West 221.5 feet to an iron in the eastern margin of Louisiana Avenue; thence with the eastern margin of Louisiana Avenue, North 28°51' West 63.5 feet to an iron pipe; the Joyner corner; thence with Joyner, South 81°17' East 234.57 feet to an iron pipe; thence still with Joyner, North 3°7' East 161.69 feet to a concrete monument, the Joyner northeast corner; thence with Joyner, North 78°27' West 353.92 feet to an iron in the eastern margin of Louisiana Avenue;

thence with the eastern margin of Louisiana Avenue, North 19°26' West 87.85 feet; thence still with said Avenue, North 5°22' West 100 feet; thence South 86°10'30" East 114.09 feet to an iron pipe; thence North 7°20' East 52.86 feet, corner with Hargus; thence with Hargus, South 76°10'30" East 124.63 feet; thence North 7°34'30" East 93.99feet; thence North 5°50' East 181.17 feet; thence South 70°45' East 312 feet to an iron; thence North 37°24' East 148.93 feet to an iron; thence South 70°11' East 573.02 feet to an iron in Hawkins Lane; thence with Hawkins Lane, South 27°56' West 386.4 feet to a concrete monument; thence North 82°15' West 113.79 feet to an iron; thence South 32°53'30" West 193.5 feet to a concrete monument; thence South 23°27' West 165.86 feet to a concrete monument; thence South 85°57'30" East 17.59 feet to a dogwood tree; thence South 20°50'30" East 290.35 feet to an existing spike in the northern margin of Patton Avenue; thence with the northern margin of Patton Avenue, South 85°26'30" West 350.45 feet to a concrete monument; thence still with the northern margin of Patton Avenue, South 87°34' West 25 feet to the point of Beginning. Subject, however, to right of way for the widening of Hawkins Lane, and the right of way for the widening of Louisiana Avenue, and together with and subject to rights of ingress, egress, and regress, in, over and through that tract of land fronting 50 feet on Patton Avenue and running North 12°59' West 35 feet, the center line of which is the first call in the foregoing description.

TRACT TWO:

BEGINNING at an iron pipe in the eastern margin of Louisiana Avenue, Wells' northwest corner, and running thence with the Wells' line, South 81°17' East 234.57 feet to an iron in the line of the land of G-K, Inc.; thence with said line, North 3°7' East 161.69 feet to a monument at a 24-inch pin, corner with Shelton; thence with the Shelton line, North 78°27' West 353.92 feet to an iron pipe in the eastern margin of Louisiana Avenue; thence with the eastern margin of Louisiana Avenue, South 19°26' East 12.15 feet and South 28°51' East 211.64 feet to the point of Beginning.

and all of the right, title and interest of the Assignors as lessee in and to the same and in and to any buildings and improvements thereon with the appurtenances,

TO HAVE AND TO HOLD the same unto the Assignee, its successors and assigns, from the date of these presents for

-2-

all of the rest of the years mentioned in said Indenture
of Lease, as amended,

SUBJECT, HOWEVER, to the rents, covenants, terms,
conditions and provisions mentioned and contained in said
Indenture of Lease, as amended.

AND the Assignee hereby assumes the performance
of all of the terms, covenants, conditions and agreements
contained in the aforesaid Indenture of Lease, hereby
assigned to it; and hereby assumes said Indenture of
Lease, the obligations of the Assignors thereunder
and all of the obligations of the tenant thereunder, and
shall be liable for the payment of the basic rent,
Impositions and all costs and payments and charges
which tenant under any of the provisions thereof assumes
or agrees to pay and for the due performance of all of the
terms, covenants, conditions and agreements thereof
contained on tenant's part to be performed for the term
of said Indenture of Lease, so long as said Assignee
is the holder thereof.

IN WITNESS WHEREOF, the Assignors and the Assignee
have duly executed this instrument this 6th day of
November, 1969.

PATTON PLAZA ASSOCIATES

By _____
Bernard L. Nussinow

By _____
Robert Siegel
Co-Partners

NINETEENTH ASHEVILLE CORP.
By _____
Harold W. Schulkind, Vice-Pres.

-3-

STATE OF NEW YORK )
:ss.:
COUNTY OF NEW YORK )

On this 6th day of November, 1969 before me personally came Bernard L. Nussinow and Robert Siegel, to me known to be co-partners of the firm of Patton Plaza Associates and the individuals who executed the foregoing instrument and they acknowledged to me that they executed the foregoing instrument individually and for and in behalf of said firm.

MELVYN ALTMAN
Notary Public, State of New York
No. 31-0055375
Qualified in New York County
Commission Expires March 30, 1971

STATE OF NEW YORK )
:ss.:
COUNTY OF NEW YORK )

On this 6th day of November, 1969 before me personally came Harold W. Schulkind, to me known, who, being duly sworn, did depose and say that he resides at 142-05 Roosevelt Avenue, Flushing, N. Y.; that he is the vice-president of Nineteenth Asheville Corp., the corporation described in and which executed the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal, and that it was so affixed by order of the board of directors of said corporation, and that he signed his name thereto by like order.

MELVYN ALTMAN
Notary Public, State of New York
No. 31-0055375
Qualified in New York County
Commission Expires March 30, 1971

State of North Carolina, County of Buncombe  Melvyn Altman
Each of the foregoing certificates, namely of ..........................................
a notary or Notaries public of the State and County designated is certified to be correct.
This ....7..... day of ..... November ........., 19. 69.
WILLIAM E. DIGGES
Register of Deeds, Buncombe County
By: ........................., Deputy

Filed for registration on the ...7..... day of ... November ........., 19. 69. at ... 1:08 P .M.
WILLIAM E. DIGGES
Register of Deeds, Buncombe County
By: ........................., Deputy