# EXHIBIT 10

BOOK 1134 PAGE 43ᴸ

AGREEMENT made this   27th   day of July, 1973 between

MARTIN BRUCE and SYLVIA BRUCE, (hereinafter referred to as landlord),

and NINETEENTH ASHEVILLE CORP., a North Carolina corporation having

an office at 1133 Avenue of the Amercas, New York, New York, (hereinafter

called tenant).

WHEREAS, landlord and tenant are such under a Lease dated

February 1, 1966, as amended November 5, 1969 and July 11, 1972, and;

whereas tenant has requested landlord to convey a part of the demised prem-

ises hereinafter described to Trustees of the Temple Baptist Church, and;

whereas the mortgagee of said premises has by instrument dated June 12,

1973, recorded in Book 1082, Page 549, released the lien of the mortgage

of said part of the demised premises, and;whereas S. S. Kresge Company,

a tenant of said premises, has consented to said conveyance by letter dated

January 24, 1973.

W I T N E S S E T H:

Said lease dated February 1, 1966, as amended November 5,

1969 and July 11, 1972, be and hereby is further amended so as to delete

from the demised premises that part of the demised premises described as

follows:

> Located in Buncombe County, North Carolina, in the City of
> Asheville; beginning at a stake at the terminus of the 18th
> call of Tract 1 of the property described in a deed recorded
> in the Buncombe County Registry in Deed Book 935, at Page 1,
> and running thence North 82 degrees, 15 minutes West 73.75
> feet; thenceNorth 48 degrees, 10 minutes East 156.12 feet;
> thence South 62 degrees, 4 minutes East 15 feet; thence South
> 27 degrees, 56 minutes West 121.18 feet to the BEGINNING.
> Together with a ten foot easement North of the premises
> described above for drainage and maintenance of the proposed
> new road.

BOOK **1134** PAGE **434**

In all other respects said Lease as amended is hereby ratified and confirmed.

IN WITNESS WHEREOF, the landlord and tenant have respectively signed and sealed these presents the day and year first above written.

_____
Martin Bruce

_____
Sylvia Bruce

NINETEENTH ASHEVILLE CORP.

By: _____

-2-

BOOK**1134** PAGE**43**

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NASSAU     )


On the 27th day of July, 1973, before me personally came
MARTIN BRUCE and SYLVIA BRUCE, to me known and known to me to
be the individuals described in and who executed the foregoing instrument
and acknowledged to me that they executed the same.

_____
Notary Public

JULES MARTIN
NOTARY PUBLIC, State of New York
No. 30-2558425
Qualified in Nassau County
Commission Expires March 30, 1975


STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )


On the 27 day of July, 1973, before me personally came
HAROLD W SCHUCKND
to me known, who, being duly sworn, did
depose and say that he resides at 142-55 Roosevelt Ave (Flushing);
that he is the Vice President of NINETEENTH ASHEVILLE CORP., the
corporation described in and which executed the foregoing instrument; that
he knows the seal of said corporation; that the seal affixed to said instru-
ment is such corporate seal; that it was so affixed by order of the board of
directors of said corporation, and that he signed his name thereto by like
order.

_____
Notary Public

JEAN T. SPENCER
Notary Public, State of New York
No. 41-3783730
Qualified in Queens County
Certificate filed in New York County
Commission expires March 30, 19__


**State of North Carolina, County of Buncombe** Jules Martin and Jean T Spencer
Each of the foregoing certificates, namely of
a notary or Notaries public of the State and County designated is certified to be correct.
This 13 day of January, 19 76
WILLIAM E. DIGGES
Register of Deeds, Buncombe County
By: Macie L Warlene, Deputy
19 76 at 9:47 A M.

Filed for registration on the 13 day of January, 19 76
WILLIAM E. DIGGES
Register of Deeds, Buncombe County
By: Macie L Warlene, Deputy