# EXHIBIT 20

STATE OF NORTH CAROLINA                                                    ASSIGNMENT

COUNTY OF BUNCOMBE

    KNOW ALL MEN BY THESE PRESENTS that:

    ASHEVILLE K-M ASSOCIATES, a North Carolina limited partnership (hereafter called the "Assignor") for Ten and 00/100 ($10.00) Dollars and other valuable consideration to the Assignor in hand by ASHEVILLE K-M ASSOCIATES, LLC, a North Carolina limited liability company (hereafter called the "Assignee"), the receipt whereof is hereby acknowledged,

    HEREBY SELLS, ASSIGNS AND TRANSFERS unto the Assignee that certain Indenture of Lease and all amendments thereto and the leasehold estate created thereby, dated February 1, 1966, made by Martin Bruce and Sylvia Bruce, as Lessor, and Patton Plaza Associates, as Lessee, a memorandum of which was recorded in the Buncombe County, North Carolina Registry on February 1, 1966 in Book 934, Page 649, and which said lease was subsequently assigned by Patton Plaza Associates to Nineteenth Asheville Corp. on November 6, 1969, by Assignment which was recorded in the Buncombe County, North Carolina Registry on November 7, 1969, in Book 1009, page 487 and further assigned by Nineteenth Asheville Corp. to Assignor by Assignment ("Second Assignment") recorded in Book 1133, page 376, Buncombe County, North Carolina Registry, covering the following described property:

        All those certain tracts of land with the buildings and improvements thereon erected, situate, lying and being in the City of Asheville, County of Buncombe, North Carolina as more particularly described on Exhibit "A" annexed to the Second Assignment (the "Premises").

    Together with all of the rights, title and interest of the Assignor as Lessee in and to the same and in and to any buildings and improvements thereon with all appurtenances, and together with all right, title and interest of Assignor in all subleases of the Premises or any portion thereof by Assignor.

    TO HAVE AND TO HOLD the same unto the Assignee, its successors and assigns, from the date of these presents for all of the rest of the years mentioned in said Indenture of Lease, and such subleases, each as amended.

    SUBJECT, HOWEVER, to the rents, covenants, terms, conditions and provisions mentioned and contained in said Indenture of Lease, and such subleases, each as amended, and all matters of record.

    AND the Assignee hereby assumes the performance of all of the terms, covenants, conditions and agreements contained in the aforesaid Indenture of Lease and such subleases hereby assigned to it; and hereby assumes said Indenture of Lease and subleases, the obligations of the Assignor thereunder and all of the obligations of the tenant under said Indenture of Lease and the landlord under such subleases, and shall be liable for the payment of the basic rent, Impositions and all costs and payments and charges which tenant under any of the provisions of such Indenture of Lease assumes or agrees to pay, and for the due performance of all of the terms, covenants, conditions and agreements contained

on tenant's part to be performed for the term of said Indenture of Lease, and further assumes and shall be liable with respect to any and all liabilities secured by any deed of trust encumbering said Indenture of Lease.

Assignee covenants and agrees with Assignor that Assignee shall indemnify, defend and hold Assignor harmless from and against all losses, damages, claims, demands and liabilities which may be suffered by or asserted against Assignor by reason of Assignee's failure to perform Assignee's obligations in connection with this Assignment and the obligations and liabilities assumed by Assignee hereunder. Assignee shall be entitled to all benefits under said Indenture of lease and subleases from and after the date hereof.

IN WITNESS WHEREOF, the Assignor and the Assignee have duly executed this instrument under seal, this 31" day of December, 1999.

ASHEVILLE K-M ASSOCIATES, a North Carolina limited partnership     (SEAL)

By: _____ (SEAL)
Name: Paul Green
Title: General Partner

ASHEVILLE K-M ASSOCIATES, LLC, a North Carolina limited liability company

By: _____
Name: Paul Green
Title: Manager

STATE OF __NEW YORK__
COUNTY OF __NEW YORK__

This __31__ day of __DECEMBER__, __1999__ personally came before me Paul Green who, being by me duly sworn, says that he is a general partner of **ASHEVILLE K-M ASSOCIATES**, a North Carolina limited partnership, and acknowledged the due execution of the foregoing instrument on behalf of said partnership.

WITNESS my hand and official seal, this the __31st__ day of __DECEMBER, 1999__

_Carol Abraham_
Notary Public

My commission expires:

__1/31/2001__

[NOTARIAL SEAL]

Carol Abraham
Notary Public State Of New York
No. 41-4679727
Qualified In Queens County
Commission Expires Jan 31 2001


STATE OF __NEW YORK__
COUNTY OF __NEW YORK__

I, __CAROL ABRAHAM__, a Notary Public for said county and state, do hereby certify that Paul Green, the Manager of **ASHEVILLE K-M ASSOCIATES, LLC**, a North Carolina limited liability company, personally appeared before me this day and acknowledged the due execution of the foregoing instrument on behalf of said limited liability company.

Witness my hand and notarial stamp or seal, this __31__ day of __DECEMBER 1999__

_Carol Abraham_
Notary Public

My commission expires: __1/31/2001__

[NOTARIAL SEAL]

Carol Abraham
Notary Public State Of New York
No. 41-4679727
Qualified In Queens County
Commission Expires Jan 31 2001