# EXHIBIT 23

**P&A GREEN HOLDINGS, LLC**
145 Huguenot Street – Suite 412
New Rochelle, NY 10801
TEL: 914-336-2888
FAX: 914-336-2889

January 1, 2018

Mr. Steven Bruce Trust
867 Kansas Street
San Francisco, CA 94107

    Re: 1001 Patton Avenue, Asheville, N.C.

Dear Sir:

Enclosed herewith please find our January 2018 property rent payment, check no. 5484, in the amount of $4,942.50.

If you have any questions regarding our monthly payments, please contact our office at 914-336-2888.

Thank you.

Sincerely,

P&A GREEN HOLDINGS, LLC

Rachna Sachdev

Encls.

**P&A GREEN HOLDINGS, LLC**
145 Huguenot Street – Suite 412
New Rochelle, NY 10801
TEL: 914-336-2888
FAX: 914-336-2889

September 1, 2018

Mr. Steven Bruce Trust
867 Kansas Street
San Francisco, CA 94107

    Re: 1001 Patton Avenue, Asheville, N.C.

Dear Sir:

Enclosed herewith please find our September 2018 property rent payment, check no. 6045, in the amount of $4,942.50.

If you have any questions regarding our monthly payments, please contact our office at 914-336-2888.

Thank you.

Sincerely,

P&A GREEN HOLDINGS, LLC

Rachna Sachdev

Encls.