# EXHIBIT 26


Asheville KM Associates LLC
C/O P&A Green Holdings LLC
145 Huguenot Street – Suite 412
New Rochelle, NY 10801

February 1, 2018

Paul Bruce
2402 Jackstay Terrace
Reston, VA 20191

Re: Lease 1001 Patton Avenue, Asheville North Carolina

Dear Mr. Bruce,

As per Section 20 of the lease, the renewal option must be exercised by January 31, 2018. Please be advised Asheville KM Associates LLC will not be exercising our renewal option.

It has been a pleasure working with you.

Thank you,

*Rachna Sachdev* (signature)

Rachna Sachdev