# EXHIBIT 27

# SEARS HOLDINGS

3333 Beverly Road
Hoffman Estates, IL 60179

July 20, 2018

**VIA CERTIFIED MAIL/
RETURN RECEIPT REQUESTED
#7014 2120 0001 5426 5859**

Nineteenth Asheville Properties
c/o J & W Management Corporation
505 Park Avenue, Suite 302
New York, NY 10022
Attn: Erica M. Cohen, Leasing Manager

**VIA CERTIFIED MAIL/
RETURN RECEIPT REQUESTED
#7014 2120 0001 5426 5866**

The Estate of Walter R. Samuels and
Marilyn Joy Samuels, as Tenants-in-Common
c/o J & W Management Corporation
505 Park Avenue, Suite 302
New York, NY 10022
Attn: Erica M. Cohen, Leasing Manager

Re:   Lease dated December 18, 1964, as amended and
      assigned, for the premises located at 1001 Patton Avenue,
      <u>Asheville, NC, and known as Kmart Store Unit # 4112</u>

Dear Landlord:

The undersigned hereby elects to extend the subject Lease for an additional term of three (3) years and ten (10) months, commencing February 1, 2019, to and including November 30, 2022, upon the terms, conditions, and rental as set forth in said Lease, as amended and assigned.

Sincerely,

KMART CORPORATION,
a Michigan corporation

By: _____
JoAnn Catanese
Divisional Vice President, Real Estate

JC/cm

cc:  Lease File
     Julie Jenkins, Sears Holdings Corporation
     Allison Bruce Irrevocable Trust c/o Paul Bruce
     Cara Bruce Irrevocable Trust c/o Paul Bruce
     Steven Bruce Revocable Trust c/o Paul Bruce

**VIA CERTIFIED MAIL/
RETURN RECEIPT REQUESTED
#7014 2120 0001 5426 5620**

Paul Bruce, et. al.
2402 Jackstay Terrace
Reston, VA 20191

**VIA CERTIFIED MAIL/
RETURN RECEIPT REQUESTED
#7010 0290 0000 0645 1643**

Nineteenth Asheville Properties
c/o J & W Management Corporation
505 Park Avenue, Suite 302
New York, NY 10022
Attn: Glenn Howarth, Esq.

**VIA CERTIFIED MAIL/
RETURN RECEIPT REQUESTED
#7010 0290 0000 0645 1650**

The Estate of Walter R. Samuels and
Marilyn Joy Samuels, as Tenants-in-Common
c/o J & W Management Corporation
505 Park Avenue, Suite 302
New York, NY 10022
Attn: Glenn Howarth, Esq.