# EXHIBIT 28

# J & W Management Corp.

505 Park Avenue, Suite 302, New York, New York 10022  
EMAIL: Ghowarth@jw-management.com

TEL (212) 400-2424  
FAX (212) 400-2425

July 24, 2018

**<u>(Via Certified Mail and Return Receipt Requested)</u>**

Ms. Joanne Catanese  
Divisional Vice President, Real Estate  
Sears Holdings  
3333 Beverly Road  
Hoffman Estates, IL 60176

  **RE: Lease dated December 18, 1964  
    as amended and assigned, for the premises located at  
    1001 Patton Avenue, Asheville, NC and  
    known as Kmart Store Unit #4112**

Dear Ms. Catanese:

  Nineteenth Asheville Properties and the Estate of Walter R. Samuels and Marilyn Joy Samuels, as tenants-in-common ("Landlord"), are in receipt of your notice electing to extend the subject Lease for the period commencing February 1, 2019 through November 30, 2022. A copy of such notice is attached hereto. Landlord currently leases the subject premises from Asheville K-M Associates, which in turn leases such premises from the Allison Bruce Irrevocable Trust, the Cara Bruce Irrevocable Trust, and the Steven Bruce Irrevocable Trust, which entities are collectively the fee owner of the leased premises. The two foregoing leases currently expire on January 31, 2019, and neither lease has been renewed for any additional period beyond such date. For any period after February 1, 2019, all Tenant communications regarding the leased premises should be sent to the fee owner at the following address:

    Paul Bruce  
    2402 Jackstay Terrace  
    Reston, VA 20191  
    Email: <u>paulbruceinc@comcast.net</u>  
    Tel: (703) 909-0453

              Very truly yours,

              Glenn S. Howarth, Esq.  
              General Counsel

cc: Julie Jenkins      **<u>(Via Email: Julie.jenkins@searshc.com)</u>**  
   Rachna K. Sachdev, Esq. **<u>(Via Email: PAGreenHoldings@gmail.com)</u>**  
   Paul Bruce       **<u>(Via Email: Paulbruceinc@gmail.com)</u>**

GSH/vo/name/Catanese.doc