# EXHIBIT 29

From: "Steven Bruce" <sb@stevenbruce.com>
Date: July 24, 2018 at 3:10:56 PM EDT
To: <PAGreenHoldings@gmail.com>, "Venus Law" <vlaw@jw-management.com>, <Julie.Jenkins@searshc.com>
Cc: "paul bruce" <paulbruceinc@gmail.com>, "John Spake" <john@spakerealestate.com>, "STEVEN BRUCE" <sb@stevenbruce.com>
Subject: Lease dated December 18, 1964, for the premises located at 1001 Patton Avenue, Asheville, NC - Kmart #4112

Re: "Exercise of lease option"

Dear Sir/Madame

I an in receipt of Mr. Howarth's, Esq. letter dated 7/24/18 and JoAnne Catanese's letter dated 7/20/18.

FYI, It is not my irrevocable trust, it is my revocable trust. I have not delegated any authority regarding subject property to anyone.

The "lease option" or if construed as a request to lease for approximately three years is DECLINED and REJECTED under the stated or any implied terms.

Sincerely,

/S/

STEVEN BRUCE

This email may contain confidential and privileged material for the sole use of the intended recipient(s).
If you are not the intended recipient please contact the sender by reply email and delete all copies of this message.