CLARK HILL PLC
Joel D. Applebaum
John R. Stevenson
151 South Old Woodward Avenue, Suite 200
Birmingham, MI 48009
Telephone (248) 988-5883
Facsimile (248) 988-2503
japplebaum@clarkhill.com
jstevenson@clarkhill.com

*Attorneys for Milton Manufacturing, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                          :
                                                :     **Chapter 11**
**SEARS HOLDING CORPORATION,** *et al.*,        :
                                                :     **Case No. 18-23538 (RDD)**
                                                :
                       Debtors.[1]              :     **(Jointly Administered)**
---------------------------------------------------------------x

**REQUEST FOR REMOVAL FROM CM/ECF CASE**
**MANAGEMENT LIST AND SPECIAL SERVICE LIST**

Joel D. Applebaum, whose email address is japplebaum@clarkhill.com, requests that he

be removed from the list that allows service of electronic filings through the Court's CM/ECF

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365).

case management system and service of papers via first class mail on behalf of Milton Manufacturing. LLC

.                                                   CLARK HILL PLC

                                                   By:     /s/ Joel D. Applebaum
                                                   Joel D. Applebaum (P36774)
                                                   151 S. Old Woodward Avenue
                                                   Suite 200
                                                   Birmingham, MI 48009
                                                   (248) 988-5883
                                                   japplebaum@clarkhill.com

Dated: March 31, 2019