UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| Sears Holdings Corporation, *et al.*, | § § | Case No. 18-23538 (RDD) |
| Debtors. | § § § | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

The California Department of Tax and Fee Administration ("CDTFA"), formerly known as California State Board of Equalization, by and through its undersigned counsel, in accordance with Rule 9010 of the Federal Rules of Bankruptcy Procedure, hereby appears in the above-captioned case as a tax creditor, and respectfully requests that all notices or papers served or required to be served in this case be served upon the undersigned at the office, telephone, and e-mail address below:

Joan S. Huh
California Department of Tax and Fee Administration
450 N Street, MIC: 82
Sacramento, California 95814
Tel.: (916) 323-3250
E-mail: *joan.huh@cdtfa.ca.gov*

The CDTFA further requests that such representatives be added to the master mailing list in this case.

Dated: May 31, 2019
　　　　Sacramento, California

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　CA Department of Tax and Fee Admin.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Joan S. Huh*
　　　　　　　　　　　　　　　　　　　　　　Joan S. Huh, Tax Counsel III
　　　　　　　　　　　　　　　　　　　　　　450 N Street, MIC: 82
　　　　　　　　　　　　　　　　　　　　　　Sacramento, CA 95814
　　　　　　　　　　　　　　　　　　　　　　Tel: (916) 323-3250
　　　　　　　　　　　　　　　　　　　　　　E-mail: joan.huh@cdtfa.ca.gov

1