

Municipal Services

05/16/19

SEARS HOLDINGS MANAGMENT CORP
DEBTOR IN POSSESSION
C/O ECOVA MS 1624 PO BOX 2440
SPOKANE, WA 99210

RE:  Utility Account No:   00063843- 05         Chapter 11  Case # 18-23538-RDD
                          52 N WINCHESTER BLVD B

Dear Utility Customer:

Request for Adequate Assurance:

Under the provision of section 366 of the Bankruptcy Code the City of Santa Clara Municipal Utilities is requesting Adequate Assurance in the amount of $2110.00. As you are aware, a municipal utility is a community sponsored organization and as such is responsible to the citizens and taxpayers of the municipality. To minimize financial risk to the community, the City Council has established deposit requirements in its Municipal Services Rules and Regulations section 4.A, (available on-line at http://santaclaraca.gov). This requirement may be satisfied by making a cash deposit, which shall amount to three times, (3x) the estimated average monthly usage based on one years prior usage for that address.

The City retains the deposit for 36 months, or until the account is closed. At that time the deposit, less the current balance due, will be returned, provided the account is paid in a timely manner and the customer maintains a good credit rating. Interest on the deposited amount will accrue based on the "London interbank offering rate" (LIBOR).

This deposit must reach our office no later than the due date listed on your first utility bill. Your service is subject to disconnection without further notice if the deposit is not received by this date. If you have any questions regarding this requirement, please contact the Customer Service Department at (408) 615-2300.

Sincerely,

Veena Jaisingh | Senior Customer Service Representative
Finance Department – Municipal Services
1500 Warburton Avenue | Santa Clara, CA 95050
D: 408.615.2334 | F: 408.241-1543



RECEIVED
MAY 20 2019
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK



1500 Warburton Avenue • Santa Clara, CA 95050 • Phone (408) 615-2300 • Fax (408) 241-1543 • www.santaclaraca.gov

18-23538-shl    Doc 4103    Filed 05/20/19    Entered 06/03/19 12:44:43    Main Document
Pg 2 of 2