Law Offices of
William W. Green & Associates
Michael P. O'Sullivan, Esq. - S/B 171952
3419 Via Lido, #607
Newport Beach, California 92663-3908
Tel: (714) 282-9000
Fax: (714) 282-9067

Attorney for Plaintiff
RONALD JONES

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| In re: | ) | CASE NO. 18-23538 (RDD) |
|---|---|---|
| SEARS HOLDINGS CORPORATION, et al., | ) ) ) | Chapter 11 |
| Debtors. | ) ) | NOTICE OF WITHDRAWAL OF MOTION |
| | ) ) | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF MOTION**

**PLEASE TAKE NOTICE** that RONALD JONES, by and through his undersigned counsel, hereby withdraws his Motion for An Order Granting Relief from the Automatic Stay, filed in the above-captioned matter on February 25, 2019, without prejudice.

DATED: May 14, 2019

LAW OFFICES OF
WILLIAM W. GREEN & ASSOCIATES

By: _____
Michael P. O'Sullivan,
Attorney for Creditor
RONALD JONES

RECEIVED MAY 20 2019 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

*Notice of Withdrawal of Motion for Relief from Automatic Stay*

# PROOF OF SERVICE BY MAIL
(CCP §§1013(a) and 2015.5)

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, the undersigned, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of **18** years, and not a party to the within action. I am an employee or agent for **The Law Offices of William W. Green & Associates**, whose business mailing address is; **3419 Via Lido #607, Newport Beach, California 92663-3908**.

On **May 16, 2019**, I caused the foregoing document(s) described as: **"NOTICE OF WITHDRAWAL OF MOTION"** to be served on each interested party, addressed as follows:

Grant D. Waterkotte, Esq.
Brian P. Suba, Esq.
Pettit Kohn Ingrassia Lutz & Dolin, PC
5901 W. Century Blvd., Suite 1100
Los Angeles, CA 90045
Tel: (310) 649-5772
Fax: (310) 649-5777
e-mail: gwaterkotte@pettitkohn.com ; bsuba@pettikohn.com

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh
**Attorneys for Debtors and Debtors in Possession**

____X____ **(VIA MAIL)** I caused a true copy of each document, placed in a sealed envelope with postage fully paid, to be placed in the United States mail at Santa Ana, California. I am "readily familiar" with this firm's business practice for collection and processing of mail, that in the ordinary course of business said document(s) would be deposited with the U.S.Postal Service on that same day. I understand that the service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in the affidavit.

_____ **(VIA PERSONAL SERVICE)** I personally delivered such envelope/document by hand to the addressee.

_____ **(VIA FACSIMILE)** I caused the within document(s) to be transmitted to telephonic facsimile to the addressee.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **May 16, 2019**, at Anaheim Hills, California.

_____
Stephanie Ri, Declarant

1

# Law Offices of
# William W. Green & Associates

Ayman N. Billah, Esq.  
William W. Green, Esq.  
Michael P. O'Sullivan, Esq.  
Sandra L. Robertson, Esq.  
Craig K. Streed, Esq.

Attorneys at Law  
3419 Via Lido, #607  
Newport Beach, CA 92663-3908  
TEL (714) 282-9000  
FAX (714) 282-9067  
e-mail: lapilaw@sbcglobal.net

Robert R. Green, Esq.  
(1950 - 2006)

May 16, 2019

United States Bankruptcy Court  
Southern District of New York  
1 Bowling Green  
New York, NY 10004

RE: **SEARS HOLDINGS CORPORATION**  
    **CASE NUMBER** : 18-23538 (RDD)  
    OUR CLIENT : RONALD JONES  
    DATE OF ACCIDENT : 8/8/16  
    OUR FILE NUMBER : 16-1115

Dear Clerk:

Enclosed please find original and copy of Notice of Withdrawal of Motion in the subject case. Please file the original and return a conformed copy to our office in the envelope provided.

Thank you for your assistance in this regard.

Very truly yours,

LAW OFFICES OF  
WILLIAM W. GREEN & ASSOCIATES

By: Stephanie Ri  
    Paralegal

Enclosures



RECEIVED  
MAY 20 2019  
U.S. BANKRUPTCY COURT  
SO DIST OF NEW YORK