**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

| | |
|---|---|
| **In re:** | Chapter 11 |
| **SEARS HOLDINGS CORPORATION, et al.,** | Case No. 18-23538 (RDD) |
| **Debtors.** | (Jointly Administered) |

-------------------------------------------------------------------

### ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE

Upon the motion of Erin A. West to be admitted, *pro hac vice*, to represent Johnson

Controls, Inc. (together with its affiliates, including, but not limited, to Tyco Retail Solutions,

Sensormatic Electronics, LLC and Sensormatic Electronics Corp.) (the "Client") in the above-

referenced cases, and upon the movant's certification that the movant is a member in good

standing of the bar in the State of Wisconsin and the bar of the U.S. District Court for the

Western District of Wisconsin, it is hereby

ORDERED, that Erin A. West, Esq., is admitted to practice, *pro hac vice*, in the above-

referenced cases to represent the Client, in the United States Bankruptcy Court for the Southern

District of New York, provided that the filing fee has been paid.


Dated:  White Plains, New York
       June 3, 2019

                                        /s/ Robert D. Drain_____
                                        United States Bankruptcy Judge