## Schedule 1—List of Rejected Contracts

| Ref No. | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty Validate | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 1 | N/A | SEARS HOLDINGS CORPORATION | INTRALINKS, INC | MASTER SERVICES AGREEMENT | N/A | N/A | N/A |
| 2 | N/A | SEARS, ROEBUCK & CO. | OPENTEXT INC | SUPPORT SERVICES AGREEMENT CONTRACT RENEWAL | 12036787 | N/A | 5/31/2019 |
| 3 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | ACCUVANT, INC. | MASTER SERVICES AGREEMENT | N/A | N/A | 08/05/2019 |
| 4 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | MOTOROLA SOLUTIONS | IT-MOTOROLA SOLUTIONS-MASTER SERVICES AGREEMENT-11 | SHCLCW81 | N/A | 08/18/2021 |
| 5 | N/A | KMART CORPORATION; SEARS OPERATIONS LLC; KMART OPERATIONS LLC | RENEW SEALERS & RENEW CONCRETE | FAC - RENEW SEALERS RENEW CONCRETE - MSA - 2018 | CW2336806 | N/A | 06/01/2019 |
| 6 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | VEGATEK CORPORATION | HOME SERVICES VEGATEK MSA AND SOW | CW2333887 | N/A | 12/04/2020 |
| 7 | 1988 | SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK AND CO. | CISCO SYSTEMS INC-1153804570 | IT-CISCO SYSTEMS, INC.-MASTER PROCUREMENT AGREEMENT-00 | SHCLCW52 | N/A | 06/29/2022 |
| 8 | 1988 | SEARS HOLDINGS MANAGEMENT CORPORATION | CISCO SYSTEMS INC-1153804570 | MT - CISCO SYSTEMS INC - AMENDMENT 4 TO MPA - 2018 | CW2338855 | N/A | 07/31/2019 |

| Ref No. | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty Validate | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 9 | N/A | INNOVEL SOLUTIONS, INC.; KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOME IMPROVEMENT PRODUCT; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | PROTECTION 1 SECURITY SOLUTIONS | APP-PROTECTION ONE-DVR BOXED ITEMS-2016 | CW2321363 | 12/22/2016 | 12/31/2018 |
| 10 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | 2333 DESIGNS AND MANUFACTURING LLC | IT - 2333 DESIGNS AND MANUFACTURING - MASTER SERVICES AGREEMENT - 2016 | CW2310361 | N/A | 12/19/2020 |
| 11 | N/A | N/A | CHAMPION AIR COMPRESSOR | N/A | N/A | N/A | N/A |
| 12 | N/A | SEARS, ROEBUCK AND CO. | CURTIS-TOLEDO, INC. | AUTO-CURTIS TOLEDO-COMPRESSORS AND SERVICE-MSA-2017 | CW2321642 | N/A | 01/31/2020 |
| 13 | N/A | N/A | FS CURTIS AIR COMPRESSOR | N/A | N/A | N/A | N/A |
| 14 | N/A | SEARS, ROEBUCK AND CO. | GARDNER DENVER CO-1879091338 | AUTO-GARDNER DENVER-COMPRESSORS AND SERVICE-MSA-2017 | CW2321644 | N/A | 01/31/2020 |
| 15 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | BEYONDTRUST SOFTWARE, INC. | PROFESSIONAL SERVICES-ENGINEERING NO COST STATEMENT OF WORK | N/A | N/A | NA |
| 16 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | OUTSIGHTS KNOWLEDGELOOP | IT-OUTSIGHTS-MASTER SERVICES AGREEMENT-2014 | CW2293737 | N/A | 12/21/2019 |
| 17 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | PRIORITY STAFFING INC | IT - PRIORITY STAFFING - MSA - AUGUST 2016 | CW2316546 | N/A | 07/31/2019 |
| 18 | N/A | SEARS HOLDINGS MANAGEMENT CORPORATION | PTI MARKETING TECHNOLOGIES | COMMERICAL SALES - HOME SERVICES - MARCOM-CENTRAL - 2014 | CW2286851 | N/A | 07/31/2019 |

| Ref No. | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty Validate | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 19 | 1942 | SEARS HOLDINGS MANAGEMENT CORPORATION | JOHNSON CONTROLS OF PUERTO RICO, INC. | MAJOR MAINTENANCE AGREEMENT - RTU REPLACEMENT 24 UNITS - STORE 7413 (ST. CROIX, VI) | CW2336623 | 4/2/2018 | 5/29/2018 |
| 20 | 1942 | SEARS HOLDINGS MANAGEMENT CORPORATION | JOHNSON CONTROLS OF PUERTO RICO, INC. | CHANGE ORDER NO. 1 - MAJOR MAINTENANCE AGREEMENT - RTU REPLACEMENT 24 UNITS - STORE 7413 (ST. CROIX, VI) - ADDITIONAL FUNDS REQUIRED. | CW2336623 | 4/11/2018 | 5/29/2018 |
| 21 | 1942 | SEARS HOLDINGS MANAGEMENT CORPORATION | JOHNSON CONTROLS OF PUERTO RICO, INC. | MAJOR MAINTENANCE AGREEMENT - RTU REPLACEMENT - SEARS POP-UP STORE (NO. 2085 - FAJARDO, PR) | CW2337561 | 5/22/2018 | 6/29/2018 |
| 22 | 1942 | SEARS HOLDINGS MANAGEMENT CORPORATION | JOHNSON CONTROLS OF PUERTO RICO, INC. | CHANGE ORDER NO. 1 - MAJOR MAINTENANCE AGREEMENT - RTU REPLACEMENT - SEARS POP-UP STORE (NO. 2085 - FAJARDO, PR) - ADDITIONAL MATERIALS | CW2337561 | 7/31/2018 | UPON COMPLETION |
| 23 | 2275, 2015 | KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | SCHINDLER ELEVATOR CORPORATION-904524 | SOAR (RETAIL SERVICES) SCHINDLER ELEVATOR CORP_SEARS 1304 SILVER SPRINGS, MD _ UP ESCALATOR STEP REPLACEMENT_2018 | CW2339820 | 9/18/2018 | 12/31/2019 |

| Ref No. | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty Validate | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 24 | 2275, 2015 | KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | SCHINDLER ELEVATOR CORPORATION-904524 | SOAR (RETAIL SERVICES) SCHINDLER ELEVATOR CORP_SEARS 1454 BENSALEM, PA _ PASSENGER ELEVATOR JACK REPLACEMENT 218 | CW2339818 | 9/19/2018 | 01/31/2019 |
| 25 | 2275, 2015 | KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | SCHINDLER ELEVATOR CORPORATION-904524 | SOAR (RETAIL SERVICES) SCHINDLER ELEVATOR CORP - SEARS 1208 FRENSO, CA - FREIGHT ELEVATOR MODERNIZATION 2018 | CW2335171 | 2/13/2018 | 01/31/2019 |
| 26 | 2275, 2015 | KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | SCHINDLER ELEVATOR CORPORATION-904524 | SOAR (RETAIL SERVICES) SCHINDLER ELEVATOR CORP - SEARS 1358 CHULA VISTA, CA - FREIGHT ELEVATOR MODERNIZATION 2018 | CW2335641 | 2/20/2018 | 01/31/2019 |

| Ref No. | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty Validate | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 27 | 2275, 2015 | KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | SCHINDLER ELEVATOR CORPORATION-904524 | SOAR (RETAIL SERVICES) SCHINDLER ELEVATOR CORP - SEARS 1298 RIVERSIDE, CA - FREIGHT ELEVATOR NO 3 DOOR UPGRADE - 2018 | CW2336508 | 3/23/2018 | 01/31/2019 |
| 28 | 2275, 2015 | KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | SCHINDLER ELEVATOR CORPORATION-904524 | SOAR (RETAIL SERVICES) SCHINDLER ELEVATOR CORP. - SEARS 1764 ROCKAWAY, NJ - FREIGHT ELEVATOR MODERNIZATION 2018 | CW2337151 | 5/11/2018 | 01/31/2019 |
| 29 | 2275, 2015 | KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | SCHINDLER ELEVATOR CORPORATION-904524 | SOAR (RETAIL SERVICES) SCHINDLER ELEVATOR CORP - SEARS 1285 ORLANDO, FL - DOWN ESCALATOR REPAIRS 2018 | CW2337755 | 5/21/2018 | 11/30/2018 |

| Ref No. | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty Validate | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 30 | 2275, 2015 | KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | SCHINDLER ELEVATOR CORPORATION-904524 | SOAR (RETAIL SERVICES) SCHINDLER ELEVATOR CORP - KMART 9413 WEST ORANGE, NJ - UP VERMAPORT REPAIR 2018 | CW2338468 | 6/28/2018 | 01/31/2019 |
| 31 | 2275, 2015 | KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | SCHINDLER ELEVATOR CORPORATION-904524 | SOAR (RETAIL SERVICES) SCHINDLER ELEVATOR CORP - SEARS 1447 FORT WORTH, TX - FREIGHT ELEVATOR MODERNIZATION 2018 | CW2338736 | 7/13/2018 | 01/31/2019 |
| 32 | 2275, 2015 | KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | SCHINDLER ELEVATOR CORPORATION-904524 | SOAR (RETAIL SERVICES) SCHINDLER ELEVATOR CORP _ SEARS 1538 CITRUS HEIGHTS, CA _ FREIGHT ELEVATOR REPAIR _ RISK 2018 | CW2339464 | 8/23/2018 | 01/31/2019 |

| Ref No. | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty Validate | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 33 | 2275, 2015 | KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | SCHINDLER ELEVATOR CORPORATION-904524 | SOAR (RETAIL SERVICES) SCHINDLER ELEVATOR CORP _ SEARS 1618 MODESTO, CA _ ESCALATOR REPAIRS _ 2018 RISK | CW2339500 | 8/29/2018 | 01/31/2019 |
| 34 | 2275, 2015 | KMART CORPORATION; KMART OPERATIONS LLC; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS OPERATIONS LLC; SEARS, ROEBUCK AND CO.; SEARS, ROEBUCK DE PUERTO RICO, | SCHINDLER ELEVATOR CORPORATION-904524 | SOAR (RETAIL SERVICES) SCHINDLER ELEVATOR CORP _ SEARS 1674 WHITE PLAINS, NY _ FREIGHT ELEVATOR 1 REPAIR 2018 | CW2339816 | 9/4/2018 | 01/31/2019 |
| 35 | 2275, 2015 | SEARS HOLDINGS MANAGEMENT CORPORATION | SCHINDLER ELEVATOR CORPORATION-904524 | SOAR (RETAIL SERVICES) SCHINDLER ELEVATOR CORP _ SEARS 1733 YONKERS, NY _ ESCALATOR UPGRADE 2018 | CW2339980 | 9/14/2018 | 03/31/2019 |
| 36 | 2275, 2015 | SEARS ROEBUCK AND CO. | SCHINDLER ELEVATOR CORPORATION | SEARS FACILITIES SERVICES LUMP SUM MAINTENANCE FUNDING CONTRACT UP TO $40,000 (UNIT 1085 - CAGUAS, PR) - ELEVATOR CLEANING FOR HURRICANE DAMAGE | N/A | 3/1/2018 | 5/30/2018 |
| 37 | 2275, 2015 | SEARS ROEBUCK AND CO. | SCHINDLER ELEVATOR CORPORATION | SEARS FACILITIES SERVICES LUMP SUM MAINTENANCE FUNDING CONTRACT UP TO $40,000 (UNIT 1085 - CAGUAS, PR) - REMOVE RUSTED CHAINS | N/A | 5/11/2018 | 1/31/2019 |
| 38 | 2275, 2015 | SEARS ROEBUCK AND CO. | SCHINDLER ELEVATOR CORPORATION | SEARS FACILITIES SERVICES LUMP SUM MAINTENANCE FUNDING CONTRACT UP TO $40,000 (UNIT 2355 - HATILLO, PR) - CLEANING OF ELEVATORS FROM HURRICANE DAMAGE | N/A | 9/14/2018 | 1/31/2019 |