UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                        :
                                                             :   Chapter 11
SEARS HOLDINGS CORPORATION, *et al.*,                        :
                                                             :   Case No. 18-23538 (RDD)
                                                             :
                    Debtors.[1]                              :   (Jointly Administered)
---------------------------------------------------------------x

# SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Arnold A. Jaglal, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 29, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the Service List attached hereto as **Exhibit A**:

- Notice of Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors, a copy attached hereto as **Exhibit B**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.


Dated: May 31, 2019

Arnold A. Jaglal

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 31, 2019, by Arnold A. Jaglal, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

LIZ SANTODOMINGO
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2018 22

**Exhibit A**

# Exhibit A

Supplemental Service List
Served via First Class Mail

| MMLID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 4575380 | ALDRIDGE, JAZZMEN K | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5537141 | APRIL E WEAVER | 13502 AIRLINE HWY | | GONZALES | LA | 70769 |
| 4378545 | BATTLE, JAKEITHIA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4755496 | BLACKWELL, YVONNE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5551593 | BOB ASARO | 25 MARJORIE LANE | | RUTLAND | MA | 01543 |
| 4759836 | BOBROFF, DIMITRY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5552998 | BOSS HALSEY | 660 E 6TH ST APT A | | AZUSA | CA | 91702-3104 |
| 4255600 | BRENES RAMOS, MARIO B | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4597002 | BROWN, CLAUDE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4160738 | CABRERA GARCIA, DENISE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5737992 | CARINA, PEREZ | 6217 W FAIRVIEW AVE | | MILWAUKEE | WI | 53213 |
| 4524792 | CHAPA, KANE M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4426819 | CHATHAM, SCOTT | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4409193 | CHILDERS, RUSSELL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5580181 | CONNER JULIA | 3261 TREMONT ST | | EUREKA | CA | 95501 |
| 4408736 | CONOVER JR, RODNEY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4546699 | CROSTHWAIT, CAILIN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4523642 | CURRIE, JAMEL | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5593391 | DEEDEE RIVERA | PO BOX 442 | | HOOPA | CA | 95546-0442 |
| 4492520 | FISHER, AALIYAH | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5615065 | FLORES ROGELIO L | 3532 S. 35TH ST | | OMAHA | NE | 68107 |
| 5626690 | GONZALEZ XEOMARA | CIRCUITO 76 | | REYNOSA | MX | 88705 |
| 4312014 | GOODMAN, LATOSHA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4272679 | GRICE, KYLEE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5632000 | HAIRSTON TASHIKA | 1544 E BROAD #310 | | COLUMBUS | OH | 43203 |
| 4472760 | HARDIN, BRIAN E | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5634662 | HARRIS KIMBERLY | 4808 MENDHAM DR 5 | | CHARLOTTE | NC | 28215 |
| 4887200 | HIEN NGUYEN OD | 28210 NATOMA RD | | LOS ALTOS HLS | CA | 94022 |
| 4208718 | HUGGINS, JUDITH R | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

# Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 4198396 | KING, BRIA E | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5797153 | LDR GLOBAL INDUSTRIES LLC | P O BOX 97427 | | CHICAGO | IL | 60678 |
| 4857033 | LENTZ, LORETTA A. | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4303825 | LEWIS, SHUNETTE J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4416084 | LIMONES, DONNA M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4600141 | LOAR, GLORIA M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4569650 | LOR, ELIZABETH L | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4572147 | LUDEKING, DANIEL J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4510441 | MCCLAM, ZYRIA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5705686 | MCCOY NANCY | 1611 E HARRISON | | DECATUR | IL | 62526 |
| 4556431 | MESHESHA, TESFAYE T | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4416833 | NEEDHAM JR, ROY A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4519050 | NOLAN, ALEXIS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5729891 | OLORUNFEMI CLARA | 9340 SKILLMAN ST APT 511 | | DALLAS | TX | 75243-7357 |
| 5730863 | ORTIZ CAROL | 5000 RED CREEK SPRINGS RD LOT 141 | | PUEBLO | CO | 81005-9732 |
| 4237394 | ORZECHOWSKI, MICHAEL J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4290212 | OUSLEY, PAIGE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4573897 | PARKER, EVEA R | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4483889 | PFLUM, PHILIP | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4332430 | PICHIERRI, KRISTYN P | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4535355 | RATTLER, LAKISHA A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5755241 | ROBERT SANCHEZ | 8845 MENTONE PL | | RIVERSIDE | CA | 92503 |
| 4583269 | ROBERTS, ZACHARY J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4491865 | RODRIGUEZ, CASEY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5762550 | RUE APRIL | 1938 28TH AVE N | | ST PETERSBURG | FL | 33713-4143 |
| 5763123 | RUSSELL KIM | 9154 COVENTRY | | TEMPERANCE | MI | 48182 |
| 4420637 | RYAN, SEAN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4219712 | SCRIBNER, SAVANNA | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4545487 | SENA, NICOLETTE A | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | Name | Address1 | Address2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 4209554 | SHIELDS, GENESIS | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4266303 | SIMS, CHRISTOPHER | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4292940 | SNELL, DIAMOND | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4418588 | SOLICITO, ANDREW M | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4806706 | SPORT SQUAD LLC | JOOLA NORTH AMERICA LLC | 2101 GAITHER RD STE 125 | ROCKVILLE | MD | 20850-4020 |
| 4873867 | SUDDENLINK | CEQUEL COMMUNICATIONS LLC | PO BOX 742535 | CINCINNATI | OH | 45274-2535 |
| 4784775 | SUDDENLINK | PO BOX 742535 | | CINCINNATI | OH | 45274-2535 |
| 5793508 | SUZ CO | 901 W MORTON | | JACKSONVILLE | FL | 35501 |
| 4776928 | SWIFT, KIMBERLEE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4342584 | TAPIA, HANNIA V | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4353630 | THOMAS, KELLY D | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5749922 | THORNTON, RENADIA | PO BOX 2874 | | EAST CHICAGO | IN | 46312-7874 |
| 5496523 | TOLA TOUCH | 1523 S JEFFERSON ST | | KENNEWICK | WA | 99338 |
| 5501650 | UMEKA TOBIAS | 3724 S ROMAN ST APT 0 | | NEW ORLEANS | LA | 70125 |
| 4449711 | WILBERT, KYLE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 5516588 | WILLIAMS TASHIRA | 1475 SAND BAY DR SW Apt 1202 | | ATLANTA | GA | 30331-8969 |
| 4861137 | WIPRO BPO | 5445 Legacy Dr Ste 300 | | Plano | TX | 75024-3363 |
| 4340739 | ZHANG, XIAOLIN | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |

**Exhibit B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re**                                                   :    Chapter 11
                                                            :
**SEARS HOLDINGS CORPORATION,** *et al.*,                   :    Case No. 18-23538 (RDD)
                                                            :
          Debtors.[1]                                       :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

### NOTICE OF HEARING TO CONSIDER APPROVAL OF
### DISCLOSURE STATEMENT FOR JOINT CHAPTER 11 PLAN OF
### SEARS HOLDINGS CORPORATION AND ITS AFFILIATED DEBTORS

**TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT** Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors* (as may be amended, modified, or supplemented, the "**Plan**") and the *Disclosure Statement for Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors* (as may be amended, modified, or supplemented, the "**Disclosure Statement**").

**PLEASE TAKE FURTHER NOTICE THAT:**

1.  A hearing (the "**Hearing**") will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, New York, 10601-4140 (the "**Bankruptcy Court**"), on **May 16, 2019 at 10:00 a.m. (prevailing Eastern Time)**, to consider entry of an order determining, among other things, that the Disclosure Statement contains "adequate information" within the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

meaning ascribed to such term in section 1125 of the Bankruptcy Code and approving the Disclosure Statement.

        2.        Any party in interest wishing to obtain a copy of the Disclosure Statement or the Plan should contact Prime Clerk LLC ("**Prime Clerk**"), the Debtors' solicitation agent, in writing at Sears Holdings Corporation Ballot Processing, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, New York 11232 or by email at searsballots@primeclerk.com with a reference to "Sears Holdings Corporation" in the subject line. Interested parties may also review the Disclosure Statement and the Plan free of charge at https://restructuring.primeclerk.com/sears. In addition, the Disclosure Statement and Plan are on file with the Bankruptcy Court and may be reviewed by accessing the Bankruptcy Court's website: http://www.nysb.uscourts.gov. Note that a PACER password and login are needed to access documents on the Bankruptcy Court's website. A PACER password can be obtained at: www.pacer.psc.uscourts.gov. Copies of the Disclosure Statement and Plan may also be examined by interested parties during normal business hours at the office of the Clerk of the Bankruptcy Court.

        3.        Objections, if any, to approval of the Disclosure Statement or any of the other relief sought by the Debtors in connection with the Disclosure Statement must (a) be in writing, (b) state the name and address of the objecting party and the amount and nature of the Claim or Interest of such party, (c) state with particularity the basis and nature of any objection, and provide proposed language that, if accepted and incorporated by the Debtors, would obviate such objection, (d) conform to the Bankruptcy Rules and the Local Rules, (e) be filed with the Court together with proof of service by either (i) *Electronic Filing*: the filer must be an attorney in possession of passwords and logins to both PACER and the Bankruptcy Court's Electronic Case Filing System; electronic filing must be in accordance with General Order M-399 (which can be found at http://www.nysb.uscourts.gov), or (ii) *Conventional Filing*: the filer must send the response or objection by mail, courier, or messenger to the Bankruptcy Court's clerk at the following address: United States Bankruptcy Court, One Bowling Green, New York, NY 10004; the hard copy of the response or objection should be accompanied by a CD-ROM containing the response or objection in text-searchable portable document format (PDF); and (iii) *All filers* – those filing electronically as well as those filing conventionally – must provide Bankruptcy Court Chambers with two separate, single-sided hard copies of the response or objection; any proposed order should be accompanied by a CD-ROM containing the response or objection in text searchable portable document format (PDF); and (f) be served upon the following parties in accordance with General Order M-399 so as to be received no later than **May 9, 2019 at 4:00 p.m. (prevailing Eastern Time)**:

| *Counsel to the Debtors* | *Office of the U.S. Trustee* | *Counsel to the Creditors' Committee* |
|---|---|---|
| Weil, Gotshal & Manges LLP | Office of the U.S. Trustee for Region 2 | Akin Gump Strauss Hauer & Feld LLP |
| 767 Fifth Avenue | 201 Varick Street, Room 1006 | One Bryant Park |
| New York, New York 10153 | New York, New York 10014 | New York, New York 10036 |
| Attn: Ray C. Schrock, P.C. | Attn: Paul K. Schwartzberg | Attn: Ira Dizengoff |
| Jacqueline Marcus | | Philip Dublin |
| Garrett A. Fail | | Sara Brauner |
| Sunny Singh | | |

2

4. **IF AN OBJECTION TO THE DISCLOSURE STATEMENT OR ANY OF THE OTHER RELIEF SOUGHT BY THE DEBTORS IN CONNECTION WITH THE DISCLOSURE STATEMENT IS NOT FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE DISCLOSURE STATEMENT, THE ADEQUACY THEREOF, OR THE OTHER RELIEF SOUGHT BY THE DEBTORS IN CONNECTION WITH THE DISCLOSURE STATEMENT AND MAY NOT BE HEARD AT THE HEARING.**

Dated: April 17, 2019
      New York, New York

*/s/ Sunny Singh*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

NO ACTION IS REQUIRED UPON RECEIPT OF THIS NOTICE.

If you have questions about this notice, please contact Prime Clerk LLC
**Telephone**: (844) 384-4460 (US toll free) or +1 (929) 955-2419 (International),
**Email**: searsinfo@PrimeClerk.com,
**Website**: https://restructuring.primeclerk.com/sears

3