**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:                                                                        :    Chapter 11
                                                                                    :
SEARS HOLDING CORPORATION, *et al.*,          :    Case No. 18-23538 (RDD)
                                                                                    :
                                                                                    :    (Jointly Administered)
                                                                                    :
                        Debtors.[1]                                        :    RELATED DOC. NO. 4091, 4092, 4094
---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      }
                                              } ss:
COUNTY OF NEW YORK   }

I, John C. Murphy, being duly sworn, depose and say:

1. I am not a party to this action, I am employed by Troutman Sanders LLP, and am over 18 years of age.

2. On May 31, 2019, at 12:00 a.m. EST, I served copies of the (a) *Declaration of Paul Bruce in Support of the Bruce Trusts' (I) Designatable Contract Assumption and Assignment*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

*Objection, and (II) Reservation of Rights* (the "Bruce Declaration") [ECF No. 4091], and (b) *Memorandum of Law in Support of the Bruce Trusts' (I) Designatable Contract Assumption and Assignment Objection, and (II) Reservation of Rights* [ECF No. 4092] (the "Memorandum of Law") via electronic mail upon the Standard Parties[2] listed on Exhibit "A" and through the CM/ECF system upon all registered electronic filers appearing in the above-captioned cases.

3. Also on May 31, 2019, I served copies of:

- a corrected version of the Memorandum of Law [ECF No. 4094] (the "Corrected Memorandum of law") via electronic mail upon the Standard Parties listed on Ex. A and through the CM/ECF system upon all registered electronic filers appearing in the above-captioned case;

- the Corrected Memorandum of Law via Federal Express, Overnight Delivery, upon the Standard Parties listed on Exhibit "B" and regular mail upon the Standard Parties listed on Exhibit "C"; and

- the Bruce Declaration via Federal Express, Overnight Delivery, upon the Standard Parties listed on Ex. B and regular mail on the Standard Parties listed on Ex. C.

John C. Murphy

Sworn to before me this
3rd day of June 2019

Notary Public

KENNY MOLINA
Notary Public, State of New York
No. 01MO6346103
Qualified in New York County
Commission Expires August 8, 2020

---

[2] Capitalized terms used in this Affidavit of Service shall have the meanings given to them in the *Amended Order Implementing Certain Notice and Case Management Procedures* [ECF No. 405].

**Exhibit A (Email)**

**Debtors' Counsel**
Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, Garrett A. Fail,
Jacqueline Marcus, and Sunny Singh
ray.schrock@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com

**Buyer's Counsel (and Counsel to JJP, LLC)**
Cleary Gottlieb Steen & Hamilton LLP
Attn: Sean A. O'Neal, Luke A. Barefoot,
Lewis J. Liman, Abena A. Mainoo, and Samuel Levander
soneal@cgsh.com
lbarefoot@cgsh.com
liman@cgsh.com
amainoo@cgsh.com
slevander@cgsh.com

**Counsel to Official Committee of Unsecured Creditors**
Akin Gump Strauss Hauer & Feld LLP
Attn: Ira S. Dizengoff, Philip C. Dublin,
Abid Qureshi, and Sara L. Brauner
idizengoff@akingump.com
pdublin@akingump.com
aqureshi@akingump.com
sbrauner@akingump.com

**United States Trustee Southern District of New York Region 2**
Attn: Paul Schwartzberg,
Richard Morrissey
richard.morrissey@usdoj.gov
paul.schwartzberg@usdoj.gov

**Attorneys for Bank of America, N.A.**
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul D. Leake, Shana A. Elberg,
and George R. Howard
Paul.Leake@skadden.com
Shana.Elberg@skadden.com
George.Howard@skadden.com

**Attorneys for Citibank, N.A.**
Davis Polk & Wardell LLP
Attn: Marshall S. Huebner and Eli J. Vonnegut
sears.service@davispolk.com

**Attorneys for Computershare Trust Company, N.A.**
Kelley Drye & Warren LLP
Attn: Eric R. Wilson and Benjamin D. Feder
KDWBankruptcyDepartment@KelleyDrye.com
bfeder@kelleydrye.com

**Attorneys for Wilmington Trust, N.A.**
Seyfarth Shaw LLP
Attn: Edward M. Fox
emfox@seyfarth.com

**Attorneys for The Bank of New York Mellon Trust Company**
Carter Ledyard & Milburn LLP
Attn: James Gadsden
gadsden@clm.com

**Attorneys for PBGC**
Locke Lord LLP
Attn: Brian A. Raynor
braynor@lockelord.com

**Buyer**
Transform Holdco LLC
c/o ESL Partners, Inc.
Attn: Kunal S. Kamlani and Harold Talisman
kunal@eslinvest.com
harold@eslinvest.com

**Exhibit B (FedEx)**

**The Debtors**
c/o Sears Holdings Corporation
Attn: Stephen Sitley and
Luke J. Valentino
3333 Beverly Road
Hoffman Estates, IL 60179

**Debtors' Counsel**
Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, Garrett A. Fail,
Jacqueline Marcus, and Sunny Singh
767 Fifth Avenue
New York, New York 10153

**Buyer**
Transform Holdco LLC
c/o ESL Partners, Inc.
Attn: Kunal S. Kamlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154

**Buyer's Counsel (and Counsel to JJP, LLC)**
Cleary Gottlieb Steen & Hamilton LLP
Attn: Sean A. O'Neal, Luke A. Barefoot,
Lewis J. Liman, Abena A. Mainoo, and Samuel Levander
One Liberty Plaza
New York, NY, 10006

**Counsel to Official Committee of Unsecured Creditors**
Akin Gump Strauss Hauer & Feld LLP
Attn: Ira S. Dizengoff, Philip C. Dublin,
Abid Qureshi, and Sara L. Brauner
One Bryant Park
New York, NY 10036

**United States Trustee Southern District of New York Region 2**
Attn: Paul Schwartzberg,
Richard Morrissey
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

**Exhibit "C" (Regular Mail)**

**Attorneys for Bank of America, N.A.**
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul D. Leake, Shana A. Elberg,
and George R. Howard
4 Times Square
New York, NY 10036

**Attorneys for Citibank, N.A.**
Davis Polk & Wardell LLP
Attn: Marshall S. Huebner and Eli J. Vonnegut
450 Lexington Avenue
New York, NY 10017

**Attorneys for Computershare Trust Company, N.A.**
Kelley Drye & Warren LLP
Attn: Eric R. Wilson and Benjamin D. Feder
101 Park Avenue
New York, NY 10178

**Attorneys for Wilmington Trust, N.A.**
Seyfarth Shaw LLP
Attn: Edward M. Fox
620 Eighth Avenue
New York, NY 10018

**Attorneys for The Bank of New York Mellon Trust Company**
Carter Ledyard & Milburn LLP
Attn: James Gadsden
2 Wall Street
New York, NY 10015

**Attorneys for PBGC**
Locke Lord LLP
Attn: Brian A. Raynor
111 South Wacker Drive
Chicago, IL 60606