# EXHIBIT A

| FIRM | NOTICE NAME | EMAIL |
|---|---|---|
| Alston & Bird LLP | Attn: James J. Vincequerra | James.Vincequerra@alston.com |
| Alston & Bird LLP | Attn: Leib M. Lerner | leib.lerner@alston.com |
| Ansell Grimm & Aaron, P. C. | Attn: Anthony J. D'Artiglio, Esq. | ajd@ansellgrimm.com |
| Ask LLP | Attn: Edward E. Neiger, Jennifer A. Christian | eneiger@askllp.com jchristian@askllp.com |
| Ballard Spahr LLP | Attn: Dustin P. Branch | branchd@ballardspahr.com |
| Ballard Spahr LLP | Attn: Paul E. Harner, Alyssa E. Kutner | harnerp@ballardspahr.com kutnera@ballardspahr.com |
| Ballard Spahr LLP | Attn: Leslie C. Heilman, Matthew G. Summers | heilmanl@ballardspahr.com summersm@ballardspahr.com |
| Ballard Spahr LLP | Attn: David L. Pollack | pollack@ballardspahr.com |
| Barclay Damon LLP | Attn: Kevin M. Newman | knewman@barciaydamon.com |
| Bayard, P.A. | Attn: Evan T. Miller | emiller@bayardlaw.com |
| Bell Nunnally & Martin LLP | Attn: Russell W. Mills, R. Kent Love | rmills@bellnunnally.com klove@bellnunnally.com |
| Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab, Thomas M. Gaa | Tgaa@bbslaw.com |
| Blank Rome LLP | Attn: Jeffrey Rhodes | JRhodes@BlankRome.com |
| Blank Rome LLP | Attn: Stanley B. Tarr, Evan J. Zucker | Tarr@BlankRome.com EZucker@BlankRome.com |
| Borges & Associates, LLC | Attn: Wanda Borges, Esq. Sue L. Chin, Esq. | Bankruptcy@borgeslawllc.com wborges@borgeslawllc.com schin@borgeslawllc.com |
| Brach Eichler LLC | Attn: Anthony M. Rainone | arainone@bracheichler.com |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Cafaro Management Company | Attn: Richard T. Davis | rdavls@cafarocompany.com |
| Cahill Gordon & Reindel LLP. | Attn: Joel H. Levitin, Richard A Stieglitz Jr. | jlevitin@cahill.com rstieglitz@cahill.com |
| Carter Conboy Case Blackmore Maloney & Laird, P.C. | Attn: Michael J. Catalfimo Esq., John R. Canney, IV, Esq. | mcatalfimo@carterconboy.com |
| Carter Ledyard & Milburn LLP | Attn: James Gadsden, Esq. | gadsden@clm.com bankruptcy@clm.com Dennis.roemlein@bnymellon.com |

| | | |
|---|---|---|
| Certilman Balin Adler & Hyman, LLP | Attn: Richard J. McCord, Esq., Robert D. Nosek, Esq. | rmccord@certilmanbalin.com rnosek@certilmanbatln.com |
| Chapman and Cutler LLP | Attn: Laura E. Appleby Steven Wilamowsky | appleby@chapman.com wilamowsky@chapman.com |
| Chiesa Shahinian & Giantomasi PC | Attn: Beth J. Rotenberg, Scott A. Zuber | brotenberg@csglaw.com szuber@csglaw.com |
| Choate, Hall & Stewart LLP D. | Attn: Kevin J. Simard, Jonathan Marshall | ksimard@choate.com jmarshall@choate.com |
| Choi & Park, LLC | Attn: Hyun Suk Choi, Chull S. Park | hchoi@choiandpark.com cpark@choiandpark.com lkleist@choiandpark.com |
| Chuhak & Tecson, P.C. | Attn: Miriam R. Stein | mstein@chuhak.com |
| CKR Law LLP | Attn: Edward L. Schnitzer | eschnitzer@ckrlaw.com |
| Clark Hill Strasburger | Attn: Duane J. Brescia | duane.brescia@clarkhillstrasburger.com |
| Clark Hill, PLC | Attn: David M. Blau | dblau@clarkhill.com |
| Cleary, Gottlieb, Steen & Hamilton LLP | Attn: Sean A. O'Neal, James L. Bromley, Andrew Weaver | soneal@cgsh.com jbromley@cgsh.com aweaver@cgsh.com |
| Computershare Trust Company, N.A. | Attn: Michael A. Smith, Vice President – Corporate Trust | Michael.smith2@computershare.com |
| Connolly Gallagher LLP | Attn: Karen C. Bifferato, Kelly M. Conlan, N. Christopher Griffiths | kbifferato@connollygallagher.com kconlan@connollygallagher.com cgriffiths@connollygallagher.com |
| Cozen O'Connor | Attn: Marl E. Felger | mfelger@cozen.com |
| Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro | pzumbro@cravath.com |
| Davidoff Hutcher & Citron LLP | Attn: David H. Wander, Esq. | dhw@dhclegal.com |
| Davis Polk & Wardwell LLP | Attn: Marshall S. Huebner, Esq, Eli J. Vonnegut, Esq. | marshall.huebner@davispolk.com eli.vonnegut@davispolk.com Sears.service@davispolk.com |
| Debevoise & Plimpton LLP | Attn: Erica S. Weisgerber, My Chi To | mcto@debevoise.com eweisgerber@debevoise.com |
| Environmental Protection Agency | Attn: Matthew Leopold, General Counsel | Leopold.matt@.Epa.gov |
| Epicor Software Corporation | Attn: Larry Bercovich | lbercovich@epicor.com |

| Feiderstein Fitzgerald Willoughby & Pascuzzi LLP | Attn: Paul J. Pascuzzi | ppascuzzl@ffwplaw.com |
|---|---|---|
| FisherBroyles, LLP | Attn: Mark E. Wilson | mark.wilson@fisherbroyles.com |
| FisherBroyles, LLP | Attn: Patricia B. Fugee | patricia.fugee@fisherbroyles.com |
| Foley & Lardner LLP | Attn: Derek L Wright | dlwright@foley.com |
| Foley & Lardner LLP | Attn: Michael Small | msmall@foley.com |
| Fox Rothschild LLP | Attn: Paul J. Labov | plabov.@foxrothschlld.com |
| Fox Rothschild LLP | Attn: Thomas M. Horan | thoran@foxrothschlld.com |
| Fox Rothschild, LLP, | Attn: Mark E. Hall<br>Michael R. Herz | mhall@foxrothschild.com<br>mherz@foxrothschlld.com |
| Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Brad Eric Scheler, Scott B. Luftglass, Peter B. Siroka | brad.eric.scheler@friedfrank.com<br>scott.luftglass@friedfrank.com<br>peter.slroka@friedfrank.com |
| Frost Brown Todd LLC | Attn: Ronald E. Gold & AJ Webb | rgold@fbtlaw.com<br>awebb@fbtlaw.com |
| Frost Brown Todd LLC | Attn: Edward M. King | tking@fbtlaw.com |
| Fultz Maddox Dickens PLC | Attn: Phillip A. Martin, Laura M. Brymer | pmartln@fmdlegal.com<br>lbrymer@fmdlegal.com |
| Gellert Scali Busenkell & Brown LLC | Attn: Gary F. Seitz | gseitz@gsbblaw.com |
| Gibbons P.C. | Attn: Brett S. Theisen, Natasha M. Songonuga | btheisen@glbbonslaw.com<br>nsongonuga@glbbonslaw.com |
| Gibbons P.C. | Attn: Howard A. Cohen | hcohen@gibbonslaw.com |
| Godfrey & Kahn, S.C. | Attn: Timothy F. Nixon | tnixon@gklaw.com |
| Golenbock Eiseman Assor Bell & Peskoe LLP | Attn: Jonathan L. Flaxer, Esq.<br>Michael S. Weinstein, Esq. | mweinstein@golenbock.com<br>Jflaxer@golenbock.com |
| Goodwin Procter LLP | Attn: Barry Z. Bazian | gfox@goodwinlaw.com<br>bbazian@goodwlnlaw.com |
| Goulston & Storrs PC | Attn: Douglas B. Rosner | drosner@goulstonstorrs.com |
| Goulston & Storrs PC | Attn: Trevor R. Hoffmann | thoffmann@goulstonstorrs.com |
| Greer, Herz & Adams, LLP | Attn: Frederick Black, Tara B. Annweller, Marc D. Young | tannweiler@greerherz.com |
| Hahn & Hessen LLP. | Attn: Janine M. Figueiredo, Esq | jfigueiredo@hahnhessen.com |
| Halperin Battaglia Benzija, LLP | Attn: Donna H. Lieberman, Esq. | dlieberman@halperinlaw.net |
| Hanesbrands Inc | Attn: Joia Johnson, Chief Administrative Officer and General Counsel | joia.johnson@hanes.com<br>howard.upchurch@hanes.com |
| Harris Beach PLLC | Attn: Kevin Tompsett, Esq. | ktompsett@harrlsbeach.com |

| Herrick, Feinstein LLP | Attn: Stephen B. Selbst | sselbst@herrick.com |
|---|---|---|
| Higgs Fletcher & Mack LLP | Attn: Martin A. Eliopulos, Esq. | elio@higgslaw.com |
| Holland & Knight LLP | Attn: Barbra R. Parlin | barbra.parlin@hklaw.com |
| Hunton Andrews Kurth LLP | Attn: Brett L. Gross | bgross@HuntonAK.com |
| Husch Blackwell LLP | Attn: Lynn H. Butler | lynn.butler@huschblackwell.com |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@Irscounsel.treas.gov |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@Irscounsel.treas.gov |
| Judith Elkin PLLC | Attn: Judith Elkin | elkinj@mac.com |
| Kelley Drye & Warren LLP | Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., T. Charlie Liu, Esq. | KDWBankruptcyDepartment@KelleyDrye.com bfeder@kelleydrye.com cliu@kelleydrye.com |
| Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Sean C. Southard, Lauren C. Kiss | ssouthard@klestadt.com lkiss@klestadt.com |
| Kurtzman Steady, LLC | Attn: Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| Langley & Banack, Incorporated | Attn: David S. Gragg | dgragg@langleybanack.com |
| Lasser Hochman, L.L.C. | Attn: Richard L. Zucker | rzucker@lasserhochman.com |
| Latham & Watkins LLP | Attn: Marc A. Zelina | marc.zelina@lw.com |
| Latham & Watkins LLP | Attn: Peter M. Gilhuly, Ted A. Dillman | peter.gilhuly@lw.com ted.dillman@lw.com |
| Law Office of Gilbert A. Lazarus, PLLC | Attn: Gilbert A. Lazarus | gillazarus@gmail.com |
| Law Office of Kevin S. Neiman, PC | Attn: Kevin S. Neiman | kevin@ksnpc.com |
| Lazarus & Lazarus, P.C. | Attn: Harlan M. Lazarus | harlan.lazarus@gmail.com hlazarus@lazarusandlazarus.com |
| LeCrairRyan, PLLC | Attn: Ilan Markus and Niclas A. Ferland | niclas.ferland@leclairryan.com ilan.markus@leclairryan.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | houston_bankruptcy@publicans.com |

| | | |
|---|---|---|
| Linebarger Goggan Blair & LLP | Attn: David G. Aelvoet Sampson | Sanantonio.bankruptcy@publicans.com |
| Liowes and Blocher LLP | Attn: John T. Farnum, Esq. | jfarum@linowes-law.com |
| Locke Lord LLP | Attn: Brian A. Raynor, Aaron C. Smith, David W. Wirt | braynor@lockelord.com asmith@lockelord.com dwirt@lockelord.com |
| Lowenstein Sandler LLP | Attn: Bruce Buechler | bbuechler@lowenstein.com |
| McCreary, Veselka, Bragg & Allen, P.C. | Attn: Lee Gordon, Tara LeDay | tleday@mvbalaw.com |
| McGlinchey Stafford, PLLC | Attn: Brian S. McGrath, Kristen D. Romano | kromano@mcglinchey.com bmcgrath@mcglinchey.com |
| McGlinchey Stafford, PLLC | Attn: Mark J. Chaney, Esq. Richard A. Aguilar, Esq., Rudy J. Cerone, Esq. | rcerone@mcglinchey.com raguilar@mcglinchey.com mchaney@mcglinchey.com |
| Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther, Special Assistant Attorney General | sdnyed@dor.mo.gov |
| Morgan, Lewis & Bockius LLP | Attn: Laura McCarthy | laura.mccarthy@morganlewis.com |
| Morgan, Lewis & Bockius LLP | Attn: Neil E. Herman | neil.herman@morganlewis.com |
| Morris James LLP | Attn: Stephen M. Miller | smiller@morrisjames.com |
| Morris, Nichols, Arsht & Tunnell, LLP | Attn: Curtis S. Miller, Joseph C. Barsalona II | jbarsalona@mnat.com cmiller@mnat.com |
| Morrison Cohen LLP | Attn: Joseph T. Moldovan, Robert K. Dakis | bankruptcy@morrisoncohen.com |
| Munsch Hardt Kopf & Harr, P.C | Attn: Deborah M. Perry | dperry@raunsch.com |
| National Association of Attorneys General | Attn: Karen Cordry | kcordry@naag.org |
| Nelson Mullins Riley & Scarborough LLP | Attn: Jody A. Bedenbaugh | jody.bedenbaugh@nelsonmullins.com |
| Nelson Mullins Rliey & Scarborough LLP | Attn: Shane G. Ramsey | shane.ramsey@nelsonmullins.com |
| Norton Rose Fulbright US LLP | Attn: Howard Seife, Esq. & Christy Rivera, Esq. | howard.selfe@nortonrosefulbright.com chrlsty.rivera@nortonrosefulbright.com |
| Office of the Texas Attorney, Assistant General Attorney General | Attn: Rachel R. Obaldo | rachel.obaldo@oag.texas.gov |
| Office of The United States | Attn: Paul Schwartzberg, Richard Morrissey | richard.morrissey@usdoj.gov paul.schwartzberg@usdoj.gov |

| | | |
|---|---|---|
| Trustee for Region 2 | | |
| OKeefe & Associates Law Corporation, P.C. | Attn: Sean A. O'Keefe | sokeefe@okeefefc.com |
| Paco (China) Garment Ltd | Attn: Lily Wang | lily@pacogarment.com |
| Parker Poe Adams & Bernstein LLP | Attn: Kiah T. Ford IV | chipford@parkerpoe.com |
| Paul Hastings LLP | Attn: Leslie A. Plaskon, Esq., Andrew V. Tenzer, Esq., Shlomo Maza, Esq. | leslieplaskon@paulhastings.com<br>andrewtenzer@paulhastings.com<br>shlomomaza@paulhastings.com |
| Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Ebony Cobb | ecobb@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Laura J. Monroe | lmbkr@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, LLP | Attn: Owen M. Sonik | osonik@pbfcm.com |
| Pick & Zabicki LLP | Attn: Douglas J. Pick | dpick@picklaw.net |
| Pierce McCoy, PLLC | Attn: Jonathan A. Grasso | jon@piercemccoy.com |
| Price Meese Shulman & D'Arminio, P.C. | Attn: Rick A. Steinberg | rsteinberg@pricemeese.com |
| Prime Clerk LLC | Attn: Herb Baer, Richard M. Allen | searsteam@primeclerk.com<br>serviceqa@primeclerk.com |
| Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy | gerald.kennedy@procopio.com |
| Pryor & Mandelup, L.L.P. | Attn: Robert L. Pryor | rlp@pryormandelup.com |
| Reid and Riege, P.C. | Attn: Charles J. Filardi, Jr. | cfilardi@rrlawpc.com |
| Reiss & Preuss LLP | Attn: Guy A. Reiss, Erik Tikkanen | greiss@reisspreuss.com<br>etikkanen@reisspreuss.com |
| Robert E. Michael & Associates PLLC | Attn: Robert E. Michael, Aaron Hume | Aron.hume@gmalf.com<br>Robert.emichael.esq@gmail.com |
| Robinson Brog Leinwand Greene Genovese & Gluck P.C | Attn: Fred B. Ringel, Esq. | fbr@robinsonbrog.com |
| Ropes & Gray LLP | Attn: Gregg M. Galardi, Kimberly J. Kodis, Sam N. Ashuraey | gregg.galardi@ropesgray.com<br>kimberly.kodis@ropesgray.com<br>sam.ashuraey@ropesgray.com |

| Ropes & Gray LLP | Attn: James M. Wilton, Patricia I. Chen | James.wilton@ropesgray.com patricia.chen@ropesgray.com |
|---|---|---|
| | | |
| Rosen & Associates, P.C | Attn: Sanford P. Rosen, Esq. | srosen@rosenpc.com |
| S&D Law | Attn: Steven W. Kelly | skelly@s-d.com |
| Sahn Ward Coschignano, PLLC | Attn: Robert A. Abiuso, Matthew c. Mccann | mmccann@swc-law.com rabiuso@swc-law.com |
| Sakar | Attn: Jay Weinblatt | jweinblatt@sakar.com |
| Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Abigail Snowl Pamela Bosswick | cbelmonte@ssbb.com asnow@ssbb.com pbosswick@ssbb.com |
| Saul Ewing Arnstein & Lehr LLP | Attn: Dipesh Patel | dipesh.patel@saul.com |
| Saul Ewing Arnstein & Lehr LLP | Attn: Phillip M. Hudson III, Carmen Contreras-Martinez | phil.hudson@saul.com carmen.contreras-martinez@saul.com |
| Securities & Exchange Commission | Attn: Secretary of the Treasury | NYROBankruptcy@sec.gov secbankruptcy@sec.gov |
| Securities & Exchange Commission - NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| Seyfarth Shaw LLP | Attn: Edward M. Fox | emfox@seyfarth.com |
| Shearman & Sterling LLP | Attn: Fredric Sosnick, Sara Coelho | fsosnick@shearman.com sara.coelho@shearman.com |
| Sheppard Mullin Richter & Hampton, LLP | Attn: Alan M. Feld, Esq., Ted Cohen, Esq. | afeld@sheppardmullin.com tcohen@sheppardmullin.com |
| Shutts & Bowen LLP | Attn: Ryan C. Reinert, Esq. | rreinert@shutts.com |
| Simon Property Group, LP. | Attn: Ronald M. Tucker, Esq. | rtucker@simon.com |
| Singer & Levick, P.C. | Attn: Michelle E. Shriro | mshriro@singerlevick.com |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | shana.elberg@skadden.com george.howard@skadden.com paul.leake@skadden.com |
| Skierski Jain PLLC . | Attn: Doug Skierski, Kristin H. Jain | enotices@skiJain.com |
| Smiley Wang-Ekvall, LLP | Attn: Lei Wang Ekvall, Philip E. Strok | pstrok@swelawfirm.com |
| Sorenson Van Leuven, PLLC | Attn: James E: Sorenson | bk@svllaw.com |

| SRAC Medium Term Notes | Attn: Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
|---|---|---|
| SRAC Unsecured Notes | Attn: Mary A. Callahan Vice President | mary.callatian@bnymellon.com |
| Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H Lemkin | tonder@stark-stark.com jlemkin@stark-stark.com |
| Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | cp@stevenslee.com |
| Streusand, Landon, Ozburn & Lemon, LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, Brian D. Glueckstein, David R Zylberberg. | dietdericha@sullcrom.com zylberbergd@sullcrom.com |
| Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Michael J. Riela | Riela@thsh.com |
| Taubman Landlords | Attn: Andrews. Conway | aconway@.taubman.com |
| The Pension Benefit Guaranty Corporation (PBGC) | Attn: Judith Starr, Kartar S. Khalsa, William Mccarron, Jr., & Adi Berger, Director | mccarron.william@pbgc.gov efile@pbgc.gov Starr Judith@pbgc.gov |
| Thompson Hine LLP | Attn: Curtis L. Tuggle | Curtis.Tuggle@ThompsonHine.com |
| TJ Tianxing Kesheng Leather Products Co Ltd | Attn: Power Wang | powerwangtxks@vip.126.com |
| TN Dept of Revenue | Attn: Herbert H. Slatery III, Marvin E. Clements, Jr. | AGBankNewYork@ag.tn.gov |
| U.S. Bank National Association | Attn: Jose A Galarza, Vice President, Global Structured Finance | jose.galarza@usbank.com |
| US Attorney for Southern District of New York | Attn: Bankruptcy Division | David.Jones6@usdoj.gov Jeffrey.Oesterlcher@usdoj.gov Joseph.Cordaro@usdoj.gov Carina.Schoenberger@usdoj.gov Lawrence.Fogelman@usdoj.gov Peter.Aronoff@usdoj.gov Linda.Riffkin@usdoj.gov |
| Vedder Price P.C. | Attn: Kevin J. Etzel | ketzel@vedderprice.com |
| Vedder Price P.C. | Attn: Michael L. Schein | mschein@vedderprice.com |

| Waldrep LLP | Attn: Thomas W. Waldrep, Jr. | notice@waldrepllp.com |
|---|---|---|
| Warner Norcross + Judd LLP | Attn: Gordon J. Toerlng | gtoerlng@wnJ.com |
| Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., I Jacqueline Marcus, Garrett A. Fail, Sunny Singh | ray.schrock@weil.com<br>garrett.fail@weil.com<br>jacquellne.marcus@weil.com<br>sunny.slngh@weil.com<br>JerlLelgh.Miller@weil.com<br>Jessica.llou@weil.com<br>Paloma.VanGroll@weil.com |
| Weiss Zarett Brofman Sonnenklar & Levy, P.C. | Attn: Michael D. Brofman, Esq. | mbrofman@weisszarett.com |
| Whiteford, Taylor & Preston LLC | Attn: Stephen B. Gerald | sgerald@wtplaw.com |
| Williams Legal Advisory Group LLC | Attn: Amy M. Williams | awilliams@williamsadvisors.com |
| Willkie Farr & Gallagher LLP | Attn: Alan J. Lipkin, Gabriel Brunswick | gbrunswick@wlllkle.com<br>alipkln@willkie.com |
| Wilmington Trust, National Association | Attn: Steven Cimalore, Vice | scimalore@wilmingtontrust.com |
| Wolf, Rifkin, Shapiro, Schulman & Rabkin LLP | Attn: Simon Aron | saron@wrslawyers.com |
| Wyatt, Tarrant & Combs, LLP | Attn: Mary L. Fullington | mfullington@wyattfirm.com |