**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x    Chapter 11
In re:
                                                                   Case No. 18-23538 (RDD)
SEARS HOLDINGS CORPORATION, et al.
                                                                   (Jointly Administered)
                        Debtors

-------------------------------------------------------------x
```

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the mailing address for Law Office of William P. Fennell, APLC, counsel to DART Warehouse Corporation and its associated entities (collectively, "DART"), has changed to

>Law Office of William P. Fennell, APLC
>600 West Broadway, Suite 930
>San Diego, CA 92101

PLEASE TAKE FURTHER NOTICE that all of the e-mail addresses, telephone numbers and facsimile numbers affiliated with counsel remain the same.

PLEASE TAKE FURTHER NOTICE that all future pleadings, correspondence and other documents that require receipt of service by DART are to be directed to the new address.

Dated: June 5, 2019
San Diego, CA

>LAW OFFICE OF WILLIAM P. FENNELL, APLC
>
>By: /s/William P. Fennell
>William P. Fennell, Esq.
>401 West A Street, Suite 1800
>San Diego, CA 92101
>Telephone: (619) 325-1560
>Facsimile: (619) 325-1558
>Email: william.fennell@fennelllaw.com
>
>*Attorneys for DART Warehouse Corporation and*
>*Dedeaux Inland Empire Properties*