**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
In re                                            :     Chapter 11
                                                 :
**SEARS HOLDINGS CORPORATION,** *et al.*,        :     Case No. 18-23538 (RDD)
                                                 :
                                                 :
            Debtors.                             :     (Jointly Administered)
-------------------------------------------------------------x

**AFFIDAVIT OF JAMES HARDACRE IN SUPPORT OF COMM 2006-C8 SHAW AVENUE CLOVIS, LLC'S OBJECTION TO NOTICE OF ASSUMPTION AND ASSIGNMENT OF ADDITIONAL DESIGNATABLE LEASES AND OBJECTION TO PROPOSED CURE AMOUNT (DOCKET NO. 3298)**

STATE OF FLORIDA            )
                            ) SS:
COUNTY OF MIAMI-DADE        )

I, James Hardacre, being duly cautioned and sworn, states as follows:

1. I am an Asset Manager of LNR Partners, LLC (**LNR**"), a Florida limited liability company, the special servicer and non-member manager of COMM 2006-C8 Shaw Avenue Clovis, LLC, a Delaware limited liability company (the "**Landlord**"). The Landlord is the ground lessee of real property located at Sierra Vista Mall, 1050 Shaw Avenue, Clovis, CA 93612 (the "**Premises**"). The Landlord and Debtor Sears, Roebuck and Co. ("**Tenant**") are parties to that certain sublease dated October 15, 1998, as amended (the "**Lease**") at the Premises (Sears Store #1098).

2. Among my duties and responsibilities as Asset Manager, I am responsible for overseeing all payments under leases at the Premises, including rent due and owing by the Tenant to Landlord.

3. I submit this Affidavit in support of the Landlord's Objection to Notice of Assumption and Assignment of Additional Designatable Leases and Objection to Proposed Cure Amount (the "**Objection**"), filed on May 24, 2019.

4. These facts are based on my own personal knowledge, in my capacity as Asset Manager at LNR and/or the business records of Landlord, and as to those facts, I am informed and believe that they are true.

5. I am authorized to submit this Affidavit on behalf of Landlord. If I were called to testify in this matter, I could and would competently testify to each of the facts set forth herein to the best of my knowledge. I have personal knowledge as to the information set forth below.

6. Based upon a review of the books and records of Landlord, as of today's date, Tenant owes Landlord $159,416.56. True and correct copies of the Lease and lease ledger are attached to the Objection.

FURTHER AFFIANT SAYETH NAUGHT.

James Hardacre

JAMES HARDACRE

The foregoing instrument was acknowledged before me this 6th day of June, 2019, by James Hardacre. He is (personally known to me) (or has produced) ____________________ (as identification) and did not take an oath.

- [x] is personally known to me.
- [ ] produced a current ________________ driver's license as identification.
- [ ] produced ________________________ as identification.

{Notary Seal must be affixed} ________________________

SIGNATURE OF NOTARY

Zamira Colon

________________________

Name of Notary (Typed, Printed or Stamped)

Commission Number ________________

[if not legible on seal]

My Commission Expires: 2/17/21

[if not legible on seal]

NOTARY PUBLIC STATE OF FLORIDA

Zamira Colon
Commission # GG063398
Expires: Feb.. 17, 2021
Bonded thru Aaron Notary