ASK LLP
Brigette G. McGrath
Gary D. Underdahl
Kara E. Casteel
Joseph L. Steinfeld, Jr.
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN  55121
Telephone: (651) 406-9665
Email: bmcgrath@askllp.com

Edward E. Neiger
Marianna Udem
151 West 46th Street, 4th Floor
New York, NY  10036
Telephone: (212) 267-7342
Email: eneiger@askllp.com

Counsel for Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**PLEASE TAKE NOTICE** that the undersigned hereby enters their appearance on behalf of Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession, and hereby requests, pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure and §1109(b) of the Bankruptcy Code, the copies of all notices and pleadings given or filed in these cases be given and served upon the following persons at the address telephone, facsimile number and e-mail address indicated:

ASK LLP
Joseph L. Steinfeld, Jr., Esq.
Gary D. Underdahl, Esq.
Kara E. Casteel, Esq.
Brigette G. McGrath. Esq.
Edward E. Neiger, Esq.
Marianna Udem, Esq.
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Phone: 651-406-9665
Facsimile: 651-406-9676
E-mail: jsteinfeld@askllp.com
gunderdahl@askllp.com
bmcgrath@askllp.com
kcasteel@askllp.com
eneiger@askllp.com
mudem@askllp.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein. This notice of Appearance and Demand for Papers shall not be deemed or construed to be a waiver of the rights (1) to have final orders in non-core matters entered only after <u>de novo</u> review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession is or may be entitled.

Dated: June 7, 2019　　　　　　　　　ASK LLP

　　　　　　　　　　　　　　　　　　*/s/ Brigette G. McGrath*
　　　　　　　　　　　　　　　　　　Brigette G. McGrath
　　　　　　　　　　　　　　　　　　Gary D. Underdahl
　　　　　　　　　　　　　　　　　　Kara E. Casteel
　　　　　　　　　　　　　　　　　　Joseph L. Steinfeld, Jr.
　　　　　　　　　　　　　　　　　　2600 Eagan Woods Drive, Suite 400
　　　　　　　　　　　　　　　　　　Saint Paul, MN  55121
　　　　　　　　　　　　　　　　　　Telephone: (651) 406-9665
　　　　　　　　　　　　　　　　　　Email: bmcgrath@askllp.com

　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　Edward E. Neiger
　　　　　　　　　　　　　　　　　　Marianna Udem
　　　　　　　　　　　　　　　　　　151 West 46th Street, 4th Floor
　　　　　　　　　　　　　　　　　　New York, NY  10036
　　　　　　　　　　　　　　　　　　Telephone: (212) 267-7342
　　　　　　　　　　　　　　　　　　Email: eneiger@askllp.com

　　　　　　　　　　　　　　　　　　*Counsel for Sears Holdings Corporation, and its debtor affiliates, debtors and debtors in possession*