**BROWN & CONNERY, LLP**
Donald K. Ludman, Esq. (admitted *pro hac vice*)
Julie F. Montgomery, Esq. (admitted *pro hac vice*)
6 North Broad Street, Suite 100
Woodbury, NJ  08096
(856) 812-8900
(856) 853-9933 FAX
dludman@brownconnery.com
jmontgomery@brownconnery.com
*Attorneys for SAP Industries, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | ) | Case No. 18-23538 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST**
**FOR REMOVAL FROM SERVICE LISTS**

**PLEASE TAKE NOTICE** that Brown & Connery, LLP hereby withdraws its appearance as counsel for SAP Industries, Inc. in the above-captioned cases. Brown & Connery,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

7649831

LLP requests that the attorneys listed below be removed from all service lists in these cases, including all electronic service lists and the ECF notification system:

BROWN & CONNERY, LLP
6 North Broad Street, Suite 100
Woodbury, NJ 08096
Donald K. Ludman
Email: dludman@brownconnery.com
Telephone: (856) 812-8900
Facsimile: (856) 853-9933

Dated:   June 7, 2019                                **BROWN & CONNERY, LLP**

*/s/ Donald K. Ludman*
Donald K. Ludman, (admitted *pro hac vice*)
Julie F. Montgomery, Esq. (admitted *pro hac vice*)
6 North Broad Street, Suite 100
Woodbury, NJ 08096
(856) 812-8900
(856) 853-9933 FAX
dludman@brownconnery.com
jmontgomery@brownconnery.com

*Attorneys for SAP Industries, Inc.*

7649831