**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| -------------------------------------------------------- **X** | Chapter 11 | |
| In re: | Case No. 18-23538 (RDD) | |
| SEARS HOLDINGS CORPORATION, *et al.*, | (Jointly Administered) | |
| Debtors.[1] | | |
| -------------------------------------------------------- **X** | | |

MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
─────────────────────────────────────────

COME NOW Lynn R. Larsen and Taft Stettinius & Hollister LLP (collectively "Taft") and hereby move for leave to withdraw as counsel for GateHouse Media, LLC ("GateHouse Media"). In support of this Motion, Taft respectfully states as follows:

1. Taft does not represent the Debtor(s), a Trustee or any official committees in this matter; and

2. With the exception of a filed proof of claim for which notices can be given directly to the client, GateHouse Media no longer has matters pending in this case.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

25218704.1

WHEREFORE, Taft respectfully requests that the Court enter an Order granting them leave to withdraw from their representation of GateHouse Media.

Dated June 7, 2019.

Respectfully submitted,

*/s/ Lynn Rowe Larsen (pro hac vice not being filed due to immediate rejection of executory and withdrawal or related pleading)*
Lynn Rowe Larsen (Ohio 0055824)
*llarsen@taftlaw.com*
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
Phone: (216) 241-2838
Fax: (216) 241-3707

*Attorney for GateHouse Media, LLC*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of a Motion for Leave to Withdraw as Counsel was provided via the U.S. Bankruptcy Court's CM/ECF system to all parties listed below who receives notice thereby on the 7th day of June, 2019.

*/s/ Lynn Rowe Larsen (pro hac vice not being filed due to immediate rejection of executory contract and withdrawal of related pleading)*
Lynn Rowe Larsen (Ohio 0055824)
*llarsen@taftlaw.com*
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
Phone: (216) 241-2838
Fax: (216) 241-3707

*Attorney for GateHouse Media, LLC*