**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

In re:

SEARS HOLDINGS CORPORATION, *et al,*

                                  Chapter 11

                                  Case No. 18-23538 (RDD)

           Debtors.                    (Jointly Administered)

-----------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

      I, Michael M. Mulder, Attorney, request admission *pro hac vice* before the Honorable Robert D. Drain, to represent Sears Roebuck retirees, Richard Bruce and Ronald Olbrysh, creditors in the above-referenced case. I certify that I am a member in good standing of the bar of the State of Illinois and the bar of the United States District Court for the Northern District of Illinois. A copy of my certificate of good standing is attached hereto as Exhibit A and the proposed order is attached hereto as Exhibit B.

      I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: June 7, 2019

                                                  Respectfully submitted,
                                                /s/ *Michael M. Mulder*
                                                Michael M. Mulder
                                                THE LAW OFFICES OF MICHAEL M. MULDER
                                                1603 Orrington Avenue, Suite 600
                                                Evanston, Illinois 60201
                                                Telephone: 312-263-0272

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY THAT A TRUE and correct copy of the foregoing was electronically filed through the CM-ECF system, which caused all parties or counsel of record to be served by electronic means, this 7th day of June, 2019.

                                                                    */s/ Michael M. Mulder*