# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

In re:

SEARS HOLDINGS CORPORATION, *et al,*

                              Debtors.

Chapter 11

Case No. 18-23538 (RDD)

(Jointly Administered)

----------------------------------------------------------------X

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Michael M. Mulder, to be admitted, *pro hac vice*, to represent Sears Roebuck retirees, Richard Bruce and Ronald Olbrysh, creditors in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois, and the bar of the U.S. District Court for the Northern District of Illinois, **IT IS HEREBY ORDERED THAT:**

Michael M. Mulder, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent Sears Roebuck retirees, Richard Bruce and Ronald Olbrysh, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York
       _____, 2019

                                          _____
                                          THE HONORABLE ROBERT D. DRAIN
                                          UNITED STATES BANKRUPTCY JUDGE