**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

In re:

SEARS HOLDINGS CORPORATION, *et al*,

                                 Chapter 11

                                 Case No. 18-23538 (RDD)

             Debtors.                   (Jointly Administered)

------------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

       I, Elena N. Liveris, Attorney, request admission *pro hac vice* before the Honorable Robert D. Drain, to represent Sears Roebuck retirees, Richard Bruce and Ronald Olbrysh, creditors in the above-referenced case. I certify that I am a member in good standing of the bars of the State of Illinois and the State of California and the bars of the United States District Court for the Northern District of Illinois and the United States District Court for the Northern District of California. Copies of my certificates of good standing are attached hereto as Exhibit A and the proposed order is attached hereto as Exhibit B.

       I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: June 7, 2019

                                                         Respectfully submitted,
                                                         /s/ *Elena N. Liveris*
                                                         Elena N. Liveris
                                                         THE LAW OFFICES OF MICHAEL M. MULDER
                                                         1603 Orrington Avenue, Suite 600
                                                          Evanston, Illinois 60201
                                                          Telephone: 312-263-0272

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY THAT A TRUE and correct copy of the foregoing was electronically filed through the CM-ECF system, which caused all parties or counsel of record to be served by electronic means, this 7th day of June, 2019.

                                                                   */s/ Elena N. Liveris*