**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                                                  Case No.: 18-23538

      SEARS HOLDINGS CORPROATION                           Chapter 11

                              Debtor

---------------------------------------------------------------x

                                                                               Adversary Proceeding No.: _____

                              Plaintiff

                    v.

                            Defendant

---------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

    I, Kara E. Casteel, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Sears Holdings Corporation, et. al., a _____ in the above-referenced ☑ case ☐ adversary proceeding.

    *I certify that I am a member in good standing* of the bar in the State of Minnesota and, if applicable, the bar of the U.S. District Court for the _____ District of Minnesota.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: June 10, 2019

_____, New York

Kara E. Casteel

*Mailing Address*:

ASK LLP

2600 Eagan Woods Drive, Suite 400

St. Paul, MN 55121

*E-mail address*: kcasteel@askllp.com

*Telephone number*: (651) 289-3846