**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:                                                                                      Case No.: 18-23538

      SEARS HOLDINGS CORPROATION                         Chapter 11

                          Debtor

------------------------------------------------------------x

                                              Adversary Proceeding No.: _____

                        Plaintiff

                      v.

                    Defendant

------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

     I, Joseph L. Steinfeld, Jr._____, request admission, **pro hac vice**, before the Honorable  Robert D. Drain_____, to represent Sears Holdings Corporation, et. al.___, a _____ in the above-referenced ☑ case ☐ adversary proceeding.

     *I certify that I am a member in good standing* of the bar in the State of Minnesota_____ and, if applicable, the bar of the U.S. District Court for the _____ District of Minnesota_____.

     I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: June 10, 2019

_____, New York                          Joseph L. Steinfeld, Jr._____

                                                                       *Mailing Address*:

                                                                       ASK LLP_____

                                                                       2600 Eagan Woods Drive, Suite 400____

                                                                       St. Paul, MN 55121_____

                                                                       *E-mail address*: jsteinfeld@askllp.com

                                                                       *Telephone number*: (651) 289-3850_____