**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                                  Case No.: <u>18-23538</u>

    SEARS HOLDINGS CORPROATION                 Chapter <u>11</u>

                         Debtor

---------------------------------------------------------------x

                                           Adversary Proceeding No.: _____

                         Plaintiff

                  v.

                       Defendant

---------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

    I, <u>Gary D. Underdahl</u>, request admission, ***pro hac vice***, before the Honorable <u>Robert D. Drain</u>, to represent <u>Sears Holdings Corporation, et. al.</u>, a _____ in the above-referenced ☑ case ☐ adversary proceeding.

    *I certify that I am a member in good standing* of the bar in the State of <u>Minnesota</u> and, if applicable, the bar of the U.S. District Court for the _____ District of <u>Minnesota</u>.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: <u>June 10, 2019</u>
_____, New York

                                                        Gary D. Underdahl
                                                        *Mailing Address*:

                                                        ASK LLP
                                                        2600 Eagan Woods Drive, Suite 400
                                                        St. Paul, MN 55121
                                                         *E-mail address*: gunderdahl@askllp.com
                                                        *Telephone number*: (651) 289-3857