**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:

SEARS HOLDINGS CORPORATION, et al.                    Case No.: <u>18-23538</u>
                                                      Chapter <u>11</u>

                              Debtors

---------------------------------------------------------------x


**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

      Upon the motion of <u>Richard J. Reding</u>, to be admitted, ***pro hac vice***, to represent <u>Sears Holding Corporation and its debtor affiliates, as debtor and debtor in possession</u> in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the

movant is a member in good standing of the bar in the State of <u>Minnesota</u> and, if applicable, the bar of the U.S. District Court for the _____ District of <u>Minnesota</u>, it is hereby

      **ORDERED**, that <u>Richard J. Reding</u>, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States

Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York            /s/ _____
                               UNITED STATES BANKRUPTCY JUDGE