**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                                                            Case No.: <u>18-23538</u>

     SEARS HOLDINGS CORPROATION                         Chapter <u>11</u>

                             Debtor

---------------------------------------------------------------x

                                                                                   Adversary Proceeding No.: _____

                                Plaintiff

                     v.

                                Defendant

---------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

     I, <u>Bethany J. Rubis</u>, request admission, ***pro hac vice***, before the Honorable <u>Robert D. Drain</u>, to represent <u>Sears Holdings Corporation, et. al.</u>, a _____ in the above-referenced ☑ case ☐ adversary proceeding.

     *I certify that I am a member in good standing* of the bar in the State of <u>Minnesota</u> and, if applicable, the bar of the U.S. District Court for the _____ District of <u>Minnesota</u>.

     I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: <u>June 10, 2019</u>

_____, New York           <u>Bethany J. Rubis</u>

                                                                                 *Mailing Address*:

                                                                                 <u>ASK LLP</u>

                                                                                 <u>2600 Eagan Woods Drive, Suite 400</u>

                                                                                 <u>St. Paul, MN 55121</u>

                                                                *E-mail address*: <u>brubis@askllp.com</u>

                                                                *Telephone number*: (<u>651</u>) <u>289-3870</u>