**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:

SEARS HOLDINGS CORPORATION, et al.         Case No.: 18-23538
                                            Chapter 11

                              Debtors

---------------------------------------------------------------x


**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Bethany J. Rubis, to be admitted, ***pro hac vice***, to represent Sears Holding Corporation and its debtor affiliates, as debtor and debtor in possession in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Minnesota and, if applicable, the bar of the U.S. District Court for the _____ District of Minnesota, it is hereby

**ORDERED**, that Bethany J. Rubis, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York         /s/ _____
                             UNITED STATES BANKRUPTCY JUDGE