WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
David J. Lender
Paul R. Genender
Jared R. Friedmann
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                               :    **Chapter 11**
:
**SEARS HOLDINGS CORPORATION,** *et al.*,           :    Case No. 18-23538 (RDD)
:
Debtors.[1]                                         :    (Jointly Administered)
:
------------------------------------------------------------x

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); SHC Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); SHC Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

WEIL:\97066452\2\73217.0004

### AMENDED NOTICE OF WITHDRAWAL OF THE DEBTORS' MOTION TO (A) ENFORCE THE AUTOMATIC STAY AGAINST FIRST DATA MERCHANT SERVICES CORP. AND (B) COMPEL TURNOVER OF ESTATE PROPERTY

**PLEASE TAKE NOTICE** that, on June 6, 2019, Sears Holdings Corporation and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed their *Motion to (A) Enforce the Automatic Say Against First Data Merchant Services Corp. and (B) Compel Turnover of Estate Property* [ECF No. 4135] (the "**Motion to Enforce**").

**PLEASE TAKE FURTHER NOTICE** that, because First Data Merchant Services Corp. ("**First Data**") confirmed that, on Friday, June 7, 2019 at or around 3:08 P.M., it wired $13.3 million directly to the Debtors—the full amount of Estate property it was holding in a Reserve Account—and because Transform stated for the first time in its Response to the Motion to Enforce [ECF No. 4140] (the "**Response**") that it "does *not* object to the Motion [to Enforce] or entry of the requested order requiring [First Data] to transfer the Adjusted Excess Amount to Debtors," Resp. ¶¶ 1, 3, the Debtors determined that the Motion to Enforce had accomplished the Debtors' objectives without a Court hearing, and thus the Motion to Enforce is now moot and hereby withdrawn.

Dated: June 10, 2019
      New York, New York

                                      /s/ Sunny Singh
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York  10153
                                        Telephone:  (212) 310-8000
                                        Facsimile:  (212) 310-8007
                                        Ray C. Schrock, P.C.
                                        David J. Lender
                                        Paul R. Genender
                                        Jared R. Friedmann
                                        Sunny Singh

                                        *Attorneys for Debtors*
                                        *and Debtors in Possession*