| Store # | City | State/ Province | Store Address | Counterparty | 365(d)(4) Extension ECF No. | 365(d)(4) Extension Date |
|---|---|---|---|---|---|---|
| 1170 | Lansing | MI | 3131 E Michigan Ave | 4th Street South, LLC | 3837* | 6/30/2019 |
| 8290 | Brighton | CO | 18875 E. Bromley Lane | Starboard Platform Brighton JV LLC | 3821* | 6/30/2019 |
| 8851 | Westwood | MA | 349 University Ave. | Bradshaw Westwood Trust | 3872 | 6/30/2019 |
| 1098 | Clovis | CA | 1140 Shaw Ave | COMM 2006-C8 Shaw Ave Clovis LLC | 3811** | 6/28/2019 |
| 9621 | Lebanon | TN | 1443 W Main St | Alatex-Tenn, Ltd. | 3818** | 6/30/2019 |
| 4389 | Mccallen | TX | 1801 South Tenth Street | Walters Investments, LP | 3818** | 6/30/2019 |
| 9122 | Warsaw | IN | 3350 U S 30 East | Wal-Go Associates, LLC | 3818** | 6/30/2019 |
| 7413 | Frederikistad | PR | Remainder Matriculate #1 | Sunshine Shopping Center, Inc. | 3825** | 6/30/2019 |
| 3993 | Juana Diaz | VI | State Rd 149&State Rd 584 | Plaza Juana Diaz, Inc. | 3825** | 6/30/2019 |
| 8729 | Ontario | CA | 5691 Philadelphia, Ave. | Dedeaux Inland Empire Properties | 3833 | 6/30/2019 |
| 1722 | Bloomington | MN | Mall of America | MOAC Mall Holdings LLC | 3823* | 6/30/2019 |
| 8262 | Naperville | IL | 1835 Ferry Rd | Dart Warehouse Corp. | 3833 | 6/30/2019 |
| 1386 | Goodlettsville | TN | 1000 Rivergate Pkwy | KDI Rivergate Mall LLC | 3827 | 6/30/2019 |
| 1114 | Brooklyn | NY | 2307 Beverley Rd | Interprop Bedford LLC | 3828* | 6/30/2019 |
| 7749 | New York | NY | 250  W 34th St | Vornado Realty LP | 3814* | 6/30/2019 |
| 7777 | New York | NY | 770 Broadway | Vornado Realty LP | 3814* | 6/30/2019 |
| 2148 | Kahului | HI | Queen Ka'ahumanu Center | QKC Maui Owner LLC | 3819 | 6/30/2019 |
| 3390 | Williamsport | PA | 1915 East Third St | Loyal Holdings DE LLC | 3849 | 6/30/2019 |

*The Section 365(d)(4) Extension for this Designatable Lease Includes a June 20, 2019 Hearing Date.

** The parties have an agreement in principle and expect to resolve objections in advance of the Hearing.