**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                                        :
                                                             :    **Chapter 11**
**SEARS HOLDINGS CORPORATION**, *et al.*,                    :
                                                             :    **Case No. 18-23538 (RDD)**
                                                             :
Debtors.[1]                                                  :    **(Jointly Administered)**
------------------------------------------------------------ x

**SEVENTH MONTHLY FEE STATEMENT OF M-III ADVISORY PARTNERS, LP**
**FOR COMPENSATION EARNED AND EXPENSES INCURRED**
**FOR PERIOD OF APRIL 1, 2019 THROUGH APRIL 30, 2019**

1.  In accordance with the *Order Authorizing Debtors to Retain M-III Advisory Partners, LP to Provide a Chief Restructuring Officer and Certain Additional Personnel for Debtors Nunc Pro Tunc To Commencement Date* (ECF No. 814) (the "**Retention Order**"),[2] M-III Advisory Partners, LP ("**M-III**") hereby submits its seventh monthly report (the "**Monthly Report**") on compensation earned and expenses incurred for the period commencing on April 1, 2019 through and including April 30, 2019 (the "**Reporting Period**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms not otherwise herein defined shall have the meanings ascribed to such terms in the Retention Order.

During the Reporting Period, M-III incurred total fees and expenses of $1,318,381.05, comprised of $1,291,790.00 of fees and $26,591.05 of expenses.

2. During the Reporting Period, M-III provided services central to the Debtors' restructuring process, including:

   a. <u>Chief Restructuring Officer</u>: Mohsin Y. Meghji in his role as Chief Restructuring Officer, continued to provide day-to-day oversight regarding issues including but not limited to: cash/liquidity management, the resolution of post-closing disputes with the Buyer, post-asset sale matters, and other Chapter 11 reporting requirements, as well as supervising all activity by the M-III team and liaising with the Company's management team.

   b. <u>Asset Disposition</u>: After the closing, M-III prepared and updated analyses to reconcile cash proceeds received and credit card receipts between OldCo and the Buyer and prepared other analyses related to the sale. M-III also responded to numerous vendor and Ordinary Course Professional inquiries related to non-payment due to the ongoing dispute between the Debtors' Estate and the Buyer as to which entity will pay the creditors.

   c. <u>Business Operations</u>: On an ongoing basis, M-III assisted the Debtors with issues related to operating as a debtor-in-possession operating in chapter 11.

   d. <u>Case Administration</u>: On an ongoing basis, M-III advised and assisted the Debtors with respect to internal and external communications planning and documentation. M-III also prepared for and attended Bankruptcy Court hearings. M-III also completed analysis and assisted the Debtors on various motions. M-III also assisted the Debtors on quarterly reporting related to Ordinary Course Professionals and *De minimis* Asset Sales. M-III also prepared for and participated in strategic meetings with Debtors' counsel. M-III also worked with the Buyer on various questionnaire forms and recall issues.

   e. <u>Claims Administration and Objections</u>: On an ongoing basis, M-III advised and assisted the Debtors with the 503(b)(9) claims reconciliation process for over 2,800 503(b)(9) claims that were filed. M-III also advised and assisted the Debtors with the administrative claim's reconciliation process.

   f. <u>Corporate Governance and Board Matters</u>: On an ongoing basis, M-III prepared for and participated in Board Meetings and meetings of the Restructuring Committee of the Board.

   g. <u>Employee Benefits and Pensions</u>: On an ongoing basis, M-III assisted the Debtors with various employee and retiree benefit issues, including compensation, bonuses, severance, insurance benefits.

h. <u>Employment and Fee Applications</u>: M-III prepared its monthly invoice in compliance with its retention order. M-III also coordinated with the company to submit professional fee invoices for payment and updated the professional fee reporting.

i. <u>Estate Tracker Reporting</u>: M-III also prepared weekly reports to illustrate cash flows and liquidity as compared to the forecast including related methodologies, as well as cash management planning. M-III distributed the weekly variance reports to the Restructuring Committee and Creditors' Committee and addressed questions from these parties as they arose.

j. <u>Litigation</u>: M-III aggregated discovery materials in response to the subpoena served to M-III and prepared for depositions. M-III also participated in and attended depositions and the contested hearings seeking approval of the sale to ESL.

k. <u>Meetings and Communications with Creditors</u>: On an ongoing basis, M-III prepared for and participated in meetings and teleconferences with the Official Committee of Unsecured Creditors and their respective advisors.

l. <u>Meetings and Communications with Restructuring Committee</u>: On an ongoing basis, M-III prepared and participated in meetings and teleconferences with Debtors' Restructuring Committee.

m. <u>Plan of Reorganization and Disclosure Statement</u>: M-III prepared various analyses for the Plan of Reorganization and Disclosure Statement including preparing and updating a liquidation analysis by debtor on a consolidated and deconsolidated basis, analysis of the various claims filed by class and supporting assumptions.

n. <u>Preference Analysis</u>: M-III worked to gather and analyze proposals related to the preference analysis project from various firms.

o. <u>Real Estate – Assumption and Rejection of Leases and Contracts</u>: On an ongoing basis, M-III assisted the Debtors with lease analyses, potential assumption or rejection of leases, lease negotiation, and execution of lease strategy. M-III assisted with the potential assumption and assignment of executory contracts in connection with the Global Sale Transaction.

p. <u>Real Estate – Sales</u>: On an ongoing basis, M-III assisted the Debtors with the listing, marketing, bid selection, sale negotiation and closing of various real estate assets.

q. <u>Real Estate – Unencumbered Real Estate Sales & Analysis</u>: On an ongoing basis, M-III assisted the Debtors in due diligence, analysis, reporting, marketing and monetization related to the unencumbered real estate. M-III worked closely with the Debtors to list, market and sell unencumbered assets to a variety of real estate investors. M-III also assisted the Debtors with the analysis of unencumbered

properties with a view towards selling these assets in a timely manner for favorable prices.

r. **Reporting**: On an ongoing basis, M-III assisted with matters related to the US Trustee, assisted the Debtors with accounting related items including but not limited to, pre-petition claims payment processes, aggregating monthly bank statements, updating the master list of bank accounts, Monthly Operating Report (MOR), developing and updating the OldCo budget and other accounting related items.

3. **Exhibit A** attached hereto includes a list of the personnel that provided services to the Debtors during the Reporting Period, their respective titles, their respective billing rates, the aggregate hours spent by each individual, and the total compensation earned by each individual.

4. **Exhibit B** attached hereto is a breakdown of the reasonable expenses incurred by M-III during the Reporting Period.

Dated:   June 10, 2019
         New York, New York

By: /s/ *Mohsin Y. Meghji*
Mohsin Y. Meghji
Managing Member
M-III Advisory Partners, LP
130 West 42nd St.,
17th Floor
New York, NY 10036

4

**Exhibit A**

**Case No.: 18-23538 (RDD)**
**Case Name: Sears Holdings Corporation**
**M-III Advisory Partners, LP**
April 1, 2019 Through April 30, 2019

**Summary of Compensation Sought for the Reporting Period**

| TOTAL HOURS | TOTAL FEES (a) | TOTAL EXPENSES (b) | TOTAL COMPENSATION | MONTHLY COMPENSATION FEES (100%) | MONTHLY COMPENSATION EXPENSES (100%) | TOTAL MONTHLY COMPENSATION |
|---|---|---|---|---|---|---|
| 2,928.0 | $1,291,790.00 | $26,591.05 | $1,318,381.05 | $1,291,790.00 | $26,591.05 | $1,318,381.05 |

**Note(s):**
(a) Total fees of $1,291,790.00 includes $900,000.00 for hours billed as a fixed fee and $391,790.00 for professionals billed on an hourly basis.
(b) Total expenses are net of voluntary reductions of $531.75, as set forth in Exhibit B below.

**Case No.: 18-23538 (RDD)**
**Case Name: Sears Holdings Corporation**
**M-III Advisory Partners, LP**
April 1, 2019 Through April 30, 2019

**Summary of Hours Billed by Professional Fixed Fee**

| Employee Name    | Initial | Title             | Total Hours | Total        |
|------------------|---------|-------------------|-------------|--------------|
| Meghji, Mohsin   | MM      | Managing Partner  | 99.2        | $0.00        |
| Griffith, Brian  | BG      | Managing Director | 180.8       | -            |
| Murphy, William  | WM      | Senior Director   | 214.2       | -            |
| Good, Christopher| CG      | Director          | 321.5       | -            |
| Korycki, Mary    | MK      | Director          | 299.6       | -            |
| Acevedo, Enrique | EA      | Vice President    | 106.6       | -            |
| Boffi, Jonathan  | JB      | Vice President    | 258.1       | -            |
| Frantz, Joseph   | JF      | Senior Associate  | 122.4       | -            |
| Zatzkin, Noah    | NZ      | Senior Associate  | 209.0       | -            |
| Weber, Nicholas  | NW      | Associate         | 173.2       | -            |
| Stoker, Clayton  | CS      | Analyst           | 217.4       | -            |
| **Total (a)**    |         |                   | **2,202.0** | **$900,000.00** |

**Note(s):**

(a) Per Debtors' Application for entry of an order Authorizing the Debtors to retain M-III Advisory Partners, LP to provide a Chief Restructuring Officers and certain additional personnel for Debtors Nunc Pro Tunc to commencement date; paragraph 20(i) [ECF No. 328] Compensation for Services. In accordance with the terms of the Engagement Letter, M-III shall be entitled to non-refundable professional fees at a flat rate of (a) during such time as the Core Team is comprised of the CRO plus ten (10) additional professionals, $900,000 per month and (b) during such time as the Core Team is comprised of the CRO plus eight (8) additional professionals, $750,000 per month. If additional staffing is required, additional professionals will be billed at a rate which is $50 less than M-III's standard hourly rates. [ECF No. 328]

**Case No.: 18-23538 (RDD)**
**Case Name: Sears Holdings Corporation**
**M-III Advisory Partners, LP**
April 1, 2019 Through April 30, 2019

**Summary of Hours Billed by Professional**

| Employee Name | Initial | Title | Total Hours | Rate (a) | Total |
|---|---|---|---|---|---|
| Adams, Colin | CA | Managing Director | 19.5 | $925 | $18,037.50 |
| Gallagher, William | WG | Managing Director | 114.9 | $925 | 106,282.50 |
| Bonnell, Trenton | TB | Director | 39.2 | $625 | 24,500.00 |
| Tanaka, Kevin | KT | Vice President | 175.1 | $550 | 96,305.00 |
| Allan, Daniel | DA | Senior Associate | 124.9 | $450 | 56,205.00 |
| Larsen, Dan | DL | Senior Associate | 73.3 | $450 | 32,985.00 |
| Kim, Tyler | TK | Senior Analyst | 149.8 | $325 | 48,685.00 |
| Lamb, Trevor | TL | Analyst | 29.3 | $300 | 8,790.00 |
| **Total** | | | **726.0** | | **$391,790.00** |

**Note(s):**

(a) Per Debtors' Application for entry of an order Authorizing the Debtors to retain M-III Advisory Partners, LP to provide a Chief Restructuring Officers and certain additional personnel for Debtors Nunc Pro Tunc to commencement date; paragraph 20(i) [ECF No. 328] Compensation for Services. In accordance with the terms of the Engagement Letter, M-III shall be entitled to non-refundable professional fees at a flat rate of (a) during such time as the Core Team is comprised of the CRO plus ten (10) additional professionals, $900,000 per month and (b) during such time as the Core Team is comprised of the CRO plus eight (8) additional professionals, $750,000 per month. If additional staffing is required, additional professionals will be billed at a rate which is $50 less than M-III's standard hourly rates. [ECF No. 328]

**<u>Exhibit B</u>**

2

**Case No.: 18-23538 (RDD)**
**Case Name: Sears Holdings Corporation**
**M-III Advisory Partners, LP**
April 1, 2019 Through April 30, 2019

**Summary of Necessary Expenses Incurred**

| Description | Total |
|---|---:|
| Air Travel | $10,052.67 |
| Hotels | 8,016.51 |
| Meals (Local) (a) | 260.27 |
| Meals (Out of Town) (b) | 2,937.16 |
| Rental Car | 2,211.57 |
| Taxi/Car Service/Train | 3,405.56 |
| Telephone/Internet | 179.06 |
| Miscellaneous | 60.00 |
| Sub-Total Before Reductions | 27,122.80 |
| Voluntary Reductions | (531.75) |
| **Total (c)** | **$26,591.05** |

**Note(s):**
(a) Meals (Local): Per person meal expenses have been capped at $20 (dinner).
(b) Meals (Out of Town): Per person meal expenses have been capped at $25 (breakfast) and $55 (dinner).
(c) Total amounts are based on M-III's expense reporting system as of the date of this Monthly Report, and may not be reflective of all expenses incurred during the Reporting Period. As such, future monthly reports may include expenses incurred during the Reporting Period.