UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

## Fill in this information to identify the case (Select only one Debtor per claim form):

| | | | |
|---|---|---|---|
| ☐ Sears Holdings Corporation (18-23538) | ☐ MaxServ, Inc. (18-23550) | ☐ Wally Labs LLC (18-23563) | ☐ Kmart of Michigan, Inc. (18-23576) |
| ☐ Sears, Roebuck and Co. (18-23537) | ☐ Private Brands, Ltd. (18-23551) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ SHC Desert Springs, LLC (18-23577) |
| ☒ Kmart Holding Corporation (18-23539) | ☐ Sears Development Co. (18-23552) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SOE, Inc. (18-23578) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ StarWest, LLC (18-23579) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ KBL Holding Inc. (18-23567) | ☐ STI Merchandising, Inc. (18-23580) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KLC, Inc. (18-23568) | ☐ Troy Coolidge No. 13, LLC (18-23581) |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ BlueLight.com, Inc. (18-23582) |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Kmart of Washington LLC (18-23570) | ☐ Sears Brands, L.L.C. (18-23583) |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Protection Company (18-23558) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Buying Services, Inc. (18-23584) |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Kmart.com LLC (18-23585) |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ MyGofer LLC (18-23573) | ☐ Sears Brands Management Corporation (18-23586) |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) | ☐ Sears Brands Business Unit Corporation (18-23574) | ☐ SHC Licensed Business LLC (18-23616) |
| ☐ Kmart Corporation (18-23549) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | ☐ SHC Promotions LLC (18-23630) |

### Modified Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

**1. Who is the current creditor?**

MaxColor, LLC

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Steven J. Cohen, Esq.
Wachtel Missry LLP
885 Second Ave., 47th Fl.
New York, NY 10017

Contact phone  212-909-9500
Contact email  cohen@wmllp.com

Where should payments to the creditor be sent? (if different)

MaxColor, LLC
5 South Wabash Ave., #1810
Chicago, IL 60603

Contact phone  312-201-1008
Contact email  pratik@maxcolorllc.com

**4. Does this claim amend one already filed?**

☒ No
☐ Yes.   Claim number on court claims registry (if known) _____   Filed on _____ / ___ / ____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:   6   7   7   9

**7. How much is the claim?**   $ 12,592.67 _____ . Does this amount include interest or other charges?

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Goods sold.

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**   $_____

**Amount of the claim that is secured:**   $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $_____

**Annual Interest Rate** (when case was filed) _____ %

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| | | Amount entitled to priority |
|---|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br>☐ Yes. *Check one:* | |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | *\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.* | |
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☐ No<br>☑ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | $ 12,592.67 |

---

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Signature: *Steven J. Cohen*
Steven J. Cohen (Jan 10, 2019)

Email: cohen@wmllp.com

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name of the person who is completing and signing this claim:

| | |
|---|---|
| Name | Steven Cohen |
| | First name    Middle name    Last name |
| Title | Partner, Wachtel Missry LLP, Attorneys for Creditor |
| Company | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | One Dag Plaza, 885 Second Ave., 47th Fl. |
| | Number    Street |
| | New York    NY    10017 |
| | City    State    ZIP Code |
| Contact phone | 212-909-9500    Email    cohen@wmllp.com |

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ I have supporting documentation.  ☐ I do **not** have supporting documentation.
(attach below)

Attachment

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT
ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS
ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING
DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show
only the last four digits of any social-security, individual's tax-identification, or financial-account number,
only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on
the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid
embarrassment or the disclosure of confidential health care information.**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain
information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of
Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel.
Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this
Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the
disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk
of the Court discover that personal identifier data or information concerning a minor individual has been
included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to
redact all such information from the text of the filing and make an entry indicating the correction.

Modified Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                            12/15

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- Fill in all of the information about the claim as of the date the case was filed.

- Fill in the caption at the top of the form.

- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- Attach any supporting documents to this form.
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- Do not attach original documents because attachments may be destroyed after scanning.

- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.

- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.

- For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://restructuring.primeclerk.com/sears.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

### Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

### Please send completed Proof(s) of Claim to:

Sears Holdings Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**Do not file these instructions with your form**



MaxColor, LLC
5 SOUTH WABASH AVE #1810
CHICAGO IL 60603
(312) 201-1001  Fax: (312) 201-1008

pratik@maxcolorllc.com

Invoice

Invoice #:  52040
Page #:  1 of 1

**Invoice To**
Kmart DC
8374 N 4000 EAST
MANTENO IL 60950 USA

**Ship To**
Kmart DC
8374 N 4000 EAST
MANTENO IL 60950 USA

| P.O. #: | 08763012220 | Customer | K003 | | Date: | 9/26/2018 | Due Date: | | 10/6/2018 | Term | 10 days |

| Salesperson: | Pratik Shah | | Phone #: | | Ship |

| # | Memo # | Order # | Item # | Size | Description | Quantity | Weight | Unit | Price | Amount |
|---|--------|---------|--------|------|-------------|----------|--------|------|-------|--------|
| 1 | | | MCS5010W-KAMYOP | | 925 Cushion Created Opal & Amy W/cr.white Saph | 194 | | Q | $50.66 | $9,828.04 |
| | | | | | | 194 | | | | $9,828.04 |

Subtotal: _ Other Charges: Shipping: Grand Total: . $9,828.04 _ $0.00  $0.00



**MaxColor, LLC**
5 SOUTH WABASH AVE #1810
CHICAGO IL 60603
(312) 201-1001  Fax: (312) 201-1008

pratik@maxcolorllc.com

**Invoice**

Invoice #:  52288
Page #:  1 of 1

Kmart DC
8374 N 4000 EAST
MANTENO IL 60950 USA

Kmart DC
8374 N 4000 EAST
MANTENO IL 60950 USA

| P.O. #: 08763012400 | Customer #: | K003 | Date: 9/28/2018 | Due | 10/8/2018 | Terms: 10 days |
|---|---|---|---|---|---|---|

| Salesperson: Pratik Shah | Phone #: | | Ship |
|---|---|---|---|

| # | Memo # | Order # | Item # | Size | Description | Quantity | Weight | Unit | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | MCR7032W-KRUBWT7 | | 925 GEN RUBY & WHITE TOPAZ 3 STONE RING | 20 | | Q | $20.56 | $411.20 |
| 2 | | | MCR7037W-KRUBWT7 | | 925 GEN RUB & WT 7 STONE RING | 15 | | Q | $15.56 | $233.40 |
| 3 | | | MCE8202W-KRUBWT | | 925 GEN RUB & WT EARRING | 19 | | Q | $15.56 | $295.64 |
| 4 | | | MCE8202W-KBSWT | | 925 GEN SAPH & WT EARRINGS | 1 | | Q | $18.89 | $18.89 |
| 5 | | | MCR7037W-KBSWT7 | | 925 GEN SAPH & WT 7 STONE RING | 2 | | Q | $18.34 | $36.68 |
| 6 | | | MCR7032W-EMWT | | 925 Oval Genuine Emerald and White Topaz Ring | 1 | | Q | $23.34 | $23.34 |
| 7 | | | MCB4901W-SIL | | 925 BYZANTINE BRACELET | 2 | | Q | $14.00 | $28.00 |
| 8 | | | MCN4065W-CZS | | 925 ALL AROUND 14 CZ CIRCLE STONE NECKLACE | 2 | | Q | $15.50 | $31.00 |
| | | | | | | 62 | | | | **$1,078.15** |

Subtotal: . Other Charges:  Shipping:  Grand Total:  . $1,078.15 . $0.00  $0.00



MaxColor, LLC
5 SOUTH WABASH AVE #1810
CHICAGO IL 60603
(312) 201-1001  Fax: (312) 201-1008

pratik@maxcolorllc.com

**Invoice**

Invoice #:   52389
Page #:   1 of 1

Kmart DC
8374 N 4000 EAST
MANTENO IL 60950 USA

Kmart DC
8374 N 4000 EAST
MANTENO IL 60950 USA

| P.O. #: | 08763012464 | Customer #: | K003 | Date: 10/8/2018 | Due Date: | 10/18/2018 | Terms: | 10 days |
|---|---|---|---|---|---|---|---|---|

| # | Memo # | Order # | Item # | Size | Description | Quantity | Weight | Unit | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | MCR7032W-KRUBWT7 | | 925 GEN RUBY & WHITE TOPAZ 3 STONE RING | 26 | | Q | $20.56 | $534.56 |
| 2 | | | MCR7037W-KRUBWT7 | | 925 GEN RUB & WT 7 STONE RING | 29 | | Q | $15.56 | $451.24 |
| 3 | | | MCE8202W-KRUBWT | | 925 GEN RUB & WT EARRING | 27 | | Q | $15.56 | $420.12 |
| 4 | | | MCR7032W-KBSWT7 | | 925 GEN SAPH & WHITE TOPAZ 3 STONE RING | 1 | | Q | $36.67 | $36.67 |
| 5 | | | MCB4901W-SIL | | 925 BYZANTINE BRACELET | 5 | | Q | $14.00 | $70.00 |
| 6 | | | MCN4065W-CZS | | 925 ALL AROUND 14 CZ CIRCLE STONE NECKLACE | 10 | | Q | $15.50 | $155.00 |
| 7 | | | MCE8202W-KBSWT | | 925 GEN SAPH & WT EARRINGS | 1 | | Q | $18.89 | $18.89 |
| | | | | | | 99 | | | | $1,686.48 |

Subtotal: _ Other Charges:  Shipping:  Grand Total: _ $1,686.48 _ $0.00  $0.00

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| Fill in this information to identify the case (Select only one Debtor per claim form): | | | |
|---|---|---|---|
| ☒ Sears Holdings Corporation (18-23538) | ☐ MaxServ, Inc. (18-23550) | ☐ Wally Labs LLC (18-23563) | ☐ Kmart of Michigan, Inc. (18-23576) |
| ☐ Sears, Roebuck and Co. (18-23537) | ☐ Private Brands, Ltd. (18-23551) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ SHC Desert Springs, LLC (18-23577) |
| ☐ Kmart Holding Corporation (18-23539) | ☐ Sears Development Co. (18-23552) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SOE, Inc. (18-23578) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ StarWest, LLC (18-23579) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ KBL Holding Inc. (18-23567) | ☐ STI Merchandising, Inc. (18-23580) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KLC, Inc. (18-23568) | ☐ Troy Coolidge No. 13, LLC (18-23581) |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ BlueLight.com, Inc. (18-23582) |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Kmart of Washington LLC (18-23570) | ☐ Sears Brands, L.L.C. (18-23583) |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Protection Company (18-23558) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Buying Services, Inc. (18-23584) |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Kmart.com LLC (18-23585) |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ MyGofer LLC (18-23573) | ☐ Sears Brands Management Corporation (18-23586) |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) | ☐ Sears Brands Business Unit Corporation (18-23574) | ☐ SHC Licensed Business LLC (18-23616) |
| ☐ Kmart Corporation (18-23549) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | ☐ SHC Promotions LLC (18-23630) |

Modified Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

MaxColor, LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Steven J. Cohen, Esq.
Wachtel Missry LLP
885 Second Ave., 47th Fl.
New York, NY 10017

Contact phone 212-909-9500
Contact email cohen@wmllp.com

Where should payments to the creditor be sent? (if different)

MaxColor, LLC
5 South Wabash Ave., #1810
Chicago, IL 60603

Contact phone 312-201-1008
Contact email pratik@maxcolorllc.com

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known)_____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

**Part 2:**  **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __6__ __7__ __7__ __9__ |

**7.  How much is the claim?**    $ 4,922.18 _____. **Does this amount include interest or other charges?**

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Goods sold.

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**    $_____

**Amount of the claim that is secured:**    $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $_____

**Annual Interest Rate** (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br>☐ Yes. *Check one:* | **Amount entitled to priority** |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☐ No<br>☑ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | $4,922.18 _____ |
|---|---|---|

## Part 3:  Sign Below

| The person completing this proof of claim must sign and date it. FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571. | Check the appropriate box:<br><br>☐ I am the creditor.<br>☑ I am the creditor's attorney or authorized agent.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>**Signature:** *Steven J. Cohen*<br>Steven J. Cohen (Jan 10, 2019)<br><br>**Email:** cohen@wmllp.com |
|---|---|

Signature

**Print the name of the person who is completing and signing this claim:**

Name of the person who is completing and signing this claim:

| Name | Steven J. Cohen | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | Partner, Wachtel Missry LLP, Attorney for Creditor | | |
| Company | | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | One Dag Plaza, 885 Second Ave., 47th Fl. | | |
| | Number        Street | | |
| | New York | NY | 10017 |
| | City | State | ZIP Code |
| Contact phone | 212-909-9500 | Email | cohen@wmllp.com |

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ **I have supporting documentation.**
(attach below)          ☐ **I do not have supporting documentation.**

⬭ **Attachment**

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.

Modified Form 410

# **Instructions for Proof of Claim**

United States Bankruptcy Court                                                                                    12/15

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child (John Doe, parent, 123 Main St., City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://restructuring.primeclerk.com/sears.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

### Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

### Please send completed Proof(s) of Claim to:

Sears Holdings Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**Do not file these instructions with your form**



**MaxColor, LLC**
5 SOUTH WABASH AVE #1810
CHICAGO IL 60603
(312) 201-1001 Fax: (312) 201-1008

Invoice

pratik@maxcolorllc.com

Invoice #:   52041
Page #:   1 of 1

Sears Holding Corporation
3333 Beverly RD D5-097A
HOFFMAN ESTATES IL 60179 usa

Sears Holding Corporation
3333 Beverly RD D5-097A
HOFFMAN ESTATES IL 60179 usa

| P.O.  9/16 sears | Customer #:  S031 | Date:  9/26/2018 | Due Date:  10/6/2018 | Terms:  10 days |
|---|---|---|---|---|

| Salesp  Pratik Shah | Phone #: | (847) 286-8745 | Ship Via: |
|---|---|---|---|

| # | Me | Order # | Item # | Size | Description | Quantity | Weight | Unit | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | MCE8296Y-12M | | 925 12MM YELLOW FLASH DANGLE BALL EARRINGS | 4 | | Q | $11.50 | $46.00 |
| 2 | | | MCB4905W-SIL | | 925 BYZANTINE BOLO BRACELET | 4 | | Q | $19.50 | $78.00 |
| 3 | | | MCB4901W-SIL | | 925 BYZANTINE BRACELET | 4 | | Q | $14.00 | $56.00 |
| 4 | | | MCN4065W-CZS | | 925 ALL AROUND 14 CZ CIRCLE STONE NECKLACE | 13 | | Q | $15.50 | $201.50 |
| 5 | | | MCE8202W-RUBWT | | 925 CURVED SEMI WHITE TOPAZ AND INDIAN RUBY EARRINGS | 3 | | Q | $15.56 | $46.68 |
| 6 | | | MCE8202W-BSWT | | 925 CURVED BLUE SAPPHIRE AND WHITE TOPAZ RING | 6 | | Q | $18.89 | $113.34 |
| 7 | | | MCE8202W-EMWT | | 925 CURVED EMERALD AND WHITE TOPAZ RING | 5 | | Q | $15.56 | $77.80 |
| 8 | | | MCR7032W-KRUBWT7 | | 925 GEN RUBY & WHITE TOPAZ 3 STONE  RING | 2 | | Q | $20.56 | $41.12 |
| 9 | | | MCR7032W-KBSWT7 | | 925 GEN SAPH & WHITE TOPAZ 3 STONE RING | 5 | | Q | $36.67 | $183.35 |
| 10 | | | MCR7037W-RUBWT | | 925 7 STONE ROUND INDIAN RUBY + SEMI WHITE TOPAZ RING | 3 | | Q | $15.56 | $46.68 |
| 11 | | | MCR7037W-BSWT | | 925 7 STONE ROUND BLUE SAPPHIRE + WHITE TOPAZ RING | 7 | | Q | $18.34 | $128.38 |
| 12 | | | MCR7037W-EMWT | | 925 7 STONE ROUND EMERALD + WHITE TOPAZ RING | 6 | | Q | $15.56 | $93.36 |
| 13 | | | MCE8092W-BSAPWT | | 925 Genuine Blue Sapphire and White Topaz Earrings | 6 | | Q | $28.00 | $168.00 |
| 14 | | | MCE8092W-RUBWT | | 925 Genuine Ruby oval & White Topaz Earrings | 2 | | Q | $24.00 | $48.00 |
| | | | | | | 70 | | | | |

1328.2

Subtotal: _ Other Charges: Shipping: Grand Total: _ $1,328.21 _ $0.00 $0.00



MaxColor, LLC
5 SOUTH WABASH AVE #1810
CHICAGO IL 60603
(312) 201-1001 Fax: (312) 201-1008

pratik@maxcolorllc.com

Invoice

Invoice #:  52319
Page #:   1 of 1

**Invoice To:**
Sears Holding Corporation
3333 Beverly RD D5-097A
HOFFMAN ESTATES IL 60179 usa

**Ship To:**
Sears Holding Corporation
3333 Beverly RD D5-097A
HOFFMAN ESTATES IL 60179 usa

| P.O. | sears replen | Customer #: | S031 | Date: | 10/2/2018 | Due Date: | 10/12/2018 | Terms: 10 days |

| Salesperso | Pratik Shah | Phone #: | (847) 286-8745 | | Ship Via: | |

| # | Memo # | Order # | Item # | Size | Description | Quantit | Weight | Unit | Price | Amount |
|---|--------|---------|--------|------|-------------|---------|--------|------|-------|--------|
| 1 | | | MCE8296Y-12M | | 925 12MM YELLOW FLASH DANGLE BALL EARRINGS | 6 | | Q | $11.50 | $69.00 |
| 2 | | | MCB4905W-SIL | | 925 BYZANTINE BOLO BRACELET | 6 | | Q | $19.50 | $117.00 |
| 3 | | | MCB4901W-SIL | | 925 BYZANTINE BRACELET | 1 | | Q | $14.00 | $14.00 |
| 4 | | | MCN4065W-CZS | | 925 ALL AROUND 14 CZ CIRCLE STONE NECKLACE | 20 | | Q | $15.50 | $310.00 |
| 5 | | | MCE8202W-BSWT | | 925 CURVED BLUE SAPPHIRE AND WHITE TOPAZ RING | 9 | | Q | $18.89 | $170.01 |
| 6 | | | MCE8202W-EMWT | | 925 CURVED EMERALD AND WHITE TOPAZ RING | 15 | | Q | $15.56 | $233.40 |
| 7 | | | MCR7032W-KRUBWT7 | | 925 GEN RUBY & WHITE TOPAZ 3 STONE  RING | 2 | | Q | $20.56 | $41.12 |
| 8 | | | MCR7032W-KBSWT7 | | 925 GEN SAPH & WHITE TOPAZ 3 STONE RING | 3 | | Q | $36.67 | $110.01 |
| 9 | | | MCR7037W-RUBWT | | 925 7 STONE ROUND INDIAN RUBY + SEMI WHITE TOPAZ | 3 | | Q | $15.56 | $46.68 |
| 10 | | | MCR7037W-BSWT | | 925 7 STONE ROUND BLUE SAPPHIRE + WHITE TOPAZ | 14 | | Q | $18.34 | $256.76 |
| 11 | | | MCR7037W-EMWT | | 925 7 STONE ROUND EMERALD + WHITE TOPAZ RING | 19 | | Q | $15.56 | $295.64 |
| 12 | | | MCE8092W-BSAPWT | | 925 Genuine Blue Sapphire and White Topaz Earrings | 1 | | Q | $28.00 | $28.00 |
| 13 | | | MCE8092W-RUBWT | | 925 Genuine Ruby oval & White Topaz Earrings | 1 | | Q | $24.00 | $24.00 |

100

1715.6

RightChild Copyright © 2016 GTWise Choice Software® All Rights Reserved. 2016/12/13 06:27/45@ 2016/12/13 06:27/45@

Subtotal: .. Other Charges:  Shipping:  Grand Total:  $1,715.62 , $0.00  $0.00



MaxColor, LLC
5 SOUTH WABASH AVE #1810
CHICAGO IL 60603
(312) 201-1001  Fax: (312) 201-1008

pratik@maxcolorllc.com

Invoice



Invoice #:    52388
Page #:    1 of 1

**Invoice To**
Sears Holding Corporation
3333 Beverly RD D5-097A
HOFFMAN ESTATES IL 60179 usa

**Ship To**
Sears Holding Corporation
3333 Beverly RD D5-097A
HOFFMAN ESTATES IL 60179 usa

| P.O. #: 561352 | Customer #: S031 | Date: 10/8/2018 | Due 10/18/2018 | Term 10 days |

Salesperson: Pratik Shah    Phone    (847) 286-8745    Ship

| # | Memo # | Order # | Item # | Size | Description | Quantity | Weight | Unit | Price | Amount |
|---|--------|---------|--------|------|-------------|----------|--------|------|-------|--------|
| 1 | | | MCB4840W-GARN | | 925 GARNET ROUND GEMSTONE BOLO BRACELET | 2 | | Q | $25.69 | $51.38 |
| | | | | | | 2 | | | | |

51.4

RightClick Copyright © 2018 OFWVisa Choice Software All Rights Reserved  20181112.0627.46p] 20181112.0627.46p]

Subtotal: _ Other Charges: Shipping: Grand Total: . $51.38 _ $0.00  $0.00



MaxColor, LLC
5 SOUTH WABASH AVE #1810
CHICAGO IL 60603
(312) 201-1001  Fax: (312) 201-1008

pratik@maxcolorllc.com

Invoice

Invoice #:   52442
Page #:   1 of 1

| Sears Holding Corporation | Sears Holding Corporation |
|---|---|
| 3333 Beverly RD DS-097A | 3333 Beverly RD DS-097A |
| HOFFMAN ESTATES IL 60179 usa | HOFFMAN ESTATES IL 60179 usa |

| P.O. #: sears replen 9.30.18 | Customer #:  S031 | Date: 10/9/2018 | Due Date: | 10/19/2018 | Terms:  10 days |
|---|---|---|---|---|---|

Salesperson:  Pratik Shah        Phone #:  (847) 286-8745        Ship Via:

| # | Memo # | Order # | Item # | Size | Description | Quantity | Weight | Unit | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | MCE8296Y-12M | | 925 12MM YELLOW FLASH DANGLE BALL EARRINGS | 4 | | Q | $11.50 | $46.00 |
| 2 | | | MCB4905W-SIL | | 925 BYZANTINE BOLO BRACELET | 2 | | Q | $19.50 | $39.00 |
| 3 | | | MCS1111W-SIL | | 925 ROUND PAVED CZ EARRING AND PENDANT SET | 39 | | Q | $10.50 | $409.50 |
| 4 | | | MCN4065W-CZS | | 925 ALL AROUND 14 CZ CIRCLE STONE NECKLACE | 13 | | Q | $15.50 | $201.50 |
| 5 | | | MCE8202W-RUBWT | | 925 CURVED SEMI WHITE TOPAZ AND INDIAN RUBY EARRINGS | 4 | | Q | $15.56 | $62.24 |
| 6 | | | MCE8202W-BSWT | | 925 CURVED BLUE SAPPHIRE AND WHITE TOPAZ RING | 8 | | Q | $18.89 | $151.12 |
| 7 | | | MCE8202W-EMWT | | 925 CURVED EMERALD AND WHITE TOPAZ RING | 3 | | Q | $15.56 | $46.68 |
| 8 | | | MCB4840W-BT | | 925 ROUND  BLUE TOPAZ GEMSTONE BOLO BRACELET | 1 | | Q | $25.69 | $25.69 |
| 9 | | | MCR7032W-KBSWT7 | | 925 GEN SAPH & WHITE TOPAZ 3 STONE RING | 5 | | Q | $36.67 | $183.35 |
| 10 | | | MCR7087W-RUBWT | | 925 7 STONE ROUND INDIAN RUBY + SEMI WHITE TOPAZ RING | 3 | | Q | $15.56 | $46.68 |
| 11 | | | MCR7087W-BSWT | | 925 7 STONE ROUND BLUE SAPPHIRE + WHITE TOPAZ RING | 5 | | Q | $18.34 | $91.70 |
| 12 | | | MCR7087W-EMWT | | 925 7 STONE ROUND EMERALD + WHITE TOPAZ RING | 7 | | Q | $15.56 | $108.92 |
| 13 | | | MCE8092W-RUBWT | | 925 Genuine Ruby oval & White Topaz Earrings | 3 | | Q | $24.00 | $72.00 |
| | | | | | | 97 | | | | 1484.4 |

RightCMMS Copyright © 2018 CP What Clarke Software® All Rights Reserved  20181111.08 JFSIQ( 201611120827HS( )

Subtotal: .. Other Charges:  Shipping:  Grand Total: . $1,484.38 .  $0.00  $0.00



MaxColor, LLC
5 SOUTH WABASH AVE #1810
CHICAGO IL 60603
(312) 201-1001 Fax: (312) 201-1008

pratik@maxcolorllc.com

**Invoice**

Invoice #:   51987
Page #:   1 of 1

**Invoice To**
Sears Online

**Ship To**
Sears Online

| P.O.   877890233 | Customer   S032 | Date:  9/24/2018 | Due   10/24/2018 | Terms:   30 DAYS |
| --- | --- | --- | --- | --- |

| Salesperso  Pratik Shah | | | Phone | | Ship | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Memo # | Order # | Item # | Size | Description | Quantity | Weight | Unit | | Price | Amount |
| 1 | | MCR7032W- | | 925 Oval Genuine Emerald and White Topaz Ring Size 9 | 1 | | Q | | $23.34 | $23.34 |
| 2 | | MCR7032W- | | 925 Oval Genuine Ruby and White Topaz Ring Size 9 | 1 | | Q | | $20.56 | $20.56 |
| | | | | | 2 | | | | | **$43.90** |

Subtotal: .. Other Charges:  Shipping:  Grand Total: .  $43.90 . $0.00  $0.00



MaxColor, LLC
5 SOUTH WABASH AVE #1810
CHICAGO IL 60603
(312) 201-1001  Fax: (312) 201-1008

pratik@maxcolorllc.com

Invoice

Invoice #:   51988
Page #:   1 of 1

Invoice To: Sears Online

Ship To: Sears Online

| P.O. #: 877910729 | Customer #:   S032 | Date: 9/24/2018 | Due Date: 10/24/2018 | Terms:   30 DAYS |

| Salesperson  Pratik Shah | Phone | Ship |

| # | Memo # | Order # | Item # | Size | Description | Quantity | Weight | Unit | Price | Amount |
|---|--------|---------|--------|------|-------------|----------|--------|------|-------|--------|
| 1 | | | MCR7032W-BSWT9 | | 925 Oval Genuine Blue Sapphire and White Topaz Ring Size 9 | 1 | | Q | $36.67 | $36.67 |
| | | | | | | 1 | | | | $36.67 |

Subtotal: .  Other Charges:  Shipping:  Grand Total: .  $36.67 .  $0.00  $0.00



MaxColor, LLC
5 SOUTH WABASH AVE #1810
CHICAGO IL 60603
(312) 201-1001  Fax: (312) 201-1008

pratik@maxcolorllc.com

Invoice

| Invoice #: | 52020 |
|---|---|
| Page #: | 1 of 1 |

Sears Online

Sears Online

| P.O. #: | 87748633 | Customer #: | S032 | Date: 9/25/2018 | Due Date: | 10/25/2018 | Terms: 30 DAYS |
|---|---|---|---|---|---|---|---|

| Salesperson: | Pratik Shah | Phone #: | | Ship Via: | |
|---|---|---|---|---|---|

| # | Memo # | Order # | Item # | Size | Description | Quantity | Weight | Unit | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | MCR2995W-CROPALDIA | | 925 14X10 CR.OPAL+DIA RING | 1 | | Q | $21.00 | $21.00 |
| | | | | | | 1 | | | | $21.00 |

Subtotal: Other Charges: Shipping: Grand Total: $21.00 $0.00 $0.00



MaxColor, LLC
5 SOUTH WABASH AVE #1810
CHICAGO IL 60603
(312) 201-1001  Fax: (312) 201-1008

pratik@maxcolorllc.com

Invoice



Invoice #:  52021
Page #:  1 of 1

| Invoice To | | Ship To |
|---|---|---|
| Sears Online | | Sears Online |

| P.O.  877897814 | Customer #:  S032 | Date:  9/25/2018 | Due  10/25/2018 | Terms  30 DAYS |
|---|---|---|---|---|

| Salesperso  Pratik Shah | Phone | Ship Via: |
|---|---|---|

| # | Memo # | Order # | Item # | Size | Description | Quantity | W | Unit | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | MCR3307W-COPBT9 | | 925 Created Opal, Sky BT, & Dia Accent Ring Size 9 | 1 | | Q | $30.00 | $30.00 |
| | | | | | | 1 | | | | **$30.00** |

Subtotal: .. Other Charges:  Shipping:  Grand Total: . $30.00 .. $0.00  $0.00



MaxColor, LLC
5 SOUTH WABASH AVE #1810
CHICAGO IL 60603
(312) 201-1001 Fax: (312) 201-1008

pratik@maxcolorllc.com

Invoice



Invoice #:  52042

Page #:  1 of 1

**Invoice To** Sears Online

**Ship To** Sears Online

| P.O. | 87795893 | Customer #: | S032 | Date: | 9/26/2018 | Due Date: | 10/26/2018 | Terms: 30 DAYS |
|------|----------|-------------|------|-------|-----------|-----------|------------|----------------|

| Salesperso | Pratik Shah | Phone | | Ship Via: |
|------------|-------------|-------|--|-----------|

| # | Memo # | Order # | Item # | Size | Description | Quantity | Weight | Unit | Price | Amount |
|---|--------|---------|--------|------|-------------|----------|--------|------|-------|--------|
| 1 | | | MCR7032W- | | 925 Oval Genuine Ruby & White Topaz Ring Size 6 | 1 | | Q | $20.56 | $20.56 |
| | | | | | | 1 | | | | **$20.56** |

Subtotal: _ Other Charges: Shipping: Grand Total: . $20.56 _ $0.00 $0.00



MaxColor, LLC
5 SOUTH WABASH AVE #1810
CHICAGO IL 60603
(312) 201-1001  Fax: (312) 201-1008

pratik@maxcolorllc.com

Invoice

Invoice #:    52299
Page #:    1 of 1

**Invoice To**
Sears Online

**Ship To**
Sears Online

| P.O. #: | 878207851 | Customer #: | S032 | Date: | 10/1/2018 | Due Date: | 10/31/2018 | Terms: | 30 DAYS |
|---------|-----------|-------------|------|-------|-----------|-----------|------------|--------|---------|

| Salesperson | Pratik Shah | Phone | | Ship |
|-------------|-------------|-------|--|------|

| # | Memo # | Order # | Item # | Size | Description | Quantity | Weight | Unit | Price | Amount |
|---|--------|---------|--------|------|-------------|----------|--------|------|-------|--------|
| 1 | | | MCR2995W-CROPDISZ8 | | 925 14X10 CR.OPAL+DIA | 1 | | Q | $21.00 | $21.00 |
| | | | | | | 1 | | | | **$21.00** |

Subtotal: _ Other Charges:  Shipping:  Grand Total: . $21.00 _ $0.00  $0.00

RightChild® Copyright © 2018 Of Wise Choice Software® All Rights Reserved  20181112(.082749b) 20181113 082749b)



MaxColor, LLC
5 SOUTH WABASH AVE #1810
CHICAGO IL 60603
(312) 201-1001  Fax: (312) 201-1008

pratik@maxcolorllc.com

Invoice



Invoice #:   52300

Page #:   1 of 1

Invoice To   Sears Online

Ship To   Sears Online

| P.O. | 878258314 | Customer | $032 | Date: | 10/1/2018 | Due | 10/31/2018 | Terms: | 30 DAYS |

| Salesperso | Pratik Shah | | Phone | | Ship | |

| # | Memo # | Order # | Item # | Size | Description | Quantit | Weight | Unit | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | MCR7037W- | | 925 7 STONE ROUND EMERALD +WHITE TOPAZ RING SIZE 6 | 1 | | Q | $15.56 | $15.56 |
| | | | | | | 1 | | | | $15.56 |

Subtotal: _ Other Charges:  Shipping:  Grand Total: . $15.56 _ $0.00  $0.00

RightClick® Copyright © 2018 CFI/Wise Choice Software® All Rights Reserved  20181112.092744b[s] 20181112.092748[s]



MaxColor, LLC
5 SOUTH WABASH AVE #1810
CHICAGO IL 60603
(312) 201-1001  Fax: (312) 201-1008

pratik@maxcolorllc.com

Invoice

Invoice #:   52301
Page #:   1 of 1

Invoice To: Sears Online

Ship To: Sears Online

| P.O. #:  878160637 | Customer #:  S032 | Date:  10/1/2018 | Due Date:  10/31/2018 | Term  30 DAYS |

| Salesperson  Pratik Shah | Phone | Ship Via: |

| # | Memo # | Order # | Item # | Size | Description | Quantity | Weight | Unit | Price | Amount |
|---|--------|---------|--------|------|-------------|----------|--------|------|-------|--------|
| 1 | | | MCR7037W-BSWT6 | | 925 7 STONE ROUND BLUE SAPPHIRE + WHITE TOPAZ RING | 1 | | Q | $18.34 | $18.34 |
| | | | | | | 1 | | | | **$18.34** |

Subtotal: ... Other Charges:  Shipping:  Grand Total: .  $18.34 _ $0.00  $0.00



MaxColor, LLC
5 SOUTH WABASH AVE #1810
CHICAGO IL 60603
(312) 201-1001  Fax: (312) 201-1008

pratik@maxcolorllc.com

Invoice

Invoice #:   52330

Page #:   1 of 1



| Invoice To | Sears Online | | Ship To | Sears Online | |
|---|---|---|---|---|---|

| P.O. #: | 878316272 | Customer #: | S032 | Date: | 10/3/2018 | Due Date: | 11/2/2018 | Terms: | 30 DAYS |
|---|---|---|---|---|---|---|---|---|---|

| Salesperson | Pratik Shah | Phone | | Ship | |
|---|---|---|---|---|---|

| # | Memo # | Order # | Item # | Size | Description | Quantity | Weight | Unit | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | MCR3307W- | 6 | 925 Created Opal, Sky BT, & Dia Accent Ring | 1 | | Q | $30.00 | $30.00 |
| | | | | | | **1** | | | | **$30.00** |

Subtotal: ... Other Charges:  Shipping: Grand Total: . $30.00 .. $0.00  $0.00

RightClick® Copyright © 2018 Of IXWise Choice Software® All Rights Reserved  20181113.002746[x]; 20181113.002746[x]



MaxColor, LLC
5 SOUTH WABASH AVE #1810
CHICAGO IL 60603
(312) 201-1001  Fax: (312) 201-1008

pratik@maxcolorllc.com

Invoice

| | |
|---|---|
| Invoice #: | 52360 |
| Page #: | 1 of 1 |

Sears Online

Sears Online

| P.O. #: | 878378460 | Customer #: | S032 | Date: | 10/4/2018 | Due Date: | 11/3/2018 | Terms: | 30 DAYS |
|---|---|---|---|---|---|---|---|---|---|

| Salesperson: | Pratik Shah | Phone #: | | Ship Via: | |
|---|---|---|---|---|---|

| # | Memo # | Order # | Item # | Size | Description | Quantity | Weight | Unit | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | MCR3307W- | | 925 Created Opal, Sky BT, & Dia Accent Ring | 1 | | Q | $30.00 | $30.00 |
| | | | | | | 1 | | | | **$30.00** |

Subtotal: _ Other Charges:  Shipping:  Grand Total: . $30.00 _ $0.00  $0.00

RightCLICK® Copyright © 2014 CFWMet Click® Software® All Rights Reserved  20181112 0912141(s), 20181113 0912145(s)



**MaxColor, LLC**
5 SOUTH WABASH AVE #1810
CHICAGO IL 60603
(312) 201-1001  Fax: (312) 201-1008

pratik@maxcolorllc.com

Invoice

| | |
|---|---|
| Invoice #: | 52405 |
| Page #: | 1 of 1 |

Sears Online                    Sears Online

| P.O. #: | 878564114 | Customer #: | S032 | Date: | 10/8/2018 | Due Date: | 11/7/2018 | Terms: | 30 DAYS |
|---|---|---|---|---|---|---|---|---|---|

| Salesperson: | Pratik Shah | Phone #: | | Ship Via: | |
|---|---|---|---|---|---|

| Memo # | Order # | Item # | Size | Description | Quantity | Weight | Unit | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | MCR3307W-COPBT6 | 6 | 925 Created Opal, Sky BT, & Dia Accent Ring | 1 | | Q | $30.00 | $30.00 |
| | | | | | 1 | | | | $30.00 |

Subtotal: .. Other Charges:  Shipping:  Grand Total: . $30.00 . $0.00  $0.00



MaxColor, LLC
5 SOUTH WABASH AVE #1810
CHICAGO IL 60603
(312) 201-1001 Fax: (312) 201-1008

pratik@maxcolorllc.com

Invoice

Invoice #:   52406
Page #:   1 of 1

**Invoice To:** Sears Online

**Ship To:** Sears Online

| P.O.  878515295 | Customer #:  S032 | Date: 10/8/2018 | Due  11/7/2018 | Terms  30 DAYS |

Salesperso  Pratik Shah          Phone                    Ship

| # | Memo # | Order # | Item # | Size | Description | Quanti | Weight | Unit | Price | Amount |
|---|--------|---------|--------|------|-------------|--------|--------|------|-------|--------|
| 1 |        |         | MCR7037W- |    | 925 7 STONE ROUND INDIAN RUBY+WHITE TOPAZ RING SIZE9 | 1 | | Q | $15.56 | $15.56 |
|   |        |         |        |      |             | 1      |        |      |       | **$15.56** |

Subtotal: _ Other Charges:  Shipping:  Grand Total: . $15.56 . $0.00  $0.00

RightChisel Copyright © 2018 CFWllox Choles Software® All Rights Reserved  20181113.092744[m] 20181113.092740[p]



**MaxColor, LLC**
5 SOUTH WABASH AVE #1810
CHICAGO IL 60603
(312) 201-1001  Fax: (312) 201-1008

pratik@maxcolorllc.com

Invoice

Invoice #:   52546
Page #:   1 of 1

Invoice To   Sears Online

Ship To   Sears Online

| P.O.: 878907138 | Customer #: S032 | Date: 10/15/2018 | Due | 11/14/2018 | Terms: | 30 DAYS |
|---|---|---|---|---|---|---|

Salesperso  Pratik Shah        Phone #:              Ship Via:

| # | Memo # | Order # | Item # | Size | Description | Quantit | Weight | Unit | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | MCR3307W-COPBT8 | 8 | 925 Created Opal, Sky BT, & Dia Accent Ring Size 8 | 1 | | Q | $30.00 | $30.00 |
| | | | | | | 1 | | | | **$30.00** |

Subtotal: _ Other Charges:  Shipping:  Grand Total: _ $30.00 _ $0.00  $0.00