**MaxColor, LLC**
5 SOUTH WABASH AVE #1810
CHICAGO IL 60603
(312) 201-1001  Fax: (312) 201-1008

pratik@maxcolorllc.com

# Invoice



Invoice #:  57081
Page #:  1 of 2

**Invoice To**
Sears2
3333 BEVERLY RD GLL 230A
HOFFMAN ESTATES IL 60179 USA

**Ship To**
Sears2
3333 BEVERLY RD GLL 230A
HOFFMAN ESTATES IL 60179 USA

| P.O. #: Multiple P.O's | Customer #: S033 | Date: 1/29/2019 | Due Date: 2/11/2019 | Terms: 10 days |
|---|---|---|---|---|
| Salesperson: | Phone #: | | Ship Via: | |

| # | Memo # | Order # | Item # | Size | Description | Quantity | Weight | Unit | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | MCR3333Y-10CWS7 | | "RING 10K 6MM CUSHION CR. WHITE SAPH & CR WHITE SAPH SZ 7 | 24 | | Q | $78.18 | $1,876.32 |
| 2 | | | MCB4895W-AMBTWT | | 925 Oval Amy+Bt+White Topaz Gemstone Tennis Bracelet | 81 | | Q | $80.00 | $6,480.00 |
| 3 | | | MCB4840W-GARN | | 925 GARNET ROUND GEMSTONE BOLO BRACELET | 139 | | Q | $25.69 | $3,570.91 |
| 4 | | | MCB4840W-AMYPAMY | | 925 ROUND AMY AND PAMY GEMSTONE BOLO BRACELET | 88 | | Q | $24.45 | $2,151.60 |
| 5 | | | MCS5010W-AMYOP | | 925 Cushion Created Opal and Amethyst W/cr.White Sapphire Earring/Pendant/Ring Set | 59 | | Q | $50.66 | $2,988.94 |
| 6 | | | MCR3333Y-10CRUBY7 | 7 | 10K 6mm Created Ruby & Created White Sapphire Cushion Ring | 18 | | Q | $78.18 | $1,407.24 |
| 7 | | | MCR3333Y-10PERI7 | 7 | 10KY 6mm Peridot & Created White Sapphire Cushion Ring | 23 | | Q | $78.18 | $1,798.14 |
| 8 | | | MCR3333Y-10CBS7 | 7 | 10KY 6mm Created Blue Sapphire & Cr.White Saph Cushion Ring | 8 | | Q | $78.18 | $625.44 |
| 9 | | | MCR3333Y-10CROPAL7 | 7 | 10KY 6mm Created Opal & Cr.White Saph Cushion Ring | 21 | | Q | $78.38 | $1,645.98 |
| 10 | | | MCB4840W-BT | | 925 ROUND BLUE TOPAZ GEMSTONE BOLO BRACELET | 64 | | Q | $25.69 | $1,644.16 |
| 11 | | | MCB4840W-AMY | | 925 AMY ROUND GEMSTONE BOLO BRACELET | 66 | | Q | $25.69 | $1,695.54 |
| 12 | | | MCR3333Y-10AMY7 | | "RING 10K 6MM GENUINE AMETHYST & CR WHITE SAPH SZ 7 | 18 | | Q | $78.18 | $1,407.24 |
| 13 | | | MCR3333Y-10CIT7 | | "RING 10K 6MM GENUINE CITRINE & CR WHITE SAPH SZ 7 | 15 | | Q | $78.18 | $1,172.70 |
| 14 | | | MCR3333Y-10GARN7 | | "RING 10K 6MM GENUINE GARNET & CR WHITE SAPH SZ 7 " | 18 | | Q | $78.18 | $1,407.24 |
| 15 | | | MCR3333Y-10BT7 | | "RING 10K 6MM GENUINE BLUE TOPAZ & CR WHITE SAPH SZ 7 | 22 | | Q | $78.18 | $1,719.96 |
| 16 | | | MCR3333Y-10PRL7 | 7 | "RING 10K 6MM FRESHWATER PEARL & CR WHITE SAPH SZ 7 " | 19 | | Q | $78.11 | $1,484.09 |
| 17 | | | MCR3333Y-10CRAQ7 | | "RING 10K 6MM CR AQUAMARINE & CR WHITE SAPH SZ 7 | 10 | | Q | $78.18 | $781.80 |
| 18 | | | MCR3333Y-10CREM7 | | "RING 10K 6MM CR EMERALD & CR WHITE SAPH SZ 7 " | 19 | | Q | $78.18 | $1,485.42 |

MaxColor, LLC
5 SOUTH WABASH AVE #1810
CHICAGO IL 60603
(312) 201-1001  Fax: (312) 201-1008

pratik@maxcolorllc.com

# Invoice



Invoice #:  57081

Page #:  2 of 2

**Invoice To**
Sears2
3333 BEVERLY RD GLL 230A
HOFFMAN ESTATES IL 60179 USA

**Ship To**
Sears2
3333 BEVERLY RD GLL 230A
HOFFMAN ESTATES IL 60179 USA

| P.O. #: Multiple P.O's | Customer #: S033 | Date: 1/29/2019 | Due Date: 2/11/2019 | Terms: 10 days |
|---|---|---|---|---|
| Salesperson: | | Phone #: | Ship Via: | |

| # | Memo # | Order # | Item # | Size | Description | Quantity | Weight | Unit | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 712 | | | | |

Subtotal:  $35,342.72

Other Charges:  $0.00
Shipping:  $0.00

Grand Total:  $35,342.72

RightClick® Copyright © 2019 CFI/Wise Choice Software® All Rights Reserved
20190520.153528[s]; 20190520.153529[s]