UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:

SEARS HOLDINGS CORPORATION, et al.

            Case No.: 18-23538 (RDD)
            Chapter 11
            (Jointly Administered)

                                          Debtors

------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

      Upon the motion of Gary D. Underdahl to be admitted, ***pro hac vice***, to represent Sears Holding Corporation and its debtor affiliates, as debtors and debtors in possession in the above referenced ☑ cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Minnesota and the bar of the U.S. District Court for the District of Minnesota, it is hereby

      **ORDERED**, that Gary D. Underdahl, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ cases ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  June 11, 2019
       White Plains, New York

                                            /s/Robert D. Drain
                                            UNITED STATES BANKRUPTCY JUDGE