**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:

SEARS HOLDINGS CORPORATION, et al.

                                        Debtors

-------------------------------------------------------------x

Case No.: 18-23538 (RDD)
Chapter 11
(Jointly Administered)

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Kara E. Casteel to be admitted, *pro hac vice*, to represent Sears Holding Corporation and its debtor affiliates, as debtors and debtors in possession (the "Client") in the above referenced ☑ cases ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Minnesota and the bar of the U.S. District Court for the District of Minnesota, it is hereby

**ORDERED**, that Kara E. Casteel, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ cases ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: June 11, 2019
    White Plains, New York

/s/ Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE