**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:

SEARS HOLDINGS CORPORATION, et al.        Case No.: 18-23538 (RDD)
                                          Chapter 11
                    Debtors               (Jointly Administered

---------------------------------------------------------------x


**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*


Upon the motion of Joseph L. Steinfeld, Jr. to be admitted, *pro hac vice*, to represent Sears Holding Corporation and its debtor affiliates, as debtors and debtors in possession (the "Client")

in the above referenced ☑ cases    adversary proceeding, and upon the movant's certification that the

movant is a member in good standing of the bar in the State of Minnesota and the bar of the U.S. District Court for the                District of Minnesota, it is hereby


**ORDERED**, that Joseph L. Steinfeld, Jr., Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ cases ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.


Dated:  June 11, 2019
        White Plains, New York                /s/Robert D. Drain

                                               UNITED STATES BANKRUPTCY JUDGE