**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:

SEARS HOLDINGS CORPORATION, et al.

                      Debtors

------------------------------------------------------------x

Case No.: 18-23538 (RDD)
Chapter 11
(Jointly Administered)

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

    Upon the motion of Richard J. Reding to be admitted, *pro hac vice*, to represent Sears Holding Corporation and its debtor affiliates, as debtors and debtors in possession (the "Client") in the above referenced ☒ cases ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Minnesota and the bar of the U.S. District Court for the District of Minnesota, it is hereby

    **ORDERED**, that Richard J. Reding, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☒ cases ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: June 11, 2019
      White Plains, New York

                                        /s/Robert D. Drain

                                        UNITED STATES BANKRUPTCY JUDGE