**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:

SEARS HOLDINGS CORPORATION, et al.

                            Debtors

Case No.: 18-23538 (RDD)
Chapter 11
(Jointly Administered)

------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Bethany J. Rubis, to be admitted, *pro hac vice*, to represent Sears Holding Corporation and its debtor affiliates, as debtors and debtors in possession (the "Client") in the above referenced ☑ cases    adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Minnesota and the bar of the U.S. District Court for the District of Minnesota, it is hereby

**ORDERED**, that Bethany J. Rubis, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ cases ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: June 11, 2019
       White Plains, New York          /s/ Robert D. Drain
                                                UNITED STATES BANKRUPTCY JUDGE