## Schedule 1: List of Rejected Contracts

| Ref # | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|
| 1 | SEARS, ROEBUCK AND CO. | VSI CONSTUCTION | PROPOSAL AGREEMENT | N/A | N/A | N/A |
| 2 | SEARS, ROEBUCK AND CO. | VTT MANAGEMENT INC | PURCHASE AGREEMENT | N/A | N/A | N/A |
| 3 | SEARS HOLDINGS CORPORATION | W.D. BRYANT & SON INC | HOME SERVICES - W.D. BRYANT AND SON INC - MSA (SMALL ITEM REPAIR GO LOCAL PROJECT) - 2015 | CW2304690 | 4/23/2015 | 04/22/2020 |
| 4 | SEARS, ROEBUCK AND CO. | W.R. TOWNHOMES B. LLC | CONTRACT AGREEMENT | N/A | N/A | N/A |
| 5 | SEARS, ROEBUCK AND CO. | W.R. TOWNHOMES B. LLC | CONTRACT AGREEMENT PH 62 | N/A | N/A | N/A |
| 6 | SEARS, ROEBUCK AND CO. | WALKER AND COMPNAY | PURCHASE ORDER | 312712 | N/A | N/A |
| 7 | SEARS, ROEBUCK AND CO. | WALKER RESTORATION CONSULTANTS | CONSULTING SERVICES AGREEMENT | N/A | N/A | N/A |
| 8 | SEARS, ROEBUCK AND CO. | WALSH CONSTRUCTION | CONTRACT AGREEMENT | N/A | N/A | N/A |
| 9 | SEARS, ROEBUCK AND CO. | WALSH CONSTRUCTION | SALES AGREEMENT | N/A | N/A | N/A |
| 10 | SEARS, ROEBUCK AND CO. | WASHINGTON STATE UNIVERSITY | BLUE TARP SERVICE ACCOUNT REQUEST | N/A | N/A | N/A |
| 11 | N/A | WATTERSON ENVIRONMENTAL GROUP | FAC - WATTERSON - HOME SERVICES INVOICING - 2017 | CW2323316 | 11/1/2016 | 12/31/2020 |
| 12 | SEARS, ROEBUCK AND CO. | WAVERTON ASSOCIATES INC | CONTRACT AGREEMENT | N/A | N/A | N/A |
| 13 | SEARS, ROEBUCK AND CO. | WCS CONSTRUCTION | CONTRACT AGREEMENT | N/A | N/A | N/A |
| 14 | SEARS, ROEBUCK AND CO. | WCS CONSTRUCTION | PO/EQUIPMENT AGREEMENT 29 TH STREET | N/A | N/A | N/A |
| 15 | SEARS, ROEBUCK AND CO. | WCS CONSTRUCTION | PO/EQUIPMENT AGREEMENT JASPER PLACE STREET | N/A | N/A | N/A |
| 16 | SEARS, ROEBUCK AND CO. | WCS CONSTRUCTION | PO/EQUIPMENT AGREEMENT JASPER PLACE STREET T STREET | N/A | N/A | N/A |
| 17 | SEARS, ROEBUCK AND CO. | WEAVER COOKE | PURCHASE ORDER | 1704107 | N/A | N/A |
| 18 | SEARS, ROEBUCK AND CO. | WELK RESORT | ACCOUNT APPLICATION | N/A | N/A | N/A |
| 19 | SEARS, ROEBUCK AND CO. | WERNER MULTI FAMILY GROUP | PURCHASE ORDER | N/A | N/A | N/A |
| 20 | SEARS, ROEBUCK AND CO. | WESLEY AT MILLINGTON TOWERS | CONTRACT AGREEMENT | N/A | N/A | N/A |
| 21 | SEARS, ROEBUCK AND CO. | WEST BUILDERS | PO48230-017 | 48230 | N/A | N/A |
| 22 | SEARS, ROEBUCK AND CO. | WESTERN RETAIL ADVISORS, LLC | RETAIL TENANT REPRESENTATION AGREEMENT | N/A | N/A | N/A |
| 23 | SEARS, ROEBUCK AND CO. | WESTWARD INVESTMENT PROPERTIES / HOISERY MILL | FORECAST WORKSHEET | N/A | N/A | N/A |
| 24 | SEARS, ROEBUCK AND CO. | WHITNEY EAST | CONTRACT PACKAGE CHECKLIST | N/A | N/A | N/A |
| 25 | KMART CORPORATION; SEARS HOLDINGS CORPORATION; SEARS HOLDINGS MANAGEMENT CORPORATION | WHY NOT LEASE, IT (TEMPOE) | LEASE TEMPOE WNLI CONSUMER LEASE PROGRAM AGREEMENT | CW2333585 | 8/1/2017 | 08/01/2022 |
| 26 | SEARS HOLDINGS CORPORATION | WHY NOT LEASING LLC | RETAIL - TEMPOE - CONSUMER LEASE PROGRAM AGREEMENT 2017 | CW2333070 | 8/1/2017 | 07/31/2022 |
| 27 | SEARS, ROEBUCK AND CO. | WILLOW CONSTRUCTION INC | ADDENDUM | N/A | N/A | N/A |
| 28 | SEARS, ROEBUCK AND CO. | WILLOW CONSTRUCTION INC | PURCHASE ORDER1 | N/A | N/A | N/A |
| 29 | SEARS, ROEBUCK AND CO. | WILLOW CONSTRUCTION INC | PURCHASE ORDER2 | N/A | N/A | N/A |
| 30 | SEARS, ROEBUCK AND CO. | WILLOW CONSTRUCTION INC | QUOTATION | N/A | N/A | N/A |
| 31 | SEARS, ROEBUCK AND CO. | WILSONRIDGE APTS LC | CONTRACT AGREEMENT | N/A | N/A | N/A |

| Ref # | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|
| 32 | SEARS HOLDINGS MANAGEMENT CORPORATION | WILSONS LEATHER | SEARS MARKETPLACE FULFILLED BY MERCHANT SELLER AGREEMENT | N/A | N/A | N/A |
| 33 | SEARS, ROEBUCK AND CO. | WINCHEDON HOUSING AUTH | CONTRACT AGREEMENT | N/A | N/A | N/A |
| 34 | SEARS, ROEBUCK AND CO. | WINTER PARK CONSTRUCTION | PURCHASE ORDER | 20 | N/A | N/A |
| 35 | SEARS, ROEBUCK AND CO. | WINTER PARK CONSTRUCTION | CONTRACT RIDER | N/A | N/A | N/A |
| 36 | KMART CORPORATION | WISCONSIN DEPARTMENT OF REVENUE - LOTTERY DIVISION | LOTTERY RETAILER CONTRACT TERMS & CONDITIONS - RENEWAL APPLICATION | 555000 | 12/27/2016 | N/A |
| 37 | SEARS, ROEBUCK AND CO. | WJ CAREY CONSTRUCTION | CONTRACT AGREEMENT | N/A | N/A | N/A |
| 38 | SEARS, ROEBUCK AND CO. | WK UPCHURCH CONSTRUCTION CO | PURCHASE & SALES ORDER | N/A | N/A | N/A |
| 39 | SEARS, ROEBUCK AND CO. | WMF INVESTMENTS | ADDENDUM | N/A | N/A | N/A |
| 40 | SEARS, ROEBUCK AND CO. | WOLVERIVE BLDG GROUP | CONTRACT AGREEMENT | N/A | N/A | N/A |
| 41 | SEARS, ROEBUCK AND CO. | WOOD BROTHERS CONSTRUCTION CO | CONTRACT AGREEMENT | N/A | N/A | N/A |
| 42 | SEARS HOLDINGS CORPORATION | WOOD CHOPPER'S SUPPLY | HOME SERVICES - WOOD CHOPPER SUPPLY - MSA (SMALL ITEM REPAIR GO LOCAL PROJECT) - 2015 | CW2300203 | 4/15/2015 | 04/14/2020 |
| 43 | SEARS HOLDINGS CORPORATION; SEARS, ROEBUCK AND CO. | WOOD CHOPPER'S SUPPLY | HOME SERVICES - CHOPPERS - MASTER SERVICE AGREEMENT (GO LOCAL) - 2017 | CW2322997 | 5/4/2016 | 05/03/2021 |
| 44 | N/A | WOODARD MCINTIRE CIRCLE APTS | WOODARD MCINTIRE CIRCLE APTS | CF111762 | N/A | N/A |
| 45 | SEARS, ROEBUCK AND CO. | WOODLAND HEIGHTS APTS | CONTRACT AGREEMENT | N/A | N/A | N/A |
| 46 | SEARS, ROEBUCK AND CO. | WR CARRIAGE | ACCOUNT APPLICATION | N/A | N/A | N/A |
| 47 | SEARS, ROEBUCK AND CO. | WRIGHT CONTRACTING | CREDIT APPLICATION | N/A | N/A | N/A |
| 48 | SEARS HOLDINGS MANAGEMENT CORPORATION | XEROX BUSINESS SERVICES LLC | AMENDMENT #1 TO SOW #2 TO EXHIBIT #1 | N/A | N/A | N/A |
| 49 | SEARS, ROEBUCK AND CO. | YATES CONSTRUCTION | ADDENDUM | N/A | N/A | N/A |
| 50 | N/A | YELP, INC. | AUTOMOTIVE-YELP, INC.- PURCHASE ORDER- ADVERTISING | N/A | N/A | N/A |