## Schedule 1—List of Rejected Contracts

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty Validation | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 1 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | 24/7 CUSTOMER INC-1000645887 | HOME SERVICES - 24_7 CUSTOMER INC - MASTER AGREEMENT - 2012 | CW2201110 | N/A | 03/31/2021 |
| 2 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | 24/7 CUSTOMER INC-1000645887 | HS OPS-24-7 CUSTOMER INC-MASTER OUTSOURCED SERVICES AGREEMENT-2012 | SHCLCW3687 | N/A | 01/31/2022 |
| 3 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | 24/7 CUSTOMER INC-1000645887 | MSO - 24-7 CUSTOMER - SOW 7 INTELLIRESPONSE VIRTUAL AGENT - 20150724 | CW2303398 | N/A | 01/31/2021 |
| 4 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | 24/7 CUSTOMER INC-1000645887 | MSO - 24-7 CUSTOMER - SOW 16 SEA CHAT - 20161001 | CW2319313 | N/A | 01/31/2021 |
| 5 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | [24]7.AI, INC. (FORMERLY 24/7 CUSTOMER, INC.) | N/A | CW2340797 | N/A | 01/31/22 |
| 6 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | [24]7.AI, INC. (FORMERLY 24/7 CUSTOMER, INC.) | N/A | CW2340799 | N/A | 01/31/22 |
| 7 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | [24]7.AI, INC. (FORMERLY 24/7 CUSTOMER, INC.) | N/A | CW2340801 | N/A | 01/31/22 |
| 8 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | [24]7.AI, INC. (FORMERLY 24/7 CUSTOMER, INC.) | N/A | CW2340803 | N/A | 01/31/22 |
| 9 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | [24]7.AI, INC. (FORMERLY 24/7 CUSTOMER, INC.) | N/A | SHCLCW3687 | N/A | 01/31/22 |
| 10 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | [24]7.AI, INC. (FORMERLY 24/7 CUSTOMER, INC.) | N/A | SHCLCW3687 | N/A | 01/31/22 |
| 11 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | 24/7 | AMENDMENT 06 | SHCLCW3687 | N/A | 01/31/22 |
| 12 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | 24/7 CUSTOMER, INC. | HS OPS-24-7 CUSTOMER INC-MASTER OUTSOURCED SERVICES AGREEMENT-2012 | SHCLCW3687 | N/A | 01/31/22 |
| 13 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | 24/7 CUSTOMER, INC. | MSO - 24-7 CUSTOMER - SOW 7 INTELLIRESPONSE VIRTUAL AGENT - 20150724 | CW2303398 | N/A | 01/31/21 |

WEIL:\97036159\2\73217.0004

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty Validation | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 14 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | SCALEBASE, INC. | IT SCALEBASE AKA SCALEARC MSSA AND ADDENDUM | CW2312974 | N/A | 03/29/2019 |
| 15 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | NEW ENGEN INC | N/A | CW2340751 | 10/26/18 | 10/25/19 |
| 16 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | NEW ENGINE, INC | MKTG - NEW ENGEN - SOW NO. 3 - 2018 | CW2338470 | 7/1/18 | 06/30/2019 |
| 17 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | NEW ENGEN, INC | MASTER SERVICES AGREEMENT | N/A | N/A | 03/23/2020 |
| 18 | 1821 | KMART CORPORATION; SEARS BRANDS MANAGEMENT CORP.; SEARS HOLDINGS CORPORATION; SEARS, ROEBUCK AND CO. | CLEVA NORTH AMERICA, INC. | FIRST AMENDMENT TO SUPPLY AGREEMENT FOR WET-DRY VACUUM PRODUCTS | 517498 | N/A | 10/31/19 |
| 19 | 1821 | SEARS HOLDINGS CORPORATION; SEARS, ROEBUCK AND CO. | CLEVA | N/A | N/A | 1/0/00 | N/A |
| 20 | 2078, 2057, 1986 | SEARS HOLDINGS MANAGEMENT CORPORATION | AMAZON WEB SERVICES, INC. | AWS IMPLEMENTATION SERVICES ADDENDUM | N/A | N/A | RECURRING |
| 21 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | TTEC HOLDINGS INC-703079 | ITG - ELOYALTY - MASTER SERVICES AGREEMENT - 02-22-2008 | CW2212594 | N/A | 02/21/2019 |
| 22 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | TTEC HOLDINGS INC-703079 | IT ELOYATLY SOW 28 | CW2335076 | N/A | 12/31/2018 |
| 23 | None | SEARS, ROEBUCK AND CO. | TTEC HOLDINGS INC-703079 | ITG - ELOYALTY -AMENDMENT 3/15/2016 TO MASTER SERVICES AGREEMENT - 02-22-2008 | CW2212594 | N/A | 02/21/2019 |
| 24 | None | KMART CORPORATION | TTEC HOLDINGS INC-703079 | ITG - ELOYALTY -AMENDMENT 3/15/2016 TO MASTER SERVICES AGREEMENT - 02-22-2008 | CW2212594 | N/A | 02/21/2019 |

| Ref # | ECF No. (Cure objection asserted by counterparty) | Debtor | Counterparty Validation | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|---|
| 25 | None | SEARS HOLDINGS MANAGEMENT CORPORATION | TTEC TECHNOLOGY, LLC | STATEMENT OF WORK #28 (FOUR NEW CALL CENTER PROJECT) | N/A | N/A | N/A |
| 26 | 1942 | SEARS ROEBUCK AND CO. SEARS OPERATIONS LLC KMART CORPORATION KMART OPERATIONS LLC | JOHNSON CONTROLS OF PUERTO RICO, INC. | FACILITIES SERVICES MASTER AGREEMENT UP TO $40,000 | N/A | 6/14/18 | UPON FULFILLMENT OF DOLLAR VALUE |