**Julie Independence Tomchak**
Full Name of Party Filing Document

**P.O. Box 129**
Mailing Address (Street or Post Office Box)

**Leadore, ID  83464**
City, State and Zip Code

**603-491-2415**
Telephone

**Letfreedomringnewengland@gmail.com**
Email Address (if any)


FILED
JUN 03 2019
US BANKRUPTCY COURT
SO. DIST OF NEW YORK

IN THE UNITED STATES BANKRUPTCY COURT FOR THE **SOUTHERN** DISTRICT
FOR THE STATE OF NEW YORK, IN AND FOR THE COUNTY OF **WESTCHESTER**

| **Julie Independence Tomchak**, Plaintiff, vs. **SEARS HOLDINGS CORPORATIONS, et al.**, Defendant (Debtors) | Case No. **18-23538 (RRD)** **(Jointly Administered)** MOTION TO ADDRESS OBJECTIONS IN SEARS BANKRUPTCY |
|---|---|

The **X Plaintiff** is filing a motion to discuss objections in regards to sears bankruptcy. Case points of concern:

- Sears can not legally toss into a bankruptcy items of liability that should have been covered by their liability insurance provider. There is no need to hurt individual private citizens when these costs could be paid for by Sears liability insurance provider.
- There is a national law that says that all insurance claims should be resolved within a timely manner. I don't think over a year is considered timely.
- Sedgewidick was hired by Sears as a 3rd party to investigate my claim but did not act or respond as if they were truly a 3rd party investigate my claim. Sedgewidick kept asking for more evidence, which I had to pay for a second mechanic who performed oil labs on my truck to prove the damages. Even before this Samuels boss made a comment that they were never going to pay for my damages. Then a clerk said they closed my case out when I told them to keep it open. Then after Sedgewidick reviewed it, which was a week after sears filed for bankruptcy, they said my claim was going to be tossed into the bankruptcy, even though they had my claim already 6 plus months. Claim #L18032850260001

Date: **May 30, 2019**                                       *Julie Tomchak* (signature)

Signature

## CERTIFICATE OF SERVICE

I certify that on (date) __May 30, 2019__ I served a copy to: (name all parties in the case other than yourself)

**Sunny Singh of WEIL, GOTSHAL & MANGES LLP**
(Name)

**767 Fifth Avenue**
(Street or Post Office Address)

**New York, NY 10153**
(City, State, and Zip Code)

*Attorneys for Debtors*

**By United States mail**
By personal delivery
By fax (number) _____

_____
(Name)

_____
(Street or Post Office Address)

_____
(City, State, and Zip Code)

By United States mail
By personal delivery
By fax (number) _____

**Julie Tomchak**
Typed/printed name

_Julie Tomchak_
Signature