**Julie Independence Tomchak**
Full Name of Party Filing Document

**P.O. Box 129**
Mailing Address (Street or Post Office Box)

**Leadore, ID  83464**
City, State and Zip Code

**603-491-2415**
Telephone

**Letfreedomringnewengland@gmail.com**
Email Address (if any)



FILED
JUN 0 3 2019
US BANKRUPTCY COURT
SO. DIST OF NEW YORK

IN THE UNITED STATES BANKRUPTCY COURT FOR THE **SOUTHERN** DISTRICT
FOR THE STATE OF NEW YORK, IN AND FOR THE COUNTY OF **WESTCHESTER**

| | |
|---|---|
| **Julie Independence Tomchak**, Plaintiff, vs. **SEARS HOLDINGS CORPORATIONS, et al.,** Defendant (Debtors) | Case No. **18-23538 (RRD)** **(Jointly Administered)** MOTION FOR ACCEPTANCE FOR DELAYED RESPONSE DUE TO MAILING ADDRESS FORWARDS AND DISABILTY |

The **X Plaintiff** is filing a motion for acceptance for delayed response due to mailing address forwards and disability.  Case points of concern:

- My mailing address is P.O. Box 129, Leadore Idaho 83464. I have maintained that address for safety concerns due to DMV. I have my mailed forward to me later and I don't always know if there is something time sensitive in the mail.
- I have a disability that makes it difficult to respond at times when it pertains to legal issues.

Date: **May 30, 2019**                                   _Julie Tomchak_
                                                                    Signature

# CERTIFICATE OF SERVICE

I certify that on (date) **May 30, 2019** I served a copy to: (name all parties in the case other than yourself)

**Sunny Singh of WEIL, GOTSHAL & MANGES LLP**
(Name)

**767 Fifth Avenue**
(Street or Post Office Address)

**New York, NY 10153**
(City, State, and Zip Code)

*Attorneys for Debtors*

By United States mail
By personal delivery
By fax (number) _____

_____
(Name)

_____
(Street or Post Office Address)

_____
(City, State, and Zip Code)

By United States mail
By personal delivery
By fax (number) _____

**Julie Tomchak**
Typed/printed name

_Julie Tomchak_
Signature