McGUIREWOODS LLP
1251 Avenue of the Americas
20th Floor
New York, New York 10020-1104
Telephone:        (212) 548-2163
Facsimile:        (212) 548-2171
Patrick L. Hayden
phayden@mcguirewoods.com

*Counsel for The Nielsen Company (US), LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X
                                                             :
**In re:**                                                   :          **Chapter 11**
                                                             :
**SEARS HOLDING CORPORATION, *et al.*,**                     :          **Case No. 18-23538 (RDD)**
                                                             :
                                                             :          **(Jointly Administered)**
                                                             :
            **Debtors**[1].                                  :
                                                             :
-------------------------------------------------------------X

**SUBSTITUTION OF COUNSEL AND NOTICE OF WITHDRAWAL**
**OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST**

    PLEASE TAKE NOTICE that The Nielsen Company (US), LLC and related affiliates

("Nielsen") hereby substitutes Shawn R. Fox, with McGuireWoods LLP, in place of Patrick

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

L. Hayden, with McGuireWoods LLP, as its counsel in these bankruptcy cases. Mr. Hayden

hereby gives notice of his withdrawal of his appearance on behalf of Nielsen in these

bankruptcy cases, and requests that he be removed from the Court's service list, and from the

list of recipients registered to receive electronic notifications, in these cases. Accordingly,

Nielsen requests that the following name be removed from the Court's service list:

Patrick L. Hayden
McGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
Telephone: (212) 548-2100
Facsimile: (212) 548-2150
phayden@mcguirewoods.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the

Bankruptcy Code and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy

Procedure, Nielsen requests that copies of all notices given or required to be given in these

cases, and all papers served or required to be served in these cases, be given to and served

upon the following:

Shawn R. Fox
McGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
Telephone: (212) 548-2100
Facsimile: (212) 548-2150
sfox@mcguirewoods.com

The parties hereby consent and stipulate to this substitution.

| | |
|---|---|
| /s/ *Patrick L. Hayden* | /s/ *Shawn R. Fox* |
| Patrick L. Hayden | Shawn R. Fox |
| McGUIREWOODS LLP | McGUIREWOODS LLP |
| 1251 Avenue of the Americas, 20th Floor | 1251 Avenue of the Americas, 20th Floor |
| New York, New York 10020-1104 | New York, New York 10020-1104 |
| Telephone:    (212) 548-2163 | Telephone:    (212) 548-2100 |
| Facsimile:    (212) 548-2171 | Facsimile:    (212) 548-2150 |
| phayden@mcguirewoods.com | sfox@mcguirewoods.com |

Dated: June 12, 2019
      New York, New York

Respectfully submitted,

/s/ *Patrick L. Hayden*
Patrick L. Hayden
McGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
Telephone:(212) 548-2163
Facsimile: (212) 548-2171
phayden@mcguirewoods.com

-and-

McGUIREWOODS LLP
K. Elizabeth Sieg
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1137
Facsimile: (804) 698-2257
bsieg@mcguirewoods.com

*Counsel to The Nielsen Company (US), LLC*

**CERTIFICATE OF SERVICE**

I certify that on June 12, 2019, I caused the foregoing Substitution of Counsel and Notice of Withdrawal of Appearance to be served via the Court's CM/ECF system on those parties receiving Notice of Electronic Filing generated by the Court's CM/ECF system.

/s/ Patrick L. Hayden
Patrick L. Hayden