**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors. [1] | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------x

**SEVENTH MONTHLY FEE STATEMENT OF ALVAREZ & MARSAL
NORTH AMERICA, LLC FOR COMPENSATION EARNED AND
EXPENSES INCURRED FOR MAY 1, 2019 THROUGH MAY 31, 2019**

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | November 13, 2018, *nunc pro tunc* to October 15, 2018 |
| Period for which compensation and reimbursement is sought: | May 1, 2019 through May 31, 2019 |
| Monthly Fees Incurred: | $20,342.50 |

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365), and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| 20% Holdback: | $4,068.50 |
| Total Compensation Less 20% Holdback: | $16,247.00 |
| Monthly Expenses Incurred: | $5.77 |
| Total Fees and Expenses Due: | $16,279.77 |

This is a:  __X__ monthly ____interim ____final application

In accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 796] (the "Interim Compensation Order"),[2] Alvarez & Marsal North America, LLC ("A&M") hereby submits this seventh monthly fee statement (the "Seventh Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as financial advisor to the Debtors, for the period from May 1, 2019 through May 31, 2019 (the "Seventh Monthly Fee Period").  By this Seventh Monthly Fee Statement, A&M seeks payment in the amount of $16,279.77, which comprises (i) $16,247.00, representing eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Seventh Monthly Fee Period, and (ii) reimbursement of $5.77, representing one hundred percent (100%) of actual and necessary expenses incurred in connection with such services.

### Services Rendered and Expenses Incurred

Attached are the following schedules in support of this Seventh Monthly Fee Statement:

- Exhibit A - Summary of Time Detail by Task

- Exhibit B - Time Detail by Activity by Professional

---

[2]    Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

- Exhibit C - Expense Detail by Category.

**Notice and Objection Procedures**

Notice of this Seventh Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Rob Riecker (email: Rob.Riecker@searshc.com) and Luke Valentino (email: Luke.Valentino@searshc.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) Paul E. Harner, Ballard Spahr LLP, the independent fee examiner, 1675 Broadway 19th Floor, New York, NY 10019 (email: harnerp@ballardspahr.com); (v) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036, Attention: Philip C. Dublin (email: pdublin@akingump.com), Ira Dizengoff (email: idizengoff@akingump.com), and Sara Lynne Brauner (email: sbrauner@akingump.com); and (vi) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com) (collectively, the "Notice Parties").

Objections to this Seventh Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **June 27, 2019**

(the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

If no objections to this Seventh Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Seventh Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Seventh Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

*[Remainder of page intentionally left blank]*

Dated: June 12, 2019

Dennis Stogsdill
Managing Director
Alvarez & Marsal North America, LLC



**Alvarez & Marsal North America, LLC**
600 Madison Avenue, 8th Floor
New York, NY 10022
Phone: +1 212 759 4433
Fax: +1 212 759 5532

June 12, 2019

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

Dear Sir or Madam,

Pursuant to the Bankruptcy Court's Order authorizing the retention of Alvarez & Marsal North America, LLC ("A&M") as the financial advisor to the Restructuring Sub-Committee ("RSC") of Sears Holdings Corporation, *et al*, ("Sears" or the "Debtor") with respect to all RSC Conflict Matters *Nunc Pro Tunc* to October 15, 2018, dated November 13, 2018 (the "Retention Order") and the engagement letter between A&M and the Debtor dated October 15, 2018 (the "Engagement Letter"), A&M submits this statement detailing professional fees and expenses in connection with the work completed on behalf of the Debtor for the period from May 1, 2019 through May 31, 2019 (the "Covered Period").

During the Covered Period, A&M rendered professional services totaling $20,342.50 and incurred expenses related to these services in the amount of $5.77. A&M is eligible for payment of 80% of the fees incurred and 100% of the expenses incurred pending the fifteen (15) day objection period. Accordingly, the total amount payable herein pending no objections is $16,279.77.

Attached are the following schedules in support of this monthly statement:

- Exhibit A - Summary of Time Detail by Task;
- Exhibit B - Time Detail by Activity by Professional;
- Exhibit C - Expense Detail by Category

Please do not hesitate to contact me with any questions or concerns.

Sincerely,

Dennis Stogsdill
Managing Director
Alvarez & Marsal North America LLC

**Invoice for Professional Fees and Out of Pocket Expenses**
**For the period of May 1 - May 31, 2019**

| Professional Name | Position | Hours | | Fees |
|---|---|---|---|---|
| ***Restructuring*** | | | | |
| Dennis Stogsdill | Managing Director | 2.5 | $1,025 | $ 2,562.50 |
| Brian Corio | Senior Director | 8.1 | $800 | 6,480.00 |
| Jordan Kravette | Analyst | 7.2 | $450 | 3,240.00 |
| | | 17.8 | | 12,282.50 |
| ***Disputes & Investigations*** | | | | |
| Karen Engstrom | Managing Director | 4.2 | $800 | 3,360.00 |
| Edward McDonough | Managing Director | 1.2 | $800 | 960.00 |
| Rachel Mimms | Manager | 6.8 | $550 | 3,740.00 |
| | | 12.2 | | $ 8,060.00 |
| **Total Professional Hours & Fees** | | **30.0** | | **$ 20,342.50** |
| **Out of Pocket Expenses:** [1] | | | | |
| | Phone/Internet | | | 5.77 |
| **Total Expenses** | | | | **$ 5.77** |
| **Total Invoice** | | | | **$ 20,348.27** |
| **Amount to be Paid (80% Fees + 100% Expenses)** | | | | **$ 16,279.77** |

(1) Includes select expenses from prior months as all expenses must clear A&M internal review and audit before they are submitted
    on invoice, as such, delayed submissions may appear from time to time.

**Exhibit A**

| Matter | Description | Total Hours | Total Fees |
|---|---|---|---|
| Fee Applications | Prepare monthly fee statements, interim and final fee applications in accordance with court guidelines. | 6.0 | $ 3,160.00 |
| Investigation | Independent investigation on behalf of the Restructuring Subcommittee regarding the financial condition of the Debtors at the time of various asset transfer/sales and financings. | 24.0 | 17,182.50 |
| **Total** | | **30.0** | **$ 20,342.50** |

Exhibit B

## Fee Application

| Name | Date | Matter Code | Duration | Description |
|---|---|---|---|---|
| Jordan Kravette | 5/5/2019 | FEE | 0.4 | Respond to M-III email regarding A&M fee applications |
| Jordan Kravette | 5/5/2019 | FEE | 1.0 | Prepare April fee application |
| Jordan Kravette | 5/6/2019 | FEE | 0.2 | Prepare April fee application |
| Jordan Kravette | 5/17/2019 | FEE | 1.3 | Prepare files for fee examiner |
| Jordan Kravette | 5/19/2019 | FEE | 1.8 | Prepare files for fee examiner |
| Dennis Stogsdill | 5/21/2019 | FEE | 0.3 | Review and respond to letter from fee examiner |
| Dennis Stogsdill | 5/21/2019 | FEE | 0.5 | Review submission for fee examiner and propose edits |
| Jordan Kravette | 5/23/2019 | FEE | 0.5 | Prepare files for fee examiner |

## Investigation

| Name | Date | Matter Code | Duration | Description |
|---|---|---|---|---|
| Dennis Stogsdill | 5/2/2019 | INV | 0.3 | Review analysis for Paul Weiss litigation team |
| Dennis Stogsdill | 5/2/2019 | INV | 0.2 | Participate in call with Hurwitz and Giller (Paul Weiss) regarding budget estimate |
| Dennis Stogsdill | 5/2/2019 | INV | 0.2 | Discussions with internal staff regarding potential expert testimony needs |
| Karen Engstrom | 5/2/2019 | INV | 1.2 | Review draft liquidation analysis |
| Brian Corio | 5/2/2019 | INV | 3.9 | Review liquidation analysis and complaint to support allocation of avoidance actions to entities |
| Brian Corio | 5/3/2019 | INV | 2.8 | Review liquidation analysis and complaint to support allocation of avoidance actions to entities |
| Karen Engstrom | 5/6/2019 | INV | 0.4 | Respond to inquires from Paul Weiss regarding complaint revisions |
| Karen Engstrom | 5/9/2019 | INV | 0.4 | Prepare damages estimate at request of Paul Weiss |
| Rachel Mimms | 5/9/2019 | INV | 0.5 | Review complaint at the request of Paul Weiss |
| Rachel Mimms | 5/10/2019 | INV | 2.0 | Review complaint at the request of Paul Weiss |
| Rachel Mimms | 5/10/2019 | INV | 0.5 | Prepare damages estimate as requested by Paul Weiss |
| Dennis Stogsdill | 5/12/2019 | INV | 0.7 | Review analysis for Paul Weiss litigation team |
| Karen Engstrom | 5/12/2019 | INV | 0.5 | Prepare damages estimate at request of Paul Weiss |
| Karen Engstrom | 5/13/2019 | INV | 1.7 | Prepare damages estimate at request of Paul Weiss |
| Edward McDonough | 5/13/2019 | INV | 1.2 | Prepare damage analysis at the request of Paul Weiss |
| Rachel Mimms | 5/13/2019 | INV | 0.8 | Assist in the preparation of damage estimate |
| Rachel Mimms | 5/13/2019 | INV | 1.5 | Prepare damages estimate as requested by Paul Weiss |
| Rachel Mimms | 5/13/2019 | INV | 1.5 | Revise damages estimate as requested by Paul Weiss |
| Jordan Kravette | 5/21/2019 | INV | 2.0 | Research retail experts at the request of Paul Weiss |
| Dennis Stogsdill | 5/22/2019 | INV | 0.3 | Review list of retail consultants and provide feedback to team |
| Brian Corio | 5/23/2019 | INV | 0.8 | Review list of retail consultants and make edits to list prior to distributing to Paul Weiss |
| Brian Corio | 5/23/2019 | INV | 0.6 | Discuss list of retail consultants with Paul Weiss |

4

**Exhibit C**

| Name | Item / Description | Expense Type | Date | Amount |
|------|-------------------|--------------|------|--------|
| Brian Corio | 04/13/2019 - 05/12/2019 Wireless Usage Charges | Phone/Internet | 4/12/2019 | 5.77 |
| | | | $ | 5.77 |

5