

**Moritt Hock & Hamroff** LLP
ATTORNEYS AT LAW

**Leslie A. Berkoff**
Partner
NY & CT bars
Email: lberkoff@moritthock.com

June 13, 2019

**VIA ECF & FEDERAL EXPRESS**
Chambers of the Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

    Re:    **Sears Holdings Corporation**
             **Case No. 18-23538 (RDD)**
             **Hearing Date: June 20, 2019 at 10:00 a.m.**

Dear Judge Drain:

      This firm represents BRE 312 Owner LLC ("BRE") in the above-referenced matter. This will confirm that the Motion of BRE 312 Owner LLC For Relief From Automatic Stay (the "Motion") [Docket No. 3435] is being adjourned upon consent of the parties to July 11, 2019 at 10:00 a.m.

      This letter has been electronically filed on the Court's docket. If there are any questions regarding this adjournment, please have a member of your Chambers contact the undersigned.

                                              Very truly yours,

                                              s/Leslie A. Berkoff
                                              Leslie A. Berkoff

cc: Jacqueline Marcus, Esq. (Counsel for Debtor) (via ECF & email)
    Mark A. Frankel, Esq. (Counsel for 233 S. Wacker, LLC) (via ECF & email)
    Matthew A. Olins, Esq. (Counsel for 233 S. Wacker, LLC) (via ECF & email)
    Christopher B. Wick, Esq. (Co-counsel for BRE 312 Owner LLC) (via ECF & email)

LAB:dca

400 Garden City Plaza, Garden City, New York 11530 | P: 516.873.2000 | F: 516.873.2010 | www.moritthock.com