**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors | (Jointly Administered) |

**MCDOWELL HETHERINGTON LLP'S MOTION TO WITHDRAW MEGAN YOUNG-JOHN, F/K/A MEGAN N. YOUNG AS COUNSEL**

McDowell Hetherington LLP ("**MH**") files this motion to withdraw Megan Young-John, f/k/a Megan N. Young as counsel in the above-captioned case ("**Motion**") and respectfully states as follows:

1. MH respectfully requests that, pursuant to rule 2091-1(e) of the Local Rules for the Southern District of New York Megan Young-John, f/k/a Megan N. Young be withdrawn as counsel for Direct Energy Business Marketing, LLC and removed from any applicable notice and service lists, including the Court's CM/ECF electronic notification list, in the above-captioned case. Ms. Young-John is no longer employed by MH.

2. This withdrawal is limited to Ms. Young-John as an individual and does not impact the representation of Direct Energy Business Marketing, LLC by MH in the above-captioned case.

3. This withdrawal will not cause any delay or prejudice to any party.

**CONCLUSION**

WHEREFORE, MH respectfully requests that the Court enter the proposed Order and grant such other and further relief as may be just.

Dated: June 13, 2019

Respectfully submitted,

MCDOWELL HETHERINGTON LLP

By: /s/ Jarrod B. Martin
    Jarrod B. Martin*
    Texas Bar No. 24070221
    1001 Fannin Street
    Suite 2700
    Houston, TX 77002
    P: 713-337-5580
    F: 713-337-8850
    E: Jarrod.Martin@mhllp.com
      *Admitted Pro Hac Vice*

***ATTORNEYS FOR PLAINTIFF***
***DIRECT ENERGY BUSINESS MARKETING, LLC***

# CERTIFICATE OF SERVICE

      I hereby certify that on June 6, 2019, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to all parties registered to receive electronic notice of filings in this case via the Court's ECF notification system and via US Mail, postage-prepaid to those parties on the attached Service List.

                                                /s/ Megan Young-John
                                                Megan Young-John