**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors | (Jointly Administered) |

**ORDER GRANTING MCDOWELL HETHERINGTON LLP'S MOTION TO WITHDRAW MEGAN YOUNG-JOHN, F/K/A MEGAN N. YOUNG AS COUNSEL**

**(Related to Docket No. \_\_\_\_)**

Upon consideration of McDowell Hetherington LLP's Motion to Withdraw Megan Young-John f/k/a Megan N. Young as Counsel ("**Motion**"), it is hereby

ORDERED that Megan Young-John f/k/a Megan N. Young is removed as counsel for Direct Energy Business Marketing, LLC in the above-captioned matter and shall be removed from any applicable notice and service lists.