**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF DOCUMENTS

(Related to Docket Nos. 2235 and 3776)

Direct Energy Business, LLC ("**Direct Energy**"), by and through their undersigned counsel, hereby files this Notice of Withdrawal of the Limited Objection and Reservation of Rights of Direct Energy Business, LLC to the Proposed Assumption and Assignment of Contracts in Connection with the Global Asset Sale Transaction ("**Objection and Reservation**") Supplemental Limited Objection and Reservation of Rights ("**Supplemental Objection and Reservation**") [Docket No. 3776] filed in connection with the above-captioned debtors' ("**Debtors**"): (i) *Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 1731) ("**First Notice**"); and (ii) *Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 1774) ("**Second Notice**"); and (iii) *Notice of Assumption and Assignment of Additional Executory Contracts* (ECF No. 3539) ("**Third Notice**").

Dated: June 13, 2019

>Respectfully submitted
>
>By: /s/ Jarrod B. Martin
>
>Jarrod B. Martin
>Texas Bar No. 24070221
>McDowell Hetherington LLP
>1001 Fannin Street
>Suite 2700
>Houston, TX 77002
>P: 713-337-5580
>F: 713-337-8850
>E: Jarrod.Martin@mhllp.com
>*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify, pursuant to 28 U.S.C. §1746, that on June 13, 2019, I caused a true and correct copy of the foregoing Supplemental Limited Objection to be sent to each of the persons named on the attached Service List, by email (unless otherwise stated).

>*/s/ Jarrod B. Martin*
>Jarrod B. Martin

# SERVICE LIST

### BID NOTICE PARTIES

**Debtors**
- Rob Riecker: rob.riecker@searshc.com
- Luke Valentino: luke.valentino@searshc.com
- Mohsin Meghji: mmeghji@miiipartners.com
- General Counsel: counsel@searshc.com

**Debtors' counsel**
- Ray Schrock, Esq.: ray.schrock@weil.com
- Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com
- Garrett A. Fail, Esq: garrett.fail@weil.com
- Sunny Singh, Esq.: sunny.singh@weil.com
- Debtors' investment banker: project.blue.rx@lazard.com

### BUYER PARTIES

**Buyer**
- Kunal S. Kamlani: kunal@eslinvest.com
- Harold Talisman: harold@eslinvest.com

**Counsel**
- Christopher E. Austin, Esq.: caustin@cgsh.com
- Benet J. O'Reilly, Esq.: boreilly@cgsh.com
- Sean A. O'Neal, Esq.: soneal@cgsh.com

### CONSULTATION PARTIES

**Bank of America**
- Paul Leake, Esq.: Paul.Leake@skadden.com
- Shana Elberg, Esq.: Shana.Elberg@skadden.com
- George Howard, Esq.: George.Howard@skadden.com

**Wells Fargo Bank**
- Kevin J. Simard, Esq.: ksimard@choate.com
- Jonathan D. Marshall, Esq.: jmarshall@choate.com

### COMMITTEE
- Ira S. Dizengoff, Esq.: idizengoff@akingump.com
- Philip C. Dublin, Esq.: pdublin@akingump.com
- Abid Qureshi, Esq.: aqureshi@akingump.com
- Sara L. Brauner, Esq.: sbrauner@akingump.com

**[CONTINUED FROM PREVIOUS PAGE]**

| | |
|---|---|
| Transform Holdco, LLC<br>c/o ESL Partners, Inc.<br>Attention: Kunal S. Kamlani and Harold Talisman<br>1170 Kane Concourse, Suite 200<br>Bay Harbor Islands, FL 33154 | Via First Class Mail |
| Sears Holdings Corporation<br>Attn: General Counsel<br>3333 Beverly Road<br>Hoffman Estates, IL 60179 | Via First Class Mail |
| Weil, Gotshal & Manges LLP<br>Attention: Ray C. Schrock, P.C.<br>Ellen J. Odoner, Gavin Westerman, and Sunny Singh<br>767 Fifth Avenue<br>New York, New York 10153 | Via First Class Mail |
| Cleary Gottlieb Steen & Hamilton LLP<br>Attention: Christopher E. Austin,<br>Benet J. O'Reilly and Sean A. O'Neal<br>One Liberty Plaza<br>New York, New York 10006 | Via First Class Mail |