DAVID MEEGAN
**MEEGAN, HANSCHU & KASSENBROCK**
11341 Gold Express Drive, Suite 110
Gold River, CA  95670
Telephone:  (916) 925-1800
Facsimile:  (916) 925-1265

Attorneys for Creditors Loki Investments, LLC,
Michael Rue, J. Terry Eager and Susan B. Eager,
as Co-Trustees of the J. Terry Eager Family
Trust-1995, and CEMR Properties

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** et al., | Case No. 18-23538 (RDD) |
| Debtor. | (Jointly Administered) |

**REQUEST FOR REMOVAL FROM SERVICE LIST**

TO THE CLERK OF THE COURT, CASE ADMINISTRATORS AND ALL PARTIES IN INTEREST:

    MEEGAN, HANSCHU & KASSENBROCK hereby requests to be removed from the Court's ECF e-mail list and the mailing matrix in the above-referenced case.

**MEEGAN, HANSCHU & KASSENBROCK**

DATED: June 11, 2019

/s/ *David M. Meegan*
**DAVID M. MEEGAN**
Attorneys for Creditors Loki Investments, LLC, Michael Rue, J. Terry Eager and Susan B. Eager, as Co-Trustees of the J. Terry Eager Family Trust-1995, and CEMR Properties

1

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing document was served by ECF electronic noticing on this 11th day of June, 2019, upon all counsel of record.

               /s/ *David M. Meegan*