| | |
|---|---|
| **CLEARY GOTTLIEB STEEN & HAMILTON LLP** <br> Sean A. O'Neal, Esq. <br> Luke A. Barefoot, Esq. <br> One Liberty Plaza <br> New York, New York 10006 <br> Telephone: (212) 225-2000 <br> Facsimile: (212) 225-3999 <br> Email: lbarefoot@cgsh.com | **DLA PIPER LLP (US)** <br> Richard A. Chesley, Esq. <br> Rachel Ehrlich Albanese, Esq. <br> R. Craig Martin, Esq. <br> 1251 Avenue of the Americas <br> New York, NY 10020 <br> Telephone: (212) 335-4500 <br> Facsimile: (212) 335-4501 <br> Email: Richard.Chesley@dlapiper.com <br>         Rachel.Albanese@dlapiper.com <br>         Craig.Martin@dlapiper.com |

*Counsel to Transform Holdco LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> SEARS HOLDINGS CORPORATION, *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 18-23538 (RDD) <br><br> (Jointly Administered) |

**NOTICE OF SUBSTITUTION OF COUNSEL AND**
**REQUEST FOR NOTICE AND SERVICE OF PAPERS**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**PLEASE TAKE NOTICE** that the law firm of Cleary Gottlieb Steen & Hamilton LLP hereby withdraws as counsel to Transform Holdco LLC ("Transform Holdco") with regard to the all matters relating to MOAC Mall Holding LLC, and gives notice that the law firm of DLA Piper LLP (US) is hereby substituted as counsel to Transform Holdco in such matters.

Pursuant to section 1109(b) of the Bankruptcy Code and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, Transform Holdco requests that copies of all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> Richard A. Chesley, Esq.
> Rachel Ehrlich Albanese, Esq.
> R. Craig Martin, Esq.
> DLA PIPER LLP (US)
> 1251 Avenue of the Americas
> New York, New York 10020-1104
> Tel.: (212) 335-4500
> Fax: (212) 335-4501
> Richard.Chesley@dlapiper.com
> Rachel.Albanese@dlapiper.com
> Craig.Martin@dlapiper.com

Dated: June 13, 2019
New York, New York

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: */s/ Luke A. Barefoot*
Sean A. O'Neal, Esq.
Luke A. Barefoot, Esq.
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Email: lbarefoot@cgsh.com

Dated: June 13, 2019
New York, New York

**DLA PIPER LLP (US)**

By: */s/ Rachel Ehrlich Albanese*
Richard A. Chesley, Esq.
Rachel Ehrlich Albanese, Esq.
R. Craig Martin, Esq.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: Richard.Chesley@dlapiper.com
Rachel.Albanese@dlapiper.com
Craig.Martin@dlapiper.com