## **CERTIFICATE OF SERVICE**

I, Rachel Ehrlich Albanese, hereby certify that on the 13th day of June 2019, I caused a true and correct copy of the foregoing *Notice of Substitution of Counsel and Request for Notices and Service of Papers* to be served via the Court's CM/ECF system on those parties receiving Notice of Electronic Filing generated by the Court's CM/ECF system.

        /s/ *Rachel Ehrlich Albanese*
        Rachel Ehrlich Albanese