**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| | |
|---|---|
| In re : | |
| | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION**, *et al.*, : | |
| : | **Case No. 18-23538 (RDD)** |
| : | |
| Debtors.[1] : | **(Jointly Administered)** |

-----------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 11, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Green Mountain Energy Company and Reliant Energy Northeast LLC d/b/a NRG Residential Solutions and NRG Retail Solutions (MMLID# 5788788), 910 Louisiana St., Houston, TX, 77002 and on Samsung Electronics America, Inc. (MMLID# 5790877), Chris Smith, VP Field OPS, 85 Challenger Rd., Ridgefield, NJ, 07660:

- Notice of Assumption and Assignment of Additional Executory Contracts [Docket No. 3761]

On June 11, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on NCR Corporation-1316090 (MMLID# 5790698), 864 Spring St., NW, Atlanta, GA, 30308:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

- Notice of Assumption and Assignment of Additional Executory Contracts [Docket No. 3789]

On June 11, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Vegatek Corporation (MMLID# 5793693), VP of Operations, PO Box 436057, Louisville, KY, 40253-6057:

- Notice of Rejection of Executory Contracts [Docket No. 3861]

On June 11, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on ScaleBase, Inc. (MMLID# 5798675), 246 Walnut Street, Suite 401, Newton, MA, 02460 and TTEC Holdings Inc.-703079 (MMLID# 5799488), 9197 S Peroria St., Suite 250, Englewood, CO, 80112-5833:

- Notice of Rejection of Executory Contracts [Docket No. 3879]

On June 11, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on VSI Construction (MMLID# 5793711), Attn: Barbara, 4650 Oak Grove Parkway, Minneapolis, MN, 55443 and WMF Investments (MMLID# 5793777), Attn: Bill F., 16865 Diana Ln. #200, Houston, TX, 77058:

- Notice of Rejection of Executory Contracts [Docket No. 3916]

On June 11, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Rejection of Executory Contracts [Docket No. 3915]

On June 11, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Webcor Builders (MMLID# 5793730), 207 King Street, Suite 300, San Francisco, CA, 94107:

- Notice of Assumption and Assignment of Additional Executory Contracts [Docket No. 3950]

Dated: June 13, 2019

_____
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on June 13, 2019, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

2

SRF 33555

## Exhibit A

Exhibit A

Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 5791756 | BULAND GROUP | 3606 N 156TH ST | SUITE 101-305 | OMAHA | NE | 68116 |
| 6015327 | Callidus Software, Inc. | 4140 Dublin Blvd, | Suite 400 | Dublin | CA | 94568 |
| 5791839 | CF EVANS & CO CONSTRUCTION SERVICES, LLC | PHILLIP WIGGINS | 125 REGIONAL PARKWAY, SUITE 200 | ORANGEBURG | SC | 29118 |
| 5792143 | EMERSON CONSTRUCTION_CEDAR CREEK | SUSAN HAMM | 6339 PASEO DEL LAGO | CARLSBAD | CA | 92011 |
| 5792320 | GOLDEN CONSTRUCTION | STEVE GOLDENBERG | 401 LINDBERGH STE 330 NORTH | ST. LOUIS | MO | 60141 |
| 5790468 | J&F REPAIR SERVICES,INC | 1855 WALL STREET SUITE B | SUITE B | GRALAND | TX | 75040 |
| 4805800 | JOHNSON CONTROLS INC | BATTERY DIVISION | 507 E. MICHIGAN STREET | MILWAUKEE | WI | 53202 |
| 5789279 | LAUGHLIN CONSTABLE | 207 E MICHIGAN ST | | MILWAUKEE | WI | 53202 |
| 5792756 | MANTECA ATHERTON ASSOC. LP | JOHN CICERONE | 1233 Mirassou Drive | Manteca | CA | 95337 |
| 5792768 | MARPAC CONSTRUCTION LLC | 1225 S. Weller Street Suite 500 | | Seattle | WA | 98144 |
| 5792840 | MHG BUILDER & CONSULTING INC | MARK H GARCIA, PRESIDENT | 7033 Village Parkway, Suite 205 | Dublin | CA | 94568 |
| 5793062 | PATRIOT SQUARE LLC | JESSIE ALBERT | 451 RUDY CHASE DRIVE | SCHENECTADY | NY | 12302 |
| 5789367 | THE CONGRESS COMPANIES | West Peabody Executive Center | 2 Bourbon Street, | Peabody | MA | 01960 |

In re:  Sears Holdings Corporation, *et al.*

Case No. 18-23538 (RDD)