A C H S Management Corp.
1412 Broadway
3rd Floor
New York, NY  10018
(212) 398-3970

A C H S Management Corp.
1412 Broadway
3rd Floor
New York, NY  10018
(212) 398-3970

**Return Stub with Payment**

Sears Holding Corp
Tammi Banaszak, Property Mgt
BC-131A
3333 Beverly Road
Hoffman Estates, IL  60179

| DATE | ACCOUNT NUMBER |
|---|---|
| 6/3/2019 | 000105-000164 |
| INVOICE #: | |

| DATE | ACCOUNT NUMBER |
|---|---|
| 6/3/2019 | 000105-000164 |
| INVOICE #: | |
| Sears Holding Corp | |
| | 000105   000164 |

**MAKE CHECKS PAYABLE TO:** Flatbush Center Parking LLC
**MAIL CHECKS TO:** 1412 Broadway, 3rd floor, New York, NY 10018

PLEASE INCLUDE YOUR ACCOUNT NUMBER ON CHECK

| Date | Code | Description | Charges | Payments | Amount Due | Date | Code | Amount Due |
|---|---|---|---|---|---|---|---|---|
| 3/1/2014 | CM2 | Balance Retro CAM 2010 | 22,956.69 | 0.00 | 22,956.69 | 3/1/2014 | CM2 | 22,956.69 |
| 3/1/2014 | CM2 | Retro CAM 2012 | 154,483.00 | 0.00 | 154,483.00 | 3/1/2014 | CM2 | 154,483.00 |
| 8/1/2014 | CM2 | CAM Retro 2013 | 226,401.00 | 0.00 | 226,401.00 | 8/1/2014 | CM2 | 226,401.00 |
| 11/5/2014 | CM2 | Retro CAM 2004 | 241,811.11 | 0.00 | 241,811.11 | 11/5/2014 | CM2 | 241,811.11 |
| 11/5/2014 | CM2 | Retro CAM 2005 | 173,956.86 | 0.00 | 173,956.86 | 11/5/2014 | CM2 | 173,956.86 |
| 11/5/2014 | CM2 | Retro CAM 2006 | 189,757.96 | 0.00 | 189,757.96 | 11/5/2014 | CM2 | 189,757.96 |
| 11/5/2014 | CM2 | Retro CAM 2007 | 491,783.15 | 0.00 | 491,783.15 | 11/5/2014 | CM2 | 491,783.15 |
| 11/5/2014 | CM2 | Retro CAM 2008 | 394,077.56 | 0.00 | 394,077.56 | 11/5/2014 | CM2 | 394,077.56 |
| 11/5/2014 | CM2 | Retro CAM 2009 | 303,929.32 | 0.00 | 303,929.32 | 11/5/2014 | CM2 | 303,929.32 |
| 7/1/2015 | CM2 | Retro CAM 2014 | 345,046.00 | 0.00 | 345,046.00 | 7/1/2015 | CM2 | 345,046.00 |
| 4/1/2016 | CM2 | Payment towards arrears | -28,971.06 | 0.00 | -28,971.06 | 4/1/2016 | CM2 | -28,971.06 |
| 10/1/2016 | RMM | Bracci Inv 7/28/16 | 1,949.96 | 0.00 | 1,949.96 | 10/1/2016 | RMM | 1,949.96 |
| 1/1/2017 | CM2 | CAM Retro 2015 | 218,302.00 | 0.00 | 218,302.00 | 1/1/2017 | CM2 | 218,302.00 |
| 5/24/2017 | CM2 | Retro CAM 2016 | 269,653.00 | 0.00 | 269,653.00 | 5/24/2017 | CM2 | 269,653.00 |
| 9/1/2017 | LG1 | Meyers Inv.7/31/17 | 11,367.50 | 0.00 | 11,367.50 | 9/1/2017 | LG1 | 11,367.50 |
| 1/1/2018 | CM2 | Retro CAM 2011 | 172,103.00 | 0.00 | 172,103.00 | 1/1/2018 | CM2 | 172,103.00 |
| 1/1/2018 | LG1 | M tersigni-5/4/17 Legal Fe | 15,000.00 | 0.00 | 15,000.00 | 1/1/2018 | LG1 | 15,000.00 |
| 6/1/2018 | CM2 | Retro CAM 2017 | 277,496.32 | 0.00 | 277,496.32 | 6/1/2018 | CM2 | 277,496.32 |
| 6/6/2018 | PKG | Estimate Reconciliation | 138,748.16 | 0.00 | 138,748.16 | 6/6/2018 | PKG | 138,748.16 |
| 7/1/2018 | PKG | Parking Income | 32,735.90 | 9,611.21 | 23,124.69 | 7/1/2018 | PKG | 23,124.69 |
| 8/1/2018 | PKG | Parking Income | 32,735.90 | 9,611.21 | 23,124.69 | 8/1/2018 | PKG | 23,124.69 |
| 9/1/2018 | PKG | Parking Income | 32,735.90 | 9,611.21 | 23,124.69 | 9/1/2018 | PKG | 23,124.69 |
| 10/1/2018 | PKG | Parking Income | 32,735.90 | 9,611.21 | 23,124.69 | 10/1/2018 | PKG | 23,124.69 |

| Current | 30 | 60 | 90 | 120 | BALANCE DUE | | BALANCE DUE | |
|---|---|---|---|---|---|---|---|---|
| 1,849,912.22 | 23,433.90 | 23,502.83 | 23,124.69 | 3,841,538.63 | 5,761,512.27 | | | 5,761,512.27 |

01

A C H S Management Corp.
1412 Broadway
3rd Floor
New York, NY  10018
(212) 398-3970

A C H S Management Corp.
1412 Broadway
3rd Floor
New York, NY  10018
(212) 398-3970

**Return Stub with Payment**

Sears Holding Corp
Tammi Banaszak, Property Mgt
BC-131A
3333 Beverly Road
Hoffman Estates, IL  60179

| DATE | ACCOUNT NUMBER |
|---|---|
| 6/3/2019 | 000105-000164 |
| INVOICE #: | |

| DATE | ACCOUNT NUMBER |
|---|---|
| 6/3/2019 | 000105-000164 |
| INVOICE #: | |
| Sears Holding Corp | 000105   000164 |

**MAKE CHECKS PAYABLE TO:** Flatbush Center Parking LLC
**MAIL CHECKS TO:** 1412 Broadway, 3rd floor, New York, NY 10018

PLEASE INCLUDE YOUR ACCOUNT NUMBER ON CHECK

| Date | Code | Description | Charges | Payments | Amount Due | Date | Code | Amount Due |
|---|---|---|---|---|---|---|---|---|
| 10/22/2018 | LG1 | Meyers Inv#2711 10/15/18 | 6,689.58 | 0.00 | 6,689.58 | 10/22/2018 | LG1 | 6,689.58 |
| 10/22/2018 | LG1 | Meyers 4/18/18 | 30,000.00 | 0.00 | 30,000.00 | 10/22/2018 | LG1 | 30,000.00 |
| 11/1/2018 | PKG | Parking Income | 32,735.90 | 9,611.21 | 23,124.69 | 11/1/2018 | PKG | 23,124.69 |
| 12/1/2018 | PKG | Parking Income | 32,735.90 | 9,611.21 | 23,124.69 | 12/1/2018 | PKG | 23,124.69 |
| 1/1/2019 | PKG | Parking Income | 32,735.90 | 9,611.21 | 23,124.69 | 1/1/2019 | PKG | 23,124.69 |
| 2/1/2019 | PKG | Parking Income | 32,735.90 | 9,611.21 | 23,124.69 | 2/1/2019 | PKG | 23,124.69 |
| 3/1/2019 | PKG | Parking Income | 32,735.90 | 9,611.21 | 23,124.69 | 3/1/2019 | PKG | 23,124.69 |
| 4/1/2019 | LG1 | Lazarus & Lazarus | 378.14 | 0.00 | 378.14 | 4/1/2019 | LG1 | 378.14 |
| 4/1/2019 | PKG | Parking Income | 32,735.90 | 9,611.21 | 23,124.69 | 4/1/2019 | PKG | 23,124.69 |
| 5/1/2019 | LG1 | Lazarus Legal 03/19 | 309.21 | 0.00 | 309.21 | 5/1/2019 | LG1 | 309.21 |
| 5/1/2019 | PKG | Parking Income | 32,735.90 | 9,611.21 | 23,124.69 | 5/1/2019 | PKG | 23,124.69 |
| 6/1/2019 | PKG | Parking Income | 32,735.90 | 9,611.21 | 23,124.69 | 6/1/2019 | PKG | 23,124.69 |
| 6/4/2019 | CM2 | Retro CAM 2018 | 1,826,787.53 | 0.00 | 1,826,787.53 | 6/4/2019 | CM2 | 1,826,787.53 |

| Current | 30 | 60 | 90 | 120 | BALANCE DUE |
|---|---|---|---|---|---|
| 1,849,912.22 | 23,433.90 | 23,502.83 | 23,124.69 | 3,841,538.63 | 5,761,512.27 |

BALANCE DUE    5,761,512.27

02