JOSHUA W. COHEN
DAY PITNEY LLP
195 CHURCH STREET, 15TH FLOOR
NEW HAVEN, CT 06510
T: (203) 752-5000
F: (203) 752-5001
E-MAIL: JWCOHEN@DAYPITNEY.COM

*COUNSEL TO LAKIN TIRE WEST INCORPORATED*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors. | |

**NOTICE OF WITHDRAWAL OF LAKIN TIRE WEST INCORPORATED'S
LIMITED OBJECTION AND RESERVATION OF RIGHTS TO NOTICE OF CURE
COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY
CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE** that pursuant to a resolution reached among the applicable parties, Lakin Tire West Incorporated hereby withdraws its Limited Objection and Reservation of Rights to Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction [ECF No. 2001], filed on January 26, 2019.

Dated: June 17, 2019
       New Haven, Connecticut

DAY PITNEY LLP

By   */s/ Joshua W. Cohen* _____
Joshua W. Cohen
195 Church Street, 15th Floor
New Haven, CT 06510
T: (203) 752-5000
F: (203) 752-5001
jwcohen@daypitney.com
kbrown@daypitney.com

*Attorneys for Lakin Tire West Incorporated*

103059712.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2019, the foregoing Notice of Withdrawal of Lakin Tire West Incorporated's Limited Objection and Reservation of Rights to Notice Of Cure Costs And Potential Assumption and Assignment of Executory Contracts and Unexpired Leases was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ Joshua W. Cohen*
Joshua W. Cohen