Harlan M. Lazarus, Esq.
LAZARUS & LAZARUS, P.C.
240 Madison Avenue, 8th Floor
New York, New York 10016
Telephone:   (212) 889-7400
Facsimile:   (212) 684-0314
E-mail:    hlazarus@lazarusandlazarus.com

*Attorneys for Flatbush Center Parking LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In re:                                                    Chapter 11

SEARS HOLDING CORPORATION., et al.          Case No.: 18-23538 (RDD)

                                                          (Jointly Administered)

                            Debtors.
-----------------------------------------------------------------X

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify, pursuant to 28 U.S.C. § 1746, that on June 14, 2019, I caused a true and correct copy of the foregoing *OBJECTION TO CURE AMOUNT AND ADEQUATE ASSURANCE INFORMATION OF FLATBUSH CENTER PARKING LLC IN RESPONSE TO TENTH SUPPLEMENTAL NOTICE OF CURE COSTS AND POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN CONNECTION WITH GLOBAL SALE TRANSACTION (ECF NO. 4147) AND NOTICE OF ASSUMPTION AND ASSIGNMENT OF ADDITIONAL CONTRACTS (ECF NO. 4148)* to be sent to each of the persons named on the attached Service List, by electronic mail (unless otherwise stated).

Dated: June 17, 2019                    LAZARUS & LAZARUS, P.C.
       New York, New York

                                        /s/ Harlan M. Lazarus
                                        Harlan M. Lazarus, Esq.
                                        240 Madison Avenue, 8th Floor
                                        New York, New York 10016
                                        Telephone:   (212) 889-7400
                                        Facsimile:   (212) 684-0314
                                        E-mail:  hlazarus@lazarusandlazarus.com

## SERVICE LIST

### I.    Bid Notice Parties

1. Debtors
   a. Rob Riecker: rob.riecker@searshc.com
   b. Luke Valentino: luke.valentino@searshc.com
   c. Mohson Meghji: mmeghji@miiipartners.com
   d. General Counsel: counsel@searshc.com

2. Debtors' Counsel
   a. Ray Schrock, Esq.: ray.schrock@weil.com
   b. Jacqueline Marcus, Esq.: Jacqueline.marcus@weil.com
   c. Garrett A. Fail, Esq. : garrett.fail@weil.com
   d. Sunny Singh, Esq. : sunny.singh@weil.com

3. Debtors' Investment Banker
   a. Brandon Aebersold and Levi Quaintance: project.blue.rx@lazard.com

### II.   Buyer Parties

1. Buyer
   a. Kunal S. Kamlani: kunal@eslinvest.com
   b. Harold Talisman: harold@eslinvest.com

2. Buyer's Counsel
   a. Christopher E. Austin, Esq.: caustin@cgsh.com
   b. Benet J. O'Reilly, Esq.: boreilly@cgsh.com
   c. Sean A. O'Neal, Esq.: soneal@cgsh.com

### III.  Consultation Parties

1. Bank of America
   a. Paule Leake, Esq.: paul.leake@skadden.com
   b. Simla Elberg, Esq.: shana.elberg@skadden.com
   c. George Howard, Esq.: George.howard@skadden.com

2. Wells Fargo Bank
   a. Kevin J. Simard, Esq.: ksimard@choate.com
   b. Jonathan D. Marshall, Esq.: jmarshall@choate.com

3. <u>Committee</u>
   a. Ira S. Dizengoff, Esq.: idizengoff@akingump.com
   b. Philip C. Dublin, Esq.: pdublin@akingump.com
   c. Abid Qureshi, Esq. : aqureshi@akingump.com
   d. Sara L. Brauner, Esq.: sbrauner@akingump.com


Transform Holdco, LLC (Via First Class Mail)
c/o ESL Partners, Inc.
Attention: Kunal S. Kumlani and Harold Talisman
1170 Kane Concourse, Suite 200
Bay Harbor Islands, Florida 33154

Sears Holding Corporation (Via First Class Mail)
3333 Beverly Road
Hoffman Estates, Illinois 60179

Weil, Gotshal & Manges LLP (Via First Class Mail)
Attention: Ray C. Schrock, P.C.
Ellen J. Odoner, Gavin Westerman and Sunny Singh
767 Fifth Avenue
New York, New York 10153

Cleary Gottlieb Steen & Hamilton LLP (Via First Class Mail)
Attention: Christopher E. Austin,
Benet J. O'Reilly and Sean A. O'Neal
One Liberty Plaza
New York, New York 10006