**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.,* | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING RICHARD A. CHESLEY ADMISSION**
**TO PRACTICE *PRO HAC VICE***

Upon the motion of Richard A. Chesley to be admitted, ***pro hac vice***, to represent Transform Holdco LLC, in the above-referenced chapter 11 cases, and upon the movant's certification that the movant is a member in good standing of the Bar of the State of Illinois, the State of New York and the State of Ohio, it is hereby

**ORDERED**, that Richard A. Chesley, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced cases to represent Transform Holdco LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  White Plains, New York
        June 17, 2019

                            /s/Robert D. Drain
                            ROBERT D. DRAIN
                            UNITED STATES BANKRUPTCY JUDGE