**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Janice I. Daul to be admitted, *pro hac vice*, to represent Nina and Gerald Greene (the "Clients") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the States of Pennsylvania and New Jersey and the bar of the United States District Court for the Eastern District of Pennsylvania, it is hereby

**ORDERED**, that Janice I. Daul, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: June 17, 2019
    White Plains, New York

/s/Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE