**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al., | Case No. 18-23538 (RDD) |
| Debtors | (Jointly Administered) |

**ORDER GRANTING MCDOWELL HETHERINGTON LLP'S MOTION TO WITHDRAW MEGAN YOUNG-JOHN, F/K/A MEGAN N. YOUNG AS COUNSEL**

Upon consideration of McDowell Hetherington LLP's Motion to Withdraw Megan Young-John f/k/a Megan N. Young as Counsel, dated June 13, 2019 ("**Motion**"); and no additional notice or hearing being required under the circumstances; and good and sufficient cause appearing, it is hereby

ORDERED that Megan Young-John f/k/a Megan N. Young is removed pursuant to Local Bankruptcy Rule 2090-1 as counsel of record for Direct Energy Business Marketing, LLC in the above-captioned cases and shall be removed from any applicable notice and service lists. McDowell Hetherington LLP shall remain counsel of record for Direct Energy Business Marketing, LLC.

Dated:  White Plains, New York
June 17, 2019

/s/Robert D. Drain_____
United States Bankruptcy Judge