**Wachtel Missry LLP**
885 Second Avenue
47th Floor
New York, NY 10017
Telephone: (212) 909- 9535
Facsimile: (212) 909-9443
Steven J. Cohen
Jason L. Libou
cohen@wmllp.com
jlibou@wmllp.com
*Counsel for MaxColor, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al. | ) Case No. 18-23538 (RDD) |
| Debtors[1] | ) Jointly Administered |

## CERTIFICATE OF SERVICE

I, Tabitha Whittaker, hereby certify that I am over the age of eighteen years old and employed by Wachtel Missry LLP and that on June 11, 2019, I electronically filed the *Motion for Allowance and Payment of Administrative Expense Claims on behalf of MaxColor, LLC* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants in this case.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

002898-001/00196929-1

I further certify that on June 14, 2019, I caused to be served the following documents referenced below by sending a true and correct copy by email on the parties listed on <u>Exhibit A</u> and first class mail on the parties listed on <u>Exhibit B</u> pursuant to the *Motion for Allowance and Payment of Administrative Expense Claims on behalf of MaxColor, LLC* [Docket No. 4176].

Dated: June 18, 2019

_____
Tabitha Whittaker

Sworn to before me this
18th day of June, 2019

_____
Notary Public

JASON LOUIS LIBOU
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02LI6319362
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES FEB 17, 2020