# EXHIBIT "B"
# STANDARD PARTIES SERVICE LIST
Sent Via U.S. First Class Mail

Sears Holding Corporation
ATTN: Stephen Sitley
  and Luke J. Valentino
3333 Beverly Road
Hoffman Estates, IL 60179

Chambers of the Hon. Robert D. Drain
U.S. Bankruptcy Court for the
Southern District of New York
300 Quarropas Street, Room 248
White Plains, New York 10601

William K. Harrington
United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Counsel to Brookfield Property REIT Inc.
Attn: Kristen N. Pate
350 N. Orleans St., Suite 300
Chicago, IL 60654-1607

Counsel to Aransas County, Bee County,
 Jim Wells CAD, Nueces County,
 City of Harlingen, Hidalgo County,
 Victoria County, Blanco CAD,
 Harlingen CISD, Cameron County
Linebarger Goggan Blair & Sampson, LLP
Attn: Diane Wade Sanders
P.O. Box 17428
Austin, TX 78760

Successor Trustee for the SRAC
Unsecured PIK Notes, SRAC Unsecured
Notes, and the SRAC Medium Term Notes
The Bank of New York Mellon Trust Co.
Attn: Corporate Trust Administration
101 Barclay St., Floor 8W
New York, NY 10286

Counsel to Travis County
Travis County Attorney
Attn: David Escamilla
P.O. Box 1748
Austin, TX 78767

Indenture Trustee for the Second Lien Notes
Wilmington Trust National Association
Attn: Sears Holdings Corp. Administrator
Corporate Capital Markets
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

Counsel to Eastview Mall, LLC,
 Greece Ridge, LLC & The Marketplace
Wilmorite Management Group LLC
Attn: Donald C. Cowan, Jr.
1265 Scottsville Road
Rochester, NY 14624

Counsel to Hudson Concourse, LLC
Montee & Associates
Attn: Kevin P. Montee
1250-I Newell Ave.
Suite 149
Walnut Creek, CA 94596

Sean A. O'Neal, Esq.
Cleary, Gottlieb
One Liberty Plaza
New York, NY 10006

Frenkel, Lambert, Weiss, Weisman & Gordon
Attn: Michelle C. Marans
53 Gibson Street
Bay Shore, NY 11706