UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                              :
                                                   :    Chapter 11
**SEARS HOLDINGS CORPORATION**, *et al.*,          :
                                                   :    Case No. 18-23538 (RDD)
                                                   :
                    Debtors.[1]                    :    (Jointly Administered)
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Timothy R. Quinn, depose and say that I am employed by Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

At my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Dated: June 17, 2019

_____
Timothy R. Quinn

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on June 17, 2019, by Timothy R. Quinn, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

LIZ SANTODOMINGO
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3403 | Pallet Consultants Corp.<br>Attn: Sarah Donoso/Caroline Urtiaga<br>810 NW 13th Ave.<br>Pompano Beach, FL 33069 | Tannor Partners Credit Fund, LP<br>Attn: Robert Tannor<br>555 Theodore Fremd Avenue, Suite C209<br>Rye, NY 10580 | May 10, 2019 |
| 3439 | The NES Group<br>Attn: Nemo Gindi<br>10 West 33rd Street, 9th Floor<br>New York, NY 10001 | Whitebox Asymmetric Partners, LP<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | May 10, 2019 |
| 3440 | The NES Group<br>Attn: Nemo Gindi<br>10 West 33rd Street, 9th Floor<br>New York, NY 10001 | Whitebox Multi-Strategy Partners, LP<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | May 10, 2019 |
| 3457 | Rugg Manufacturing Corp.<br>554 Willard Street<br>Leominster, MA 01453 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of Americas, 28th Floor<br>New York, NY 10019 | May 10, 2019 |
| 3458 | Rugg Manufacturing Corp.<br>554 Willard Street<br>Leominster, MA 01453 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of Americas, 28th Floor<br>New York, NY 10019 | May 10, 2019 |
| 3469 | Cheng Yen Enterprises Co., Ltd<br>576 Pale San Vitores Road, Ste #301<br>Tumon, GU 96913 | Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>PO Box 237<br>New York, NY 10023 | May 10, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3490 | Blue Star Fashion NY Inc.<br>265 W 37th Street, #1802<br>New York, NY 10018 | Hain Capital Investors Master Fund, Ltd<br>Attn: Cheryl Eckstein<br>301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | May 20, 2019 |
| 3521 | SportsPower Limited<br>Newhope Law, PC<br>4522 Katella Avenue 200<br>Los Alamitos, CA 90720 | Whitebox Multi-Strategy Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | May 10, 2019 |
| 3522 | SportsPower Limited<br>c/o Newhope Law, PC<br>4522 Katella Avenue 200<br>Los Alamitos, CA 90720 | Whitebox Multi-Strategy Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | May 10, 2019 |
| 3525 | SportsPower Limited<br>c/o Newhope Law, PC<br>4522 Katella Avenue 200<br>Los Alamitos, CA 90720 | Whitebox Multi-Strategy Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | May 10, 2019 |
| 3608 | Van Meter, Inc.<br>850 32nd Ave SW<br>Cedar Rapids, IA 52404 | CRG Financial LLC<br>Attn: Allison R. Axenrod<br>100 Union Avenue<br>Cresskill, NJ 07626 | May 10, 2019 |
| 3633 | Choomee, Inc.<br>2351 Sunset Blvd.<br>Suite 170-773<br>Rocklin, CA 95765 | Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>PO Box 237037<br>New York, NY 10023 | May 20, 2019 |
| 3639 | Everest Group USA<br>1885 S. Vineyard Ave., #3<br>Ontario, CA 91761 | Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>PO Box 237037<br>New York, NY 10023 | May 20, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3688 | CRG Financial LLC ( As Assignee of Albaad USA Inc.) 100 Union Avenue Cresskill, NJ 07626 | Whitebox Multi-Strategy Partners, LP Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | May 20, 2019 |
| 3689 | CRG Financial LLC (As Assignee of Ameriplus Inc.) 100 Union Avenue Cresskill, NJ 07626 | Whitebox Multi-Strategy Partners, LP Attn: Fredric Glass 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | May 20, 2019 |
| 3690 | CRG Financial LLC (As Assignee of Amturf Enterprises LLC) 100 Union Avenue Cresskill, NJ 07626 | Whitebox Multi-Strategy Partners, LP Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | May 20, 2019 |
| 3692 | CRG Financial LLC (As Assignee of B2 Fashion Inc.) 100 Union Avenue Cresskill, NJ 07626 | Whitebox Multi-Strategy Partners, LP Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | May 20, 2019 |
| 3694 | CRG Financial LLC (As Assignee of Chesapeake Merchandising Inc.) 100 Union Ave Cresskill, NJ 07626 | Whitebox Multi-Strategy Partners, LP Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | May 20, 2019 |
| 3696 | CRG Financial LLC (As Assignee of Invicta Watch Company) 100 Union Avenue Cresskill, NJ 07626 | Whitebox Multi-Strategy Partners, LP Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | May 20, 2019 |
| 3697 | CRG Financial LLC (As Assignee of iScholar Inc.) 100 Union Avenue Cresskill, NJ 07626 | Whitebox Multi-Strategy Partners, LP Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | May 20, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3698 | CRG Financial LLC (As Assignee of iScholar Inc.) 100 Union Avenue Cresskill, NJ 07626 | Whitebox Multi-Strategy Partners, LP Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | May 20, 2019 |
| 3699 | CRG Financial LLC (As Assignee of Islander Wholesale) 100 Union Avenue Cresskill, NJ 07626 | Whitebox Multi-Strategy Partners, LP Attn: Fredric Glass 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | May 21, 2019 |
| 3703 | CRG Financial LLC (As Assignee of Mindful LLC) 100 Union Avenue Cresskill, NJ 07626 | Whitebox Multi-Strategy Partners, LP Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | May 21, 2019 |
| 3709 | CRG Financial LLC (As Assignee of Ontel Products Corporation) 100 Union Avenue Cresskill, NJ 07626 | Whitebox Multi-Strategy Partners, LP Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | May 21, 2019 |
| 3713 | CRG Financial LLC (As Assignee of Pace Shave) 100 Union Avenue Cresskill, NJ 07626 | Whitebox Multi-Strategy Partners, LP Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | May 21, 2019 |
| 3714 | CRG Financial LLC (As Assignee of Panache International LLC) 100 Union Ave Cresskill, NJ 07626 | Whitebox Multi-Strategy Partners, LP Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | May 21, 2019 |
| 3715 | CRG Financial LLC (As Assignee of Panache International LLC) 100 Union Avenue Cresskill, NJ 07626 | Whitebox Multi-Strategy Partners, LP Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | May 21, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3716 | CRG Financial LLC (As Assignee of Payco Foods Corp.) 100 Union Avenue Cresskill, NJ 07626 | Whitebox Multi-Strategy Partners, LP Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | May 21, 2019 |
| 3717 | CRG Financial LLC (As Assignee of Ponce Ice Corp.) 100 Union Avenue Cresskill, NJ 07626 | Whitebox Multi-Strategy Partners, LP Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | May 21, 2019 |
| 3718 | CRG Financial LLC (As Assignee of Quintana & Sons Trading LLC) 100 Union Avenue Cresskill, NJ 07626 | Whitebox Multi-Strategy Partners, LP Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | May 21, 2019 |
| 3719 | CRG Financial LLC (As Assignee of Rotary Corporation/Desert Extrusion) 100 Union Avenue Cresskill, NJ 07626 | Whitebox Multi-Strategy Partners, LP Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | May 21, 2019 |
| 3720 | CRG Financial LLC (As Assignee of The Basket Company) 100 Union Avenue Cresskill, NJ 07626 | Whitebox Multi-Strategy Partners, LP Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | May 21, 2019 |
| 3721 | CRG Financial LLC (As Assignee of The Basket Company) 100 Union Avenue Cresskill, NJ 07626 | Whitebox Multi-Strategy Partners, LP Attn: Mark Strefling 3033 Excelsior Blvd, Ste 300 Minneapolis, MN 55416 | May 21, 2019 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 3722 | CRG Financial LLC (As Assignee of Topet USA Inc.)<br>100 Union Avenue<br>Cresskill, NJ 07626 | Whitebox Multi-Strategy Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | May 21, 2019 |
| 3723 | CRG Financial LLC (As Assignee of Van Meer Inc.)<br>100 Union Avenue<br>Cresskill, NJ 07626 | Whitebox Multi-Strategy Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | May 21, 2019 |
| 3724 | CRG Financial LLC (As Assignee of Van Meter Inc.)<br>100 Union Ave<br>Cresskill, NJ 07626 | Whitebox Multi-Strategy Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | May 21, 2019 |
| 3725 | CRG Financial LLC (As Assignee of Torin Inc.)<br>100 Union Avenue<br>Cresskill, NJ 07626 | Whitebox Multi-Strategy Partners, LP<br>Attn: Mark Strefling<br>3033 Excelsior Blvd, Ste 300<br>Minneapolis, MN 55416 | May 21, 2019 |
| 3748 | Thiessen Communications, Inc.<br>1300 Basswood Road<br>Ste200<br>Schaumburg, IL 60173<br><br>Thiessen Communications, Inc.<br>PO Box 7251<br>Prospect Heights, IL 60070-7251 | Vendor Recovery Fund IV, LLC<br>Attn: Edwin K. Camson<br>PO Box 669<br>Smithtown, NY 11787 | May 21, 2019 |
| 3903 | George J. Howe Company<br>629 West Main Street<br>PO Box 269<br>Grove City, PA 16127 | Vendor Recovery Fund IV, LLC<br>Attn: Edwin K. Camson<br>PO Box 669<br>Smithtown, NY 11787 | May 21, 2019 |