James R. Felton, Esq. (Admitted *Pro Hac Vice*)
G&B LAW, LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Tel: (818) 382-6200
Fax: (818) 986-6534
jfelton@gblawllp.com

*Counsel for Jackson Shopping Village, LLLP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**<br><br>**SEARS HOLDINGS CORPORATION, et al.,**<br><br><br><br>**Debtors** | **CHAPTER 11**<br><br>**CASE NO. 18-23538 (RDD)**<br><br>**(Jointly Administered)** |

## REQUEST FOR REMOVAL FROM SERVICE LISTS

**PLEASE TAKE NOTICE** that G&B LAW, LLP hereby request that the Attorney listed below be removed from all service lists in the above captioned case, including all electronic service lists and the ECF notification system:

G&B LAW, LLP
16000 Ventura Boulevard, Suite 1000
Encino, CA 91436
James R. Felton, Esq.
email: jfelton@gblawllp.com

Dated: June 19, 2019

_____
James R. Felton, Esq. (Admitted *Pro Hac Vice*)
G&B LAW, LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Tel: (818) 382-6200
fax: (818) 986-6534
jfelton@gblawllp.com

*Counsel for Jackson Shopping Village, LLLP*

1740630.1 -- 22044.0004