WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
In re                                              :
                                                   :         Chapter 11
SEARS HOLDINGS CORPORATION, et al.,                :
                                                   :         Case No. 18-23538 (RDD)
                                                   :
                    Debtors.¹                      :         (Jointly Administered)
------------------------------------------------------------x
```

# NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON JUNE 20, 2019 AT 10:00 A.M.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.). (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, before the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601

**I. STATUS CONFERENCE**

**II. RESOLVED MATTER**

1. Motion of Trustees of the Estate of Bernice Pauahi Bishop, d/b/a Kamehameha Schools, LLC to Compel Payment of Post-Petition Rent and Related Lease Obligations Pursuant to 11 U.S.C. §§ 105(a), 363(e), 365(d)(3) and 503(b)(1)(A) and to Pay all Subsequent Amounts Owed on a Timely Basis **[ECF No. 2414]**

   Responses Filed:

   A. Omnibus Objection of Transform to Licensor and Landlord Motions to Compel **[ECF No. 2832]**

   B. Debtors' Response and Reservation of Rights **[ECF No. 3169]**

   Related Documents:

   C. Notice of Filing of Proposed Order Resolving Motion of Trustees of the Estate of Bernice Pauahi Bishop, D/B/A Kamehameha Schools, LLC **[ECF No. 4270]**

   D. Notice of Rejection of Certain Unexpired Leases of Nonresidential Real Property and Abandonment of Property in Connection Therewith **[ECF No. 3300]**

   E. Response of Trustees of the Estate of Bernice Pauahi Bishop to the Notice of Rejection of Certain Unexpired Leases of Nonresidential Real Property and Abandonment of Property in Connection Therewith **[ECF No. 3517]**

   Status:  This matter has been resolved and a proposed order will be submitted to the Court for approval.

**III. CONTESTED MATTER**

2. Motion for Entry of an Order Pursuant to Section 1114(d) of the Bankruptcy Code Directing the Appointment of a Committee of Retired Employees **[ECF No. 4054]**

   Response Deadline:   June 13, 2019 at 4:00 p.m.

Responses Filed:

    A.    Debtors' Objection **[ECF No. 4238]**

    B.    Joinder of the Official Committee of Unsecured Creditors **[ECF No. 4239]**

Related Documents:

    C.    Declaration of Michael M. Mulder in Support **[ECF No. 4055]**

    D.    Verified Statement Pursuant to Rule 2019 **[ECF No. 4057]**

    E.    Statement by Secretary of Labor in Support **[ECF No. 4237]**

    F.    Reply of Richard Bruce and Ronald Olbrysh in Further Support of Motion **[ECF No. 4262]**

Status: This matter is going forward on a contested basis.

## IV. AUTOMATIC STAY MATTERS

3. Motion of Jeffrey Pfieffer for Relief from the Automatic Stay to Allow Civil Litigation on Appeal to Proceed **[ECF No. 2633]**

Response Filed:

    A.    Second Omnibus Objection of Debtors to Motions for Relief from Stay **[ECF No. 3149]**

Related Document:

    B.    Order Adjourning Certain Motions for Relief from the Automatic Stay **[ECF No. 3680]**

Status: This matter is going forward on a contested basis.

4. Motion of Santa Rosa Mall, LLC for Relief from the Automatic Stay **[ECF No. 3475]**

Response Deadline: June 14, 2019 at 4:00 p.m.

Response Filed:

    A.    Debtors' Objection **[ECF No. 4224]**

Related Documents: None.

3

Status:  This matter is going forward on a contested basis.

## V.    SECTION 365(d)(4) MATTERS

5.  Notice of Assumption and Assignment of Additional Designatable Leases **[ECF No. 3298]**

    Response Filed:

    A.  Supplemental Objection of Bradshaw Westwood Trust to (1) Debtors' Proposed Cure Amount and Possible Assumption and Assignment of Lease, and (2) Notice of Assumption and Assignment of Additional Designatable Leases, and Supplemental Demand for Security Pursuant to 11 U.S.C. § 365(l) **[ECF No. 3579]**

    Related Document:

    B.  Stipulation and Order By and Among Sellers, Buyers, and Bradshaw Westwood Trust Extending Time Under 11 U.S.C. § 365(d)(4) for Lease of Nonresidential Real Property **[ECF No. 3872]**

    Status:  This matter is going forward on a contested basis.

6.  Notice of Assumption and Assignment of Additional Designatable Leases **[ECF No. 3298]**

    Responses Filed:

    A.  Supplemental Objections to Cure Amount, Adequate Assurance Information, and Restrictive Covenant Conditions of Landlord Starboard Platform Brighton JV LLC in Response to Notice of Assumption and Assignment of Additional Designatable Leases **[ECF No. 3851]**

    B.  KDI Rivergate Mall, LLC's (A) Objection to Notice of Assumption and Assignment of Additional Designatable Leases, (B) Objection to Proposed Cure Amount, and (C) Restrictive Covenant Objection **[ECF No. 3544]**

    C.  Supplemental Objection of Vornado Realty L.P. and Certain of its Wholly-Owned and Controlled Subsidiaries, as Landlord, to Transform Holdco LLC's Notice of Assumption and Assignment of Additional Designatable Lease **[ECF No. 3529]**

        D.      Supplemental Objection of Interprop Bedford, LLC, as Landlord, to Transform Holdco LLC's Notice of Assumption and Assignment of Additional Designatable Leases **[ECF No. 3526]**

    Related Documents:

        E.      Stipulation and Order By and Among Sellers, Buyer, and Landlord Starboard Platform Brighton JV LLC (I) Extending Time Under 11 U.S.C. § 365(d)(4) for Lease of Nonresidential Real Property and (II) Setting Briefing Schedule **[ECF No. 3821]**

        F.      Stipulation and Order By and Among Sellers, Buyer, and Landlord, KDI Rivergate Mall(I) Extending Time Under 11 U.S.C. § 365(d)(4) for Lease of Nonresidential Real Property and (II) Setting Briefing Schedule **[ECF No. 3827]**

        G.      Stipulation and Order By and Among Sellers, Buyer, and Vornado Realty L.P. Extending Time Under 11 U.S.C. § 365(d)(4) for Assumption or Rejection of Leases of Nonresidential Real Property **[ECF No. 3814]**

        H.      Stipulation and Order By and Among Sellers, Buyer, and Landlord, Interprop Bedford, LLC (I) Extending Time Under 11 U.S.C. § 365(d)(4) for Assumption or Rejection of Lease of Nonresidential Real Property **[ECF No. 3828]**

Status: This matter is going forward on an uncontested basis.

## VI. FEE MATTERS

7.    First Notice of Hearing on Interim Applications for Allowance of Compensation and Reimbursement of Expenses on June 20, 2019 at 10:00 a.m. **[ECF No. 3948]**

    Related Documents:

        A.      McAndrews, Held and Malloy's **[ECF No. 3087]**

        B.      Wachtell, Lipton, Rosen & Katz **[ECF No. 3185]**

        C.      Akin Gump Strauss Hauer & Feld LLP **[ECF No. 3190]**

        D.      Young Conaway Stargatt & Taylor, LLP **[ECF No. 3191]**

        E.      Houlihan Lokey Capital, Inc. **[ECF No. 3194]**

        F.      FTI Consulting Inc. **[ECF No. 3195]**

        G.      Prime Clerk LLC **[ECF No. 3196]**

      H.      Evercore Group L.L.C. **[ECF No. 3204]**

      I.      Alvarez & Marsal North America, LLC **[ECF No. 3205]**

      J.      Stout Risius Ross, LLC **[ECF No. 3206]**

      K.      Paul, Weiss, Rifkind, Wharton & Garrison LLP **[ECF No. 3207]**

      L.      Deloitte Transactions and Business Analytics LLP **[ECF No. 3213]**

      M.      Deloitte Tax LLP **[ECF No. 3220]**

      N.      Deloitte & Touche LLP **[ECF No. 3223]**

      O.      Lazard Freres & Co. LLC **[ECF No. 3217]**

      P.      Weil, Gotshal & Manges LLP **[ECF No. 3224]**

Status: This matter is going forward on an uncontested basis.

## VII. ADJOURNED MATTERS

8. Motion of GroupBy USA, Inc for Allowance and Payment of Administrative Expense **[ECF No. 3404]**

   Response Deadline: July 4, 2019 at 4:00 p.m.

   Responses Filed: None.

   Related Documents: None.

   Status: This matter has been adjourned to July 11, 2019 at 10:00 a.m.

9. Motion of Wilmington Trust, National Association, as Indenture Trustee and Collateral Agent to Prohibit or Condition Debtors' Continued Use of Collateral, Including Cash Collateral **[ECF No. 3050]**

   Responses Filed:

         A.      Debtors' Objection to Motion of Wilmington Trust **[ECF No. 3198]**

         B.      Reply in Further Support of Motion of Wilmington Trust **[ECF No. 3267]**

      Related Documents:

          C.    Joinder of ESL Investments, Inc. to Motion of Wilmington Trust **[ECF No. 3134]**

          D.    Declaration of Katherine E. Lynch in Support of Joinder of ESL Investments, Inc. to Motion of Wilmington Trust **[ECF No. 3135]**

          E.    Joinder of Cyrus Capital Partners L.P. to Motion of Wilmington Trust **[ECF No. 3142]**

          F.    Affidavit Declaration of Edward M. Fox in Support of the Motion of Wilmington Trust **[ECF No. 3051]**

          G.    Notice of Presentment of Stipulation and Order Concerning Debtors' Continuing Use of Cash Collateral  **[ECF No. 4155]**

      Status:  This matter has been adjourned to July 11, 2019 at 10:00 a.m.

10.    Motion of Wilmington Savings Fund Society for Relief from the Automatic Stay re: 109 Division Street, Little Egg Harbor Twp, NJ 08087 **[ECF No. 3114]**

      Response Deadline:    May 14, 2019 at 4:00 p.m.

      Responses Filed:    None.

      Related Documents:    None.

      Status:  This matter has been adjourned to July 11, 2019 at 10:00 a.m.

11.    Motion of Colonial Properties, LLC to Compel Payment of Postpetition Date Rent and Related Lease Obligations **[ECF No. 3164]**

      Response Deadline:    July 4, 2019 at 4:00 p.m.

      Responses Filed:    None.

      Related Documents:    None.

      Status:  This matter has been adjourned to July 11, 2019 at 10:00 a.m.

12.    Motion of BRE 312 OWNER LLC for Relief from the Automatic Stay **[ECF No. 3435]**

      Response Deadline:    May 24, 2019

Responses Filed:

    A.    Objection of 233 S. Wacker, LLC **[ECF No. 3906]**

    B.    Debtors' Objection **[ECF No. 3917]**

Related Documents:  None.

Status:  This matter has been adjourned to July 11, 2019 at 10:00 a.m.

13. Amended Motion of Jose Acosta for Relief from the Automatic Stay and Amended Motion for Abstention **[ECF No. 3189]**

    Response Deadline:  July 4, 2019 at 4:00 p.m.

    Responses Filed:  None.

    Related Documents:  None.

    Status:  This matter has been adjourned to July 11, 2019 at 10:00 a.m.

14. Motion of U.S. Bank National Association d/b/a US Bank Equipment Finance to Compel Debtor to Assume or Reject Lease Agreements **[ECF No. 2750]**

    Response Deadline:  July 4, 2019 at 4:00 p.m.

    Responses Filed:  None.

    Related Documents:  None.

    Status:  This matter has been adjourned to July 11, 2019 at 10:00 a.m.

15. Motion of Charles Pugh, Nicole Pugh, Jack Pugh, Sam Pugh, and Charles F. Pugh for Relief from the Automatic Stay or, in the Alternative, for Abstention **[ECF No. 1148]**

    Response Deadline:  July 4, 2019 at 4:00 p.m

    Responses Filed:  None.

    Related Documents:  None.

    Status:  This matter has been adjourned to July 11, 2019 at 10:00 a.m.

16. Motion of Angela Kelly and Janyce L. Mackenzie for Relief from the Automatic Stay **[ECF No. 4064]**

    Response Deadline:    July 4, 2019 at 4:00 p.m.

    Responses Filed:    None.

    Related Documents:    None.

    Status:  This matter is adjourned to July 11, 2019 at 10:00 a.m.

17. Debtors' Supplemental Motion to Enforce the Asset Purchase Agreement **[ECF No. 4029]**

    Response Deadline:    May 31, 2019 at 4:00 p.m.

    Responses Filed:    None.

    Related Documents:

    A.    Declaration of Christopher A. Good in Support **[ECF No. 4031]**

    B.    Declaration of William C. Gallagher in Support **[ECF No. 4031]**

    C.    Notice of Presentment of Stipulation and Order Concerning (I) Adjourning Pending Deadlines for Motion to Enforce and Adversary Complaint and (II) Setting Briefing Schedule **[ECF No. 4113]**

    Status: This matter has been adjourned to July 11, 2019 at 10:00 a.m.

18. Motion of Debtors for Entry of an Order Extending the Automatic Stay to Certain Non-Debtor Parties **[ECF No. 924]**

    Response Deadline:    December 13, 2018 at 4:00 p.m.

    Responses Filed:

    A.    Response of Sante Marcoccia **[ECF No. 1194]**

    B.    Objection of Qazim B. Krasniqi **[ECF No. 1187]**

    C.    Objections of Karen Smith **[ECF Nos. 1298, 1335 and 1559]**

    Related Documents:

    D.    Debtors' Reply **[ECF No. 1296]**

9

      E.    Debtors' Reply to Smith Objection **[ECF No. 1550]**

      F.    Order Extending the Automatic Stay to Certain Non-Debtor Parties **[ECF No. 1528]**

      G.    Response in Support of Debtors' Motion on behalf of Schindler Elevator Corporation **[ECF No. 2475]**

Status: This matter has been adjourned to a date to be determined.

19. Application of New York State Electric and Gas Corporation Pursuant to Section 7 of the Order (I) Approving Debtors Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Alternating, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3233]**

    Response Deadline:    May 14, 2019 at 4:00 p.m.

    Responses Filed:    None.

    Related Documents:    None.

    Status:  This matter has been adjourned to July 11, 2019 at 10:00 a.m.

20. Application of National Grid Pursuant to Section 7 of the Order (I) Approving Debtors Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Alternating, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3238]**

    Response Deadline:    May 14, 2019 at 4:00 p.m.

    Responses Filed:    None.

    Related Documents:    None.

    Status:  This matter has been adjourned to July 11, 2019 at 10:00 a.m.

21. Application of Commonwealth Edison Company Pursuant to Section 7 of the Order (I) Approving Debtors Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Alternating, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3423]**

    Response Deadline:    May 14, 2019 at 4:00 p.m.

    Responses Filed:    None.

    Related Documents:    None.

    Status:  This matter has been adjourned to July 11, 2019 at 10:00 a.m.

22. Application of Peco Energy Company for Allowance and Payment of Administrative Expenses **[ECF No. 3459]**

    Response Deadline:    May 14, 2019 at 4:00 p.m.

    Responses Filed:    None.

    Related Documents:    None.

    Status:  This matter has been adjourned to July 11, 2019 at 10:00 a.m.

23. Application of Metropolitan Edison Company, Jersey Central Power & Light Company, Ohio Edison Company, The Cleveland Electric Illuminating Company, Toledo Edison Company and Pennsylvania Electric Company Pursuant to Section 7 of the Order (I) Approving Debtors Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Alternating, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3480]**

    Response Deadline:    May 14, 2019 at 4:00 p.m.

    Responses Filed:    None.

    Related Documents:    None.

    Status:  This matter has been adjourned to July 11, 2019 at 10:00 a.m.

24. Application of Baltimore Gas and Electric Company Pursuant to Section 7 of the Order (I) Approving Debtors Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Alternating, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3594]**

    Response Deadline:   May 14, 2019 at 4:00 p.m.

    Responses Filed:   None.

    Related Documents:   None.

    Status:  This matter has been adjourned to July 11, 2019 at 10:00 a.m.

25. Motion of Anthony Scullari for Relief from the Automatic Stay **[ECF No. 1112]**

    Response Deadline:   May 14, 2019 at 4:00 p.m.

    Responses Filed:   None.

    Related Document:

        A.   Affirmation of Anthony Scullari **[ECF No. 1114]**

    Status:  This matter has been adjourned to a date to be determined.

26. Motion of Aspen Marketing Services, Inc. to Allow and Compel Payment of Administrative Expense Claim Under 11 U.S.C. section 503(b) for Services Provided to the Debtor Post-Petition **[ECF No. 4001]**

    Response Deadline:   TBA

    Responses Filed:   None.

    Related Documents:   None.

    Status:  This matter has been adjourned to the August omnibus hearing.

27. Motion of Winners Industry Co., Ltd. for Allowance and Payment of Administrative Expense Claims **[ECF No. 1386]**

    Response Deadline:   March 14, 2019 at 11:59 p.m.

    Response Filed:

        A.   Debtors' Objection **[ECF No. 2839]**

Related Documents:

  B. Reservation of Rights of Winners Industry Co. Ltd. **[ECF No. 2889]**

  C. Initial Reply of Winners Industry Co., Ltd. **[ECF No. 3229]**

  D. Joinder by Pearl Global Industries Ltd. **[ECF No. 3258]**

Status: This matter is adjourned to a date to be determined.

28. Motion of Apex Tool Group, LLC to Allow and Compel Immediate Payment of Administrative Expense Claim Pursuant to 11 U.S.C. 503(b)(1)(a) and 11 U.S.C. 503(b)(9) **[ECF No. 1491]**

Response Deadline: May 14, 2019 at 4:00 p.m.

Response Filed:

  A. Debtors' Omnibus Objection **[ECF No. 3883]**

  B. Qualified Joinder of the Official Committee of Unsecured Creditors to Debtors' Omnibus Objection **[ECF No. 3942]**

Related Documents:

  C. Supplement to Motion of Apex Tool Group, LLC **[ECF No. 3667]**

  D. Response of Apex Tool Group, LLC **[ECF No. 3921]**

  E. Response and Joinder of Mien Co Ltd to Debtors' Omnibus Objection **[ECF No. 3930]**

Status: This matter has been adjourned to a date to be determined.

29. Motion to Allow and Compel Payment of Administrative Expense Claim Under 11 U.S.C. Sec. 503(b) for Jaclyn Smith Branded and Private Label Goods Delivered to the Debtor Post-Petition **[ECF No. 3323]**

Response Deadline: May 14, 2019 at 4:00 p.m.

Response Filed:

  A. Debtors' Omnibus Objection **[ECF No. 3883]**

Related Documents: None.

    Status: This matter has been adjourned to a date to be determined.

30. Motion of Gokaldas Exports Ltd. to Allow and Compel Payment of Administrative Expense Claims **[ECF No. 3670]**

    Response Deadline: May 14, 2019 at 4:00 p.m.

    Response Filed:

        A.    Debtors' Omnibus Objection **[ECF No. 3883]**

    Related Documents:

        B.    Declaration of Sivaramakrishnan Ganapathi in Support of Motion by Gokaldas Exports Ltd. **[ECF No. 3671]**

        C.    Reply of Gokaldas Exports Ltd. **[ECF No. 3918]**

        D.    Response and Joinder of Mien Co Ltd to Debtors' Omnibus Objection **[ECF No. 3930]**

    Status: This matter has been adjourned to a date to be determined.

31. Motion of Pearl Global Industries Ltd. for Payment of Administrative Expenses Motion **[ECF No. 3604]**

    Response Deadline: May 14, 2019 at 4:00 p.m.

    Response Filed:

        A.    Debtors' Omnibus Objection **[ECF No. 3883]**

    Related Documents:

        B.    Declaration of Sivaramakrishnan Ganapathi in Support of Motion by Gokaldas Exports Ltd. **[ECF No. 3671]**

        C.    Reply of Pearl Global Industries Ltd. **[ECF No. 3928]**

    Status: This matter has been adjourned to a date to be determined.

32. Notice of Rejection of Certain Unexpired Leases of Nonresidential Real Property and Abandonment of Property in Connection Therewith **[ECF No. 3449]**

    Response Deadline: July 3, 2019 at 4:00 p.m.

Responses Filed:

    A.    Elm Creek Real Estate, LLC's Objection to Debtors' Notice of Rejection of Certain Unexpired Leases of Nonresidential Real Property and Abandonment of Property in Connection Therewith **[ECF No. 3806]**

Related Document:

    B.    Order Approving the Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Property in Connection Therewith **[ECF No. 3884]**

Status: This matter has been adjourned to July 11, 2019 at 10:00 a.m.

33. Motion of Nina and Gerald Greene to Allow to Extend Application of Federal Rule of Civil Procedure 23 to Class Proofs of Claim **[ECF No. 3170]**

Response Deadline: May 14, 2019 at 4:00 p.m.

Response Filed:

    A.    Debtors' Objection **[ECF No. 3941]**

Related Document:

    B.    Certificate of No Objection **[ECF No. 3909]**

Status: This matter has been adjourned to July 11, 2019 at 10:00 a.m.

34. Motion of Milton Manufacturing, LLC to (I) Compel the Debtor to Assume or Reject Purchase Orders Related to Craftsman Branded Goods Ordered by the Debtor Being Warehoused in Taiwan, and (II) Grant Related Relief **[ECF No. 1479]**

Response Deadline: February 7, 2019 at 4:00 p.m.

Response Filed:

    A.    Debtors' Objection **[ECF No. 2481]**

Related Document:

    B.    Milton Manufacturing, LLC's Reply **[ECF No. 2561]**

Status: This matter has been adjourned to a date to be determined.

35. Motion of Milton Manufacturing, LLC to Allow and Compel Payment of Administrative Expense Claim Under 11 U.S.C. §503(b) for Craftsman Branded Goods Delivered to the Debtor Postpetition **[ECF No. 1477]**

    Response Deadline:  February 7, 2019 at 4:00 p.m.

    Response Filed:

    A.  Debtors' Objection **[ECF No. 2481]**

    Related Document:

    B.  Milton Manufacturing, LLC's Reply **[ECF No. 2561]**

    Status:  This matter has been adjourned to a date to be determined.

36. Notice of Assumption and Assignment of Additional Designatable Leases **[ECF No. 3298]**

    Response Deadline:  June 13, 2019 at 4:00 p.m.

    Response Filed:

    A.  Objection of Alan Robbins, Benderson Development Company LLC, Brookfield Property REIT Inc., *et al*. **[ECF No. 3558]**

    Related Document:

    B.  Stipulation and Order by and Among Sellers, Buyer, and Landlords Affiliated with Brookfield Property REIT Inc. Extending Time Under 11 U.S.C. § 365(d)(4) for Leases of Nonresidential Real Property **[ECF No. 4107]**

    Status:  This matter has been adjourned to July 11, 2019 at 10:00 a.m.

37. Motion of William Juiris for Relief from the Automatic Stay **[ECF No. 2745]**

    Response Deadline:  May 14, 2019 at 4:00 p.m.

    Response Filed:

    A.  Third Omnibus Objection of Debtors to Motions for Relief from Stay **[ECF No. 3877]**

    Related Document:

    B.  William Juiris's Reply **[ECF No. 3935]**

16

Status: This matter has been adjourned to July 11, 2019 at 10:00 a.m.

38. Motion of Natalie Parker for Relief from the Automatic Stay **[ECF No. 2188]**

   Response Deadline: May 14, 2019 at 4:00 p.m.

   Responses Filed: None.

   Related Document:

   A. Presentment of Stipulation, Agreement, and Order Granting Limited Relief from the Automatic Stay **[ECF No. 4269]**

   Status: This matter has been adjourned to a date to be determined pending the Court's approval of the proposed stipulation.

39. Sears Holdings Corporation, *et al*. v. Edward Scott Lampert, *et al*. **[Adversary Proceeding No. 19-08250]**

   **Pre-Trial Conference**

   Status: This conference has been adjourned to July 11, 2019 at 10:00 a.m.

VIII. <u>**WITHDRAWN MATTERS**</u>

40. The Debtors' Motion to (A) Enforce the Automatic Stay Against First Data Merchant Services Corp. and (B) Compel Turnover of Estate Property **[ECF No. 4135]**

   Response Deadline: June 13, 2019 at 4:00 p.m.

   Responses Filed: None.

   Related Document:

   A. Amended Notice of Withdrawal **[ECF No. 4161]**

   Status: This matter has been withdrawn.

41. Motion of Tata Consultancy Services Ltd. to Allow and Compel Payment of Administrative Expense Claim Under 11 U.S.C. § 503(b)(1)(A) for Services Performed Post-Petition **[ECF No. 3949]**

   Response Deadline: June 13, 2019 at 4:00 p.m.

   Responses Filed: None.

Related Document:

A. Amended Notice of Withdrawal **[ECF No. 4265]**

Status: This matter has been withdrawn.

Dated: June 19, 2019
      New York, New York

/s/ Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors and Debtors in Possession*

18