# Weekly Cash Flow Budget – Base Case (actualized through 6/1/19)

| Retail Month | February | | | March | | | | | April | | | | May | | | | June | | | | July | | | | August | September | October | November | December | Total Case |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Budget Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | | | | | | |
| Forecast / Actual | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | FCST | |
| Week Ending | 2/16/19 | 2/23/19 | 3/2/19 | 3/9/19 | 3/16/19 | 3/23/19 | 3/30/19 | 4/6/19 | 4/13/19 | 4/20/19 | 4/27/19 | 5/4/19 | 5/11/19 | 5/18/19 | 5/25/19 | 6/1/19 | 6/8/19 | 6/15/19 | 6/22/19 | 6/29/19 | 7/6/19 | 7/13/19 | 7/20/19 | 7/27/19 | 8/3/19 | | | | | | |
| **CASH RECEIPTS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wave 3 GOB Inflows | $5 | $17 | $14 | $11 | $9 | $2 | $0 | $0 | ($0) | $0 | $0 | ($0) | $0 | $0 | ($0) | $0 | $- | $9 | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $68 |
| Cash In Transit Proceeds | 9 | - | - | - | - | - | 3 | - | - | - | - | - | - | - | - | - | - | 20 | - | - | - | - | - | - | - | - | - | - | - | - | 32 |
| Cash from Israel | - | - | - | - | 3 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 3 |
| Credit Card Receivables | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 15 | - | - | - | - | - | - | - | - | - | - | - | - | 15 |
| Cash In Stores | 9 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 9 |
| Real Estate Asset Sales | - | 4 | 5 | - | - | - | - | - | 3 | - | 2 | 2 | - | - | - | - | - | 5 | - | 17 | - | - | - | - | - | - | - | - | - | - | 37 |
| Excess Inventory Proceeds | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 6 | - | - | - | - | - | - | - | - | - | - | - | - | 6 |
| ESL Closing Proceeds | 35 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 35 |
| TSA Proceeds | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0 | 0 | - | - | - | - | - | - | - | - | - | - | - | - | 1 |
| SHIP Deposit | - | - | - | 5 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 5 |
| Utility Deposit | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 10 | - | - | - | 10 |
| Hoffman Estates Tax Credit | - | - | - | - | - | - | - | - | - | - | - | - | - | 3 | - | - | - | - | - | - | - | - | - | 3 | - | - | - | - | - | - | 6 |
| Calder Statue | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 4 | - | - | - | - | 4 |
| Pro-Rated Rent | - | - | - | - | - | - | 5 | - | - | - | - | - | - | - | - | - | - | 11 | - | - | - | - | - | - | - | - | - | - | - | - | 16 |
| ESL Severance Assumption[1] | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 13 | - | - | - | 13 |
| ESL 503b9 Assumption | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 139 | - | - | - | 139 |
| Other Proceeds | - | - | - | - | - | - | - | - | 0 | 0 | 0 | - | 0 | 0 | 1 | 0 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 1 |
| **Total Oldco Receipts** | **$58** | **$22** | **$19** | **$15** | **$13** | **$2** | **$8** | **$0** | **$3** | **$0** | **$2** | **$2** | **$0** | **$3** | **$1** | **$0** | **$0** | **$67** | **$-** | **$17** | **$-** | **$-** | **$-** | **$13** | **$-** | **$4** | **$152** | **$-** | **$-** | **$-** | **$400** |
| **CASH DISBURSEMENTS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OldCo Accrued Payroll & Benefits | ($29) | ($14) | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | ($42) |
| Taxes | - | (5) | (7) | - | (0) | (4) | - | - | (0) | (0) | (0) | (2) | - | - | (0) | (0) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (19) |
| GOB Operating Costs[1] | - | - | (6) | (6) | (3) | (1) | (3) | (4) | - | - | - | (3) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (26) |
| Professional Fee Carve Out Funding[2] | - | - | (20) | - | (15) | - | (7) | - | - | - | - | - | (19) | (1) | - | (8) | (1) | (3) | (3) | (3) | (2) | (2) | (2) | (2) | (2) | (5) | (6) | (4) | - | - | (104) |
| Post-Petition Payables | - | - | - | - | - | - | (1) | - | - | - | - | - | - | - | - | - | - | (13) | - | - | - | - | - | - | - | - | - | - | - | - | (14) |
| 503(b)(9) Claims | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (181) | - | - | - | (181) |
| TSA Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (1) | - | - | - | - | - | - | - | - | - | - | - | - | - | (1) |
| Franchise Tax | - | - | - | (0) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (3) | - | - | - | - | - | - | - | - | - | - | (3) |
| Severance & WARN | - | - | - | - | - | (1) | - | - | (1) | (1) | (8) | - | - | - | - | - | - | (2) | - | - | - | - | - | - | - | - | - | - | - | - | (13) |
| US Trustee Fees | - | - | - | - | - | - | - | - | - | - | - | (0) | (2) | - | - | - | - | - | - | - | - | - | (1) | - | - | - | (1) | - | - | - | (3) |
| Board Fees | - | - | - | (0) | - | (0) | - | (0) | - | - | - | (0) | - | - | - | - | (1) | - | - | (0) | - | - | - | (0) | (0) | - | (0) | (0) | (0) | (0) | (2) |
| Net Prepaid Inventory Shortfall | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (55) | - | - | - | (55) |
| Other Potential Liabilities | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (15) | - | - | - | - | - | - | - | - | - | - | - | (15) |
| Other Liabilities and Expenses | (1) | (0) | (0) | - | (0) | (1) | - | (0) | (3) | (1) | - | (1) | (0) | (1) | (0) | (0) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (9) |
| **Total OldCo Disbursements** | **($29)** | **($19)** | **($33)** | **($6)** | **($18)** | **($7)** | **($10)** | **($4)** | **($4)** | **($2)** | **($9)** | **($6)** | **($2)** | **($20)** | **($2)** | **($8)** | **($2)** | **($18)** | **($3)** | **($20)** | **($2)** | **($2)** | **($2)** | **($3)** | **($2)** | **($5)** | **($6)** | **($241)** | **($0)** | **($0)** | **($486)** |
| **PASS-THROUGH RECEIPTS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| New Co Payroll Remittance | $5 | $11 | $26 | $23 | $28 | $24 | $27 | $23 | $23 | $29 | $25 | $33 | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $276 |
| New Co Licensing Remittance | 5 | 3 | 3 | 3 | 3 | 4 | 4 | 3 | 3 | 3 | 4 | 4 | 3 | 4 | 5 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 66 |
| **Total Pass-Through Receipts** | **$10** | **$14** | **$29** | **$26** | **$31** | **$27** | **$31** | **$26** | **$26** | **$32** | **$29** | **$37** | **$3** | **$4** | **$5** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$3** | **$343** |
| **PASS-THROUGH DISBURSEMENTS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| New Co Payroll | ($5) | ($11) | ($26) | ($23) | ($28) | ($24) | ($27) | ($23) | ($23) | ($29) | ($25) | ($33) | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | ($276) |
| Licensing Payments For New Co | (5) | (3) | (3) | (3) | (3) | (4) | (4) | (3) | (3) | (3) | (4) | (4) | (3) | (4) | (5) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (3) | (66) |
| **Total Pass-Through Disbursements** | **($10)** | **($14)** | **($29)** | **($26)** | **($31)** | **($27)** | **($31)** | **($26)** | **($26)** | **($32)** | **($29)** | **($37)** | **($3)** | **($4)** | **($5)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($3)** | **($343)** |
| **Net Cash Flow** | **28** | **2** | **(14)** | **9** | **(5)** | **(5)** | **(2)** | **(4)** | **(1)** | **(2)** | **(6)** | **(5)** | **(2)** | **(17)** | **(1)** | **(8)** | **(2)** | **50** | **(3)** | **(4)** | **(2)** | **(2)** | **(2)** | **11** | **(2)** | **(1)** | **(6)** | **(89)** | **(0)** | **(0)** | **(86)** |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Beginning Available Cash* | $93 | $121 | $123 | $109 | $118 | $113 | $108 | $106 | $102 | $101 | $99 | $93 | $88 | $86 | $69 | $68 | $59 | $57 | $107 | $105 | $101 | $99 | $96 | $94 | $105 | $102 | $102 | $96 | $7 | $7 | $93 |
| *Change In Available Cash* | 28 | 2 | (14) | 9 | (5) | (5) | (2) | (4) | (1) | (2) | (6) | (5) | (2) | (17) | (1) | (8) | (2) | 50 | (3) | (4) | (2) | (2) | (2) | 11 | (2) | (1) | (6) | (89) | (0) | (0) | (86) |
| *Ending Available Cash* | $121 | $123 | $109 | $118 | $113 | $108 | $106 | $102 | $101 | $99 | $93 | $88 | $86 | $69 | $68 | $59 | $57 | $107 | $105 | $101 | $99 | $96 | $94 | $105 | $102 | $102 | $96 | $7 | $7 | $7 | $7 |
| **ENDING CASH BALANCES** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OldCo Operating Accounts | $28 | $31 | $16 | $21 | $15 | $11 | $9 | $5 | $11 | $9 | $0 | $9 | $- | $5 | $4 | $3 | $1 | $46 | $43 | $23 | $21 | $18 | $16 | $26 | $24 | $24 | $17 | $- | $- | $- | $- |
| Consignment Accounts | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Wind-Down Account | 88 | 88 | 88 | 93 | 93 | 93 | 93 | 88 | 86 | 80 | 66 | 74 | 72 | 59 | 59 | 51 | 51 | 57 | 57 | 74 | 74 | 74 | 74 | 74 | 74 | 74 | 74 | 2 | 2 | 2 | 2 |
| Professional Fee Carve Out Account | 111 | 105 | 109 | 105 | 114 | 100 | 96 | 92 | 89 | 84 | 66 | 61 | 54 | 67 | 68 | 73 | 71 | 70 | 70 | 69 | 69 | 68 | 67 | 67 | 66 | 58 | 52 | - | - | - | - |
| **Total Cash** | **$231** | **$227** | **$217** | **$222** | **$226** | **$208** | **$201** | **$194** | **$190** | **$183** | **$159** | **$149** | **$139** | **$136** | **$136** | **$132** | **$128** | **$177** | **$174** | **$170** | **$167** | **$164** | **$161** | **$171** | **$168** | **$160** | **$148** | **$7** | **$7** | **$7** | **$7** |




(1) All GOB expenses from week 9 – week 11 are assumed to be severance (2-weeks after the final store closure)
(2) ~$104mm of total funding represents ~$107mm of total accrual from February 2019 to October 2019 less ~$10mm of accruals for the 1st week of February less ~$2mm Lazard accrual plus ~$9mm under funded balance for the week ending 2/9