Edward M. Fox
Steven Paradise
Owen R. Wolfe
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 218-4646
Facsimile: (917) 344-1339
Email: emfox@seyfarth.com

*Attorneys for Wilmington Trust, National Association,*
*as indenture trustee and collateral agent*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 18-23538 (RDD) |
| SEARS HOLDINGS CORPORATION, *et al.*, | ) |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused true and correct copies of the following document to be served

(i) by electronic mail through the Court's ECF system on June 18, 2019 on all parties authorized to

receive electronic notice in this case and (ii) directly by email on June 18, 2019 on the parties whose

email addresses are set forth on Exhibit A annexed hereto:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365) (collectively, the "Debtors"). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Motion of Wilmington Trust, National Association, as Indenture Trustee and
Collateral Agent, for Leave to File Under Seal.

I further certify that I caused true and correct copies of the following document to be served

(i) by electronic mail through the Court's ECF system on June 18, 2019 on all parties authorized to

receive electronic notice in this case and (ii) directly by email on June 19, 2019 on the parties whose

email addresses are set forth on Exhibit B annexed hereto:

Request of Wilmington Trust, National Association, as Indenture Trustee and
Collateral Agent for Payment of an Administrative Expense Pursuant to 11 U.S.C.
Section 503(a) With Priority Over All Other Administrative Expenses Pursuant to 11
U.S.C. Section 507(a) and for Allowance of a Secured Claim to the Extent of
Remaining Collateral Pursuant to 11 U.S.C. Section 506(a) (redacted).

I further certify that I caused true and correct copies of the following document to be served

(i) by electronic mail through the Court's ECF system on June 19, 2019 at 12:21 a.m. on all parties

authorized to receive electronic notice in this case and (ii) directly by email on June 19, 2019 on the

parties whose email addresses are set forth on Exhibit C annexed hereto:

Supplemental Memorandum of Law of Wilmington Trust, National Association, as
Indenture Trustee and Collateral Agent, (I) In Support of Motion Pursuant to
Bankruptcy Rule 3012 for Determination of Amount of Secured Claim Pursuant to
11 U.S.C. Section 506(a) and Amount of Claim Entitled to Priority Pursuant to 11
U.S.C. Section 507(b) and (II) In Opposition to the Debtors' Motion Pursuant to 11
U.S.C. Section 506(c) (redacted).

I further certify that I caused true and correct copies of the unredacted versions of the

following documents to be served (i) directly by email on June 19, 2019 on the parties whose email

addresses are set forth on Exhibit D annexed hereto and (ii) directly by Federal Express on June 19,

2019 on the party whose address is set forth on Exhibit E annexed hereto:

Request of Wilmington Trust, National Association, as Indenture Trustee and
Collateral Agent for Payment of an Administrative Expense Pursuant to 11 U.S.C.
Section 503(a) With Priority Over All Other Administrative Expenses Pursuant to 11
U.S.C. Section 507(a) and for Allowance of a Secured Claim to the Extent of
Remaining Collateral Pursuant to 11 U.S.C. Section 506(a); and

Supplemental Memorandum of Law of Wilmington Trust, National Association, as Indenture Trustee and Collateral Agent, (I) In Support of Motion Pursuant to Bankruptcy Rule 3012 for Determination of Amount of Secured Claim Pursuant to 11 U.S.C. Section 506(a) and Amount of Claim Entitled to Priority Pursuant to 11 U.S.C. Section 507(b) and (II) In Opposition to the Debtors' Motion Pursuant to 11 U.S.C. Section 506(c).

Dated:  New York, New York
         June 19, 2019

                                              _/s/ *Owen R. Wolfe*_____
                                              Owen R. Wolfe

## Exhibit A

Ray.Schrock@weil.com; garrett.fail@weil.com; jacqueline.marcus@weil.com;

sunny.singh@weil.com; JeriLeigh.Miller@weil.com; jessica.liou@weil.com;

Paloma.VanGroll@weil.com; Jared.Friedmann@weil.com; Jessie.Mishkin@weil.com;

soneal@cgsh.com; aweaver@cgsh.com; rmukhi@cgsh.com; jkpark@cgsh.com;

tmoloney@cgsh.com; cprice@milbank.com; RLiubicic@milbank.com; Paul.Leake@skadden.com;

Shana.Elberg@skadden.com; George.Howard@skadden.com;

KDWBankruptcyDepartment@KelleyDrye.com; bfeder@kelleydrye.com; gadsden@clm.com;

bankruptcy@clm.com; Dennis.roemlein@bnymellon.com; braynor@lockelord.com;

asmith@lockelord.com; idizengoff@akingump.com; pdublin@akingump.com;

aqureshi@akingump.com; sbrauner@akingump.com; harrisj12@michigan.gov;

courts@alderman.com; bnkatty@aldineisd.org; jarnold@aldridgepite.com;

laura.hall@allenovery.com; joseph.badtke-berkow@allenovery.com;

James.Vincequerra@alston.com; leib.lerner@alston.com; ajd@ansellgrimm.com;

ajd@ansellgrimm.com; akadish@archerlaw.com; lschildkraut@archerlaw.com;

beth.brownstein@arentfox.com; brian.lohan@arnoldporter.com;

ginger.clements@arnoldporter.com; jaronauer@ayllp.com; CSchael@AshfordNJLaw.com;

eneiger@askllp.com; jchristian@askllp.com; jsteinfeld@askllp.com; gunderdahl@askllp.com;

bmcgrath@askllp.com; kcasteel@askllp.com; eneiger@askllp.com; mudem@askllp.com;

Jg5786@att.com; mcuellar45@austinenterpriseslp.com; mfrankel@bfklaw.com;

egoodman@bakerlaw.com; fkhan@bakerlaw.com; pollack@ballardspahr.com;

branchd@ballardspahr.com; heilmanl@ballardspahr.com; summersm@ballardspahr.com;

harnerp@ballardspahr.com; kutnera@ballardspahr.com; knewman@barclaydamon.com;

mowens@btlaw.com; emiller@bayardlaw.com; russ@bsavory.com; jsolomon@bbwg.com;

llindenberg@bbwg.com; rmills@bellnunnally.com; mbarrie@beneschlaw.com;

kcapuzzi@beneschlaw.com; wschonberg@beneschlaw.com; Ernie.park@bewleylaw.com;

Tgaa@bbslaw.com; michael@bindermalter.com; julie@bindermalter.com;

JRhodes@BlankRome.com; Tarr@BlankRome.com; EZucker@BlankRome.com;

bleusandassociates@gmail.com; bankruptcy@borgeslawllc.com; wborges@borgeslawllc.com;

schin@borgeslawllc.com; arainone@bracheichler.com; jjorissen@briggs.com;

bsilverberg@brownrudnick.com; spohl@brownrudnick.com; pweiser@buchalter.com;

schristianson@buchalter.com; christopher.schueller@bipc.com; terry.shulsky@bipc.com;

tyler.dischinger@bipc.com; Eric.Waxman@cwt.com; Anthony.Deleo@cwt.com;

rdavis@cafarocompany.com; jlevitin@cahill.com; rstieglitz@cahill.com; joan.huh@cdtfa.ca.gov;

sjk@carmodymacdonald.com; MKurzman@carmodylaw.com; tsansone@carmodylaw.com;

mcatalfimo@carterconboy.com; gadsden@clm.com; bankruptcy@clm.com;

Dennis.roemlein@bnymellon.com; rmccord@certilmanbalin.com; rnosek@certilmanbalin.com;

appleby@chapman.com; wilamowsky@chapman.com; brotenberg@csglaw.com;

szuber@csglaw.com; ksimard@choate.com; jmarshall@choate.com; hchoi@choiandpark.com;

cpark@choiandpark.com; lkleist@choiandpark.com; mstein@chuhak.com;

eschnitzer@ckrlaw.com; gsaydah@ckrlaw.com; srichman@clarkhill.com; srichman@clarkhill.com;

nbencze@clarkhill.com; duane.brescia@clarkhillstrasburger.com; dblau@clarkhill.com;

wkelleher@cohenlaw.com; hward@cohenlaw.com; rseltzer@cwsny.com;

jbienstock@coleschotz.com; mwarner@coleschotz.com; scf@cohmlaw.com;

Michael.smith2@computershare.com; kbifferato@connollygallagher.com;

kconlan@connollygallagher.com; cgriffiths@connollygallagher.com; svanaalten@cooley.com;

5

scarnes@cooley.com; rco@crlawpr.com; dcoffino@cov.com; aclark@cov.com;

mfelger@cozen.com; pzumbro@cravath.com; davidtaxin@dahannowick.com;

daniel@dmsilverlaw.com; dhw@dhclegal.com; jwcohen@daypitney.com; Ksummers@dflaw.com;

mcto@debevoise.com; eweisgerber@debevoise.com; jcurley@ddw-law.com;

bethsolomon@discover.com; crubio@diamondmccarthy.com; sgiugliano@diamondmccarthy.com;

adiamond@diamondmccarthy.com; marita.erbeck@dbr.com; LJKotler@duanemorris.com;

WMSimkulak@duanemorris.com; WMSimkulak@duanemorris.com;

Cheitzenrater@duanemorris.com; emunozPSC@gmail.com; lmay@eisemanlevine.com;

rxza@elliottgreenleaf.com; sak@elliottgreenleaf.com; ems@elliottgreenleaf.com;

sbc@eblawyers.com; aentwistle@entwistle-law.com; jporter@entwistle-law.com;

Leopold.matt@Epa.gov; lbercovich@epicor.com; ppascuzzi@ffwplaw.com;

gchico@ferraiuoli.com; mark.wilson@fisherbroyles.com; patricia.fugee@fisherbroyles.com;

dlwright@foley.com; kcatanese@foley.com; msmall@foley.com; tscannell@foley.com;

aguon@foxrothschild.com; plabov@foxrothschild.com; thoran@foxrothschild.com;

mhall@foxrothschild.com; mherz@foxrothschild.com; nreid@foxswibel.com; jfrank@fgllp.com;

jkleinman@fgllp.com; deggert@freeborn.com; brad.eric.scheler@friedfrank.com;

scott.luftglass@friedfrank.com; peter.siroka@friedfrank.com; tking@fbtlaw.com;

rgold@fbtlaw.com; awebb@fbtlaw.com; pmartin@fmdlegal.com; lbrymer@fmdlegal.com;

zgelber@gelbersantillo.com; ksantillo@gelbersantillo.com; gseitz@gsbblaw.com;

mgensburg@gcklegal.com; btheisen@gibbonslaw.com; nsongonuga@gibbonslaw.com;

hcohen@gibbonslaw.com; dcampbell@ghclaw.com; tnixon@gklaw.com; tomf@goldmclaw.com;

jflaxer@golenbock.com; mweinstein@golenbock.com; gfox@goodwinlaw.com;

bbazian@goodwinlaw.com; mgoldstein@goodwinlaw.com; wweintraub@goodwinlaw.com;

57590183v.1

searsnotice@gouldratner.com; drosner@goulstonstorrs.com; thoffmann@goulstonstorrs.com;

phillip.bohl@gpmlaw.com; tannweiler@greerherz.com; jfigueiredo@hahnhessen.com;

ahalperin@halperinlaw.net; lgu@halperinlaw.net; dlieberman@halperinlaw.net;

joia.johnson@hanes.com; howard.upchurch@hanes.com; ktompsett@harrisbeach.com;

sodonnell@herrick.com; sselbst@herrick.com; ssmith@herrick.com; msekowski@herrick.com;

elio@higgslaw.com; cfenlon@hinckleyallen.com; arthur.rosenberg@hklaw.com;

Marc.Antonecchia@hklaw.com; barbra.parlin@hklaw.com; elvin.ramos@hklaw.com;

jose.casal@hklaw.com; jjalemany@hklaw.com; mgurgel@hsgllp.com; vlevy@hsgllp.com;

llichtman@honigman.com; chris.gartman@hugheshubbard.com; neil.oxford@hugheshubbard.com;

dustin.smith@hugheshubbard.com; bgross@HuntonAK.com; mlegge@huntonak.com;

ghesse@huntonak.com; caleb.holzaepfel@huschblackwell.com; lynn.butler@huschblackwell.com;

Daniel.Swetnam@icemiller.com; taxcollector@co.imperial.ca.us; alex.macias@impremedia.com;

jgildea@interactions.com; Mimi.M.Wong@irscounsel.treas.gov;

Mimi.M.Wong@irscounsel.treas.gov; Bankruptcy2@ironmountain.com; hgj@jasneflorio.com;

dlk@jasneflorio.com; brownsvalleyorchards@aol.com; elkinj@mac.com;

robert.honeywell@klgates.com; atureaud@kblaw.com; tkorkhov@kellerrohrback.com;

jacarlino@kslnlaw.com; ssouthard@klestadt.com; lkiss@klestadt.com;

brian.koenig@koleyjessen.com; kurtzman@kurtzmansteady.com; brunnquellw@lanepowell.com;

dgragg@langleybanack.com; jfifarek@laskyfifarek.com; rzucker@lasserhochman.com;

christopher.harris@lw.com; rakim.johnson@lw.com; peter.gilhuly@lw.com; ted.dillman@lw.com;

gillazarus@gmail.com; kevin@ksnpc.com; william.fennell@fennelllaw.com;

luralene.schultz@fennelllaw.com; office@fennelllaw.com; cgruen@gruenlaw.com;

dtabachnik@dttlaw.com; pstarkesq@gmail.com; hlazarus@lazarusandlazarus.com;

7

harlan.lazarus@gmail.com; ilan.markus@leclairryan.com; niclas.ferland@leclairryan.com;

janice.grubin@leclairryan.com; alex.chase@leclairryan.com; jjorissen@losgs.com; kr@lnbyb.com;

sanantonio.bankruptcy@publicans.com; dallas.bankruptcy@publicans.com;

houston_bankruptcy@publicans.com; jfarnum@linowes-law.com; jmueller@lippes.com;

bbuechler@lowenstein.com; echafetz@lowenstein.com; bnathan@lowenstein.com;

alexandra.bigas@gmail.com; awilda.ramos@aguadillamallpr.com; dmiller@lubinolson.com;

david@mhlaw-ny.com; tleday@mvbalaw.com; sbodker@mcdowellrice.com; jbernstein@mdmc-

law.com; nleonard@mdmc-law.com; bmcgrath@mcglinchey.com; kromano@mcglinchey.com;

mchaney@mcglinchey.com; raguilar@mcglinchey.com; rcerone@mcglinchey.com;

hjschwartz@mckoolsmith.com; jsmith@mckoolsmith.com; dmeegan@mhksacto.com; cjm@msf-

law.com; nkenworthy@mrrlaw.net; sdnyecf@dor.mo.gov; ssmith@mwlaw.com;

eschnitzer@mmwr.com; laura.mccarthy@morganlewis.com; neil.herman@morganlewis.com;

smiller@morrisjames.com; cmiller@mnat.com; jbarsalona@mnat.com; jmarines@mofo.com;

bbutterfield@mofo.com; bankruptcy@morrisoncohen.com; mro@prbankruptcy.com;

bradley.schneider@mto.com; thomas.walper@mto.com; dperry@munsch.com;

klippman@munsch.com; kcordry@naag.org; jody.bedenbaugh@nelsonmullins.com;

shane.ramsey@nelsonmullins.com; enid.stuart@ag.ny.gov; cdesiderio@nixonpeabody.com;

dsklar@nixonpeabody.com; lcisz@nixonpeabody.com; rpedone@nixonpeabody.com;

bob.bruner@nortonrosefulbright.com; eric.daucher@nortonrosefulbright.com;

francisco.vazquez@nortonrosefulbright.com; howard.seife@nortonrosefulbright.com;

christy.rivera@nortonrosefulbright.com; stephen.castro@nortonrosefulbright.com;

david.rosenzweig@nortonrosefulbright.com; cmomjian@attorneygeneral.gov; bk-

jstern@oag.texas.gov; sherri.simpson@oag.texas.gov; richard.morrissey@usdoj.gov;

paul.schwartzberg@usdoj.gov; apetrakov@offitkurman.com; smetz@offitkurman.com;

sokeefe@okeefelc.com; afrackman@omm.com; belias@omm.com; lwagner@omm.com;

dshamah@omm.com; dpatrick@omm.com; jtaylor@omm.com; mkremer@omm.com;

echollander@orrick.com; efua@orrick.com; mfechik@orrick.com; rdaversa@orrick.com;

lily@pacogarment.com; chipford@parkerpoe.com; andrewtenzer@paulhastings.com;

shlomomaza@paulhastings.com; pbasta@paulweiss.com; kcornish@paulweiss.com;

lclayton@paulweiss.com; sbuergel@paulweiss.com; rbritton@paulweiss.com;

jhurwitz@paulweiss.com; lbyrne@pedersenhoupt.com; jdelnero@pedersenhoupt.com;

jaffeh@pepperlaw.com; listwakk@pepperlaw.com; ecobb@pbfcm.com; jbanks@pbfcm.com;

ecobb@pbfcm.com; lmbkr@pbfcm.com; osonik@pbfcm.com; dpick@picklaw.net;

jon@piercemccoy.com; rsteinberg@pricemeese.com; searsteam@primeclerk.com;

serviceqa@primeclerk.com; gerald.kennedy@procopio.com; lr@pryormandelup.com;

rlp@pryormandelup.com; mhofsdal@pryorcashman.com; susheelkirpalani@quinnemanuel.com;

jonpickhardt@quinnemanuel.com; andrewcorkhill@quinnemanuel.com;

matthewscheck@quinnemanuel.com; ellisonmerkel@quinnemanuel.com; cfilardi@rrlawpc.com;

greiss@reisspreuss.com; etikkanen@reisspreuss.com; cpugatch@rprslaw.com;

hmagaliff@r3mlaw.com; kflorey@robbins-schwartz.com; nsmith@robbins-schwartz.com;

Robert.e.michael.esq@gmail.com; Aron.hume@gmail.com; fbr@robinsonbrog.com;

rms@robinsonbrog.com; se@robinsonbrog.com; gregg.galardi@ropesgray.com;

kimberly.kodis@ropesgray.com; sam.ashuraey@ropesgray.com; james.wilton@ropesgray.com;

patricia.chen@ropesgray.com; ssally@ropesgray.com; joshua.sturm@ropesgray.com;

nicholas.berg@ropesgray.com; timothy.farrell@ropesgray.com; srosen@rosenpc.com;

prubin@rubinlawllc.com; mamato@rmfpc.com; skelly@s-d.com; mmccann@swc-law.com;

57590183v.1

rabiuso@swc-law.com; jweinblatt@sakar.com; cbelmonte@ssbb.com; asnow@ssbb.com;

pbosswick@ssbb.com; ksadeghi@schiffhardin.com; secbankruptcy@sec.gov;

NYROBankruptcy@sec.gov; bankruptcynoticeschr@sec.gov; ashmead@sewkis.com;

alves@sewkis.com; rhermann@sbwh.law; mkish@sbwh.law; jshafer@sbwh.law;

floridaservice@sbwh.law; fsosnick@shearman.com; sara.coelho@shearman.com;

afeld@sheppardmullin.com; tcohen@sheppardmullin.com; rreinert@shutts.com;

rtucker@simon.com; mshriro@singerlevick.com; dplon@sirlinlaw.com; enotices@skijain.com;

pstrok@swelawfirm.com; rkinas@swlaw.com; bk@svllaw.com; darolf@sorlinglaw.com;

pmryan@sorlinglaw.com; mary.callahan@bnymellon.com; mary.callahan@bnymellon.com;

tonder@stark-stark.com; jlemkin@stark-stark.com; charles.chamberlin@nebraska.gov;

cp@stevenslee.com; thomas.salerno@stinson.com; darrell.clark@stinson.com;

streusand@slollp.com; khansen@stroock.com; jcanfield@stroock.com;

sbhattacharyya@stroock.com; pkslyne@ssbny.com; dietdericha@sullcrom.com;

zylbergergd@sullcrom.com; dkupetz@sulmeyerlaw.com; ckwu@sulmeyerlaw.com;

lawyer@surilawoffice.com; bsattin@szaferman.com; Riela@thsh.com; aconway@taubman.com;

tf@lawtaf.com; Starr.Judith@pbgc.gov; mccarron.william@pbgc.gov; efile@pbgc.gov;

joe@saracheklawfirm.com; mtsang@tsanglawfirm.com; Curtis.Tuggle@ThompsonHine.com;

ltirelli@tw-lawgroup.com; powerwangtxks@vip.126.com; AGBankNewYork@ag.tn.gov;

dtobias@tobiaslawpc.com; jpruski@trainorfairbrook.com; kay.brock@traviscountytx.gov;

amy.williams@troutman.com; Brett.Goodman@troutman.com; Alissa.Piccione@troutman.com;

David.Jones6@usdoj.gov; Jeffrey.Oestericher@usdoj.gov; Joseph.Cordaro@usdoj.gov;

Carina.Schoenberger@usdoj.gov; Lawrence.Fogelman@usdoj.gov; Peter.Aronoff@usdoj.gov;

Linda.Riffkin@usdoj.gov; jdunn@vedderprice.com; ketzel@vedderprice.com;

mschein@vedderprice.com; marva.m.levine@verizon.com; cohen@wmllp.com;

jlibou@wmllp.com; notice@waldrepllp.com; sfalanga@walsh.law; gtoering@wnj.com;

Dclarke@wjslaw.com; mbrofman@weisszarett.com; sfink@weltman.com;

vandermarkj@whiteandwilliams.com; klewis@wtplaw.com; cajones@wtplaw.com;

sgerald@wtplaw.com; bankruptcy@evict.net; awilliams@williamsadvisors.com;

alipkin@willkie.com; gbrunswick@willkie.com; philip.anker@wilmerhale.com;

noah.levine@wilmerhale.com; phealy@wsfsbank.com; david.tillem@wilsonelser.com;

ncwitte@wittelaw.com; saron@wrslawyers.com; JLawlor@wmd-law.com; BAxelrod@wmd-

law.com; CPostighone@wmd-law.com; tom@attorneyzim.com

57590183v.1

**Exhibit B**

Ray.Schrock@weil.com; garrett.fail@weil.com; jacqueline.marcus@weil.com;

sunny.singh@weil.com; JeriLeigh.Miller@weil.com; jessica.liou@weil.com;

Paloma.VanGroll@weil.com; Jared.Friedmann@weil.com; Jessie.Mishkin@weil.com;

soneal@cgsh.com; aweaver@cgsh.com; rmukhi@cgsh.com; jkpark@cgsh.com;

tmoloney@cgsh.com; cprice@milbank.com; RLiubicic@milbank.com; Paul.Leake@skadden.com;

Shana.Elberg@skadden.com; George.Howard@skadden.com;

KDWBankruptcyDepartment@KelleyDrye.com; bfeder@kelleydrye.com; gadsden@clm.com;

bankruptcy@clm.com; Dennis.roemlein@bnymellon.com; braynor@lockelord.com;

asmith@lockelord.com; idizengoff@akingump.com; pdublin@akingump.com;

aqureshi@akingump.com; sbrauner@akingump.com; harrisj12@michigan.gov;

courts@alderman.com; bnkatty@aldineisd.org; jarnold@aldridgepite.com;

laura.hall@allenovery.com; joseph.badtke-berkow@allenovery.com;

James.Vincequerra@alston.com; leib.lerner@alston.com; ajd@ansellgrimm.com;

ajd@ansellgrimm.com; akadish@archerlaw.com; lschildkraut@archerlaw.com;

beth.brownstein@arentfox.com; brian.lohan@arnoldporter.com;

ginger.clements@arnoldporter.com; jaronauer@ayllp.com; CSchael@AshfordNJLaw.com;

eneiger@askllp.com; jchristian@askllp.com; jsteinfeld@askllp.com; gunderdahl@askllp.com;

bmcgrath@askllp.com; kcasteel@askllp.com; eneiger@askllp.com; mudem@askllp.com;

Jg5786@att.com; mcuellar45@austinenterpriseslp.com; mfrankel@bfklaw.com;

egoodman@bakerlaw.com; fkhan@bakerlaw.com; pollack@ballardspahr.com;

branchd@ballardspahr.com; heilmanl@ballardspahr.com; summersm@ballardspahr.com;

harnerp@ballardspahr.com; kutnera@ballardspahr.com; knewman@barclaydamon.com;

mowens@btlaw.com; emiller@bayardlaw.com; russ@bsavory.com; jsolomon@bbwg.com;

llindenberg@bbwg.com; rmills@bellnunnally.com; mbarrie@beneschlaw.com;

kcapuzzi@beneschlaw.com; wschonberg@beneschlaw.com; Ernie.park@bewleylaw.com;

Tgaa@bbslaw.com; michael@bindermalter.com; julie@bindermalter.com;

JRhodes@BlankRome.com; Tarr@BlankRome.com; EZucker@BlankRome.com;

bleusandassociates@gmail.com; bankruptcy@borgeslawllc.com; wborges@borgeslawllc.com;

schin@borgeslawllc.com; arainone@bracheichler.com; jjorissen@briggs.com;

bsilverberg@brownrudnick.com; spohl@brownrudnick.com; pweiser@buchalter.com;

schristianson@buchalter.com; christopher.schueller@bipc.com; terry.shulsky@bipc.com;

tyler.dischinger@bipc.com; Eric.Waxman@cwt.com; Anthony.Deleo@cwt.com;

rdavis@cafarocompany.com; jlevitin@cahill.com; rstieglitz@cahill.com; joan.huh@cdtfa.ca.gov;

sjk@carmodymacdonald.com; MKurzman@carmodylaw.com; tsansone@carmodylaw.com;

mcatalfimo@carterconboy.com; gadsden@clm.com; bankruptcy@clm.com;

Dennis.roemlein@bnymellon.com; rmccord@certilmanbalin.com; rnosek@certilmanbalin.com;

appleby@chapman.com; wilamowsky@chapman.com; brotenberg@csglaw.com;

szuber@csglaw.com; ksimard@choate.com; jmarshall@choate.com; hchoi@choiandpark.com;

cpark@choiandpark.com; lkleist@choiandpark.com; mstein@chuhak.com;

eschnitzer@ckrlaw.com; gsaydah@ckrlaw.com; srichman@clarkhill.com; srichman@clarkhill.com;

nbencze@clarkhill.com; duane.brescia@clarkhillstrasburger.com; dblau@clarkhill.com;

wkelleher@cohenlaw.com; hward@cohenlaw.com; rseltzer@cwsny.com;

jbienstock@coleschotz.com; mwarner@coleschotz.com; scf@cohmlaw.com;

Michael.smith2@computershare.com; kbifferato@connollygallagher.com;

kconlan@connollygallagher.com; cgriffiths@connollygallagher.com; svanaalten@cooley.com;

scarnes@cooley.com; rco@crlawpr.com; dcoffino@cov.com; aclark@cov.com;

mfelger@cozen.com; pzumbro@cravath.com; davidtaxin@dahannowick.com;

daniel@dmsilverlaw.com; dhw@dhclegal.com; jwcohen@daypitney.com; Ksummers@dflaw.com;

mcto@debevoise.com; eweisgerber@debevoise.com; jcurley@ddw-law.com;

bethsolomon@discover.com; crubio@diamondmccarthy.com; sgiugliano@diamondmccarthy.com;

adiamond@diamondmccarthy.com; marita.erbeck@dbr.com; LJKotler@duanemorris.com;

WMSimkulak@duanemorris.com; WMSimkulak@duanemorris.com;

Cheitzenrater@duanemorris.com; emunozPSC@gmail.com; lmay@eisemanlevine.com;

rxza@elliottgreenleaf.com; sak@elliottgreenleaf.com; ems@elliottgreenleaf.com;

sbc@eblawyers.com; aentwistle@entwistle-law.com; jporter@entwistle-law.com;

Leopold.matt@Epa.gov; lbercovich@epicor.com; ppascuzzi@ffwplaw.com;

gchico@ferraiuoli.com; mark.wilson@fisherbroyles.com; patricia.fugee@fisherbroyles.com;

dlwright@foley.com; kcatanese@foley.com; msmall@foley.com; tscannell@foley.com;

aguon@foxrothschild.com; plabov@foxrothschild.com; thoran@foxrothschild.com;

mhall@foxrothschild.com; mherz@foxrothschild.com; nreid@foxswibel.com; jfrank@fgllp.com;

jkleinman@fgllp.com; deggert@freeborn.com; brad.eric.scheler@friedfrank.com;

scott.luftglass@friedfrank.com; peter.siroka@friedfrank.com; tking@fbtlaw.com;

rgold@fbtlaw.com; awebb@fbtlaw.com; pmartin@fmdlegal.com; lbrymer@fmdlegal.com;

zgelber@gelbersantillo.com; ksantillo@gelbersantillo.com; gseitz@gsbblaw.com;

mgensburg@gcklegal.com; btheisen@gibbonslaw.com; nsongonuga@gibbonslaw.com;

hcohen@gibbonslaw.com; dcampbell@ghclaw.com; tnixon@gklaw.com; tomf@goldmclaw.com;

jflaxer@golenbock.com; mweinstein@golenbock.com; gfox@goodwinlaw.com;

14

bbazian@goodwinlaw.com; mgoldstein@goodwinlaw.com; wweintraub@goodwinlaw.com;

searsnotice@gouldratner.com; drosner@goulstonstorrs.com; thoffmann@goulstonstorrs.com;

phillip.bohl@gpmlaw.com; tannweiler@greerherz.com; jfigueiredo@hahnhessen.com;

ahalperin@halperinlaw.net; lgu@halperinlaw.net; dlieberman@halperinlaw.net;

joia.johnson@hanes.com; howard.upchurch@hanes.com; ktompsett@harrisbeach.com;

sodonnell@herrick.com; sselbst@herrick.com; ssmith@herrick.com; msekowski@herrick.com;

elio@higgslaw.com; cfenlon@hinckleyallen.com; arthur.rosenberg@hklaw.com;

Marc.Antonecchia@hklaw.com; barbra.parlin@hklaw.com; elvin.ramos@hklaw.com;

jose.casal@hklaw.com; jjalemany@hklaw.com; mgurgel@hsgllp.com; vlevy@hsgllp.com;

llichtman@honigman.com; chris.gartman@hugheshubbard.com; neil.oxford@hugheshubbard.com;

dustin.smith@hugheshubbard.com; bgross@HuntonAK.com; mlegge@huntonak.com;

ghesse@huntonak.com; caleb.holzaepfel@huschblackwell.com; lynn.butler@huschblackwell.com;

Daniel.Swetnam@icemiller.com; taxcollector@co.imperial.ca.us; alex.macias@impremedia.com;

jgildea@interactions.com; Mimi.M.Wong@irscounsel.treas.gov;

Mimi.M.Wong@irscounsel.treas.gov; Bankruptcy2@ironmountain.com; hgj@jasneflorio.com;

dlk@jasneflorio.com; brownsvalleyorchards@aol.com; elkinj@mac.com;

robert.honeywell@klgates.com; atureaud@kblaw.com; tkorkhov@kellerrohrback.com;

jacarlino@kslnlaw.com; ssouthard@klestadt.com; lkiss@klestadt.com;

brian.koenig@koleyjessen.com; kurtzman@kurtzmansteady.com; brunnquellw@lanepowell.com;

dgragg@langleybanack.com; jfifarek@laskyfifarek.com; rzucker@lasserhochman.com;

christopher.harris@lw.com; rakim.johnson@lw.com; peter.gilhuly@lw.com; ted.dillman@lw.com;

gillazarus@gmail.com; kevin@ksnpc.com; william.fennell@fennelllaw.com;

luralene.schultz@fennelllaw.com; office@fennelllaw.com; cgruen@gruenlaw.com;

dtabachnik@dttlaw.com; pstarkesq@gmail.com; hlazarus@lazarusandlazarus.com;

harlan.lazarus@gmail.com; ilan.markus@leclairryan.com; niclas.ferland@leclairryan.com;

janice.grubin@leclairryan.com; alex.chase@leclairryan.com; jjorissen@losgs.com; kr@lnbyb.com;

sanantonio.bankruptcy@publicans.com; dallas.bankruptcy@publicans.com;

houston_bankruptcy@publicans.com; jfarnum@linowes-law.com; jmueller@lippes.com;

bbuechler@lowenstein.com; echafetz@lowenstein.com; bnathan@lowenstein.com;

alexandra.bigas@gmail.com; awilda.ramos@aguadillamallpr.com; dmiller@lubinolson.com;

david@mhlaw-ny.com; tleday@mvbalaw.com; sbodker@mcdowellrice.com; jbernstein@mdmc-

law.com; nleonard@mdmc-law.com; bmcgrath@mcglinchey.com; kromano@mcglinchey.com;

mchaney@mcglinchey.com; raguilar@mcglinchey.com; rcerone@mcglinchey.com;

hjschwartz@mckoolsmith.com; jsmith@mckoolsmith.com; dmeegan@mhksacto.com; cjm@msf-

law.com; nkenworthy@mrrlaw.net; sdnyecf@dor.mo.gov; ssmith@mwlaw.com;

eschnitzer@mmwr.com; laura.mccarthy@morganlewis.com; neil.herman@morganlewis.com;

smiller@morrisjames.com; cmiller@mnat.com; jbarsalona@mnat.com; jmarines@mofo.com;

bbutterfield@mofo.com; bankruptcy@morrisoncohen.com; mro@prbankruptcy.com;

bradley.schneider@mto.com; thomas.walper@mto.com; dperry@munsch.com;

klippman@munsch.com; kcordry@naag.org; jody.bedenbaugh@nelsonmullins.com;

shane.ramsey@nelsonmullins.com; enid.stuart@ag.ny.gov; cdesiderio@nixonpeabody.com;

dsklar@nixonpeabody.com; lcisz@nixonpeabody.com; rpedone@nixonpeabody.com;

bob.bruner@nortonrosefulbright.com; eric.daucher@nortonrosefulbright.com;

francisco.vazquez@nortonrosefulbright.com; howard.seife@nortonrosefulbright.com;

christy.rivera@nortonrosefulbright.com; stephen.castro@nortonrosefulbright.com;

david.rosenzweig@nortonrosefulbright.com; cmomjian@attorneygeneral.gov; bk-

jstern@oag.texas.gov; sherri.simpson@oag.texas.gov; richard.morrissey@usdoj.gov;

paul.schwartzberg@usdoj.gov; apetrakov@offitkurman.com; smetz@offitkurman.com;

sokeefe@okeefelc.com; afrackman@omm.com; belias@omm.com; lwagner@omm.com;

dshamah@omm.com; dpatrick@omm.com; jtaylor@omm.com; mkremer@omm.com;

echollander@orrick.com; efua@orrick.com; mfechik@orrick.com; rdaversa@orrick.com;

lily@pacogarment.com; chipford@parkerpoe.com; andrewtenzer@paulhastings.com;

shlomomaza@paulhastings.com; pbasta@paulweiss.com; kcornish@paulweiss.com;

lclayton@paulweiss.com; sbuergel@paulweiss.com; rbritton@paulweiss.com;

jhurwitz@paulweiss.com; lbyrne@pedersenhoupt.com; jdelnero@pedersenhoupt.com;

jaffeh@pepperlaw.com; listwakk@pepperlaw.com; ecobb@pbfcm.com; jbanks@pbfcm.com;

ecobb@pbfcm.com; lmbkr@pbfcm.com; osonik@pbfcm.com; dpick@picklaw.net;

jon@piercemccoy.com; rsteinberg@pricemeese.com; searsteam@primeclerk.com;

serviceqa@primeclerk.com; gerald.kennedy@procopio.com; lr@pryormandelup.com;

rlp@pryormandelup.com; mhofsdal@pryorcashman.com; susheelkirpalani@quinnemanuel.com;

jonpickhardt@quinnemanuel.com; andrewcorkhill@quinnemanuel.com;

matthewscheck@quinnemanuel.com; ellisonmerkel@quinnemanuel.com; cfilardi@rrlawpc.com;

greiss@reisspreuss.com; etikkanen@reisspreuss.com; cpugatch@rprslaw.com;

hmagaliff@r3mlaw.com; kflorey@robbins-schwartz.com; nsmith@robbins-schwartz.com;

Robert.e.michael.esq@gmail.com; Aron.hume@gmail.com; fbr@robinsonbrog.com;

rms@robinsonbrog.com; se@robinsonbrog.com; gregg.galardi@ropesgray.com;

kimberly.kodis@ropesgray.com; sam.ashuraey@ropesgray.com; james.wilton@ropesgray.com;

patricia.chen@ropesgray.com; ssally@ropesgray.com; joshua.sturm@ropesgray.com;

nicholas.berg@ropesgray.com; timothy.farrell@ropesgray.com; srosen@rosenpc.com;

prubin@rubinlawllc.com; mamato@rmfpc.com; skelly@s-d.com; mmccann@swc-law.com;

rabiuso@swc-law.com; jweinblatt@sakar.; cbelmonte@ssbb.com; asnow@ssbb.com;

pbosswick@ssbb.com; ksadeghi@schiffhardin.com; secbankruptcy@sec.gov;

NYROBankruptcy@sec.gov; bankruptcynoticeschr@sec.gov; ashmead@sewkis.com;

alves@sewkis.com; rhermann@sbwh.law; mkish@sbwh.law; jshafer@sbwh.law;

floridaservice@sbwh.law; fsosnick@shearman.com; sara.coelho@shearman.com;

afeld@sheppardmullin.com; tcohen@sheppardmullin.com; rreinert@shutts.com;

rtucker@simon.com; mshriro@singerlevick.com; dplon@sirlinlaw.com; enotices@skijain.com;

pstrok@swelawfirm.com; rkinas@swlaw.com; bk@svllaw.com; darolf@sorlinglaw.com;

pmryan@sorlinglaw.com; mary.callahan@bnymellon.com; mary.callahan@bnymellon.com;

tonder@stark-stark.com; jlemkin@stark-stark.com; charles.chamberlin@nebraska.gov;

cp@stevenslee.com; thomas.salerno@stinson.com; darrell.clark@stinson.com;

streusand@slollp.com; khansen@stroock.com; jcanfield@stroock.com;

sbhattacharyya@stroock.com; pkslyne@ssbny.com; dietdericha@sullcrom.com;

zylberbergd@sullcrom.com; dkupetz@sulmeyerlaw.com; ckwu@sulmeyerlaw.com;

lawyer@surilawoffice.com; bsattin@szaferman.com; Riela@thsh.com; aconway@taubman.com;

tf@lawtaf.com; Starr.Judith@pbgc.gov; mccarron.william@pbgc.gov; efile@pbgc.gov;

joe@sarecheklawfirm.com; mtsang@tsanglawfirm.com; Curtis.Tuggle@ThompsonHine.com;

ltirelli@tw-lawgroup.com; powerwangtxks@vip.126.com; AGBankNewYork@ag.tn.gov;

dtobias@tobiaslawpc.com; jpruski@trainorfairbrook.com; kay.brock@traviscountytx.gov;

amy.williams@troutman.com; Brett.Goodman@troutman.com; Alissa.Piccione@troutman.com;

David.Jones6@usdoj.gov; Jeffrey.Oestericher@usdoj.gov; Joseph.Cordaro@usdoj.gov;

Carina.Schoenberger@usdoj.gov; Lawrence.Fogelman@usdoj.gov; Peter.Aronoff@usdoj.gov;

Linda.Riffkin@usdoj.gov; jdunn@vedderprice.com; ketzel@vedderprice.com;

mschein@vedderprice.com; marva.m.levine@verizon.com; cohen@wmllp.com;

jlibou@wmllp.com; notice@waldrepllp.com; sfalanga@walsh.law; gtoering@wnj.com;

Dclarke@wjslaw.com; mbrofman@weisszarett.com; sfink@weltman.com;

vandermarkj@whiteandwilliams.com; klewis@wtplaw.com; cajones@wtplaw.com;

sgerald@wtplaw.com; bankruptcy@evict.net; awilliams@williamsadvisors.com;

alipkin@willkie.com; gbrunswick@willkie.com; philip.anker@wilmerhale.com;

noah.levine@wilmerhale.com; phealy@wsfsbank.com; david.tillem@wilsonelser.com;

ncwitte@wittelaw.com; saron@wrslawyers.com; JLawlor@wmd-law.com; BAxelrod@wmd-

law.com; CPostighone@wmd-law.com; tom@attorneyzim.com

**Exhibit C**

Ray.Schrock@weil.com; garrett.fail@weil.com; jacqueline.marcus@weil.com;

sunny.singh@weil.com; JeriLeigh.Miller@weil.com; jessica.liou@weil.com;

Paloma.VanGroll@weil.com; Jared.Friedmann@weil.com; Jessie.Mishkin@weil.com;

soneal@cgsh.com; aweaver@cgsh.com; rmukhi@cgsh.com; jkpark@cgsh.com;

tmoloney@cgsh.com; cprice@milbank.com; RLiubicic@milbank.com; Paul.Leake@skadden.com;

Shana.Elberg@skadden.com; George.Howard@skadden.com;

KDWBankruptcyDepartment@KelleyDrye.com; bfeder@kelleydrye.com; gadsden@clm.com;

bankruptcy@clm.com; Dennis.roemlein@bnymellon.com; braynor@lockelord.com;

asmith@lockelord.com; idizengoff@akingump.com; pdublin@akingump.com;

aqureshi@akingump.com; sbrauner@akingump.com; harrisj12@michigan.gov;

courts@alderman.com; bnkatty@aldineisd.org; jarnold@aldridgepite.com;

laura.hall@allenovery.com; joseph.badtke-berkow@allenovery.com;

James.Vincequerra@alston.com; leib.lerner@alston.com; ajd@ansellgrimm.com;

ajd@ansellgrimm.com; akadish@archerlaw.com; lschildkraut@archerlaw.com;

beth.brownstein@arentfox.com; brian.lohan@arnoldporter.com;

ginger.clements@arnoldporter.com; jaronauer@ayllp.com; CSchael@AshfordNJLaw.com;

eneiger@askllp.com; jchristian@askllp.com; jsteinfeld@askllp.com; gunderdahl@askllp.com;

bmcgrath@askllp.com; kcasteel@askllp.com; eneiger@askllp.com; mudem@askllp.com;

Jg5786@att.com; mcuellar45@austinenterpriseslp.com; mfrankel@bfklaw.com;

egoodman@bakerlaw.com; fkhan@bakerlaw.com; pollack@ballardspahr.com;

branchd@ballardspahr.com; heilmanl@ballardspahr.com; summersm@ballardspahr.com;

harnerp@ballardspahr.com; kutnera@ballardspahr.com; knewman@barclaydamon.com;

mowens@btlaw.com; emiller@bayardlaw.com; russ@bsavory.com; jsolomon@bbwg.com;

llindenberg@bbwg.com; rmills@bellnunnally.com; mbarrie@beneschlaw.com;

kcapuzzi@beneschlaw.com; wschonberg@beneschlaw.com; Ernie.park@bewleylaw.com;

Tgaa@bbslaw.com; michael@bindermalter.com; julie@bindermalter.com;

JRhodes@BlankRome.com; Tarr@BlankRome.com; EZucker@BlankRome.com;

bleusandassociates@gmail.com; bankruptcy@borgeslawllc.com; wborges@borgeslawllc.com;

schin@borgeslawllc.com; arainone@bracheichler.com; jjorissen@briggs.com;

bsilverberg@brownrudnick.com; spohl@brownrudnick.com; pweiser@buchalter.com;

schristianson@buchalter.com; christopher.schueller@bipc.com; terry.shulsky@bipc.com;

tyler.dischinger@bipc.com; Eric.Waxman@cwt.com; Anthony.Deleo@cwt.com;

rdavis@cafarocompany.com; jlevitin@cahill.com; rstieglitz@cahill.com; joan.huh@cdtfa.ca.gov;

sjk@carmodymacdonald.com; MKurzman@carmodylaw.com; tsansone@carmodylaw.com;

mcatalfimo@carterconboy.com; gadsden@clm.com; bankruptcy@clm.com;

Dennis.roemlein@bnymellon.com; rmccord@certilmanbalin.com; rnosek@certilmanbalin.com;

appleby@chapman.com; wilamowsky@chapman.com; brotenberg@csglaw.com;

szuber@csglaw.com; ksimard@choate.com; jmarshall@choate.com; hchoi@choiandpark.com;

cpark@choiandpark.com; lkleist@choiandpark.com; mstein@chuhak.com;

eschnitzer@ckrlaw.com; gsaydah@ckrlaw.com; srichman@clarkhill.com; srichman@clarkhill.com;

nbencze@clarkhill.com; duane.brescia@clarkhillstrasburger.com; dblau@clarkhill.com;

wkelleher@cohenlaw.com; hward@cohenlaw.com; rseltzer@cwsny.com;

jbienstock@coleschotz.com; mwarner@coleschotz.com; scf@cohmlaw.com;

Michael.smith2@computershare.com; kbifferato@connollygallagher.com;

kconlan@connollygallagher.com; cgriffiths@connollygallagher.com; svanaalten@cooley.com;

scarnes@cooley.com; rco@crlawpr.com; dcoffino@cov.com; aclark@cov.com;

mfelger@cozen.com; pzumbro@cravath.com; davidtaxin@dahannowick.com;

daniel@dmsilverlaw.com; dhw@dhclegal.com; jwcohen@daypitney.com; Ksummers@dflaw.com;

mcto@debevoise.com; eweisgerber@debevoise.com; jcurley@ddw-law.com;

bethsolomon@discover.com; crubio@diamondmccarthy.com; sgiugliano@diamondmccarthy.com;

adiamond@diamondmccarthy.com; marita.erbeck@dbr.com; LJKotler@duanemorris.com;

WMSimkulak@duanemorris.com; WMSimkulak@duanemorris.com;

Cheitzenrater@duanemorris.com; emunozPSC@gmail.com; lmay@eisemanlevine.com;

rxza@elliottgreenleaf.com; sak@elliottgreenleaf.com; ems@elliottgreenleaf.com;

sbc@eblawyers.com; aentwistle@entwistle-law.com; jporter@entwistle-law.com;

Leopold.matt@Epa.gov; lbercovich@epicor.com; ppascuzzi@ffwplaw.com;

gchico@ferraiuoli.com; mark.wilson@fisherbroyles.com; patricia.fugee@fisherbroyles.com;

dlwright@foley.com; kcatanese@foley.com; msmall@foley.com; tscannell@foley.com;

aguon@foxrothschild.com; plabov@foxrothschild.com; thoran@foxrothschild.com;

mhall@foxrothschild.com; mherz@foxrothschild.com; nreid@foxswibel.com; jfrank@fgllp.com;

jkleinman@fgllp.com; deggert@freeborn.com; brad.eric.scheler@friedfrank.com;

scott.luftglass@friedfrank.com; peter.siroka@friedfrank.com; tking@fbtlaw.com;

rgold@fbtlaw.com; awebb@fbtlaw.com; pmartin@fmdlegal.com; lbrymer@fmdlegal.com;

zgelber@gelbersantillo.com; ksantillo@gelbersantillo.com; gseitz@gsbblaw.com;

mgensburg@gcklegal.com; btheisen@gibbonslaw.com; nsongonuga@gibbonslaw.com;

hcohen@gibbonslaw.com; dcampbell@ghclaw.com; tnixon@gklaw.com; tomf@goldmclaw.com;

jflaxer@golenbock.com; mweinstein@golenbock.com; gfox@goodwinlaw.com;

bbazian@goodwinlaw.com; mgoldstein@goodwinlaw.com; wweintraub@goodwinlaw.com;

searsnotice@gouldratner.com; drosner@goulstonstorrs.com; thoffmann@goulstonstorrs.com;

phillip.bohl@gpmlaw.com; tannweiler@greerherz.com; jfigueiredo@hahnhessen.com;

ahalperin@halperinlaw.net; lgu@halperinlaw.net; dlieberman@halperinlaw.net;

joia.johnson@hanes.com; howard.upchurch@hanes.com; ktompsett@harrisbeach.com;

sodonnell@herrick.com; sselbst@herrick.com; ssmith@herrick.com; msekowski@herrick.com;

elio@higgslaw.com; cfenlon@hinckleyallen.com; arthur.rosenberg@hklaw.com;

Marc.Antonecchia@hklaw.com; barbra.parlin@hklaw.com; elvin.ramos@hklaw.com;

jose.casal@hklaw.com; jjalemany@hklaw.com; mgurgel@hsgllp.com; vlevy@hsgllp.com;

llichtman@honigman.com; chris.gartman@hugheshubbard.com; neil.oxford@hugheshubbard.com;

dustin.smith@hugheshubbard.com; bgross@HuntonAK.com; mlegge@huntonak.com;

ghesse@huntonak.com; caleb.holzaepfel@huschblackwell.com; lynn.butler@huschblackwell.com;

Daniel.Swetnam@icemiller.com; taxcollector@co.imperial.ca.us; alex.macias@impremedia.com;

jgildea@interactions.com; Mimi.M.Wong@irscounsel.treas.gov;

Mimi.M.Wong@irscounsel.treas.gov; Bankruptcy2@ironmountain.com; hgj@jasneflorio.com;

dlk@jasneflorio.com; brownsvalleyorchards@aol.com; elkinj@mac.com;

robert.honeywell@klgates.com; atureaud@kblaw.com; tkorkhov@kellerrohrback.com;

jacarlino@kslnlaw.com; ssouthard@klestadt.com; lkiss@klestadt.com;

brian.koenig@koleyjessen.com; kurtzman@kurtzmansteady.com; brunnquellw@lanepowell.com;

dgragg@langleybanack.com; jfifarek@laskyfifarek.com; rzucker@lasserhochman.com;

christopher.harris@lw.com; rakim.johnson@lw.com; peter.gilhuly@lw.com; ted.dillman@lw.com;

gillazarus@gmail.com; kevin@ksnpc.com; william.fennell@fennelllaw.com;

luralene.schultz@fennelllaw.com; office@fennelllaw.com; cgruen@gruenlaw.com;

dtabachnik@dttlaw.com; pstarkesq@gmail.com; hlazarus@lazarusandlazarus.com;

harlan.lazarus@gmail.com; ilan.markus@leclairryan.com; niclas.ferland@leclairryan.com;

janice.grubin@leclairryan.com; alex.chase@leclairryan.com; jjorissen@losgs.com; kr@lnbyb.com;

sanantonio.bankruptcy@publicans.com; dallas.bankruptcy@publicans.com;

houston_bankruptcy@publicans.com; jfarnum@linowes-law.com; jmueller@lippes.com;

bbuechler@lowenstein.com; echafetz@lowenstein.com; bnathan@lowenstein.com;

alexandra.bigas@gmail.com; awilda.ramos@aguadillamallpr.com; dmiller@lubinolson.com;

david@mhlaw-ny.com; tleday@mvbalaw.com; sbodker@mcdowellrice.com; jbernstein@mdmc-

law.com; nleonard@mdmc-law.com; bmcgrath@mcglinchey.com; kromano@mcglinchey.com;

mchaney@mcglinchey.com; raguilar@mcglinchey.com; rcerone@mcglinchey.com;

hjschwartz@mckoolsmith.com; jsmith@mckoolsmith.com; dmeegan@mhksacto.com; cjm@msf-

law.com; nkenworthy@mrrlaw.net; sdnyecf@dor.mo.gov; ssmith@mwlaw.com;

eschnitzer@mmwr.com; laura.mccarthy@morganlewis.com; neil.herman@morganlewis.com;

smiller@morrisjames.com; cmiller@mnat.com; jbarsalona@mnat.com; jmarines@mofo.com;

bbutterfield@mofo.com; bankruptcy@morrisoncohen.com; mro@prbankruptcy.com;

bradley.schneider@mto.com; thomas.walper@mto.com; dperry@munsch.com;

klippman@munsch.com; kcordry@naag.org; jody.bedenbaugh@nelsonmullins.com;

shane.ramsey@nelsonmullins.com; enid.stuart@ag.ny.gov; cdesiderio@nixonpeabody.com;

dsklar@nixonpeabody.com; lcisz@nixonpeabody.com; rpedone@nixonpeabody.com;

bob.bruner@nortonrosefulbright.com; eric.daucher@nortonrosefulbright.com;

francisco.vazquez@nortonrosefulbright.com; howard.seife@nortonrosefulbright.com;

christy.rivera@nortonrosefulbright.com; stephen.castro@nortonrosefulbright.com;

david.rosenzweig@nortonrosefulbright.com; cmomjian@attorneygeneral.gov; bk-

jstern@oag.texas.gov; sherri.simpson@oag.texas.gov; richard.morrissey@usdoj.gov;

57590183v.1

paul.schwartzberg@usdoj.gov; apetrakov@offitkurman.com; smetz@offitkurman.com;

sokeefe@okeefelc.com; afrackman@omm.com; belias@omm.com; lwagner@omm.com;

dshamah@omm.com; dpatrick@omm.com; jtaylor@omm.com; mkremer@omm.com;

echollander@orrick.com; efua@orrick.com; mfechik@orrick.com; rdaversa@orrick.com;

lily@pacogarment.com; chipford@parkerpoe.com; andrewtenzer@paulhastings.com;

shlomomaza@paulhastings.com; pbasta@paulweiss.com; kcornish@paulweiss.com;

lclayton@paulweiss.com; sbuergel@paulweiss.com; rbritton@paulweiss.com;

jhurwitz@paulweiss.com; lbyrne@pedersenhoupt.com; jdelnero@pedersenhoupt.com;

jaffeh@pepperlaw.com; listwakk@pepperlaw.com; ecobb@pbfcm.com; jbanks@pbfcm.com;

ecobb@pbfcm.com; lmbkr@pbfcm.com; osonik@pbfcm.com; dpick@picklaw.net;

jon@piercemccoy.com; rsteinberg@pricemeese.com; searsteam@primeclerk.com;

serviceqa@primeclerk.com; gerald.kennedy@procopio.com; lr@pryormandelup.com;

rlp@pryormandelup.com; mhofsdal@pryorcashman.com; susheelkirpalani@quinnemanuel.com;

jonpickhardt@quinnemanuel.com; andrewcorkhill@quinnemanuel.com;

matthewscheck@quinnemanuel.com; ellisonmerkel@quinnemanuel.com; cfilardi@rrlawpc.com;

greiss@reisspreuss.com; etikkanen@reisspreuss.com; cpugatch@rprslaw.com;

hmagaliff@r3mlaw.com; kflorey@robbins-schwartz.com; nsmith@robbins-schwartz.com;

Robert.e.michael.esq@gmail.com; Aron.hume@gmail.com; fbr@robinsonbrog.com;

rms@robinsonbrog.com; se@robinsonbrog.com; gregg.galardi@ropesgray.com;

kimberly.kodis@ropesgray.com; sam.ashuraey@ropesgray.com; james.wilton@ropesgray.com;

patricia.chen@ropesgray.com; ssally@ropesgray.com; joshua.sturm@ropesgray.com;

nicholas.berg@ropesgray.com; timothy.farrell@ropesgray.com; srosen@rosenpc.com;

prubin@rubinlawllc.com; mamato@rmfpc.com; skelly@s-d.com; mmccann@swc-law.com;

rabiuso@swc-law.com; jweinblatt@sakar.com; cbelmonte@ssbb.com; asnow@ssbb.com;

pbosswick@ssbb.com; ksadeghi@schiffhardin.com; secbankruptcy@sec.gov;

NYROBankruptcy@sec.gov; bankruptcynoticeschr@sec.gov; ashmead@sewkis.com;

alves@sewkis.com; rhermann@sbwh.law; mkish@sbwh.law; jshafer@sbwh.law;

floridaservice@sbwh.law; fsosnick@shearman.com; sara.coelho@shearman.com;

afeld@sheppardmullin.com; tcohen@sheppardmullin.com; rreinert@shutts.com;

rtucker@simon.com; mshriro@singerlevick.com; dplon@sirlinlaw.com; enotices@skijain.com;

pstrok@swelawfirm.com; rkinas@swlaw.com; bk@svllaw.com; darolf@sorlinglaw.com;

pmryan@sorlinglaw.com; mary.callahan@bnymellon.com; mary.callahan@bnymellon.com;

tonder@stark-stark.com; jlemkin@stark-stark.com; charles.chamberlin@nebraska.gov;

cp@stevenslee.com; thomas.salerno@stinson.com; darrell.clark@stinson.com;

streusand@slollp.com; khansen@stroock.com; jcanfield@stroock.com;

sbhattacharyya@stroock.com; pkslyne@ssbny.com; dietdericha@sullcrom.com;

zylberbergd@sullcrom.com; dkupetz@sulmeyerlaw.com; ckwu@sulmeyerlaw.com;

lawyer@surilawoffice.com; bsattin@szaferman.com; Riela@thsh.com; aconway@taubman.com;

tf@lawtaf.com; Starr.Judith@pbgc.gov; mccarron.william@pbgc.gov; efile@pbgc.gov;

joe@saracheklawfirm.com; mtsang@tsanglawfirm.com; Curtis.Tuggle@ThompsonHine.com;

ltirelli@tw-lawgroup.com; powerwangtxks@vip.126.com; AGBankNewYork@ag.tn.gov;

dtobias@tobiaslawpc.com; jpruski@trainorfairbrook.com; kay.brock@traviscountytx.gov;

amy.williams@troutman.com; Brett.Goodman@troutman.com; Alissa.Piccione@troutman.com;

David.Jones6@usdoj.gov; Jeffrey.Oestericher@usdoj.gov; Joseph.Cordaro@usdoj.gov;

Carina.Schoenberger@usdoj.gov; Lawrence.Fogelman@usdoj.gov; Peter.Aronoff@usdoj.gov;

Linda.Riffkin@usdoj.gov; jdunn@vedderprice.com; ketzel@vedderprice.com;

mschein@vedderprice.com; marva.m.levine@verizon.com; cohen@wmllp.com;

jlibou@wmllp.com; notice@waldrepllp.com; sfalanga@walsh.law; gtoering@wnj.com;

Dclarke@wjslaw.com; mbrofman@weisszarett.com; sfink@weltman.com;

vandermarkj@whiteandwilliams.com; klewis@wtplaw.com; cajones@wtplaw.com;

sgerald@wtplaw.com; bankruptcy@evict.net; awilliams@williamsadvisors.com;

alipkin@willkie.com; gbrunswick@willkie.com; philip.anker@wilmerhale.com;

noah.levine@wilmerhale.com; phealy@wsfsbank.com; david.tillem@wilsonelser.com;

ncwitte@wittelaw.com; saron@wrslawyers.com; JLawlor@wmd-law.com; BAxelrod@wmd-law.com; CPostighone@wmd-law.com; tom@attorneyzim.com

## Exhibit D

Ray.Schrock@weil.com; garrett.fail@weil.com; jacqueline.marcus@weil.com;

sunny.singh@weil.com; JeriLeigh.Miller@weil.com; jessica.liou@weil.com;

Paloma.VanGroll@weil.com; Jared.Friedmann@weil.com; Jessie.Mishkin@weil.com;

soneal@cgsh.com; aweaver@cgsh.com; rmukhi@cgsh.com; jkpark@cgsh.com;

tmoloney@cgsh.com; cprice@milbank.com; idizengoff@akingump.com; pdublin@akingump.com

**<u>Exhibit E</u>**

The Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Paul Schwartzberg, Esq.