Vincent J. Marriott, III\*
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 665-8500
Fax: (215) 864-8999

-and-

BALLARD SPAHR LLP
Tobey M. Daluz\*
Laurel D. Roglen
Chantelle D. McClamb
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Tel: (302) 252-4465
Fax: (302) 252-4466
(\**pro hac vice* admission pending)

*Counsel to the Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | ) Case No. 18-23538 (RDD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

DMEAST #37984744 v1

# NOTICE OF APPEARANCE AND REQUEST FOR
# SERVICE OF ALL PLEADINGS AND DOCUMENTS

**PLEASE TAKE NOTICE** that Ballard Spahr LLP ("Ballard Spahr") hereby appears in the above-captioned cases as counsel to Paul E. Harner, the appointed fee examiner in the above-referenced chapter 11 bankruptcy cases (the "Fee Examiner"). Ballard Spahr enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and requests pursuant to Rules 2002(i), 9007 and 9010 (b) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), that copies of all notices given or required to be given, and all papers served or required to be served in this case, be given to and served upon the following:

| | |
|---|---|
| BALLARD SPAHR LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>Tel: (302) 252-4465<br>Fax: (302) 252-4466<br>Attn:   Tobey M. Daluz, Esquire<br>        daluzt@ballardspahr.com<br>        Laurel D. Roglen, Esquire<br>'       roglenl@ballardspahr.com<br>        Chantelle D. McClamb<br>        mcclambc@ballardspahr.com | BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>Tel: (215) 665-8500<br>Fax: (215) 864-8999<br>Attn:   Vincent J. Marriott, III, Esquire<br>        marriott@ballardspahr.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code section 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, pleadings or other request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, electronic mail or otherwise, that is filed or given in connection with the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights of the Fee Examiner.

Dated: June 19, 2019         */s/ Chantelle D. McClamb*
                             Vincent J. Marriott, III*
                             BALLARD SPAHR LLP
                             1735 Market Street, 51st Floor
                             Philadelphia, PA 19103
                             Tel: (215) 665-8500
                             Fax: (215) 864-8999

                             -and-

                             BALLARD SPAHR LLP
                             Tobey M. Daluz*
                             Laurel D. Roglen
                             Chantelle D. McClamb
                             919 N. Market Street, 11th Floor
                             Wilmington, DE 19801
                             Tel: (302) 252-4465
                             Fax: (302) 252-4466
                             **pro hac vice* admission pending

                             *Counsel for the Fee Examiner*