**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING SANTA ROSA MALL'S MOTION
FOR LEAVE TO FILE UNDER SEAL**

Upon the *Motion for Leave to File Under Seal*, Docket No. 4151 (the "*Motion*") filed by Santa Rosa Mall, LLC ("*Santa Rosa Mall*"), on June 7, 2019, for entry of an order authorizing Santa Rosa Mall to file an adversary proceeding and all exhibits in support thereto under seal pursuant to §§ 105(a) and 107(b) of the Bankruptcy Code, Fed. R. Bankr. P. 9018, SDNY LBR 9018- 1, and Paragraph 13 of the *Amended Stipulated Protective Order* (Docket No. 1084); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b); and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of the *Motion* in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that Santa Rosa Mall provided appropriate notice of the *Motion*; and upon all of the proceedings had before the Court; after due deliberation the Court having determined that the *Motion* should be granted to the extent set forth herein as the information to be redacted from the public docket of this case hereunder is commercial information properly protected under § 107(b)(1); now, therefore, it is hereby

ORDERED THAT:

1. The *Motion* is granted to the extent set forth herein.

2. *Santa Rosa Mall* is authorized to file the complaint referred to in the *Motion* (the "*Complaint*") and Exhibit VIII thereto under seal, by providing a copy to the Clerk of the United States Bankruptcy Court located at 300 Quarropas Street, White Plains, NY, along with a copy of this Order in an enveloped marked "TO BE FILED UNDER SEAL."

3. Santa Rosa Mall is authorized to file a redacted version of the Complaint on the public

docket of this case, provided that Santa Rosa Mall redact only paragraphs 39, 40, 41, and 82 of the *Complaint* and Exhibit VIII thereto, subject to further order of the Court, pursuant to §§ 105(a) and 107(b) of the Bankruptcy Code, Fed. R. Bankr. P. 9018, SDNY LBR 9018-1, and paragraph 13 of the *Amended Protective Order* (Docket No. 1084).

4. Except upon further order of the Court, the foregoing sealed documents shall remain under seal, and shall not be made available to anyone without the consent of the Debtors, with the exception that unredacted copies of such documents shall be provided to (a) Chambers, (b) the United States Trustee, and (c) any other party in interest as may be ordered by the Court or agreed to by the Debtors.

5. Santa Rosa Mall is authorized to take all actions necessary to effectuate this Order.

6. This Order is without prejudice to the rights of any party in interest, or the United States Trustee, to seek to unseal the sealed documents or any part thereof.

7. Santa Rosa Mall shall contact the Clerk's Office regarding the return or disposition of the sealed documents within 10 days after resolution of the adversary proceeding. Upon Santa Rosa Mall's failure to do so, the Clerk of the Court is authorized to destroy the sealed documents.

8. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this *Order*.

Dated: June 17, 2019
      White Plains, New York

                                      /s/ Robert D. Drain
                                      HONORABLE ROBERT D. DRAIN
                                      UNITED STATES BANKRUPTCY JUDGE