**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
SEARS HOLDING CORPORATION, *et al.*,                         :   Case No. 18-23538 (RDD)
                                                             :
                                                             :   (Jointly Administered)
                                                             :
                 Debtors.[1]                          :
------------------------------------------------------------ x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

    Upon the motion of Amy Pritchard Williams to be admitted, ***pro hac vice***, to represent Steven Bruce as Trustee of the STEVEN BRUCE REVOCABLE TRUST, Cara Bruce and Lou Cuida as Trustees of the CARA BRUCE IRREVOCABLE TRUST, and Allison Bruce and Lou Cuida as Trustees of the ALLISON BRUCE IRREVOCABLE TRUST (collectively, the "Bruce Trusts") in the above-referenced cases; and upon the movant's certification that the movant is a member in good standing of the bar in the State of North Carolina and the bar of each of the following courts: U.S. District Court for the Eastern District of North Carolina, U.S. District Court

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

38901827v1

for the Middle District of North Carolina, U.S. District Court for the Western District of North Carolina, U.S. Court of Appeals for the Eleventh Circuit, U.S. Court of Appeals for the Fourth Circuit, U.S. Court of Appeals for the Second Circuit, and U.S. Supreme Court, it is hereby

**ORDERED**, that Amy Pritchard Williams, Esq., is admitted to practice, *pro hac vice,* in the above-referenced cases to represent the Bruce Trusts in the U.S. Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: June 20, 2019          /s/Robert D. Drain_____
      White Plains, New York          THE HONORABLE ROBERT D. DRAIN
                                                                           UNITED STATES BANKRUPTCY JUDGE

38901827v1