# Exhibit B

POST PETITION SERVICES                                          M S LANDSCAPING INC.

| Invoice No. | Date | Amount |
|---|---|---|
| 100011 | 1/29/2019 | $ 3,000.00 |
| 6523 | 1/15/2019 | $ 2,613.00 |
| 6532 | 1/18/2019 | $ 2,286.38 |
| 6544 | 1/24/2019 | $ 3,429.56 |
| 6548 | 1/25/2018 | $ 2,977.73 |
| 6559 | 1/24/2019 | $ 435.50 |
| 6579 | 2/4/2019 | $ 4,287.50 |
| 10011 | 1/29/2019 | $ 3,900.00 |
| 82013 | 1/29/2019 | $ 4,400.00 |
| 6536 | 1/19/2019 | $ 1,955.25 |
| 6522 | 1/15/2019 | $ 1,629.38 |
| 6553 | 1/25/2019 | $ 1,738.00 |
| 6554 | 1/25/2019 | $ 2,281.13 |
| 6583 | 2/5/2019 | $ 5,272.66 |
| 6558 | 1/28/2019 | $ 758.63 |
| 6561 | 1/28/2019 | $ 2,817.75 |
| 6574 | 2/2/2019 | $ 2,958.64 |
| 6580 | 2/4/2019 | $ 865.92 |
| 6585 | 2/5/2019 | $ 867.00 |
| 6515 | 1/8/2019 | $ 2,601.00 |
| 6535 | 1/19/2019 | $ 3,468.00 |
| 6550 | 1/26/2019 | $ 6,762.60 |
| 6555 | 1/23/2019 | $ 850.74 |
| 6555 | 1/23/2019 | $ 2,373.41 |
| 6581 | 1/23/2019 | $ 5,272.34 |
| 6582 | 1/23/2019 | $3,289.18 |
| 6407b | 10/18/2018 | $3,041.50 |
| 6517 | 1/8/2019 | $ 3,367.38 |
| 6520 | 1/10/2019 | $ 2,281.13 |
| 6537 | 1/19/2019 | $ 1,738.00 |
| 6538 | 1/20/2019 | $ 3,801.88 |
| 6545 | 1/23/2019 | $ 2,824.25 |
| 6549 | 1/26/2019 | $ 5,159.69 |
| 6590 | 2/6/2019 | $ 3,230.39 |
| 82014 | 1/29/2019 | $ 4,600.00 |
| 6527 | 1/17/2019 | $ 2,389.75 |
| 10010 | 1/29/2019 | $ 1,200.00 |
| 6543 | 1/26/2019 | $ 3,367.38 |
| 10007 | 1/29/2019 | $ 1,500.00 |
| 6551 | 1/26/2019 | $ 1,712.00 |
| 6587 | 2/3/2019 | $ 1,080.70 |
| 6415b | 10/26/2018 | $ 5,226.00 |
| 6575 | 2/3/2019 | $ 6,032.76 |
| 6577 | 2/4/2019 | $ 3,026.73 |
| 6578 | 2/5/2019 | $ 1,688.65 |

| | | | |
|---|---|---|---|
| 6584 | 2/5/2019 | $ | 1,983.14 |
| 6525 | 1/15/2019 | $ | 2,498.38 |
| 6528 | 1/17/2019 | $ | 2,688.47 |
| 6511 | 1/4/2019 | $ | 2,867.22 |
| 6524 | 1/15/2019 | $ | 3,157.38 |
| 6572 | 2/2/2019 | $ | 2,830.75 |
| 6539 | 1/21/2019 | $ | 1,441.51 |
| 6540 | 1/21/2019 | $ | 2,813.33 |
| 6546 | 1/26/2019 | $ | 1,615.92 |
| 6526 | 1/17/2019 | $ | 6,419.08 |
| 6547 | 1/26/2019 | $ | 2,106.73 |
| 6565 | 2/1/2019 | $ | 19,173.98 |
| 6116 | 1/28/2019 | $ | 2,721.88 |
| 6568 | 1/29/2019 | $ | 1,201.98 |
| 6588 | 2/5/2019 | $ | 5,672.39 |
| 6521 | 1/8/2019 | $ | 4,040.85 |
| 6569 | 2/1/2019 | $ | 2,824.25 |
| 6513 | 1/5/2019 | $ | 1,610.63 |
| 6516 | 1/8/2019 | $ | 4,831.88 |
| 6560 | 1/28/2019 | $ | 5,591.62 |
| 82014 | 1/29/2019 | $ | 1,200.00 |
| 6529 | 1/17/2019 | $ | 1,825.38 |
| 6510 | 1/4/2019 | $ | 1,742.00 |
| 6518 | 1/12/2019 | $ | 6,037.66 |
| 6541 | 1/21/2019 | $ | 3,788.85 |
| 6542 | 1/26/2019 | $ | 1,850.88 |
| 6566 | 1/29/2019 | $ | 2,798.68 |
| 6567 | 1/29/2019 | $ | 3,484.00 |
| 6571 | 2/2/2019 | $ | 2,068.63 |
| 6573 | 2/2/2019 | $ | 2,034.87 |
| 10014 | 1/29/2019 | $ | 1,426.00 |
| 82015 | 1/29/2019 | $ | 2,500.00 |
| 6530 | 1/17/2019 | $ | 1,194.88 |
| 6531 | 1/17/2019 | $ | 2,824.25 |
| 6557 | 1/24/2019 | $ | 961.33 |
| 6576 | 1/24/2019 | $ | 5,068.39 |
| 6586 | 1/24/2019 | $ | 1,179.87 |
| 10009 | | $ | 2,400.00 |
| 10008 | 1/29/2019 | $ | 3,500.00 |
| 10012 | 1/29/2019 | $ | 3,500.00 |
| 10016 | 1/29/2019 | $ | 1,200.00 |
| 10019 | 2/28/2019 | $ | 2,800.00 |
| 6116 | 4/9/2019 | $ | 2,721.88 |
| 6552 | 1/24/2019 | $ | 2,612.88 |
| 6518 | 1/9/2019 | $ | 7,126.41 |
| | | **$ 276,297.70** | |

## Invoice 1



**INVOICE**

General Contractor & Landscaping

Date: January 29, 2019
DUNS # 000589598

M & S Contracting
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
Must389@Gmail.com

TO  Sears
Account# 1004
1111 Franklin Avenue
Garden City NY 11530

JOB  Landscaping

Invoice 100011

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | As Per contract monthly payment | 3000.00 | 3000.00 |
| | | SUBTOTAL | $3000.00 |
| | | SALES TAX | $ |
| | | TOTAL | $3000.00 |

Make all checks payable to M & S Landscaping
**Thank you for your business!**

## Invoice 2



**INVOICE**

General Contractor & Landscaping

Date: January 15, 2019
DUNS # 000589598

M & S Contracting
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
Must389@Gmail.com

TO  Sears
Account# 1114
2360 Bedford Ave.
Brooklyn NY 11226

JOB  Plumbing

Invoice #6523

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Broken pipe on roof | | |
| | Found broken pipes on roof from frozen weather | | |
| | Cut out broken section and replaced 2x 4feet. inch pipe | | |
| | Replaced elbow and shut of valve | | 2400.00 |
| | Installed installation on pipe | | |
| | | SUBTOTAL | $2400.00 |
| | | SALES TAX | $213.00 |
| | | TOTAL | $2613.00 |

Make all checks payable to M & S Landscaping
**Thank you for your business!**

## Invoice 3

**INVOICE**

General Contractor & Landscaping

Date: January 18, 2018
DUNS # 000589598

M & S Contracting
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
Must389@Gmail.com

TO  Sears
Account# 1114
2360 Bedford Ave.
Brooklyn NY 11226

JOB  Sweeping

Electrical
Invoice 6532

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Managers Office - No Power | | |
| | Checked wiring. Found bad wire that turned circuit breaker to turn off. | | |
| | Ran new wire to breaker box. Terminated. Checked new circuit. Working. | | 2100.00 |
| | | SUBTOTAL | $390.00 |
| | | SALES TAX | $186.38 |
| | | TOTAL | $2,286.38 |

Make all checks payable to M & S Landscaping
**Thank you for your business!**

## Invoice 4

**INVOICE**

General Contractor & Landscaping

Date: January 24, 2018
DUNS # 000589598

M & S Contracting
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
Must389@Gmail.com

TO  Sears
Account# 1114
2360 Bedford Ave.
Brooklyn NY 11226

JOB  Plumbing

Invoice #6544

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Emergency call at 10 pm | | |
| | Pipe broken opened drywall ceiling and found water pipe broken | | |
| | Contented water and shut off valve until next morning to get parts | | |
| | Trip 2 | | 3150.00 |
| | Cut out broken pipe and install new in ceiling | | |
| | | SUBTOTAL | $3150.00 |
| | | SALES TAX | $279.56 |
| | | TOTAL | $3429.56 |

Make all checks payable to M & S Landscaping
**Thank you for your business!**

## Invoice 1



**INVOICE**

General Contractor & Landscaping

Date: January 25, 2018
DUNS # 000589598

M & S Contracting
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-023-0088
Muia088@Gmail.com

TO   Sears
Account# 1114
2360 Bedford Ave.
Brooklyn NY 11226

JOB   Gate

Invoice #0548

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Loading Dock Gate chain broken | | |
| | Upon arrive found gate would not move needed to disarm chain and remove all brackets and remove chain hoist | | 2600.00 |
| | Replaced chain and hoist welded brackets and installed chain | | |
| 1 | Travel Time | 135.00 | 135.00 |
| | | SUBTOTAL | $2735.00 |
| | | SALES TAX | $242.73 |
| | | TOTAL | $2977.73 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 2

**INVOICE**

General Contractor & Landscaping

Date: January 24, 2018
DUNS # 000589598

M & S Contracting
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
Muia088@Gmail.com

TO   Sears
Account# 1114
2360 Bedford Ave.
Brooklyn NY 11226

JOB   Roof

Invoice #0559

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Service call for Roof | | 400.00 |
| | | SUBTOTAL | $400.00 |
| | | SALES TAX | $35.50 |
| | | TOTAL | $435.50 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 3



**INVOICE**

General Contractor & Landscaping

Date: February 4, 2019
DUNS # 000589598

M & S Contracting
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
Muia088@Gmail.com

TO   Sears
Account# 1114
2360 Bedford Ave.
Brooklyn NY 11226

JOB   Electric

Invoice #0579

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Offices no power | | |
| | Upon arrival checked two offices had no power outlets check wires and found no volts tracked wires back to boxes and found breakers are on and power to breakers but no power to ends of wires | | 3200.00 |
| | Ran new BX wires to offices and connected to J boxes and had both offices outlets working | | |
| 2 | 250 Feet 12/2 BX wires | 369.00 | 738.00 |
| | | SUBTOTAL | $3938.00 |
| | | SALES TAX | $349.50 |
| | | TOTAL | $4287.50 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 4

**INVOICE**

General Contractor & Landscaping

Date: January 29, 2019
DUNS # 000589598

M & S Contracting
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
Muia088@Gmail.com

TO   Sears
Account# 1114
2360 Bedford Ave.
Brooklyn NY 11226

JOB   Sweeping

Invoice 10011

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | As Per Contract Sweeping | | 3900.00 |
| | | SUBTOTAL | $3900.00 |
| | | SALES TAX | $ |
| | | TOTAL | $3900.00 |

Make all checks payable to M & S Landscaping
Thank you for your business!



**INVOICE**

Date: January 29, 2019
DUNS # 000589598

M & S Contracting
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
MustD89@Gmail.com

TO    Sears
Account# 1114
2300 Bedford Ave.
Brooklyn NY 11226

General Contractor & Landscaping
JOB    Snow contract

Invoice 82013

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | As Per Contract snow plowing | | 4400.00 |
| | | SUBTOTAL | $4400.00 |
| | | SALES TAX | $ |
| | | TOTAL | $4400.00 |

Make all checks payable to M & S Landscaping
Thank you for your business!

---



**INVOICE**

Date: January 19, 2019
DUNS # 000589598

M & S Contracting
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
MustD89@Gmail.com

TO    Sears
Account# 1304
4 Smith Haven Mall
Lake Grove NY 11755

General Contractor & Landscaping
JOB    Drain

Invoice #6536

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | **Labor:** | | |
| | Drains backed up | | |
| | Snaked Drain slowly through pipe until water started flowing again | | 1800.00 |
| | | SUBTOTAL | $1800.00 |
| | | SALES TAX | $155.25 |
| | | TOTAL | $1,955.25 |

Make all checks payable to M & S Landscaping
Thank you for your business!

---



**INVOICE**

Date: January 15 2019
DUNS # 000589598

M & S Contracting Inc.
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
MustD89@Gmail.com

TO    Sears
Account# 1404
800 Sunrise mall
Massapequa NY 11758

General Contractor & Landscaping
JOB    HVAC

Invoice# 6522

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | **Labor** | | |
| | Pipe leaking in stock room | | |
| | Shut water off and drained water Installed new ball valve and replace cracked pipe and elbow | 1500.00 | 1500.00 |
| | | SUBTOTAL | $1500.00 |
| | | SALES TAX | $129.38 |
| | | TOTAL | $1629.38 |

Make all checks payable to M & S Landscaping
Thank you for your business!

---

**INVOICE**

Date: January 25 2019
DUNS # 000589598

M & S Contracting Inc.
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
MustD89@Gmail.com

TO    Sears
Account# 1404
800 Sunrise mall
Massapequa NY 11758

General Contractor & Landscaping
JOB    Heat

Invoice# 6553

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | **Labor** | | |
| | Heater not working checked system and found the piolet not lit | | |
| | Removed and replaced piolet serviced system and cleaned as required | 1600.00 | 1600.00 |
| | Fired it up all working | | |
| | | SUBTOTAL | $1600.00 |
| | | SALES TAX | $138.00 |
| | | TOTAL | $1738.00 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 1

**INVOICE**

Date: January 25, 2019
DUNS # 000589598

M & S Contracting Inc.
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0068
Must389@Gmail.com

TO   Sears
Accsnstif 1404
800 Sunrise mall
Mastapoqua NY 11758

JOB   Electric

Invoice# 8554

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Labor | | |
| | Removed power from seasonal department | | |
| | Removed all hanging outlets from seasonal department from Christmas trees and decorations | | |
| | Cut power lines and capped and installed in J boxes as per code | 2100.00 | 2100.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $2100.00 |
| | SALES TAX | $181.13 |
| | TOTAL | $2281.13 |

Make all checks payable to **M & S Landscaping**

Thank you for your business!

## Invoice 2

**INVOICE**

Date: February 5, 2019
DUNS # 000589598

M & S Contracting Inc.
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0068
Must389@Gmail.com

TO   Sears
Accsnstif 1404
800 Sunrise mall
Mastapoqua NY 11758

JOB   Roof Repair

Invoice# 8583

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Labor | | |
| | 3-days job with 4 employees | | |
| | Roof leaking | | |
| | Upon arrival checked roof and found all aluminum joints around building bended up had gap between building and roof Removed and replaced all capping and filling with flashing cement | 3100.00 | 3100.00 |
| 32 | 10 foot aluminum capping | 42.00 | 1344.00 |
| 5 | Flashing cement | 82.00 | 410.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $4854.00 |
| | SALES TAX | $418.66 |
| | TOTAL | $5272.66 |

Make all checks payable to **M & S Landscaping**

Thank you for your business!

## Invoice 3

**INVOICE**

Date: January 28, 2019
DUNS # 000589598

M & S Contracting
420 Broadway
Dobbs Ferry, NY 10522
914-906-5644
Fax914-693-0068
Must389@gmail.com

TO   Sears #1674
100 Main Street
White plains NY 10001

JOB   Plumbing

Invoice #6558

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Sunday Job | | |
| | Water Heater not working | | |
| | Checked water heater found piolet off cleaned surface and lit it waited half an hour checked all working | 700.00 | 700.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $700.00 |
| | SALES TAX | $58.63 |
| | TOTAL | $758.63 |

Make all checks payable to **M & S Contracting**

Thank you for your business!

## Invoice 4

**INVOICE**

Date: January 28, 2019
DUNS # 000589598

M & S Contracting
420 Broadway
Dobbs Ferry, NY 10522
914-906-5644
Fax914-693-0068
Must389@gmail.com

TO   Sears #1674
100 Main Street
White plains NY 10001

JOB   Drain back up

Invoice #6561

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | 4 floor | | |
| | Ladies Restroom drain back up | | |
| | Responded to call for toilet stoppage removed toilet bowl and run electric drain machine though the line to clear stoppage . Reset toilet bowl with new gasket and flange bolts tested and left all working order | | 2600.00 |
| | 2 floor | | |
| | Ladies restroom stoppage removed toilet and run electric drain machine though line to clear stoppage | | |
| | Reset toilet | | |

| | | |
|---|---|---|
| | SUBTOTAL | $2600.00 |
| | SALES TAX | $217.75 |
| | TOTAL | $2817.75 |

Make all checks payable to **M & S Contracting**

Thank you for your business!

## Invoice #6574



INVOICE

General Contractor & Landscaping

Date: February 2, 2019
DUNS # 000589598

M & S Contracting
420 Broadway
Dobbs Ferry, NY 10522
914-906-5644
Fax914-693-0088
Mus089@gmail.com

TO   Sears #1674
100 Main Street
White plains NY 10001

JOB   Plumbing

Invoice #6574

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Salon had water leak | | |
| | Checked washing machine found ripped hoses | | |
| | Removed and replaced hoses after checking the washing and turned it on found water coming from ground opened wall found busted pipe cut out pipe and replaced it with ½ inch copped pipe | 2730.00 | 2730.00 |

| | | |
|---|---|---|
| SUBTOTAL | | $2730.00 |
| SALES TAX | | $228.64 |
| TOTAL | | $2958.64 |

Make all checks payable to M & S Contracting
**Thank you for your business!**

## Invoice #6580

INVOICE

General Contractor & Landscaping

Date: February 4, 2019
DUNS # 000589598

M & S Contracting
420 Broadway
Dobbs Ferry, NY 10522
914-906-5644
Fax914-693-0088
Mus089@gmail.com

TO   Sears #1674
100 Main Street
White plains NY 10001

JOB   Plumbing

Invoice #6580

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Salon Broken faucet | | |
| | Salon had broken shower head shampoo Faucet | | |
| | Removed and replaced faucet | 560.00 | 560.00 |
| 1 | Shampoo Faucet | 239.00 | 239.00 |

| | | |
|---|---|---|
| SUBTOTAL | | $799.00 |
| SALES TAX | | $66.92 |
| TOTAL | | $865.92 |

Make all checks payable to M & S Contracting
**Thank you for your business!**

## Invoice #6585

INVOICE

General Contractor & Landscaping

Date: February 5, 2019
DUNS # 000589598

M & S Contracting
420 Broadway
Dobbs Ferry, NY 10522
914-906-5644
Fax914-693-0088
Mus089@gmail.com

TO   Sears #1674
100 Main Street
White plains NY 10001

JOB   Electric

Invoice #6585

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Store requested to remove power poles | | |
| 4 | Removed wires and disconnected from ceiling capped all wires and removed EMT pipes ,Capped wires and installed in J box as per code | 200.00 | 800.00 |

| | | |
|---|---|---|
| SUBTOTAL | | $800.00 |
| SALES TAX | | $67.00 |
| TOTAL | | $867.00 |

Make all checks payable to M & S Contracting
**Thank you for your business!**

## Invoice #6515

INVOICE

General Contractor & Landscaping

Date: January 8, 2019
DUNS # 000589598

M & S Contracting
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
mus089@gmail.com

TO   Sears
Account# 1733
RTE 87 (NY ST) & CROSS CT PKWY
YONKERS, NY 10704

JOB   Plumbing

Invoice# 6515

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | This was a Night Job | | |
| | Water leak into elevator shaft | | |
| | Found rusted pipe shut off water and cut out part of pipe and replaced it with new | | |
| | Turned water on and all working | | 2400.00 |

| | | |
|---|---|---|
| SUBTOTAL | | $2400.00 |
| SALES TAX | | $201.00 |
| TOTAL | | $2601.00 |

Make all checks payable to M & S Landscaping
**Thank you for your business!**

## Invoice 1

**INVOICE**

Date: January 19, 2019
DUNS # 000589598

General Contractor & Landscaping

M & S Contracting
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
must389@gmail.com

TO  Sears
Account# 1733
RTE 87 (NY ST) & CROSS CT PKWY
YONKERS, NY 10704

JOB  Glass

Invoice# 6535

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Upon arrival found 2 glass panels on door broken | | |
| | Took measurements to get glass manufactured as per specs | | |
| | On second trip removed broken glass installed new glass and rubber molding. | | |
| | Labor | | 1800.00 |
| | | | |
| | Materials: | | |
| 2 | 5x7 laminated glass | 600.00 | 1200.00 |
| 2 | Rubber molding | 140.00 | 280.00 |
| | | SUBTOTAL | $3280.00 |
| | | SALES TAX | $268.00 |
| | | TOTAL | $3468.00 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 2

**INVOICE**

Date: January 26, 2019
DUNS # 000589598

General Contractor & Landscaping

M & S Contracting
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
must389@gmail.com

TO  Sears
Account# 1733
RTE 87 (NY ST) & CROSS CT PKWY
YONKERS, NY 10704

JOB  Roof

Invoice# 6550

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Store had leaks from room | | |
| | Walked with Jake on room and we saw bobbles ones we stepped on them they busted | | |
| | Cut out membrane section of 16 feet long by 6 feet wide used fire torch to dry out and installed new membrane | 4400.00 | 4400.00 |
| | Sealed with roof tare and seamed to old | | |
| 5 | Rolls of membrane | 368.00 | 1840.00 |
| | | SUBTOTAL | $6240.00 |
| | | SALES TAX | $522.60 |
| | | TOTAL | $6762.60 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 3

**INVOICE**

Date: January 23, 2019
DUNS # 000589598

General Contractor & Landscaping

M & S Contracting
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
must389@gmail.com

TO  Sears
Account# 1733
RTE 87 (NY ST) & CROSS CT PKWY
YONKERS, NY 10704

JOB  Plumbing

Invoice# 6555

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Faucet leaking | | |
| | Shut water off and cut copper pipe removed bad faucet and installed new welded new copper pipe ran water checked all working | | 620.00 |
| 1 | 8 inch base faucet | | 165.00 |
| | | SUBTOTAL | $785.00 |
| | | SALES TAX | $65.74 |
| | | TOTAL | $850.74 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 4

**INVOICE**

Date: January 23, 2019
DUNS # 000589598

General Contractor & Landscaping

M & S Contracting
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
must389@gmail.com

TO  Sears
Account# 1733
RTE 87 (NY ST) & CROSS CT PKWY
YONKERS, NY 10704

JOB  Plumbing

Invoice# 6555

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Labor: | | |
| | Drains backed up 3rd floor | 1800.00 | 1800.00 |
| | Snaked Drain slowly through pipe until water started flowing again | | |
| | Toilet 3rd leaking found wax leaking | 250.00 | 250.00 |
| | Removed and replaced casket | | |
| | Rubber molding glued to floor | 140.00 | 140.00 |
| | | SUBTOTAL | $2190.00 |
| | | SALES TAX | $183.41 |
| | | TOTAL | $2373.41 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 1

**INVOICE**

Date: January 23, 2019
DUNS # 000589598

*General Contractor & Landscaping*

M & S Contracting
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
msst389@gmail.com

TO  Sears
Account# 1733
RTE 87 (NY ST) & CROSS CT PKWY
YONKERS, NY 10704

JOB  Plumbing

Invoice# 6581

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Pipes on roof are busted from freeze weather | | |
| | Pipes on roof where are broken the tower was not winterized and water froze and creaked pipes | | |
| | Drained system and removed all water | | |
| | Replaced 6 copper pipes 1 inch x 8 feet | | |
| | Replaced 3 VCT pipes | | |
| | Replaced 1 6 inch VCT pipe | 3600.00 | 3600.00 |
| | Installed new Insulation on pipes | | |
| | Installed warm wire wrap on pipes and plugged to power | | |
| 6 | 1 inch copper pipes | 38.85 | 233.10 |
| 9 | Pipe warm kit | 86.54 | 778.86 |
| 3 | VCT Pipes | 10.98 | 32.94 |
| 1 | Box Insulation | 220.00 | 220.00 |
| | | SUBTOTAL | $4864.90 |
| | | SALES TAX | $407.44 |
| | | TOTAL | $5272.34 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 2

**INVOICE**

'29

Date: January 23, 2019
DUNS # 000589598

*General Contractor & Landscaping*

M & S Contracting
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
msst389@gmail.com

TO  Sears
Account# 1733
RTE 87 (NY ST) & CROSS CT PKWY
YONKERS, NY 10704

JOB  Winterized Water tower

Invoice# 6582

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Winterize water tower | | |
| | Drained tower sump and condenser water lines | | |
| | Shut down Tower at electrical disconnect | | |
| | Valved off and drained make up water tower | | |
| | Shut down make up water tower pump at disconnect | | 2900.00 |
| | Drained all condensers water risers at pump room | | |
| | Shut down condenser pumps at electrical disconnects | | |
| 1 | Travel Time with truck | 135.00 | 135.00 |
| | | SUBTOTAL | $3035.00 |
| | | SALES TAX | $254.18 |
| | | TOTAL | $3289.18 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 3

**INVOICE**

Date: October 18, 2018
DUNS # 000589598

*General Contractor & Landscaping*

M & S Landscaping
112 Iroquois RD
Yonkers NY 10710
914-906-5644
Fax914-693-0088
msst389@gmail.com

TO  Sears
Account# 2933
1350 sunrise HWY
Valley Stream NY 11580

JOB  Install closing signs

Invoice 6407B

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Install closing signs on building | | 2800.00 |
| | | SUBTOTAL | $2800.00 |
| | | SALES TAX | $241.50 |
| | | TOTAL | $3041.50 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 4

**INVOICE**

Date: January 8, 2019
DUNS # 000589598

*General Contractor & Landscaping*

M & S Landscaping
112 Iroquois RD
Yonkers NY 10710
914-906-5644
Fax914-693-0088
msst389@gmail.com

TO  Sears
Account# 1924
1350 sunrise HWY
Valley Stream NY 11580

JOB  Heat

Invoice 6517

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Heat in MPU Emits of gas smell | | |
| | Checked system did not find leak | | |
| | Checked all pipes across the ceiling with soap and water spray | | |
| | Did not find any leaks | | 3100.00 |
| | Checked polite and found when system starts there is a delay when it starts to burn | | |
| | Removed and replaced lighter and igniter and polite | | |
| | | SUBTOTAL | $3100.00 |
| | | SALES TAX | $267.38 |
| | | TOTAL | $3367.38 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 1

**INVOICE**

Date: January 10, 2019
DUNS # 000589598

*General Contractor & Landscaping*

M & S Landscaping
112 Iroquois RD
Yonkers NY 10710
914-906-5644
Fax914-693-0088
mssd389@gmail.com

TO  Sears
Account# 1924
1150 sunrise HWY
Valley Stream NY 11580

JOB  Plumbing

Invoice 6520

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Fire Marshall visit store and needed fire hose repaired | | |
| | Removed hoses and removed elbow 2 inch pipe and replaced as requested | | 2100.00 |

| | |
|---|---|
| SUBTOTAL | $2100.00 |
| SALES TAX | $181.13 |
| TOTAL | $2281.13 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 2

**INVOICE**

Date: January 19, 2019
DUNS # 000589598

*General Contractor & Landscaping*

M & S Landscaping
112 Iroquois RD
Yonkers NY 10710
914-906-5644
Fax914-693-0088
mssd389@gmail.com

TO  Sears
Account# 1924
1150 sunrise HWY
Valley Stream NY 11580

JOB  Gate

Invoice 6537

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Gate Broken | | |
| | Adjusted Gate and welded 2 brackets and calibrated, reset motor and tested thoroughly | | 1600.00 |
| | NOTE: Gate needs new spring. Ordered Spring and will return Wednesday to install | | |

| | |
|---|---|
| SUBTOTAL | $1600.00 |
| SALES TAX | $138.00 |
| TOTAL | $1738.00 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 3

**INVOICE**

Date: January 20, 2019
DUNS # 000589598

*General Contractor & Landscaping*

M & S Landscaping
112 Iroquois RD
Yonkers NY 10710
914-906-5644
Fax914-693-0088
mssd389@gmail.com

TO  Sears
Account# 1924
1150 sunrise HWY
Valley Stream NY 11580

JOB  Roof

Invoice 6538

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Roof Leak | | |
| | Found many cracks around vents and corners.  Found ripped membrane around RTU. | | 3500.00 |
| | Repaired all cracks with flashing cement on necessary areas. Cut out ripped membrane and installed new membrane with torch and flashing cement | | |

| | |
|---|---|
| SUBTOTAL | $3500.00 |
| SALES TAX | $301.88 |
| TOTAL | $3801.88 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 4

**INVOICE**

Date: January 23, 2019
DUNS # 000589598

*General Contractor & Landscaping*

M & S Landscaping
112 Iroquois RD
Yonkers NY 10710
914-906-5644
Fax914-693-0088
mssd389@gmail.com

TO  Sears
Account# 1924
1150 sunrise HWY
Valley Stream NY 11580

JOB  Roof

Invoice 6545

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Loading dock heater not working | | |
| | Checked system found that heating coil not working, removed and replaced coil and serviced system | | 2600.00 |
| | System In door entrance is bad need new heater | | |

| | |
|---|---|
| SUBTOTAL | $2600.00 |
| SALES TAX | $224.25 |
| TOTAL | $2824.25 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 1

**INVOICE**

Date: January 26, 2019
DUNS # 000589598

General Contractor & Landscaping

M & S Landscaping
112 Iroquois RD
Yonkers NY 10710
914-906-5644
Fax914-650-0088
msd389@gmail.com

TO  Sears
Account# 6134
1150 sunrise HWY
Valley Stream NY 11580

JOB  Gate

Invoice 6549

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
|  | Gate 5 Upon arrival found gate spring broken Ordered spring |  |  |
|  | Trip two |  | 2800.00 |
|  | 3 man job to take down spring and replace calibrated gate and connected motor checked system all working |  |  |
| 1 | 15 feet spring | 1950.00 | 1950.00 |
|  | SUBTOTAL | | $4750.00 |
|  | SALES TAX | | $409.69 |
|  | TOTAL | | $5159.69 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 2

**INVOICE**

Date: February 8, 2019
DUNS # 000589598

General Contractor & Landscaping

M & S Landscaping
112 Iroquois RD
Yonkers NY 10710
914-906-5644
Fax914-650-0088
msd389@gmail.com

TO  Sears
Account# 6134
1150 sunrise HWY
Valley Stream NY 11580

JOB  Roof Leak

Invoice 6590

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
|  | Roof leaking above escalator Checked roof with operation managers and figured out leaking area Cleaned area and cut out holes used joint tape and membrane and flashing cement | 1900.00 | 1900.00 |
| 2 | Rolls joining tape | 256.00 | 512.00 |
| 1 | Travel time | 135.00 | 135.00 |
| 1 | Roll of membrane | 426.89 | 426.89 |
|  | SUBTOTAL | | $2973.89 |
|  | SALES TAX | | $256.50 |
|  | TOTAL | | $3230.39 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 3

**INVOICE**

Date: January 29, 2019
DUNS # 000589598

General Contractor & Landscaping

M & S Landscaping
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-650-0088
Msd389@aol.com

TO  Sears Auto
Account# 2606
131-08 20th Ave
College Point, NY

JOB  Snow Contract

Invoice  #82014

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
|  | As Per Snow Contract Monthly Invoice | 4600.00 | 4600.00 |
|  | SUBTOTAL | | $4600.00 |
|  | SALES TAX | | $ |
|  | TOTAL | | $4600.00 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 4

**INVOICE**

Date: January 17, 2019
DUNS # 000589598

General Contractor & Landscaping

M & S Landscaping
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-650-0088
Msd389@Gmail.com

TO  Kmart
Account# 3862
5151 Sunrise Highway
Bohemia NY 11716

JOB  Cement fill floors

Invoice #6527

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
|  | Labor |  |  |
|  | Stock room floors had holes |  |  |
|  | Mixed cement and filled all holes for safety 16 spots |  | 2200.00 |
|  | SUBTOTAL | | $2200.00 |
|  | SALES TAX | | $189.75 |
|  | TOTAL | | $2389.75 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 1

INVOICE

Date: January 29, 2019
DUNS # 000589598

M & S Landscaping
112 Iroquois Rd
Yonkers NY 10710
914-006-5644
Fax914-693-0088
Msat388@Gmail.com

TO: Resort
Account# 3862
5151 Sunrise Highway
Bohemia NY 11716

JOB: Sweeping

General Contractor & Landscaping

Invoice# 10010

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Labor | | |
| | As Per Contract monthly invoice | | 1200.00 |
| | | SUBTOTAL | $1200.00 |
| | | SALES TAX | $ |
| | | TOTAL | $1200.00 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 2

INVOICE

Date: January 29, 2019
DUNS # 000589598

M & S Landscaping
112 Iroquois RD
Yonkers NY 10710
914-006-5644
Fax914-693-0088
Msat388@gmail.com

TO: K-Mart
Account# 4871
2280 North Ocean Ave
Farmingville NY

JOB: Electric

General Contractor & Landscaping

Invoice #6543

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Trip one | | |
| | Checked sales floor cooler found it not working checked all electrical and jumped wired it found compressor not working ordered compressor | | |
| | Trip 2 | | |
| | Removed and replaced compressor filled it with Freon and cleaned fans and motor | | 1600.00 |
| | Turned on and checked all working ok waited it for it to cool down and have the right temp | | |
| 1 | Compressor | 1500.00 | 1500.00 |
| | | SUBTOTAL | $3100.00 |
| | | SALES TAX | $267.38 |
| | | TOTAL | $3367.38 |

Make all checks payable to M & S Landscaping!
Thank you for your business!

## Invoice 3

INVOICE

Date: January 29, 2019
DUNS # 000589598

M & S Landscaping
112 Iroquois RD
Yonkers NY 10710
914-006-5644
Fax914-693-0088
Msat388@gmail.com

TO: K-Mart
Account# 4871
2280 North Ocean Ave
Farmingville NY

JOB: Landscaping and clean up

General Contractor & Landscaping

Invoice #10007

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | As Per Contract Monthly Payment | 1500.00 | 1500.00 |
| | | SUBTOTAL | $1500.00 |
| | | SALES TAX | $ |
| | | TOTAL | $1500.00 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 4

INVOICE

Date: January 26, 2019
DUNS # 000589598

M & S Contracting
112 Iroquois RD
Yonkers NY 10710
914-006-5644
Fax914-693-0088
msat388@gmail.com

TO: Sears
Account# 6073
50 Mall Drive West
Jersey City NJ 07310

JOB: Heat

General Contractor A Landscaping

Invoice# 6551

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Upon arrival found heaters not working | | |
| | Checked all heaters all are controlled from a control box gas is running to them | | |
| | One overhead heater needed service | | 1600.00 |
| | Serviced system cleaned with chemical and changed light piolet lite it on and fired it up checked it all working | | |
| | | SUBTOTAL | $1600.00 |
| | | SALES TAX | $112.00 |
| | | TOTAL | $1712.00 |

Make all checks payable to M & S Landscaping
Thank you for your business!



**INVOICE**

Date: February 3 2019
DUNS # 000589598

General Contractor & Landscaping

JOB   Heat controls

M & S Contracting
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
mus038l@gmail.com

TO   Sears
Account# 0073
50 Mall Drive West
Jersey City NJ 07310

Invoice# 0587

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | **This call was on Sunday** | | |
| | Called for Heat controls | | |
| | | | |
| | Service call | | |
| | Checked unit | | |
| | Needed heater coil and controller | | 875.00 |
| | | | |
| | | | |
| | | | |
| 1 | Travel Time | | |
| | | | 135.00 |

| | | |
|---|---|---|
| SUBTOTAL | | $1010.00 |
| SALES TAX | | $70.70 |
| TOTAL | | $1080.70 |

Make all checks payable to M & S Landscaping

**Thank you for your business!**

---



**INVOICE**

Date: October 26, 2018
DUNS # 000589598

General Contractor & Landscaping

JOB   Gate

M & S Landscaping
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
Mus038l@Gmail.com

TO   Sears Auto
Account# 6104
2359 Bedford Ave.
Brooklyn NY 11226

Invoice# 6415B

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Note this was a 2 day job | | |
| | | | |
| 3 | Gate 11 and 16 and 3 broken | 1600.00 | $4800.00 |
| | Removed and installed 3 chains and 3 chain wheels and welded bars | | |

| | | |
|---|---|---|
| SUBTOTAL | | $4800.00 |
| SALES TAX | | $426.00 |
| TOTAL | | $5226.00 |

Make all checks payable to M & S Landscaping

**Thank you for your business!**

---



**INVOICE**

Date: February 3, 2019
DUNS # 000589598

General Contractor & Landscaping

JOB   Gate

M & S Landscaping
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
Mus038l@Gmail.com

TO   Sears Auto
Account# 6104
2359 Bedford Ave.
Brooklyn NY 11226

Invoice# 6575

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Note this was a 4 day job | | |
| | | | |
| | Spring on gate number 21 was broken 3 men to remove and install new | | 900.00 |
| | | | |
| | Gate number 13 change out 8 slots due to bent and damaged | | 700.00 |
| | Removed gate from track and replaces slots | | |
| | | | |
| | Gate number 3 chain and chain hoist broken remove and replaced | | 950.00 |
| | | | |
| 1 | Gate spring | 1380.00 | 1380.00 |
| 8 | 14 feet gate slots | 126.30 | 1010.40 |
| 1 | Chain | 275.00 | 275.00 |
| 1 | Chain hoist wheel | 326.00 | 326.00 |

| | | |
|---|---|---|
| SUBTOTAL | | $5541.00 |
| SALES TAX | | $491.76 |
| TOTAL | | $6032.76 |

Make all checks payable to M & S Landscaping

**Thank you for your business!**

---

**INVOICE**

Date: February 4, 2019
DUNS # 000589598

General Contractor & Landscaping

JOB   Gate

M & S Landscaping
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
Mus038l@Gmail.com

TO   Sears Auto
Account# 6104
2359 Bedford Ave.
Brooklyn NY 11226

Invoice# 6577

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Note this was a 3 day job | | |
| | | | |
| | Spring on gate number 17 was broken 3 men to remove and install new | | 1400.00 |
| | | | |
| 1 | Gate spring | 1380.00 | 1380.00 |

| | | |
|---|---|---|
| SUBTOTAL | | $2780.00 |
| SALES TAX | | $246.73 |
| TOTAL | | $3026.73 |

Make all checks payable to M & S Landscaping

**Thank you for your business!**

## Invoice 1



INVOICE

Date: February 5, 2019
DUNS # 000589598

*General Contractor & Landscaping*

M & S Landscaping
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0068
Msxl389@Gmail.com

TO: Sears Auto
Account# 6104
2359 Bedford Ave.
Brooklyn NY 11226

JOB: Gate 12

Invoice# 6578

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Note this was a 3 day job | | |
| | Chain and Hoist  on gate number 12 was broken remove and install new | | 950.00 |
| 1 | Chain | 275.00 | 275.00 |
| 1 | HD Chain hoist Wheel | 326.00 | 326.00 |
| | | SUBTOTAL | $1551.00 |
| | | SALES TAX | $137.65 |
| | | TOTAL | $1688.65 |

Make all checks payable to M & S Landscaping

**Thank you for your business!**

## Invoice 2

INVOICE

Date: February 5, 2019
DUNS # 000589598

*General Contractor & Landscaping*

M & S Landscaping
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0068
Msxl389@Gmail.com

TO: Sears Auto
Account# 6104
2359 Bedford Ave.
Brooklyn NY 11226

JOB: Glass door

Invoice# 6584

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Main entrance glass door was creaked | | |
| | Removed glass and molding and installed new glass and new rubber molding | | 950.00 |
| 1 | 48x80 Laminated Glass ¾ inch | 650.00 | 650.00 |
| 1 | Rubber molding Kit | 86.48 | 86.48 |
| 1 | Travel Time | 135.00 | 135.00 |
| | | SUBTOTAL | $1821.48 |
| | | SALES TAX | $161.66 |
| | | TOTAL | $1983.14 |

Make all checks payable to M & S Landscaping

**Thank you for your business!**

## Invoice 3



INVOICE

Date: January 15, 2019
DUNS # 000589598

*General Contractor & Landscaping*

M & S Landscaping
112 Iroquois RD
Yonkers NY 10710
914-906-5644
Fax914-693-0068
exxxl389@gmail.com

TO: Sears
Account# 6134
1150 sunrise HWY
Valley Stream NY 11580

JOB: Gate

Invoice #6525

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Removed and installed  chains and  chain wheels and welded bars | | 2300.00 |
| | Removed and replaced 2 sections | | |
| | | SUBTOTAL | $2300.00 |
| | | SALES TAX | $198.38 |
| | | TOTAL | $2498.38 |

Make all checks payable to M & S Landscaping

**Thank you for your business!**

## Invoice 4

INVOICE

Date: January 17, 2019
DUNS # 000589598

*General Contractor & Landscaping*

M & S Landscaping
112 Iroquois RD
Yonkers NY 10710
914-906-5644
Fax914-693-0068
msxl389@gmail.com

TO: Sears
Account# 6134
1150 sunrise HWY
Valley Stream NY 11580

JOB: Gate

Invoice #6528

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Gate Motor not working | | 1500.00 |
| | Removed and replaced motor celibate gate checked all working | | |
| 1 | Refurbished Motor 5213 | 975.00 | 975.00 |
| | | SUBTOTAL | $2475.00 |
| | | SALES TAX | $213.47 |
| | | TOTAL | $2688.47 |

Make all checks payable to M & S Landscaping

**Thank you for your business!**

## Invoice 1

**INVOICE**

Date: January 4, 2019
DUNS # **000589598**

*General Contractor & Landscaping*

M & S Contracting
420 Broadway
Dobbs Ferry, NY 10522
914-906-5644
Fax914-693-0088
Must080@gmail.com

TO  K-Mart
Account# 7654
300 Baychester Ave
Bronx , NY

JOB  Automatic Door

Invoice #6511

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Automatic doors not working | 1360.00 | 1360.00 |
| | MPU Doors not closing<br>INSPECTED DOOR SYSTEM -System not working<br>Removed broken and shorted parts<br>Installed new top Guide Assembly<br>Installed new Main Control<br>Aligned doors and calibrated tested system all working | | |
| 1 | Upper Guide Assembly | 385.00 | 385.00 |
| 1 | Wire Harness assembly | 888.50 | 888.50 |
| | | SUBTOTAL | $2833.50 |
| | | SALES TAX | $233.72 |
| | | TOTAL | $2867.22 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 2

**INVOICE**

Date: January 15, 2019
DUNS # **000589598**

*General Contractor & Landscaping*

M & S Contracting
420 Broadway
Dobbs Ferry, NY 10522
914-906-5644
Fax914-693-0088
Must080@gmail.com

TO  K-Mart
Account# 7654
300 Baychester Ave
Bronx , NY

JOB  Dry wall

Invoice #6524

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Stock room drywall holes | | |
| | Stock room had broken drywall threw out the room | | |
| | Cut out 28 different holes in different locations | 2900.00 | 2900.00 |
| | Installed new 5/8 sheet rock as per code | | |
| | Compounded and plaster and tape | | |
| | | SUBTOTAL | $2900.00 |
| | | SALES TAX | $257.38 |
| | | TOTAL | $3157.38 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 3

**INVOICE**

Date: February 2, 2019
DUNS # **000589598**

*General Contractor & Landscaping*

M & S Contracting
420 Broadway
Dobbs Ferry, NY 10522
914-906-5644
Fax914-693-0088
Must080@gmail.com

TO  K-Mart
Account# 7654
300 Baychester Ave
Bronx , NY

JOB  Plumbing

Invoice #6572



| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Café had pipe leak in wall | | |
| | Opened wall found busted pipe<br>Cut out pipe and replaced with ¾ inch copper pipe<br>Welded 2 capelins and tested all good<br>Replaced drywall and glued new FRP | 2600.00 | 2600.00 |
| | | SUBTOTAL | $2600.00 |
| | | SALES TAX | $230.75 |
| | | TOTAL | $2830.75 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 4

**INVOICE**

Date: January 21, 2019
DUNS # **000589598**

*General Contractor & Landscaping*

M & S Contracting
112 Iroquois RD
Yonkers NY 10710
914-906-5644
Fax914-693-0088
Must080@gmail.com

TO  Kmart
Account# 7749
250 W 34 Street
New York NY 10199

JOB  Plumbing

Invoice#6539



| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Upon arrival found toilet water would not shut off and pipe was leaking in men's restroom | | |
| | Cut pipe and replaced. Installed new flushometer. | 800.00 | 800.00 |
| 1 | PARTS<br>Flushometer | 389.00 | 389.00 |
| 1 | Travel Time | 135.00 | 135.00 |
| | | SUBTOTAL | $1324.00 |
| | | SALES TAX | $117.51 |
| | | TOTAL | $1,441.51 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice #6540

INVOICE

Date: January 21, 2019
DUNS # 000589598

General Contractor & Landscaping

M & S Contracting
112 Iroquois RD
Yonkers NY 10710
914-906-5644
Fax914-693-0088
Must380@gmail.com

TO  Kmart
Account# 7749
250 W 34 Street
New York NY 10199

JOB  Electrical

Invoices#6540

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Breakers for register for computer box keeps going off - controls ATM, TV, and 2 registers and a deploy case. | | |
| | Checked power circuit box. Found that line pulled too many amps for that circuit. Split the circuit and installed 2 new lines and 2 new breakers so original circuit will now have 3 circuits instead of one. | | |
| | Ran 2 new lines and installed 2 new breakers and terminated accordingly. | | 1900.00 |
| | PARTS | | |
| 2 | 20 Amp Breakers | 80.00 | 160.00 |
| 1 | 250ft 12-3 BX wire | 389.00 | 389.00 |
| 1 | Travel Time | 135.00 | 135.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $2584.00 |
| | SALES TAX | $229.33 |
| | TOTAL | $2,813.33 |

Make all checks payable to M & S Landscaping

**Thank you for your business!**

## Invoice #6546

INVOICE

Date: January 26, 2019
DUNS # 000589598

General Contractor & Landscaping

M & S Contracting
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
Must380@gmail.com

TO  Kmart
Account# 7749
250 W 34 Street
New York NY 10199

JOB  Plumbing

Invoices#6546

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Plumbing in restroom | | |
| | Flush o meter not working | | |
| | Shut water off removed piping and removed and replaced flush o meter | | 960.00 |
| 1 | Flush O meter | 389.20 | 389.20 |
| 1 | Travel Time | 135.00 | 135.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $1484.20 |
| | SALES TAX | $131.72 |
| | TOTAL | $1615.92 |

Make all checks payable to M & S Landscaping

**Thank you for your business!**

## Invoice # 6526

INVOICE



Date: January 17, 2019
DUNS # 000589598

General Contractor & Landscaping

M & S Contracting
112 Iroquois Rd
Yonkers N.Y 10710
914-906-5644
Fax914-693-0088
Must380@gmail.com

TO  Kmart
Account# 7777
770 Broadway
New York , NY 10003
Click here to enter text.

JOB  Auto matic Doors

Invoice # 6526

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Automatic door service | | 3200.00 |
| | Upon inspection system has shored /defective parts | | |
| | Removed defective parts | | |
| | Installed new 1 Main control | | |
| | Installed 1 wire harness assembly | | |
| | Installed 1 rocker switch assembly | | |
| | Calibrated unit | | |
| | Cleaned and lubricated | | |
| | Main control | | 1685.50 |
| | Wire Harness assembly | | 788.50 |
| | Rocker Switch assembly | | 222.33 |

| | | |
|---|---|---|
| | SUBTOTAL | $5865.83 |
| | SALES TAX | $523.25 |
| | TOTAL | $6419.08 |

Make all checks payable to M & S Landscaping

**Thank you for your business!**

## Invoice # 6547

INVOICE

Date: January 26, 2019
DUNS # 000589598

General Contractor & Landscaping

M & S Contracting
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
Must380@gmail.com

TO  Kmart
Account# 7777
770 Broadway
New York , NY 10003
Click here to enter text.

JOB  Lights

Invoice # 6547

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Basement light out | | |
| | Checked lights found light bulbs out removed and replaced light bulbs where needed | | |
| | Store complained that they need more lighting checked why half of the light are out found that store cannot control they are on energy save mode did not override | | 1800.00 |
| 1 | Travel Time | 135.00 | 135.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $1935.00 |
| | SALES TAX | $171.73 |
| | TOTAL | $2106.73 |

Make all checks payable to M & S Landscaping

**Thank you for your business!**

## Invoice 1

INVOICE

Date: February 1, 2019
DUNS # 000589598

M & S Contracting
112 Iroquois Rd
Yonkers N.Y 10710
914-906-5644
Fax914-693-0088
Must389@gmail.com

TO: Kmart
Accras# 7777
770 Broadway
New York , NY 10003
Click here to enter text.

JOB: HVAC

Invoice # 6565

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Switched over of Packaged carrier 6 units from BMS to Traditional thermostat for ON/OFF operation | | |
| | Tested all steam actuators for proper open /close operation | | |
| | Opened all return air dampers manually for space servicing 100% | | |
| | Put all return condensate pumps 3 to auto and checked for proper operation | | 10196.00 |
| | Changed all return air filters | | |
| | Wired units where building had them cut off | | |
| | Checked system all working | | |
| 5 | Boxes filters | 229.00 | 1145.00 |
| 6 | Thermostat | 629.00 | 3774.00 |
| 4 | 10/3 wire | 489.00 | 1956.00 |
| 4 | Travel Time | 135.00 | 540.00 |
| | | SUBTOTAL | $17611.00 |
| | | SALES TAX | $1562.98 |
| | | TOTAL | $19173.98 |

Make all checks payable to M & S Landscaping
**Thank you for your business!**

## Invoice 2

INVOICE

Date: January 28, 2019
DUNS # 000589598

M & S Contracting
112 Iroquois Rd
Yonkers N.Y 10710
914-906-5644
Fax914-693-0088
Must089@gmail.com

TO: Kmart
Accras# 7777
770 Broadway
New York , NY 10003
Click here to enter text.

JOB: Electrical

Invoice # 6116

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Note this Job will be after closing hours for 3 nights | | |
| | Ran new power to install new Fixtures in the main entrance of store, Ran BX wire in ceiling to J box | | |
| | Replaced 6 fixtures from 277 power to 110 | | 2500.00 |
| | Ran new power to Main window and installed new Track for lighting | | |
| | Replaced 3 fixtures in the bottom floor | | |
| | | SUBTOTAL | $2500.00 |
| | | SALES TAX | $221.88 |
| | | TOTAL | $2721.88 |

Make all checks payable to M & S Landscaping
**Thank you for your business!**

## Invoice 3

INVOICE

Date: January 29, 2019
DUNS # 000589598

M & S Contracting
112 Iroquois Rd
Yonkers N.Y 10710
914-906-5644
Fax914-693-0088
Must389@gmail.com

TO: Kmart
Accras# 7777
770 Broadway
New York , NY 10003
Click here to enter text.

JOB: Plumbing

Invoice # 6568



| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Flush O Meter broken | | |
| | Females Restroom Flush o meter broken | | |
| | Shut off water lines removed flush o meter and replaced | 600.00 | 600.00 |
| 1 | Travel Time | 135.00 | 135.00 |
| 1 | Flush O meter | 369.00 | 369.00 |
| | | SUBTOTAL | $1104.00 |
| | | SALES TAX | $97.98 |
| | | TOTAL | $1201.98 |

Make all checks payable to M & S Landscaping
**Thank you for your business!**

## Invoice 4

INVOICE

Date: January 28, 2019
DUNS # 000589598

M & S Contracting
112 Iroquois Rd
Yonkers N.Y 10710
914-906-5644
Fax914-693-0088
Must089@gmail.com

TO: Kmart
Accras# 7777
770 Broadway
New York , NY 10003
Click here to enter text.

JOB: Electrical

Invoice # 6116

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Note this Job will be after closing hours for 3 nights | | |
| | Ran new power to install new Fixtures in the main entrance of store, Ran BX wire in ceiling to J box | | |
| | Replaced 6 fixtures from 277 power to 110 | | 2500.00 |
| | Ran new power to Main window and installed new Track for lighting | | |
| | Replaced 3 fixtures in the bottom floor | | |
| | | SUBTOTAL | $2500.00 |
| | | SALES TAX | $221.88 |
| | | TOTAL | $2721.88 |

Make all checks payable to M & S Landscaping
**Thank you for your business!**

## Invoice 1

INVOICE

Date: February 5, 2019
DUNS # 000589598

*General Contractor & Landscaping*

M & S Contracting
112 Iroquois Rd
Yonkers N.Y 10710
914-906-5644
Fax914-693-0088
MssO88@Gmail.com

TO  Kmart
Account# 7777
770 Broadway
New York , NY 10003
Click here to order text

JOB  ADA Metal plate

Invoice # 6588

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Trip 1 | | |
| | Upon arrival found door not working tested all found metal plates broken Removed and inspected all found broken transmitter placed order for parts | 2800.00 | 2800.00 |
| | Trip 2 Removed plates and transmitter and installed new Tested all and calibrated all working | | |
| 2 | Handicap Metal Plates Push | 450.00 | 900.00 |
| 1 | Transmitter | 1240.00 | 1240.00 |
| 2 | Travel time | 135.00 | 270.00 |

| | |
|---|---|
| SUBTOTAL | $5210.00 |
| SALES TAX | $462.39 |
| TOTAL | $5672.39 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 2

INVOICE

Date: January 8, 2019
DUNS # 000589598

*General Contractor & Landscaping*

M & S Contracting Inc.
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
MsO88@Gmail.com

TO  Swan
Account# 1404
800 Sunrise mall
Massapequa NY 11758

JOB  HVAC

Invoice# 6521

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Labor | | |
| | Reported to site for complaint of no heating zone 15,16,8,3, upon arrival found all RTU not Operating. Contacted BMS company and discovered system were locked out on outside ambient temp, set points were overridden and started trouble shooting found units 3,8 with burnt electrical connection in burner sections, made necessary repairs and unit fired up. Unit 16 has a lack of gas due to slightly restricted gas line blew out nitrogen and now unit is working ok. Unit 15 BMS company could not override set point so could not get on troubleshoot | | 3400.00 |
| 1 | Electrical Miscellaneous | 320.00 | 320.00 |

| | |
|---|---|
| SUBTOTAL | $3720.00 |
| SALES TAX | $320.85 |
| TOTAL | $4040.85 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 3

INVOICE

Date: February 1, 2019
DUNS # 000589598

*General Contractor & Landscaping*

M & S Landscaping
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
MsO88@Gmail.com

TO  Kmart
Account# 9361
830 New York Ave
Huntington NY 11932

JOB  Remove signs

Invoice# 6569

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Labor | | |
| | Boom truck needed | | |
| | Removed Closing sign and filled holes | | |
| | Removed all Banners | | 2600.00 |

| | |
|---|---|
| SUBTOTAL | $2600.00 |
| SALES TAX | $224.25 |
| TOTAL | $2824.25 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 4

INVOICE

Date: January 5, 2019
DUNS # 000589598

*General Contractor & Landscaping*

M & S Landscaping
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
MsO88@aol.com

TO  Kmart
Account# 9414
Route 116, 355 Downing Dr.
Yorktown Heights NY

JOB  Drain

Invoice #6513

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Rest rooms backed up | | |
| | Removed toilet and inserted ran Electric drain machine through line in order to clear stoppage it did not clear Opened clear out drain and inserted drain machine ran for 120 feet and cleared stoppage Reset toilet and hooked up flush o meter and ran it tested all working | 1500.00 | 1500.00 |

| | |
|---|---|
| SUBTOTAL | $1500.00 |
| SALES TAX | $110.63 |
| TOTAL | $1610.63 |

Make all checks payable to M & S Landscaping
Thank you for your business!



## INVOICE

Date: January 8, 2019
DUNS # 000589598

M & S Landscaping
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
Must389@aol.com

General Contractor & Landscaping

TO  Kmart
Account# 9414
Route 118, 355 Downing Dr.
Yorktown Heights NY

JOB  Heat

Invoice #8518

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Heaters in stock rooms not working | | |
| | Heater near loading door has bad Fan and Igniter | | |
| | Removed fan and igniter and replaced with new Other 2 overhead heaters had broken belts removed and replaced belts and serviced both cleaned coils and fans and filters | 4500.00 | 4500.00 |

| | |
|---|---|
| SUBTOTAL | $4500.00 |
| SALES TAX | $331.88 |
| TOTAL | $4831.88 |

Make all checks payable to M & S Landscaping
**Thank you for your business!**

---



## INVOICE

Date: January 28, 2019
DUNS # 000589598

M & S Landscaping
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
Must389@aol.com

General Contractor & Landscaping

TO  Kmart
Account# 9414
Route 118, 355 Downing Dr.
Yorktown Heights NY

JOB  Roof

Invoice #8560

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Roof Leak Cut out 4 sections of roof where had holes in Membrane removed old and cleaned area and used torch to heat areas and installed new roof rubber and sealer | | 3500.00 |
| | Note this was 2 days job with 3 employees | | |
| 4 | Rolls rubber membrane | 426.89 | 1707.56 |

| | |
|---|---|
| SUBTOTAL | $5207.56 |
| SALES TAX | $384.06 |
| TOTAL | $5591.62 |

Make all checks payable to M & S Landscaping
**Thank you for your business!**

---

## INVOICE

Date: January 29, 2019
DUNS # 000589598

M & S Landscaping
420 Broadway
Dobbs Ferry, NY 10522
914-906-5644
Fax914-693-0088
Must389@gmail.com

General Contractor & Landscaping

TO  K-Mart
Account# 9416
399 Tarrytown RD
Crossroads Plaza
Greenburgh, NY 10607

JOB  Snow Contract

Invoice #82/014

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | As Per contract Monthly Payment | | 1200.00 |

| | |
|---|---|
| SUBTOTAL | $1200.00 |
| SALES TAX | |
| TOTAL | $1200.00 |

Make all checks payable to M & S Landscaping
**Thank you for your business!**

---



## INVOICE

Date: January 17, 2019
DUNS # 000589598

M & S Landscaping
420 Broadway
Dobbs Ferry, NY 10522
914-906-5644
Fax914-693-0088
Must389@gmail.com

General Contractor & Landscaping

TO  K-Mart
Account# 9416
399 Tarrytown RD
Crossroads Plaza
Greenburgh, NY 10607

JOB  Electric

Invoice #8529

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Remove power from seasonal | | |
| | Removed all power cored and EMT Pipes from ceiling in Xmes trees and shelving | 1700.00 | 1700.00 |
| | Capped wires and install in J boxes as per code | | |

| | |
|---|---|
| SUBTOTAL | $1700.00 |
| SALES TAX | $125.38 |
| TOTAL | $1825.38 |

Make all checks payable to M & S Landscaping
**Thank you for your business!**

## Invoice 1

INVOICE

Date: January 4, 2019
DUNS # 000589598

M & S Landscaping
112 Iroquois Rd.
Yonkers, NY 10710
914-906-5644
Fax914-693-0088
Must389@gmail.com

TO  Kmart
Account# 9426
1998 Bruckner Blvd.
Bronx N.Y. 10473

JOB  Front gate

Invoice #6510

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Store front gate would not operate good | | |
| | | | |
| | Checked gate found that it was getting stuck on a bracket | | |
| | Opened crew space and welded the bracket back | | |
| | Greased the gate and track all working | 1600.00 | 1600.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $1600.00 |
| | SALES TAX | $142.00 |
| | TOTAL | $1742.00 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 2

INVOICE

Date: January 12, 2019
DUNS # 000589598

M & S Landscaping
112 Iroquois Rd.
Yonkers, NY 10710
914-906-5644
Fax914-693-0088
Must389@gmail.com

TO  Kmart
Account# 9426
1998 Bruckner Blvd.
Bronx N.Y. 10473

JOB  Automatic doors

Invoice #6518

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Inspected door system -Main Exit inner door slider | | |
| | 1/4/2019 | | |
| | Removed shorted and broken parts | 135.00 | 135.00 |
| | Need to order will return | 135.00 | 810.00 |
| 2Men3 hours | Travel time | | |
| | Labor | 660.50 | 660.50 |
| | 1/7/2019 | 1485.00 | 1485.00 |
| | Furnished Motor Assembly | 485.00 | 970.00 |
| | Furnished Gearbox | | |
| | Furnished 2 bottom Guides | | |
| | Calibrated | | |
| | Walked tested ALL OK | 135.00 | 135.00 |
| 2Men5hours | Travel | 1350.00 | 1350.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $5545.50 |
| | SALES TAX | $492.16 |
| | TOTAL | $6037.66 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 3



INVOICE

Date: January 21, 2019
DUNS # 000589598

M & S Landscaping
112 Iroquois Rd.
Yonkers, NY 10710
914-906-5644
Fax914-693-0088
Must389@gmail.com

TO  Sears Appliance
Account# 9426
1998 Bruckner Blvd.
Bronx N.Y. 10473

JOB  Heat

Invoice #6541

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Found 2 heating units not working in the Appliance Store | | |
| | | | |
| | Removed Drop Ceiling to get to Heating units and found both | | |
| | heating coils on both units bad. | | 2200.00 |
| | | | |
| | Removed and replaced heating coils. | | |
| | | | |
| | PARTS | | |
| 2 | Heating Coils | 640.00 | 1280.00 |

| | | |
|---|---|---|
| | SUBTOTAL | $3480.00 |
| | SALES TAX | $308.85 |
| | TOTAL | $3,788.85 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 4



INVOICE

Date: January 26, 2019
DUNS # 000589598

M & S Landscaping
112 Iroquois Rd.
Yonkers, NY 10710
914-906-5644
Fax914-693-0088
Must389@gmail.com

TO  Sears Appliance
Account# 9426
1998 Bruckner Blvd.
Bronx N.Y. 10473

JOB  Fire sprinkler head

Invoice #6542

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Emergency call | | |
| | | | |
| | Fire head broken pipe leaking in store | | |
| | Shut off fire system drain out water | | 1700.00 |
| 2 | Removed and replaced head | | |
| | Filled system with water checked for leaks all working | | |

| | | |
|---|---|---|
| | SUBTOTAL | $1700.00 |
| | SALES TAX | $150.88 |
| | TOTAL | $1850.88 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice #6566

INVOICE

Date: January 29, 2019
DUNS # 000589598
M & S Landscaping
112 Iroquois Rd.
Yonkers, NY 10710
914-906-5644
Fax914-693-0068
Mud389@gmail.com

General Contractor & Landscaping

TO  Sears Appliance
Account# 9420
1998 Bruckner Blvd.
Bronx N.Y. 10473

JOB  Light

Invoice #6566

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Post light out on building | | |
| | Boom truck needed | | |
| | Removed and replace 1000 w metal Highlight and transformer | | 1900.00 |
| | Removed night sign and replaced 6, 7 feet h output light bulbs 7 feet | | |
| | Removed and replace 1 spot light | | |
| 1 | 480v to 277 v transformer | 129.00 | 129.00 |
| 1 | 1000 w Metal highlight | 86.00 | 86.00 |
| 6 | 7 foot h output light bulb | 30.00 | 180.00 |
| | SUBTOTAL | | $2295.00 |
| | SALES TAX | | $203.68 |
| | TOTAL | | $2798.68 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice #6567

INVOICE

Date: January 29, 2019
DUNS # 000589598
M & S Landscaping
112 Iroquois Rd.
Yonkers, NY 10710
914-906-5644
Fax914-693-0068
Mud389@gmail.com

General Contractor & Landscaping

TO  Sears Appliance
Account# 9420
1998 Bruckner Blvd.
Bronx N.Y. 10473

JOB  Freezer out

Invoice #6567

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Freezer not worker | | |
| 1 | Upon arrival checked freezer found compres bad | 1500.00 | 1500.00 |
| | Trip 2 | | |
| | Remove and install compressor and fill with Freon | | |
| 1 | Compressor | 1700.00 | 1700.00 |
| | SUBTOTAL | | $3200.00 |
| | SALES TAX | | $284.00 |
| | TOTAL | | $3484.00 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice #6571

INVOICE

Date: February 2, 2019
DUNS # 000589598
M & S Landscaping
112 Iroquois Rd.
Yonkers, NY 10710
914-906-5644
Fax914-693-0068
Mud389@gmail.com

General Contractor & Landscaping

TO  Sears Appliance
Account# 9420
1998 Bruckner Blvd.
Bronx N.Y. 10473

JOB  Drop ceiling

Invoice #6571

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Drop ceiling falling | | |
| | Checked drop ceiling found tracks broken and wire holding up the track broken | | 1900.00 |
| | Replaced broken track | | |
| | Replaced broken wires in 20 spots | | |
| | Replaced broken ceiling tiles | | |
| | SUBTOTAL | | $1900.00 |
| | SALES TAX | | $168.63 |
| | TOTAL | | $2068.63 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice #6573

INVOICE

Date: February 2, 2019
DUNS # 000589598
M & S Landscaping
112 Iroquois Rd.
Yonkers, NY 10710
914-906-5644
Fax914-693-0068
Mud389@gmail.com

General Contractor & Landscaping

TO  Kmart
Account# 9420
1998 Bruckner Blvd.
Bronx N.Y. 10473

JOB  HVAC

Invoice #6573



| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Heat to weak | | |
| | Checked system and found dampers opened closed dammare and changed filters | | 1500.00 |
| | Checked Thermostat found bad connecters | | |
| | Replaced thermostat | | |
| 1 | Thermostat | 369.00 | 369.00 |
| | SUBTOTAL | | $1869.00 |
| | SALES TAX | | $165.87 |
| | TOTAL | | $2034.87 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## Invoice 1



**INVOICE**

*General Contractor & Landscaping*

Date: January 29, 2019
DUNS # 000589598
M & S Landscaping
112 Iroquois Rd
Yonkers, NY 10710
914-906-5644
Fax914-693-0088
Mus089@gmail.com

TO  Kmart
Account# 9420
1998 Bruckner Blvd.
Bronx N.Y. 10473

JOB  Landscaping and cleaning

Invoice #1001-#

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | As Per contract Monthly  Invoice | 1426.00 | 1426.00 |
| | | SUBTOTAL | $1426.00 |
| | | SALES TAX | $ |
| | | TOTAL | $1426.00 |

Make all checks payable to M & S Landscaping
**Thank you for your business!**

## Invoice 2

**INVOICE**

*General Contractor & Landscaping*

Date: January 29, 2019
DUNS # 000589598
M & S Landscaping
112 Iroquois Rd
Yonkers, NY 10710
914-906-5644
Fax914-693-0088
Mus089@gmail.com

TO  Kmart
Account# 9420
1998 Bruckner Blvd.
Bronx N.Y. 10473

JOB  Snow Contract

Invoice #82015

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | As Per Snow contract Monthly  Invoice | 2500.00 | 2500.00 |
| | | SUBTOTAL | $2500.00 |
| | | SALES TAX | $ |
| | | TOTAL | $2500.00 |

Make all checks payable to M & S Landscaping
**Thank you for your business!**

## Invoice 3

**INVOICE**

*General Contractor & Landscaping*

Date: January 17, 2019
DUNS # 000589598
M & S Landscaping
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
Mus089@Gmail.com

TO  Kmart
Account# 9423
2044 Montauk Highway
Bridgehampton NY 11932

JOB  Plumbing

Invoice# 6530

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Labor | | |
| | Leaking pipes
Checked all pipes under sink found creaked pipe and leaking faucet
Removed and replaced pipe and faucet | | 1100.00 |
| | | SUBTOTAL | $1100.00 |
| | | SALES TAX | $94.88 |
| | | TOTAL | $1194.88 |

Make all checks payable to M & S Landscaping
**Thank you for your business!**

## Invoice 4

**INVOICE**

*General Contractor & Landscaping*

Date: January 17, 2019
DUNS # 000589598
M & S Landscaping
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
Mus089@Gmail.com

TO  Kmart
Account# 9423
2044 Montauk Highway
Bridgehampton NY 11932

JOB  Heat RTU

Invoice# 6531

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Labor | | |
| | RTU #3
RTU not working
Check unit on roof found no power switched on breaker it would not work
Removed and replaced beaker box on room
Switched on on worked | | 2600.00 |
| | | SUBTOTAL | $2600.00 |
| | | SALES TAX | $224.25 |
| | | TOTAL | $2824.25 |

Make all checks payable to M & S Landscaping
**Thank you for your business!**



### INVOICE

Date: January 24, 2019
DUNS # 000589598
M & S Landscaping
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
Must389@Gmail.com

TO    Kmart
Account# 9423
2044 Montauk Highway
Bridgehampton NY 11932

JOB    Service call

Invoice# 6557

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Labor | | |
| | Called for no heat | | |
| 2 men 3 hours | Upon arrival found units off checked all system all seems good checked thermostat found cannot be controlled by store called phoenix and had them bring up temp Store has to notify Phoenix to bring up temp when store is cold | | 750.00 |
| 1 | Travel time | 135.00 | 135.00 |

| | | |
|---|---|---|
| SUBTOTAL | $885.00 |
| SALES TAX | $76.33 |
| TOTAL | $961.33 |

Make all checks payable to M & S Landscaping
Thank you for your business!



### INVOICE

Date: January 24, 2019
DUNS # 000589598
M & S Landscaping
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
Must389@Gmail.com

TO    Kmart
Account# 9423
2044 Montauk Highway
Bridgehampton NY 11932

JOB    Tiles

Invoice# 6576

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Labor | | |
| | Tiles | | |
| | Broken tiles on entrance of store ,front area of store ,front of resistors ,in different tiles | | |
| | Used blow torch to remove broken tiles removed tiles and cleaned ,used patch to level floor ,used HD blowers to dry spread glue ,used blowers to dry glue ,install tiles 663 feet | 5.00 | 3315.00 |
| 15 | Boxes VCT tiles 1115911 | 45.73 | 685.95 |
| 1 | Travel time | 135.00 | 135.00 |
| 2 | 5 Gallon VCT Glue | 55.00 | 110.00 |
| 10 | 25 Lb Floor Patch | 42.00 | 420.00 |

| | | |
|---|---|---|
| SUBTOTAL | $4665.95 |
| SALES TAX | $402.44 |
| TOTAL | $5068.39 |

Make all checks payable to M & S Landscaping
Thank you for your business!



### INVOICE

Date: January 24, 2019
DUNS # 000589598
M & S Landscaping
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
Must389@Gmail.com

TO    Kmart
Account# 9423
2044 Montauk Highway
Bridgehampton NY 11932

JOB    Tiles

Invoice# 6588

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Labor | | |
| | Store requested more tiles to be changed | | |
| | Removed broken tiles from different isles Patched floor to level floor Used HD Blowers to dry Spread glue and used blower to dry Installed VCT Tiles 135 sq. Feet | 5.00 | 675.00 |
| 3 | Boxes of VCT Tiles 1115911 | 45.73 | 137.19 |
| 1 | Travel time | 135.00 | 135.00 |
| 1 | 5 Gallon VCT Glue | 55.00 | 55.00 |
| 2 | 25LB floor Patch | 42.00 | 84.00 |

| | | |
|---|---|---|
| SUBTOTAL | $1086.19 |
| SALES TAX | $93.68 |
| TOTAL | $1179.87 |

Make all checks payable to M & S Landscaping
Thank you for your business!

### INVOICE

Date:
DUNS # 000589598
M & S Landscaping
112 Iroquois Rd
Yonkers, NY 10710
914-906-5644
Fax914-693-0088
Must389@gmail.com

TO    Kmart
Account# 9439
1099 Bruckner Blvd.
Bronx N.Y, 10473

JOB    Trash remove

Invoice #10009

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | As Per Contract monthly Payment | 240.00 | 2400.00 |

| | | |
|---|---|---|
| SUBTOTAL | $2400.00 |
| SALES TAX | $ |
| TOTAL | $2400.00 |

Make all checks payable to M & S Landscaping
Thank you for your business!

## INVOICE

Date: January 29, 2019
DUNS # 000589598

M & S Landscaping
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
Must389@aol.com

General Contractor & Landscaping

TO   Kmart
Account# 9414
Route 118, 355 Downing Dr.
Yorktown Heights NY

JOB   Landscaping and cleaning

Invoice #10008

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | As Per Contract Monthly Payment | | |
| | | 3500.00 | 3500.00 |

| | |
|---|---|
| SUBTOTAL | $3500.00 |
| SALES TAX | $ |
| TOTAL | $3500.00 |

Make all checks payable to M & S Landscaping
**Thank you for your business!**

---

## INVOICE

Date: January 29, 2019
DUNS # 000589598

M & S Landscaping
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
Must389@aol.com

General Contractor & Landscaping

TO   Kmart
Account# 9414
Route 118, 355 Downing Dr.
Yorktown Heights NY

JOB   Landscaping and cleaning

Invoice #10012

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | As Per Contract Monthly Payment | | |
| | | 3500.00 | 3500.00 |

| | |
|---|---|
| SUBTOTAL | $3500.00 |
| SALES TAX | $ |
| TOTAL | $3500.00 |

Make all checks payable to M & S Landscaping
**Thank you for your business!**

---

## INVOICE



Date: January 29, 2019
DUNS # 000589598

M & S Landscaping
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
Must389@Gmail.com

General Contractor & Landscaping

TO   Kmart
Account# 3862
5151 Sunrise Highway
Bohemia NY 11716

JOB   Landscaping and Cleaning

Invoice# 10016

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Labor | | |
| | As Per Contract monthly invoice | | 1200.00 |

| | |
|---|---|
| SUBTOTAL | $1200.00 |
| SALES TAX | $ |
| TOTAL | $1200.00 |

Make all checks payable to M & S Landscaping
**Thank you for your business!**

---

## INVOICE

Date: February 28, 2019
DUNS # 000589598

M & S Landscaping
112 Iroquois RD
Yonkers NY 10710
914-906-5644
Fax914-693-0088
Must389@gmail.com

General Contractor & Landscaping

TO   K-Mart
Account# 4971
2280 North Ocean Ave
Farmingville NY

JOB   Landscaping and clean up

Invoice #10019

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | As Per Contract Monthly Payment | | |
| | | 2800.00 | 2800.00 |

| | |
|---|---|
| SUBTOTAL | $2800.00 |
| SALES TAX | $ |
| TOTAL | $2800.00 |

Make all checks payable to M & S Landscaping
**Thank you for your business!**

## INVOICE



*General Contractor & Landscaping*

Date: April 9, 2018
DUNS # 000589598

M & S Contracting
112 Iroquois Rd
Yonkers N.Y 10710
914-906-5644
Fax914-693-0088
Must389@gmail.com

TO  Kmart
Account# 7777
770 Broadway
New York , NY 10003
Click here to enter text.

JOB  Electrical

Invoice # 6116

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Note this Job will be after closing hours for 3 nights | | |
| | Ran new power to install new Fixtures in the main entrance of store, Ran BX wire in ceiling to J box | | |
| | Replaced 6 fixtures from 277 power to 110 | | |
| | Ran new power to Main window and installed new Track for lighting | | 2500.00 |
| | Replaced 3 fixtures in the bottom floor | | |

| | | |
|---|---|---|
| SUBTOTAL | | $2500.00 |
| SALES TAX | | $221.88 |
| TOTAL | | $2721.88 |

Make all checks payable to M & S Landscaping

**Thank you for your business!**

## INVOICE

*General Contractor & Landscaping*

Date: January 24, 2019
DUNS # 000589598

M & S Contracting
112 Iroquois Rd
Yonkers NY 10710
914-906-5644
Fax914-693-0088
must389@gmail.com

TO  Sears
Account# 1733
RTE 87 (NY ST) & CROSS CT PKWY
YONKERS, NY 10704

JOB  Boiler

Invoice# 6552

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Boiler not working | | |
| | Upon arrival found boiler not working checked system and found piolet not on | | |
| | Removed and replaced piolet and fired it up once it was let the boiler turned off found senor bad | | 1560.00 |
| | Removed and replaced senor all working | | |
| 1 | RTF 1612 Piolet | 329.60 | 329.60 |
| 1 | Heat senor | 521.36 | 521.36 |

| | | |
|---|---|---|
| SUBTOTAL | | $2410.96 |
| SALES TAX | | $201.96 |
| TOTAL | | $2612.88 |

Make all checks payable to M & S Landscaping

**Thank you for your business!**

## INVOICE



*General Contractor & Landscaping*

Date: January 9, 2019
DUNS # 000589598

M & S Landscaping
112 Iroquois Rd,
Yonkers, NY 10710
914-906-5644
Fax914-693-0088
Must389@gmail.com

TO  Kmart
Account# 9420
1998 Bruckner Blvd.
Bronx N.Y. 10473

JOB  Automatic doors

Invoice #6518

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| | Inspected door system -Main Exit inner door slider 1/4/2019 | | |
| | Removed shorted and broken parts | | |
| | Need to order will return | | |
| | Travel time | 135.00 | 135.00 |
| 2Men3 hours | Labor | 135.00 | 810.00 |
| | 1/7/2019 | | |
| | Furnished Motor Assembly | 1660.50 | 1660.50 |
| | Furnished Gearbox | 1485.00 | 1485.00 |
| | Furnished 2 bottom Guides | 485.00 | 970.00 |
| | Calibrated | | |
| | Walked tested ALL OK | | |
| | Travel | 135.00 | 135.00 |
| 2Men5hours | | 1350.00 | 1350.00 |

| | | |
|---|---|---|
| SUBTOTAL | | $6545.50 |
| SALES TAX | | $580.71 |
| TOTAL | | $7126.41 |

Make all checks payable to M & S Landscaping

**Thank you for your business!**