# Exhibit C

UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

In re:

           Case No. 18-23538 (RDD)

**SEARS HOLDINGS CORPORATION, INC.,**

      Debtors.    Chapter 11

----------------------------------------------------------x

### ORDER (i) GRANTING AN ADMINISTRATIVE CLAIM; (ii) COMPELLING THE IMMEIDATE PAYMENT OF THE ADMINISTRATIVE CLAIM; AND (iii) GRANTING SUCH OTHER RELIEF AS SET FORTH HEREIN

UPON the motion dated June 17, 2019 [Dkt. No. **] (the "Motion"), of M&S Landscaping Inc. ("M&S"), a creditor of Sears Holdings Corporation, Inc. and certain of its affiliates, the debtors and debtors in possession in the above captioned chapter 11 cases (collectively, the "Debtors"), pursuant to section 507 of title 11 of the United States Code (the "Bankruptcy Code"), (i) granting M&S  an administrative expense claim against the Debtors for its post-petition services; and (ii) compelling payment of the Administrative Expenses Claim, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, creditors, and all parties in interest, and the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby .

   **ORDERED,** that the Motion is granted; and it is further

   **ORDERED,** M&S is granted an allowed administrative expense claim pursuant to 11 U.S.C. § 503(b)(1)(A) for the post-petition invoices attached to the Motion; and it is further

   **ORDERED,** that The Debtors are compelled to make payment on the Post-Petition Invoices within seven (7) days of entry of this Order; and it is further

**ORDERED,** that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to this Order.

Dated: White Plains, NY
_____ 2019

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE