Thomas R. Kreller (admitted pro hac vice)
Eric R. Reimer (admitted pro hac vice)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA  90067
Telephone (424) 386-4000

Craig M. Price
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone (212) 530-5000
 Facsimile (212) 530-5219

*Counsel to Cyrus Capital Partners, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 <br> ) <br> ) Case No. 18-23538 (RDD) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) |
| SEARS HOLDINGS CORPORATION, *et al.*, | |
| Debtors. | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                            ) SS.
COUNTY OF NEW YORK   )

JACQUELINE BREWSTER, being duly sworn, deposes and says

I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases.  I am employed by the law firm of Milbank, LLP, Counsel to Cyrus Capital Partners, L.P., in the above-captioned cases.

On the 18th of June 2019, I caused a copy of the following documents:

*Motion of Cyrus Capital Partners, L.P. for Leave to File Under Seal (1) Memorandum of Law In Support of Cyrus Capital Partners, L.P. to Determine the Amount of Secured*

*Claims Under Section 506(a) and Section 507(b) Administrative Claims Pursuant to Bankruptcy Rule 3012 and In Opposition to Debtors' Request to Surcharge Collateral Pursuant to Section 506(c) and (2) Expert Report of Marti P. Murray* [Dkt. No. 4274] and,

*Request For Payment* [Dkt. No. 4278]*,*

to be served upon the parties identified on Exhibit A attached hereto by electronic mail.

On the 19th of June 2019, I caused a copy of the same, to be served upon the parties identified on Exhibit B hereto by First Class Mail, and to be served upon the party identified on Exhibit C attached hereto by Hand Delivery Service.

/s/ Jacqueline Brewster
JACQUELINE BREWSTER

SWORN TO AND SUBSCRIBED before me
this 21st of June 2019

/s/ Charmaine Thomas
Charmaine Thomas
Notary Public, State of New York
No. 01TH6151374
Qualified in Bronx County
Certificate filed in New York County
Commission Expires September 18, 2019

**Exhibit A**

harrisj12@michigan.gov
idizengoff@akingump.com
pdublin@akingump.com
aqureshi@akingump.com
sbrauner@akingump.com
courts@alderman.com
bnkatty@aldineisd.org
jarnold@aldridgepite.com
laura.hall@allenovery.com
joseph.badtke-berkow@allenovery.com
James.Vincequerra@alston.com
leib.lerner@alston.com
ajd@ansellgrimm.com
akadish@archerlaw.com
lschildkraut@archerlaw.com
beth.brownstein@arentfox.com
brian.lohan@arnoldporter.com
ginger.clements@arnoldporter.com
jaronauer@ayllp.com
CSchael@AshfordNJLaw.com
eneiger@askllp.com
jchristian@askllp.com
jsteinfeld@askllp.com
gunderdahl@askllp.com
bmcgrath@askllp.com
kcasteel@askllp.com
eneiger@askllp.com
mudem@askllp.com
Jg5786@att.com
mcuellar45@austinenterpriseslp.com
mfrankel@bfklaw.com
egoodman@bakerlaw.com
fkhan@bakerlaw.com
pollack@ballardspahr.com
branchd@ballardspahr.com
heilmanl@ballardspahr.com
summersm@ballardspahr.com
harnerp@ballardspahr.com
kutnera@ballardspahr.com
knewman@barclaydamon.com
mowens@btlaw.com
emiller@bayardlaw.com
russ@bsavory.com

jsolomon@bbwg.com
llindenberg@bbwg.com
rmills@bellnunnally.com
mbarrie@beneschlaw.com
kcapuzzi@beneschlaw.com
wschonberg@beneschlaw.com
Ernie.park@bewleylaw.com
Tgaa@bbslaw.com
michael@bindermalter.com
julie@bindermalter.com
JRhodes@BlankRome.com
Tarr@BlankRome.com
EZucker@BlankRome.com
bleusandassociates@gmail.com
bankruptcy@borgeslawllc.com
wborges@borgeslawllc.com
schin@borgeslawllc.com
arainone@bracheichler.com
jjorissen@briggs.com
bsilverberg@brownrudnick.com
spohl@brownrudnick.com
pweiser@buchalter.com
schristianson@buchalter.com
christopher.schueller@bipc.com
terry.shulsky@bipc.com
tyler.dischinger@bipc.com
Eric.Waxman@cwt.com
Anthony.Deleo@cwt.com
rdavis@cafarocompany.com
jlevitin@cahill.com
rstieglitz@cahill.com
joan.huh@cdtfa.ca.gov
sjk@carmodymacdonald.com
MKurzman@carmodylaw.com
tsansone@carmodylaw.com
mcatalfimo@carterconboy.com
gadsden@clm.com
bankruptcy@clm.com
Dennis.roemlein@bnymellon.com
rmccord@certilmanbalin.com
rnosek@certilmanbalin.com
appleby@chapman.com
wilamowsky@chapman.com
brotenberg@csglaw.com
szuber@csglaw.com
ksimard@choate.com

jmarshall@choate.com
hchoi@choiandpark.com
cpark@choiandpark.com
lkleist@choiandpark.com
mstein@chuhak.com
eschnitzer@ckrlaw.com
gsaydah@ckrlaw.com
srichman@clarkhill.com
srichman@clarkhill.com
nbencze@clarkhill.com
duane.brescia@clarkhillstrasburger.com
dblau@clarkhill.com
liman@cgsh.com
amainoo@cgsh.com
lbarefoot@cgsh.com
soneal@cgsh.com
aweaver@cgsh.com
tmoloney@cgsh.com
soneal@cgsh.com
aweaver@cgsh.com
rmukhi@cgsh.com
jkpark@cgsh.com
tmoloney@cgsh.com
wkelleher@cohenlaw.com
hward@cohenlaw.com
rseltzer@cwsny.com
jbienstock@coleschotz.com
mwarner@coleschotz.com
scf@cohmlaw.com
Michael.smith2@computershare.com
kbifferato@connollygallagher.com
kconlan@connollygallagher.com
cgriffiths@connollygallagher.com
svanaalten@cooley.com
scarnes@cooley.com
rco@crlawpr.com
dcoffino@cov.com
aclark@cov.com
mfelger@cozen.com
pzumbro@cravath.com
davidtaxin@dahannowick.com
daniel@dmsilverlaw.com
dhw@dhclegal.com
jwcohen@daypitney.com
Ksummers@dflaw.com
mcto@debevoise.com

eweisgerber@debevoise.com
jcurley@ddw-law.com
bethsolomon@discover.com
crubio@diamondmccarthy.com
sgiugliano@diamondmccarthy.com
adiamond@diamondmccarthy.com
marita.erbeck@dbr.com
LJKotler@duanemorris.com
WMSimkulak@duanemorris.com
WMSimkulak@duanemorris.com
Cheitzenrater@duanemorris.com
emunozPSC@gmail.com
lmay@eisemanlevine.com
rxza@elliottgreenleaf.com
sak@elliottgreenleaf.com
ems@elliottgreenleaf.com
sbc@eblawyers.com
aentwistle@entwistle-law.com
jporter@entwistle-law.com
Leopold.matt@Epa.gov
lbercovich@epicor.com
ppascuzzi@ffwplaw.com
gchico@ferraiuoli.com
mark.wilson@fisherbroyles.com
patricia.fugee@fisherbroyles.com
dlwright@foley.com
kcatanese@foley.com
msmall@foley.com
tscannell@foley.com
aguon@foxrothschild.com
plabov@foxrothschild.com
thoran@foxrothschild.com
mhall@foxrothschild.com
mherz@foxrothschild.com
nreid@foxswibel.com
jfrank@fgllp.com
jkleinman@fgllp.com
deggert@freeborn.com
brad.eric.scheler@friedfrank.com
scott.luftglass@friedfrank.com
peter.siroka@friedfrank.com
tking@fbtlaw.com
rgold@fbtlaw.com
awebb@fbtlaw.com
pmartin@fmdlegal.com
lbrymer@fmdlegal.com

zgelber@gelbersantillo.com
ksantillo@gelbersantillo.com
gseitz@gsbblaw.com
mgensburg@gcklegal.com
btheisen@gibbonslaw.com
nsongonuga@gibbonslaw.com
hcohen@gibbonslaw.com
dcampbell@ghclaw.com
tnixon@gklaw.com
tomf@goldmclaw.com
jflaxer@golenbock.com
mweinstein@golenbock.com
gfox@goodwinlaw.com
bbazian@goodwinlaw.com
mgoldstein@goodwinlaw.com
wweintraub@goodwinlaw.com
searsnotice@gouldratner.com
drosner@goulstonstorrs.com
thoffmann@goulstonstorrs.com
phillip.bohl@gpmlaw.com
tannweiler@greerherz.com
jfigueiredo@hahnhessen.com
ahalperin@halperinlaw.net
lgu@halperinlaw.net
dlieberman@halperinlaw.net
joia.johnson@hanes.com
howard.upchurch@hanes.com
ktompsett@harrisbeach.com
sodonnell@herrick.com
sselbst@herrick.com
ssmith@herrick.com
msekowski@herrick.com
elio@higgslaw.com
cfenlon@hinckleyallen.com
arthur.rosenberg@hklaw.com
Marc.Antonecchia@hklaw.com
barbra.parlin@hklaw.com
elvin.ramos@hklaw.com
jose.casal@hklaw.com
jjalemany@hklaw.com
mgurgel@hsgllp.com
vlevy@hsgllp.com
llichtman@honigman.com
chris.gartman@hugheshubbard.com
neil.oxford@hugheshubbard.com
dustin.smith@hugheshubbard.com

bgross@HuntonAK.com
mlegge@huntonak.com
ghesse@huntonak.com
caleb.holzaepfel@huschblackwell.com
lynn.butler@huschblackwell.com
Daniel.Swetnam@icemiller.com
taxcollector@co.imperial.ca.us
alex.macias@impremedia.com
jgildea@interactions.com
Mimi.M.Wong@irscounsel.treas.gov
Mimi.M.Wong@irscounsel.treas.gov
Bankruptcy2@ironmountain.com
hgj@jasneflorio.com
dlk@jasneflorio.com
brownsvalleyorchards@aol.com
elkinj@mac.com
robert.honeywell@klgates.com
atureaud@kblaw.com
tkorkhov@kellerrohrback.com
KDWBankruptcyDepartment@KelleyDrye.com
bfeder@kelleydrye.com
jacarlino@kslnlaw.com
ssouthard@klestadt.com
lkiss@klestadt.com
brian.koenig@koleyjessen.com
kurtzman@kurtzmansteady.com
brunnquellw@lanepowell.com
dgragg@langleybanack.com
jfifarek@laskyfifarek.com
rzucker@lasserhochman.com
christopher.harris@lw.com
rakim.johnson@lw.com
peter.gilhuly@lw.com
ted.dillman@lw.com
gillazarus@gmail.com
kevin@ksnpc.com
william.fennell@fennelllaw.com
luralene.schultz@fennelllaw.com
office@fennelllaw.com
cgruen@gruenlaw.com
dtabachnik@dttlaw.com
pstarkesq@gmail.com
hlazarus@lazarusandlazarus.com
harlan.lazarus@gmail.com
ilan.markus@leclairryan.com
niclas.ferland@leclairryan.com

janice.grubin@leclairryan.com
alex.chase@leclairryan.com
jjorissen@losgs.com
kr@lnbyb.com
sanantonio.bankruptcy@publicans.com
dallas.bankruptcy@publicans.com
houston_bankruptcy@publicans.com
jfarnum@linowes-law.com
jmueller@lippes.com
braynor@lockelord.com
asmith@lockelord.com
ira.greene@lockelord.com
jfroehlich@lockelord.com
sbryant@lockelord.com
bbuechler@lowenstein.com
echafetz@lowenstein.com
bnathan@lowenstein.com
alexandra.bigas@gmail.com
awilda.ramos@aguadillamallpr.com
dmiller@lubinolson.com
david@mhlaw-ny.com
tleday@mvbalaw.com
sbodker@mcdowellrice.com
jbernstein@mdmc-law.com
nleonard@mdmc-law.com
bmcgrath@mcglinchey.com
kromano@mcglinchey.com
mchaney@mcglinchey.com
raguilar@mcglinchey.com
rcerone@mcglinchey.com
hjschwartz@mckoolsmith.com
jsmith@mckoolsmith.com
dmeegan@mhksacto.com
cjm@msf-law.com
nkenworthy@mrrlaw.net
sdnyecf@dor.mo.gov
ssmith@mwlaw.com
eschnitzer@mmwr.com
laura.mccarthy@morganlewis.com
neil.herman@morganlewis.com
smiller@morrisjames.com
cmiller@mnat.com
jbarsalona@mnat.com
jmarines@mofo.com
bbutterfield@mofo.com
bankruptcy@morrisoncohen.com

mro@prbankruptcy.com
bradley.schneider@mto.com
thomas.walper@mto.com
dperry@munsch.com
klippman@munsch.com
kcordry@naag.org
jody.bedenbaugh@nelsonmullins.com
shane.ramsey@nelsonmullins.com
enid.stuart@ag.ny.gov
cdesiderio@nixonpeabody.com
dsklar@nixonpeabody.com
lcisz@nixonpeabody.com
rpedone@nixonpeabody.com
bob.bruner@nortonrosefulbright.com
eric.daucher@nortonrosefulbright.com
francisco.vazquez@nortonrosefulbright.com
howard.seife@nortonrosefulbright.com
christy.rivera@nortonrosefulbright.com
stephen.castro@nortonrosefulbright.com
david.rosenzweig@nortonrosefulbright.com
cmomjian@attorneygeneral.gov
bk-jstern@oag.texas.gov
sherri.simpson@oag.texas.gov
richard.morrissey@usdoj.gov
paul.schwartzberg@usdoj.gov
apetrakov@offitkurman.com
smetz@offitkurman.com
sokeefe@okeefelc.com
afrackman@omm.com
belias@omm.com
lwagner@omm.com
dshamah@omm.com
dpatrick@omm.com
jtaylor@omm.com
mkremer@omm.com
echollander@orrick.com
efua@orrick.com
mfechik@orrick.com
rdaversa@orrick.com
lily@pacogarment.com
chipford@parkerpoe.com
andrewtenzer@paulhastings.com
shlomomaza@paulhastings.com
pbasta@paulweiss.com
kcornish@paulweiss.com
lclayton@paulweiss.com

sbuergel@paulweiss.com
rbritton@paulweiss.com
jhurwitz@paulweiss.com
lbyrne@pedersenhoupt.com
jdelnero@pedersenhoupt.com
jaffeh@pepperlaw.com
listwakk@pepperlaw.com
ecobb@pbfcm.com
jbanks@pbfcm.com
lmbkr@pbfcm.com
osonik@pbfcm.com
dpick@picklaw.net
jon@piercemccoy.com
rsteinberg@pricemeese.com
searsteam@primeclerk.com
serviceqa@primeclerk.com
gerald.kennedy@procopio.com
lr@pryormandelup.com
rlp@pryormandelup.com
mhofsdal@pryorcashman.com
susheelkirpalani@quinnemanuel.com
jonpickhardt@quinnemanuel.com
andrewcorkhill@quinnemanuel.com
matthewscheck@quinnemanuel.com
ellisonmerkel@quinnemanuel.com
cfilardi@rrlawpc.com
greiss@reisspreuss.com
etikkanen@reisspreuss.com
cpugatch@rprslaw.com
hmagaliff@r3mlaw.com
kflorey@robbins-schwartz.com
nsmith@robbins-schwartz.com
Robert.e.michael.esq@gmail.com
Aron.hume@gmail.com
fbr@robinsonbrog.com
rms@robinsonbrog.com
se@robinsonbrog.com
gregg.galardi@ropesgray.com
kimberly.kodis@ropesgray.com
sam.ashuraey@ropesgray.com
james.wilton@ropesgray.com
patricia.chen@ropesgray.com
ssally@ropesgray.com
joshua.sturm@ropesgray.com
nicholas.berg@ropesgray.com
timothy.farrell@ropesgray.com

srosen@rosenpc.com
prubin@rubinlawllc.com
mamato@rmfpc.com
skelly@s-d.com
mmccann@swc-law.com
rabiuso@swc-law.com
jweinblatt@sakar.com
cbelmonte@ssbb.com
asnow@ssbb.com
pbosswick@ssbb.com
ksadeghi@schiffhardin.com
secbankruptcy@sec.gov
NYROBankruptcy@sec.gov
bankruptcynoticeschr@sec.gov
ashmead@sewkis.com
alves@sewkis.com
emfox@seyfarth.com
rhermann@sbwh.law
mkish@sbwh.law
jshafer@sbwh.law
floridaservice@sbwh.law
fsosnick@shearman.com
sara.coelho@shearman.com
afeld@sheppardmullin.com
tcohen@sheppardmullin.com
rreinert@shutts.com
rtucker@simon.com
mshriro@singerlevick.com
dplon@sirlinlaw.com
Paul.Leake@skadden.com
Shana.Elberg@skadden.com
George.Howard@skadden.com
enotices@skijain.com
pstrok@swelawfirm.com
rkinas@swlaw.com
bk@svllaw.com
darolf@sorlinglaw.com
pmryan@sorlinglaw.com
mary.callahan@bnymellon.com
tonder@stark-stark.com
jlemkin@stark-stark.com
charles.chamberlin@nebraska.gov
cp@stevenslee.com
thomas.salerno@stinson.com
darrell.clark@stinson.com
streusand@slollp.com

khansen@stroock.com
jcanfield@stroock.com
sbhattacharyya@stroock.com
pkslyne@ssbny.com
dietdericha@sullcrom.com
zylberbergd@sullcrom.com
dkupetz@sulmeyerlaw.com
ckwu@sulmeyerlaw.com
lawyer@surilawoffice.com
bsattin@szaferman.com
Riela@thsh.com
aconway@taubman.com
tf@lawtaf.com
Starr.Judith@pbgc.gov
mccarron.william@pbgc.gov
efile@pbgc.gov
joe@saracheklawfirm.com
mtsang@tsanglawfirm.com
Curtis.Tuggle@ThompsonHine.com
ltirelli@tw-lawgroup.com
powerwangtxks@vip.126.com
AGBankNewYork@ag.tn.gov
dtobias@tobiaslawpc.com
jpruski@trainorfairbrook.com
kay.brock@traviscountytx.gov
amy.williams@troutman.com
Brett.Goodman@troutman.com
Alissa.Piccione@troutman.com
David.Jones6@usdoj.gov
Jeffrey.Oestericher@usdoj.gov
Joseph.Cordaro@usdoj.gov
Carina.Schoenberger@usdoj.gov
Lawrence.Fogelman@usdoj.gov
Peter.Aronoff@usdoj.gov
Linda.Riffkin@usdoj.gov
jdunn@vedderprice.com
ketzel@vedderprice.com
mschein@vedderprice.com
marva.m.levine@verizon.com
cohen@wmllp.com
jlibou@wmllp.com
notice@waldrepllp.com
sfalanga@walsh.law
gtoering@wnj.com
Dclarke@wjslaw.com
ray.schrock@weil.com

garrett.fail@weil.com
jacqueline.marcus@weil.com
sunny.singh@weil.com
JeriLeigh.Miller@weil.com
jessica.liou@weil.com
Paloma.VanGroll@weil.com
Jared.Friedmann@weil.com
Jessie.Mishkin@weil.com
mbrofman@weisszarett.com
sfink@weltman.com
vandermarkj@whiteandwilliams.com
klewis@wtplaw.com
cajones@wtplaw.com
sgerald@wtplaw.com
bankruptcy@evict.net
awilliams@williamsadvisors.com
alipkin@willkie.com
gbrunswick@willkie.com
philip.anker@wilmerhale.com
noah.levine@wilmerhale.com
phealy@wsfsbank.com
scimalore@wilmingtontrust.com
david.tillem@wilsonelser.com
ncwitte@wittelaw.com
saron@wrslawyers.com
JLawlor@wmd-law.com
BAxelrod@wmd-law.com
CPostighone@wmd-law.com
tom@attorneyzim.com

**Exhibit B**

Brookfield Property REIT
Attn: Kristen N. Pate
350 N. Orleans St., Ste. 300
Chicago, IL 60654-1607

BST International Fashion Ltd.
Attn: A.R. Shrinivasan
39 Wang Kwong Rd., Ste. 2301B
Skyline Tower
Kowloon Bay, Kowloon
Hong Kong

Fein, Such & Crane, LLP
Attn: Tammy L. Terrell Benoza, Esq.
1400 Old Country Road, Ste. C103
Westbury, NY 11590

Frenkel, Lambert, Weiss,
Weissman & Gordon, LLP
Attn: Michelle C. Marans, Esq.
53 Gibson Street
Bay Shore, NY 11706

Montee & Associates
Attn: Kevin P. Montee, Esq.
1250-1 Newell Ave., Ste. 149
Walnut Creek, CA 94596

Ohio Department of Taxation
Attn: Office of the Ohio Attorney General
1600 Carew Tower
Cincinnati, OH 45202

The Bank of New York Mellon Trust Company
Attn: Corporate Trust Administration
101 Barclay St., Floor 8W
New York, NY 10286

Wilmington Trust, NA
Attn: Sears Holdings Corp. Administrator
Corporate Capital Markets
50 South Sixth Street, Ste 1290
Minneapolis, MN 55402

Wilmorite Management Group LLC
Attn: Donald C. Cowan, Jr.
1265 Scottsville Road
Rochester, NY 14624

**Exhibit C**

Office of the United States Trustee
for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Sears Bankruptcy Team