UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Chapter 11 |
| **SEARS HOLDINGS CORPORATION, INC., et al.,** | Case No. **18-23538 (RDD)** |
| Debtor | (Jointly Administered) |

<u>Affidavit of Service</u>

**STATE OF NEW YORK**     )
                          ) SS.:
**County of Westchester**  )

Chanel P. Orgill, being duly sworn, hereby deposes and says:

1. I am over eighteen (18) of age and am not a party to the above-captioned proceeding. I am employed by Bronson Law Offices, P.C. having offices at 480 Mamaroneck Avenue, Harrison, New York 1028.

2. On June 20, 2019, I caused to be served copies of the following:

    a. Notice of Motion and Motion of M & S Landscaping for an Order Under 11 U.S.C. § 503(i) Granting an Administrative Claim; (ii) Compelling the Immediate Payment of that Administrative Claim for Servicers Rendered by M & S Landscaping, Inc. and Incurred by the Debtor Post-Petition; and (iii) For Such Other and Further Relief the Court Deems Appropriate

3. I caused such service to be made by enclosing true copies of the aforementioned documents in properly addressed envelopes and causing them to be sent via US first class mail and via email to:

    Ray Schrock, P.C. ray.schrock@weil.com
    Jacqueline Marcus, Esq. Jacqueline.marcus@weil.com
    Garrett Fail, Esq garrett.fail@weil.com
    Sunny Sing, Esq. sunny.sing@weil.com
    Weil, Gotshal & Manges, LLP
    767 Fifth Avenue
    New York, NY 10153

Ira S. Dizengoff, Esq.  idizengoff@akingump.com
Lacy Martin Lawrence, Esq. llawrence@akingump.com
Official Committee of Unsecured Creditors of Sears Holdings
Corporation, et al.
c/o Akin, Gump, Strauss, Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

United States Trustee
Office of the UST
201 Varick Street, Suite 1006
New York, NY 10014

Dated: Harrison, New York
       June 20, 2019

                                                                    _____
                                                                    Chanel P. Orgill, Paralegal

Sworn and Subscribed to
before me this 20th day
of June, 2019

_____
Notary Public

H BRUCE BRONSON
Notary Public, State of New York
No. 02BR6073532
Qualified in Westchester County
Commission Expires April 22, 20__