Hearing Date: July 11, 2019 at 10:00 a.m.
Objection Deadline: July 3, 2019 at 4:00 p.m.

**DIAMOND MCCARTHY LLP**
*Counsel to Team Worldwide Corporation*
295 Madison Avenue, 27th Floor
New York, New York 10017
(212) 430-5400
Allan B. Diamond
Charles Rubio
Sheryl P. Giugliano
adiamond@diamondmccarthy.com
crubio@diamondmccarthy.com
sgiugliano@diamondmccarthy.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                              Chapter 11

SEARS HOLDING CORPORATION, *et al*.          Case No. 18-23538 (RDD)

                                                                    (Jointly Administered)
                                Debtors.[1]
------------------------------------------------------------x

## NOTICE OF HEARING ON MOTION OF TEAMWORLDWIDE CORPORATION TO MODIFY THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**PLEASE TAKE NOTICE** that on June 24, 2019, Team Worldwide Corporation ("**Team Worldwide**") filed the *Motion of Team Worldwide Corporation to Modify the Automatic Stay Pursuant to 11 U.S.C. § 362* (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held at the Omnibus Hearing Date, **July 11, 2019** at **10:00 a.m.** (E.T.) or as soon thereafter as counsel may be heard before the Honorable Robert D. Drain, United States Bankruptcy Judge for the Southern District of New York, in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, NY 10601 (the "**Court**").

**PLEASE TAKE FURTHER NOTICE**, that any objections (the "**Objections**") to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at ww.nysb.uscourts.gov), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served (i) on counsel to Team Worldwide, and (ii) in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures* (ECF Doc. No. 405), so as to be filed and received no later than **July 3, 2019** at **4:00 p.m.** (E.T.).

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to time without further notice other than the filing of a notice on the Court's electronic docket for these cases or the announcement of such adjournment in open Court.

Dated: June 24, 2019  
      New York, New York

**DIAMOND MCCARTHY LLP**

By: <u>s/Sheryl P. Giugliano</u>
Allan B. Diamond
Sheryl P. Giugliano
Charles M. Rubio
295 Madison Avenue, 27th Floor
New York, NY 10017
(212) 430-5400

*Counsel to Team Worldwide Corporation*