**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

| | |
|---|---|
| In re : | |
| : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION, et al.,** : | |
| : | **Case No. 18-23538 (RDD)** |
| : | |
| Debtors.[1] : | **(Jointly Administered)** |

----------------------------------------------------------------x

### MODIFIED ORDER APPROVING THE REJECTION
### OF CERTAIN EXECUTORY CONTRACTS

Pursuant to and in accordance with the *Order Authorizing Debtors to Establish*

*Procedures for Rejection of Executory Contracts* (ECF No. 3044) (the "**Rejection Procedures**

**Order**")[2] entered in the above-captioned chapter 11 cases of Sears Holdings Corporation and its

debtor affiliates (collectively, the "**Debtors**"); and the Debtors having properly filed with this

Court and served on the Rejection Notice Parties a notice, dated April 12, 2019 (the "**Rejection**

**Notice**") of their intent to reject certain executory contracts identified on **Schedule 1** attached

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Rejection Procedures Order.

hereto ("**Contracts**") in accordance with the terms of the Rejection Procedures Order, and such

notice having been adequate and appropriate under the circumstances; and it appearing that no

other or further notice need be provided; and an *Order Approving the Rejection of Certain*

*Executory Contracts*, dated May 2, 2019 with respect to the Rejection Notice having been entered

on May 8, 2019 (ECF No. 3754) (the "**Original Order**") on the basis that no timely objection to

the Rejection Notice had been filed; and the Debtors having determined after entry of the Original

Order that a timely objection to the Rejection Notice was filed by Kurt Staelens (ECF No. 3396)

with respect to the Rejection Notice (the "**Objection**" and the executory contract with respect

thereto, the "**Disputed Contract**"); and the Debtors having removed the Disputed Contract from

**Schedule 1** to the Original Order and submitted a revised form of **Schedule 1** attached hereto; and

no timely objections having been filed to the Rejection Notice with respect to the Contracts set

forth on **Schedule 1** attached hereto; and the Court having found and determined that the relief

requested is in the best interests of the Debtors, their estates, their creditors, and all parties in

interest and a proper exercise of business judgment; and after due deliberation and sufficient cause

appearing therefor,

### IT IS HEREBY ORDERED THAT:

**A.**     The Original Order is modified and superseded by this Order, pursuant to Fed. R. Bankr.

P. 9023, *nunc pro tunc* to the date of the Original Order.

1.     The Contracts set forth on **Schedule 1** attached hereto are hereby rejected

pursuant to 11 U.S.C. § 365, effective as of the Rejection Date.

2.     Nothing contained in the Original Order or this Order shall constitute either

an assumption or a rejection of the Disputed Contract and the Debtors' rights with respect thereto

under section 365 of the Bankruptcy Code are preserved.

3.      If any affected non-Debtor party (each, a "**Counterparty**") to a Contract asserts a claim against the Debtors arising from the rejection of the Contract, the Counterparty shall submit a proof of claim on or prior to thirty (30) days after May 8, 2019.  If a Counterparty does not timely file a proof of claim in accordance with the terms of this Order, the Counterparty shall forever be barred from asserting a claim arising from the rejection of their Contract.

4.      Nothing contained in this Order is intended to be or shall be construed as (i) an admission as to the validity of any claim against the Debtors; (ii) a waiver of the Debtors' or any appropriate party in interest's rights to dispute the amount of, basis for, or validity of any claim against the Debtors;  (iii) a waiver of any claims or causes of action that may exist against any creditor or interest holder; or (iv) an approval, assumption, or adoption of any agreement, contract, program, or policy between the Debtors and any third party under section 365 of the Bankruptcy Code.

5.      Notwithstanding entry of this Order, nothing herein shall create, nor is intended to create, any rights in favor of or enhance the status of any claim held by, any party.

6.      The Debtors are authorized to take all action necessary to effectuate the relief granted in this Order.

7.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: June 25, 2019
      White Plains, New York

                          /s/ Robert D. Drain_____
                          THE HONORABLE ROBERT D. DRAIN
                          UNITED STATES BANKRUPTCY JUDGE

## Schedule 1

### List of Rejected Contracts

| Debtor Party | Counterparty | Contract Description |
|---|---|---|
| Sears Holdings Management Corporation | Abney, Kelly Ray | Executive Agreement |
| Sears Holdings Management Corporation | Acquaviva, David | Executive Severance Agreement |
| Sears, Roebuck and Co. | Aho, James O. | Special Bonus and Retention Award Agreement |
| Sears, Roebuck and Co. | Aho, James O. | Executive Agreement |
| Sears Holdings Management Corporation | Ainsworth, Julie | Offer Letter |
| Sears Holdings Management Corporation | Ainsworth, Julie | Executive Severance Agreement |
| Sears Holdings Management Corporation | Anderson, Lisa B. | Special Retention Award Agreement |
| Kmart Corporation | Andresen, Randall | Executive Severance Agreement |
| Sears, Roebuck and Co. | Baker, Robert F. | Special Retention Award Agreement |
| Sears, Roebuck and Co. | Baker, Robert F. | Executive Agreement |
| Sears Holdings Management Corporation | Barnes, Jason | Executive Agreement |
| Sears Holdings Management Corporation | Bassett, Brett | Executive Agreement |
| Sears, Roebuck and Co. | Bhanawat, Geet | Offer Letter With AIP Guarantees |
| Sears, Roebuck and Co. | Bhanawat, Geet | Executive Severance Agreement |
| Sears Holdings Management Corporation | Borden, Jane | Executive Agreement |
| Sears Holdings Management Corporation | Boutros, Peter | Executive Agreement |
| Sears Holdings Management Corporation | Bowling, J Mitchell | Executive Agreement |
| Sears, Roebuck and Co. | Bruder, Kurt | AIP Guarantee - Offer Letter |
| Sears Holdings Corporation | Buckner, Michael | Special Retention Award Agreement |

1

| Debtor Party | Counterparty | Contract Description |
|---|---|---|
| Sears Holdings Management Corporation | Budrovic, Mistee | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Chapman, Brad | Executive Severance Agreement |
| Sears Holdings Management Corporation | Chase, Christopher | Executive Severance Agreement |
| Sears Holdings Management Corporation | Chung, Eui | Executive Severance Agreement |
| Sears Holdings Corporation | Clark, Laura | Executive Severance Agreement with Amendment 1 |
| Sears, Roebuck and Co. | Connow, Karen | Special Bonus and Retention Award Agreement |
| Sears, Roebuck and Co. | Conrad, Jeff C. | Project Completion Bonus |
| Sears Holdings Management Corporation | Coonce, Cary A. | Executive Agreement |
| Sears Holdings Management Corporation | Cundick, Graham M. | Executive Agreement |
| Sears, Roebuck and Co. | Dastagir, Mohammed | Executive Severance Agreement with Amendment 1 |
| Sears Holdings Management Corporation | Dattilo, Anthony | Executive Agreement |
| Sears Holdings Management Corporation | Demert, Richard | Merchant Severance Agreement |
| Sears Holdings Management Corporation | DePalma, Gregory B. | Severance Agreement |
| Sears Holdings Corporation | Desalvo, Thomas | Executive Severance Agreement |
| Sears, Roebuck and Co. | Dimmitt, Steven | Executive Agreement |
| Sears, Roebuck and Co. | Donohoe, Ronald D. | Special Bonus and Retention Award Agreement |
| Sears, Roebuck and Co. | Donohoe, Ronald D. | Executive Agreement |
| Sears Holdings Management Corporation | Drieselman, Daniel M | Executive Severance Agreement |
| Sears Holdings Management Corporation | Dybowski, Michael | Executive Severance Agreement |
| Kmart Corporation | Ebert, Gregory | Executive Severance Agreement |
| Sears, Roebuck and Co. | Echegaray, Carolina | SLP Severance Agreement |

2

| Debtor Party | Counterparty | Contract Description |
|---|---|---|
| Sears, Roebuck and Co. | Elder, Sara | Executive Severance Agreement |
| Sears Holdings Management Corporation | Ellerby, Michael R. | Special Retention Award Agreement |
| Sears Holdings Corporation | Erlechman, David | Executive Severance Agreement |
| Sears Holdings Management Corporation | Fenn, Clint | Executive Agreement |
| Sears Holdings Management Corporation | Ferguson, Brian | Executive Severance Agreement |
| Sears Holdings Management Corporation | Ferrell, Patrick | Executive Severance Agreement |
| Sears Holdings Management Corporation | Franceschi, Karen | Executive Severance Agreement |
| Sears Holdings Management Corporation | Frankowski, Edwin W. | Special Retention Award Agreement |
| Sears, Roebuck and Co. | Geog, Clint | Executive Severance Agreement |
| Sears Holdings Management Corporation | Gerlach II, Rob | Executive Severance Agreement |
| Sears Holdings Management Corporation | Glowacki,  Matthew L. | Executive Agreement |
| Sears Holdings Management Corporation | Gonzalez, Jesse | Executive Severance Agreement |
| Sears Holdings Management Corporation | Goodrich, Christopher J. | Special Bonus and Retention Award Agreement |
| Sears Holdings Management Corporation | Goodrich, Christopher J. | Severance Agreement |
| Kmart Corporation | Gorecki, Ryan D. | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Gourlin, Franck | Executive Agreement |
| Kmart Corporation | Grabau, Aimee L. | Executive Agreement |
| Sears Holdings Management Corporation | Green, Katherine | Executive Severance Agreement |
| Sears, Roebuck and Co. | Hand, Anne | Executive Severance Agreement |
| Sears Holdings Management Corporation | Hayward, Paul | Executive Severance Agreement |
| Sears Holdings Management Corporation | Heisner, Craig | Executive Agreement |

3

| Debtor Party | Counterparty | Contract Description |
|---|---|---|
| Kmart Corporation | Hicks, Mark | Executive Severance Agreement |
| Sears Holdings Management Corporation | Hobson, Keith L. | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Hoeller, William | Executive Severance Agreement |
| Sears Holdings Management Corporation | Holbrook, Jeremy R. | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Hopp, Dan | Executive Severance Agreement |
| Sears, Roebuck and Co. | Howard, Nashira N. | Special Retention Award Agreement |
| Sears, Roebuck and Co. | Hudak, Travis | Executive Agreement |
| Sears Holdings Management Corporation | Insolia, Spencer | Executive Agreement |
| Sears, Roebuck and Co. | Jefferson, Sharron | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Jenchel, Laurence | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Jenchel, Laurence | Executive Severance Agreement |
| Sears Holdings Management Corporation | Jones, Joseph A. | Special Bonus and Retention Award Agreement |
| Sears, Roebuck and Co. | Josephs, Scot | Special Retention Award Agreement |
| Sears Home Improvement Products, Inc. | Kajcienski, Sean | Executive Agreement |
| Sears Holdings Management Corporation | Kandala, Srini | Executive Severance Agreement |
| Sears Holdings Management Corporation | Kenjar, Maja | Executive Agreement |
| Sears Holdings Management Corporation | Klinkert, Jonathan | Merchant Severance Agreement |
| Sears Holdings Management Corporation | Koreis, Thomas | Offer Letter |
| Sears Holdings Management Corporation | Krohn, Christopher | Executive Severance Agreement |

| Debtor Party | Counterparty | Contract Description |
|---|---|---|
| Sears Holdings Management Corporation | Kruszewski, Frank M | Executive Severance/Non-Compete Agreement |
| Sears Holdings Management Corporation | Kurt, Justin | Executive Severance Agreement |
| Sears Holdings Management Corporation | Ladley, Gregory | Executive Agreement |
| Sears Holdings Management Corporation | Lai, Peter | Executive Agreement |
| Sears Holdings Corporation | Legac, Kurt | Special Retention Award Agreement |
| Sears, Roebuck and Co. | Lemmert, Todd | Executive Severance Agreement |
| Sears Holdings Management Corporation | Lifson, Dale | Executive Severance Agreement |
| Sears Holdings Management Corporation | Linnane, William | AIP Guarantee - Offer Letter |
| Sears Holdings Management Corporation | Linnane, William | Executive Severance Agreement |
| Sears Holdings Management Corporation | Lummas, David | Executive Severance Agreement |
| Sears Holdings Management Corporation | Macro, Joseph G. | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Marquez, Ramon | Executive Agreement |
| Sears Holdings Management Corporation | Marsella, David | Executive Severance Agreement |
| Sears Holdings Management Corporation | McCarthy, Michael P. | Executive Agreement |
| Sears Holdings Management Corporation | McClearn, Marisa | Special Retention Award Agreement |
| Sears Holdings Management Corporation | McClearn, Marisa | Executive Severance Agreement |
| Sears Holdings Management Corporation | Meerschaert, Lawrence | Executive Severance Agreement |
| Sears Holdings Management Corporation | Michalski, Catherine | Executive Severance Agreement |
| Sears Holdings Management Corporation | Morrie, Michael | Executive Severance Agreement |

| Debtor Party | Counterparty | Contract Description |
|---|---|---|
| Sears Holdings Management Corporation | Moy, Kenneth | Executive Agreement |
| Sears Holdings Management Corporation | Multer, Scott | Executive Severance Agreement |
| Sears Holdings Management Corporation | Munjal, Leena | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Munjal, Leena | Executive Severance Agreement |
| Sears Holdings Management Corporation | Murphy, John J. | Special Bonus Award Agreement with NC Terms |
| Sears Holdings Management Corporation | Murtagh, Robert D. | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Naedele, Robert | Offer Letter With AIP Guarantee |
| Sears Holdings Management Corporation | Naedele, Robert | Executive Severance Agreement |
| Sears Holdings Corporation | Nuzzo. Darcy L. | Special Retention Award Agreement |
| Sears Holdings Management Corporation | O'Connor, J Michael | Executive Severance Agreement |
| Sears Holdings Management Corporation | O'Hara, Kathleen | Executive Severance Agreement with Amendment 1 |
| Sears Holdings Management Corporation | Oppenkowski, Misty Redman | Executive Severance Agreement |
| Sears, Roebuck and Co. | Paluch, Paul | Executive Severance Agreement |
| Sears Holdings Management Corporation | Pazak, Michael | Executive Agreement |
| Sears Holdings Corporation | Pepperney, Jeffrey A. | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Phelan, Robert | Executive Severance and Non-Compete Agreement |
| Sears Holdings Management Corporation | Potdar, Hrishikesh | Offer Letter |
| Sears, Roebuck and Co. | Price, Carrie | Internal Action Letter |
| Sears Holdings Management Corporation | Puerto, Roger | Executive Agreement |

6

| Debtor Party | Counterparty | Contract Description |
|---|---|---|
| Sears Holdings Management Corporation | Ricchio, Carol | Executive Severance Agreement |
| Sears Holdings Management Corporation | Ridle, Jim | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Ridle, Jim | Executive Severance Agreement |
| Sears Holdings Management Corporation | Riecker, Robert | Conditional Project Bonus |
| Sears Holdings Management Corporation | Riecker, Robert | AIP Guarantee - Offer Letter |
| Sears Holdings Management Corporation | Riecker, Robert | Executive Severance Agreement and Internal Action Letter |
| Sears Holdings Management Corporation | Rolecek, Terrence | Executive Severance Agreement |
| Sears Holdings Management Corporation | Romas, Chris G. | Executive Agreement |
| Sears Holdings Management Corporation | Rose, Charles T. | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Russell, Gregory | Executive Agreement |
| Sears Holdings Management Corporation | Rutkowski, Steven C. | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Schoenwolf, Kimberley | Executive Severance Agreement |
| Sears Holdings Management Corporation | Shah, Shripal H. | Executive Agreement |
| Sears Holdings Management Corporation | Shellenberger, David | Executive Severance Agreement |
| Sears Holdings Management Corporation | Shunnarah, Anita J. | Special Bonus and Retention Award Agreement |
| Sears Holdings Management Corporation | Singhal, Anuj | Executive Severance Agreement |
| Sears Holdings Management Corporation | Sinha, Narendra N | Executive Severance Agreement |
| Sears Holdings Management Corporation | Sitley, Stephen | AIP Guarantee - Offer Letter |
| Sears Holdings Management Corporation | Sitley, Stephen | Executive Agreement |

| Debtor Party | Counterparty | Contract Description |
|---|---|---|
| Sears, Roebuck and Co. | Smith, Charles | Executive Severance Agreement |
| Sears Holdings Management Corporation | Sparacino, Peter C. | Special Bonus and Retention Award Agreement |
| Sears Holdings Management Corporation | Steckbeck, Todd | Executive Severance Agreement |
| Sears Holdings Management Corporation | Swager, Kenneth J. | Executive Severance Agreement |
| Sears Holdings Management Corporation | Swager, Kenneth J. | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Tabor, Candace | Executive Severance Agreement |
| Sears Holdings Management Corporation | Thomas, William A. | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Valentino, Luke | AIP Guarantee - Offer Letter |
| Sears Holdings Management Corporation | Valentino, Luke | Executive Agreement |
| Sears Holdings Management Corporation | Walsh, Robert | Executive Severance Agreement |
| Sears Holdings Management Corporation | Weber, Robert | Executive Agreement |
| Sears Holdings Management Corporation | West, Ric | Executive Severance Agreement |
| Sears Holdings Management Corporation | White, Jennifer | Executive Agreement |
| Sears Holdings Management Corporation | Winstanley, Allan | Executive Severance Agreement |
| Sears, Roebuck and Co. | Wood, Lori | Executive Agreement |
| Sears Holdings Management Corporation | Zachrisen, Espen | Special Retention Award Agreement |
| Sears Holdings Management Corporation | Zachrisen, Espen | Executive Agreement |

8