FERRAIUOLI LLC
390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001
Email: scolon@ferraiuoli.com
Email: gchico@ferraiuoli.com

Counsel for *Santa Rosa Mall, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |
| SANTA ROSA MALL, LLC, <br>                Plaintiff, <br> v. <br> SEARS HOLDINGS CORPORATION; and SEARS, ROEBUCK DE PUERTO RICO, INC. <br>                Defendants. | Adversary Proceeding <br> Case No. 19-08266 (RDD) |

**STATEMENT CERTIFYING COMPLIANCE WITH ORDER GRANTING SANTA ROSA MALL'S MOTION FOR LEAVE TO FILE UNDER SEAL AND NOTICE OF FILING REDACTED COMPLAINT**
(Related Docket Nos. 4151, 4153, 4300)

TO THE HONORABLE COURT:

COMES NOW Santa Rosa Mall, LLC ("Santa Rosa Mall"), by and through its undersigned counsel, and respectfully states and prays as follows:

1. On June 7, 2019, Santa Rosa Mall filed a *Motion for Leave to File Under Seal* (the "*Motion*", Lead Case Docket No. 4151) and an Adversary Proceeding Complaint ("*Complaint*", Lead Case Docket No. 4153; Adv. Proc. Docket No. 1).

2. On June 20, 2019, the Court entered the *Order Granting Santa Rosa Mall's Motion for*

*Leave to File Under Seal* (the "*Order*", Lead Case Docket No. 4300; Adv. Proc. Docket No. 4) authorizing Santa Rosa Mall to file the *Complaint* and Exhibit VIII thereto under seal, and to file a redacted version of such *Complaint* on the public docket of the lead case and redacting only paragraphs 39, 40, 41, and 82, and Exhibit VIII thereto.

      3.      In compliance, we attach as **Exhibit A** the redacted *Complaint* and all exhibits in support thereof. Copies were provided to the Clerk of the United States Bankruptcy Court located at 300 Quarropas Street, White Plains, NY, along with a copy of the *Order* in an envelope marked "TO BE FILED UNDER SEAL."

WHEREFORE, Santa Rosa Mall respectfully requests this Court take notice of the forgoing and deem the *Order* complied.

Respectfully submitted.
Dated: June 25, 2019.

**Ferraiuoli** LLC
390 N. Orange Avenue
Suite 2300
Orlando, Florida 32801
Telephone: (407) 982-7310
Facsimile: (787) 766-7001

-and-

221 Ponce de León Avenue
5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001

*/s/ Sonia E. Colon Colon*
Sonia E. Colón Colón
Admitted *Pro Hac Vice*
USDC-PR No. 213809
scolon@ferraiuoli.com

*/s/ Gustavo A. Chico-Barris*
Gustavo A. Chico-Barris
NY State Bar No. 929147
USDC-PR No. 224205
gchico@ferraiuoli.com

Attorneys for
*Santa Rosa Mall, LLC*