Objection Deadline: July 3, 2019, 4:00 p.m. EST
Hearing Date: July 11, 2019, 10:00 a.m. EST

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> SEARS HOLDINGS CORPORATION, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No.: 18-23538 (RDD) <br> Jointly Administered |

## NOTICE OF HEARING ON THE MOTION OF SAKAR INTERNATIONAL INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §§ 503(a) AND 503(b)(1)

**PLEASE TAKE NOTICE** that a hearing on the annexed motion (the "Motion") of Sakar International Inc., by its counsel Montgomery McCracken Walker & Rhoads LLP, for an order allowing Sakar's administrative expense claims pursuant to 11 U.S.C. § 503(b)(1)(A) and directing immediate payment of Sakar's administrative expense claims, will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 on July 11, 2019 at 10:00 a.m., or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion must be made in writing, filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601-4140, on a compact disc, in text-searchable portable document format (PDF) (with two hard copies delivered directly to the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White

Plains, NY 10601-4140), and served in accordance with General Order M-399 or other form upon: (i) Edward L. Schnitzer, Esq., Montgomery McCracken Walker & Rhoads LLP, 1330 Avenue of the Americas, 14th Floor, New York, New York 10019, (ii) Jarrod T. Takah, Esq , Tershel & Associates, 55 South Main Street, Washington, Pennsylvania 15301, (iii) Clark A. Mitchell, Esq., Law Office Of Clark A. Mitchell, 17 S. College Street, Washington, Pennsylvania 15301, and (iv) Office of The United States Trustee, Attn: Paul Schwartzberg, Richard Morrissey, 201 Varick St. Ste. 1006, New York, NY 10014, so as to be actually received no later than July 3, 2019 by 4:00 pm.

Dated: June 25, 2019
      New York, New York

**MONTGOMERY MCCRACKEN WALKER & RHOADS LLP**

By:   */s/ Edward L. Schnitzer*
      Edward L. Schnitzer
437 Madison Avenue
New York, NY 10022
Telephone: (212) 551-7781
Facsimile: (212) 599-5085
Email: eschnitzer@mmwr.com

*Counsel for Sakar International Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been served on this 25th day of June, 2019 upon (a) all parties requesting service via ECF notification and (b) all parties identified in the Master Service List as of 6/17/2019 available at https://restructuring.primeclerk.com/sears/Home-Index.

*/s/ Edward L. Schnitzer*
Edward L. Schnitzer
**Montgomery McCracken Walker & Rhoads LLP**
437 Madison Ave
New York, New York  10022
T: (212) 867-9500
E: eschnitzer@mmwr.com

3