## EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- X

In re:

SEARS HOLDING CORPORATION, et *al*.,

                      Debtors.

-------------------------------------------------------- X

Chapter 11

Case No. 18-23538 (RDD)

(Jointly Administered)

### DECLARATION OF JAY WEINBLATT IN SUPPORT OF MOTION OF SAKAR INTERNATIONAL INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM <u>PURSUANT TO 11 U.S.C. §§ 503(a) AND 503(b)(1)</u>

STATE OF NEW JERSEY  )
                       ) ss.:
COUNTY OF           )

       Jay Weinblatt hereby declares under penalty of perjury that the foregoing is true and correct:

       1.      I am the Chief Financial Officer of Sakar International Inc. ("<u>Sakar</u>").  I am over eighteen years of age, of sound mind, and capable of making this Declaration.  All the facts and statements contained herein are within my personal knowledge and are, in all things, true and correct to the best of my knowledge, information, and belief.

       2.      I make this Declaration in support of the motion to compel payment of administrative expenses claims filed by Sakar, as a creditor.

       3.      In my role as CFO of Sakar, I am familiar with Sakar's business generally and Sakar's business relationship with the Debtors specifically.

4.      Sakar has manufactured and supplied electronic goods to the Debtors for nearly 15 years. Sakar has sold goods to the Debtors on credit since 2004 and also sold goods to the Debtors on a consignment basis since 2014.

5.      Sakar and Sears Holding Management Corporation, as agent for Kmart Corporation and Sears, Roebuck & Co. (collectively, the "Subject Debtors"), are parties a Scan-Based Trading and Consignment Agreement, of April 2014 (the "Consignment Agreement").

6.      Pursuant to the Consignment Agreement, Sakar provided certain merchandise (the "SBT Merchandise") to the Subject Debtors on a consignment basis. The Consignment Agreement further provided that Sakar was entitled to be paid, by the Subject Debtors, the "SBT Merchandise Cost for inventory that was subject to shrinkage." Consignment Agreement, ¶ 5(c). Shrinkage is the difference between exact inventory on hand and recorded book inventory.

7.      For the time period of October 16, 2018 through February 9, 2019, the Subject Debtors provided Sakar with their Inventory Shrinkage Report, which Sakar verified. Based on that verified report, the Subject Debtors owe Sakar $67,421.25 (the "Post-Petition Shrinkage"). Attached to this declaration as Exhibit 1 are copies of two invoices with respect to the Post-Petition Shrinkage.

8.      Following the Petition Date, Sakar agreed to ship goods to the Debtors on agreed upon term of Net 15 Days (the "Agreed Upon Credit Terms").

9.      While the Debtors generally paid Sakar post-petition on a timely basis, there remain three open post-petition invoices that the Debtors have failed to pay: (a) Invoice BN1812270097, dated December 27, 2018 in the amount of $168.00; (b) Invoice BN1812310209, dated December 31, 2018 in the amount of $168.00; and (c) Invoice BN1812310225 dated

2

December 31, 2018 in the amount of $630.08 (collectively, the "Unpaid Post-Petition Goods").

Attached to this declaration as Exhibit 2 are copies of the three invoices that constitute the Unpaid

Post-Petition Goods.

10.    Pursuant to the Agreed Upon Credit Terms, payment on account of the Unpaid

Post-Petition Goods was due on or before January 15, 2019.  Sakar has demanded payment from

the Debtors, but no payment has been made.

Dated: June 25, 2019

_____

Jay Weinblatt
Chief Financial Officer
Sakar International Inc.

Sworn to before me this

25th Day of June, 2019

SUNITA M. PATEL
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires  11/23/2022

3

# EXHIBIT 1

Invoice # : **BN1905150035**

Invoice Date : 05/15/2019

Customer P.o. # : **20667**

Pg. 6 of 14

D/N # :   **DN1905150162**

**SAKAR INTERNATIONAL INC.**

195 Carter Drive

Edison, NJ 08817

Bill To :                                        Ship To :

**KMART CONSIGNMENT**

3333 BEVERLY RD.

INTERNATIONAL HEADQUARTER

HOFFMAN ESTATES, IL  60179

888-823-2320 A/P 214-265-3458 FAX A/P214

| Salesman | Order Date | Invoice Date | Ship Via | Dept No. |
|---|---|---|---|---|
| EDWARD COHEN /JEFFREY SAKA | | 05/15/2019 | | |

| Purchase Order No. | S/O No. | Terms | Cartons |
|---|---|---|---|
| | | Net 15 Days | |

| Item Number | SKU # | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| VIV-MPT-150W | 001946874 | 41" tripod | 1 | 10.00 | 10.00 |
| VIV-SP-705-KM | 002967921 | FISHEYE & WIDE ANGLE LENS KIT | 2 | 5.00 | 10.00 |
| VIV-TR-122 | 003453774 | TABLE TRIPOD Ext from 2.25" to 3.5" | 11 | 3.00 | 33.00 |
| VM10012-10-BLK-KM | 006996971 | 10 FT. MICRO USB CABLE-BLK | 951 | 6.00 | 5,706.00 |
| VM10012-10-WHT-KM | 006998338 | 10 FT. MICRO USB CABLE-WHT | 1,077 | 6.00 | 6,462.00 |
| VM10017-10-BLK-KM | 007006430 | 10 FT. LIGHTING CABLE-BLK | 681 | 9.00 | 6,129.00 |
| VM10017-10-WHT-KM | 007010515 | 10 FT. LIGHTING CABLE-WHT | 74 | 9.00 | 666.00 |
| VM20019-BLK-KM | 007013562 | WALL CHARGER W/BUILT-IN LIGHT CABLE | 654 | 9.50 | 6,213.00 |
| VM20020-BLK-KM | 007088985 | CAR CHARGER W/BUILT-IN LIGHT CABLE | 497 | 9.50 | 4,721.50 |
| VM20028-BLK-KM | 007118984 | WIRELESS CHARGER-BLACK - NO EAS TAGS | 80 | 5.00 | 400.00 |
| VM10377-BLK | 007325729 | 2.1 AMP DUAL USB CAR CHARGER-BLK | 39 | 2.75 | 107.25 |
| VM10377-PNK | 007325730 | 2.1 AMP DUAL USB CAR CHARGER-PINK | 13 | 2.75 | 35.75 |
| VM10377-WHT | 007325731 | 2.1 AMP DUAL USB CAR CHARGER-WHT | 24 | 2.75 | 66.00 |
| VM10377-RED | 007325732 | 2.1 AMP DUAL USB CAR CHARGER-RED | 2 | 2.75 | 5.50 |
| VM10377-BLU | 007325733 | 2.1 AMP DUAL USB CAR CHARGER-BLUE | 1 | 2.75 | 2.75 |
| VM11789-BLK | 007325748 | 5 FT. BRAIDED MICRO USB CABLE-BLK | 44 | 2.75 | 121.00 |
| VM11789-WHT | 007325749 | 5 FT. BRAIDED MICRO USB CABLE-WHT | 68 | 2.75 | 187.00 |
| VM11785-BLK | 007325826 | 3 FT. BRAIDED AUX CABLE-BLK | 63 | 2.75 | 173.25 |
| VM11785-WHT-KM | 007325829 | 3 FT. BRAIDED AUX CABLE-WHT | 10 | 2.75 | 27.50 |
| VM10477-BLK | 007325836 | 2.1 AMP DUAL USB WALL CHARGER-BLK | 54 | 2.75 | 148.50 |

- All prices are net.    - Freight not included.    - An interest charge of 1 1/2% per month will be changed on all past due balances.
- No claims will be allowed unless made within 5 days of receipt of goods.    - No return will be allowed without written authorization.

1 / 4

**SAKAR**
**INTERNATIONAL INC.**

195 Carter Drive
Edison, NJ 08817

Invoice #:  **BN1905150035**          Invoice Date :  05/15/2019
Customer #:  **10667**

D/N # :  **DN1905150162**

Bill To :                                          Ship To :

**KMART CONSIGNMENT**
3333 BEVERLY RD.
INTERNATIONAL HEADQUARTER
HOFFMAN ESTATES, IL  60179
888-823-2320 A/P 214-265-3458 FAX A/P214

| Salesman | Order Date | Invoice Date | Ship Via | Dept No. |
|---|---|---|---|---|
| EDWARD COHEN /JEFFREY SAKA | | 05/15/2019 | | |
| **Purchase Order No.** | **S/O No.** | | **Terms** | **Cartons** |
| | | | Net 15 Days | |

| Item Number | SKU # | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| VM10477-BLU | 007325840 | 2.1 AMP DUAL USB WALL CHARGER-BLUE | 1 | 2.75 | 2.75 |
| VM10477-WHT | 007325845 | 2.1 AMP DUAL USB WALL CHARGER-WHT | 161 | 2.75 | 442.75 |
| VM40016-BLK-KM | 007497573 | WATERPROOF HOOK EARBUDS W/MIC | 153 | 2.50 | 382.50 |
| VM70011-KM | 007498382 | SCREEN PROTECTOR FOR IPHONE 6 | 31 | 2.25 | 69.75 |
| VMZ40012-BLU-KM | 007499429 | mobile candy metallic earphone-braided | 103 | 2.50 | 257.50 |
| VMZ40012-BLK-KM | 007500319 | mobile candy metalic earphone-braided | 74 | 2.50 | 185.00 |
| VMZ40012-RED-KM | 007500320 | mobile candy metallic earphone-braided | 56 | 2.50 | 140.00 |
| VM30012-BLK-KM | 007500333 | MOBILE CANDY 2600MAH POWER STICK-BLK | 139 | 3.75 | 521.25 |
| VM30012-WHT-KM | 007500334 | MOBILE CANDY 2600MAH POWER STICK-WHT | 38 | 3.75 | 142.50 |
| V11086-3-BLACK-KM | 008157854 | VIVITAR BASIC 3FT. 30 PIN CABLE-BLACK | 33 | 4.00 | 132.00 |
| V11089-3-BLACK-KM | 008157857 | VIVITAR BASIC 3FT. MICRO CABLE-BLACK | 181 | 3.00 | 543.00 |
| V13289-S-BLACK-KM | 008157859 | VIVITAR SOLO CAR 2 AMP 2 USB | 1 | 5.00 | 5.00 |
| V14289-S-BLACK-KM | 008157861 | VIVITAR SOLO WALL 2 AMP 2 USB | 2 | 5.00 | 10.00 |
| V15089-S-BLACK | 008157868 | V POWER BANK 2200MAH SQUARE-PWER | 149 | 5.50 | 819.50 |
| V1184S-AG | 008157872 | V.SCREEN PROTECTOR-FINGERPRINT-IPHONE 4S | 32 | 3.00 | 96.00 |
| V1185S-AG | 008157873 | V.SCREEN PROTECTOR-FINGERPRINT-IPHONE 5S | 14 | 3.00 | 42.00 |
| V118S5-AG | 008157874 | V.SCREEN PROTECTOR-FINGERPRINT-SAMSNG S5 | 17 | 3.00 | 51.00 |
| V118MI-AG | 008157875 | V.SCREEN PROTECTOR FINGERPRINT-IPAD MINI | 18 | 5.00 | 90.00 |
| V118MI-TG | 008157876 | V.SCRN PROTECTOR TEMPERED GLASS-IPD MINI | 2 | 10.00 | 20.00 |
| VIV-CRD-123 | 008157877 | SMARTPHONE WINDSHIELD MOUNT | 17 | 4.50 | 76.50 |

• All prices are net.     • Freight not included.          • An interest charge of 1 1/2% per month will be changed on all past due balances.
• No claims will be allowed unless made within 5 days of receipt of goods.          • No return will be allowed without written authorization.

Invoice # : **BN1905150035**

Customer # : **20667**

Invoice Date : 05/15/2019

D/N # :   **DN1905150162**

**SARAR INTERNATIONAL INC.**

195 Carter Drive

Edison, NJ 08817

Bill To :                                          Ship To :

**KMART CONSIGNMENT**

3333 BEVERLY RD.

INTERNATIONAL HEADQUARTER

HOFFMAN ESTATES, IL  60179

888-823-2320 A/P 214-265-3458 FAX A/P214

| Salesman | Order Date | Invoice Date | Ship Via | Dept No. |
|---|---|---|---|---|
| EDWARD COHEN /JEFFREY SAKA | | 05/15/2019 | | |

| Purchase Order No. | S/O No. | Terms | Cartons |
|---|---|---|---|
| | | Net 15 Days | |

| Item Number | SKU # | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| VIV-CRD-101 | 008157878 | SMARTPHONE CAR VENT MOUNT | 1,574 | 4.50 | 7,083.00 |
| V11087-3-RED-KM | 008360328 | VIVITAR BASIC 3FT CABLE LIGHTNING-RED | 40 | 8.50 | 340.00 |
| V18089-BLACK-KM | 008360331 | 4400 MAH POWER BANK W TIPS-BLACK | 209 | 10.00 | 2,090.00 |
| V11087-3-WHITE-KM | 008603207 | VIVITAR BASIC 3FT CABLE LIGHTNING-WHITE | 581 | 8.50 | 4,938.50 |
| V11087-3-PINK-KM | 008603208 | VIVITAR BASIC 3FT CABLE LIGHTNING-pink | 182 | 8.50 | 1,547.00 |
| V13189-S-WHITE | 008603210 | VIVITAR SOLO CAR 1 AMP-white | 15 | 2.50 | 37.50 |
| V15089-S-WHITE | 008603212 | V POWER BANK 2200MAH SQUARE-PWER | 108 | 5.50 | 594.00 |
| V15089-S-RED-KM | 008603213 | V POWER BANK 2200MAH SQUARE-PWER | 21 | 5.50 | 115.50 |
| V18089-WHITE-KM | 008603214 | 4400 MAH POWER BANK W TIPS-white | 81 | 10.00 | 810.00 |
| V1185S-TG-KM | 008603215 | V.SCREEN PROTECTOR TEMPERED GLASS-IPH 5S | 4 | 5.00 | 20.00 |
| V14189-S-RED-KM | 008767489 | VIVITAR SOLO WALL 1 AMP SINGLE USB COLOR | 13 | 2.50 | 32.50 |
| C2300 | 008819848 | DELUXE BRIDGE CAMERA CASE | 8 | 9.50 | 76.00 |
| SP410 | 008819851 | KODAK LED LIGHT FOR SMART PHONES | 1 | 12.50 | 12.50 |
| TR60 | 008819852 | KODAK 6" TRIPOD | 3 | 3.00 | 9.00 |
| VIV-RW-1000-W | 008821329 | MICRO SD CARD READER-WHITE | 4 | 5.00 | 20.00 |
| VIV-RW-3000-W | 008821330 | SDHC CARD READER-WHITE | 6 | 5.00 | 30.00 |
| VIV-RW-5000-W | 008821331 | 50 IN 1 CARD READER-WHITE | 10 | 5.00 | 50.00 |
| VIV-SC-4200B | 008821332 | universal lcd charger w/usb | 11 | 18.00 | 198.00 |
| VIV-SC-2100B | 008956397 | universal travel charger | 49 | 10.00 | 490.00 |
| VIV-BTC-3-SA-KM | 008956430 | Digital Camera Case | 46 | 5.00 | 230.00 |

• All prices are net.        • Freight not included.        • An interest charge of 1 1/2% per month will be changed on all past due balances.
• No claims will be allowed unless made within 5 days of receipt of goods.                • No return will be allowed without written authorization.

3 / 4

**SARAR INTERNATIONAL INC.**

Invoice # : **BN1905150035**          Invoice Date : 05/15/2019
Customer # :  **20667**
D/N # :  **DN1905150162**

195 Carter Drive
Edison, NJ 08817

Bill To :                                    Ship To :

**KMART CONSIGNMENT**

3333 BEVERLY RD.
INTERNATIONAL HEADQUARTER
HOFFMAN ESTATES, IL  60179
888-823-2320 A/P 214-265-3458 FAX A/P214

| Salesman | Order Date | Invoice Date | Ship Via | Dept No. |
|---|---|---|---|---|
| EDWARD COHEN /JEFFREY SAKA | | 05/15/2019 | | |

| Purchase Order No. | S/O No. | Terms | Cartons |
|---|---|---|---|
| | | Net 15 Days | |

| Item Number | SKU # | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| C3200 | 008956432 | PRO MIRRORLESS SLR CASE | 6 | 10.00 | 60.00 |
| C3100 | 008956433 | PRO CAMERA CASE | 1 | 7.00 | 7.00 |
| VIV-RW-7100-KM | 009160832 | V.DESKTOP USB C/OTG CARD READER/WRITER | 24 | 5.00 | 120.00 |
| DVR783HD-BLU-KM | 009160860 | 5.1MP ACTION CAMCORDER 1.8" TOUCH SCREEN | 8 | 35.00 | 280.00 |
| VM14375-BLU-KM | 009418851 | DEEJAY HEADPHONE-BLUE | 514 | 3.25 | 1,670.50 |
| VM14375-RED-KM | 009418852 | DEEJAY HEADPHONE-RED | 107 | 3.25 | 347.75 |
| VM14375-BLK-KM | 009418853 | DEEJAY HEADPHONE-BLK | 3 | 3.25 | 9.75 |
| VM11787-WHT-8-DK | 009569239 | 5 FT. BRAIDED  LIGHTNING CABLE-WHT | 47 | 6.50 | 305.50 |
| VM30015-BLK-KM | 009646118 | 4000MAH POWER BANK | 137 | 5.50 | 753.50 |
| VM40023BT-BLK-KM | 009646119 | MOBILE CANDY BLUETOOTH NECK EARPHONE | 1,643 | 6.75 | 11,090.25 |

| | | | | **SUB TOTAL** | 68,621.75 |
|---|---|---|---|---|---|

*

| | | **TOTAL INVOICE** | **$68,621.75** |
|---|---|---|---|

- All prices are net.    • Freight not included.    • An interest charge of 1 1/2% per month will be changed on all past due balances.
- No claims will be allowed unless made within 5 days of receipt of goods.    • No return will be allowed without written authorization.



**Credit Memo #:** **BN1905150036**

**Customer #:** **20667**

D/N # :

195 Carter Drive

Edison, NJ 08817

Bill To :                                        Ship To :

**KMART CONSIGNMENT**

3333 BEVERLY RD.

INTERNATIONAL HEADQUARTER

HOFFMAN ESTATES, IL 60179

888-823-2320 A/P 214-265-3458 FAX A/P214

| Salesman | | Order Date | Invoice Date | Ship Via | | Order Type |
|---|---|---|---|---|---|---|
| EDWARD COHEN /JEFFREY SAKA | | | 05/15/2019 | | | MASS |
| RMA No. | | S/O No. | | Terms | | |
| | | | | Net 15 Days | | |

| Item # | SKU # | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| 38327-KM | 008933209 | FROZEN POCKET DIGITAL VIDEO RECORDER | 1 | -30.00 | -30.00 |
| 98327 | 008819858 | FROZEN 2.1MP DIGITAL CAMERA | 1 | -22.50 | -22.50 |
| CM100 | 008956431 | DELUXE CLEANING KIT | 2 | -5.00 | -10.00 |
| V11086-3-RED-KM | 008281009 | VIVITAR BASIC 3FT. 30 PIN CABLE COLOR | 6 | -4.00 | -24.00 |
| V11087-3-BLACK-KM | 008157855 | VIVITAR BASIC 3FT CABLE LIGHTNING-BLACK | 17 | -8.50 | -144.50 |
| V11089-3-WHITE-KM | 008603209 | VIVITAR BASIC 3FT. MICRO CABLE-white | 63 | -3.00 | -189.00 |
| V13189-S-BLACK-KM | 008157858 | VIVITAR SOLO CAR 1 AMP-black | 15 | -2.50 | -37.50 |
| V13189-S-RED-KM | 008281010 | VIVITAR SOLO CAR 1 AMP COLOR-red | 5 | -2.50 | -12.50 |
| V14189-S-BLACK-KM | 008157860 | VIVITAR SOLO WALL 1 AMP SINGLE USB | 5 | -2.50 | -12.50 |
| V14189-S-WHITE-KM | 008603211 | VIVITAR SOLO WALL 1 AMP SINGLE USB-white | 63 | -2.50 | -157.50 |
| VIV-APM-7513-KM | 002967924 | FLOATING STORAGE BUOY | 49 | -3.00 | -147.00 |
| VIV-APM-7582-KM | 002967923 | POWER GRIP 4000MAH | 13 | -7.00 | -91.00 |
| VIV-DKS-4-KM | 008956429 | Universal Case for Mirrorless SLR Camera | 7 | -5.00 | -35.00 |
| VIV-VPT-1250-6 | 004181661 | 50 Inch Tripod | 7 | -5.00 | -35.00 |
| VM10477-GRN | 007325841 | 2.1 AMP DUAL USB WALL CHARGER-GREEN | 8 | -2.75 | -22.00 |
| VM10477-PNK | 007325838 | 2.1 AMP DUAL USB WALL CHARGER-PINK | 2 | -2.75 | -5.50 |
| VM10477-RED | 007325849 | 2.1 AMP DUAL USB WALL CHARGER-RED | 1 | -2.75 | -2.75 |
| VM11786-BLK-KM | 007325723 | 3 FT. BRAIDED 30 PIN CABLE-BLK | 17 | -2.75 | -46.75 |
| VM11787-BLK-8-DK | 009567349 | 5 FT. BRAIDED LIGHTING CABLE-BLK | 27 | -6.50 | -175.00 |
| | | **TOTAL** | **309** | | **-1,200.50** |

| | |
|---|---|
| | **TOTAL INVOICE** |
| | **$ -1,200.50** |

• All prices are net.  • Freight not included.  • An interest charge of 1 1/2% per month will be charged on all past due balances.
• No claims will be allowed unless made within 5 days of receipt of goods.  • No return will be allowed without written authorization.

**<u>EXHIBIT 2</u>**



Customer #: 12 20067
Invoice # : SN1812270097

Invoice Date : 12/27/2018

D/N # : DN1812190005

195 Carter Drive

Edison, NJ 08817

Bill To :

**KMART (SEARS HOLDING CORPORATION)**

3333 BEVERLY RD.

INTERNATIONAL HEADQUARTER

HOFFMAN ESTATES, IL  60179

888-823-2320 A/P 214-265-3458 FAX A/P214-265-33

Ship To :

**SEARS HOLDINGS corp. DC # 8287**

K-MART Division

5600 E AIRPORT RD

ONTARIO, CA  91761

| Salesman | Order Date | Invoice Date | Terms | Dept No. | Cartons |
|---|---|---|---|---|---|
| EDWARD COHEN /JEFFREY SAKA | 12/18/2018 | 12/27/2018 | Net 15 Days | 020 | 1 |

| Purchase Order No. | S/O No. | Ship Via | Tracking No. |
|---|---|---|---|
| 08287261927 | SN1812180377 | Dart  International | |

| Item # | SKU # | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| DVR786HD-BLK-TA | 009160863 | ACTION CAMCORDER 2.0" W/12MP | 4 | $ 42.00 | 168.00 |
| | | **SUB TOTAL** | | | 168.00 |

*

ORIGIN OF COUNTRY: CHINA

| | |
|---|---|
| **TOTAL INVOICE** | **$ 168.00** |

• All prices are net.     • Freight not included.        • An interest charge of 1 1/2% per month will be charged on all past due balances.
• No claims will be allowed unless made within 5 days of receipt of goods.            • No return will be allowed without written authorization.



SARAR INTERNATIONAL INC.

**Invoice #:** BN1812310209
**Invoice Date:** 12/31/2018
**D/N # :** DN1812260318
**Customer #:** 20067

195 Carter Drive
Edison, NJ 08817

Bill To :

**KMART (SEARS HOLDING CORPORATION)**
3333 BEVERLY RD.
INTERNATIONAL HEADQUARTER
HOFFMAN ESTATES, IL  60179
888-823-2320 A/P 214-265-3458 FAX A/P214-265-33

Ship To :

**SEARS HOLDINGS corp. DC # 8287**
K-MART Division
5600 E AIRPORT RD
ONTARIO, CA  91761

| Salesman | Order Date | Invoice Date | Terms | Dept No. | Cartons |
|---|---|---|---|---|---|
| EDWARD COHEN /JEFFREY SAKA | 12/25/2018 | 12/31/2018 | Net 15 Days | 020 | 1 |

| Purchase Order No. | S/O No. | Ship Via | Tracking No. |
|---|---|---|---|
| 08287262979 | SN1812260274 | Dart  International | |

| Item # | SKU # | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| DVR786HD-BLK-TA | 009160863 | ACTION CAMCORDER 2.0" W/12MP | 4 | $ 42.00 | 168.00 |
| | | **SUB TOTAL** | | | 168.00 |

\*

ORIGIN OF COUNTRY: CHINA

| | | |
|---|---|---|
| | **TOTAL INVOICE** | **$ 168.00** |

- All prices are net.
- Freight not included.
- An interest charge of 1 1/2% per month will be charged on all past due balances.
- No claims will be allowed unless made within 5 days of receipt of goods.
- No return will be allowed without written authorization.



**195 Carter Drive**

**Edison, NJ 08817**

Invoice # : **IN1812310225**

Invoice Date : 12/31/2018

Customer # : **20067**

D/N # :  **DN1812260312**

| Bill To : | Ship To : |
|---|---|
| **KMART (SEARS HOLDING CORPORATION)** | **SEARS HOLDINGS corp. DC # 8273** |
| 3333 BEVERLY RD. | K-MART Division |
| INTERNATIONAL HEADQUARTER | 3051 LAKEVIEW RD |
| HOFFMAN ESTATES, IL  60179 | LAWRENCE, KS  66049 |
| 888-823-2320 A/P 214-265-3458 FAX A/P214-265-33 | |

| Salesman | Order Date | Invoice Date | Terms | Dept No. | Cartons |
|---|---|---|---|---|---|
| EDWARD COHEN /JEFFREY SAKA | 12/25/2018 | 12/31/2018 | Net 15 Days | 020 | 4 |

| Purchase Order No. | S/O No. | Ship Via | Tracking No. |
|---|---|---|---|
| 08273693387 | SN1812260268 | Dart  International | |

| Item # | SKU # | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|---|
| IS048-TEAL-WM | 004274745 | 16MP WATERPROOF DIG.CAM.,4X ZOOM,2.4"SCR16MP,4X DIG.ZOOM,2,4"SCRN | 16 | $ 39.38 | 630.08 |
| | | **SUB TOTAL** | | | 630.08 |

*

ORIGIN OF COUNTRY: CHINA

| | | |
|---|---|---|
| | **TOTAL INVOICE** | **$ 630.08** |

● All prices are net.    ● Freight not included.    ● An interest charge of 1 1/2% per month will be charged on all past due balances.
● No claims will be allowed unless made within 5 days of receipt of goods.    ● No return will be allowed without written authorization.