UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re                                                                 Chapter 11

SEARS HOLDINGS CORPORATION, et al.,    Case No. 18-23538 (rdd)

                       Debtors.                               (Jointly Administered)

-----------------------------------------------------------X

**AFFIDAVIT OF SERVICE BY ELECTRONIC MAIL ("E-MAIL"), ECF ("ELECTRONIC CASE FILING") AND REGULAR MAIL**

STATE OF NEW YORK     )
                                 ss.:
COUNTY OF NASSAU     )

       DONNA M. OLSEN, being duly sworn, deposes and says:

       I am not a party to the action, am over 18 years of age, and reside in Nassau County, New York.

       On June 21, 2019, I served a true copy of the *AMENDED MOTION OF COLONIAL PROPERTIES, LLC TO COMPEL PAYMENT OF POST-[PETITION DATE RENT AND RELATED LEASE OBLIGATIONS PURSUANT TO 11 U.S.C. §§ 105(a), 363(e), 365(d)(3) AND 503(b()1)(A)*:

       (i)    via the Court's CM/ECF system upon all counsel of record and interested parties; and

       on June 25, 2019, I served a true copy of the *AMENDED MOTION OF COLONIAL PROPERTIES, LLC TO COMPEL PAYMENT OF POST-[PETITION DATE RENT AND RELATED LEASE OBLIGATIONS PURSUANT TO 11 U.S.C. §§ 105(a), 363(e), 365(d)(3) AND 503(b()1)(A)*:

       (i)    to the parties listed below at their last known e-mail addresses set forth after each name; and

       (ii)   by first class mail, by depositing true copies of same, enclosed in sealed envelopes with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York, addressed to the parties listed below at the last known address set forth after each name:

862139

I. Bid Notice Parties
   a. Debtors
      Rob Riecker: rob.riecker@searshc.com
      Luke Valentino: luke.valentino@searshc.com
      Mohsin Meghji: mmeghji@miiipartners.com

   b. Debtors' counsel
      Ray Schrock, Esq.: ray.schrock@weil.com
      Jacqueline Marcus, Esq.: jacqueline.marcus@weil.com
      Garrett A. Fail, Esq.: garrett.fail@weil.com
      Sunny Singh, Esq.: sunny.singh@weil.com

   c. Debtors' investment banker: project.blue.rx@lazard.com

II. Buyer Parties
   a. Buyer
      Kunal S. Kamlani: kunal@eslinvest.com
      Harold Talisman: harold@eslinvest.com

   b. Counsel
      Christopher E. Austin, Esq.: caustin@cgsh.com
      Benet J. O'Reilly, Esq.: boreilly@cgsh.com
      Sean A. O'Neal, Esq.: soneal@cgsh.com

III. Consultation Parties
   a. Bank of America
      Paul Leake, Esq.: Paul.Leake@skadden.com
      Shana Elberg, Esq.: Shana.Elberg@skadden.com
      George Howard, Esq.: George.Howard@skadden.com

   b. Wells Fargo Bank
      Kevin J. Simard, Esq.: ksimard@choate.com
      Jonathan D. Marshall, Esq.: jmarshall@choate.com

   c. Committee
      Ira S. Dizengoff, Esq.: idizengoff@akingump.com
      Philip C. Dublin, Esq.: pdublin@akingump.com
      Abid Qureshi, Esq.: aqureshi@akingump.com
      Sara L. Brauner, Esq.: sbrauner@akingump.com

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: Stephen Sitley Esq.
      Luke J. Valentino, Esq.

862139

Office of the United States Trustee
201 Varick Street, Suite 1006
New York, NY 10014
Attn:   Paul Schwartzberg, Esq.

Transform Holdco, LLC
c/o ESL Partners, Inc.
1170 Kane Concourse, Suite 200
Bay Harbor Islands, FL 33154
Attn:   Kunal S. Kamlani
        Harold Talisman

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Ray C. Schrock, P.C.
        Ellen J. Odoner, Esq.
        Sunny Singh
        Garrett A. Fail, Esq.

Cleary Gottlieb
One Liberty Plaza
New York, NY 10006
Attn:   Christopher E. Austin, Esq.
        Benet J. O'Reilly, Esq.
        Sean A. O'Neal, Esq.

_____
DONNA M. OLSEN

Sworn to before me this
26th day of June, 2019.

_____
Notary Public

SILVANA FERRO
Notary Public, State of New York
No. 01FE5012517
Qualified in Nassau County
Commission Expires June 15, 2023

862139