**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                                                                    Case No.: _____

                                                                                                              Chapter ___

                                        Debtor
---------------------------------------------------------------x

                                                                                                              Adversary Proceeding No.: _____

                                        Plaintiff

                            v.


                                        Defendant
---------------------------------------------------------------x


**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*


I, _____, request admission, ***pro hac vice***, before the Honorable _____, to represent _____, a _____ in the above-referenced    case    adversary proceeding.


*I certify that I am a member in good standing* of the bar in the State of _____ and, if applicable, the bar of the U.S. District Court for the _____ District of _____.


I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.


Dated: _____

_____, New York                              _____

                                                                                     *Mailing Address*:

                                                                                     _____
                                                                                     _____
                                                                                     _____

                                                                                     *E-mail address*: _____

                                                                                     *Telephone number*: (____)_____

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                                                           Case No.: _____

                                                                                                    Chapter ___

                        Debtor

---------------------------------------------------------------x

                                             Adversary Proceeding No.: _____

                        Plaintiff

             v.


                        Defendant

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

      Upon the motion of _____, to be admitted, *pro hac vice*, to represent _____, (the "Client") a _____ in the above referenced     case     adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of _____ and, if applicable, the bar of the U.S. District Court for the _____ District of _____, it is hereby

      **ORDERED**, that _____, Esq., is admitted to practice, *pro hac vice*, in the above referenced     case     adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York        /s/ _____

                                                 UNITED STATES BANKRUPTCY JUDGE