Edward L. Schnitzer
**Montgomery McCracken Walker & Rhoads LLP**
437 Madison Ave
New York, New York  10022
(212) 867-9500

*Attorneys for BST International Fashion Ltd*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :    Chapter 11
                                                            :
SEARS HOLDINGS CORPORATION, *et al.,*                       :    Case No. 18-23538-rdd
                                                            :
                            Debtors.                        :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

## AMENDED NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 9010(b), BST International Fashion Ltd, a creditor and party in interest in the bankruptcy cases of Sears Holding Corporation, *et al.*, through its counsel Montgomery McCracken Walker & Rhoads LLP, hereby files this amended notice of appearance and demand for service of papers, amending the previously-filed notice (Docket No. 1732), and demands service of all notices and papers herein upon:

> Edward L. Schnitzer
> **MONTGOMERY McCRACKEN WALKER & RHOADS LLP**
> 437 Madison Ave
> New York, New York  10022
> T: (212) 867-9500
> E: eschnitzer@mmwr.com
>
>         -and-
>
> A.R. Shrinivasan
> Managing Director
> BST International Fashion Ltd
> Suite 2301B, Skyline Tower

>    39 Wang Kwong Road
>    Kowloon Bay, Kowloon
>    Hong Kong

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind, including, without limitation, all notices, motions, and orders, whether written or oral, formal or informal, however transmitted.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers (the "Notice") nor any later appearance or pleading shall constitute a waiver of:

a) rights to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Judge;

b) rights to trial by jury in any proceedings as to any and all matters so triable, whether or not the same be designated legal or private rights, or in any case, controversy or pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution;

c) rights to seek abstention or remand of any matter or proceeding subject to mandatory discretionary abstention or remand, and to have the District Court withdraw the reference in any matter or proceeding subject to mandatory or discretionary withdrawal;

d) rights to receipt of service of process in all actions, causes, claims, or proceedings arising in, arising under or related to these proceedings to be served directly on BST International Fashion Ltd; or

e) rights to contest service of process.

All of the above rights are expressly reserved and preserved by BST International Fashion Ltd without exception.

Dated: June 27, 2019
New York, New York

**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**

*/s/ Edward L. Schnitzer*
Edward L. Schnitzer
437 Madison Ave
New York, New York  10022
T: (212) 867-9500
E: eschnitzer@mmwr.com

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been served on this 27th day of June, 2019 upon (a) all parties requesting service via ECF notification and (b) all parties identified in the Master Service List as of 6/17/2019 available at https://restructuring.primeclerk.com/sears/Home-Index.

*/s/ Edward L. Schnitzer*
Edward L. Schnitzer
**Montgomery McCracken Walker & Rhoads LLP**
437 Madison Ave
New York, New York  10022
T: (212) 867-9500
E: eschnitzer@mmwr.com