YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rockefeller Center
1270 Avenue of the Americas, Suite 2210
New York, New York 10020
Tel: (212) 332-8840
Fax: (212) 332-8855
Pauline K. Morgan
Ryan M. Bartley
Travis G. Buchanan

*Counsel for the Debtors, Acting at the*
*Direction of the Restructuring Sub-Committee*

**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION, *et al.*,** | : | **Case No. 18-23538 (RDD)** |
| | : | |
| **Debtors.[1]** | : | **(Jointly Administered)** |
| | : | |

----------------------------------------------------------------x

**EIGHTH MONTHLY FEE STATEMENT OF**
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
**FOR COMPENSATION FOR SERVICES RENDERED**
**AND REIMBURSEMENT OF EXPENSES INCURRED**
**AS CONFLICTS COUNSEL FOR THE DEBTORS FOR THE PERIOD**
**FROM MAY 1, 2019 THROUGH MAY 31, 2019**

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Conflicts Counsel for the Debtors |
| Date of Retention: | November 13, 2018, *nunc pro tunc* to October 15, 2018 |
| Period for which compensation and reimbursement is sought: | May 1, 2019 through May 31, 2019 |
| Monthly Fees Incurred: | $28,982.00 |
| 20% Holdback: | $5,796.40 |
| Compensation Less 20% Holdback: | $23,185.60 |
| Monthly Expenses Incurred: | $453.30 |
| Total Fees and Expenses Due: | $23,638.90 |

This is a:  __X__ monthly ____interim _____final application

In accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 796] (the "Interim Compensation Order"),[2] Young Conaway Stargatt & Taylor, LLP ("Young Conaway") hereby submits this eighth monthly fee statement (the "Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as conflicts counsel to the Debtors for the period from May 1, 2019 through May 31, 2019 (the "Monthly Fee Period"). By this Monthly Fee Statement, Young Conaway seeks payment in the amount of $23,638.90 which is comprised of (i) $23,185.60 which represents eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Monthly Fee Period, and (ii)

---

[2]    Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

reimbursement of $453.30, which represents one hundred percent (100%) of actual and necessary expenses incurred in connection with such services.

## Services Rendered and Expenses Incurred

1.      Attached as <u>Exhibit A</u> is a summary of Young Conaway's professionals by individual, setting forth the (i) name, title, and department of each individual who provided services in connection with the Chapter 11 Cases during the Monthly Fee Period, (ii) aggregate hours spent by each individual, (iii) hourly billing rate for each such individual at Young Conaway's billing rates during the Monthly Fee Period, (iv) amount of fees earned by each Young Conaway professional, and (v) the number of years in practice for each attorney.  The blended hourly billing rate of Young Conaway attorneys during the Monthly Fee Period is approximately **$572.33**.  The blended hourly rate of paralegals and other non-legal staff during the Monthly Fee Period is approximately **$295.00**.

2.      Attached as <u>Exhibit B</u> is a summary of the services rendered and compensation sought, by project category, for the Monthly Fee Period.

3.      Attached as <u>Exhibit C</u> is a summary of expenses incurred and reimbursement sought, by expense type, for the Monthly Fee Period.

4.      Attached as <u>Exhibit D</u> is itemized time detail of Young Conaway professionals for the Monthly Fee Period and summary materials related thereto.  The description of the work done by counsel in the time detail may have been edited to protect the confidential and privileged nature of the work completed.

## Notice and Objection Procedures

5.      Notice of this Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Rob Riecker (email: Rob.Riecker@searshc.com) and

Luke Valentino (email: Luke.Valentino@searshc.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) Paul E. Harner, Ballard Spahr LLP, the independent fee examiner, 1675 Broadway 19th Floor, New York, NY 10019 (email: harnerp@ballardspahr.com); (v) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036, Attention: Philip C. Dublin (email: pdublin@akingump.com), Ira Dizengoff (email: idizengoff@akingump.com), and Sara Lynne Brauner (email: sbrauner@akingump.com); and (vi) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com) (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **July 12, 2019** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

If no Objections to this Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

01:24610581.1

If an Objection to this Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to which the Objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.    To the extent such an Objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated:  June 27, 2019

/s/ Pauline K. Morgan
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1270 Avenue of the Americas, Suite 2201
New York, New York 10020
Tel:  (212) 332-8840
Fax: (212) 332-8855
Pauline K. Morgan
Ryan M. Bartley
Travis Buchanan

*Counsel for the Debtors, Acting at the Direction of the Restructuring Sub-Committee*

01:24610581.1

**<u>Exhibit A</u>**

**Compensation by Professional**

01:24610581.1

**SUMMARY OF MONTHLY FEE STATEMENT OF**
**YOUNG CONAWAY STARGATT & TAYLOR, LLP FOR**
**SERVICES RENDERED FOR THE PERIOD**
**FROM MAY 1, 2019 THROUGH MAY 31, 2019**

| Name of Partners and Counsel | Title | Department | Date of Fist Admission | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Pauline K. Morgan | Partner | Bankruptcy | 1987 | 975.00 | 4.30 | 4,192.50 |
| C. Barr Flinn | Partner | Corporate | 1993 | 975.00 | 2.10 | 2,047.50 |
| Ryan M. Bartley | Partner | Bankruptcy | 2007 | 625.00 | 5.20 | 3,250.00 |
| Michael S. Neiburg | Partner | Bankruptcy | 2009 | 600.00 | 14.30 | 8,580.00 |
| **Total Partners and Counsel:** | | | | | **25.90** | **18,070.00** |

| Name of Associate | Title | Department | Date of First Admission | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Travis Buchanan | Associate | Bankruptcy | 2011 | 530.00 | 3.70 | 1,961.00 |
| James M. Deal | Associate | Corporate | 2015 | 385.00 | 16.10 | 6,198.50 |
| Jared W. Kochenash | Associate | Bankruptcy | 2018 | 325.00 | .30 | 97.50 |
| **Total Associates/Law Clerks:** | | | | | **20.10** | **8,257.00** |

| Name of Paralegals and Other Non-Legal Staff | Title | Department | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|
| Brenda Walters | Paralegal | Bankruptcy | 295.00 | 9.0 | 2,655.00 |
| **Total Paralegals:** | | | | **9.0** | **2,655.00** |

| PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 697.68 | 25.90 | 18,070.00 |
| Associates/Law Clerks | 412.85 | 20.10 | 8,257.00 |
| Paralegals/Non-Legal Staff | 295.00 | 9.00 | 2,655.00 |
| Blended Attorney Rate | 572.33 | | |
| **Total Fees Incurred:** | | **55.00** | **28,982.00** |

## **Exhibit B**

### **Compensation by Task Code**

**AGGREGATE TIME SUMMARY BY TASK CODE
FOR THE PERIOD FROM MAY 1, 2019 THROUGH MAY 31, 2019**

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Case Administration (B001) | .10 | 97.50 |
| Cash Collateral/DIP Financing (B003) | .20 | 195.00 |
| Other Adversary Proceedings (B011) | 44.10 | 23,280.50 |
| Plan and Disclosure Statement (B012) | .80 | 745.00 |
| Retention of Professionals/Fee Issues (B017) | 5.00 | 2,042.00 |
| Fee Application Preparation (B018) | 2.40 | 1,182.00 |
| Travel (B019) (billed at half time) | 2.40 | 1,440.00 |
| **TOTAL** | **90.40** | **50,159.50** |

01:24610581.1

## **Exhibit C**

**Expense Summary**

**AGGREGATE ITEMIZED DISBURSEMENTS**
**FOR THE PERIOD FROM MAY 1, 2019 THROUGH MAY 31, 2019**

| Expenses Category | Total Expenses ($) |
|---|---|
| Air/Rail Travel | 396.00 |
| Docket Retrieval/Search | 19.50 |
| Reproduction Charges | 37.80 |
| **TOTAL** | **453.30** |

01:24610581.1

## **Exhibit D**

**Time Detail**

01:24610581.1

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600                                                                          (302) 571-1253 FAX
(800) 253-2234 (DE ONLY)                TAX I.D. NO. 51-0082644                      www.ycst.com

Writer's Direct Dial                                                                     Writer's E-Mail
(302) 571-6707                                                                    pmorgan@ycst.com

Sears Holdings Corporation          Invoice Date:                    June 12, 2019
333 Beverly Rd                      Invoice Number:                     50006616
c/o Alan Carr, Director             Matter Number:                   072902.1003
Hoffman Estates, IL 60178

Re:  Debtor Representation

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 28,982.00 |
| Disbursements | $ | 453.30 |
| Total Due This Invoice | $ | 29,435.30 |

Sears Holdings Corporation

| | |
|---|---|
| Invoice Date: | June 12, 2019 |
| Invoice Number: | 50006616 |
| Matter Number: | 072902.1003 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 05/21/19 | PMORG | Review notice of fee hearing and other recently-filed pleadings | B001 | 0.10 | 97.50 |
| 05/06/19 | PMORG | Review and prepare response to email from Miii Partners re: carve-out accrual and reconciliation of same | B003 | 0.10 | 97.50 |
| 05/07/19 | PMORG | Emails with R. Bartley and emails with Paul Weiss re: weekly carve-out reporting | B003 | 0.10 | 97.50 |
| 05/01/19 | BFLIN | Office conference with J. Deal re analysis required. | B011 | 0.20 | 195.00 |
| 05/01/19 | JDEAL | Discussion with B. Flinn re: tasks | B011 | 0.20 | 77.00 |
| 05/01/19 | JKOCH | Analyze issues related to complaint | B011 | 0.20 | 65.00 |
| 05/01/19 | MNEIB | Emails with P. Morgan and R. Bartley re: subpoena-related issues | B011 | 0.10 | 60.00 |
| 05/01/19 | PMORG | Emails with YCST team re: service of discovery subpoenas | B011 | 0.20 | 195.00 |
| 05/01/19 | TBUCH | Research related to complaint | B011 | 0.80 | 424.00 |
| 05/02/19 | MNEIB | Emails with R. Bartley and T. Buchanan re: subpoena issues | B011 | 0.20 | 120.00 |
| 05/02/19 | MNEIB | Emails with D. Giller re: subpoena issues | B011 | 0.10 | 60.00 |
| 05/02/19 | PMORG | Emails with R. Bartley re: discovery related issues | B011 | 0.10 | 97.50 |
| 05/08/19 | MNEIB | Email from C. Harris re: subpoena directed to Simon | B011 | 0.10 | 60.00 |
| 05/14/19 | BWALT | Email from R. Bartley re: adversary docket (.1), update adversary docket (1.2) | B011 | 1.30 | 383.50 |
| 05/14/19 | JDEAL | Review interview transcripts for analysis of corporate law claims | B011 | 0.70 | 269.50 |
| 05/14/19 | JDEAL | Draft analysis of corporate law claims | B011 | 1.00 | 385.00 |
| 05/14/19 | MNEIB | Emails with R. Bartley and B. Walters re: case status and related issues | B011 | 0.20 | 120.00 |
| 05/14/19 | MNEIB | Review defendants' NOAs | B011 | 0.10 | 60.00 |
| 05/14/19 | MNEIB | Call with R. Bartley and D. Giller re: adversary proceeding status and discovery issues (.3); follow-up discussion with R. Bartley re: same (.4) | B011 | 0.70 | 420.00 |

Sears Holdings Corporation

| | | |
|---|---|---|
| Invoice Date: | | June 12, 2019 |
| Invoice Number: | | 50006616 |
| Matter Number: | | 072902.1003 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 05/14/19 | PMORG | Review memo from R. Bartley re: update on adversary proceeding, requests to extend response deadline, proposed trial schedule, etc. | B011 | 0.20 | 195.00 |
| 05/14/19 | RBART | Call with D. Giller (.3) and related follow up with M. Neiburg (.4) re: adversary proceeding status and discovery issues; follow up review of precedent (.1); provide update to YCST team re: status (.4) | B011 | 1.20 | 750.00 |
| 05/14/19 | TBUCH | Email correspondence with R. Bartley re: strategy and open issues related to complaint | B011 | 0.20 | 106.00 |
| 05/15/19 | BFLIN | Emails with YCST team re: status of analysis and developments | B011 | 0.50 | 487.50 |
| 05/15/19 | JDEAL | Analysis of corporate law claims | B011 | 0.80 | 308.00 |
| 05/15/19 | JDEAL | Review draft document requests | B011 | 1.10 | 423.50 |
| 05/15/19 | MNEIB | Emails with B. Flinn and R. Bartley re: discovery issues | B011 | 0.20 | 120.00 |
| 05/15/19 | MNEIB | Review draft document requests (.3); emails with R. Bartley, D. Giller and J. Deal re: document requests and related discovery issues (.3) | B011 | 0.60 | 360.00 |
| 05/15/19 | MNEIB | Analysis re: complaint and investigation materials in connection with preparing document requests | B011 | 1.20 | 720.00 |
| 05/15/19 | PMORG | Emails with YCST team re: adversary proceeding causes of action, discovery and Rule 26 conference | B011 | 0.30 | 292.50 |
| 05/15/19 | RBART | Correspondence with team re: update on discovery/litigation strategy (.2); correspondence with Paul Weiss re: discovery (.1) | B011 | 0.30 | 187.50 |
| 05/15/19 | TBUCH | Review document requests re: complaint (.3); email correspondence from R. Bartley, B. Flinn re: same (.2) | B011 | 0.50 | 265.00 |
| 05/16/19 | BFLIN | Exchanged emails re documents requests and related issues | B011 | 0.40 | 390.00 |
| 05/16/19 | BFLIN | Reviewed discovery requests | B011 | 0.50 | 487.50 |
| 05/16/19 | JDEAL | Research re: adversary complaint | B011 | 2.70 | 1,039.50 |
| 05/16/19 | JDEAL | Phone call with R. Bartley re: research | B011 | 0.10 | 38.50 |

Sears Holdings Corporation

| | | | Invoice Date: | | June 12, 2019 |
| | | | Invoice Number: | | 50006616 |
| | | | Matter Number: | | 072902.1003 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 05/16/19 | JDEAL | Review edits from B. Flinn re: discovery requests | B011 | 0.10 | 38.50 |
| 05/16/19 | JDEAL | Discussion with R. Bartley and M. Neiburg re: discovery | B011 | 0.10 | 38.50 |
| 05/16/19 | JDEAL | Review and revise draft document requests | B011 | 1.20 | 462.00 |
| 05/16/19 | JDEAL | Phone call with R. Bartley, M. Neiburg, D. Giller, S. Avidan re: discovery | B011 | 0.40 | 154.00 |
| 05/16/19 | JDEAL | Draft email to B. Flinn re: research results | B011 | 0.20 | 77.00 |
| 05/16/19 | JDEAL | Draft email to B. Flinn re: discovery | B011 | 0.30 | 115.50 |
| 05/16/19 | MNEIB | Emails with B. Flinn and J. Deal re: procedural issues | B011 | 0.20 | 120.00 |
| 05/16/19 | MNEIB | Call with D. Giller, R. Bartley and J. Deal re: discovery issues | B011 | 0.50 | 300.00 |
| 05/16/19 | MNEIB | Review and revise draft document requests directed to Tisch (.5); emails with B. Flinn, R. Bartley and J. Deal re: same (.2) | B011 | 0.70 | 420.00 |
| 05/16/19 | MNEIB | Email from D. Giller re: procedural issues | B011 | 0.10 | 60.00 |
| 05/16/19 | PMORG | Review emails re: discovery requests | B011 | 0.10 | 97.50 |
| 05/16/19 | RBART | Review and comment on discovery requests, including correspondence/discussion with YCST (.5); Call with Paul Weiss and YCST re: same (.4); follow up call and correspondence with J. Deal re: legal research relative to claims (.2) | B011 | 1.10 | 687.50 |
| 05/17/19 | BFLIN | Reviewed draft document requests | B011 | 0.40 | 390.00 |
| 05/17/19 | JDEAL | Draft email to B. Flinn re: analysis of corporate law claims | B011 | 0.10 | 38.50 |
| 05/17/19 | JDEAL | Review emails re: discovery | B011 | 0.10 | 38.50 |
| 05/17/19 | JDEAL | Analysis of corporate law claims | B011 | 4.10 | 1,578.50 |
| 05/17/19 | JDEAL | Draft email to B. Flinn re: draft discovery | B011 | 0.10 | 38.50 |
| 05/17/19 | MNEIB | Review revised draft document requests directed to Tisch (.3); emails with R. Bartley, B. Flinn and J. Deal re: same (.2) | B011 | 0.50 | 300.00 |

Sears Holdings Corporation

| | Invoice Date: | June 12, 2019 |
| --- | --- | --- |
| | Invoice Number: | 50006616 |
| | Matter Number: | 072902.1003 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
| --- | --- | --- | --- | --- | --- |
| 05/17/19 | MNEIB | Emails with D. Shamah and R. Bartley re: extension of deadline to respond to complaint | B011 | 0.20 | 120.00 |
| 05/17/19 | MNEIB | Emails with R. Bartley and D. Giller re: discovery and scheduling issues | B011 | 0.20 | 120.00 |
| 05/17/19 | PMORG | Review emails from D. Shamala and R. Bartley re: adversary scheduling | B011 | 0.10 | 97.50 |
| 05/17/19 | RBART | Brief review and comment on revisions to RFP directed at Tisch and follow up correspondence (.2); Correspondence with D. Shamah, Paul Weiss, M. Neiburg re: scheduling issues (0.2) | B011 | 0.40 | 250.00 |
| 05/19/19 | MNEIB | Email from N. Levine re: Rule 26(f) conference | B011 | 0.10 | 60.00 |
| 05/19/19 | PMORG | Review various emails from interested parties re: Rule 26(f) conference and dispute regarding answer deadline | B011 | 0.20 | 195.00 |
| 05/19/19 | RBART | Correspondence with Paul Weiss, M. Neiburg and defense counsel group re: scheduling issues | B011 | 0.30 | 187.50 |
| 05/20/19 | JDEAL | Review documents for case analysis | B011 | 0.50 | 192.50 |
| 05/20/19 | MNEIB | Emails with D. Giller and R. Bartley re: extension of response deadline | B011 | 0.20 | 120.00 |
| 05/20/19 | MNEIB | Emails with J. Deal and R. Bartley re: investigation materials | B011 | 0.20 | 120.00 |
| 05/20/19 | PMORG | Review Correspondence from R. Bartley and clients re: case budgeting for adversary proceeding | B011 | 0.10 | 97.50 |
| 05/20/19 | RBART | Correspondence with M. Neiburg and D. Giller re: status of extension to respond to complaint | B011 | 0.10 | 62.50 |
| 05/20/19 | TBUCH | Research litigation strategy and open issues related to complaint | B011 | 0.10 | 53.00 |
| 05/21/19 | BWALT | Draft service list for adversary matter, check adversary docket | B011 | 0.60 | 177.00 |
| 05/21/19 | JDEAL | Draft email to D. Giller re: documents | B011 | 0.10 | 38.50 |
| 05/21/19 | JDEAL | Draft email to J. Silberstein-Loeb and D. Giller re: documents | B011 | 0.10 | 38.50 |
| 05/21/19 | JDEAL | Draft email to T. Buchanan and J. Kochenash re: corporate law analysis | B011 | 0.10 | 38.50 |
| 05/21/19 | JDEAL | Discussion with T. Buchanan re: documents | B011 | 0.10 | 38.50 |

Sears Holdings Corporation

| | | | Invoice Date: | June 12, 2019 |
| | | | Invoice Number: | 50006616 |
| | | | Matter Number: | 072902.1003 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 05/21/19 | PMORG | Review draft stipulation re: extension of answer deadline; emails with interested parties re: same | B011 | 0.20 | 195.00 |
| 05/21/19 | RBART | Review and comment on extension stipulation and correspondence with P Morgan, S. Bruegel and defense counsel group | B011 | 0.20 | 125.00 |
| 05/21/19 | TBUCH | Research litigation strategy and open issues related to complaint | B011 | 0.20 | 106.00 |
| 05/22/19 | BWALT | Circulate and update docket re: stipulation and order extending time to July 19 to respond to complaint | B011 | 0.10 | 29.50 |
| 05/22/19 | MNEIB | Email from counsel to ESL and Lampert re: stipulation extending answer deadline | B011 | 0.10 | 60.00 |
| 05/23/19 | RBART | Correspondence with YCST and PW re: document requests | B011 | 0.10 | 62.50 |
| 05/24/19 | BWALT | Multiple communications witih J. Deal, T. Buchanan re: service of document requests (Tisch) (.3); Finalize and serve plaintiff's first request for production of documents directed to T. Tisch (.9) | B011 | 1.20 | 354.00 |
| 05/24/19 | JDEAL | Discussion with T. Buchanan re: document requests | B011 | 0.10 | 38.50 |
| 05/24/19 | JDEAL | Draft emails (numerous) to YCST team re: document requests | B011 | 0.50 | 192.50 |
| 05/24/19 | JDEAL | Prepare service of document requests | B011 | 0.30 | 115.50 |
| 05/24/19 | JDEAL | Review and revise draft document requests | B011 | 0.50 | 192.50 |
| 05/24/19 | JDEAL | Draft email to Paul Weiss re: document requests | B011 | 0.10 | 38.50 |
| 05/24/19 | JDEAL | Draft email to T. Buchanan re: document requests | B011 | 0.10 | 38.50 |
| 05/24/19 | JDEAL | Draft emails (2) to E. Hoyle re: document requests | B011 | 0.10 | 38.50 |
| 05/24/19 | JDEAL | Draft email to D. Giller re: document requests | B011 | 0.10 | 38.50 |
| 05/24/19 | MNEIB | Review revised draft document requests to Tisch (.3); emails with D. Giller, P. Morgan, B. Flinn, J. Deal and R. Bartley re: discovery issues (.4) | B011 | 0.70 | 420.00 |
| 05/24/19 | MNEIB | Emails and call with T. Buchanan re: discovery issues | B011 | 0.20 | 120.00 |
| 05/24/19 | PMORG | Review document requests to Tisch (2 versions) (.5); emails with YCST team re: same (.1) | B011 | 0.60 | 585.00 |

Sears Holdings Corporation

| | | | Invoice Date: | | June 12, 2019 |
| | | | Invoice Number: | | 50006616 |
| | | | Matter Number: | | 072902.1003 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 05/24/19 | RBART | Review updated discovery (.3); correspondence with YCST team re: same and finalizing service (.3) | B011 | 0.60 | 375.00 |
| 05/24/19 | TBUCH | Coordinate service of discovery re: complaint | B011 | 1.40 | 742.00 |
| 05/28/19 | BWALT | Update adversary docket; update service documents | B011 | 0.70 | 206.50 |
| 05/28/19 | JDEAL | Draft email to E. Hoyle re: document requests | B011 | 0.10 | 38.50 |
| 05/29/19 | MNEIB | Emails with D. Giller, R. Bartley, P. Morgan and B. Flinn re: Rule 26(f) conference | B011 | 0.30 | 180.00 |
| 05/29/19 | PMORG | Review numerous emails from interested parties re: 5/30 Rule 26(f) conference; Emails with YCST team re: same | B011 | 0.10 | 97.50 |
| 05/30/19 | BFLIN | Reviewed email from M. Neiburg re 26(f) conference | B011 | 0.10 | 97.50 |
| 05/30/19 | MNEIB | Participate in rule 26(f) conference | B011 | 1.50 | 900.00 |
| 05/30/19 | MNEIB | Prepare summary of rule 26(f) conference | B011 | 0.30 | 180.00 |
| 05/30/19 | MNEIB | Email to P. Morgan, B. Flinn and R. Bartley re: Rule 26(f) conference | B011 | 0.10 | 60.00 |
| 05/30/19 | MNEIB | Analysis re: complaint, investigation materials and document requests in preparation for Rule 26(f) conference | B011 | 2.30 | 1,380.00 |
| 05/30/19 | PMORG | Review summary of Rule 26(f) scheduling conference | B011 | 0.10 | 97.50 |
| 05/30/19 | TBUCH | Email correspondence with M. Neiburg re: 26(f) conference related to complain | B011 | 0.10 | 53.00 |
| 05/07/19 | PMORG | Briefly review exclusivity pleadings | B012 | 0.20 | 195.00 |
| 05/16/19 | PMORG | Briefly review amended plan | B012 | 0.40 | 390.00 |
| 05/29/19 | PMORG | Review summary re: results of disclosure statement hearing, resolution of objections | B012 | 0.10 | 97.50 |
| 05/30/19 | RBART | Brief review of summary of DS hearing | B012 | 0.10 | 62.50 |
| 05/06/19 | BWALT | Emails with D. Willis re: approval for payment of February fee statement | B017 | 0.10 | 29.50 |
| 05/16/19 | PMORG | Review letter from fee examiner re: fee applications and requested reservation of rights; Emails with YCST team re: same | B017 | 0.20 | 195.00 |

Sears Holdings Corporation

| | | Invoice Date: | June 12, 2019 |
| | | Invoice Number: | 50006616 |
| | | Matter Number: | 072902.1003 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 05/16/19 | RBART | Correspondence with Ballard and YCST teams re: fee auditor request in conneciton with fee review and upcoming interim hearing | B017 | 0.20 | 125.00 |
| 05/16/19 | TBUCH | Review correspondence from fee examiner (.2); email correspondence with P. Morgan and R. Bartley re: same (.2) | B017 | 0.40 | 212.00 |
| 05/20/19 | BWALT | Review emails from R. Bartley, and P. Morgan re letter from fee examiner | B017 | 0.10 | 29.50 |
| 05/20/19 | PMORG | Emails with YCST team re: response to fee examiner letter; Review same | B017 | 0.20 | 195.00 |
| 05/20/19 | RBART | Correspondence with Ballard Spahr and P. Morgan re: fee auditor requests (.2); follow up to clients re: update budget and staffing plan (.2) | B017 | 0.40 | 250.00 |
| 05/21/19 | BWALT | Review fee examiner's letter, and telephone call and email to accounting department re fee auditor's letter and request for electronic files of fee statements (pdf and excel) | B017 | 0.70 | 206.50 |
| 05/21/19 | JKOCH | Confer with T. Buchanan re: fee examiner's request for reservation of rights and email to T. Lii re: same | B017 | 0.10 | 32.50 |
| 05/30/19 | BWALT | Communications with accounting department; review excel report for submission to fee auditor | B017 | 0.60 | 177.00 |
| 05/31/19 | BWALT | Review excel files for first five monthly fee applications, add bar information, hourly totals and upload to fee examiners sharefile site | B017 | 2.00 | 590.00 |
| 05/14/19 | PMORG | Review April fee exhibits to ensure protection of privilege and compliance with local rules | B018 | 0.50 | 487.50 |
| 05/28/19 | BWALT | Draft monthly fee application for April 2018 | B018 | 1.20 | 354.00 |
| 05/30/19 | BWALT | Emails to P. Morgan, and R. Bartley re: seventh monthly fee statement, email statement to M. Tattnall and J. Kellner for filing and service, and receive as filed copy | B018 | 0.40 | 118.00 |
| 05/30/19 | PMORG | Review April fee statement for filing | B018 | 0.10 | 97.50 |
| 05/30/19 | RBART | Brief review of April fee application for privilege and confidentiality and follow up to B. Walters and P. Morgan re: same | B018 | 0.20 | 125.00 |

Sears Holdings Corporation

| | Invoice Date: | June 12, 2019 |
|---|---|---|
| | Invoice Number: | 50006616 |
| | Matter Number: | 072902.1003 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 05/30/19 | MNEIB | Non-working travel to/from New York for Rule 26(f) conference (billed at half time) | B019 | 2.40 | 1,440.00 |
| | | **Total** | | **55.00** | **$28,982.00** |

Sears Holdings Corporation

| | | Invoice Date: | June 12, 2019 |
| | | Invoice Number: | 50006616 |
| | | Matter Number: | 072902.1003 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|----------|------|------------------|-------|------|--------|
| BWALT | Brenda Walters | Paralegal | 9.00 | 295.00 | 2,655.00 |
| BFLIN | C. Barr Flinn | Partner | 2.10 | 975.00 | 2,047.50 |
| JDEAL | James M. Deal | Associate | 16.10 | 385.00 | 6,198.50 |
| JKOCH | Jared W. Kochenash | Associate | 0.30 | 325.00 | 97.50 |
| MNEIB | Michael S. Neiburg | Partner | 14.30 | 600.00 | 8,580.00 |
| PMORG | Pauline K. Morgan | Partner | 4.30 | 975.00 | 4,192.50 |
| RBART | Ryan M. Bartley | Partner | 5.20 | 625.00 | 3,250.00 |
| TBUCH | Travis G. Buchanan | Associate | 3.70 | 530.00 | 1,961.00 |
| **Total** | | | **55.00** | | **$28,982.00** |

Sears Holdings Corporation

| | |
|---|---|
| Invoice Date: | June 12, 2019 |
| Invoice Number: | 50006616 |
| Matter Number: | 072902.1003 |

**Task Summary**

**Task Code:B001**          **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Pauline K. Morgan | Partner | 0.10 | 975.00 | 97.50 |
| **Total** | | **0.10** | | **97.50** |

**Task Code:B003**          **Cash Collateral/DIP Financing**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Pauline K. Morgan | Partner | 0.20 | 975.00 | 195.00 |
| **Total** | | **0.20** | | **195.00** |

**Task Code:B011**          **Other Adversary Proceedings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| C. Barr Flinn | Partner | 2.10 | 975.00 | 2,047.50 |
| Michael S. Neiburg | Partner | 11.90 | 600.00 | 7,140.00 |
| Pauline K. Morgan | Partner | 2.30 | 975.00 | 2,242.50 |
| Ryan M. Bartley | Partner | 4.30 | 625.00 | 2,687.50 |
| James M. Deal | Associate | 16.10 | 385.00 | 6,198.50 |
| Jared W. Kochenash | Associate | 0.20 | 325.00 | 65.00 |
| Travis G. Buchanan | Associate | 3.30 | 530.00 | 1,749.00 |
| Brenda Walters | Paralegal | 3.90 | 295.00 | 1,150.50 |
| **Total** | | **44.10** | | **23,280.50** |

**Task Code:B012**          **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Pauline K. Morgan | Partner | 0.70 | 975.00 | 682.50 |
| Ryan M. Bartley | Partner | 0.10 | 625.00 | 62.50 |
| **Total** | | **0.80** | | **745.00** |

**Task Code:B017**          **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Pauline K. Morgan | Partner | 0.40 | 975.00 | 390.00 |
| Ryan M. Bartley | Partner | 0.60 | 625.00 | 375.00 |
| Jared W. Kochenash | Associate | 0.10 | 325.00 | 32.50 |
| Travis G. Buchanan | Associate | 0.40 | 530.00 | 212.00 |
| Brenda Walters | Paralegal | 3.50 | 295.00 | 1,032.50 |
| **Total** | | **5.00** | | **2,042.00** |

Sears Holdings Corporation

| | |
|---|---|
| Invoice Date: | June 12, 2019 |
| Invoice Number: | 50006616 |
| Matter Number: | 072902.1003 |

**Task Code:B018**                **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Pauline K. Morgan | Partner | 0.60 | 975.00 | 585.00 |
| Ryan M. Bartley | Partner | 0.20 | 625.00 | 125.00 |
| Brenda Walters | Paralegal | 1.60 | 295.00 | 472.00 |
| **Total** | | **2.40** | | **1,182.00** |

**Task Code:B019**                **Travel**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Michael S. Neiburg | Partner | 2.40 | 600.00 | 1,440.00 |
| **Total** | | **2.40** | | **1,440.00** |

Sears Holdings Corporation

| | |
|---|---|
| Invoice Date: | June 12, 2019 |
| Invoice Number: | 50006616 |
| Matter Number: | 072902.1003 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 04/05/19 | Docket Retrieval / Search | 69.00 | 6.90 |
| 04/12/19 | Docket Retrieval / Search | 100.00 | 10.00 |
| 04/23/19 | Docket Retrieval / Search | 26.00 | 2.60 |
| 05/16/19 | Reproduction Charges | 29.00 | 2.90 |
| 05/16/19 | Reproduction Charges | 20.00 | 16.00 |
| 05/17/19 | Reproduction Charges | 110.00 | 11.00 |
| 05/24/19 | Reproduction Charges | 24.00 | 2.40 |
| 05/28/19 | Reproduction Charges | 55.00 | 5.50 |
| 05/30/19 | Air/Rail Travel | 1.00 | 396.00 |
| | **Total** | | **$453.30** |

Sears Holdings Corporation

| | |
|---|---|
| Invoice Date: | June 12, 2019 |
| Invoice Number: | 50006616 |
| Matter Number: | 072902.1003 |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| Air/Rail Travel | 396.00 |
| Docket Retrieval / Search | 19.50 |
| Reproduction Charges | 37.80 |
| **Total** | **$453.30** |