**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | ) ) ) | Case No. 18-23538 (RDD) |
| Debtors. | ) ) ) | (Jointly Administered) |

**MONTHLY FEE STATEMENT OF PRIME CLERK LLC, AS
ADMINISTRATIVE AGENT TO THE DEBTORS, FOR THE
PERIOD FROM MAY 1, 2019 THROUGH MAY 31, 2019**

By this monthly fee statement (the "**Statement**"), pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "**Local Bankruptcy Rules**"), Prime Clerk LLC ("**Prime Clerk**"), administrative agent to the above captioned debtors and debtors in possession (collectively, the "**Debtors**"), hereby seeks compensation and reimbursement for reasonable and necessary fees and expenses incurred for the period from May

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1, 2019 through May 31, 2019 (the "**Statement Period**"). In accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 796] (the "**Compensation Order**"), Prime Clerk seeks (i) allowance of reasonable and necessary fees incurred during the Statement Period in an amount equal to $14,577.85 and payment of $11,662.28, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in an amount equal to $0.00. In support of the Statement, Prime Clerk respectfully represents as follows:

| | |
|---|---|
| Name of Professional: | Prime Clerk LLC |
| Authorized to Provide Administrative Agent Services to: | Debtors and Debtors in Possession |
| Date of Retention: | November 19, 2018 *nunc pro tunc* to October 15, 2018 |
| Period for which compensation and reimbursement is sought: | May 1, 2019 through May 31, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $14,577.85[2] |
| 80% of compensation sought as actual, reasonable and necessary: | $11,662.28 |
| Amount of expense reimbursement sought as actual, reasonable and necessary | $0.00 |

---

[2] In accordance with the Compensation Order, at the expiration of the Objection Deadline (as defined in the Compensation Order), the Debtors are authorized to promptly pay 80% of the fees and 100% of the expenses identified in the Statement to which no Objection (as defined in the Compensation Order) has been served.

2

## Prior Monthly Statements

| Date Filed; Docket No. | Period Covered | Requested | | Approved | | Holdback (20%) |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses | |
| 4/15/19; Docket No. 3193 | 10/15/18 – 11/30/18; 2/1/19 – 3/31/19 | $6,493.55 (payment of 80% or $5,194.84) | $0.00 | $5,194.84 (80% of $6,493.55) | $0.00 | $1,298.71 |
| 5/23/19; Docket No. 4013 | 4/1/19 – 4/30/19 | $2,223.55 (payment of 80% or $1,778.84) | $0.00 | $1,778.84 (80% of $2,223.55) | $0.00 | $444.71 |

## Prior Interim Applications

| Date Filed; Docket No. | Period Covered | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| 4/15/19; Docket No. 3196 | 10/15/18 – 2/28/19 | $981.75 | $0.00 | $981.75 | $0.00 |
| **Total** | | **$981.75** | **$0.00** | **$981.75** | **$0.00** |

## Summary of Hours Billed by Prime Clerk Employees During the Statement Period

| Employee Name | Title | Total Hours | Rate | Total |
| --- | --- | --- | --- | --- |
| Johnson, Craig | Director of Solicitation | 56.00 | $240.00 | $13,440.00 |
| Pullo, Christina | Director of Solicitation | 6.80 | $240.00 | $1,632.00 |
| Sharp, David | Director of Solicitation | 1.50 | $240.00 | $360.00 |
| Adler, Adam M | Director | 1.80 | $220.00 | $396.00 |
| Baer, Herb C | Director | 0.80 | $220.00 | $176.00 |
| Dubin, Mariah | Director | 1.40 | $220.00 | $308.00 |
| Jaffar, Amrita C | Director | 1.00 | $220.00 | $220.00 |
| Weiner, Shira D | Director | 1.20 | $220.00 | $264.00 |
| Brown, Mark M | Solicitation Consultant | 5.50 | $215.00 | $1,182.50 |
| Kesler, Stanislav | Solicitation Consultant | 1.20 | $215.00 | $258.00 |
| Labissiere, Pierre | Solicitation Consultant | 2.30 | $215.00 | $494.50 |
| Lonergan, Senan L | Solicitation Consultant | 2.60 | $215.00 | $559.00 |
| Scully, Nickesha C | Solicitation Consultant | 0.30 | $215.00 | $64.50 |
| Allen, Richard M | Director | 0.90 | $210.00 | $189.00 |
| Bishop, Brandon N | Director | 0.80 | $210.00 | $168.00 |
| Ruiz, Gustavo A | Director | 1.00 | $210.00 | $210.00 |

| | | | | |
|---|---|---|---|---|
| Bitman, Oleg | Senior Consultant | 0.80 | $195.00 | $156.00 |
| Pagan, Chanel C | Consultant | 0.30 | $175.00 | $52.50 |
| Bindra, Shamick J | Technology Consultant | 5.90 | $70.00 | $413.00 |
| Singh, Kevin | Technology Consultant | 3.50 | $55.00 | $192.50 |
| Reyes, Ronald A | Technology Consultant | 2.00 | $45.00 | $90.00 |
| | **TOTAL** | **97.60** | | **$20,825.50[3]** |
| | **BLENDED RATE** | | **$213.38** | |

### Summary of Fees Billed by Subject Matter During the Statement Period

| Matter Description | Total Hours | Total |
|---|---|---|
| Ballots | 9.70 | $1,188.50 |
| Call Center / Credit Inquiry | 3.70 | $815.50 |
| Retention / Fee Application | 1.70 | $360.50 |
| Solicitation | 82.50 | $18,461.00 |
| **TOTAL** | **97.60** | **$20,825.50[4]** |

### Summary of Expenses Incurred by Prime Clerk Employee During the Statement Period

| Description | Total |
|---|---|
| N/A | N/A |
| **TOTAL** | **N/A** |

*[Remainder of page intentionally left blank]*

---

[3, 4] This amount has been discounted to $14,577.85 in accordance with the terms of Prime Clerk's retention. Taking into account this discount, the blended hourly rate is $149.36.

### Jurisdiction

1. The United States Bankruptcy Court for the Southern District of New York (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing Order of Reference of the United States District Court for the Southern District of New York, dated January 31, 2012 (Preska, C.J.). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. The predicates for the relief requested herein are sections 327, 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and the Local Bankruptcy Rules.

### Background

2. On October 15, 2018 (the "**Commencement Date**"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On October 16, 2018, this Court entered an order jointly administering these chapter 11 cases pursuant to Bankruptcy Rule 1015(b). An official committee of unsecured creditors was appointed in these chapter 11 cases on October 24, 2018. On January 3, 2019, the United States Trustee for the Southern District of New York filed a motion requesting the appointment of an independent fee examiner [Docket No. 1470], which motion is still pending before the Court.

### Retention of Prime Clerk

3. On November 19, 2018, the Court entered the *Order Pursuant to 11 U.S.C. § 327(a), Bankruptcy Rules 2014(a) and 2016(a), and Local Rules 2014-1 and 2016-1 Authorizing Retention and Employment of Prime Clerk LLC as Administrative Agent for the Debtors Nunc Pro Tunc to the Commencement Date* [Docket No. 812], which authorized the Debtors to employ and

retain Prime Clerk as administrative agent *nunc pro tunc* to the Commencement Date in these chapter 11 cases.

## Relief Requested

4.     Prime Clerk submits this Statement in accordance with the Compensation Order. All services for which Prime Clerk requests compensation were performed for, or on behalf of, the Debtors.

5.     Prime Clerk seeks (i) allowance of reasonable and necessary fees incurred during the Statement Period in the total amount of $14,577.85 and payment of $11,662.28, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in the amount of $0.00.

6.     Prime Clerk maintains computerized records of the time spent by employees of Prime Clerk in connection with its role as administrative agent to the Debtors. In that regard, **Exhibit A**: (i) identifies the employee that rendered services in each task category; (ii) describes each service such employee performed; (iii) sets forth the number of hours in increments of one-tenth of an hour spent by each individual providing services; and (iv) as applicable, sets forth the type of expenses incurred. **Exhibit B** hereto sets forth the type of expenses incurred by each Prime Clerk employee during the Statement Period, if any. In addition, Prime Clerk's hourly rates are set at a level designed to fairly compensate Prime Clerk for the work of its employees and cover routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned and are subject to periodic adjustments to reflect economic and other conditions.

7.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of these cases, (b) the time expended, (c) the rates charged for such services, (d) the nature and extent of the services

rendered, (e) the value of such services and (f) the costs of comparable services other than in a case under this title.

## Notice

8. Pursuant to the Compensation Order, this Statement will be served upon the Notice Parties (as defined in the Compensation Order). Prime Clerk submits, in light of the relief requested, no other or further notice is necessary.

## Conclusion

9. WHEREFORE, pursuant to the Compensation Order, Prime Clerk respectfully requests (i) allowance of reasonable and necessary fees for the Statement Period in the total amount of $14,577.85 and payment of $11,662.28, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in the amount of $0.00.

Dated: June 28, 2019
      New York, New York         Prime Clerk LLC

                                            */s/ Shira D. Weiner*
                                            Shira D. Weiner
                                            General Counsel
                                            One Grand Central Place
                                            60 East 42nd Street, Suite 1440
                                            New York, NY 10165
                                            Telephone: (212) 257-5450
                                            Email: sweiner@primeclerk.com

                                            *Administrative Agent to the Debtors*

## Exhibit A

**Fee Detail**



One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY  10165

primeclerk.com

**Hourly Fees by Employee through May  2019**

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| RAR | Reyes, Ronald A | TC - Technology Consultant | 2.00 | $45.00 | $90.00 |
| KS | Singh, Kevin | TC - Technology Consultant | 3.50 | $55.00 | $192.50 |
| SJB | Bindra, Shamick J | TC - Technology Consultant | 5.90 | $70.00 | $413.00 |
| CCP | Pagan, Chanel C | CO - Consultant | 0.30 | $175.00 | $52.50 |
| OB | Bitman, Oleg | SC - Senior Consultant | 0.80 | $195.00 | $156.00 |
| RMA | Allen, Richard M | DI - Director | 0.90 | $210.00 | $189.00 |
| BNB | Bishop, Brandon N | DI - Director | 0.80 | $210.00 | $168.00 |
| GAR | Ruiz, Gustavo A | DI - Director | 1.00 | $210.00 | $210.00 |
| MMB | Brown, Mark M | SA - Solicitation Consultant | 5.50 | $215.00 | $1,182.50 |
| STK | Kesler, Stanislav | SA - Solicitation Consultant | 1.20 | $215.00 | $258.00 |
| PL | Labissiere, Pierre | SA - Solicitation Consultant | 2.30 | $215.00 | $494.50 |
| SLL | Lonergan, Senan L | SA - Solicitation Consultant | 2.60 | $215.00 | $559.00 |
| NCS | Scully, Nickesha C | SA - Solicitation Consultant | 0.30 | $215.00 | $64.50 |
| AMA | Adler, Adam M | DI - Director | 1.80 | $220.00 | $396.00 |
| HCB | Baer, Herb C | DI - Director | 0.80 | $220.00 | $176.00 |
| MDU | Dubin, Mariah | DI - Director | 1.40 | $220.00 | $308.00 |
| ACJ | Jaffar, Amrita C | DI - Director | 1.00 | $220.00 | $220.00 |
| SW | Weiner, Shira D | DI - Director | 1.20 | $220.00 | $264.00 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 56.00 | $240.00 | $13,440.00 |
| CP | Pullo, Christina | DS - Director of Solicitation | 6.80 | $240.00 | $1,632.00 |
| DS | Sharp, David | DS - Director of Solicitation | 1.50 | $240.00 | $360.00 |
| | | **TOTAL:** | **97.60** | | **$20,825.50** |

**Hourly Fees by Task Code through May  2019**

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| BALL | Ballots | 9.70 | $1,188.50 |
| INQR | Call Center / Credit Inquiry | 3.70 | $815.50 |
| RETN | Retention / Fee Application | 1.70 | $360.50 |
| SOLI | Solicitation | 82.50 | $18,461.00 |
| | **TOTAL:** | **97.60** | **$20,825.50** |

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|---|---|---|---|---|---|
| 05/01/19 | PL | SA | Respond to creditor inquiry related to the upcoming solicitation | Call Center / Credit Inquiry | 0.30 |
| 05/02/19 | SLL | SA | Respond to inquiries regarding upcoming solicitation | Call Center / Credit Inquiry | 0.60 |
| 05/03/19 | CJ | DS | Prepare for upcoming voting record date | Solicitation | 0.30 |
| 05/06/19 | SLL | SA | Respond to creditor inquiries regarding solicitation process | Call Center / Credit Inquiry | 0.50 |
| 05/07/19 | CJ | DS | Review materials and listing of securities in preparation for voting record date and coordinate with team | Solicitation | 0.70 |
| 05/07/19 | CJ | DS | Update calendar with solicitation timetable | Solicitation | 0.30 |
| 05/07/19 | NCS | SA | Confer and coordinate with case team re upcoming solicitation | Solicitation | 0.10 |
| 05/07/19 | STK | SA | Respond to creditor and nominee inquiries related to solicitation | Call Center / Credit Inquiry | 0.40 |
| 05/08/19 | CJ | DS | Prepare for, participate in, and conduct follow-up on call with P. DiDonato (Weil Gotshal) on updated solicitation timetable | Solicitation | 0.40 |
| 05/08/19 | CJ | DS | Review solicitation materials in preparation for voting record date | Solicitation | 1.10 |
| 05/09/19 | CJ | DS | Coordinate the collection of voting record date information | Solicitation | 0.50 |
| 05/09/19 | CJ | DS | Draft and circulate e-mail and data-gathering templates to P. DiDonato (WGM) memorializing discussions on tabulation of Class 5 ESL Claims | Solicitation | 0.60 |
| 05/09/19 | CJ | DS | Prepare for, participate in, and conduct follow up on conversation with P. DiDonato (WGM) on mechanics for tabulating Class 5 ESLs | Solicitation | 0.40 |
| 05/09/19 | CJ | DS | Prepare for, participate in, and conduct follow up on meeting with C. Pullo, J. Daloia, D. Sharp (Prime Clerk) on solicitation and tabulation mechanics | Solicitation | 0.80 |
| 05/09/19 | CJ | DS | Review and compile necessary information from Sears plan and solicitation procedures to prepare for solicitation | Solicitation | 1.10 |
| 05/09/19 | CJ | DS | Review the definitions of parties falling within Class 4 and Class 5 and applicable draft ballots as part of the voting record date preparation for solicitation | Solicitation | 0.80 |
| 05/09/19 | CP | DS | Review plan and motion to approve disclosure statement (.8); coordinate with C. Johnson, J. Daloia and D. Sharp (Prime Clerk) in relation to plan classes and revisions to ballot forms (.7); coordinate with P. DiDonato (Weil) and C. Johnson, D. Sharp (Prime Clerk) regarding Class 4 and Class 5 voting issues (.3) | Solicitation | 1.80 |
| 05/09/19 | DS | DS | Attend team meeting regarding solicitation materials and | Solicitation | 0.60 |

| Date | | | Description | Category | Hours |
|---|---|---|---|---|---|
| | | | procedures | | |
| 05/09/19 | DS | DS | Prepare for and participate in telephone conference with Weil (P DiDonato) regarding solicitation procedures | Solicitation | 0.30 |
| 05/09/19 | DS | DS | Review and provide comments on solicitation materials | Solicitation | 0.60 |
| 05/10/19 | CJ | DS | Review and map voting classes and prepare for plan classing | Solicitation | 1.30 |
| 05/10/19 | CJ | DS | Review draft ballots and provide comments regarding same | Solicitation | 0.80 |
| 05/13/19 | CP | DS | Coordinate with C. Johnson (Prime Clerk) regarding ESL voting parties and solicitation preparation related thereto | Solicitation | 0.40 |
| 05/13/19 | STK | SA | Respond to creditor and nominee inquiries related to solicitation | Call Center / Credit Inquiry | 0.80 |
| 05/14/19 | CJ | DS | Review docket for pleadings that would affect solicitation | Solicitation | 0.40 |
| 05/14/19 | SW | DI | Draft monthly fee statement | Retention / Fee Application | 1.20 |
| 05/16/19 | MMB | SA | Review correspondence with case team (C Johnson, G Faust) and Debtors' counsel (A Hwang at Weil, Gotshal) related to upcoming plan filing | Solicitation | 0.10 |
| 05/17/19 | CJ | DS | Prepare for and communicate with P. DiDonato at WGM on updated ballots and notices | Solicitation | 0.50 |
| 05/17/19 | CJ | DS | Review revised plan and provide comments regarding same | Solicitation | 0.70 |
| 05/20/19 | CJ | DS | Compile information to prepare for review of revised draft ballots | Solicitation | 0.50 |
| 05/20/19 | CJ | DS | Prepare for, participate in, and conduct follow up on call with P. DiDonato to discuss solicitation punch-list and open items | Solicitation | 0.30 |
| 05/20/19 | MMB | SA | Confer and coordinate with case team (C Johnson) re upcoming solicitation (0.2); review and edit proposed disclosure statement order and solicitation documents and prepare redline of Prime Clerk edits for counsel's review (1.9) | Solicitation | 2.10 |
| 05/22/19 | CJ | DS | Review draft ballots and provide comments regarding same | Solicitation | 0.30 |
| 05/22/19 | CP | DS | Review email from P. DiDonato (Weil) regarding indenture trustee objection to disclosure statement and certain voting issues (.1); review objection related to same (.4); draft email to C. Johnson (Prime Clerk) regarding same (.1) | Solicitation | 0.60 |
| 05/23/19 | AMA | DI | Review and revise monthly fee statement | Retention / Fee Application | 0.20 |
| 05/23/19 | CCP | CO | Review and file monthly fee statement | Retention / Fee Application | 0.30 |
| 05/23/19 | CJ | DS | Prepare for, participate in, and conduct follow up on call to D. Klein (Broadridge) to discuss Sears voting | Solicitation | 0.40 |
| 05/23/19 | CJ | DS | Review and analyze objection filed by Wilmington Trust re: voting mechanics | Solicitation | 0.80 |
| 05/23/19 | CP | DS | Coordinate with C. Johnson and J. Daloia (Prime Clerk) regarding securities voting mechanics related to certain indenture trustee issues | Solicitation | 0.70 |

| Date | Initials | Task | Description | Category | Hours |
|---|---|---|---|---|---|
| 05/24/19 | CJ | DS | Prepare for, participate in, and conduct follow up on calls with P. DiDonato (WGM) on voting mechanics | Solicitation | 0.60 |
| 05/24/19 | CJ | DS | Review and revise draft ballots | Solicitation | 0.80 |
| 05/24/19 | CJ | DS | Review objection of Wilmington Trust in connection with preparing the voting mechanics | Solicitation | 0.60 |
| 05/24/19 | CP | DS | Coordinate with C. Johnson (Prime Clerk) regarding voting issues related to objection by indenture trustee (.4); review emails between Prime Clerk case team and Weil (P. DiDonato) regarding voting information requests related to certain parties (.1) | Solicitation | 0.50 |
| 05/24/19 | MMB | SA | Confer and coordinate with case team (C Johnson, P Labissiere) re upcoming solicitation and quality assurance review of proposed disclosure statement order and solicitation documents | Solicitation | 1.30 |
| 05/24/19 | MMB | SA | Review correspondence with case team (C Johnson, P Labissiere) and Debtors' counsel (P DiDonato at Weil, Gotshal) related to upcoming solicitation | Solicitation | 0.30 |
| 05/25/19 | CJ | DS | Coordinate with M. Korycki (M-III) on solicitation plan classing | Solicitation | 0.40 |
| 05/25/19 | CJ | DS | Prepare for, participate in, and conduct follow up on communication with C. Rosenbloom (Cleary) on ESL Parties | Solicitation | 0.30 |
| 05/25/19 | CJ | DS | Review and edit proposed order, solicitation procedures, ballots, and notices | Solicitation | 3.40 |
| 05/25/19 | CJ | DS | Review plan of reorganization (as filed) and compile notes relating to solicitation | Solicitation | 3.20 |
| 05/25/19 | CP | DS | Review proposed revisions to ballots in coordination with C. Johnson | Solicitation | 0.30 |
| 05/26/19 | CJ | DS | Prepare for, participate in, and conduct follow up on calls with P. DiDonato (WGM) on revisions to plan and corresponding revisions to ballots | Solicitation | 0.90 |
| 05/26/19 | CJ | DS | Review revised proposed plan and conform ballots accordingly | Solicitation | 2.90 |
| 05/26/19 | CP | DS | Review additional proposed revisions to ballots in coordination with C. Johnson (Prime Clerk) | Solicitation | 0.60 |
| 05/26/19 | MMB | SA | Confer and coordinate with case team (C Johnson) re upcoming solicitation and quality assurance review of voting and distribution treatment summary | Solicitation | 1.10 |
| 05/26/19 | MMB | SA | Confer and coordinate with case team (P Labissiere) re upcoming solicitation and plan classing report | Solicitation | 0.30 |
| 05/27/19 | CJ | DS | Prepare for, participate in, and conduct follow up on calls with P. DiDonato (WGM) on revisions to plan and corresponding revisions to ballots | Solicitation | 1.30 |
| 05/27/19 | CJ | DS | Review revised proposed plan and conformed ballots accordingly | Solicitation | 3.60 |
| 05/27/19 | CP | DS | Review emails from C. Johnson (Prime Clerk) regarding solicitation issues and ballot updates | Solicitation | 0.20 |
| 05/27/19 | SLL | SA | Analyze and provide information regarding solicitation | Solicitation | 1.50 |

Sears Holdings Corporation                                                                 Page 6

Invoice #: 9814

| | | | | | |
|---|---|---|---|---|---|
| | | | logistics to Debtors' counsel | | |
| 05/28/19 | CJ | DS | Compile information on various notes and conduct QA of annexes to beneficial holder ballots | Solicitation | 0.90 |
| 05/28/19 | CJ | DS | Prepare for, participate in, and conduct follow up on call with E. Fox (Seyfarth) on voting information for noteholders | Solicitation | 0.40 |
| 05/28/19 | CJ | DS | Prepare for, participate in, and conduct follow up on calls with D. Retter (Kelley Drye) on voting information for noteholders | Solicitation | 0.40 |
| 05/28/19 | CJ | DS | Prepare for, participate in, and conduct follow up on communication with J. Gadsden (Carter Ledyard) on voting information for noteholders | Solicitation | 0.30 |
| 05/28/19 | CJ | DS | Prepare for, participate in, and conduct follow up on communications with A. Alves (Seward Kissel) on voting information for noteholders | Solicitation | 0.40 |
| 05/28/19 | CJ | DS | Review revised proposed plan and conformed ballots accordingly | Solicitation | 2.90 |
| 05/28/19 | CP | DS | Coordinate with P. Labissiere (Prime Clerk) regarding plan class report preparation and revised language in disclosure statement order (.3); review and provide comments to revised disclosure statement order and ballots (.9); coordinate with Prime Clerk case team regarding same (.1); review emails between Weil and Prime Clerk case teams regarding solicitation order and ballot updates and issues (.3) | Solicitation | 1.60 |
| 05/28/19 | NCS | SA | Confer and coordinate with case team re upcoming solicitation | Solicitation | 0.20 |
| 05/29/19 | CJ | DS | Prepare for, participate in, and conduct follow up on call with D. Klein (Broadridge) on the voting of the noteholders | Solicitation | 0.60 |
| 05/29/19 | CJ | DS | Prepare for, participate in, and conduct follow up on communication with M. Weinberg (Cleary) on ESL Parties | Solicitation | 0.30 |
| 05/29/19 | CJ | DS | Prepare for, participate in, and conduct follow up on meeting with P. Labissiere, M. Brown, and S. Kesler (Prime Clerk) on solicitation timing and mechanics | Solicitation | 1.10 |
| 05/29/19 | CJ | DS | Prepare for, participate in, and conduct follow up on meeting with P. Labissiere, M. Brown, S. Kesler, and R. Reyes (Prime Clerk) on solicitation mechanics relating to lender ballots | Solicitation | 0.70 |
| 05/29/19 | CJ | DS | Review Second Amended Plan of Reorganization (as filed) and update corresponding ballots and solicitation mechanics | Solicitation | 2.30 |
| 05/29/19 | CJ | DS | Revise procedures for soliciting ESL Parties | Solicitation | 0.60 |
| 05/29/19 | CJ | DS | Prepare Second Lien Credit Facility "omnibus" ballot | Solicitation | 1.10 |
| 05/29/19 | CP | DS | Quality assurance review of emails regarding solicitation preparation among Prime Clerk case team | Solicitation | 0.10 |
| 05/29/19 | PL | SA | Confer and coordinate with Prime Clerk case team re the upcoming solicitation and tabulation | Solicitation | 1.00 |
| 05/29/19 | SJB | TC | Technology support and planning for solicitation process | Solicitation | 1.50 |
| 05/30/19 | CJ | DS | Review revised plan of reorganization and revised | Solicitation | 1.80 |

| Date | Tkpr | Task | Description | Category | Hours |
|---|---|---|---|---|---|
| | | | solicitation procedures order and exhibits for the purpose of conforming Prime Clerk's processes for collecting and tabulating votes | | |
| 05/30/19 | CJ | DS | Prepare for the solicitation and tabulation of any registered holders of Sears' notes, including collecting address information | Solicitation | 0.40 |
| 05/30/19 | CJ | DS | Prepare for, participate in, and conduct follow up on call with P. DiDonato (WGM) on plan vote classification | Solicitation | 0.40 |
| 05/30/19 | CJ | DS | Communicate with indenture trustees for voting notes on lists of registered holders | Solicitation | 0.40 |
| 05/30/19 | CJ | DS | Prepare for, participate in, and conduct follow up on call with J. Gadsden (Carter Ledyard) re: soliciting holders of notes | Solicitation | 0.40 |
| 05/30/19 | CJ | DS | Prepare for, participate in, and conduct follow up on meeting with P. Labissiere and S. Kesler (Prime Clerk) re: mechanics for tabulating second lien credit facility ballots | Solicitation | 0.50 |
| 05/30/19 | CJ | DS | Review and provide suggested edits to latest version of proposed disclosure statement order | Solicitation | 1.40 |
| 05/30/19 | CJ | DS | Prepare for, participate in, and conduct follow up on call with P. DiDonato about proposed edits to text of disclosure statement order | Solicitation | 0.60 |
| 05/30/19 | KS | TC | Technical support for processing ballots | Ballots | 2.40 |
| 05/30/19 | MDU | DI | Meet and confer with S. Bindra re upcoming solicitation mailing and ballot intake and processing logistics | Solicitation | 0.40 |
| 05/30/19 | RAR | TC | Technical support for exporting ballot data | Ballots | 2.00 |
| 05/30/19 | SJB | TC | Technology support and planning for solicitation process and confer with M. Dubin regarding same | Solicitation | 2.10 |
| 05/31/19 | ACJ | DI | Attend conference with C. Johnson, P. Labissiere, S. Kesler, H, Baer, A. Adler, M. Dubin, B. Bishop, G. Ruiz and R. Allen to review logistics and staffing impact of ballot tabulation and solicitation inquiries | Solicitation | 1.00 |
| 05/31/19 | AMA | DI | Meet and confer with B. Bishop and M. Dubin re logistics for processing ballots (.6); conference call with C. Kaufman, P. Labissiere, S. Kesler, M. Dubin, B. Bishop, A. Jaffar and G. Ruiz re logistics for ballot processing and potential creditor inquiries re same | Ballots | 1.60 |
| 05/31/19 | BNB | DI | Meet and confer with Prime Clerk team re ballot processing and quality assurance review logistics | Ballots | 0.80 |
| 05/31/19 | CJ | DS | Prepare for, participate in, and conduct follow up on call with J. Gadsden (Carter Ledyard) on registered noteholder information | Solicitation | 0.30 |
| 05/31/19 | CJ | DS | Compile and send solicitation estimate to M. Korycki (M-III) and conduct follow up | Solicitation | 0.40 |
| 05/31/19 | CJ | DS | Prepare for, participate in, and conduct follow up on call with P. DiDonato (WGM) on outstanding items needed for solicitation | Solicitation | 0.40 |
| 05/31/19 | CJ | DS | Review and revise proposed draft Disclosure Statement Order and accompanying exhibits (ballots and notices) | Solicitation | 2.70 |

| | | | | | |
|---|---|---|---|---|---|
| 05/31/19 | CJ | DS | Revise Class 2 / Class 4 Beneficial Owner Ballot for Second Lien Notes | Solicitation | 1.80 |
| 05/31/19 | CJ | DS | Prepare for, participate in, and conduct follow up on call with S. Keslver, P. Labissiere, A. Adler, M. Dubin, A. Jaffer, and B. Bishop (Prime Clerk) on the logistics of responding to solicitation and tabulation inquiries | Call Center / Credit Inquiry | 0.80 |
| 05/31/19 | CJ | DS | Prepare for, participate in, and conduct follow up on call with S. Keslver, P. Labissiere, A. Adler, M. Dubin, A. Jaffer, and B. Bishop (Prime Clerk) on the logistics of processing ballots | Solicitation | 0.70 |
| 05/31/19 | GAR | DI | Meet and confer with Solicitation team re ballot processing logistics | Ballots | 1.00 |
| 05/31/19 | HCB | DI | Attend conference with C. Johnson, A. Adler, M. Dubin, B. Bishop and R. Allen to review logistics and staffing impact of ballot tabulation and solicitation inquiries | Ballots | 0.80 |
| 05/31/19 | KS | TC | Technical support for processing ballots | Ballots | 1.10 |
| 05/31/19 | MDU | DI | Attend conference with C. Johnson, P. Labissiere, S.Kesler, A. Adler, H. Baer, B. Bishop, G. Ruiz and R. Allen to review logistics and staffing impact of ballot tabulation and solicitation inquiries | Solicitation | 1.00 |
| 05/31/19 | MMB | SA | Respond to nominee inquiry related to upcoming Plan solicitation | Call Center / Credit Inquiry | 0.30 |
| 05/31/19 | OB | SC | Confer and coordinate with case team re solicitation ballot process | Solicitation | 0.80 |
| 05/31/19 | PL | SA | Confer and coordinate with Prime Clerk case team re noticing in the upcoming solicitation | Solicitation | 1.00 |
| 05/31/19 | RMA | DI | Attend conference with C. Johnson, A. Adler, M. Dubin, B. Bishop and R. Allen to review logistics and staffing impact of ballot tabulation and solicitation inquiries | Solicitation | 0.90 |
| 05/31/19 | SJB | TC | Technology support and planning for solicitation process | Solicitation | 2.30 |
| | | | | **Total Hours** | **97.60** |

# Exhibit B

## Detail of Expenses Incurred by Prime Clerk Employees During the Statement Period

None.