**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

In re                                          :
                                               :          **Chapter 11**
SEARS HOLDINGS CORPORATION, *et al.*,   :
                                               :          **Case No. 18-23538 (RDD)**
                                               :
          Debtors.[1]                           :          **(Jointly Administered)**
---------------------------------------------------------- x

### STIPULATION AND ORDER BY AND AMONG SELLERS, BUYER, AND INTERPROP BEDFORD, LLC EXTENDING TIME UNDER 11 U.S.C. § 365(d)(4) FOR ASSUMPTION OR REJECTION OF LEASE OF NONRESIDENTIAL REAL PROPERTY

This Stipulation and Order (the Stipulation and Order") is made as of June 19, 2019, by and

between Sears Holdings Corporation and its affiliated debtors and debtors in possession in the

above-captioned chapter 11 cases (collectively, the "Debtors"), Transform Holdco LLC, as

Buyer (the "Buyer") and Interprop Bedford, LLC (the "Landlord" and together with the Debtors

and the Buyer, the "Parties"), through their respective and duly authorized counsel of record.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**Recitals**

A.  Interprop Bedford, LLC is party to that certain lease (as amended and/or modified, the "Lease") of nonresidential real property (the "Premises") at 2307 Beverley Road, Brooklyn, NY (store #1114).

B.  On October 15, 2018, the above-captioned debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

C.  On January 18, 2019, the Debtors filed and served on the applicable counterparties the *Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 1731) (the "Initial Notice").  The Lease was among the leases identified in the Initial Notice.

D.  On January 28, 2019, the Landlord filed the *Objection of Interprop Bedford, LLC, as Landlord, to Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction* (ECF No. 2107) (the "Initial Objection").

E.  On February 8, 2019, the *Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts, and Leases in Connection Therewith, and (IV) Granting Related Relief* (the "Sale Order") (ECF No. 2507) was entered by the Bankruptcy Court, approving the sale of certain assets of the Debtors to the Buyer.

F.  In accordance with the terms of the Sale Order, the Buyer was permitted to designate Additional Contracts and Designatable Leases (collectively, the "Additional Assigned

2

Agreements") for assumption and assignment for up to sixty (60) days after the Closing Date

(the "Designation Rights Period"), which occurred on February 11, 2019.  The Debtors and the

Buyer agreed to an extension of the Designation Rights Period and, on April 12, 2019, the

Debtors filed the *Notice of Amendment to Asset Purchase Agreement Extending Certain*

*Deadlines* (the "Extension Notice") (ECF No. 3171), which extended the Designation Rights

Period to May 3, 2019 for certain Designatable Leases including the Leases and to May 13, 2019

for Additional Contracts.

G.  On April 2, 2019, the Bankruptcy Court entered the *Order (I) Authorizing Assumption*

*and Assignment of Certain Executory Contracts and Leases and (II) Granting Related Relief* (the

"Assumption and Assignment Order") (ECF No. 3008).

H.  On April 19, 2019, the Buyer filed the *Notice of Assumption and Assignment of*

*Additional Designatable Leases*, designating the Lease for assumption and assignment to the

Buyer or Buyer affiliate pursuant to the terms of the Assumption and Assignment Order (ECF

No. 3298) (the "Assumption Notice"), subject to the Bankruptcy Court's approval and the right

of counterparties to object as set forth in the Assumption Notice and the Assumption and

Assignment Order.

I.  On May 2, 2019, Landlord filed the *Supplemental Objection of Interprop Bedford,*

*LLC, as Landlord, to Transform Holdco LLC's Notice of Assumption and Assignment of*

*Additional Designatable Leases* (ECF No. 3526) (the "Supplemental Objection" and together

with the Initial Objection, the "Landlord Objections").

J.  On May 13, 2019, the Bankruptcy Court entered the *Stipulation and Order By and*

*Among Sellers, Buyer and Interprop Bedford, LLC Extending Time Under 11 U.S.C. § 365(d)(4)*

*for Assumption or Rejection of Lease of Nonresidential Real Property* (ECF No. 3828) extending

3

the deadline for the Debtors to assume or reject the Lease pursuant to section 365(d)(4) of the

Bankruptcy Code, up through and including June 30, 2019 (the "Section 365(d)(4) Period").

K. The Buyer and Landlord desires additional time to resolve issues relating to assumption

and assignment of the Lease, including issues raised in the Landlord Objections.

L. The Parties have agreed to an extension of the Section 365(d)(4) Period, based on the

terms and conditions set forth below.

**IT IS THEREFORE AGREED, AND UPON BANKRUPTCY COURT APPROVAL**

**HEREOF, IT SHALL BE ORDERED AS FOLLOWS:**

1. The Landlord hereby consents to a further extension of the Section 365(d)(4) Period

to and including July 31, 2019.

2. The Parties desire to memorialize their agreement in this Stipulation and Order.

3. This Stipulation shall be deemed effective and in full force and effect on the date

of entry of this Stipulation and Order.

4. Pursuant to section 365(d)(4) of the Bankruptcy Code, the Section 365(d)(4) Period

is hereby extended to and including July 31, 2019.  For the avoidance of doubt, such date shall

remain the applicable date by which assumption or rejection of the Lease shall be permitted

regardless of the date of confirmation of any plan of reorganization of the Debtors.

5. The hearing on the Landlord Objections shall be adjourned from June 20, 2019 to

July 11, 2019 at 10:00 a.m.

6. This Stipulation and Order hereby constitutes "prior written consent of the lessor"

under section 365(d)(4)(B)(ii) of the Bankruptcy Code and no further consent of the Landlord shall

be required.

7.       In addition to any other obligations it may have under the Asset Purchase Agreement, dated as of January 17, 2019, as amended, the Buyer agrees to bear all occupancy costs relating to the Lease during the period from May 13, 2019 through the Section 365(d)(4) Period, as extended by this Stipulation and Order.  In the event of nonpayment during the Section 365(d)(4) Period, the Landlord shall have the right to assert payment of all occupancy costs arising under the Leases exclusively from the Buyer, and the Buyer reserves all rights to contest any such claims. Nothing herein shall waive, limit or modify any rights and remedies that the Landlord may have with respect to unpaid post-petition occupancy costs under the Leases for any period prior to the Section 365(d)(4) Period, and the Buyer and the Debtors reserve all rights to contest such claims.

8.       Nothing herein shall be deemed to alter, amend or otherwise modify the terms of the Lease, and such terms shall continue in full force and effect up to the effective date of (a) rejection of the Lease or (b) assumption of the Lease pursuant to section 365 of the Bankruptcy Code and the Assumption and Assignment Order.

9.       This Stipulation and Order is without prejudice to the Parties' agreement in writing to an additional extension of the Section 365(d)(4) Period beyond July 31, 2019.

10.      This Stipulation and Order shall inure to the benefit of and shall be binding upon the Parties, their successors and assigns.

11.      This Stipulation and Order may be executed in one or more counterparts, which collectively shall form one and the same agreement.  Any of the Parties may execute this Stipulation and Order by signing any such counterpart and each of such counterparts (whether an original or a copy) shall for all purposes be deemed an original.

12.     Pending entry of this Stipulation and Order by the Bankruptcy Court, neither party

shall take actions inconsistent with the provisions of this Stipulation and Order.  In the event that

this Stipulation and Order is not approved by the Bankruptcy Court or is not executed by the

Parties, (a) nothing herein shall be used against any of the Parties hereto for any reason and (b) the

obligations of the Parties under this Stipulation and Order shall be null and void, and with the

exception of this paragraph, the Parties' respective rights and obligations under applicable law

shall remain unaffected by this Stipulation and Order.

13.     The Bankruptcy Court shall have jurisdiction over any action or proceeding arising

out of, or relating to, this Stipulation and Order.


[The remainder of this page is intentionally left blank.]

Dated: June __, 2019

**WEIL, GOTSHAL & MANGES LLP**

By: /s/ *Jacqueline Marcus*

767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Counsel for the Debtors and Debtors in Possession*

Dated: June __, 2019

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: /s/ *Luke A. Barefoot*

One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel for the Buyer*

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**

By: /s/ *Gary Kaplan*

One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

*Counsel for the Landlord*

**IT IS SO ORDERED.**

Dated: White Plains, New York
       June 28, 2019

/s/ Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE