LAW OFFICE OF EDUARDO GLAS, P.C.
345 Seventh Avenue, 21st Floor
New York, New York 10001
917-864-1461
Eduardo J. Glas, Esq.
Attorneys for Natalie and Edward Parker

| **UNITED STATES BANKRUPTCY COURT** **SOUTHERN DISTRICT OF NEW YORK** | |
|---|---|
| In re: <br><br> SEARS HOLDINGS CORPORATION, et al. <br><br><br><br> Debtor. | Chapter 11 <br><br> Case No. 18-23538 (RDD) <br> (Jointly Administered) |

NOTICE OF WITHDRAWAL OF NATALIE AND EDWARD PARKER'S MOTION TO LIFT THE AUTOMATIC STAY SO THAT THEIR STATE COURT PERSONAL INJURY ACTION CAN PROCEED TO TRIAL

PLEASE TAKE NOTICE that the motion of Natalie and Edward Parker to lift the Automatic Stay so that their State Court Personal Injury Action Can Proceed to Trial originally filed on January 30, 2019 (ECF No. 2188) is hereby withdrawn without prejudice as per the Stipulation, Agreement and Order Granting Limited Relief from the Automatic Stay so Ordered by the Court on July 2, 2019 (ECF No. 4414).

Dated: July 2, 2019

Respectfully submitted,

LAW OFFICE OF EDUARDO GLAS, P.C.

By: /s/*Eduardo J. Glas*
Eduardo J. Glas