# EXHIBIT A



# EDI Purchase Order

| P.O. Date | Purchase Order Number | Rep | TP | Dept | Trans Date | ISA Control |
|---|---|---|---|---|---|---|
| 12/18/18 | 08273692226 | 1025 | SA | 011 | 12/18/18 | 3216 |

| Ordered By | 13402 |
|---|---|

K-MART(DUNS#17-544-1088)
DCKM
P.O.BOX7066
TROY,MI 480077066

| Ship To | 8273 |
|---|---|

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| Dates | FOB | Terms |
|---|---|---|
| Delivery Requeste: 12/30/18 | FOB-Method: CC<br>FOB-Loc: AC<br>Location: MIRA LOMA | Terms-Code: 05 Basis: 15<br>Percentage: 4.00<br>Discount Days: 14 |

| Our Order # | 1607726 | Destination | | Buyer | |
|---|---|---|---|---|---|

| QTO | Our Item | UPC / Cust Item# | Description | Price | UM | PK |
|---|---|---|---|---|---|---|
| 12 | 11989-4 | 097298016950<br>002147133 | HURRICANE FUR WIZARDPET FUR RE | 11.00 | | 4 |
| 6 | 10687-6 | 097298027079<br>003879529 | RED COPPER 10    PAN | 11.00 | | 6 |
| 12 | 11474-6 | 097298016189<br>007040231 | ATOMIC BEAM        TACTICAL H | 11.00 | | 6 |
| 12 | 11362-6 | 097298015960<br>007045368 | ATOMIC BEAM        LANTERN | 11.00 | | 6 |
| 18 | 8399-6 | 097298013713<br>008813637 | COPPER HANDS S M | 5.50 | | 6 |
| 12 | 8628-6 | 097298013744<br>008813638 | COPPER HANDS L XL | 5.50 | | 6 |
| 12 | 12244-6 | 097298017230<br>009071884 | ATOMIC LIGHTER     RECHARGEAB | 5.50 | | 6 |
| 4 | 10951-4 | 097298015571<br>009433601 | COUCH COAT         REVERSIBLE | 11.00 | | 4 |
| 4 | 12655-4 | 097298060243<br>009513658 | EGG SITTER         GEL CUSHIO | 22.00 | | 4 |



# EDI Purchase Order

| P.O. Date | Purchase Order Number | Rep | TP | Dept | Trans Date | ISA Control |
|---|---|---|---|---|---|---|
| 12/25/18 | 08273693364 | 1025 | SA | 011 | 12/25/18 | 3223 |

| Ordered By | 13402 |
|---|---|

K-MART(DUNS#17-544-1088)
DCKM
P.O.BOX7066
TROY,MI 480077066

| Ship To | 8273 |
|---|---|

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| Dates | FOB | Terms |
|---|---|---|
| Delivery Requeste: 01/09/19 | FOB-Method: CC<br>FOB-Loc: AC<br>Location: MIRA LOMA | Terms-Code: 05 Basis: 15<br>Percentage: 4.00<br>Discount Days: 14 |

| Our Order # | 1611104 | Destination | | Buyer | |
|---|---|---|---|---|---|

| QTO | Our Item | UPC / Cust Item# | Description | Price | UM | PK |
|---|---|---|---|---|---|---|
| 10 | 10824 | 097298027505<br>001804776 | RED COPPER 10PC SET COOKWARE | 55.00 | | 1 |
| 4 | 11989-4 | 097298016950<br>002147133 | HURRICANE FUR WIZARDPET FUR RE | 11.00 | | 4 |
| 12 | 11376-6 | 097298028380<br>002856492 | RED COPPER          9.5 IN SQU | 11.00 | | 6 |
| 6 | 10688-6 | 097298027086<br>003879522 | RED COPPER 12  PAN | 16.50 | | 6 |
| 12 | 10436-6 | 097298014963<br>004034422 | PED EGG POWERBALL    RECHARGABL | 11.00 | | 6 |
| 30 | 12446-6 | 097298040061<br>004331509 | BATTLE VISION        POLARIZED | 11.00 | | 6 |
| 18 | 11362-6 | 097298015960<br>007045368 | ATOMIC BEAM          LANTERN | 11.00 | | 6 |
| 4 | 7384-2 | 097298023439<br>007117282 | HURRICANE SPIN MOP 2PACK | 22.00 | | 2 |
| 36 | 8399-6 | 097298013713<br>008813637 | COPPER HANDS S M | 5.50 | | 6 |
| 36 | 8628-6 | 097298013744<br>008813638 | COPPER HANDS L XL | 5.50 | | 6 |
| 24 | 12244-6 | 097298017230<br>009071884 | ATOMIC LIGHTER       RECHARGEAB | 5.50 | | 6 |
| 6 | 10817-6 | 097298015410<br>009433303 | SMART SWAB           SPIRAL EAR | 5.50 | | 6 |
| 8 | 12655-4 | 097298060243<br>009513658 | EGG SITTER           GEL CUSHIO | 22.00 | | 4 |

# TELEBrands

# EDI Purchase Order

| P.O. Date | Purchase Order Number | Rep | TP | Dept | Trans Date | ISA Control |
|---|---|---|---|---|---|---|
| 01/08/19 | 08273695431 | 1025 | SA | 011 | 01/08/19 | 3232 |

| Ordered By    13402 | Ship To    8273 |
|---|---|
| K-MART(DUNS#17-544-1088)<br>DCKM<br>P.O.BOX7066<br>TROY,MI 480077066 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE, KS 66049 |

| Dates | FOB | Terms |
|---|---|---|
| Delivery Requeste: 01/23/19 | FOB-Method: CC<br>FOB-Loc: AC<br>Location: MIRA LOMA | Terms-Code: 05 Basis: 15<br>Net Days: 60 |

| Our Order # | 1617332 | Destination | | Buyer | |
|---|---|---|---|---|---|

| QTO | Our Item | UPC / Cust Item# | Description | Price | UM | PK |
|---|---|---|---|---|---|---|
| 6 | 11198-2 | 097298028045<br>002856500 | RED COPPER 5PC SET    10 IN SQUA | 22.00 | | 2 |
| 6 | 10688-6 | 097298027086<br>003879522 | RED COPPER 12    PAN | 16.50 | | 6 |
| 24 | 10687-6 | 097298027079<br>003879529 | RED COPPER 10    PAN | 11.00 | | 6 |
| 36 | 10436-6 | 097298014963<br>004034422 | PED EGG POWERBALL    RECHARGABL | 11.00 | | 6 |
| 6 | 12446-6 | 097298040061<br>004331509 | BATTLE VISION    POLARIZED | 11.00 | | 6 |
| 6 | 11362-6 | 097298015960<br>007045368 | ATOMIC BEAM    LANTERN | 11.00 | | 6 |
| 6 | 8399-6 | 097298013713<br>008813637 | COPPER HANDS S M | 5.50 | | 6 |
| 66 | 8628-6 | 097298013744<br>008813638 | COPPER HANDS L XL | 5.50 | | 6 |
| 12 | 12244-6 | 097298017230<br>009071884 | ATOMIC LIGHTER    RECHARGEAB | 5.50 | | 6 |
| 6 | 10817-6 | 097298015410<br>009433303 | SMART SWAB    SPIRAL EAR | 5.50 | | 6 |
| 8 | 12655-4 | 097298060243<br>009513658 | EGG SITTER    GEL CUSHIO | 22.00 | | 4 |

# TELEBrands.

# EDI Purchase Order

| P.O. Date | Purchase Order Number | Rep | TP | Dept | Trans Date | ISA Control |
|---|---|---|---|---|---|---|
| 01/15/19 | 08273696450 | 1025 | SA | 011 | 01/15/19 | 3234 |

| Ordered By 13402 | Ship To 8273 |
|---|---|
| K-MART(DUNS#17-544-1088)<br>DCKM<br>P.O.BOX7066<br>TROY,MI 480077066 | SEARS HOLDINGS CORP<br>3051 LAKEVIEW RD<br>LAWRENCE, KS 66049 |

| Dates | FOB | Terms |
|---|---|---|
| Delivery Requeste: 01/30/19 | FOB-Method: CC<br>FOB-Loc: AC<br>Location: MIRA LOMA | Terms-Code: 05 Basis: 15<br>Net Days: 60 |

| Our Order # 1620945 | Destination | Buyer |
|---|---|---|

| QTO | Our Item | UPC / Cust Item# | Description | Price | UM | PK |
|---|---|---|---|---|---|---|
| 7 | 10824 | 097298027505<br>001804776 | RED COPPER 10PC SET COOKWARE | 55.00 | | 1 |
| 6 | 10688-6 | 097298027086<br>003879522 | RED COPPER 12  PAN | 16.50 | | 6 |
| 6 | 11474-6 | 097298016189<br>007040231 | ATOMIC BEAM        TACTICAL H | 11.00 | | 6 |
| 8 | 7384-2 | 097298023439<br>007117282 | HURRICANE SPIN MOP 2PACK | 22.00 | | 2 |
| 6 | 8399-6 | 097298013713<br>008813637 | COPPER HANDS S M | 5.50 | | 6 |
| 12 | 8628-6 | 097298013744<br>008813638 | COPPER HANDS L XL | 5.50 | | 6 |
| 6 | 10817-6 | 097298015410<br>009433303 | SMART SWAB        SPIRAL EAR | 5.50 | | 6 |



# EDI Purchase Order

| P.O. Date | Purchase Order Number | Rep | TP | Dept | Trans Date | ISA Control |
|---|---|---|---|---|---|---|
| 01/22/19 | 08273697486 | 1025 | SA | 011 | 01/22/19 | 3242 |

| Ordered By | 13402 |
|---|---|

K-MART(DUNS#17-544-1088)
DCKM
P.O.BOX7066
TROY,MI 480077066

**Ship To** 8273

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| Dates | FOB | Terms |
|---|---|---|
| Delivery Requeste: 02/06/19 | FOB-Method: CC<br>FOB-Loc: AC<br>Location: MIRA LOMA | Terms-Code: 05 Basis: 15<br>Percentage: 4.00<br>Discount Days: 15 |

| Our Order # | 1627108 | Destination | | Buyer | |
|---|---|---|---|---|---|

| QTO | Our Item | UPC / Cust Item# | Description | Price | UM | PK |
|---|---|---|---|---|---|---|
| 12 | 10824 | 097298027505<br>001804776 | RED COPPER 10PC SET COOKWARE | 55.00 | | 1 |
| 12 | 11989-4 | 097298016950<br>002147133 | HURRICANE FUR WIZARDPET FUR RE | 11.00 | | 4 |
| 24 | 11376-6 | 097298028380<br>002856492 | RED COPPER        9.5 IN SQU | 11.00 | | 6 |
| 24 | 10688-6 | 097298027086<br>003879522 | RED COPPER 12  PAN | 16.50 | | 6 |
| 12 | 11474-6 | 097298016189<br>007040231 | ATOMIC BEAM        TACTICAL H | 11.00 | | 6 |
| 28 | 7384-2 | 097298023439<br>007117282 | HURRICANE SPIN MOP 2PACK | 22.00 | | 2 |
| 18 | 8399-6 | 097298013713<br>008813637 | COPPER HANDS S M | 5.50 | | 6 |
| 36 | 8628-6 | 097298013744<br>008813638 | COPPER HANDS L XL | 5.50 | | 6 |
| 36 | 12244-6 | 097298017230<br>009071884 | ATOMIC LIGHTER      RECHARGEAB | 5.50 | | 6 |
| 12 | 10817-6 | 097298015410<br>009433303 | SMART SWAB        SPIRAL EAR | 5.50 | | 6 |
| 12 | 12655-4 | 097298060243<br>009513658 | EGG SITTER        GEL CUSHIO | 22.00 | | 4 |

 **TELEBrands**

# EDI Purchase Order

| P.O. Date | Purchase Order Number | Rep | TP | Dept | Trans Date | ISA Control |
|---|---|---|---|---|---|---|
| 12/18/18 | 08275320109 | 1025 | SA | 011 | 12/18/18 | 3216 |

| Ordered By | 13402 |
|---|---|

K-MART(DUNS#17-544-1088)
DCKM
P.O.BOX7066
TROY,MI 480077066

| Ship To | 8275 |
|---|---|

SEARS HOLDINGS CORP
1 KRESGE ROAD
FAIRLESS HILLS, PA 19030

| Dates | FOB | Terms |
|---|---|---|
| Delivery Requeste: 12/30/18 | FOB-Method: CC<br>FOB-Loc: AC<br>Location: MIRA LOMA | Terms-Code: 05 Basis: 15<br>Percentage: 4.00<br>Discount Days: 14 |

| Our Order # | 1607728 | Destination | | Buyer | |
|---|---|---|---|---|---|

| QTO | Our Item | UPC / Cust Item# | Description | Price | UM | PK |
|---|---|---|---|---|---|---|
| 56 | 11989-4 | 097298016950<br>002147133 | HURRICANE FUR WIZARDPET FUR RE | 11.00 | | 4 |
| 66 | 11376-6 | 097298028380<br>002856492 | RED COPPER        9.5 IN SQU | 11.00 | | 6 |
| 30 | 10688-6 | 097298027086<br>003879522 | RED COPPER 12 PAN | 16.50 | | 6 |
| 30 | 10687-6 | 097298027079<br>003879529 | RED COPPER 10 PAN | 11.00 | | 6 |
| 42 | 10436-6 | 097298014963<br>004034422 | PED EGG POWERBALL    RECHARGABL | 11.00 | | 6 |
| 48 | 12446-6 | 097298040061<br>004331509 | BATTLE VISION       POLARIZED | 11.00 | | 6 |
| 30 | 11362-6 | 097298015960<br>007045368 | ATOMIC BEAM         LANTERN | 11.00 | | 6 |
| 40 | 7384-2 | 097298023439<br>007117282 | HURRICANE SPIN MOP 2PACK | 22.00 | | 2 |
| 96 | 8399-6 | 097298013713<br>008813637 | COPPER HANDS S M | 5.50 | | 6 |
| 156 | 8628-6 | 097298013744<br>008813638 | COPPER HANDS L XL | 5.50 | | 6 |
| 24 | 12244-6 | 097298017230<br>009071884 | ATOMIC LIGHTER      RECHARGEAB | 5.50 | | 6 |
| 48 | 10817-6 | 097298015410<br>009433303 | SMART SWAB          SPIRAL EAR | 5.50 | | 6 |
| 40 | 10951-4 | 097298015571<br>009433601 | COUCH COAT          REVERSIBLE | 11.00 | | 4 |
| 20 | 12655-4 | 097298060243<br>009513658 | EGG SITTER          GEL CUSHIO | 22.00 | | 4 |



# EDI Purchase Order

| P.O. Date | Purchase Order Number | Rep | TP | Dept | Trans Date | ISA Control |
|---|---|---|---|---|---|---|
| 12/18/18 | 08275320110 | 1025 | SA | 011 | 12/18/18 | 3216 |

| Ordered By    13402 | Ship To    8275 |
|---|---|
| K-MART(DUNS#17-544-1088)<br>DCKM<br>P.O.BOX7066<br>TROY,MI 480077066 | SEARS HOLDINGS CORP<br>1 KRESGE ROAD<br>FAIRLESS HILLS, PA 19030 |

| Dates | FOB | Terms |
|---|---|---|
| Delivery Requeste: 01/04/19 | FOB-Method: CC<br>FOB-Loc: AC<br>Location: MIRA LOMA | Terms-Code: 05 Basis: 15<br>Percentage: 4.00<br>Discount Days: 14 |

| Our Order #    1607729 | Destination | Buyer | |
|---|---|---|---|

| QTO | Our Item | UPC / Cust Item# | Description | Price | UM | PK |
|---|---|---|---|---|---|---|
| 37 | 10824 | 097298027505<br>001804776 | RED COPPER 10PC SET COOKWARE | 55.00 | | 1 |



# EDI Purchase Order

| P.O. Date | Purchase Order Number | Rep | TP | Dept | Trans Date | ISA Control |
|---|---|---|---|---|---|---|
| 12/25/18 | 08275321040 | 1025 | SA | 011 | 12/25/18 | 3223 |

| Ordered By | 13402 |
|---|---|

```
K-MART(DUNS#17-544-1088)
DCKM
P.O.BOX7066
TROY,MI 480077066
```

| Ship To | 8275 |
|---|---|

```
SEARS HOLDINGS CORP
1 KRESGE ROAD
FAIRLESS HILLS, PA 19030
```

| Dates | FOB | Terms |
|---|---|---|
| Delivery Requeste: 01/11/19 | FOB-Method: CC<br>FOB-Loc: AC<br>Location: MIRA LOMA | Terms-Code: 05 Basis: 15<br>Percentage: 4.00<br>Discount Days: 14 |

| Our Order # | 1611105 | Destination | | Buyer | |
|---|---|---|---|---|---|

| QTO | Our Item | UPC / Cust Item# | Description | Price | UM | PK |
|---|---|---|---|---|---|---|
| 52 | 11989-4 | 097298016950<br>002147133 | HURRICANE FUR WIZARDPET FUR RE | 11.00 | | 4 |
| 102 | 11376-6 | 097298028380<br>002856492 | RED COPPER          9.5 IN SQU | 11.00 | | 6 |
| 66 | 10688-6 | 097298027086<br>003879522 | RED COPPER 12  PAN | 16.50 | | 6 |
| 78 | 10687-6 | 097298027079<br>003879529 | RED COPPER 10  PAN | 11.00 | | 6 |
| 90 | 10436-6 | 097298014963<br>004034422 | PED EGG POWERBALL     RECHARGABL | 11.00 | | 6 |
| 78 | 12446-6 | 097298040061<br>004331509 | BATTLE VISION        POLARIZED | 11.00 | | 6 |
| 120 | 11474-6 | 097298016189<br>007040231 | ATOMIC BEAM          TACTICAL H | 11.00 | | 6 |
| 144 | 11362-6 | 097298015960<br>007045368 | ATOMIC BEAM          LANTERN | 11.00 | | 6 |
| 46 | 7384-2 | 097298023439<br>007117282 | HURRICANE SPIN MOP 2PACK | 22.00 | | 2 |
| 90 | 8399-6 | 097298013713<br>008813637 | COPPER HANDS S M | 5.50 | | 6 |
| 288 | 8628-6 | 097298013744<br>008813638 | COPPER HANDS L XL | 5.50 | | 6 |
| 96 | 12244-6 | 097298017230<br>009071884 | ATOMIC LIGHTER       RECHARGEAB | 5.50 | | 6 |
| 72 | 10817-6 | 097298015410<br>009433303 | SMART SWAB           SPIRAL EAR | 5.50 | | 6 |
| 76 | 10951-4 | 097298015571<br>009433601 | COUCH COAT           REVERSIBLE | 11.00 | | 4 |
| 28 | 12655-4 | 097298060243<br>009513658 | EGG SITTER           GEL CUSHIO | 22.00 | | 4 |

# TELE Brands

# EDI Purchase Order

| P.O. Date | Purchase Order Number | Rep | TP | Dept | Trans Date | ISA Control |
|---|---|---|---|---|---|---|
| 01/08/19 | 08275322658 | 1025 | SA | 011 | 01/08/19 | 3232 |

| Ordered By | 13402 | Ship To | 8275 |
|---|---|---|---|

K-MART(DUNS#17-544-1088)
DCKM
P.O.BOX7066
TROY,MI 480077066

SEARS HOLDINGS CORP
1 KRESGE ROAD
FAIRLESS HILLS, PA 19030

| Dates | FOB | Terms |
|---|---|---|
| Delivery Requeste: 01/25/19 | FOB-Method: CC<br>FOB-Loc: AC<br>Location: MIRA LOMA | Terms-Code: 05 Basis: 15<br>Net Days: 60 |

| Our Order # | 1617333 | Destination | | Buyer | |
|---|---|---|---|---|---|

| QTO | Our Item | UPC / Cust Item# | Description | Price | UM | PK |
|---|---|---|---|---|---|---|
| 4 | 11989-4 | 097298016950<br>002147133 | HURRICANE FUR WIZARDPET FUR RE | 11.00 | | 4 |
| 66 | 11376-6 | 097298028380<br>002856492 | RED COPPER          9.5 IN SQU | 11.00 | | 6 |
| 90 | 10688-6 | 097298027086<br>003879522 | RED COPPER 12  PAN | 16.50 | | 6 |
| 84 | 10687-6 | 097298027079<br>003879529 | RED COPPER 10  PAN | 11.00 | | 6 |
| 42 | 10436-6 | 097298014963<br>004034422 | PED EGG POWERBALL    RECHARGABL | 11.00 | | 6 |
| 12 | 12446-6 | 097298040061<br>004331509 | BATTLE VISION        POLARIZED | 11.00 | | 6 |
| 24 | 11474-6 | 097298016189<br>007040231 | ATOMIC BEAM          TACTICAL H | 11.00 | | 6 |
| 108 | 11362-6 | 097298015960<br>007045368 | ATOMIC BEAM          LANTERN | 11.00 | | 6 |
| 102 | 7384-2 | 097298023439<br>007117282 | HURRICANE SPIN MOP 2PACK | 22.00 | | 2 |
| 162 | 8399-6 | 097298013713<br>008813637 | COPPER HANDS S M | 5.50 | | 6 |
| 342 | 8628-6 | 097298013744<br>008813638 | COPPER HANDS L XL | 5.50 | | 6 |
| 84 | 12244-6 | 097298017230<br>009071884 | ATOMIC LIGHTER       RECHARGEAB | 5.50 | | 6 |
| 84 | 10817-6 | 097298015410<br>009433303 | SMART SWAB           SPIRAL EAR | 5.50 | | 6 |
| 44 | 10951-4 | 097298015571<br>009433601 | COUCH COAT           REVERSIBLE | 11.00 | | 4 |
| 56 | 12655-4 | 097298060243<br>009513658 | EGG SITTER           GEL CUSHIO | 22.00 | | 4 |

# TELEBrands

# EDI Purchase Order

| P.O. Date | Purchase Order Number | Rep | TP | Dept | Trans Date | ISA Control |
|---|---|---|---|---|---|---|
| 01/15/19 | 08275323488 | 1025 | SA | 011 | 01/15/19 | 3234 |

| Ordered By | 13402 |
|---|---|

K-MART(DUNS#17-544-1088)
DCKM
P.O.BOX7066
TROY,MI 480077066

| Ship To | 8275 |
|---|---|

SEARS HOLDINGS CORP
1 KRESGE ROAD
FAIRLESS HILLS, PA 19030

| Dates | FOB | Terms |
|---|---|---|
| Delivery Requeste: 02/01/19 | FOB-Method: CC<br>FOB-Loc: AC<br>Location: MIRA LOMA | Terms-Code: 05 Basis: 15<br>Net Days: 60 |

| Our Order # | 1620946 | Destination | | Buyer | |
|---|---|---|---|---|---|

| QTO | Our Item | UPC / Cust Item# | Description | Price | UM | PK |
|---|---|---|---|---|---|---|
| 160 | 10824 | 097298027505<br>001804776 | RED COPPER 10PC SET COOKWARE | 55.00 | | 1 |
| 24 | 11989-4 | 097298016950<br>002147133 | HURRICANE FUR WIZARDPET FUR RE | 11.00 | | 4 |
| 48 | 11376-6 | 097298028380<br>002856492 | RED COPPER        9.5 IN SQU | 11.00 | | 6 |
| 18 | 10688-6 | 097298027086<br>003879522 | RED COPPER 12  PAN | 16.50 | | 6 |
| 30 | 10687-6 | 097298027079<br>003879529 | RED COPPER 10  PAN | 11.00 | | 6 |
| 78 | 10436-6 | 097298014963<br>004034422 | PED EGG POWERBALL    RECHARGABL | 11.00 | | 6 |
| 6 | 12446-6 | 097298040061<br>004331509 | BATTLE VISION       POLARIZED | 11.00 | | 6 |
| 38 | 7384-2 | 097298023439<br>007117282 | HURRICANE SPIN MOP 2PACK | 22.00 | | 2 |
| 66 | 8399-6 | 097298013713<br>008813637 | COPPER HANDS S M | 5.50 | | 6 |
| 60 | 8628-6 | 097298013744<br>008813638 | COPPER HANDS L XL | 5.50 | | 6 |
| 48 | 10817-6 | 097298015410<br>009433303 | SMART SWAB        SPIRAL EAR | 5.50 | | 6 |
| 24 | 10951-4 | 097298015571<br>009433601 | COUCH COAT        REVERSIBLE | 11.00 | | 4 |
| 24 | 12655-4 | 097298060243<br>009513658 | EGG SITTER        GEL CUSHIO | 22.00 | | 4 |

# **TELEBrands**

# EDI Purchase Order

| P.O. Date | Purchase Order Number | Rep | TP | Dept | Trans Date | ISA Control |
|---|---|---|---|---|---|---|
| 01/22/19 | 08275324434 | 1025 | SA | 011 | 01/22/19 | 3242 |

| Ordered By | 13402 |
|---|---|

K-MART(DUNS#17-544-1088)
DCKM
P.O.BOX7066
TROY,MI 480077066

| Ship To | 8275 |
|---|---|

SEARS HOLDINGS CORP
1 KRESGE ROAD
FAIRLESS HILLS, PA 19030

| Dates | FOB | Terms |
|---|---|---|
| Delivery Requeste: 02/06/19 | FOB-Method: CC<br>FOB-Loc: AC<br>Location: MIRA LOMA | Terms-Code: 05 Basis: 15<br>Percentage: 4.00<br>Discount Days: 15 |

| Our Order # | 1627109 | Destination | | Buyer | |
|---|---|---|---|---|---|

| QTO | Our Item | UPC / Cust Item# | Description | Price | UM | PK |
|---|---|---|---|---|---|---|
| 24 | 11989-4 | 097298016950<br>002147133 | HURRICANE FUR WIZARDPET FUR RE | 11.00 | | 4 |
| 60 | 11376-6 | 097298028380<br>002856492 | RED COPPER          9.5 IN SQU | 11.00 | | 6 |
| 24 | 11198-2 | 097298028045<br>002856500 | RED COPPER 5PC SET  10 IN SQUA | 22.00 | | 2 |
| 102 | 10688-6 | 097298027086<br>003879522 | RED COPPER 12 PAN | 16.50 | | 6 |
| 42 | 10687-6 | 097298027079<br>003879529 | RED COPPER 10 PAN | 11.00 | | 6 |
| 102 | 10436-6 | 097298014963<br>004034422 | PED EGG POWERBALL     RECHARGABL | 11.00 | | 6 |
| 30 | 12446-6 | 097298040061<br>004331509 | BATTLE VISION        POLARIZED | 11.00 | | 6 |
| 54 | 11474-6 | 097298016189<br>007040231 | ATOMIC BEAM          TACTICAL H | 11.00 | | 6 |
| 150 | 11362-6 | 097298015960<br>007045368 | ATOMIC BEAM          LANTERN | 11.00 | | 6 |
| 20 | 7384-2 | 097298023439<br>007117282 | HURRICANE SPIN MOP 2PACK | 22.00 | | 2 |
| 132 | 8399-6 | 097298013713<br>008813637 | COPPER HANDS S M | 5.50 | | 6 |
| 234 | 8628-6 | 097298013744<br>008813638 | COPPER HANDS L XL | 5.50 | | 6 |
| 90 | 12244-6 | 097298017230<br>009071884 | ATOMIC LIGHTER       RECHARGEAB | 5.50 | | 6 |
| 32 | 10951-4 | 097298015571<br>009433601 | COUCH COAT           REVERSIBLE | 11.00 | | 4 |
| 40 | 12655-4 | 097298060243<br>009513658 | EGG SITTER           GEL CUSHIO | 22.00 | | 4 |



# EDI Purchase Order

| P.O. Date | Purchase Order Number | Rep | TP | Dept | Trans Date | ISA Control |
|---|---|---|---|---|---|---|
| 01/22/19 | 08275324435 | 1025 | SA | 011 | 01/22/19 | 3242 |

| Ordered By     13402 | Ship To     8275 |
|---|---|
| K-MART(DUNS#17-544-1088)<br>DCKM<br>P.O.BOX7066<br>TROY,MI 480077066 | SEARS HOLDINGS CORP<br>1 KRESGE ROAD<br>FAIRLESS HILLS, PA 19030 |

| Dates | FOB | Terms |
|---|---|---|
| Delivery Requeste: 02/08/19 | FOB-Method: CC<br>FOB-Loc: AC<br>Location: MIRA LOMA | Terms-Code: 05 Basis: 15<br>Percentage: 4.00<br>Discount Days: 15 |

| Our Order # | 1627110 | Destination | | Buyer | |
|---|---|---|---|---|---|

| QTO | Our Item | UPC / Cust Item# | Description | Price | UM | PK |
|---|---|---|---|---|---|---|
| 35 | 10824 | 097298027505<br>001804776 | RED COPPER 10PC SET COOKWARE | 55.00 | | 1 |

# **TELE**Brands

# **EDI Purchase Order**

| P.O. Date | Purchase Order Number | Rep | TP | Dept | Trans Date | ISA Control |
|---|---|---|---|---|---|---|
| 01/22/19 | 08287266624 | 1025 | SA | 011 | 01/22/19 | 3242 |

| Ordered By      13402 | Ship To      8287 |
|---|---|
| K-MART(DUNS#17-544-1088)<br>DCKM<br>P.O.BOX7066<br>TROY,MI 480077066 | SEARS HOLDINGS CORP<br>5600 E AIRPORT RD<br>ONTARIO, CA 917618609 |

| Dates | FOB | Terms |
|---|---|---|
| Delivery Requeste: 02/01/19 | FOB-Method: CC<br>FOB-Loc: AC<br>Location: MIRA LOMA | Terms-Code: 05 Basis: 15<br>Percentage: 4.00<br>Discount Days: 15 |

| Our Order #   1627111 | Destination | | Buyer | |
|---|---|---|---|---|

| QTO | Our Item | UPC / Cust Item# | Description | Price | UM | PK |
|---|---|---|---|---|---|---|
| 17 | 10824 | 097298027505<br>001804776 | RED COPPER 10PC SET COOKWARE | 55.00 | | 1 |
| 32 | 11989-4 | 097298016950<br>002147133 | HURRICANE FUR WIZARDPET FUR RE | 11.00 | | 4 |
| 36 | 11376-6 | 097298028380<br>002856492 | RED COPPER          9.5 IN SQU | 11.00 | | 6 |
| 12 | 11198-2 | 097298028045<br>002856500 | RED COPPER 5PC SET  10 IN SQUA | 22.00 | | 2 |
| 54 | 10688-6 | 097298027086<br>003879522 | RED COPPER 12  PAN | 16.50 | | 6 |
| 24 | 10687-6 | 097298027079<br>003879529 | RED COPPER 10  PAN | 11.00 | | 6 |
| 30 | 10436-6 | 097298014963<br>004034422 | PED EGG POWERBALL    RECHARGABL | 11.00 | | 6 |
| 18 | 12446-6 | 097298040061<br>004331509 | BATTLE VISION       POLARIZED | 11.00 | | 6 |
| 24 | 11474-6 | 097298016189<br>007040231 | ATOMIC BEAM         TACTICAL H | 11.00 | | 6 |
| 24 | 11362-6 | 097298015960<br>007045368 | ATOMIC BEAM         LANTERN | 11.00 | | 6 |
| 62 | 7384-2 | 097298023439<br>007117282 | HURRICANE SPIN MOP 2PACK | 22.00 | | 2 |
| 72 | 8399-6 | 097298013713<br>008813637 | COPPER HANDS S M | 5.50 | | 6 |
| 138 | 8628-6 | 097298013744<br>008813638 | COPPER HANDS L XL | 5.50 | | 6 |
| 36 | 12244-6 | 097298017230<br>009071884 | ATOMIC LIGHTER      RECHARGEAB | 5.50 | | 6 |
| 42 | 10817-6 | 097298015410<br>009433303 | SMART SWAB          SPIRAL EAR | 5.50 | | 6 |
| 24 | 10951-4 | 097298015571<br>009433601 | COUCH COAT          REVERSIBLE | 11.00 | | 4 |
| 24 | 12655-4 | 097298060243<br>009513658 | EGG SITTER          GEL CUSHIO | 22.00 | | 4 |

 **TELE Brands**

# EDI Purchase Order

| P.O. Date | Purchase Order Number | Rep | TP | Dept | Trans Date | ISA Control |
|---|---|---|---|---|---|---|
| 01/29/19 | 08287267615 | 1025 | SA | 011 | 01/29/19 | 3256 |

| Ordered By        13402 | Ship To        8287 |
|---|---|
| K-MART(DUNS#17-544-1088)<br>DCKM<br>P.O.BOX7066<br>TROY,MI  480077066 | SEARS HOLDINGS CORP<br>5600 E AIRPORT RD<br>ONTARIO, CA 917618609 |

| Dates | FOB | Terms |
|---|---|---|
| Delivery Requeste: 02/08/19 | FOB-Method: CC<br>FOB-Loc: AC<br>Location: MIRA LOMA | Terms-Code: 05 Basis: 15<br>Percentage: 4.00<br>Discount Days: 15 |

| Our Order #    1628723 | Destination | | Buyer | |
|---|---|---|---|---|

| QTO | Our Item | UPC / Cust Item# | Description | Price | UM | PK |
|---|---|---|---|---|---|---|
| 1 | 10824 | 097298027505<br>001804776 | RED COPPER 10PC SET COOKWARE | 55.00 | | 1 |

# **TELEBrands**

# EDI Purchase Order

| P.O. Date | Purchase Order Number | Rep | TP | Dept | Trans Date | ISA Control |
|---|---|---|---|---|---|---|
| 12/18/18 | 08289255500 | 1025 | SA | 011 | 12/18/18 | 3216 |

| Ordered By | 13402 |
|---|---|

K-MART(DUNS#17-544-1088)
DCKM
P.O.BOX7066
TROY,MI 480077066

| Ship To | 8289 |
|---|---|

SEARS HOLDINGS CORP
333 SOUTH SPRUCE STREET
MANTENO, IL 609503430

| Dates | FOB | Terms |
|---|---|---|
| Delivery Requeste: 01/03/19 | FOB-Method: CC<br>FOB-Loc: AC<br>Location: MIRA LOMA | Terms-Code: 05 Basis: 15<br>Percentage: 4.00<br>Discount Days: 14 |

| Our Order # | 1607733 | Destination | | Buyer | |
|---|---|---|---|---|---|

| QTO | Our Item | UPC / Cust Item# | Description | Price | UM | PK |
|---|---|---|---|---|---|---|
| 13 | 10824 | 097298027505<br>001804776 | RED COPPER 10PC SET COOKWARE | 55.00 | | 1 |
| 12 | 8399-6 | 097298013713<br>008813637 | COPPER HANDS S M | 5.50 | | 6 |



# EDI Purchase Order

| P.O. Date | Purchase Order Number | Rep | TP | Dept | Trans Date | ISA Control |
|---|---|---|---|---|---|---|
| 01/08/19 | 08289258314 | 1025 | SA | 011 | 01/08/19 | 3232 |

| Ordered By | 13402 |
|---|---|

K-MART(DUNS#17-544-1088)
DCKM
P.O.BOX7066
TROY,MI 480077066

| Ship To | 8289 |
|---|---|

SEARS HOLDINGS CORP
333 SOUTH SPRUCE STREET
MANTENO, IL 609503430

| Dates | FOB | Terms |
|---|---|---|
| Delivery Requeste: 01/24/19 | FOB-Method: CC<br>FOB-Loc: AC<br>Location: MIRA LOMA | Terms-Code: 05 Basis: 15<br>Net Days: 60 |

| Our Order # | 1617335 | Destination | | Buyer | |
|---|---|---|---|---|---|

| QTO | Our Item | UPC / Cust Item# | Description | Price | UM | PK |
|---|---|---|---|---|---|---|
| 16 | 11989-4 | 097298016950<br>002147133 | HURRICANE FUR WIZARDPET FUR RE | 11.00 | | 4 |
| 30 | 11376-6 | 097298028380<br>002856492 | RED COPPER          9.5 IN SQU | 11.00 | | 6 |
| 66 | 10688-6 | 097298027086<br>003879522 | RED COPPER 12   PAN | 16.50 | | 6 |
| 24 | 10687-6 | 097298027079<br>003879529 | RED COPPER 10   PAN | 11.00 | | 6 |
| 48 | 10436-6 | 097298014963<br>004034422 | PED EGG POWERBALL     RECHARGABL | 11.00 | | 6 |
| 12 | 12446-6 | 097298040061<br>004331509 | BATTLE VISION        POLARIZED | 11.00 | | 6 |
| 36 | 11474-6 | 097298016189<br>007040231 | ATOMIC BEAM          TACTICAL H | 11.00 | | 6 |
| 60 | 11362-6 | 097298015960<br>007045368 | ATOMIC BEAM          LANTERN | 11.00 | | 6 |
| 4 | 7384-2 | 097298023439<br>007117282 | HURRICANE SPIN MOP 2PACK | 22.00 | | 2 |
| 96 | 8399-6 | 097298013713<br>008813637 | COPPER HANDS S M | 5.50 | | 6 |
| 300 | 8628-6 | 097298013744<br>008813638 | COPPER HANDS L XL | 5.50 | | 6 |
| 36 | 12244-6 | 097298017230<br>009071884 | ATOMIC LIGHTER       RECHARGEAB | 5.50 | | 6 |
| 18 | 10817-6 | 097298015410<br>009433303 | SMART SWAB           SPIRAL EAR | 5.50 | | 6 |
| 16 | 10951-4 | 097298015571<br>009433601 | COUCH COAT           REVERSIBLE | 11.00 | | 4 |
| 52 | 12655-4 | 097298060243<br>009513658 | EGG SITTER           GEL CUSHIO | 22.00 | | 4 |

 **EDI Purchase Order**

| P.O. Date | Purchase Order Number | Rep | TP | Dept | Trans Date | ISA Control |
|---|---|---|---|---|---|---|
| 12/18/18 | 08292276546 | 1025 | SA | 011 | 12/18/18 | 3216 |

| Ordered By | 13402 |
|---|---|

K-MART(DUNS#17-544-1088)
DCKM
P.O.BOX7066
TROY,MI 480077066

| Ship To | 8292 |
|---|---|

SEARS HOLDINGS CORP
655 SOUTHWEST 52ND AVENUE
OCALA, FL 344749365

| Dates | FOB | Terms |
|---|---|---|
| Delivery Requeste: 12/30/18 | FOB-Method: CC<br>FOB-Loc: AC<br>Location: MIRA LOMA | Terms-Code: 05 Basis: 15<br>Percentage: 4.00<br>Discount Days: 14 |

| Our Order # | 1607734 | Destination | | Buyer | |
|---|---|---|---|---|---|

| QTO | Our Item | UPC / Cust Item# | Description | Price | UM | PK |
|---|---|---|---|---|---|---|
| 30 | 11376-6 | 097298028380<br>002856492 | RED COPPER          9.5 IN SQU | 11.00 | | 6 |
| 12 | 10688-6 | 097298027086<br>003879522 | RED COPPER 12 PAN | 16.50 | | 6 |
| 30 | 10687-6 | 097298027079<br>003879529 | RED COPPER 10 PAN | 11.00 | | 6 |
| 18 | 10436-6 | 097298014963<br>004034422 | PED EGG POWERBALL     RECHARGABL | 11.00 | | 6 |
| 12 | 12446-6 | 097298040061<br>004331509 | BATTLE VISION        POLARIZED | 11.00 | | 6 |
| 36 | 11474-6 | 097298016189<br>007040231 | ATOMIC BEAM          TACTICAL H | 11.00 | | 6 |
| 18 | 11362-6 | 097298015960<br>007045368 | ATOMIC BEAM          LANTERN | 11.00 | | 6 |
| 34 | 7384-2 | 097298023439<br>007117282 | HURRICANE SPIN MOP 2PACK | 22.00 | | 2 |
| 12 | 8399-6 | 097298013713<br>008813637 | COPPER HANDS S M | 5.50 | | 6 |
| 114 | 8628-6 | 097298013744<br>008813638 | COPPER HANDS L XL | 5.50 | | 6 |
| 42 | 12244-6 | 097298017230<br>009071884 | ATOMIC LIGHTER       RECHARGEAB | 5.50 | | 6 |
| 16 | 10951-4 | 097298015571<br>009433601 | COUCH COAT           REVERSIBLE | 11.00 | | 4 |
| 16 | 12655-4 | 097298060243<br>009513658 | EGG SITTER           GEL CUSHIO | 22.00 | | 4 |



# EDI Purchase Order

| P.O. Date | Purchase Order Number | Rep | TP | Dept | Trans Date | ISA Control |
|---|---|---|---|---|---|---|
| 12/18/18 | 08292276547 | 1025 | SA | 011 | 12/18/18 | 3216 |

| Ordered By    13402 | Ship To    8292 |
|---|---|
| K-MART(DUNS#17-544-1088)<br>DCKM<br>P.O.BOX7066<br>TROY,MI 480077066 | SEARS HOLDINGS CORP<br>655 SOUTHWEST 52ND AVENUE<br>OCALA, FL 344749365 |

| Dates | FOB | Terms |
|---|---|---|
| Delivery Requeste: 01/05/19 | FOB-Method: CC<br>FOB-Loc: AC<br>Location: MIRA LOMA | Terms-Code: 05 Basis: 15<br>Percentage: 4.00<br>Discount Days: 14 |

| Our Order # | 1607735 | Destination | | Buyer | |
|---|---|---|---|---|---|

| QTO | Our Item | UPC / Cust Item# | Description | Price | UM | PK |
|---|---|---|---|---|---|---|
| 21 | 10824 | 097298027505<br>001804776 | RED COPPER 10PC SET COOKWARE | 55.00 | | 1 |



# EDI Purchase Order

| P.O. Date | Purchase Order Number | Rep | TP | Dept | Trans Date | ISA Control |
|-----------|----------------------|-----|----|------|-----------|-------------|
| 12/25/18 | 08292277492 | 1025 | SA | 011 | 12/25/18 | 3223 |

| Ordered By | 13402 |
|------------|-------|

K-MART(DUNS#17-544-1088)
DCKM
P.O.BOX7066
TROY,MI 480077066

| Ship To | 8292 |
|---------|------|

SEARS HOLDINGS CORP
655 SOUTHWEST 52ND AVENUE
OCALA, FL 344749365

| Dates | FOB | Terms |
|-------|-----|-------|
| Delivery Requeste: 01/12/19 | FOB-Method: CC<br>FOB-Loc: AC<br>Location: MIRA LOMA | Terms-Code: 05 Basis: 15<br>Percentage: 4.00<br>Discount Days: 14 |

| Our Order # | 1611108 | Destination | | Buyer | |
|-------------|---------|-------------|--|-------|--|

| QTO | Our Item | UPC / Cust Item# | Description | Price | UM | PK |
|-----|----------|------------------|-------------|-------|----|----|
| 108 | 11376-6 | 097298028380<br>002856492 | RED COPPER       9.5 IN SQU | 11.00 | | 6 |
| 30 | 10688-6 | 097298027086<br>003879522 | RED COPPER 12  PAN | 16.50 | | 6 |
| 54 | 10687-6 | 097298027079<br>003879529 | RED COPPER 10  PAN | 11.00 | | 6 |
| 54 | 10436-6 | 097298014963<br>004034422 | PED EGG POWERBALL    RECHARGABL | 11.00 | | 6 |
| 72 | 12446-6 | 097298040061<br>004331509 | BATTLE VISION     POLARIZED | 11.00 | | 6 |
| 30 | 11474-6 | 097298016189<br>007040231 | ATOMIC BEAM       TACTICAL H | 11.00 | | 6 |
| 36 | 11362-6 | 097298015960<br>007045368 | ATOMIC BEAM       LANTERN | 11.00 | | 6 |



# EDI Purchase Order

| P.O. Date | Purchase Order Number | Rep | TP | Dept | Trans Date | ISA Control |
|---|---|---|---|---|---|---|
| 01/08/19 | 08292279100 | 1025 | SA | 011 | 01/08/19 | 3232 |

| Ordered By | 13402 |
|---|---|

K-MART(DUNS#17-544-1088)
DCKM
P.O.BOX7066
TROY,MI 480077066

| Ship To | 8292 |
|---|---|

SEARS HOLDINGS CORP
655 SOUTHWEST 52ND AVENUE
OCALA, FL 344749365

| Dates | FOB | Terms |
|---|---|---|
| Delivery Requeste: 01/26/19 | FOB-Method: CC<br>FOB-Loc: AC<br>Location: MIRA LOMA | Terms-Code: 05 Basis: 15<br>Net Days: 60 |

| Our Order # | 1617336 | Destination | | Buyer | |
|---|---|---|---|---|---|

| QTO | Our Item | UPC / Cust Item# | Description | Price | UM | PK |
|---|---|---|---|---|---|---|
| 12 | 11989-4 | 097298016950<br>002147133 | HURRICANE FUR WIZARDPET FUR RE | 11.00 | | 4 |
| 72 | 11376-6 | 097298028380<br>002856492 | RED COPPER       9.5 IN SQU | 11.00 | | 6 |
| 36 | 10688-6 | 097298027086<br>003879522 | RED COPPER 12  PAN | 16.50 | | 6 |
| 30 | 10687-6 | 097298027079<br>003879529 | RED COPPER 10  PAN | 11.00 | | 6 |
| 24 | 10436-6 | 097298014963<br>004034422 | PED EGG POWERBALL    RECHARGABL | 11.00 | | 6 |
| 6 | 12446-6 | 097298040061<br>004331509 | BATTLE VISION        POLARIZED | 11.00 | | 6 |
| 24 | 11362-6 | 097298015960<br>007045368 | ATOMIC BEAM          LANTERN | 11.00 | | 6 |
| 82 | 7384-2 | 097298023439<br>007117282 | HURRICANE SPIN MOP 2PACK | 22.00 | | 2 |
| 96 | 8399-6 | 097298013713<br>008813637 | COPPER HANDS S M | 5.50 | | 6 |
| 186 | 8628-6 | 097298013744<br>008813638 | COPPER HANDS L XL | 5.50 | | 6 |
| 66 | 12244-6 | 097298017230<br>009071884 | ATOMIC LIGHTER      RECHARGEAB | 5.50 | | 6 |
| 18 | 10817-6 | 097298015410<br>009433303 | SMART SWAB          SPIRAL EAR | 5.50 | | 6 |
| 32 | 10951-4 | 097298015571<br>009433601 | COUCH COAT          REVERSIBLE | 11.00 | | 4 |
| 20 | 12655-4 | 097298060243<br>009513658 | EGG SITTER          GEL CUSHIO | 22.00 | | 4 |



# EDI Purchase Order

| P.O. Date | Purchase Order Number | Rep | TP | Dept | Trans Date | ISA Control |
|---|---|---|---|---|---|---|
| 01/15/19 | 08292279908 | 1025 | SA | 011 | 01/15/19 | 3234 |

| Ordered By | 13402 |
|---|---|

K-MART(DUNS#17-544-1088)
DCKM
P.O.BOX7066
TROY,MI 480077066

| Ship To | 8292 |
|---|---|

SEARS HOLDINGS CORP
655 SOUTHWEST 52ND AVENUE
OCALA, FL 344749365

| Dates | FOB | Terms |
|---|---|---|
| Delivery Requeste: 02/02/19 | FOB-Method: CC<br>FOB-Loc: AC<br>Location: MIRA LOMA | Terms-Code: 05 Basis: 15<br>Net Days: 60 |

| Our Order # | 1620949 | Destination | | Buyer | |
|---|---|---|---|---|---|

| QTO | Our Item | UPC / Cust Item# | Description | Price | UM | PK |
|---|---|---|---|---|---|---|
| 94 | 10824 | 097298027505<br>001804776 | RED COPPER 10PC SET COOKWARE | 55.00 | | 1 |
| 4 | 11989-4 | 097298016950<br>002147133 | HURRICANE FUR WIZARDPET FUR RE | 11.00 | | 4 |
| 24 | 11376-6 | 097298028380<br>002856492 | RED COPPER         9.5 IN SQU | 11.00 | | 6 |
| 18 | 10688-6 | 097298027086<br>003879522 | RED COPPER 12  PAN | 16.50 | | 6 |
| 12 | 10687-6 | 097298027079<br>003879529 | RED COPPER 10  PAN | 11.00 | | 6 |
| 6 | 12446-6 | 097298040061<br>004331509 | BATTLE VISION        POLARIZED | 11.00 | | 6 |
| 52 | 7384-2 | 097298023439<br>007117282 | HURRICANE SPIN MOP 2PACK | 22.00 | | 2 |
| 24 | 8399-6 | 097298013713<br>008813637 | COPPER HANDS S M | 5.50 | | 6 |
| 12 | 12244-6 | 097298017230<br>009071884 | ATOMIC LIGHTER       RECHARGEAB | 5.50 | | 6 |
| 12 | 10817-6 | 097298015410<br>009433303 | SMART SWAB          SPIRAL EAR | 5.50 | | 6 |
| 20 | 10951-4 | 097298015571<br>009433601 | COUCH COAT          REVERSIBLE | 11.00 | | 4 |



# EDI Purchase Order

| P.O. Date | Purchase Order Number | Rep | TP | Dept | Trans Date | ISA Control |
|---|---|---|---|---|---|---|
| 12/11/18 | 08305239426 | 1025 | SA | 011 | 12/11/18 | 3209 |

| Ordered By | 13402 |
|---|---|

K-MART (DUNS#17-544-1088)
DCKM
P.O.BOX7066
TROY,MI 480077066

| Ship To | 8305 |
|---|---|

SEARS HOLDINGS CORP
541 PERKINS JONES RD NE
WARREN, OH 444831848

| Dates | FOB | Terms |
|---|---|---|
| Delivery Requeste: 12/26/18 | FOB-Method: CC<br>FOB-Loc: AC<br>Location: MIRA LOMA | Terms-Code: 05 Basis: 15<br>Percentage: 4.00<br>Discount Days: 14 |

| Our Order # | 1604611 | Destination | | Buyer | |
|---|---|---|---|---|---|

| QTO | Our Item | UPC / Cust Item# | Description | Price | UM | PK |
|---|---|---|---|---|---|---|
| 10 | 10824 | 097298027505<br>001804776 | RED COPPER 10PC SET COOKWARE | 55.00 | | 1 |



# EDI Purchase Order

| P.O. Date | Purchase Order Number | Rep | TP | Dept | Trans Date | ISA Control |
|---|---|---|---|---|---|---|
| 12/11/18 | 08305239427 | 1025 | SA | 011 | 12/11/18 | 3209 |

| Ordered By | 13402 |
|---|---|

K-MART(DUNS#17-544-1088)
DCKM
P.O.BOX7066
TROY,MI 480077066

| Ship To | 8305 |
|---|---|

SEARS HOLDINGS CORP
541 PERKINS JONES RD NE
WARREN, OH 444831848

| Dates | FOB | Terms |
|---|---|---|
| Delivery Requeste: 12/27/18 | FOB-Method: CC<br>FOB-Loc: AC<br>Location: MIRA LOMA | Terms-Code: 05 Basis: 15<br>Percentage: 4.00<br>Discount Days: 14 |

| Our Order # | 1604612 | Destination | | Buyer | |
|---|---|---|---|---|---|

| QTO | Our Item | UPC / Cust Item# | Description | Price | UM | PK |
|---|---|---|---|---|---|---|
| 16 | 11989-4 | 097298016950<br>002147133 | HURRICANE FUR WIZARDPET FUR RE | 11.00 | | 4 |
| 18 | 11376-6 | 097298028380<br>002856492 | RED COPPER          9.5 IN SQU | 11.00 | | 6 |
| 12 | 12446-6 | 097298040061<br>004331509 | BATTLE VISION       POLARIZED | 11.00 | | 6 |
| 18 | 11474-6 | 097298016189<br>007040231 | ATOMIC BEAM         TACTICAL H | 11.00 | | 6 |
| 24 | 11362-6 | 097298015960<br>007045368 | ATOMIC BEAM         LANTERN | 11.00 | | 6 |
| 12 | 7384-2 | 097298023439<br>007117282 | HURRICANE SPIN MOP 2PACK | 22.00 | | 2 |
| 30 | 8399-6 | 097298013713<br>008813637 | COPPER HANDS S M | 5.50 | | 6 |
| 18 | 8628-6 | 097298013744<br>008813638 | COPPER HANDS L XL | 5.50 | | 6 |
| 42 | 12244-6 | 097298017230<br>009071884 | ATOMIC LIGHTER      RECHARGEAB | 5.50 | | 6 |
| 12 | 10817-6 | 097298015410<br>009433303 | SMART SWAB          SPIRAL EAR | 5.50 | | 6 |
| 16 | 10951-4 | 097298015571<br>009433601 | COUCH COAT          REVERSIBLE | 11.00 | | 4 |
| 12 | 12655-4 | 097298060243<br>009513658 | EGG SITTER          GEL CUSHIO | 22.00 | | 4 |



# EDI Purchase Order

| P.O. Date | Purchase Order Number | Rep | TP | Dept | Trans Date | ISA Control |
|---|---|---|---|---|---|---|
| 12/18/18 | 08305240221 | 1025 | SA | 011 | 12/18/18 | 3216 |

| Ordered By    13402 |
|---|
| K-MART(DUNS#17-544-1088)<br>DCKM<br>P.O.BOX7066<br>TROY,MI 480077066 |

| Ship To    8305 |
|---|
| SEARS HOLDINGS CORP<br>541 PERKINS JONES RD NE<br>WARREN, OH 444831848 |

| Dates | FOB | Terms |
|---|---|---|
| Delivery Requeste: 12/30/18 | FOB-Method: CC<br>FOB-Loc: AC<br>Location: MIRA LOMA | Terms-Code: 05 Basis: 15<br>Percentage: 4.00<br>Discount Days: 14 |

| Our Order #    1607736 | Destination | | Buyer | |
|---|---|---|---|---|

| QTO | Our Item | UPC / Cust Item# | Description | Price | UM | PK |
|---|---|---|---|---|---|---|
| 16 | 11989-4 | 097298016950<br>002147133 | HURRICANE FUR WIZARDPET FUR RE | 11.00 | | 4 |
| 24 | 11376-6 | 097298028380<br>002856492 | RED COPPER          9.5 IN SQU | 11.00 | | 6 |
| 12 | 10687-6 | 097298027079<br>003879529 | RED COPPER 10   PAN | 11.00 | | 6 |
| 12 | 10436-6 | 097298014963<br>004034422 | PED EGG POWERBALL    RECHARGABL | 11.00 | | 6 |
| 6 | 11474-6 | 097298016189<br>007040231 | ATOMIC BEAM          TACTICAL H | 11.00 | | 6 |
| 30 | 11362-6 | 097298015960<br>007045368 | ATOMIC BEAM          LANTERN | 11.00 | | 6 |
| 8 | 7384-2 | 097298023439<br>007117282 | HURRICANE SPIN MOP 2PACK | 22.00 | | 2 |
| 18 | 8399-6 | 097298013713<br>008813637 | COPPER HANDS S M | 5.50 | | 6 |
| 66 | 8628-6 | 097298013744<br>008813638 | COPPER HANDS L XL | 5.50 | | 6 |
| 18 | 12244-6 | 097298017230<br>009071884 | ATOMIC LIGHTER       RECHARGEAB | 5.50 | | 6 |
| 6 | 10817-6 | 097298015410<br>009433303 | SMART SWAB           SPIRAL EAR | 5.50 | | 6 |
| 8 | 10951-4 | 097298015571<br>009433601 | COUCH COAT           REVERSIBLE | 11.00 | | 4 |
| 4 | 12655-4 | 097298060243<br>009513658 | EGG SITTER           GEL CUSHIO | 22.00 | | 4 |

 **TELEBrands**

# EDI Purchase Order

| P.O. Date | Purchase Order Number | Rep | TP | Dept | Trans Date | ISA Control |
|---|---|---|---|---|---|---|
| 12/18/18 | 08305240222 | 1025 | SA | 011 | 12/18/18 | 3216 |

| Ordered By | 13402 |
|---|---|

K-MART (DUNS#17-544-1088)
DCKM
P.O.BOX7066
TROY,MI 480077066

| Ship To | 8305 |
|---|---|

SEARS HOLDINGS CORP
541 PERKINS JONES RD NE
WARREN, OH 444831848

| Dates | FOB | Terms |
|---|---|---|
| Delivery Requeste: 01/02/19 | FOB-Method: CC<br>FOB-Loc: AC<br>Location: MIRA LOMA | Terms-Code: 05 Basis: 15<br>Percentage: 4.00<br>Discount Days: 14 |

| Our Order # | 1607737 | Destination | | Buyer | |
|---|---|---|---|---|---|

| QTO | Our Item | UPC / Cust Item# | Description | Price | UM | PK |
|---|---|---|---|---|---|---|
| 9 | 10824 | 097298027505<br>001804776 | RED COPPER 10PC SET COOKWARE | 55.00 | | 1 |



# EDI Purchase Order

| P.O. Date | Purchase Order Number | Rep | TP | Dept | Trans Date | ISA Control |
|---|---|---|---|---|---|---|
| 02/27/19 | 08289264875 | 1025 | SA | 011 | 02/27/19 | 3282 |

| Ordered By | 21166 |
|---|---|

K-MART DIP#18-23538
DCKM
PO BOX 7066
TROY, MI 480077066

| Ship To | 8289 |
|---|---|

SEARS HOLDINGS CORP
333 SOUTH SPRUCE STREET
MANTENO, IL 609503430

| Dates | FOB | Terms |
|---|---|---|
| Delivery Requeste: 03/14/19 | FOB-Method: CC<br>FOB-Loc: AC<br>Location: MIRA LOMA | Terms-Code: 05 Basis: 15<br>Percentage: 4.00<br>Discount Days: 15 |

| Our Order # | 1637498 | Destination | | Buyer | |
|---|---|---|---|---|---|

| QTO | Our Item | UPC / Cust Item# | Description | Price | UM | PK |
|---|---|---|---|---|---|---|
| 12 | 10824 | 097298027505<br>001804776 | RED COPPER 10PC SET COOKWARE | 55.00 | | 1 |
| 12 | 11989-4 | 097298016950<br>002147133 | HURRICANE FUR WIZARDPET FUR RE | 11.00 | | 4 |
| 18 | 10688-6 | 097298027086<br>003879522 | RED COPPER 12  PAN | 16.50 | | 6 |
| 12 | 10436-6 | 097298014963<br>004034422 | PED EGG POWERBALL    RECHARGABL | 11.00 | | 6 |
| 12 | 12446-6 | 097298040061<br>004331509 | BATTLE VISION        POLARIZED | 11.00 | | 6 |
| 12 | 11362-6 | 097298015960<br>007045368 | ATOMIC BEAM          LANTERN | 11.00 | | 6 |
| 16 | 7384-2 | 097298023439<br>007117282 | HURRICANE SPIN MOP 2PACK | 22.00 | | 2 |
| 48 | 8399-6 | 097298013713<br>008813637 | COPPER HANDS S M | 5.50 | | 6 |
| 60 | 8628-6 | 097298013744<br>008813638 | COPPER HANDS L XL | 5.50 | | 6 |
| 12 | 12244-6 | 097298017230<br>009071884 | ATOMIC LIGHTER       RECHARGEAB | 5.50 | | 6 |
| 12 | 10817-6 | 097298015410<br>009433303 | SMART SWAB           SPIRAL EAR | 5.50 | | 6 |
| 12 | 10951-4 | 097298015571<br>009433601 | COUCH COAT           REVERSIBLE | 11.00 | | 4 |
| 12 | 12655-4 | 097298060243<br>009513658 | EGG SITTER           GEL CUSHIO | 22.00 | | 4 |



# EDI Purchase Order

| P.O. Date | Purchase Order Number | Rep | TP | Dept | Trans Date | ISA Control |
|---|---|---|---|---|---|---|
| 12/18/18 | 08273692227 | 1025 | SA | 011 | 12/18/18 | 3216 |

| Ordered By | 13402 |
|---|---|

K-MART(DUNS#17-544-1088)
DCKM
P.O.BOX7066
TROY,MI 480077066

| Ship To | 8273 |
|---|---|

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| Dates | FOB | Terms |
|---|---|---|
| Delivery Requeste: 01/02/19 | FOB-Method: CC<br>FOB-Loc: AC<br>Location: MIRA LOMA | Terms-Code: 05 Basis: 15<br>Percentage: 4.00<br>Discount Days: 14 |

| Our Order # | 1607727 | Destination | | Buyer | |
|---|---|---|---|---|---|

| QTO | Our Item | UPC / Cust Item# | Description | Price | UM | PK |
|---|---|---|---|---|---|---|
| 14 | 10824 | 097298027505<br>001804776 | RED COPPER 10PC SET COOKWARE | 55.00 | | 1 |