# EXHIBIT B

BILTMORE COMMERCIAL PROPERTIES I, LLC

via Federal Express

January 22, 2019

Ms. Tammi Banaszak
Lease Administrator
Sears Holdings Management Corp.
Real Estate Department, 824RE
3333 Beverly Road
Hoffman Estates, IL  60179

Re:  Kmart #3886, 980 Brevard Road, Asheville, NC  28806 – 4ᵗʰ Q CAM

Dear Ms. Banaszak:

Enclosed is a package detailing the common area charges for the fourth quarter of 2018
for the above-referenced store.  The package includes a listing of charges that were
incurred or paid for the period October 1, 2018 through December 31, 2018.  Supporting
invoices and a statement are included indicating Kmart's share totals $22,941.48 for the
time period.

As a reminder, according to the Lease covering the property, Tenant should submit
payment within 30 days from receipt of Landlord's invoice submission.

If you have any questions, please contact me at the number listed below.

Sincerely,

Craig Hopkins
Property Manager

CH:jms
Enclosures

One Town Square Boulevard   Post Office Box 5355   Asheville, North Carolina 28813
Telephone:  828.209.2000   Facsimile:  828.209.2150

**FedEx**    Shipment Receipt

## Address Information

**Ship to:**
Ms. Tammi Banaszak
Sears Holdings Management Corp.
3333 Beverly Road

REAL ESTATE DEPARTMENT 824RE
HOFFMAN ESTATES, IL 601790001
US
8472860516

**Ship from:**
Craig Hopkins
BILTMORE FARMS, LLC

ONE TOWN SQUARE BLVD
Suite 330

Asheville, NC 28803
US
8282092000

## Shipment Information:
Tracking no.: 774275854095
Ship date: 01/22/2019
Estimated shipping charges: 10.96 USD

## Package Information
Pricing option: FedEx Standard Rate
Service type: FedEx Express Saver
Package type: FedEx Envelope
Number of packages: 1
Total weight: 0.50  LBS
Declared Value: 0.00  USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:
Bill transportation to: MyAccount-043
Your reference: 4th Quarter
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

## Please Note

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**BILTMORE COMMERCIAL PROPERTIES I, LLC**
PLAZA at BILTMORE SQUARE
COMMON AREA MAINTENANCE COST BREAKDOWN
October 1, 2018 through December 31, 2018

## Summary

| CATEGORY | TOTAL |
|---|---|
| General Maintenance | $6,035.56 |
| Landscaping/Parking Lot Maintenance | $15,002.85 |
| Parking Lot Lighting | $5,622.99 |
| Security | $3,040.00 |
| Miscellaneous | $3,979.44 |
| Storm Water | $3,470.04 |
| Ridgefield POA | $2,512.82 |
| | |
| **TOTAL PLAZA COSTS** | **$39,663.70** |

| | |
|---|---|
| Total Plaza square footage | 180,201 |
| Total Kmart square footage | 104,231 |
| Kmart % | 57.84% |

| | | |
|---|---|---|
| **Kmart's share of CAM costs** | $ | 22,941.48 |

| | | |
|---|---|---|
| **Amount Due for October 1, 2018 through December 31, 2018** | $ | 22,941.48 |

**DUE UPON RECEIPT**    Please remit payment to:    **Biltmore Commercial Properties I, LLC**
PO Box 5355
Asheville, NC 28813

**BILTMORE COMMERCIAL PROPERTIES I, LLC**

PLAZA at BILTMORE SQUARE

COMMON AREA MAINTENANCE COST BREAKDOWN

October 1, 2018 through December 31, 2018

### GENERAL MAINTENANCE

| DATE | VENDOR | DESCRIPTION | COST |
|------|--------|-------------|------|
| 5-Oct | Republic Services | Trash Removal | $77.34 |
| 11-Sep | Lowe's | Trash Bags | $177.66 |
| 15-Oct | Southern Lighting Services | Relamping pole heads - labor & mats. | $778.08 |
| 31-Oct | Southern Lighting Services | Replace ballasts & lamps in poles | $1,065.65 |
| 31-Oct | Biltmore Farms | Labor | $400.00 |
| 4-Nov | Republic Services | Trash Removal | $52.79 |
| 9-Nov | Rhodes Glass | Can Light Lens | $58.85 |
| 19-Nov | Southern Lighting Services | Pylon Sign Repairs | $2,798.39 |
| 30-Nov | Biltmore Farms | Labor | $300.00 |
| 5-Dec | Republic Services | Trash Removal | $66.80 |
| 31-Dec | Biltmore Farms | Labor | $260.00 |
| | | | $  6,035.56 |

### LANDSCAPING/PARKING LOT MAINTENANCE

| 1-Oct | Snow Creek | Land Exterior-Contracted Svcs | $656.25 |
|-------|-----------|-------------------------------|---------|
| 22-Oct | Snow Creek | Raise Canopies on Trees | $685.00 |
| 31-Oct | Acer | Contr. Svcs-Pkg Lot Trash Pick Up | $806.75 |
| 31-Oct | Acer | Contracted Svcs-Pkg Lot Sweeping | $455.00 |
| 1-Nov | Snow Creek | Land Exterior-Contracted Svcs | $656.25 |
| 30-Nov | Acer | Contracted Svcs-Pkg Lot Sweeping | $455.00 |
| 30-Nov | Acer | Contr. Svcs-Pkg Lot Trash Pick Up | $854.00 |
| 1-Dec | Snow Creek | Land Exterior-Contracted Svcs | $656.25 |
| 12/8-13/18 | Snow Creek | Snow Removal | $8,282.26 |
| 12-Dec | Snow Creek | Snow Removal | $248.09 |
| 31-Dec | Acer | Contr. Svcs-Pkg Lot Trash Pick Up | $793.00 |
| 31-Dec | Acer | Contracted Svcs-Pkg Lot Sweeping | $455.00 |
| | | | $ 15,002.85 |

### PARKING LOT LIGHTING

| 23-Oct | Progress Energy | Corner Brevard & Sardis | $1,773.73 |
|--------|-----------------|-------------------------|-----------|
| 26-Nov | Progress Energy | Corner Brevard & Sardis | $1,864.58 |
| 27-Dec | Progress Energy | Corner Brevard & Sardis | $1,984.68 |
| | | | $  5,622.99 |

### SECURITY

| 11/23&24/18 | Adam Cabe | 10 hours | $  400.00 |
|-------------|-----------|----------|-----------|
| 11/24/2018 | Jackie Stepp | 1 hour | $  40.00 |
| 11/30&12/1/18 | Tammy Bryson | 10 hours | $  400.00 |
| 12/7&8/2018 | Tammy Bryson | 10 hours | $  400.00 |
| 12/14&15/18 | Tammy Bryson | 12 hours | $  480.00 |
| 12/20-23/18 | Tammy Bryson | 28 hours | $ 1,120.00 |
| 12/24/2018 | Nathan Evoy | 5 hours | $  200.00 |
| | | | $  3,040.00 |

### MISCELLANEOUS

| 8/4/2017 | Mike's Septic Tank Service | Pump out manhole/grease line | $  1,300.00 |
|----------|----------------------------|------------------------------|-------------|
| 8/25/2017 | T.P. Howard's Plumbing | Jetted grease line/pressure wash | $  1,539.88 |

**BILTMORE COMMERCIAL PROPERTIES I, LLC**
PLAZA at BILTMORE SQUARE
COMMON AREA MAINTENANCE COST BREAKDOWN
October 1, 2018 through December 31, 2018

| | | | | |
|---|---|---|---|---|
| 9/26/2017 | WNC Parking Lot Services | Vactor Removed Debris - storm drain | $ | 1,050.00 |
| 8/9/2018 | WNC Parking Lot Services | Vactor Removed Debris - storm drain | $ | 1,359.00 |
| 11/30/2018 | Payment | Credit | $ | (1,269.44) |
| | | | $ | 3,979.44 |

| **STORM WATER** | | | | |
|---|---|---|---|---|
| 12/17/2018 | City of Asheville | Storm Water | $ | 3,470.04 |

| **RIDGEFIELD PROPERTY OWNERS' ASSOCIATION** | | | | |
|---|---|---|---|---|
| 12/31/2018 | Ridgefield POA | Dues | $ | 2,512.82 |

 **REPUBLIC** SERVICES

1070 Riverside Dr
Asheville NC 28804-301616

**Customer Service**    (828) 253-3929
RepublicServices.com/Support

| | |
|---|---|
| **Account Number** | 3-0693-0015771 |
| Invoice Number | 0693-001588566 |
| Invoice Date | September 15, 2018 |
| Previous Balance | $77.34 |
| Payments/Adjustments | -$77.34 |
| **Current Invoice Charges** | **$77.34** |

| Total Amount Due | Payment Due Date |
|---|---|
| $77.34 | October 05, 2018 |

**PAYMENTS/ADJUSTMENTS**

| Description | Reference | Amount |
|---|---|---|
| Payment - Thank You 08/29 | 24186 | -$77.34 |

**CURRENT INVOICE CHARGES**

| Description | Reference | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Plaza @ Biltmore Square  1000 Brevard Rd CSA A172620728 Asheville, NC | | | | |
| 1 Waste Container 4 Cu Yd, 1 Lift Per 2 Weeks | | | | |
| Pickup Service  10/01-10/31 | | | $77.34 | $77.34 |
| **CURRENT INVOICE CHARGES** | | | | **$77.34** |

*KH 9/19/18*

*502·502·001· 604310. 001*



## Electronics Recycling with BlueGuard™

Convenient recycling solutions that are safe for your business and good for our planet. To learn more, visit RepublicServices.com/Electronics

---

 **REPUBLIC** SERVICES

1070 Riverside Dr
Asheville NC 28804-301616

Please Return This
Portion With Payment

Return Service Requested

**Total Enclosed**

| | |
|---|---|
| Total Amount Due | $77.34 |
| Payment Due Date | October 05, 2018 |
| Account Number | 3-0693-0015771 |
| Invoice Number | 0693-001588566 |

☐ For Billing Address Changes,
Check Box and Complete Reverse

Make Checks Payable To:

BILTMORE COMMERCIAL PROP 1LLC
KELLY HAYES
1 TOWN SQUARE BLVD
STE 330
ASHEVILLE NC 28803-5006

REPUBLIC SERVICES #693
PO BOX 9001099
LOUISVILLE KY 40290-1099

30693001577100000015885660000077340000077342



LOWE'S HOME CENTERS, LLC
19 MCKENNA ROAD
ARDEN, NC 28704    (828) 650-8000

— SALE —
SALES#: S2201WV1 2124074    TRANS#: 9672966 09-11-18

314218 HBR 3.75-INX90-FT ZIP SYS        52.20
   27.48    DISCOUNT EACH              -1.38
              2 @    26.10
10814 32 GAL BH BLUE RECYCLE/TR        113.84
   14.98    DISCOUNT EACH              -0.75
              8 @    14.23

                    SUBTOTAL:       166.04
                         TAX:        11.62
        INVOICE 09976  TOTAL:       177.66
                         LAR:       177.66
TOTAL DISCOUNT:                       8.76
     LAR:XXXXXXXXXXXX6208.AMOUNT:177.66 AUTHCD:001060
        KEYED REFID:304508 09/11/18 09:36:26
            LAR PO:  PLAZA
        ACCOUNT NAME: BILTMORE DAIRY FARMS
        AUTH BUYER:  HOPKINS CRAIG

ACCOUNT WILL BE BILLED UPON MERCHANDISE TRANSACTION
DATE FOR STOCK MERCHANDISE AND NO LATER THAN 90 DAYS
FROM TRANSACTION DATE FOR SOS OR DIRECT DELIVERY

*KH*

9·14·18

502·502·001·601110·002

# Southern Lighting Services, Inc.

P.O. Box 7599
Ocean Isle Beach, NC 28469-1599

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/28/2018 | 70884 |

| Bill To | Ship To |
|---------|---------|
| Biltmore Farms Inc.<br>1 Town Square Blvd, Ste 330<br>Asheville, NC 28803-5007 | K-Mart - Asheville<br>980 Brevard Road<br>Asheville, NC 28806 |

RECEIVED
OCT 15 2018

| P.O. Number | Terms | Rep | Salesman | Svc. Date | Via | Project |
|-------------|-------|-----|----------|-----------|-----|---------|
| | Net 30 | JDW | | 9/27/2018 | Service Call | K-Mart - Asheville |

| Qty | Item Code | Description | Price Each | Amount |
|-----|-----------|-------------|-----------|--------|
| 1 | Work Order | Work Order by Kelly Hayes<br>Relamped (2) pole heads; (1) on pole facing K-Mart, (1) on pole facing Pylon sign. Replaced (1) ballast, (1) fuse, and (1) lamp on #52 head facing pylon sign. | 0.00 | 0.00T |
| 1 | BMH10004T | Ballast, 1000w MH 4-tap | 184.78 | 184.78T |
| 3 | MH1000L | MH1000/BT56 | 67.38 | 202.14T |
| 1 | MATERIALS | Repair materials - Fuse | 21.98 | 21.98T |
| 5 | Wirenuts | Wirenuts | 0.35 | 1.75T |
| 3 | Electrician | Labor / Electrical labor provided by NC licensed electrician | 75.00 | 225.00T |
| 1 | Equipment | Equipment/Bucket Truck | 59.00 | 59.00T |
| 1 | RECYCLE | EPA Recycling | 26.53 | 26.53T |
| 1 | Fuel Surcharge | Fuel Surcharge | 6.00 | 6.00T |
| | | Sales Tax | 7.00% | 50.90 |

Thank you for your business.

| | |
|---|---|
| **Total** | $778.08 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $778.08 |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 910-579-6400 | 910-579-2230 | mail@southernlightingservices.com |



# Southern Lignting Services, Inc.

P.O. Box 7599
Ocean Isle Beach, NC 28469-1599

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/31/2018 | 71338 |

**Bill To**

Biltmore Farms Inc.
1 Town Square Blvd, Ste 330
Asheville, NC  28803-5007

RECEIVED
NOV 05 2018

**Ship To**

Plaza at Biltmore Square
980 Brevard Rd,
Asheville, NC

| P.O. Number | Terms | Rep | Salesman | Svc. Date | Via | Project |
|-------------|-------|-----|----------|-----------|-----|---------|
|  | Net 30 | JE |  | 10/30/2018 | Service Call | The Plaza |

| Qty | Item Code | Description | Price Each | Amount |
|-----|-----------|-------------|-----------|--------|
| 1 | Service Call | Service Call by Kelly Hayes | 0.00 | 0.00 |
|  |  | Troubleshot multiple lights out.  Replaced (3) ballasts and (3) lamps in pole heads N14, N5, and N7.  One lamp was under warranty (N7) |  |  |
| 2 | BMH10004T | Ballast, 1000w MH 4-tap | 194.08 | 388.16T |
| 1 | BMH10005T | Ballast, 1000w MH 5-tap | 196.18 | 196.18T |
| 2 | MH1000L | MH1000/BT56 | 70.78 | 141.56T |
| 1 | MH1000L | MH1000/BT56--WARRANTY | 0.00 | 0.00T |
| 2.5 | Electrician | Labor / Electrical labor provided by NC licensed electrician | 85.00 | 212.50T |
| 1 | RECYCLE | EPA Recycling | 51.53 | 51.53T |
| 1 | Fuel Surcharge | Fuel Surcharge | 6.00 | 6.00T |
|  |  | Sales Tax | 7.00% | 69.72 |

Thank you for your business.

| **Total** | $1,065.65 |
|-----------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$1,065.65** |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 910-579-6400 | 910-579-2230 | mail@southernlightingservices.com |

Biltmore Farms
One Town Square Blvd. Suite 330
Asheville, NC 28803

**Invoice:**    **N3886674**

Invoice printed on: 5-Nov-18 9:55A
by: Allison Black, Biltmore Farms

**Landport** online incident data:

| | |
|---|---|
| Incident Number: | 5372847-pm |
| Purchase Order: | default |
| Reported by | Kelly Hayes |
| Invoice created by | Jeremy Taylor, Biltmore Farms |
| Approved by | Kelly Hayes, Biltmore Farms |
| Report time | 1-Oct-18 7:09A |
| completion time | 1-Oct-18 8:00A |

Bill to:   Kelly Hayes
           Biltmore Farms

           Suite 330
           Asheville, NC 28803

Service
location:  980 Brevard Rd
           Suite 100
           Asheville, NC 28806

Incident description:
Plaza bi-weekly blow curb lines, pick up trash
Service instructions:

Services Provided

| Date | Quantity | Description | Type | Taxable | Unit Cost | Cost Ext. |
|---|---|---|---|---|---|---|
| 29-Oct-18 | 5 | Plaza bi-weekly blow curb lines, pick up trash 2-Men 2.5Hours Each | labor | no | 40.00 | 200.00 |
| | | | | | Subtotal | 200.00 |
| (Tax rate: 8.25%) | | | | | Tax | 0.00 |
| | | | | | Total | 200.00 |

Biltmore Farms
One Town Square Blvd. Suite 330
Asheville, NC 28803

**Invoice:**     **N3877395**

Invoice printed on: 5-Nov-18 9:55A
by: Allison Black, Biltmore Farms

**Landport** online incident data:

| | |
|---|---|
| Incident Number: | 5372797-pm |
| Purchase Order: | default |
| Reported by | Kelly Hayes |
| Invoice created by | Jeremy Taylor, Biltmore Farms |
| Approved by | Kelly Hayes, Biltmore Farms |
| Report time | 1-Oct-18 7:09A |
| completion time | 1-Oct-18 8:00A |

Bill to: Kelly Hayes
Biltmore Farms

Suite 330
Asheville, NC 28803

Incident description:
Plaza PM
Monthly PM of Plaza
Service instructions:

Service
location: 980 Brevard Rd
Suite 100
Asheville, NC 28806

Services Provided
4-175 Watt Bulbs

| Date | Quantity | Description | Type | Taxable | Unit Cost | Cost Ext. |
|---|---|---|---|---|---|---|
| 16-Oct-18 | 5 | Plaza PM 2-Men 2.5 Each | labor | no | 40.00 | 200.00 |
| | | | | | Subtotal | 200.00 |
| (Tax rate: 8.25%) | | | | | Tax | 0.00 |
| | | | | | Total | 200.00 |



**REPUBLIC**
SERVICES

1070 Riverside Dr
Asheville NC 28804-301616

**Customer Service**      (828) 253-3929
RepublicServices.com/Support

| Account Number | 3-0693-0015771 |
|---|---|
| Invoice Number | 0693-001603995 |
| Invoice Date | October 15, 2018 |

| Previous Balance | $77.34 |
|---|---|
| Payments/Adjustments | -$77.34 |
| Current Invoice Charges | $52.79 |

| Total Amount Due | Payment Due Date |
|---|---|
| $52.79 | November 04, 2018 |

RECEIVED
OCT 22 2018

## PAYMENTS/ADJUSTMENTS

| Description | Reference | Amount |
|---|---|---|
| Payment – Thank You 10/04 | 24212 | -$77.34 |

### CURRENT INVOICE CHARGES

| Description | Reference | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Plaza @ Biltmore Square  1000 Brevard Rd CSA A183605925 | | | | |
| Asheville, NC | | | | |
| 1 Waste Container 4 Cu Yd, 1 Lift Per 2 Weeks | | | | |
| Pickup Service  09/21-10/31 | | 1.0000 | $66.80 | -$14.01 |
| Pickup Service  11/01-11/30 | | | $66.80 | $66.80 |
| CURRENT INVOICE CHARGES | | | | $52.79 |

## Electronics Recycling with BlueGuard™

Convenient recycling solutions that are safe for your business and good
for our planet. To learn more, visit RepublicServices.com/Electronics





**REPUBLIC**
SERVICES

1070 Riverside Dr
Asheville NC 28804-301616

Please Return This
Portion With Payment

| Total Amount Due | $52.79 |
|---|---|
| Payment Due Date | November 04, 2018 |
| Account Number | 3-0693-0015771 |
| Invoice Number | 0693-001603995 |

**Total Enclosed**

Return Service Requested

L2RCACDTE5  013685

BILTMORE COMMERCIAL PROP 1LLC
KELLY HAYES
1 TOWN SQUARE BLVD
STE 330
ASHEVILLE NC 28803-5007

Make Checks Payable To:

REPUBLIC SERVICES #693
PO BOX 9001099
LOUISVILLE KY 40290-1099

306930015771000001603995000005279000005279

Rhodes Glass Co., Inc.
PO Box 849
Candler, NC 28715

NOV 15 2018

# Invoice

| | |
|---|---|
| **Date** | 11/9/2018 |
| **Invoice #** | 6738 |

**Bill To**

Biltmore Farms, LLC & Assoc.
PO Box 5355
Asheville, NC  28813

**Project**

K-mart Plaza Can Light Lens

**P.O. #**      Kelly

| Item | Description | Qty | Price | Amount |
|---|---|---|---|---|
| GLS | 11-3/4" Circle Glass 1/8" Plate | 2 | 10.00 | 20.00 |
| Labor | Deliver | | 35.00 | 35.00 |

We accept
Visa, Mastercard & Discover

**8287135563**

michellerhodes@rhodesglass.com

| | |
|---|---|
| **Sales Tax** | $3.85 |
| **Total** | $58.85 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $58.85 |



# Southern Lighting Services, Inc.

P.O. Box 7599
Ocean Isle Beach, NC 28469-1599

# Invoice

| Date | Invoice # |
|---|---|
| 11/19/2018 | 71599 |

**Bill To**

NOV 26 2018

Biltmore Farms Inc.
1 Town Square Blvd, Ste 330
Asheville, NC  28803-5007

**Ship To**

Plaza at Biltmore Square
980 Brevard Rd,
Asheville, NC

| P.O. Number | Terms | Rep | Salesman | Svc. Date | Via | Project |
|---|---|---|---|---|---|---|
|  | Net 30 | TN-JE |  | 11/16/2018 | Service Call | The Plaza |

| Qty | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Service Call | Service Call by Kelly Hayes<br>Relamped and replaced ballast and sockets in Plaza at Biltmore Square.<br>Replaced ballast and lamps in KMart section of pylon sign. Relamped and<br>replaced ballast and sockets in Hibachi Buffet section on pylon sign. | 0.00 | 0.00 |
| 2 | BSIGN848 | Sign Ballast, 8-48ft 4-6L | 250.48 | 500.96T |
| 2 | BSIGN1232 | Sign Ballast, 12-32ft 2-4L | 167.78 | 335.56T |
| 6 | F36T12DHO | F36T12/D/HO | 19.98 | 119.88T |
| 7 | F64T12DHO | F64T12/D/HO | 18.38 | 128.66T |
| 20 | F72T12DHO | F72T12/D/HO | 19.48 | 389.60T |
| 7 | SOCKULKAST | Kulka HO Sign Socket, Stationary | 23.68 | 165.76T |
| 74 | Wirenuts | Wirenuts | 0.36 | 26.64T |
| 10.5 | Electrician | Labor / Electrical labor provided by NC licensed electrician | 85.00 | 892.50T |
| 1 | RECYCLE | EPA Recycling | 49.76 | 49.76T |
| 1 | Fuel Surcharge | Fuel Surcharge | 6.00 | 6.00T |
|  |  | Sales Tax | 7.00% | 183.07 |

*KH 11/29/18*

*502 · 502 · 001 · 603310 . 010*

Thank you for your business.

| | |
|---|---|
| **Total** | $2,798.39 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$2,798.39** |

| Phone # | Fax # | E-mail |
|---|---|---|
| 910-579-6400 | 910-579-2230 | mail@southernlightingservices.com |

Biltmore Farms
One Town Square Blvd. Suite 330
Asheville, NC 28803

**Invoice:**   **N3902902**

Invoice printed on: 5-Dec-18 9:21A
by: Allison Black, Biltmore Farms

**Landport** online incident data:

| | |
|---|---|
| Incident Number: | 5405036-pm |
| Purchase Order: | default |
| Reported by | Kelly Hayes |
| Invoice created by | Jeremy Taylor, Biltmore Farms |
| Approved by | Kelly Hayes, Biltmore Farms |
| Report time | 1-Nov-18 7:10A |
| completion time | 1-Nov-18 4:45P |

Bill to:  Kelly Hayes
Biltmore Farms

Suite 330
Asheville, NC 28803

Incident description:

Plaza bi-weekly blow curb lines, pick up trash

Service instructions:

Service
location: 980 Brevard Rd
Suite 100
Asheville, NC 28806

Services Provided

| Date | Quantity | Description | Type | Taxable | Unit Cost | Cost Ext. |
|------|----------|-------------|------|---------|-----------|-----------|
| 27-Nov-18 | 3.5 | Plaza bi-weekly blow curb lines, pick up trash 2 Men 1.75 Hours Each Matt Jonathon | labor | no | 40.00 | 140.00 |
| | | | | | Subtotal | 140.00 |
| (Tax rate: 8.25%) | | | | | Tax | 0.00 |
| | | | | | Total | 140.00 |

**Invoice:**    **N3895748**

Invoice printed on: 5-Dec-18 9:22A

by: Allison Black,Biltmore Farms

Biltmore Farms
One Town Square Blvd. Suite 330
Asheville, NC 28803

**Landport** online incident data:

| | |
|---|---|
| Incident Number: | 5405011-pm |
| Purchase Order: | default |
| Reported by | Kelly Hayes |
| Invoice created by | Jeremy Taylor, Biltmore Farms |
| Approved by | Kelly Hayes, Biltmore Farms |
| Report time | 1-Nov-18 7:10A |
| completion time | 1-Nov-18 4:45P |

Bill to:  Kelly Hayes
Biltmore Farms

Suite 330
Asheville, NC 28803

Incident description:

Plaza PM
Monthly PM of Plaza

Service instructions:

Service
location: 980 Brevard Rd
Suite 100
Asheville, NC 28806

Services Provided

| Date | Quantity | Description | Type | Taxable | Unit Cost | Cost Ext. |
|---|---|---|---|---|---|---|
| 14-Nov-18 | 4 | Plaza PM 2-Men 2-Hours Each | labor | no | 40.00 | 160.00 |
| | | | | | Subtotal | 160.00 |
| (Tax rate: 8.25%) | | | | | Tax | 0.00 |
| | | | | | Total | 160.00 |

 **REPUBLIC** SERVICES

1070 Riverside Dr
Asheville NC 28804-301616

**Customer Service**    (828) 253-3929
RepublicServices.com/Support

| | |
|---|---|
| Account Number | 3-0693-0015771 |
| Invoice Number | 0693-001615819 |
| Invoice Date | November 15, 2018 |
| Previous Balance | $52.79 |
| Payments/Adjustments | -$52.79 |
| Current Invoice Charges | $66.80 |

| Total Amount Due | Payment Due Date |
|---|---|
| $66.80 | December 05, 2018 |

## PAYMENTS/ADJUSTMENTS

| Description | Reference | Amount |
|---|---|---|
| Payment - Thank You 11/02 | 24239 | -$52.79 |

## CURRENT INVOICE CHARGES

| Description | Reference | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Plaza @ Biltmore Square  1000 Brevard Rd CSA A183605925 Asheville, NC | | | | |
| 1 Waste Container 4 Cu Yd, 1 Lift Per 2 Weeks | | | | |
| Pickup Service  12/01-12/31 | | | $66.80 | $66.80 |
| **CURRENT INVOICE CHARGES** | | | | **$66.80** |

*AW 11/19/18 · 502·502·001·604310·001*

## Electronics Recycling with BlueGuard™

Convenient recycling solutions that are safe for your business and good
for our planet. To learn more visit RepublicServices.com/Electronics



 **REPUBLIC** SERVICES

1070 Riverside Dr
Asheville NC 28804-301616

Please Return This
Portion With Payment

Return Service Requested

**Total Enclosed**
*66.80*

| | |
|---|---|
| Total Amount Due | $66.80 |
| Payment Due Date | December 05, 2018 |
| Account Number | 3-0693-0015771 |
| Invoice Number | 0693-001615819 |

☐ For Billing Address Changes,
Check Box and Complete Reverse.

Make Checks Payable To:

BILTMORE COMMERCIAL PROP 1LLC
KELLY HAYES
1 TOWN SQUARE BLVD
STE 330
ASHEVILLE NC 28803-5007

REPUBLIC SERVICES #693
PO BOX 9001099
LOUISVILLE KY 40290-1099

30693001577100000016158190000066800000066800

Biltmore Farms
One Town Square Blvd. Suite 330
Asheville, NC 28803

**Invoice:**      **N3920305**

Invoice printed on: 4-Jan-19 9:33A

by: Allison Black, Biltmore Farms

**Landport** online incident data:

| | |
|---|---|
| Incident Number: | 5433511-pm |
| Purchase Order: | default |
| Reported by | Kelly Hayes |
| Invoice created by | Jeremy Taylor, Biltmore Farms |
| Approved by | Kelly Hayes, Biltmore Farms |
| Report time | 1-Dec-18 7:11A |
| completion time | 3-Dec-18 4:45P |

Bill to:  Kelly Hayes
Biltmore Farms

Suite 330
Asheville, NC 28803

Service
location: 980 Brevard Rd
Suite 100
Asheville, NC 28806

Incident description:

Plaza bi-weekly blow curb lines, pick up trash

Service instructions:

Services Provided

| Date | Quantity | Description | Type | Taxable | Unit Cost | Cost Ext. |
|---|---|---|---|---|---|---|
| 26-Dec-18 | 3.5 | Plaza bi-weekly blow curb lines, pick up trash 2- Men Completed by Jonathon And Matt | labor | no | 40.00 | 140.00 |
| | | | | | Subtotal | 140.00 |
| (Tax rate: 8.25%) | | | | | Tax | 0.00 |
| | | | | | Total | 140.00 |

**Invoice:**    **N3909260**

Biltmore Farms
One Town Square Blvd. Suite 330
Asheville, NC 28803

Invoice printed on: 4-Jan-19 9:34A
by: Allison Black, Biltmore Farms

**Landport** online incident data:

| | |
|---|---|
| Incident Number: | 5433472-pm |
| Purchase Order: | default |
| Reported by | Kelly Hayes |
| Invoice created by | Jeremy Taylor, Biltmore Farms |
| Approved by | Kelly Hayes, Biltmore Farms |
| Report time | 1-Dec-18 7:11A |
| completion time | 3-Dec-18 4:45P |

Bill to:    Kelly Hayes
Biltmore Farms

Suite 330
Asheville, NC 28803

Incident description:

Plaza PM
Monthly PM of Plaza

Service
location: 980 Brevard Rd
Suite 100
Asheville, NC 28806

Service instructions:

Services Provided

| Date | Quantity | Description | Type | Taxable | Unit Cost | Cost Ext. |
|---|---|---|---|---|---|---|
| 6-Dec-18 | 3 | Plaza PM | labor | no | 40.00 | 120.00 |
| | | | | Subtotal | | 120.00 |
| (Tax rate: 8.25%) | | | | Tax | | 0.00 |
| | | | | Total | | 120.00 |

**Snow Creek Landscaping, LLC**
226 Clayton Road
Arden, NC 28704
Phone    828.687.1677        E-mail    AR@snowcreekinc.com
Fax        828.687.1667        Web    www.snowcreekinc.com

# Invoice

| Date | Invoice # |
|---|---|
| 10/1/18 | 04886 |

**Bill To:**

Biltmore Farms, Inc.
Attention: Calvin Parton
P.O. Box 5355
Asheville, NC 28813

**Property Location:**

Plaza At Biltmore Sq

☐ Please check box if address is incorrect or has changed, and indicate change(s)
on reverse side.
New e-mail address? Enter here: _____

| Balance Due | $656.25 |
|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Snow Creek Landscaping, LLC**            PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT
226 Clayton Road
Arden, NC 28704

| Terms | Project | Rep |
|---|---|---|
| Due on receipt | | Shea |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Monthly Contractual Services | | 656.25 | 656.25 |

SNOW CREEK LANDSCAPING, LLC - SINCE 1989
Thanks for giving us the opportunity to serve you. We greatly value your business!

*** GREAT NEWS ***
You can now pay your invoice online. Go to www.snowcreekinc.com and click on the
PAY BILL tab at the top of the page. We accept Visa and MasterCard only. Thank you!

We are continuing to mail paper copies of customer invoices as well as emailing digital
copies. If you prefer not to receive a paper copy, please let us know. Thank you!

| | |
|---|---|
| Subtotal | $656.25 |
| Sales Tax (7.0%) | $0.00 |
| Total | $656.25 |
| Payments/Credits | $0.00 |
| Balance Due | $656.25 |

# Snow Creek Natural Resource Management LLC
226 Clayton Road
Arden, NC 28704

Phone # 828-687-1677

# Invoice

Bill To

Biltmore Farms, LLC
P.O. Box 5355
Asheville, NC 28813-

| Date | 8/22/2018 |
| --- | --- |
| Invoice # | 2102 |
| Proposal # | |

| Project | Property Location | E-mail |
| --- | --- | --- |
| | Plaza at Biltmore Square | ar@snowcreekinc.com |

| Work Completed | Serviced | Rate | Amount |
| --- | --- | --- | --- |
| Raise canopies on selected trees per review.  Dispose of generated debris. | 8/15/2018 | 685.00 | 685.00 |

*RH 10/22/18*

*502·502·001·605910.002*

*Snow Creek continues to strive to provide quality and professional service to our customers.*

| | | |
| --- | --- | --- |
| Please make your check payable to SNOW CREEK NATURAL RESOURCE MANAGEMENT.  Or, if you prefer, you can now pay your invoice online.  Go to www.snowcreekinc.com and click on the PAY BILL tab at the top of the page.  We accept Visa and MasterCard ONLY, please.  Thank you! | Payments/Credits | $0.00 |
| | Balance Due | $685.00 |

# THE ACER SERVICES GROUP

**DATE**      **10/31/2018**

P O BOX 1877
FAIRVIEW, NC 28730

**INVOICE NUMBER**      **KP103118**
ANDY.RAY@ALPHA-OMEGATRANS.COM

CUSTOMER:      BILTMORE FARMS LLC/TOWN SQ WEST L REF OR PRO #      **MONTHLY**
1 TOWN SQUARE BLVD
ASHEVILLE          N C                          28803

| QUANTITY | DESCRIPTION AND MARKS | TOTAL |
|---|---|---|
| 13 | BILTMORE (KMART) PLAZA TRASH BAG SERVICE @ 61 PER DAY | $793.00 |
|  | 1/2 hour extra service per request | $13.75 |

502·502·001·60331a.002

11/12 *KH*

**TOTAL   $806.75**

# THE ACER SERVICES GROUP

DATE        10/31/2018

P O BOX 1877
FAIRVIEW, NC 28730

INVOICE NUMBER   **SWPKP103118**
ANDY.RAY@ALPHA-OMEGATRANS.COM

CUSTOMER:    BILTMORE FARMS LLC/TOWN SQ WEST L REF OR PRO #        **MONTHLY**
             1 TOWN SQUARE BLVD
             ASHEVILLE        N C            28803

**SWEEPING SERVICE AT K MART PLAZA**

| QUANTITY SWEEP SERVICES | | DESCRIPTION AND MARKS | TOTAL $455.00 |
|---|---|---|---|
| | OCTOBER | | |
| | | 502·502·001·603310·003 | |

*KH   11/12*        **TOTAL   $455.00**

# Snow Creek Landscaping, LLC
226 Clayton Road
Arden, NC 28704
Phone   828.687.1677       E-mail   AR@snowcreekinc.com
Fax       828.687.1667       Web     www.snowcreekinc.com

# INVOICE

| Date | Invoice # |
|---|---|
| 11/1/18 | 05242 |

**Bill To:**

Biltmore Farms, Inc.
Attention: Calvin Parton
P.O. Box 5355
Asheville, NC 28813

**Property Location:**

Plaza At Biltmore Sq

☐ Please check box if address is incorrect or has changed, and indicate change(s)
on reverse side.
New e-mail address? Enter here: _____

| **Balance Due** | **$656.25** |
|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Snow Creek Landscaping, LLC**
Arden, NC 28704

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| Terms | Project | | Rep |
|---|---|---|---|
| Due on receipt | | | Shea |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Monthly Contractual Services | | 656.25 | 656.25 |

**SNOW CREEK LANDSCAPING, LLC - SINCE 1989**
Thanks for giving us the opportunity to serve you. We greatly value your business!

**\* \* \* GREAT NEWS \* \* \***
You can now pay your invoice online. Go to www.snowcreekinc.com and click on the
PAY BILL tab at the top of the page. We accept Visa and MasterCard only. Thank you!

*We are continuing to mail paper copies of customer invoices as well as emailing digital
copies. If you prefer not to receive a paper copy, please let us know. Thank you!*

| | |
|---|---|
| Subtotal | $656.25 |
| Sales Tax (7.0%) | $0.00 |
| Total | $656.25 |
| Payments/Credits | $0.00 |
| Balance Due | $656.25 |

# THE ACER SERVICES GROUP

DATE        11/30/2018

P O BOX 1877
FAIRVIEW, NC 28730

INVOICE NUMBER    **SWPKP113018**
ANDY.RAY@ALPHA-OMEGATRANS.COM

CUSTOMER:    BILTMORE FARMS LLC/TOWN SQ WEST L REF OR PRO #      **MONTHLY**
1 TOWN SQUARE BLVD
ASHEVILLE          N C                      28803

**SWEEPING SERVICE AT K MART PLAZA**

| QUANTITY SWEEP SERVICES | DESCRIPTION AND MARKS | TOTAL $455.00 |
|---|---|---|
| november | 502·502·001·603810.003 | |

*KH 12/12/18*        **TOTAL   $455.00**

# THE ACER SERVICES GROUP

**DATE**    **11/30/2018**

P O BOX 1877
FAIRVIEW, NC 28730

**INVOICE NUMBER**    **KP113018**
ANDY.RAY@ALPHA-OMEGATRANS.COM

CUSTOMER:    BILTMORE FARMS LLC/TOWN SQ WEST LIREF OR PRO #        **MONTHLY**
1 TOWN SQUARE BLVD
ASHEVILLE            N C            28803

| QUANTITY | DESCRIPTION AND MARKS | TOTAL |
|---|---|---|
| 14 | BILTMORE (KMART) PLAZA TRASH BAG SERVICE @ 61 PER DAY | $854.00 |

**TOTAL    $854.00**

502-502-001-603310.003

mds  1-14-19

$854.00

**Snow Creek Landscaping, LLC**
226 Clayton Road
Arden, NC 28704
Phone   828.687.1677      E-mail   AR@snowcreekinc.com
Fax       828.687.1667      Web     www.snowcreekinc.com

# Invoice

| Date | Invoice # |
|---|---|
| 12/1/18 | 05559 |

**Bill To:**

Biltmore Farms, Inc.
Attention: Calvin Parton
P.O. Box 5355
Asheville, NC 28813

**Property Location:**

Plaza At Biltmore Sq

☐ Please check box if address is incorrect or has changed, and indicate change(s)
on reverse side.
New e-mail address? Enter here: _____

| Balance Due | $656.25 |
|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Snow Creek Landscaping, LLC**
Arden, NC 28704

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| Terms | Project | Rep |
|---|---|---|
| Due on receipt | | Shea |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Monthly Contractual Services | | 656.25 | 656.25 |

**SNOW CREEK LANDSCAPING, LLC - SINCE 1989**
Thanks for giving us the opportunity to serve you. We greatly value your business!

**\* \* \* GREAT NEWS \* \* \***
You can now pay your invoice online. Go to www.snowcreekinc.com and click on the
PAY BILL tab at the top of the page. We accept Visa and MasterCard only. Thank you!

We are continuing to mail paper copies of customer invoices as well as emailing digital
copies. If you prefer not to receive a paper copy, please let us know. Thank you!

| | |
|---|---|
| Subtotal | $656.25 |
| Sales Tax (7.0%) | $0.00 |
| Total | $656.25 |
| Payments/Credits | $0.00 |
| Balance Due | $656.25 |

**Snow Creek Landscaping, LLC**

**Arden, NC 28704**

*1-3-19*
*502-502-001-603310.008*
*$8,282.26*

Phone #    828.687.1677

www.snowcreekinc.com

For Services Provided To:

**Biltmore Farms, LLC**
**P.O. Box 5355**
**Asheville, NC 28813-**

Property Location

Plaza At Biltmore Square

# Invoice    12/21/18

| Invoice # | 05726 | | | Terms | Due on receipt |
|---|---|---|---|---|---|

| Description | Qty | Date of Service | Amount |
|---|---|---|---|
| Respond to Snow Event | | | |
| Truck with Spreader | 1.5 | 12/8/18 | 112.50 |
| Hand Shovel/Hand Spread | 0.5 | 12/8/18 | 25.00 |
| Ice Melt | 16 | 12/8/18 | 232.00T |
| | | | |
| Respond to Snow Event | | | |
| Truck with plow | 15.5 | 12/9/18 | 1,705.00 |
| Truck with Spreader | 1.5 | 12/9/18 | 112.50 |
| Hand Shovel/Hand Spread | 14 | 12/9/18 | 700.00 |
| Delivery Charge | 1 | 12/9/18 | 75.00 |
| Ice Melt | 12 | 12/9/18 | 174.00T |
| | | | |
| Respond to Snow Event | | | |
| Truck with plow | 8.75 | 12/10/18 | 962.50 |
| Skidsteer with Operator | 5.25 | 12/10/18 | 446.25 |
| Hand Shovel/Hand Spread | 8.75 | 12/10/18 | 437.50 |
| Ice Melt | 74 | 12/10/18 | 1,073.00T |

Clear Snow following Snow Event, Spread ice
melt on cleared areas

| **Total** | |
|---|---|
| Payments/Credits | |
| **Balance Due** | |

All invoices for services are due & payable upon receipt

THANK YOU FOR YOUR CONTINUED BUSINESS

**Snow Creek Landscaping, LLC**

Arden, NC 28704

Phone #    828.687.1677

www.snowcreekinc.com

For Services Provided To:

**Biltmore Farms, LLC**
P.O. Box 5355
Asheville, NC 28813-

Property Location

Plaza At Biltmore Square

# Invoice     12/21/18

| Invoice # | 05726 | | Terms | Due on receipt |

| Description | Qty | Date of Service | Amount |
| --- | --- | --- | --- |
| Truck with plow | 1.25 | 12/11/18 | 137.50 |
| Truck with Spreader | 3 | 12/11/18 | 225.00 |
| Hand Shovel/Hand Spread | 4.75 | 12/11/18 | 237.50 |
| Ice Melt | 47 | 12/11/18 | 681.50T |
| | | | |
| Clear Snow following Snow Event, Spread ice melt on cleared areas | | | |
| Truck with plow | 0.75 | 12/12/18 | 82.50 |
| Truck with Spreader | 1.5 | 12/12/18 | 112.50 |
| Ice Melt | 31 | 12/12/18 | 449.50T |
| | | | |
| Apply Ice Melt to Slick Areas | | | |
| Truck with Spreader | 0.75 | 12/13/18 | 56.25 |
| Ice Melt | 4 | 12/13/18 | 58.00T |
| Sales Tax | | | 186.76 |

All invoices for services are due & payable upon receipt

**THANK YOU FOR YOUR CONTINUED BUSINESS**

| Total | $8,282.26 |
| --- | --- |
| Payments/Credits | $0.00 |
| **Balance Due** | $8,282.26 |

**Snow Creek Landscaping, LLC**

Arden, NC 28704

*1-3-19*
*502-502-001-603310.008*
*$248.09*

Phone #    828.687.1677

www.snowcreekinc.com

For Services Provided To:

**Biltmore Farms, LLC**
**P.O. Box 5355**
**Asheville, NC 28813-**

Property Location

Plaza At Biltmore Square

# Invoice        12/21/18

| Invoice # | 05740 | | Terms | Due on receipt |
|---|---|---|---|---|

| Description | Qty | Date of Service | Amount |
|---|---|---|---|
| Clear Snow following Snow Event, Spread ice melt on cleared areas | | | |
| Truck with plow | 0.5 | 12/12/18 | 55.00 |
| Truck with Spreader | 0.5 | 12/12/18 | 37.50 |
| Hand Shovel/Hand Spread | 1.25 | 12/12/18 | 62.50 |
| Ice Melt | 6 | 12/12/18 | 87.00T |
| Sales Tax | | | 6.09 |

| | |
|---|---|
| **Total** | $248.09 |

All invoices for services are due & payable upon receipt

| Payments/Credits | $0.00 |
|---|---|

**THANK YOU FOR YOUR CONTINUED BUSINESS**

| **Balance Due** | $248.09 |
|---|---|

# THE ACER SERVICES GROUP

**DATE**        **12/31/2018**

**INVOICE NUMBER**    **KP123118**
ANDY.RAY@ALPHA-OMEGATRANS.COM

P O BOX 1877
FAIRVIEW, NC 28730

CUSTOMER:    BILTMORE FARMS LLC/TOWN SQ WEST LIREF OR PRO #        **MONTHLY**
1 TOWN SQUARE BLVD
ASHEVILLE            N C            28803

| QUANTITY | DESCRIPTION AND MARKS | TOTAL |
|----------|----------------------|-------|
| 13 | BILTMORE (KMART) PLAZA TRASH BAG SERVICE @ 61 PER DAY | $793.00 |

*502·502·001·603310·003*

*KH 1/2/19*

**TOTAL   $793.00**

# THE ACER SERVICES GROUP

**DATE**        **12/31/2018**

P O BOX 1877
FAIRVIEW, NC 28730

**INVOICE NUMBER**    **SWPKP123118**
ANDY.RAY@ALPHA-OMEGATRANS.COM

CUSTOMER:        BILTMORE FARMS LLC/TOWN SQ WEST LIREF OR PRO #        | **MONTHLY**
1 TOWN SQUARE BLVD
ASHEVILLE            N C                28803

### SWEEPING SERVICE AT K MART PLAZA

| QUANTITY SWEEP SERVICES | DESCRIPTION AND MARKS | TOTAL |
|---|---|---|
| december | | $455.00 |

502·502·001·603310·003

*KH* 1/2/19

**TOTAL    $455.00**

# DUKE ENERGY
## PROGRESS



**Customer 1** page 1 of 2

| | |
|---|---|
| Account number | 349 338 8775 |
| **Total due** | **$1,773.73** |
| **Current charges past due after** | **Oct 23** |
| Thank you for your payment    Oct 2 | $1,677.65 |
| Usage period | Sep 8 - Oct 8 |
| This bill was mailed on | October 9, 2018 |

047922 000000370

BILTMORE COMMERCIAL PROP LLC
BILTMORE PLAZA
PO BOX 5355
ASHEVILLE NC 28813-5355



RECEIVED
OCT 12 2018

### kWh Usage History



## Usage

| | | |
|---|---|---|
| Meter number | | TJ6678 |
| Readings: Oct    8 | | 58685 |
| Sep    8 | - | 57856 |
| Meter constant | x | 25 |
| **kWh usage** | | **20725** |

Days in period    30    Average kWh per day    691

### Total Peak Registration

| | | | |
|---|---|---|---|
| On-peak KW | Sep 28 | at  7:59 pm | 58.75 |
| On-peak KW | Oct    1 | at  8:44 pm | 57.75 |
| Off-peak KW | Sep 28 | at 11:59 pm | 58.75 |
| Off-peak KW | Oct    1 | at  1:29 am | 57.75 |

$1,773.73
502-502-001-604205.001
RC 10/12/18

## Billing
**SGS-TOU rate**

CORNER BREVARD & SARDIS , ASHEVILLE
BILTMORE PLAZA    -    30 Days

| | | | | |
|---|---|---|---|---|
| Basic customer charge | | | | 35.50 |
| **Summer, September 08- September 30** | | | | |
| On-peak KWH | 2,375 | kwh  x | $0.05920 | 140.6000 |
| Off-peak KWH | 13,025 | kwh  x | $0.04695 | 611.5238 |
| On-peak KW at .7037 proration | 58.75 | kw  x | $10.78000 | 445.6708 |
| **Non-summer, October 1 - October 08** | | | | |
| On-peak KWH | 1,000 | kwh  x | $0.05920 | 59.2000 |
| Off-peak KWH | 4,325 | kwh  x | $0.04695 | 203.0588 |
| On-peak KW at .2963 proration | 57.75 | kw  x | $9.10000 | 155.7131 |
| | | | | |
| Total SGS-TOU Rate Billing | | | | 1,051.27 |

Please detach here.    Turn over for helpful phone numbers and customer service tips.    **PIN: 606-755-442**

## Return portion

BILTMORE COMMERCIAL PROP LLC
BILTMORE PLAZA
PO BOX 5355
ASHEVILLE NC 28813-5355

**Account number**
**349 338 8775**

| | |
|---|---|
| **Total due** | **$1,773.73** |
| **Current charges past due after** | **Oct 23** |

Make checks payable
and return to:

Duke Energy Progress
PO BOX 1003
Charlotte NC 28201-1003

01
01
01

005

FORM VER. 002
11/98 REV. 01/00

3493388775 8457 450 000000000 000177373 000177373 3493388775 3



# DUKE ENERGY PROGRESS

**Customer 1**

| | |
|---|---|
| Account number | 349 338 8775 |
| **Total due** | **$1,864.58** |
| **Current charges past due after** | **Nov 26** |
| Thank you for your payment    Oct 26 | $1,773.73 |
| Usage period | Oct 8 - Nov 7 |
| This bill was mailed on | November 8, 2018 |



048777  000000218

BILTMORE COMMERCIAL PROP LLC
BILTMORE PLAZA
PO BOX 5355
ASHEVILLE NC 28813-5355

RECEIVED
NOV 14 2018



kWh Usage History

## Usage

| | |
|---|---|
| Meter number | TJ6678 |
| Readings: Nov    7 | 59608 |
| Oct    8    - | 58685 |
| Meter constant    x | 25 |
| kWh usage | 23075 |
| Days in period  30    Average kWh per day | 769 |

**Total Peak Registration**

| | | | |
|---|---|---|---|
| On-peak KW | Nov    2  at  6:44 pm | 60.50 |
| Off-peak KW | Nov    3  at  5:29 am | 60.50 |

## Billing
SGS-TOU rate

CORNER BREVARD & SARDIS , ASHEVILLE
BILTMORE PLAZA   -  30 Days

| | | | | |
|---|---|---|---|---|
| Basic customer charge | | | | 35.50 |
| On-peak KWH | 5,450  kwh  x | $0.05920 | | 322.6400 |
| Off-peak KWH | 17,625  kwh  x | $0.04695 | | 827.4938 |
| On-peak KW | 60.50  kw    x | $9.10000 | | 550.5500 |
| REPS Adjustment | | | | 6.42 |
| 7% North Carolina sales tax | | | | 121.98 |
| Total due | | | | $1,864.58 |

Current month Time-of-Use Savings for meter TJ6678: $    264.62, as compared with rate MGS

Current twelve month Time-of-Use Savings for meter TJ6678: $    2,631.14

This bill is subject to a 1% per month late payment charge after 12/03/2018.

## For your information

Duke Energy Progress has a specialized Business Services Team dedicated to assist business customers. To learn more, call our Business Services Team toll-free at 866.582.6345 or visit us online at www.duke-energy.com, where you can also find information on your energy usage.

Please detach here.    Turn over for helpful phone numbers and customer service tips.    **PIN: 606-755-442**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Return portion

**Account number**
**349 338 8775**

BILTMORE COMMERCIAL PROP LLC
BILTMORE PLAZA
PO BOX 5355
ASHEVILLE NC 28813-5355

| | |
|---|---|
| **Total due** | **$1,864.58** |
| **Current charges past due after**    **Nov 26** | |

01
01
01

005

Make checks payable
and return to:

Duke Energy Progress
PO BOX 1003
Charlotte NC 28201-1003

FORM VER. 002
11/98 REV. 01/00

3493388775 6457 450 000000000 000186458 000186458 3493388775 3

# DUKE ENERGY PROGRESS



| | |
|---|---|
| Account number | 349 338 8775 |
| **Total due** | **$1,984.68** |
| **Current charges past due after** | **Dec 27** |
| Thank you for your payment | Nov 26 $1,864.58 |
| Usage period | Nov 7 - Dec 6 |
| This bill was mailed on | December 10, 2018 |

047902 000000513

BILTMORE COMMERCIAL PROP LLC
BILTMORE PLAZA
PO BOX 5355
ASHEVILLE NC 28813-5355



502·502·001·604205·001

### kWh Usage History

## Usage

| | | |
|---|---|---|
| Meter number | | TJ6678 |
| Readings: Dec | 6 | 60608 |
| Nov | 7 | 59608 |
| Meter constant | x | 25 |
| **kWh usage** | | **25000** |
| Days in period 29 | Average kWh per day | 862 |

### Total Peak Registration

| | | |
|---|---|---|
| On-peak KW | Nov 9 at 5:29 pm | 60.25 |
| Off-peak KW | Nov 10 at 1:29 am | 60.50 |

RECEIVED
DEC 13 2018

## Billing

SGS-TOU rate    CORNER BREVARD & SARDIS , ASHEVILLE
BILTMORE PLAZA - 29 Days

**New rate service**    Charges if new rates applied for entire usage period

| | | | | | |
|---|---|---|---|---|---|
| Basic customer charge | | | | | 35.50 |
| On-peak KWH | 6,350 | kwh | x | $0.06271 | 398.2085 |
| Off-peak KWH | 18,650 | kwh | x | $0.05046 | 941.0790 |
| On-peak KW | 60.25 | kw | x | $8.85000 | 533.2125 |
| Off-peak Excess kw charge | 0.25 | kw | x | $1.22000 | 0.3050 |
| New Rate Subtotal | | | | | 1,908.3050 |

**Old rate service**    Charges if old rates applied for entire usage period

| | | | | | |
|---|---|---|---|---|---|
| Basic customer charge | | | | | 35.50 |
| On-peak KWH | 6,350 | kwh | x | $0.05920 | 375.9200 |
| Off-peak KWH | 18,650 | kwh | x | $0.04695 | 875.6175 |
| On-peak KW | 60.25 | kw | x | $9.10000 | 548.2750 |

Please detach here.    Turn over for helpful phone numbers and customer service tips.    **PIN: 606-755-442**

BP_BL_DEP_RBL_20181207_221035_1.CSV-47902-000000513

---

## Return portion

BILTMORE COMMERCIAL PROP LLC
BILTMORE PLAZA
PO BOX 5355
ASHEVILLE NC 28813-5355

**Account number**
**349 338 8775**

| | |
|---|---|
| **Total due** | **$1,984.68** |
| **Current charges past due after** | **Dec 27** |

Make checks payable
and return to:    Duke Energy Progress
PO BOX 1003
Charlotte NC 28201-1003

01
01
01

005

FORM VER. 002
11/98 REV. 01/00    3493388775 1457 450 000000000 000198468 000198468 3493388775 3

## Plaza Security Time Sheet November 23 and 24, 2018

| te | | Hours | Rate | | Total | |
|---|---|---|---|---|---|---|
| | Peter Balthrop | | $ | 40.00 | $ | - |
| | Tammy Bryson | | $ | 40.00 | $ | - |
| | Matt Brookshire | | $ | 40.00 | $ | - |
| /23 and 11/24/2018 | Adam Robert Cabe | 10 | $ | 40.00 | $ | 400.00 |
| | Janice Hawkins | | $ | 40.00 | $ | - |
| aza Schedule | Jackie Stepp | 1 | $ | 40.00 | $ | 40.00 |
| | | | | | $ | - |
| | Total | 11 | | | $ | 440.00 |
| | Plaza: 502-502-001-603710.003 | | | | $ | 440.00 |

Approved by:

date    11-27-18

| Plaza Security Time Sheet November 30 and December 1, 2018 | | | | | |
|---|---|---|---|---|---|

| ate | | Hours | Rate | Total | |
|---|---|---|---|---|---|
| | Peter Balthrop | | $ 40.00 | $ | - |
| 1/30 and 12/1/2018 | Tammy Bryson | 10 | $ 40.00 | $ | 400.00 |
| | Matt Brookshire | | $ 40.00 | $ | - |
| | Adam Robert Cabe | | $ 40.00 | $ | - |
| | Janice Hawkins | | $ 40.00 | $ | - |
| | Jackie Stepp | | $ 40.00 | $ | - |
| | | | | $ | |
| | Total | 10 | | $ | 400.00 |
| | Plaza: 502-502-001-603710.003 | | | $ | 400.00 |

Approved by:

_Joyce M. Stevenson_     date  12-4-18

| | Plaza Security Time Sheet December 7 and 8, 2018 | | | | | |

| ate | | Hours | | Rate | | Total | |
|---|---|---|---|---|---|---|---|
| | Peter Balthrop | | | $ | 40.00 | $ | - |
| /7 & 121/8/2018 | Tammy Bryson | 10 | | $ | 40.00 | $ | 400.00 |
| | Matt Brookshire | | | $ | 40.00 | $ | - |
| | Adam Robert Cabe | | | $ | 40.00 | $ | - |
| | Janice Hawkins | | | $ | 40.00 | $ | - |
| | Jackie Stepp | | | $ | 40.00 | $ | - |
| | | | | | | $ | - |
| | Total | 10 | | | | $ | 400.00 |
| | Plaza: 502-502-001-603710.003 | | | | | $ | 400.00 |

Approved by:

_Joffre M. Stevenson_         date   _12-11-18_

**Plaza Security Time Sheet December 14 and 15, 2018**

| te | | Hours | Rate | Total |
|---|---|---|---|---|
| | Peter Balthrop | | $ 40.00 | $ - |
| /14 and 12/15/18 | Tammy Bryson | 12 | $ 40.00 | $ 480.00 |
| | Matt Brookshire | | $ 40.00 | $ - |
| | Adam Robert Cabe | | $ 40.00 | $ - |
| | Janice Hawkins | | $ 40.00 | $ - |
| | Jackie Stepp | | $ 40.00 | $ - |
| | | | | $ - |
| | Total | 12 | | $ 480.00 |
| | Plaza: 502-502-001-603710.003 | | | $ 480.00 |

Approved by:

_Joyce M. Swensen_                date    12-18-18

**Plaza Security Time Sheet December 20-24, 2018**

| Date | Hours | Rate | Total |
|---|---|---|---|
| | | | |
| Peter Balthrop | | $ 40.00 | $ - |
| 12/20,12/21,12/22,12/23/18    Tammy Bryson | 28 | $ 40.00 | $ 1,120.00 |
| Matt Brookshire | | $ 40.00 | $ - |
| Adam Robert Cabe | | $ 40.00 | $ - |
| Janice Hawkins | | $ 40.00 | $ - |
| 12/24/2018    Nathan Evoy | 5 | $ 40.00 | $ 200.00 |
| | | | $ - |
| | | | |
| Total | 33 | | $ 1,320.00 |
| | | | |
| Plaza: 502-502-001-603710.003 | | | $ 1,320.00 |

Approved by:

*Jepie M. Swensen*    date  12-21-18

# MIKE'S SEPTIC TANK SERVICE

P.O. Box 968 • Leicester, NC 28748
(828) 253-2612 • Cell 775-1658
Michael Lusk, Jr.



RECEIVED
AUG 10 2017

| CUSTOMER ORDER NO. | PHONE 545-8489 | DATE 8/4/17 |
|---|---|---|

NAME Biltmore Farms Commercial

ADDRESS One Town Square Boulevard
Suite 330 Asheville NC 28803

Craig Hopkins property mgt.
office 209-2000 X 2109
210-7509

Pumping out manhole

Ryans & Kmart

4 hours plus 2 loads

$1,300.00

503-000-000-121001.999

RECEIVED BY  chopkins@biltmorefarms.com

TAX
TOTAL  1,300.00

All claims and returned goods MUST be
accompanied by this bill. Picked up and delivered.

*Thank You*

08/15/17



**T.P. Howard's Plumbing Co., Inc.**
90 Number Nine Road
Fairview, NC 28730
NC License # 10470
1-828-628-1369

**Invoice**

| Order Number | Order Date | Entry | Promised Date & Time | Mechanic | Helper | Invoice No. |
|---|---|---|---|---|---|---|
| | 08/02/17 | BW | 08/25/17 | NM | RP | 034995 |

**To:** Biltmore Farms

1 Town Square Blvd
Asheville, NC 28803

**Job Location:**
K mart Plaza

Asheville, NC 28803

| Phone Number | Fax Number | Method of Payment | Special Instructions |
|---|---|---|---|
| | | CHECK | |

## DESCRIPTION OF JOB

KMART PLAZA

| Description of Work Performed | Quantity | Price | Amount |
|---|---|---|---|
| 8-2-17 JETTED GREASE LINE TWICE | | | |
| JETTER AND CAMERA 3 HRS @ $200 PER HR | 3.00 | 200.00 | 600.00 |
| 8-4-17 PRESSURE WASHED MAN HOLES | | | |
| MATERIALS | 1.00 | 39.14 | 39.14 |
| JETTER TO PRESSURE WASH 4 HRS @ $200 PER HR | 4.00 | 200.00 | 800.00 |

*08/29/17*

*502-000-000-121001.999*

*$1,539.88*

**Invoice Total**

| | |
|---|---|
| Subtotal | 1,439.14 |
| Sales Tax | 100.74 |

| Invoice Date | 08/25/17 | Please pay this amount | 1,539.88 |
|---|---|---|---|

**Please include your invoice number with your payment.**

Produced by Bottom Line Software

WNC PARKING LOT SERVICES

# Invoice

128 NEWFOUND RD
NC 28806

| Date | Invoice # |
|------|-----------|
| 9/26/2017 | 66 |

| Bill To |
|---------|
| BILTMORE FARMS<br>1 Town Square Blvd # 330<br>Asheville, NC 28803 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 6 | VACTOR - REMOVING DEBRIS FROM A CLOGGED STORM DRAIN AND CLEANING A CATCH BASIN WITH A VACTOR 2100 AND 2 LABORS LOCATION - KMART BREVARD RD - ALL DEBRIS DISPOSSED OF AT THE COUNTY LANDFILL NC#9310 CHAD NESBITT | 175.00 | 1,050.00 |

11/30/17

Completed

502-000-000-121001.999

All work is complete!

| | Total | $1,050.00 |

**WNC PARKING LOT SERVICES**

128 NEWFOUND RD
ASHEVILLE NC 28806

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/9/2018 | 230 |

| Bill To |
|---------|
| BILTMORE FARMS
1 Town Square Blvd # 330
Asheville, NC 28803 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 6 | REMOVING GREASE AND DEBRIS FROM MANHOLE AND SEWER LINE AT KMART BREVARD RD - EQUIPMENT USED - VACTOR 2100 AND 3 LABORS | 195.00 | 1,170.00 |
|  | MSD DISPOSAL FEE -
6 HOUR MIN | 189.00 | 189.00 |

ON 8-9-2018 WNC Parking Lot Services removed a blockage in the sewer line located near the front entrance of the Kmart Shopping Center with a Vactor 2100. Grease had built up in the line. WNC Parking Lot Services jetted the line and the blockage was removed. All debris was disposed of at MSD.

Recomendations - The grease is coming from the Ryans Steak House grease pit. The pit or pits are located beside the storm drain that leads to the sewer system. The grease flows from Ryan's storm drain to the manhole at the main entranceway. From there it flows toward the Asheville Outlets. Blockage was found 3 feet from the head wall of the manhole at the entranceway to the Kmart Shopping Center. We recommend routine maintanence of the sewer line by removing the grease with a Vactor 2100 or relocate Ryans Steakhouse grease pits.  If someting is not done the grease will clog the drain line again and sewage from all tenantes of the shopping center will back up into the manhole and onto the main entranceway.

*502·000·000·121001,999*

*proj 10-3-18*

*(Ryan's)   $1,359.00*

| Total | $1,359.00 |
|-------|-----------|

# Combined Services Statement
## City of Asheville and Metropolitan Sewerage District

| SERVICE ADDRESS | BILL NUMBER |
|---|---|
| 1000 BRE... RD 175 | 3566267 |

| ACCOUNT NUMBER | CUSTOMER NUMBER |
|---|---|
| 245398 | 2301519 |

| | |
|---|---|
| LAST PAYMENT POSTED | 05/29/2018 |
| LAST PAYMENT AMOUNT | $3305.82 |
| CURRENT BILL DATE | 11/26/2018 |
| PAYABLE ON OR BEFORE | 12/17/2018 |
| CURRENT CHARGES | $3470.04 |
| BALANCE FORWARD | $0.00 |
| **TOTAL AMOUNT DUE** | $3470.04 |

CITY OF ASHEVILLE
P.O. BOX 733
ASHEVILLE, NC 28802-0733
ADDRESS SERVICE REQUESTED

Presorted First-Class
U.S. Postage
PAID
Asheville, NC
Permit #422

BILTMORE COMMERCIAL PROPERTIES
PO BOX 5355
ASHEVILLE, NC 28813-5355

NOV 2 0 2018

If you have any questions concerning this bill call Customer Services (828) 251-1122

| Service | Service Period | Property Identification Number | ERUs |
|---|---|---|---|
| STORMWATER | 07/01/2018 to 12/31/2018 | 962675441900000 | 119 |

| CITY OF ASHEVILLE CHARGES | | METROPOLITAN SEWERAGE DISTRICT CHARGES (These services not affiliated with the City of Asheville) |
|---|---|---|
| STORMWATER | $3470.04 | |
| Total City | $3470.04 | |



502-502-001-604-205-002

Account Serv... 28-18

$3470.04

www.ashevillenc.gov   (828)251-1122

www.msdbc.org   (828)254-9646

Visit www.ashevillenc.gov and click Online Services, Online Services Menu, then Utility Bill Payment for access.
Or enter the following web address in your browser https://selfservice.ashevillenc.gov/MSS/citizens/default.aspx.

Retain this portion for your records.     Please tear below on perforation.     See reverse side for Customer Information.

**PLEASE RETURN THIS PORTION OF STATEMENT WITH YOUR PAYMENT USING THE SEND AND RETURN ENVELOPE.**

BILTMORE COMMERCIAL PROPERTIES
1000 BREVARD RD 175

| PAYABLE ON OR BEFORE | 12/17/2018 |
|---|---|
| ACCOUNT NUMBER | 245398 |
| CUSTOMER NUMBER | 2301519 |
| BILL NUMBER | 3566267 |
| BALANCE FORWARD | $0.00 |
| CURRENT AMT DUE | $3470.04 |
| TOTAL AMT DUE | $3470.04 |
| **AMOUNT OF PAYMENT** | |

# CITY OF ASHEVILLE
P.O. BOX 733
ASHEVILLE, NC 28802-0733

Make Check Payable to: **City of Asheville**

0000604201980356626750000347 0044

BILTMORE COMMERCIAL PROPERTIES I, LLC

via Federal Express

April 17, 2019

Ms. Tammi Banaszak
Lease Administrator
Sears Holdings Management Corp.
Real Estate Department, 824RE
3333 Beverly Road
Hoffman Estates, IL  60179

Re:  Kmart #3886, 980 Brevard Road, Asheville, NC  28806 – 1st Q 2019 CAM

Dear Ms. Banaszak:

Enclosed is a package detailing the common area charges for the first quarter of 2019 for the above-referenced store.  The package includes a listing of charges for the period January 1, 2019 through March 31, 2019.  Supporting invoices and a statement are included indicating Kmart's share totals $14,764.32 for the time period.

As a reminder, according to the Lease covering the property, Tenant should submit payment within 30 days from receipt of Landlord's invoice submission.

If you have any questions, please contact me at the number listed below.

Sincerely,

Craig Hopkins
Property Manager

CH:jms
Enclosures

One Town Square Boulevard   Post Office Box 5355   Asheville, North Carolina 28813
Telephone: 828.209.2000   Facsimile: 828.209.2150

**FedEx.**   Shipment Receipt

## Address Information

**Ship to:**
Ms. Tammi Banaszak
Sears Holdings Management Corp.
3333 Beverly Road
REAL ESTATE DEPARTMENT 824RE
HOFFMAN ESTATES, IL 601790001
US
8472860516

**Ship from:**
Craig Hopkins
BILTMORE FARMS, LLC
ONE TOWN SQUARE BLVD
Suite 330
Asheville, NC 28803
US
8282092000

## Shipment Information:
Tracking no.: 774997495179
Ship date: 04/17/2019
Estimated shipping charges: 11.14 USD

## Package Information
Pricing option: FedEx Standard Rate
Service type: FedEx Express Saver
Package type: FedEx Envelope
Number of packages: 1
Total weight: 0.50 LBS
Declared Value: 0.00 USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:
Bill transportation to: MyAccount-043
Your reference: 1st Quarter CAM
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

## Please Note

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**BILTMORE COMMERCIAL PROPERTIES I, LLC**
**PLAZA at BILTMORE SQUARE**
**COMMON AREA MAINTENANCE COST BREAKDOWN**
January 1, 2019 through March 31, 2019

## Summary

| CATEGORY | TOTAL |
|---|---|
| General Maintenance | $3,076.08 |
| Landscaping/Parking Lot Maintenance | $15,940.70 |
| Parking Lot Lighting | $6,509.36 |
| | |
| **TOTAL PLAZA COSTS** | $25,526.14 |

| | |
|---|---|
| Total Plaza square footage | 180,201 |
| Total Kmart square footage | 104,231 |
| Kmart % | 57.84% |

| | | |
|---|---|---|
| Kmart's share of CAM costs | $ | 14,764.32 |

| | | |
|---|---|---|
| Amount Due for January 1, 2019 through March 31, 2019 | $ | 14,764.32 |

| DUE UPON RECEIPT | Please remit payment to: | Biltmore Commercial Properties I, LLC PO Box 5355 Asheville, NC 28813 |

**BILTMORE COMMERCIAL PROPERTIES I, LLC**
PLAZA at BILTMORE SQUARE
COMMON AREA MAINTENANCE COST BREAKDOWN
January 1, 2019 through March 31, 2019

### GENERAL MAINTENANCE

| DATE | VENDOR | DESCRIPTION | COST |
|------|--------|-------------|------|
| 4-Jan | Republic Services | Trash Removal | $66.80 |
| 31-Jan | Southern Lighting Services | Relamping pole heads - labor & mats. | $1,195.81 |
| 31-Jan | Biltmore Farms | Labor | $320.00 |
| 4-Feb | Republic Services | Trash Removal | $66.80 |
| 20-Feb | CED | Wallpack Light Replacements (parts) | $309.62 |
| 28-Feb | West Electric | Installation of wall packs | $260.00 |
| 28-Feb | Biltmore Farms | Labor | $440.00 |
| 7-Mar | Republic Services | Trash Removal | $97.05 |
| 31-Mar | Biltmore Farms | Labor | $320.00 |
| | | | $ 3,076.08 |

### LANDSCAPING/PARKING LOT MAINTENANCE

| DATE | VENDOR | DESCRIPTION | COST |
|------|--------|-------------|------|
| 1-Jan | Snow Creek | Land Exterior-Contracted Svcs | $656.25 |
| 15-Jan | Snow Creek | Remove limbs downed by high winds | $205.00 |
| 15-Jan | Snow Creek | Pre-treat and ice melt | $398.02 |
| 24-Jan | Snow Creek | Snow removal | $1,549.84 |
| 31-Jan | Snow Creek | Snow removal | $2,172.09 |
| 31-Jan | Carter Asphalt Sealing | Painting & Restriping Parking Lot | $6,025.00 |
| 31-Jan | Acer | Contr. Svcs-Pkg Lot Trash Pick Up | $793.00 |
| 31-Jan | Acer | Contracted Svcs-Pkg Lot Sweeping | $455.00 |
| 1-Feb | Snow Creek | Land Exterior-Contracted Svcs | $656.25 |
| 28-Feb | Acer | Contracted Svcs-Pkg Lot Sweeping | $455.00 |
| 28-Feb | Acer | Contr. Svcs-Pkg Lot Trash Pick Up | $732.00 |
| 1-Mar | Snow Creek | Land Exterior-Contracted Svcs | $656.25 |
| 31-Mar | Acer | Contr. Svcs-Pkg Lot Trash Pick Up | $732.00 |
| 31-Mar | Acer | Contracted Svcs-Pkg Lot Sweeping | $455.00 |
| | | | $ 15,940.70 |

### PARKING LOT LIGHTING

| DATE | VENDOR | DESCRIPTION | COST |
|------|--------|-------------|------|
| 7-Jan | Progress Energy | Corner Brevard & Sardis | $2,306.79 |
| 7-Feb | Progress Energy | Corner Brevard & Sardis | $1,986.38 |
| 7-Mar | Progress Energy | Corner Brevard & Sardis | $2,216.19 |
| | | | $ 6,509.36 |



**REPUBLIC** SERVICES

1070 Riverside Dr
Asheville NC 28804-301616

**Customer Service**  (828) 253-3929
RepublicServices.com/Support

| | |
|---|---|
| **Account Number** | 3-0693-0015771 |
| Invoice Number | 0693-001626750 |
| Invoice Date | December 15, 2018 |
| Previous Balance | $66.80 |
| Payments/Adjustments | -$66.80 |
| **Current Invoice Charges** | **$66.80** |

| **Total Amount Due** | **Payment Due Date** |
|---|---|
| **$66.80** | **January 04, 2019** |

### PAYMENTS/ADJUSTMENTS

| Description | Reference | Amount |
|---|---|---|
| Payment - Thank You 12/11 | 24275 | -$66.80 |

### CURRENT INVOICE CHARGES

| Description | Reference | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Plaza @ Biltmore Square  1000 Brevard Rd CSA A183605925 Asheville, NC | | | | |
| 1 Waste Container 4 Cu Yd, 1 Lift Per 2 Weeks | | | | |
| Pickup Service 01/01-01/31 | | | $66.80 | $66.80 |

### CURRENT INVOICE CHARGES

**$66.80**

*KH 12/19/18*

*502·502·001·604310.001*



*January invoices*
*1-02-19*

## Electronics Recycling with BlueGuard™

Convenient recycling solutions that are safe for your business and good
for our planet. To learn more, visit RepublicServices.com/Electronics

---



1070 Riverside Dr
Asheville NC 28804-301616

Please Return This
Portion With Payment

| Total Amount Due | $66.80 |
|---|---|
| Payment Due Date | January 04, 2019 |
| Account Number | 3-0693-0015771 |
| Invoice Number | 0693-001626750 |

**Total Enclosed**

Return Service Requested

☐
For Billing Address Changes,
Check Box and Complete Reverse

Make Checks Payable To:

BILTMORE COMMERCIAL PROP 1LLC
KELLY HAYES
1 TOWN SQUARE BLVD
STE 330
ASHEVILLE NC 28803-5007

REPUBLIC SERVICES #693
PO BOX 9001099
LOUISVILLE KY 40290-1099

30693001577100000016267500000066800000066808

# Southern Lighting Services, Inc.

# Invoice

P.O. Box 7599
Ocean Isle Beach, NC 28469-1599

| Date | Invoice # |
|---|---|
| 1/31/2019 | 72455 |

**Bill To**

Biltmore Farms Inc.
1 Town Square Blvd, Ste 330
Asheville, NC  28803-5007

FEB 0 8 2019

**Ship To**

Plaza at Biltmore Square
980 Brevard Rd,
Asheville, NC

| P.O. Number | Terms | Rep | Svc. Date | Via | Project |
|---|---|---|---|---|---|
| | Net 30 | TF | 1/30/2019 | Service Call | The Plaza |

| Qty | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Service Call | Service Call by Craig Hopkins | 0.00 | 0.00 |
| | | Replaced (6) lamps, (2) ballasts, (1) socket in pole heads. | | |
| 6 | MH1000L | MH1000/BT56 | 70.78 | 424.68T |
| 2 | BMH10005T | Ballast, 1000w MH 5-tap | 196.18 | 392.36T |
| 1 | SOCMOGUL | Mogul Base Porcelain Socket | 26.28 | 26.28T |
| 10 | Wirenuts | Wirenuts | 0.36 | 3.60T |
| 2.5 | Electrician | Labor / Electrical labor provided by NC licensed electrician | 85.00 | 212.50T |
| 1 | RECYCLE | EPA Recycling | 52.16 | 52.16T |
| 1 | Fuel Surcharge | Fuel Surcharge | 6.00 | 6.00T |
| | | SUBTOTAL | | 1,117.58 |
| | | Sales Tax | 7.00% | 78.23 |

Thank you for your business.

| | |
|---|---|
| **Total** | $1,195.81 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$1,195.81** |

| Phone # | Fax # | E-mail |
|---|---|---|
| 910-579-6400 | 910-579-2230 | mail@southernlightingservices.com |

Biltmore Farms
One Town Square Blvd. Suite 330
Asheville, NC 28803

**Invoice:**    **N3932302**

Invoice printed on: 8-Feb-19 9:45A

by: Allison Black, Biltmore Farms

**Landport** online incident data:

Incident Number:    5458954-pm

Purchase Order:    default

Reported by    Spare User

Bill to:  Craig Hopkins
Biltmore Farms

Suite 330
Asheville, NC 28803

Invoice created by  Jeremy Taylor, Biltmore Farms

Approved by    Craig Hopkins, Biltmore Farms

Report time    1-Jan-19 7:12A

completion time    3-Jan-19 8:00A

Incident description:

Service
location:  980 Brevard Rd
Suite 100
Asheville, NC 28806

Plaza PM
Monthly PM of Plaza

Service instructions:

Services Provided

| Date | Quantity | Description | Type | Taxable | Unit Cost | Cost Ext. |
|------|----------|-------------|------|---------|-----------|-----------|
| 11-Jan-19 | 6 | Plaza PM and list from craig 2-Men 3 hours each | labor | no | 40.00 | 240.00 |
| | | | | Subtotal | | 240.00 |
| (Tax rate: 8.25%) | | | | Tax | | 0.00 |
| | | | | Total | | 240.00 |

**Invoice:**      **N3938094**

Biltmore Farms
One Town Square Blvd. Suite 330
Asheville, NC 28803

Invoice printed on: 8-Feb-19 9:40A

by: Allison Black,Biltmore Farms

**Landport** online incident data:

Incident Number:   5458996a

Purchase Order:    default

Reported by        Spare User

Invoice created by  Jonathon Staton, Biltmore Farms

Bill to:   Craig Hopkins
           Biltmore Farms

           Suite 330
           Asheville, NC 28803

Approved by        Craig Hopkins, Biltmore Farms

Report time        25-Jan-19 2:04P

completion time    28-Jan-19 8:00A

Incident description:

Plaza bi-weekly blow curb lines, pick up trash

Service
location: 980 Brevard Rd
          Suite 100
          Asheville, NC 28806

Service instructions:

Services Provided

| Date | Quantity | Description | Type | Taxable | Unit Cost | Cost Ext. |
|------|----------|-------------|------|---------|-----------|-----------|
| 25-Jan-19 | 2 | Plaza bi-weekly blow curb lines, pick up | labor | no | 40.00 | 80.00 |
| | | | | | Subtotal | 80.00 |
| (Tax rate: 8.25%) | | | | | Tax | 0.00 |
| | | | | | Total | 80.00 |

Approval Code: (rubber stamp)



 **REPUBLIC** SERVICES

1070 Riverside Dr
Asheville NC 28804-301616

Customer Service    (828) 253-3929
RepublicServices.com/Support

| | |
|---|---|
| Account Number | 3-0693-0015771 |
| Invoice Number | 0693-001641121 |
| Invoice Date | January 15, 2019 |
| Previous Balance | $66.80 |
| Payments/Adjustments | -$66.80 |
| Current Invoice Charges | $66.80 |

| Total Amount Due | Payment Due Date |
|---|---|
| $66.80 | February 04, 2019 |

### PAYMENTS/ADJUSTMENTS

| Description | Reference | Amount |
|---|---|---|
| Payment - Thank You 12/31 | 24303 | -$66.80 |

### CURRENT INVOICE CHARGES

| Description | Reference | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Plaza @ Biltmore Square  1000 Brevard Rd CSA A183605925 Asheville, NC | | | | |
| 1 Waste Container 4 Cu Yd, 1 Lift Per 2 Weeks Pickup Service  02/01-02/28 | | | $66.80 | $66.80 |
| **CURRENT INVOICE CHARGES** | | | | $66.80 |



_01/30/19_

502-502-001.604310.001

## Electronics Recycling with BlueGuard™

Convenient recycling solutions that are safe for your business and good
for our planet. To learn more, visit RepublicServices.com/Electronics

 **REPUBLIC** SERVICES

1070 Riverside Dr
Asheville NC 28804-301616

Please Return This
Portion With Payment

Return Service Requested

**Total Enclosed**

| | |
|---|---|
| Total Amount Due | $66.80 |
| Payment Due Date | February 04, 2019 |
| Account Number | 3-0693-0015771 |
| Invoice Number | 0693-001641121 |

For Paying Address Changes
Check Box and Complete Reverse

Make Checks Payable To:

BILTMORE COMMERCIAL PROP 1LLC
KELLY HAYES
1 TOWN SQUARE BLVD
STE 330
ASHEVILLE NC 28803-5007

REPUBLIC SERVICES #693
PO BOX 9001099
LOUISVILLE KY 40290-1099

306930015771000000164112100000668000000066809

# Invoice



**CED** CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.

| INVOICE NO. | INVOICE DATE |
|---|---|
| 0196-405382 | 02/20/2019 |

**PLEASE SHOW INVOICE NO. AND REMIT TO:**
PO Box 936339
Atlanta, GA 31193-6339

CONSOLIDATED ELECTRICAL DISTR.
9 GLENN BRIDGE ROAD  UNIT 101
ARDEN, NC 28704

T: 8282226800      F: 8286762546

**SOLD TO:**
3799 1 AB 0.412   E0041X  I0074 D4537794984 S2 P6160426 0001:0002

BILTMORE FARMS
PO BOX 5355
ASHEVILLE NC 28813-5355

**SHIP TO:**

BILTMORE FARMS
9 GLENN BRIDGE ROAD  UNIT 101
ARDEN, NC 28704

| ACCOUNT #/NAME | | JOB NAME | | CUSTOMER ORDER NO. | |
|---|---|---|---|---|---|
| TG-77779 | BILFAR | | | K-MART PLAZA | |
| **SALESPERSON** | | **SHIPPING INFORMATION** | | **SHIP VIA** | **SHIP DATE** |
| 8000 JS | | PREPAID | | WILL CALL | 02/20/2019 |

| QTY ORDERED | PRODUCT CODE | DESCRIPTION | CODE | QTY SHIPPED | PRICE | PER | DISC. | EXTENSION | C/D |
|---|---|---|---|---|---|---|---|---|---|
| 2 | SYL    74198 | WALPACK1N 3500 LUMEN | | 2 | 144.68 | E | | 289.36 | 2.0 |

03/05/19

502-502-001-602510.006

TITLE TO MERCHANDISE PASSES AT POINT OF SHIPMENT. CLAIMS FOR SHORT OR DAMAGED MERCHANDISE SHOULD BE MADE TO CARRIER.

MERCHANDISE RETURNED WITHOUT OUR CONSENT WILL NOT BE ACCEPTED. A RESTOCKING CHARGE WILL BE MADE ON RETURNED GOODS UNLESS DEFECTIVE OR THRU ERROR ON OUR PART.

A SERVICE CHARGE OF 1 ½% PER MONTH, BUT NOT TO EXCEED THE HIGHEST AMOUNT LAWFULLY ALLOWED BY CONTRACT IN THIS STATE, WILL BE MADE ON ALL PAST DUE ACCOUNTS.

THIS SALE IS SUBJECT TO OUR TERMS LOCATED AT SALES.OUR-TERMS.COM, WHICH WE MAY CHANGE FROM TIME TO TIME WITHOUT PRIOR NOTICE.

CODE: TO ADVISE YOU PROMPTLY CONCERNING YOUR ORDER, THIS CODE IS USED ON OUR INVOICES.

B - BACK ORDERED. WILL SHIP AS SOON AS RECEIVED UNLESS INSTRUCTED TO CANCEL.

C - CANCELLED. NOT IN STOCK. UNABLE TO PURCHASE LOCALLY.

| | |
|---|---|
| MERCHANDISE | 289.36 |
| SALES TAX        7.00000 | 20.26 |
| SHIPPING CHARGE | 0.00 |

NET PAYMENT IS DUE BY THE 15TH OF THE MONTH FOLLOWING PURCHASE

**TOTAL DUE** ⟹   309.62

West Electric LLC
240 HOOKERS GAP ROAD
Leicester, NC  28748
(828) 776-0873
west.anthony58@gmail.com



# Invoice

**BILL TO**
Craig Hopkins
Biltmore Farms
One Town Square Blvd.,Suite 330
Asheville, NC  28803

**INVOICE #** 1266
**DATE** 02/28/2019
**DUE DATE** 03/30/2019
**TERMS** Net 30

|  | AMOUNT |
|---|---|
| Installed 2 LED wall packs on the Kmart building. LED wall packs supplied by Biltmore Farms. | 260.00 |

| BALANCE DUE | **$260.00** |
|---|---|

02/28/2019

502-502-001-602510.003

Biltmore Farms
One Town Square Blvd. Suite 330
Asheville, NC 28803

**Invoice:**    **N3956074**

Invoice printed on: 6-Mar-19 9:25A

by: Allison Black,Biltmore Farms

**Landport** online incident data:

| | |
|---|---|
| Incident Number: | 5490229-pm |
| Purchase Order: | default |
| Reported by | Craig Hopkins |
| Invoice created by | Jonathon Staton, Biltmore Farms |
| Approved by | Craig Hopkins, Biltmore Farms |
| Report time | 1-Feb-19 7:02A |
| completion time | 26-Feb-19 5:00P |

Bill to:  Craig Hopkins
          Biltmore Farms

          Suite 330
          Asheville, NC 28803

Incident description:

Plaza bi-weekly blow curb lines, pick up trash

Service instructions:

Service
location: 980 Brevard Rd
          Suite 100
          Asheville, NC 28806

Services Provided

| Date | Quantity | Description | Type | Taxable | Unit Cost | Cost Ext. |
|---|---|---|---|---|---|---|
| 26-Feb-19 | 2 | Plaza bi-weekly blow curb lines, pick up trash | labor | no | 40.00 | 80.00 |
| | | | | | Subtotal | 80.00 |
| (Tax rate: 8.25%) | | | | | Tax | 0.00 |
| | | | | | Total | 80.00 |

Approval Code: (rubber stamp)

Biltmore Farms
One Town Square Blvd. Suite 330
Asheville, NC 28803

**Invoice:**    **N3950611**

Invoice printed on: 6-Mar-19 9:25A

by: Allison Black, Biltmore Farms

**Landport** online incident data:

Incident Number:    5490228-pm

Purchase Order:    default

Reported by    Craig Hopkins

Bill to:  Craig Hopkins
         Biltmore Farms

         Suite 330
         Asheville, NC 28803

Invoice created by  Jonathon Staton, Biltmore Farms

Approved by    Craig Hopkins, Biltmore Farms

Report time    1-Feb-19 7:02A

completion time    15-Feb-19 5:15P

Incident description:

Plaza PM

Monthly PM of Plaza

Service instructions:

Service
location: 980 Brevard Rd
         Suite 100
         Asheville, NC 28806

Services Provided

| Date | Quantity | Description | Type | Taxable | Unit Cost | Cost Ext. |
|------|----------|-------------|------|---------|-----------|-----------|
| 15-Feb-19 | 8 | Plaza PM | labor | no | 40.00 | 320.00 |
| | | | | | Subtotal | 320.00 |
| (Tax rate: 8.25%) | | | | | Tax | 0.00 |
| | | | | | Total | 320.00 |

Biltmore Farms
One Town Square Blvd. Suite 330
Asheville, NC 28803

**Invoice:**   **N3954176**

Invoice printed on: 6-Mar-19 9:26A

by: Allison Black, Biltmore Farms

**Landport** online incident data:

| | |
|---|---|
| Incident Number: | 5509446 |
| Purchase Order: | default |
| Reported by | Riley Cook |
| Invoice created by | Jonathon Staton, Biltmore Farms |
| Approved by | Craig Hopkins, Biltmore Farms |
| Report time | 21-Feb-19 3:30P |
| completion time | 22-Feb-19 8:00A |

Bill to:  Craig Hopkins
          Biltmore Farms

          Suite 330
          Asheville, NC 28803

Incident description:

Repair time clock latch

Service instructions:

Service
location: 980 Brevard Rd
          Suite 100
          Asheville, NC 28806

Services Provided

| Date | Quantity | Description | Type | Taxable | Unit Cost | Cost Ext. |
|---|---|---|---|---|---|---|
| 21-Feb-19 | 1 | Repair time clock latch | labor | no | 40.00 | 40.00 |
| | | | | | Subtotal | 40.00 |
| (Tax rate: 8.25%) | | | | | Tax | 0.00 |
| | | | | | Total | 40.00 |

Approval Code: (rubber stamp)



**REPUBLIC**
SERVICES

4010 Riverside Dr
Asheville NC 28804-301616

**Customer Service**    (828) 253-3929
RepublicServices.com/Support

Account Number                    3-0693-0015771
Invoice Number                    0693-001651933
Invoice Date                      February 15, 2019

Previous Balance                          $66.80
Payments/Adjustments                     -$66.80
**Current Invoice Charges**                $97.05

RECEIVED
FEB 25 2019

| Total Amount Due | Payment Due Date |
|---|---|
| **$97.05** | **March 07, 2019** |

## PAYMENTS/ADJUSTMENTS

| Description | Reference | | Amount |
|---|---|---|---|
| Payment - Thank You 02/11 | 24346 | | -$66.80 |

## CURRENT INVOICE CHARGES

| Description | Reference | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Plaza @ Biltmore Square  1000 Brevard Rd CSA A183605925 Asheville, NC | | | | |
| **1 Waste Container 4 Cu Yd, 1 Lift Per 2 Weeks** | | | | |
| Waste/Recycling Overage 01/31 | | 1.0000 | $30.25 | $30.25 |
| Pickup Service  03/01-03/31 | | | $66.80 | $66.80 |
| **CURRENT INVOICE CHARGES** | | | | **$97.05** |

## Electronics Recycling with BlueGuard™

Convenient recycling solutions that are safe for your business and good for our planet. To learn more, visit RepublicServices.com/Electronics



L2RCACDTN9 012599 1NNNNNNNNNN NNN 001 001        029201        210788131

---



**REPUBLIC**
SERVICES

1070 Riverside Dr
Asheville NC 28804-301616

Please Return This
Portion With Payment

Return Service Requested

| Total Amount Due | $97.05 |
|---|---|
| Payment Due Date | March 07, 2019 |
| Account Number | 3-0693-0015771 |
| Invoice Number | 0693-001651933 |

**Total Enclosed**

L2RCACDTN9  012599

BILTMORE COMMERCIAL PROP 1LLC
KELLY HAYES
1 TOWN SQUARE BLVD
STE 330
ASHEVILLE NC 28803-5007

Make Checks Payable To:

REPUBLIC SERVICES #693
PO BOX 9001099
LOUISVILLE KY 40290-1099

30693001577100000016519330000097050000097053

Biltmore Farms
One Town Square Blvd. Suite 330
Asheville, NC 28803
Fax: 828-209-2150

**Invoice:**      **N3972123**

Invoice printed on: 5-Apr-19 8:22A

by: Allison Black,Biltmore Farms

**Landport** online incident data:

| | |
|---|---|
| Incident Number: | 5525667 |
| Purchase Order: | default |
| Reported by | Paul Bowsman |
| Invoice created by | Matt Shrader, Biltmore Farms |
| Approved by | Craig Hopkins, Biltmore Farms |
| Report time | 11-Mar-19 8:47A |
| completion time | 25-Mar-19 4:45P |

Bill to:  Craig Hopkins
Biltmore Farms

Suite 330
Asheville, NC 28803

Service
location: 980 Brevard Rd
Suite 100
Asheville, NC 28806

Incident description:

Adjust the time clocks at the Plaza for daylight saving

Service instructions:

Services Provided

| Date | Quantity | Description | Type | Taxable | Unit Cost | Cost Ext. |
|---|---|---|---|---|---|---|
| 14-Mar-19 | 1 | Adjust Time Clocks | labor | no | 40.00 | 40.00 |
| | | | | | Subtotal | 40.00 |
| (Tax rate: 8.25%) | | | | | Tax | 0.00 |
| | | | | | Total | 40.00 |

Approval Code: (rubber stamp)

Biltmore Farms
One Town Square Blvd. Suite 330
Asheville, NC 28803

**Invoice:**    **N3973541**

Invoice printed on: 5-Apr-19 8:23A

by: Allison Black,Biltmore Farms

**Landport** online incident data:

Incident Number:  5516476-pm

Purchase Order:   default

Reported by       Craig Hopkins

Invoice created by Jonathon Staton, Biltmore Farms

Approved by       Craig Hopkins, Biltmore Farms

Report time       1-Mar-19 7:02A

completion time   27-Mar-19 5:00P

Incident description:

Plaza bi-weekly blow curb lines, pick up trash

Service instructions:

Bill to:  Craig Hopkins
          Biltmore Farms

          Suite 330
          Asheville, NC 28803

Service
location: 980 Brevard Rd
          Suite 100
          Asheville, NC 28806

Services Provided

| Date | Quantity | Description | Type | Taxable | Unit Cost | Cost Ext. |
|------|----------|-------------|------|---------|-----------|-----------|
| 27-Mar-19 | 3 | Plaza bi-weekly blow curb lines, pick up | labor | no | 40.00 | 120.00 |
| | | | | | Subtotal | 120.00 |
| (Tax rate: 8.25%) | | | | | Tax | 0.00 |
| | | | | | Total | 120.00 |

Approval Code: (rubber stamp)

Biltmore Farms
One Town Square Blvd. Suite 330
Asheville, NC 28803

**Invoice:** **N3969045**

Invoice printed on: 5-Apr-19 8:24A
by: Allison Black, Biltmore Farms

**Landport** online incident data:

| | |
|---|---|
| Incident Number: | 5516474-pm |
| Purchase Order: | default |
| Reported by | Craig Hopkins |
| Invoice created by | Jonathon Staton, Biltmore Farms |
| Approved by | Craig Hopkins, Biltmore Farms |
| Report time | 1-Mar-19 7:02A |
| completion time | 25-Mar-19 8:15A |

Bill to: Craig Hopkins
Biltmore Farms

Suite 330
Asheville, NC 28803

Service
location: 980 Brevard Rd
Suite 100
Asheville, NC 28806

Incident description:
Plaza PM
Monthly PM of Plaza
Service instructions:

Services Provided

| Date | Quantity | Description | Type | Taxable | Unit Cost | Cost Ext. |
|------|----------|-------------|------|---------|-----------|-----------|
| 22-Mar-19 | 4 | Plaza PM | labor | no | 40.00 | 160.00 |
| | | | | | Subtotal | 160.00 |
| (Tax rate: 8.25%) | | | | | Tax | 0.00 |
| | | | | | Total | 160.00 |

**Snow Creek Landscaping, LLC**
226 Clayton Road
Arden, NC 28704
Phone  828.687.1677      E-mail   AR@snowcreekinc.com
Fax      828.687.1667      Web     www.snowcreekinc.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/1/19 | 05865 |

**Bill To:**

Biltmore Farms, Inc.
Attention: Calvin Parton
P.O. Box 5355
Asheville, NC 28813

**Property Location:**

Plaza At Biltmore Sq

☐ Please check box if address is incorrect or has changed, and indicate change(s)
on reverse side.
New e-mail address? Enter here: _____

| **Balance Due** | **$656.25** |
|-----------------|-------------|

-------------------------------------------------- PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

**Snow Creek Landscaping, LLC**
Arden, NC 28704

| Terms | Project | | Rep |
|-------|---------|--|-----|
| Due on receipt | | | Shea |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Monthly Contractual Services | | 656.25 | 656.25 |

**SNOW CREEK LANDSCAPING, LLC - SINCE 1989**
Thanks for giving us the opportunity to serve you. We greatly value your business!

* * * **GREAT NEWS** * * *
You can now pay your invoice online. Go to www.snowcreekinc.com and click on the
PAY BILL tab at the top of the page. We accept Visa and MasterCard only. Thank you!

*We are continuing to mail paper copies of customer invoices as well as emailing digital
copies. If you prefer not to receive a paper copy, please let us know. Thank you!*

| | |
|--|--|
| Subtotal | $656.25 |
| Sales Tax (7.0%) | $0.00 |
| Total | $656.25 |
| Payments/Credits | $0.00 |
| Balance Due | $656.25 |

**Snow Creek Landscaping, LLC**
226 Clayton Road
Arden, NC 28704
Phone   828.687.1677        E-mail   AR@snowcreekinc.com
Fax      828.687.1667        Web      www.snowcreekinc.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/15/19 | 05977 |

**Bill To:**

Biltmore Farms, LLC
P.O. Box 5355
Asheville, NC 28813-

**Property Location:**

Plaza At Biltmore Square

☐ Please check box if address is incorrect or has changed, and indicate change(s) on reverse side.
New e-mail address? Enter here: _____

| **Balance Due** | **$205.00** |
|-----------------|-------------|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Snow Creek Landscaping, LLC**
Arden, NC 28704

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| Terms | Project | Rep |
|-------|---------|-----|
| Due on receipt | | Shea |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| 1/9/19 Remove and dispose of limbs downed by high winds. | | 205.00 | 205.00 |

| | |
|---|---|
| SNOW CREEK LANDSCAPING, LLC - SINCE 1989 | |

**SNOW CREEK LANDSCAPING, LLC - SINCE 1989**
Thanks for giving us the opportunity to serve you. We greatly value your business!

**\* \* \* GREAT NEWS \* \* \***
You can now pay your invoice online. Go to www.snowcreekinc.com and click on the
PAY BILL tab at the top of the page. We accept Visa and MasterCard only. Thank you!

*We are continuing to mail paper copies of customer invoices as well as emailing digital
copies. If you prefer not to receive a paper copy, please let us know. Thank you!*

| | |
|---|---|
| Subtotal | $205.00 |
| Sales Tax (7.0%) | $0.00 |
| **Total** | **$205.00** |
| Payments/Credits | $0.00 |
| **Balance Due** | **$205.00** |

**Snow Creek Landscaping, LLC**

Arden, NC 28704

Phone #    828.687.1677

www.snowcreekinc.com

For Services Provided To:

Biltmore Farms, LLC
P.O. Box 5355
Asheville, NC 28813-

Property Location

Plaza At Biltmore Square

# Invoice    1/15/19

Invoice #    05988    Terms    Due on receipt

| Description | Qty | Date of Service | Amount |
|---|---|---|---|
| Pre-Treat Specified Areas | | 1/12/19 | |
| Truck with Spreader | 1.25 | 1/12/19 | 93.75 |
| Ice Melt | 18 | 1/12/19 | 261.00T |
| Safety Monitoring during Winter Weather Advisory | | 1/13/19 | 25.00 |
| Sales Tax | | | 18.27 |

All invoices for services are due & payable upon receipt.

THANK YOU FOR YOUR CONTINUED BUSINESS

| | |
|---|---|
| Total | $398.02 |
| Payments/Credits | $0.00 |
| Balance Due | $398.02 |

# Snow Creek Landscaping, LLC

**226 Clayton Road**
**Arden, NC 28704**

Phone #   **828.687.1677**

For Services Provided To:

**Biltmore Farms, LLC**
**P.O. Box 5355**
**Asheville, NC 28813-**

www.snowcreekinc.com

**Property Location**

**Plaza At Biltmore Square**

# Invoice       1/24/19

| Invoice # | 06044 | | Terms | Due on receipt |
|-----------|-------|---|-------|----------------|

| Description | Qty | Date of Service | Amount |
|-------------|-----|-----------------|--------|
| Apply Ice Melt to Slick Areas | | | |
| Truck with Spreader | 0.5 | 1/20/19 | **37.50** |
| Hand Shovel/Hand Spread | 1 | 1/20/19 | **50.00** |
| Ice Melt | 7 | 1/20/19 | **101.50T** |
| | | | |
| Apply Ice Melt to Slick Areas | | | |
| Hand Shovel/Hand Spread | 1.25 | 1/21/19 | **62.50** |
| Ice Melt | 2.5 | 1/21/19 | **36.25T** |
| | | | |
| Apply Ice Melt to Slick Areas | | | |
| Truck with Spreader | 3 | 1/23/19 | **225.00** |
| Hand Shovel/Hand Spread | 1 | 1/23/19 | **50.00** |
| Ice Melt | 63 | 1/23/19 | **913.50T** |
| Sales Tax | | | **73.59** |

**All invoices for services are due & payable upon receipt**

**THANK YOU FOR YOUR CONTINUED BUSINESS**

| **Total** | **$1,549.84** |
|-----------|---------------|
| Payments/Credits | $0.00 |
| **Balance Due** | **$1,549.84** |

# Snow Creek Landscaping, LLC

**Arden, NC 28704**

Phone #    **828.687.1677**

For Services Provided To:

**Biltmore Farms, LLC**
**P.O. Box 5355**
**Asheville, NC 28813-**

**www.snowcreekinc.com**

**Property Location**

**Plaza At Biltmore Square**

# Invoice    1/31/19

Invoice #    **06253**

Terms    Due on receipt

| Description | Qty | Date of Service | Amount |
|---|---|---|---|
| Apply Ice Melt to Slick Areas | | 1/25/19 | |
| Truck with Spreader | 0.75 | | **56.25** |
| Hand Shovel/Hand Spread | 0.75 | | **37.50** |
| Ice Melt | 8 | | **116.00T** |
| | | | |
| Pre-Treat Specified Areas / Respond to Snow Event | | 1/29/19 | |
| Truck with Spreader | 2.5 | | **187.50** |
| Hand Shovel/Hand Spread | 7 | | **350.00** |
| Ice Melt | 70 | | **1,015.00T** |
| | | | |
| Apply Ice Melt to Slick Areas | | 1/30/19 | **0.00** |
| Truck with Spreader | 1 | | **75.00** |
| Hand Shovel/Hand Spread | 1 | | **50.00** |
| Ice Melt | 11 | | **159.50T** |
| | | | |
| Blow Ice melt from entries and walks | | 1/30/19 | **35.00** |
| Sales Tax | | | **90.34** |

| | |
|---|---|
| **Total** | **$2,172.09** |
| Payments/Credits | **$0.00** |
| **Balance Due** | **$2,172.09** |

**All invoices for services are due & payable upon receipt**

**THANK YOU FOR YOUR CONTINUED BUSINESS**

Carter Asphalt Sealing & Striping, Inc.

# Invoice

Fax#    (828)683-1268
P. O. Box 82
Leicester, NC 28748

| Date | Invoice # |
|------|-----------|
| 11/25/2018 | 5237 |

**Bill To**

BILTMORE FARMS
Kelly Hayes
1 TOWN SQUARE BLVD
SUITE 330
ASHEVILLE NC 28803

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | PLAZA AT BILTMORE SQUARE.  WHITE AND YELLOW PARKING STALLS INCLUDING HANDI-CAP SPACES. | 1,600.00 | 1,600.00 |
| | DOUBLE YELLOW AND SINGLE YELLOW ROADWAY CENTER LINES. | 1,750.00 | 1,750.00 |
| | 3-BLUE AND YELLOW STOP BARS, 8-WHITE STOP BARS | 1,100.00 | 1,100.00 |
| | 30 DIRECTIONAL ARROWS. | 900.00 | 900.00 |
| | RED LINE BEHIND SMALL SHOPS | 175.00 | 175.00 |
| | PAINT ATM INLAND | 500.00 | 500.00 |

502.-502-001-603310.003

*Mcinto...*

1-31.19

Thank you for your business.

| **Total** | $6,025.00 |
|-----------|-----------|

# THE ACER SERVICES GROUP

**DATE**    1/31/2019

P O BOX 1877
FAIRVIEW, NC 28730

**INVOICE NUMBER**    **KP013119**
ANDY.RAY@ALPHA-OMEGATRANS.COM

CUSTOMER:    BILTMORE FARMS LLC/TOWN SQ WEST LIREF OR PRO #
1 TOWN SQUARE BLVD
ASHEVILLE          N C

28803

**MONTHLY**

| QUANTITY | DESCRIPTION AND MARKS | TOTAL |
|----------|----------------------|-------|
| 13 | BILTMORE (KMART) PLAZA TRASH BAG SERVICE @ 61 PER DAY | $793.00 |

**TOTAL    $793.00**

*502-502-001-603310.003*

*pros 2-5-19*

*$ 793.00*

# THE ACER SERVICES GROUP

**DATE**     1/31/2019

P O BOX 1877
FAIRVIEW, NC 28730

**INVOICE NUMBER**   **SWPKP013119**
ANDY.RAY@ALPHA-OMEGATRANS.COM

CUSTOMER:     BILTMORE FARMS LLC/TOWN SQ WEST LIREF OR PRO #     | **MONTHLY** |
1 TOWN SQUARE BLVD
ASHEVILLE          N C                    28803

### SWEEPING SERVICE AT K MART PLAZA

| QUANTITY SWEEP SERVICES | | DESCRIPTION AND MARKS | TOTAL |
|---|---|---|---|
| Jan-19 | | | $455.00 |

**TOTAL   $455.00**

502-502-001-603310.003

~~pres~~ 2-5-19

$455.00

**Snow Creek Landscaping, LLC**
226 Clayton Road
Arden, NC 28704

| Phone | 828.687.1677 | E-mail | AR@snowcreekinc.com |
| Fax | 828.687.1667 | Web | www.snowcreekinc.com |

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/1/19 | 06196 |

**Bill To:**

Biltmore Farms, Inc.
Attention: Calvin Parton
P.O. Box 5355
Asheville, NC 28813

**Property Location:**

Plaza At Biltmore Sq

☐ Please check box if address is incorrect or has changed, and indicate change(s) on reverse side.
New e-mail address? Enter here: _____

| **Balance Due** | **$656.25** |
|---|---|

**Snow Creek Landscaping, LLC**
226 Clayton Road
Arden, NC 28704

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| Terms | Project | Rep |
|-------|---------|-----|
| Due on receipt | | Shea |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Monthly Contractual Services | | 656.25 | 656.25 |

**SNOW CREEK LANDSCAPING, LLC - SINCE 1989**
Thanks for giving us the opportunity to serve you. We greatly value your business!

\* \* \* GREAT NEWS \* \* \*
You can now pay your invoice online. Go to www.snowcreekinc.com and click on the PAY BILL tab at the top of the page. We accept Visa and MasterCard only. Thank you!

*We are continuing to mail paper copies of customer invoices as well as emailing digital copies. If you prefer not to receive a paper copy, please let us know. Thank you!*

| Subtotal | $656.25 |
|----------|---------|
| Sales Tax (7.0%) | $0.00 |
| **Total** | **$656.25** |
| Payments/Credits | $0.00 |
| **Balance Due** | **$656.25** |

# THE ACER SERVICES GROUP

**DATE**        2/28/2019

**INVOICE NUMBER**   **SWPKP022819**

P O BOX 1877
FAIRVIEW, NC 28730

ANDY.RAY@ALPHA-OMEGATRANS.COM

CUSTOMER:    BILTMORE FARMS LLC/TOWN SQ WEST LIREF OR PRO #

**MONTHLY**

1 TOWN SQUARE BLVD
ASHEVILLE        N C              28803

### SWEEPING SERVICE AT K MART PLAZA

| QUANTITY SWEEP SERVICES | DESCRIPTION AND MARKS | TOTAL |
|---|---|---|
| Feb-19 | | $455.00 |

**TOTAL    $455.00**

# THE ACER SERVICES GROUP

**DATE**        2/28/2019

**INVOICE NUMBER**    **KP022819**
ANDY.RAY@ALPHA-OMEGATRANS.COM

P O BOX 1877
FAIRVIEW, NC 28730

CUSTOMER:    BILTMORE FARMS LLC/TOWN SQ WEST LIREF OR PRO #
1 TOWN SQUARE BLVD
ASHEVILLE          N C              28803

**MONTHLY**

| QUANTITY | DESCRIPTION AND MARKS | TOTAL |
|---|---|---|
| 12 | BILTMORE (KMART) PLAZA TRASH BAG SERVICE @ 61 PER DAY | $732.00 |

**TOTAL    $732.00**

502-502-001.603310.003

mds  3·7-19

$732.00

**Snow Creek Landscaping, LLC**
226 Clayton Road
Arden, NC 28704

| Phone | 828.687.1677 | E-mail | AR@snowcreekinc.com |
| Fax | 828.687.1667 | Web | www.snowcreekinc.com |

# Invoice

| Date | Invoice # |
| --- | --- |
| 3/1/19 | 06491 |

**Bill To:**

Biltmore Farms, Inc.
Attention: Calvin Parton
P.O. Box 5355
Asheville, NC 28813

**Property Location:**

Plaza At Biltmore Sq

☐ Please check box if address is incorrect or has changed, and indicate change(s) on reverse side.
New e-mail address? Enter here: _____

| Balance Due | $656.25 |
| --- | --- |

**Snow Creek Landscaping, LLC**
226 Clayton Road

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| Terms | Project | Rep |
| --- | --- | --- |
| Due on receipt | | Shea |

| Description | Qty | Rate | Amount |
| --- | --- | --- | --- |
| Monthly Contractual Services | | 656.25 | 656.25 |

**SNOW CREEK LANDSCAPING, LLC - SINCE 1989**
Thanks for giving us the opportunity to serve you. We greatly value your business!

**\* \* \* GREAT NEWS \* \* \***
You can now pay your invoice online. Go to www.snowcreekinc.com and click on the PAY BILL tab at the top of the page. We accept Visa and MasterCard only. Thank you!

*We are continuing to mail paper copies of customer invoices as well as emailing digital copies. If you prefer not to receive a paper copy, please let us know. Thank you!*

| | |
| --- | --- |
| Subtotal | $656.25 |
| Sales Tax (7.0%) | $0.00 |
| Total | $656.25 |
| Payments/Credits | $0.00 |
| Balance Due | $656.25 |

# THE ACER SERVICES GROUP

**DATE**  3/31/2019

P O BOX 1877
FAIRVIEW, NC 28730

**INVOICE NUMBER**  **KP033119**
ANDY.RAY@ALPHA-OMEGATRANS.COM

CUSTOMER:    BILTMORE FARMS LLC/TOWN SQ WEST LIREF OR PRO #
1 TOWN SQUARE BLVD
ASHEVILLE          N C          28803

**MONTHLY**

| QUANTITY | DESCRIPTION AND MARKS | TOTAL |
|----------|----------------------|-------|
| 12 | BILTMORE (KMART) PLAZA TRASH BAG SERVICE @ 61 PER DAY | $732.00 |

**TOTAL    $732.00**

502-502-001-603310.003

pd 4-8-19

$732.00

# THE ACER SERVICES GROUP

**DATE**   3/31/2019

P O BOX 1877
FAIRVIEW, NC 28730

**INVOICE NUMBER**   **SWPKP033119**
ANDY.RAY@ALPHA-OMEGATRANS.COM

CUSTOMER:   BILTMORE FARMS LLC/TOWN SQ WEST LIREF OR PRO #
1 TOWN SQUARE BLVD
ASHEVILLE          N C                    28803

**MONTHLY**

### SWEEPING SERVICE AT K MART PLAZA

| QUANTITY SWEEP SERVICES | | DESCRIPTION AND MARKS | TOTAL $455.00 |
|---|---|---|---|
| | monthly service | | |

**TOTAL   $455.00**

*502-502-001-603310.003*

*pd 4-8-19*

*$455.00*



# DUKE ENERGY PROGRESS®



## Customer Report
**Duke Energy Progress**                                    page 1 of 2

| | |
|---|---|
| **Account number** | 349 338 8775 |
| **Total charges** | **$2,306.79** |
| Thank you for your payment | Jan 7    $1,984.68 |
| Usage period | Dec 6 - Jan 10 |
| This bill was mailed on | January 11, 2019 |

048121  000000492

BILTMORE COMMERCIAL PROP LLC
BILTMORE PLAZA
PO BOX 5355
ASHEVILLE NC 28813-5355

*RECEIVED*

*JAN 15 2019*

**Your account will be drafted for this bill on
January 25, 2019.  Do not send a check.**



kWh Usage History

### Usage

| Meter number | | TJ6678 |
|---|---|---|
| Readings: Jan  10 | | 61776 |
| Dec  6 | - | 60608 |
| Meter constant | x | 25 |
| **kWh usage** | | **29200** |

Days in period  35    Average kWh per day    834

### Total Peak Registration

| On-peak KW | Dec  6  at  5:44 pm | 59.75 |
|---|---|---|
| Off-peak KW | Dec  8  at  5:29 pm | 59.50 |

## Billing
**SGS-TOU rate**

CORNER BREVARD & SARDIS , ASHEVILLE
BILTMORE PLAZA    -  35 Days

**New rate service**    Charges if new rates applied for entire usage period

| | | | |
|---|---|---|---|
| Basic customer charge | | | 35.50 |
| On-peak KWH | 7,525  kwh  x | $0.06511 | 489.9528 |
| Off-peak KWH | 21,675  kwh  x | $0.05286 | 1,145.7405 |
| On-peak KW | 59.75  kw  x | $8.85000 | 528.7875 |
| New Rate Subtotal | | | 2,199.9808 |

**Old rate service**    Charges if old rates applied for entire usage period

| | | | |
|---|---|---|---|
| Basic customer charge | | | 35.50 |
| On-peak KWH | 7,525  kwh  x | $0.06271 | 471.8928 |
| Off-peak KWH | 21,675  kwh  x | $0.05046 | 1,093.7205 |
| On-peak KW | 59.75  kw  x | $8.85000 | 528.7875 |
| Old Rate Subtotal | | | 2,129.9008 |

| Proration of charges | | | | |
|---|---|---|---|---|
| New Rate | Jan 1 thru Jan 10 | $2,199.98 | x  0.25714 | 565.7031 |
| Old Rate | Dec 6 thru Jan 1 | $2,129.90 | x  0.74286 | 1,582.2181 |

| Total SGS-TOU Rate Billing | 2,147.92 |
|---|---|

*Plz. mtr TJ6678 Svc. 12/6-1/10*

| Proration factor | | | | | |
|---|---|---|---|---|---|
| New Rate | 9  days | / | 35  days | = | 0.25714 |
| Old Rate | 26  days | / | 35  days | = | 0.74286 |

**Turn over for helpful phone numbers and customer service tips.**    **PIN: 606-755-442**



**DUKE ENERGY PROGRESS**

**Customer Report**
Duke Energy Progress

048095  000000569

BILTMORE COMMERCIAL PROP LLC
BILTMORE PLAZA
PO BOX 5355
ASHEVILLE NC 28813-5355

| | |
|---|---|
| Account number | 349 338 8775 |
| **Total charges** | **$1,986.38** |
| Previous draft payment | $2,306.79 |
| Usage period | Jan 10 - Feb 7 |
| This bill was mailed on | February 8, 2019 |

RECEIVED
FEB 12 2019

**Your account will be drafted for this bill on February 22, 2019. Do not send a check.**

Thank you for paying by draft!

**kWh Usage History**

29,200
21,900
14,600
7,300
0

Feb  Apr  Jun  Aug  Oct  Dec  Feb

### Usage

| | |
|---|---|
| Meter number | TJ6678 |
| Readings: Feb  7 | 62678 |
| Jan  10 | - 61776 |
| Meter constant | x  25 |
| **kWh usage** | **22550** |

Days in period  28    Average kWh per day  805

Total Peak Registration

| | | |
|---|---|---|
| On-peak KW | Jan 30  at  6:14 pm | 62.00 |
| Off-peak KW | Jan 30  at  9:59 pm | 61.75 |

### Billing
SGS-TOU rate

CORNER BREVARD & SARDIS , ASHEVILLE
BILTMORE PLAZA  -  28 Days

| | | | | |
|---|---|---|---|---|
| Basic customer charge | | | | 35.50 |
| On-peak KWH | 5,900 | kwh  x | $0.06511 | 384.1490 |
| Off-peak KWH | 16,650 | kwh  x | $0.05286 | 880.1190 |
| On-peak KW | 62.00 | kw  x | $8.85000 | 548.7000 |
| REPS Adjustment | | | | 7.96 |
| 7% North Carolina sales tax | | | | 129.95 |
| **Total charges** | | | | **$1,986.38** |

Current month Time-of-Use Savings for meter TJ6678: $     243.80, as compared with rate MGS

Current twelve month Time-of-Use Savings for meter TJ6678: $    2,648.65

This bill is subject to a 1% per month late payment charge after 03/04/2019.

### For your information

Duke Energy Progress has a specialized Business Services team to assist business customers. Call 1.866.582.6345 or visit us at duke-energy.com to find information on your energy usage and billing history for 2018 tax purposes.

From April 1-September 30, time-of-use off-peak hours are 10pm-10am, Monday-Friday. Off-peak days are weekends and these holidays: Good Friday, Memorial Day, July 4th and Labor Day. When one of the above holidays falls on a Saturday, the Friday before the holiday will be considered off-peak; when the holiday falls on a Sunday, the following Monday will be considered off-peak.

Have concerns about a possible environmental or regulatory violation involving Duke Energy? You can report it anonymously 24/7 at 1-855-355-7042 or at duke-energy-env.alertline.com

BP_BL_DEP_RBL_20190207_221131_1-CSV-48095-000000569

Turn over for helpful phone numbers and customer service tips.        **PIN: 606-755-442**

FORM VER. 002
11/98 REV. 01/00

3493388775 9457 450 000000000 000198638 000198638 3493388775 3

# DUKE ENERGY® PROGRESS

## Customer Report
### Duke Energy Progress

| | |
|---|---|
| Account number | 349 338 8775 |
| **Total charges** | **$2,216.19** |
| Previous draft payment | $1,986.38 |
| Usage period | Feb 7 - Mar 11 |
| This bill was mailed on | March 12, 2019 |

048095  000000509

BILTMORE COMMERCIAL PROP LLC
BILTMORE PLAZA
PO BOX 5355
ASHEVILLE NC 28813-5355

RECEIVED
MAR 15 2019

**Your account will be drafted for this bill on March 26, 2019. Do not send a check.**

Thank you for paying by draft!



kWh Usage History

## Usage

| | |
|---|---|
| Meter number | TJ6678 |
| Readings: Mar 11 | 63739 |
| Feb 7 | 62678 |
| Meter constant                    x | 25 |
| kWh usage | 26525 |
| Days in period 32    Average kWh per day | 829 |

### Total Peak Registration

| On-peak KW | Mar 4 at 7:14 pm | 62.25 |
|---|---|---|
| Off-peak KW | Mar 9 at 5:59 pm | 62.25 |

## Billing
SGS-TOU rate

CORNER BREVARD & SARDIS , ASHEVILLE
BILTMORE PLAZA  -  32 Days

| | | | |
|---|---|---|---|
| Basic customer charge | | | 35.50 |
| On-peak KWH | 6,100 kwh x | $0.06511 | 397.1710 |
| Off-peak KWH | 20,425 kwh x | $0.05286 | 1,079.6655 |
| On-peak KW | 62.25 kw x | $8.85000 | 550.9125 |
| REPS Adjustment | | | 7.96 |
| 7% North Carolina sales tax | | | 144.98 |
| Total charges | | | $2,216.19 |

Current month Time-of-Use Savings for meter TJ6678: $    325.90, as compared with rate MGS

Current twelve month Time-of-Use Savings for meter TJ6678: $    2,728.86

This bill is subject to a 1% per month late payment charge after 04/05/2019.

## For your information

Duke Energy Progress has a specialized Business Services team to assist business customers. Call 1.866.582.6345 or visit us at www.duke-energy.com to find information on your energy usage and billing history for 2018 tax purposes.

From April 1-September 30, time-of-use off-peak hours are 10pm-10am, Monday-Friday. Off-peak days are weekends and these holidays: Good Friday, Memorial Day, July 4th and Labor Day. When one of the above holidays falls on a Saturday, the Friday before the holiday will be considered off-peak; when the holiday falls on a Sunday, the following Monday will be considered off-peak.

BP_BL_DEP_RBL_20190311_222226_1.CSV-48095-000000509

01
01
01

005

Turn over for helpful phone numbers and customer service tips.    **PIN: 606-755-442**

FORM VER. 002
11/98 REV. 01/00

3493388775 0457 450 000000000 000221619 000221619 3493388775 3