# EXHIBIT D

**QUOTATION NUMBER : OP-060319-JH01**

**DATE: 6/3/2019**

**Schneider Electric**

| | | | |
|---|---|---|---|
| **To:** | **Craig Hopkins** | **From:** | **Jacob Hart** |
| | Biltmore Farms – Kmart Building<br>980 Brevard Rd.<br>Asheville, NC 28806 | | **Schneider Electric Buildings Americas, Inc.**<br>8848 Red Oak Blvd. Ste A<br>Charlotte, NC 28217 |
| **Phone:**<br>**Email:** | 828-210-7509 | **Phone:**<br>**Email:** | 920-917-8676<br>Jacob.Hart@SE.com |

**Project:**   KMART BUILDING – UNIT #1 CONDENSER FAN REPLACEMENT

**Location:**   BILTMORE FARMS – KMART BUILDING

This proposal includes material and labor provided by Schneider Electric to replace bad condenser fan motor, limit switch, and blower bearings for a net total of:

**$3,800.00**

**This Proposal Includes:**

1. Materials and labor to replace condenser motor.
2. Materials and labor to replace limit switch.
3. Materials and labor to replace unit blower bearings.
4. Start-up and check-out of newly installed equipment.
5. One-year warranty on newly installed equipment.
6. Sales tax and freight.
7. Work to be performed during normal business hours (M-F 8:00 am-5:00 pm).

**This Proposal Excludes:**

1. Overtime work.
2. Provisions and installation of work outside the scope of this quote.
3. Materials and labor outside the scope of this quote.

**Notes / Comments:**

1. This quote is valid for <u>60</u> days and supersedes any previous quote. Please call if we need to discuss any scope or coordination issues.
2. Payment terms are lump sum Net 30 days from date of invoice.

If you have questions or require clarification, please contact me.
Best regards,

SCHNEIDER ELECTRIC BUILDINGS AMERICAS, INC.

*Jacob Hart*

Jacob Hart
Service Sales Account Representative
920-917-8676

QUOTATION NUMBER : OP-060319-JH02

DATE: 6/3/2019



| To: | **Craig Hopkins** | From: | **Jacob Hart** |
|---|---|---|---|
|  | Biltmore Farms – Kmart Building<br>980 Brevard Rd.<br>Asheville, NC 28806 |  | **Schneider Electric Buildings Americas, Inc.**<br>8848 Red Oak Blvd. Ste A<br>Charlotte, NC 28217 |
| Phone:<br>Email: | 828-210-7509 | Phone:<br>Email: | 920-917-8676<br>Jacob.Hart@SE.com |

**Project:** KMART BUILDING – UNIT #4 CONDENSER FAN MOTOR AND BLADE

**Location:** BILTMORE FARMS – KMART BUILDING

This proposal includes material and labor provided by Schneider Electric to replace bad condenser fan motor and blade for a net total of:

**$1,350.00**

### This Proposal Includes:

1. Materials and labor to replace condenser motor.
2. Materials and labor to replace condenser fan blade
3. Start-up and check-out of newly installed equipment.
4. One-year warranty on newly installed equipment.
5. Sales tax and freight.
6. Work to be performed during normal business hours (M-F 8:00 am-5:00 pm).

### This Proposal Excludes:

1. Overtime work.
2. Provisions and installation of work outside the scope of this quote.
3. Materials and labor outside the scope of this quote.

### Notes / Comments:

1. This quote is valid for <u>60</u> days and supersedes any previous quote. Please call if we need to discuss any scope or coordination issues.
2. Payment terms are lump sum Net 30 days from date of invoice.

If you have questions or require clarification, please contact me.
Best regards,

SCHNEIDER ELECTRIC BUILDINGS AMERICAS, INC.

*Jacob Hart*

Jacob Hart
Service Sales Account Representative
920-917-8676

**QUOTATION NUMBER : OP-060319-JH03**

DATE: 6/3/2019



| | | | |
|---|---|---|---|
| **To:** | Craig Hopkins | **From:** | Jacob Hart |
| | Biltmore Farms – Kmart Building<br>980 Brevard Rd.<br>Asheville, NC 28806 | | Schneider Electric Buildings Americas, Inc.<br>8848 Red Oak Blvd. Ste A<br>Charlotte, NC 28217 |
| **Phone:**<br>**Email:** | 828-210-7509 | **Phone:**<br>**Email:** | 920-917-8676<br>Jacob.Hart@SE.com |

---

**Project:**    KMART BUILDING – UNIT #5 COMPRESSOR REPLACEMENT AND LEAK TEST

**Location:**   BILTMORE FARMS – KMART BUILDING

---

This proposal includes material and labor provided by Schneider Electric to replace bad compressor and leak test and repair unit for a net total of:

$7,100.00

**This Proposal Includes:**

1. Materials and labor to replace compressor.
2. Materials and labor to check unit for leaks and recharge refrigerant on circuit #2.
3. Start-up and check-out of newly installed equipment.
4. One-year warranty on newly installed equipment.
5. Sales tax and freight.
6. Work to be performed during normal business hours (M-F 8:00 am-5:00 pm).

**This Proposal Excludes:**

1. Overtime work.
2. Provisions and installation of work outside the scope of this quote.
3. Materials and labor outside the scope of this quote.

**Notes / Comments:**

1. This quote is valid for <u>60</u> days and supersedes any previous quote. Please call if we need to discuss any scope or coordination issues.
2. Payment terms are lump sum Net 30 days from date of invoice.

If you have questions or require clarification, please contact me.
Best regards,

SCHNEIDER ELECTRIC BUILDINGS AMERICAS, INC.

*Jacob Hart*

Jacob Hart
Service Sales Account Representative
920-917-8676

Item #4

## QUOTATION NUMBER : OP-060319-JH04

DATE: 6/3/2019



| | | | |
|---|---|---|---|
| **To:** | Craig Hopkins | **From:** | Jacob Hart |
| | Biltmore Farms – Kmart Building<br>980 Brevard Rd.<br>Asheville, NC 28806 | | **Schneider Electric Buildings Americas, Inc.**<br>8848 Red Oak Blvd. Ste A<br>Charlotte, NC 28217 |
| **Phone:**<br>**Email:** | 828-210-7509 | **Phone:**<br>**Email:** | 920-917-8676<br>Jacob.Hart@SE.com |

**Project:**     KMART BUILDING – UNIT #6 LEAK TEST AND REPAIR

**Location:**     BILTMORE FARMS – KMART BUILDING

This proposal includes material and labor provided by Schneider Electric to leak test and repair three (3) circuits on unit for a net total of:

**6,000.00**

### This Proposal Includes:

1. Materials and labor to check unit for leaks, make line repairs as necessary, and recharge refrigerant on circuits #1, 2, & 4.
2. Start-up and check-out of newly installed equipment.
3. One-year warranty on newly installed equipment.
4. Sales tax and freight.
5. Work to be performed during normal business hours (M-F 8:00 am-5:00 pm).

### This Proposal Excludes:

1. Overtime work.
2. Provisions and installation of work outside the scope of this quote.
3. Materials and labor outside the scope of this quote.

### Notes / Comments:

1. This quote is valid for <u>60</u> days and supersedes any previous quote. Please call if we need to discuss any scope or coordination issues.
2. Payment terms are lump sum Net 30 days from date of invoice.

If you have questions or require clarification, please contact me.
Best regards,

SCHNEIDER ELECTRIC BUILDINGS AMERICAS, INC.

*Jacob Hart*

Jacob Hart
Service Sales Account Representative
920-917-8676

**QUOTATION NUMBER : OP-060319-JH05**

**DATE: 6/3/2019**



| | | | |
|---|---|---|---|
| **To:** | Craig Hopkins | **From:** | Jacob Hart |
| | Biltmore Farms – Kmart Building<br>980 Brevard Rd.<br>Asheville, NC 28806 | | Schneider Electric Buildings Americas, Inc.<br>8848 Red Oak Blvd. Ste A<br>Charlotte, NC 28217 |
| **Phone:**<br>**Email:** | 828-210-7509 | **Phone:**<br>**Email:** | 920-917-8676<br>Jacob.Hart@SE.com |

**Project:** KMART BUILDING – UNIT #11 CONDENSER FAN MOTOR AND BLADE

**Location:** BILTMORE FARMS – KMART BUILDING

This proposal includes material and labor provided by Schneider Electric to replace the condenser motor and fan blade on unit for a net total of:

**$1,750.00**

**This Proposal Includes:**

1. Materials and labor to replace bad condenser motor and fan blade.
2. Start-up and check-out of newly installed equipment.
3. One-year warranty on newly installed equipment.
4. Sales tax and freight.
5. Work to be performed during normal business hours (M-F 8:00 am-5:00 pm).

**This Proposal Excludes:**

1. Overtime work.
2. Provisions and installation of work outside the scope of this quote.
3. Materials and labor outside the scope of this quote.

**Notes / Comments:**

1. This quote is valid for <u>60</u> days and supersedes any previous quote. Please call if we need to discuss any scope or coordination issues.
2. Payment terms are lump sum Net 30 days from date of invoice.

If you have questions or require clarification, please contact me.
Best regards,

SCHNEIDER ELECTRIC BUILDINGS AMERICAS, INC.

*Jacob Hart*

Jacob Hart
Service Sales Account Representative
920-917-8676

**QUOTATION NUMBER : OP-060319-JH06**

**DATE: 6/3/2019**



| | | | |
|---|---|---|---|
| **To:** | **Craig Hopkins** | **From:** | **Jacob Hart** |
| | Biltmore Farms – Kmart Building<br>980 Brevard Rd.<br>Asheville, NC 28806 | | **Schneider Electric Buildings Americas, Inc.**<br>8848 Red Oak Blvd. Ste A<br>Charlotte, NC 28217 |
| **Phone:**<br>**Email:** | 828-210-7509 | **Phone:**<br>**Email:** | 920-917-8676<br>Jacob.Hart@SE.com |

**Project:** KMART BUILDING – UNIT #15 CONTROL BOARD REPLACEMENT

**Location:** BILTMORE FARMS – KMART BUILDING

This proposal includes material and labor provided by Schneider Electric to replace the control board, contactor, and isolation relay on unit for a net total of:

**$2,150.00**

### This Proposal Includes:

1. Materials and labor to replace bad control board, contactor, and isolation relay on unit.
2. Start-up and check-out of newly installed equipment.
3. One-year warranty on newly installed equipment.
4. Sales tax and freight.
5. Work to be performed during normal business hours (M-F 8:00 am-5:00 pm).

### This Proposal Excludes:

1. Overtime work.
2. Provisions and installation of work outside the scope of this quote.
3. Materials and labor outside the scope of this quote.

### Notes / Comments:

1. This quote is valid for 60 days and supersedes any previous quote. Please call if we need to discuss any scope or coordination issues.
2. Payment terms are lump sum Net 30 days from date of invoice.

If you have questions or require clarification, please contact me.
Best regards,

SCHNEIDER ELECTRIC BUILDINGS AMERICAS, INC.

*Jacob Hart*

Jacob Hart
Service Sales Account Representative
920-917-8676

*Item # 7*

**QUOTATION NUMBER : OP-060319-JH07**

**DATE: 6/3/2019**

# Schneider Electric

| | | | |
|---|---|---|---|
| **To:** | **Craig Hopkins** | **From:** | **Jacob Hart** |
| | Biltmore Farms – Kmart Building<br>980 Brevard Rd.<br>Asheville, NC 28806 | | **Schneider Electric Buildings Americas, Inc.**<br>8848 Red Oak Blvd. Ste A<br>Charlotte, NC 28217 |
| **Phone:**<br>**Email:** | 828-210-7509 | **Phone:**<br>**Email:** | 920-917-8676<br>Jacob.Hart@SE.com |

| | |
|---|---|
| **Project:** | **KMART BUILDING – UNIT #17 CONDENSER FAN MOTOR AND BLADE** |
| **Location:** | **BILTMORE FARMS – KMART BUILDING** |

This proposal includes material and labor provided by Schneider Electric to replace bad condenser fan motor and blade for a net total of:

**$1,350.00**

### This Proposal Includes:

1. Materials and labor to replace condenser motor.
2. Materials and labor to replace condenser fan blade
3. Start-up and check-out of newly installed equipment.
4. One-year warranty on newly installed equipment.
5. Sales tax and freight.
6. Work to be performed during normal business hours (M-F 8:00 am-5:00 pm).

### This Proposal Excludes:

1. Overtime work.
2. Provisions and installation of work outside the scope of this quote.
3. Materials and labor outside the scope of this quote.

### Notes / Comments:

1. This quote is valid for <u>60</u> days and supersedes any previous quote. Please call if we need to discuss any scope or coordination issues.
2. Payment terms are lump sum Net 30 days from date of invoice.

If you have questions or require clarification, please contact me.
Best regards,

SCHNEIDER ELECTRIC BUILDINGS AMERICAS, INC.

*Jacob Hart*

Jacob Hart
Service Sales Account Representative
920-917-8676

**QUOTATION NUMBER : OP-060319-JH08**

**DATE: 6/4/2019**



Schneider Electric

| | | | |
|---|---|---|---|
| **To:** | Craig Hopkins | **From:** | Jacob Hart |
| | Biltmore Farms – Kmart Building<br>980 Brevard Rd.<br>Asheville, NC 28806 | | Schneider Electric Buildings Americas, Inc.<br>8848 Red Oak Blvd. Ste A<br>Charlotte, NC 28217 |
| **Phone:**<br>**Email:** | 828-210-7509 | **Phone:**<br>**Email:** | 920-917-8676<br>Jacob.Hart@SE.com |

**Project:** KMART BUILDING – UNIT #18 UNIT CONTROL ISSUE TROUBLESHOOTING

**Location:** BILTMORE FARMS – KMART BUILDING

This proposal includes labor provided by Schneider Electric to troubleshoot the low voltage lockout on unit for a net total of:

**$1,100.00**

**This Proposal Includes:**

1. Materials and labor to inspect and troubleshoot unit control and operation issues from low voltage lockout.
2. Start-up and check-out of newly installed equipment.
3. One-year warranty on newly installed equipment.
4. Sales tax and freight.
5. Work to be performed during normal business hours (M-F 8:00 am-5:00 pm).

**This Proposal Excludes:**

1. Overtime work.
2. Provisions and installation of work outside the scope of this quote.
3. Materials and labor outside the scope of this quote.

**Notes / Comments:**

1. This quote is valid for <u>60</u> days and supersedes any previous quote. Please call if we need to discuss any scope or coordination issues.
2. Payment terms are lump sum Net 30 days from date of invoice.

If you have questions or require clarification, please contact me.
Best regards,

SCHNEIDER ELECTRIC BUILDINGS AMERICAS, INC.

*Jacob Hart*

Jacob Hart
Service Sales Account Representative
920-917-8676

Item # 9

**QUOTATION NUMBER : OP-060319-JH10**

**DATE: 6/3/2019**



| | | | |
|---|---|---|---|
| **To:** | Craig Hopkins | **From:** | Jacob Hart |
| | Biltmore Farms – Kmart Building<br>980 Brevard Rd.<br>Asheville, NC 28806 | | Schneider Electric Buildings Americas, Inc.<br>8848 Red Oak Blvd. Ste A<br>Charlotte, NC 28217 |
| **Phone:**<br>**Email:** | 828-210-7509 | **Phone:**<br>**Email:** | 920-917-8676<br>Jacob.Hart@SE.com |

**Project:**   KMART BUILDING – FILTER AND BELT REPLACEMENT

**Location:**   BILTMORE FARMS – KMART BUILDING

This proposal includes materials and labor provided by Schneider Electric to replace all filters and belts on all eighteen (18) rooftop units for a net total of:

$4,600.00

**This Proposal Includes:**

1. Materials and labor to replace all filters and belts on eighteen (18) rooftop units.
2. Start-up and check-out of newly installed equipment.
3. One-year warranty on newly installed equipment.
4. Sales tax and freight.
5. Work to be performed during normal business hours (M-F 8:00 am-5:00 pm).

**This Proposal Excludes:**

1. Overtime work.
2. Provisions and installation of work outside the scope of this quote.
3. Materials and labor outside the scope of this quote.

**Notes / Comments:**

1. This quote is valid for <u>60</u> days and supersedes any previous quote.  Please call if we need to discuss any scope or coordination issues.
2. Payment terms are lump sum Net 30 days from date of invoice.

If you have questions or require clarification, please contact me.
Best regards,

SCHNEIDER ELECTRIC BUILDINGS AMERICAS, INC.

*Jacob Hart*

Jacob Hart
Service Sales Account Representative
920-917-8676

Item # 10

## QUOTATION NUMBER : OP-060319-JH09

### DATE: 6/3/2019



| | | | |
|---|---|---|---|
| **To:** | Craig Hopkins | **From:** | Jacob Hart |
| | Biltmore Farms – Kmart Building<br>980 Brevard Rd.<br>Asheville, NC 28806 | | Schneider Electric Buildings Americas, Inc.<br>8848 Red Oak Blvd. Ste A<br>Charlotte, NC 28217 |
| **Phone:**<br>**Email:** | 828-210-7509 | **Phone:**<br>**Email:** | 920-917-8676<br>Jacob.Hart@SE.com |

**Project:**   KMART BUILDING – CONDENSER COIL CLEANING

**Location:**   BILTMORE FARMS – KMART BUILDING

This proposal includes materials and labor provided by Schneider Electric to clean the condenser coils on all eighteen (18) rooftop units for a net total of:

$4,700.00

### This Proposal Includes:

1. Materials and labor to clean eighteen (18) condenser coils on all rooftop units.
2. Start-up and check-out of newly installed equipment.
3. One-year warranty on newly installed equipment.
4. Sales tax and freight.
5. Work to be performed during normal business hours (M-F 8:00 am-5:00 pm).

### This Proposal Excludes:

1. Overtime work.
2. Provisions and installation of work outside the scope of this quote.
3. Materials and labor outside the scope of this quote.

### Notes / Comments:

1. This quote is valid for <u>60</u> days and supersedes any previous quote.  Please call if we need to discuss any scope or coordination issues.
2. Payment terms are lump sum Net 30 days from date of invoice.

If you have questions or require clarification, please contact me.
Best regards,

SCHNEIDER ELECTRIC BUILDINGS AMERICAS, INC.

*Jacob Hart*

Jacob Hart
Service Sales Account Representative
920-917-8676

*Item # 11*



Craig Hopkins  
Biltmore Farms

May 28, 2019

PROPOSAL

Job: Kmart – Brevard Rd

We will furnish all labor, material and equipment to complete the plumbing according to this proposal.

**DESCRIPTION:**

**Plumbing Items:**
Men's Restroom:
Rebuild flush valves – toilets & urinal
Check & clean floor drain

Women's Restroom:
Check & rebuild flush valves
Check & clean floor drain

Kitchen:
Check & clean floor sinks
Open grease trap & check

Pharmacy:
Check out pump

Outdoor Garden Center:
Camera & jet 4 drains

Riser Room:
Camera & clean floor drain

Break Room:
Replace sink faucet

Janitorial Closet:
Clean & check floor drain

Rear Men's Room:
Rebuild flush valves
Clean & check floor drain

Rear Women's Room:
Rebuild flush valve

90 Number Nine Road, Fairview, NC 28730  |  (828) 628-1369  |  tphowardsplumbing.com

*Item # 11* (handwritten)

Check & clean floor drain

<u>Read Water Cooler:</u>
Diagnose why it's not working

**TOTAL: $5046.00**

Full payment is due at completion of job.

Any extra work not listed on this proposal will be billed as time and material, but discussed with owner before completed.

If payment is completed with a credit card there will be an additional charge of 3%.

In the event T.P. Howard's Plumbing Co., Inc. institutes an action to collect the amount billed for labor, material and equipment, T.P. Howard's Plumbing Co., Inc. shall be entitled to recover suit costs, including reasonable attorney's fees, from the other party.

Proposal Accepted: _____    Date: _____

Harvey Lytle

*Harvey Lytle* (signature)

T. P. Howard's Plumbing Co., Inc.
NC License # 10470
HarveyL@tphowardsplumbing.com

**Craig Hopkins**   Item # 12

| | |
|---|---|
| From: | Troy Buggle <tbuggle1969@gmail.com> |
| Sent: | Wednesday, May 29, 2019 1:27 PM |
| To: | Craig Hopkins |
| Subject: | Re: KMART - Backflow Inspection Estimate |

$400

On Wed, May 29, 2019 at 11:18 AM Craig Hopkins <chopkins@biltmorefarms.com> wrote:

Hey Troy,

As per our conversation this morning, could you provide us with an estimate to check the backflows on the KMART Building please?

If you could provide me with an estimate by Friday it would be most appreciated.

Attached are some photos to show what there is.

Any queries please do not hesitate to contact me.

Regards

Craig Hopkins
Director of Operations
Biltmore Farms, LLC

(828) 210-7509 (office)

(828) 545-8489 (mobile)

chopkins@biltmorefarms.com
www.biltmorepark.com

One Town Square Blvd., Suite 330

1

Item #13



1854 Hendersonville Road Suite A215
Asheville, NC  28803
828-551-0416

June 3, 2019

Kmart:  c/o Biltmore Farms
980 Brevard Road
Asheville, NC  28806

### Our Company...
RightWay Cleaning, Inc. has been a family owned business for over 15 years.  We have grown into an organization that is large enough to provide you with the variety of services you expect, while providing the personal attention you deserve.  We partner closely with our customers to ensure we understand their needs and how we can best fulfill them.  Quality work, caring customer service, and quick response to defects have all been keys to our success.

### Our People...
Each member of our team is carefully selected, screened, and trained.  We perform criminal background checks and work reference performance checks on each employee before hiring.  Each employee is also required to wear appropriate uniform during work hours. Each of our customers has a Site Supervisor whose responsibility is insuring our quality standards are maintained on an ongoing basis. Detailed quality inspections are performed monthly with our customers.

### Some legal stuff...
RightWay Cleaning is fully insured with $3 million in liability coverage, $100,000 bonding coverage, and our employees are covered by our worker's compensation insurance policy.

### Scope of work...
General cleaning:  61 windows and glass doors, 4 restrooms, old pharmacy, and vacuum/sweep various areas as discussed during walk through (warehouse storage, upstairs, etc.)

(Option 1) - VCT cleaning – 104,321 sq. ft.:  deep clean all areas of VCT

(Option 2) - VCT cleaning and finishing – 104,321 sq. ft.:  deep clean all areas of VCT and apply new floor finish

### Service prices...
General cleaning:  980.00
(Option 1) – VCT cleaning:  11,475.00
(Option 2) – VCT cleaning and finishing:  16,075.00

Thank you for your time and consideration,

Chris Behrmann
RightWay Cleaning, Inc.
828-551-0416
Email: rightwaycleaning@bellsouth.net

*Item #14*

**West Electric LLC**
240 HOOKERS GAP ROAD
Leicester, NC  28748
(828) 776-0873
west.anthony58@gmail.com



# ESTIMATE

**ADDRESS**
Craig Hopkins
Biltmore Farms
One Town Square Blvd.,Suite 330
Asheville, NC  28803

**ESTIMATE #** 1074
**DATE** 05/28/2019
**EXPIRATION DATE** 06/18/2019

| | AMOUNT |
|---|---|
| This estimate is for the following work to be completed at the Kmart building. A scissor lift will be needed to complete the work . Lift to be provided by Biltmore Farms for 2 or 3 days....<br>- Disconnect power poles for (6) cash registers.<br>- Disconnect power for the customer service station.<br>- Disconnect power pole for the old jewelry counter.<br>- Disconnect power to (3) sales floor shelves.<br>- Disconnect power to temporary light on front wall.<br>- Replace (10) Exterior GFCI's on the front of the building . | 2,250.00 |

**TOTAL**  **$2,250.00**

Accepted By                                    Accepted Date

**West Electric LLC**
240 HOOKERS GAP ROAD
Leicester, NC 28748
(828) 776-0873
west.anthony58@gmail.com



# ESTIMATE

**ADDRESS**
Craig Hopkins
Biltmore Farms
One Town Square Blvd.,Suite 330
Asheville, NC 28803

**ESTIMATE #** 1075
**DATE** 06/02/2019
**EXPIRATION DATE** 07/02/2019

| | AMOUNT |
|---|---|
| Kmart interior light repair. | |
| This estimate is to replace 321 T8 lamps and 161 T8 two lamp ballast. | 11,360.00 |
| Any repairs that are needed beyond the above mentioned work will be done at a time and material rate. | |
| Biltmore Farms will be responsible for providing a scissor lift for Appox. 2 weeks to complete this project. | |
| **TOTAL** | **$11,360.00** |

Accepted By                                    Accepted Date

Item # 16



# 19' ELECTRIC SCISSOR LIFT RENTAL

CAT CLASS: 007-0025

- Zero-emission electric operation
- Lift capacity up to 550lb
- Front-wheel drive
- Zero inside turning radius

1 Day: $210 USD   1 Week: $425 USD   4 Weeks: $810 USD

[ADD]

Jobsite Location
Asheville, NC

+$115
+$115
$1,040  Ex Tax

$115 drop off
$115 pick up
= $655



EQUIPMENT   LOCATIONS   SOLUTIONS   SERVICES   INDUSTRIES   ABOUT   SAFETY

Equipment > Aerial Work Platforms, Scaffolding and Ladders > Electric Scissor Lifts >
Scissorlift 14' - 19' Electric > 19' Electric Scissor Lift Rental



SUNBELT RENTALS

*Item # 17*

Al's A1 Cleaning and Lawn Care
4829 Calico Rd.
Lenoir, NC 28645
michaelclark5238@att.net
(828-640-0703)
Address: 980 Brevard Rd, Asheville
Old Kmart Building

1) Remove all remaining debris in store approx. 200 cyds, provide dumpster and dump trailers for removal. Currently looking for a way to remove safe. May be the only remaining item left.

2) 3 to 4 days total for completion, all dumpster fees and dumping fees are included

3) Need 10 to 12 hr access to building on those days if possible.

$7500

Thanks: Michael Clark
Al's A1 Cleaning and Lawn Care

Al's A1 Cleaning and Lawn Care
4829 Calico Rd.
Lenoir, NC 28645
michaelclark5238@att.net
(828-640-0703)
Address: 980 Brevard Rd, Asheville
Old Kmart Building

1) Cutting an access hole in drywall to remove safe and dispose of, forklift will have to be rented to remove safe, price covers all, also repairing access hole by putting drywall back, taping, sanding and painting.   $1300

2) Remove and dispose of 4 satellite dishes on roof, will have to cut down smaller to move off roof. Will probably have some roof damage where they are bolted to roof   $ 750

3) Disassemble cooler and dispose of   $1250

Thanks: Michael Clark
Al's A1 Cleaning and Lawn Care