# EXHIBIT E

Storm #1

? HVAC

18x Units



Item #1

Restrooms x 4













Item #11



Item #11
















