










Item # 13





Item # 14

Item # 14

















