



















Item #17

Item # 17

Item #17

Item # 18
Wes' Electrical
Removal of Data Cabeling
± $10,000

Item #19






