# EXHIBIT F



**The CATO Corporation**

March 22, 2019

Biltmore Commercial Properties I, LLC
P. O. Box 5355
Asheville, NC 28813

Re: Cato Store # 93 (the "Premises")
    The Plaza at Biltmore Square Shopping Center ("Shopping Center")
    Asheville, NC

Dear Sir/Madam:

In accordance with the terms and conditions of that certain Lease Agreement for the Premises dated September 12, 1995, as amended by Letter Agreement dated June 4, 1997, Letter Agreement dated September 21, 2000, Notice Letter dated October 31, 2005, Letter Agreement dated June 8, 2009, Notice Letter dated October 27, 2010, First Lease Amendment effective February 25, 2014, and Letter Agreement dated July 16, 2018 (collectively, the "Lease"), between Biltmore Commercial Properties I, LLC ("Lessor"), as successor-in-interest to Biltmore Commercial Properties, LLC, and The Cato Corporation, this letter will serve as formal notice that the Shopping Center Inducement Tenant, K-Mart Discount Department Store, closed and stopped doing business the end of day March 14, 2019. In accordance with the terms of the Lease, Article 26 Inducement, Cato will pursue the rent remedy of abatement of monthly fixed base rent, annual percentage rent, and all other charges payable hereunder by Lessee, and pay Lessor in lieu thereof, on a monthly basis, an amount equal to one-half (1/2) of the monthly fixed rent that would otherwise be due under the Lease. Further, we were not notified of the violation at the time it occurred. As a result, we will recover any over payments by withholding rent from the next occurring monthly rent payments.

Should you have any questions or concerns, please direct them to Warren Doyle, Vice President, Corporate Real Estate, at wdoyl@catocorp.com or 704-551-7641.

Sincerely,

By: _____
Gordon D. Smith
Executive Vice President
Store Development

GDS/mcs

Via Certified Mail - Return Receipt Requested: 7009 1680 0001 6722 7200

cc: Warren Doyle
    Property Accounts Management
    Timberline System
    Lease file

8100 Denmark Road
P.O. Box 34216 (zip code 28234)
Charlotte, NC 28273
(704) 554-8510