Page 1

1   UNITED STATES BANKRUPTCY COURT

2   SOUTHERN DISTRICT OF NEW YORK

3   Case No. 18-23538-rdd

4   - - - - - - - - - - - - - - - - x

5   In the Matter of:

6

7   SEARS HOLDING CORPORATION,

8

9           Debtor.

10  - - - - - - - - - - - - - - - - x

11

12                      U.S. Bankruptcy Court

13                      300 Quarropaas Street

14                      White Plains, NY 10601

15

16                      December 18, 2018

17                      10:50 AM

18

19  B E F O R E :

20  HON. ROBERT D. DRAIN

21  U.S. BANKRUPTCY JUDGE

22

23

24

25  ECRO:  NAROTAM RAI

Page 2

1    HEARING Re Hearing to Approve Sale of Sears Home Improvement

2    Business, (D) Approving Form and Manner of Notice of Sale,

3    Auction, and Sale Hearing, (E) Approving Assumption and

4    Assignment Procedures, (II) Approving the Sale of Sears Home

5    Improvement Business in Accordance with the Stalking Horse

6    Agreement and (III) Granting Related Relief (Related Doc #

7    450, 775, 1035)

8

9    HEARING Re Objection to Cure Cost in the Proposed Cure

10   Amount for Contract A of Andrea McSorley (related

11   document(s) 1035, 901)

12

13   HEARING Re Objection to Motion (Limited Objection and

14   Reservation of Rights of Light 125 James West LLC to the

15   Debtors (1) Motion for Entry of an Order (I)(A) Approving

16   Bidding Procedures for Sale of Sears Home Improvement

17   Business, (B) Approving Stalking Horse Bid Protections, (C)

18   Scheduling Auction for and Hearing to Approve Sale of Sears

19   Home Improvement Business, (D) Approving Form and Manner of

20   Notice of Sale, Auction, and Sale Hearing, (E) Approving

21   Assumption and Assignment Procedures, (II) Approving the

22   Sale of Sears Home Improvement Business in Accordance with

23   the Stalking Horse Agreement, and (III) Granting Related

24   Relief, and (2) Notice of Assumption and Assignment in

25   Connection with Sale of Sears Home Improvement Business)

Page 3

1    (related document(s)450)

2

3    HEARING Re Objection to Motion Certain Texas Taxing Entities

4    Limited Objection to Debtors Motion for Entry of Order

5    Approving the Sale of Sears Home Improvement Business in

6    Accordance with the Stalking Horse Agreement and Granting

7    Related Relief (related document(s)450)

8

9    HEARING Re Statement Withdrawal of Limited Objection

10   (related document(s)1133)

11

12   HEARING Re Objection to Motion Limited Objection and

13   Reservation of Rights

14

15   HEARING Re Notice of Agenda of Matters Scheduled for Hearing

16   on December 18, 2018 at 10:00 a.m.

17

18

19

20

21

22

23

24

25   Transcribed by:  Sheila Orms

Page 4

```
 1   A P P E A R A N C E S :

 2

 3   FREJKA PLLC

 4        Attorneys for Consumer Privacy Ombudsman

 5        420 Lexington Avenue

 6        Suite 310

 7        New York, NY   10170

 8

 9   BY:  ELISE S. FREJKA, ESQ.

10

11   SKADDEN ARPS

12        For DIP ABL Agent

13

14   BY:  SHANA ELBERG, ESQ.

15

16   WEIL GOTSHAL & MANGES LLP

17        Attorneys for Sears Holdings Corporation

18        767 Fifth Avenue

19        New York, NY   10153

20

21   BY:  JACQUELINE MARCUS, ESQ.

22        SUNNY SINGH, ESQ.

23        RAY C. SHROCK, P.C.

24

25
```

```
 1   MORRISON COHEN LLP

 2        Attorneys for Allure Gems LLC

 3        909 Third Avenue

 4        New York, NY  10022

 5

 6   BY:  DAVID J. KOZLOWSKI, ESQ.

 7

 8   CLEARY GOTTLIEB

 9        Attorneys for ESL

10

11   BY:  JAMES BROMLEY, ESQ.

12

13   LAW OFFICES OF DOUGLAS T. TABACHNIK, P.C.

14        Attorneys for Certain Texas Taxing Authorities

15        63 West Main Street

16        Suite C

17        Freehold, New Jersey 07728

18

19   BY:  DOUGLAS T. TABACHNIK, ESQ.

20

21   SHEARMAN & STERLING LLP

22        599 Lexington Avenue

23        New York, NY  10022

24

25   BY:  SARA COELHO, ESQ.
```

Page 6

1    SIDLEY AUSTIN LLP

2         Attorneys for Service.com

3         1501 K Street, N.W.

4         Washington, D.C.  20005

5

6    BY:  DAVID E. KRONENBERG, ESQ.

7

8    SEYFARTH SHAW

9         Attorneys for Wilmington Trust, N.A.

10        620 Eighth Avenue

11        New York, NY  10018

12

13   BY:  EDWARD M. FOX, ESQ.

14

15   TELEPHONE APPEARANCES:

16   TERESA M. BENNETT, BARCLAY DAYMON, FOR LIGHT 125 JAMES WEST

17   LLC

18   NEVEL REID, FOX SWIBEL, FOR CHAMBERLAIN GROUP

19   PAUL SCHWARTZBERG, OFFICE OF THE U.S. TRUSTEE

20   ADAM J. WEBB, FROST BROWN TODD LLC FOR WASHINGTON PRIME

21   GROUP, INC.

22

23

24

25

1              P R O C E E D I N G S

2              THE COURT:  Okay.  In Re Sears Holding

3    Corporation, et al.

4              MR. SCHROCK:  Good morning, Your Honor.

5              THE COURT:  Morning.

6              MR. SCHROCK:  Ray Schrock of Weil Gotshal & Manges

7    on behalf of the debtors.  I'm here with my partners today

8    Jacqueline Marcus and Sunny Singh.  Thanks for taking the

9    time for us today, Judge.

10             Before we get started with the primary issue on

11   the agenda today which is the SHIP sale, the approval of

12   that, we wanted to give the Court and parties in interest an

13   update on the company sale process which is ongoing and --

14             THE COURT:  The overall sale process.

15             MR. SCHROCK:  The overall sale process, yes, Your

16   Honor, as well as -- I think Mr. Basta on behalf of the

17   restructuring subcommittee wanted to give parties an update

18   on just a status of their investigation to date, and the

19   committee may want to say a few words as well.

20             THE COURT:  Okay.

21             MR. SCHROCK:  So, Your Honor, start with the high

22   points.  I think and very good news, that the debtors along

23   with the parties in interest, the key parties in interest

24   including the committee, the DIP lenders, and other

25   stakeholders have been working together, we believe, very

Page 8

1    well.

2              There's been a high level of communication over

3    the last several weeks, and since the time we first began

4    embarking on the global sale process.  We had a deadline of

5    September 15th to select a stalking horse for the debtor's

6    retail stores.  We have not selected a stalking horse at

7    this time, and as Your Honor may recall, we were soliciting

8    going concern bids, we were soliciting bids for particular

9    assets and divisions of the company, we were soliciting

10   liquidation, liquidator bids, and we're also comparing those

11   to a company advisor wind down pursuant to an arrangement

12   that had also been approved by the Court.

13             But that process remains very competitive at the

14   moment, and the debtors are working toward the December 28th

15   binding bid deadline that has been established by the Court

16   under the global asset sale procedures.

17             We've been moving the retail store sales process

18   forward at the direction of the restructuring committee, and

19   we've been meeting telephonically, it's an enormous amount

20   of work, but we've been meeting telephonically or in person

21   with the restructuring committee at least three or four

22   times a week, sometimes more, in person or telephonically.

23             We've been in regular consultation with all of the

24   defined consultation parties, the committee, the DIP

25   lenders, we've had multiple calls and meetings, and people

Page 9

1    have spent some very long days at our offices over the last

2    several weeks.  But there's really just daily communication

3    as we're moving this forward and we're taking a lot of care

4    to make sure we're running a very transparent process.

5              The debtor's investment banker, Lazard has sent

6    the global bidding procedures process letter in accordance

7    with the Court's order with over 70 potential bidders to

8    solicit indications of interest.  In addition, we've sent

9    out an addendum to that letter for guidelines for submitting

10   liquidation bids to several liquidation bidders, which

11   remain in the process.

12             We've received indications of interest for the

13   retail stores including those -- I'm sure everyone's aware,

14   there's been a -- one bid is for a going concern sale of the

15   company that's been received from ESL Investments.  We've

16   also received a number of so-called liquidation bids, both

17   on an equity basis and an advisory basis.  We've also

18   received comfort from Abacas, the company's existing

19   liquidator about their ability to handle additional GOB

20   sales.

21             We've also received multiple indicative bids for

22   particular assets and divisions of the company, including

23   Parts Direct, Sears Home Services, Sears Automotive, Sears

24   Home & Business Franchises, credit card claims, as well as

25   other assets on a going concern basis.

1          But we intend to work with parties and continue to

2    push very hard to ensure that everyone has a reasonable

3    opportunity to submit a qualified bid by December 28th.

4          Just a quick word on the real estate process.  We

5    have been submitting or soliciting bids for real estate

6    assets pursuant to a separate process letter.  The debtor's

7    retail advisor who is Jones Lang LaSalle Americas has

8    distributed the real estate process to approximately 300

9    potential bidders.  We have also received some real estate

10   bids.

11         December 28th is the deadline for indicative bids

12   on the debtor's real estate assets.  We have not yet set a

13   firm deadline on real estate assets.  And how this process

14   interacts, we've received some questions, how does the real

15   estate process interact with the overall process.

16         We will evaluate real estate bids if they come in

17   in conjunction if the debtors choose or pursue a going

18   concern sale route, but as we -- as I indicated on the

19   record at the last hearing for the global sales process we

20   thought it was frankly impossible to evaluate what could be

21   hundreds of real estate bids in conjunction with a going

22   concern process, so we -- what we're doing is we have

23   appraisals, including new appraisals that will be

24   evaluating, should we want to compare those bids to the

25   going concern, and we'll have indications of interest that

Page 11

1    if we want to develop those in conjunction with the

2    consultation parties we'll certainly be doing that.

3              THE COURT:  And the liquidation bids don't include

4    real estate?

5              MR. SCHROCK:  Some of them do, Your Honor.

6              THE COURT:  Some do, some don't.

7              MR. SCHROCK:  Some do, some don't, that's correct.

8              THE COURT:  So I guess you're using that same data

9    to help evaluate --

10             MR. SCHROCK:  Exactly.

11             THE COURT:  -- those that do include.

12             MR. SCHROCK:  Exactly.

13             THE COURT:  And don't because you have to compare

14   them.

15             MR. SCHROCK:  Right.

16             THE COURT:  Okay.

17             MR. SCHROCK:  And, you know, one of the benefits I

18   would say of running this process at this point, there's

19   been literally like a multi-year real estate process that's

20   been ongoing with Sears as its continued to shrink its

21   footprint, so there's a lot of infrastructure data that's

22   available even on a prepetition basis, related to the value

23   of the company's real estate.

24             But let me just address how we're moving the

25   process forward.  Under the terms of -- you know, our DIP

Page 12

1    financing agreements as well as the bidding procedures

2    order, we have this deadline of December 28th.  And we've

3    determined that it is prudent to continue seeking bids until

4    December 28th.

5            We've also determined that the debtors believe it

6    is appropriate to commence going out of business sales at a

7    number of other stores.  We don't have that final number set

8    yet, Your Honor, but we expect to do that and we've been

9    working with the consultation parties in that over the

10   coming days.  So I would expect there will be a notice filed

11   with the Court about a small -- a group of stores that we

12   will commence GOB processes for at the end of the year.

13           THE COURT:  And that process would be governed by

14   the existing GOB order?

15           MR. SCHROCK:  That's right, Your Honor.

16           THE COURT:  Which includes consultation.

17           MR. SCHROCK:  It does include consultation parties

18   and rights.

19           THE COURT:  Okay.

20           MR. SCHROCK:  The -- we also, you know, as

21   required under the DIP credit agreement, and frankly in

22   consultation with other parties we have begun to take what

23   we think are responsible as prepatory steps in the event the

24   debtors do have to commence a full wind down of the chain.

25   Other -- you know, should we pursue anything other than a

Page 13

1   full chain going concern sale.

2            So there could be a full chain going concern sale,

3   there could be multiple divisions if we evaluate the -- some

4   of the parts where you could see many divisions sold as a

5   going concern.  There could be some stores that are sent

6   into GOB, but then we choose to have an auction for those

7   stores separately in January.  But we're really focused on

8   with all the parties, the key parties in interest on this

9   December 28th day.

10           And under the global asset sale procedures order,

11  we have to make a determination by January 4th as to whether

12  someone is a qualified -- if somebody's going to be a

13  qualified bidder, there's then contemplated to be an auction

14  on January 14th, and moving toward a sale hearing at the end

15  of the month.

16           This time period between the 28th and the 4th is

17  going to be a key period for the company.  If we receive an

18  actionable going concern full chain bid where I think we're

19  going to be charging forward toward that auction date of

20  January 14th.  If we do not receive an actionable going

21  concern bid for the full chain or an actionable bid as

22  otherwise not qualified we'll have to pivot to one of the --

23  to the division sales or if we determine the division sales

24  are actually and frankly better, we'll pivot to one of the

25  division sales, and we could see that auction date pushed

Page 14

```
1    out by a couple of weeks, combined with a company making

2    decisions to commence GOBs at a number of stores and

3    actually announce that during the early part of January.

4              So this is really -- obviously this is a very

5    critical time for the company and, you know, I just want to

6    continue to stress it's a very active fluid process and it's

7    -- I think all the parties are working extremely hard to

8    make sure that we have as many qualified bids as possible

9    and we encourage everyone to take that December 28th date

10   extremely seriously.

11             THE COURT:  Well, let me -- I guess let me make

12   sure I understand that and we need to reiterate that point.

13   I think what I'm hearing you saying is that you're doing

14   contingency planning in case you don't have a comprehensive

15   proposal or set of proposals --

16             MR. SCHROCK:  Right.

17             THE COURT:  -- that you can recommend to the Court

18   in -- with a potential auction to take place on January

19   14th, and to know that, you need to have the parties put

20   their best proposals forward by December 28th.

21             MR. SCHROCK:  That's right.  That is the date,

22   Judge.

23             THE COURT:  And if they don't, they run the risk

24   that they're frozen out.

25             MR. SCHROCK:  That's correct.
```

```
 1              THE COURT:  Because then you're doing basically
 2    piecemeal work.
 3              MR. SCHROCK:  That's correct.
 4              THE COURT:  So if anyone wants to make either a
 5    comprehensive bid, whether it's on a going concern basis or
 6    a liquidation basis, or a significant enough bid so that
 7    when combined with other bids, Division I, Division II,
 8    Division III --
 9              MR. SCHROCK:  Correct.
10              THE COURT:  -- they need to do that by December
11    28th.
12              MR. SCHROCK:  That's well said, thank you.
13              THE COURT:  And if I can go further.  It appears
14    from what you're saying that there are credible serious
15    parties that are pursuing those types of proposals --
16              MR. SCHROCK:  Uh-huh.
17              THE COURT:  -- The debtors and their key
18    constituents, the DIP lenders, the committee are working
19    with them and because that is such an active process at this
20    point, the debtors have chosen not to pick a stalking horse.
21              MR. SCHROCK:  That's right, Judge.  And we feel
22    that the process at this point it is competitive.  There
23    wasn't really a need to give anyone stalking horse
24    protections at this point in order to foster, you know, that
25    push towards December 28th.
```

1         THE COURT:  All right.  I guess the last point I

2    want to reiterate, although I don't suggest that you're

3    saying anything of the contrary, is that during the next ten

4    days the debtors have no favorites, they're actively

5    considering going concern proposals, they're actively

6    considering going -- global, excuse me, not going, global

7    liquidation proposals.

8         MR. SCHROCK:  Yes.

9         THE COURT:  And there are potentially more than

10   one of those, and so therefore, you know, they're going to

11   be evaluating those --

12        MR. SCHROCK:  Yes, there are multiple liquidation

13   proposals.

14        THE COURT:  And then, of course, there are perhaps

15   large pieces that are being bid on, not globally, but if you

16   aggregate them, there may be a global transaction or near

17   global transaction if you (indiscernible) all of those.

18        So all of those again need to be made as best as

19   they can by the 28th.  I certainly don't fault the debtors

20   for considering contingency planning if none of those pans

21   out, but one hopes they will, particularly knowing that

22   that's going to be their last shot at it.

23        The only other thing I'd like to say is that

24   certainly from the universe of liquidators out there, which

25   is a small but active, acknowledging the obvious, I don't

1    think I'd have to give them any warning about collusion.

2    But there is inevitably because of an institution's

3    familiarity with this company the possibility that people

4    may be wearing more than one hat and whether those are

5    potential lenders to a bidder or the like, they need to be

6    very careful about building walls so that this process

7    really can be fair.

8            I take that very seriously and counsel for people

9    that might be wearing more than one hat, should make sure

10   that their clients take it seriously.

11           MR. SCHROCK:  Thank you, Judge.

12           Your Honor, I just as a final note before I cede

13   the podium to Mr. Basta that we talked previously about

14   beginning work around a Chapter 11 plan, regardless of the

15   ultimate path chosen.  We have been working very hard on

16   that among the debtors.  And regardless of the ultimate path

17   chosen, whether it's, you know, division sales or a full

18   chain that we expect to initiate those discussions with

19   stakeholders in January and push that process forward

20   expeditiously.

21           We are very mindful of the very significant

22   administrative costs that are incurred in this case, and we

23   think that moving the case toward confirmation as quickly as

24   possible and given that we do have a $240 million reserve to

25   ensure plan confirmation is something that we think all

Page 18

1    parties should be focused on.  But, you know, in general

2    we're -- you know, we're grateful for the cooperation and

3    support of the company's key constituents and we're working

4    very hard.

5              THE COURT:  Okay.

6              MR. SCHROCK:  Thank you.

7              THE COURT:  Thank you.

8              MR. BASTA:  Good morning, Your Honor, Paul Basta

9    from Paul Weiss.

10             THE COURT:  Good morning.

11             MR. BASTA:  As Your Honor knows we represent the

12   restructuring subcommittee and the restructuring

13   subcommittee's mandate is backward looking and forward

14   looking.  We're charged with investigating and pursuing

15   claims arising out of prepetition affiliate transactions, of

16   which there were many.  And going forward, our subcommittee

17   is required to approve any transaction that includes a

18   release or credit bidding or that invokes affiliate matters.

19             Our work has become very intense, especially in

20   light of the fact that the ESL bid that is publicly filed

21   provides for credit bidding and provides for a release.  The

22   restructuring committee therefore has been working extremely

23   hard.  It has retained Paul Weiss and Evercore and A&M and

24   Stout on the real estate side to really dig into these

25   transactions.

1                Our committee members, Mr. Karr (ph) and Mr.

2    Tranzier (ph) are not only on almost daily calls with the

3    full restructuring committee on the update of the case, but

4    we are speaking with them three times a week, and have had

5    several all day weekend sessions to review detailed work

6    from both Evercore and A&M about what we are investigating.

7                We submitted document requests to the debtors,

8    ESL, Centerview, Cushman & Wakefield, Fairhome (ph),

9    Ceritage (ph) and Wachtel Lipton and we issued a subpoena

10   and received documents from Duff and Phelps who provided

11   solvency opinions.

12               We have received over 1.1 million documents

13   totaling over 9.3 million pages and those include privileged

14   communications from the company.  We have been doing the

15   privilege review of those documents and we have provided the

16   creditor's committee with 64,000 documents and over 2.3

17   million pages and we are working cooperatively with the

18   committee.

19               We have conducted two informal meetings and nine

20   in-depth interviews with key witnesses, and those have been

21   transcribed.  And those interviews have been conducted with

22   the creditor's committee with the protocol for dealing with

23   privilege.

24               The interviews have been of Mr. Riecker, the CFO

25   of Sears, Ann Reese, who's a director and a member of the

Page 20

1   related party transactions committee that approved the

2   affiliate transactions; Naren Sinha, who is a vice-president

3   in finance at the company; Kunal Komyatti (ph) who's an ESL

4   representative and a Sears director; Scott Charles, who's a

5   partner at Wachtel Lipton; Jeff Scheidemeyer (ph), who is a

6   managing director at Duff & Phelps who gave the solvency

7   opinions; Mark Puntiss (ph), who is the co-head of debt

8   advisory in the restructuring group at Centerview, which

9   advised the related party transactions committee; Edward

10  Lampert (ph) which was in Miami last week; and Richard

11  Latella (ph) from Cushman and Wakefield who provided the

12  valuation and appraisal work on the properties that were

13  subject to the Ceritage transaction.

14          We have three additional interviews that are

15  coming up with the company's former CFO, a gentleman who

16  does the real estate work at the company, and Mo Maji (ph)

17  from M3.

18          So we are hard at work and we're very mindful of

19  the fact that the ESL bid contains these provisions, and the

20  reason why we're working so hard is to be able to provide

21  the Court with input should it become necessary regarding

22  how we value the estate causes of action, and if necessary

23  pursue those causes of action.

24          THE COURT:  Okay.  Obviously there's a lot of time

25  pressure on this because normally this type of work is often

Page 21

1    done after a plan is confirmed, but I appreciate why it's

2    being done now and the need to do it.  There are ways to

3    finesse a credit bid to avoid this, but I gather from what

4    you've told me that ESL is not taking that route.

5              MR. BASTA:  We would love to finesse it, Your

6    Honor.

7              THE COURT:  Right.  Okay.  I mean, I don't want to

8    be cryptic, I mean you want to finesse it is to say that if

9    it turns out later that the claim can't be bid then you back

10   it up with cash, but absent a modification of the bid, this

11   is what needs to be undertaken.

12             MR. BASTA:  Thank you, Your Honor.

13             THE COURT:  And it needs to be undertaken also if

14   -- to evaluate and compare this bid to alternatives where --

15             MR. BASTA:  I think that's very important, Your

16   Honor, because in addition to doing the work on the

17   prepetition transactions, our -- Paul Weiss and our

18   financial advisors have been invited to and have been

19   participating in the full restructuring committee calls,

20   because if there is a differential in value between what the

21   company has and what alternative exists it's -- you need to

22   assess the value of the litigation, and you need to assess

23   the contribution of what the difference is and that has

24   contributed to the time consuming nature of the project.

25             THE COURT:  Okay.

Page 22

1          MR. QURESHI:  Good morning, Your Honor.  For the

2     record, Abid Qureshi, Akin Gump Strauss Hauer and Feld on

3     behalf of the official committee of unsecured creditors.

4          If I could, Your Honor, just a few words from the

5     committee's perspective on the ESL credit bid.  As Your

6     Honor is aware, ESL chose to publicly file its bid and as

7     you heard from Mr. Basta, in addition to seeking to credit

8     bid $1.8 billion of claims, ESL is also seeking a release.

9     And this is among other concerns that the committee has with

10    the ESL bid, certainly a central one.

11         We have alongside the restructuring committee been

12    working around the clock, given the exigencies of this case

13    to get that investigation done, as Mr. Basta told the Court.

14    A whole bunch of interviews have been conducted including of

15    Mr. Lampert.

16         On one point though I will be a little more direct

17    than Mr. Basta was on behalf of the restructuring committee,

18    although the investigation is ongoing, and although the work

19    is by no means done, from the committee's perspective, Your

20    Honor, we believe that we know enough at this stage, that

21    we've had enough access to witnesses, and enough access to

22    documents to have concluded that in the event by the bid

23    deadline of December the 28th ESL puts in another bid that

24    includes a credit bid, and that it includes a release, the

25    creditor's committee will object to ESL's ability to credit

Page 23

1    bid.

2              We believe, Your Honor, that at this stage of the

3    investigation there exists viable colorable claims against

4    ESL, and we hope that to the extent ESL does persist in a

5    credit bid that they take the obvious way out, which is to

6    backstop that credit bid with cash.

7              THE COURT:  Or to pay for the release.

8              MR. QURESHI:  Or to pay for the release,

9    absolutely.

10             THE COURT:  And I guess everyone can take some

11   comfort from the 2nd Circuit's guidance in Orion Pictures

12   that a sale is a summary proceeding, a judge can't

13   predetermine with perfection issues like this in that

14   context, he or she just needs to evaluate whether the

15   consideration makes sense on the facts.

16             MR. QURESHI:  Sure.  And, Your Honor, while if

17   there is no credit bid the investigation will play out as it

18   should over a longer period of time --

19             THE COURT:  Right.

20             MR. QURESHI:  -- before any claims are brought.

21   If our hand is forced given the timeframe here, we

22   absolutely think that the claims we have identified so far

23   are viable, we think they're colorable, and they're

24   certainly legitimate.  Your Honor --

25             THE COURT:  I mean, that's all part of the mix as

Page 24

1    I said.

2            MR. QURESHI:  Sure.

3            THE COURT:  I'm sure ESL's counsel will disagree

4    with you and he doesn't need to stand up to say that, but

5    obviously there's been a lot of attention paid to the facts

6    and all I can say is again, December 28th is an important

7    date and everyone should put their best foot forward and

8    their best offer forward before then.

9            MR. QURESHI:  We completely agree with that, Your

10   Honor.  We certainly hope for great things on the 28th.

11   That having been said, we were encouraged to hear Mr.

12   Schrock reaffirm on the record that the debtors are doing

13   the prepatory work that is necessary in order to pivot to a

14   GOB process if there is not a viable going concern bid.  As

15   Your Honor's heard --

16           THE COURT:  Well, again it's not just viable going

17   concern, it's a viable bid for the company as a whole, in

18   essence --

19           MR. QURESHI:  Right.

20           THE COURT:  -- which could be a liquidation bid

21   too.

22           MR. QURESHI:  Correct.  As Your Honor's heard from

23   the committee's perspective before, we are very concerned

24   about the cash burn and so that decision the path that these

25   debtors are going to take needs to be made promptly after

Page 25

1    the 28th.

2              And to that end, Your Honor, we'd like to suggest

3    an early January check-in date with the Court, so that all

4    of the parties in interest can receive an update on what

5    transpired on the 28th and what the path going forward looks

6    like.

7              THE COURT:  Well, we had reserved January 10th for

8    a stalking horse hearing, so that date is free.  If the

9    parties think an earlier date makes sense, you can talk to

10   Ms. Li.  I'm sure I can make time for you.

11             MR. QURESHI:  Okay.  Thank you, Your Honor.

12             THE COURT:  Okay.

13             MR. BROMLEY:  Good morning, Your Honor, James

14   Bromley of Cleary Gottlieb on behalf of ESL, I'm sure you're

15   shocked I'm standing up.

16             THE COURT:  Well, I tried to make it so you

17   wouldn't have to.

18             MR. BROMLEY:  Well, Your Honor, there's a couple

19   of things I would like to say.  First of all, Mr. Qureshi

20   did make a particular point to say that ESL's indicative bid

21   on a going concern basis was made public.  I should clarify

22   for the Court that there were certain requirements under the

23   securities laws, in light of Mr. Lampert and ESL's ownership

24   that was required under Rule 13(d), so that's why --

25             THE COURT:  Right.

Page 26

1          MR. BROMLEY:  -- we sent it out to the public.

2          THE COURT:  Right.  But you don't have to send out

3    every negotiation thereafter.

4          MR. BROMLEY:  We are not, Your Honor.

5          THE COURT:  Okay.

6          MR. BROMLEY:  We are not.  It is important,

7    though, to note that we are standing here not at all

8    surprised that Mr. Qureshi has confirmed his prior prejudice

9    against my client.  And so I'm not surprised at that, but it

10   is important to note that ESL was putting enormous effort

11   into trying to put together a going concern bid that

12   satisfies all the requirements that have been set forth in

13   the bidding procedures order, and accommodates all the

14   issues that Mr. Schrock has mentioned.

15          We are not sitting here hearing anything other

16   than what it is being said.  That being said, Your Honor, a

17   going concern bid for the Sears business is a critical

18   opportunity to save 50,000 jobs, to save an American icon.

19   ESL has been behind Sears for 15 years as a true believer

20   and continues to believe in the future of Sears.  And it is

21   with that in mind that ESL has been putting together the

22   efforts behind the going concern bid.  We intend to commit

23   ourselves 150 percent over the next ten days and hope to be

24   standing here in front of you, Your Honor, to look for the

25   approval of a going concern bid.

Page 27

```
 1              THE COURT:  Okay.

 2              MR. BROMLEY:  Thank you.

 3              THE COURT:  I hope so, too.

 4         All right.  So I think that probably ends the

 5    status conference portion of this hearing, and then we have

 6    the debtor's motion for approval of a discreet transaction

 7    for the SHIPS business, which I previously approved the

 8    procedures for.

 9              MS. MARCUS:  Good morning, Your Honor, Jacqueline

10    Marcus, Weil Gotshal & Manges on behalf of Sears Holdings

11    Corporation and its affiliated debtors.

12              As you indicated, Your Honor, we're here this

13    morning on the sale motion for approval of the sale of the

14    SHIP business.  On November 16th you approved the bidding

15    procedures with respect to that sale.  The bidding

16    procedures order established December 11th, 2018 at 4 p.m.

17    as the deadline for other bidders to submit qualified

18    competing bids.

19              As indicated in the notice of cancellation of

20    auction that we filed on December 12th, the debtors did not

21    receive any qualified competing bids.  Consequently, the

22    auction was canceled and the debtors and Service.com have

23    proceeded towards this hearing seeking in accordance with

24    the bidding procedures order approval of the sale to

25    Service.com.
```

1          The asset purchase agreement is summarized in the

2     sale motion and a copy of the asset purchase agreement was

3     annexed as Exhibit B to the motion.  An amendment to the

4     asset purchase agreement dated November 13th was filed with

5     the Court as Exhibit C to the debtor's response in support

6     of entry of the bidding procedures order.

7          The asset purchase agreement provides for the sale

8     of the debtor's home improvement business for a purchase

9     price of $60 million.  The buyer's payment of cure costs

10    with respect to assumed executory contracts up to $5

11    million, the buyer's assumption of certain liabilities

12    relating to ship employees up to a maximum of $2 million,

13    and the buyer's assumption of certain other liabilities.

14          In accordance with the bidding procedures order on

15    December 13th, the debtors filed the notice of assumed and

16    assigned contracts designated by Service.com in connection

17    with the sale of Sears home improvement business.  That is

18    ECF No. 1208.

19          Yesterday afternoon the debtors filed their

20    response in support of the sale motion, which includes as

21    Exhibit C a chart of the status of the objections received

22    as well as clean and blackline copies of their other revised

23    sale order.

24          And I apologize, Your Honor, that the response was

25    filed late, we were trying to get through as many of the

Page 29

1    objections as we could before we filed our response.

2            The additional revisions to the order reflect the

3    results of the debtor's negotiations with certain of the

4    objectors, as well as other consulting parties.  Since

5    filing our response yesterday afternoon, we have continued

6    to work to resolve the remaining objections, and we have a

7    further revised order, which I would like to hand up to the

8    Court if I may.

9            THE COURT:  Okay.  That's fine.  I've been through

10   the blackline that I got yesterday.

11           MS. MARCUS:  Your Honor, would you prefer then

12   that I just give you the incremental blackline, which --

13           THE COURT:  Yes.

14           MS. MARCUS:  -- just has a few changes?

15           THE COURT:  Yes, thank you.

16           MS. MARCUS:  As reflected, Your Honor, on Exhibit

17   C to our response we received 12 objections to the motion.

18   None of the objections relate to the merits of the proposed

19   sale of the ship business to the buyer or question whether

20   the sale is in the debtor's best interests.  Instead, the

21   objections all relate to the proposed assumption and

22   assignment of various executory contracts and leases to the

23   buyer.

24           As a result of clarifications provided by the

25   debtors and the buyer, four of the objections have been

1   formally withdrawn.  Those are, if you have Exhibit C, Your

2   Honor --

3           THE COURT:  Got it.

4           MS. MARCUS:  -- do you have Exhibit C, the chart?

5           THE COURT:  Yes, I do.

6           MS. MARCUS:  So those are number 1133, the

7   objection filed by ADT; number 1142, the objection filed by

8   Seico (ph); 1143, the objection of Automotive Rentals; and

9   1145, the objection filed by Felix Calls, LLC (ph).

10          THE COURT:  Okay.

11          MS. MARCUS:  In addition, I thought I was going to

12  report that the objection filed by the Texas taxing

13  authorities had been resolved with the addition of some

14  language to the order that I just handed you, Your Honor,

15  but I've been told that the Texas taxing authority would

16  still like to address the Court.

17          If you're looking at the incremental blackline, we

18  added paragraph 39 which says that nothing in this order

19  shall affect the priority of the ad valorem tax liens if

20  any, which may arise during the pendency of the debtor's

21  Chapter 11 cases.  When I get through, I think the Texas

22  authorities would like to respond.

23          THE COURT:  Okay.

24          MS. MARCUS:  Two of the objections have become

25  moot.  Those are numbers 1193 filed by Phillips Edison and

Page 31

1    Company and Levin Management.  And number 1246, filed by

2    William and Andrea McSorley they've become moot because the

3    debtors have confirmed that they are not assuming and

4    assigning the applicable contracts that are subject of the

5    objections.

6         All five of the remaining objections relate to

7    questions about the required amount of cure costs to be paid

8    in connection with the assumption and assignment of the

9    agreements.

10        With respect to the four landlord objections, the

11   debtors and the buyers are working -- the debtors and the

12   buyer are working with the counterparties and have agreed to

13   adjourn the hearing with respect to the applicable cure

14   amount as contemplated in the bidding procedures order.  And

15   those are numbers 1128, 1132, 1134, and 1146.

16        With respect to the remaining objection, that's

17   the objection filed by Robertson Heating and Supply --

18        THE COURT:  Well I think you also added some

19   language on the non-cure objection of (indiscernible).

20        MS. MARCUS:  Yes, we did, yes, we did, Your Honor,

21   thanks for pointing that out.

22        So we resolved their language objections and the

23   question with respect to those is simply the amount of the

24   cure at this point.

25        THE COURT:  Okay.

Page 32

1          MS. MARCUS:  With respect to Robertson Heating and

2     Supply's objection we still have a dispute, and as reflected

3     in the notice of designated contracts in the event that the

4     buyer cannot reach a satisfactory resolution of the cure

5     costs with Robertson prior to the closing, the buyer may

6     elect not to take an assignment of that agreement.  And that

7     was number 1161.

8          The debtors have also been working with the

9     Consumer Privacy Ombudsman appointed by the U.S. Trustee,

10    Elise Frejka to determine what steps needed to be taken in

11    connection with the ship sale and the personally

12    identifiably information.

13         Yesterday afternoon Ms. Frejka filed her report

14    with the Court where she made certain recommendations.

15    Paragraph 29 of the proposed order provides that the buyer

16    will comply with the terms of the report, and the buyer has

17    confirmed that they've reviewed the report and they're fine

18    with it and intend to comply with her recommendations.

19         THE COURT:  Okay.

20         MS. MARCUS:  So we've gotten through the filed

21    objections.  In addition to the filed objections, Your

22    Honor, we have also been trying to work through some

23    informal requests made by various parties in interest.

24         The Court will note that paragraph 30 of the

25    proposed order we added the -- paragraph 30 is the one that

Page 33

1    deals with the allocation of the postings of the sale

2    between collateral and I'll call it previously unencumbered

3    collateral.

4          In the version that was filed with our response we

5    added the prepetition second lien 2010 indentured trustee as

6    an additional party to be consulted in connection with the

7    allocation methodology.

8          We have also been requested to add in the

9    prepetition IP GL agent, and the prepetition second lien

10   credit agreement agent as parties who would participate in

11   those discussions.  The debtors are amenable to including

12   those parties in the language, but we've not been able to

13   get counsel for the creditor's committee to agree.  As far

14   as I'm concerned, Your Honor, I leave that to you.

15         THE COURT:  Well, this is all subject to the

16   underlying orders that I've already entered in this case,

17   and the DIP order, the second DIP order.  It's just

18   consultation, it's not --

19         MS. MARCUS:  That's correct.  And if the parties -

20   - it's everybody, so now we have probably five or six

21   different parties who want to weigh in on that and if the

22   parties --

23         THE COURT:  And also --

24         MS. MARCUS:  -- cannot agree --

25         THE COURT:  -- their credit agreements.

1           MS. MARCUS:  Yes.  If the parties can't agree --

2           THE COURT:  So I would assume it's just to make

3   sure that the distribution doesn't violate any of those

4   orders and agreements.

5           MS. MARCUS:  That's exactly right, Your Honor.

6           THE COURT:  Okay.  It's not an invitation for a

7   free for all to start over.

8           MS. MARCUS:  Oh, I hope not.

9           THE COURT:  Well, it's not.  Okay.

10          MS. MARCUS:  So that's where we are with respect

11  to that one.

12          And then another informal objection that we've

13  been trying to work out and I'm not quite sure if we have

14  yet is an objection that was asserted by counsel for

15  Citibank which has our -- the ship credit card program

16  agreement.  We've confirmed -- Citibank wanted to make sure

17  that there's nothing in the proposed order that prejudices

18  their rights vis a vis that existing credit card agreement.

19          We are not proposing to assume and assign that

20  agreement to Service.com, and therefore, our view is that

21  there's nothing in the order that prejudices Citi's rights.

22  Service.com is prepared to agree on some language that

23  preserves Citi's rights, but we're not quite there with the

24  actual words.  And we were fairly close at the beginning of

25  the hearing -- are we there yet?

1          UNIDENTIFIED:  Yeah, I think so.

2          MS. MARCUS:  We are?

3          UNIDENTIFIED:  If we can read it into the record

4     then, the entire --

5          MS. MARCUS:  Someone has to give it to me then.

6          Sorry, Your Honor, if I may have a moment.

7          THE COURT:  Okay.

8     (Counsel confer)

9          MS. MARCUS:  It's a little bit long, so bear with

10    me.  We're going to add a new paragraph at the end of the

11    order, which says notwithstanding anything to the contrary

12    in this order, including with respect to the sales free and

13    clear pursuant to Section 363(f) of the Bankruptcy Code

14    contemplated hereby, and unless otherwise agreed by buyer

15    and Citibank, N.A. (Citi).

16          X, if any of the debtor's interests in any

17    property jointly owned by Citi and the debtors is

18    transferred under this order, nothing herein shall impair,

19    invalidate, limit, waive, or forfeit, or otherwise render

20    ineffective any right or interest of Citi arising under or

21    recognized by that certain second amended and restated

22    program agreement, the Citibank credit card program

23    agreement, dated as of October 3, 2018 by and amongst Sears

24    Roebuck & Company, Sears brands business unit corporation,

25    the other Sears parties as defined therein that are parties

Page 36

1    thereto, collectively the Sears card program parties and

2    Citi with respect to any such property transferred pursuant

3    to this order.

4         And with respect to such jointly owned property,

5    if any, the buyer shall remain bound by any restrictions on

6    the use, disposition or other treatment of such property as

7    if buyer were a Sears card program party.

8         Y, notwithstanding the grant by Citi of any

9    license or other right to use any intellectual property as

10   defined in the Citibank credit card program agreement to

11   buyer, if and to the extent that any such licenses granted

12   the Sears card program party shall continue to be bound by

13   the restrictions and limitations in the Citibank credit card

14   program agreement with respect to any intellectual property.

15        And Z, no sale, license or grant of right to use

16   of such intellectual property authorized by this order

17   conveys to buyer rights in any intellectual property beyond

18   those granted to the Sears card program parties, or impairs,

19   invalidates, limits, waives, forfeits, or otherwise renders

20   ineffective any right or interest of Citibank under the

21   Citibank credit card program agreement, as in effect on the

22   date of this order.

23        Notwithstanding the foregoing, nothing herein

24   restricts buyer from offering, issuing or marketing cards

25   that do not use Sears license marks, as defined in the

Page 37

```
 1   Citibank credit card program agreement to any party who does

 2   hold an account as each such term is defined by the Citibank

 3   credit card program agreement, or to the extent the Citibank

 4   credit card program agreement is terminated from offering,

 5   issuing or marketing cards that use Sears license marks as

 6   defined in the Citibank credit card program agreement to any

 7   person that formerly held an account that does not hold an

 8   account at such time.

 9              THE COURT:  Okay.  Is that agreed by both Citi and

10   the buyer?  Just state your name.

11              MR. KRONENBERG:  Sure.  David Kronenberg of Sidley

12   Austin on behalf of Service.com.  I think the last part of

13   that language I know it's a mouthful, but I think it's just

14   to clarify that there is a ship customer that had a Citibank

15   card and they no longer have that card, they're no longer an

16   account holder, that at that point, Service.com could market

17   them other options for financing.

18              THE COURT:  Okay.  All right.

19              MS. MAGRILL:  Good morning, Your Honor, Michele

20   Magrill, David Polk & Wardwell on behalf of Citibank in its

21   capacity as the credit card provider to the debtors.

22              As Your Honor may recall from the first day

23   hearing the debtors and Citi have a broad longstanding

24   credit card agreement.  We -- Citi certainly does not

25   object.  Just wanted to make sure that in the transition of
```

1   the ship business that any ship credit cardholders and the

2   property that may be jointly owned by the parties is

3   transitioned as seamlessly as possible.  So we really view

4   this as a reservation of rights and --

5              THE COURT:  So this language --

6              MS. MAGRILL:  -- hoping a status quo.

7              THE COURT:  -- is acceptable to Citi?

8              MS. MAGRILL:  That's correct, Your Honor.

9              THE COURT:  Okay.  All right.  Well, I appreciate

10   it's a somewhat complicated issue so I'm happy to have the

11   parties resolve it.  It's simpler than having to do a more

12   complicated and (indiscernible) so that's fine.

13              MS. MARCUS:  And, Your Honor, with respect to the

14   proposed order that I just handed up, the incremental

15   blackline, there's also a change in paragraph 25 that was

16   made at the request of one of the landlords.  It was just to

17   clarify that the anti-assignment provision --

18              THE COURT:  The leases haven't changed forever,

19   it's just for this transaction.

20              MS. MARCUS:  That's exactly right, Your Honor.

21   And then as I indicated, I think it was paragraph 39 and I

22   think that's it --

23              THE COURT:  Okay.

24              MS. MARCUS:  -- for today's changes.

25              THE COURT:  All right.  I appreciate the update on

Page 39

1    the personally identifiable information.  I -- given what

2    was clarified on the record that these participation in the

3    allocation discussions is not a (indiscernible) on the issue

4    of (indiscernible) to introduce (indiscernible) on some of

5    these proceeds.

6              MR. DUBLIN:  Your Honor, Phil Dublin, Akin Gump on

7    behalf of the committee.  We generally don't have problems

8    with parties having rights to participate in the methodology

9    issues.  What alarms us in this circumstance is just the

10   involvement by parties that are agents where substantially

11   all if not all of the debt that's underlying those

12   facilities is either owned by ESL or a combination, or Sirus

13   or a combination of ESL or Sirus such that we actually have

14   potentially five different agents representing ESL and Sirus

15   involved in these methodologies.  We're concerned about the

16   cost and the morass of views that are going to come in

17   trying to do something that may be --

18             THE COURT:  Right.

19             MR. DUBLIN:  -- complicated, may not be

20   complicated and that's our concern.

21             THE COURT:  (indiscernible) keep it out on that.

22             MR. DUBLIN:  Okay.

23             THE COURT:  Again, there are agreements that

24   govern this and if people spend a lot of time going any time

25   beyond those agreements then they're not going to get paid

1    for it, and they will get the result anyway, so the

2    agreement's covered.  So I view this more as a notice

3    provision just to make sure that -- are able to do their due

4    diligence to say that, in fact, the proceeds are going to be

5    distributed as the agreements provide.

6            MR. DUBLIN:  Thank you, Your Honor.

7            THE COURT:  And then the Texans wanted to say

8    something?

9            MR. TABACHNIK:  The Texans are in Texas, but they

10   elected me, Your Honor.

11           THE COURT:  Well, that's good.

12           MR. TABACHNIK:  Thank you, Your Honor.  Douglas

13   Tabachnik for certain Texas taxing authorities.

14           I have to confess it, I did not see the proposed

15   paragraph 39 before today's hearing, and it is certainly in

16   the right direction.  I would love to see pre and post-

17   petition ad valorem liens included in there, as opposed to

18   just post-petition ad valorem liens.  I don't think that's a

19   controversial issue.

20           And the only thing that I want to point out is a

21   reservation of rights, and I'm looking at the language on

22   page 29 of the proposed order which talks about methodology

23   here, so it's really about practical impact, effect of how

24   we put this into place.

25           The Texas tax liens as we talked about last month

Page 41

1    are ad valorem liens.  They're attached to both personal and

2    real property.  The value of those assets aren't going to be

3    determined until things are sold, at which point in time tax

4    assessments may be made and so the extend and scope of those

5    liens have to be determined by application of the respective

6    formulas of the different taxing authorities to what turns

7    out to be the value of these assets upon the sale.

8         THE COURT:  So they're not going to be paid at

9    closing.

10        MR. TABACHNIK:  No, probably not.  What we want to

11   do is make sure --

12        THE COURT:  Essentially a preservation of their

13   rights and priorities.

14        MR. TABACHNIK:  And to make sure that the funds

15   are set aside to cover that, and certainly once the bids are

16   -- once the bid is accepted even before the closing, you

17   know, between those two periods of time, the application of

18   the formula can be had.  And what I envision here is that

19   there will probably be an inter-creditor agreement among the

20   respected taxing authorities.  They're all represented, we

21   have 130.  They're all represented by two law firms.

22        THE COURT:  Right.

23        MR. TABACHNIK:  So there will probably be some

24   sort of agreement, but they'll take care of that intersay I

25   believe.  But we just wanted to make sure that that's

Page 42

 1    preserved.

 2              THE COURT:  So there is an issue with saying pre-

 3    imposed?

 4              UNIDENTIFIED:  Not from the debtors, Your Honor,

 5    to the extent they had prepetition liens --

 6              THE COURT:  Right, they --

 7              UNIDENTIFIED:  -- they had them as you said

 8    before.

 9              THE COURT:  Right, it doesn't affect their

10    priority.

11              MR. TABACHNIK:  No.

12              THE COURT:  And then the only other issue I

13    thought is you have the allocation paragraphs in there, I

14    think before there's a proposed -- before the proposed

15    allocations are implemented, counsel for these entities

16    should be notified so that they can say no, that's not

17    right, you forgot us.

18              MR. TABACHNIK:  And as soon as we have, you know,

19    as soon as we have an idea about the bids that are accepted

20    so we know what transaction --

21              THE COURT:  We're just talking about this sale at

22    this point.

23              MR. TABACHNIK:  Yeah, right, this sale, right.

24              THE COURT:  Yeah.

25              UNIDENTIFIED:  The bid has been accepted.

1           MR. TABACHNIK:  Right, that's the 6-0 it's baked.

2           THE COURT:  Right.

3           MR. TABACHNIK:  Right.  So we just -- what we need

4    to do is allocate what portion of that happened in Texas and

5    is attributable to Texas.

6           THE COURT:  That's on your end.

7           MR. TABACHNIK:  Yes.

8           UNIDENTIFIED:  And that's not (indiscernible) easy

9    exercise.

10          THE COURT:  No, that shouldn't be -- that doesn't

11   need to be in order.  But I think the order should say pre -

12   - any pre as well as post liens that are not affected by,

13   you know, doesn't change their priority.  And I think they

14   should get notice of a proposed allocation by the debtors of

15   the sale proceeds.

16          UNIDENTIFIED:  I have no issue with that, Your

17   Honor.

18          THE COURT:  Okay.

19          UNIDENTIFIED:  I don't want to put them in the

20   category of the other group --

21          THE COURT:  No.

22          UNIDENTIFIED:  -- that -- whose consent is

23   necessary because --

24          THE COURT:  No, it's not.  There should be -- I

25   think you should just put that in the paragraph, just

1    whatever paragraph it is 29 --

2              UNIDENTIFIED:  39.

3              THE COURT:  Okay.

4              MR. TABACHNIK:  That's fine, Your Honor.  Thank

5    you, Your Honor.

6              THE COURT:  Okay.  And then I have one question on

7    this, on the order which is paragraph 21, it says -- there's

8    a new proviso that says provide that notwithstanding

9    anything in this order where the asset purchase agreement to

10   the contrary the debtors and the buyer may agree that the

11   assumption and assignment of certain customer contracts

12   shall not occur to a limited period of time after the

13   closing, while the buyer obtains the permits or licenses

14   necessary to perform under such assumed contract, at which

15   point the buyer shall probably take assignment of any such

16   assumed contract.

17             Do you have any better sense of what the "limited

18   period" means here?  Two weeks?

19             MS. MARCUS:  I'm going to ask.

20             THE COURT:  Is it a week, is it two months?

21             UNIDENTIFIED:  60 to 90 days.

22             THE COURT:  60 to 90 days.

23             MS. MARCUS:  The issue there, Your Honor, is that

24   because this is a home improvement business where there are

25   actually contractors going into people's homes and making

Page 45

1    repairs, they have to be licensed in a variety of

2    jurisdictions and there's some time associated with --

3            THE COURT:  I just wanted it on the record what --

4            MS. MARCUS:  Yes.

5            THE COURT:  -- the parties had in mind so 60 to 90

6    days?

7            MS. MARCUS:  Yes, Your Honor.

8            THE COURT:  Okay.  That's fine.

9            MS. MARCUS:  And with that, Your Honor, the

10   debtors submit that the proposed sale is in the best

11   interests of the debtors and all of their creditors,

12   represents a valid exercise of their business judgment and

13   requests that the Court approve the transaction and enter

14   the proposed order.

15           THE COURT:  Okay.  Does anyone have anything more

16   to say on this motion?

17       (No response)

18           THE COURT:  All right.  I will grant the motion.

19   It was -- this is the second part of the motion, the first

20   part sought approval of sale procedures which were approved

21   last month, and which the debtors have followed with their

22   financial advisors and counsel, as well as assumption and

23   assignment of procedures.

24           And based on the record before me, there's no

25   objection to the underlying business decision to sell this

Page 46

1    asset or to sell it in this way.  It appears to me to be a

2    prudent exercise of business judgment on an arm's length

3    basis.  And then as far as the remaining cure objections are

4    concerned, there's a clear mechanism to deal with them

5    that's provided for in the sales procedures order, which the

6    debtors and the buyer and the objecting and cure parties

7    will comply with.

8            So I'll enter an order consistent with what you've

9    given me as modified on the record (indiscernible) with

10   regard to Texas taxing authorities, and the language you

11   read into the record.

12           MS. MARCUS:  Your Honor, I think it probably also

13   would be prudent to reference the fact that we're adjourning

14   those five objections that we talked about.  So we'll add

15   that as well.

16           THE COURT:  That's fine.  So you can e-mail me the

17   change.

18           MS. MARCUS:  Thank you, Your Honor.

19           THE COURT:  Okay.  Do you need -- are you seeking

20   waiver of the 14-day period or is that not necessary?

21           MS. MARCUS:  I think we did seek waiver of the 14-

22   day period in the order.

23           THE COURT:  All right.  I'll --

24           MS. MARCUS:  There's not -- there hasn't been a

25   closing date set.

1            THE COURT:  But conceivably it could be within the

2    14 days?

3            MS. MARCUS:  I've lost track of the date.

4    Conceivably, unlikely, but conceivably.

5            THE COURT:  Well, there's no reason not to get the

6    money in sooner rather than later, so I'll grant that.

7            MS. MARCUS:  Thank you, Your Honor.  I think that

8    concludes our hearing for today.

9            THE COURT:  Okay.  Very well.

10   (Proceedings concluded)

11                        *  *  *  *  *

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 48

1                        CERTIFICATE

2    I, Sheila G. Orms, certify that the foregoing is a true and

3    accurate transcript from the official electronic sound

4    recording.

5    Shelia Orms    Digitally signed by Shelia Orms
                    DN: cn=Shelia Orms, o, ou,
                    email=digital@veritedt.com, c=US
6    _____    Date: 2019.07.01 09:30:54 -04'00'

7    SHEILA ORMS, APPROVED TRANSCRIBER

8

9    DATED:  December 21, 2018

10

11

12

13

14   Veritext Legal Solutions

15   330 Old Country Road

16   Suite 300

17   Mineola, NY 11501

18

19

20

21

22

23

24

25

[& - afternoon]                                                                                          Page 1

| & | | | |
|---|---|---|---|

**&**   4:16 5:21 7:6
9:24 19:8 20:6
27:10 35:24 37:20

**0**

**07728**   5:17

**1**

**1**   2:15
**1.1**   19:12
**1.8**   22:8
**10018**   6:11
**10022**   5:4,23
**10153**   4:19
**10170**   4:7
**1035**   2:7,11
**10601**   1:14
**10:00**   3:16
**10:50**   1:17
**10th**   25:7
**11**   17:14 30:21
**1128**   31:15
**1132**   31:15
**1133**   3:10 30:6
**1134**   31:15
**1142**   30:7
**1143**   30:8
**1145**   30:9
**1146**   31:15
**11501**   48:17
**1161**   32:7
**1193**   30:25
**11th**   27:16
**12**   29:17
**1208**   28:18
**1246**   31:1
**125**   2:14 6:16
**12th**   27:20
**13**   25:24
**130**   41:21
**13th**   28:4,15
**14**   46:20,21 47:2

**14th**   13:14,20
14:19
**15**   26:19
**150**   26:23
**1501**   6:3
**15th**   8:5
**16th**   27:14
**18**   1:16 3:16
**18-23538**   1:3

**2**

**2**   2:24 28:12
**2.3**   19:16
**20005**   6:4
**2010**   33:5
**2018**   1:16 3:16
27:16 35:23 48:9
**21**   44:7 48:9
**240**   17:24
**25**   38:15
**28th**   8:14 10:3,11
12:2,4 13:9,16
14:9,20 15:11,25
16:19 22:23 24:6
24:10 25:1,5
**29**   32:15 40:22
44:1
**2nd**   23:11

**3**

**3**   35:23
**30**   32:24,25
**300**   1:13 10:8
48:16
**310**   4:6
**330**   48:15
**363**   35:13
**39**   30:18 38:21
40:15 44:2

**4**

**4**   27:16
**420**   4:5
**450**   2:7 3:1,7

**4th**   13:11,16

**5**

**5**   28:10
**50,000**   26:18
**599**   5:22

**6**

**6-0**   43:1
**60**   28:9 44:21,22
45:5
**620**   6:10
**63**   5:15
**64,000**   19:16

**7**

**70**   9:7
**767**   4:18
**775**   2:7

**9**

**9.3**   19:13
**90**   44:21,22 45:5
**901**   2:11
**909**   5:3

**a**

**a&m**   18:23 19:6
**a.m.**   3:16
**abacas**   9:18
**abid**   22:2
**ability**   9:19 22:25
**abl**   4:12
**able**   20:20 33:12
40:3
**absent**   21:10
**absolutely**   23:9,22
**acceptable**   38:7
**accepted**   41:16
42:19,25
**access**   22:21,21
**accommodates**
26:13
**account**   37:2,7,8
37:16

**accurate**   48:3
**acknowledging**
16:25
**action**   20:22,23
**actionable**   13:18
13:20,21
**active**   14:6 15:19
16:25
**actively**   16:4,5
**actual**   34:24
**ad**   30:19 40:17,18
41:1
**adam**   6:20
**add**   33:8 35:10
46:14
**added**   30:18
31:18 32:25 33:5
**addendum**   9:9
**addition**   9:8 21:16
22:7 30:11,13
32:21
**additional**   9:19
20:14 29:2 33:6
**address**   11:24
30:16
**adjourn**   31:13
**adjourning**   46:13
**administrative**
17:22
**adt**   30:7
**advised**   20:9
**advisor**   8:11 10:7
**advisors**   21:18
45:22
**advisory**   9:17
20:8
**affect**   30:19 42:9
**affiliate**   18:15,18
20:2
**affiliated**   27:11
**afternoon**   28:19
29:5 32:13

**agenda** 3:15 7:11
**agent** 4:12 33:9
  33:10
**agents** 39:10,14
**aggregate** 16:16
**agree** 24:9 33:13
  33:24 34:1,22
  44:10
**agreed** 31:12
  35:14 37:9
**agreement** 2:6,23
  3:6 12:21 28:1,2,4
  28:7 32:6 33:10
  34:16,18,20 35:22
  35:23 36:10,14,21
  37:1,3,4,6,24
  41:19,24 44:9
**agreement's** 40:2
**agreements** 12:1
  31:9 33:25 34:4
  39:23,25 40:5
**akin** 22:2 39:6
**al** 7:3
**alarms** 39:9
**allocate** 43:4
**allocation** 33:1,7
  39:3 42:13 43:14
**allocations** 42:15
**allure** 5:2
**alongside** 22:11
**alternative** 21:21
**alternatives** 21:14
**amenable** 33:11
**amended** 35:21
**amendment** 28:3
**american** 26:18
**americas** 10:7
**amount** 2:10 8:19
  31:7,14,23
**andrea** 2:10 31:2
**ann** 19:25
**annexed** 28:3

**announce** 14:3
**anti** 38:17
**anyway** 40:1
**apologize** 28:24
**appearances** 6:15
**appears** 15:13
  46:1
**applicable** 31:4
  31:13
**application** 41:5
  41:17
**appointed** 32:9
**appraisal** 20:12
**appraisals** 10:23
  10:23
**appreciate** 21:1
  38:9,25
**appropriate** 12:6
**approval** 7:11
  26:25 27:6,13,24
  45:20
**approve** 2:1,18
  18:17 45:13
**approved** 8:12
  20:1 27:7,14
  45:20 48:7
**approving** 2:2,3,4
  2:15,17,19,20,21
  3:5
**approximately**
  10:8
**arising** 18:15
  35:20
**arm's** 46:2
**arps** 4:11
**arrangement** 8:11
**aside** 41:15
**asserted** 34:14
**assess** 21:22,22
**assessments** 41:4
**asset** 8:16 13:10
  28:1,2,4,7 44:9
  46:1

**assets** 8:9 9:22,25
  10:6,12,13 41:2,7
**assign** 34:19
**assigned** 28:16
**assigning** 31:4
**assignment** 2:4,21
  2:24 29:22 31:8
  32:6 38:17 44:11
  44:15 45:23
**associated** 45:2
**assume** 34:2,19
**assumed** 28:10,15
  44:14,16
**assuming** 31:3
**assumption** 2:3
  2:21,24 28:11,13
  29:21 31:8 44:11
  45:22
**attached** 41:1
**attention** 24:5
**attorneys** 4:4,17
  5:2,9,14 6:2,9
**attributable** 43:5
**auction** 2:3,18,20
  13:6,13,19,25
  14:18 27:20,22
**austin** 6:1 37:12
**authorities** 5:14
  30:13,22 40:13
  41:6,20 46:10
**authority** 30:15
**authorized** 36:16
**automotive** 9:23
  30:8
**available** 11:22
**avenue** 4:5,18 5:3
  5:22 6:10
**avoid** 21:3
**aware** 9:13 22:6

**b**

**b** 1:19 2:17 28:3
**back** 21:9

**backstop** 23:6
**backward** 18:13
**baked** 43:1
**banker** 9:5
**bankruptcy** 1:1
  1:12,21 35:13
**barclay** 6:16
**based** 45:24
**basically** 15:1
**basis** 9:17,17,25
  11:22 15:5,6
  25:21 46:3
**basta** 7:16 17:13
  18:8,8,11 21:5,12
  21:15 22:7,13,17
**bear** 35:9
**began** 8:3
**beginning** 17:14
  34:24
**begun** 12:22
**behalf** 7:7,16 22:3
  22:17 25:14 27:10
  37:12,20 39:7
**believe** 7:25 12:5
  22:20 23:2 26:20
  41:25
**believer** 26:19
**benefits** 11:17
**bennett** 6:16
**best** 14:20 16:18
  24:7,8 29:20
  45:10
**better** 13:24 44:17
**beyond** 36:17
  39:25
**bid** 2:17 8:15 9:14
  10:3 13:18,21,21
  15:5,6 16:15
  18:20 20:19 21:3
  21:9,10,14 22:5,6
  22:8,10,22,23,24
  23:1,5,6,17 24:14
  24:17,20 25:20

26:11,17,22,25
41:16 42:25
**bidder** 13:13 17:5
**bidders** 9:7,10
  10:9 27:17
**bidding** 2:16 9:6
  12:1 18:18,21
  26:13 27:14,15,24
  28:6,14 31:14
**bids** 8:8,8,10 9:10
  9:16,21 10:5,10
  10:11,16,21,24
  11:3 12:3 14:8
  15:7 27:18,21
  41:15 42:19
**billion** 22:8
**binding** 8:15
**bit** 35:9
**blackline** 28:22
  29:10,12 30:17
  38:15
**bound** 36:5,12
**brands** 35:24
**broad** 37:23
**bromley** 5:11
  25:13,14,18 26:1
  26:4,6 27:2
**brought** 23:20
**brown** 6:20
**building** 17:6
**bunch** 22:14
**burn** 24:24
**business** 2:2,5,17
  2:19,22,25 3:5
  9:24 12:6 26:17
  27:7,14 28:8,17
  29:19 35:24 38:1
  44:24 45:12,25
  46:2
**buyer** 29:19,23,25
  31:12 32:4,5,15
  32:16 35:14 36:5
  36:7,11,17,24

37:10 44:10,13,15
  46:6
**buyer's** 28:9,11
  28:13
**buyers** 31:11

## c

**c** 2:17 4:1,23 5:16
  7:1 28:5,21 29:17
  30:1,4
**call** 33:2
**called** 9:16
**calls** 8:25 19:2
  21:19 30:9
**canceled** 27:22
**cancellation**
  27:19
**capacity** 37:21
**card** 9:24 34:15
  34:18 35:22 36:1
  36:7,10,12,13,18
  36:21 37:1,3,4,6
  37:15,15,21,24
**cardholders** 38:1
**cards** 36:24 37:5
**care** 9:3 41:24
**careful** 17:6
**case** 1:3 14:14
  17:22,23 19:3
  22:12 33:16
**cases** 30:21
**cash** 21:10 23:6
  24:24
**category** 43:20
**causes** 20:22,23
**cede** 17:12
**centerview** 19:8
  20:8
**central** 22:10
**ceritage** 19:9
  20:13
**certain** 3:3 5:14
  25:22 28:11,13
  29:3 32:14 35:21

40:13 44:11
**certainly** 11:2
  16:19,24 22:10
  23:24 24:10 37:24
  40:15 41:15
**certificate** 48:1
**certify** 48:2
**cfo** 19:24 20:15
**chain** 12:24 13:1
  13:2,18,21 17:18
**chamberlain** 6:18
**change** 38:15
  43:13 46:17
**changed** 38:18
**changes** 29:14
  38:24
**chapter** 17:14
  30:21
**charged** 18:14
**charging** 13:19
**charles** 20:4
**chart** 28:21 30:4
**check** 25:3
**choose** 10:17 13:6
**chose** 22:6
**chosen** 15:20
  17:15,17
**circuit's** 23:11
**circumstance**
  39:9
**citi** 35:15,17,20
  36:2,8 37:9,23,24
  38:7
**citi's** 34:21,23
**citibank** 34:15,16
  35:15,22 36:10,13
  36:20,21 37:1,2,3
  37:6,14,20
**claim** 21:9
**claims** 9:24 18:15
  22:8 23:3,20,22
**clarifications**
  29:24

**clarified** 39:2
**clarify** 25:21
  37:14 38:17
**clean** 28:22
**clear** 35:13 46:4
**cleary** 5:8 25:14
**client** 26:9
**clients** 17:10
**clock** 22:12
**close** 34:24
**closing** 32:5 41:9
  41:16 44:13 46:25
**code** 35:13
**coelho** 5:25
**cohen** 5:1
**collateral** 33:2,2
**collectively** 36:1
**collusion** 17:1
**colorable** 23:3,23
**combination**
  39:12,13
**combined** 14:1
  15:7
**come** 10:16 39:16
**comfort** 9:18
  23:11
**coming** 12:10
  20:15
**commence** 12:6
  12:12,24 14:2
**commit** 26:22
**committee** 7:19
  7:24 8:18,21,24
  15:18 18:22 19:1
  19:3,16,18,22
  20:1,9 21:19 22:3
  22:9,11,17,25
  33:13 39:7
**committee's** 22:5
  22:19 24:23
**communication**
  8:2 9:2

communications
  19:14
company 7:13 8:9
  8:11 9:15,22
  13:17 14:1,5 17:3
  19:14 20:3,16
  21:21 24:17 31:1
  35:24
company's 9:18
  11:23 18:3 20:15
compare 10:24
  11:13 21:14
comparing 8:10
competing 27:18
  27:21
competitive 8:13
  15:22
completely 24:9
complicated
  38:10,12 39:19,20
comply 32:16,18
  46:7
comprehensive
  14:14 15:5
conceivably 47:1
  47:4,4
concern 8:8 9:14
  9:25 10:18,22,25
  13:1,2,5,18,21
  15:5 16:5 24:14
  24:17 25:21 26:11
  26:17,22,25 39:20
concerned 24:23
  33:14 39:15 46:4
concerns 22:9
concluded 22:22
  47:10
concludes 47:8
conducted 19:19
  19:21 22:14
confer 35:8
conference 27:5

confess 40:14
confirmation
  17:23,25
confirmed 21:1
  26:8 31:3 32:17
  34:16
conjunction 10:17
  10:21 11:1
connection 2:25
  28:16 31:8 32:11
  33:6
consent 43:22
consequently
  27:21
consideration
  23:15
considering 16:5
  16:6,20
consistent 46:8
constituents
  15:18 18:3
consultation 8:23
  8:24 11:2 12:9,16
  12:17,22 33:18
consulted 33:6
consulting 29:4
consumer 4:4
  32:9
consuming 21:24
contains 20:19
contemplated
  13:13 31:14 35:14
context 23:14
contingency
  14:14 16:20
continue 10:1
  12:3 14:6 36:12
continued 11:20
  29:5
continues 26:20
contract 2:10
  44:14,16

contractors 44:25
contracts 28:10
  28:16 29:22 31:4
  32:3 44:11
contrary 16:3
  35:11 44:10
contributed 21:24
contribution
  21:23
controversial
  40:19
conveys 36:17
cooperation 18:2
cooperatively
  19:17
copies 28:22
copy 28:2
corporation 1:7
  4:17 7:3 27:11
  35:24
correct 11:7 14:25
  15:3,9 24:22
  33:19 38:8
cost 2:9 39:16
costs 17:22 28:9
  31:7 32:5
counsel 17:8 24:3
  33:13 34:14 35:8
  42:15 45:22
counterparties
  31:12
country 48:15
couple 14:1 25:18
course 16:14
court 1:1,12 7:2,5
  7:12,14,20 8:12
  8:15 11:3,6,8,11
  11:13,16 12:11,13
  12:16,19 14:11,17
  14:17,23 15:1,4
  15:10,13,17 16:1
  16:9,14 18:5,7,10
  20:21,24 21:7,13

21:25 22:13 23:7
  23:10,19,25 24:3
  24:16,20 25:3,7
  25:12,16,22,25
  26:2,5 27:1,3 28:5
  29:8,9,13,15 30:3
  30:5,10,16,23
  31:18,25 32:14,19
  32:24 33:15,23,25
  34:2,6,9 35:7 37:9
  37:18 38:5,7,9,18
  38:23,25 39:18,21
  39:23 40:7,11
  41:8,12,22 42:2,6
  42:9,12,21,24
  43:2,6,10,18,21
  43:24 44:3,6,20
  44:22 45:3,5,8,13
  45:15,18 46:16,19
  46:23 47:1,5,9
court's 9:7
cover 41:15
covered 40:2
credible 15:14
credit 9:24 12:21
  18:18,21 21:3
  22:5,7,24,25 23:5
  23:6,17 33:10,25
  34:15,18 35:22
  36:10,13,21 37:1
  37:3,4,6,21,24
  38:1
creditor 41:19
creditor's 19:16
  19:22 22:25 33:13
creditors 22:3
  45:11
critical 14:5 26:17
cryptic 21:8
cure 2:9,9 28:9
  31:7,13,19,24
  32:4 46:3,6

cushman 19:8 20:11
customer 37:14 44:11

**d**

d 1:20 2:2,19 7:1 25:24
d.c. 6:4
daily 9:2 19:2
data 11:8,21
date 7:18 13:19 13:25 14:9,21 24:7 25:3,8,9 36:22 46:25 47:3
dated 28:4 35:23 48:9
david 5:6 6:6 37:11,20
day 13:9 19:5 37:22 46:20,22
daymon 6:16
days 9:1 12:10 16:4 26:23 44:21 44:22 45:6 47:2
deadline 8:4,15 10:11,13 12:2 22:23 27:17
deal 46:4
dealing 19:22
deals 33:1
debt 20:7 39:11
debtor 1:9
debtor's 8:5 9:5 10:6,12 27:6 28:5 28:8 29:3,20 30:20 35:16
debtors 2:15 3:4 7:7,22 8:14 10:17 12:5,24 15:17,20 16:4,19 17:16 19:7 24:12,25 27:11,20,22 28:15 28:19 29:25 31:3

31:11,11 32:8 33:11 35:17 37:21 37:23 42:4 43:14 44:10 45:10,11,21 46:6
december 1:16 3:16 8:14 10:3,11 12:2,4 13:9 14:9 14:20 15:10,25 22:23 24:6 27:16 27:20 28:15 48:9
decision 24:24 45:25
decisions 14:2
defined 8:24 35:25 36:10,25 37:2,6
depth 19:20
designated 28:16 32:3
detailed 19:5
determination 13:11
determine 13:23 32:10
determined 12:3 12:5 41:3,5
develop 11:1
difference 21:23
different 33:21 39:14 41:6
differential 21:20
dig 18:24
diligence 40:4
dip 4:12 7:24 8:24 11:25 12:21 15:18 33:17,17
direct 9:23 22:16
direction 8:18 40:16
director 19:25 20:4,6

disagree 24:3
discreet 27:6
discussions 17:18 33:11 39:3
disposition 36:6
dispute 32:2
distributed 10:8 40:5
distribution 34:3
district 1:2
division 13:23,23 13:25 15:7,7,8 17:17
divisions 8:9 9:22 13:3,4
doc 2:6
document 2:11 3:1,7,10 19:7
documents 19:10 19:12,15,16 22:22
doing 10:22 11:2 14:13 15:1 19:14 21:16 24:12
douglas 5:13,19 40:12
drain 1:20
dublin 39:6,6,19 39:22 40:6
due 40:3
duff 19:10 20:6

**e**

e 1:19,19 2:3,20 4:1,1 6:6 7:1,1 46:16
earlier 25:9
early 14:3 25:3
easy 43:8
ecf 28:18
ecro 1:25
edison 30:25
edward 6:13 20:9
effect 36:21 40:23

effort 26:10
efforts 26:22
eighth 6:10
either 15:4 39:12
elberg 4:14
elect 32:6
elected 40:10
electronic 48:3
elise 4:9 32:10
embarking 8:4
employees 28:12
encourage 14:9
encouraged 24:11
ends 27:4
enormous 8:19 26:10
ensure 10:2 17:25
enter 45:13 46:8
entered 33:16
entire 35:4
entities 3:3 42:15
entry 2:15 3:4 28:6
envision 41:18
equity 9:17
esl 5:9 9:15 18:20 19:8 20:3,19 21:4 22:5,6,8,10,23 23:4,4 25:14 26:10,19,21 39:12 39:13,14
esl's 22:25 24:3 25:20,23
especially 18:19
esq 4:9,14,21,22 5:6,11,19,25 6:6 6:13
essence 24:18
essentially 41:12
established 8:15 27:16
estate 10:4,5,8,9 10:12,13,15,16,21

[estate - granting]                                                                    Page 6

11:4,19,23 18:24
20:16,22
**et** 7:3
**evaluate** 10:16,20
11:9 13:3 21:14
23:14
**evaluating** 10:24
16:11
**event** 12:23 22:22
32:3
**evercore** 18:23
19:6
**everybody** 33:20
**everyone's** 9:13
**exactly** 11:10,12
34:5 38:20
**excuse** 16:6
**executory** 28:10
29:22
**exercise** 43:9
45:12 46:2
**exhibit** 28:3,5,21
29:16 30:1,4
**exigencies** 22:12
**existing** 9:18
12:14 34:18
**exists** 21:21 23:3
**expect** 12:8,10
17:18
**expeditiously**
17:20
**extend** 41:4
**extent** 23:4 36:11
37:3 42:5
**extremely** 14:7,10
18:22

**f**

**f** 1:19 35:13
**facilities** 39:12
**fact** 18:20 20:19
40:4 46:13
**facts** 23:15 24:5

**fair** 17:7
**fairhome** 19:8
**fairly** 34:24
**familiarity** 17:3
**far** 23:22 33:13
46:3
**fault** 16:19
**favorites** 16:4
**feel** 15:21
**feld** 22:2
**felix** 30:9
**fifth** 4:18
**file** 22:6
**filed** 12:10 18:20
27:20 28:4,15,19
28:25 29:1 30:7,7
30:9,12,25 31:1
31:17 32:13,20,21
33:4
**filing** 29:5
**final** 12:7 17:12
**finance** 20:3
**financial** 21:18
45:22
**financing** 12:1
37:17
**fine** 29:9 32:17
38:12 44:4 45:8
46:16
**finesse** 21:3,5,8
**firm** 10:13
**firms** 41:21
**first** 8:3 25:19
37:22 45:19
**five** 31:6 33:20
39:14 46:14
**fluid** 14:6
**focused** 13:7 18:1
**followed** 45:21
**foot** 24:7
**footprint** 11:21
**forced** 23:21

**foregoing** 36:23
48:2
**forever** 38:18
**forfeit** 35:19
**forfeits** 36:19
**forgot** 42:17
**form** 2:2,19
**formally** 30:1
**former** 20:15
**formerly** 37:7
**formula** 41:18
**formulas** 41:6
**forth** 26:12
**forward** 8:18 9:3
11:25 13:19 14:20
17:19 18:13,16
24:7,8 25:5
**foster** 15:24
**four** 8:21 29:25
31:10
**fox** 6:13,18
**franchises** 9:24
**frankly** 10:20
12:21 13:24
**free** 25:8 34:7
35:12
**freehold** 5:17
**frejka** 4:3,9 32:10
32:13
**front** 26:24
**frost** 6:20
**frozen** 14:24
**full** 12:24 13:1,2
13:18,21 17:17
19:3 21:19
**funds** 41:14
**further** 15:13
29:7
**future** 26:20

**g**

**g** 7:1 48:2
**gather** 21:3

**gems** 5:2
**general** 18:1
**generally** 39:7
**gentleman** 20:15
**give** 7:12,17 15:23
17:1 29:12 35:5
**given** 17:24 22:12
23:21 39:1 46:9
**gl** 33:9
**global** 8:4,16 9:6
10:19 13:10 16:6
16:6,16,17
**globally** 16:15
**go** 15:13
**gob** 9:19 12:12,14
13:6 24:14
**gobs** 14:2
**going** 8:8 9:14,25
10:17,21,25 12:6
13:1,2,5,12,17,18
13:19,20 15:5
16:5,6,6,10,22
18:16 24:14,16,25
25:5,21 26:11,17
26:22,25 30:11
35:10 39:16,24,25
40:4 41:2,8 44:19
44:25
**good** 7:4,22 18:8
18:10 22:1 25:13
27:9 37:19 40:11
**gotshal** 4:16 7:6
27:10
**gotten** 32:20
**gottlieb** 5:8 25:14
**govern** 39:24
**governed** 12:13
**grant** 36:8,15
45:18 47:6
**granted** 36:11,18
**granting** 2:6,23
3:6

**grateful** 18:2
**great** 24:10
**group** 6:18,21
  12:11 20:8 43:20
**guess** 11:8 14:11
  16:1 23:10
**guidance** 23:11
**guidelines** 9:9
**gump** 22:2 39:6

**h**

**hand** 23:21 29:7
**handed** 30:14
  38:14
**handle** 9:19
**happened** 43:4
**happy** 38:10
**hard** 10:2 14:7
  17:15 18:4,23
  20:18,20
**hat** 17:4,9
**hauer** 22:2
**head** 20:7
**hear** 24:11
**heard** 22:7 24:15
  24:22
**hearing** 2:1,1,3,9
  2:13,18,20 3:3,9
  3:12,15,15 10:19
  13:14 14:13 25:8
  26:15 27:5,23
  31:13 34:25 37:23
  40:15 47:8
**heating** 31:17
  32:1
**held** 37:7
**help** 11:9
**high** 7:21 8:2
**hold** 37:2,7
**holder** 37:16
**holding** 1:7 7:2
**holdings** 4:17
  27:10

**home** 2:1,4,16,19
  2:22,25 3:5 9:23
  9:24 28:8,17
  44:24
**homes** 44:25
**hon** 1:20
**honor** 7:4,16,21
  8:7 11:5 12:8,15
  17:12 18:8,11
  21:6,12,16 22:1,4
  22:6,20 23:2,16
  23:24 24:10 25:2
  25:11,13,18 26:4
  26:16,24 27:9,12
  28:24 29:11,16
  30:2,14 31:20
  32:22 33:14 34:5
  35:6 37:19,22
  38:8,13,20 39:6
  40:6,10,12 42:4
  43:17 44:4,5,23
  45:7,9 46:12,18
  47:7
**honor's** 24:15,22
**hope** 23:4 24:10
  26:23 27:3 34:8
**hopes** 16:21
**hoping** 38:6
**horse** 2:5,17,23
  3:6 8:5,6 15:20,23
  25:8
**huh** 15:16
**hundreds** 10:21

**i**

**icon** 26:18
**idea** 42:19
**identifiable** 39:1
**identifiably** 32:12
**identified** 23:22
**ii** 2:4,21 15:7
**iii** 2:6,23 15:8
**impact** 40:23

**impair** 35:18
**impairs** 36:18
**implemented**
  42:15
**important** 21:15
  24:6 26:6,10
**imposed** 42:3
**impossible** 10:20
**improvement** 2:1
  2:5,16,19,22,25
  3:5 28:8,17 44:24
**include** 11:3,11
  12:17 19:13
**included** 40:17
**includes** 12:16
  18:17 22:24,24
  28:20
**including** 7:24
  9:13,22 10:23
  22:14 33:11 35:12
**incremental** 29:12
  30:17 38:14
**incurred** 17:22
**indentured** 33:5
**indicated** 10:18
  27:12,19 38:21
**indications** 9:8,12
  10:25
**indicative** 9:21
  10:11 25:20
**indiscernible**
  16:17 31:19 38:12
  39:3,4,4,21 43:8
  46:9
**ineffective** 35:20
  36:20
**inevitably** 17:2
**informal** 19:19
  32:23 34:12
**information** 32:12
  39:1
**infrastructure**
  11:21

**initiate** 17:18
**input** 20:21
**institution's** 17:2
**intellectual** 36:9
  36:14,16,17
**intend** 10:1 26:22
  32:18
**intense** 18:19
**inter** 41:19
**interact** 10:15
**interacts** 10:14
**interest** 7:12,23
  7:23 9:8,12 10:25
  13:8 25:4 32:23
  35:20 36:20
**interests** 29:20
  35:16 45:11
**intersay** 41:24
**interviews** 19:20
  19:21,24 20:14
  22:14
**introduce** 39:4
**invalidate** 35:19
**invalidates** 36:19
**investigating**
  18:14 19:6
**investigation** 7:18
  22:13,18 23:3,17
**investment** 9:5
**investments** 9:15
**invitation** 34:6
**invited** 21:18
**invokes** 18:18
**involved** 39:15
**involvement**
  39:10
**ip** 33:9
**issue** 7:10 38:10
  39:3 40:19 42:2
  42:12 43:16 44:23
**issued** 19:9
**issues** 23:13 26:14
  39:9

**issuing**  36:24 37:5

**j**

**j**  5:6 6:20
**jacqueline**  4:21
  7:8 27:9
**james**  2:14 5:11
  6:16 25:13
**january**  13:7,11
  13:14,20 14:3,18
  17:19 25:3,7
**jeff**  20:5
**jersey**  5:17
**jobs**  26:18
**jointly**  35:17 36:4
  38:2
**jones**  10:7
**judge**  1:21 7:9
  14:22 15:21 17:11
  23:12
**judgment**  45:12
  46:2
**jurisdictions**  45:2

**k**

**k**  6:3
**karr**  19:1
**keep**  39:21
**key**  7:23 13:8,17
  15:17 18:3 19:20
**know**  11:17,25
  12:20,25 14:5,19
  15:24 16:10 17:17
  18:1,2 22:20
  37:13 41:17 42:18
  42:20 43:13
**knowing**  16:21
**knows**  18:11
**komyatti**  20:3
**kozlowski**  5:6
**kronenberg**  6:6
  37:11,11
**kunal**  20:3

**l**

**lampert**  20:10
  22:15 25:23
**landlord**  31:10
**landlords**  38:16
**lang**  10:7
**language**  30:14
  31:19,22 33:12
  34:22 37:13 38:5
  40:21 46:10
**large**  16:15
**lasalle**  10:7
**late**  28:25
**latella**  20:11
**law**  5:13 41:21
**laws**  25:23
**lazard**  9:5
**leases**  29:22 38:18
**leave**  33:14
**legal**  48:14
**legitimate**  23:24
**lenders**  7:24 8:25
  15:18 17:5
**length**  46:2
**letter**  9:6,9 10:6
**level**  8:2
**levin**  31:1
**lexington**  4:5 5:22
**li**  25:10
**liabilities**  28:11
  28:13
**license**  36:9,15,25
  37:5
**licensed**  45:1
**licenses**  36:11
  44:13
**lien**  33:5,9
**liens**  30:19 40:17
  40:18,25 41:1,5
  42:5 43:12
**light**  2:14 6:16
  18:20 25:23

**limit**  35:19
**limitations**  36:13
**limited**  2:13 3:4,9
  3:12 44:12,17
**limits**  36:19
**lipton**  19:9 20:5
**liquidation**  8:10
  9:10,10,16 11:3
  15:6 16:7,12
  24:20
**liquidator**  8:10
  9:19
**liquidators**  16:24
**literally**  11:19
**litigation**  21:22
**little**  22:16 35:9
**llc**  2:14 5:2 6:17
  6:20 30:9
**llp**  4:16 5:1,21 6:1
**long**  9:1 35:9
**longer**  23:18
  37:15,15
**longstanding**
  37:23
**look**  26:24
**looking**  18:13,14
  30:17 40:21
**looks**  25:5
**lost**  47:3
**lot**  9:3 11:21
  20:24 24:5 39:24
**love**  21:5 40:16

**m**

**m**  6:13,16
**m3**  20:17
**magrill**  37:19,20
  38:6,8
**mail**  46:16
**main**  5:15
**maji**  20:16
**making**  14:1
  44:25

**management**  31:1
**managing**  20:6
**mandate**  18:13
**manges**  4:16 7:6
  27:10
**manner**  2:2,19
**marcus**  4:21 7:8
  27:9,10 29:11,14
  29:16 30:4,6,11
  30:24 31:20 32:1
  32:20 33:19,24
  34:1,5,8,10 35:2,5
  35:9 38:13,20,24
  44:19,23 45:4,7,9
  46:12,18,21,24
  47:3,7
**mark**  20:7
**market**  37:16
**marketing**  36:24
  37:5
**marks**  36:25 37:5
**matter**  1:5
**matters**  3:15
  18:18
**maximum**  28:12
**mcsorley**  2:10
  31:2
**mean**  21:7,8 23:25
**means**  22:19
  44:18
**mechanism**  46:4
**meeting**  8:19,20
**meetings**  8:25
  19:19
**member**  19:25
**members**  19:1
**mentioned**  26:14
**merits**  29:18
**methodologies**
  39:15
**methodology**  33:7
  39:8 40:22

miami 20:10
michele 37:19
million 17:24
  19:12,13,17 28:9
  28:11,12
mind 26:21 45:5
mindful 17:21
  20:18
mineola 48:17
mix 23:25
mo 20:16
modification
  21:10
modified 46:9
moment 8:14 35:6
money 47:6
month 13:15
  40:25 45:21
months 44:20
moot 30:25 31:2
morass 39:16
morning 7:4,5
  18:8,10 22:1
  25:13 27:9,13
  37:19
morrison 5:1
motion 2:13,15
  3:3,4,12 27:6,13
  28:2,3,20 29:17
  45:16,18,19
mouthful 37:13
moving 8:17 9:3
  11:24 13:14 17:23
multi 11:19
multiple 8:25 9:21
  13:3 16:12

**n**

n 4:1 7:1
n.a. 6:9 35:15
n.w. 6:3
name 37:10
naren 20:2

narotam 1:25
nature 21:24
near 16:16
necessary 20:21
  20:22 24:13 43:23
  44:14 46:20
need 14:12,19
  15:10,23 16:18
  17:5 21:2,21,22
  24:4 43:3,11
  46:19
needed 32:10
needs 21:11,13
  23:14 24:25
negotiation 26:3
negotiations 29:3
nevel 6:18
new 1:2 4:7,19 5:4
  5:17,23 6:11
  10:23 35:10 44:8
news 7:22
nine 19:19
non 31:19
normally 20:25
note 17:12 26:7
  26:10 32:24
notice 2:2,20,24
  3:15 12:10 27:19
  28:15 32:3 40:2
  43:14
notified 42:16
notwithstanding
  35:11 36:8,23
  44:8
november 27:14
  28:4
number 9:16 12:7
  12:7 14:2 30:6,7
  31:1 32:7
numbers 30:25
  31:15
ny 1:14 4:7,19 5:4
  5:23 6:11 48:17

**o**

o 1:19 7:1
object 22:25
  37:25
objecting 46:6
objection 2:9,13
  2:13 3:3,4,9,12,12
  30:7,7,8,9,12
  31:16,17,19 32:2
  34:12,14 45:25
objections 28:21
  29:1,6,17,18,21
  29:25 30:24 31:5
  31:6,10,22 32:21
  32:21 46:3,14
objectors 29:4
obtains 44:13
obvious 16:25
  23:5
obviously 14:4
  20:24 24:5
occur 44:12
october 35:23
offer 24:8
offering 36:24
  37:4
office 6:19
offices 5:13 9:1
official 22:3 48:3
oh 34:8
okay 7:2,20 11:16
  12:19 18:5 20:24
  21:7,25 25:11,12
  26:5 27:1 29:9
  30:10,23 31:25
  32:19 34:6,9 35:7
  37:9,18 38:9,23
  39:22 43:18 44:3
  44:6 45:8,15
  46:19 47:9
old 48:15
ombudsman 4:4
  32:9

once 41:15,16
ongoing 7:13
  11:20 22:18
opinions 19:11
  20:7
opportunity 10:3
  26:18
opposed 40:17
options 37:17
order 2:15 3:4 9:7
  12:2,14 13:10
  15:24 24:13 26:13
  27:16,24 28:6,14
  28:23 29:2,7
  30:14,18 31:14
  32:15,25 33:17,17
  34:17,21 35:11,12
  35:18 36:3,16,22
  38:14 40:22 43:11
  43:11 44:7,9
  45:14 46:5,8,22
orders 33:16 34:4
orion 23:11
orms 3:25 48:2,7
overall 7:14,15
  10:15
owned 35:17 36:4
  38:2 39:12
ownership 25:23

**p**

p 4:1,1 7:1
p.c. 4:23 5:13
p.m. 27:16
page 40:22
pages 19:13,17
paid 24:5 31:7
  39:25 41:8
pans 16:20
paragraph 30:18
  32:15,24,25 35:10
  38:15,21 40:15
  43:25 44:1,7

[paragraphs - proposed]

**paragraphs** 42:13
**part** 14:3 23:25
  37:12 45:19,20
**participate** 33:10
  39:8
**participating**
  21:19
**participation** 39:2
**particular** 8:8
  9:22 25:20
**particularly**
  16:21
**parties** 7:12,17,23
  7:23 8:24 10:1
  11:2 12:9,17,22
  13:8,8 14:7,19
  15:15 18:1 25:4,9
  29:4 32:23 33:10
  33:12,19,21,22
  34:1 35:25,25
  36:1,18 38:2,11
  39:8,10 45:5 46:6
**partner** 20:5
**partners** 7:7
**parts** 9:23 13:4
**party** 20:1,9 33:6
  36:7,12 37:1
**path** 17:15,16
  24:24 25:5
**paul** 6:19 18:8,9
  18:23 21:17
**pay** 23:7,8
**payment** 28:9
**pendency** 30:20
**people** 8:25 17:3,8
  39:24
**people's** 44:25
**percent** 26:23
**perfection** 23:13
**perform** 44:14
**period** 13:16,17
  23:18 44:12,18
  46:20,22

**periods** 41:17
**permits** 44:13
**persist** 23:4
**person** 8:20,22
  37:7
**personal** 41:1
**personally** 32:11
  39:1
**perspective** 22:5
  22:19 24:23
**petition** 40:17,18
**ph** 19:1,2,8,9 20:3
  20:5,7,10,11,16
  30:8,9
**phelps** 19:10 20:6
**phil** 39:6
**phillips** 30:25
**pick** 15:20
**pictures** 23:11
**piecemeal** 15:2
**pieces** 16:15
**pivot** 13:22,24
  24:13
**place** 14:18 40:24
**plains** 1:14
**plan** 17:14,25
  21:1
**planning** 14:14
  16:20
**play** 23:17
**pllc** 4:3
**podium** 17:13
**point** 11:18 14:12
  15:20,22,24 16:1
  22:16 25:20 31:24
  37:16 40:20 41:3
  42:22 44:15
**pointing** 31:21
**points** 7:22
**polk** 37:20
**portion** 27:5 43:4
**possibility** 17:3

**possible** 14:8
  17:24 38:3
**post** 40:16,18
  43:12
**postings** 33:1
**potential** 9:7 10:9
  14:18 17:5
**potentially** 16:9
  39:14
**practical** 40:23
**pre** 40:16 42:2
  43:11,12
**predetermine**
  23:13
**prefer** 29:11
**prejudice** 26:8
**prejudices** 34:17
  34:21
**prepared** 34:22
**prepatory** 12:23
  24:13
**prepetition** 11:22
  18:15 21:17 33:5
  33:9,9 42:5
**preservation**
  41:12
**preserved** 42:1
**preserves** 34:23
**president** 20:2
**pressure** 20:25
**previously** 17:13
  27:7 33:2
**price** 28:9
**primary** 7:10
**prime** 6:20
**prior** 26:8 32:5
**priorities** 41:13
**priority** 30:19
  42:10 43:13
**privacy** 4:4 32:9
**privilege** 19:15,23
**privileged** 19:13

**probably** 27:4
  33:20 41:10,19,23
  44:15 46:12
**problems** 39:7
**procedures** 2:4,16
  2:21 8:16 9:6 12:1
  13:10 26:13 27:8
  27:15,16,24 28:6
  28:14 31:14 45:20
  45:23 46:5
**proceeded** 27:23
**proceeding** 23:12
**proceedings**
  47:10
**proceeds** 39:5
  40:4 43:15
**process** 7:13,14
  7:15 8:4,13,17 9:4
  9:6,11 10:4,6,8,13
  10:15,15,19,22
  11:18,19,25 12:13
  14:6 15:19,22
  17:6,19 24:14
**processes** 12:12
**program** 34:15
  35:22,22 36:1,7
  36:10,12,14,18,21
  37:1,3,4,6
**project** 21:24
**promptly** 24:25
**properties** 20:12
**property** 35:17
  36:2,4,6,9,14,16
  36:17 38:2 41:2
**proposal** 14:15
**proposals** 14:15
  14:20 15:15 16:5
  16:7,13
**proposed** 2:9
  29:18,21 32:15,25
  34:17 38:14 40:14
  40:22 42:14,14
  43:14 45:10,14

[proposing - review]                                                              Page 11

**proposing** 34:19
**protections** 2:17
  15:24
**protocol** 19:22
**provide** 20:20
  40:5 44:8
**provided** 19:10,15
  20:11 29:24 46:5
**provider** 37:21
**provides** 18:21,21
  28:7 32:15
**provision** 38:17
  40:3
**provisions** 20:19
**proviso** 44:8
**prudent** 12:3 46:2
  46:13
**public** 25:21 26:1
**publicly** 18:20
  22:6
**puntiss** 20:7
**purchase** 28:1,2,4
  28:7,8 44:9
**pursuant** 8:11
  10:6 35:13 36:2
**pursue** 10:17
  12:25 20:23
**pursuing** 15:15
  18:14
**push** 10:2 15:25
  17:19
**pushed** 13:25
**put** 14:19 24:7
  26:11 40:24 43:19
  43:25
**puts** 22:23
**putting** 26:10,21

**q**

**qualified** 10:3
  13:12,13,22 14:8
  27:17,21
**quarropaas** 1:13

**question** 29:19
  31:23 44:6
**questions** 10:14
  31:7
**quick** 10:4
**quickly** 17:23
**quite** 34:13,23
**quo** 38:6
**qureshi** 22:1,2
  23:8,16,20 24:2,9
  24:19,22 25:11,19
  26:8

**r**

**r** 1:19 4:1 7:1
**rai** 1:25
**ray** 4:23 7:6
**rdd** 1:3
**reach** 32:4
**read** 35:3 46:11
**reaffirm** 24:12
**real** 10:4,5,8,9,12
  10:13,14,16,21
  11:4,19,23 18:24
  20:16 41:2
**really** 9:2 13:7
  14:4 15:23 17:7
  18:24 38:3 40:23
**reason** 20:20 47:5
**reasonable** 10:2
**recall** 8:7 37:22
**receive** 13:17,20
  25:4 27:21
**received** 9:12,15
  9:16,18,21 10:9
  10:14 19:10,12
  28:21 29:17
**recognized** 35:21
**recommend** 14:17
**recommendations**
  32:14,18
**record** 10:19 22:2
  24:12 35:3 39:2
  45:3,24 46:9,11

**recording** 48:4
**reese** 19:25
**reference** 46:13
**reflect** 29:2
**reflected** 29:16
  32:2
**regard** 46:10
**regarding** 20:21
**regardless** 17:14
  17:16
**regular** 8:23
**reid** 6:18
**reiterate** 14:12
  16:2
**relate** 29:18,21
  31:6
**related** 2:6,6,10
  2:23 3:1,7,7,10
  11:22 20:1,9
**relating** 28:12
**release** 18:18,21
  22:8,24 23:7,8
**relief** 2:6,24 3:7
**remain** 9:11 36:5
**remaining** 29:6
  31:6,16 46:3
**remains** 8:13
**render** 35:19
**renders** 36:19
**rentals** 30:8
**repairs** 45:1
**report** 30:12
  32:13,16,17
**represent** 18:11
**representative**
  20:4
**represented** 41:20
  41:21
**representing**
  39:14
**represents** 45:12
**request** 38:16

**requested** 33:8
**requests** 19:7
  32:23 45:13
**required** 12:21
  18:17 25:24 31:7
**requirements**
  25:22 26:12
**reservation** 2:14
  3:13 38:4 40:21
**reserve** 17:24
**reserved** 25:7
**resolution** 32:4
**resolve** 29:6 38:11
**resolved** 30:13
  31:22
**respect** 27:15
  28:10 31:10,13,16
  31:23 32:1 34:10
  35:12 36:2,4,14
  38:13
**respected** 41:20
**respective** 41:5
**respond** 30:22
**response** 28:5,20
  28:24 29:1,5,17
  33:4 45:17
**responsible** 12:23
**restated** 35:21
**restrictions** 36:5
  36:13
**restricts** 36:24
**restructuring**
  7:17 8:18,21
  18:12,12,22 19:3
  20:8 21:19 22:11
  22:17
**result** 29:24 40:1
**results** 29:3
**retail** 8:6,17 9:13
  10:7
**retained** 18:23
**review** 19:5,15

**reviewed** 32:17
**revised** 28:22 29:7
**revisions** 29:2
**richard** 20:10
**riecker** 19:24
**right** 11:15 12:15
  14:16,21 15:21
  16:1 21:7 23:19
  24:19 25:25 26:2
  27:4 34:5 35:20
  36:9,15,20 37:18
  38:9,20,25 39:18
  40:16 41:22 42:6
  42:9,17,23,23
  43:1,2,3 45:18
  46:23
**rights** 2:14 3:13
  12:18 34:18,21,23
  36:17 38:4 39:8
  40:21 41:13
**risk** 14:23
**road** 48:15
**robert** 1:20
**robertson** 31:17
  32:1,5
**roebuck** 35:24
**route** 10:18 21:4
**rule** 25:24
**run** 14:23
**running** 9:4 11:18

**s**

**s** 2:11 3:1,7,10 4:1
  4:9 7:1
**sale** 2:1,2,3,4,16
  2:18,20,20,22,25
  3:5 7:11,13,14,15
  8:4,16 9:14 10:18
  13:1,2,10,14
  23:12 27:13,13,15
  27:24 28:2,7,17
  28:20,23 29:19,20
  32:11 33:1 36:15
  41:7 42:21,23

43:15 45:10,20
**sales** 8:17 9:20
  10:19 12:6 13:23
  13:23,25 17:17
  35:12 46:5
**sara** 5:25
**satisfactory** 32:4
**satisfies** 26:12
**save** 26:18,18
**saying** 14:13
  15:14 16:3 42:2
**says** 30:18 35:11
  44:7,8
**scheduled** 3:15
**scheduling** 2:18
**scheidemeyer**
  20:5
**schrock** 7:4,6,6,15
  7:21 11:5,7,10,12
  11:15,17 12:15,17
  12:20 14:16,21,25
  15:3,9,12,16,21
  16:8,12 17:11
  18:6 24:12 26:14
**schwartzberg**
  6:19
**scope** 41:4
**scott** 20:4
**seamlessly** 38:3
**sears** 1:7 2:1,4,16
  2:18,22,25 3:5
  4:17 7:2 9:23,23
  9:23 11:20 19:25
  20:4 26:17,19,20
  27:10 28:17 35:23
  35:24,25 36:1,7
  36:12,18,25 37:5
**second** 33:5,9,17
  35:21 45:19
**section** 35:13
**securities** 25:23
**see** 13:4,25 40:14
  40:16

**seek** 46:21
**seeking** 12:3 22:7
  22:8 27:23 46:19
**seico** 30:8
**select** 8:5
**selected** 8:6
**sell** 45:25 46:1
**send** 26:2
**sense** 23:15 25:9
  44:17
**sent** 9:5,8 13:5
  26:1
**separate** 10:6
**separately** 13:7
**september** 8:5
**serious** 15:14
**seriously** 14:10
  17:8,10
**service.com** 6:2
  27:22 28:16 34:20
  34:22 37:16
**service.com.**
  27:25 37:12
**services** 9:23
**sessions** 19:5
**set** 10:12 12:7
  14:15 26:12 41:15
  46:25
**seyfarth** 6:8
**shana** 4:14
**shaw** 6:8
**shearman** 5:21
**sheila** 3:25 48:2,7
**ship** 7:11 27:14
  28:12 29:19 32:11
  34:15 37:14 38:1
  38:1
**ships** 27:7
**shocked** 25:15
**shot** 16:22
**shouldn't** 43:10
**shrink** 11:20

**shrock** 4:23
**side** 18:24
**sidley** 6:1 37:11
**significant** 15:6
  17:21
**simpler** 38:11
**simply** 31:23
**singh** 4:22 7:8
**sinha** 20:2
**sirus** 39:12,13,14
**sitting** 26:15
**six** 33:20
**skadden** 4:11
**small** 12:11 16:25
**sold** 13:4 41:3
**solicit** 9:8
**soliciting** 8:7,8,9
  10:5
**solutions** 48:14
**solvency** 19:11
  20:6
**somebody's** 13:12
**somewhat** 38:10
**soon** 42:18,19
**sooner** 47:6
**sorry** 35:6
**sort** 41:24
**sought** 45:20
**sound** 48:3
**southern** 1:2
**speaking** 19:4
**spend** 39:24
**spent** 9:1
**stage** 22:20 23:2
**stakeholders** 7:25
  17:19
**stalking** 2:5,17,23
  3:6 8:5,6 15:20,23
  25:8
**stand** 24:4
**standing** 25:15
  26:7,24

[start - undertaken]                                                           Page 13

**start** 7:21 34:7
**started** 7:10
**state** 37:10
**statement** 3:9
**states** 1:1
**status** 7:18 27:5
  28:21 38:6
**steps** 12:23 32:10
**sterling** 5:21
**store** 8:17
**stores** 8:6 9:13
  12:7,11 13:5,7
  14:2
**stout** 18:24
**strauss** 22:2
**street** 1:13 5:15
  6:3
**stress** 14:6
**subcommittee**
  7:17 18:12,16
**subcommittee's**
  18:13
**subject** 20:13 31:4
  33:15
**submit** 10:3 27:17
  45:10
**submitted** 19:7
**submitting** 9:9
  10:5
**subpoena** 19:9
**substantially**
  39:10
**suggest** 16:2 25:2
**suite** 4:6 5:16
  48:16
**summarized** 28:1
**summary** 23:12
**sunny** 4:22 7:8
**supply** 31:17
**supply's** 32:2
**support** 18:3 28:5
  28:20

**sure** 9:4,13 14:8
  14:12 17:9 23:16
  24:2,3 25:10,14
  34:3,13,16 37:11
  37:25 40:3 41:11
  41:14,25
**surprised** 26:8,9
**swibel** 6:18

**t**

**t** 5:13,19
**tabachnik** 5:13,19
  40:9,12,13 41:10
  41:14,23 42:11,18
  42:23 43:1,3,7
  44:4
**take** 12:22 14:9
  14:18 17:8,10
  23:5,10 24:25
  32:6 41:24 44:15
**taken** 32:10
**talk** 25:9
**talked** 17:13
  40:25 46:14
**talking** 42:21
**talks** 40:22
**tax** 30:19 40:25
  41:3
**taxing** 3:3 5:14
  30:12,15 40:13
  41:6,20 46:10
**telephone** 6:15
**telephonically**
  8:19,20,22
**ten** 16:3 26:23
**teresa** 6:16
**term** 37:2
**terminated** 37:4
**terms** 11:25 32:16
**texans** 40:7,9
**texas** 3:3 5:14
  30:12,15,21 40:9
  40:13,25 43:4,5
  46:10

**thank** 15:12 17:11
  18:6,7 21:12
  25:11 27:2 29:15
  40:6,12 44:4
  46:18 47:7
**thanks** 7:8 31:21
**thereto** 36:1
**thing** 16:23 40:20
**things** 24:10
  25:19 41:3
**think** 7:16,22
  12:23 13:18 14:7
  14:13 17:1,23,25
  21:15 23:22,23
  25:9 27:4 30:21
  31:18 35:1 37:12
  37:13 38:21,22
  40:18 42:14 43:11
  43:13,25 46:12,21
  47:7
**third** 5:3
**thought** 10:20
  30:11 42:13
**three** 8:21 19:4
  20:14
**time** 7:9 8:3,7
  13:16 14:5 20:24
  21:24 23:18 25:10
  37:8 39:24,24
  41:3,17 44:12
  45:2
**timeframe** 23:21
**times** 8:22 19:4
**today** 7:7,9,11
  47:8
**today's** 38:24
  40:15
**todd** 6:20
**told** 21:4 22:13
  30:15
**totaling** 19:13
**track** 47:3

**transaction** 16:16
  16:17 18:17 20:13
  27:6 38:19 42:20
  45:13
**transactions**
  18:15,25 20:1,2,9
  21:17
**transcribed** 3:25
  19:21
**transcriber** 48:7
**transcript** 48:3
**transferred** 35:18
  36:2
**transition** 37:25
**transitioned** 38:3
**transparent** 9:4
**transpired** 25:5
**tranzier** 19:2
**treatment** 36:6
**tried** 25:16
**true** 26:19 48:2
**trust** 6:9
**trustee** 6:19 32:9
  33:5
**trying** 26:11
  28:25 32:22 34:13
  39:17
**turns** 21:9 41:6
**two** 19:19 30:24
  41:17,21 44:18,20
**type** 20:25
**types** 15:15

**u**

**u.s.** 1:12,21 6:19
  32:9
**uh** 15:16
**ultimate** 17:15,16
**underlying** 33:16
  39:11 45:25
**understand** 14:12
**undertaken** 21:11
  21:13

**unencumbered**
33:2
**unidentified** 35:1
35:3 42:4,7,25
43:8,16,19,22
44:2,21
**unit** 35:24
**united** 1:1
**universe** 16:24
**unsecured** 22:3
**update** 7:13,17
19:3 25:4 38:25
**use** 36:6,9,15,25
37:5

**v**

**valid** 45:12
**valorem** 30:19
40:17,18 41:1
**valuation** 20:12
**value** 11:22 20:22
21:20,22 41:2,7
**variety** 45:1
**various** 29:22
32:23
**veritext** 48:14
**version** 33:4
**viable** 23:3,23
24:14,16,17
**vice** 20:2
**view** 34:20 38:3
40:2
**views** 39:16
**violate** 34:3
**vis** 34:18,18

**w**

**wachtel** 19:9 20:5
**waive** 35:19
**waiver** 46:20,21
**waives** 36:19
**wakefield** 19:8
20:11
**walls** 17:6

**want** 7:19 10:24
11:1 14:5 16:2
21:7,8 33:21
40:20 41:10 43:19
**wanted** 7:12,17
34:16 37:25 40:7
41:25 45:3
**wants** 15:4
**wardwell** 37:20
**warning** 17:1
**washington** 6:4
6:20
**way** 23:5 46:1
**ways** 21:2
**we've** 8:17,19,20
8:23,25 9:8,12,15
9:17,21 10:14
12:2,5,8 22:21
32:20 33:12 34:12
34:16
**wearing** 17:4,9
**webb** 6:20
**week** 8:22 19:4
20:10 44:20
**weekend** 19:5
**weeks** 8:3 9:2
14:1 44:18
**weigh** 33:21
**weil** 4:16 7:6
27:10
**weiss** 18:9,23
21:17
**west** 2:14 5:15
6:16
**white** 1:14
**william** 31:2
**wilmington** 6:9
**wind** 8:11 12:24
**withdrawal** 3:9
**withdrawn** 30:1
**witnesses** 19:20
22:21

**word** 10:4
**words** 7:19 22:4
34:24
**work** 8:20 10:1
15:2 17:14 18:19
19:5 20:12,16,18
20:25 21:16 22:18
24:13 29:6 32:22
34:13
**working** 7:25 8:14
12:9 14:7 15:18
17:15 18:3,22
19:17 20:20 22:12
31:11,12 32:8

**x**

**x** 1:4,10 35:16

**y**

**y** 36:8
**yeah** 35:1 42:23
42:24
**year** 11:19 12:12
**years** 26:19
**yesterday** 28:19
29:5,10 32:13
**york** 1:2 4:7,19
5:4,23 6:11

**z**

**z** 36:15