# Friedmann

# *EXHIBIT G*

| | |
|---|---|
| **From:** | Prakash, Rajat <Rajat.Prakash@searshc.com> |
| **Sent:** | Friday, February 8, 2019 5:42 PM |
| **To:** | eddie@eslinvest.com; rob.riecker <rob.riecker@searshc.com>; Naren.Sinha@searshc.com; Robert.Phelan@searshc.com; Thomas.Koreis@searshc.com; William.Linnane@searshc.com; kunal@eslinvest.com; mmeghji@miiipartners.com; bgriffith@miiipartners.com; cgood@miiipartners.com; Eacevedo@miiipartners.com; Nicholas Weber <nweber@miiipartners.com>; jfrantz@miiipartners.com; Daniel Allan <dallan@miiipartners.com> |
| **Cc:** | Wells, Paris <Paris.Wells@searshc.com>; Avitia-Guzman, Jaqueline <Jaqueline.Avitia-Guzman@searshc.com>; Joye, Jennifer <Jenny.Joye@searshc.com>; Hutka, Jeffrey <Jeffrey.Hutka@searshc.com>; Espinosa, Daniel <Daniel.Espinosa@searshc.com>; Liu, Lu <Lu.Liu@searshc.com>; Khan, Aziz <Aziz.Khan@searshc.com>; Prakash, Rajat <Rajat.Prakash@searshc.com> |
| **Subject:** | Daily Cash Flow Forecast 2.8.2019 |
| **Attach:** | Daily Cash Fcst - 2.8.19.xlsx |

All,

Attached is the daily cash forecast for Feb 8th.

**Key Callouts:**
- In order to maintain $850 1L outstanding balance, certain payments contractually due this week have been delayed until next week
- Projections assume $15 M withheld by First Data are received in fiscal Feb
- Attached forecast reflects 1L rebalancing executed on Dec 21, Jan 4, Jan 18:
  - Dec 21st Actual Rebalancing:
    - Revolving Commitments changed from $1,148 M to $639 M
    - Term Loan balance changed from $683 M to $605 M
    - We borrowed on the revolver to pay down Term Loan
  - Jan 4th Actual Rebalancing:
    - Revolving commitments changed from $639 M to $552 M
    - Term Loan changed from $605 M to $523 M
    - We borrowed on the revolver to pay down Term Loan
  - Jan 18th Actual Rebalancing:
    - Revolving Commitments changed from $552 M to $542 M
    - Term Loan balance changed from $523 M to $513 M
    - We borrowed on the revolver to pay down Term Loan
- Attached reflects all borrowings on the $350 M Junior DIP facility:
  - $75 M funded at close on Nov 30th
  - $100 M funded on Jan 10th
  - $175M funded on Jan 18th
- The Total AP Balance beginning 2-8-2019 is:
  - Merch: 84.3
  - Nonmerch: 64.2

===========================================================================================================

## I. February

| | Total Cash | 1L Revolver | 1L Term Loan | Letters of Credit | Net Debt |
|---|---|---|---|---|---|
| **As of: February 7, 2019** | 374 | 488 | 513 | 118 | 744 |
| **Change to Month End Estimate** | 0 | +3 | 0 | 0 | +3 |
| **As of: February 8, 2019** | 374 | 490 | 513 | 118 | 747 |

Daily Variances (and treatment through rest of month):

| | Today | Timing | Forecast | Permanent |
|---|---|---|---|---|
| **Prior Day Available Cash Estimate** | 0 | | | |
| | | | | |
| **Cash Inflows** | +6 | -.4 | 0 | +5 |
| **Merch/Non-Merch Disbursements** | +35 | -34 | 0 | +2 |
| **Logistics** | +2 | -2 | 0 | 0 |
| **Global Sourcing** | +2 | -2 | 0 | 0 |
| **Sears Card Reimbursement (Citi)** | +11 | -10 | 0 | +1 |
| **Reserve Funding** | -11 | 0 | 0 | -11 |
| **Sales taxes/State taxes** | +.2 | -.2 | 0 | 0 |
| **Payroll/ Taxes/ Benefits** | +.6 | 0 | +.6 | +1 |
| **Total Operating** | +44 | -47 | +1 | -3 |
| | | | | |
| **Junior DIP** | 0 | 0 | 0 | 0 |
| **Revolver** | -44 | +47 | -1 | +3 |

SEARS_ENFORCE0001181

| Total Financing | -44 | +47 | -1 | +3 |
|---|---|---|---|---|
| Available Cash Change | 0 | 0 | 0 | 0 |
| Available Cash Balance | 0 | | | |

Operating Comments:
- Today's Cash Inflows +5.5 to forecast
- Merch/Non-Merch Disbursements +35.2 treated as timing
- Logistics +1.5 treated as timing
- Global Sourcing +1.5 treated as timing
- Sears Card Reimbursement (Citi) +10.6 treated as permanent
- Reserve Funding -11.1 treated as permanent
- Sales taxes/State taxes +0.2 treated as timing
- Payroll/ Taxes/ Benefits +0.6 treated as permanent

Financing Comments:
- Junior DIP flat to forecast
- Revolver -44 to forecast

Rajat Prakash
Sears Holdings Corporation
Treasury
847.286.2288

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email or by calling 212-716-1491 and delete the message.

SEARS_ENFORCE0001182