# Friedmann

# *EXHIBIT I*

**In The Matter Of:**
*In Re Sears Holdings*

*Jeff Butz*
*June 21, 2019*



*Min-U-Script® with Word Index*

```
 1
 2  UNITED STATES BANKRUPTCY COURT
    SOUTHERN DISTRICT OF NEW YORK
 3  ------------------------------------------------X
    In Re:
 4
    SEARS HOLDINGS CORPORATION, et. al.
 5
    Debtor
 6  ------------------------------------------------X
 7
 8            DEPOSITION OF JEFF BUTZ
 9               New York, New York
10             Friday, June 21, 2019
11
12
13
14
15
16
17  Reported by:
18  Rebecca Schaumloffel, CLR, RPR, CCR-NJ
19  Job No:  2019-72625
20
21
22
23
24
25
```

```
                                                                   2

  1
  2
  3                    June 21, 2019
  4                    9:05 a.m.
  5
  6
  7
  8           Deposition of JEFF BUTZ, held at
  9   the offices of WEIL GOTSHAL, 767 Fifth
 10   Avenue, New York, New York 10153 before
 11   Rebecca Schaumloffel, a Certified Livenote
 12   Reporter, Registered Professional Reporter,
 13   Certified Court Reporter of New Jersey, and
 14   Notary Public of the States of New York, New
 15   Jersey, Delaware, and Pennsylvania.
 16
 17
 18
 19
 20
 21
 22
 23
 24
 25
```

3

A P P E A R A N C E S:


AKIN GUMP STRAUSS HAUER & FELD, LLP
     Attorneys for the Unsecured
     Creditors
     One Bryant Park
     New York, New York 10036
     BY:  JOHN P. KANE, ESQ.
          Jkane@akingump.com



WEIL GOTSHAL & MANGES, LLP
     Attorneys for the Debtors and
     Debtors-in-Possession
     767 Fifth Avenue
     New York, New York 10153
     BY:  JAKE RUTHERFORD, ESQ.
          Jake.rutherford@weil.com
          JARED R. FRIEDMANN, ESQ.
          Jared.friedmann@weil.com
          JENNIFER CROZIER, ESQ.
          Jenniffer.crozier@weil.com
          PAUL R. GENENDER, ESQ.
          Paul.genender@weil.com

APPEARANCES (continued:)


CLEARY GOTTLIEB STEEN & HAMILTON, LLP
    Attorneys for ESL Investment, Inc.
    One Liberty Plaza
    New York, New York 10006
BY:  ANDREW WEAVER, ESQ.
     Aweaver.cgsh.com


ALSO PRESENT:


    Chelsea Hanlock, summer associate,
    Cleary


    *       *       *

```
 1                    J. BUTZ
 2   JEFF BUTZ, called as a witness, having been
 3   first duly sworn by a Notary Public of the
 4   States of New York, New Jersey, Pennsylvania,
 5   and Delaware, was examined and testified as
 6   follows:
 7   EXAMINATION BY
 8   MR. RUTHERFORD:
 9        Q.    Mr. Butz, is it?
10        A.    Yes.
11        Q.    Can you please state your full
12   name?
13        A.    Jeffrey A. Butz.  Allan Butz.
14        Q.    Good morning.  Have you ever been
15   deposed before, Mr. Butz?
16        A.    Yes.
17        Q.    When was the last time?
18        A.    Oh, 15 years ago.
19        Q.    15 years ago.  Okay.
20        A.    Something like that.
21        Q.    I'll just run through kind of some
22   refresher rules since it's been awhile since
23   the last time you were deposed.
24              First, you are under oath, so you
25   do need to tell the truth, the whole truth
```

(Timestamps 09:05AM appear at lines 8-25.)

```
 1                    J. BUTZ
 2   to that later.
 3           What is your position at Sears?
 4       A.   Senior director of accounting
 5   services.
 6       Q.   And how long have you held that
 7   position?
 8       A.   Five years.  Four years.
 9       Q.   Five years.  And how long in total
10   have you been at Sears?
11       A.   30 years.
12       Q.   30 years.  And what previous
13   positions have you held?
14       A.   Do I need to list them all?  It's
15   a lot.
16       Q.   Why don't we do the last two prior
17   to your current position.
18       A.   Manager of financial planning and
19   analysis for corporate.  Marketing controller
20   before that.
21       Q.   Okay.  And what are your
22   responsibilities as a senior directing
23   accounting -- senior director of accounting
24   services?
25       A.   I have seven directors that report
```

```
           1                    J. BUTZ
09:08AM    2    to me.  I oversee two primary areas.  I have
09:08AM    3    responsibility for running the monthly close
09:08AM    4    process with the general ledger.  And then I
09:08AM    5    have all of the, I will say, transactional
09:08AM    6    accounting responsibilities.
09:08AM    7           So I have people in our accounting
09:09AM    8    centers that oversee our offshore Wipro
09:09AM    9    operations of approximately 260 people that
09:09AM   10    handle the input account reconciliations,
09:09AM   11    things related to the monthly close at
09:09AM   12    Transform.
09:09AM   13        Q.    And that's the same position you
09:09AM   14    held at Sears?
09:09AM   15        A.    Yes.
09:09AM   16        Q.    So I take it you assist in the
09:09AM   17    preparation of financial reports?
09:09AM   18            MR. WEAVER:  Objection; form of
09:09AM   19       the question.
09:09AM   20        Q.    I take it you assist in the
09:09AM   21    preparation of the consolidated balance
09:09AM   22    sheets that are prepared in connection with
09:09AM   23    the company's SEC filings?
09:09AM   24        A.    I handle the monthly close.  I do
09:09AM   25    not prepare those documents.
```

Jeff Butz - June 21, 2019

18

```
 1                     J. BUTZ
 2   what the balance was on -- as of Wednesday
 3   morning in the AP system at that point in
 4   time.  Wednesday, the 6th.
 5        Q.   And so if we look at -- if you
 6   flip the page, the totals -- do you see the
 7   totals in those two categories for Sears and
 8   Kmart?
 9        A.   Yes.
10        Q.   Do those align with the totals we
11   just looked at in Butz-1?  I apologize, I
12   should have told you to keep it open.
13             MR. WEAVER:  Can you quote him
14        back the page?
15             MR. RUTHERFORD:  Yes.  The first
16        is '1331.
17        A.   Yes.
18        Q.   Okay.  So at the end of the month
19   when this process occurs, certain entries are
20   placed in the prepaid inventory account and
21   others are put in the AR account, correct?
22             MR. WEAVER:  Objection to form,
23        misstates his testimony.
24        A.   Correct.
25        Q.   ==And isn't it true that the==
```

1                          J. BUTZ
09:22AM   2    entries, something that's designated as
09:23AM   3    prepaid inventory cannot also exist as AR on
09:23AM   4    one of these accounts, correct?
09:23AM   5              MR. WEAVER:  Objection; form of
09:23AM   6         the question.
09:23AM   7         A.   Correct.
09:23AM   8         Q.   And was this process done before
09:23AM   9    closing?
09:23AM  10              MR. WEAVER:  Objection.
09:23AM  11         Q.   Just prior to closing, was this
09:23AM  12    process done?
09:23AM  13              MR. WEAVER:  Objection.
09:23AM  14         Q.   Close of the sale transaction,
09:23AM  15    February 11th?
09:23AM  16              MR. WEAVER:  Objection to the
09:23AM  17         "this," if you want know what the
09:23AM  18         objection is.
09:23AM  19         Q.   Did the process that we are
09:23AM  20    discussing by which you true up the numbers
09:23AM  21    and pullout the prepaid inventory from the AR
09:23AM  22    schedules and place them on the prepaid
09:23AM  23    inventory, did this process occur just before
09:23AM  24    the closing of the APA?
09:23AM  25         A.   The reports were run Wednesday

```
            1                      J. BUTZ
09:37AM     2          MR. RUTHERFORD:  Okay.  Let's
09:37AM     3    take a brief break.
09:37AM     4          MR. WEAVER:  Okay.
09:41AM     5          (Whereupon, a recess was held.)
09:41AM     6  BY MR. RUTHERFORD:
09:41AM     7      Q.    I have just a few more questions
09:41AM     8  for you.  You are familiar with how the
09:41AM     9  company calculated the warrantee receivables
09:41AM    10  prepaid inventory and specified receivables
09:41AM    11  scheduled pre close, correct?
09:41AM    12      A.    No.
09:42AM    13      Q.    You are not familiar?
09:42AM    14      A.    Not warrantee receivables.
09:42AM    15      Q.    Not warrantee receivables.
09:42AM    16          MR. WEAVER:  One at a time.
09:42AM    17      Q.    You are not familiar with how they
09:42AM    18  calculated the warrantee receivables?
09:42AM    19      A.    No.
09:42AM    20      Q.    Are you familiar with how they
09:42AM    21  calculate the prepaid inventory schedules?
09:42AM    22      A.    Yes.
09:42AM    23      Q.    Pre close?
09:42AM    24      A.    Yes.
09:42AM    25      Q.    And you just testified that you
```

26

1  J. BUTZ
2  have not seen E&Y's prepaid inventory
3  calculations?
4      A.  No.
5      Q.  So you are not in a -- you are not
6  in a position to determine whether the two
7  are consistent?
8      A.  No.
9      Q.  You are familiar with how the
10 specified receivables were calculated pre
11 close, correct?
12     A.  A schedule, yes.
13     Q.  And you just testified that you
14 haven't seen E&Y's calculation of the
15 specified receivables schedule?
16     A.  No.
17     Q.  So you are not in a position to
18 determine if the two are consistent?
19     A.  Correct.
20
21
22     (Continued on next page to include
23 jurat.)
24
25

```
                                      27
 1                    J. BUTZ

 2

 3         MR. RUTHERFORD:  Okay.  I think

 4    that's all we have.

 5         MR. WEAVER:  Nothing here.

 6         (Whereupon, at 9:43 a.m., the

 7    Examination of this Witness was

 8    concluded.)

 9

10

11         _____
                    JEFF BUTZ
12
    Subscribed and sworn to before me
13  this _____ day of _____ 2019.

14  _____
           NOTARY PUBLIC
15
```

1
2        E X H I B I T S
3
4
5   EXHIBIT      EXHIBIT                        PAGE
6   NUMBER       DESCRIPTION
7   Exhibit 1    SEARS_ENFORCE0001210            11
8                through '1396
9   Exhibit 2    SEARS_ENFORCE0001397            17
10               through '1416
11
12
13
14                 I N D E X
15
16   EXAMINATION BY                             PAGE
17
18  MR. RUTHERFORD                               5
19
20
21
22   INFORMATION AND/OR DOCUMENTS REQUESTED
23   INFORMATION AND/OR DOCUMENTS       PAGE
24              (NONE)
25

C E R T I F I C A T E

STATE OF NEW YORK  )
                   : SS.:
COUNTY OF NASSAU   )

I, REBECCA SCHAUMLOFFEL, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this       day of June, 2019.

_____
REBECCA SCHAUMLOFFEL