# *Gallagher*

# *EXHIBIT A*

## LEGEND

| SEARS LOTS | ACREAGE |
|---|---|
| 1 | 125.232 ACRES |
| 2 | 33.345 ACRES |
| 3 | 34.813 ACRES |
| 4A1B | 9.025 ACRES |
| 4A1C1 | 7.865 ACRES |
| 4A1C2 | 4.157 ACRES |
| 4A1C3 | 8.084 ACRES |
| 4A2A2C | 5.081 ACRES |
| 4A3C | 3.855 ACRES |
| 4G1B3 | 7.783 ACRES |
| 4G1C | 0.473 ACRES |
| 4G4 | 3.176 ACRES |
| 4G7 | 1.351 ACRES |
| 5B3A1 | 4.893 ACRES |
| 5B4B | 9.855 ACRES |
| 5B4C | 14.953 ACRES |
| SEARS LOT AREA TOTAL | 273.941 ACRES |
| POA LOTS | ACREAGE |
| 4A1A | 6.922 ACRES |
| 4A5F | 1.367 ACRES |
| 4D1 | 51.601 ACRES |
| 4D2 | 3.631 ACRES |
| 5D | 28.415 ACRES |
| POA LOTS AREA TOTAL | 91.936 ACRES |

| NO. | DATE | REVISIONS |
|---|---|---|

| DOCUMENTATION | | BY | DATE |
|---|---|---|---|
| PROJECT NO. 9255DON | DESIGNED BY | JMW | 11-12-08 |
| | DRAWN BY | JMW | 11-12-08 |
| CADD FILE EX_01 PSTONE EAST | CHECKED BY | ANH | 11-12-08 |
| | CHECKED BY | | |

V3 Companies
7325 Janes Avenue
Woodridge, IL 60517
630.724.9200 phone
630.724.9202 fax
www.v3co.com

PROJECT TITLE: PRAIRIE STONE

DRAWING TITLE: EXHIBIT - SEARS & PRAIRIE STONE POA OWNERSHIP

DRAWING NO. EXH01

