# *Gallagher*

# *EXHIBIT C*

PDF created with pdfFactory trial version www.pdffactory.com

# KEY MAP ON SHEET 2 OF 17

**VICINITY MAP**

## LEGEND OF SYMBOLS:

| | | | |
|---|---|---|---|
| Power Pole | | Flag Pole | |
| Power Pole w/Light | | Sign (As Noted) | Storm Manhole |
| Well | | | Storm Inlet (Square) |
| Telephone Pole | | Wall Mount | Storm Inlet (Round) |
| Guy Wire | | Satellite Dish | Storm Sewer |
| | | Tower | Sanitary Sewer |
| Street Light | | | Sanitary Clean Out |
| Ground Light | | Fire Hydrant | Gas Valve |
| Electric Manhole | | Siamese Fire Hydrant | Gas Manhole |
| Telephone Manhole | | Water Manhole | Gas Meter |
| Telephone Pedestal | | Water Valve | Natural Gas Pipeline Marker |
| Electric Meter | | Water Meter | |
| Cable Box | | Sprinkler Head | |
| Air Conditioner Unit | | Sprinkler Head | |
| Railroad Signals | | | Indicates Mutual |
| **SPRINKLER VALVE** | | | Indicates Handicapped Parking |

DECKDUOUS Tree (As Noted)

(XX.XX) DENOTES DISTANCE FROM BUILDING
TO FRONT OF PROPERTY LINE
DENOTES RECORDED AS DATA

## SCHEDULE B-2 EASEMENT NOTES

## SURVEYORS CERTIFICATE

## RECORD LEGAL DESCRIPTION

## LIST OF POSSIBLE ENCROACHMENTS

## GENERAL SURVEY NOTES:

## ZONING INFORMATION

**LAND AREA:**
8,423,079 square feet
193.376 acres

**COORDINATED BY:**


**Sarko Engineering Inc.**
ILLINOIS AND WISCONSIN Professional Land Surveyors

ALTA/NSPS LAND TITLE SURVEY
SARKO Project #: 130975.18R000
EMG Project No: 130975.18R000
EMG Site No: 075.220

Village of Hoffman Estates, Cook County, Illinois

Sheet No. 1 of 17

PDF created with pdfFactory trial version www.pdffactory.com

# KEY MAP

NOT TO SCALE

SHEET 3
SHEET 4
SHEET 5
SHEET 6
SHEET 7
SHEET 8
SHEET 9
SHEET 10
SHEET 11
SHEET 12
SHEET 13
SHEET 14
SHEET 15
SHEET 16
SHEET 17

COORDINATED BY:

emg

**ALTA/NSPS LAND TITLE SURVEY**
Sears #90 - Hoffman Estates, IL
EMG Project No: 130975.18R000
EMG Site No: 075.220
1333 Beverly Road
Village of Hoffman Estates, Cook County, Illinois

Survey Performed By:

**Sarko Engineering Inc.**

ILLINOIS AND WISCONSIN Professional Land Surveyors

Sheet No. 2 of 17

PDF created with pdfFactory trial version www.pdffactory.com

HIGGINS ROAD (STATE HIGHWAY 72)
(PUBLIC ROAD)
RIGHT OF WAY WIDTH = VARIES

BEVERLY ROAD
(PUBLIC ROAD)
RIGHT OF WAY WIDTH = VARIES

RECORD LEGAL DESCRIPTION PARCEL 1
PART OF LOT 2
SEARS BUSINESS PARK AMENDED
PLAT OF SUBDIVISION

EXCEPTION TO PARCEL 1 AS PER DOCUMENT NO. 95257996

NO VEHICULAR ACCESS

MATCH LINE SHEET 3

MATCH LINE SHEET 4

COORDINATED BY:

emg
10333 Richmond Ave, Suite #1
Oklahoma City, OK 73114
(800) 733-0660
www.emgcorp.com

REVISIONS

ALTA / NSPS LAND TITLE SURVEY
Sears #80 - Hoffman Estates, IL
EMG Project No: 130975.18R000
EMG Site No.:075.220
1333 Beverly Road
Village of Hoffman Estates, Cook County, Illinois

Survey Performed By:

Sarko Engineering Inc.
ILLINOIS AND WISCONSIN Professional Land Surveyors
847 County Parkway #J
Mt. Prospect, IL 60056
Phone: (708) 457-6428
Fax: (708) 848-3850
E-mail: sarko@att.net

SCALE 1" = 40'
0     40    80

Sheet No. 3 of 17

PDF created with pdfFactory trial version www.pdffactory.com

COORDINATED BY:

ALTA/NSPS LAND TITLE SURVEY
Sears 490 - Hoffman Estates, IL
EMG Project No: 130975.18R000
EMG Site No.:075.220
3333 Beverly Road
Village of Hoffman Estates, Cook County, Illinois

Survey Performed By:

Sarko Engineering Inc.
ILLINOIS AND MISSOURI Professional Land Surveyors

Sheet No. 4 of 17

SCALE: 1" = 40'

RECORD LEGAL DESCRIPTION PARCEL 1
PART OF LOT 2
SEARS BUSINESS PARK AMENDED
PLAT OF SUBDIVISION

MATCH LINE SHEET 3
MATCH LINE SHEET 4

MATCH LINE SHEET 4
MATCH LINE SHEET 5

EXCEPTION TO PARCEL 1 AS PER DOCUMENT NO. 9257896

CONCRETE CURB & GUTTER

CONCRETE CURB & GUTTER

BEVERLY ROAD
PUBLIC ROAD
RIGHT OF WAY WIDTH = VARIES

PDF created with pdfFactory trial version www.pdffactory.com

RECORD LEGAL DESCRIPTION PARCEL 1
PART OF LOT 1
SEARS BUSINESS PARK AMENDED
PLAT OF SUBDIVISION

RECORD LEGAL DESCRIPTION PARCEL 1
PART OF LOT 3
SEARS BUSINESS PARK AMENDED
PLAT OF SUBDIVISION

RECORD LEGAL DESCRIPTION PARCEL 1
PART OF LOT 3
SEARS BUSINESS PARK AMENDED
PLAT OF SUBDIVISION

BEVERLY ROAD
(PUBLIC ROAD)
RIGHT OF WAY WIDTH = VARIES

EXCEPTION TO PARCEL 1 AS PER DOCUMENT NO. 9257186

MATCH LINE SHEET 4
MATCH LINE SHEET 5

MATCH LINE SHEET 5
MATCH LINE SHEET 10

MATCH LINE SHEET 6

CONCRETE CURB & GUTTER
ASPHALT
DIRT

SCALE: 1" = 40'

COORDINATED BY:

emg

5935 Memorial Drive, Suite A-4
Oklahoma City, OK 73114
(405) 840-2001
www.emgcorp.com

ALTA/NSPS LAND TITLE SURVEY
Sears #90 - Hoffman Estates, IL
EMG Project No: 130975.18R000
EMG Site No.075.220
3333 Beverly Road
Village of Hoffman Estates, Cook County, Illinois

Survey Performed By:

Sarko Engineering Inc.
ILLINOIS AND WISCONSIN Professional Land Surveyors
841 County Highway JG
Mt. Horeb, WI 53572
Phone: (608) 432-4428
Fax: (608) 640-3859
E-mail: rsarko@tds.net

Sheet No. 5 of 17

REVISIONS

No.   REVISIONS   Date

N00°25'05"E 207.85'
N00°25'05"E 2117.65'
N00°25'05"E 214.41'
(N00°00'00"E 166.85')
(N45°24'28"E 42.73')
(N45°53'04"W 42.12')
(N00°00'00"E 165.76')
(N00°00'00"E 14.25')
(N00°00'00"E 114.66')

PDF created with pdfFactory trial version www.pdffactory.com

MATCH LINE SHEET 11
MATCH LINE SHEET 6

COORDINATED BY:

emg

5565 N. MacArthur Blvd., Suite A-4
Oklahoma City, OK 73114
800.811.0016
www.emgcorp.com

ALTA/NSPS LAND TITLE SURVEY
Sears #90 - Hoffman Estates, IL
EMG Project No: 130975.18R000
EMG Site No: 075.220
333 Beverly Road
Village of Hoffman Estates, Cook County, Illinois

Survey Performed By:

Sarko Engineering Inc.
ILLINOIS AND WISCONSIN Professional Land Surveyors

841 County Highway JD
Mt. Horeb, WI 53572
Phone: (608) 832-4428
Fax: (608) 848-3859
E-mail: ross@sbcglobal.net

Sheet No. 6 of 17

REVISIONS

No.   REVISIONS   Date

RECORD LEGAL DESCRIPTION PARCEL 1
PART OF LOT 3
SEARS BUSINESS PARK AMENDED
PLAT OF SUBDIVISION

SCALE: 1" = 40'

0      40'      80'

MATCH LINE SHEET 5
MATCH LINE SHEET 6

MATCH LINE SHEET 6
MATCH LINE SHEET 7

EXCEPTION TO PARCEL 1 AS PER DOCUMENT NO. 9257396

EAST RIGHT OF WAY LINE BEVERLY ROAD

CONCRETE CURB & GUTTER

CONCRETE CURB & GUTTER

BEVERLY ROAD
PUBLIC ROAD
RIGHT OF WAY WIDTH = VARIES

CONCRETE CURB & GUTTER

130975.18R000-075.220_Sears_#90_-_Hoffman_Estates_IL_ALTA.vwx6 Signed

PDF created with pdfFactory trial version www.pdffactory.com

RECORD LEGAL DESCRIPTION PARCEL 1
PART OF LOT 3
SEARS BUSINESS PARK AMENDED
PLAT OF SUBDIVISION

TRILLIUM BOULEVARD
(PUBLIC ROAD)
RIGHT OF WAY WIDTH = 100.0 FT

BEVERLY ROAD
(PUBLIC ROAD)
RIGHT OF WAY WIDTH = VARIES

CONCRETE CURB & GUTTER

CONCRETE CURB & GUTTER

EXCEPTIC

MATCH LINE SHEET 8
MATCH LINE SHEET 7

MATCH LINE SHEET 12
MATCH LINE SHEET 7

COORDINATED BY:

emg
5750 E. Memorial Road, Suite A-1
Oklahoma City, OK 73114
800.733.0660
405.840.2996
www.emgcorp.com

REVISIONS

No.    REVISIONS                    Date

ALTA/NSPS LAND TITLE SURVEY
Sears #60 - Hoffman Estates, IL
EMG Project No: 130975.18R000
EMG Site No: 075.220
333 Beverly Road
Village of Hoffman Estates, Cook County, Illinois

Survey Performed By:

Sarko Engineering Inc.
ILLINOIS AND WISCONSIN Professional Land Surveyors
841 Country Club Rd.
Mt. Horeb, WI 53572
Phone: (608) 437-5408
Fax: (608) 845-9859
E-mail: ivanw@tds.net

Sheet No. 7 of 17

SCALE: 1" = 40'
0    40    80

130975.18R000 075.220_Sears_#60_-_Hoffman_Estates_IL_ALTA_ver8 Signed

PDF created with pdfFactory trial version www.pdffactory.com

# HIGGINS ROAD (STATE HIGHWAY 72)

EDGE OF CONCRETE

EDGE OF CONCRETE

SOUTH RIGHT OF WAY LINE WEST HIGGINS ROAD

RIGHT OF WAY (PUBLIC ROAD)
"NO VEHICULAR ACCESS" = VARIES

MATCH LINE SHEET 13

MATCH LINE SHEET 9

MATCH LINE SHEET 8

MATCH LINE SHEET 9

MATCH LINE SHEET 2

MATCH LINE SHEET 8

RECORD LEGAL DESCRIPTION PARCEL 2
LOT 1A
RESUBDIVISION OF LOT 1 IN PRAIRIE STONE

ALTA/NSPS LAND TITLE SURVEY
Sears 490 - Hoffman Estates, IL
EMG Project No: 130975.18R000
EMG Site No: 075,220
333 Beverly Road
Village of Hoffman Estates, Cook County, Illinois

Survey Performed By:

Sarko Engineering Inc.
ILLINOIS AND WISCONSIN  Professional Land Surveyors
841 County Farm Road
Mt. Prospect, IL 60172
Phone: (608) 832-6436
Fax: (608) 848-3959
E-mail: rsarko@aol.com

COORDINATED BY:

emg
230 B Memorial Blvd., Suite A-1
Oklahoma City, OK 73114
800-617-0073
www.emgcorp.com

Sheet No. 8 of 17

| No. | REVISIONS | Date |
|-----|-----------|------|
|  |  |  |

SCALE: 1" = 40'

0   40   80

PDF created with pdfFactory trial version www.pdffactory.com

POND

2 LEVEL PRECAST
CONCRETE PARKING
GARAGE
AREA = 147,366 SQ FT

924 Standard Stalls
18 Handicap Stalls
6 Motorcycle Stalls

7 STORY GLASS AND COMPOSITE PANEL BUILDING
AREA = 169,088 SQ FT
POSTED ADDRESS: #5900

RECORD LEGAL DESCRIPTION PARCEL 2
RESUBDIVISION OF LOT IN PRAIRIE STONE

RECORD LEGAL DESCRIPTION PARCEL 1
PART OF LOT 2
SEARS BUSINESS PARK AMENDED
PLAT OF SUBDIVISION

**emg**
5935 Memorial Road, Suite A-1
Oklahoma City, OK 73114
Phone: (405) 840-3434
www.emgcorp.com

ALTA / NSPS LAND TITLE SURVEY
Sears #90 - Hoffman Estates, IL
EMG Project No: 130975.18R000
EMG Site No: 075.220
3333 Beverly Road
Village of Hoffman Estates, Cook County, Illinois

Survey Performed By:

**Sarko Engineering Inc.**
ILLINOIS AND WISCONSIN Professional Land Surveyors
901 Grove Drive
Mt. Prospect, IL 60532
Phone: (608) 512-3428
Fax: (608) 845-3859
Email: sarko@ti.net

SCALE: 1" = 40'

0      40      80

PDF created with pdfFactory trial version www.pdffactory.com

MATCH LINE SHEET 15

7 STORY GLASS AND COMPOSITE PANEL BUILDING
AREA = 397,998 SQ FT
POSTED ADDRESS: #5500

RECORD LEGAL DESCRIPTION PARCEL 2
LOT 1A
RESUBDIVISION OF LOT 1 IN PRAIRIE STONE

SCALE: 1" = 40'

Sarko Engineering Inc.
ILLINOIS AND WISCONSIN Professional Land Surveyors
847 County Rd, Ste 3
Mt. Horeb, WI 53572
Phone: (608) 832-6328
Fax: (608) 845-3609
E-mail: sarko@tds.net

Survey Performed By:

ALTA/NSPS LAND TITLE SURVEY
Sears #90 - Hoffman Estates, IL
EMG Project No: 130975.18R000
EMG Site No: 075.220
5333 Beverly Road
Village of Hoffman Estates, Cook County, Illinois

COORDINATED BY:
emg

No. | Revisions | Date

PDF created with pdfFactory trial version www.pdffactory.com

POND

7 STORY GLASS AND COMPOSITE PANEL BUILDING
AREA = 397,998 SQ FT
POSTED ADDRESS: #6500

RECORD LEGAL DESCRIPTION PARCEL 2
LOT 1A
RESUBDIVISION OF LOT 1 IN PRAIRIE STONE

RECORD LEGAL DESCRIPTION PARCEL 1
PART OF LOT 3
SEARS BUSINESS PARK AMENDED
PLAT OF SUBDIVISION

COORDINATED BY:

emg

5430 Memorial Blvd, Suite A-414
Oklahoma City, OK 73114
800.733.0660
www.emgcorp.com

ALTA/NSPS LAND TITLE SURVEY
Sears #90 - Hoffman Estates, IL
EMG Project No: 130975.18R000
EMG Site No: 075.220
5333 Beverly Road
Village of Hoffman Estates, Cook County, Illinois

Survey Performed by:

Sarko Engineering Inc.

ILLINOIS AND WISCONSIN Professional Land Surveyors
847 County Farm Rd.
Mt. Prospect, IL 60172
Phone: (630) 932-5428
Fax: (630) 948-9858
Email: sarkoeng@aol.net

Sheet No. 11 of 17

SCALE 1" = 40'

PDF created with pdfFactory trial version www.pdffactory.com

TRILLIUM BOULEVARD

RECORD LEGAL DESCRIPTION PARCEL 1
PART OF LOT 1
SEARS BUSINESS PARK, AMENDED
PLAT OF SUBDIVISION

RECORD LEGAL DESCRIPTION PARCEL 2
LOT 1A
RESUBDIVISION OF LOT 1 IN PRAIRIE STONE

SCALE: 1" = 40'

COORDINATED BY:

emg

10461 Mill Run Circle, Suite A-1
Owings Mills, MD 21117
Owings Mills, OH 73154
www.emgcorp.com

ALTA/NSPS LAND TITLE SURVEY
Sears 490 - Hoffman Estates, IL
EMG Project No: 130975.18R000
EMG Site No: 075.220
3333 Beverly Road
Village of Hoffman Estates, Cook County, Illinois

Survey Performed by:

Sarko Engineering Inc.
ILLINOIS AND WISCONSIN Professional Land Surveyors

Mt. Prospect, IL 60056
Phone: (630) 832-9428
Fax: (630) 845-9858
E-mail: marko@att.net

Sheet No. 12 of 17

PDF created with pdfFactory trial version www.pdffactory.com

HIGGINS ROAD (STATE HIGHWAY 72)

RIGHT OF WAY WIDTH = VARIES
(PUBLIC ROAD)

NO VEHICULAR ACCESS

RECORD LEGAL DESCRIPTION PARCEL 2
LOT 1A
RESUBDIVISION OF LOT 1 IN PRAIRIE STONE

4 LEVEL PRECAST
CONCRETE PARKING
GARAGE
AREA = 67,845 SQ FT

HEIGHT = 36.9 FT±

COORDINATED BY:

emg

ALTA/NSPS LAND TITLE SURVEY
Sears #90 - Hoffman Estates, IL
EMG Project No: 130975.18R000
EMG Site No: 075.220
5333 Beverly Road
Village of Hoffman Estates, Cook County, Illinois

Survey Performed By:

Sarko Engineering Inc.

ILLINOIS AND WISCONSIN Professional Land Surveyors

REVISIONS

No. | Date

Sheet No. 13 of 17

SCALE: 1" = 40'

MATCH LINE SHEET 13
MATCH LINE SHEET 14

PDF created with pdfFactory trial version www.pdffactory.com

TRILLIUM BOULEVARD

DRIVE ENTRANCE

RECORD LEGAL DESCRIPTION PARCEL 2
LOT 1A
RESUBDIVISION OF LOT 1 IN FRAME STONE

2 STORY BRICK
COMMERCIAL BUILDING
POSTED ADDRESS: #544
AREA = 19,845 SQ FT

4 LEVEL PRECAST
CONCRETE PARKING
GARAGE
AREA = 67,845 SQ FT

943 Standard Stalls
2 Handicap Stalls
13 Motorcycle Stalls

**COORDINATED BY:**

emg
200 E. Memorial Road, Suite A-4
Oklahoma City, OK 73114
800.733.0660
www.emgcorp.com

ALTA/NSPS LAND TITLE SURVEY
Sears #90 - Hoffman Estates, IL
EMG Project No: 130975.18R000
EMG Site No: 075.220
313 Beverly Road
Village of Hoffman Estates, Cook County, Illinois

Survey Performed By:
**Sarko Engineering Inc.**

ILLINOIS AND WISCONSIN Professional Land Surveyors

Sheet No. 14 of 17

SCALE: 1" = 40'

MATCH LINE SHEET 13

MATCH LINE SHEET 14

MATCH LINE SHEET 9

PDF created with pdfFactory trial version www.pdffactory.com

*TRILLIUM BOULEVARD*
(PUBLIC ROAD)
RIGHT OF WAY WIDTH = 100.0 FT

CONCRETE CURB & GUTTER

RECORD LEGAL DESCRIPTION PARCEL 2
LOT IA
RESUBDIVISION OF LOT IN PRAIRIE STONE

PEAT -- FLUSHING, MUCKOTS, MADISTON, SCADUALLY
FLOODED. WETLAND AS PER U.S. FISH AND WILDLIFE
SERVICE. NATIONAL WETLANDS INVENTORY

POND

4 LEVEL PRECAST
CONCRETE PARKING
GARAGE
AREA = 151,558 SQ FT

1,765 Standard Stalls
28 Handicap Stalls
8 Motorcycle Stalls

HEIGHT = 36.9 FT

CONCRETE BRIDGE

CONCRETE CURB & GUTTER

CONCRETE CURB & GUTTER

ASPHALT

ROOF COVERED WALKWAY

CONCRETE RETAINING WALL

METAL RAILING

COORDINATED BY:

emg

ALTA/NSPS LAND TITLE SURVEY
Sears #90 - Hoffman Estates, IL
EMG Project No: 130975.18R000
EMG Site No: 075.220
3333 Beverly Road
Village of Hoffman Estates, Cook County, Illinois

Survey Performed By:

Sarko Engineering Inc.
ILLINOIS AND WISCONSIN - Professional Land Surveyors

Sheet No. 15 of 17

SCALE: 1" = 40'

0    40    80

PDF created with pdfFactory trial version www.pdffactory.com

TRILLIUM BOULEVARD

LOT 1B
RESUBDIVISION OF LOT 1 IN
PRAIRIE STONE

TAX PARCEL NO. 01-32-100-006
OWNER'S NAME: AMERICARE PROPERTIES
NOT INCLUDED

POND

RECORD LEGAL DESCRIPTION PARCEL 2
LOT 1A
RESUBDIVISION OF LOT 1 IN PRAIRIE STONE

COORDINATED BY:

emg
10 E Memorial Road, Suite A-1
Oklahoma City, OK 73114
800.733.0660
www.emgcorp.com

ALTA/NSPS LAND TITLE SURVEY
Sears #60 - Hoffman Estates, IL
EMG Project No: 130975.18R000
EMG Site No: 075.220
333 Beverly Road
Village of Hoffman Estates, Cook County, Illinois

Sarko Engineering Inc.
Survey Performed By:
ILLINOIS AND WISCONSIN Professional Land Surveyors

Sheet No. 16 of 17

SCALE: 1" = 40'
0    40    80

PDF created with pdfFactory trial version www.pdffactory.com

**COORDINATED BY:**

emg

15101 Memorial Drive, Suite A-4
Oklahoma City, OK 73114
800.611.2010
www.emgcorp.com

| No. | REVISIONS | Date |
|-----|-----------|------|
|     |           |      |

**ALTA/NSPS LAND TITLE SURVEY**
Sears #90 - Hoffman Estates, IL
EMG Project No: 130975.18R000
EMG Site No: 075.220
333 Beverly Road
Village of Hoffman Estates, Cook County, Illinois

Survey Performed By:

**Sarko Engineering Inc.**
ILLINOIS AND WISCONSIN Professional Land Surveyors
Mt. County, Illinois, #62
Mt. Horeb, WI 53572
Phone: (608) 552-2428
Fax: (608) 845-2959
E-mail: rsarko@tds.net

Sheet No. 17 of 17

SCALE: 1" = 40'

0'     40'     80'

TRILLIUM BOULEVARD

RECORD LEGAL DESCRIPTION PARCEL 2
LOT 1A
RESUBDIVISION OF LOT 1 IN PRAIRIE STONE

MATCH LINE SHEET 16
MATCH LINE SHEET 17

ASPHALT

ASPHALT

MATCH LINE SHEET 17
MATCH LINE SHEET 17