Deloitte & Touche LLP
2200 Ross Ave. Ste. 1600
Dallas, Texas 75201-6703
Telephone: 214.840.7360
Facsimile: 214.880.5360
Jimmy Berry

*Independent Audit and Advisory Services Provider*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | ) |
| | ) Case No. 18-23538 (RDD) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

**FIFTH MONTHLY FEE STATEMENT OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS INDEPENDENT AUDITOR AND ADVISORY SERVICES PROVIDER TO THE DEBTORS FOR THE PERIOD**
**FROM MARCH 1, 2019 THROUGH MARCH 31, 2019**

| | |
|---|---|
| Name of Applicant: | Deloitte & Touche LLP |
| Authorized to Provide Services as: | Independent Audit and Advisory Services Provider to the Debtors |
| Date of Retention: | Effective *Nunc Pro Tunc* to October 15, 2018 by Order entered January 22, 2019 |
| Period for which Compensation and Reimbursement is Sought: | March 1, 2019 through March 31, 2019 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Amount of Compensation Sought as Actual, Reasonable, and Necessary:      $ 80,195.50

80% of Fees Sought:      $ 64,156.40

Amount of Expense Reimbursement Sought:      $     0.00

Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary (100%):      **$ 80,195.50**

20% Holdback Amount:      $ 16,039.10

### PRIOR FEE APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 03/15/19 Dkt. 2855 | 10/15/18 – 11/30/18 | $1,411,044.00 | $20,031.02 | $1,128,835.20 | $20,031.02 |
| 04/03/19 Dkt. 3025 | 12/01/18 – 12/31/18 | $580,935.00 | $11,451.92 | $464,748.00 | $11,451.92 |
| 04/15/19 Dkt. 3221 | 01/01/19 – 01/31/19 | $173,211.50 | $9,300.27 | $138,569.20 | $9,300.27 |
| 04/15/19 Dkt. 3222 | 02/01/19 – 02/28/19 | $159,580.00 | $6,371.45 | $127,664.00 | $6,371.45 |

## CUMULATIVE TIME SUMMARY BY PROFESSIONAL
For the Period from March 1, 2019 through March 31, 2019

### Advisory Services - ASC 606

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Lauret, Kyle | Senior Manager | $625.00 | 7.5 | $4,687.50 |
| **Professional Subtotal:** | | | **7.5** | **$4,687.50** |

### Advisory Services - ASC 852

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Lauret, Kyle | Senior Manager | $625.00 | 1.2 | $750.00 |
| **Professional Subtotal:** | | | **1.2** | **$750.00** |

### Advisory Services - SOC Reports

| Professional | Level | Hours | Fees |
|---|---|---|---|
| Berggren, Maureen | Managing Director | 3.3 | |
| Bihm, Christy | Managing Director | 0.6 | |
| Lonnemann, Malorie | Manager | 5.0 | |
| McManus, Joseph | Senior Consultant | 0.3 | |
| Riordan, Katy | Senior Consultant | 2.2 | |
| Smietanski, Meredith | Senior Consultant | 25.6 | |
| Straub, Kelsey | Senior Consultant | 3.8 | |
| Hoye, Jim | Consultant | 3.1 | |
| Mason, David | Consultant | 0.9 | |
| Nguyen, Donna | Consultant | 2.6 | |
| **Professional Subtotal:** | | **47.4** | **$0.00** |

### Audit Services [2]

| Professional | Level | Hours | Fees |
|---|---|---|---|
| Berry, Jim | Partner/Principal | 1.4 | |
| Berrill, Liz | Partner/Principal | 3.7 | |
| Weinert McDonnell, Lesley | Partner/Principal | 5.4 | |
| Lauret, Kyle | Senior Manager | 15.7 | |
| Staiger, Jt | Senior Manager | 6.3 | |
| Beekman, Berna | Manager | 6.0 | |
| Lonnemann, Malorie | Manager | 2.7 | |
| Vajhala, Phani Kiran | Manager | 1.0 | |
| Riordan, Katy | Senior Consultant | 3.7 | |
| Sinha, Harshit | Senior Consultant | 9.7 | |
| Smietanski, Meredith | Senior Consultant | 4.4 | |
| Allen, Michael | Staff/Consultant | 0.6 | |
| Hoye, Jim | Staff/Consultant | 0.3 | |
| Mason, David | Staff/Consultant | 3.1 | |
| Nguyen, Donna | Staff/Consultant | 3.9 | |
| **Professional Subtotal:** | | **67.9** | **$0.00** |

[2] Deloitte & Touche performed services related to Base Audit Engagement during this monthly fee statement period; however, no billing installment is sought for this period.

### Out of Scope Audit Services

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Drager, Christine | Managing Director | $600.00 | 0.3 | $180.00 |
| Van Houtte, Andy | Partner/Principal | $600.00 | 0.3 | $180.00 |
| Lauret, Kyle | Senior Manager | $500.00 | 16.5 | $8,250.00 |
| Leonard, Allison | Senior Manager | $500.00 | 2.3 | $1,150.00 |
| Li, Tian | Senior Manager | $500.00 | 0.3 | $150.00 |
| Staiger, Jt | Senior Manager | $500.00 | 8.8 | $4,400.00 |
| Chang, Stephen | Manager | $400.00 | 3.1 | $1,240.00 |
| Hu, May | Senior Consultant | $300.00 | 0.8 | $240.00 |
| Riordan, Katy | Senior Consultant | $300.00 | 19.1 | $5,730.00 |
| Straub, Kelsey | Senior Consultant | $300.00 | 40.2 | $12,060.00 |
| Allen, Michael | Staff/Consultant | $200.00 | 51.3 | $10,260.00 |
| Nguyen, Donna | Staff/Consultant | $200.00 | 63.7 | $12,740.00 |
| Fantom, Tiffany | Staff/Consultant | $120.00 | 2.0 | $240.00 |
| Kasthuri, Mahesh | Staff/Consultant | $120.00 | 1.1 | $132.00 |
| Kumra, Meghna | Staff/Consultant | $120.00 | 3.4 | $408.00 |
| Sharma, Akashna | Staff/Consultant | $120.00 | 4.9 | $588.00 |
| Gupta, Anitya | Staff/Consultant | $80.00 | 0.5 | $40.00 |
| **Professional Subtotal :** | | | **218.6** | **$57,988.00** |

### Preparation of Fee Applications

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Abrom, Carisa | Senior Consultant | $300.00 | 17.9 | $5,370.00 |
| Blair, Stephanie | Staff/Consultant | $200.00 | 57.0 | $11,400.00 |
| **Professional Subtotal :** | | | **74.9** | **$16,770.00** |

|  |  | **TOTAL HOURS AND FEES REQUESTED** | **417.5** | **$80,195.50** |

## CUMULATIVE FEES BY CATEGORY SUMMARY
For the Period from March 1, 2019 through March 31, 2019

| Categories | Hours | Fees |
|---|---|---|
| Advisory Services - ASC 606 | 7.5 | $4,687.50 |
| Advisory Services - ASC 852 | 1.2 | $750.00 |
| Advisory Services - SOC Reports | 47.4 | $0.00 |
| Audit Services | 67.9 | $0.00 |
| Out of Scope Audit Services | 218.6 | $57,988.00 |
| Preparation of Fee Applications | 74.9 | $16,770.00 |
| **Fees Category Subtotal :** | **417.5** | **$80,195.50** |

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2019 - March 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

### *Advisory Services - ASC 606*

03/06/2019

| | | | | |
|------|-------------|------|-------|------|
| Lauret, Kyle | Perform quality review of compiled workpapers in connection with Sears Holdings ASC 606 Revenue accounting and advisory services engagement for purposes of completing the electronic filing of workpapers. | $625.00 | 2.3 | $1,437.50 |
| Lauret, Kyle | Research special electronic filing requirements for Sears Holdings ASC 606 Revenue accounting and advisory services engagement. | $625.00 | 1.3 | $812.50 |
| Lauret, Kyle | Review Sears Holdings ASC 606 Revenue accounting and advisory services engagement file for completeness for purposes of completing the electronic filing of workpapers as required by general auditing standards. | $625.00 | 1.2 | $750.00 |
| Lauret, Kyle | Compile workpapers in connection with Sears Holdings ASC 606 Revenue accounting and advisory services engagement for purposes of electronical filing of the workpapers as required by auditing standards. | $625.00 | 2.7 | $1,687.50 |
| Subtotal for Advisory Services - ASC 606: | | | 7.5 | $4,687.50 |

### *Advisory Services - ASC 852*

03/04/2019

| | | | | |
|------|-------------|------|-------|------|
| Lauret, Kyle | Initiate electronic filing of workpapers regarding the Sears bankruptcy accounting and advisory services projects as required by auditing standards. | $625.00 | 0.4 | $250.00 |
| Lauret, Kyle | Review compiled file for Sears bankruptcy accounting and advisory services project to prepare for electronic submission. | $625.00 | 0.8 | $500.00 |
| Subtotal for Advisory Services - ASC 852: | | | 1.2 | $750.00 |

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2019 - March 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *Advisory Services - SOC Reports*

**03/01/2019**

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Lonnemann, Malorie | Review expenditure controls related to the Kmart 3-way match for Sears Hometown Outlet. | $0.00 | 3.0 | $0.00 |
| Nguyen, Donna | Update property tax payment control documentation to include payment approval dates. | $0.00 | 2.6 | $0.00 |
| Straub, Kelsey | Address manager review questions on property tax payment control. | $0.00 | 1.2 | $0.00 |

**03/04/2019**

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Berggren, Maureen | Review control mapping working papers for purposes of the Sears Hometown Outlet Service Organization Control report. | $0.00 | 0.2 | $0.00 |
| Berggren, Maureen | Review management assertions as it related to the Lands End Service Organization Control 1 ("SOC 1") report. | $0.00 | 0.2 | $0.00 |
| Berggren, Maureen | Review updates to expenditure controls regarding the new merchandise vendor review for Lands End. | $0.00 | 0.3 | $0.00 |
| Berggren, Maureen | Review updates to expenditure controls regarding the new merchandise vendor review for Sears Hometown Outlet. | $0.00 | 0.3 | $0.00 |
| Hoye, Jim | Document updated contractor term date evidence to finalize outstanding workpapers related to the Service Control Organization Control (Sears Hometown Outlet). | $0.00 | 0.3 | $0.00 |

**03/05/2019**

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| Hoye, Jim | Reconcile outstanding business controls for Service Organization Control reports. | $0.00 | 0.2 | $0.00 |
| Hoye, Jim | Assess outstanding workpapers to complete electronic filing process as required by auditing standards. | $0.00 | 0.4 | $0.00 |
| Hoye, Jim | Adjust writeup for Contractors termination testing based on notes from M. Smietanski (Deloitte). | $0.00 | 0.2 | $0.00 |

2

# Sears Holdings Corporation

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

March 01, 2019 - March 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Advisory Services - SOC Reports* | | | | |
| 03/05/2019 | | | | |
| Hoye, Jim | Draft email regarding status of outstanding Service Organization Control workpapers for electronic filing to send to M. Smietanski (Deloitte). | $0.00 | 0.2 | $0.00 |
| Smietanski, Meredith | Perform preliminary review of Lands End index for completeness in preparation of electronic filing as required by auditing standards. | $0.00 | 1.0 | $0.00 |
| Smietanski, Meredith | Review updates in expenditure control documentation regarding merchandise vendors review. | $0.00 | 1.0 | $0.00 |
| Straub, Kelsey | Review property tax language in the draft version of the Sears Hometown audit report. | $0.00 | 0.7 | $0.00 |
| Straub, Kelsey | Review the sales tax control language in the draft Lands End audit report. | $0.00 | 0.7 | $0.00 |
| 03/06/2019 | | | | |
| Berggren, Maureen | Review expenditure control testing documentation regarding manual payments made in the Sears accounts payable system ("NAP") for Sears Hometown Outlet. | $0.00 | 0.2 | $0.00 |
| Berggren, Maureen | Review expenditure control testing documentation regarding manual payments made in the Sears accounts payable system ("NAP") for Lands End. | $0.00 | 0.2 | $0.00 |
| 03/07/2019 | | | | |
| Hoye, Jim | Review Service Organization Control ("SOC") Business Control workpapers regarding inventory. | $0.00 | 0.2 | $0.00 |
| Hoye, Jim | Document updated contractor term date evidence to finalize outstanding workpapers related to the Service Control Organization Control (Lands End). | $0.00 | 0.3 | $0.00 |
| Lonnemann, Malorie | Review expenditure controls related to the new vendor review for Sears Hometown Outlet. | $0.00 | 2.0 | $0.00 |

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2019 - March 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *Advisory Services - SOC Reports*

**03/08/2019**

| | | | | |
|------|-------------|------|-------|------|
| Riordan, Katy | Review documentation related to expenditure controls regarding the merchandise vendor review for Land's End. | $0.00 | 1.1 | $0.00 |
| Riordan, Katy | Review documentation related to expenditure controls regarding the merchandise vendor review for Sears Hometown Outlet. | $0.00 | 1.1 | $0.00 |

**03/11/2019**

| | | | | |
|------|-------------|------|-------|------|
| Berggren, Maureen | Speak with J. Goodin (Sears) regarding updates related to the contractor expiration control. | $0.00 | 0.3 | $0.00 |

**03/12/2019**

| | | | | |
|------|-------------|------|-------|------|
| Mason, David | Draft population and samples for contractor terminations workpaper. | $0.00 | 0.9 | $0.00 |

**03/13/2019**

| | | | | |
|------|-------------|------|-------|------|
| Smietanski, Meredith | Review the supporting workpapers for the Sears Hometown Outlet report to assess whether they align with the report conclusions and references. | $0.00 | 2.3 | $0.00 |
| Smietanski, Meredith | Review the supporting workpapers for the Lands End Service Organization Control report to assess against the report conclusions and references. | $0.00 | 2.3 | $0.00 |

**03/14/2019**

| | | | | |
|------|-------------|------|-------|------|
| Berggren, Maureen | Perform review over the contractor expiration control based on updates. | $0.00 | 0.2 | $0.00 |
| Bihm, Christy | Perform quality review of the updated Sears Hometown Outlet Service Organization Control 1 ("SOC 1") report. | $0.00 | 0.4 | $0.00 |
| Bihm, Christy | Perform quality review of the updated Lands End Service Organization Control 1 ("SOC 1") report. | $0.00 | 0.2 | $0.00 |
| Hoye, Jim | Meet with M. Smietanski and J. McManus (all Deloitte) regarding Kmart migrated inventory controls. | $0.00 | 0.3 | $0.00 |

# Sears Holdings Corporation

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

March 01, 2019 - March 31, 2019

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| **_Advisory Services - SOC Reports_** | | | | |
| 03/14/2019 | | | | |
| Hoye, Jim | Update documentation of outstanding business controls related to inventory for purposes of the Service Organization Control report. | $0.00 | 0.4 | $0.00 |
| Hoye, Jim | Meet with M. Smietanski (Deloitte) regarding Contractors Expiration Date testing. | $0.00 | 0.4 | $0.00 |
| Hoye, Jim | Review Sears Contractors Term evidence for purposes of finalizing outstanding workpapers for the Service Organization Control report for Lands End. | $0.00 | 0.2 | $0.00 |
| McManus, Joseph | Meet with M. Smietanski and J. Hoye (all Deloitte) regarding Kmart migrated inventory controls. | $0.00 | 0.3 | $0.00 |
| Smietanski, Meredith | Meet with J. Hoye (Deloitte) regarding Contractors Expiration Date testing. | $0.00 | 0.4 | $0.00 |
| Straub, Kelsey | Provide a listing of property tax controls included in the Sears Hometown audit report to J. Hoye (Deloitte). | $0.00 | 0.6 | $0.00 |
| Straub, Kelsey | Provide a listing of sales tax controls included in the Land's End audit report to J. Hoye (Deloitte). | $0.00 | 0.6 | $0.00 |
| 03/16/2019 | | | | |
| Berggren, Maureen | Review of the Sears Hometown Outlet index in preparation for electronic filing of workpapers, which is required by auditing standards. | $0.00 | 0.2 | $0.00 |
| Berggren, Maureen | Review of the Lands End index in preparation for electronic filing of workpapers, which is required by auditing standards. | $0.00 | 0.2 | $0.00 |
| 03/18/2019 | | | | |
| Berggren, Maureen | Perform final review of Sears Hometown Outlet Service Organization Control report to sign for issuance. | $0.00 | 0.3 | $0.00 |
| Berggren, Maureen | Perform final review of Lands End Service Organization Control report to sign for issuance. | $0.00 | 0.3 | $0.00 |

# Sears Holdings Corporation

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

March 01, 2019 - March 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Advisory Services - SOC Reports** | | | | |
| 03/18/2019 | | | | |
| Smietanski, Meredith | Document changes made in outstanding Lands End Service Organization Control workpapers. | $0.00 | 2.1 | $0.00 |
| Smietanski, Meredith | Assess outstanding Service Organization Control ("SOC") workpapers for electronic filing readiness for the Lands End index. | $0.00 | 1.9 | $0.00 |
| Smietanski, Meredith | Assess outstanding Service Organization Control ("SOC") workpapers for electronic filing readiness for the Sears Hometown Outlet index. | $0.00 | 2.1 | $0.00 |
| Smietanski, Meredith | Document changes made in outstanding Sears Hometown Outlet Service Organization Control workpapers. | $0.00 | 1.9 | $0.00 |
| 03/19/2019 | | | | |
| Berggren, Maureen | Review of report-related working papers in the Sears Hometown Outlet audit file. | $0.00 | 0.2 | $0.00 |
| Berggren, Maureen | Review of report-related working papers in the Lands End audit file. | $0.00 | 0.2 | $0.00 |
| 03/22/2019 | | | | |
| Smietanski, Meredith | Update documentation for outstanding Service Organization Control workpapers to prepare for electronic filing of the Lands End report. | $0.00 | 1.9 | $0.00 |
| Smietanski, Meredith | Update documentation for outstanding Service Organization Control workpapers to prepare for electronic filing of the Sears Hometown Outlet report. | $0.00 | 1.9 | $0.00 |
| 03/28/2019 | | | | |
| Smietanski, Meredith | Review Lands End index as part of our electronic filing procedures. | $0.00 | 3.4 | $0.00 |
| Smietanski, Meredith | Assess Sears Hometown Outlet index as part of our electronic filing procedures. | $0.00 | 3.4 | $0.00 |
| Subtotal for Advisory Services - SOC Reports: | | | 47.4 | $0.00 |

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2019 - March 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| **Audit Services** | | | | |
| 03/01/2019 | | | | |
| Sinha, Harshit | Update pension census data dashboards for SHC's pension plans. | $0.00 | 4.2 | $0.00 |
| Staiger, Jt | Analyze status of prioritized items for 2018 financial reporting procedures to be performed for the estate. | $0.00 | 2.0 | $0.00 |
| Vajhala, Phani Kiran | Finalize memos on Management assertions as part of our procedures for issuance of Service Organization Control reports. | $0.00 | 1.0 | $0.00 |
| 03/02/2019 | | | | |
| Staiger, Jt | Analyze current priorities and requirements for 2018 financial reporting procedures to prepare if needed by the estate. | $0.00 | 2.4 | $0.00 |
| 03/04/2019 | | | | |
| Allen, Michael | Update documentation of certain selections in testing of manual payments in the Sears payment system based on information received from K. Corbat (Sears). | $0.00 | 0.6 | $0.00 |
| Berrill, Liz | Participate in call with A. Molidor, C. Chambers, B. Ahrendt (all Deloitte) to discuss current SHC priorities and resources needed for upcoming months. | $0.00 | 0.5 | $0.00 |
| Lauret, Kyle | Participate in call with A. Molidor, C. Chambers, B. Ahrendt (all Deloitte) to discuss current SHC priorities and resources needed for upcoming months. | $0.00 | 0.5 | $0.00 |
| Lonnemann, Malorie | Assess current SHC priorities as they relate to the electronic filing of engagement files. | $0.00 | 1.0 | $0.00 |
| Mason, David | Review contractor term updates related to Service Organization control testing. | $0.00 | 1.1 | $0.00 |
| Sinha, Harshit | Document pension census data dashboards for review as part of our year end pension procedures for 2018. | $0.00 | 3.4 | $0.00 |

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2019 - March 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Audit Services* | | | | |
| 03/04/2019 | | | | |
| Staiger, Jt | Participate in call with A. Molidor, C. Chambers, B. Ahrendt (all Deloitte) to discuss prioritized items and resources needed for upcoming months. | $0.00 | 0.5 | $0.00 |
| 03/05/2019 | | | | |
| Berrill, Liz | Meet with J. Berry, L. McDonnell, J. Staiger,  M. Lonnemann, and A. Williams (Deloitte) to discuss the team priorities for the week, including procedures performed over engagement electronic filings and termination. | $0.00 | 0.7 | $0.00 |
| Lauret, Kyle | Review additional independence related workpapers to include in final Sears Holdings electronic file. | $0.00 | 0.6 | $0.00 |
| Lauret, Kyle | Meet with J. Berry, L. McDonnell, J. Staiger,  M. Lonnemann, and A. Williams (Deloitte) to discuss the team priorities for the week, including procedures performed over engagement electronic filings and termination. | $0.00 | 0.7 | $0.00 |
| Sinha, Harshit | Update pension census data dashboards for both of SHC's pension plans. | $0.00 | 2.1 | $0.00 |
| Smietanski, Meredith | Review contractor term dates in relation to general IT control testing. | $0.00 | 1.0 | $0.00 |
| Smietanski, Meredith | Update outstanding Service Organization Control ("SOC") workpapers in order to complete electronic filing. | $0.00 | 0.5 | $0.00 |
| Staiger, Jt | Meet with J. Berry, L. McDonnell, K. Lauret,  M. Lonnemann, and A. Williams (Deloitte) to discuss the team priorities for the week, including procedures performed over engagement electronic filings and termination. | $0.00 | 0.7 | $0.00 |

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2019 - March 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Audit Services* | | | | |
| 03/05/2019 | | | | |
| Weinert McDonnell, Lesley | Meet with J. Berry, K. Lauret, J. Staiger,  M. Lonnemann, and A. Williams (Deloitte) to discuss the team priorities for the week, including procedures performed over engagement electronic filings and termination. | $0.00 | 0.7 | $0.00 |
| 03/06/2019 | | | | |
| Mason, David | Update business control references in general IT testing workpapers. | $0.00 | 1.2 | $0.00 |
| Nguyen, Donna | Update documentation related to expenditure control for Kmart 3-way match system. | $0.00 | 3.9 | $0.00 |
| Riordan, Katy | Review documentation related to expenditure control for Kmart 3-way match system. | $0.00 | 3.7 | $0.00 |
| Smietanski, Meredith | Review index related to automated business process control testing for electronic filing as part of required auditing procedures. | $0.00 | 1.0 | $0.00 |
| Smietanski, Meredith | Assess outstanding Service Organization Control ("SOC") workpapers for electronic filing readiness. | $0.00 | 0.5 | $0.00 |
| 03/07/2019 | | | | |
| Lauret, Kyle | Analyze historical on-site documents subject to mandatory document preservation hold. | $0.00 | 2.9 | $0.00 |
| Lonnemann, Malorie | Review engagement index updates related to Sears bankruptcy accounting projects for 2018. | $0.00 | 1.0 | $0.00 |
| 03/11/2019 | | | | |
| Lauret, Kyle | Update status tracker of Sears Holdings engagements. | $0.00 | 3.4 | $0.00 |
| 03/12/2019 | | | | |
| Berry, Jim | Review Inventory Data Analytics memo and supplement related to inventory valuation at SHC. | $0.00 | 1.1 | $0.00 |

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2019 - March 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Audit Services* | | | | |
| 03/14/2019 | | | | |
| Berry, Jim | Review responses to review comments for the Inventory Data Analytics memo as it relates to inventory valuation. | $0.00 | 0.3 | $0.00 |
| Mason, David | Update documentation of contractor termination workpapers. | $0.00 | 0.8 | $0.00 |
| Smietanski, Meredith | Update documentation of the contractor expiration date testing based on notes received from M. Berggren (Deloitte). | $0.00 | 0.6 | $0.00 |
| Smietanski, Meredith | Finalize documentation of contractor expiration date testing for electronic filing. | $0.00 | 0.5 | $0.00 |
| Smietanski, Meredith | Meet with J. McManus and J. Hoye (all Deloitte) regarding Kmart migrated inventory controls. | $0.00 | 0.3 | $0.00 |
| 03/15/2019 | | | | |
| Hoye, Jim | Review index for completeness for the purposes of electronic filings of workpapers. | $0.00 | 0.3 | $0.00 |
| 03/19/2019 | | | | |
| Berrill, Liz | Review engagement index of Sears bankruptcy accounting projects in preparation of electronic filing as required by auditing standards. | $0.00 | 0.7 | $0.00 |
| Lauret, Kyle | Meet with J. Berry, E. Berrill, L. McDonnell, J. Staiger,  M. Lonnemann, and A. Williams (Deloitte) to discuss current priorities for SHC 2018 procedures. | $0.00 | 0.7 | $0.00 |
| Lauret, Kyle | Draft correspondence to E. Lo (Deloitte) regarding Sears Holdings bankruptcy impact on Sears Holdings subsidiaries. | $0.00 | 0.4 | $0.00 |
| Lonnemann, Malorie | Perform initial check of the engagement index related to Sears bankruptcy accounting projects for 2018. | $0.00 | 0.7 | $0.00 |

# Sears Holdings Corporation

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

March 01, 2019 - March 31, 2019

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|

## *Audit Services*

**03/19/2019**

| | | | | |
|---|---|---|---|---|
| Staiger, Jt | Meet with J. Berry, E. Berrill, L. McDonnell,  K. Lauret, M. Lonnemann, and A. Williams (Deloitte) to discuss current priorities for SHC 2018 procedures. | $0.00 | 0.7 | $0.00 |
| Weinert McDonnell, Lesley | Meet with J. Berry, E. Berrill,  J. Staiger,  K. Lauret, M. Lonnemann, and A. Williams (Deloitte) to discuss current priorities for SHC 2018 procedures. | $0.00 | 0.7 | $0.00 |

**03/20/2019**

| | | | | |
|---|---|---|---|---|
| Lauret, Kyle | Draft formal background and facts to conduct a Deloitte independence consultation evaluating permissibility of services based on potential scenarios with Sears Holdings and Lands' End. | $0.00 | 2.6 | $0.00 |

**03/21/2019**

| | | | | |
|---|---|---|---|---|
| Berrill, Liz | Assess current status of prioritized items as it relates to the 2018 SHC procedures. | $0.00 | 0.3 | $0.00 |

**03/22/2019**

| | | | | |
|---|---|---|---|---|
| Berrill, Liz | Assess considerations related to the engagement index related to Sears bankruptcy accounting projects for 2018. | $0.00 | 0.5 | $0.00 |
| Lauret, Kyle | Meet with J. Drosopolous and S. Brokke (all Sears) to discuss status update and next steps of ongoing procedures related to the bankruptcy. | $0.00 | 2.2 | $0.00 |
| Weinert McDonnell, Lesley | Review service authorization documentation for services performed for SHC as it relates to independence rules. | $0.00 | 2.0 | $0.00 |

**03/25/2019**

| | | | | |
|---|---|---|---|---|
| Berrill, Liz | Assess the engagement index related to Sears bankruptcy accounting projects for 2018 to prepare for electronic filing as required by auditing standards. | $0.00 | 0.5 | $0.00 |

## Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2019 - March 31, 2019

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| **Audit Services** | | | | |
| 03/25/2019 | | | | |
| Weinert McDonnell, Lesley | Review service authorization documentation for tax services for independence. | $0.00 | 0.5 | $0.00 |
| 03/26/2019 | | | | |
| Lauret, Kyle | Review initial Sears Holdings audit file for accounting and advisory lease services. | $0.00 | 0.6 | $0.00 |
| 03/27/2019 | | | | |
| Lauret, Kyle | Review historical emails to check completeness of electronic file for Sears Holdings accounting and advisory lease services. | $0.00 | 1.1 | $0.00 |
| Weinert McDonnell, Lesley | Review pension workpapers including results of demographic data analysis. | $0.00 | 1.5 | $0.00 |
| 03/29/2019 | | | | |
| Berrill, Liz | Review updates to engagement index of Sears bankruptcy accounting projects in preparation of electronic filing as required by auditing standards. | $0.00 | 0.5 | $0.00 |
| 03/31/2019 | | | | |
| Beekman, Berna | Review self-insurance model updates for entity segments. | $0.00 | 2.4 | $0.00 |
| Beekman, Berna | Review changes in self insurance assumptions as it relates to entity segments for 2019. | $0.00 | 2.8 | $0.00 |
| Beekman, Berna | Review self-insurance data entry for entity segments for 2019. | $0.00 | 0.8 | $0.00 |
| Subtotal for Audit Services: | | | 67.9 | $0.00 |
| **Out of Scope Audit Services** | | | | |
| 03/01/2019 | | | | |
| Allen, Michael | Update documentation of Sears Kmart Analytical procedures performed over store units based on results of analytical procedures using the Tableau tool. | $200.00 | 2.6 | $520.00 |

# Sears Holdings Corporation

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

March 01, 2019 - March 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *Out of Scope Audit Services*

**03/01/2019**

| | | | | |
|------|-------------|------|-------|------|
| Allen, Michael | Utilize Tableau tool to create scatterplot showing the year over year percent change in cost complement for individual Kmart store units for inventory valuation testing. | $200.00 | 2.3 | $460.00 |
| Allen, Michael | Update Inventory analytics summary memo for Kmart and Sears stores based review notes from J. McManus (Deloitte). | $200.00 | 2.7 | $540.00 |
| Chang, Stephen | Review of internal actuary pension scoping memo as part of our year end pension testing procedures. | $400.00 | 3.1 | $1,240.00 |
| Leonard, Allison | Assess statistical analysis and analytical procedures performed over the testing of SHC's pension plans. | $500.00 | 2.3 | $1,150.00 |
| Nguyen, Donna | Perform second review of workpapers needed for FY18 server as part of our procedures for electronic filing of the index, after updates had been made. | $200.00 | 3.9 | $780.00 |
| Straub, Kelsey | Perform pension plan benefit payment testing for the Company's two pension plans. | $300.00 | 1.1 | $330.00 |
| Straub, Kelsey | Review the actuary team findings memo on the Company's two pension plans. | $300.00 | 2.1 | $630.00 |
| Straub, Kelsey | Review Bloomberg screenshots for testing of pension plans assets valuation . | $300.00 | 1.4 | $420.00 |

**03/04/2019**

| | | | | |
|------|-------------|------|-------|------|
| Allen, Michael | Document investigative procedures performed for stores that had higher than average inventory. | $200.00 | 1.1 | $220.00 |
| Allen, Michael | Meet with K. Lauret (Deloitte) to discuss open questions regarding analysis of inventory valuation data analytics. | $200.00 | 0.3 | $60.00 |

# Sears Holdings Corporation

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

March 01, 2019 - March 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Out of Scope Audit Services* | | | | |
| 03/04/2019 | | | | |
| Allen, Michael | Perform file check as part of our procedures to assess workpapers for electronic filing, as required by auditing standards, for Parts Direct FY15-17 file. | $200.00 | 0.4 | $80.00 |
| Allen, Michael | Perform file check as part of our procedures to assess workpapers for electronic filing, as required by auditing standards, for Parts Direct Q1'18 & Q1'17 file. | $200.00 | 0.3 | $60.00 |
| Allen, Michael | Perform file check as part of our procedures to assess workpapers for electronic filing, as required by auditing standards, for Parts Direct Supplemental 2015 file. | $200.00 | 0.2 | $40.00 |
| Allen, Michael | Perform file check as part of our procedures to assess workpapers for electronic filing, as required by auditing standards, for Parts Direct Supplemental 2014 file. | $200.00 | 0.3 | $60.00 |
| Allen, Michael | Perform file check as part of our procedures to assess workpapers for electronic filing, as required by auditing standards, for Parts Direct Supplemental 2017 file. | $200.00 | 0.2 | $40.00 |
| Allen, Michael | Perform file check as part of our procedures to assess workpapers for electronic filing, as required by auditing standards, for Parts Direct Supplemental file. | $200.00 | 0.3 | $60.00 |
| Allen, Michael | Perform file check as part of our procedures to assess workpapers for electronic filing, as required by auditing standards, for Parts Direct Supplemental 2016 file. | $200.00 | 0.3 | $60.00 |
| Allen, Michael | Document investigative procedures performed over Kmart and Sears stores that were out of threshold for cost compliment percentage. | $200.00 | 1.4 | $280.00 |

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2019 - March 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Out of Scope Audit Services* | | | | |
| 03/04/2019 | | | | |
| Allen, Michael | Update audit documentation in the Kenmore file to prepare workpapers for electronic filing. | $200.00 | 1.2 | $240.00 |
| Lauret, Kyle | Draft email correspondence to Sears Holdings engagement team members (K. Straub, L. Pesa, J. Friel, all Deloitte) to provide instructions on next steps related to existing open Deloitte engagements. | $500.00 | 0.6 | $300.00 |
| Lauret, Kyle | Assess additional workpapers compiled as part of requirement of the electronic filing of the Sears audit file, as required by auditing standards. | $500.00 | 0.9 | $450.00 |
| Nguyen, Donna | Review open notes in FY18 server to prepare workpapers for electronic submission. | $200.00 | 4.2 | $840.00 |
| Staiger, Jt | Review the pension specialist procedures for Sears 2018 fiscal year end. | $500.00 | 2.8 | $1,400.00 |
| Straub, Kelsey | Review actuary team's draft conclusion memo on findings related to the Company's two pension plans. | $300.00 | 3.4 | $1,020.00 |
| Straub, Kelsey | Meet with K. Stopen (Sears) to discuss the pension obligation balance recorded in the general ledger. | $300.00 | 1.9 | $570.00 |
| 03/05/2019 | | | | |
| Allen, Michael | Document analysis of stores that exhibited unusual trends in Inventory/ Square ft. in our Inventory Valuation memo. | $200.00 | 0.7 | $140.00 |
| Allen, Michael | Utilize Tableau Inventory Analytics tools to document stores that had unusual trends in Inventory/Square ft. for further analysis. | $200.00 | 0.4 | $80.00 |
| Allen, Michael | Utilize Tableau Inventory Analytics tool to create listing of Sears stores with the highest cost complement percentage for further analysis. | $200.00 | 0.5 | $100.00 |

# Sears Holdings Corporation

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

March 01, 2019 - March 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Out of Scope Audit Services* | | | | |
| 03/05/2019 | | | | |
| Allen, Michael | Perform file check as part of our procedures to assess workpapers for electronic filing, as required by auditing standards, for the Kenmore file. | $200.00 | 0.2 | $40.00 |
| Allen, Michael | Perform file check as part of our procedures to assess workpapers for electronic filing, as required by auditing standards, for Sears Home Improvement Proxy file. | $200.00 | 0.2 | $40.00 |
| Allen, Michael | Assess Kenmore file workpapers to see if the workpapers are ready for electronic filing as required by auditing standards. | $200.00 | 1.2 | $240.00 |
| Allen, Michael | Utilize the Tableau Inventory Analytics tool to document the year over year change in cost complement percentage for Sears stores with the highest cost complement percentage to analyze of inventory. | $200.00 | 1.6 | $320.00 |
| Allen, Michael | Meet with K. Lauret and K. Riordan (Deloitte) to discuss the preparation of the Parts Direct audit files to complete electronic filing of workpapers as required by auditing standards. | $200.00 | 0.2 | $40.00 |
| Allen, Michael | Update workpapers in the Kenmore file in order to complete electronic filing as required by auditing standards. | $200.00 | 0.9 | $180.00 |
| Allen, Michael | Document analysis of the year over year change in cost complement percentage for stores in our Inventory Valuation memo. | $200.00 | 2.7 | $540.00 |
| Kumra, Meghna | Update pension demographic data dashboard for SHC's pension plans. | $120.00 | 1.8 | $216.00 |
| Lauret, Kyle | Meet with M. Allen and K. Riordan (Deloitte) to discuss the preparation of the Parts Direct audit files to complete electronic filing of workpapers as required by auditing standards. | $500.00 | 0.2 | $100.00 |

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2019 - March 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

### *Out of Scope Audit Services*

03/05/2019

| | | | | |
|------|-------------|------|-------|------|
| Lauret, Kyle | Review compiled file for Sears Home Improvement Products (business of Sears Holdings) review of Q1 2018 and Q1 2017 carve-out financial statements to prepare for electronic filing of workpapers as required by auditing standards. | $500.00 | 0.8 | $400.00 |
| Lauret, Kyle | Meet with M. Allen (Deloitte) to discuss open questions regarding analysis of inventory valuation data analytics. | $500.00 | 0.3 | $150.00 |
| Lauret, Kyle | Review updates to workpapers compiled as part of requirement to finalize electronic filing of the Sears audit file in proper condition. | $500.00 | 0.3 | $150.00 |
| Lauret, Kyle | Meet with A. Van Houtte and K. Riordan (Deloitte) to discuss the termination process for the Parts Direct carve-out audit. | $500.00 | 0.3 | $150.00 |
| Lauret, Kyle | Review Sears Holdings carve-out audit termination memo as part of requirement to complete electronic filing of workpapers. | $500.00 | 1.3 | $650.00 |
| Lauret, Kyle | Review compiled file for Kenmore (business of Sears Holdings) review of Q1 2018 and Q1 2017 carve-out financial statements to prepare for electronic filing of workpapers. | $500.00 | 0.6 | $300.00 |
| Nguyen, Donna | Update documentation of Service Auditor Report Review Memo for State Street. | $200.00 | 3.7 | $740.00 |
| Nguyen, Donna | Update for current year numbers in pension lead sheet. | $200.00 | 1.2 | $240.00 |
| Nguyen, Donna | Review second round of open notes in FY18 server to prepare workpapers for electronic submission. | $200.00 | 3.7 | $740.00 |
| Riordan, Katy | Meet with K. Lauret and M. Allen (Deloitte) to discuss the preparation of the Parts Direct audit files to complete electronic filing of workpapers as required by auditing standards. | $300.00 | 0.2 | $60.00 |

# Sears Holdings Corporation

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

March 01, 2019 - March 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Out of Scope Audit Services* | | | | |
| 03/05/2019 | | | | |
| Riordan, Katy | Review 2018 base audit servers to assess completeness for electronic filing of workpapers as required by auditing standards. | $300.00 | 3.6 | $1,080.00 |
| Sharma, Akashna | Review the demographic data dashboard as part of our year end pension procedures. | $120.00 | 2.3 | $276.00 |
| Straub, Kelsey | Meet with S. Brosius (Sears) to discuss pension benefit payment testing. | $300.00 | 1.3 | $390.00 |
| Van Houtte, Andy | Meet with K. Lauret and K. Riordan (Deloitte) to discuss the termination process for the Parts Direct carve-out audit. | $600.00 | 0.3 | $180.00 |
| 03/06/2019 | | | | |
| Allen, Michael | Document analytical procedures performed over stores with higher than average inventory amounts in Inventory Valuation Analytics supplement. | $200.00 | 1.8 | $360.00 |
| Allen, Michael | Update audit documentation in the Parts Direct file to prepare workpapers for electronic filing. | $200.00 | 1.3 | $260.00 |
| Allen, Michael | Document analytical procedures used over stores with high cost complement percentages in Inventory Valuation Analytics memo supplement. | $200.00 | 2.4 | $480.00 |
| Drager, Christine | Meet with J. Staiger, M. Hu, and K. Straub (Deloitte) to discuss the results of the actuarial procedures performed over the Company's two pension balances. | $600.00 | 0.3 | $180.00 |
| Hu, May | Meet with J. Staiger, C. Drager, and K. Straub (Deloitte) to discuss the results of the actuarial procedures performed over the Company's two pension balances. | $300.00 | 0.3 | $90.00 |
| Nguyen, Donna | Update documentation of Service Auditor Report Review Memo for third party. | $200.00 | 3.9 | $780.00 |

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2019 - March 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Out of Scope Audit Services* | | | | |
| 03/06/2019 | | | | |
| Nguyen, Donna | Update outstanding workpapers in FY18 index based on notes from K. Lauret (Deloitte) to prepare the file for electronic submission. | $200.00 | 3.2 | $640.00 |
| Nguyen, Donna | Update documentation in pension investment testing workpaper. | $200.00 | 1.2 | $240.00 |
| Sharma, Akashna | Review data dashboard results for pension testing. | $120.00 | 1.7 | $204.00 |
| Staiger, Jt | Meet with C. Drager, M. Hu, and K. Straub (Deloitte) to discuss the results of the actuarial procedures performed over the Company's two pension balances. | $500.00 | 0.3 | $150.00 |
| Straub, Kelsey | Meet with J. Staiger, C. Drager, M. Hu, (Deloitte) to discuss the results of the actuarial procedures performed over the Company's two pension balances. | $300.00 | 0.3 | $90.00 |
| 03/07/2019 | | | | |
| Allen, Michael | Document updates of analytical procedures over valuation of Company inventory at the store level based on notes from K. Lauret (Deloitte). | $200.00 | 2.7 | $540.00 |
| Allen, Michael | Update documentation of Inventory data analytic memo supplement testing based on notes from K. Lauret (Deloitte). | $200.00 | 1.9 | $380.00 |
| Allen, Michael | Assess Tableau graphs for inventory fluctuations for Kmart ("Big K") stores. | $200.00 | 1.7 | $340.00 |
| Lauret, Kyle | Review draft memo of analysis of inventory existence and valuation data analytics. | $500.00 | 3.6 | $1,800.00 |
| Nguyen, Donna | Review contracts and agreements in permanent file index for FY18 electron filing as required by audit standards. | $200.00 | 3.8 | $760.00 |
| Straub, Kelsey | Provide census data testing selections to the Company's Pension actuary, in order to obtain support. | $300.00 | 2.3 | $690.00 |
| Straub, Kelsey | Meet with J. Eichner (Sears) to discuss the balance of the pension periodic benefit expense. | $300.00 | 1.3 | $390.00 |

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2019 - March 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

### *Out of Scope Audit Services*

**03/08/2019**

| | | | | |
|------|-------------|------|-------|------|
| Allen, Michael | Utilize Tableau data analytics to perform Inventory Turnover analysis for certain stores to evaluate inventory at those stores. | $200.00 | 2.3 | $460.00 |
| Allen, Michael | Update documentation to Inventory Data Analytics summary memo related to cost complement percentage outliers based on notes from K. Lauret (Deloitte). | $200.00 | 3.2 | $640.00 |
| Allen, Michael | Participate in call with K. Lauret (Deloitte) to open questions regarding the documentation of the Inventory Valuation Analytics memo. | $200.00 | 0.3 | $60.00 |
| Fantom, Tiffany | Review demographic data dashboard as it relates to pension testing at SHC. | $120.00 | 2.0 | $240.00 |
| Lauret, Kyle | Participate in call with M. Allen (Deloitte) to open questions regarding the documentation of the Inventory Valuation Analytics memo. | $500.00 | 0.3 | $150.00 |
| Li, Tian | Review valuation methodologies and assumptions regarding the Company's pension plans. | $500.00 | 0.3 | $150.00 |
| Nguyen, Donna | Update documentation in pension summary/planning memorandum to address review notes. | $200.00 | 3.9 | $780.00 |
| Nguyen, Donna | Participate in call with L. Miller and S. Sitley (Sears) to update legal confirmations. | $200.00 | 1.1 | $220.00 |
| Straub, Kelsey | Reconcile assets of the pension plan provided by the custodian to the assets recorded by the actuary. | $300.00 | 3.9 | $1,170.00 |

**03/11/2019**

| | | | | |
|------|-------------|------|-------|------|
| Allen, Michael | Document the analytical procedures performed over Puerto Rico, Guam, and Virgin Island stores with higher inventory balances in inventory valuation supplement. | $200.00 | 1.1 | $220.00 |

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2019 - March 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Out of Scope Audit Services* | | | | |
| 03/11/2019 | | | | |
| Allen, Michael | Document the analytical procedures performed over mainland stores with higher inventory balances in inventory valuation supplement. | $200.00 | 1.4 | $280.00 |
| Allen, Michael | Update Sears and Kmart store inventory data analytics memo based on notes received from K. Lauret (Deloitte). | $200.00 | 1.0 | $200.00 |
| Allen, Michael | Utilize the Inventory Dashboard to make general assessments regarding the inventory balances for Kmart and Sears stores as a basis of documentation in the inventory data analytics memo. | $200.00 | 0.7 | $140.00 |
| Allen, Michael | Document investigative procedures performed over stores with higher inventory balances in inventory valuation memo. | $200.00 | 2.3 | $460.00 |
| Kasthuri, Mahesh | Assess updates for the demographic data dashboard related to pension. | $120.00 | 1.1 | $132.00 |
| Kumra, Meghna | Perform review over updates made to the demographic data dashboard related to pension. | $120.00 | 1.6 | $192.00 |
| Lauret, Kyle | Create memorandum describing update to Sears Holdings potential inventory valuation and existence claim. | $500.00 | 0.7 | $350.00 |
| Nguyen, Donna | Prepare fiscal year 2018 base audit server to finalize workpapers for electronic filing. | $200.00 | 2.5 | $500.00 |
| Straub, Kelsey | Review pension data analytics summary memo on census data procedures performed. | $300.00 | 1.1 | $330.00 |
| 03/12/2019 | | | | |
| Allen, Michael | Update documentation of the Inventory data analytics supplement based on review notes received from K. Lauret (Deloitte). | $200.00 | 0.6 | $120.00 |

# Sears Holdings Corporation

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

March 01, 2019 - March 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *Out of Scope Audit Services*

03/12/2019

| | | | | |
|------|-------------|------|-------|------|
| Allen, Michael | Update workpaper tracker to identify files in FY18 Service Organization Control ("SOC") file for Lands End as part of procedures to complete electronic filing of workpapers as required by auditing standards. | $200.00 | 2.3 | $460.00 |
| Allen, Michael | Update workpaper tracker to identify files in FY18 Service Organization Control ("SOC") file for Sears Hometown Outlet as part of procedures to complete electronic filing of workpapers as required by auditing standards. | $200.00 | 2.1 | $420.00 |
| Hu, May | Finalize corporate audit findings memo to send to audit team for pension testing. | $300.00 | 0.5 | $150.00 |
| Lauret, Kyle | Review updated memo of analysis of inventory existence and valuation data analytics. | $500.00 | 1.2 | $600.00 |
| Lauret, Kyle | Review updated supporting data analytics excel workpaper of analysis of inventory existence and valuation data analytics. | $500.00 | 1.3 | $650.00 |
| Nguyen, Donna | Search fiscal year 2018 base server to identify Service Organization Control workpapers needed for electronic filing of workpapers as required by auditing standards. | $200.00 | 4.4 | $880.00 |
| Nguyen, Donna | Document pension census data workpaper as part of year end procedures for pension testing. | $200.00 | 3.9 | $780.00 |
| Riordan, Katy | Review updated outstanding workpapers in FY18 index to prepare the file for electronic submission. | $300.00 | 3.9 | $1,170.00 |
| Sharma, Akashna | Update pension census data dashboards based on manager comments. | $120.00 | 0.9 | $108.00 |
| Straub, Kelsey | Meet with S. Brosius (Sears) to discuss pension asset valuation testing . | $300.00 | 2.9 | $870.00 |

# Sears Holdings Corporation

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

March 01, 2019 - March 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *Out of Scope Audit Services*

**03/13/2019**

| | | | | |
|------|-------------|------|-------|------|
| Lauret, Kyle | Update additional factual documentation to support audit judgments and conclusions of data analytics performed on Sears inventory existence and valuation procedures. | $500.00 | 1.2 | $600.00 |
| Lauret, Kyle | Review the Parts Direct carve-out audit file for electronic filing. | $500.00 | 1.3 | $650.00 |
| Riordan, Katy | Review Service Organization Control workpapers in fiscal year 2018 base server to prepare for electronic submission of workpapers as required by auditing standards. | $300.00 | 3.8 | $1,140.00 |
| Straub, Kelsey | Review pension contribution support received from S. Brosius (Sears) to assess whether there are additional questions and can proceed with testing. | $300.00 | 1.6 | $480.00 |

**03/14/2019**

| | | | | |
|------|-------------|------|-------|------|
| Gupta, Anitya | Update documentation of testing of pension data entry. | $80.00 | 0.5 | $40.00 |
| Nguyen, Donna | Update pension investments workpaper for pricing document received from National Securities Pricing Center. | $200.00 | 3.9 | $780.00 |
| Nguyen, Donna | Review Service Organization Control workpapers in fiscal year 2018 base server to prepare for electronic submission of workpapers. | $200.00 | 3.8 | $760.00 |
| Straub, Kelsey | Meet with J. Eichner (Sears) to discuss the Company's pension plan balances recorded in the general ledger. | $300.00 | 2.3 | $690.00 |

**03/15/2019**

| | | | | |
|------|-------------|------|-------|------|
| Nguyen, Donna | Update documentation of pension census data workpaper for additional support (death certificates, retirement papers, personnel screenshots). | $200.00 | 3.6 | $720.00 |
| Nguyen, Donna | Research Service Organization Control workpapers needed to finalize fiscal year 2018 file to prepare for electronic filing of workpapers. | $200.00 | 3.9 | $780.00 |

23

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2019 - March 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Out of Scope Audit Services* | | | | |
| 03/15/2019 | | | | |
| Staiger, Jt | Review pension asset testing procedures for fiscal year 2018. | $500.00 | 3.5 | $1,750.00 |
| Straub, Kelsey | Address manager questions on census data analytics memo that outlines findings on the census data. | $300.00 | 1.9 | $570.00 |
| 03/18/2019 | | | | |
| Nguyen, Donna | Prepare 2018 base audit servers to assess for electronic filing of workpapers as required by auditing standards. | $200.00 | 3.9 | $780.00 |
| Staiger, Jt | Review of pension asset testing for purposes of the 2018 audit procedures. | $500.00 | 2.2 | $1,100.00 |
| Straub, Kelsey | Document pension asset valuation balances based on Bloomberg screenshots. | $300.00 | 1.6 | $480.00 |
| Straub, Kelsey | Reconcile pension benefit payment support for pension plan 1 to the disclosure reports. | $300.00 | 0.4 | $120.00 |
| 03/19/2019 | | | | |
| Straub, Kelsey | Document benefit payment testing for the Company's two pension plans. | $300.00 | 0.9 | $270.00 |
| Straub, Kelsey | Document overall conclusions and results of the pension audit procedures in a summary memo. | $300.00 | 1.8 | $540.00 |
| 03/20/2019 | | | | |
| Straub, Kelsey | Address manager questions on valuation specialists workpapers of pension assets. | $300.00 | 1.2 | $360.00 |
| Straub, Kelsey | Document census data selection for testing of the Company's two pension plans. | $300.00 | 0.6 | $180.00 |
| Straub, Kelsey | Address partner questions on pension obligation risk assessment memo. | $300.00 | 0.3 | $90.00 |
| Straub, Kelsey | Reconcile service organization control workpapers to the base audit file list of workpapers for electronic filing of workpapers in accordance with auditing standards. | $300.00 | 0.3 | $90.00 |

# Sears Holdings Corporation

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

March 01, 2019 - March 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|

## *Out of Scope Audit Services*

**03/21/2019**

| | | | | |
|------|-------------|------|-------|------|
| Lauret, Kyle | Review updated Parts Direct carve-out audit form related to completing the electronic filing of workpapers as required by auditing standards. | $500.00 | 0.4 | $200.00 |
| Riordan, Katy | Review 2018 base audit servers to assess for electronic filing of Parts Direct workpapers as required by auditing standards. | $300.00 | 3.9 | $1,170.00 |
| Straub, Kelsey | Address manager questions on pension plan memo that outlines final conclusions. | $300.00 | 0.8 | $240.00 |

**03/22/2019**

| | | | | |
|------|-------------|------|-------|------|
| Straub, Kelsey | Document removed participants from the Company's two pension plans over the past year. | $300.00 | 1.4 | $420.00 |
| Straub, Kelsey | Finalize listing of contract and permanent files required for electronic filing of workpapers in accordance with auditing standards. | $300.00 | 2.1 | $630.00 |

**03/26/2019**

| | | | | |
|------|-------------|------|-------|------|
| Riordan, Katy | Review 2018 base audit servers to assess for electronic filing of Kenmore workpapers as required by auditing standards. | $300.00 | 3.7 | $1,110.00 |

**03/27/2019**

| | | | | |
|------|-------------|------|-------|------|
| Lauret, Kyle | Review final Parts Direct carve-out audit file prior to completion of electronic filing of workpapers as required by audit standards. | $500.00 | 1.2 | $600.00 |
| Subtotal for Out of Scope Audit Services: | | | 218.6 | $57,988.00 |

## *Preparation of Fee Applications*

**03/02/2019**

| | | | | |
|------|-------------|------|-------|------|
| Abrom, Carisa | Prepare updated monthly fee statements. | $300.00 | 1.0 | $300.00 |

**03/04/2019**

| | | | | |
|------|-------------|------|-------|------|
| Abrom, Carisa | Prepare fee information for the monthly fee statements. | $300.00 | 2.0 | $600.00 |

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2019 - March 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Preparation of Fee Applications* | | | | |
| 03/06/2019 | | | | |
| Abrom, Carisa | Prepare updated monthly fee statements. | $300.00 | 2.5 | $750.00 |
| Blair, Stephanie | Update exhibits for January monthly fee statement. | $200.00 | 2.0 | $400.00 |
| 03/07/2019 | | | | |
| Blair, Stephanie | Update exhibits for January monthly fee statement. | $200.00 | 1.0 | $200.00 |
| 03/08/2019 | | | | |
| Blair, Stephanie | Update exhibits for January monthly fee statement. | $200.00 | 10.0 | $2,000.00 |
| 03/09/2019 | | | | |
| Blair, Stephanie | Update exhibits for January monthly fee statement. | $200.00 | 2.0 | $400.00 |
| 03/12/2019 | | | | |
| Abrom, Carisa | Upload December fee and expense exhibits. | $300.00 | 4.0 | $1,200.00 |
| 03/13/2019 | | | | |
| Abrom, Carisa | Prepare updated monthly fee statements. | $300.00 | 2.8 | $840.00 |
| 03/14/2019 | | | | |
| Abrom, Carisa | Update November fee statement final draft for filing. | $300.00 | 1.6 | $480.00 |
| 03/18/2019 | | | | |
| Blair, Stephanie | Update exhibits for January monthly fee statement. | $200.00 | 8.0 | $1,600.00 |
| 03/19/2019 | | | | |
| Blair, Stephanie | Update exhibits for January monthly fee statement. | $200.00 | 8.0 | $1,600.00 |
| 03/20/2019 | | | | |
| Blair, Stephanie | Update exhibits for January monthly fee statement. | $200.00 | 3.0 | $600.00 |
| 03/21/2019 | | | | |
| Blair, Stephanie | Update exhibits for January monthly fee statement. | $200.00 | 7.0 | $1,400.00 |

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2019 - March 31, 2019

| Date | Description | Rate | Hours | Fees |
|------|-------------|------|-------|------|
| *Preparation of Fee Applications* | | | | |
| 03/22/2019 | | | | |
| Blair, Stephanie | Update exhibits for January monthly fee statement. | $200.00 | 2.0 | $400.00 |
| 03/25/2019 | | | | |
| Abrom, Carisa | Update exhibits for February monthly fee statement. | $300.00 | 1.1 | $330.00 |
| 03/26/2019 | | | | |
| Abrom, Carisa | Update exhibits for February monthly fee statement. | $300.00 | 2.9 | $870.00 |
| 03/28/2019 | | | | |
| Blair, Stephanie | Update exhibits for February monthly fee statement. | $200.00 | 7.0 | $1,400.00 |
| 03/29/2019 | | | | |
| Blair, Stephanie | Update exhibits for February monthly fee statement. | $200.00 | 7.0 | $1,400.00 |
| Subtotal for Preparation of Fee Applications: | | | 74.9 | $16,770.00 |
| **Total** | | | **417.5** | **$80,195.50** |

## Recapitulation

| Name | Rate | Hours | Fees |
|------|------|-------|------|
| Lauret, Kyle | $625.00 | 8.7 | $5,437.50 |
| Drager, Christine | $600.00 | 0.3 | $180.00 |
| Van Houtte, Andy | $600.00 | 0.3 | $180.00 |
| Lauret, Kyle | $500.00 | 16.5 | $8,250.00 |
| Leonard, Allison | $500.00 | 2.3 | $1,150.00 |
| Li, Tian | $500.00 | 0.3 | $150.00 |
| Staiger, Jt | $500.00 | 8.8 | $4,400.00 |
| Chang, Stephen | $400.00 | 3.1 | $1,240.00 |
| Abrom, Carisa | $300.00 | 17.9 | $5,370.00 |
| Hu, May | $300.00 | 0.8 | $240.00 |

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

March 01, 2019 - March 31, 2019

## Recapitulation

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Riordan, Katy | $300.00 | 19.1 | $5,730.00 |
| Straub, Kelsey | $300.00 | 40.2 | $12,060.00 |
| Allen, Michael | $200.00 | 51.3 | $10,260.00 |
| Blair, Stephanie | $200.00 | 57.0 | $11,400.00 |
| Nguyen, Donna | $200.00 | 63.7 | $12,740.00 |
| Fantom, Tiffany | $120.00 | 2.0 | $240.00 |
| Kasthuri, Mahesh | $120.00 | 1.1 | $132.00 |
| Kumra, Meghna | $120.00 | 3.4 | $408.00 |
| Sharma, Akashna | $120.00 | 4.9 | $588.00 |
| Gupta, Anitya | $80.00 | 0.5 | $40.00 |
| Allen, Michael | $0.00 | 0.6 | $0.00 |
| Beekman, Berna | $0.00 | 6.0 | $0.00 |
| Berggren, Maureen | $0.00 | 3.3 | $0.00 |
| Berrill, Liz | $0.00 | 3.7 | $0.00 |
| Berry, Jim | $0.00 | 1.4 | $0.00 |
| Bihm, Christy | $0.00 | 0.6 | $0.00 |
| Hoye, Jim | $0.00 | 3.4 | $0.00 |
| Lauret, Kyle | $0.00 | 15.7 | $0.00 |
| Lonnemann, Malorie | $0.00 | 7.7 | $0.00 |
| Mason, David | $0.00 | 4.0 | $0.00 |
| McManus, Joseph | $0.00 | 0.3 | $0.00 |
| Nguyen, Donna | $0.00 | 6.5 | $0.00 |
| Riordan, Katy | $0.00 | 5.9 | $0.00 |
| Sinha, Harshit | $0.00 | 9.7 | $0.00 |
| Smietanski, Meredith | $0.00 | 30.0 | $0.00 |
| Staiger, Jt | $0.00 | 6.3 | $0.00 |
| Straub, Kelsey | $0.00 | 3.8 | $0.00 |
| Vajhala, Phani Kiran | $0.00 | 1.0 | $0.00 |
| Weinert McDonnell, Lesley | $0.00 | 5.4 | $0.00 |