UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.: 18-23538 (RDD)<br>Jointly Administered |

## NOTICE OF WITHDRAWAL OF THE MOTION OF SAKAR INTERNATIONAL INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. §§ 503(a) AND 503(b)(1)

Sakar International Inc. hereby withdraws the *Motion Of Sakar International Inc. For Allowance And Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. §§ 503(A) And 503(B)(1)* ) [Dkt Nos. 4360, 4361].

Dated: July 8, 2019
     New York, New York

**MONTGOMERY MCCRACKEN WALKER & RHOADS LLP**

By:  */s/ Edward L. Schnitzer*
     Edward L. Schnitzer
437 Madison Avenue
New York, NY 10022
Telephone:  (212) 551-7781
Facsimile:  (212) 599-5085
Email:  eschnitzer@mmwr.com

*Counsel for Sakar International Inc.*