# EXHIBIT A

# MALL OF AMERICA®: BY THE NUMBERS

- **1.15 MILES** is the walking distance around one level of Mall of America
- **8 ACRES** of skylight allow about 70 percent of natural light to enter the park
- **4 OUT OF 10** visitors to Mall of America are tourists
- **65** semi-trucks • were needed to transport trees to the theme park to create the outdoor feel of an indoor park
- **70 DEGREES** is the temperature inside Mall of America whether it's spring, summer, winter or fall
- **100+ POUNDS** of food are fed daily to animals at SEA LIFE® Minnesota Aquarium - plus 90 extra pounds on the days the sharks are fed
- **400+** events are held at Mall of America each year
- **520+** stores are located in Mall of America
- **8,700** weddings have been performed at Mall of America
- **11,000** year-round employees at Mall of America (13,000 during peak periods)
- **12,750** on-site parking spaces in two ramps
- **30,000+** live plants and 400 live trees climbing as high as 35 feet tall in Nickelodeon Universe®
- **32,000+** tons of trash recycled each year
- **1.3 MILLION** gallon aquarium at SEA LIFE Minnesota Aquarium
- **5.6 MILLION** square feet of gross building area. That's as much as:
    - *3 U.S. Bank Stadiums*
    - *9 Yankee Stadiums*
    - *10 Great Pyramids*
    - *18 Coliseums*
    - *24 Sidney Opera Houses*
    - *43 Boeing 747s*
    - *53 Eifel Towers*
    - *103 White Houses*
    - *174 Taj Mahals,*
    - *347 Statues of Liberty*
    - *441 Big Bens*
- **40 MILLION** visitors annually which is more than the combined populations of North Dakota, South Dakota, Iowa and Canada
- **$650+ MILLION** cost to build Mall of America
- Mall of America generates nearly **$2 BILLION** in economic activity annually for the state of Minnesota.

# ATTRACTIONS

**NICKELODEON UNIVERSE®**
Located in the center of the Mall, Nickelodeon Universe is the nation's largest indoor theme park, featuring:
- **7 acres** of entertainment for guests of all ages
- **28** rides + attractions
- **Barnacle Blast Zip Line**: Longest indoor zip line in North America, 405 feet long + 55 feet above the ground
- **Ghostly Gangplank**: Tallest Sky Trail® ropes course in the world, Reaches 56 feet above Nickelodeon Universe
- **Anchor Drop**: Spiral slide experience + Travels from 56 feet above Nickelodeon Universe to ground

Since opening in 2008, there have been more than 174 million rides ridden in the theme park.
In June 2016, the SpongeBob Rock Bottom Plunge roller coaster celebrated its 1 millionth ride.

**SEA LIFE® MINNESOTA AQUARIUM**
- **1.3 million** gallon aquarium
- **10,000** sea creatures
- Tunnel that is **14 feet under** the water's surface
- **300 foot long** under water tunnel
- **12,000 gallon** stingray touch pool

**CRAYOLA EXPERIENCE**
- **60,000 square foot** experience which is larger than an NFL football field
- **25** hands-on attractions
- The average length of stay is approximately **3.5 hours**.

**FLYOVER AMERICA**
- FlyOver America is the longest ride of its kind in the world at approximately **ten minutes long**.
- More than **50 hours** of footage was recorded
- There are more than **20 locations** throughout the United States featured.
- The spherical screen is approximately **40 feet tall by 60 feet wide**.
- **62 people** can ride FlyOver at one time split between three levels
- The oldest guest to ever soar on a FlyOver attraction was **104 years old**.

# COMMUNITY RELATIONS

**FOR 25 YEARS, MALL OF AMERICA®,** along with our tenants, has been a big part of the communities of Minneapolis, St. Paul and our hometown of Bloomington, Minnesota. We contribute through cash, products and in-kind support to charities and nonprofits. Additionally, MOA® is a Beyond the Yellow Ribbon certified workplace.

**A LITTLE GOES A LONG WAY:**
- **$26,000** daily donation value
- **$24,000** in coins collected every year + donated to 12 charities
- **$25,000** average contribution every day in cash, products and in-kind support to charities and nonprofits
- **$9.5 million** annual donation value
- **$12 million** annually raised by our community partners as a result of our events, in-kind support and donations

**ANNUAL COMMUNITY EVENTS AT MOA INCLUDE:**
Juvenile Diabetes Research Foundation Walk  |  Holiday for Heroes
Frasier Walk for Autism  |  March of Dimes  |  Walk to End Hunger



# SECURITY



**MALL OF AMERICA® SECURITY OFFICERS UNDERGO MORE THAN 400 HOURS OF TRAINING IN SAFETY, GUEST RELATIONS, EMERGENCY OPERATIONS, KRAV MAGA AND VERBAL JUDO.** In addition to security officers, the security department utilizes bike patrol, a special operations plain clothes unit and a K-9 program.

**ON AVERAGE, EACH YEAR MALL OF AMERICA SECURITY:**
- Receives more than **115,000 CALLS** for services
- Reunites more than **3,700 LOST CHILDREN** with their families
- Responds to more than **1,100 MEDICAL EMERGENCIES**
- Helps visitors locate approximately **1,200 "LOST" VEHICLES**
- Receives **55,000 TRAINING HOURS**
- Manages and trains **15 SINGLE PURPOSE EXPLOSIVE DETECTION CANINES**
- Employs more than **150 PERSONNEL** who go through approximately three months of extensive training prior to working out in the Mall.

# TOURISM

**MALL OF AMERICA PARTICIPATES IN MAJOR NATIONAL AND INTERNATIONAL TRAVEL + TRADE SHOWS ANNUALLY TO PROMOTE TRAVEL TO MOA®.** The Mall continues to welcome millions of visitors each year from around the world, including guests from: Brazil, Canada, China, England, France, Germany, Iceland, Ireland, Japan, Korea, Latin America, Mexico, Norway, Sweden and Taiwan.



## FUN FACTS

4 out of 10 visitors are tourists

Located only 1.5 miles from the Minneapolis/St. Paul International Airport

More than 30 million people live within a day's drive of the Mall

More than 50 hotels are located within 10 minutes of Mall of America + offer complimentary shuttle service

There are two hotels attached

JW Marriott is 14 stories and offers 342 luxury rooms

Radisson Blu Mall of America offers 500 rooms

More than 1 million annual boardings on the Light Rail at Mall of America

# GREEN BEFORE ITS TIME

Mall of America® has always been committed to green design. Efforts are made 365 days a year to reduce waste and improve efficiencies in its operation.

- **30,000 live plants** and **400 live trees** that act as natural air purifiers
- Recycles more than **60 percent of our waste**, which is an average of **32,000 tons per year**.
- Does not use a central heating system—even in January when the average Minnesota high temperature is 22 degrees Fahrenheit. Instead, the comfortable **70 degrees Fahrenheit** temperature is maintained by:
    - *1.2 miles of skylights for passive solar energy*
    - *Residual heat from light fixtures*
    - *Body heat from more than 40 million annual visitors*
- Recycles more than 2,400 tons of food waste to local hog farms, which equates to more than a million hog meals annually.
- Releases thousands of ladybugs instead of using pesticides on live plants.
- Offers electric vehicle charging stations to service owners of electric cars, bikes and scooters.
- In 2011, installed more than 5,400 LED bulbs in parking ramps, spanning more than 2.2 million square feet and reducing energy costs by two thirds.

