# EXHIBIT B

# LEVEL 1



P1 WEST — Texas
P2 WEST — California
P1 EAST — Maine
P2 EAST — Georgia

# LEVEL 2



P3 WEST — Hawaii
P4 WEST — Arizona
P3 EAST — Indiana
P4 EAST — Florida

# LEVEL 3



P5 WEST — Nevada
P6 WEST — Colorado
P5 EAST — New York
P6 EAST — Tennessee

# LEVEL 4



P7 WEST — Alaska
P7 EAST — Pennsylvania

## OFFICIAL SPONSORS

 
 
 
 
 
 

Pepsi · Mystic Lake Casino + Hotel
Games! Powered by Namco · Caribou Coffee
Luther · Explore Minnesota
Minnesota State Lottery · Uber
iHail · Republic Services
SageGlass · Eagan Minnesota



SPRING 2017
# MAP + DIRECTORY

 /MALLOFAMERICA    @MALLOFAMERICA    @MALLOFAMERICA   @MALLOFAMERICA

FOR MORE INFORMATION ABOUT AREA HOTELS VISIT
MALLOFAMERICA.COM/VISIT/HOTELS



mallofamerica.com



## MALL OF AMERICA®

Mall of America is located in Bloomington, Minnesota – only 15 minutes from downtown Minneapolis and St. Paul. As one of the most visited tourist destinations in the world, Mall of America features something for everyone – 520 stores, 50 restaurants and attractions galore including Nickelodeon Universe®, the nation's first all-Nick theme park. Plus there's no sales tax on clothing or shoes!

**SPRING RETAIL HOURS**
Monday - Saturday          10 a.m. - 9:30 p.m.
Sunday                     11 a.m. - 7 p.m.
**Hours for restaurants and attractions vary.
Visit mallofamerica.com for holiday hours.**

Guest Service desks located on level one at all main entrances to the Mall provide the following:
- Mall Information          • Gift Cards
- Stroller Rental           • Lost and Found
- Locker Rental             • Map and Directories
- Electronic Cart Rental    • Coupon Books
- Wheelchair Rental         • Shopping Bags

Handicap accessible elevators are located in the East and West parking ramps, levels P1-P7. Levels P1 and P4 provide access to the Mall without use of elevators. Park on P4 for an enclosed skyway.

**VALET**
A new way to valet. Let us save you some time!
**STEP 1:** Leave your car at one of three drop-off locations at Mall of America (North MOA® entrance off Lindau Lane, Radisson Blu or JW Marriott).
**STEP 2:** Connect with valet through your mobile device (using their paperless service).
**STEP 3:** Your car will be brought to the valet location that's closest to you.

Visit MallofAmerica.com/Valet for more information.

**UBER**
Mall of America teamed up with ridesharing leader Uber to make getting to and from Mall of America even easier. You can now request an Uber driver from your current location and then select one of five specific pickup or drop-off zones at the Mall. This new service will provide you curbside access to your favorite stores, restaurants and attractions without having to worry about where you parked.

Visit MallofAmerica.com/Uber for more information.

CALL 952.883.8800 | TEXT 952.479.4839 | MALLOFAMERICA.COM




## QUICK NICK FACTS

**TICKETS** can be purchased at the self-service kiosks located at each entrance with credit cards only. To redeem coupons or for cash purchases, go to any Nickelodeon Universe® retail store or Guest Services.

**GUEST SERVICES**, located next to the Carousel, is the headquarters for ticket questions or if you are using a discount coupon, voucher or cash purchase.

**STROLLERS** can be rented at any of the four Mall of America® Guest Service desks.

**SAFETY GUIDELINES** for each ride, including rider requirements, are posted at each ride entrance. A detailed rider safety guide is available for guests with disabilities at Guest Services.

**COMMERCIAL PHOTOGRAPHY** requires special permission. Nickelodeon Universe entertainment and music are copyright protected, and guests must have written permission to use photographs or video of Nickelodeon Universe for commercial, broadcasting or publishing purposes.





**5000 CENTER COURT, BLOOMINGTON, MN 55425-5500
NICKELODEONUNIVERSE.COM**

 Printed on recycled paper with 10% postconsumer waste.  MARCH 2017.

# DIRECTORY

**DOWNLOAD OUR APP FOR THE MOST UP-TO-DATE DIRECTORY INFO.**

**E** = East Broadway    **N** = North Garden    **C** = Central Parkway
**S** = South Avenue    **W** = West Market
**m** = Men's    **w** = Women's    **c** = Children's

**NICKELODEON UNIVERSE** = Theme Park

The first number in the address indicates the floor level.

## ACCESSORIES

| Name | | Location | Phone |
|---|---|---|---|
| ALDO Accessories | | N114 | 854-9578 |
| Almost Famous Body Piercing | | E350 | 854-8000 |
| Askov Finlayson | | N125 | |
| B-Goods | | Level 1, West | |
| Billy Kirk | | N125 | |
| Chapel of Love | | E318 | 854-4656 |
| Claire's | | E179 | 854-5504 |
| Claire's | | N394 | 851-0050 |
| Claire's | | E292 | 858-9903 |
| GwiYoMi HAIR | | Level 3, North | 544-0799 |
| Icing | | E247 | 854-8851 |
| Soho Fashions | | Level 1, West | 854-5411 |
| Sox Appeal | | W391 | 858-9141 |
| Team Pom Pom | | Level 1, East | |
| Team Pom Pom | | Level 1, North | |
| Team Pom Pom | | Level 2, East | |

## APPAREL

| Name | | Location | Phone |
|---|---|---|---|
| A|X Armani Exchange | m w | S141 | 854-9400 |
| abercrombie | c | W209 | 854-2671 |
| Abercrombie & Fitch | m w | N200 | 851-0911 |
| aerie | w | E200 | 854-4178 |
| Aéropostale | m w | N267 | 854-9446 |
| A'GACI | w | E246 | 854-1649 |
| Alpaca Connection | m w c | E367 | 883-0828 |
| Altar'd State | w | N105 | 763-489-0037 |
| American Eagle Outfitters | m w | S120 | 851-9011 |
| American Eagle Outfitters | m w | N248 | 854-4788 |
| Ann Taylor | w | S218 | 854-9220 |
| Anthropologie | w | C128 | 953-9900 |
| Athleta | w | S145 | 854-9387 |
| babyGap | c | S210 | 854-1011 |
| Banana Republic | m w | W100 | 854-1818 |
| BCBGeneration | w | N221 | 854-5393 |
| BCBGMAXAZRIA | w | S140 | 687-4525 |
| bebe | w | N134 | 814-3546 |
| Boot Barn | m w c | N386 | 854-1063 |
| BOSS HUGO BOSS | m | S176 | 854-4403 |
| Buckle | m w c | E203 | 854-4388 |
| Burberry | m w | S178 | 854-7000 |
| Calvin Klein Performance | w | S130 | 854-1318 |
| Carhartt | m w c | N144 | 612-318-6422 |
| Carter's baby | c | S254 | 854-4522 |
| Champs Just Hats | m w c | E275 | 854-6739 |
| Champs Sports | m w c | W358 | 858-9215 |
| Champs Sports | m w c | E202 | 854-4980 |
| Chapel Hats | m w c | N170 | 854-6707 |
| Charlotte Russe | w | E141 | 854-6862 |
| Chico's | w | S160 | 851-0882 |
| Christopher & Banks | c.j. banks | w | S270 | 858-8512 |
| City Shirts | m w c | W383 | |
| Club Monaco | m w | N102 | 854-2200 |
| Columbia Sportswear | m w c | W112 | 854-5260 |
| Cotton:On | m w | N278 | 854-5533 |
| Cowgirl Tuff Company | m w c | N302 | 546-1601 |

| Store | | Location | Phone |
|---|---|---|---|
| Crayola Experience + Store | m w | S300 | 851-5800 |
| Debut A Collection of Pop-Up Shops | m w | N125 | |
| Destination Maternity | w | S258 | 854-1144 |
| Eddie Bauer | m w | S214 | 851-0727 |
| Everything But Water | w | W290 | 858-9563 |
| Express | m w | W204 | 851-0741 |
| Fabletics | w | S142 | 651-583-5511 |
| Farm Boy Farm Girl | m w c | W390 | 854-1311 |
| Fisher + Baker | m | N125 | |
| Fjällräven | m w c | S128 | 651-255-3050 |
| Forever 21 | w | E144 | 854-1890 |
| Francesca's Collections | w | S116 | 854-9985 |
| Free People | w | S149 | 854-9905 |
| Gap | m w | S110 | 854-1011 |
| Gap kids | c | S210 | 854-1011 |
| Garage | w | N140 | 854-4592 |
| GLITZ! Prom & Party | w | N306 | 854-5257 |
| Goldy's Locker Room | m w c | W366 | 858-9585 |
| Guess | w | S260 | 858-8241 |
| H&M | m w c | W117 | 855-466-7467 |
| Hammer Made | m | S150 | 854-9097 |
| Hanna Andersson | c | N190 | 854-9598 |
| Harley-Davidson Motor Company | m w c | W344 | 854-1225 |
| Hockey Minnesota by Goldy's Locker Room | m w c | E160 | 854-9484 |
| Hollister | m w | W210 | 854-1139 |
| Hot Topic | m w | N168 | 858-9150 |
| ivivva athletica | c | S290 | 854-1614 |
| J. CREW | m w c | S200 | 814-7419 |
| J.Jill | w | S228 | 876-0031 |
| Janie and Jack | c | S168 | 854-2009 |
| Justice | c | S255 | 851-9557 |
| Kit and Ace | m w | S106 | 1-844-548-6223 |
| Lacoste | m w | S172 | 854-9944 |
| Lane Bryant | w | S229 | 356-3325 |
| len | m w | N300 | 358-6969 |
| Levi's | m w | S262 | 814-9980 |
| Lids | m w c | E134 | 858-9670 |
| Lids | m w c | E178 | 853-0056 |
| Lids | m w c | E346 | 814-0150 |
| Lids | m w c | N274 | 854-4706 |
| Lids | m w c | W369 | 854-2794 |
| Live Love Dream | w | N262 | 854-9446 |
| L.L.Bean | m w c | S100 | 854-1017 |
| LOFT | w | N184 | 854-2323 |
| Long Tall Sally | w | W282 | 858-9360 |
| Lucky Brand | m w | S170 | 854-9289 |
| lululemon athletica | m w | S154 | 854-6785 |
| Madewell | w | S143 | 854-1863 |
| Marshalls | m w c | E320 | 851-0750 |
| maurice's | w | E212 | 851-0027 |
| Mona Williams | w | W133 | |
| New York & Company | w | S276 | 858-8815 |
| Nordstrom Rack | m w c | W324 | 854-3131 |
| The North Face | m w c | S166 | 854-1493 |
| Old Navy | m w c | E138 | 853-0100 |
| PacSun | m w | E246 | 854-4090 |
| PINK | w | N120 | 854-1615 |
| Pro Image Sports | m w c | N258 | 960-0783 |
| Ragstock | m w c | E100 | |
| Ragstock | m w c | E214 | 854-5133 |
| Ragstock | m w c | N275 | 854-9377 |
| Rainbow | m w c | E330 | 858-9363 |
| Silver Jeans Co. | m w | S220 | 607-5328 |
| Soma Intimates | w | W135 | 854-1230 |
| Swim 'n Sport | w | S286 | 236-7028 |
| The Children's Place | c | S272 | 854-5641 |
| The North Face | m w c | S166 | 854-1493 |
| The Rock Shop at Hard Rock Cafe | m w c | Nickelodeon Universe® | 853-7000 |
| Tilly's | m w c | N246 | 814-1035 |
| Todd Snyder + Champion | m w | N125 | |
| Tommy Bahama | m w | W235 | 351-9888 |
| TOPMAN | m | Level 1, Nordstrom | 883-2121 |
| TOPSHOP | w | Level 3, Nordstrom | 883-2121 |
| Torrid | w | N148 | 854-5330 |
| Tory Sport | w | S107 | 854-9480 |
| True Religion | m w | S175 | 851-7975 |
| Under Armour Brand House | m w c | W240 | 612-235-4190 |
| Urban Outfitters | m w c | W122 | 854-8448 |
| Victoria's Secret | w | N178 | 854-6442 |
| Victoria's Secret | w | W220 | 854-5614 |
| Vikings Locker Room | m w c | E126 | 854-5473 |
| Wet Seal | w | N159 | 851-0966 |
| White House Black Market | w | S148 | 854-2006 |
| Wilson's Leather | m w | W162 | |
| Woolrich | m w | N125 | |
| Zara | m w c | C185 | Opening Soon |
| Zumiez | m w c | N236 | 814-9260 |
| **ATTRACTIONS + ENTERTAINMENT** | | | |
| A.C.E.S. Flight Simulation | | E340 | 920-3519 |
| Amazing Mirror Maze | | N353 | 854-5345 |
| American Girl | | Nickelodeon Universe® | 877-247-5223 |
| Crayola Experience + Store | | S300 | 851-5800 |
| FlyOver America | | Nickelodeon Universe® | 853-6000 |
| The LEGO Store | | S164 | 858-8949 |
| Minnesota Children's Museum | | N355 | 651-225-6000 |
| Moose Mountain Adventure Golf | | N376 | 883-8777 |
| Nickelodeon Universe® | | Center Court | 883-8800 |
| Rick Bronson's House of Comedy | | E408 | 858-8558 |
| SEA LIFE Minnesota Aquarium | | E120 | 883-0200 |
| Sky Deck Sports Grille + Lanes | | E401 | 500-8700 |
| SMAAASH | | E402 | |
| **BOOKS, CARDS + GIFTS** | | | |
| 3D Art | | Level 1, North | |
| 3D Crystals | | Level 1, West | |
| Barnes & Noble | | E118 | 854-1455 |
| Box Lunch | | N134 | |
| Brickmania | | E352 | 854-9850 |
| Brookstone | | W162 | 858-8848 |
| Cheese Brothers | | E278 | 854-1240 |
| Custom Design Clothing | | Level 1, North | |
| DELIGHTS | | Level 1, East | |
| Eagle Anime | | N365 | 612-293-8697 |
| Greater Good | | S236 | 612-524-6830 |
| Hallmark | | N308 | 858-9455 |
| Happy Pets | | Level 1, West | |
| Hollywood Hair | | Level 2, West | 952-583-4515 |
| I Love Minnesota | | W372 | 854-9100 |
| Indulge + Bloom | | N314 | 612-343-0000 |
| Just Dogs! Gourmet | | Level 1, South | 854-6951 |
| Love from Minnesota | | W380 | 854-7319 |
| Mall of America® Gift Store | | E372 | |
| Mall of America® Gift Store | | S225 | |
| Mall of America® Gift Store | | W388 | 883-8918 |
| Mini Garden | | Level 1, North | |
| Mini Garden | | Level 1, South | |
| Minnesot-Ah! | | E157 | 858-8531 |
| Old Vine Wine + Spirits | | W326 | 858-8800 |

| | | | | | | |
|---|---|---|---|---|---|---|
| On the Spot! Portrait Art Gallery | Level 2, East | 858-9868 | | Buffalo Wild Wings | S312 | 346-3740 |
| Paper Source | N116 | 854-1189 | | Cadillac Ranch | S352 | 854-1004 |
| Pepper Palace | E360 | 456-2714 | | Cantina #1 | E406 | 854-6500 |
| Plan International USA | Level 2, South | | | Cantina Laredo | W300 | 406-8311 |
| Puppies | Level 3, East | | | Cedar + Stone, Urban Table | Level 1, JW Marriott | 612-615-0100 |
| Rybicki Cheese, LTD. | W382 | 854-3330 | | Cowboy Jack's | S320 | |
| Spencer's | N354 | 851-0878 | | CRAVE | S368 | 854-5000 |
| Tervis | W370 | 854-4054 | | Dick's Last Resort | S402 | 612-276-6995 |
| Things Remembered | E290 | 858-9066 | | FireLake Grill House + Cocktail Bar | Level 2, Radisson Blu | 881-5258 |
| Tomodachi | N316 | 582-7139 | | Hard Rock Cafe | Nickelodeon Universe® | 853-7000 |
| Typo | N132 | 854-5873 | | Hooters | E404 | 854-3110 |
| Vaase | E315 | 854-9474 | | Margaritaville | E344 | 800-4422 |
| Vom Fass | N345 | 426-3222 | | Masu Sushi + Robata | S344 | 896-6278 |
| Yankee Candle | N286 | 854-9222 | | Nordstrom Café | Level 3, Nordstrom | 883-2121 |
| **CONVENIENCE** | | | | Rainforest Cafe | S306 | 854-7500 |
| Holiday Stationstore | W123 | 854-6660 | | The Lounge @ House of Comedy | E408 | 858-8558 |
| Mall of America® Gifts + Sundries | S225 | 883-8423 | | Tiger Sushi | N100 | 876-9410 |
| Street Corner News | E122 | 858-8539 | | Tony Roma's | S346 | 854-7940 |
| **DEPARTMENT STORES** | | | | Tucci Benucch | W114 | 853-0200 |
| Macy's | SW Court | 888-3333 | | Twin City Grill | N130 | 854-0200 |
| Nordstrom | NW Court | 883-2121 | | **DINING - SWEETS + TREATS** | | |
| Sears | NE Court | 853-0500 | | Berry Blendz | Level 1, Macy's | 888-3333 |
| **DINING - FOOD COURT** | | | | Cinnabon | E180 | 858-8208 |
| A&W All American Food | S376 | 858-8436 | | Cold Stone Creamery | S382 | 851-0623 |
| A&W All American Food | C376 | 405-6992 | | Cupcake | W384 | 612-378-4818 |
| Asian Chao/Maki of Japan | S385 | 853-0096 | | Dairy Queen | E282 | 858-8938 |
| Burger King | C360 | 500-8744 | | Doc Popcorn | E306 | 854-9844 |
| Disco Fries | C332 | | | Freshens Yogurt | S336 | 858-9814 |
| Great Steak & Potato | S388 | 858-8263 | | Godiva Chocolatier | W126 | 858-9306 |
| Great Steak & Potato | C368 | 854-5503 | | Great American Cookies | S336 | 858-9814 |
| Johnny Rockets | S370 | 858-8158 | | GRUB | Nickelodeon Universe® | 883-8800 |
| Little Tokyo | C380 | | | Häagen Dazs | E130 | 854-9406 |
| Long John Silver's | S378 | 858-9436 | | iCandy Sugar Shoppe | E154 | 767-0224 |
| The Meatball Spot | C380 | | | IT'SUGAR | N270 | 854-9245 |
| Panda Express | S374 | 858-8115 | | Lindt Chocolate | S284 | 854-1917 |
| Panda Express | C370 | 858-8116 | | Nestlé Tollhouse Café | E283 | 853-0272 |
| The Pita Pit | S372 | 854-7482 | | Nestlé Tollhouse Café | W152 | 767-7760 |
| Qdoba | C364 | 854-6714 | | Northwoods Candy Emporium | N312 | 373-4959 |
| Ruby Thai's Kitchen | S379 | 854-5309 | | Orange Julius | W130 | 854-0680 |
| Sbarro | S390 | 851-9311 | | Paciugo Gelato & Caffe | W392 | 814-3528 |
| **DINING - FAST CASUAL** | | | | PEEPS & Company | Nickelodeon Universe® | 854-5130 |
| Auntie Anne's | E242 | 854-7602 | | Rocky Mountain Chocolate Factory | E128 | 858-8826 |
| Auntie Anne's | N366 | 851-0076 | | Rustica Cookies + Creamery | N123 | |
| Bruegger's Bagels | S338 | 854-5326 | | Sugarfina | Level 1, South | 300-6164 |
| Burger Burger | S321 | 855-7700 | | Sweet Treats | Nickelodeon Universe® | 883-8800 |
| Chipotle | S322 | 854-6248 | | Wetzel's Pretzels | Level 1, West | |
| Freshens Crepes and Smoothies | W328 | 854-9434 | | **DINING - COFFEE + TEA** | | |
| Freshii | S319 | 854-9225 | | Buna Coffee | Level 3, East | 651-434-0767 |
| Jamba Juice | E317 | 854-5540 | | Caribou Coffee | S226 | 854-1031 |
| Magic Pan Crepe Stand | W114 | 853-0200 | | Caribou Coffee | S380 | 854-7818 |
| Melt Shop | C322 | 777-4660 | | Caribou Coffee | Nickelodeon Universe® | 883-8622 |
| Naf Naf Grill | C326 | | | Caribou Coffee | N224 | 858-8360 |
| Noodles & Company | S342 | 854-5538 | | Chatime Tea | S343 | 456-8668 |
| Panera Bread | S316 | 612-656-0528 | | Coffee & Tea Ltd. | Level 1, Sears | 853-1148 |
| Piada Italian Street Food | N326 | 303-5458 | | DAVIDsTEA | E114 | 854-9105 |
| Pizza Studio | S340 | 229-4441 | | Nordstrom eBar | Level 1, Nordstrom | 883-2121 |
| Shake Shack | N332 | 466-6056 | | Sencha Tea Bar | N392 | 405-9288 |
| Subway | E244 | 854-6623 | | Starbucks | C310 | 612-257-5599 |
| Tim Hortons | E280 | 854-1221 | | Starbucks | E164 | 854-1922 |
| Villa Fresh Italian Kitchen | E216 | 854-4361 | | Starbucks | W276 | 853-1274 |
| **DINING - FULL SERVICE RESTAURANTS** | | | | Teavana | W128 | 853-9880 |
| American Girl Bistro | Nickelodeon Universe® | 1-877-247-5223 | | **ELECTRONIC + TECH** | | |
| Benihana | S358 | 594-6205 | | 3DEE | Level 1, South | |
| Bubba Gump Shrimp Co | S396 | 853-6600 | | Apple Store | S132 | 854-4870 |

| | | | | | |
|---|---|---|---|---|---|
| AT&T | | S104 | 703-4384 | Proactiv Solution | Level 1, East | |
| Best Buy | | W340 | 853-1359 | Progressions Salon | W135 | 851-9999 |
| Bose | | W156 | 854-6978 | Regis Salon | E152 | 854-2444 |
| Cell Shield | | Level 1, East | | Relaxing Massage | N367 | |
| Cell Shield | | Level 3, East | | Sabon | W166 | 657-5861 |
| Cell Shield | | Level 3, West | | Sephora | W200 | 854-1517 |
| Cell Solution | | Level 1, West | 456-4851 | Sigma Beauty | W286 | 405-6684 |
| Cellairis | | Level 1, North | | Solimar Spa | Level 2, Radisson Blu | 881-5258 |
| iAccessories | | Level 1, South | 854-6606 | The Art of Shaving | W125 | 854-1441 |
| iAccessories | | Level 3, South | 854-6606 | The Body Shop | W148 | 858-9752 |
| iAccessories | | Level 1, West | | White Barn Candle | S234 | 858-8377 |
| iFit | | Level 1, South | | Worker B | W166 | 612-584-0440 |
| Microsoft Store | | S162 | 487-7372 | **HOME** | | |
| Nola Case | | Level 1, North | | Anthropologie | C128 | |
| Smart Gadgets | | Level 1, West | 843-238-0603 | Corda-a-Roys | E348 | 854-0335 |
| Sprint | | E360 | | Cut Above Home | S238 | 854-1157 |
| Sprint | | W387 | 854-9070 | Debut | N125 | |
| T-Mobile | | E156 | | A Collection of Pop-Up Shops | | |
| T-Mobile | | N382 | 854-7469 | IKEA (Exit Through Level 1, North Entrance) | 8000 IKEA Way | 888-888-4532 |
| Verizon | | E264 | 853-0022 | LoveSac | W327 | 854-5105 |
| World of Cellular | | Level 1, West | | My Pillow | Level 1, West | |
| ZAGG \| Invisible Shield \| iFrogz | | Level 1, West | | Pomegranate | N125 | |
| **EYEWEAR** | | | | Sleep Number | S256 | 858-9531 |
| LA Shades | | Level 3, East | | West Elm Local | N125 | |
| LensCrafters | | N304 | 858-8410 | **HOTELS** | | |
| Oakley | | N107 | 854-2007 | JW Marriott | 2141 Lindau Lane | 612-615-0100 |
| Oakley | | N260 | 854-6620 | Radisson Blu | 2100 Killebrew Drive | 881-5258 |
| Sears Optical | | Sears | 853-0500 | **JEWELRY + WATCHES** | | |
| Solstice Sunglasses | | W131 | 854-4720 | 925 Sterling Avenue | Level 1, West | 854-3444 |
| Sunglass Depot | | Level 1, East | | Ben Bridge Jeweler | W136 | 814-9356 |
| Sunglass Depot | | Level 2, South | | Fixology | N390 | 854-4205 |
| Sunglass Depot | | Level 1, West | | Fossil | E168 | 854-1935 |
| Sunglass Hut | | N256 | 858-8910 | Helzberg Diamonds | W154 | 851-0057 |
| Sunglass Hut | | W296 | 858-8910 | Ice Box Jewelry | Level 1, East | |
| Sunglass Hut | | W362 | 858-9963 | Impulse | E314 | 854-1195 |
| Sunglass Hut | | N118 | 858-8547 | Impulse II | Level 3, East | 854-1195 |
| **HEALTH + BEAUTY** | | | | JARED The Galleria of Jewelry | W278 | 854-1255 |
| Aveda Experience Center | | W288 | 854-0595 | KAY Jewelers | N174 | 876-0700 |
| bareMinerals | | E110 | 854-9205 | Laurel Way by Pam Mondale | N125 | |
| bareMinerals | | N294 | 854-8554 | Local Charm | E104 | 854-6562 |
| Bath & Body Works | | N172 | 858-8377 | Lotus Beads and Jewelers | N368 | 854-9951 |
| Bath & Body Works | | S234 | 854-5252 | Michael Hill Jewelry | S292 | 854-9292 |
| Body Corner | | Level 1, East | 854-5757 | Pandora | N127 | 252-1495 |
| Body Corner | | Level 1, North | | Persepolis | W360 | |
| Brow Art | | E362 | 854-1270 | Piercing Pagoda | Level 1, South | 853-0843 |
| Click Heat | | Level 1, North | | Rogers & Holland Jewelers | W146 | 814-9400 |
| Crabtree & Evelyn | | W270 | 854-3986 | Swarovski | N288 | 853-2130 |
| Final Cut Sports Barbershop | | N372 | 681-2871 | Swatch | E162 | 853-9000 |
| GNC | | N370 | 851-0880 | The Gold Guys | E357 | 465-3489 |
| Gold Elements | | W164 | | Zales | E240 | 883-2063 |
| Intelligent Nutrients | | S158 | 567-1324 | **LUGGAGE + BAGS** | | |
| Ismart Massager | | Level 3, East | | Brighton | S224 | 854-8043 |
| Ismart Massager | | Level 1, West | | Coach | W274 | 858-8600 |
| Kiehl's | | N121 | 854-9541 | Henri Bendel | S156 | 854-9206 |
| L.A. Nails | | W364 | 854-9102 | House of Samsonite | W158 | 854-9139 |
| L'OCCITANE | | W268 | 854-5581 | kate spade new york | S106 | 854-1003 |
| LUSH | | E112 | 854-9672 | Michael Kors | S184 | 814-1900 |
| MAC Cosmetics | | W294 | 814-9805 | Tumi | W140 | 854-4767 |
| Mastercuts | | E368 | 854-1414 | Vera Bradley | S288 | 854-1822 |
| Nail Trix | | E363 | 851-9900 | **SERVICES** | | |
| NYX Professional Makeup | | E106 | 854-5457 | AARP | Level 2, West | 858-9040 |
| Origins | | W292 | 858-9665 | Amazon Lockers | Level 1, Central Parkway | |
| Perfumania | | N219 | 851-0790 | Bank of America | N232 | |
| Pinook Massager | | Level 1, North | | Bank of America | W118 | |

| Name | Location | Phone |
|---|---|---|
| Bloomington Police Dept | E217 | |
| Chapel of Love | E318 | 854-4656 |
| Charter Buses | Level 1, North Entrance | |
| Custom Design | Level 1, North | |
| G&B Custom Embroidery | Level 1, West | |
| Market Research Center | W322 | |
| Mall of America® Guest Services | Level 1, Central Parkway | |
| Mall of America® Guest Services | Level 1, East | |
| Mall of America® Guest Services | Level 1, South | |
| Mall of America® Guest Services | Level 1, West | |
| Mystic Lake Casino-Hotel | E296 | 403-5370 |
| Nickelodeon Universe® Central Guest Services | Nickelodeon Universe® | |
| Prof Bellows Old Time Photos | N374 | 853-9804 |
| Stitch It | N364 | 854-5723 |
| Taxis | Level 1, North Entrance | |
| Valet | Level 1, North Entrance | |
| Xchange of America | E218 | |

**SHOES**

| Name | Location | Phone |
|---|---|---|
| ALDO | N188 | 854-6118 |
| Boot Barn | N386 | 854-1063 |
| Clark's | E146 | 854-4462 |
| Crocs | N108 | 854-5278 |
| Dr. Martens | N101 | 854-9006 |
| DSW | W124 | 876-0991 |
| ECCO | N218 | 854-5188 |
| Famous Footwear | N151 | 854-1206 |
| Famous Footwear | W310 | 853-0883 |
| Finish Line | E241 | 814-0116 |
| Flip Flop Shops | N103 | 767-7528 |
| Fly Zone at Kids Foot Locker | E272 | 858-8928 |
| Foot Locker | N162 | 854-5728 |
| Footaction | E102 | 858-8937 |
| House of Hoops by Foot Locker | N356 | 854-5644 |
| Johnston + Murphy | W144 | 854-1930 |
| Journeys | N154 | 858-9923 |
| Kids Foot Locker | E272 | 858-8928 |
| Merrell | N282 | 854-5778 |
| Nike | W244 | 854-5042 |
| O'Shoes | E246 | 854-1649 |
| Payless ShoeSource | N150 | 858-8132 |
| Rockport | S280 | 883-0331 |
| Shepherd of Sweden | N125 | |
| Shi by Journeys | E268 | 854-6991 |
| Skechers | N214 | 854-3000 |
| SOREL | W112 | 854-5260 |
| Steve Madden | W142 | 876-0370 |
| Stuart Weitzman | S184 | 854-4080 |
| The Running Room | W161 | 854-1996 |
| The Walking Company | W160 | 854-0380 |
| TOMS | C106 | 854-9441 |
| UGG Australia | S144 | 854-5166 |
| Vans | N254 | 854-2942 |
| Villa Shoes | N244 | 854-9114 |

**TOYS, GAMES + HOBBIES**

| Name | Location | Phone |
|---|---|---|
| Air Traffic | N384 | 858-9599 |
| The Art Cart | Level 1, Center Court | |
| BrickMania | E352 | 854-9850 |
| Build-A-Bear Workshop | E172 | 854-1164 |
| Caricatures | Level 1, Center Court | |
| Crayola Experience + Store | S300 | 851-5800 |
| Creative Kidstuff | E148 | 612-524-6630 |
| Custom Airbrush Art | Level 1, Center Court | |
| Disney Store | S118 | 854-9119 |
| Emoji Pillows | Level 1, West | |
| Face Painting | Level 1, Center Court | |
| Funny Faces | Level 1, North | |
| Games by James | E358 | 854-4747 |
| GameStop | E284 | 814-0082 |
| GameStop | N378 | 854-6191 |
| GEAR | Nickelodeon Universe® | |
| GLYD | Level 1, South | |
| GLYD | Level 1, West | |
| JM Cremp's | N240 | 854-9105 |
| The LEGO Store | S164 | 858-8949 |
| ME 3D | E356 | 658-8858 |
| Marbles: The Brain Store | N216 | 854-5804 |
| Puma Weavings | Level 1, Center Court | |
| Soccer for the City | Level 1, West | |
| Splat Toys | Level 1, West | |
| Tech Toys | Level 1, South | 612-231-0071 |
| Toy Zam | Level 1, East | |
| Toys | Nickelodeon Universe® | |
| You Name It | Level 1, West | |

**COURT SPACES + PARKING**

| Name | Location |
|---|---|
| Atrium | Level 1, Central Parkway |
| East Lot | Level 1, East |
| Executive Center | E410 |
| Macy's Court | SW Court |
| Nordstrom Court | NW Court |
| North Lot | Level 1, North Entrance |
| Parkview Meeting + Event Center | Nickelodeon Universe® |
| Rotunda | Level 1, East |
| Sears Court | NE Court |
| West Lot | Level 1, West |
| West Market Square | West Entrance of Nickelodeon Universe® |

**CORPORATE PARTNERS**

- Pepsi
- games! Powered by Namco
- Mystic Lake Casino-Hotel
- Bloomington Convention & Visitor's Bureau
- Explore Minnesota Tourism
- Caribou Coffee
- Eagan Convention & Visitor's Bureau
- Airport Taxi
- Republic Services
- Luther Automotive Group

# FULL-SERVICE RESTAURANTS



## WITH A VARIETY OF RESTAURANTS TO CHOOSE FROM, YOU'RE NEVER MORE THAN A FEW MINUTES FROM EXCELLENT DINING AT MALL OF AMERICA®.

### BENIHANA (S358)

At Benihana, it's not just a meal, it's an experience. Enjoy teppanyaki favorites like hibachi steak, chicken and shrimp, as well as sushi and sashimi.

### BUBBA GUMP SHRIMP CO. (S396)

Forrest Gump has decided to get in to the restaurant business to share all of his favorite recipes! Bubba Gump Shrimp Co. highlights a huge selection of shrimp and seafood entrées and also features options for land lovers.

### BUFFALO WILD WINGS (S312)

Known for its famous wings, signature sauces and high-energy restaurant, Buffalo Wild Wings is the perfect place to socialize with friends, grab a quick bite or take in a sports game.

### CADILLAC RANCH ALL-AMERICAN BAR + GRILL (S352)

Cadillac Ranch's focus is on bringing authentic, All-American cuisine to its customers in a fun, dynamic environment.

### CANTINA #1 (E406)

From enchiladas and Corona-battered fish tacos to coconut cocktails and frozen-fruit margaritas, Cantina #1 delivers the Mexican getaway you crave in a location convenient to home.

### CANTINA LAREDO (W300)

Cantina Laredo offers a modern take on Mexican dining with made-from-scratch recipes and hand-squeezed margaritas. The extensive fresh menu includes Mexican favorites and choice items such as grilled fish, chicken and steaks.

### CEDAR + STONE, URBAN TABLE (LEVEL 1, JW MARRIOTT)

Refined chef-crafted dishes artistically presented and inspired around Minnesota's natural roots and local culture. Experience the fusion of cultures from locally sourced ingredients within 200 miles to delightfully pair with premium wines, regional spirits and hops.

### COWBOY JACK'S (S320)

At Cowboy Jack's we want to make life better for people whether it be providing a place to have some fun, improving someones day/night, helping someone out, or just in general making a positive impact. That's what motivates us to keep pushing ahead.

### CRAVE (S368)

CRAVE is a concept that truly delivers on one simple thing: fresh and great tasting food brought to life in a chic, casual atmosphere. Enjoy our open kitchen, grand sushi bar, happy hour and brunch on weekends.

### DICK'S LAST RESORT (S402)

From high-class to no class, Dick's is fun for all and all in fun for those who dare to enter this outrageous restaurant. Known for an energetic wait staff who inflict humor upon diners, our atmosphere makes everyone feel like they're temporarily breaking all the rules.

### FIRELAKE GRILL HOUSE + COCKTAIL BAR (LEVEL 2, RADISSON BLU)

FireLake Grill House + Cocktail Bar has reinvented local dining by capturing the essence of the best that Minnesota has to offer with a farm-to-table concept that incorporates fresh and local produce wherever possible.

### HARD ROCK CAFE (SOUTH ENTRANCE TO NICKELODEON UNIVERSE®)

With its music, memorabilia and rock n' roll flair, Hard Rock brings you experiences that rock, whether on vacation or on your lunch break.

# FULL-SERVICE RESTAURANTS

### HOOTERS (E404)

This casual, laid back restaurant features good music, sports on the TV and a great menu that includes seafood, sandwiches, burgers and Hooters famous spicy chicken wings.

### MARGARITAVILLE (E344)

Inspired by the lyrics and philosophy of Jimmy Buffett, Margaritaville will transport guests to the island destination of their memories or their dreams and invite them to raise a glass and take a bite out of paradise.

### MASU SUSHI + ROBATA (S344)

Sustainable offerings throughout our menu feature fresh, authentic and traditional Japanese foods. In addition to sushi and robata, we offer a substantial selection of noodles including different varieties of udon, soba and ramen.

### NORDSTROM CAFÉ (LEVEL 3, NORDSTROM)

We are committed to offering a superior dining experience. Featuring fresh, local ingredients, our menus vary by restaurant type, season and region, with all items made from scratch. In all of our locations, you can relax and enjoy great food, drinks and service with a warm welcome.

### RAINFOREST CAFE (S306)

A wild place to shop and eat, our dining safari has something for everyone including seafood, beef, chicken, pasta, pizza and an exciting kids menu.

### SKY DECK SPORTS GRILLE + LANES (E401)

Sky Deck features a unique bowling experience, high-def sports viewing, a great selection of classic and cutting-edge video games and a mouth-watering selection of burgers, pizza and more!

### SMAAASH (E400)

SMAAASH has created a unique dining area with a locally sourced and sustainable menu. Delectable eats will satiate your hunger adrenaline. SMAAASH also prides itself on one of the most extensive beer lists in Minnesota. With 40 types of craft beer from local breweries and a plethora of specialty cocktails, there will be no shortage of unique drink options.

### TIGER SUSHI (N100)

A hip, little sushi bar featuring exceptional sushi and sashimi in addition to a full menu of soups, salads, appetizers, sake, beer and wine.

### TONY ROMA'S (S346)

Famous for ribs since 1972, Tony Roma's menu also includes appetizers, steak, chicken, seafood, salads and sandwiches in addition to a kids menu and full bar.

### TUCCI BENUCCH (W114)

Tucci Benucch's delicious Italian menu features thin-crust pizzas, pastas, chicken and fresh fish as well as daily specials created by our chefs to add to your dining experience.

### TWIN CITY GRILL (N130)

An American grill featuring homemade comfort foods. Select from classic grill favorites, crispy grilled flatbreads and fresh sandwiches in addition to 20 wines by the glass and hand-shaken cocktails.

**VISIT MALLOFAMERICA.COM FOR A COMPLETE LISTING OF DINING SPECIALS AND HAPPY HOUR OFFERS!**



#### BRUEGGER'S BAGELS (S338)

All Bruegger's make bagels fresh all day in the authentic New York-style. Choose from more than 20 different bagel varieties and top with a wide variety of 100 percent made-in-Vermont cream cheese flavors.

#### BURGER BURGER (S321)

Burger Burger is an upscale fast-casual experience featuring a variety of hormone–and antibiotic-free burgers ground daily with freshly baked buns, hand-cut fries and a variety of specialty malts.

#### CHIPOTLE (S322)

Chipotle uses high-quality raw ingredients, classic cooking methods and a distinctive interior design, and have friendly people to take care of each customer-features that are more frequently found in the world of fine dining.

#### FRESHII (S319)

Freshii is a health-casual restaurant concept that serves fresh food custom built to energize people on the go. Freshii features innovative menu items packed with superfoods.

#### JOHNNY ROCKETS (S370)

Johnny Rockets is an international restaurant franchise that offers high quality, innovative menu items including fresh, never frozen 100% beef cooked-to-order hamburgers, Veggie Boca® burger, chicken sandwiches, crispy fries and rich, delicious hand-spun shakes and malts.

#### NOODLES & COMPANY (S342)

Noodles and Company is the world's first quick-casual globally inspired noodle restaurant serving a balanced menu of freshly sautéed Asian, Mediterranean and American cuisine.

#### PANERA BREAD (S316)

Panera Bread bakes fresh bread from fresh dough every day in every bakery-cafe. No artificial preservatives or shortcuts, just bakers and hot ovens. All of this, what it all comes down to, is wanting for our guests exactly what we want for our own families. Simply: good food.

#### PIZZA STUDIO (S340)

Pizza Studio is a pizza place where you get to Create Your Masterpiece™ every time you order. Our variety of crusts, premium meats, fresh-cut and roasted veggies lets you customize your individual pizza to exactly what you want. Our quality ingredients and your artistry in combining them will allow you to Create Your Masterpiece™!

#### ALSO LOCATED ON SOUTH STREET DINING:

#### A&W ALL AMERICAN FOOD (S376)

#### ASIAN CHAO/MAKI OF JAPAN (S385)

#### GREAT STEAK + POTATO (S388)

#### LONG JOHN SILVER'S (S378)

#### PANDA EXPRESS (S374)

#### THE PITA PIT (S372)

#### RUBY THAI KITCHEN (S379)

#### SBARRO (S390)



## ENJOY THESE OTHER FOOD + BEVERAGE OPTIONS LOCATED OUTSIDE OF OUR TRADITIONAL FOOD COURTS.

AUNTIE ANNES (E242 + N366)

CARIBOU COFFEE (N194, S226, N224, S380, NICKELODEON UNIVERSE®)

CHATIME TEA (S343)

CINNABON (E180)

COLD STONE CREAMERY (S382)

CUPCAKE (W384)

DAIRY QUEEN (E282)

DAVIDSTEA (E114)

DOC POPCORN (E306)

FRESHEN'S CREPES + SMOOTHIES (W328)

FRESHEN'S YOGURT (S336)

GREAT AMERICAN COOKIE (S336A)

GRUB (NICKELODEON UNIVERSE®)

HÄAGEN-DAZS (E130)

JAMBA JUICE (E317)

MAGIC PAN CREPE STAND (W114)

NESTLÉ TOLL HOUSE CAFE (W152 + E283)

NORDSTROM EBAR (NORDSTROM)

ORANGE JULIUS (W130)

RUSTICA COOKIES + CREAMERY (N123)

SENCHA TEA BAR (N392)

STARBUCKS (E164 + W276)

SUBWAY (E244)

TEAVANA (W128)

TIGER SUSHI (N100)

TIM HORTONS (E280)

VILLA FRESH ITALIAN KITCHEN (E216)

WETZEL'S PRETZELS (W1805)

### MELTSHOP (C322)

With fresh-baked bread every day, artisanal ingredients and the best cheese one can find, Melt Shop is the comfort food you love, but like you've never had it before. Enjoy sandwiches, salads, shakes and a variety of crafted sides in a fast-casual environment.

### NAF NAF GRILL (C326)

Naf Naf Grill is a restaurant company on a mission to popularize the best staples of Middle Eastern food. Made-from-scratch pitas, hand-cut salads and freshly prepared sauces are all served as an accompaniment to award-winning shawarma and falafel.

### PIADA ITALIAN STREET FOOD (N326)

Piada Italian Street Food is an upscale eatery leading the nation's fine fast casual movement, serving made-to-order piadas, pastas + chopped salads.

### SHAKE SHACK (N332)

Shake Shack® is a modern day "roadside" burger stand known for its delicious burgers, hot dogs, frozen custard, beer, wine and more.

### ALSO LOCATED WITHIN CULINARY ON NORTH:

A&W ALL AMERICAN FOOD (C376)

BURGER KING (C360)

DISCO FRIES (C332)

GREAT STEAK + POTATO (C368)

LITTLE TOKYO (C380B)

MEATBALL SPOT (C380A)

PANDA EXPRESS (C370)

QDOBA (C364)

STARBUCKS (C310)

**ZARA**

**TOMS**

**DEBUT**

**RUSTICA COOKIES + CREAMERY**

**ALTAR'D STATE**

**BOXLUNCH**

**SUGARFINA**

**TIM HORTON'S**

# NEW STORES + DINING

### NOW OPEN : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

**ALTAR'D STATE (N105):** Altar'd State started with a mission to fill a gap in the retail industry and change the world for the better. They do more than provide fashionable alternatives to young women who want to make a difference, they also donate a total of 1% of all sales to local and international charities.

**ANTHROPOLOGIE (C128):** Anthropologie is a destination for women searching for a curated mix of brands, clothing, accessories, gifts and home décor that reflects their personal style.

**BOXLUNCH (N134):** BoxLunch is a civic-minded web based and brick and mortar specialty retailer offering a curated collection of licensed and non-licensed merchandise.

**COWBOY JACK'S (S320):** At Cowboy Jack's we want to make life better for people whether it be providing a place to have some fun, improving someones day/night, helping someone out, or just in general making a positive impact.

**DEBUT (N125):** Debut is a collection of shops in a shop, with a distinct design, theme and selection of merchandise.

**FINAL CUT SPORTS BARBERSHOP (N372):** An all-star team of professional barbers deliver service with care and precision, tailored to your specific needs. Men of all ages, styles and hair types will appreciate the pride our barbers take in delivering the style that makes you look and feel your best.

**RUSTICA COOKIES + CREAMERY (N123):** Rustica Cookies + Creamery is a dessert-only concept from Minneapolis-based Rustica Bakery. Our creations are beautiful, but they are not precious. They are meant to be eaten, quickly—usually in one sitting! Our bakers stay continually inspired and our offerings are always shifting.

**SMAAASH (E400):** SMAAASH is a much acclaimed world-class gaming and entertainment center that connects sports, virtual reality and dining into a highly interactive and innovative social experience for family, friends and children.

**SUGARFINA (S1802):** Sugarfina is a luxury candy boutique for grown-ups, featuring 100+ gourmet sweets from small artisan candy makers around the world, three-quarters of which are exclusively available at Sugarfina.

**TOMS (C106):** TOMS Shoes started as a company that matched every pair of shoes purchased with a new pair of shoes for a child in need. Now with every product purchased, TOMS will help a person in need, one for one, including shoes for all, eyewear and bags.

**TORY SPORT (S107):** Tory Sport, launched by Tory Burch in September 2015, is a performance activewear collection that celebrates the elegance of sport. Inspired by the grace and strength of athletes, Tory Sport balances high-tech fabrics with classic design.

**TIM HORTONS (E280):** Tim Hortons offers a variety of baked goods, breakfast sandwiches and lunch options, alongside its new espresso offerings and famous Dark Roast, Original Blend and Decaf coffees.

**ZARA (C185 + C287):** As one of the largest international fashion brands, Zara offers fast fashion for men, women and children.

### OPENING SOON : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

**CMX (OPENING FALL 2017):** This theater, a subsidiary of Cinemex, will feature 14 screens, gourmet dining, masterful mixology and luxurious comfort. Complete with cutting-edge audio technology, CMX will offer moviegoers an upscale and relaxing experience with high-end décor, oversized reclining seats, gourmet dining options and an exceptional assortment of wines and handcrafted cocktails.

**THE ESCAPE GAME:** The Escape Game is known for designing and creating stunning, unbelievably immersive experiences and The Escape Game Minneapolis will open with at least four unique game themes. Games will include Mission: Mars, Prison Break, Gold Rush and The Heist.

**NESPRESSO USA:** Nespresso brings you luxury coffee and espresso machines straight from the cafe to your kitchen.

**THAI EXPRESS:** Thai Express is the leading Thai quick-service restaurant in North America. It is rooted in combining traditional Thai cuisine with new-world designs and flavors.

### RELOCATIONS : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

**STITCH IT (N364)**
**COWGIRL TUFF (N380)**



# NICKELODEON UNIVERSE® — MALL OF AMERICA®

**NICKELODEON®, THE #1 ENTERTAINMENT BRAND FOR KIDS, AND MALL OF AMERICA®, THE NATION'S PREMIER SHOPPING DESTINATION, HAVE JOINED FORCES TO CREATE A ONE-OF-A-KIND THEME PARK.**

Located in the center of Mall of America, Nickelodeon Universe® features **seven acres** of **unique attractions** and **entertainment**, including **28 rides and attractions** for guests of all ages and courage levels! Meet the Nick characters, experience new rides, shop exclusive retail and much more!

It all adds up to an amazing entertainment experience for the whole family. General admission to Nickelodeon Universe is free. Purchase an Unlimited Ride Wristband to enjoy the park all day long, or for just a few rides, try a point pass.

**TICKETS CAN BE PURCHASED AT THE FOLLOWING LOCATIONS:**

**Automated ticket kiosks** - located at each entrance to the park

**Nickelodeon Guest Services** - located near the center of the park across from the Carousel

**Nickelodeon Universe retail locations** - TOYS, Nickelodeon Store + GEAR

**Any Mall of America Guest Service desk** - located on level one at all main entrances to the Mall



**UNIVERSE OF LIGHT NIGHTLY LIGHT SHOW**
Visit NickelodeonUniverse.com for schedule.

Mall guests will be brought together nightly for an experience that will take visitors on an exciting journey through music and lights. Universe of Light will underscore the unexpected and surprising characteristics of MOA,® combined with the fun, playful nature of Nickelodeon Universe. Lights, music and smoke effects will transform the air space into a Technicolor dream. Times vary seasonally, visit mallofamerica.com for complete schedule.

© 2017 Viacom International Inc. All Rights Reserved. Nickelodeon and all related titles, logos and characters are trademarks of Viacom international inc.



**(LEVEL 3, SOUTHEAST COURT)**

Discover the magic of color at Crayola Experience + Store Mall of America®! Bursting with 25 hands-on activities, this one-of-a-kind family attraction is where color, chemistry and technology combine to create a colorful adventure for a child's imagination. Name and wrap your own crayon, star in a coloring page, bring your art to life in 4-D and so much more! Perfect for a day of family fun.








**(SOUTHWEST CORNER OF NICKELODEON UNIVERSE®)**

FlyOver America is a flight simulation ride that brings guests on a breathtaking, aerial tour of some of the greatest landmarks and regions throughout the United States in virtual flight technology. The attraction is a fully immersive experience including wind, mist and scents while soaring across some of America's most spectacular sights.

![American Girl]

**(EAST ENTRANCE TO NICKELODEON UNIVERSE®)**

Discover why American Girl® is more than just a store—it's a place for her imagination to soar! Girls can meet our array of characters as they explore rooms filled with beautiful dolls, award-winning books, outfits, accessories and more. Plus, our cheery Bistro—with the doll-sized Treat Seat®—and unique Doll Hair Salon offer wonderful experiences for everyone to enjoy.  But that's just the start!

**Special Events** - American Girl offers an array of unique events, classes and programs. Your girl can learn new ways to style her doll's hair, have a book signed by her favorite author or spend time dining with mom. The only hard part will be deciding which event to try first!

**Parties** - Helping girls celebrate girlhood is what American Girl does best. For birthdays or special occasions, American Girl offers dining, decorations, specials treats and more. Choose a party package to surprise your favorite girl!

**Call 1.877.247.5223 or visit americangirl.com to plan your visit.**

© 2017 American Girl, LLC. All rights reserved. All American Girl marks are trademarks of American Girl, LLC. All American Girl images and marks are owned by American Girl, LLC. © 2017 American Girl, LLC. All rights reserved.



**(LEVEL 1, EAST)**

Imagine traveling 14 feet underwater where sharks, stingrays and giant sea turtles swim so close, you'll feel like you can reach out and touch them! Come nose to nose with over 10,000 sea creatures in the 1.3 million gallon aquarium and touch real sea stars, crabs and more!

Touch and feed a stingray at the all new expansion including Stingray Adventure, open now!





**(LEVEL 4, EAST)**

SMAAASH is a much acclaimed world-class gaming and entertainment center that connects sports, virtual reality and dining into a highly interactive and innovative social experience for family, friends and children. Pioneering the field of sports simulation technology, proprietary gaming and virtual reality entertainment, SMAAASH games are currently in use in only ten countries across the globe.

Redefining sports entertainment and customer engagement with ground-breaking ideas and inspired dining concepts, SMAAASH truly has something for everyone.

For more information, visit smaaashusa.com.





**(SOUTH ENTRANCE TO NICKELODEON UNIVERSE®)**

Visit The LEGO® Store featuring a giant Pick-A-Brick wall with 180 different LEGO elements to choose from, a variety of play tables to inspire creativity and eight larger-than-life models including a LEGO Robot towering over 34 feet tall!

In addition, the Master Builder Bar is a place where digital play meets physical play with state-of-the-art computers that offer a hands-on premium experience for LEGO fans of all ages. Use on-screen building instructions to learn how to build cool LEGO models, play games at LEGO.com, view LEGO Club TV videos and design a custom model online with LEGO Design by ME.

## ADDITIONAL ATTRACTIONS

Mall of America® has the widest variety of entertainment options under one roof.

**A.C.E.S. FLIGHT SIMULATION**
**(LEVEL 3, EAST)**
Take full control of sophisticated flight simulators that are duplicates of those used to train military pilots. Fly both modern F/A-18 Hornet jets and classic WWII fighters such as the P-51 Mustang and F4U Corsair.

**AMAZING MIRROR MAZE**
**(LEVEL 3, NORTH)**
Be amazed and challenged as you find your way through this fun-filled, life-size maze of mirrors and glass. This new family attraction is an illusion like no other with 2,500 square feet of endless hallways.

**DUTCHMAN'S DECK ADVENTURE COURSE**
**(NICKELODEON UNIVERSE®)**
Take flight on Barnacle Blast, the zip line experience at Nickelodeon Universe®! Barnacle Blast takes riders on a combined 410 foot-long journey 55 feet above the park and back again!

The tallest Sky Trail® ropes course in the world challenges guests to climb the ship's tallest mast and "walk the plank." Then take the plunge on Anchor Drop, a spiral slide experience that will have you winding down to the ground.

**MOOSE MOUNTAIN ADVENTURE GOLF**
**(LEVEL 3, NORTH)**
An 18-hole miniature golf course that features an original, whimsical design with an old-time north woods feel – complete with life-size moose, horses and more.

**RICK BRONSON'S HOUSE OF COMEDY**
**(LEVEL 4, EAST)**
Enjoy laughs, fun and entertainment from comics who have appeared on hundreds of national and international television shows, and are widely regarded as groundbreaking, talented artists. Enjoy food and drinks at The Lounge at House of Comedy before the show.





## ONGOING MALL PROGRAMS

**TODDLER TUESDAYS®**
Grab your kids and head out to Toddler Tuesdays for a morning of fun! Toddler Tuesdays is a program that provides **events, free entertainment and discounts especially for toddlers**. Events include special character appearances, arts and crafts, story time and much more! **Events are every Tuesday from 10 a.m. until noon and are free and open to the public.** View the complete schedule at MallofAmerica.com/Events**.**

**MALL STARS WALKING CLUB**
The Mall Stars Walking Club is the **official mall-walking club of Mall of America®**. Members in the club receive a swipe-card to track walking hours, an incentive program, free monthly meetings + activities and a birthday party each November!

**BRING THE PARTY TO THE MALL**
Planning an event? At Mall of America, you'll find **everything you need to host a successful and exciting event**. Whether you are planning for business or pleasure, education or entertainment, Mall of America facilities, staff and services will cater to all your needs. Think Mall of America for **group tours, birthday parties, corporate events, conventions, field trips, reunions, senior outings, weddings, receptions and more.**

For more information, contact Group Sales at 952.883.8809.

**MALL OF AMERICA GIFT CARD**
Mall of America Gift Cards are the perfect gift for any occasion and can be used anywhere VISA® is accepted. Gift Cards are available in denominations between $20 and $500 and may be purchased in person at any of our Guest Service desks located on Level 1 at all main entrances to the Mall.

## PARENTAL ESCORT POLICY

While all children are welcome at Mall of America®, our Parental Escort Policy requires that the Mall's youngest guests — those 16 and younger — be accompanied by an adult 21 years or older on Fridays and Saturdays after 4 p.m. One adult can escort up to ten children 16 years of age and younger. Anyone under 21 should be prepared to show one of the following ID's during Parental Escort hours:

  - United States Driver's License
  - Resident Alien Card
  - Passport
  - United States Military I.D.
  - Mexican Consulate I.D.
  - Canadian I.D.






# NEED HELP?

CALL 952.883.8800  |  TEXT 952.479.4839

If you need help locating a store or other Mall information please download our app, text us at 952.479.4839, use the information phones located at each of our directories or visit one of our Guest Service desks located on level one at all main entrances to the Mall.

- GUEST SERVICES
- RESTROOMS
- INFORMATION PHONES
- ELEVATORS
- ATM