# EXHIBIT D

# CPI Inflation Calculator

$ `1.00`

in `May` `1991`

has the same buying power as

`$1.86`

in `February` `2019`

`Calculate`

[Mobile Browser? View full screen.](#)