UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                        :

In re                          :        **Chapter 11 Case No.**
                        :

**SEARS HOLDINGS CORPORATION,** *et al.,*  :        **18-23538 (RDD)**
        Debtors.[1]              :
                        :        **(Jointly Administered)**
                        :
                        :
---------------------------------------------------------------X

**DECLARATION OF JANE S. BORDEN IN SUPPORT OF TRANSFORM HOLDCO LLC'S BRIEF IN OPPOSITION TO DEBTORS' SUPPLEMENTAL MOTION TO ENFORCE THE ASSET PURCHASE AGREEMENT AND IN SUPPORT OF THE ADVERSARY COMPLAINT**

I, Jane S. Borden, declare under penalty of perjury as follows:

1.      I respectfully submit this declaration ("Declaration") in support of Transform Holdco LLC's Brief in Opposition to Debtors' Supplemental Motion to Enforce the Asset Purchase Agreement and in Support of the Adversary Complaint.

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

2.       Since June 15, 2018, I have served as the President of Real Estate for the Sears

Holdings Corporation ("SHC" or "Sears"), including during the pendency of these chapter 11

cases and the sale of substantially all of the Debtors' assets in a Section 363 sale (the

"Transaction") to Transform Holdco LLC ("Transform" or the "Buyer").  I continue to serve as

President of Sears's Real Estate today and also serve as President of Real Estate of several of

Transform's affiliates and subsidiaries.

3.       As President of Sears's Real Estate, I devoted substantial time and attention to the

Debtors' sale of real estate to Transform through the Transaction, as set forth in the certain Asset

Purchase Agreement between Transform and Debtors, dated January 17, 2019, as amended (the

"APA").

4.       Except as otherwise indicated, all statements in this Declaration are based upon

my personal knowledge; my review of relevant documents; and my views based upon my

experience.  If called to testify, I would testify competently to each of the facts set forth in this

Declaration.

5.       As part of the management of its business, Sears assigned store numbers to each

of its stores that it used for purposes of recording and tracking purchases, inventory, sales,

employee headcount, and store performance.

6.       Thus, for example, Sears assigned store number 1437 to the Sears at the Parks

Mall in Arlington, Texas.  If you plugged in store number 1437 across various Sears systems,

you would be able to gather information about the Arlington Sears' purchases, inventory, sales,

employee headcount, and store performance.

7.       Sears Real Estate kept records that corresponded to those store numbers.

Although Sears's records were designed to keep track of its stores, which were its primary assets,

Sears also assigned store numbers to its other properties, including distribution centers, offices, market distribution operations, parts repair service centers, warehouses, retail replenishment centers, and call centers.

8.      Prior to the Transaction, the Sears real estate group utilized a database called the Real Estate Property Summary Database ("RE Prop") to collect and store certain information about each Sears property.  The RE Prop database was searchable by store number, and included information located elsewhere in Sears' records, including about whether a given property was owned or leased, who the landlord was, whether there were any subtenants, and whether there were any restrictions on the property.  The RE Prop file for a particular store number, however, did not include information about each of the individual parcels that comprised that property or store.  Thus, if a fee owned Sears store had other fee owned lots associated with that location, typically the additional lots were not separately included in the RE Prop record file for that store number.  For example, the Sears at the Riverchase Galleria Mall in Hoover, Alabama is identified in the RE Prop database as store number 1136.  This property consists of two separate owned parcels, but the RE Prop database lists only a single entry for this store without identifying the individual parcels.

9.      Transform continues to utilize the store number system and RE Prop following the Transaction.

10.      Historically, store number 490 has been used for the Sears headquarters and all property associated with the headquarters.  Thus, when Sears's headquarters previously sat in what was then known as the Sears Tower in downtown Chicago, Illinois, the headquarters was assigned store number 490.

11.     Sears decided to move its headquarters out of the Sears Tower and buy land in Hoffman Estates, Illinois and build a new headquarters complex.  In 1989, Sears bought a number of lots at Hoffman Estates, covering more than just the land on which it eventually built the headquarters buildings.  Sears bought all of the property in Hoffman Estates in one transaction for the purpose of establishing a headquarters.  After moving out of the Sears Tower, store number 490 was reassigned to the assets at Hoffman Estates.

12.     In 2017, as part of a financing transaction known as the Dove transaction, Sears mortgaged three lots at Hoffman Estates:  Lots 1A, 2, and 3.  Lots 2 and 3 consist of vacant land. The fact that these lots were collateral for the Dove transaction was coded in Sears' relevant real estate systems, which then fed into RE Prop, which indicated that property associated with store number 490 was part of the Dove financing transaction.  This was consistent with the practice at Sears throughout my tenure.  For example, if Sears leased or mortgaged certain lots of land associated with a particular store, documents about the leased or mortgaged lots would be added to the RE Prop file for that store number.  Those documents would not necessarily include any information about any other lots associated with that store number.

13.     A true and correct copy of the RE Prop file for the owned property at store number 490 is attached as Exhibit A.  The information in RE Prop for store number 490 did not list the specific owned lots that comprise store number 490.  At all times, all of the properties in Hoffman Estates owned by Sears were part of store number 490.  While certain of these lots (but not others) served as collateral for the Dove financing transaction, the RE Prop file simply included a notation that store number 490 was part of the Dove financing transaction.  The RE Prop file did not purport to list all of the lots that were part of store number 490.

14.    The RE Prop file did not list the additional 13 lots at Hoffman Estates because that database does not list all of the lots that make up store number 490.  The only store number associated with the additional 13 was store number 490.  There is no other store number in RE Prop associated with the 13 lots.

15.    At the beginning of these chapter 11 cases, M-III requested a list of all Sears properties, and the Sears real estate group worked together with M-III to assemble such a list and to determine whether these properties were owned, leased, or encumbered.  Included in that list was store number 490, Hoffman Estates.  There was no separate identification for any of the particular lots located in Hoffman Estates because all of those lots were considered to be part of store number 490.  As the Buyer identified real estate assets it wanted to purchase in the Transaction, the Sears real estate group provided updated information to M-III.  At all times during this process, store number 490, Hoffman Estates was listed as an asset to be transferred through the Transaction.

16.    In my role as President of Sears Real Estate, I have always considered store number 490, Hoffman Estates as encompassing all of the property owned by Sears at Hoffman Estates, not just the headquarters complex or the property mortgaged in the financing transaction. When the real estate group listed store number 490, Hoffman Estates in the lists provided to MIII, the intent was to list all of the property owned by Sears at Hoffman Estates.

17.    The Sears Real Estate group was not involved in the preparation or delivery of the deeds provided by the Debtors to the Buyer as part of the Transaction, including the deed for Hoffman Estates that was limited to the previously financed Lots 1A, 2, and 3.

18.    The first time that I heard that Debtors were taking the position that not all of the properties owned by Sears at Hoffman Estates were part of store number 490 was after the

Transaction closed.  I have never heard any employee or officer of legacy Sears or Transform express that view.

19.    At least three properties listed in Schedule 1.1(p) to the APA as "Operating Owned Property" consist solely of vacant land:  (i) Store 3968 in Wasco, CA, (ii) Store 26987 in Chicago, IL, and (iii) Store 31930 in Hialeah, FL.

*     *     *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of knowledge, information, and belief.

Executed on June 25, 2019 in Hoffman Estates, IL.

Respectfully submitted,

Jane S. Borden

# Exhibit A





| REAL ESTATE PROPERTY SUMMARY & LEASE/OWNER INFORMATION | | | | | | DOVE LOAN) | |
|---|---|---|---|---|---|---|---|
| | | ENTER UNIT # | 490 | HOFFMAN EST | IL | | |
| | | ENTER K OR S | S | 3333 BEVERLY ROAD | 60179 | | |
| | | *PARCEL | 9-A | | | | |
| | | THIS UNIT IS | Active | 0 | COUNTY | | |
| | | NUMBER OF PARCELS | 8 | 0 | 0 | | |
| | | | | Real Estate Dept. | RVP OR BUSINESS UNIT SPOC | | |

*NOTE: This template requires a Unit # first. Next, enter a K for Kmart or an S for Sears. Once the Parcels are listed you are required to enter the full Parcel #. For a different parcel/suffix, change the Parcel Code in cell L-4.

| ACTV. | PARCEL CODE | INTEREST-DOC TYPE-PROP TYPE/DIVISION KEY | |
|---|---|---|---|
| A | 9-A | Owned-Owned-OTHER - SEE ABSTRACT (PROJECT DOVE LOAN) | |
| A | 9-C | ----Lease-OTHER - SEE ABSTRACT | |
| A | 9-L | ----Lease-OFFICE SPACE | |
| I | 9-B | Lease-Master Lease-OTHER - SEE ABSTRACT | |
| #N/A | #N/A | | #N/A |
| #N/A | #N/A | | #N/A |
| #N/A | #N/A | | #N/A |
| #N/A | #N/A | | #N/A |

## GENERAL INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| INTEREST HELD: | Owned | STORE OPEN DATE: | | DISPOSITION COMMENTS: | |
| DOCUMENT TYPE: | Owned | STORE CLOSE DATE: | | DISPOSITION DATE: | |
| ACQUISITION ENTITY: | | PHARMACY: | No | | |
| HOLDING/LEASEHOLD ENTITY: | Sears Holdings Management Corp. | | | | |

## SITE SPECIFICATIONS

| | | | | | | |
|---|---|---|---|---|---|---|
| DEMISED ACREAGE: | | LATEST CONVERSION: | | SITE TYPE: | | 0 |
| BLDG SQUARE FEET: | 2,275,982 | STORE DARK BEGIN DATE: | | ADDITIONAL OUTPARCEL: | | |
| SELLING SPACE: | | STORE DARK END DATE: | | DEVELOPMENT FEASIBILIT | 0 | KMART CONTROLLED S/C SQUARE FT: | 0 |
| POB NAME: | N/A | ORIGINAL SQ FT: | | PHARMACY RESTRICTION: | | 0 |
| SEARS AUTO CTR # : | 2162, A | EXPANDED SQ FT: | | PHARMACY EXCLUSIVE: | | 0 |

## LEASE TERMS, RENT & FINANCIALS

| LEASE TERM | | LEASE TERMINATION RIGHTS | | ANNUAL RENTAL | | | |
|---|---|---|---|---|---|---|---|
| LEASE TYPE: | | TERMINATION RIGHTS: | N | ANNUAL BASE: | Owned, No Rent * | LTM EBITDA (Including Auto): | $0 |
| LEASE DATE: | | OPTION NOTICE DATE: | | GROUND RENT: | $ - | LTM EBITDA (Excluding Auto): | $0 |
| | | | | | | EBITDAR NEGATIVE (Including Auto): | |
| TERM START: | | TERMINATION EFFEC. DATE: | Owned | TOTAL ANNUAL: | $ - | (Before Rent, CAM & RE Taxes) | |
| EXPIRATION DATE: | Owned | COMMENTS: | | OPTION RENT: | $ - | TOTAL RENT, CAM & RE TAXES-LTM: | $0 |
| RENEWAL OPTIONS: | Owned | | | % RENT: | None | ENDING INVENTORY @ COST: | $0 |
| OPT TO THRU 1/31: | N | | | ADD'L NOTES: | | | |
| RENEWAL NOTICE DT: | Owned | | | | ** | | |
| LAST LEASE DATE: | Owned | | | | | | |
| REA EXPIRATION DT: | | | | | | | |
| ADD'L COMMENTS: | Sears Holdings Corporation Headquarters | | | | | | |

*May only represent an average, if based upon a periodic adjustment schedule (i.e. semi-annual, quarterly, etc.)  Check Lease and/or RE Accounting for actual amounts.

**Negative numbers mean that % rent was over accrued which resulted in a credit and a zero amount paid for % rent.

## ACQUISITION RIGHTS / ACTIVITY / ADDITIONAL RIGHTS

| | | | | | |
|---|---|---|---|---|---|
| DATE ACQUIRED: | | | RIGHT OF FIRST REFUSAL: | N | N/A |
| GO DARK PROVISION: (Is there a provision that allows str to close, & keep property, with NO interference from LL?) | N | N/A | | | |
| | | | OPERATING COVENANT: | N | N/A |
| FINANCIAL PENALTY TO GO DARK: (Apart from normal lease obligations, any penalty for cessation of operations?) | N | N/A | LL RIGHT TO TERMINATE IF DARK: (ANYTHING permit LL to recapture if SHC ceases to operate?) | N | N/A |
| | | | ASSIGNMENT/SUBLEASE RESTRICTIONS: (Other than use restrictions, anything inhibit SHC?) | N | N/A |
| TENANT ABLE TO NULLIFY TERMINATION NOTICE? | N | N/A | AFFIRMATIVE STATEMENT THAT ASSIGNMENT/SUBLEASE IS NOT A DISCONTINUANCE? | N | |



| LESSOR/OWNER CONTACT INFORMATION | | | | MULTI-LANDLORD LOCATIONS | | |
|---|---|---|---|---|---|---|
| **LANDLORD** | **MANAGING AGENT** | **UNDERLYING GROUND OWNER/LESSOR** | | **KMART** | | **SEARS** |
| | | | | None | | None |
| Sears Owned | None | | | | | |
| c/o Sears Holdings Corporation | | | | | | |
| 3333 Beverly Road | | | | | | |
| Hoffman Estates    IL    60179 | | | | | | |
| Attn: General Counsel | | | | | | |
| Phone | Phone | | | | | |
| Cell | Fax | | | | | |
| Fax | True Owner Name of Property | | | | | |
| LL Acquired: | | | | | | |
| Total Stores Owned:    1 | SHC Owned | | | | | |

| **RENTAL PAYEE (OR DIRECT DEPOSIT =ACH)** | **PAYEE MAILING ADDRESS** | **LANDLORD COPIES TO:** |
|---|---|---|
| See FIPS for Payee(s) and addresses | Same as Rental Payee | None |
| Phone | Phone | Phone |
| Fax | Fax | Fax |

## SUBTENANTS

| Unique ID | Sub-Tenants | Tenant Square Ft | Tenant Annual Rent | Tenant Expiration Date | Tenant Renewal Options |
|---|---|---|---|---|---|
| S49050 | Sears Hometown & Outlet Stores, Inc. | 35,942 | $ 782,416.82 | 10/31/2022 | , |
| S49051 | Sears Hometown & Outlet Stores, Inc. | 5,017 | $ 60,204.00 | MTM | , |
| S49052 | Aramark Services (C3) | 2,037 | $ 15,249.21 | 12/31/2014 | , |
| S49053 | Aramark Services (Java City) | 879 | | 12/31/2014 | , |
| S49054 | Axa Financial | 827 | | 9/30/2015 | 0 , 0 |
| S49055 | David L. Templer Insurance Agency, Llc | 462 | $ 11,665.56 | 9/30/2020 | 0 , 0 |
| S49056 | | | | | , |
| S49057 | Vacant | 2,741 | | | , |
| S49058 | Hairstylits Management Systems, Llc (Atriu, Salon) | 983 | $ 6,000.00 | MTM | 0 , 0 |
| S49059 | Vacant | 1,000 | | | , |
| S49060 | Vacant | 1,445 | | | , |
| S49061 | | | | | , |
| S49062 | NIU (Parking) | | $ 12,000.00 | 8/30/2020 | 0 , 0 |
| S49063 | | | | | , |
| S49064 | Vacant | 1,000 | | | , |
| S49065 | Jackson Hewitt | 150 | $ 3,000.00 | 5/1/2014 | 0 , 0 |
| S49066 | Sears Auto Center (Atrium) | 656 | $ 10,498.04 | MTM | 0 , 0 |
| S49067 | | | | | , |
| S49068 | Sedgwick Cms | 23,350 | $ 718,898.00 | 7/31/2021 | 0 , 0 |