WILLIAM K. HARRINGTON
United States Trustee for Region 2
Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0500
By:   Paul K. Schwartzberg, Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                          :    Case No. 18-23538 (RDD)
                                                               :
Sears Holdings Corporation, *et al.*,                          :    Jointly Administered
                                                               :
                               Debtors.                        :
-------------------------------------------------------------x

# NOTICE OF APPOINTMENT OF OFFICIAL
# COMMITTEE OF RETIREES WITH LIFE INSURANCE BENEFITS

William K. Harrington, United States Trustee for Region 2, pursuant to Section 1114(d) of title 11, United States Code, hereby appoints the following retirees that are willing to serve on the Official Committee of Retirees with Life Insurance Benefits of the Sears Holdings Corporation, and its affiliated debtors-in-possession.

1.  Richard D. Bruce
    1455 S. York Street – Unit 228
    Elmhurst, Illinois 60126
    (630) 512-7951

2.  Ronald Olbrysh
    624 E. Central Avenue
    Lombard, Illinois 60148
    (310) 809-6610

3. James T. Nally
7125 Healy Drive
Springfield, Virginia 22150
(703) 451-5358

4. Mary Rose Steininger
337 N. Edgewood Avenue
Wood Dale, Illinois 60191
(847) 534-4503s

5. Joseph E. Hartzell
1230 Timothy Lane
Phoenixville, Pennsylvania 19460
(610) 935-1063

Dated: New York, New York
July 9, 2019

                           Sincerely,

                           WILLIAM K. HARRINGTON
                           UNITED STATES TRUSTEE

                           By:   */s/ Paul K. Schwartzberg*
                                Paul K. Schwartzberg, Trial Attorney
                                Office of the United States Trustee
                                201 Varick Street, Room 1006
                                New York, NY 10014
                                Tel. (212) 510-0500