**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | § | Case No. 18-23538 (RDD) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**FEE STATEMENT OF HOULIHAN LOKEY CAPITAL, INC.
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS INVESTMENT BANKER FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
MAY 1, 2019 THROUGH MAY 31, 2019**

| | | |
|---|---|---|
| **Name of Applicant:** | **Houlihan Lokey Capital, Inc.** | |
| **Applicant's Role in Case:** | **Investment Banker for the Official Committee of Unsecured Creditors** | |
| **Date of Retention:** | **December 19, 2018,** *nunc pro tunc* **to October 29, 2018** | |
| | **Beginning of Period** | **End of Period** |
| **Time period covered by this statement:** | **5/1/19** | **5/31/19** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| Summary of Total Fees and Expenses Requested: | |
|---|---|
| **Total fees requested in this statement:** | **$100,000.00 (80% of $125,000.00)** |
| **Total expenses requested in this statement:** | **$405.03** |
| **Total fees and expenses requested in this statement (inclusive of holdback amount):** | **$125,405.03** |
| Summary of Professional Fees Requested: | |
| **Total professional fees requested in this statement:** | **$125,405.03** |

## Summary of Expenses for the Fee Period

| Expense Categories | Amount |
|---|---|
| Airfare | $0.00 |
| Lodging | 0.00 |
| Ground Transportation | 269.42 |
| Travel and Overtime Meals | 135.61 |
| Travel Telephone and Data | 0.00 |
| Delivery | 0.00 |
| **Total** | **$405.03** |

## Summary of Payment Requested

| Fee Period | Current Fee (Net of Holdback) | Holdback | Expenses | Prepayment | Amount |
|---|---|---|---|---|---|
| 5/1-5/31 | $100,000.00 | $25,000.00 | $405.03 | NA | $125,405.03 |
| **Total** | **$100,000.00** | **$25,000.00** | **$405.03** | **NA** | **$125,405.03** |

## Summary of Hours for the Fee Period

| Name of Professional | Position | Amount |
|---|---|---|
| Saul Burian | Managing Director | 46.5 |
| Eric Siegert | Senior Managing Director | 0.0 |
| Brad Geer | Managing Director | 0.0 |
| Surbhi Gupta | Director | 0.0 |
| Greg Rinsky | Director | 0.0 |
| Tom Hedus | Senior Vice President | 51.0 |
| Ross Rosenstein | Associate | 22.0 |
| Ryan Conroy | Associate | 0.0 |
| John Hartigan | Associate | 31.0 |
| Ahmed Mumtaz | Associate | 0.0 |
| Tanya Wong | Associate | 0.0 |
| Jack Foster | Analyst | 56.0 |
| James Lai | Analyst | 26.0 |
| Natalie Weelborg | Analyst | 0.0 |
| Andrew Felman | Analyst | 0.0 |
| Jenner Currier | Analyst | 0.0 |
| Matthew Stadtmauer | Analyst | 0.0 |
| **Total** | | **232.5** |

**Summary of Hours for the Fee Period**

| Task Category | Amount |
|---|---:|
| General Case Administration | 45.0 |
| Correspondence with Debtor and Other Stakeholders | 16.0 |
| Correspondence with Official Committee of Unsecured Creditors | 43.5 |
| Analysis, Presentations, and Due Diligence | 128.0 |
| Financing Diligence and Analysis | 0.0 |
| Litigation Diligence and Analysis | 0.0 |
| Real Estate Analysis | 0.0 |
| **Total** | **232.5** |

Respectfully Submitted,

Dated: July 9, 2019

Saul E. Burian, Managing Director
Houlihan Lokey Capital, Inc.
245 Park Ave.
20th Floor
New York, NY 10167

*Investment Banker for the Official Committee of Unsecured Creditors of Sears Holdings Corporation, et al.*

**<u>Exhibit A</u>**



**Invoice #  33195**

**PERSONAL & CONFIDENTIAL**                                                                                          July 9, 2019

The Official Committee (the "Committee") of Unsecured Creditors                                  Client #  63300
of Sears Holding Corporation                                                                                         Case #  87394
and its affiliated debtors and debtors-in-possession
(the "Debtors")

**Professional Fees**

| | | |
|---|---|---|
| Monthly Fee due on May 28, 2019 | $        250,000.00 | |
| Less: Monthly Fee Credit | (125,000.00) | |
| Less 20% Holdback | (25,000.00) | |
| Professional Fees Due | | $     100,000.00 |

**Out of Pocket Expenses**

| | | |
|---|---|---|
| Ground Transportation | $         269.42 | |
| Travel and Overtime Meals | 135.61 | |
| Out of Pocket Expenses Due | | $          405.03 |

**TOTAL AMOUNT DUE AND PAYABLE**                                                              **$     100,405.03**

**PAYMENT DUE UPON RECEIPT**

| Please Send Checks To: | Wire Transfer Instructions: |
|---|---|
| Houlihan Lokey Capital, Inc. | Bank of America |
| Accounts Receivable Department | Wire Transfer ABA #026009593 |
| 10250 Constellation Boulevard, 5th Floor | ACH ABA #121000358 |
| Los Angeles, California 90067-6802 | fbo Houlihan Lokey Capital, Inc. |
| | Account #1453120593 |
| | Swift Code (Int'l Wires Only): BOFAUS3N |
| | Federal ID #95-4024056 |

245 Park Avenue, 20th Floor • New York, New York 10167 • tel.212.497.4100 • fax.212.661.3070 • www.HL.com
Broker-dealer services through Houlihan Lokey Capital, Inc.

**<u>Exhibit B</u>**

**Sears Holdings Corporation**                                                                                          *Privileged and Confidential*
*Houlihan Lokey Work Hours Summary*                                                                            *(May 01, 2019 - May 31, 2019)*

**Houlihan Lokey - Sears Holdings Corporation Work Hours Summary**
**(May 01, 2019 - May 31, 2019)**

| Employee | A | B | C | D | E | F | G | Total |
|---|---|---|---|---|---|---|---|---|
| Saul Burian | 6.0 | 2.0 | 10.0 | 28.5 | 0.0 | 0.0 | 0.0 | 46.5 |
| Eric Siegert | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Brad Geer | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Surbhi Gupta | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Greg Rinsky | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Tom Hedus | 13.0 | 3.0 | 8.0 | 27.0 | 0.0 | 0.0 | 0.0 | 51.0 |
| Ross Rosenstein | 1.0 | 2.0 | 6.0 | 13.0 | 0.0 | 0.0 | 0.0 | 22.0 |
| Ryan Conroy | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| John Hartigan | 4.0 | 3.0 | 7.0 | 17.0 | 0.0 | 0.0 | 0.0 | 31.0 |
| Ahmed Mumtaz | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Tanya Wong | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Jack Foster | 16.0 | 3.0 | 7.5 | 29.5 | 0.0 | 0.0 | 0.0 | 56.0 |
| James Lai | 5.0 | 3.0 | 5.0 | 13.0 | 0.0 | 0.0 | 0.0 | 26.0 |
| Natalie Weelborg | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Andrew Felman | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Jenner Currier | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Matthew Stadtmauer | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total** | **45.0** | **16.0** | **43.5** | **128.0** | **0.0** | **0.0** | **0.0** | **232.5** |

Legend

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | Hours for: | Saul Burian |
|--|------------|-------------|
|  | Total Hours: | 46.5 |

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|------|------|-----------|-------|---------------------------|
| Wednesday, May 01, 2019 | A | General Case Administration | 1.0 | Records Maintenance - March Fee Statement |
| Wednesday, May 01, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Akin Letter to Weil re: Liquidating Trust Governance |
| Thursday, May 02, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Call with PBGC Re: Settlement |
| Thursday, May 02, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Call with Akin Re: UCC Settlement |
| Thursday, May 02, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Review Draft Liquidation Analysis from Weil |
| Thursday, May 02, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review M-III Administrative Solvency Tracker |
| Thursday, May 02, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Update Call with Committee |
| Thursday, May 02, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Weil Response to Akin Letter re: Trust Governance |
| Thursday, May 02, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discuss Weil Response with Akin and FTI |
| Thursday, May 02, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Updated M-III Administrative Solvency Tracker |
| Friday, May 03, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Review Updated Liquidation Analysis from Weil |
| Friday, May 03, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Call with UCC Member Re: Liquidating Trust Governance |
| Saturday, May 04, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Filed Version of Liquidation Analysis |
| Sunday, May 05, 2019 | D | Analysis, Presentations, and Due Diligence | 1.5 | Review Draft Diaz Declaration |
| Monday, May 06, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Review and Discuss Liquidation Model with M-III and FTI |
| Monday, May 06, 2019 | A | General Case Administration | 0.5 | Records Maintenance - March Fee Statement |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| Hours for: | Saul Burian |
|---|---|
| Total Hours: | 46.5 |

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, May 06, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Update Call with Committee |
| Monday, May 06, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Updated Draft Diaz Declaration |
| Monday, May 06, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Prepare and Review Slide for Liquidation Analysis Presentation to UCC |
| Tuesday, May 07, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Updated FTI Liquidation Analysis Presentation |
| Tuesday, May 07, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discuss Liquidation Analysis Presentation with FTI |
| Tuesday, May 07, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discuss Liquidation Analysis Presentation with Akin |
| Tuesday, May 07, 2019 | D | Analysis, Presentations, and Due Diligence | 1.5 | Review Akin Draft Disclosure Statement Objection |
| Wednesday, May 08, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Call with UCC Members Re: Liquidating Trust Governance Settlement |
| Wednesday, May 08, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.5 | Discussion with Akin re: Settlement, Trustee, Liquidation Trust & Potential Members |
| Thursday, May 09, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Follow-Up Re: Potential Directors and Trustees |
| Friday, May 10, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review M-III Administrative Solvency Tracker |
| Friday, May 10, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Discuss Administrative Solvency Tracker with M-III and FTI |
| Monday, May 13, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Updated Weil Plan |
| Tuesday, May 14, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Weil Response to Akin Letter re: Trust Governance |
| Wednesday, May 15, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review FTI Liquidation Analysis Presentation |
| Thursday, May 16, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Review Filed Version of Plan and Disclosure Statement |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | Hours for: | Saul Burian |
|--|------------|-------------|
|  | Total Hours: | 46.5 |

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|------|------|-----------|-------|--------------------------|
| Thursday, May 16, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review FTI Presentation re: Debtors' Intercompany Accounting |
| Friday, May 17, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review M-III Administrative Solvency Tracker |
| Thursday, May 23, 2019 | A | General Case Administration | 0.5 | Records Maintenance - April Fee Statement |
| Friday, May 24, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review M-III Administrative Solvency Tracker |
| Friday, May 24, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Akin Summary of Disclosure Statement Objections |
| Saturday, May 25, 2019 | D | Analysis, Presentations, and Due Diligence | 2.5 | Review Transform Complaint |
| Monday, May 27, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Debtors Amended Plan |
| Tuesday, May 28, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Update Call with Committee |
| Tuesday, May 28, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Akin Letter to Paul Weiss |
| Tuesday, May 28, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Akin Draft Plan Term Sheet |
| Wednesday, May 29, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Filed Disclosure Statement Exhibits |
| Wednesday, May 29, 2019 | A | General Case Administration | 1.0 | Hearing re: Disclosure Statement |
| Wednesday, May 29, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discussion with Akin re: Disclosure Statement Hearing |
| Wednesday, May 29, 2019 | A | General Case Administration | 1.0 | Records Maintenance - April Fee Statement |
| Wednesday, May 29, 2019 | A | General Case Administration | 1.0 | Records Maintenance - April Fee Statement |
| Friday, May 31, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review M-III Administrative Solvency Tracker |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | | |
|---|---|---|
| **Hours for:** | **Saul Burian** | |
| **Total Hours:** | **46.5** | |

| | Task Reference Table |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, May 31, 2019 | A | General Case Administration | 1.0 | Review Potential Conflicts for Incremental Conflicts Check |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | | |
|---|---|---|
| **Hours for:** | **Eric Siegert** | |
| **Total Hours:** | **0.0** | |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | **Hours for:** | **Brad Geer** |
|---|---|---|
|  | **Total Hours:** | **0.0** |

| | **Task Reference Table** |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| **Date** | **Task** | **Task Code** | **Hours** | **Description of Activities** |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|                   |              |
|-------------------|--------------|
| **Hours for:**    | **Surbhi Gupta** |
| **Total Hours:**  | **0.0**      |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|------|------|-----------|-------|---------------------------|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | | |
|---|---|---|
| **Hours for:** | **Greg Rinsky** | |
| **Total Hours:** | **0.0** | |

| | Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  |  |
|---|---|
| **Hours for:** | **Tom Hedus** |
| **Total Hours:** | **51.0** |

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Wednesday, May 01, 2019 | A | General Case Administration | 1.0 | Records Maintenance - March Fee Statement |
| Wednesday, May 01, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Update Administrative Solvency Presentation for Committee |
| Wednesday, May 01, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discuss Administrative Solvency Presentation with FTI |
| Wednesday, May 01, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Akin Letter to Weil re: Liquidating Trust Governance |
| Thursday, May 02, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Call with PBGC Re: Settlement |
| Thursday, May 02, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Call with Akin Re: UCC Settlement |
| Thursday, May 02, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Review Draft Liquidation Analysis from Weil |
| Thursday, May 02, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review M-III Administrative Solvency Tracker |
| Thursday, May 02, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Update Call with Committee |
| Thursday, May 02, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Weil Response to Akin Letter re: Trust Governance |
| Thursday, May 02, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discuss Weil Response with Akin and FTI |
| Thursday, May 02, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Updated M-III Administrative Solvency Tracker |
| Friday, May 03, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Review Updated Liquidation Analysis from Weil |
| Friday, May 03, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Call with UCC Member Re: Liquidating Trust Governance |
| Friday, May 03, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Discuss Administrative Solvency Tracker with M-III and FTI |
| Saturday, May 04, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Filed Version of Liquidation Analysis |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Tom Hedus** |
| **Total Hours:** | **51.0** |

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Sunday, May 05, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Draft Diaz Declaration |
| Monday, May 06, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Review and Discuss Liquidation Model with M-III and FTI |
| Monday, May 06, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Follow-Up Discussion with FTI re: M-III Call |
| Monday, May 06, 2019 | A | General Case Administration | 0.5 | Records Maintenance - March Fee Statement |
| Monday, May 06, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Presentation re: Liquidation Analysis Assets |
| Monday, May 06, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Update Call with Committee |
| Monday, May 06, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Updated Draft Diaz Declaration |
| Monday, May 06, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Prepare and Review Slide for Liquidation Analysis Presentation to UCC |
| Tuesday, May 07, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Updated FTI Liquidation Analysis Presentation |
| Tuesday, May 07, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discuss Liquidation Analysis Presentation with FTI |
| Tuesday, May 07, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discuss Liquidation Analysis Presentation with Akin |
| Tuesday, May 07, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Akin Draft Disclosure Statement Objection |
| Wednesday, May 08, 2019 | A | General Case Administration | 2.0 | Hearing re: Transform Disputes |
| Wednesday, May 08, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Call with UCC Members Re: Liquidating Trust Governance Settlement |
| Friday, May 10, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review M-III Administrative Solvency Tracker |
| Friday, May 10, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Discuss Administrative Solvency Tracker with M-III and FTI |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | | | |
|---|---|---|---|---|
| **Hours for:** | Tom Hedus | | | |
| **Total Hours:** | 51.0 | | | |

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, May 13, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Review Updated Weil Plan |
| Tuesday, May 14, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Weil Response to Akin Letter re: Trust Governance |
| Wednesday, May 15, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review FTI Liquidation Analysis Presentation |
| Thursday, May 16, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Filed Version of Plan and Disclosure Statement |
| Thursday, May 16, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review FTI Presentation re: Debtors' Intercompany Accounting |
| Friday, May 17, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review M-III Administrative Solvency Tracker |
| Friday, May 17, 2019 | A | General Case Administration | 0.5 | Records Maintenance - Hours (Preparation for Fee Examiner) |
| Friday, May 17, 2019 | A | General Case Administration | 0.5 | Internal Discussion re: Incremental Conflicts Check |
| Monday, May 20, 2019 | A | General Case Administration | 0.5 | Records Maintenance - Hours (Preparation for Fee Examiner) |
| Thursday, May 23, 2019 | A | General Case Administration | 0.5 | Records Maintenance - April Fee Statement |
| Thursday, May 23, 2019 | A | General Case Administration | 0.5 | Internal Discussion re: Incremental Conflicts Check |
| Friday, May 24, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review M-III Administrative Solvency Tracker |
| Friday, May 24, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Akin Summary of Disclosure Statement Objections |
| Saturday, May 25, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Transform Complaint |
| Monday, May 27, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Debtors Amended Plan |
| Tuesday, May 28, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Update Call with Committee |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **Tom Hedus** | |
| **Total Hours:** | **51.0** | |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, May 28, 2019 | A | General Case Administration | 1.0 | Records Maintenance - Hours (Preparation for Fee Examiner) |
| Tuesday, May 28, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Akin Letter to Paul Weiss |
| Tuesday, May 28, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Akin Draft Plan Term Sheet |
| Wednesday, May 29, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Filed Disclosure Statement Exhibits |
| Wednesday, May 29, 2019 | A | General Case Administration | 1.0 | Records Maintenance - Hours (Preparation for Fee Examiner) |
| Wednesday, May 29, 2019 | A | General Case Administration | 1.0 | Hearing re: Disclosure Statement |
| Wednesday, May 29, 2019 | A | General Case Administration | 1.0 | Records Maintenance - April Fee Statement |
| Wednesday, May 29, 2019 | A | General Case Administration | 1.0 | Records Maintenance - April Fee Statement |
| Friday, May 31, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review M-III Administrative Solvency Tracker |
| Friday, May 31, 2019 | A | General Case Administration | 1.0 | Review Potential Conflicts for Incremental Conflicts Check |
| Friday, May 31, 2019 | A | General Case Administration | 1.0 | Records Maintenance - Hours (Preparation for Fee Examiner) |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Ross Rosenstein** |
| **Total Hours:** | **22.0** |

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Wednesday, May 01, 2019 | A | General Case Administration | 1.0 | Records Maintenance - March Fee Statement |
| Wednesday, May 01, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discuss Administrative Solvency Presentation with FTI |
| Wednesday, May 01, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Akin Letter to Weil re: Liquidating Trust Governance |
| Thursday, May 02, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Review Draft Liquidation Analysis from Weil |
| Thursday, May 02, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review M-III Administrative Solvency Tracker |
| Thursday, May 02, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Update Call with Committee |
| Thursday, May 02, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Weil Response to Akin Letter re: Trust Governance |
| Thursday, May 02, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discuss Weil Response with Akin and FTI |
| Thursday, May 02, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review FTI Proposed Agenda for Upcoming Call with M-III |
| Thursday, May 02, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Updated M-III Administrative Solvency Tracker |
| Sunday, May 05, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Review FTI Liquidation Analysis Issues List |
| Sunday, May 05, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Draft Diaz Declaration |
| Monday, May 06, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Review and Discuss Liquidation Model with M-III and FTI |
| Monday, May 06, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Update Call with Committee |
| Monday, May 06, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Updated Draft Diaz Declaration |
| Wednesday, May 08, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Call with UCC Members Re: Liquidating Trust Governance Settlement |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Ross Rosenstein** |
| **Total Hours:** | **22.0** |

| Task Reference Table | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Friday, May 10, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review M-III Administrative Solvency Tracker |
| Friday, May 10, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Discuss Administrative Solvency Tracker with M-III and FTI |
| Tuesday, May 14, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Weil Response to Akin Letter re: Trust Governance |
| Wednesday, May 15, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review FTI Liquidation Analysis Presentation |
| Friday, May 17, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review M-III Administrative Solvency Tracker |
| Friday, May 24, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review M-III Administrative Solvency Tracker |
| Friday, May 24, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Akin Summary of Disclosure Statement Objections |
| Monday, May 27, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Debtors Amended Plan |
| Tuesday, May 28, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Update Call with Committee |
| Friday, May 31, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review M-III Administrative Solvency Tracker |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Ryan Conroy** |
| **Total Hours:** | **0.0** |

**Task Reference Table**

| | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | John Hartigan | |
| **Total Hours:** | 31.0 | |

| | Task Reference Table |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Wednesday, May 01, 2019 | A | General Case Administration | 1.0 | Records Maintenance - March Fee Statement |
| Wednesday, May 01, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discuss Administrative Solvency Presentation with FTI |
| Wednesday, May 01, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Akin Letter to Weil re: Liquidating Trust Governance |
| Thursday, May 02, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Review Draft Liquidation Analysis from Weil |
| Thursday, May 02, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review M-III Administrative Solvency Tracker |
| Thursday, May 02, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Update Call with Committee |
| Thursday, May 02, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Weil Response to Akin Letter re: Trust Governance |
| Thursday, May 02, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discuss Weil Response with Akin and FTI |
| Thursday, May 02, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review FTI Proposed Agenda for Upcoming Call with M-III |
| Thursday, May 02, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Updated M-III Administrative Solvency Tracker |
| Friday, May 03, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Discuss Administrative Solvency Tracker with M-III and FTI |
| Sunday, May 05, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Review FTI Liquidation Analysis Issues List |
| Sunday, May 05, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Draft Diaz Declaration |
| Monday, May 06, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Review and Discuss Liquidation Model with M-III and FTI |
| Monday, May 06, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Presentation re: Liquidation Analysis Assets |
| Monday, May 06, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Update Call with Committee |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | John Hartigan |
| **Total Hours:** | 31.0 |

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, May 06, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Updated Draft Diaz Declaration |
| Tuesday, May 07, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Updated FTI Liquidation Analysis Presentation |
| Tuesday, May 07, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discuss Liquidation Analysis Presentation with FTI |
| Tuesday, May 07, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discuss Liquidation Analysis Presentation with Akin |
| Wednesday, May 08, 2019 | A | General Case Administration | 2.0 | Hearing re: Transform Disputes |
| Wednesday, May 08, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Call with UCC Members Re: Liquidating Trust Governance Settlement |
| Friday, May 10, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review M-III Administrative Solvency Tracker |
| Friday, May 10, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Discuss Administrative Solvency Tracker with M-III and FTI |
| Monday, May 13, 2019 | A | General Case Administration | 1.0 | Records Maintenance - March Fee Statement |
| Tuesday, May 14, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Weil Response to Akin Letter re: Trust Governance |
| Wednesday, May 15, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review FTI Liquidation Analysis Presentation |
| Thursday, May 16, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Filed Version of Plan and Disclosure Statement |
| Thursday, May 16, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review FTI Presentation re: Debtors' Intercompany Accounting |
| Friday, May 17, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review M-III Administrative Solvency Tracker |
| Friday, May 24, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review M-III Administrative Solvency Tracker |
| Friday, May 24, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Akin Summary of Disclosure Statement Objections |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **John Hartigan** |
| **Total Hours:** | **31.0** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, May 27, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Debtors Amended Plan |
| Tuesday, May 28, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Update Call with Committee |
| Friday, May 31, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review M-III Administrative Solvency Tracker |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|                  |              |
|------------------|--------------|
| **Hours for:**   | **Ahmed Mumtaz** |
| **Total Hours:** | **0.0**      |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|------|------|-----------|-------|---------------------------|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | Hours for: | **Tanya Wong** |
|---|---|---|
|  | **Total Hours:** | **0.0** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  |  |
|---|---|
| **Hours for:** | Jack Foster |
| **Total Hours:** | 56.0 |

| Task Reference Table | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Wednesday, May 01, 2019 | A | General Case Administration | 1.0 | Records Maintenance - March Fee Statement |
| Wednesday, May 01, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Update Administrative Solvency Presentation for Committee |
| Wednesday, May 01, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discuss Administrative Solvency Presentation with FTI |
| Wednesday, May 01, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Akin Letter to Weil re: Liquidating Trust Governance |
| Thursday, May 02, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Review Draft Liquidation Analysis from Weil |
| Thursday, May 02, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review M-III Administrative Solvency Tracker |
| Thursday, May 02, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Update Call with Committee |
| Thursday, May 02, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Weil Response to Akin Letter re: Trust Governance |
| Thursday, May 02, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discuss Weil Response with Akin and FTI |
| Thursday, May 02, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review FTI Proposed Agenda for Upcoming Call with M-III |
| Thursday, May 02, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Updated M-III Administrative Solvency Tracker |
| Friday, May 03, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Review Updated Liquidation Analysis from Weil |
| Friday, May 03, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Discuss Administrative Solvency Tracker with M-III and FTI |
| Saturday, May 04, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Filed Version of Liquidation Analysis |
| Sunday, May 05, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Review FTI Liquidation Analysis Issues List |
| Sunday, May 05, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Draft Diaz Declaration |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  | Hours for: | Jack Foster |
|---|---|---|
|  | Total Hours: | 56.0 |

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, May 06, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Review and Discuss Liquidation Model with M-III and FTI |
| Monday, May 06, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Follow-Up Discussion with FTI re: M-III Call |
| Monday, May 06, 2019 | A | General Case Administration | 0.5 | Records Maintenance - March Fee Statement |
| Monday, May 06, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Update Presentation re: Liquidation Analysis Assets |
| Monday, May 06, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Presentation re: Liquidation Analysis Assets |
| Monday, May 06, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Update Call with Committee |
| Monday, May 06, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Updated Draft Diaz Declaration |
| Monday, May 06, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Prepare and Review Slide for Liquidation Analysis Presentation to UCC |
| Tuesday, May 07, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Updated FTI Liquidation Analysis Presentation |
| Tuesday, May 07, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discuss Liquidation Analysis Presentation with FTI |
| Tuesday, May 07, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discuss Liquidation Analysis Presentation with Akin |
| Tuesday, May 07, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Akin Draft Disclosure Statement Objection |
| Wednesday, May 08, 2019 | A | General Case Administration | 2.0 | Hearing re: Transform Disputes |
| Wednesday, May 08, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Call with UCC Members Re: Liquidating Trust Governance Settlement |
| Friday, May 10, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review M-III Administrative Solvency Tracker |
| Friday, May 10, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Discuss Administrative Solvency Tracker with M-III and FTI |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| Hours for: | Jack Foster |
|---|---|
| Total Hours: | 56.0 |

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, May 13, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Updated Weil Plan |
| Monday, May 13, 2019 | A | General Case Administration | 1.0 | Records Maintenance - March Fee Statement |
| Tuesday, May 14, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Weil Response to Akin Letter re: Trust Governance |
| Wednesday, May 15, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review FTI Liquidation Analysis Presentation |
| Thursday, May 16, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Filed Version of Plan and Disclosure Statement |
| Thursday, May 16, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review FTI Presentation re: Debtors' Intercompany Accounting |
| Friday, May 17, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review M-III Administrative Solvency Tracker |
| Friday, May 17, 2019 | A | General Case Administration | 0.5 | Records Maintenance - Hours (Preparation for Fee Examiner) |
| Friday, May 17, 2019 | A | General Case Administration | 0.5 | Internal Discussion re: Incremental Conflicts Check |
| Monday, May 20, 2019 | A | General Case Administration | 0.5 | Records Maintenance - Hours (Preparation for Fee Examiner) |
| Tuesday, May 21, 2019 | A | General Case Administration | 2.0 | Hearing re: Canadian Proceedings |
| Thursday, May 23, 2019 | A | General Case Administration | 0.5 | Records Maintenance - April Fee Statement |
| Thursday, May 23, 2019 | A | General Case Administration | 0.5 | Internal Discussion re: Incremental Conflicts Check |
| Friday, May 24, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review M-III Administrative Solvency Tracker |
| Friday, May 24, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Akin Summary of Disclosure Statement Objections |
| Saturday, May 25, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Transform Complaint |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | Jack Foster | |
| **Total Hours:** | 56.0 | |

**Task Reference Table**

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Monday, May 27, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Debtors Amended Plan |
| Tuesday, May 28, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Update Call with Committee |
| Tuesday, May 28, 2019 | A | General Case Administration | 1.0 | Records Maintenance - Hours (Preparation for Fee Examiner) |
| Tuesday, May 28, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Akin Letter to Paul Weiss |
| Tuesday, May 28, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Akin Draft Plan Term Sheet |
| Wednesday, May 29, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Filed Disclosure Statement Exhibits |
| Wednesday, May 29, 2019 | A | General Case Administration | 1.0 | Records Maintenance - Hours (Preparation for Fee Examiner) |
| Wednesday, May 29, 2019 | A | General Case Administration | 1.0 | Hearing re: Disclosure Statement |
| Wednesday, May 29, 2019 | A | General Case Administration | 1.0 | Records Maintenance - April Fee Statement |
| Wednesday, May 29, 2019 | A | General Case Administration | 1.0 | Records Maintenance - April Fee Statement |
| Friday, May 31, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review M-III Administrative Solvency Tracker |
| Friday, May 31, 2019 | A | General Case Administration | 1.0 | Review Potential Conflicts for Incremental Conflicts Check |
| Friday, May 31, 2019 | A | General Case Administration | 1.0 | Records Maintenance - Hours (Preparation for Fee Examiner) |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  |  |
|---|---|
| Hours for: | James Lai |
| Total Hours: | 26.0 |

### Task Reference Table

| | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Wednesday, May 01, 2019 | A | General Case Administration | 1.0 | Records Maintenance - March Fee Statement |
| Wednesday, May 01, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discuss Administrative Solvency Presentation with FTI |
| Wednesday, May 01, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Akin Letter to Weil re: Liquidating Trust Governance |
| Thursday, May 02, 2019 | D | Analysis, Presentations, and Due Diligence | 2.0 | Review Draft Liquidation Analysis from Weil |
| Thursday, May 02, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review M-III Administrative Solvency Tracker |
| Thursday, May 02, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Update Call with Committee |
| Thursday, May 02, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Weil Response to Akin Letter re: Trust Governance |
| Thursday, May 02, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 0.5 | Discuss Weil Response with Akin and FTI |
| Thursday, May 02, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review FTI Proposed Agenda for Upcoming Call with M-III |
| Thursday, May 02, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Updated M-III Administrative Solvency Tracker |
| Friday, May 03, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Discuss Administrative Solvency Tracker with M-III and FTI |
| Sunday, May 05, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Draft Diaz Declaration |
| Monday, May 06, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Review and Discuss Liquidation Model with M-III and FTI |
| Monday, May 06, 2019 | A | General Case Administration | 0.5 | Records Maintenance - March Fee Statement |
| Monday, May 06, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Update Call with Committee |
| Monday, May 06, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Prepare and Review Slide for Liquidation Analysis Presentation to UCC |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **James Lai** |
| **Total Hours:** | **26.0** |

| Task Reference Table | |
|---|---|
| A | General Case Administration |
| B | Correspondence with Debtor and Other Stakeholders |
| C | Correspondence with Official Committee of Unsecured Creditors |
| D | Analysis, Presentations, and Due Diligence |
| E | Financing Diligence and Analysis |
| F | Litigation Diligence and Analysis |
| G | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|
| Tuesday, May 07, 2019 | A | General Case Administration | 0.5 | Records Maintenance - March Fee Statement |
| Wednesday, May 08, 2019 | A | General Case Administration | 2.0 | Hearing re: Transform Disputes |
| Wednesday, May 08, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Call with UCC Members Re: Liquidating Trust Governance Settlement |
| Friday, May 10, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review M-III Administrative Solvency Tracker |
| Friday, May 10, 2019 | B | Correspondence with Debtor and Other Stakeholders | 1.0 | Discuss Administrative Solvency Tracker with M-III and FTI |
| Monday, May 13, 2019 | A | General Case Administration | 1.0 | Records Maintenance - March Fee Statement |
| Tuesday, May 14, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Weil Response to Akin Letter re: Trust Governance |
| Wednesday, May 15, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review FTI Liquidation Analysis Presentation |
| Friday, May 17, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review M-III Administrative Solvency Tracker |
| Friday, May 24, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review M-III Administrative Solvency Tracker |
| Friday, May 24, 2019 | D | Analysis, Presentations, and Due Diligence | 0.5 | Review Akin Summary of Disclosure Statement Objections |
| Monday, May 27, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review Debtors Amended Plan |
| Tuesday, May 28, 2019 | C | Correspondence with Official Committee of Unsecured Creditors | 1.0 | Update Call with Committee |
| Friday, May 31, 2019 | D | Analysis, Presentations, and Due Diligence | 1.0 | Review M-III Administrative Solvency Tracker |

Sears Holdings Corporation
Houlihan Lokey Time Sheet

|  |  |
|---|---|
| **Hours for:** | **Natalie Weelborg** |
| **Total Hours:** | **0.0** |

|  | **Task Reference Table** |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|------|------|-----------|-------|---------------------------|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Andrew Felman** |
| **Total Hours:** | **0.0** |

| | Task Reference Table |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | | |
|---|---|---|
| **Hours for:** | **Jenner Currier** | |
| **Total Hours:** | **0.0** | |

| | Task Reference Table |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|

Sears Holdings Corporation
Houlihan Lokey Time Sheet

| | |
|---|---|
| **Hours for:** | **Matthew Stadtmauer** |
| **Total Hours:** | **0.0** |

| Task Reference Table | |
|---|---|
| **A** | General Case Administration |
| **B** | Correspondence with Debtor and Other Stakeholders |
| **C** | Correspondence with Official Committee of Unsecured Creditors |
| **D** | Analysis, Presentations, and Due Diligence |
| **E** | Financing Diligence and Analysis |
| **F** | Litigation Diligence and Analysis |
| **G** | Real Estate Analysis |

| Date | Task | Task Code | Hours | Description of Activities |
|---|---|---|---|---|