UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
In re                                                       :
                                                            :    Chapter 11 Case No.
SEARS HOLDINGS CORPORATION, *et al.*,                       :
Debtors.[1]                                                 :    18-23538 (RDD)
                                                            :
                                                            :    (Jointly Administered)
                                                            :
------------------------------------------------------------X

### DECLARATION OF JEFF BUTZ IN SUPPORT OF TRANSFORM HOLDCO LLC'S REPLY BRIEF IN FURTHER SUPPORT OF THE ADVERSARY COMPLAINT

I, Jeff Butz, declare under penalty of perjury as follows:

1. I respectfully submit this declaration ("Declaration") in support of Transform Holdco LLC's ("Transform") Reply Brief in Further Support of the Adversary Complaint.

2. I have worked for Sears Holdings Corporation ("SHC") for over thirty years. Presently, I am the Divisional Vice President (DVP) of Accounting Services at Transform. I have held this position at Transform and SHC since February 2013, first as a Director, then as a Senior Director, and now as a Divisional Vice President. I have held this position during the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); Service Live Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); Max Serv, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); My Gofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); Star West, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); and Sears Brands Management Corporation (5365).

pendency of these chapter 11 cases and the sale of substantially all of the Debtors' assets in a Section 363 sale (the "Transaction") to ESL Investments, LLC ("ESL"). In my current position, I am responsible for managing accounting services for Transform, leading a team of over fifty associates and managing Transform's relationship with an offshore partner providing accounting services to Transform.

3. As the DVP of Accounting Services at Transform, I devoted time and attention to the Debtors' sale of Specified Receivables through the Transaction, as set forth in the certain Asset Purchase Agreement between Transform and Debtors, dated January 17, 2019, as amended (the "APA").

4. Except as otherwise indicated, all statements in this Declaration are based upon my personal knowledge. If called to testify, I would testify competently to each of the facts set forth in this Declaration.

5. On or about early January 2019, I provided accounting data to the Debtors about certain categories of receivables that were not included in ESL's December 28 going concern bid and that therefore remained available for purchase. These data were pulled from SHC's end-of-November balance sheet and portions were incorporated into a January 6, 2019 presentation to Transform that set forth a preliminary schedule of over 40 categories of assets that were available for purchase. See Exhibit A, attached hereto, which is a true and correct copy of the January 6, 2019 presentation. It is my understanding that the accounting entries included in the Debtors' preliminary schedule formed the basis for Annex 11 of the APA, which set forth the Specified Receivables that Debtors would deliver to Transform at Closing.

6. The January 6 presentation included a category entitled "All Other Receivables," with a value of $30 million. This category, which was included with the same value in Annex

11, was a composite that included certain receivables and other miscellaneous accounting entries that were not included elsewhere in the presentation. Based on my reconciliation of these schedules to the actual Sears Holdings balance sheets, I determined that these accounting entries included $20.3 million of specific general ledger accounts and $9.3 million of miscellaneous small accounts for a total of $29.7 million which rounds to $30.0 million per the schedule. However, this category "All Other Receivables" did not include two categories of accounting entries from SHC's end-of-November balance sheet entitled "Open/Unidentified Items" and "Excluded." These categories included (among other things) certain accounting adjustments and other prepaid items written off over a period of time, which were not treated as an accounts receivables collectible from third parties.

7. On February 5, 2019, the Debtors sent Transform an updated spreadsheet of the totals for each of the Specified Receivables categories based on the end-of-December balance sheet. See Friedmann Decl., Ex. K (E-Mail attaching February 5, 2019 Specified Receivables spreadsheet). That February 5 spreadsheet indicated that from the January 6 presentation, which was based on the end-of-November balance sheet, to the February 5 spreadsheet, which was based on the end-of-December balance sheet, the amount reflected in the All Other Receivables category increased from $30 million to $63 million. Approximately $12.8 million of this increase is attributable to the fact that four categories included in the January 6 presentation and Annex 11 (09987 Sears One Card Clearance; 08500 Finance Related Exp; Parts Direct; and Service Contracts Pa) were aggregated into the All Other Receivables category in the February 5 spreadsheet.

8. SHC maintained a spreadsheet that tracked receivables broken down by ledger account and end-of-month actuals. The spreadsheet shows that the only way to account for the

3

substantial remainder of the increase in the All Other Receivables category from the January 6 presentation and Annex 11 to the February 5 spreadsheet is if the Debtors included the Open/Unidentified Items and Excluded categories in the latter but withheld them from the former. In particular, the receivables spreadsheet indicates that the end-of-December balance for these two categories totaled approximately $23.3 million. While the Debtors indicate that the All Other Receivables category increased by $33 million from the end of November to the end of December, only $10 million can be explained by changes in specific accounts that were included in All Other Receivables in the January 6 presentation or the aggregation of other accounts into the All Other Receivables balance. The remaining $23 million increase can only be explained by inclusion of the Open/Unidentified Items and Excluded categories that were excluded from the January 6 presentation and Annex 11. See Exhibit B, attached hereto, which is a true and correct copy of the receivables spreadsheet.

9. Debtors purport to have delivered $292 million in Specified Receivables at Closing, which included over $67 million in respect of the All Other Receivables category. Tavakoli Decl., Ex. B. In this case, the four categories of receivables that were aggregated in the February 5 presentation were again disaggregated, meaning that the All Other Receivables category (excluding these aggregated accounts) increased by $16.8 million from the amounts shown in the February 5 presentation to the amounts Debtors purport to have delivered at Closing. After the Closing, I conducted an analysis to reconstruct what the Debtors included in the All Other Receivables category to achieve these increases. To do so, I pulled the receivables balance from the end-of-January balance sheet and manually identified the relevant accounting entries that Debtors included in the All Other Receivables category. I then did the same for the November 2018 balance sheet and the December 2018 balance sheet. Based on this analysis,

4

18-23538-shl    Doc 4485    Filed 07/09/19    Entered 07/09/19 17:46:57    Main Document
Pg 5 of 16

over $31 million of the $67 million that Debtors purported to deliver at Closing "was in respect of the Open/Unidentified Items and Excluded categories. The only way that Debtors could have delivered $37 million more than they promised to deliver in Annex 11 was by including the Open/Unidentified Items and Excluded categories in the tally of All Other Receivables. While the Debtors indicate that the All Other Receivables category increased by $37 million from the end of November to the end of January, only $6 million can be explained by changes in specific accounts included the All Other Receivables balance in the January 6 presentation and Annex 11. The remaining $31 million increase can only be explained by inclusion of the Open/Unidentified Items and Excluded categories that were excluded from the January 6 presentation and Annex 11. See Exhibit C, attached hereto, which is a true and correct copy of the January accounts receivable analysis.

\* \* \*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of knowledge, information, and belief.

Executed on July 9, 2019 in Chicago, Ill.

Respectfully submitted,

Jeff Butz

18-23538-shl    Doc 4485    Filed 07/09/19    Entered 07/09/19 17:46:57    Main Document
Pg 6 of 16

# Exhibit A

HIGHLY CONFIDENTIAL



Preliminary Draft; Subject to Material Change

# Remaining Value at SHC Estate in an ESL Transaction

January 6th, 2019

SEARS HOLDINGS

TRFM-00018626

[Confidential; Prepared at the Request of Counsel; Preliminary Draft]

## Executive Summary

- We have done a preliminary review of the remaining assets left behind for the SHC estate under ESL's going concern bid, which include the following:
    - Real Estate[1]
    - Unencumbered Accounts Receivable ("AR") [2]
    - Cash-in-Advance ("CIA") Prepaid Inventory
    - Credit Card ("CC") Tort Claim[3]

| Asset | Book Value [4] | Estimated Collected Value | Recovery (%) |
|---|---|---|---|
| Real Estate [1] | $155 | $155 | 100% |
| Unencumbered AR [2] | 376 | 164 | 44% |
| CIA Prepaid Inventory | 171 | 171 | 100% |
| CC Tort Claim [3] | 35 | 35 | 100% |
| **Total** | **$737** | **$525** | **71%** |

Note: Analysis excludes $13mm insurance payment and $15mm from First Data.
1) Assumes same valuation for Book Value and Estimated Collected Value.
2) Net recovery of ~44% on gross notional amount of ~$376mm. The $376mm gross total excludes a $(39)mm offset allowance for bad debt; bad debt allowance is 100% included in net recovery of $164mm.
3) Per estimate from Lazard and initial bids received. Assumes low end of $35-50mm valuation range.
4) Book value represents the estimated market value for real estate and CC tort claims.

HIGHLY CONFIDENTIAL

TRFM-00018627

[Confidential; Prepared at the Request of Counsel; Preliminary Draft]

# Real Estate: Preliminary Schedule of Real Estate Excluded from ESL Bid and Estimated Valuations

*Estimates are preliminary, and subject to change*

- **Our current gross value estimate for properties excluded from the ESL bid is approximately $155mm**

  - Excluded Real Estate with Identifiable Value

    - Our $155M estimate is informed by assuming the lesser of (1) current high offer value, (2) JLL appraised value and (3) BOV, where available

      - 99 of 433 properties have currently identifiable value

      - $104M (67%) of value based on first round offers

    - Upside in these values lies in a couple of larger properties where current offer is considerably below appraised value or BOV

    - Downside in these values reflects the fact that offers are indicative and not committed

      - Downside risk mitigated by diversity of pool and low average price

  - Additional Excluded Properties

    - The remaining excluded properties (approximately 330) have no assumed value

      - Generally term is too short or rental rate too high for leases to have value

      - Approximately 150 of these are leases on the 142 and 40 GOB stores

HIGHLY CONFIDENTIAL

TRFM-00018628

[Confidential; Prepared at the Request of Counsel; Preliminary Draft]

## Real Estate: Preliminary Schedule of Real Estate Excluded from ESL Bid and Estimated Valuations (cont'd)

**Excluded Real Estate with Value**

**99**

| Count | Unit | RE ID | Name | St | Format |
|---|---|---|---|---|---|
| 1 | 470 | 47000 | MANTENO | IL | Other-CDFC |
| 2 | 3790 | 379300 | Miami | FL | Kmart |
| 3 | 3699 | 369900 | Apple Valley | CA | Kmart |
| 4 | 1075 | 107500 | Daytona Beach | FL | FLS |
| 5 | 62538 | 6253800 | TUSTIN | CA | UUP Sears Essentials/Grand |
| 6 | 26731 | 2673100 | Dublin | OH | UUP SAC Freestanding |
| 7 | 2074 | 207400 | Vineland | NJ | UUP FLS |
| 8 | 2461 | 246100 | Greeley | CO | UUP FLS |
| 9 | 1353 | 135300 | De Witt/Syracuse | NY | UUP FLS |
| 10 | 3544 | 354400 | Salem | VA | UUP Kmart |
| 11 | 30920 | 3092000 | Chicago | IL | UUP Kmart |
| 12 | 61540 | 6154000 | INDIANAPOLIS | IN | UUP FLS |
| 13 | 61237 | 6123700 | HOUSTON | TX | UUP FLS |
| 14 | 30900 | 3090000 | New Lenox | IL | UUP Kmart |
| 15 | 1150 | 115000 | Westland | OH | UUP FLS |
| 16 | 7415 | 741500 | Springfield | VA | Kmart |
| 17 | 1610 | 161000 | Northgate | OH | FLS |
| 18 | 1251 | 125100 | Lithonia | GA | UUP FLS |
| 19 | 30961 | 3096100 | Greensboro | NC | UUP Closed - RRCR/DC |
| 20 | 1310 | 131000 | Elyria | OH | UUP FLS |
| 21 | 6253 | 625300 | Covina | CA | UUP SAC Freestanding |
| 22 | 7461 | 746100 | Clarksville | TN | UUP Kmart |
| 23 | 30961 | 3096103 | GREENSBORO | NC | UUP Distribution/Warehouse |
| 24 | 1863 | 186300 | Johnstown | PA | UUP FLS |
| 25 | 30941 | 3094100 | Sioux Falls | SD | UUP Kmart |
| 26 | 30918 | 3091800 | Jackson | MI | UUP Kmart |
| 27 | 26185 | 2618500 | Clarksville | IN | UUP Kmart |
| 28 | 1755 | 175500 | Boynton Beach | FL | FLS |
| 29 | 1475 | 147500 | Durham | NC | FLS |
| 30 | 1370 | 137000 | Eastland | OH | UUP FLS |
| 31 | 61510 | 6151000 | Calumet City | IL | UUP FLS |
| 32 | 6579 | 657900 | Spokane | WA | Freestanding |
| 33 | 30924 | 3092400 | Memphis | TN | UUP Kmart |
| 34 | 26967 | 2696700 | Chicago | IL | UUP Vacant Land |
| 35 | 30949 | 3094900 | Natchez | MS | UUP Kmart |
| 36 | 4610 | 461000 | Metairie | LA | Kmart |
| 37 | 31903 | 3190300 | Fort Atkinson | WI | UUP Kmart |
| 38 | 3413 | 341300 | Kent | WA | Kmart |
| 39 | 6874 | 687400 | HOUSTON | TX | UUP SAC Detached |
| 40 | 1722 | 172200 | Bloomington | MN | FLS |
| 41 | 3258 | 325800 | Baltimore | MD | Kmart |
| 42 | 61106 | 6110600 | Jackson | MS | UUP FLS |
| 43 | 30957 | 3095700 | Springdale | AR | UUP Kmart |
| 44 | 2832 | 283200 | Fairview Hts | IL | Detached |
| 45 | 31900 | 3190000 | Sterling | IL | UUP Kmart |
| 46 | 68235 | 6823500 | PHOENIX | AZ | UUP Retail Warehouse |
| 47 | 9676 | 967600 | Streetsboro | OH | UUP Kmart |
| 48 | 443 | 44300 | WILKES BARRE | PA | RRC |
| 49 | 3527 | 352700 | Philadelphia | PA | Kmart |

1) Low Value assumes the lesser of current high offer, JLL appraisal value and BOV value, where available.

HIGHLY CONFIDENTIAL

TRFM-00018629

## Real Estate: Preliminary Schedule of Real Estate Excluded from ESL Bid and Estimated Valuations (cont'd)

**Excluded Real Estate with Value**

**99**

| Count | Unit | RE ID | Name | St | Format |
|---|---|---|---|---|---|
| 50 | 8760 | 876000 | Mira Loma | CA | RSC |
| 51 | 8781 | 878100 | Chambersburg | PA | RSC |
| 52 | 1041 | 104100 | Omaha | NE | FLS |
| 53 | 4693 | 469300 | Ellenton | FL | Kmart |
| 54 | 1514 | 151400 | Niagara Falls | NY | UUP FLS |
| 55 | 2940 | 294000 | Franklin | OH | UUP FLS |
| 56 | 26588 | 2658800 | Memphis/Hickory | TN | UUP FLS |
| 57 | 30901 | 3090100 | Lansing | IL | UUP Kmart |
| 58 | 7429 | 742900 | Council Bluff | IA | UUP SAC Freestanding |
| 59 | 2936 | 293600 | Chicago | IL | Detached |
| 60 | 28717 | 2871700 | Newport News | VA | UUP SAC Freestanding |
| 61 | 1261 | 126100 | Midwest City | OK | UUP FLS |
| 62 | 6784 | 678400 | Matteson | IL | Freestanding |
| 63 | 26985 | 2698500 | Chicago | IL | UUP Vacant Land |
| 64 | 6488 | 648800 | Mayaguez | PR | UUP Vacant Land |
| 65 | 2332 | 233200 | San Antonio | TX | Freestanding |
| 66 | 2001 | 200100 | Piqua | OH | FLS |
| 67 | 7916 | 791603 | Eureka | CA | UUP Vacant Land |
| 68 | 7916 | 791604 | Eureka | CA | UUP Vacant Land |
| 69 | 1130 | 113000 | Janesville | WI | FLS |
| 70 | 30927 | 3092700 | Macomb | IL | UUP Kmart |
| 71 | 26588 | 2658800 | Salem | OH | UUP FLS |
| 72 | 3968 | 396800 | Wasco | CA | UUP Vacant Land |
| 73 | 9245 | 924500 | Cheboygan | MI | UUP Kmart |
| 74 | 1388 | 138800 | Costa Mesa | CA | FLS |
| 75 | 6303 | 630300 | BANGOR | ME | Retail Warehouse |
| 76 | 4351 | 435100 | Rochester | MN | Kmart |
| 77 | 30958 | 3095800 | EL CENTRO | CA | UUP Vacant Land |
| 78 | 3978 | 397800 | Peachtree City | GA | Kmart |
| 79 | 3968 | 396800 | Dinuba | CA | UUP Vacant Land |
| 80 | 4490 | 449000 | San Juan | PR | Kmart |
| 81 | 1618 | 161800 | Modesto | CA | FLS |
| 82 | 2298 | 229800 | Merced | CA | FLS |
| 83 | 2323 | 232300 | Hyannis | MA | FLS |
| 84 | 9381 | 938100 | Huntington | NY | Kmart |
| 85 | 7471 | 747100 | Placerville | CA | Kmart |
| 86 | 2146 | 214600 | Port Charlotte | FL | FLS |
| 87 | 37563 | 3756300 | Washington Courthouse | OH | UUP Vacant Land |
| 88 | 3251 | 325100 | Indianapolis | IN | Kmart |
| 89 | 9628 | 962800 | Tolleson | AZ | UUP Vacant Land |
| 90 | 37914 | 3791400 | Chicago | IL | Office |
| 91 | 3982 | 398205 | Lemoore | CA | UUP Vacant Land |
| 92 | 4721 | 472103 | Coalinga | CA | UUP Vacant Land |
| 93 | 1034 | 103400 | Ross Park | PA | UUP FLS |
| 94 | 1134 | 113400 | Milford | CT | FLS |
| 95 | 3689 | 368903 | Cleveland | OH | UUP Vacant Land |
| 96 | 2226 | 222600 | Murfreesboro | TN | FLS |
| 97 | 7087 | 708700 | Fort Myers | FL | UUP Kmart |
| 98 | 31930 | 3193000 | HIALEAH | FL | UUP Vacant Land |
| 99 | 3982 | 398200 | Lemoore | CA | Kmart |

1) Low Value assumes the lesser of current high offer, JLL appraisal value and BOV value, where available.

HIGHLY CONFIDENTIAL

TRFM-00018630

HIGHLY CONFIDENTIAL

[Confidential; Prepared at the Request of Counsel; Preliminary Draft]

TRFM-00018631

# Other Receivables: Preliminary Schedule and Estimated Recovery Value

($ in millions)

| Book Entry # | Ledger Account Name | Gross Amount ($) | Recovery (%) | Net Recovery ($) | Description / Comments / Notes |
|---|---|---|---|---|---|
| 11482 | A/P Vendor Reclass Post | $52.6 | 50% | $26.3 | Kmart vendor receivables (net debit reclassification, i.e. a positive receivable balance after all debits netted against all credits for vendors) |
| 11488 | Return Merchandise Receivable | 59.9 | 50% | 29.9 | Sears vendor receivables (net debit reclassification, i.e. a positive receivable balance after all debits netted against all credits for vendors) |
| 11300 | Svc Contr 3rd Party Warranties | 53.6 | 80% | 42.9 | Home Warranty Sales commission due from Cross Country over next 11 months |
| 11390 | A/R CUSTOMER RECEIVABLES | 41.5 | 50% | 20.8 | $34mm Monark (paid over time for big high end construction jobs; recieve money when job is complete); $4mm home warranty (paid in installments); $3.5mm intercompany adjustment |
| 11395 | SHO Receivable Inv/PA/SPP | 34.7 | 80% | 27.8 | Sears Hometown and Outlet; when items pulled out of a DC, receivable shows up; billed weekly, paid every 10 days |
| 11364 | Wholesale A/R Receivables | 22.8 | 50% | 11.4 | KCD Business receivables; over $8mm pertains to Amazon |
| 11129 | A/R NCC-OEM | 10.3 | 50% | 5.1 | National Claims Center receivables (related to Home Services) |
| 11300 | Sears Home Improvement | 8.0 | 50% | 4.0 | Sears Home Improvement - receivables related to contracts; paid over time but mostly at time of completion |
| 11490 | A/R PA INSTALLMENT | 4.8 | 50% | 2.4 | Protection agreement installment receivables; generally over 11 months |
| 11300 | 09987 SEARS ONE CARD CLEARANCE | 6.3 | 90% | 5.6 | Financial services related; travel / debit card |
| 11300 | 08500 FINANCE RELATED EXP | 6.8 | 50% | 3.4 | Non-CIA vendors with net money due due status at Kmart |
| 11300 | Fullfilment, SC & Sourcing | 7.2 | 50% | 3.6 | UPS Rebate received by Company every year at end of January or 1st of February |
| 11368 | CSI Receivable | 0.0 | 50% | 0.0 | Vendor allowances; Kmart side only |
| 11333 | A/R CITI OTHER RECEIVABLES | 5.8 | 90% | 5.2 | Other fees / receivables with Citi |
| 11420 | A/R WEX COMMERCIAL CREDIT | 3.4 | 50% | 1.7 | Receivables related to companies that do business w/ Sears Auto |
| 11475 | A/R - Other Companies | 3.5 | 50% | 1.8 | Service Live; pending jobs that will be paid when completed |
| 11330 | A/R NEW ACCOUNT BOUNTY | 2.7 | 90% | 2.5 | Commission on new credit card accounts w/ Citi |
| 11331 | A/R CREDIT SALES REVENUE | 2.5 | 90% | 2.2 | Fees from Citi when Sears credit card is used |
| 11128 | A/R NCC-AE | 2.8 | 50% | 1.4 | National Claims Center receivables (related to Home Services) |
| 11255 | A/R - 3RD PARTY GIFT CARDS | 4.8 | 50% | 2.4 | Receivables related to fees from third party gift cards (mainly Blackhawk) |
| 11305 | A/R LICENSED BUSINESSES | 1.4 | 50% | 0.7 | SHIP-related receivables; normally paid when job is complete |
| 11300 | Parts Direct | 2.3 | 50% | 1.2 | Parts Direct division related receivables |
| 11365 | A/R - Merchandise Allowance | 2.1 | 50% | 1.0 | Vendor allowances; paid by invoice versus deduction from account |
| 11367 | A/R VENDOR ALLOWANCE - IMPORT | 1.7 | 50% | 0.9 | Vendor allowances; paid by invoice versus deduction from account (for foreign venders) |
| 11140 | A/R - Sub-Tenants | 1.9 | 50% | 0.9 | Rent from sub-tenants at Kmart and Sears locations (mostly Sears) |
| 11220 | A/R - Coupons | 1.0 | 50% | 0.5 | Paid within 21 days of coupon redemption from 3rd party coupon company (highly current as what stores don't submit is written off); netted against allowance / reserve |
| 11252 | A/R - Store Receivable | 1.3 | 50% | 0.7 | Layaway; receivables related to payments required by customer over time before item is received |
| 11256 | WHY NOT LEASE IT RECEIVABLE | 0.6 | 50% | 0.3 | Receivable from "Why Not Lease It", which provides third party credit to store customers on items; settles within 5 days |
| 11131 | A/R 3rd Party Retail Installat | 0.6 | 50% | 0.3 | Home Services receivables |
| 11253 | ACCRUED OVER/SHORTAGES | 0.5 | 90% | 0.4 | Timing issue on cash counted in stores; overnight timing difference |
| 11170 | A/R - Freight Claims | 0.5 | 50% | 0.2 | COD shipments with damage where SHC pays vendor upfront and then has to later collect from carrier |
| 15340 | A/R WU Wire Transfer Payout | 0.2 | 90% | 0.1 | Western Union wires that go through treasury; settled daily |
| 11335 | A/R - WIC | 0.2 | 75% | 0.2 | Food stamps; Reimbursement from state |
| 11290 | A/R - Loans and Advances | 0.1 | 25% | 0.0 | Employee payroll advances |
| 11300 | Service Contracts PA | 0.1 | 25% | 0.0 | Service Contracts division protection agreement installments |
| 11250 | A/R - Bad Checks | 0.1 | 0% | – | Bounced checks; third party will chase down; netted against allowance / reserve |
| NA | All Other Recievables | 30.0 | 0% | – | Miscellaneous; includes non-recievables and other potentially not recoverable items |
| 11332 | 0% FINANCE (NETS 11330/1) | (4.8) | 100% | (4.8) | Offset against Citi accounts (11330, 11331, 11333) to provide customers with 0% interest financing |
| A0112 | Allowance for Bad Debt | (38.8) | 100% | (38.8) | Allowance for Bad Debt |
| | Total | $337.3 | | $164.4 | |

Note: Balance from Company as of 12/1/2018. Analysis excludes $13mm insurance payment and $15mm from First Data.

HIGHLY CONFIDENTIAL

[Confidential; Prepared at the Request of Counsel; Preliminary Draft]

## CIA Prepaid Inventory: Preliminary Schedule

### Top 20 Non-Merchandise Vendors

($ in millions)

| Duns # | Vendor Name | Total |
|---|---|---|
| 395280 | | |
| 114442648 | | |
| 706893 | | |
| 1200443 | | |
| 518753 | | |
| 41707563 | | |
| 72818347 | | |
| 22312628 | | |
| 3155454 | | |
| 1661222 | | |
| 79695521 | | |
| 714075 | | |
| 37704855 | | |
| 916152424 | | |
| 80211920 | | |
| 440768 | | |
| 612757070 | | |
| 33079757 | | |
| 714531 | | |
| 744342 | | |
| NA | | |
| **Total** | | **$23.6** |

### Top 20 Merchandise Vendors

($ in millions)

| Duns # | Vendor Name | Total |
|---|---|---|
| 1288075 | | |
| 1163823 | | |
| 4196515 | | |
| 613620 | | |
| 348334 | | |
| 116145681 | | |
| 1902212 | | |
| 3219367 | | |
| 1029195471 | | |
| 70094818 | | |
| 4961041 | | |
| 9138033 | | |
| 9109273 | | |
| 8029498 | | |
| 134544 | | |
| 95443321 | | |
| 38204020 | | |
| 2347102 | | |
| 83922229 | | |
| 1000471433 | | |
| NA | | |
| **Total** | | **$147.4** |

- CIA Prepaid Inventory represents inventory purchased under cash-in-advance payment terms that SHC has not yet received. The current balance is $171mm

Note: Balance from Company as of 1/4/2019.

TRFM-00018632

# Exhibit B

[FILED UNDER PENDING MOTION TO SEAL]

# Exhibit C

[FILED UNDER PENDING MOTION TO SEAL]