WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | |
| | : | **Case No. 18-23538 (RDD)** |
| | : | |
| **Debtors.**[1] | : | **(Jointly Administered)** |

-----------------------------------------------------------------x

# NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON JULY 11, 2019 AT 10:00 A.M.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.). (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, before the Honorable Robert D. Drain, United States Bankruptcy Judge, 300 Quarropas Street, White Plains, New York 10601

## I.    STATUS CONFERENCE

1.    Notice of Assumption and Assignment of Additional Designatable Leases **[ECF No. 3298]**

Response Deadline:    May 3, 2019 at 4:00 p.m.

Responses Filed:

A.    MOAC Mall Holdings LLC's Second Supplemental and Amended: (I) Objections to Debtor's Notice of Assumption and Assignment of Additional Designatable Leases, and (II) Objection to Debtor's Stated Cure Amount **[ECF No. 3501]**

B.    MOAC Mall Holdings LLC's Third Supplemental and Amended Objections to Debtor's Notice of Assumption and Assignment of Additional Designatable Leases **[ECF No. 3926]**

C.    MOAC Mall Holdings LLC's Fourth Supplemental (I) Objections and Reply to Debtor's Notice of Assumption and Assignment of Additional Designatable Leases, and (II) Objection to Debtor's Stated Cure Amount **[ECF No. 4450**]

D.    Transform Holdco LLC's Reply **[ECF No. 4454]**

Related Documents:

E.    Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction **[ECF No. 1774]**

F.    MOAC Mall Holding LLC's Objection to Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction **[ECF No. 2199]**

G.    Stipulation and Order By and Among Sellers, Buyer, and Landlord MOAC Mall Holding LLC (I) Extending Time Under 11 U.S.C. § 365(d)(4) for Lease of Nonresidential Real Property and (II) Setting Briefing Schedule **[ECF No. 3823]**

H.    Declaration of Rich Hoge Supporting MOAC Mall Holdings LLC's Third Supplemental and Amended Objections to Debtor's Notice of

WEIL:\97093705\12\73217.0004

Assumption and Assignment of Additional Designatable Leases **[ECF No. 3927]**

I.    Stipulation and Order By and Among Sellers, Buyer, and MOAC Mall Holdings LLC Extending Time Under 11 U.S.C. § 365(d)(4) for Lease of Nonresidential Real Property **[ECF No. 4354]**

J.    Declaration of Thomas J. Flynn Supporting MOAC Mall Holdings LLC's Fourth Supplemental Objections and Reply to Debtor's Notice of Assumption and Assignment of Additional Designatable Leases **[ECF No. 4451]**

<u>Status</u>: This matter is going forward solely as a status conference.

## II.    <u>UNCONTESTED MATTER</u>

2.    Motion to Exceed Page Limit for Transform Holdco LLC's Reply to MOAC Mall Holdings LLC's Objections to Assumption and Assignment **[ECF No. 4455]**

<u>Responses Filed</u>:        None.

<u>Related Documents</u>:    None.

<u>Status</u>:  This matter is going forward on an uncontested basis.

## III.    <u>CONTESTED MATTERS</u>

3.    Application of Team Worldwide Corporation, a Creditor, for Entry of an Order Pursuant To Rule 2004 of The Federal Rules of Bankruptcy Procedure Requiring the Production of Documents by and an Examination of the Debtors **[ECF No. 4346]**

<u>Response Deadline</u>:    July 3, 2019 at 4:00 p.m.

<u>Response Filed</u>:

A.    Debtors' Objection **[ECF No. 4429]**

<u>Related Documents</u>:

B.    Reply of Team Worldwide Corporation **[ECF No. 4465]**

C.    Notice of Hearing **[ECF No. 4347]**

<u>Status</u>:  This matter is going forward on a contested basis.

3

## IV.    DEBTORS' MOTION AND ADVERSARY PROCEEDING REGARDING APA

4.    Debtors' Supplemental Motion to Enforce the Asset Purchase Agreement **[ECF No. 4029]**

Response Deadline:    July 3, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:

A.    Declaration of Christopher A. Good in Support **[ECF No. 4031]**

B.    Declaration of William C. Gallagher in Support **[ECF No. 4032]**

C.    Stipulation and Order Adjourning Pending Deadlines **[ECF No. 4258]**

D.    Debtors' Brief in Opposition to Transform Holdco LLC's Adversary Complaint and in Further Support of Debtors' Supplemental Motion to Enforce the Asset Purchase Agreement **[ECF No. 4430]**

E.    Joinder of the Official Committee of Unsecured Creditors to (I) Debtors' Supplemental Motion to Enforce the Asset Purchase Agreement and (II) Debtors' Brief in Opposition to Transform Holdco LLC's Adversary Complaint and in Further Support of Debtors' Supplemental Motion to Enforce the Asset Purchase Agreement **[ECF No. 4436]**

F.    Transform Holdco LLC's Motion to Assign Matter to Mediation **[ECF No. 2766]**

G.    Debtors Motion to (A) Enforce Asset Purchase Agreement and Automatic Stay Against Transform Holdco LLC and (B) Compel Turnover of Estate Property, and (II) Response to Transform Holdco LLCs Motion to Assign Matter to Mediation **[ECF No. 2796]**

H.    Declaration of Mohsin Y. Meghji in Support **[ECF No. 2797]**

I.    Joinder of the Official Committee of Unsecured Creditors **[ECF No. 2808]**

J.    Transform Holdco LLC's Response **[ECF No. 2864]**

4

K.      Declaration of Lewis J. Liman in Support of Transform Holdco LLC's Response **[ECF No. 2865]**

L.      Declaration of Joseph Lanzkron in Support of Transform Holdco LLC's Response **[ECF No. 2867]**

M.      Declaration of Andrew D. Hede in Support of Transform Holdco LLC's Response **[ECF No. 2868]**

N.      Debtors' Reply in Further Support of the Motion **[ECF No. 2913]**

O.      Supplemental Declaration of Mohsin Y. Meghji in Support of the Debtors' Motion to Enforce **[ECF No. 2914]**

Status:  This matter is going forward on a contested basis.

5.      Transform Holdco LLC v. Sears Holding Corporation, *et al*. **[Adversary Proceeding No. 19-08262]**

A.      Adversary Complaint  **[ECF No. 4033]**

Responses Filed:

B.      Debtors' Brief in Opposition to Transform Holdco LLC's Adversary Complaint and in Further Support of Debtors' Supplemental Motion to Enforce the Asset Purchase Agreement **[ECF No. 4430]**

C.      Joinder of the Official Committee of Unsecured Creditors to (I) Debtors' Supplemental Motion to Enforce the Asset Purchase Agreement and (II) Debtors' Brief in Opposition to Transform Holdco LLC's Adversary Complaint and in Further Support of Debtors' Supplemental Motion to Enforce the Asset Purchase Agreement **[ECF No. 4436]**

D.      Transform Holdco LLC's Brief in Support of the Adversary Complaint and in Opposition to Debtors' Supplemental Motion to Enforce the Asset Purchase Agreement **[ECF No. 4464]**

E.      Transform Holdco LLC's Reply Brief in Further Support of the Adversary Complaint **[ECF No. 4480]**

Related Documents:

F.      Stipulation and Order Concerning (I) Adjourning Pending Deadlines for Motion to Enforce and Adversary Complaint and (II) Setting Briefing Schedule **[ECF No. 4258]**

WEIL:\97093705\12\73217.0004

G.      Declaration of Jared R. Friedmann in Support of Debtors' Brief in Opposition to Transform Holdco LLC's Adversary Complaint and in Further Support of Debtors' Supplemental Motion to Enforce the Asset Purchase Agreement **[ECF No. 4432]**

H.      Supplemental Declaration of William C. Gallagher in Support of Debtors' Reply in Further Support of the Supplemental Motion to Enforce the Asset Purchase Agreement **[ECF No. 4433]**

I.      Declaration of Christopher A. Good in Support of the Debtors' Brief in Opposition to Transform Holdco LLC's Adversary Complaint and in Further Support of Debtors' Supplemental Motion to Enforce the Asset Purchase Agreement **[ECF No. 4434]**

J.      Declaration of Charles W. Allen in Support of Transform Holdco LLC's Brief in Support of the Adversary Complaint and in Opposition to Debtors' Supplemental Motion to Enforce the Asset Purchase Agreement **[ECF No. 4456]**

K.      Declaration of Jane S. Borden In Support of Transform Holdco LLC's Brief In Opposition to Debtors' Supplemental Motion to Enforce the Asset Purchase Agreement and In Support of the Adversary Complaint **[ECF No. 4457]**

L.      Declaration of Andrew D. Hede In Support of Transform Holdco LLC's Brief In Opposition to Debtors' Supplemental Motion to Enforce the Asset Purchase Agreement and In Support of the Adversary Complaint **[ECF No. 4458]**

M.      Declaration of Kunal S. Kamlani in Support of Transform Holdco LLC's Brief in Support of the Adversary Complaint and in Opposition to Debtors' Supplemental Motion to Enforce the Asset Purchase Agreement **[ECF No. 4459]**

N.      Declaration of Keith Klug in Support of Transform Holdco LLC's Brief in Support of the Adversary Complaint and in Opposition to Debtors' Supplemental Motion to Enforce the Asset Purchase Agreement [**ECF No. 4460]**

O.      Declaration of Cullen D. Murphy in Support of Transform Holdco LLC's Brief in Support of the Adversary Complaint and in Opposition to Debtors' Supplemental Motion to Enforce the Asset Purchase Agreement **[ECF No. 4461]**

P.      Declaration of Nader Tavakoli in Support of Transform Holdco LLC's Brief in Support of the Adversary Complaint and in

Opposition to Debtors' Supplemental Motion to Enforce the Asset Purchase Agreement **[ECF No. 4462]**

Q.      Declaration of Andrew Weaver in Support of Transform Holdco LLC's Brief in Support of the Adversary Complaint and in Opposition to Debtors' Supplemental Motion to Enforce the Asset Purchase Agreement **[ECF No. 4463]**

R.      Corrected Declaration of Charles W. Allen In Support of Transform Holdco LLC's Brief In Support of the Adversary Complaint and In Opposition to Debtors' Supplemental Motion to Enforce the Asset Purchase Agreement, with Exhibits A-E **[ECF No. 4474]**

S.      Supplemental Declaration of Andrew D. Hede in Further Support of the Adversary Complaint **[ECF No. 4484]**

T.      Declaration of Jeff Butz in Support of Transform Holdco LLC's Reply Brief in Further Support of the Adversary Complaint **[ECF No. 4485]**

U.      Supplemental Declaration of Andrew Weaver in Further Support of the Adversary Complaint **[ECF No. 4486]**

V.      Motion to File Under Seal (I) Certain Exhibits to the Declaration of Jeff Butz in Support of Transform Holdco LLC's Reply Brief in Further Support of the Adversary Complaint and (II) Certain Exhibits to the Declaration of Andrew Weaver in Support of Transform Holdco LLC's Reply Brief in Further Support of the Adversary Complaint, with Exhibit A (Proposed Order) [CORRECTED] **[ECF No. 4494]**

Status:  This matter is going forward on a contested basis.

## V.      **RESOLVED MATTERS**

6.      Motion of William Juiris for Relief from the Automatic Stay **[ECF No. 2745]**

Response Deadline:    May 14, 2019 at 4:00 p.m.

Response Filed:

A.      Third Omnibus Objection of Debtors to Motions for Relief from Stay **[ECF No. 3877]**

7

Related Document:

      B.    William Juiris's Reply **[ECF No. 3935]**

Status:  This matter has been resolved.

7.    Motion of Wilmington Savings Fund Society for Relief from the Automatic Stay Re: 109 Division Street, Little Egg Harbor Twp, NJ 08087 **[ECF No. 3114]**

Response Deadline:    May 14, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Document:

      A.    Notice of Presentment of Stipulation, Agreement, and Order Granting Limited Relief from the Automatic Stay (109 Division Street, Little Egg Harbor Twp, NJ) **[ECF No. 4415]**

Status:  This matter will be resolved pending the Court's approval of the proposed stipulation.

8.    Motion to Compel Debtor, K Mart Corporation, to Assume or Reject a Grand Central Plaza Lease Agreement and to Allow an Administrative Expense Claim for Post-Petition Payments **[ECF No. 3053]**

Response Deadline:    May 14, 2019 at 4:00 p.m.

Response Filed:

      A.    Debtors' Response **[ECF No. 3869]**

Related Documents:    None.

Status:  This matter will be resolved pending the Court's approval of the proposed stipulation.

9.    Notice of Assumption and Assignment of Additional Designatable Leases **[ECF No. 3298]**

Response Deadline:    May 3, 2019 at 4:00 p.m.

Responses Filed:

      A.    4th Street South II, LLC's Cure Objection, Adequate Assurance Objection and Demand for Adequate Protection **[ECF No. 1850]**

WEIL:\97093705\12\73217.0004

B.      4th Street South II, LLC's Supplemental Cure Objection **[ECF No. 3492]**

C.      4th Street South II, LLC's Amended Cure Objection, Adequate Assurance Objection and Demand for Adequate Protection **[ECF No. 4290]**

D.      Objection of Vornado Realty L.P. and Certain of Its Wholly-Owned and Controlled Subsidiaries, as Landlord, to Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction **[ECF No. 2109]**

E.      Supplemental Objection of Vornado Realty L.P. and Certain of its Wholly-Owned and Controlled Subsidiaries, as Landlord, to Transform Holdco LLC's Notice of Assumption and Assignment of Additional Designatable Leases **[ECF No. 3529]**

F.      Objection of Interprop Bedford, LLC, as Landlord, to Debtors' Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction **[ECF No. 2107]**

G.      Supplemental Objection Interprop Bedford, LLC, as Landlord, to Transform Holdco LLC's Notice of Assumption and Assignment of Additional Designatable Leases **[ECF No. 3526]**

H.      Objection (Supplemental) to Cure and Adequate Assurance Information by Dedeaux Inland Empire Properties Re Ontario, CA Lease (List No. 8729, Lease No, 872900) (Supplementing Previous Objection Filed January 29, 2010, Dkt. No. 2169) **[ECF No. 3541]**

Related Documents:

I.      Transform Holdco LLC's Reply **[ECF No. 4454]**

A.      Transform Holdco LLC's Reply to Dedeaux Inland Empire Properties' Objections to Cure and Adequate Assurance Information Re Ontario, CA Lease **[ECF No. 4496]**

J.      Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Global Sale Transaction, **[ECF No. 1731]**

K.      Stipulation and Order by and among Sellers, Buyer and Landlords Dedeaux Indland Empire Properties and DART Warehouse Corp.

9

Extending Time Under 11 U.S.C. § 365(d)(4) for Leases of Nonresidential Real Property **[ECF No. 3833]**

L.      Stipulation and Order by and among Sellers, Buyer, and Landlord Dedeaux Inland Empire Properties Extending Time under 11 U.S.C. § 365(d)(4) for Lease of Nonresidential Real Property **[ECF No. 4402]**

Status:  This matter will be resolved pending the Court's approval of the proposed order.

## VI.    <u>WITHDRAWN MATTERS</u>

10.     Motion to Allow Claims of Sakar International **[ECF No. 4361]**

Response Deadline:     July 8, 2019 at 4:00 p.m.

Responses Filed:        None.

Related Document:

A.      Notice of Withdrawal **[ECF No. 4448]**

Status:  This matter has been withdrawn.

11.     Motion of Natalie Parker for Relief from the Automatic Stay **[ECF No. 2188]**

Response Deadline:     May 14, 2019 at 4:00 p.m.

Responses Filed:        None.

Related Documents:

A.      Presentment of Stipulation, Agreement, and Order Granting Limited Relief from the Automatic Stay **[ECF No. 4269]**

B.      Notice of Withdrawal **[ECF No. 4416]**

Status:  This matter has been withdrawn.

WEIL:\97093705\12\73217.0004

## VII.    **ADJOURNED MATTERS**

12. Sears Holdings Corporation, *et al*. v. Edward Scott Lampert, *et al*. **[Adversary Proceeding No. 19-08250]**

    **Pre-Trial Conference**

    Status:  This conference has been adjourned to a date to be determined.

13. Motion of Debtors for Entry of an Order Extending the Automatic Stay to Certain Non-Debtor Parties **[ECF No. 924]**

    Response Deadline:    December 13, 2018 at 4:00 p.m.

    Responses Filed:

        A.      Response of Sante Marcoccia **[ECF No. 1194]**

        B.      Objection of Qazim B. Krasniqi **[ECF No. 1187]**

        C.      Objections of Karen Smith **[ECF Nos. 1298, 1335 and 1559]**

    Related Documents:

        D.      Debtors' Reply **[ECF No. 1296]**

        E.      Debtors' Reply to Smith Objection **[ECF No. 1550]**

        F.      Order Extending the Automatic Stay to Certain Non-Debtor Parties **[ECF No. 1528]**

        G.      Response in Support of Debtors' Motion on behalf of Schindler Elevator Corporation **[ECF No. 2475]**

    Status: This matter has been adjourned to a date to be determined.

14. Motion for Relief from Stay to Proceed with Personal Injury Action in State Court **[ECF No. 1105]**

    Response Deadline:    August 15, 2019 at 4:00 p.m.

    Responses Filed:       None.

    Related Documents:    None.

    Status:  This matter has been adjourned to August 22, 2019 at 10:00 a.m.

WEIL:\97093705\12\73217.0004

15.    Motion of Anthony Scullari for Relief from the Automatic Stay **[ECF No. 1112]**

Response Deadline:    May 14, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Document:

A.    Affirmation of Anthony Scullari **[ECF No. 1114]**

Status:  This matter has been adjourned to a date to be determined.

16.    Motion of Charles Pugh, Nicole Pugh, Jack Pugh, Sam Pugh, and Charles F. Pugh for Relief from the Automatic Stay or, in the Alternative, for Abstention **[ECF No. 1148]**

Response Deadline:    August 15, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to August 22, 2019 at 10:00 a.m.

17.    Motion of Winners Industry Co., Ltd. for Allowance and Payment of Administrative Expense Claims **[ECF No. 1386]**

Response Deadline:    March 14, 2019 at 11:59 p.m.

Response Filed:

A.    Debtors' Objection **[ECF No. 2839]**

Related Documents:

B.    Reservation of Rights of Winners Industry Co. Ltd. **[ECF No. 2889]**

C.    Initial Reply of Winners Industry Co., Ltd. **[ECF No. 3229]**

D.    Joinder by Pearl Global Industries Ltd. **[ECF No. 3258]**

Status:  This matter has been adjourned to a date to be determined.

WEIL:\97093705\12\73217.0004

18.     Motion of Certain Utility Companies to Determine Adequate Assurance of Payment Pursuant to Section 366(c) of the Bankruptcy Code **[ECF No. 1395]**

Response Deadline:     January 11, 2019 at 4:00 p.m.

Responses Filed:

    A.    Debtors' Objection **[ECF No. 2451]**

    B.    Reply of Certain Utility Companies to Debtors' Objection **[ECF No. 2830]**

Related Documents:

    C.    Joinder of Jackson EMC **[ECF No. 1533]**

    D.    Declaration of Sherry R. Ward in Support **[ECF No. 2433]**

    E.    Declaration of Wanda Shirley in Support **[ECF No. 2434]**

    F.    Declaration of Enobong Enyenihi in Support **[ECF No. 2436]**

    G.    Declaration of Karen Palmieri in Support **[ECF No. 2438]**

    H.    Declaration of Walt Larnerd in Support **[ECF No. 2440]**

    I.    Declaration of Lisa R. Holland in Support **[ECF No. 2441]**

    J.    Declaration of Aldo Rojas in Support **[ECF No. 2442]**

    K.    Declaration of Marrissa Hinton in Support **[ECF No. 2444]**

    L.    Declaration of Dwight C. Snowden in Support **[ECF No. 2447]**

    M.    Declaration of Jennifer Davy in Support **[ECF No. 2458]**

    N.    Declaration of Emory L. Roberts Jr. in Support **[ECF No. 2459]**

    O.    Declaration of Louise Williams in Support **[ECF No. 2460]**

    P.    Declaration of Dora Hargrove in Support **[ECF No. 2461]**

    Q.    Declaration of Carlandra Edwards in Support **[ECF No. 2462]**

    R.    Declaration of Brent Cochran in Support **[ECF No. 2463]**

    S.    Declaration of Stephanie Lemmond in Support **[ECF No. 2467]**

WEIL:\97093705\12\73217.0004

T.    Declaration of Jennifer Woehrle in Support **[ECF No. 2484]**

U.    Declaration of Michael W. Franklin in Support **[ECF No. 2490]**

V.    Declaration of Vincent Albanito in Support **[EF No. 2500]**

W.    Declaration of Gerald Houck in Support **[ECF No. 2501]**

X.    Declaration of Vicki Piazza in Support **[ECF No. 2515]**

Status:  This matter has been adjourned to August 22, 2019 at 10:00 a.m.

19.    Motion of Milton Manufacturing, LLC to Allow and Compel Payment of Administrative Expense Claim Under 11 U.S.C. §503(b) for Craftsman Branded Goods Delivered to the Debtor Postpetition **[ECF No. 1477]**

Response Deadline:    February 7, 2019 at 4:00 p.m.

Response Filed:

A.    Debtors' Objection **[ECF No. 2481]**

Related Document:

B.    Milton Manufacturing, LLC's Reply **[ECF No. 2561]**

Status:  This matter has been adjourned to a date to be determined.

20.    Motion of Milton Manufacturing, LLC to (I) Compel the Debtor to Assume or Reject Purchase Orders Related to Craftsman Branded Goods Ordered by the Debtor Being Warehoused in Taiwan, and (II) Grant Related Relief **[ECF No. 1479]**

Response Deadline:    February 7, 2019 at 4:00 p.m.

Response Filed:

A.    Debtors' Objection **[ECF No. 2481]**

Related Document:

B.    Milton Manufacturing, LLC's Reply **[ECF No. 2561]**

Status:  This matter has been adjourned to a date to be determined.

WEIL:\97093705\12\73217.0004

21.     Motion of Apex Tool Group, LLC to Allow and Compel Immediate Payment of Administrative Expense Claim Pursuant to 11 U.S.C. 503(b)(1)(a) and 11 U.S.C. 503(b)(9) **[ECF No. 1491]**

Response Deadline:    May 14, 2019 at 4:00 p.m.

Response Filed:

      A.     Debtors' Omnibus Objection **[ECF No. 3883]**

      B.     Qualified Joinder of the Official Committee of Unsecured Creditors to Debtors' Omnibus Objection **[ECF No. 3942]**

Related Documents:

      C.     Supplement to Motion of Apex Tool Group, LLC **[ECF No. 3667]**

      D.     Response of Apex Tool Group, LLC **[ECF No. 3921]**

      E.     Response and Joinder of Mien Co Ltd to Debtors' Omnibus Objection **[ECF No. 3930]**

Status:  This matter has been adjourned to a date to be determined.

22.     Motion of Jeffrey Pfeiffer for Relief from the Automatic Stay **[ECF No. 2663]**

Response Deadline:    August 15, 2019 at 4:00 p.m.

Response Filed:

      A.     Debtors' Objection **[ECF No. 3149]**

Related Documents:   None.

Status:  This matter has been adjourned to August 22, 2019 at 10:00 a.m.

23.     Motion for Relief from the Automatic Stay **[ECF No. 2669]**

Response Deadline:    August 15, 2019 at 4:00 p.m.

Responses Filed:      None.

Related Documents:   None.

Status:  This matter has been adjourned to August 22, 2019 at 10:00 a.m.

WEIL:\97093705\12\73217.0004

24.    Motion for Relief from the Automatic Stay **[ECF No. 2710]**

    Response Deadline:    August 15, 2019 at 4:00 p.m.

    Responses Filed:    None.

    Related Documents:    None.

    Status:  This matter has been adjourned to August 22, 2019 at 10:00 a.m.

25.    Motion of U.S. Bank National Association d/b/a US Bank Equipment Finance to Compel Debtor to Assume or Reject Lease Agreements **[ECF No. 2750]**

    Response Deadline:    August 15, 2019 at 4:00 p.m.

    Responses Filed:    None.

    Related Documents:    None.

    Status:  This matter has been adjourned to August 22, 2019 at 10:00 a.m.

26.    Motion of KellerMeyer Bergensons Services, LLC and Innovative Facility Services for Entry of an Order (I) Compelling the Debtors to Immediately Assume or Reject the KellerMeyer and Innovative Contracts and Pay Post-Petition Amounts Due Under the Contracts, and (II) Granting Related Relief **[ECF No. 2837]**

    Response Deadline:    August 15, 2019 at 4:00 p.m.

    Responses Filed:    None.

    Related Documents:

        A.    Motion to Shorten Time **[ECF No. 2838]**

        B.    Notice of Hearing **[ECF No. 2911]**

    Status:  This matter has been adjourned to August 22, 2019 at 10:00 a.m.

27.    Motion for Relief from Stay by Steven R. Wolf, Esq., as Administrator of the Estate of Breanna N. Africa, Deceased, and Carmine Molinaro., Jr. and Colette Molinaro, as Parents and Natural Guardians of McKenzie Molinaro, a Minor **[ECF No. 2961]**

    Response Deadline:    August 15, 2019 at 5:00 p.m.

    Response Filed:    None.

16

Related Document:

    A.    Amended Notice of Hearing **[ECF No. 4320]**

Status:  This matter has been adjourned to August 22, 2019 at 10:00 a.m.

28.    Motion of Wilmington Trust, National Association, as Indenture Trustee and Collateral Agent to Prohibit or Condition Debtors' Continued Use of Collateral, Including Cash Collateral **[ECF No. 3050]**

Response Deadline:   TBD.

Responses Filed:

    A.    Debtors' Objection to Motion of Wilmington Trust **[ECF No. 3198]**

    B.    Reply in Further Support of Motion of Wilmington Trust **[ECF No. 3267]**

Related Documents:

    C.    Joinder of ESL Investments, Inc. to Motion of Wilmington Trust **[ECF No. 3134]**

    D.    Declaration of Katherine E. Lynch in Support of Joinder of ESL Investments, Inc. to Motion of Wilmington Trust **[ECF No. 3135]**

    E.    Joinder of Cyrus Capital Partners L.P. to Motion of Wilmington Trust **[ECF No. 3142]**

    F.    Affidavit Declaration of Edward M. Fox in Support of the Motion of Wilmington Trust **[ECF No. 3051]**

    G.    Notice of Presentment of Stipulation and Order Concerning Debtors' Continuing Use of Cash Collateral  **[ECF No. 4155]**

Status:  This matter has been adjourned to a date to be determined.

29.    Motion of Nina and Gerald Greene to Allow to Extend Application of Federal Rule of Civil Procedure 23 to Class Proofs of Claim **[ECF No. 3170]**

Response Deadline:   May 14, 2019 at 4:00 p.m.

WEIL:\97093705\12\73217.0004

Responses Filed:

    A.    Debtors' Objection **[ECF No. 3941]**

Related Documents:

    B.    Certificate of No Objection **[ECF No. 3909]**

Status:  This matter has been adjourned to August 22, 2019 at 10:00 a.m.

30.    Amended Motion of Jose Acosta for Relief from the Automatic Stay and Amended Motion for Abstention **[ECF No. 3189]**

Response Deadline:    August 15, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to August 22, 2019 at 10:00 a.m.

31.    Application of New York State Electric and Gas Corporation Pursuant to Section 7 of the Order (I) Approving Debtors Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Alternating, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3233]**

Response Deadline:    August 15, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to August 22, 2019 at 10:00 a.m.

32.    Application of National Grid Pursuant to Section 7 of the Order (I) Approving Debtors Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Alternating, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3238]**

Response Deadline:    August 15, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to August 22, 2019 at 10:00 a.m.

33.    Notice of Assumption and Assignment of Additional Designatable Leases **[ECF No. 3298]**

Response Deadline:    June 13, 2019 at 4:00 p.m.

Response Filed:

  A.    Objection of Alan Robbins, Benderson Development Company LLC, Brookfield Property REIT Inc., *et al*. **[ECF No. 3558]**

  B.    Supplemental Objections to Cure Amount, Adequate Assurance Information, and Restrictive Covenant Conditions of Landlord Starboard Platform Brighton JV LLC in Response to Notice of Assumption and Assignment of Additional Designatable Leases **[ECF No. 3851]**

  C.    QKC Maui Owner, LLC's Omnibus (I) Objection to Notice of Assumption and Assignment of Additional Designatable Leases, (II) Supplemental Cure Objection, and (III) Restrictive Covenant Objection **[ECF No. 3482]**

  D.    QKC Maui Owner, LLC's Supplemental Objection in Response to Transform Holdco LLC's Omnibus Reply in Support of Assumption and Assignment of Designated Leases **[ECF No. 3679]**

Related Document:

  E.    Stipulation and Order by and Among Sellers, Buyer, and Landlords Affiliated with Brookfield Property REIT Inc. Extending Time Under 11 U.S.C. § 365(d)(4) for Leases of Nonresidential Real Property **[ECF No. 4107]**

  F.    Stipulation and Order by and Among Sellers, Buyer, and Landlord Starboard Platform Brighton JV LLC Extending Time Under 11 U.S.C. § 365(d)(4) for Leases of Nonresidential Real Property **[ECF No. 4401]**

  G.    Transform Holdco LLC's Response to Starboard Platform Brighton JV LLC's Supplemental Objections to Notice of Assumption and Assignment of Additional Designatable Leases **[ECF No. 4122]**

H.   Order Granting motion of Transform Holdco LLC for Leave to File Under Seal Transform Holdco LLC's Response to Starboard Platform Brighton JV LLC's Supplemental Objections to Notice of Assumption and Assignment of Additional Designatable Leases **[ECF No. 4187]**

I.   Stipulation and Order by and Among Sellers, Buyer, and Landlord Graziadio Investment Company Extending Time Under 11 U.S.C. § 365(d)(4) for Leases of Nonresidential Real Property **[ECF No. 4335]**

J.   Stipulation and Order by and Among Sellers, Buyer, and Landlord WRI/Raleigh, L.P. Extending Time Under 11 U.S.C. § 365(d)(4) for Leases of Nonresidential Real Property **[ECF No. 4336]**

K.   Stipulation and Order by and Among Sellers, Buyer, and Landlord QKC Maui Owner, LLC Extending Time Under 11 U.S.C. § 365(d)(4) for Leases of Nonresidential Real Property **[ECF No. 4400]**

Status:  This matter has been adjourned to a date to be determined.

34.   Motion to Allow and Compel Payment of Administrative Expense Claim Under 11 U.S.C. Sec. 503(b) for Jaclyn Smith Branded and Private Label Goods Delivered to the Debtor Post-Petition **[ECF No. 3323]**

Response Deadline:   May 14, 2019 at 4:00 p.m.

Response Filed:

A.   Debtors' Omnibus Objection **[ECF No. 3883]**

Related Documents:   None.

Status:  This matter has been adjourned to a date to be determined.

35.   Motion of GroupBy USA, Inc. for Allowance and Payment of Administrative Expense **[ECF No. 3404]**

Response Deadline:   To Be Determined.

Responses Filed:   None.

Related Documents:   None.

Status:  This matter has been adjourned to August 22, 2019 at 10:00 a.m.

WEIL:\97093705\12\73217.0004

36.  Application of Commonwealth Edison Company Pursuant to Section 7 of the Order (I) Approving Debtors Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Alternating, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3423]**

Response Deadline:    August 15, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to August 22, 2019 at 10:00 a.m.

37.  Motion of BRE 312 OWNER LLC for Relief from the Automatic Stay **[ECF No. 3435]**

Response Deadline:    May 24, 2019

Responses Filed:

    A.    Objection of 233 S. Wacker, LLC **[ECF No. 3906]**

    B.    Debtors' Objection **[ECF No. 3917]**

Related Documents:    None.

Status:  This matter has been adjourned to August 22, 2019 at 10:00 a.m.

38.  Notice of Rejection of Certain Unexpired Leases of Nonresidential Real Property and Abandonment of Property in Connection Therewith **[ECF No. 3449]**

Response Deadline: May 10, 2019 at 4:00 p.m.

Responses Filed:

    A.    Elm Creek Real Estate, LLC's Objection **[ECF No. 3806]**

    B.    Transform Holdco LLC's Reply to Elm Creek Real Estate, LLC's Objection **[ECF No. 4431]**

Related Documents:

    C.    Third Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired leases in Connection with Global Sale Transaction

**[ECF No. 2753]**

    D.    Elm Creek Real Estate, LLC's Objection to Debtors' Third Supplemental Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Expired Leases in Connection With Sale **[ECF No. 2827]**

<u>Status</u>:  This matter has been adjourned to August 22, 2019 at 10:00 a.m.

39.    Application of Peco Energy Company for Allowance and Payment of Administrative Expenses **[ECF No. 3459]**

<u>Response Deadline</u>:    August 15, 2019 at 4:00 p.m.

<u>Responses Filed</u>:    None.

<u>Related Documents</u>:    None.

<u>Status</u>:  This matter has been adjourned to August 22, 2019 at 10:00 a.m.

40.    Application of Metropolitan Edison Company, Jersey Central Power & Light Company, Ohio Edison Company, The Cleveland Electric Illuminating Company, Toledo Edison Company and Pennsylvania Electric Company Pursuant to Section 7 of the Order (I) Approving Debtors Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Alternating, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3480]**

<u>Response Deadline</u>:    August 15, 2019 at 4:00 p.m.

<u>Responses Filed</u>:    None.

<u>Related Documents</u>:    None.

<u>Status</u>:  This matter has been adjourned to August 22, 2019 at 10:00 a.m.

41.    Application of Baltimore Gas and Electric Company Pursuant to Section 7 of the Order (I) Approving Debtors Proposed Form of Adequate Assurance of Payment to Utility Providers, (II) Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services, and (III) Prohibiting Utility Providers from Alternating, Refusing, or Discontinuing Utility Service [Docket No. 461] for Payment from the Adequate Assurance Account **[ECF No. 3594]**

<u>Response Deadline</u>:    August 15, 2019 at 4:00 p.m.

WEIL:\97093705\12\73217.0004

Responses Filed:    None.

Related Documents:    None.

Status:  This matter has been adjourned to August 22, 2019 at 10:00 a.m.

42.    Motion of Pearl Global Industries Ltd. for Payment of Administrative Expenses Motion **[ECF No. 3604]**

Response Deadline:    May 14, 2019 at 4:00 p.m.

Response Filed:

      A.    Debtors' Omnibus Objection **[ECF No. 3883]**

Related Documents:

      B.    Declaration of Sivaramakrishnan Ganapathi in Support of Motion by Gokaldas Exports Ltd. **[ECF No. 3671]**

      C.    Reply of Pearl Global Industries Ltd. **[ECF No. 3928]**

Status:  This matter has been adjourned to a date to be determined.

43.    Motion of Gokaldas Exports Ltd. to Allow and Compel Payment of Administrative Expense Claims **[ECF No. 3670]**

Response Deadline:    May 14, 2019 at 4:00 p.m.

Response Filed:

      A.    Debtors' Omnibus Objection **[ECF No. 3883]**

Related Documents:

      B.    Declaration of Sivaramakrishnan Ganapathi in Support of Motion by Gokaldas Exports Ltd. **[ECF No. 3671]**

      C.    Reply of Gokaldas Exports Ltd. **[ECF No. 3918]**

      D.    Response and Joinder of Mien Co Ltd to Debtors' Omnibus Objection **[ECF No. 3930]**

Status:  This matter has been adjourned to a date to be determined.

WEIL:\97093705\12\73217.0004

44.  Motion of Hain Capital Investors Master Fund, Ltd., as Assignee of Blue Star Fashion NY Inc. to Allow and Compel Payment of Administrative Expense Claim Under 11 U.S.C. §503(b) for Goods Delivered to the Debtors Post-Petition **[ECF No. 3675]**

Response Deadline:   August 15, 2019 at 4:00 p.m.

Responses Filed:    None.

Related Documents:   None

Status:  This matter has been adjourned to August 22, 2019 at 10:00 a.m.

45.  Motion by QBE Insurance Corporation for Relief from Automatic Stay for the Purposes of Filing Declaratory Litigation in the United States District Court Against Former Directors of Sears Canada, Inc. **[ECF No. 3910]**

Response Deadline:   August 15, 2019 at 4:00 p.m.

Response Filed:

    A.    Response of Certain Former Directors of Sears Canada, Inc. **[ECF No. 4221]**

Related Documents:   None.

Status:  This matter has been adjourned to August 22, 2019 at 10:00 a.m.

46.  Notice of Presentment of Stipulation, Agreement, and Order Authorizing Debtor to Assume and Assign Unexpired Nonresidential Real Property Lease (3701 Broadway Street, Quincy, Illinois) **[ECF No. 3970]**

Response Deadline:   May 10, 2019 at 4:00 p.m.

Response Filed:

    A.    Objection to Stipulation, Agreement, and Order Authorizing Debtor to Assume and Assign Unexpired Nonresidential Real Property Lease (3701 Broadway Street, Quincy, Illinois) **[ECF No. 4027]**

Related Document:

    B.    Notice of Rejection of Certain Unexpired Leases of Nonresidential Real Property and Abandonment of Property in Connection Therewith **[ECF No. 3449]**

WEIL:\97093705\12\73217.0004

Status:  This matter has been adjourned to August 22, 2019 at 10:00 a.m.

47.     Motion of Aspen Marketing Services, Inc.  to Allow and Compel Payment of
        Administrative Expense Claim Under 11 U.S.C. section 503(b) for Services
        Provided to the Debtor Post-Petition **[ECF No. 4001]**

        Response Deadline:     August 15, 2019 at 4:00 p.m.

        Responses Filed:      None.

        Related Documents:    None.

        Status:  This matter has been adjourned to August 22, 2019 at 10:00 a.m.

48.     Motion to Allow Administrative Expense and Rejection Damages Claims related
        to Sensormatic Software Maintenance Contract **[ECF No. 4026]**

        Response Deadline:     August 15, 2019 at 4:00 p.m.

        Responses Filed:      None.

        Related Documents:    None.

        Status:  This matter has been adjourned to August 22, 2019 at 10:00 a.m.

49.     Motion of Angela Kelly and Janyce L. Mackenzie for Relief from the Automatic
        Stay **[ECF No. 4064]**

        Response Deadline:     July 4, 2019 at 4:00 p.m.

        Responses Filed:      None.

        Related Documents:    None.

        Status:  This matter has been adjourned to August 22, 2019 at 10:00 a.m.

50.     Motion of Mary McCagg for Relief from the Automatic Stay **[ECF No. 4174]**

        Response Deadline:     August 15, 2019 at 4:00 p.m.

        Responses Filed:      None.

        Related Documents:    None.

        Status:  This matter has been adjourned to August 22, 2019 at 10:00 a.m.

WEIL:\97093705\12\73217.0004

51.    Motion of Maxcolor LLC for Payment of Administrative Expenses **[ECF No. 4176]**

   Response Deadline:    August 15, 2019 at 4:00 p.m.

   Responses Filed:    None.

   Related Documents:    None.

   Status:  This matter has been adjourned to August 22, 2019 at 10:00 a.m.

52.    Motion of M&S Landscaping Inc to Compel Payment of Administrative Expenses **[ECF No. 4306]**

   Response Deadline:    August 15, 2019 at 4:00 p.m.

   Responses Filed:    None.

   Related Documents:    None.

   Status:  This matter has been adjourned to August 22, 2019 at 10:00 a.m.

53.    Amended Motion of Colonial Properties LLC to Compel Payment of Post-Petition Date Rent and Related Lease Obligations Pursuant to 11 U.S.C. §§ 105(a), 363(e), 365(d)(3) and 503(b)(1)(A) **[ECF No. 4319]**

   Response Deadline:    August 15, 2019 at 4:00 p.m.

   Responses Filed:    None.

   Related Document:

      A.    Motion of Colonial Properties LLC to Compel Payment of Post-Petition Date Rent and Related Lease Obligations **[ECF No. 3164]**

   Status:  This matter has been adjourned to August 22, 2019 at 10:00 a.m.

54.    Motion for Relief from Stay Motion of Team Worldwide to Modify Automatic Stay Pursuant to 11 U.S.C. §362 **[ECF No. 4344]**

   Response Deadline:    August 15, 2019 at 4:00 p.m.

WEIL:\97093705\12\73217.0004

<u>Responses Filed</u>:      None.

<u>Related Documents</u>:   None.

<u>Status</u>:  This matter has been adjourned to August 22, 2019 at 10:00 a.m.


Dated:  July 10, 2019
        New York, New York

                                        /s/ Jacqueline Marcus
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York  10153
                                        Telephone:  (212) 310-8000
                                        Facsimile:  (212) 310-8007
                                        Ray C. Schrock, P.C.
                                        Jacqueline Marcus
                                        Garrett A. Fail
                                        Sunny Singh

                                        *Attorneys for Debtors and
                                        Debtors in Possession*