# 2018 JEFFERSON COUNTY TAX STATEMENT



**ALLISON NATHAN GETZ, PCC**
Jefferson County Tax Assessor-Collector
P.O. Box 2112, Beaumont, Texas 77704
(409) 835-8516 Website: www.jeffcotax.com
Email: property@co.jefferson.tx.us

| | |
|---|---|
| Account Number: | 049400-000/041581-00100 |
| PID: | 73616 |
| Parcel Address: | 3100 HIGHWAY 365 |
| Acreage: | 33.1812 |
| Legal Description: | |

PT OF LTS 7&8 BLK 13 RANGE J LTS 3 4 5&6 BLK
13 RANGE I PALCO TR 1 33.177 AC CENTRAL
MALL

**Owner Name and Address**

GG&A CENTRAL MALL PARTNERS LP
124 JOHNSON FERRY RD NE
ATLANTA GA 30328-3004

| | |
|---|---|
| Appraised Land Value: | $4,679,340 |
| Improvements/Personal Property Value: | $15,890,940 |
| Total Market Value: | $20,570,280 |
| Homestead Cap Adjustment: | |
| Total Assessed Value: | $20,570,280 |
| Assessment Ratio: | 100% |
| Sales Tax Savings: | Sales Tax Savings $25,009.76 |

| Taxing Entities | Exemptions | Exempt Amount | Taxable Value | Tax Rate/$100 | 2018 Taxes |
|---|---|---|---|---|---|
| JEFFERSON COUNTY | | $0 | $20,570,280 | .36497700 | $75,076.79 |
| PORT ARTHUR ISD | | $0 | $20,570,280 | 1.4850900 | $305,487.17 |
| CITY OF PORT ARTHUR | | $0 | $20,570,280 | .79200000 | $162,916.62 |
| PORT OF PORT ARTHUR | | $0 | $20,570,280 | .21313400 | $43,842.26 |
| DRAINAGE DISTRICT #7 | | $0 | $20,570,280 | .23985000 | $49,337.82 |
| SABINE-NECHES NAV. DIST. | | $0 | $20,570,280 | .09206700 | $18,938.44 |

If tax is paid by a Mortgage Company or Tax Agent, forward this statement.

**2018 TAX AMOUNT**
May include late rendition penalty

**$655,599.10**

**TAXES BECOME DUE IN OCT. AND MUST BE PAID BY JAN.31st TO AVOID PENALTY AND INTEREST.** See reverse side.
Payments are credited according to the USPS Postmark. Those bearing postmarks past deadlines will incur penalty and interest charges. Check with your local postmaster for postmark date processing.

The Tax Assessor-Collector does not have legal authority to forgive or waive any penalty or interest charges.

| If Paid in | 2018 Tax | Delq Tax | Total Due |
|---|---|---|---|
| October | $655,599.10 | $.00 | $655,599.10 |
| November | $655,599.10 | $.00 | $655,599.10 |
| December | $655,599.10 | $.00 | $655,599.10 |
| January | $655,599.10 | $.00 | $655,599.10 |
| February | $701,491.04 | $.00 | $701,491.04 |

Delinquent taxes & fees are due for tax years: 0000 - 0000

If you are 65 years of age or are disabled and the property described in this document is your residence homestead, you may contact the Jefferson Central Appraisal District at 409-840-9944 or 409-727-4611 regarding available exemption or entitlement you may have to postpone payment of these taxes.

---

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT. DO NOT STAPLE. RETURNED CHECKS WILL BE CHARGED A $20.00 FEE.

Scan QR Code to access account

MAKE PAYMENT PAYABLE TO:
**ALLISON NATHAN GETZ**
TAX ASSESSOR- COLLECTOR
Jefferson County
PO Box 2112
Beaumont, TX 77704

PAY BY CREDIT CARD BY PHONE OR INTERNET
1-866-549-1010 or WWW.JEFFCOTAX.COM
PAY BY E-CHECK at WWW.JEFFCOTAX.COM
BUREAU CODE 2228888
There will be a separate vendor fee charged for this service.

| PID | ACCOUNT NUMBER | AMOUNT PAID |
|---|---|---|
| 73616 | 049400-000/041581-00100 | |

  

78788
048247

GG&A CENTRAL MALL PARTNERS LP
124 JOHNSON FERRY RD NE
ATLANTA GA  30328-3004

CHANGE OF ADDRESS

Address:_____
Address:_____
City:_____
State & Zip:_____



0494000004158100100 2018 CNN 0065559910 0065559910 0070149104 8

# 2018 JEFFERSON COUNTY TAX STATEMENT



**ALLISON NATHAN GETZ, PCC**
Jefferson County Tax Assessor-Collector
P.O. Box 2112, Beaumont, Texas 77704
(409) 835-8516 Website: www.jeffcotax.com
Email: property@co.jefferson.tx.us

| | |
|---|---|
| Account Number: | 049400-000/048849-00000 |
| PID: | 73894 |
| Parcel Address: | CENTRAL MALL DR |
| Acreage: | 5.3780 |
| Legal Description: | |

LT 4 TR 2 BLK 13 RG I LT 1 TR1 LTS 2 7&8 TR 3
BLK 13 RG J PALCO 5.378 AC

**Owner Name and Address**

GG&A CENTRAL MALL PARTNERS LP
124 JOHNSON FERRY RD NE
ATLANTA GA 30328-3004

| | |
|---|---|
| Appraised Land Value: | $861,640 |
| Improvements/Personal Property Value: | |
| Total Market Value: | $861,640 |
| Homestead Cap Adjustment: | |
| Total Assessed Value: | $861,640 |
| Assessment Ratio: | 100% |
| Sales Tax Savings: | Sales Tax Savings $1,047.60 |

| Taxing Entities | Exemptions | Exempt Amount | Taxable Value | Tax Rate/$100 | 2018 Taxes |
|---|---|---|---|---|---|
| JEFFERSON COUNTY | | $0 | $861,640 | .36497700 | $3,144.79 |
| PORT ARTHUR ISD | | $0 | $861,640 | 1.4850900 | $12,796.13 |
| CITY OF PORT ARTHUR | | $0 | $861,640 | .79200000 | $6,824.19 |
| PORT OF PORT ARTHUR | | $0 | $861,640 | .21313400 | $1,836.45 |
| DRAINAGE DISTRICT #7 | | $0 | $861,640 | .23985000 | $2,066.64 |
| SABINE-NECHES NAV. DIST. | | $0 | $861,640 | .09206700 | $793.29 |

If tax is paid by a Mortgage Company or Tax Agent, forward this statement.

**2018 TAX AMOUNT** ➡ **$27,461.49**
May include late rendition penalty

**TAXES BECOME DUE IN OCT. AND MUST BE PAID BY JAN.31st TO AVOID PENALTY AND INTEREST.** See reverse side.
Payments are credited according to the USPS Postmark. Those bearing postmarks past deadlines will incur penalty and interest charges. Check with your local postmaster for postmark date processing.

The Tax Assessor-Collector does not have legal authority to forgive or waive any penalty or interest charges.

| If Paid in | 2018 Tax | Delq Tax | Total Due |
|---|---|---|---|
| October | $27,461.49 | $.00 | $27,461.49 |
| November | $27,461.49 | $.00 | $27,461.49 |
| December | $27,461.49 | $.00 | $27,461.49 |
| January | $27,461.49 | $.00 | $27,461.49 |
| February | $29,383.79 | $.00 | $29,383.79 |

Delinquent taxes & fees are due for tax years: 0000 - 0000

If you are 65 years of age or are disabled and the property described in this document is your residence homestead, you may contact the Jefferson Central Appraisal District at 409-840-9944 or 409-727-4611 regarding available exemption or entitlement you may have to postpone payment of these taxes.

---

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT. DO NOT STAPLE. RETURNED CHECKS WILL BE CHARGED A $20.00 FEE.

MAKE PAYMENT PAYABLE TO:
**ALLISON NATHAN GETZ**
TAX ASSESSOR- COLLECTOR
Jefferson County
PO Box 2112
Beaumont, TX 77704

Scan QR Code to access account



PAY BY CREDIT CARD BY PHONE OR INTERNET
1-866-549-1010 or WWW.JEFFCOTAX.COM
PAY BY E-CHECK at WWW.JEFFCOTAX.COM
BUREAU CODE 2228888
There will be a separate vendor fee charged for this service.



| PID | ACCOUNT NUMBER | AMOUNT PAID |
|---|---|---|
| 73894 | 049400-000/048849-00000 | |

78788
048247



GG&A CENTRAL MALL PARTNERS LP
124 JOHNSON FERRY RD NE
ATLANTA GA  30328-3004

CHANGE OF ADDRESS
Address:_____
Address:_____
City:_____
State & Zip:_____

0494000004884900000 2018 CNN 0002746149 0002746149 0002938379 3

# 2018 JEFFERSON COUNTY TAX STATEMENT



**ALLISON NATHAN GETZ, PCC**

Jefferson County Tax Assessor-Collector
P.O. Box 2112, Beaumont, Texas 77704
(409) 835-8516 Website: www.jeffcotax.com
Email: property@co.jefferson.tx.us

| | |
|---|---|
| Account Number: | 049400-000/048849-00300 |
| PID: | 245012 |
| Parcel Address: | CENTRAL MALL DR |
| Acreage: | .1680 |
| Legal Description: | |
| LT 1 TR 3 LT 2 TR 1 BLK 13 RG J PALCO .168 AC | |

**Owner Name and Address**

GG&A CENTRAL MALL PARTNERS LP
124 JOHNSON FERRY RD NE
ATLANTA GA 30328-3004

| | |
|---|---|
| Appraised Land Value: | $36,590 |
| Improvements/Personal Property Value: | |
| Total Market Value: | $36,590 |
| Homestead Cap Adjustment: | |
| Total Assessed Value: | $36,590 |
| Assessment Ratio: | 100% |
| Sales Tax Savings: | Sales Tax Savings $44.49 |

| Taxing Entities | Exemptions | Exempt Amount | Taxable Value | Tax Rate/$100 | 2018 Taxes |
|---|---|---|---|---|---|
| JEFFERSON COUNTY | | $0 | $36,590 | .36497700 | $133.55 |
| PORT ARTHUR ISD | | $0 | $36,590 | 1.4850900 | $543.39 |
| CITY OF PORT ARTHUR | | $0 | $36,590 | .79200000 | $289.79 |
| PORT OF PORT ARTHUR | | $0 | $36,590 | .21313400 | $77.99 |
| DRAINAGE DISTRICT #7 | | $0 | $36,590 | .23985000 | $87.76 |
| SABINE-NECHES NAV. DIST. | | $0 | $36,590 | .09206700 | $33.69 |

If tax is paid by a Mortgage Company or Tax Agent, forward this statement.

**2018 TAX AMOUNT** ➡
May include late rendition penalty

**$1,166.17**

**TAXES BECOME DUE IN OCT. AND MUST BE PAID BY JAN.31st TO AVOID PENALTY AND INTEREST.** See reverse side.
Payments are credited according to the USPS Postmark. Those bearing postmarks past deadlines will incur penalty and interest charges. Check with your local postmaster for postmark date processing.

The Tax Assessor-Collector does not have legal authority to forgive or waive any penalty or interest charges.

| If Paid in | 2018 Tax | Delq Tax | Total Due |
|---|---|---|---|
| October | $1,166.17 | $.00 | $1,166.17 |
| November | $1,166.17 | $.00 | $1,166.17 |
| December | $1,166.17 | $.00 | $1,166.17 |
| January | $1,166.17 | $.00 | $1,166.17 |
| February | $1,247.81 | $.00 | $1,247.81 |

Delinquent taxes & fees are due for tax years: 0000 - 0000

If you are 65 years of age or are disabled and the property described in this document is your residence homestead, you may contact the Jefferson Central Appraisal District at 409-840-9944 or 409-727-4611 regarding available exemption or entitlement you may have to postpone payment of these taxes.

---

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT. DO NOT STAPLE. RETURNED CHECKS WILL BE CHARGED A $20.00 FEE.

Scan QR Code to access account

MAKE PAYMENT PAYABLE TO:

**ALLISON NATHAN GETZ**
TAX ASSESSOR- COLLECTOR
Jefferson County
PO Box 2112
Beaumont, TX 77704

| PID | ACCOUNT NUMBER | AMOUNT PAID |
|---|---|---|
| 245012 | 049400-000/048849-00300 | |

PAY BY CREDIT CARD BY PHONE OR INTERNET
1-866-549-1010 or WWW.JEFFCOTAX.COM
PAY BY E-CHECK at WWW.JEFFCOTAX.COM
BUREAU CODE 2228888
There will be a separate vendor fee charged for this service.

 

CHANGE OF ADDRESS

Address:_____
Address:_____
City:_____
State & Zip:_____

78788
048247

GG&A CENTRAL MALL PARTNERS LP
124 JOHNSON FERRY RD NE
ATLANTA GA 30328-3004

0494000000484900300 2018 CNN 0000116617 0000116617 0000124781 8

# 2018 JEFFERSON COUNTY TAX STATEMENT



**ALLISON NATHAN GETZ, PCC**
Jefferson County Tax Assessor-Collector
P.O. Box 2112, Beaumont, Texas 77704
(409) 835-8516 Website: www.jeffcotax.com
Email: property@co.jefferson.tx.us

Account Number:   049401-000/002800-00000
PID:                              74960
Parcel Address:          3100 HIGHWAY 365
Acreage:                      11.9096
Legal Description:
PT LT 5 & 6 TR 1 BLK 13l PALCO 11.912AC
CENTRAL MALL

| Owner Name and Address | |
|---|---|
| GG&A CENTRAL MALL PARTNERS LP<br>124 JOHNSON FERRY RD NE<br>ATLANTA GA 30328-3004 | Appraised Land Value: $2,077,450<br>Improvements/Personal Property Value: $1,379,550<br>Total Market Value: $3,457,000<br>Homestead Cap Adjustment:<br>Total Assessed Value: $3,457,000<br>Assessment Ratio: 100%<br>Sales Tax Savings: Sales Tax Savings $4,203.09 |

| Taxing Entities | Exemptions | Exempt Amount | Taxable Value | Tax Rate/$100 | 2018 Taxes |
|---|---|---|---|---|---|
| JEFFERSON COUNTY | | $0 | $3,457,000 | .36497700 | $12,617.25 |
| NEDERLAND I.S.D. | | $0 | $3,457,000 | 1.1500000 | $39,755.50 |
| CITY OF PORT ARTHUR | | $0 | $3,457,000 | .79200000 | $27,379.44 |
| PORT OF PORT ARTHUR | | $0 | $3,457,000 | .21313400 | $7,368.04 |
| DRAINAGE DISTRICT #7 | | $0 | $3,457,000 | .23985000 | $8,291.61 |
| SABINE-NECHES NAV. DIST. | | $0 | $3,457,000 | .09206700 | $3,182.76 |

If tax is paid by a Mortgage Company or Tax Agent, forward this statement.

**2018 TAX AMOUNT**  **$98,594.60**
May include late rendition penalty

**TAXES BECOME DUE IN OCT. AND MUST BE PAID BY JAN.31st TO AVOID PENALTY AND INTEREST.** See reverse side.
Payments are credited according to the USPS Postmark. Those bearing postmarks past deadlines will incur penalty and interest charges. Check with your local postmaster for postmark date processing.

The Tax Assessor-Collector does not have legal authority to forgive or waive any penalty or interest charges.

| If Paid in | 2018 Tax | Delq Tax | Total Due |
|---|---|---|---|
| October | $98,594.60 | $.00 | $98,594.60 |
| November | $98,594.60 | $.00 | $98,594.60 |
| December | $98,594.60 | $.00 | $98,594.60 |
| January | $98,594.60 | $.00 | $98,594.60 |
| February | $105,496.22 | $.00 | $105,496.22 |

Delinquent taxes & fees are due for tax years: 0000 - 0000

If you are 65 years of age or are disabled and the property described in this document is your residence homestead, you may contact the Jefferson Central Appraisal District at 409-840-9944 or 409-727-4611 regarding available exemption or entitlement you may have to postpone payment of these taxes.

---

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT. DO NOT STAPLE. RETURNED CHECKS WILL BE CHARGED A $20.00 FEE.
Scan QR Code to access account

MAKE PAYMENT PAYABLE TO:
**ALLISON NATHAN GETZ**
TAX ASSESSOR- COLLECTOR
Jefferson County
PO Box 2112
Beaumont, TX 77704

PAY BY CREDIT CARD BY PHONE OR INTERNET
1-866-549-1010 or WWW.JEFFCOTAX.COM
PAY BY E-CHECK at WWW.JEFFCOTAX.COM
BUREAU CODE 2228888
There will be a separate vendor fee charged for this service.

| PID | ACCOUNT NUMBER | AMOUNT PAID |
|---|---|---|
| 74960 | 049401-000/002800-00000 | |

  VISA 

CHANGE OF ADDRESS

Address:_____
Address:_____
City:_____
State & Zip:_____

78788
048247

GG&A CENTRAL MALL PARTNERS LP
124 JOHNSON FERRY RD NE
ATLANTA GA 30328-3004

049401000002800000000 2018 CNN 0009859460 0009859460 0010549622 0

# 2018 JEFFERSON COUNTY TAX STATEMENT



**ALLISON NATHAN GETZ, PCC**
Jefferson County Tax Assessor-Collector
P.O. Box 2112, Beaumont, Texas 77704
(409) 835-8516 Website: www.jeffcotax.com
Email: property@co.jefferson.tx.us

| | |
|---|---|
| Account Number: | 049401-000/003300-00000 |
| PID: | 74971 |
| Parcel Address: | HIGHWAY 365 |
| Acreage: | 9.5200 |
| Legal Description: | |
| PT OF 7 & 8 BLK 13J TR 1 PALCO 9.520AC | |
| CENTRAL MALL | |

Owner Name and Address

GG&A CENTRAL MALL PARTNERS LP
124 JOHNSON FERRY RD NE
ATLANTA GA 30328-3004

| | |
|---|---|
| Appraised Land Value: | $1,768,990 |
| Improvements/Personal Property Value: | $398,250 |
| Total Market Value: | $2,167,240 |
| Homestead Cap Adjustment: | |
| Total Assessed Value: | $2,167,240 |
| Assessment Ratio: | 100% |
| Sales Tax Savings: | Sales Tax Savings $2,634.97 |

| Taxing Entities | Exemptions | Exempt Amount | Taxable Value | Tax Rate/$100 | 2018 Taxes |
|---|---|---|---|---|---|
| JEFFERSON COUNTY | | $0 | $2,167,240 | .36497700 | $7,909.93 |
| NEDERLAND I.S.D. | | $0 | $2,167,240 | 1.1500000 | $24,923.26 |
| CITY OF PORT ARTHUR | | $0 | $2,167,240 | .79200000 | $17,164.54 |
| PORT OF PORT ARTHUR | | $0 | $2,167,240 | .21313400 | $4,619.13 |
| DRAINAGE DISTRICT #7 | | $0 | $2,167,240 | .23985000 | $5,198.13 |
| SABINE-NECHES NAV. DIST. | | $0 | $2,167,240 | .09206700 | $1,995.31 |

If tax is paid by a Mortgage Company or Tax Agent, forward this statement.

**2018 TAX AMOUNT**
May include late rendition penalty

| **$61,810.30** |
|---|

**TAXES BECOME DUE IN OCT. AND MUST BE PAID BY JAN.31st TO AVOID PENALTY AND INTEREST. See reverse side.**
Payments are credited according to the USPS Postmark. Those bearing postmarks past deadlines will incur penalty and interest charges. Check with your local postmaster for postmark date processing.

The Tax Assessor-Collector does not have legal authority to forgive or waive any penalty or interest charges.

| If Paid in | 2018 Tax | Delq Tax | Total Due |
|---|---|---|---|
| October | $61,810.30 | $.00 | $61,810.30 |
| November | $61,810.30 | $.00 | $61,810.30 |
| December | $61,810.30 | $.00 | $61,810.30 |
| January | $61,810.30 | $.00 | $61,810.30 |
| February | $66,137.03 | $.00 | $66,137.03 |

Delinquent taxes & fees are due for tax years:  0000 - 0000

If you are 65 years of age or are disabled and the property described in this document is your residence homestead, you may contact the Jefferson Central Appraisal District at 409-840-9944 or 409-727-4611 regarding available exemption or entitlement you may have to postpone payment of these taxes.

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT. DO NOT STAPLE. RETURNED CHECKS WILL BE CHARGED A $20.00 FEE.
Scan QR Code to access account



MAKE PAYMENT PAYABLE TO:
**ALLISON NATHAN GETZ**
TAX ASSESSOR- COLLECTOR
Jefferson County
PO Box 2112
Beaumont, TX 77704

PAY BY CREDIT CARD BY PHONE OR INTERNET
1-866-549-1010 or WWW.JEFFCOTAX.COM
PAY BY E-CHECK at WWW.JEFFCOTAX.COM
BUREAU CODE 2228888
There will be a separate vendor fee charged for this service.

 

| PID | ACCOUNT NUMBER | AMOUNT PAID |
|---|---|---|
| 74971 | 049401-000/003300-00000 | |

CHANGE OF ADDRESS
Address:_____
Address:_____
City:_____
State & Zip:_____

78788
048247

GG&A CENTRAL MALL PARTNERS LP
124 JOHNSON FERRY RD NE
ATLANTA GA 30328-3004



049401000003300000000 2018 CNN 0006181030 0006181030 0006613703 6