| Prepared For: | Gregory Greenfield and Associates | JLL | Software: | Kardin Budget System |
|---|---|---|---|---|
| Prepared By: | JLL | | Version: | 37.12 |
| Property ID: | 1800400000 | | File: | PA18YE.rf3 |
| Property RSF: | 707,721 | | Date: | 3/27/2019 12:23:09 PM |
| Cost Center(s) RSF: | 707,721 | | Page: | 1 of 48 |

## Central Mall - Port Arthur 2018 Year End
## 2018 Operating Expense Adjustment Invoice

| Suite | Tenant | Comm | Exp | Lease RSF |
|---|---|---|---|---|
| 001 | SEARS | 9/1/1982 | 8/31/2032 | 101,550 |

| Charge Code | Expense Pool | Denom. RSF | Recov. Expenses | Pro-Rata Share | Tenant's Share | Min. Amt | Admin. Amt | Expenses before Cap | Cap Name | Cap Adjust | Adjusted Tenant Share | Occup. % | Occup. Method | Total Reimb. | Free Reimb. | Amount Billed | Balance Due | Monthly Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RET | RET Manual | 1 | 1 | 944.0000% | 59,679 | 0 | 0 | 59,679 | | 0 | 59,679 | 100.00% | 365 Days | 59,679.44 | | | | |
| | | | Total for RET: | | 59,679 | | 0 | 59,679 | | 0 | 59,679 | | | 59,679.44 | 0.00 | 0.00 | 59,679.44 | 0.00 |

**Total for SEARS:**   59,679.44   0.00