After recording, return to:
THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
Attn: Sam Murphy

**Exempt Documentary Stamp Tax OS Title 68,
Article 32 Section 3202, Paragraph 13.**

```
Doc # I-2018-014735
Bk 008130
Pg 0080-0087
Date 10-12-2018 10:38 am
Filing fee $27.00
Documentary Tax $0.00
State of Oklahoma
County of Comanche
Comanche County Clerk
Carrie Tubbs
```

## MORTGAGEE'S DEED

**THIS INDENTURE** is made this 5th day of October, 2018, by and between the following parties:

| | |
|---|---|
| Mortgagee: | IQ9 – 200 SW C AVE, LLC |
| Address: | c/o C-III Asset Management<br>5221 N. O'Connor Blvd., Suite 800<br>Irving, Texas 75039 |
| AND | |
| Purchaser: | IQ9 – 200 SW C AVE, LLC |
| Address: | c/o C-III Asset Management<br>5221 N. O'Connor Blvd., Suite 800<br>Irving, Texas 75039 |

### RECITALS:

1. In accordance with the terms and provisions of that certain mortgage (whether one or more) described in **Exhibit "A"** attached hereto and incorporated herein by reference (the "**Mortgage**"), in which a power of sale was granted pursuant to the Oklahoma Power of Sale Mortgage Foreclosure Act (the "**Act**"), the Mortgagee has exercised the power of sale provided thereby, consistent with the provisions of the Act, with respect to the property described in **Exhibit "B"** attached hereto and incorporated herein by reference (the "**Property**"), upon a default and/or breach as defined in the Act.

2. This Deed is executed by the Mortgagee, the present holder of the Mortgage, exercising the power of sale after a breach and/or default and a sale under the Act. The breach and/or default was not cured nor the Mortgage reinstated.

Securitization: MSCI 2005-IQ9
C-III Loan No.: 700201750
Borrower: GG&A Central Mall Partners, L.P.
Property: 200 SW C Ave., Lawton, OK 73501 (Central Mall Portfolio / Lawton Property)

3.  The Mortgagee has given all requisite notices as provided by law and has in all respects complied with the requirements of the Act. All holders of record of an interest in the Property (or any part hereof), as well as all other persons of whom the Mortgagee has notice as claiming a lien upon or any other interest in the Property (or any part thereof), and the documents evidencing their interests, liens or claims, are described in **Exhibit "C"**, attached hereto and incorporated herein by reference.

4.  On the date and at the time and place designated in such notice of sale, the Mortgagee sold the Property to the Purchaser, the Purchaser being the highest bidder therefor.

## CONVEYANCE

**NOW, THEREFORE,** in consideration of the highest bid in the sum of **TEN AND NO/100 DOLLARS ($10.00)**, duly paid, the receipt and sufficiency of which is acknowledged, the Mortgagee does hereby grant, bargain, sell, transfer and convey unto Purchaser, and the heirs, successors and assigns of Purchaser, the Property.

**TO HAVE AND TO HOLD** the same, together with all and singular the tenements, hereditaments and appurtenances thereunto belonging or in any wise appertaining, forever, **WITHOUT WARRANTY** of title thereto.

**IN WITNESS WHEREOF,** the Mortgagee has executed this Mortgagee's Deed at Dallas County, State of Texas, as of the date first above written.

*[signature page follows]*

Securitization: MSCI 2005-IQ9
C-III Loan No.: 700201750
Borrower: GG&A Central Mall Partners, L.P.
Property: 200 SW C Ave., Lawton, OK 73501 (Central Mall Portfolio / Lawton Property)

516953.000166 21283408.1                                                              Mortgagee's Deed

**MORTGAGEE**

IQ9 – 200 SW C AVE, LLC

By: C-III Asset Management LLC, a Delaware limited liability company, its manager

Name: *Francis B. Casanova, II*
FRANCIS B. CASANOVA, II

Title: Servicing Officer

STATE OF TEXAS           )
                         ) ss
COUNTY OF DALLAS         )

Before me, a Notary Public, in and for this state, on this 9th day of October, 2018, personally appeared Francisis B. Casanova, II to me known to be the identical person who executed the within and foregoing instrument, and acknowledged to me that he executed the same as his free and voluntary act and deed for the uses and purposes therein set forth.

NOTARY PUBLIC

TROY W CONCIENNE
Notary ID #129474184
My Commission Expires
June 28, 2021

Securitization: MSCI 2005-IQ9
C-III Loan No.: 700201750
Borrower: GG&A Central Mall Partners, L.P.
Property: 200 SW C Ave., Lawton, OK 73501 (Central Mall Portfolio / Lawton Property)

MORTGAGEE'S DEED

# EXHIBIT "A"

to that certain
Mortgagee's Deed
Dated October 5, 2018

### Description of Mortgages

| | | |
|---|---|---|
| Document: | | Mortgage, Assignment of Leases and Rents, and Security Agreement |
| Date: | | November 22, 2004 |
| Mortgagor: | | GG&A Central Mall Partners, L.P., a Delaware limited partnership |
| Mortgagee(s): | | IXIS Real Estate Capital Inc., (f/k/a CDC Mortgage Capital Inc.) a New York corporation |
| Recorded: | County: | Comanche |
| | Date: | December 15, 2004 |
| | Book: | 4539 |
| | Page: | 285 |

| | | |
|---|---|---|
| Assigned to: | | LaSalle Bank, NA as Trustee for Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2005-IQ9 |
| Date: | | November 22, 2004 |
| Recorded: | Date: | May 31, 2015 |
| | Book: | 4687 |
| | Page: | 20 |

| | | |
|---|---|---|
| Assigned to: | | U.S. Bank, National Association as Trustee, as Successor-in-interest to Bank of America, N.A, as Trustee, Successor-by-merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Capital I Inc., Commercial Mortgage Pass-Through Certificates, Series 2005-IQ9 |
| Date: | | November 14, 2014 |
| Recorded: | Date: | December 4, 2014 |
| | Book: | 7309 |
| | Page: | 26 |

| | | |
|---|---|---|
| Assigned to: | | IQ9 – 200 SW C AVE LLC |
| Date: | | October 3, 2018 |
| Recorded: | Date: | October 4, 2018 |
| | Book: | 8125 |
| | Page: | 151 |

Securitization: MSCI 2005-IQ9
C-III Loan No.: 700201750
Borrower: GG&A Central Mall Partners, L.P.
Property: 200 SW C Ave., Lawton, OK 73501 (Central Mall Portfolio / Lawton Property)

# EXHIBIT "B"

to that certain
Mortgagee's Deed
Dated October 5, 2018

LEGAL DESCRIPTION

**PARCEL 1:**
FROM THE NORTHEAST CORNER OF LOT ONE (1), BLOCK SIXTY-FIVE (65), ORIGINAL TOWNSITE, TO THE CITY OF LAWTON, COMANCHE COUNTY, OKLAHOMA, ACCORDING TO THE RECORDED PLAT THEREOF; WEST ALONG THE NORTH PROPERTY LINE OF BLOCK 65, A DISTANCE OF 192 FEET; THENCE NORTH ON A BEARING OF NORTH 0°0'0" EAST, OF 29 FEET TO THE POINT OF BEGINNING; A DISTANCE THENCE NORTH ON THE SAME BEARING 58 FEET; THENCE EAST A DISTANCE OF 112 FEET; THENCE NORTH A DISTANCE OF 95 FEET; THENCE WEST A DISTANCE OF 56 FEET; THENCE NORTH A DISTANCE OF 6 FEET; THENCE WEST A DISTANCE OF 25.5 FEET; THENCE SOUTHWESTERLY ON A BEARING OF SOUTH 45°0'0" WEST A DISTANCE OF 8.49 FEET; THENCE NORTHWESTERLY ON A BEARING OF NORTH 45°0'0" WEST A DISTANCE OF 34.65 FEET; THENCE NORTHEASTERLY ON A BEARING OF NORTH 45°0'0" EAST A DISTANCE OF 8.84 FEET; THENCE NORTH A DISTANCE OF 72.25 FEET; THENCE WEST A DISTANCE OF 6.25 FEET; THENCE NORTH A DISTANCE OF 145 FEET; THENCE WEST A DISTANCE OF 42 FEET; THENCE NORTH A DISTANCE OF 6 FEET; THENCE WEST A DISTANCE OF 26.25 FEET; THENCE SOUTH A DISTANCE OF 6 FEET; THENCE WEST A DISTANCE OF 90.5 FEET; THENCE NORTH A DISTANCE OF 6 FEET; THENCE WEST A DISTANCE OF 26.25 FEET; THENCE SOUTH A DISTANCE OF 6 FEET; THENCE WEST A DISTANCE OF 42 FEET; THENCE SOUTH A DISTANCE OF 6.84 FEET; THENCE WEST A DISTANCE OF 8.14 FEET; THENCE NORTH A DISTANCE OF 22 FEET; THENCE WEST A DISTANCE OF 21.75 FEET; THENCE SOUTHWESTERLY ON A CURVE BEARING SOUTH 55°24'28" WEST A DISTANCE OF 21.14 FEET; THENCE SOUTH A DISTANCE OF 10 FEET; THENCE WEST A  DISTANCE OF 33.36 FEET; THENCE NORTH A DISTANCE OF 29 FEET; THENCE NORTHWESTERLY ON A BEARING OF NORTH 45°0'0" WEST A DISTANCE OF 34.37 FEET; THENCE NORTH A DISTANCE OF 5.1 FEET; THENCE NORTHWESTERLY ON A BEARING OF NORTH 45°15'07" WEST A DISTANCE OF 43.42 FEET; THENCE WEST A DISTANCE OF 224.83 FEET; THENCE NORTH A DISTANCE OF 4 FEET; THENCE WEST A DISTANCE OF 12 FEET; THENCE SOUTH A DISTANCE OF 3 FEET; THENCE WEST A DISTANCE OF 87.42 FEET; THENCE NORTH A DISTANCE OF 3 FEET; THENCE WEST A DISTANCE OF 11.92 FEET; THENCE SOUTH A DISTANCE OF 4 FEET; THENCE WEST A DISTANCE OF 209.21 FEET; THENCE SOUTHWESTERLY ON A BEARING OF SOUTH 45°17'32" WEST A DISTANCE OF 42.97 FEET; THENCE WEST A DISTANCE OF 94.94 FEET; THENCE SOUTH A DISTANCE OF 11 FEET; THENCE WEST A DISTANCE OF 111.80 FEET; THENCE NORTHWESTERLY ON A BEARING OF NORTH 45°0'00" WEST A DISTANCE OF 8.49 FEET; THENCE WEST A DISTANCE OF 51.96 FEET; THENCE

Securitization:  MSCI 2005-IQ9
C-III Loan No.: 700201750
Borrower:  GG&A Central Mall Partners, L.P.
Property:  200 SW C Ave., Lawton, OK 73501 (Central Mall Portfolio / Lawton Property)

SOUTHWESTERLY ON A BEARING OF SOUTH 45°0'00" WEST A DISTANCE OF 8.49 FEET; THENCE WEST A DISTANCE OF 86.55 FEET; THENCE SOUTH A DISTANCE OF 44.75 FEET; THENCE WEST A DISTANCE OF 37.25 FEET; THENCE SOUTH A DISTANCE OF 61.5 FEET; THENCE EAST A DISTANCE OF 7.75 FEET; THENCE SOUTH A DISTANCE OF 28 FEET; THENCE SOUTHEASTERLY ON A BEARING OF SOUTH 45°0'00" EAST A DISTANCE OF 4.24 FEET; THENCE SOUTH A DISTANCE OF 44.75 FEET; THENCE WEST A DISTANCE OF 18.17 FEET; THENCE NORTHWESTERLY ON A BEARING OF NORTH 45°0'0" WEST A DISTANCE OF 4.24 FEET; THENCE WEST A DISTANCE OF 29.1 FEET; THENCE SOUTHWESTERLY ON A BEARING OF SOUTH 45°0'0" WEST A DISTANCE OF 4.24 FEET; THENCE WEST A DISTANCE OF 24.25 FEET; THENCE SOUTH A DISTANCE OF 132.5 FEET; THENCE EAST A DISTANCE OF 1 FEET; THENCE SOUTH A DISTANCE OF 9.34 FEET; THENCE EAST A DISTANCE OF 30.17 FEET; THENCE NORTH A DISTANCE OF 13.08 FEET; THENCE EAST A DISTANCE OF 21.34 FEET; THENCE SOUTH A DISTANCE OF 55.75 FEET; THENCE EAST A DISTANCE OF 25 FEET; THENCE SOUTH A DISTANCE OF 26 FEET; THENCE EAST A DISTANCE OF 11.75 FEET; THENCE SOUTH A DISTANCE OF 14 FEET; THENCE EAST A DISTANCE OF 66.25 FEET; THENCE NORTH A DISTANCE OF 19 FEET; THENCE EAST A DISTANCE OF 19.5 FEET; THENCE NORTH A DISTANCE OF 21 FEET; THENCE EAST A DISTANCE OF 101.17 FEET; THENCE SOUTHEASTERLY ON A BEARING OF SOUTH 45°0'0" EAST A DISTANCE OF 8.84 FEET; THENCE EAST A DISTANCE OF 57.33 FEET; THENCE NORTHEASTERLY ON A BEARING OF NORTH 45°0'0" EAST A DISTANCE OF 8.84 FEET; THENCE EAST A DISTANCE OF 20.32 FEET; THENCE SOUTH A DISTANCE OF 45 FEET; THENCE EAST A DISTANCE OF 95.58 FEET; THENCE SOUTH A DISTANCE OF 6 FEET; THENCE EAST A DISTANCE OF 75 FEET; THENCE SOUTH A DISTANCE OF 12.5 FEET; THENCE EAST A DISTANCE OF 43 FEET; THENCE SOUTH A DISTANCE OF 151.59 FEET; THENCE EAST A DISTANCE OF 354 FEET; THENCE NORTH A DISTANCE OF 155.09 FEET; THENCE EAST A DISTANCE OF 164.84 FEET; THENCE SOUTHEASTERLY ON A BEARING OF SOUTH 45°01'19" EAST A DISTANCE OF 18.39 FEET; THENCE EAST A DISTANCE OF 19.83 FEET; THENCE SOUTH A DISTANCE OF 27.5 FEET; THENCE EAST A DISTANCE OF 80.5 FEET; THENCE NORTH A DISTANCE OF 20.42 FEET; THENCE EAST A DISTANCE OF 28.04 FEET; THENCE NORTH A DISTANCE OF 5 FEET; THENCE EAST A DISTANCE OF 90.5 FEET; THENCE SOUTH A DISTANCE OF 5 FEET; THENCE EAST A DISTANCE OF 26.04 FEET; THENCE NORTH A DISTANCE OF 5 FEET; THENCE EAST A DISTANCE OF 43 FEET TO THE POINT OF BEGINNING. THE TRACT OF LAND FORMS A PLOT OF GROUND CONTAINING ALL OF BLOCK 47, AND A PORTION OF EACH OF THE FOLLOWING BLOCKS 46, 48, 49, 63, AND 64, A PORTION OF THE VACATED "D" AVENUE AND THE VACATED "E" AVENUE RIGHT-OF-WAYS: AND A PORTION OF THE VACATED 2ND STREET, 3RD STREET AND 4TH STREET RIGHT-OF-WAYS.

**PARCEL 2:**
FROM THE NORTHEAST CORNER OF LOT ONE (1), BLOCK FORTY-THREE (43), ORIGINAL TOWNSITE, TO THE CITY OF LAWTON, COMANCHE COUNTY,

Securitization: MSCI 2005-IQ9
C-III Loan No.: 700201750
Borrower: GG&A Central Mall Partners, L.P.
Property: 200 SW C Ave., Lawton, OK 73501 (Central Mall Portfolio / Lawton Property)

516953.000166 21283408.1                                                         MORTGAGEE'S DEED

OKLAHOMA, ACCORDING TO THE RECORDED PLAT THEREOF, WESTERLY ALONG THE SOUTH RIGHT-OF-WAY LINE OF "C" AVENUE, ON A BEARING NORTH 90°00'00" WEST A DISTANCE OF 150.00 FEET TO THE POINT OF BEGINNING: THENCE WESTERLY ON A BEARING OF SOUTH 90°00'00" WEST A DISTANCE OF 345.00 FEET; THENCE SOUTHERLY ON A BEARING OF SOUTH 00°00'00" WEST A DISTANCE OF 21.00 FEET; THENCE WESTERLY ON A BEARING OF SOUTH 90°00'00" WEST A DISTANCE OF 865.00 FEET; THENCE NORTHERLY ON A BEARING OF NORTH 00°00'00 EAST A DISTANCE OF 21.00 FEET; THENCE WESTERLY ON A BEARING OF SOUTH 90°00'00 WEST A DISTANCE OF 80.00 FEET; THENCE SOUTHERLY ON A BEARING OF SOUTH 00°00'00" WEST A DISTANCE OF 21.00 FEET; THENCE WESTERLY ON A BEARING OF SOUTH 90°00'00" WEST A DISTANCE OF 422.00 FEET; THENCE SOUTHERLY ON A BEARING OF SOUTH 00°00'00" WEST A DISTANCE OF 549.00 FEET; THENCE EASTERLY ON A BEARING OF NORTH 90°00'00" EAST A DISTANCE OF 127.35 FEET; THENCE SOUTHERLY ON A BEARING OF SOUTH 00°00'00" WEST A DISTANCE OF 220.00 FEET; THENCE EASTERLY ON A BEARING OF NORTH 90°00'00" EAST A DISTANCE OF 9.65 FEET; THENCE SOUTHERLY ON A BEARING OF SOUTH 00°00'00" WEST A DISTANCE OF 228.00 FEET; THENCE WESTERLY ON A BEARING OF SOUTH 90°00'00" WEST A DISTANCE OF 55.00 FEET; THENCE SOUTHERLY ON A BEARING OF SOUTH 00°00'00" WEST A DISTANCE OF 182.57 FEET; THENCE EASTERLY ON A BEARING OF SOUTH 89°46'00" EAST A DISTANCE OF 165.00 FEET; THENCE NORTHERLY ON A BEARING OF NORTH 00°00'00" EAST A DISTANCE OF 366.06 FEET; THENCE EASTERLY ON A BEARING OF NORTH 90°00'00" EAST A DISTANCE OF 266.10 FEET; THENCE SOUTHERLY ON A BEARING OF SOUTH 00°00'00" WEST A DISTANCE OF 366.85 FEET; THENCE EASTERLY ON A BEARING OF SOUTH 89°46'00" EAST A DISTANCE OF 1198.12 FEET; TO A POINT OF CURVATURE; THENCE NORTH-EASTERLY ALONG THE ARC OF A CIRCLE OF RADIUS 150°, A DISTANCE OF 236.22 FEET; TO A POINT OF TANGENCY; THENCE NORTHERLY ON A BEARING OF NORTH 00°00'00" EAST TO A POINT OF CURVATURE A DISTANCE OF 905.14 FEET; THENCE NORTH-WESTERLY ALONG THE ARC OF A CIRCLE OF RADIUS 150°, A DISTANCE OF 235.619 FEET TO THE POINT OF BEGINNING. LESS AND EXCEPT PARCEL 1 DESCRIBED ABOVE:

**PARCEL 3:**
BEGINNING AT A POINT 60 FEET NORTH OF THE SOUTH LINE AND 564.79 FEET WEST OF THE SOUTHEAST CORNER OF THE NORTHWEST QUARTER (NW/4) OF SECTION THIRTY-TWO (32),TOWNSHIP TWO (2) NORTH, RANGE ELEVEN (11) WEST OF THE INDIAN MERIDIAN, COMANCHE COUNTY, OKLAHOMA; THENCE WEST AND PARALLEL TO SAID SOUTH LINE OF A DISTANCE OF 200 FEET; THENCE NORTH AND PARALLEL TO THE EAST LINE OF SAID NW/4 FOR A DISTANCE OF 300 FEET; THENCE EAST AND PARALLEL TO THE SOUTH LINE OF SAID NW/4 FOR A DISTANCE OF 200 FEET; THENCE SOUTH AND PARALLEL TO SAID EAST LINE FOR A DISTANCE OF 300 FEET TO POINT OF BEGINNING.

Securitization: MSCI 2005-IQ9
C-III Loan No.: 700201750
Borrower: GG&A Central Mall Partners, L.P.
Property: 200 SW C Ave., Lawton, OK 73501 (Central Mall Portfolio / Lawton Property)

516953.000166 21283408.1                                                                                                    MORTGAGEE'S DEED

# EXHIBIT "C"

to that certain
Mortgagee's Deed
Dated October 5, 2018

| Name | Document Evidencing Interest |
|---|---|
| GG&A Central Mall Partners | Mortgage, Assignment of Leases and Rents, and Security Agreement |
| Gregory Greenfield | Guaranty |

Securitization: MSCI 2005-IQ9
C-III Loan No.: 700201750
Borrower: GG&A Central Mall Partners, L.P.
Property: 200 SW C Ave., Lawton, OK 73501 (Central Mall Portfolio / Lawton Property)

516953.000166 21283408.1                                                                 MORTGAGEE'S DEED