| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 **SEARS, ROEBUCK AND CO.** | |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: **Southern** District of **NY** | |
| Case number **18-23537-11** | |

Official Form 410

# Proof of Claim 4/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503. Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both 18 U. S. C §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1: Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | _____**Cypress - Fairbanks ISD**_____ <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor _____ |
| 2. Has this claim been acquired from someone else? | ☑ No <br> ☐ Yes From whom? _____ |
| 3. Where should notices and payments to the creditor be sent? Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? <br><br> LINEBARGER GOGGAN BLAIR & SAMPSON, LLP <br> PO BOX 3064 <br> HOUSTON, TX 77253-3064 <br> (713) 844-3400 <br><br> houston_bankruptcy@publicans.com <br><br> Uniform claim identifier for electronic payments in chapter 13 (if you use one): _____ <br><br> Where should payments to the creditor be sent? (If different) |
| 4. Dos this claim amend one already filed? | Yes. Claim number 4348 on court claims registry Filed on 10/23/18 |
| 5 Do you know if anyone else has filed a proof of claim for this claim? | ☑ No <br> ☐ Yes Who made the earlier filing? _____ |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☐ No<br>☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____<br>**SEE ATTACHED EXHIBITS** |
| 7. How much is the claim? | $___$50.40_____ Does this amount include interest or other charges?<br>Yes. See attached statement itemizing interest, fees, expenses or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br>_____**AD VALOREM TAXES-** 1st Amendment_____ |
| 9. Is all or part of the claim secured? | ☐ No<br>☑ Yes. The claim is secured by a lien on property.<br><br>　　☐ Real Estate. If claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this Proof of Claim.<br>　　☐ Motor Vehicle<br>　　☑ Other. Describe: _____ **SEE ATTACHED EXHIBITS** _____<br><br>Basis for perfection: Secured by Tax Lien §§ 32.01 and 32.05 of the Texas Property Tax Code. Secured claim to extent of collateral value. Unsecured Priority claim [11 U.S.C. 507 (a)(8)] to extent of any shortfall in collateral value and for personal liability. Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property:　　　　　　　　　　　　　$__ **SEE ATTACHED EXHIBITS** __<br>Amount of the claim that is secured:　　　　　$__$50.40__<br>Amount of the claim that is unsecured:　　　　$_____(The sum of the secured and unsecured amounts should match the amount in line 7<br><br>Amount necessary to cure any default as of the date of the petition:$_ $50.40___<br><br>Annual Interest Rate (when case was filed) _12%_<br>☑ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ☑ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |
| 11. Is this claim subject to a right of setoff? | ☑ No<br>☐ Yes. Identify the property: _____ |

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?  A clam may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No  ☐ Yes. *Check one:*  ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).  ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).  ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).  ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies  *Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | $_____  $_____  $_____  $_____  $_____  $_____ |

### Part: 3    Sign Below

| The person completing this proof of claim must sign and date it. FRBP 9011(b).  If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.  A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571. | *Check the appropriate box*  ☐ I am the creditor.  ☑ I am the creditor's attorney or authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004  ☐ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005.  I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.  I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.  Executed on date    7/9/2019  /s/John P. Dillman  Print the name of the person who is completing and signing this claim:  Name :    John P. Dillman  Title :    Attorney TXBN 05874400  Company :   LINEBARGER GOGGAN BLAIR & SAMPSON, LLP  Address :   PO BOX 3064  HOUSTON, TX 77253-3064  (713) 844-3400             houston_bankruptcy@publicans.com |

**DELINQUENT TAX STATEMENT SUMMARY**
**CYPRESS-FAIRBANKS**



**DAVID PIWONKA**
**CYPRESS-FAIRBANKS ISD TAX ASSESSOR - COLLECTOR**
10494 JONES RD, SUITE 106
HOUSTON, TEXAS 77065
(281) 664-6300

**Certified Owner:**
**SEARS HOME APPLIANCE SHOWROOM**
**JABEZ LLP**
**20180 PARK ROW DR**
**KATY, TX  77449-4913**

**Legal Description:**
Business Personal Property
CMP F&F M&E

**Account No: 224-649-2**         Appr. Dist. No.: 2246492

Legal Acres: .0000
Parcel Address: 25704 NORTHWEST FWY

As of Date: 10/20/2018         Print Date: 07/09/2019     Printed By: MONICA_CFISI

| Year | Tax Units | Remaining Levy | IF PAID BY October 31, 2018 | | IF PAID BY November 30, 2018 | | IF PAID BY December 31, 2018 | |
|---|---|---|---|---|---|---|---|---|
| | | | Penalty Interest | Total | Penalty Interest | Total | Penalty Interest | Total |
| 2018 | 1 | $50.40 | $0.00 | $50.40 | $0.00 | $50.40 | $0.00 | $50.40 |
| **TOTAL AMOUNT DUE:** | | **$50.40** | $0.00 | **$50.40** | $0.00 | **$50.40** | $0.00 | **$50.40** |

**Tax Unit Codes:**
1    CYPRESS-FAIRBANKS ISD

*FOR CREDIT CARD, E-CHECK PAYMENTS, GO TO WWW.CFISDTAX.COM.*
IF THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE TAX COLLECTOR FOR THE CYPRESS-FAIRBANKS ISD TAX OFFICE REGARDING A RIGHT YOU MAY HAVE TO ENTER INTO AN INSTALLMENT AGREEMENT DIRECTLY WITH THE TAX COLLECTOR FOR THE CYPRESS-FAIRBANKS ISD TAX OFFICE FOR THE PAYMENT OF THESE TAXES.

*IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.*

--------------------------------------------------------------------------------

PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT

31.1.30

Print Date: 07/09/2019                                   Appr. Dist. No.: 2246492

**PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE PAYABLE TO:**

DAVID PIWONKA, TAX ASSESSOR-COLLECTOR

*2246492*

224-649-2

SEARS HOME APPLIANCE SHOWROOM
JABEZ LLP
20180 PARK ROW DR
KATY, TX  77449-4913

| If Paid By | Amount Due |
|---|---|
| October 31, 2018 | $50.40 |
| November 30, 2018 | $50.40 |
| December 31, 2018 | $50.40 |
| Amount Paid: | $            . |

5000000000022464928 2018        0000005040