FORMAN HOLT
Michael J. Connolly, Esq.
365 West Passaic Street, Suite 400
Rochelle Park, NJ 07662
Phone:  (201) 845-1000
Fax:     (201) 655-6650
Email:  mconnolly@formanlaw.com

Attorneys for Margaret and Michael Reheis

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re                                                             :
                                                                  : Chapter 11
SEARS HOLDINGS CORPORATION, et al.,        :
                                                                  : Case No. 18-23538 (RDD)
                                                                  :
        Debtors.  :                                               : (Jointly Administered)
                                                                  :
                                                                  :
----------------------------------------------------------------x


## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

THIS MATTER, having been presented to the Court by Forman Holt, counsel for Michael and Margaret Reheis, on motion for relief from the automatic stay, due and adequate notice having been given, and the Court having considered the papers submitted and arguments presented, and for good cause having been shown,

IT IS HEREBY ORDERED as follows:

1. The automatic stay is hereby modified solely to the extent necessary to permit the continuation and/or settlement of the Movants' actions against the Debtors in the Superior Court of New Jersey, Essex County, Law Division (Docket No. ESX-L-2426-17; provided, however, that Movants (a) may only recover damages from the proceeds of applicable insurance policies;

F0057068 - 1

and (b) shall not attempt to execute or enforce against the Debtors or their estates any judgment or settlement that they may obtain.

Dated: _____, 2019
       White Plains, New York

                                                THE HONORABLE ROBERT D. DRAIN
                                                UNITED STATES BANKRUPTCY JUDGE