UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br><u>CERTIFICATE OF SERVICE</u> |

I, Brendan Cyr, an attorney admitted to practice in the State of New York, and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 3rd day of July, 2019, the Supplemental Reply Memorandum of Law on Behalf of ESL Investments, Inc. in Further Support of its Requests to Determine the Amount of its Second Lien Secured Claims Under Section 506(a) and its Section 507(b) Administrative Claims Pursuant to Bankruptcy Rule 3012; and in Opposition to the Debtors' Motion to Surcharge its Collateral Pursuant to Section 506(c) and the Common Reply Memorandum of Law on Behalf of the Second Lien Parties: (A) in Further Support of their Requests to Determine the Amount of their Second Lien Secured Claims Under Section 506(a) and their Section 507(b) Administrative Claims Pursuant to Bankruptcy Rule 3012; and (B) in Opposition to Debtors' Motion to Surcharge their Collateral Pursuant to Section 506(c), were served by email upon:

> Ray.Schrock@weil.com; garrett.fail@weil.com; sunny.singh@weil.com;
> JeriLeigh.Miller@weil.com ; jessica.liou@weil.com;
> Paloma.VanGroll@weil.com; Jared.Friedmann@weil.com;
> Jessie.Mishkin@weil.com; cprice@milbank.com; RLiubicic@milbank.com;
> Paul.Leake@skadden.com; Shana.Elberg@skadden.com;
> George.Howard@skadden.com; KDWBankruptcyDepartment@KelleyDrye.com;
> bfeder@kelleydrye.com; gadsden@clm.com; bankruptcy@clm.com;
> Dennis.roemlein@bnymellon.com; braynor@lockelord.com;

asmith@lockelord.com; idizengoff@akingump.com; pdublin@akingump.com; aqureshi@akingump.com; sbrauner@akingump.com; emfox@seyfarth.com; sparadise@seyfarth.com; nhowell@seyfarth.com; OWolfe@seyfarth.com

Dated: New York, New York
July 12, 20 19

                                                /s/Brendan Cyr
                                                Brendan Cyr