BRIAN COKE NG
40 Ann Street
New York, N.Y. 10038

**Mailing Address:**
Church Street Station
P.O. Box 2723
New York, N.Y 10008
Phone: (646) 820.9238
Fax:    (646) 820.9238
Email: Briancng38@gmail.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

In re                                          :        Chapter 11
                                               :
SEARS HOLDINGS CORPORATION, et al.,            :        Case No. 18-23538 (RDD)
                                               :
        Debtors.:                              :        (Jointly Administered)
                                               :
                                               :
                                               :
                                               :
                                               :
----------------------------------------------------------------x


### STATUS ON MOTION TO LIFT THE AUTOMATIC STAY (DOCKET No. 1006) STATUS ON PROOF OF CLAIM and OBJECTION TO THE DEBTORS EMAIL NOTICE DATED JUNE 27, 2019, TO WHICH DEMANDING WITHDRAWAL OF ADVERSARY COMPLAINT AGAINST SEARS DEBTORS (Adv. Pro. No. 19-08269)


**TO:    HONORABLE ROBERT D. DRAIN,**
**         UNITED STATES BANKRUPTCY JUDGE**

As medically unable to appear for the instant hearing of July 11, 2019, I Brian Coke Ng,

creditor in the above captioned chapter 11 proceedings respectfully submit and give status on the

motion to lift the automatic stay (ECF Docket No. 1006), status on the proof of claim filed on

March 1, 2019, and further submit objection to the debtors Email Notice dated June 27, 2019, to

which demanding a withdrawal of adversary complaint dated June 17, 2019, against Sears

debtors (Adv. Pro. No. 19-08269).

## THIS COURT ORDER DATED FEBRUARY 28, 2019 (Doc 2723)

1.      Upon motion filed on November 30, 2018 (ECF Docket No.1006) requesting relief from the automatic stay, and upon the objection of the debtors dated January 11, 2019 (ECF Docket No. 1547) and upon the reply of Brian Coke Ng dated January 18, 2019 (ECF Docket No. 1721) and upon the record of the hearing held by this Court on the motion on February 14, 2019, this Court had issued an Order, in separate parts on quote:

"1. The motion is denied with respect to the civil action currently pending in the United States District Court for the Southern District of New York, captioned Brian Coke Ng v. Kmart Pharmacy et. Al., Case No. 18-CV-9373 (AJN)(BCM), without prejudice to the movant's rights to seek relief from the automatic stay with respect to such action upon materially different circumstances than existed on the date of the hearing."

"2.      The motion is adjourned to a date to be determined and scheduled by Mr. Ng with this Court with respect to the claim referred to in the Motion as Action #2."

"3.      This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order."

2.      I understood the circumstances during the hearing, to which the motion had been Ordered adjourned by this honorable Court, and had construed that the motion is "adjourned to a date to be determined and scheduled" by only **BRIAN COKE NG** with this Court with respect to the Claim referred to in the motion as action #2. I felt honored to follow the guidance and direction of this Court provided at the hearing held on February 14, 2019, to file a proof of claim.

After the filing of the proof of claim. I have not yet determine a date to schedule a hearing with this Court, with respect to the claim referred to in the motion as Action #2, that is, because the debtors and their attorneys had been busy engaging in bad faith, and over the time they have been displaying various unproductive tactics to hinder and delay any possible process for creating or tabling an estimate of the proof of claim, a possible peaceful resolution, and clearly avoiding any possible productive communications, and as for a positive outcome, to which this Court was contemplating while providing meaningful and helpful guidance and direction during the hearing held on February 14, 2019. As for evidence, this Court may see the various emails communications and those bad faith ones from the debtors attorneys, shown and attached hereto.

## HEARING HELD ON FEBRUARY 14, 2019

3.      At the hearing held on February 14, 2019, I was on several medications and medical treatments and could hardly barely keep up as a result of medical challenges and side effects from the medicines. See all medicines I was prescribed to at **Exhibit (1)** hereto. I had medical challenges, to which includes Asthma attacks, emotional distress, stress, depression, and headaches. I can recalled during the time getting very emotional at times and found it very hard to even keep myself together to suppress and avoid crying over the very painful circumstances that I must now bear, just for my medical records.

4.      In addressing the second portion of the motion with respect to the claim referred to in the motion as Action #2, this Court may recalled that I had advised and informed this Court that the medical records in question were created with alterations and falsifications in November 2018, and I specifically says November 6, 2018, even at the periods of my ongoing emotional distress and medical challenges. Then, this Court had clearly advised and stated that there's an administrative claims bar date that was going to be set, and that the Claim that I am presenting

would be a Post-Petition Claim. Shortly thereafter, I was going to make a statement pertaining to a separate event that had occurred in August 2018. but I was not able to complete what I really wanted to say to the court during the time. In fact, there were moments of confusion,  because the August 2018, events is a totally separate matter and occurrences to which must deal with separately. The November 6, 2018, events and occurrences is actually the epicenter, central point and main course of the claim. During the confusion, this court also stated that, if its August 2018, it's pre-petition, and that there's going to be a bar date and that I needed to comply with the bar date and file a proof of claim.

5.    Also, during the hearing held on February 14, 2019, this court had indicated that, upon filing of the proof of claim. the debtors will have a better idea of what the claim is about. I had honestly hold on those statements and believe it to simply mean that this court reflects and identified both the Post-Petition Claims. and the Pre-Petition Claims as separate occurrences and separate matters that must be deal with separately and/or accordingly, and I further construed that, in any event, it was important to comply with the bar date and file a proof of claim reflecting both the Post-Petition Claims, and the Pre-Petition Claims.

## THE POST-PETITION CLAIM OF NOVEMBER 6, 2018

**How The Claim Arose, and What The Claim Is Based On**

6.    My Post-Petition Claims are pretty straight forward and clear to the eyes, in that, **(a)** The debtors have an obligation and duty to give me my  medical records as each fully described in the Judicial Subpoena dated June 29, 2018, **(b)** On September 20, 2018, the debtors had advised and informed the Supreme Court of the State of New York, New York County, that they had complied with the Judicial Subpoena dated June 29, 2018, after they had provided records on August 22, 2018 and August 27, 2018, respectively. **See attachments at Exhibit (2).**

7.    On November 6, 2018, the debtors had created/produced additional medical records via fax, to which had never before seen and absolutely new to my eyes, and to the court's eyes. Specifically, this was significantly shocking and alarming on more than one fronts, including the obvious fact, that the debtors and their attorneys had lied and misled the honorable Supreme Court of the States of New York, County of New York, and did the very same things to me. At which point, on November 6, 2018, when such things was revealed to me and I realized that it was really apparent, noticeable, obvious and clear that the debtors had willfully and maliciously hindered and delayed those medical records to render and create them bearing various alterations and falsifications on November 6, 2018. Notably, I still do not receive the totality of my medical records as they either were willfully and maliciously destroyed and/or ruined and/or corrupted.

8.    As a consequence, I became sick of those kinds of conduct and eventful things that had occurred on November 6, 2018, and developed stress, emotional distress and asthma attack, due to those stressful situations and the kind of workup I was forced to engaged into, so to try to investigate those kinds of matters, including the fraud, fabrication, dishonesty, lies and deception. I then was made to received hospital treatments and care on December 22, 2018. I was given medications and anti-emetics and treated for the stress, anxiety, depression, nausea, vomiting, and new onset diabetes and was placed on strict diabetic diet and medications. I was also advised by the doctors that the continued stress and anxiety had been affecting my blood sugar and that medical research and medical studies and findings show a link between these kinds of anxiety and glucose levels. In fact, during such time, my blood glucose levels had reached a stunning several hundreds over the normal and tremendously high. My post-petition claims should not be misconstrued, misinterpreted or misunderstand by the debtors.

## PROOF OF CLAIM

9.      I respectfully relied on this court guidance and direction and filed a proof of claim on March 1, 2019. It is currently on the debtors claims register and marked claim #9234. I certainly believe that I must followed this court guidance and direction and filed the proof of claim to: **(a)** to give the debtors an opportunity and a better idea of what the claim is about; **(b)** for the claim to be reasonably liquidated, for an amount agreed on by the parties; and **(c)** for the motion to be in an adjournment to facilitate the parties good faith approach to liquidate the claim, and to avoid any ambiguity as to the appropriate result here in this Court.

10.      It should be a reminder, and certainly noted, that this court did not grant or deny the second portion of the motion. At the hearing on February 14, 2019, this court had indicated that it did not know enough about the claim at that point. because it don't have anything that really lays out the claim in writing. and so, this court then gave guidance and direction to file the proof of claim.

## THE DEBTORS BAD FAITH AND EMAILS

11.      I had took good faith steps and made contact with the debtors attorneys after the proof of claim was filed. During the initial telephone conversation in early April 2019,  the debtors attorneys had promised to send me an email of a letter from the debtors, to reflect a formal response to my proof of claim. but had further indicated that such letter was being review by another department before it could be sent to me. However, I never ever received any such letter via email from the debtors or their attorneys. But shortly thereafter, I saw the status of the proof of claim on the debtors claims register marked and labeled "contingent" "unliquidated" and "disputed". Such status was in a direct conflict with the hearing held on February 14, 2019.

12.    In an email dated April 12, 2019, from the debtors attorneys, I was been advised, in separate parts, on quote: " *the debtors do not believe that you have a right to payment for a post petition claim, the debtors are not permitted to make payment on prepetition claims. The debtors have not yet evaluated all of the thousands of claims that were filed in these cases and the amount that may be available for distributions to prepetition creditors is currently undetermined."*

13.    In another email dated April 12, 2019, from the debtors attorneys, I was been advised, in separate parts, on quote: " *We are very unlikely to agree to a resolution that involves payment to you in the short term.*"

14.    Shortly thereafter, it was noted that, there were no consent or mutual agreement by the parties for any scheduling of any hearing with this court on April 18, 2019, or May 21, 2019. In another email dated April 17, 2019, from the debtors attorneys, I was been advised, in separate parts, on quote: " *Please confirm that you are planning on attending the hearing tomorrow. If you prefer, we can adjourn that to the next hearing on May 21st. Please let us know.*"

## COMMUNICATION BROKE DOWN BETWEEN THE PARTIES

15.    In another email dated April 17, 2019, from the debtors attorneys, I was been advised, in separate parts, on quote: "*We will take your motion off of the calendar and we will not put it back on an agenda unless you file something else with the court. We will respond, as necessary, to any further pleadings. Please refrain from communicating with us outside of that process in the interim.*"

16.    As a result of the above stated facts, I was forced by the debtors and their attorneys to engage in their challenge. The debtors and their attorneys had literally facilitated and encouraged the steps taken with respect to the adversay proceeding (Case # 19-08269) to which was filed with this court on June 17, 2019. The debtors and their attorneys had promised me, that "*We will respond, as necessary, to any further pleadings.*"

17.    In another email dated June 27, 2019, from the debtors attorneys, I was been advised, in separate parts, on quote: " *We note that you filed an adversary complaint against the sears debtors (Adv. Pro. No. 19-08269). The complaint mirrors your prepetition proof of claim and "Action #2" that you reference in your pending motion to lift the automatic stay (Docket No. 1006). You will recalled that the court did not grant you motion to lift the automatic stay with respect to Action #2 and adjourned your motion with respect to Action #2 until you scheduled a further hearing date. Accordingly, the debtors believe that the filing of your complaint is a violation of the automatic stay and therefore is void. The debtors hereby request that you withdraw your complaint promptly. If the complaint is not withdrawn, the debtors will advise the Bankruptcy Court of the status of this matter at the next scheduled hearing on July 11th. All rights of the debtors are reserved.*"

18.    See copies of the series of emails tread, email chain, and mailing streaming of the long dialogs between the parties, attached hereto as **Exhibit (3)**.

Therefore, for all the reason(s) stated above, the debtors email notice, dated June 27, 2019, to which demanding withdrawal of the adversary complaint against the sears debtors (Adv. Pro. No. 19-08269) is hereby objected and rejected in its totality and entirety. Additionally, the scheduled hearings on July 11, 2019, is <u>not</u> appropriately in place or position for this instant hearing by the debtors. The debtors are required to answer or file a motion to the Summons and

Complaint dated June 17, 2019. This court has already scheduled a pretrial conference and hearing for August 14, 2019.  However, upon this submission currently before this court, if this court will determine otherwise, then as part of any alternative to this ongoing matter,  I hereby respectfully request that this court also issued an Estimate of my Post Petition Claim to which presented in my proof of claim. Section 502 (c) of the Bankruptcy Code mandates the estimation "for purposes of allowance" of almost any contingent or unliquidated claim where failure to do so "would unduly delay the administration of the case.", and that Brian Coke Ng be granted such other relief to which he may be entitled, and as just and proper.

Respectfully Submitted,

Dated: New York, New York

July 11, 2019

All Prepare for, upon request of
BRIAN COKE NG
40 Ann Street
New York, NY 10038
**Mailing Address For All Mails:**
Church Street Station, P.O.
Box 2723, New York,
New York, 10008
Tel: (646) 820-9238
Email: Briancng38@gmail.com

BRIAN COKE NG
40 Ann Street
New York, N.Y. 10038

**Mailing Address:**
Church Street Station
P.O. Box 2723
New York, N.Y 10008
Phone: (646) 820.9238
Fax:    (646) 820.9238
Email: Briancng38@gmail.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, et al., | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors.: | : | (Jointly Administered) |
| | : | |
| | : | JUDGE:  Hon. Robert D. Drain |
| | : | |
| | : | |
| | : | |

----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2019 a true and correct copy of the foregoing documents has

been served upon the following parties listed on the annexed **Exhibit A** via email, and in the

manner indicated thereon.

New York, New York        .

Dated: July 11, 2019

Brian Coke Ng

## EXHIBIT A

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Alston & Bird LLP | Attn: James J. Vincequerra | James.Vincequerra@alston.com |
| Alston & Bird LLP | Attn: Leib M. Lerner | leib.lerner@alston.com |
| Ansell Grimm & Aaron, P.C. | Attn: Anthony J. D'Artiglio, Esq. | ajd@ansellgrimm.com |
| ASK LLP | Attn: Edward E. Neiger, Jennifer A. Christian | eneiger@askllp.com<br>jchristian@askllp.com |
| Ballard Spahr LLP | Attn: Dustin P. Branch | branchd@ballardspahr.com |
| Ballard Spahr LLP | Attn: Paul E. Harner, Alyssa E. Kutner | harnerp@ballardspahr.com<br>kutnera@ballardspahr.com |
| Ballard Spahr LLP | Attn: Leslie C. Heilman, Matthew G. Summers | heilmanl@ballardspahr.com<br>summersm@ballardspahr.com |
| Ballard Spahr LLP | Attn: David L. Pollack | pollack@ballardspahr.com |
| Barclay Damon LLP | Attn: Kevin M. Newman | knewman@barclaydamon.com |
| Bayard, P.A. | Attn: Evan T. Miller | emiller@bayardlaw.com |
| Bell Nunnally & Martin LLP | Attn: Russell W. Mills, R. Kent Love | rmills@bellnunnally.com<br>klove@bellnunnally.com |
| Bialson, Bergen & Schwab | Attn: Lawrence M. Schwab, Thomas M. Gaa | Tgaa@bbslaw.com |
| Blank Rome LLP | Attn: Jeffrey Rhodes | JRhodes@BlankRome.com |
| Blank Rome LLP | Attn: Stanley B. Tarr, Evan J. Zucker | Tarr@BlankRome.com<br>EZucker@BlankRome.com |
| Borges & Associates, LLC | Attn: Wanda Borges, Esq., Sue L. Chin, Esq. | bankruptcy@borgeslawllc.com<br>wborges@borgeslawllc.com<br>schin@borgeslawllc.com |
| Brach Eichler LLC | Attn: Anthony M. Rainone | arainone@bracheichler.com |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | schristianson@buchalter.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Cafaro Management Company | Attn: Richard T. Davis | rdavis@cafarocompany.com |
| Cahill Gordon & Reindel LLP | Attn: Joel H. Levitin, Richard A. Stieglitz Jr. | jlevitin@cahill.com<br>rstieglitz@cahill.com |
| Carter Conboy Case Blackmore Maloney & Laird, P.C. | Attn: Michael J. Catalfimo, Esq., John R. Canney, IV, Esq. | mcatalfimo@carterconboy.com |
| Carter Ledyard & Milburn LLP | Attn: James Gadsden, Esq. | gadsden@clm.com<br>bankruptcy@clm.com<br>Dennis.roemlein@bnymellon.com |
| Certilman Balin Adler & Hyman, LLP | Attn: Richard J. McCord, Esq., Robert D. Nosek, Esq. | rmccord@certilmanbalin.com<br>rnosek@certilmanbalin.com |
| Chapman and Cutler LLP | Attn: Laura E. Appleby, Steven Wilamowsky | appleby@chapman.com<br>wilamowsky@chapman.com |
| Chiesa Shahinian & Giantomasi PC | Attn: Beth J. Rotenberg, Scott A. Zuber | brotenberg@csglaw.com<br>szuber@csglaw.com |
| Choate, Hall & Stewart LLP | Attn: Kevin J. Simard, Jonathan D. Marshall | ksimard@choate.com<br>jmarshall@choate.com |
| Choi & Park, LLC | Attn: Hyun Suk Choi, Chull S. Park | hchoi@choiandpark.com<br>cpark@choiandpark.com<br>lkleist@choiandpark.com |
| Chuhak & Tecson, P.C. | Attn: Miriam R. Stein | mstein@chuhak.com |
| CKR Law LLP | Attn: Edward L. Schnitzer | eschnitzer@ckrlaw.com |
| Clark Hill Strasburger | Attn: Duane J. Brescia | duane.brescia@clarkhillstrasburger.com |
| Clark Hill, PLC | Attn: David M. Blau | dblau@clarkhill.com |
| Cleary, Gottlieb, Steen & Hamilton LLP | Attn: Sean A. O'Neal, James L. Bromley, Andrew Weaver | soneal@cgsh.com<br>jbromley@cgsh.com<br>aweaver@cgsh.com |
| Computershare Trust Company, N.A. | Attn: Michael A. Smith, Vice President – Corporate Trust | Michael.smith2@computershare.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Connolly Gallagher LLP | Attn: Karen C. Bifferato, Kelly M. Conlan, N. Christopher Griffiths | kbifferato@connollygallagher.com<br>kconlan@connollygallagher.com<br>cgriffiths@connollygallagher.com |
| Cozen O'Connor | Attn: Marl E. Felger | mfelger@cozen.com |
| Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro | pzumbro@cravath.com |
| Davidoff Hutcher & Citron LLP | Attn: David H. Wander, Esq. | dhw@dhclegal.com |
| Davis Polk & Wardwell LLP | Attn: Marshall S. Huebner, Esq, Eli J. Vonnegut, Esq. | marshall.huebner@davispolk.com<br>eli.vonnegut@davispolk.com<br>sears.service@davispolk.com |
| Debevoise & Plimpton LLP | Attn: Erica S. Weisgerber, My Chi To | mcto@debevoise.com<br>eweisgerber@debevoise.com |
| Environmental Protection Agency | Attn: Matthew Leopold, General Counsel | Leopold.matt@Epa.gov |
| Epicor Software Corporation | Attn: Larry Bercovich | lbercovich@epicor.com |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Attn: Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| FisherBroyles, LLP | Attn: Mark E. Wilson | mark.wilson@fisherbroyles.com |
| FisherBroyles, LLP | Attn: Patricia B. Fugée | patricia.fugee@fisherbroyles.com |
| Foley & Lardner LLP | Attn: Derek L. Wright | dlwright@foley.com |
| Foley & Lardner LLP | Attn: Michael Smail | msmall@foley.com |
| Fox Rothschild LLP | Attn: Paul J. Labov | plabov@foxrothschild.com |
| Fox Rothschild LLP | Attn: Thomas M. Horan | thoran@foxrothschild.com |
| Fox Rothschild, LLP | Attn: Mark E. Hall, Michael R. Herz | mhall@foxrothschild.com<br>mherz@foxrothschild.com |
| Fried, Frank, Harris, Shriver & Jacobson LLP | Attn: Brad Eric Scheler, Scott B. Luftglass, Peter B. Siroka | brad.eric.scheler@friedfrank.com<br>scott.luftglass@friedfrank.com<br>peter.siroka@friedfrank.com |
| Frost Brown Todd LLC | Attn: Ronald E. Gold & AJ Webb | rgold@fbtlaw.com<br>awebb@fbtlaw.com |

3

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Frost Brown Todd LLC | Attn: Edward M. King | tking@fbtlaw.com |
| Fultz Maddox Dickens PLC | Attn: Phillip A. Martin, Laura M. Brymer | pmartin@fmdlegal.com<br>lbrymer@fmdlegal.com |
| Gellert Scali Busenkell & Brown LLC | Attn: Gary F. Seitz | gseitz@gsbblaw.com |
| Gibbons P.C. | Attn: Brett S. Theisen, Natasha M. Songonuga | btheisen@gibbonslaw.com<br>nsongonuga@gibbonslaw.com |
| Gibbons P.C. | Attn: Howard A. Cohen | hcohen@gibbonslaw.com |
| Godfrey & Kahn, S.C. | Attn: Timothy F. Nixon | tnixon@gklaw.com |
| Golenbock Eiseman Assor Bell & Peskoe LLP | Attn: Jonathan L. Flaxer, Esq., Michael S. Weinstein, Esq. | jflaxer@golenbock.com<br>mweinstein@golenbock.com |
| Goodwin Procter LLP | Attn: Barry Z. Bazian | gfox@goodwinlaw.com<br>bbazian@goodwinlaw.com |
| Goulston & Storrs PC | Attn: Douglas B. Rosner | drosner@goulstonstorrs.com |
| Goulston & Storrs PC | Attn: Trevor R. Hoffmann | thoffmann@goulstonstorrs.com |
| Greer, Herz & Adams, LLP | Attn: Frederick Black, Tara B. Annweiler, Marc D. Young | tannweiler@greerherz.com |
| Hahn & Hessen LLP | Attn: Janine M. Figueiredo, Esq. | jfigueiredo@hahnhessen.com |
| Halperin Battaglia Benzija, LLP | Attn: Donna H. Lieberman, Esq. | dlieberman@halperinlaw.net |
| Hanesbrands Inc | Attn: Joia Johnson, Chief Administrative Officer and General Counsel | joia.johnson@hanes.com<br>howard.upchurch@hanes.com |
| Harris Beach PLLC | Attn: Kevin Tompsett, Esq. | ktompsett@harrisbeach.com |
| Herrick, Feinstein LLP | Attn: Stephen B. Selbst | sselbst@herrick.com |
| Higgs Fletcher & Mack LLP | Attn: Martin A. Eliopulos, Esq. | elio@higgslaw.com |
| Holland & Knight LLP | Attn: Barbra R. Parlin | barbra.parlin@hklaw.com |
| Hunton Andrews Kurth LLP | Attn: Brett L. Gross | bgross@HuntonAK.com |

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Husch Blackwell LLP | Attn: Lynn H. Butler | lynn.butler@huschblackwell.com |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Judith Elkin PLLC | Attn: Judith Elkin | elkinj@mac.com |
| Kelley Drye & Warren LLP | Attn: Eric R. Wilson, Esq., Benjamin D. Feder, Esq., T. Charlie Liu, Esq. | KDWBankruptcyDepartment@KelleyDrye.com<br>bfeder@kelleydrye.com<br>cliu@kelleydrye.com |
| Klestadt Winters Jureller Southard & Stevens, LLP | Attn: Sean C. Southard, Lauren C. Kiss | ssouthard@klestadt.com<br>lkiss@klestadt.com |
| Kurtzman \| Steady, LLC | Attn: Jeffrey Kurtzman | kurtzman@kurtzmansteady.com |
| Langley & Banack, Incorporated | Attn: David S. Gragg | dgragg@langleybanack.com |
| Lasser Hochman, L.L.C. | Attn: Richard L. Zucker | rzucker@lasserhochman.com |
| Latham & Watkins LLP | Attn: Marc A. Zelina | marc.zelina@lw.com |
| Latham & Watkins LLP | Attn: Peter M. Gilhuly, Ted A. Dillman | peter.gilhuly@lw.com<br>ted.dillman@lw.com |
| Law Office of Gilbert A. Lazarus, PLLC. | Attn: Gilbert A. Lazarus | gillazarus@gmail.com |
| Law Office of Kevin S. Neiman, PC | Attn: Kevin S. Neiman | kevin@ksnpc.com |
| Lazarus & Lazarus, P.C. | Attn: Harlan M. Lazarus | hlazarus@lazarusandlazarus.com<br>harlan.lazarus@gmail.com |
| LeCrairRyan, PLLC | Attn: Ilan Markus and Niclas A. Ferland | ilan.markus@leclairryan.com<br>niclas.ferland@leclairryan.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | houston_bankruptcy@publicans.com |

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Linebarger Goggan Blair & Sampson, LLP | Attn: David G. Aelvoet | sanantonio.bankruptcy@publicans.com |
| Linowes and Blocher LLP | Attn: John T. Farnum, Esq. | jfarnum@linowes-law.com |
| Locke Lord LLP | Attn: Brian A. Raynor, Aaron C. Smith,  David W. Wirt | braynor@lockelord.com asmith@lockelord.com dwirt@lockelord.com |
| Lowenstein Sandler LLP | Attn: Bruce Buechler | bbuechler@lowenstein.com |
| McCreary, Veselka, Bragg & Allen, P.C. | Attn: Lee Gordon, Tara LeDay | tleday@mvbalaw.com |
| McGlinchey Stafford, PLLC | Attn: Brian S. McGrath, Kristen D. Romano | bmcgrath@mcglinchey.com kromano@mcglinchey.com |
| McGlinchey Stafford, PLLC | Attn: Mark J. Chaney, Esq., Richard A. Aguilar, Esq, Rudy J. Cerone, Esq. | mchaney@mcglinchey.com raguilar@mcglinchey.com rcerone@mcglinchey.com |
| Missouri Department of Revenue, Bankruptcy Unit | Attn: Steven A. Ginther, Special Assistant Attorney General | sdnyecf@dor.mo.gov |
| Morgan, Lewis & Bockius LLP | Attn: Laura McCarthy | laura.mccarthy@morganlewis.com |
| Morgan, Lewis & Bockius LLP | Attn: Neil E. Herman | neil.herman@morganlewis.com |
| Morris James LLP | Attn: Stephen M. Miller | smiller@morrisjames.com |
| Morris, Nichols, Arsht & Tunnell LLP | Attn: Curtis S. Miller, Joseph C. Barsalona II | cmiller@mnat.com jbarsalona@mnat.com |
| Morrison Cohen LLP | Attn: Joseph T. Moldovan, Robert K. Dakis | bankruptcy@morrisoncohen.com |
| Munsch Hardt Kopf & Harr, P.C. | Attn: Deborah M. Perry | dperry@munsch.com |
| National Association of Attorneys General | Attn: Karen Cordry | kcordry@naag.org |
| Nelson Mullins Riley & Scarborough LLP | Attn: Jody A. Bedenbaugh | jody.bedenbaugh@nelsonmullins.com |
| Nelson Mullins Riley & Scarborough LLP | Attn: Shane G. Ramsey | shane.ramsey@nelsonmullins.com |

6

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Norton Rose Fulbright US LLP | Attn: Howard Seife, Esq., & Christy Rivera, Esq. | howard.seife@nortonrosefulbright.com christy.rivera@nortonrosefulbright.com |
| Office of the Texas Attorney General | Attn: Rachel R. Obaldo, Assistant Attorney General | rachel.obaldo@oag.texas.gov |
| Office of The United States Trustee for Region 2 | Attn: Paul Schwartzberg, Richard Morrissey | richard.morrissey@usdoj.gov paul.schwartzberg@usdoj.gov |
| OKeefe & Associates Law Corporation, P.C. | Attn: Sean A. O'Keefe | sokeefe@okeefelc.com |
| Paco (China) Garment Ltd | Attn: Lily Wang | lily@pacogarment.com |
| Parker Poe Adams & Bernstein LLP | Attn: Kiah T. Ford IV | chipford@parkerpoe.com |
| Paul Hastings LLP | Attn: Leslie A. Plaskon, Esq., Andrew V. Tenzer, Esq., Shlomo Maza, Esq. | leslieplaskon@paulhastings.com andrewtenzer@paulhastings.com shlomomaza@paulhastings.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Ebony Cobb | ecobb@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Laura J. Monroe | lmbkr@pbfcm.com |
| Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Owen M. Sonik | osonik@pbfcm.com |
| Pick & Zabicki LLP | Attn: Douglas J. Pick | dpick@picklaw.net |
| Pierce McCoy, PLLC | Attn: Jonathan A. Grasso | jon@piercemccoy.com |
| Price Meese Shulman & D'Arminio, P.C. | Attn: Rick A. Steinberg | rsteinberg@pricemeese.com |
| Prime Clerk LLC | Attn: Herb Baer, Richard M. Allen | searsteam@primeclerk.com serviceqa@primeclerk.com |
| Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy | gerald.kennedy@procopio.com |
| Pryor & Mandelup, L.L.P. | Attn: Robert L. Pryor | rlp@pryormandelup.com |
| Reid and Riege, P.C. | Attn: Charles J. Filardi, Jr. | cfilardi@rrlawpc.com |

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| Reiss+Preuss LLP | Attn: Guy A. Reiss, Erik Tikkanen | greiss@reisspreuss.com<br>etikkanen@reisspreuss.com |
| Robert E. Michael & Associates PLLC | Attn: Robert E. Michael, Aaron Hume | Robert.e.michael.esq@gmail.com<br>Aron.hume@gmail.com |
| Robinson Brog Leinwand Greene Genovese & Gluck P.C. | Attn: Fred B. Ringel, Esq. | fbr@robinsonbrog.com |
| Ropes & Gray LLP | Attn: Gregg M. Galardi, Kimberly J. Kodis, Sam N. Ashuraey | gregg.galardi@ropesgray.com<br>kimberly.kodis@ropesgray.com<br>sam.ashuraey@ropesgray.com |
| Ropes & Gray LLP | Attn: James M. Wilton, Patricia I. Chen | james.wilton@ropesgray.com<br>patricia.chen@ropesgray.com |
| Rosen & Associates, P.C. | Attn: Sanford P. Rosen, Esq. | srosen@rosenpc.com |
| S&D Law | Attn: Steven W. Kelly | skelly@s-d.com |
| Sahn Ward Coschignano, PLLC | Attn: Robert A. Abiuso, Matthew C. McCann | mmccann@swc-law.com<br>rabiuso@swc-law.com |
| Sakar | Attn: Jay Weinblatt | jweinblatt@sakar.com |
| Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Abigail Snow, Pamela Bosswick | cbelmonte@ssbb.com<br>asnow@ssbb.com<br>pbosswick@ssbb.com |
| Saul Ewing Arnstein & Lehr LLP | Attn: Dipesh Patel | dipesh.patel@saul.com |
| Saul Ewing Arnstein & Lehr LLP | Attn: Phillip M. Hudson III, Carmen Contreras-Martinez | phil.hudson@saul.com<br>carmen.contreras-martinez@saul.com |
| Securities & Exchange Commission | Attn: Secretary of the Treasury | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov |
| Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| Seyfarth Shaw LLP | Attn: Edward M. Fox | emfox@seyfarth.com |
| Shearman & Sterling LLP | Attn: Fredric Sosnick, Sara Coelho | fsosnick@shearman.com<br>sara.coelho@shearman.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Sheppard Mullin Richter & Hampton, LLP | Attn: Alan M. Feld, Esq., Ted Cohen, Esq. | afeld@sheppardmullin.com<br>tcohen@sheppardmullin.com |
| Shutts & Bowen LLP | Attn: Ryan C. Reinert, Esq. | rreinert@shutts.com |
| Simon Property Group, L.P. | Attn: Ronald M. Tucker, Esq. | rtucker@simon.com |
| Singer & Levick, P.C. | Attn: Michelle E. Shriro | mshriro@singerlevick.com |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | paul.leake@skadden.com<br>shana.elberg@skadden.com<br>george.howard@skadden.com |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul Leake, Esq., Shana Elberg, Esq., and George R. Howard, Esq. | Paul.Leake@skadden.com<br>Shana.Elberg@skadden.com<br>George.Howard@skadden.com |
| Skierski Jain PLLC | Attn: Doug Skierski, Kristin H. Jain | enotices@skijain.com |
| Smiley Wang-Ekvall, LLP | Attn: Lei Wang Ekvall, Philip E. Strok | pstrok@swelawfirm.com |
| Sorenson Van Leuven, PLLC | Attn: James E. Sorenson | bk@svllaw.com |
| SRAC Medium Term Notes | Attn: Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| SRAC Unsecured Notes | Attn: Mary A. Callahan Vice President | mary.callahan@bnymellon.com |
| Stark & Stark, P.C. | Attn: Thomas S. Onder, Joseph H. Lemkin | tonder@stark-stark.com<br>jlemkin@stark-stark.com |
| Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | cp@stevenslee.com |
| Streusand, Landon, Ozburn & Lemon, LLP | Attn: Sabrina L. Streusand | streusand@slollp.com |
| Sullivan & Cromwell LLP | Attn: Andrew G. Dietderich, Brian D. Glueckstein, David R. Zylberberg | dietdericha@sullcrom.com<br>zylberbergd@sullcrom.com |
| Tannenbaum Helpern Syracuse & Hirschtritt LLP | Attn: Michael J. Riela | Riela@thsh.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Taubman Landlords | Attn: Andrew S. Conway | aconway@taubman.com |
| The Pension Benefit Guaranty Corporation (PBGC) | Attn: Judith Starr, Kartar S. Khalsa, William McCarron, Jr., & Adi Berger, Director | Starr.Judith@pbgc.gov mccarron.william@pbgc.gov efile@pbgc.gov |
| Thompson Hine LLP | Attn: Curtis L. Tuggle | Curtis.Tuggle@ThompsonHine.com |
| TJ Tianxing Kesheng Leather Products Co Ltd | Attn: Power Wang | powerwangtxks@vip.126.com |
| TN Dept of Revenue | Attn: Herbert H. Slatery III, Marvin E. Clements, Jr. | AGBankNewYork@ag.tn.gov |
| U.S. Bank National Association | Attn: Jose A Galarza, Vice President, Global Structured Finance | jose.galarza@usbank.com |
| US Attorney for Southern District of New York | Attn: Bankruptcy Division | David.Jones6@usdoj.gov Jeffrey.Oestericher@usdoj.gov Joseph.Cordaro@usdoj.gov Carina.Schoenberger@usdoj.gov Lawrence.Fogelman@usdoj.gov Peter.Aronoff@usdoj.gov Linda.Riffkin@usdoj.gov |
| Vedder Price P.C. | Attn: Kevin J. Etzel | ketzel@vedderprice.com |
| Vedder Price P.C. | Attn: Michael L. Schein | mschein@vedderprice.com |
| Waldrep LLP | Attn: Thomas W. Waldrep, Jr. | notice@waldrepllp.com |
| Warner Norcross + Judd LLP | Attn: Gordon J. Toering | gtoering@wnj.com |
| Weil, Gotshal & Manges LLP | Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny Singh | ray.schrock@weil.com garrett.fail@weil.com jacqueline.marcus@weil.com sunny.singh@weil.com JeriLeigh.Miller@weil.com jessica.liou@weil.com Paloma.VanGroll@weil.com |
| Weiss Zarett Brofman Sonnenklar & Levy, P.C. | Attn: Michael D. Brofman, Esq. | mbrofman@weisszarett.com |
| Whiteford, Taylor & Preston LLC | Attn: Stephen B. Gerald | sgerald@wtplaw.com |

13 of 15

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Williams Legal Advisory Group, LLC | Attn: Amy M. Williams | awilliams@williamsadvisors.com |
| Willkie Farr & Gallagher LLP | Attn: Alan J. Lipkin, Gabriel Brunswick | alipkin@willkie.com gbrunswick@willkie.com |
| Wilmington Trust, National Association | Attn: Steven Cimalore, Vice President | scimalore@wilmingtontrust.com |
| Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP | Attn: Simon Aron | saron@wrslawyers.com |
| Wyatt, Tarrant & Combs, LLP | Attn: Mary L. Fullington | mfullington@wyattfirm.com |

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Attorneys for PDX, Inc./NHIN DelBello Donnellan Weingarten Wise & Wiederkehr, LLP | Attn: Julie Cve Curley | Jcurley@ddw-law.com |

11

# EXHIBIT   1



# CO

27 1159062 000 000 00 0000000

# CO

27 1159056 000 000 00 0000000

## Prescription Information



### COMBIVENT RESPIMAT 20-100 MCG

Take 1 inhalation inhalers 4 times a day

**Important Information**
- May cause dizziness
- Drug may impair ability to operate a vehicle, vessel or machine. Use care.
- See instructions for priming this product.
- Take or use this exactly as directed. Do not skip doses or discontinue.
- Avoid contact with eyes

## Prescription Information



### IPRAT-ALBUT 0.5-3(2.5) MG/3 ML
Common brand(s): Duoneb

Take 1 inhalation vial 3 times a day

**Important Information**
- May cause dizziness
- Drug may impair ability to operate a vehicle, vessel or machine. Use care.
- Take or use this exactly as directed. Do not skip doses or discontinue.
- Avoid contact with eyes
- Protect from light

## Receipt & Refill Information

**CVS Pharmacy**    STORE#: 2716
129 Fulton Street
New York, NY 10038

STORE TEL: (212) 233-5021
RX: **1159062**    00

INSURANCE INFORMATION:
TMESYS · PCN CAL
TP 3820   GR    AUTH # 1-51193233

RETAIL PRICE: $484.99

### COMBIVENT RESPIMAT 20-100 MCG

NDC: 00597-0024-02    DAW:0
QTY: **4 GM**

CAP: **Safety**    MFR PKG: **Yes**

REFILL: 5 by 1/25/20
MFR: BOEHRINGER ING.
PRSCBR: Wilfredo Talavera
DAYS SUPPLY: 30
DATE FILLED: 1/29/19

AMOUNT DUE: **$0.00**

## Receipt & Refill Information

**CVS Pharmacy**    STORE#: 2716
129 Fulton Street
New York, NY 10038

STORE TEL: (212) 233-5021
RX: **1159056**    00

INSURANCE INFORMATION:
TMESYS · PCN CAL
TP 3820   GR    AUTH # 1-51193251

RETAIL PRICE: $179.99

### IPRAT-ALBUT 0.5-3(2.5) MG/3 ML

NDC: 00378-9671-30    DAW:0
QTY: **270 ML**

CAP: **Safety**    MFR PKG: **Yes**

REFILL: 5 by 1/25/20
MFR: MYLAN
PRSCBR: Wilfredo Talavera
DAYS SUPPLY: 30
DATE FILLED: 1/29/19

AMOUNT DUE: **$0.00**

## Notes from the Pharmacy

Please see IMPORTANT information regarding your medication in the back panel and check with your Pharmacist for details

♥ **CVS** pharmacy™    OPEN HERE ▶

## Notes from the Pharmacy



Get important updates to help you stay on track with your health. See back for details.

♥ **CVS** pharmacy™    OPEN HERE ▶



## Prescription Information



### ADVAIR 250-50 DISKUS

Take 1 inhalation blisters 2 times a day

**Important Information**
- Rinse mouth well after each use.
- Drug does not work immediately. Do not use for acute attack.
- This drug will not stop an asthma attack once it has started.
- If symptoms worsen during treatment, seek medical help immediately.
- Wait at least 1 minute between different inhaled medications.

## Prescription Information



### MONTELUKAST SOD 10 MG TABLET

Common brand(s): Singulair

Take 1 tablet by mouth everyday at bedtime

**Important Information**
- Drug does not work immediately. Do not use for acute attack.
- This drug will not stop an asthma attack once it has started.
- Call doctor if you experience mood changes, sadness, depression or fear.
- This medicine may be taken with or without food.
- Save time with ReadyFill and we'll have your refills ready for you. Ask about enrolling today!

## Receipt & Refill Information



**CVS Pharmacy**  STORE#: 2716
129 Fulton Street
New York, NY 10038

STORE TEL: (212) 233-5021
RX: **1159059**   00

INSURANCE INFORMATION:
TMESYS - PCN CAL
TP 6320   GR   AUTH# 1-51175345

**ADVAIR 250-50 DISKUS**

NDC: 00173-0696-00   DAW: 0
QTY: **60 EA**
**(1 BOX)**
CAP: **Safety**   MFR PKG: **Yes**

REFILL: 5 by 1/25/20
MFR: GLAXOSMITHKLINE
PRSCBR: Wilfredo Talavera
DAYS SUPPLY: 30
DATE FILLED: 1/28/19

RETAIL PRICE: $456.99

AMOUNT DUE: **$0.00**

## Receipt & Refill Information



**CVS Pharmacy**  STORE#: 2716
129 Fulton Street
New York, NY 10038

STORE TEL: (212) 233-5021
RX: **1159037**   00

INSURANCE INFORMATION:
TMESYS - PCN CAL
TP 6320   GR   AUTH# 1-51193248

**MONTELUKAST SOD 10 MG TABLET**

NDC: 00093-7426-98   DAW: 0
QTY: **30 EA**

CAP: **Safety**   MFR PKG: **Yes**

REFILL: 5 by 1/25/20
MFR: TEVA USA
PRSCBR: Wilfredo Talavera
DAYS SUPPLY: 30
DATE FILLED: 1/28/19

RETAIL PRICE: $99.99

AMOUNT DUE: **$0.00**

## Notes from the Pharmacy



Get important updates to help you stay on track with your health. See back for details.

## Notes from the Pharmacy



Ask the pharmacist for your personal Prescription Schedule.

♥ CVS pharmacy™   OPEN HERE ▶

♥ CVS pharmacy™   OPEN HERE ▶



## Prescription Information



**BANOPHEN 25 MG CAPSULE**

Common brand(s):See Drug Monograph

Take 1 capsule by mouth everyday at bedtime

**Important Information**
- May cause drowsiness. Use care when operating a vehicle, vessel or machine.
- May cause dizziness
- May cause blurred vision

## Receipt & Refill Information

**CVS Pharmacy**          STORE#: 2716
129 Fulton Street
New York, NY 10038

STORE TEL: (212) 233-5021
RX: **1152160**     00

INSURANCE INFORMATION:
No insurance applied
TP - 1          GR          Auth# TF190108BXGXT1

**BANOPHEN 25 MG CAPSULE**

NDC: 00904-5306-80        DAW:0
QTY: **30 EA**

CAP: **Safety**        MFR PKG: **Yes**

REFILL:  0 Refills
MFR: MAJOR PHARMACEU
PRSCBR: Yi Xie
DAYS SUPPLY:  30
DATE FILLED:  1/8/19

AMOUNT DUE: **$0.61**

## Notes from the Pharmacy

ACTION NOTE — This medication is not covered by your insurance. See back for details.

♥**CVS** pharmacy™          OPEN HERE ▶

---

## Prescription Information



**LORAZEPAM 0.5 MG TABLET**

Substituted for: Ativan 0.5 Mg Tablet

1 tablet by mouth every day as needed for anxiety.  MAX DAILY DOSE: 1 TAB

**Important Information**
- CONTROLLED SUBSTANCE, DANGEROUS UNLESS USED AS DIRECTED.
- May cause drowsiness and dizziness. Careful using vehicle, vessel, machines.
- Use with opioids may cause serious breathing problems or severe drowsiness

## Receipt & Refill Information

**CVS Pharmacy**          STORE#: 2716
129 Fulton Street
New York, NY 10038

STORE TEL: (212) 233-5021          C
RX: **1152159**     00

INSURANCE INFORMATION:
No insurance applied
TP - 1          GR          Auth# DG1901081CQ6E1

**LORAZEPAM 0.5 MG TABLET**

NDC: 00591-0240-05        DAW:0
QTY: **10 EA**

CAP: **Safety**        MFR PKG: **Yes**

REFILL:  0 Refills
MFR: WATSON LABS
PRSCBR: Yi Xie
DAYS SUPPLY:  10
DATE FILLED:  1/8/19

AMOUNT DUE: **$11.99**

## Notes from the Pharmacy

ACTION NOTE — This medication is not covered by your insurance. See back for details.

♥**CVS** pharmacy™          OPEN HERE ▶



# Prescription Information



## LORAZEPAM 0.5 MG TABLET
Common brand(s): Ativan

Take 1 mg tab by mouth daily as needed as directed.  MAX DAILY DOSE: 1 TAB

### Important Information
- CONTROLLED SUBSTANCE, DANGEROUS UNLESS USED AS DIRECTED.
- May cause drowsiness and dizziness. Careful using vehicle, vessel, machines.
- Use with opioids may cause serious breathing problems or severe drowsiness

# Prescription Information



## CVS DIPHENHYDRAMINE 25 MG CAP
Common brand(s): See Drug Monograph

Take 1 mg cap by mouth daily at bedtime as needed for oral use

### Important Information
- May cause drowsiness. Use care when operating a vehicle, vessel or machine.
- May cause dizziness
- May cause blurred vision

# Receipt & Refill Information



**CVS Pharmacy**  STORE#: 2716
129 Fulton Street
New York, NY 10038

STORE TEL: (212) 233-5021
RX:  **1147333**    00   C

INSURANCE INFORMATION:
No insurance applied
TP :        GR :                    AUTH# T91812287AAVC1

## LORAZEPAM 0.5 MG TABLET

NDC: 00591-0240-05        DAW: 0
QTY: **5 EA**

CAP: **Safety**        MFR PKG: **Yes**

REFILL:  0 Refills
MFR: WATSON LABS
PRSCBR: William Chiang
DAYS SUPPLY: 5
DATE FILLED: 12/23/18

AMOUNT DUE: **$11.99**

# Receipt & Refill Information



**CVS Pharmacy**  STORE#: 2716
129 Fulton Street
New York, NY 10038

STORE TEL: (212) 233-5021
RX:  **1147331**    00

INSURANCE INFORMATION:
No insurance applied
TP :        GR :                    AUTH# DH1812236CS461

## CVS DIPHENHYDRAMINE 25 MG CAP

NDC: 50428-0473-92        DAW: 0
QTY: **20 EA**

CAP: **Safety**        MFR PKG: **Yes**

REFILL:  0 Refills
MFR: CVS
PRSCBR: William Chiang
DAYS SUPPLY: 20
DATE FILLED: 12/23/18

AMOUNT DUE: **$2.80**

# Notes from the Pharmacy



**ACTION NOTE**   This medication is not covered by your insurance. See back for details.

❤CVS pharmacy™        OPEN HERE ▶

# Notes from the Pharmacy



**ACTION NOTE**   This medication is not covered by your insurance. See back for details.

❤CVS pharmacy™        OPEN HERE ▶

# EXHIBIT 2

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

PRESENT:    **HON. DAVID B. COHEN**
                                          J.S.C.
                                            *Justice*

PART **58**

NG, BRIAN COKE

INDEX NO. **/00386-18**

-v-

K MART Pharmacy

MOTION DATE **4**

MOTION SEQ. NO. **4**

The following papers, numbered 1 to _____ , were read on this motion to/for _____

Notice of Motion/Order to Show Cause — Affidavits — Exhibits _____ | No(s)._____

Answering Affidavits — Exhibits _____ | No(s)._____

Replying Affidavits _____ | No(s)._____

Upon the foregoing papers, it is ordered that this motion is DECLINED TO SIGN FOR REASON STATED ON THE RECORD. RECORDS HAVE BEEN PROVIDED, PLAINTIFF'S CLAIM THAT THEY HAVE BEEN ALTERED IS, AT BEST, AN ISSUE FOR THE TRIER OF FACT. ALSO, MOTION FOR CONTEMPT IS NOT IN PROPER FORM.

CONFERENCE IS ADJOURNED TO 12-12-2018 @ 9:30 AM PENDING PLAINTIFF'S MOTION TO AMEND THE CAPTION.

MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE _____ FOR THE FOLLOWING REASON(S):

Dated: 8-20-2018

_____, J.S.C.
**HON. DAVID B. COHEN**
                                          J.S.C.

1. CHECK ONE: .................................................... ☐ CASE DISPOSED    ☒ NON-FINAL DISPOSITION

2. CHECK AS APPROPRIATE: ..........................MOTION IS: ☐ GRANTED  ☒ DENIED  ☐ GRANTED IN PART  ☐ OTHER

3. CHECK IF APPROPRIATE: .................................... ☐ SETTLE ORDER    ☐ SUBMIT ORDER

☐ DO NOT POST    ☐ FIDUCIARY APPOINTMENT    ☐ REFERENCE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Index No.: 100386/18

--------------------------------------------------------------------x

BRIAN COKE NG

Plaintiffs,

-against-

KMART PHARMACY
KMART HOLDING CORPORATION
SEARS HOLDINGS CORPORATION
SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.

Defendants.

--------------------------------------------------------------------x

JUDICIAL SUBPOENA
DUCES TECUM



RECEIVED
JUN 29 2018
PART 58
NYS SUPREME COURT · CIVIL

TO:  Kmart Pharmacy
770 Broadway
New York, N.Y. 10003

WE COMMAND YOU, that all business and excuses being laid aside, you and each of you produce before
Hon. Presiding Justice at New York County Supreme Court, at 60 Centre Street, New York, New York 10007
on or before the 20th day of July 2018, at 9:30 o' clock, in the forenoon, on the part of the Plaintiff, the
following records pertaining to: **BRIAN COKE NG (patient), D/O/B:** ▆▆▆▆▆

**Certified copy of each and every part of medication profile and all records maintained relating to the
Plaintiff Brian Coke Ng, including all reports, notes, mental health information, known allergies and
drug reactions, chronic diseases, list of medications and relevant devices and other information reported
to the pharmacist appropriate for counseling an individual regarding use of prescription and over-the-
counter drugs; and a Certified copy of Kmart Pharmacy Notice of Privacy Practices with effective
date September 2,2014, as well as a Certified copy with effective date January 6, 2015 respectively.**

**(Pursuant to the Civil Practice Law and Rules Section 2301, all papers or other items delivered to the
court pursuant to this subpoena shall be accompanied by a copy of this subpoena.)**

Failure to comply with this subpoena is punishable as a contempt of Court and shall make you liable to the
persons on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all damages
sustained by your failures to comply.

WITNESS, Honorable *David B. Cohen* one of the Justices of said Court, at 60 Centre Street, New York,
New York 10007 the 29th day of June, 2018.

**NO APPEARANCE REQUIRED**
Please forward medication profile
Records along with the attached
Certification of Business Records
Sworn and signed to: New York
County Supreme Court
Subpoenaed Records Room
60 Centre Street, Room 145-M
New York, New York 10007

Brian Coke Ng, (Plaintiff)
40 Ann Street
New York, N.Y. 10038
Tel: 646.318.5571

SO ORDERED

**HON. DAVID B. COHEN
J.S.C.**



**Kmart**

_AUTHORIZATION FOR USE AND DISCLOSURE_

MUST BE FILLED OUT COMPLETELY



**Sears**

BY SIGNING THIS FORM I AM INSTRUCTING KMART PHARMACY TO DISCLOSE MY PERSONAL HEALTH INFORMATION AS FOLLOWS:

Patient Name: **BRIAN   COKE NG**                a/k/a:

Date of Birth: ~~████████~~                Date of Death (if applicable): **N/A**

Address: **40 Ann Street, New York, N.Y. 10038**

I voluntarily authorize and permit disclosure of any and all medical records including pharmacy prescription and expense records for the time period of **JANUARY 2010** through **June 2018** (NOTE: We do NOT have records over 10 years old) **a copy NOTICE OF PRIVACY PRACTICES Relative to My Medication profile/records**

If my records contain information about drug/alcohol abuse and/or treatment, HIV/AIDS (and/or sexually transmitted disease), I agree to its release, **only if initialed below** (person signing Authorization must INITIAL those for which permission to release is given)

Drug Abuse                              HIV-AIDS                              Sexually Transmitted Disease
Alcohol Abuse                           Mental Health    ✓                   Sickle Cell Anemia

(1) PLEASE SEND MY RECORDS TO ☐ ME OR TO ☐

(2) Name: **Kmart Notice of Privacy Practices**
**New York County Supreme Court**                Complete Address: **60 Centre Street, Room 145N**
**Subpoenaed Records Room**                       **New York, N.Y. 10007**

The purpose of this request to release and/or disclose the personal health information described above is

☐ Pending litigation, or ☐ Insurance Submission  or ☐ Taxes, or ☐ Other (describe)

This Authorization will expire on **during pending litigation or June 2028** (If I fail to specify a date this authorization will automatically expire 90 days from the day of my signature)

I understand that 1) I can revoke this Authorization at any time by giving my written revocation to the Kmart Pharmacy. My revocation is not effective as to disclosures already made and actions already taken in reliance upon this Authorization, 2) Kmart Pharmacy may NOT condition treatment, enrollment in the health plan or eligibility for benefits on whether I sign this Authorization; 3) I am authorizing disclosure of information protected under federal law, 4) This information, once disclosed, may be subject to re-disclosure by the recipient and no longer be protected by state or federal law, 5) I have the right to receive a copy of the authorization, and 6) A photocopy or facsimile of this authorization shall have the same authority as the original and may be substituted in its place.

By my signature I certify that the information provided is true and complete. If signed by the parent or legal guardian, I certify that the patient is not [varies by individual state] married, a member of the armed forces or otherwise an emancipated minor. I understand that Kmart Pharmacy may be prohibited by law from providing certain health information and that this information will be redacted from the health information Kmart provides me.

Signature: _(signature)_                          Date: **June, 29, 2018**

Printed Name: **BRIAN   COKE NG**                 **Patient**
                                                 Your Relationship to Patient* (Must Be Completed)

*NOTICE:   ALL AUTHORIZATIONS EXECUTED BY PERSONS OTHER THAN THE PATIENT, ARE REQUIRED TO BE REVIEWED BY THE LAW DEPARTMENT AT CORPORATE HEADQUARTERS, PURSUANT TO THE PROVISIONS OF THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT 45 CFR §164-500, ET SEQ. UNLESS YOU ARE A PARENT OF AN UNEMANCIPATED MINOR PATIENT, ALL PERSONS WHO EXECUTE THIS AUTHORIZATION ON BEHALF OF THE PATIENT ARE REQUIRED TO PROVIDE DOCUMENTATION WHICH LEGALLY EMPOWERS THEM WITH THE AUTHORITY TO RELEASE THE PERSONAL HEALTH INFORMATION SOUGHT. FAILURE TO PROVIDE SUCH DOCUMENTATION WILL RESULT IN A DENIAL OF THE REQUEST TO RELEASE RECORDS.

**PHARMACIST MUST COMPLETE THIS SECTION:**

VERIFICATION OF ID OF PERSON SIGNING AUTHORIZATION:        PHARMACISTS ACKNOWLEDGEMENT OF ID VERIFICATION:

☐ Driver's License    ☒ Passport    ☐ Military           Pharmacist Full Name: _____
☐ State I.D.          ☐ School I.D. (Minor Only)
                                                          Pharmacist Signature: _____
ID Number & State: _____
                                                          Date ID Verified: _____

SUPREME COURT OF THE STATE OF NEW YORK                Index No.: 100386/18
COUNTY OF NEW YORK
------------------------------------------------------------------x     **CERTIFICATION OF**
BRIAN COKE NG                                                            **BUSINESS RECORDS**

                                                    Plaintiffs,

                    -against-

KMART PHARMACY
KMART HOLDING CORPORATION
SEARS HOLDINGS CORPORATION
SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.
                              Defendants.

------------------------------------------------------------------x

STATE OF NEW YORK

COUNTY OF _____

I _____, the undersigned herein, being duly sworn, deposes and says:

1.      I am the duly authorized custodian or other qualified witness of Mr. Brian Coke Ng's medication profile/records, and the Kmart Pharmacy Notice of Privacy Practices to which maintained as business records of Kmart Pharmacy #7777, and located at 770 Broadway, New York, N.Y. 10003, and have the authority to make the certification.

2.      To the best of my knowledge, after reasonable inquiry, Mr. Brian Coke Ng's medication profile/records, and Kmart Pharmacy Notice of Privacy Practices bearing effective date: _____, and bearing the location of: New York or the copies thereof are accurate and genuine versions of the documents described in the subpoena duces tecum that are in the possession, custody or control of Kmart Pharmacy #7777, located at 770 Broadway, New York, N.Y. 10003.

3.      To the best of my knowledge, after reasonable inquiry, Mr. Brian Coke Ng's medication profile/records, and Kmart Pharmacy Notice of Privacy Practices bearing effective date(s): _____, and bearing the location of: New York, represent all the documents described in the subpoena duces tecum, except that the following documents are missing for the reason stated: _____

4.      Mr. Brian Coke Ng's medication profile/records, and Kmart Pharmacy Notice of Privacy Practices bearing effective date(s): _____, and bearing the location of: New York or copies produced were made by the personnel or staff of the Kmart Pharmacy business, or persons acting under their control, in the regular course of business, at the time of the act, transaction, occurrence or event recorded therein, or within a reasonable time thereafter, and that it was the regular course of business to make such records.

                                        _____
                                                Affiant's Signature

SWORN TO AND SUBSCRIBED before me on this the _____ day of _____, 2018.

        SEAL                            _____
                                                Notary Public
                                        My commission expires: _____

# EXHIBIT   3

 Gmail

Brian Coke Ng <briancng38@gmail.com>

## Sears

**Fail, Garrett** <Garrett.Fail@weil.com>                                Thu, Jun 27, 2019 at 11:43 AM
To: Brian Coke Ng <briancng38@gmail.com>
Cc: "Peshko, Olga" <Olga.Peshko@weil.com>

Mr. Ng,

We note that you filed an adversary complaint against the Sears Debtors (Adv. Pro. No. 19-08269).

The complaint mirrors your prepetition proof of claim and "Action #2" that you reference in your pending motion to lift the automatic stay (Docket No. 1006). You will recall that the Court did not grant your motion to lift the automatic stay with respect to Action #2 and adjourned your motion with respect to Action #2 until you scheduled a further hearing date. Accordingly, the Debtors believe that the filing of your complaint is a violation of the automatic stay and therefore is void. The Debtors hereby request that you withdraw your complaint promptly. If the complaint is not withdrawn, the Debtors will advise the Bankruptcy Court of the status of this matter at the next scheduled hearing on July 11th. All rights of the Debtors are reserved.



*Objection!!...the Court DID NOT Deny the Second Portion of the motion either...No violation, whatsoever. Please govern Yourself accordingly!!!

Garrett Fail
Partner

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Garrett.Fail@weil.com
+1 212 310 8451 Direct
+1 516 642 4031 Mobile
+1 212 310 8007 Fax

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

  Gmail

Brian Coke Ng <briancng38@gmail.com>

# Re: Proof of Claim, In re Sears Holdings Corporation, eat all., debtors. Case No. 18-23538 ((RDD) (jointly Administered)

**Fail, Garrett** <Garrett.Fail@weil.com>                                                    Wed, Apr 17, 2019 at 1:19 PM
To: Brian Coke Ng <briancng38@gmail.com>
Cc: "Peshko, Olga" <Olga.Peshko@weil.com>

Thank you for your response. We will take your motion off of the calendar and we will not put it back on an agenda unless you file something else with the court. We will respond, as necessary, to any further pleadings. Please refrain from communicating with us outside of that process in the interim.



Garrett Fail
Partner

Weil, Gotshal & Manges LLP

Garrett.Fail@weil.com
Mobile
Fax

**From:** Brian Coke Ng <briancng38@gmail.com>
**Sent:** Wednesday, April 17, 2019 4:15 PM
**To:** Peshko, Olga <Olga.Peshko@weil.com>
**Cc:** Fail, Garrett <Garrett.Fail@weil.com>
**Subject:** Re: Proof of Claim, In re Sears Holdings Corporation, eat all., debtors. Case No. 18-23538 ((RDD) (jointly Administered)

Dear Ms. Peshko,

Thanks for your email this afternoon. Please be advised, that I am not aware of any basis for hearing at the Bankruptcy court tomorrow. I did not agreed to any on my behalf, or determined and scheduled any hearing pertaining to my proof of claim. I did not receive any formal written statements, contentions or disputes from the debtors. and so I am not aware of the basis or for a confirmation with you.

Additionally, I am on medications and medical treatments currently and not doing well. As you have asked how do I plan to proceed moving forward. I had repeatedly advised you and Mr. Fail and even in my last email. that since PDX Inc. is also a responsible party, my next trip to the Bankruptcy court is to file an adversary proceeding today or tomorrow.

I did my best with good faith in trying to seek a peaceful resolution in all matters. Over the weekend, Mr. Fail, who essentially don't know how to communicate or talk to people, and has no manners, was very disrespectful and out of order with me. In fact, he had even failed to respond to my last email to him.

Therefore, I had made up my mind to file an adversary proceeding as soon as I am feeling a little better medically, even if doing so will cost me my life or if I will drop dead in the bankruptcy Court.

Best Regards,

7/1/2019    18-23538-shR Re: Doc 4524 In re Sears, Holdings Corporation, et al. Debtors Case No. 8:18538 (RDD) (Jointly Administered)

Brian Coke Ng

Pg 35 of 44    Main Document

Filed 07/11/19   Entered 07/12/19 13:28:48

Cc: Bankruptcy Court

On Apr 17, 2019, at 2:19 PM, Peshko, Olga <Olga.Peshko@weil.com> wrote:

Mr. Ng,

Please confirm that you are planning on attending the hearing tomorrow. If you prefer, we can adjourn that to the next hearing, on May 21st. Please let us know.

In addition, below are answers to your questions regarding Prime Clerk's website. For any further clarification on the information on the claims register, please reach out to prime clerk directly.

With regard to your questions on terminology used on the Prime Clerk website summary (the question on "CU"), we believe that stands for "contingent" and "unliquidated" – however, we refer you to Prime Clerk for confirmation if you need that, as Prime Clerk runs the website, not Weil. You can contact Prime Clerk here: https://restructuring.primeclerk.com/sears/Home-SubmitInquiry.

The "Schedule" section on the page you are referring to only applies to claims scheduled by the Debtors, which is inapplicable here – this is a claim you filed, not a claim scheduled by the Debtors.

Regards,

Olga

From: Brian Coke Ng <briancng38@gmail.com>
Sent: Monday, April 15, 2019 12:21 PM
To: Fail, Garrett <Garrett.Fail@weil.com>
Cc: Peshko, Olga <Olga.Peshko@weil.com>
Subject: Re: Proof of Claim

Good Morning Mr. Fail and Ms. Peshko, I am following up with you from our last communication over the weekend. I haven't receive a reply after my last email to you last Friday evening. As you can see the present situation as I had indicated my last email to you, I would like to know where do we go from here, and what you and/or the debtors proposing at this juncture?. Thanks.

Sincerely,

Brian Coke Ng

On Apr 12, 2019, at 8:13 PM, Fail, Garrett <Garrett.Fail@weil.com> wrote:

We are very unlikely to agree to a resolution that involves payment to you in the short term. Please govern yourself accordingly.

On Apr 12, 2019, at 7:37 PM, Brian Coke Ng <briancng38@gmail.com> wrote:

Mr. Fail and Ms. Peshko, thanks again for your email this afternoon. However, please be mindful of the situation and circumstances here. In respect to my questions at this juncture. If something positive and productive is possible between all parties for finding a peaceful resolution to everything, then I respectfully asking to please let us try to at least consider what that may be. Going forward with good faith in mind sir, I am happy to speak with you to find a productive and mutual ground to resolve the matters, because these

matters literally killing me and I wish to get over this nuisance and for all. So, If this approach for an opportunity to talk may be productive for all sides, then I will try to make myself available for a telephone conversation so to maybe find a common ground or possibly for a meeting at the court or at your office next week.


Please advise on this offer. Thanks sir.


Respectfully.

Brian Coke Ng




Sent from my iPhone

On Apr 12, 2019, at 3:05 PM, Fail, Garrett <Garrett.Fail@weil.com> wrote:

> Mr Ng, we are trying to be efficient. Responding in full to your emails, which set arbitrary deadlines and contain threats of bad faith, at the expense of the Debtors would neither be efficient nor most productive. I am willing to have a conversation and attempt to answer any questions that you have. Let us know when you free up next week if you would like to accept that offer. In the meantime, be advised that the Debtors do not believe that you have a right to payment for a postpetition claim; the Debtors are not permitted to make payments on prepetition claims. The Debtors have not yet evaluated all of the thousands of claims that were filed in these cases and the amount that may be available for distributions to prepetition creditors is currently undetermined.


> On Apr 12, 2019, at 2:57 PM, Brian Coke Ng <briancng38@gmail.com> wrote:

>> Good afternoon Mr. Fail and Ms. Peshko.


>> Thanks for your attempt to call me this afternoon, my telephone number remains the same, but I am currently away on personal private matters and will not be available today or on Monday, and will not have access to any telephone and not available to listen to any story.


>> Since Olga already promised me a letter via email from the debtors, and I am currently waiting for such letter, please to kindly send what you may have to tell me on the telephone in a reply email with the letter from the debtors. I only will have access to my emails. Thanks for the understanding.


>> Respectfully.

>> Brian Coke Ng


>> On Apr 12, 2019 at 2:20 PM Fail Garrett <Garrett.Fail@weil.com> wrote:

>>> Mr Ng,

>>> We have attempted to call you at the telephone number on your proof of claim and prior pleadings. Please email a telephone number at which you can be reached and times at which you will be available this afternoon or on Monday.


>>> Garrett Fail
>>> Partner

>>> Weil Gotshal & Manges LLP
>>> 767 Fifth Avenue
>>> New York, NY 10153
>>> Garrett.Fail@weil.com

**From:** Brian Coke Ng <briancng38@gmail.com>
**Sent:** Friday, April 12, 2019 8:00 AM
**To:** Peshko, Olga <Olga.Peshko@weil.com>
**Cc:** Fail, Garrett <Garrett.Fail@weil.com>
**Subject:** Re: Proof of Claim

Good Morning Ms. Peshko,


I don't see anything set forth in good faith from the debtors for any
peaceful resolution. In fact, I had been promised a letter/response
and call before, but nothing happen, so I started to believe that I
was simply misled and leaded on by the debtors attorneys/counsel
that there may be a possible positive outcome.


In regards to PDX Inc. as you may aware, there is indeed a
complaint to answer to, and I have no other alternative, but to file
the adversary proceeding documents today or early next week or
soon thereafter, so that all matters may be heard in the bankruptcy
court and let the jury or court decide everything. As you may have
seen in my complaint, I have been suffering enough, and enough is
enough.


Best Regards

Brian Coke Ng


On Apr 11, 2019, at 12:21 PM, Peshko, Olga
<Olga.Peshko@weil.com> wrote:

> Mr. Ng,
>
>
> We will give you a call shortly today on your
> questions.
>
>
> I am not aware of any basis under federal law for
> bringing an adversary proceeding in Sears's chapter
> 11 cases by a creditor against a non-debtor party
> like PDX. You and PDX should deal with your
> dispute outside of these cases.
>
>
> Olga

From: Brian Coke <brian_coke@gmail.com>
Sent: Thursday, April 11, 2019 11:43 AM
To: Peshko, Olga <Olga.Peshko@weil.com>
Subject: Re: Proof of Claim

Good Morning Ms. Peshko,

If you may recall that during our conversation last
week, you had promised to send me an email of a
letter from the debtors in response to my proof of
claims matters that I had raised, but that the letter
was being review by another department before it
could be sent to me.

It has been more than a week since I was advised of
such letter, and I have not received any letter from
the debtors.

You had asked how do I plan to proceed with the
matters with respect to my proof of claim, and I had
advised you that I was waiting on the debtors'
response that you promised to send via email.

As you have mentioned, the debtors will appear in
court next week on April 18, and some other date
next month. As I have stated before, I do not agree to
put the court on notice for a hearing and don't know
the contents of the debtors response, so to give me
an opportunity to be fully prepared.

During our telephone conversation you had briefly
mentioned something about pre-petition and post-
petition claims that may needed a court hearing to
determine.

At this point, If a hearing is needed as you have
mentioned last week, Then I believe it's appropriate
to file a lawsuit against PDX Inc. and very soon, I
plan to file with the bankruptcy court an adversary
proceeding against the non-debtors PDX Inc. and
bring them into the court too.

If you have questions, please contact me. Thanks

Best Regards,

Brian Coke Ng

On Mar 14, 2019, at 11:24 AM, Peshko, Olga
<Olga.Peshko@weil.com> wrote:

Mr. Ng,

We note this proof of claim does not
appear to be filed on the Debtors'

claims register or properly submit
this claim by following the instruction
available at https://restructuring.
primeclerk.com/sears/EPOC-
Index.


Olga


**From:** Brian Coke Ng
<briancng38@gmail.com>
**Sent:** Friday, March 1, 2019 3:24 PM
**To:**
James.Vincequerra@alston.com;
leib.lerner@alston.com;
ajd@ansellgrimm.com;
eneiger@askllp.com;
jchristian@askllp.com;
branchd@ballardspahr.com;
harnerp@ballardspahr.com;
kutnera@ballardspahr.com;
heilmanl@ballardspahr.com;
Matthew Summers
<summersm@ballardspahr.com>;
pollack@ballardspahr.com;
knewman@barclaydamon.com;
Evan T. Miller
<emiller@bayardlaw.com>;
rmills@bellnunnally.com;
klove@bellnunnally.com;
Tgaa@bbslaw.com;
JRhodes@blankrome.com;
Tarr@blankrome.com;
EZucker@blankrome.com;
bankruptcy@borgeslawllc.com;
wborges@borgeslawllc.com;
schin@borgeslawllc.com;
arainone@bracheichler.com;
schristianson@buchalter.com;
rdavis@cafarocompany.com;
jlevitin@cahill.com;
rstieglitz@cahill.com; Mike
Catalfimo
<mcatalfimo@carterconboy.com>;
James Gadsden
<gadsden@clm.com>;
bankruptcy@clm.com;
Dennis.roemlein@bnymellon.com;
rmccord@certilmanbalin.com;
rnosek@certilmanbalin.com;
appleby@chapman.com;
wilamowsky@chapman.com;
brotenberg@csglaw.com;
szuber@csglaw.com;
ksimard@choate.com;
jmarshall@choate.com;
hchoi@choiandpark.com;
cpark@choiandpark.com;
lkleist@choiandpark.com;
mstein@chunak.com;
eschnitzer@ckrlaw.com;
duane.brescia@
clarkhillstrasburger.com;
dblau@clarkhili.com;

soneal@cgsh.com;
jbromley@cgsh.com;
aweaver@cgsh.com;
Michael.smith2@computershare.
com; kbifferato@connollygallagher.
com; Kelly Conlan
<kconlan@connollygallagher.com
>; cgriffiths@connollygallagher.
com; mfelger@cozen.com;
pzumbro@cravath.com;
dhw@dhclegal.com;
marshall.huebner@davispolk.com;
eli.vonnegut@davispolk.com;
sears.service@davispolk.com;
mcto@debevoise.com;
eweisgerber@debevoise.com;
Leopold.matt@eba.gov;
lbercovich@epiqr.com; Paul
Pascuzzi
<ppascuzzi@ffwplaw.com>;
mark.wilson@fisherbroyles.com;
patricia.fugee@fisherbroyles.com;
dlwright@foley.com;
msmall@foley.com;
plabov@foxrothschild.com;
mhall@foxrothschild.com;
mherz@foxrothschild.com;
brad.eric.scheler@friedfrank.com;
scott.luftglass@friedfrank.com;
peter.siroka@friedfrank.com;
rgold@fbtlaw.com;
awebb@fbtlaw.com; Ted King
<tking@fbtlaw.com>;
pmartin@fmdlegal.com;
trymer@fmdlegal.com; Gary Seitz
<gseitz@gsbblaw.com>;
btheisen@gibbonslaw.com;
nsongonuga@gibbonslaw.com;
ncohen@gibbonslaw.com; Timothy
Nixon <tnixon@gklaw.com>;
jflaxer@golenbock.com;
mweinstein@golenbock.com;
gfox@goodwinlaw.com;
bbazian@goodwinlaw.com;
drosner@goulstonstorrs.com;
thoffmann@goulstonstorrs.com;
tannweiler@greerherz.com;
jf.gueiredo@hahnhessen.com;
dlieberman@halperinlaw.net; Joia
Johnson
<joia.johnson@hanes.com>;
howard.upchurch@hanes.com;
ktompsett@harrisbeach.com;
sselbst@herrick.com; M Eliopulos
<elio@higgslaw.com>; Barbra Parlin
<barbra.parlin@nklaw.com>;
bgross@huntonak.com;
lynn.butler@huschblackwell.com;
Mimi.M.Wong@irscounsel.treas.
gov; Judith Elkin
<elkinj@mac.com>;
KDWBankruptcyDepartment@
kelleydrye.com;
bfeder@kelleydrye.com;
cliu@kelleydrye.com;
ssouthard@klestadt.com;

kiss@kl...pr.com;
kurtzman@kurtzmansteady.com;
dgragg@langleybanack.com;
RZucker@LasserHochman.com;
Marc.Zelina@lw.com;
peter.gilhuly@lw.com;
ted.dillman@lw.com; gil lazarus
<gillazarus@gmail.com>; Kevin S.
Neiman <<kevin@ksnpc.com>;
harlan lazarus
<hlazarus@lazarusandlazarus.
com>; harlan lazarus
<harlan.lazarus@gmail.com>;
ilan.markus@leclairryan.com;
niclas.ferland@leclairryan.com;
dallas.bankruptcy@publicans.com;
houston_bankruptcy@publicans.
com; sanantonio.bankruptcy@
publicans.com; jfarnum@inowes-
law.com; braynor@lockelord.com;
asmith@lockelord.com;
dwirt@lockelord.com;
bbuechler@lowenstein.com;
tleday@mvbalaw.com;
bmcgrath@mcglinchey.com;
kromano@mcglinchey.com;
mchaney@mcglinchey.com;
raguilar@mcglinchey.com;
rcerone@mcglinchey.com;
sdnyecf@dor.mo.gov;
laura.mccarthy@morganlewis.com
; neil.herman@morganlewis.com;
smiller@morrisjames.com;
CMiller@MNAT.com;
jbarsalona@mnat.com;
bankruptcy@morrisoncohen.com;
dperry@munsch.com;
kcordry@naag.org;
jody.bedenbaugh@nelsonmullins.
com;
shane.ramsey@nelsonmullins.com
; howard.seife@
nortonrosefulbright.com;
christy.rivera@
nortonrosefulbright.com;
rachel.obaldo@oag.texas.gov;
richard.morrissey@usdoj.gov;
paul.schwartzberg@usdoj.gov;
sokeefe@okeefelc.com;
lily@pacogarment.com;
chipford@parkerpoe.com;
leslieplaskon@paulhastings.com;
andrewtenzer@paulhastings.com;
shlomomaza@paulhastings.com;
ecobb@pbfcm.com;
lmbkr@pbfcm.com;
osonik@pbfcm.com;
dpick@picklaw.net;
jon@piercemccoy.com;
rsteinberg@pricemeese.com;
searsteam@primeclerk.com;
serviceqa@primeclerk.com;
gerald.kennedy@procopio.com;
rlp@pryormandelup.com;
cfilardi@rrlawpc.com;
greiss@reisspreuss.com;

etikkaner@saulewitz.com;
Robert Michael
<Robert.e.michael.esq@gmail.
com>; Aron.hume@gmail.com;
fbr@robinsonbrog.com;
gregg.galardi@ropesgray.com;
kimberly.kodis@ropesgray.com;
sam.ashuraey@ropesgray.com;
james.wilton@ropesgray.com;
patricia.chen@ropesgray.com;
srosen@rosenpc.com; skelly@s-
d.com; mmccann@swc-law.com;
rabiuso@swc-law.com;
jweinblatt@sakar.com;
cbelmonte@ssbb.com;
asnow@ssbb.com;
pbosswick@ssbb.com;
dipesh.patel@saul.com;
phil.hudson@saul.com;
carmen.contreras-martinez@
saul.com;
secbankruptcy@sec.gov;
NYROBankruptcy@sec.gov;
bankruptcynoticeschnr@sec.gov;
emfox@seyfarth.com;
fsosnick@shearman.com;
sara.coelho@shearman.com;
afeld@sheppardmullin.com;
tcohen@sheppardmullin.com;
rreinert@shutts.com;
rtucker@simon.com;
mshriro@singerlevick.com;
paul.leake@skadden.com;
shana.elberg@skadden.com;
george.howard@skadden.com;
enotices@skjain.com;
pstrok@swelawfirm.com;
bk@svllaw.com;
mary.callahan@bnymellon.com;
tonder@stark-stark.com;
jlemkin@stark-stark.com;
cp@stevenslee.com;
streusand@stollp.com;
d.etdericha@sullcrom.com;
zylberbergd@sullcrom.com;
Riela@thsh.com;
aconway@taubman.com;
Starr.Judith@pbgc.gov; William
McCarron
<mccarron.william@pbgc.gov>;
efile@pbgc.gov;
Curtis.Tuggle@thompsonhine.com
; powerwangtxks@vip.126.com;
AGBankNewYork@ag.tn.gov;
jose.galarza@usbank.com;
David.Jones6@usdoj.gov;
Jeffrey.Oestericher@usdoj.gov;
Joseph.Cordaro@usdoj.gov;
Carina.Schoenberger@usdoj.gov;
Lawrence.Fogelman@usdoj.gov;
Peter.Aronoff@usdoj.gov;
Linda.Riffkin@usdoj.gov;
ketzel@vedderprice.com;
mschein@vedderprice.com;
notice@waldrepllp.com;
gtoering@wnj.com; Schrock, Ray

&lt;Ray.Schrock@weil.com&gt;; Fail,
Garrett &lt;Garrett.Fail@weil.com&gt;;
Marcus, Jacqueline
&lt;jacqueline.marcus@weil.com&gt;;
Singh, Sunny
&lt;sunny.singh@weil.com&gt;; Miller,
Jeri Leigh
&lt;JeriLeigh.Miller@weil.com&gt;; Van
Groll, Paloma
&lt;Paloma.VanGroll@weil.com&gt;;
mbrofman@weisszarett.com;
sgerald@wtplaw.com;
awilliams@williamsadvisors.com;
alipkin@willkie.com:
gbrunswick@willkie.com;
scimalore@wilmingtontrust.com;
saron@wrslawyers.com;
mfullington@wyattfirm.com;
thoran@foxrothschild.com;
bcokebmw@yahoo.co.uk; Liou,
Jessica &lt;jessica.liou@weil.com&gt;;
DiDonato, Phil
&lt;Philip.DiDonato@weil.com&gt;;
Apfel, Joshua
&lt;Joshua.Apfel@weil.com&gt;;
jfrans@primeclerk.com; Peshko,
Olga &lt;Olga.Peshko@weil.com&gt;
**Subject:** Proof of Claim

Dear Sir/Mesdames.

Please see attached proof of claim. If
you have any questions please let me
know. Thank you

Best regards,

Brian Coke Ng

&lt;~WRD000.jpg&gt; **Proof of
Claim.pdf**

The information contained in this
email message is intended only for
use of the individual or entity named
above. If the reader of this message is
not the intended recipient, or the
employee or agent responsible to
deliver it to the intended recipient, you
are hereby notified that any
dissemination, distribution or copying
of this communication is strictly
prohibited. If you have received this
communication in error, please
immediately notify us by email,
postmaster@weil.com, and destroy
the original message. Thank you.

The information contained in this email message is
intended only for use of the individual or entity
named above. If the reader of this message is not
the intended recipient, or the employee or agent
responsible to deliver it to the intended recipient,
you are hereby notified that any dissemination,
distribution or copying of this communication is
strictly prohibited. If you have received this
communication in error, please immediately notify
us by email, postmaster@weil.com, and destroy the
original message. Thank you.

The information contained in this email message is intended only
for use of the individual or entity named above. If the reader of
this message is not the intended recipient, or the employee or
agent responsible to deliver it to the intended recipient, you are
hereby notified that any dissemination, distribution or copying of
this communication is strictly prohibited. If you have received this
communication in error, please immediately notify us by email,
postmaster@weil.com, and destroy the original message. Thank
you.

The information contained in this email message is intended only for use of the individual or
entity named above. If the reader of this message is not the intended recipient, or the
employee or agent responsible to deliver it to the intended recipient, you are hereby notified
that any dissemination, distribution or copying of this communication is strictly prohibited. If
you have received this communication in error, please immediately notify us by email,
postmaster@weil.com, and destroy the original message. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the
reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended
recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly
prohibited. If you have received this communication in error, please immediately notify us by email,
postmaster@weil.com, and destroy the original message. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this
message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby
notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this
communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not
the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination,
distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by
email, postmaster@weil.com, and destroy the original message. Thank you.