Streusand, Landon, Ozburn & Lemmon, LLP
Sabrina L. Streusand
Texas Bar No. 11701700
1801 S. MoPac Expressway, Suite 320
Austin, Texas 78746
Telephone: (512) 236-9901
Facsimile: (512) 236-9904
streusand@slollp.com

*Attorneys for Dell Financial Services L.L.C.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | **Case No. 18-23538 (RDD)** |
| Debtors. | **(Jointly Administered)** |

    1.    Claimant, Dell Financial Services L.L.C. ("Claimant"), filed its rejection damages proof of claim in the amount of $132,827.55 in Case No. 18-23537-rdd, In re: Sears, Roebuck and Co. on or about April 24, 2019 [Claim No. 19180] ("Proof of Claim").

    2.    The undersigned is the attorney for Claimant and is authorized to withdraw this Proof of Claim on behalf of Claimant.

    3.    The basis for this withdrawal is that the lease has been assumed and the outstanding amounts have been cured.

    4.    Therefore, the Claimant withdraws its Proof of Claim.

Dated: July 12, 2019

Respectfully submitted,

By: /s/ *Sabrina L. Streusand*
    Sabrina L. Streusand
    TX Bar No. 11701700
    Streusand, Landon, Ozburn & Lemmon, LLP
    1801 S. MoPac Expressway, Suite 320
    Austin, Texas 78746
    Telephone: (512) 236-9901
    Facsimile: (512) 236-9904
    streusand@slollp.com

**ATTORNEYS FOR DELL FINANCIAL SERVICES L.L.C.**

## CERTIFICATE OF SERVICE

The undersigned hereby certified that a true and correct copy of the foregoing instrument has been served on this 12th day of July, 2019 upon all parties requesting service via ECF notification.

    */s/ Sabrina L. Streusand*
    Sabrina L. Streusand