Paul J. Labov
**FOLEY & LARDNER LLP**
90 Park Avenue
New York, New York 10016-1314
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
E-mail: plabov@foley.com

Erika L. Morabito (*pro hac vice pending*)
**FOLEY & LARDNER LLP**
3000 K. Street, N.W., Suite 600
Washington, D.C. 20007-5109
Telephone: (202) 295-5300
E-mail:  emorabito@foley.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.,* | |
| Debtors.[1] | Case No. 18-23538 (RDD) |
| | (Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816);  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

4827-1723-7148.2

I, Erika L. Morabito, request admission to practice, *pro hac vice*, before the Honorable Robert D. Drain, to represent Whitebox Asymmetric Partners, LP, Whitebox Multi-Strategy Partners, LP, Hain Capital Investors Master Fund, Ltd. and Cherokee Debt Acquisition, LLC, creditors in the above-referenced cases.

I certify that I am a member in good standing of the bars in the Commonwealth of Virginia and the District of Columbia. I am also admitted to practice in the Supreme Court of the United States, the Supreme Court of Virginia, the U.S. Court of Appeals for the 4th Circuit, the Federal Circuit Court of Appeals, the U.S. District Court for the Eastern District of Virginia, the U.S. District Court for the Western District of Virginia, the U.S. Bankruptcy Court for the Eastern District of Virginia, the U.S. Bankruptcy Court for the Western District of Virginia, and the District of Columbia Court of Appeals.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Date: July 12, 2019
Washington, D.C.

/s/ Erika L. Morabito
Erika L. Morabito
**FOLEY & LARDNER LLP**
3000 K. Street, N.W., Suite 600
Washington, D.C. 20007-5109
E-mail: emorabito@foley.com
Telephone: (202) 295-5300

4827-1723-7148.2