**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                   :

**In re**                                          :

                                                   :         **Chapter 11**

**SEARS HOLDINGS CORPORATION,** *et al.*,  :         **Case No. 18-23538 (RDD)**

Debtors.                      :         **(Jointly Administered)**

                                                 :
---------------------------------------------------------------x

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Marshall C. Turner, Lynn H. Butler and Husch Blackwell LLP (collectively, "BA") on May 22, 2019 filed their Motion for Leave to Withdraw as Counsel for WC Independence Center LLC and WC MRP Belleville Center, LLC ("Creditors") [Doc. No. 3987]; and no additional notice or hearing being required; and sufficient cause appearing, it is hereby

ORDERED that Marshall C. Turner, Lynn H. Butler and Husch Blackwell LLP's motion to withdraw as counsel for Creditors WC Independence Center LLC and WC MRP Belleville Center, LLC is granted; and it is further

ORDERED that any future notifications to the Creditors shall be to:

> Maryann Norwood, Corporate Counsel
> World Class Global Business Services
> 814 Lavaca St.
> Austin, TX 78701
> Telephone: (512) 327-3300
> mnorwood@world-class.com

subject to any future filing of a notice of appearance of substitute counsel for the Creditors in these cases; and it is further

1

ORDERED that BA's withdrawal as counsel for the Creditors shall not cause any delay of any pending proceedings involving the Creditors.

Dated: July 15, 2019
       White Plains, New York

                             /s/Robert D. Drain
                             HONORABLE ROBERT D. DRAIN
                             UNITED STATES BANKRUPTCY JUDGE

ORDER PREPARED BY:

Marshall C. Turner
Lynn H. Butler
Husch Blackwell LLP
190 Carondelet Plaza, 6th Floor
St. Louis, Missouri 63105
 Telephone: (314) 480-1500
Facsimile:  (314) 480-1505
Marshall.turner@huschblackwell.com
Lynn Butler@huschblackwell.com


Copy of order sent to:

Maryann Norwood, Corporate Counsel
World Class Global Business Services
814 Lavaca St.
Austin, TX 78701
mnorwood@world-class.com