WHITE AND WILLIAMS LLP
James C. Vandermark, Esq.
7 Times Square, Suite 2900
New York, New York 10036-6524
Telephone: (212) 244-9500
Facsimile: (212) 244-6200
E-mail:vandermarkj@whiteandwilliams.com

*Counsel to Google LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.,* | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

**GOOGLE LLC'S NOTICE OF WITHDRAWAL OF**
**PROOF OF CLAIMS NOS. 16187, 16315, AND 17050**

Google LLC, by and through its attorneys, White and Williams LLP, hereby voluntarily withdraws its proof of claims, which have been designated Claims Nos. 16187, 16315, and 17050 on the claims register maintained in connection with the above-captioned case.

Respectfully submitted,

Dated: July 17, 2019
New York, NY

By: /s/ James C. Vandermark
James C. Vandermark, Esq.
WHITE AND WILLIAMS LLP

*Attorneys for Google LLC*

23145244v.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.,* | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, James C. Vandermark, hereby certify that a true and correct copy of the foregoing Google LLC's Notice of Withdrawal of Proof of Claims Nos. 16187, 16315, and 17050 was filed electronically with the Court on July 17, 2019.  Notice of this filing will be sent today to all parties receiving notice via the Court's electronic filing system, including counsel for the Debtors.

Dated: July 17, 2019
New York, NY

Respectfully submitted,

By: _____
James C. Vandermark, Esq.
WHITE AND WILLIAMS LLP
7 Times Square, Suite 2900
New York, New York 10036
(646) 837-5791
vandermarkj@whiteandwilliams.com

*Attorneys for Google LLC*

23145244v.1