WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                                        :
                                                             :    **Chapter 11**
**SEARS HOLDINGS CORPORATION,** *et al.*,                    :
                                                             :    **Case No. 18-23538 (RDD)**
                                                             :
                   Debtors.[1]                               :    **(Jointly Administered)**
------------------------------------------------------------ x

## NOTICE OF CORRECTED EXHIBIT TO NOTICE OF ASSUMPTION AND ASSIGNMENT OF ADDITIONAL EXECUTORY CONTRACTS

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**PLEASE TAKE NOTICE** that, on May 8, 2019, Sears Holdings Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Notice of Assumption and Assignment of Additional Executory Contracts* (ECF No. 3761) (the "**Assumption Notice**"),[2] notifying applicable counterparties that the Additional Contracts listed on Exhibit 1 to the Assumption Notice (the "**Additional Contracts Exhibit**") have been designated by the Buyer for assumption and assignment.

**PLEASE TAKE FURTHER NOTICE** that the Additional Contracts listed as reference numbers 2 and 3 on the Additional Contracts Exhibit (the "**Removed Contracts**") are hereby deleted and replaced by the contract listed on Exhibit A hereto (the "**Replacement Contract**").[3]

**PLEASE TAKE FURTHER NOTICE** that, other than the removal of the Removed Contracts from, and the addition of the Replacement Contract to, the Additional Contracts Exhibit, the Assumption Notice and Additional Contracts Exhibit remain otherwise unaffected.

[*Remainder of Page Intentionally Left Blank*]

---

[2] Capitalized terms used herein, but not otherwise defined, shall have the meanings ascribed to them in the Assumption Notice.

[3] When originally designated for assumption and assignment, the Removed Contracts were inadvertently listed as agreements between a Debtor and a counterparty that is no longer party to such agreements. Exhibit A reflects the current counterparty to the Replacement Contract. Such counterparty has consented to the assumption and assignment of the Replacement Contract.

**PLEASE TAKE FURTHER NOTICE** that this notice will be provided in accordance with the procedures set forth in the *Amended Order Implementing Certain Notice and Case Management Procedures*, entered on November 1, 2018 (ECF No. 405), including service on the counterparty listed on Exhibit A.  The Debtors submit that no other or further notice need be provided.

Dated: July 17, 2019
      New York, New York

                               */s/  Jacqueline Marcus*
                               WEIL, GOTSHAL & MANGES LLP
                               767 Fifth Avenue
                               New York, New York  10153
                               Telephone:  (212) 310-8000
                               Facsimile:  (212) 310-8007
                               Ray C. Schrock, P.C.
                               Jacqueline Marcus
                               Garrett A. Fail
                               Sunny Singh

                               *Attorneys for Debtors*
                               *and Debtors in Possession*

## Exhibit A

| Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date | Debtors' Asserted Cure Amount |
|---|---|---|---|---|---|---|
| A&E FACTORY SERVICE, LLC | HAIER US APPLIANCE SOLUTIONS, INC. | SERVICE AGREEMENT | CW2340692 | 10/01/2012 | N/A | $0.00 |