Deloitte & Touche LLP
2200 Ross Ave. Ste. 1600
Dallas, Texas 75201-6703
Telephone: 214.840.7360
Facsimile: 214.880.5360
Jimmy Berry

*Independent Audit and Advisory Services Provider*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) |
|  | ) |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | ) Chapter 11 |
|  | ) |
| Debtors. | ) Case No. 18-23538 (RDD) |
|  | ) |
|  | ) (Jointly Administered) |
|  | ) |

**SIXTH COMBINED MONTHLY FEE STATEMENT OF DELOITTE & TOUCHE LLP
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS INDEPENDENT AUDITOR AND ADVISORY SERVICES PROVIDER TO
THE DEBTORS FOR THE PERIOD
FROM APRIL 1, 2019 THROUGH MAY 31, 2019**

| | |
|---|---|
| Name of Applicant: | Deloitte & Touche LLP |
| Authorized to Provide Services as: | Independent Audit and Advisory Services Provider to the Debtors |
| Date of Retention: | Effective *Nunc Pro Tunc* to October 15, 2018 by Order entered January 22, 2019 |
| Period for which Compensation and Reimbursement is Sought: | April 1, 2019 through May 31, 2019 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $223,028.75 |
| Amount of Expense Reimbursement Sought: | $2,978.30 |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary (100%): | **$226,007.05** |

## PRIOR FEE APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 03/07/19 Dkt. 2771 | 10/15/2018 – 11/30/2018 | $1,001,528.00 | $28,458.18 | $801,222.40 | $28,458.18 |
| 04/15/19 Dkt. 3212 | 12/01/2018 – 12/31/2018 | $723,338.50 | $10,156.37 | $579,470.80 | $10,156.37 |
| 04/15/19 Dkt. 3218 | 01/01/2019 – 01/31/2019 | $975,867.00 | $27,305.81 | $780,693.60 | $27,305.81 |
| 04/15/19 Dkt. 3219 | 02/01/2019 – 02/28/2019 | $565,589.75 | $4,349.96 | $452,471.80 | $4,349.96 |
| 06/13/19 Dkt. 4228 | 03/01/2019 – 03/31/2019 | $564,154.00 | $9,051.99 | $451,323.20 | $9,051.99 |
| 06/28/19 Dkt. 4386 | 04/01/2019 – 04/30/2019 | $542,700.75 | $5,068.85 | $434,160.60 | $5,068.85 |

## CUMULATIVE TIME SUMMARY BY PROFESSIONAL
For the Period from April 1, 2019 through May 31, 2019

### Audit Services [2]

| Professional | Level | Hours | Fees |
|---|---|---|---|
| Berry, Jim | Partner/Principal | 2.0 | |
| Berrill, Liz | Partner/Principal | 7.5 | |
| Weinert McDonnell, Lesley | Partner/Principal | 10.0 | |
| Lauret, Kyle | Senior Manager | 6.4 | |
| Beekman, Berna | Manager | 2.0 | |
| Lonnemann, Malorie | Manager | 1.0 | |
| McManus, Joseph | Senior Consultant | 2.0 | |
| Straub, Kelsey | Senior Consultant | 1.1 | |
| Nguyen, Donna | Staff/Consultant | 3.5 | |
| **Professional Subtotal:** | | **35.5** | **$0.00** |

[2] Deloitte & Touche performed services related to Base Audit Engagement during this monthly fee statement period; however, no billing installment is sought for this period.

### Out of Scope Audit Services

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Straub, Kelsey | Senior Consultant | $300.00 | 0.6 | $180.00 |
| **Professional Subtotal :** | | | **0.6** | **$180.00** |

### Preparation of Fee Applications

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Abrom, Carisa | Senior Consultant | $300.00 | 28.7 | $8,610.00 |
| **Professional Subtotal :** | | | **28.7** | **$8,610.00** |

| | | | | |
|---|---|---|---|---|
| | **TOTAL HOURS AND FEES REQUESTED** | | **64.8** | **$8,790.00** |

## CUMULATIVE FEES BY CATEGORY SUMMARY
For the Period from April 1, 2019 through May 31, 2019

| Categories | Hours | Fees |
|---|---|---|
| Audit Services | 35.5 | $0.00 |
| Out of Scope Audit Services | 0.6 | $180.00 |
| Preparation of Fee Applications | 28.7 | $8,610.00 |
| **Fee's Category Subtotal :** | **64.8** | **$8,790.00** |

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

April 01, 2019 - May 31, 2019

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Audit Services* | | | | |
| 04/01/2019 | | | | |
| Beekman, Berna | Review self-insurance ultimate loss workpapers. | $0.00 | 2.0 | $0.00 |
| 04/02/2019 | | | | |
| Nguyen, Donna | Update self-insurance specialist workpapers in Fiscal Year 2018 partial year audit file to prepare for electronic filing of workpapers, as required by auditing standards. | $0.00 | 1.5 | $0.00 |
| Straub, Kelsey | Compile Sears Holdings 2018 self-insurance workpapers from Deloitte specialists to prepare for electronic filing of workpapers, as required by auditing standards. | $0.00 | 0.4 | $0.00 |
| 04/03/2019 | | | | |
| Lauret, Kyle | Prepare required Sears Holdings Audit Termination Letter per the Company no longer requiring audit services for fiscal year 2018. | $0.00 | 0.6 | $0.00 |
| Nguyen, Donna | Transition Sears Holdings 2018 partial audit workpaper listing and permanent file server to K. Straub (Deloitte) to prepare for electronic filing of workpapers, as required by auditing standards. | $0.00 | 2.0 | $0.00 |
| Straub, Kelsey | Review Sears Holdings 2018 Workpaper index to identify missing workpapers to prepare for electronic filing of workpapers, as required by auditing standards. | $0.00 | 0.2 | $0.00 |
| Straub, Kelsey | Draft Record of Issuance document for associated audit termination letter of the Sears Holdings FY18 Financial Statement audit. | $0.00 | 0.2 | $0.00 |
| Straub, Kelsey | Review Sears audit file workpaper index for inclusion of self-insurance specialist workpapers to prepare for electronic filing of workpapers, as required by auditing standards. | $0.00 | 0.3 | $0.00 |

1

# Sears Holdings Corporation

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

April 01, 2019 - May 31, 2019

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Audit Services* | | | | |
| 04/04/2019 | | | | |
| Lauret, Kyle | Review the Sears Holdings FY18 Partial Audit file for workpapers needing updates and remediation. | $0.00 | 0.4 | $0.00 |
| Weinert McDonnell, Lesley | Review of required communication to the audit committee of the Company in connection with the termination of the audit engagement letter as required by the professional standards | $0.00 | 0.5 | $0.00 |
| 04/08/2019 | | | | |
| Lauret, Kyle | Update required Sears Holdings termination letter based on reviewer comments for revised language. | $0.00 | 0.7 | $0.00 |
| Weinert McDonnell, Lesley | Provide review commentary on updated Sears Holdings termination letter based on filing and documentational requirements. | $0.00 | 1.5 | $0.00 |
| 04/09/2019 | | | | |
| Berrill, Liz | Meet with L. McDonnell (Deloitte) to discuss filing status and requirements of Securities and Exchange Commission Form 12b-15. | $0.00 | 0.5 | $0.00 |
| Weinert McDonnell, Lesley | Meet with L. Berrill (Deloitte) to discuss filing status and requirements of Securities and Exchange Commission Form 12b-15. | $0.00 | 0.5 | $0.00 |
| 04/10/2019 | | | | |
| Weinert McDonnell, Lesley | Research filing and documentational requirements for Deloitte and Sears Holdings when filing a Form 12b-25 with the Securities and Exchange Commission. | $0.00 | 0.3 | $0.00 |
| 04/11/2019 | | | | |
| Berrill, Liz | Conference Call with T. Barton (Deloitte) to discuss status and completion of Securities and Exchange Commission Form 12b-25 | $0.00 | 0.5 | $0.00 |

2

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

April 01, 2019 - May 31, 2019

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Audit Services* | | | | |
| 04/11/2019 | | | | |
| Berrill, Liz | Meet with J. Berry (Deloitte) and A. Reese, T. Tisch and W. Kunkler (Sears) for committee meeting of Sears Holding Corporation presentation by Third Party Counsel on 10K filing status and 12B-25 process. | $0.00 | 0.5 | $0.00 |
| Berrill, Liz | Conference Call with M. Miskinis (Deloitte) to discuss filing requirements for Securities and Exchange Commission Form 12b-25 | $0.00 | 0.5 | $0.00 |
| Berry, Jim | Meet with J. Berry (Deloitte) and A. Reese, T. Tisch and W. Kunkler (Sears) for committee meeting of Sears Holding Corporation presentation by Third Party Counsel on 10K filing status and 12B-25 process. | $0.00 | 0.5 | $0.00 |
| Berry, Jim | Discussions with E. Odoner (Weil Gotshal) regarding 12B-25 filing process for Sears | $0.00 | 0.3 | $0.00 |
| Weinert McDonnell, Lesley | Meet with L. Berrill (Deloitte) and A. Reese, T. Tisch and W. Kunkler (Sears) for committee meeting of Sears Holding Corporation presentation by Third Party Counsel on 10K filing status and 12B-25 process. | $0.00 | 0.5 | $0.00 |
| 04/12/2019 | | | | |
| Berrill, Liz | Conference Call with T. Goncalves (Deloitte) to discuss documentational updates to Securities and Exchange Commission Form 12b-25 | $0.00 | 0.5 | $0.00 |
| Berrill, Liz | Research filing and documentational requirements to Form 12b-25 | $0.00 | 1.0 | $0.00 |
| Berrill, Liz | Conference Call with E. Odoner and K. Descovich (Third Party External Counsel) to discuss timing and status of filing of Securities and Exchange Commission Form 12b-25 | $0.00 | 1.0 | $0.00 |
| Berrill, Liz | Conference Call with J. Berry (Deloitte) to discuss current completion status of Form 12b-25 | $0.00 | 0.5 | $0.00 |

3

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

April 01, 2019 - May 31, 2019

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Audit Services* | | | | |
| 04/12/2019 | | | | |
| Berry, Jim | Review draft Securities and Exchange Commission Form 12B-25 prepared for Sears by Third Party External Counsel for filing documentation regarding delinquent 10K. | $0.00 | 1.2 | $0.00 |
| Lauret, Kyle | Draft notification letter informing W. Kunkler and R. Riecker (Sears) and the Securities and Exchange Commission that the client-auditor relationship has ceased. | $0.00 | 0.7 | $0.00 |
| 04/13/2019 | | | | |
| Berrill, Liz | Review and edit correspondences related to Securities and Exchange Commission-filing Form 12b-25 | $0.00 | 1.0 | $0.00 |
| Weinert McDonnell, Lesley | Review draft Securities and Exchange Commission Form 12B-25 prepared for Sears by Third Party External Counsel for filing documentation regarding delinquent 10K. | $0.00 | 0.5 | $0.00 |
| 04/16/2019 | | | | |
| Weinert McDonnell, Lesley | Meet with S. Brokke (Sears) to discuss Sears compliance with filing of Securities and Exchange Commission Form 12b-25. | $0.00 | 0.5 | $0.00 |
| 04/17/2019 | | | | |
| Lonnemann, Malorie | Review Sears Holdings fiscal 2018 workpapers for electronic filing of workpapers, as required by auditing standards. | $0.00 | 1.0 | $0.00 |
| 04/22/2019 | | | | |
| Berrill, Liz | Meet with S. Brokke (Sears) to discuss Sears compliance with filing of Securities and Exchange Commission Form 12b-25. | $0.00 | 0.5 | $0.00 |

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

April 01, 2019 - May 31, 2019

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Audit Services* | | | | |
| 04/23/2019 | | | | |
| Weinert McDonnell, Lesley | Review memorandum describing approvals obtained to perform accounting and advisory services for Sears Holdings as part of engagement process. | $0.00 | 1.0 | $0.00 |
| 04/24/2019 | | | | |
| Weinert McDonnell, Lesley | Review memorandum describing background of termination of Sears Holdings fiscal 2018 integrated audit services to include in working paper process. | $0.00 | 0.2 | $0.00 |
| 04/29/2019 | | | | |
| Lauret, Kyle | Review Sears Holdings fiscal 2018 workpaper listing for electronic filing of workpapers, as required by auditing standards, to determine working papers are properly included. | $0.00 | 1.2 | $0.00 |
| Lauret, Kyle | Prepare memorandum describing background of termination of Sears Holdings fiscal 2018 integrated audit services to include in working paper process. | $0.00 | 0.6 | $0.00 |
| Weinert McDonnell, Lesley | Review Sears Holdings fiscal 2018 workpaper listing. | $0.00 | 1.0 | $0.00 |
| 04/30/2019 | | | | |
| Lauret, Kyle | Perform final check of Sears Holdings workpaper listing for electronic filing of workpapers as required by auditing standards. | $0.00 | 1.1 | $0.00 |
| 05/01/2019 | | | | |
| Lauret, Kyle | Prepare working paper file for electronic filing of workpapers as required by auditing standards. | $0.00 | 1.1 | $0.00 |
| 05/02/2019 | | | | |
| McManus, Joseph | Prepare working paper file for electronic filing of workpapers as required by auditing standards. | $0.00 | 2.0 | $0.00 |

5

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

April 01, 2019 - May 31, 2019

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| **Audit Services** | | | | |
| 05/06/2019 | | | | |
| Weinert McDonnell, Lesley | Review listing of permanent file workpapers for electronic filing of workpapers as required by auditing standards. | $0.00 | 3.0 | $0.00 |
| 05/07/2019 | | | | |
| Berrill, Liz | Review listing of audit workpapers for electronic filing of workpapers as required by auditing standards. | $0.00 | 0.5 | $0.00 |
| Weinert McDonnell, Lesley | Review listing of audit workpapers for electronic filing of workpapers as required by auditing standards. | $0.00 | 0.5 | $0.00 |
| 05/08/2019 | | | | |
| Berrill, Liz | Review listing of permanent file workpapers for electronic filing of workpapers as required by auditing standards. | $0.00 | 0.5 | $0.00 |
| Subtotal for Audit Services: | | | 35.5 | $0.00 |
| **Out of Scope Audit Services** | | | | |
| 04/03/2019 | | | | |
| Straub, Kelsey | Meet with J. Eichner (Sears) to discuss updates on the pension plans terminations from the pension plan benefit guaranty corporation. | $300.00 | 0.6 | $180.00 |
| Subtotal for Out of Scope Audit Services: | | | 0.6 | $180.00 |
| **Preparation of Fee Applications** | | | | |
| 04/05/2019 | | | | |
| Abrom, Carisa | Update January monthly fee statement. | $300.00 | 1.4 | $420.00 |
| 04/06/2019 | | | | |
| Abrom, Carisa | Prepare February fee exhibit for monthly fee statement. | $300.00 | 2.3 | $690.00 |
| 04/08/2019 | | | | |
| Abrom, Carisa | Update January monthly fee statement. | $300.00 | 3.5 | $1,050.00 |

6

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

April 01, 2019 - May 31, 2019

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Preparation of Fee Applications* | | | | |
| 04/09/2019 | | | | |
| Abrom, Carisa | Update February monthly fee statement. | $300.00 | 2.4 | $720.00 |
| 04/10/2019 | | | | |
| Abrom, Carisa | Prepare first interim fee application. | $300.00 | 3.8 | $1,140.00 |
| 04/12/2019 | | | | |
| Abrom, Carisa | Update first interim fee application. | $300.00 | 4.7 | $1,410.00 |
| 04/15/2019 | | | | |
| Abrom, Carisa | Finalize first interim fee application for filing. | $300.00 | 4.8 | $1,440.00 |
| 05/07/2019 | | | | |
| Abrom, Carisa | Begin to review March fees. | $300.00 | 1.8 | $540.00 |
| 05/08/2019 | | | | |
| Abrom, Carisa | Review March fees for monthly fee statement. | $300.00 | 2.0 | $600.00 |
| 05/20/2019 | | | | |
| Abrom, Carisa | Prepare fee examiner files for first interim fee application. | $300.00 | 0.5 | $150.00 |
| 05/24/2019 | | | | |
| Abrom, Carisa | Begin to review April fees for monthly fee statement. | $300.00 | 1.3 | $390.00 |
| 05/30/2019 | | | | |
| Abrom, Carisa | Prepare and upload zip file for first interim fee application to fee examiner. | $300.00 | 0.2 | $60.00 |
| Subtotal for Preparation of Fee Applications: | | | 28.7 | $8,610.00 |
| **Total** | | | 64.8 | $8,790.00 |

## Recapitulation

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Abrom, Carisa | $300.00 | 28.7 | $8,610.00 |
| Straub, Kelsey | $300.00 | 0.6 | $180.00 |

7

# Sears Holdings Corporation

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

April 01, 2019 - May 31, 2019

## Recapitulation

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Beekman, Berna | $0.00 | 2.0 | $0.00 |
| Berrill, Liz | $0.00 | 7.5 | $0.00 |
| Berry, Jim | $0.00 | 2.0 | $0.00 |
| Lauret, Kyle | $0.00 | 6.4 | $0.00 |
| Lonnemann, Malorie | $0.00 | 1.0 | $0.00 |
| McManus, Joseph | $0.00 | 2.0 | $0.00 |
| Nguyen, Donna | $0.00 | 3.5 | $0.00 |
| Straub, Kelsey | $0.00 | 1.1 | $0.00 |
| Weinert McDonnell, Lesley | $0.00 | 10.0 | $0.00 |