## Schedule 1—List of Rejected Contracts

| Ref. No. | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|
| 1 | SEARS HOLDINGS CORPORATION | INTRALINKS, INC | PROJECT WHEELS - WORK ORDER (QUOTE ID Q213862) | 5116843 | 2/4/2017 | N/A |
| 2 | SEARS HOLDINGS MANAGEMENT CORPORATION | INTRALINKS, INC | PROJECT WHEELS - MSA | BCN339049 | 4/2/2013 | N/A |
| 3 | SEARS HOLDINGS CORPORATION | INTRALINKS, INC | PROJECT LINKS MSA (QUOTE ID Q383773) | 5149984 | 5/21/2018 | N/A |

1