**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, et al.,[1] | Case No. 18-23538 (RDD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF SERVICE

I, Elizabeth Lawler, pursuant to 28 U.S.C. § 1746, certify as follows:

1.      I am a paralegal employed by the law firm of Lowenstein Sandler LLP, counsel to TeleBrands, Corp. in the above referenced chapter 11 cases.

2.      On July 16, 2019, I caused the following document to be electronically filed with the Court, using the Court's electronic filing system and served via the Court's CM/ECF system on the parties that have consented to electronic service of all filings, as listed on Exhibit A hereto:

- *Notice of Adjournment of Hearing Re: Motion of TeleBrands, Corp. to Allow and Compel Payment of Administrative Expense Claim pursuant to 11 U.S.C. Sections 5039a) and 503(b)(1)* [D.I. 4542]

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business ·Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

3.      Also on July 16, 2019, I caused the foregoing document to be served on the parties listed on Exhibit B via electronic mail.

4.      Also on July 16, 2019, I caused the foregoing document to be served on the parties listed on Exhibit C by Federal Express.

I hereby certify under penalty of perjury that the foregoing statements made by me are true and correct.

Dated: July 18, 2019                                    _/s/Elizabeth Lawler_
                                                         Elizabeth Lawler

## EXHIBIT A - CM/ECF

Robin S. Abramowitz on behalf of Creditor U.S. Nonwovens Corp.
abramowitz@larypc.com, fox@larypc.com

Neil H. Ackerman on behalf of Interested Party c/o Neil Ackerman Erica Natasha Moore
nackerman@ackermanfox.com,
kfox@ackermanfox.com;r52605@notify.bestcase.com

David G. Aelvoet on behalf of Creditor Bexar County
sanantonio.bankruptcy@publicans.com

Jaime Agnew on behalf of Creditor Joyce Franklin
jaimeagnew21@gmail.com

Richard A. Aguilar on behalf of Creditor ARI Fleet LT
raguilar@mcglinchey.com,
aparish@mcglinchey.com

Kathleen M. Aiello on behalf of Creditor Aspen Marketing Services, Inc.
kaiello@foxrothschild.com,
dfiore@foxrothschild.com

Luma Al-Shibib on behalf of Creditor WC Independence Center LLC
lal-shibib@andersonkill.com,
dflynn@andersonkill.com;Dfraser@andersonkill.com;Msilverschotz@andersonkill.com

Justin Alaburda on behalf of Creditor Robertson Heating Supply
jmalaburda@bmdllc.com

Rachel Ehrlich Albanese on behalf of Interested Party Transform Holdco LLC
rachel.albanese@dlapiper.com, rachel-albanese-9956@ecf.pacerpro.com

Myles H Alderman, Jr on behalf of Unknown Svetlana Anderson
myles.alderman@alderman.com

John C. Allerding on behalf of Interested Party Luxottica Retail North America Inc.
john.allerding@thompsonhine.com

Arlene Rene Alves on behalf of Creditor Wilmington Savings Fund Society, FSB, as Trustee
alves@sewkis.com

Michael S. Amato on behalf of Interested Party Colonial Properties LLC
mamato@rmfpc.com,
dolsen@rmfpc.com;smcgrath@rmfpc.com

Michele Angell on behalf of Creditor Steel 1111 LLC
mangell@kasowitz.com,
courtnotices@kasowitz.com

Philip D. Anker on behalf of Defendant CRK Partners LLC
philip.anker@wilmerhale.com,
yolande.thompson@wilmerhale.com;WHDocketing@wilmerhale.com

Tara B. Annweiler on behalf of Creditor American National Insurance Company
tannweiler@greerherz.com

Laura E. Appleby on behalf of Creditor WSSR, LLC
appleby@chapman.com

Jenelle C Arnold on behalf of Creditor Bayview Loan Servicing, LLC
bkecfinbox@aldridgepite.com,
jarnold@ecf.courtdrive.com

Simon Aron on behalf of Creditor Wolf Family Series LP d/b/a Series III, Ontario Enterprises of the Wolf Family Series LP
saron@wrslawyers.com,
jnarcise@wrslawyers.com

Joseph Aronauer on behalf of Creditor IQ9-200 SW C Ave, LLC
jaronauer@aryllp.com

Peter M. Aronoff on behalf of Interested Party United States of America

peter.aronoff@usdoj.gov

Kory A. Atkinson on behalf of Creditor
Community Unit School District 300
kaa@koryatkinson.com

Joseph Badtke-Berkow on behalf of Creditor
Morneau Shepell Ltd., in its capacity as
administrator of the Sears Canada Inc.
Registered Pension Plan
joseph.badtke-berkow@allenovery.com,
kurt.vellek@allenovery.com;courtnotices@allen
overy.com;toby.mann@allenovery.com

Brandon K. Bains on behalf of Interested Party
Liberty Mutual Insurance Company
bbains@l-llp.com, ehyman@l-llp.com;ltemp@l-
llp.com

Michael I. Baird on behalf of Creditor Pension
Benefit Guaranty Corporation
baird.michael@pbgc.gov, efile@pbgc.gov

John T. Banks on behalf of Creditor Fayette
County, Kerr County, City of Weslaco, Weslaco
ISD, Kendall County, Maverick County, &
Uvalde County
jbanks@pbfcm.com,
jbanks@ecf.inforuptcy.com

Sedric Banks on behalf of Creditor Jerry and
Esther Vosburg
sedbanks@aol.com

Shari Barak on behalf of Creditor Wells Fargo
Bank, National Association
sbarak@logs.com, NYBKCourt@logs.com

Luke A Barefoot on behalf of Creditor ESL
Investments, Inc.
lbarefoot@cgsh.com, maofiling@cgsh.com

Erika R. Barnes on behalf of Creditor Whitmor,
Inc.
ebarnes@stites.com, mdennis@stites.com

Michael Jason Barrie on behalf of Creditor
Butterfield Tech Center, LLC
mbarrie@beneschlaw.com,
debankruptcy@beneschlaw.com;kcapuzzi@ben
eschlaw.com

Joseph Charles Barsalona, II on behalf of
Interested Party KBTS-Tamiami, Ltd. c/o
Federal Construction, Inc.
jbarsalona@mnat.com

Robert D. Bass on behalf of Creditor Jackson
Shopping Village, LLP, Successor in Interest to
Flamingo Sandhill, a CA General Partnership
bob.bass47@icloud.com,
bob.bass47@icloud.com

Paul M. Basta on behalf of Debtor Sears
Holdings Corporation
pbasta@paulweiss.com

Christopher Robert Belmonte on behalf of
Interested Party Advance Magazine Publishers
Inc.
cbelmonte@ssbb.com,
pbosswick@ssbb.com,managingclerk@ssbb.co
m

Nola R Bencze on behalf of Creditor Milton
Manufacturing, LLC
nbencze@clarkhill.com

Tammy L. Terrell Benoza on behalf of Creditor
SEARS, ROEBUCK AND CO.
bankruptcy@feinsuch.com

Thomas Daniel Berghman on behalf of Creditor
Comosoft, Inc.
tberghman@munsch.com

Leslie Ann Berkoff on behalf of Interested Party
BRE 312 OWNER LLC
lberkoff@moritthock.com

Richard J. Bernard on behalf of Unknown
Briggs & Stratton Corporation
rbernard@foley.com

Jeffrey Bernstein on behalf of Interested Party
New Jersey Self-Insurers Guaranty Association
jbernstein@mdmc-law.com, sshidner@mdmc-
law.com

Jill B. Bienstock on behalf of Creditor Kellogg
Sales Company
jbienstock@coleschotz.com,
fpisano@coleschotz.com

Karen C. Bifferato on behalf of Creditor IRC
Marketplace at Six Corners, L.L.C.
kbifferato@connollygallagher.com

Jeffrey E Bjork on behalf of Unknown Simon
Property Group, L.P.
jeff.bjork@lw.com

David M. Blau on behalf of Creditor AGREE
LIMITED PARTNERSHIP
dblau@clarkhill.com

George Anthony Bleus on behalf of Creditor
Taylor Sorensen
bleusandassociates@gmail.com

Michael V. Blumenthal on behalf of Creditor
RD Management LLC
michael.blumenthal@tklaw.com

Stuart E Bodker on behalf of Creditor North K I-
29 2004, LLC
sbodker@mcdowellrice.com

Melissa Boey on behalf of Unknown CFP Fire
Protection, Inc.
melissa.boey@morganlewis.com

Phillip W. Bohl on behalf of Unknown Blueline
Foodservice Distribution, Inc.
phillip.bohl@gpmlaw.com

Wanda Borges on behalf of Creditor Kenney
Manufacturing Company
ecfcases@borgeslawllc.com

Dustin Parker Branch on behalf of Creditor
Acadia Realty Limited Partnership
branchd@ballardspahr.com,
carolod@ballardspahr.com;maddoxm@ballards
pahr.com

Duane Brescia on behalf of Creditor Epicor
Software Corporation
duane.brescia@clarkhillstrasburger.com,
bkrtcynotices@clarkhillstrasburger.com;donna.k
rupa@clarkhillstrasburger.com;Kathi.Alexander
@clarkhillstrasburger.com

Kay Diebel Brock on behalf of Creditor Travis
County

bkecf@co.travis.tx.us

Michael D. Brofman on behalf of Creditor CE
Vernon II, LLC
mbrofman@weisszarett.com

H. Bruce Bronson, Jr. on behalf of Creditor
M&S Landscaping Inc
ecf@bronsonlaw.net,
hbbronson@bronsonlaw.net

Lynn Hamilton Butler on behalf of Creditor WC
Independence Center LLC
Lynn.Butler@huschblackwell.com,
Lynn.Butler@huschblackwell.com

Lawrence W Byrne on behalf of Creditor
William Juiris
lbyrne@pedersenhoupt.com

CRG Financial LLC on behalf of Creditor CRG
Financial LLC
allison@claimsrecoveryllc.com

Donald F. Campbell, Jr. on behalf of Interested
Party Saker ShopRites, Inc.
dcampbell@ghclaw.com,
4433@notices.nextchapterbk.com

Jeffrey A. Carlino on behalf of Creditor
Voortman Cookies Limited
jacarlino@kslnlaw.com, rabacon@kslnlaw.com

James S. Carr on behalf of Creditor Tata
Consultancy Services Limited
KDWBankruptcyDepartment@kelleydrye.com;
MVicinanza@ecf.inforuptcy.com

Robert Carson on behalf of Creditor
Forbes/Cohen Florida Properties, LP
rcarson@carsonfischer.com

Jamie S. Cassel on behalf of Creditor Graco
Children's Products Inc.
jsc@renozahm.com, jsc@renozahm.com

Kara E. Casteel on behalf of Debtor Sears
Holdings Corporation
kcasteel@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com

Michael J. Catalfimo on behalf of Creditor BH
North American Corporation
mcatalfimo@carterconboy.com,
hmclenithan@carterconboy.com;rmcfee@carter
conboy.com;jstein@carterconboy.com

Katherine R. Catanese on behalf of Creditor
Victor Reagan Family Trust
kcatanese@foley.com

George B. Cauthen on behalf of Creditor
Michelin North America, Inc.
george.cauthen@nelsonmullins.com,
Linnea.hann@nelsonmullins.com;joan.kishline
@nelsonmullins.com

Rocco A. Cavaliere on behalf of Creditor Alpine
Creations Ltd.
rcavaliere@tarterkrinsky.com,
snobles@tarterkrinsky.com

Janine M. Cerbone on behalf of Creditor Criteo
S.A.
jfigueiredo@hahnhessen.com,
jfigueiredo@hahnhessen.com

Rudy J Cerone on behalf of Creditor Automotive
Rentals, Inc.
rcerone@mcglinchey.com

Charles Chamberlin on behalf of Creditor State
of Nebraska Game and Parks Commission
charles.chamberlin@nebraska.gov

Mark J Chaney, III on behalf of Creditor
Automotive Rentals, Inc.
mchaney@mcglinchey.com,
aparish@mcglinchey.com

Scott K. Charles on behalf of Debtor Sears
Holdings Corporation
skcharles@wlrk.com, calert@wlrk.com

Michael Chatwin on behalf of Creditor Wells
Fargo Bank, National Association
NYBKCourt@logs.com

Clement Cheng on behalf of Attorney Clement
Cheng
law@clemcheng.com

Gustavo A Chico-Barris on behalf of Creditor
Santa Rosa Mall, LLC
gchico@ferraiuoli.com,
hruiz@ferraiuoli.com;edocketslit@ferraiuoli.co
m

Hyun Suk Choi on behalf of Unknown
Winiadaewoo Electronics America, Inc.
hchoi@choiandpark.com,
lkleist@choiandpark.com;cpark@choiandpark.c
om;jpatten@choiandpark.com;kmclaughlin@ch
oiandpark.com

Carol Chow on behalf of Creditor LBG Hilltop,
LLC
Carol.Chow@ffslaw.com,
easter.santamaria@ffslaw.com

Shawn M. Christianson on behalf of Creditor
Oracle America, Inc.
schristianson@buchalter.com,
cmcintire@buchalter.com

Jeffrey Chubak on behalf of Creditor Shaler
Zamagias Limited Partnership
jchubak@storchamini.com

Louis J. Cisz, III on behalf of Creditor
California Self-Insurers' Security Fund
lcisz@nixonpeabody.com

Mary Ann Claraval on behalf of Creditor
Darlene Stroehecker
maryannpsu@comcast.net

Darrell W. Clark on behalf of Creditor Verizon
Communications Inc.
darrell.clark@stinsonleonard.com,
catherine.scott@stinsonleonard.com

Ronald Alexander Clark, Jr. on behalf of
Creditor NCC Key Company
aclark@cov.com

Donald W. Clarke on behalf of Creditor
Auburndale Properties, Inc.
dclarke@wjslaw.com,
dclarke@ecf.inforuptcy.com

Lewis R. Clayton on behalf of Plaintiff Kmart
Corporation

lclayton@paulweiss.com

Marvin E. Clements, Jr. on behalf of Creditor
TN Dept of Revenue
agbanknewyork@ag.tn.gov

Eboney Cobb on behalf of Creditor Carrollton-
Farmers Branch ISD
ecobb@pbfcm.com

Dianne F. Coffino on behalf of Unknown
Certain Former Directors of Sears Canada, Inc.
dcoffino@cov.com

Joshua W. Cohen on behalf of Creditor Lakin
Tire West, Inc.
jwcohen@daypitney.com,
arametta@daypitney.com

Patrick Collins on behalf of Creditor CA, Inc.
pcollins@farrellfritz.com

Sonia E Colon on behalf of Creditor Santa Rosa
Mall, LLC
scolon@ferraiuoli.com,
edocketslit@ferraiuoli.com;scolon@ecf.courtdri
ve.com;hruiz@ferraiuoli.com;soniaecolon@gma
il.com

Michael J. Connolly on behalf of Creditor
Michael & Margaret Reheis
mconnolly@formanlaw.com,
kanema@formanlaw.com

Andrew S. Conway on behalf of Creditor
Taubman Landlords
aconway@taubman.com

Stephen A Corr on behalf of Creditor John
Fraser
scorr@begleycarlin.com

Joseph Corrigan on behalf of Creditor Iron
Mountain Information Management, LLC
bankruptcy2@ironmountain.com

Ramon Coto-Ojeda on behalf of Creditor Payco
Foods Corporation
nac@crlawpr.com, nac@crlawpr.com

Julie Cvek Curley on behalf of Creditor National
Health Information Network, Inc.
jcurley@kacllp.com,
AttorneyCvek@gmail.com;bleonardo@kacllp.c
om;5696@notices.nextchapterbk.com

Kelly Rose Cusick on behalf of Creditor Pension
Benefit Guaranty Corporation
cusick.kelly@pbgc.gov, efile@pbgc.gov

Brian Custy on behalf of Creditor Jenny Yednak
bcusty@custylaw.com

Noah Saul Czarny on behalf of Defendant
Fairholme Capital Management, L.L.C.
czarny@sewkis.com

Anthony J D'Artiglio on behalf of Creditor Allen
ISD
ajd@ansellgrimm.com,
jb@ansellgrimm.com;merediths@ansellgrimm.c
om

Raniero D'Aversa on behalf of Creditor Contact
US Teleservices (Atento)
rdaversa@orrick.com

Robert K. Dakis on behalf of Creditor Allure
Gems, LLC
rdakis@morrisoncohen.com,
bankruptcy@morrisoncohen.com

Eric C. Daucher on behalf of Interested Party
FTI Consulting Canada Inc., in its capacity as
court-appointed monitor for Sears Canada Inc.
and certain of its
affiliates
eric.daucher@nortonrosefulbright.com

Janice I Daul on behalf of Unknown
Movants/Class Representatives Nina and Gerald
Greene
jdaul@kcr-law.com

Richard T. Davis on behalf of Creditor Cafaro
Management Company
rdavis@cafarocompany.com

Louis Thomas DeLucia on behalf of Creditor
Ciuffo Family Trust
louis.delucia@icemiller.com

Sam Della Fera, Jr. on behalf of Creditor Eric
I.B. Company, LLC
sdellafera@msbnj.com, ldipaolo@msbnj.com

Christopher M. Desiderio on behalf of Creditor
266 Route 125, LLC
cdesiderio@nixonpeabody.com

Andrew Devore on behalf of Interested Party
Cross Country Home Services, Inc.
andrew.devore@ropesgray.com,
nova.alindogan@ropesgray.com

Allan B Diamond on behalf of Creditor Team
Worldwide Corporation
adiamond@diamondmccarthy.com

Andrew G. Dietderich on behalf of Creditor
Fairholme Capital Management, LLC and
Fairholme Funds, Inc.
dietdericha@sullcrom.com,
s&cmanagingclerk@sullcrom.com;andrew-
dietderich-
6008@ecf.pacerpro.com;BAKERR@SULLCR
OM.COM

John P. Dillman on behalf of Creditor Angelina
County
houston_bankruptcy@publicans.com
Ted A. Dillman on behalf of Unknown Simon
Property Group, L.P.
ted.dillman@lw.com

Ira S. Dizengoff on behalf of Creditor
Committee Official Committee of Unsecured
Creditors of Sears Holdings Corporation, et al.
idizengoff@akingump.com,
afreeman@akingump.com;apreis@akingump.co
m;dkrasa-
berstell@akingump.com;nymco@akingump.co
m;AGSearch-
Lit@akingump.com

Caroline Djang on behalf of Creditor Niagra
Bottling, LLC
caroline.djang@bbklaw.com
Amish R. Doshi on behalf of Creditor Oracle
America, Inc.
amish@doshilegal.com

James F. Dowden on behalf of Creditor Gabriel
Young
jfdowden@swbell.net

Elizabeth L Doyaga on behalf of Creditor Select
Portfolio Servicing, Inc. as servicer for U.S.
Bank National Association, as successor trustee,
on behalf of the
holders of the CSFB Mortgage-Backed Pass-
Through Certificates, Series 2002-24
edoyaga@flwlaw.com,
jspiegelman@flwlaw.com

Leo B Dubler, III on behalf of Creditor
SUZANNE MERCADO
leodubler@fast.net

Joshua A. Dunn on behalf of Creditor Village of
Hoffman Estates
jdunn@vedderprice.com,
ecfnydocket@vedderprice.com

David W. Dykhouse on behalf of Interested
Party MOAC Mall Holding LLC
dwdykhouse@pbwt.com,
mcobankruptcy@pbwt.com

Rachel E. Edwards on behalf of Interested Party
Liberty Mutual Insurance Company
redwards@l-llp.com, ehyman@l-
llp.com;ltemp@l-llp.com

Devon Eggert on behalf of Creditor Korpack,
Inc.
deggert@freeborn.com,
bkdocketing@freeborn.com

Steven B. Eichel on behalf of Creditor North K
I-29 2004, LLC
se@robinsonbrog.com

Brad Elias on behalf of Defendant Thomas J.
Tisch
belias@omm.com

Judith Elkin on behalf of Creditor Lenox
International, Inc.
elkinj@mac.com, elkinj@mac.com

Samuel G Encarnacion on behalf of Creditor
Maria Gonzalez

same@haggertylaw.com

Andrew J. Entwistle on behalf of Creditor Platte Valley Investment, LLC
aentwistle@entwistle-law.com,
efilings@entwistle-law.com;jporter@entwistle-law.com

Marita S. Erbeck on behalf of Creditor Distribution Funding II, LLC
marita.erbeck@dbr.com

Carrie Essenfeld on behalf of Creditor Taubman Landlords
cessenfeld@halperinlaw.net,
cmitchell@halperinlaw.net

Daniel E. Etlinger on behalf of Creditor Sante Marcoccia
detlinger@jennislaw.com,
karon@jennislaw.com

Kevin J Etzel on behalf of Creditor Agri-Fab, Inc.
ketzel@vedderprice.com

Michael Eversden on behalf of Creditor Pearl Global Industries, Ltd.
meversden@mcgrathnorth.com

Catania Facher on behalf of Creditor William Juiris
cfacher@alonsolegal.com

Garrett A. Fail on behalf of Debtor Sears Holdings Corporation
garrett.fail@weil.com,
Paloma.VanGroll@weil.com

Stephen Vincent Falanga on behalf of Creditor Schindler Elevator Corporation
sfalanga@walsh.law, mvargas@walsh.law

Thomas A. Farinella on behalf of Unknown Stockton Mariposa, LLC
tf@lawtaf.com, ecf@lawgmf.com

Steven Charles Farkas on behalf of Creditor AMERICAN CASTING & MANUFACTURING CORP.

scf@cohmlaw.com,
jenniferg@cohmlaw.com;lindac@cohmlaw.com
;lah@cohmlaw.com

John T. Farnum on behalf of Creditor LTMAC Properties, LLC
jfarnum@linowes-law.com,
jcummings@linowes-law.com

Thomas R. Fawkes on behalf of Creditor Infinite Peripherals, Inc.
tomf@goldmclaw.com

Alan Feld on behalf of Creditor Everlast World's Boxing Headquarters Corp.
afeld@sheppardmullin.com

Mark E. Felger on behalf of Creditor National Distribution Centers, LLC
MFelger@cozen.com, kcallahan@cozen.com

James R. Felton on behalf of Creditor Jackson Shopping Village, LLP, Successor in Interest to Flamingo Sandhill, a CA General Partnership
jfelton@greenbass.com,
mtyndall@greenbass.com

Christopher V Fenlon on behalf of Creditor Greenwood Industries, Inc.
cfenlon@hinckleyallen.com

William P Fennell on behalf of Creditor Dart Warehouse Corporation
william.fennell@fennelllaw.com,
luralene.schultz@fennelllaw.com,charles.bethel
@fennelllaw.com,mblackburnjoniaux@fennellla
w.com

John R. Fifarek on behalf of Creditor 4th South Street II, LLC
knelson@laskyfifarek.com,
csczepanski@laskyfifarek.com

Charles J. Filardi, Jr. on behalf of Creditor Southhaven Associates LLC
cfilardi@rrlawpc.com, abothwell@rrlawpc.com

Scott D. Fink on behalf of Creditor Toyota Industries Commercial Finance, Inc.
brodellecf@weltman.com

Glenn M. Fjermedal on behalf of Creditor Grand
Central Plaza, LLC
gfjermedal@davidsonfink.com,
vbillups@davidsonfink.com

Jonathan L. Flaxer on behalf of Creditor AMAV
Enterprises Ltd.
jflaxer@golenbock.com,
jsavitsky@golenbock.com;mweinstein@golenb
ock.com

Ken Florey on behalf of Creditor Community
Unit School District 300
kflorey@rsnlt.com

Thomas J. Flynn on behalf of Interested Party
MOAC Mall Holding LLC
tflynn@larkinhoffman.com

Christopher Fong on behalf of Unknown
Cascade Water Services
cfong@nixonpeabody.com

Kiah T Ford, IV on behalf of Creditor Hangzhou
GreatStar Industrial Co., Ltd
chipford@parkerpoe.com

Edward M. Fox on behalf of
Unknown Wilmington Trust, National
Association
emfox@seyfarth.com

Gregory W. Fox on behalf of Creditor Waste
Management National Services, Inc. and its
affiliates
gfox@goodwinprocter.com,
ACunningham@goodwinlaw.com

Shawn Randall Fox on behalf of Creditor Apex
Systems, LLC
sfox@mcguirewoods.com

Andrew Frackman on behalf of Defendant
Thomas J. Tisch
afrackman@omm.com

Joseph D. Frank on behalf of Creditor Bottling
Group, LLC operating as Pepsi Beverages
Company
jfrank@fgllp.com,
csucic@fgllp.com;csmith@fgllp.com

Mark A. Frankel on behalf of Creditor 233 S.
Wacker, LLC
mfrankel@bfklaw.com,
mfrankel@bfklaw.com;mark_frankel@yahoo.co
m;frankel.mark@gmail.com;frankelmr74702@n
otify.bestcase.com

Elise S. Frejka on behalf of Consumer Privacy
Ombudsman Elise S. Frejka
efrejka@frejka.com

Alana M. Friedberg on behalf of Creditor North
Plaza I, LLC
alana.friedberg@dlapiper.com

Jeff J. Friedman on behalf of Creditor Banc of
America Credit Products, Inc.
jeff.friedman@kattenlaw.com,
nyc.bknotices@kattenlaw.com

Michael Friedman on behalf of Creditor
4207602 Canada Inc. (dba Cameo Knitting)
friedman@chapman.com,
iyassin@chapman.com

Joseph Froehlich on behalf of Unknown
Cardtronics USA, Inc.
jfroehlich@lockelord.com

Patricia B. Fugee on behalf of Creditor XPO
Last Mile, Inc.
Patricia.Fugee@FisherBroyles.com,
ecf@cftechsolutions.com

Thomas M. Gaa on behalf of Creditor Oath
(Americas) Inc.
tgaa@bbslaw.com, yessenia@bbslaw.com

James Gadsden on behalf of Sucessor Trustee
The Bank of New York Mellon Trust Company,
N.A, as Successor Trustee
bankruptcy@clm.com

Robert Gainer on behalf of Creditor Matt Bauer
rgainer@cutlerfirm.com,
snewton@cutlerfirm.com

Gregg M. Galardi on behalf of Interested Party
Apex Tool Group, LLC
gregg.galardi@ropesgray.com,
nova.alindogan@ropesgray.com

David J. Gallagher on behalf of Creditor Jeffrey
Pfeiffer
dgallagher@mnlawoffice.com

Alan E. Gamza on behalf of Creditor Rosy Blue,
Inc.
Agamza@mosessinger.com,
dkick@mosessinger.com;jbonteque@mosessing
er.com;kkolbig@mosessinger.com;rcorbi@mose
ssinger.com

Jeffrey K. Garfinkle on behalf of Creditor
Supplylogix LLC
jgarfinkle@buchalter.com,
dcyrankowski@buchalter.com;docket@buchalte
r.com

Victoria D. Garry on behalf of Creditor Ohio
Department of Taxation
vgarry@ag.state.oh.us

Christopher Gartman on behalf of Creditor
Matson Navigation Company, Inc.
gartman@hugheshubbard.com, corp-reorg-
department-7318@ecf.pacerpro.com

Robert Gayda on behalf of Defendant Fairholme
Capital Management, L.L.C.
gayda@sewkis.com

Ryan Zachary Gelber on behalf of Interested
Party Transform Holdco LLC
zgelber@gelbersantillo.com,
fmechlowitz@gelbersantillo.com

Matthew Gensburg on behalf of Creditor
Community Unit School District 300
mgensburg@gcklegal.com

Charles George on behalf of Creditor Z.A.
Sneeden's Sons, Inc.
cgeorge@wyrick.com,
abray@wyrick.com;cabitbol@wyrick.com

Stephen B. Gerald on behalf of Creditor J. M.
Smucker Company
sgerald@wtplaw.com, clano@wtplaw.com

Yann Geron on behalf of Creditor Adam Levine
Productions, Inc.

ygeron@reitlerlaw.com,
ygeronnys@ecf.axosfs.com;jlitos@reitlerlaw.co
m;nsantucci@reitlerlaw.com;adaniszewski@reit
lerlaw.com;asuffern@axosfs.com

Peter M. Gilhuly on behalf of Unknown Simon
Property Group, L.P.
peter.gilhuly@lw.com, peter-gilhuly-
1776@ecf.pacerpro.com

Steven A. Ginther on behalf of Creditor
Missouri department of revenue
sdnyecf@dor.mo.gov

Sheryl P Giugliano on behalf of Creditor Team
Worldwide Corporation
sgiugliano@diamondmccarthy.com,
tpavalis@diamondmccarthy.com

Luvell L Glanton on behalf of Creditor Antonio
D. Roberts
glantonfirm@gmail.com

Eduardo J. Glas on behalf of Unknown Natalie
Parker
ejglas@gmail.com

Jeffrey R. Gleit on behalf of Unknown
Service.com
jgleit@sullivanlaw.com,
gschlack@sullivanlaw.com,bcooley@sullivanla
w.com;aweiss@sullivanlaw.com,nkoslof@sulliv
anlaw.com,tkethro@sullivanlaw.com

Ronald Eric Gold on behalf of Creditor Macy's
West Stores, Inc.
rgold@fbtlaw.com,
awebb@fbtlaw.com;bmparker@fbtlaw.com;ese
verini@fbtlaw.com

Michael Goldstein on behalf of Creditor Urban
Edge Properties LP and its subsidiaries
mgoldstein@goodwinlaw.com
Brendan Goodhouse on behalf of Interested
Party Church Street LLC
bgoodhouse@cuddyfeder.com

Brett D. Goodman on behalf of Unknown
Allison Bruce and Lou Cuida as Trustees of the
ALLISON BRUCE IRREVOCABLE TRUST

brett.goodman@troutmansanders.com,
john.murphy@troutman.com

Eric R Goodman on behalf of Creditor American
Greetings Corporation
egoodman@bakerlaw.com

Leon B Gordon on behalf of Creditor Anderson
County et al
cary.cain@mvbalaw.com,
bankruptcy@mvbalaw.com

Andrew R. Gottesman on behalf of Unknown
Ravenswood Station LLC
gottesman@mintzandgold.com,
gottesman@mintzandgold.com

David S. Gragg on behalf of Creditor Alatex, A
Joint Venture
dgragg@langleybanack.com,
cjohnston@langleybanack.com

Jonathan Adam Grasso on behalf of Attorney
Pierce McCoy, PLLC
jon@piercemccoy.com

Ira S. Greene on behalf of Interested Party DFS
Services, LLC
ira.greene@lockelord.com

Christopher A. Grosman on behalf of Creditor
Forbes/Cohen Florida Properties, LP
cgrosman@carsonfischer.com

Deborah R. Gross on behalf of Unknown
Movants/Class Representatives Nina and Gerald
Greene
dgross@kcr-law.com, JHannigan@kcr-law.com

Janice Beth Grubin on behalf of Creditor DXC
Technology Services LLC, successor in interest
to Computer Sciences Corporation and CSC
Covansys
Corporation
Janice.Grubin@leclairryan.com

Charles A. Gruen on behalf of Unknown U.S.
Bank National Association d/b/a U.S. Bank
Equipment Finance
cgruen@gruenlaw.com

Allen J. Guon on behalf of Creditor
SHERTHAL, LLC
aguon@foxrothschild.com,
aguon@foxrothschild.com

Matthew Gurgel on behalf of Defendant Kunal
Kamlani
mgurgel@hsgllp.com

Harry M. Gutfleish on behalf of Creditor First
Real Estate Investment Trust of New Jersey
harry@gutfleishlaw.com

Laura R Hall on behalf of Creditor Morneau
Shepell Ltd., in its capacity as administrator of
the Sears Canada Inc. Registered Pension Plan
laura.hall@allenovery.com,
kurt.vellek@allenovery.com,toby.mann@alleno
very.com,courtnotices@allenovery.com

Mark E. Hall on behalf of Creditor CAPREF
Burbank LLC A Delaware LLC
mhall@foxrothschild.com,
cbrown@foxrothschild.com

Aaron L. Hammer on behalf of Creditor
Horwood Marcus & Berk Chartered
ahammer@hmblaw.com,
ecfnotices@hmblaw.com;jguzzardo@hmblaw.c
om

William J. Hanlon on behalf of Creditor Tupart
II, LLC
whanlon@seyfarth.com,
bosdocket@seyfarth.com

Paul E. Harner on behalf of Creditor Acadia
Realty Limited Partnership
paul.harner@lw.com

Juandisha Harris on behalf of Creditor State of
Michigan, Department of Treasury
harrisj12@michigan.gov

Sharon A. Harris on behalf of Interested Party
Mario Aliano
sharon@attorneyzim.com

David Henry Hartheimer on behalf of Creditor
GitLab Inc.
david@mhlaw-ny.com, david@clearbid.com

Jonathan Scott Hawkins on behalf of Creditor
Teradata Operations, Inc.
jonathan.hawkins@thompsonhine.com,
THDaytonECF@thompsonhine.com;ECFDocke
t@thompsonhine.com

Patrick L. Hayden on behalf of Creditor The
Nielsen Company (US), LLC
phayden@mcguirewoods.com

Melissa S Hayward on behalf of Creditor Elm
Creek Real Estate LLC
mhayward@haywardfirm.com

Leslie C. Heilman on behalf of Creditor Acadia
Realty Limited Partnership
heilmanl@ballardspahr.com,
maddoxm@ballardspahr.com

Christopher Matthew Hemrick on behalf of
Creditor GroupBy USA, Inc.
chemrick@walsh.law, chemrick@walsh.law

Ira L. Herman on behalf of Creditor Berkeley
Mall, LLC
iherman@blankrome.com,
nybankruptcydocketing@blankrome.com;eDock
eting@blankrome.com

Neil E. Herman on behalf of Creditor Kimco
Realty Corporation
Nherman@morganlewis.com

Michael R. Herz on behalf of Creditor CAPREF
Burbank LLC A Delaware LLC
mherz@formanlaw.com,
cbrown@formanlaw.com

George Bernard Hofmann on behalf of Creditor
Propel Trampolines LLC
ghofmann@cohnekinghorn.com,
mparks@cohnekinghorn.com

Marie Polito Hofsdal on behalf of Creditor
Broad Street Station LLC c/o Collett
mhofsdal@pryorcashman.com

Evan C Hollander on behalf of Creditor TELUS
International (U.S.) Corporation
echollander@orrick.com,
jgoldfinger@orrick.com;efua@orrick.com

James J. Holman on behalf of Interested Party
Aramark Corporation
jjholman@duanemorris.com

Caleb T. Holzaepfel on behalf of Creditor CBL
& Associates Management Inc.
caleb.holzaepfel@huschblackwell.com

Robert Honeywell on behalf of Creditor
Amazon Payments, Inc.
robert.honeywell@klgates.com,
brian.koosed@klgates.com

Joon P. Hong on behalf of Creditor Thanh Cong
Textile Garment Investment Trading Joint Stock
Company
joonhong@chapman.com

Thomas Ross Hooper on behalf of Defendant
Fairholme Capital Management, L.L.C.
hooper@sewkis.com

Benjamin Hugon on behalf
of Creditor Winners Industry Co., Ltd.
bhugon@mckoolsmith.com,
nsauter@mckoolsmith.com

Joan S. Huh on behalf of Creditor California
Dept. of Tax and Fee Admin.
joan.huh@cdtfa.ca.gov

Rita L Hullett on behalf of Attorney Rita L.
Hullett
rhullett@bakerdonelson.com,
mcleveland@bakerdonelson.com;dgreen@baker
donelson.com

Hanh Vinh Huynh on behalf of Creditor Manlaw
Investment Company, Ltd.
hhuynh@rubinlawllc.com,
prubin@rubinlawllc.com

Mark J. Hyland on behalf of Defendant
Fairholme Capital Management, L.L.C.
hyland@sewkis.com

Allison Akiko Ito on behalf of Unknown Hawaii
Intercontinental Corporation
aito@hibklaw.com

Russell Jackson on behalf of Creditor Corrina
Beth Kenwisher
rjackson@thomasjhenrylaw.com

Hugh G. Jasne on behalf of Unknown Data Print
Technologies, Inc.
jf@jasneflorio.com, hgj@jasneflorio.com

Dwight Jefferson on behalf of Creditor DAVID
DEEDS
djefferson@coatsrose.com

Christian Paul Jensen on behalf of Stockholder
Thomas Tisch
jensenc@sullcrom.com

Monique Debrikka Jewett-Brewster on behalf of
Creditor John C. Adams
mjb@hopkinscarley.com,
eamaro@hopkinscarley.com

William Austin Jowers on behalf of Creditor
Husqvarna Consumer Outdoor Products N.A.
ajowers@kslaw.com

Allen G. Kadish on behalf of Creditor
Community Unit School District 300
akadish@archerlaw.com,
lschildkraut@archerlaw.com;chansen@archerla
w.com;hbreakstone@archerlaw.com

Vera N Kanova on behalf of Creditor
Commonwealth of PA Dept. of Environmental
Protection
verkanova@pa.gov

Alan H Katz on behalf of Creditor Pension
Benefit Guaranty Corporation
akatz@lockelord.com

Alan F. Kaufman on behalf of Creditor Pratt
Corrugated Holdings, Inc.
alan.kaufman@nelsonmullins.com

Michael Courtney Keats on behalf of Defendant
Seritage GS Holding LLC
michael.keats@friedfrank.com

William E. Kelleher, Jr. on behalf of Creditor
Bonita Casa, LLC

wkelleher@cohenlaw.com,
mgraeb@cohenlaw.com;hward@cohenlaw.com

Steven W. Kelly on behalf of Creditor AmCap
Wilson II, LLC
skelly@s-d.com

Gerald P. Kennedy on behalf of Creditor MCS
Hemet Valley Center LLC
gerald.kennedy@procopio.com,
angela.stevens@procopio.com;calendaring@pro
copio.com

William B. Kerr on behalf of Creditor COMM
2006-C8 Shaw Avenue Clovis, LLC
wkerr@kerrllp.com

Roland Scott Keske, I on behalf of Creditor
Liberty Insurance Corporation
rsk@lefltd.com, eg@lefltd.com

Ferve E. Khan on behalf of Creditor American
Greetings Corporation
fkhan@bakerlaw.com

Erin C. Kim on behalf of Creditor Pension
Benefit Guaranty Corporation
kim.erin@pbgc.gov, efile@pbgc.gov

Jane Kim on behalf of Creditor TmaxSoft, Inc.
jkim@kellerbenvenutti.com

Alan M Kindred on behalf of Creditor Beauty 21
Cosmetics, Inc.
akindred@leechtishman.com,
dtomko@leechtishman.com;ghauswirth@leechti
shman.com

Norman N Kinel on behalf of Interested Party
KDI Rivergate Mall, LLC
norman.kinel@squirepb.com,
sarah.conley@squirepb.com

Edward M. King on behalf of Creditor Sitel
Operating Corporation
tking@fbtlaw.com

Dawn Kirby on behalf of Creditor Bonnier Corp.
dkirby@kacllp.com,
bleonardo@kacllp.com;dap@ddw-law.com

Lauren Catherine Kiss on behalf of Creditor
GLP US Management, LLC and its affiliates
lkiss@klestadt.com

Richard Klass on behalf of Creditor Anthony
Scullari
richklass@courtstreetlaw.com

Sarah J Klebolt on behalf of Creditor 14 Oaks
Associates, LLC
sjk@carmodymacdonald.com,
ala@carmodymacdonald.com

Michael Klein on behalf of Respondent Lavarita
Meriwether
mklein@aftlaw.com

Jeremy C. Kleinman on behalf of Attorney
Jeremy C. Kleinman
jkleinman@fgllp.com

Tracy L. Klestadt on behalf of Creditor
Shidler/West Finance Partners V L.P.
tklestadt@klestadt.com, tklestadt@yahoo.com

John R. Knapp, Jr. on behalf of Creditor
PeopleReady, Inc.
john.knapp@millernash.com,
lisa.petras@millernash.com

Louis R Koerner, Jr on behalf of Creditor Lisa
Francis
koerner@koerner-law.com

Tanya Korkhov on behalf of Respondent
Lavarita Meriwether
tkorkhov@kellerrohrback.com

Lawrence J. Kotler on behalf of Creditor
Riskonnect, Inc.
ljkotler@duanemorris.com

Matthew Patrick Kremer on behalf of Interested
Party [24]7.ai, Inc.
mkremer@omm.com, mpkremer@gmail.com

David S. Kupetz on behalf of Creditor Izek
Shomof and Alene Shomof Irrevocable
Children's Trust Dated February 11, 1999,
Vegas Group, LLC, and East
River Group, LLC

dkupetz@sulmeyerlaw.com,
asokolowski@sulmeyerlaw.com;dperez@sulme
yerlaw.com

Jeffrey Kurtzman on behalf of Creditor BET
Investments
jkurtzma@klehr.com

Marc J. Kurzman on behalf of Creditor
Crossroads Joint Venture, LLC
mkurzman@carmodylaw.com

Alyssa E. Kutner on behalf of Creditor C.J.
Segerstrom & Sons
kutnera@ballardspahr.com

Michael Kwiatkowski on behalf of Creditor
Appalachian Power Company
mkwiatkowski@msek.com, lgomez@msek.com

Paul J. Labov on behalf of Creditor Cleva North
America and Cleva Hong Kong
plabov@foxrothschild.com,
msteen@foxrothschild.com

Darryl S. Laddin on behalf of Unknown Orkin,
LLC
bkrfilings@agg.com

Keith A Langley on behalf of Interested Party
Liberty Mutual Insurance Company
klangley@l-llp.com, ehyman@l-
llp.com;pgentry@l-llp.com

Lynn Rowe Larsen on behalf of Creditor
GateHouse Media, LLC
llarsen@taftlaw.com,
LLAUREN@TAFTLAW.COM

Fernand L Laudumiey, IV on behalf of Creditor
Richards Canal Street Property, LLC
laudumiey@chaffe.com

James N. Lawlor on behalf of Creditor Richard
Bruce
jlawlor@wmd-law.com, jgiampolo@wmd-
law.com

Lacy Martin Lawrence on behalf of Creditor
Committee Official Committee of Unsecured
Creditors of Sears Holdings Corporation, et al.

llawrence@akingump.com,
txdocketing@akingump.com;AGSearch-
Lit@akingump.com

Vincent Edward Lazar on behalf of Creditor
Electrolux Home Care Products, Inc.
vlazar@jenner.com

Gilbert A. Lazarus on behalf of Creditor
Vandale Industries, Inc.
gillazarus@gmail.com

Harlan Mitchell Lazarus on behalf of Creditor
Cudlie Accessories LLC
hmllaw@att.net,
hlazarus@lazarusandlazarus.com

Tara LeDay on behalf of Creditor Anderson
County
ccain@mvbalaw.com;kmorriss@mvbalaw.com;t
leday@ecf.courtdrive.com;julia.williams@mvba
law.com;bankruptcy@mvbalaw.com;alocklin@
mvbalaw.com

Robert L. LeHane on behalf of Creditor 1
Imeson Park Blvd, LLC
KDWBankruptcyDepartment@Kelleydrye.com;
MVicinanza@ecf.inforuptcy.com

Paul D. Leake on behalf of Interested Party
Bank of America, N.A.
wendy.lamanna@skadden.com;andrea.bates@sk
adden.com;Jacob.aboodi@skadden.com

Andrew M Leblanc on behalf of Interested Party
Cyrus Capital Partners, L.P.
aleblanc@milbank.com

Bernice C Lee on behalf of Creditor SVAP Golf
Mill Retail II, L.P.
blee@slp.law, dwoodall@slp.law

Michael Skoy Legge on behalf of Creditor
McLane Company, Inc.
mlegge@huntonak.com,
tkracht@huntonak.com;rphair@huntonak.com;g
hesse@huntonak.com

Joseph H. Lemkin on behalf of Creditor Canon
Financial Services, Inc.
jlemkin@stark-stark.com

Nicole A Leonard on behalf of Interested Party
New Jersey Self-Insurers Guaranty Association
nleonard@mdmc-law.com, sshidner@mdmc-
law.com

William J. Levant on behalf of Creditor Mac
Dade Mall Associates, L.P.
efile.wjl@kaplaw.com

Richard B. Levin on behalf of Unknown
Reynolds Consumer Products LLC
rlevin@jenner.com

Mark Levine on behalf of Respondent Lavarita
Meriwether
mlevine@zlk.com, mlevine@zlk.com
Noah Levine on behalf of Defendant CRK
Partners LLC
noah.levine@wilmerhale.com,
WHDocketing@wilmerhale.com

Vincent Levy on behalf of Defendant Kunal
Kamlani
vlevy@hsgllp.com

Kenneth M. Lewis on behalf of Creditor
International Cruise & Excursions Gallery, Inc.
klewis@wtplaw.com, klewis@lewispllc.com
Jason Louis Libou on behalf of Unknown
MaxColor, LLC
jlibou@wmllp.com

Lawrence A. Lichtman on behalf of Creditor
Aaron Gershenson Family Properties, LLC
llichtman@honigman.com,
litdocket@honigman.com

Lewis J. Liman on behalf of Creditor ESL
Investments, Inc.
LLiman@cgsh.com, maofiling@cgsh.com

Lewis A. Lindenberg on behalf of Creditor
Raven Associates c/o Aegis Investments, Inc.
llindenberg@bbwg.com

Jessica Liou on behalf of Debtor Sears Holdings
Corporation
jessica.liou@weil.com

Alan Jay Lipkin on behalf of Creditor Drayton
Plains (MI), LLC

alipkin@willkie.com, maosbny@willkie.com

Kevin M Lippman on behalf of Creditor
Comosoft, Inc.
klippman@munsch.com

Robert Liubicic on behalf of Interested Party
Cyrus Capital Partners, L.P.
rliubicic@milbank.com

Elena Liveris on behalf of Creditor Richard
Bruce
eliveris@mmulderlaw.com,
adonnelly@mmulderlaw.com

Armando Llorens on behalf of Unknown Felix
Calls , LLC
armando@furgang.com

Jacqulyn S. Loftin on behalf of Creditor
Amazon Web Services, Inc.
jsl@lhmlawfirm.com

Brian J. Lohan on behalf of Creditor AT&T
brian.lohan@arnoldporter.com,
brian.lohan@arnoldporter.com;edocketscalendar
ing@arnoldporter.com

John G. Loughnane on behalf of Creditor The
Davis Companies
jloughnane@nutter.com

Scott Brian Luftglass on behalf of Defendant
Seritage GS Holding LLC
scott.luftglass@friedfrank.com,
ManagingAttorneysDepartment@friedfrank.com

Christopher A. Lynch on behalf of Creditor
Beeline.com, Inc.
clynch@reedsmith.com

Kramer Lyons on behalf of Creditor VM
Innovations, Inc
klyons@ohdbslaw.com

Howard P. Magaliff on behalf of Creditor Sante
Marcoccia
hmagaliff@r3mlaw.com, hcolon@r3mlaw.com

Abena Mainoo on behalf of Creditor ESL
Investments, Inc.

amainoo@cgsh.com, maofiling@cgsh.com
Christopher J. Major on behalf of Creditor Royal
Consumer Products, LLC
cjm@msf-law.com, bm@msf-law.com

Colleen Maker on behalf of Creditor Schindler
Elevator Corporation
cmaker@walsh.law

Jacob A. Manheimer on behalf of Creditor
BlueTarp Financial, Inc.
jmanheimer@pierceatwood.com,
mpottle@pierceatwood.com;rkelley@pierceatw
ood.com;kcunningham@pierceatwood.com

Jacqueline Marcus on behalf of Debtor A&E
Factory Service, LLC
jacqueline.marcus@weil.com,
jessica.liou@weil.com;matthew.goren@weil.co
m;candace.arthur@weil.com

Jennifer L. Marines on behalf of Creditor ICON
Health & Fitness, Inc.
jmarines@mofo.com,
docketny@mofo.com;jennifer-marines-
1173@ecf.pacerpro.com

Ilan Markus on behalf of Creditor Benenson
Capital Partners, LLC and Brooks Shopping
Centers, LLC
ilan.markus@leclairryan.com,
andrew.cole@leclairryan.com

Jonathan D. Marshall on behalf of Creditor
Wells Fargo Bank, National Association
jmarshall@choate.com

Jarrod Martin on behalf of Creditor Direct
Energy Business, LLC
jarrod.martin@mhllp.com

Rachel J. Mauceri on behalf of Unknown
Maersk Agency U.S.A., Inc., as agent for
Maersk Line A/S
rmauceri@morganlewis.com

Laurence May on behalf of Creditor K-Bay
Plaza, LLC
lmay@eisemanlevine.com

Sandra E. Mayerson on behalf of Creditor
GitLab Inc.
sandy@mhlaw-ny.com

Shlomo Maza on behalf of Creditor GACP II,
L.P.
shlomomaza@paulhastings.com

Matthew McCann on behalf of Creditor Ray
Padula Holdings, LLC
mmccann@swc-law.com, mmccann@swc-
law.com

William McCarron, Jr. on behalf of Creditor
Pension Benefit Guaranty Corporation
mccarron.william@pbgc.gov, efile@pbgc.gov

Daniel J. McCarthy on behalf of Creditor
Decore-Ative
dmccarthy@hillfarrer.com

John G. McCarthy on behalf of Creditor
Enhanced Recovery Company, LLC, successor
to TeleSight, LLC d/b/a ERC Market Research
jmccarthy@sgrlaw.com, nyoecf@sgrlaw.com

Chantelle D. McClamb on behalf of Examiner
Fee Examiner
mcclambc@ballardspahr.com,
maddoxm@ballardspahr.com

Richard J. McCord on behalf of Creditor Studio
1 Div. of Shazdeh Fashions
RMcCord@CBAH.com,
afollett@certilmanbalin.com;cfollett@certilman
balin.com;rnosek@certilmanbalin.com

Sawnie A. McEntire on behalf of Interested
Party Cushman & Wakefield Inc.
smcentire@pmmlaw.com

Brian S. McGrath on behalf of Creditor ARI
Fleet LT
bmcgrath@mcglinchey.com

Brigette McGrath on behalf of Debtor Sears
Holdings Corporation
bmcgrath@askllp.com, lmiskowiec@askllp.com

David M. Meegan on behalf of Unknown
CEMR Properties

jhutton@mhksacto.com, jhutton@mhksacto.com
Brittany Mitchell Michael on behalf of Creditor
Level 3 Communications, LLC
brittany.michael@stinson.com

Deborah Jill Michelson on behalf of Unknown
Arca Industrial (NJ), Inc.
michelson@mgfl-law.com

Lisa Milas on behalf of Creditor Wilmington
Savings Fund Society, FSB, acting not in its
Individual Capacity but Solely as Trustee of
Southside NSP Trust
2017-1, by its servicing agent BSI Financial
Services
lmilas@schillerknapp.com,
ahight@schillerknapp.com;kcollins@schillerkna
pp.com;bfisher@schillerknapp.com;Tshariff@sc
hillerknapp.com

Aaron Gerhard Miller, III on behalf of Creditor
Christina Lagunas
amiller@vazirilaw.com

Curtis S. Miller on behalf of Interested Party
LEFMARK Tamiami, Inc.
cmiller@mnat.com

Dennis D. Miller on behalf of Creditor Trinet
Essential Facilities XXVII, Inc.
dmiller@steinlubin.com

Stephen M. Miller on behalf of Creditor Yoder-
17th Street Properties, LLC
smiller@morrisjames.com,
wweller@morrisjames.com;jdawson@morrisja
mes.com

Russell W. Mills on behalf of Creditor M&G
Jewelers, Inc.
rmills@bellnunnally.com,
nsummerville@bellnunnally.com

Robert K. Minkoff on behalf of Creditor Cedar
Glade LP
rminkoff@cedargladecapital.com

Joseph Thomas Moldovan on behalf of Creditor
Allure Gems, LLC
bankruptcy@morrisoncohen.com

Thomas J. Moloney on behalf of Creditor ESL
Investments, Inc.
maofiling@cgsh.com,
tmoloney@cgsh.com;jkay@cgsh.com;jdegroote
@cgsh.com;dschwartz@cgsh.com

Carol E. Momjian on behalf of Creditor
Commonwealth of Pennsylvania, Department of
Revenue
cmomjian@attorneygeneral.gov

Laura J. Monroe on behalf of Creditor Lubbock
Central Appraisal District
lmbkr@pbfcm.com,
krobertson@ecf.inforuptcy.com

Kevin P. Montee on behalf of Creditor Hudson
Concourse, LLC
kmontee@monteefirm.com,
kmontee@monteefirm.com

Courtney Morgan on behalf of Creditor Pension
Benefit Guaranty Corporation
morgan.courtney@pbgc.gov, efile@pbgc.gov

Pauline K. Morgan on behalf of Plaintiff Sears
Holdings Corporation
bankfilings@ycst.com, dlaskin@ycst.com

John Mueller on behalf of Creditor Maynardville
Pike LP
jmueller@lippes.com

Rahul Mukhi on behalf of Creditor ESL
Investments, Inc.
rmukhi@cgsh.com, maofiling@cgsh.com

Michael M Mulder on behalf of Creditor
Richard Bruce
mmmulder@mmulderlaw.com,
spitre@mmulderlaw.com

Edgardo Munoz on behalf of Creditor PLAZA
JUANA DIAZ INC
emunozpsc@gmail.com

Klaus Peter Muthig, I on behalf of Creditor
Maricopa County Treasurer
muthigk@mcao.maricopa.gov

Bruce S. Nathan on behalf of Interested Party
LG Electronics Alabama, Inc.
bnathan@lowenstein.com,
msavetsky@lowenstein.com

Edward E. Neiger on behalf of Creditor City
Choice Limited
eneiger@askllp.com, lmiskowiec@askllp.com

Kevin Michael Newman on behalf of Creditor
Aviation Mall NewCo, LLC
knewman@barclaydamon.com

Victor Newmark on behalf of Creditor 156 Tom
Hill, LLC
vnewmark@evict.net

Timothy F. Nixon on behalf of Creditor A.O.
Smith Corporation
tnixon@gklaw.com,
kboucher@gklaw.com;pbrellenthin@gklaw.com

Sean E. O'Donnell on behalf of Spec. Counsel
Proposed Special Conflicts Counsel to the
Official Committee of Unsecured Creditors
sodonnell@herrick.com,
courtnotices@herrick.com;lporetsky@herrick.co
m;rrichards@herrick.com

Sean A. O'Neal on behalf of Creditor ESL
Investments, Inc.
soneal@cgsh.com, maofiling@cgsh.com

Sean A. OKeefe on behalf of Creditor JW
Mitchell Company, LLC
sokeefe@okeefelc.com, seanaokeefe@msn.com

Rachel R Obaldo on behalf of Creditor Texas
Comptroller of Public Accounts
bk-robaldo@oag.texas.gov,
sherri.simpson@oag.texas.gov

Thomas S. Onder on behalf of Creditor 67500
South Main Street, Richmond, LLC
tonder@stark-stark.com

Mark Russell Owens on behalf of Interested
Party Urschel Development Corporation
mowens@btlaw.com,
mowens@btlaw.com;bankruptcyindy@btlaw.co
m

Stephen M. Packman on behalf of Unknown
PREIT Services, LLC, as agent for PR North
Dartmouth, LLC
spackman@archerlaw.com,
mfriedman@archerlaw.com;jkulback@archerla
w.com

James P. Pagano on behalf of Unknown
Movants/Class Representatives Nina and Gerald
Greene
jppaganoesq@gmail.com,
jppaganoesq@gmail.com

Michael F Panayotou on behalf of Unknown
QBE Insurance Corporation
mfp@melitoadolfsen.com

Jennifer Kennedy Park on behalf of Creditor
ESL Investments, Inc.
jkpark@cgsh.com

Richard J. Parks on behalf of Creditor Sun
Industrial, Inc.
rjp@pietragallo.com,
ms@pietragallo.com;jk@pietragallo.com

Barbra R. Parlin on behalf of Creditor Fringe
Area (II), S.E.
barbra.parlin@hklaw.com,
elvin.ramos@hklaw.com,glenn.huzinec@hklaw.
com

Paul J. Pascuzzi on behalf of Creditor The
McClatchy Company
ppascuzzi@ffwplaw.com

Jennifer Pastarnack on behalf of Interested Party
Whitebox Asymmetric Partners LP
jennifer.pastarnack@cliffordchance.com

Kristen N. Pate on behalf of Creditor Brookfield
Property REIT Inc.
bk@brookfieldpropertiesretail.com

Richard C. Pedone on behalf of Trustee/Not
Bankrupt U.S. BANK NATIONAL
ASSOCIATION
rpedone@nixonpeabody.com

Melissa A. Pena on behalf of Creditor Ecolab,
Inc.

mapena@norris-law.com, pfreda@nmmlaw.com

Eloy A Peral on behalf of Unknown Lake Plaza
Shopping Center LLC
eperal@wilkauslander.com

Phillip Russell Perdew on behalf of Interested
Party Pension Benefit Guaranty Corporation
rperdew@lockelord.com,
chicagodocket@lockelord.com

Frank Peretore on behalf of Creditor Tri-County
Mall, LLC
fperetore@csglaw.com, ecf@csglaw.com

Deborah M Perry on behalf of Creditor
International Airport Center, Inc.
dperry@munsch.com

Geoffrey J. Peters on behalf of Creditor Toyota
Industries Commercial Finance, Inc.
colnyecf@weltman.com

Albena Petrakov on behalf of Unknown Saul
Subsidiary I, LP
apetrakov@offitkurman.com

Douglas J. Pick on behalf of Creditor Norton
Mailman Associates
dpick@picklaw.net, ezabicki@picklaw.net

Jonathan E. Pickhardt on behalf of Creditor
OCO Capital Partners, L.P.
jonpickhardt@quinnemanuel.com

Michael Ryan Pinkston on behalf of Unknown
Wilmington Trust, National Association
rpinkston@seyfarth.com

Curtis M. Plaza on behalf of Unknown The Joe
and Frances McCann Family Limited
Partnership
cplaza@riker.com, tschellhorn@riker.com

Dana S. Plon on behalf of Creditor Loyal
Holdings DE LLC
dplon@sirlinlaw.com

David L. Pollack on behalf of Creditor Acadia
Realty Limited Partnership
pollack@ballardspahr.com

Cynthia L Pollick on behalf of Creditor Karen
Smith
pollick@lawyer.com

Kimberly A. Posin on behalf of Interested Party
Extreme Networks, Inc.
kim.posin@lw.com

Cassandra Postighone on behalf of Creditor
Richard Bruce
cpostighone@wmd-law.com

Constantine Dean Pourakis on behalf of
Unknown East Penn Manufacturing Co.
cp@stevenslee.com

Jennifer L. Pruski on behalf of Creditor MP
Holdings LLC and Larry D. Kelley
jpruski@trainorfairbrook.com

Robert L. Pryor on behalf of Creditor ABC
Supply Co. Inc.
rlp@pryormandelup.com

Chad Pugatch on behalf of Creditor CM
Grayson, LLC
cpugatch.ecf@rprslaw.com

Jonathan I. Rabinowitz on behalf of Creditor
Debbie Dodge
jrabinowitz@rltlawfirm.com

Anthony M. Rainone on behalf of Creditor iStar
Jewelry, LLC
arainone@bracheichler.com,
palonso@bracheichler.com

Kurt Ernest Kates Ramlo on behalf of Creditor
EMA Investments San Diego, LLC
kr@lnbyb.com

Shane Ramsey on behalf of Creditor Retail
Opportunity Investments Corp.
shane.ramsey@nelsonmullins.com,
jennifer.murray@nelsonmullins.com;emiller@b
ayardlaw.com;SMacon@bayardlaw.com

Justin Logan Rappaport on behalf of Creditor
Malca-Amit USA LLC

lr@pryormandelup.com,
kj@pryormandelup.com

Paul L. Ratelle on behalf of Interested Party FG,
LLC
pratelle@fwhtlaw.com

Gary O. Ravert on behalf of Creditor ADT LLC
d/b/a Protection One
gravert@ravertpllc.com,
gary.ravertpllc@gmail.com

Jeffrey A. Reich on behalf of Creditor Union
Center Realty, LLC
reichlaw@reichpc.com

Kevin Reid on behalf of Creditor Demetrios L
Kozonis
kreid@kozonislaw.com

Norman Neville Reid on behalf of Creditor
Chamberlain Group, Inc.
nreid@foxswibel.com

Annemarie V. Reilly on behalf of Interested
Party Extreme Networks, Inc.
annemarie.reilly@lw.com

Ryan C. Reinert on behalf of Creditor Manco
Florida Associates, LLC
rreinert@shutts.com,
juanitasanchez@shutts.com

Guy A. Reiss on behalf of Creditor Miele, Inc.
greiss@reisspreuss.com

Carol Ann Rich on behalf of Creditor Lockhart
Realty Inc
crich@dudleylaw.com

Steven Richman on behalf of Creditor Epicor
Software Corporation
srichman@clarkhill.com

Michael J. Riela on behalf of Creditor Vertical
Industrial Park Associates
riela@thsh.com

Fred B. Ringel on behalf of Creditor East End
Commons Associates LLC
fbr@robinsonbrog.com

Christy Rivera on behalf of Creditor One World
Technologies, Inc. d/b/a Techtronic Industries
Power Equipment
christy.rivera@nortonrosefulbright.com

Richard A. Robinson on behalf of Creditor
California Drive In Theaters, Inc.
rrobinson@burr.com, debankruptcy@burr.com

Jennifer L. Rodburg on behalf of Creditor 770
Broadway Owner LLC
jennifer.rodburg@friedfrank.com,
managingattorneysdepartment@friedfrank.com
Beth Ellen Rogers on behalf of Creditor Serta
Simmons Bedding, LLC
brogers@berlawoffice.com

Laurel D. Roglen on behalf of Creditor 7200
Arlington Associates LLC
roglenl@ballardspahr.com,
maddoxm@ballardspahr.com

Alexis J. Rogoski on behalf of Unknown XL
Specialty Insurance Company Ltd. c/o Michael
B. Chester, Esq., Boundas, Skarzynski, Walsh &
Black, LLC
arogoski@skarzynski.com

Mark S. Roher on behalf of Creditor Action
Time, Inc.
mroher@markroherlaw.com,
ecf3.markroherlaw@gmail.com

Vincent J. Roldan on behalf of Creditor Hain
Capital Investors Master Fund Ltd.
vroldan@ballonstoll.com

Kristen D Romano on behalf of Creditor ARI
Fleet LT
kromano@mcglinchey.com

Julie H Rome-Banks on behalf of Creditor
Wilshire Investments, LLC
julie@bindermalter.com

Adam L. Rosen on behalf of Creditor National
Union Fire Insurance Company
adam.rosen@alrcounsel.com,
tpavalis@diamondmccarthy.com

Kenneth A. Rosen on behalf of Creditor
TeleBrands, Corp.
krosen@lowenstein.com

Robert M. Rosen on behalf of Interested Party
Cushman & Wakefield Inc.
rrosen@pmmlaw.com

Sanford Philip Rosen on behalf of Creditor
Cranston/BVT Associates, LLP
srosen@rosenpc.com, pgyparakis@rosenpc.com

Arthur E. Rosenberg on behalf of Interested
Party Cushman & Wakefield Inc.
arthur.rosenberg@hklaw.com

David A. Rosenzweig on behalf of Creditor
Living Spaces Furniture, LLC
david.rosenzweig@nortonrosefulbright.com

Douglas B. Rosner on behalf of Creditor Cape
Town Plaza LLC
drosner@goulstonstorrs.com

Beth J. Rotenberg on behalf of Unknown
Cardinal Health 110 LLC
brotenberg@csglaw.com, ecf@csglaw.com

Paul Rubin on behalf of Creditor RubyRed
Garment Manufacturing S.A.E.
(Jerseywear)/Egypt
prubin@rubinlawllc.com,
hhuynh@rubinlawllc.com

Charles Rubio on behalf of Creditor Team
Worldwide Corporation
crubio@diamondmccarthy.com,
tpavalis@diamondmccarthy.com;cburrow@dia
mondmccarthy.com

Myrna Ruiz-Olmo on behalf of Creditor Puerto
Rico Supplies Group, Inc.
mro@prbankruptcy.com,
tbp@prbankruptcy.com,lsg@prbankruptcy.com

Maura I. Russell on behalf of Creditor Sakar
International
mrussell@ckrlaw.com

Patrick Morgan Ryan on behalf of Creditor
Charles Pugh

pmryan@sorlinglaw.com,
smjordan@sorlinglaw.com

CARL JOSEPH SORANNO on behalf of
Creditor iStar Jewelry, LLC
csoranno@bracheichler.com,
dfamula@bracheichler.com;jpmartin@bracheich
ler.com

Kayvan B. Sadeghi on behalf of Creditor Dorel
Industries Inc.
ksadeghi@schiffhardin.com

Thomas James Salerno on behalf of Interested
Party Telesoft Corp
thomas.salerno@stinson.com,
Karen.graves@stinson.com

Diane W. Sanders on behalf of Creditor Aransas
county
austin.bankruptcy@lgbs.com

Thomas J. Sansone on behalf of Creditor
Crossroads Joint Venture, LLC
tsansone@carmodylaw.com

Kristen Santillo on behalf of Interested Party
Transform Holdco LLC
ksantillo@gelbersantillo.com

Joseph E. Sarachek on behalf of Creditor Helen
Andrews Inc.
joe@saracheklawfirm.com,
jon@saracheklawfirm.com

Robert M. Sasloff on behalf of Creditor Avenel
Realty Associates, LLC
rms@robinsonbrog.com

Bruce M. Sattin on behalf of Creditor
Alexandria Pelletteri
bsattin@szaferman.com

Russell W. Savory on behalf of Creditor BICO
Associates GP
russ@bsavory.com

Gilbert R. Saydah, Jr. on behalf of Creditor
Bradshaw Westwood Trust
gsaydah@mmwr.com

Courtney A Schael on behalf of Unknown Shinn
Fu Company of America, Inc.
cschael@ashfordnjlaw.com,
mrogers@ashfordnjlaw.com

Michael L. Schein on behalf of Creditor
NorthStar Group Services, Inc.
mschein@vedderprice.com,
ecfnydocket@vedderprice.com;docketing-
6992@ecf.pacerpro.com;michael-schein-
3874@ecf.pacerpro.com

Robert K. Scheinbaum on behalf of Unknown
M. Holtzman Realty, LLC
rscheinbaum@connellfoley.com

Aaron J. Scheinfield on behalf of Creditor
Alliance Material Handling Corp.
aaron@bk-lawyer.net

Brad Eric Scheler on behalf of Defendant
Seritage GS Holding LLC
schelbr@ffhsj.com,
ManagingAttorneysDepartment@friedfrank.com

Frederick E. Schmidt on behalf of Creditor
Scents of Worth, Inc.
eschmidt@cozen.com

Bradley Schneider on behalf of Creditor
Whirlpool Corporation
bradley.schneider@mto.com

Edward L. Schnitzer on behalf of Attorney
Edward L. Schnitzer
eschnitzer@mmwr.com

Ray C Schrock on behalf of Debtor Kmart
Holding Corporation
ray.schrock@weil.com,
matthew.goren@weil.com

Christopher P. Schueller on behalf of Creditor
FedEx Supply Chain, Inc. and FedEx Custom
Critical, Inc.
christopher.schueller@bipc.com,
timothy.palmer@bipc.com;donna.curcio@bipc.c
om

H. Jeffrey Schwartz on behalf of Creditor
Winners Industry Co., Ltd.

hjschwartz@mckoolsmith.com,
hjschwartz@mckoolsmith.com

Gary F Seitz on behalf of Creditor Yang Ming
(America) Corp.
gseitz@gsbblaw.com, gary.seitz@gmail.com
Michelle Marie Sekowski on behalf of Spec.
Counsel Proposed Special Conflicts Counsel to
the Official Committee of Unsecured Creditors
msekowski@herrick.com,
courtnotices@herrick.com;lporetsky@herrick.co
m;maustin@herrick.com

Stephen B. Selbst on behalf of Spec. Counsel
Proposed Special Conflicts Counsel to the
Official Committee of Unsecured Creditors
sselbst@herrick.com,
courtnotices@herrick.com;lporetsky@herrick.co
m

Richard M. Seltzer on behalf of Creditor
International Union, UAW
rseltzer@cwsny.com, ecf@cwsny.com

Pearl Shah on behalf of Creditor BrightView
Landscape Services f/k/a The Brickman Group,
Ltd.
pshah@mcgrailbensinger.com

Yaron Shaham on behalf of Creditor Panache
International LLC
yshaham@kahanafeld.com

Michael Abtin Shakouri on behalf of Creditor
Niagara Realty LLC
mshakouri@goodkinlynch.com

Daniel Shamah on behalf of Defendant Thomas
J. Tisch
dshamah@omm.com

Ross G Shank on behalf of Creditor
CenturyLink Communications, LLC
rshank@kasowitz.com,
courtnotices@kasowitz.com

Karen Sheehan on behalf of Creditor PennyMac
Corp.
ksheehan@flwlaw.com,
jspiegelman@flwlaw.com

Bradley S. Shraiberg on behalf of Creditor
CompuCom Systems, Inc.
bss@slp.law,
dwoodall@slp.law;blee@slp.law;bshraibergecf
mail@gmail.com

Michelle E. Shriro on behalf of Creditor Summit
Portraits, LLC
mshriro@singerlevick.com,
scotton@singerlevick.com

Michael Steven Shuster on behalf of Defendant
Kunal Kamlani
mshuster@hsgllp.com, crodriguez@hsgllp.com

Andrew I. Silfen on behalf of Interested Party
Cheddars Casual Cafe, Inc.
andrew.silfen@arentfox.com,
beth.brownstein@arentfox.com;jordana.renert@
arentfox.com;lisa.indelicato@arentfox.com;sean
.boren@arentfox.com

Leah Silverman on behalf of Creditor Olympus
Peak Master Fund LP
lsilverman@opeaklp.com

Daniel M. Silvershein on behalf of Creditor
Vivian Hilken
daniel@dmsilverlaw.com

Kevin J. Simard on behalf of Creditor Wells
Fargo Bank, National Association
ksimard@choate.com

Wendy M. Simkulak on behalf of Creditor
Chubb Companies
wmsimkulak@duanemorris.com

Sunny Singh on behalf of Debtor Sears Holdings
Corporation
sunny.singh@weil.com,
Andriana.Georgallas@weil.com;Paloma.VanGr
oll@weil.com;Vincent.Yiu@weil.com;Philip.Di
Donato@weil.com

Peter B. Siroka on behalf of Interested Party
Seritage Growth Properties
peter.siroka@friedfrank.com,
aaron_rothman@friedfrank.com;alix.brozman@
friedfrank.com;ManagingAttorneysDepartment
@friedfrank.com

Doug Skierski on behalf of Creditor Quest
Resource Management Group LLC
enotices@skijain.com

Daniel W. Sklar on behalf of Creditor 266 Route
125, LLC
dsklar@nixonpeabody.com,
ccarlin@nixonpeabody.com

Stanley M Slonaker on behalf of Creditor Jose
Acosta
Stan@SSlonaker.us

Patrick Slyne on behalf of Respondent Lavarita
Meriwether
pkslyne@ssbny.com

Aaron C. Smith on behalf of Creditor Pension
Benefit Guaranty Corporation
asmith@lockelord.com,
chicagodocket@lockelord.com;jcataldo@lockel
ord.com

Dustin Smith on behalf of Creditor 1291079
Ontario Limited, as class representative for the
potential class of Sears Hometown Dealer stores
smithd@hugheshubbard.com, corp-reorg-
department-7318@ecf.pacerpro.com

James Hartmann Smith on behalf of Creditor
Winners Industry Co., Ltd.
jsmith@mckoolsmith.com

Neal Smith on behalf of Creditor Community
Unit School District 300
nsmith@robbins-schwartz.com

Steven B Smith on behalf of Spec. Counsel
Proposed Special Conflicts Counsel to the
Official Committee of Unsecured Creditors
ssmith@herrick.com,
ssmith@herrick.com;lporetsky@herrick.com;co
urtnotices@herrick.com

Jay B Solomon on behalf of Creditor Raven
Associates c/o Aegis Investments, Inc.
jsolomon@bbwg.com

Natasha M. Songonuga on behalf of Creditor
American Lebanese Syrian Associated Charities,
Inc.

nsongonuga@gibbonslaw.com

Owen M. Sonik on behalf of Creditor Spring
Branch Independent School District, et al.
osonik@pbfcm.com,
tpope@pbfcm.com;osonik@ecf.inforuptcy.com

James E. Sorenson on behalf of Creditor Florida
Self-Insurers Guaranty Association, Inc.
bk@svllaw.com, jim@svllaw.com

Fredric Sosnick on behalf of Creditor Sears
Hometown and Outlet Stores, Inc.
fsosnick@shearman.com

Sean C. Southard on behalf of Creditor GLP US
Management, LLC and its affiliates
ssouthard@klestadt.com

Penny R. Stark on behalf of Creditor Caparra
Center Associates/San Patricio Plaza
pstarkesq@gmail.com

Matthew Benjamin Stein on behalf of Creditor
Steel 1111 LLC
mstein@kasowitz.com,
courtnotices@kasowitz.com

Miriam R Stein on behalf of Creditor MJ
Holding Company, LLC
mstein@chuhak.com

Rick Aaron Steinberg on behalf of Interested
Party TOTE, Inc.
rsteinberg@pricemeese.com

Joseph L. Steinfeld, Jr. on behalf of Debtor
Sears Holdings Corporation
jsteinfeld@askllp.com,
lmiskowiec@askllp.com;kcasteel@askllp.com;k
bader@askllp.com;eneiger@askllp.com;bmcgrat
h@askllp.com;jchristian@askllp.com
John Mark Stern on behalf of Creditor Texas
Comptroller of Public Accounts
bk-jstern@oag.texas.gov,
sherri.simpson@oag.texas.gov

Richard A. Stieglitz, Jr. on behalf of Creditor
SHLD Lendco, LLC
RStieglitz@cahill.com,
MMcLoughlin@cahill.com;ma@cahill.com

Sabrina L. Streusand on behalf of Creditor Dell
Financial Services L.L.C.
streusand@slollp.com, prentice@slollp.com

Philip E. Strok on behalf of Creditor Paco
(China) Garment Ltd.
pstrok@swelawfirm.com,
gcruz@swelawfirm.com;csheets@swelawfirm.c
om;jchung@swelawfirm.com

Enid Nagler Stuart on behalf of Creditor New
York State Department of Taxation & Finance
enid.stuart@ag.ny.gov, leo.gagion@ag.ny.gov
Joshua Sturm on behalf of Interested Party Duff
& Phelps, LLC
joshua.sturm@ropesgray.com,
nova.alindogan@ropesgray.com

Kevin N Summers on behalf of Interested Party
Greenwood Motor Lines, Inc., d/b/a R+L
Carriers
ksummers@dflaw.com

Matthew G. Summers on behalf of Creditor
Acadia Realty Limited Partnership
summersm@ballardspahr.com,
maddoxm@ballardspahr.com

Vivek Suri on behalf of Creditor KG Denim
Limited
info@viveksuri.com, lawyer@surilawoffice.com
Casey Cantrell Swartz on behalf of Creditor
CIVF V-OH1M03, LLC
cswartz@taftlaw.com

Daniel R. Swetnam on behalf of Interested Party
5330 Crosswind, LLC
Daniel.Swetnam@icemiller.com,
Deborah.Martin@icemiller.com

Douglas T. Tabachnik on behalf of Creditor
Certain Texas Taxing Entities
dtabachnik@dttlaw.com, rdalba@dttlaw.com
Stanley B. Tarr on behalf of Creditor Hansae
Co. Ltd.
tarr@blankrome.com

David R Taxin on behalf of Unknown 5525 S.
Soto St. Associates
davidtaxin@dahannowick.com

Andrew Tenzer on behalf of Creditor GACP II,
L.P.
andrewtenzer@paulhastings.com

Brett S. Theisen on behalf of Creditor Henkel
Corporation
btheisen@gibbonslaw.com

David L. Tillem on behalf of Unknown Putnam
County
tillemd@wemed.com

Linda M. Tirelli on behalf of Attorney Linda M.
Tirelli
ltirelli@tw-lawgroup.com, alopez@tw-
lawgroup.com;mshowers@tw-
lawgroup.com;notices@tw-
lawgroup.com;nhauptman@tw-lawgroup.com

My Chi To on behalf of Creditor Cascade
Investment, L.L.C. & SL Agent, LLC
mcto@debevoise.com

David G. Tobias on behalf of Creditor Superb
International Co., Ltd.
dtobias@tobiaslawpc.com

Gordon J. Toering on behalf of Creditor
Chervon (HK), Ltd.
gtoering@wnj.com

Kevin Tompsett on behalf of Creditor Van Hook
Service Co., Inc.
ktompsett@harrisbeach.com,
frichenberg@harrisbeach.com;efilings@harrisbe
ach.com

Michael Tsang on behalf of Creditor 1803, LLC
mtsang@tsanglawfirm.com

Ronald M. Tucker on behalf of Unknown Simon
Property Group, L.P.
rtucker@simon.com, bankruptcy@simon.com

Curtis Lee Tuggle on behalf of Creditor
Administration Agreement Parties c/o
Thompson Hine, LLP
curtis.tuggle@thompsonhine.com,
ECFDocket@thompsonhine.com

Andrew P. Tureaud on behalf of Creditor 909
Group, L.P.
atureaud@kblaw.com, atureaud@kblaw.com

Bethany Turke on behalf of Creditor Brian Van
Vooren
brt@wexlerwallace.com,
ecf@wexlerwallace.com

Marshall C. Turner on behalf of Creditor CBL &
Associates Management Inc.
marshall.turner@husch.com, marshall-turner-
8668@ecf.pacerpro.com

Gary D. Underdahl on behalf of Debtor Sears
Holdings Corporation
gunderdahl@askllp.com,
lmiskowiec@askllp.com;jsteinfeld@askllp.com;
kcasteel@askllp.com

United States Trustee
USTPRegion02.NYECF@USDOJ.GOV
Veronique Urban on behalf of Creditor
Midwood Management Corp.
vurban@farrellfritz.com

Seth Van Aalten on behalf of Creditor
Washington Prime Group Inc.
svanaalten@cooley.com, efiling-
notice@ecf.pacerpro.com

James Christopher Vandermark on behalf of
Creditor Cisco Systems Inc.
vandermarkj@whiteandwilliams.com

Lori V. Vaughan on behalf of Creditor Great
Eastern Corporation d/b/a North River Village
GEC, LLC
lvaughan@trenam.com,
mmosbach@trenam.com;mwoods@trenam.com

James J. Vincequerra on behalf of Creditor
Cupid Foundations, Inc.
James.Vincequerra@alston.com

Eli J. Vonnegut on behalf of Creditor Citibank,
N.A.
eli.vonnegut@davispolk.com

Kaitlin R. Walsh on behalf of Creditor Suzhou
Chunju Electric Co. Ltd.

KRWalsh@mintz.com, docketing@mintz.com

David H. Wander on behalf of Creditor
Electronics for Imaging, Inc.
dhw@dhclegal.com

Eric Waxman on behalf of Creditor
ARGONAUT INSURANCE COMPANY
eric.waxman@cwt.com, nyecfnotice@cwt.com

Andrew W. Weaver on behalf of Creditor ESL
Investments, Inc.
aweaver@cgsh.com, maofiling@cgsh.com

Adam J. Webb on behalf of Creditor
Washington Prime Group Inc.
awebb@fbtlaw.com

Daniel J. Weiner on behalf of Creditor Retail
Contractors of Puerto Rico, Inc.
dweiner@schaferandweiner.com

William P. Weintraub on behalf of Creditor
Interactions Corporation
wweintraub@goodwinprocter.com,
gfox@goodwinprocter.com

Robert A Weisberg on behalf of Creditor
Forbes/Cohen Florida Properties, LP
rweisberg@carsonfischer.com,
njudge@carsonfischer.com

Erica Weisgerber on behalf of Creditor Cascade
Investment, L.L.C. & SL Agent, LLC
eweisgerber@debevoise.com,
eweisgerber@debevoise.com,amcdermott@debe
voise.com,mao-bk-ecf@debevoise.com

Elizabeth Weller on behalf of Creditor Dallas
County
dallas.bankruptcy@publicans.com,
Beth.weller@lgbs.com;Dora.Casiano-
Perez@lgbs.com

Erin West on behalf of Creditor Johnson
Controls, Inc.
ewest@gklaw.com, sshank@gklaw.com

Eric R. Wilson on behalf of Creditor
Computershare Trust Company, N.A.

KDWBankruptcyDepartment@Kelleydrye.com;
MVicinanza@ecf.inforuptcy.com

Garth D. Wilson on behalf of Creditor Pension
Benefit Guaranty Corporation
wilson.garth@pbgc.gov, efile@pbgc.gov

Jeffrey C. Wisler on behalf of Creditor Cigna
Life Insurance Company of New York
jwisler@connollygallagher.com

Samuel C. Wisotzkey on behalf of Creditor
Ecolab, Inc.
swisotzkey@kmksc.com, kmksc@kmksc.com

Norman C Witte on behalf of Creditor 4th South
Street II, LLC
ncwitte@wittelaw.com,
mmallswede@wittelaw.com

Amy R. Wolf on behalf of Debtor Sears
Holdings Corporation
arwolf@wlrk.com, calert@wlrk.com

Owen Richard Wolfe on behalf of Unknown
Wilmington Trust, National Association
owolfe@seyfarth.com

Lee E. Woodard on behalf of Creditor Van Hook
Service Co., Inc.
bkemail@harrisbeach.com,
kgriffith@harrisbeach.com;efilings@harrisbeac
h.com

Melissa S. Woods on behalf of Creditor
International Union, UAW
mwoods@cwsny.com, ecf@cwsny.com

Derek L. Wright on behalf of Unknown
CenterPoint Properties Trust
dlwright@foley.com

Thomas Yanega on behalf of Unknown Beauty
Gem, Inc.
ty@devacklaw.com

Rafael X. Zahralddin on behalf of Interested
Party McDonald's Corporation
rxza@elliottgreenleaf.com

Marc A. Zelina on behalf of Unknown Simon
Property Group, L.P.
marc.zelina@lw.com

Matthew C. Ziegler on behalf of Interested Party
Fanatics Licensed Sports Group, LLC F/K/A VF
Licensed Sports Group, LLC
matthew.ziegler@morganlewis.com

Tom Zimmerman on behalf of Attorney Thomas
A. Zimmerman, Jr.
tom@attorneyzim.com, firm@attorneyzim.com

Scott A. Zuber on behalf of Unknown Cardinal
Health 110 LLC
szuber@csglaw.com, ecf@csglaw.com

Evan J. Zucker on behalf of Creditor Aleff LLC
ezucker@blankrome.com,
nybankruptcydocketing@blankrome.com;eDock
eting@blankrome.com

Richard L. Zucker on behalf of Creditor Oster
Yorktown Properties, LLC
rzucker@lasserhochman.com

Paul H. Zumbro on behalf of Creditor Stanley
Black & Decker, Inc.
pzumbro@cravath.com, mao@cravath.com

## EXHIBIT B – VIA ELECTRONIC MAIL

| DESCRIPTION | NOTICE NAME | CONTACT | EMAIL |
|---|---|---|---|
| COUNSEL TO CITIBANK, N.A. AS ADMINISTRATIVE AGENT, UNDER THE STAND-ALONE L/C FACILITY | DAVIS POLK & WARDELL LLP | ATTN: MARSHALL S. HUEBNER AND ELI VONNEGUT | MARSHALL.HUEBNER@DAVISPOLK.COM ELI.VONNEGUT@DAVISPOLK.COM |
| COUNSEL FOR COPUTERSHARE TRUST COMPANY, N.A., AS TRUSTEE THE SECOND LIEN PIK NOTES, THE HOLDINGS UNSECURED PIK NOTES, AND THE HOLDINGS UNSECURED NOTES | KELLEY DRYE & WARREN LLP | ATTN: ERIC R. WILSON, AND BRIAN FEDER | EWILSON@KELLEYDRYE.COM BFEDER@KELLEYDRYE.COM |
| COUNSEL TO PENSION BENEFIT GUARANTY CORPORATION | LOCKE LORD LLP | ATTN: BRIAN A. RAYNOR | BRAYNOR@LOCKELORD.COM |
| COUNSEL TO WILMINGTON TRUST, NATIONAL ASSOCIATION, AS INDETURE TRUSTEE AND COLLATERAL AGENT | SEYFARTH SHAW LLP | ATTN: EDWARD M. FOX | EMFOX@SEYFARTH.COM |

| DESCRIPTION | NOTICE NAME | CONTACT | EMAIL |
|---|---|---|---|
| COUNSEL TO THE BANK OF NEW YORK MELLON TRUST COMPANY AND THE CHASE MANHATTAN BANK, N.A., SUCCESSOR TRUSTEES FOR THE SRAC UNSECURED PIK NOTES (TOP 20 UNSECURED CREDITOR), SRAC UNSECURED NOTES, AND THE SRAC MEDIUM TERM NOTES (TOP 5 SECURED CREDITOR) | CARTER LEDYARD & MILBURN LLP | ATTN: JAMES GADSDEN, ESQ. | GADSDEN@CLM.COM |
| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SEARS HOLDINGS CORPORATION, ET AL. | AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: IRA S. DIZENGOFF, PHILIP C. DUBLIN, ABID QURESHI, SARA L. BRAUNER | IDIZENGOFF@AKINGUMP.COM PDUBLIN@AKINGUMP.COM AQURESHI@AKINGUMP.COM SBRAUNER@AKINGUMP.COM |
| COUNSEL TO BANK OF AMERICA, N.A., ADMINISTRATIVE AGENT UNDER THE FIRST LIEN CREDIT FACILITY AND THE DIP ABL AGENT | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: PAUL LEAKE, ESQ., SHANA ELBERG, ESQ., AND GEORGE R. HOWARD, ESQ. | PAUL.LEAKE@SKADDEN.COM SHANA.ELBERG@SKADDEN.COM GEORGE.HOWARD@SKADDEN.COM |

| DESCRIPTION | NOTICE NAME | CONTACT | EMAIL |
|---|---|---|---|
| DEBTORS | SEARS HOLDINGS CORPORATION | LUKE J. VALENTINO | LUKE.VALENTINO@SEARSCH.COM |
| COUNSEL TO DEBTORS | WEIL, GOTSHAL & MANGES LLP | ATTN: RAY C. SCHROCK, P.C., JACQUELINE MARCUS, GARRETT A. FAIL, SUNNY SINGH | RAY.SCHROCK@WEIL.COM GARRETT.FAIL@WEIL.COM JACQUELINE.MARCUS@WEIL.COM SUNNY.SINGH@WEIL.COM |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF NEW YORK | OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2 | ATTN: PAUL SCHWARTZBERG | PAUL.SCHWARTZBERG@USDOJ.GOV |

| DESCRIPTION | NOTICE NAME | CONTACT | EMAIL |
|---|---|---|---|
| COUNSEL TO JPP, LLC, AS AGENT UNDER THE SECOND LIEN CREDIT FACILITY, IP/GROUND LEASE TERM LOAN FACILITY, THE CONSOLIDATED SECURED LOAN FACILITY, AND ESL INVESTMENTS, INC. AND ITS AFFILIATES (INCLUDING JPP, LLC, & JPP II, LLC) | CLEARY, GOTTLIEB, STEEN & HAMILTON LLP | ATTN: SEAN A. O'NEAL | SONEAL@CGSH.COM |

## EXHIBIT C – VIA FEDERAL EXPRESS

Chambers of Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York, 300 Quarropas
Street, Room 248
White Plains, NY  10601

Sears Holding Corporation
Attn: Stephen Sitley Esq., Luke J. Valentino, Esq.,
3333 Beverly Road
Hoffman Estates, IL  60179

Office of the United States Trustee
201 Varick Street, Suite 1006
New York, NY  10014
Attn: Paul Schwartzberg, Esq.