**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                              :        Chapter 11
                                                    :
**SEARS HOLDINGS CORPORATION,** *et al.*,           :        Case No. 18-23538 (RDD)
                                                    :
Debtors.[1]                                         :        (Jointly Administered)
                                                    :
------------------------------------------------------------x

# FOURTH MONTHLY FEE STATEMENT OF
# EVERCORE GROUP L.L.C. FOR COMPENSATION EARNED AND
# EXPENSES INCURRED FOR MAY 15, 2019 THROUGH JUNE 14, 2019

| | |
|---|---|
| Name of Applicant: | Evercore Group L.L.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | December 7, 2018, *nunc pro tunc* to October 15, 2018 |
| Period for which compensation and reimbursement is sought: | May 15, 2019 through June 14, 2019 |
| Monthly Fees Incurred: | $50,000.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Monthly Fees Incurred: | $50,000.00[2] |
| 20% Holdback: | $10,000.00 |
| Total Compensation Less 20% Holdback: | $40,000.00 |
| Monthly Expenses Incurred: | $0.00 |
| Total Fees and Expenses Due: | $40,000.00 |

This is a:  __X__ monthly  ____ interim  ____ final application

In accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 796] (the "Interim Compensation Order")[3], Evercore Group L.L.C. ("Evercore") hereby submits this fourth monthly fee statement (the "Fourth Monthly Fee Statement"), seeking compensation for services rendered as financial advisor to the Debtors, for the period May 15, 2019 through June 14, 2019 (the "Fourth Monthly Fee Period"). By this Fourth Monthly Fee Statement, Evercore seeks payment in the amount of $40,000.00, which represents eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Fourth Monthly Fee Period.

Nothing contained herein shall constitute a waiver of Evercore's rights with respect to the interim and final fee applications to be filed in these cases, and Evercore reserves all rights with respect to such interim and final fee applications.

---

[2] Given its current workload, Evercore has voluntarily reduced its monthly fee from $100,000.00 to $50,000.00 for the Fourth Monthly Fee Period (Evercore had previously voluntarily reduced its monthly fee from $200,000.00 to $100,000.00 during the Third Monthly Fee Period). Evercore reserves the right to increase its monthly fee back to $200,000.00 in the future.

[3] Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

**Notice and Objection Procedures**

Notice of this Fourth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Rob Riecker (email: Rob.Riecker@searshc.com) and Luke Valentino (email: Luke.Valentino@searshc.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) Paul E. Harner, Ballard Spahr LLP, the independent fee examiner, 1675 Broadway 19th Floor, New York, NY 10019 (email: harnerp@ballardspahr.com); (v) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036, Attention: Philip C. Dublin (email: pdublin@akingump.com), Ira Dizengoff (email: idizengoff@akingump.com), and Sara Lynne Brauner (email: sbrauner@akingump.com); and (vi) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com) (collectively, the "Notice Parties").

Objections to this Fourth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **August 2, 2019** (the "Objection

Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

If no objections to this Fourth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Fourth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of Fourth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

## SUMMARY OF TIME SPENT BY EVERCORE PROFESSIONALS
## FROM MAY 15, 2019 - JUNE 14, 2019

| Name of Professional | Title | Total Hours |
|---|---|---|
| Daniel Aronson | Senior Managing Director | 4.5 |
| Jeremy Matican | Managing Director | 6.0 |
| Siddhesh Patkar | Associate | 14.5 |
| Jonathan Kamel | Analyst | 1.0 |
| Ajith Sukumar | Analyst | 18.0 |
| **Total** | | **44.0** |

**SUMMARY OF SERVICES RENDERED BY EVERCORE PROFESSIONALS
FROM MAY 15, 2019 - JUNE 14, 2019**

| Category | Project Description | Total Hours |
|---|---|---|
| 1 | General Case Administration | 0.0 |
| 2 | Asset Transfers | 0.0 |
| 3 | Financing Transactions | 0.0 |
| 4 | Valuation | 0.0 |
| 5 | Sale Transaction | 0.0 |
| 6 | Plan of Reorganization | 0.0 |
| 7 | Board communication | 0.0 |
| 8 | Court testimony and litigation support | 32.5 |
| 9 | Hearings and Court Matters | 0.0 |
| 10 | Travel | 0.0 |
| 11 | Evercore Retention | 3.0 |
| 12 | Fee Application | 8.5 |
| **Total** | | **44.0** |

## **Services Rendered**

Attached are the following schedules in support of this Fourth Monthly Fee Statement:

- Schedule A: Details of Hours Expended

*[Remainder of page intentionally left blank]*

Dated: July 17, 2019

                                     _____
Daniel Aronson
Senior Managing Director
Evercore Group L.L.C.

# SCHEDULE A

## DETAILS OF HOURS EXPENDED

**Daniel Aronson, Senior Managing Director**

| Date | Work Done | Hour | Code |
|---|---|---|---|
| 5/16/2019 | Outreach to Potential experts re: litigation | 1.0 | Court testimony and litigation support |
| 5/17/2019 | Call with PW regardng Retail experts | 0.5 | Court testimony and litigation support |
| 5/17/2019 | Retail expert outreach followup | 1.0 | Court testimony and litigation support |
| 5/21/2019 | Internal EVR Call re: Retail experts | 0.5 | Court testimony and litigation support |
| 5/28/2019 | Review of Monthly Fee Statement | 0.5 | Fee Application |
| 6/14/2019 | Review of PW Litigation Complaint | 1.0 | Court testimony and litigation support |
|  |  | **4.5** |  |

**Jeremy Matican, Managing Director**

| Date | Work Done | Hour | Code |
|---|---|---|---|
| 5/17/2019 | Call with PW re: Retail experts | 0.5 | Court testimony and litigation support |
| 5/20/2019 | Internal Meeting re: Retail experts | 1.0 | Court testimony and litigation support |
| 5/28/2019 | Review of Monthly Fee Statement | 1.0 | Fee Application |
| 6/13/2019 | Work session re: PW Litigation Complaint | 1.0 | Court testimony and litigation support |
| 6/14/2019 | Work session re: PW Litigation Complaint | 0.5 | Court testimony and litigation support |
| 6/14/2019 | Review of PW Litigation Complaint | 2.0 | Court testimony and litigation support |
| | | **6.0** | |

### Sid Patkar, Associate

| Date | Work Done | Hour | Code |
|---|---|---|---|
| 5/16/2019 | Retail expert outreach | 3.0 | Court testimony and litigation support |
| 5/16/2019 | Review of Fee Examiner Letter | 1.0 | Evercore Retention |
| 5/17/2019 | Call with PW regardng Retail experts | 0.5 | Court testimony and litigation support |
| 5/17/2019 | Retail expert outreach followup | 1.0 | Court testimony and litigation support |
| 5/20/2019 | Internal Meeting regardng Retail experts | 1.0 | Court testimony and litigation support |
| 5/22/2019 | Retail expert outreach  followup | 0.5 | Court testimony and litigation support |
| 5/28/2019 | Call wth PW and potential retail expert | 0.5 | Court testimony and litigation support |
| 5/28/2019 | Preparation and Review of Evercore Monthly Fee Statement | 3.0 | Fee Application |
| 6/12/2019 | Work session of PW Litigation Complaint | 2.0 | Court testimony and litigation support |
| 6/13/2019 | Work session of PW Litigation Complaint and follow up | 1.0 | Court testimony and litigation support |
| 6/14/2019 | Work session of PW Litigation Complaint | 1.0 | Court testimony and litigation support |
| | | **14.5** | |

| Jonathan Kamel, Analyst | | | |
|---|---|---|---|
| **Date** | **Work Done** | **Hour** | **Code** |
| 5/16/2019 | Review of Correspondence from Court Fee Examiner | 1.0 | Evercore Retention |
| | | **1.0** | |

**Ajith Sukumar, Analyst**

| Date | Work Done | Hour | Code |
|---|---|---|---|
| 5/16/2019 | Review of Correspondence from Court Fee Examiner | 1.0 | Evercore Retention |
| 5/16/2019 | Research on retail experts for litigation | 5.0 | Court testimony and litigation support |
| 5/17/2019 | Retail expert outreach followup | 1.0 | Court testimony and litigation support |
| 5/20/2019 | Internal Meeting regarding Retail experts | 1.0 | Court testimony and litigation support |
| 5/22/2019 | Retail expert outreach followup | 1.0 | Court testimony and litigation support |
| 5/28/2019 | Preparation of Evercore Monthly Fee Statement | 4.0 | Fee Application |
| 6/12/2019 | Work session re: PW Litigation Complaint | 4.0 | Court testimony and litigation support |
| 6/14/2019 | Work session re: PW Litigation Complaint | 1.0 | Court testimony and litigation support |
|  |  | **18.0** |  |