# *EXHIBIT G*

**Based on payments made from 2/1/18 through 1/31/19**

| Line Type | STATE | Total Year Allocation | Ave Weekly Allocation | Ave Monthly |
|---|---|---|---|---|
| Chubb Auto | All | 773,410.08 | 14,873.27 | 64,450.84 |
| Chubb Workers Comp | All | 17,582,110.66 | 338,117.51 | 1,465,175.89 |
| Total Chubb | | 18,355,520.74 | 352,990.78 | 1,529,626.73 |
| State Self Funding Plans | All | 7,947,397.28 | 152,834.56 | 662,283.11 |
| Grand total back by L/Cs | | 26,302,918.02 | 505,825.35 | 2,191,909.83 |

**WC and AU Payment for 02.01.2018 to 01.31.2019 VAO 01.31.2019**

| Line Type | STATE | Values - Amount Total Year Allocation | Ave Weekly Allocation |
|---|---|---|---|
| Chubb Auto | | $773,410.08 | $14,873.27 |
| Chubb Workers Comp | | $17,582,110.66 | $338,117.51 |
| | | | |
| AU | AL | $9,080.89 | $174.63 |
| | AR | $100.00 | $1.92 |
| | AZ | $6,060.53 | $116.55 |
| | CA | $143,362.97 | $2,756.98 |
| | CO | $4,144.73 | $79.71 |
| | CT | $1,630.44 | $31.35 |
| | DC | $2,567.16 | $49.37 |
| | DE | $3,607.73 | $69.38 |
| | FL | $16,982.97 | $326.60 |
| | GA | $75,808.07 | $1,457.85 |
| | HI | $2,688.61 | $51.70 |
| | ID | $8,792.35 | $169.08 |
| | IL | $24,992.86 | $480.63 |
| | IN | $1,309.06 | $25.17 |
| | KS | $14.00 | $0.27 |
| | KY | $1,784.42 | $34.32 |
| | LA | $61,279.83 | $1,178.46 |
| | MA | $13,417.68 | $258.03 |
| | MD | $47,809.47 | $919.41 |
| | ME | $1,513.95 | $29.11 |
| | MI | $786.00 | $15.12 |
| | MO | $47,056.59 | $904.93 |
| | MS | $1,758.09 | $33.81 |
| | NC | $13,370.13 | $257.12 |
| | NJ | $25,740.88 | $495.02 |
| | NY | $42,481.22 | $816.95 |
| | OH | $50,870.76 | $978.28 |
| | OR | $12,098.86 | $232.67 |
| | PA | $7,462.92 | $143.52 |
| | PR | $1,862.45 | $35.82 |
| | SC | $727.80 | $14.00 |
| | TN | $3,092.35 | $59.47 |
| | TX | $106,907.95 | $2,055.92 |
| | VA | $17,926.45 | $344.74 |
| | WA | $9,455.02 | $181.83 |
| | WI | $4,072.42 | $78.32 |
| | WV | $792.47 | $15.24 |
| **AU Total** | | **$773,410.08** | **$14,873.27** |
| WC | AK | $7,191.90 | $138.31 |
| | AL | $141,851.15 | $2,727.91 |
| | AR | $22,841.09 | $439.25 |
| | AZ | $230,850.79 | $4,439.44 |
| | CA | $4,268,149.36 | $82,079.80 |
| | CO | $178,365.81 | $3,430.11 |
| | CT | $753,191.25 | $14,484.45 |
| | DE | $52,757.16 | $1,014.56 |
| | FL | $1,136,880.99 | $21,863.10 |
| | GA | $304,113.83 | $5,848.34 |
| | HI | $110,298.15 | $2,121.12 |
| | IA | $305,633.36 | $5,877.56 |
| | ID | $30,845.51 | $593.18 |
| | IL | $872,370.42 | $16,776.35 |
| | IN | $173,380.76 | $3,334.25 |
| | KS | $151,092.63 | $2,905.63 |
| | KY | $940,545.95 | $18,087.42 |
| | LA | $157,073.58 | $3,020.65 |
| | MA | $202,742.13 | $3,898.89 |
| | MD | $369,085.68 | $7,097.80 |
| | ME | $28,728.03 | $552.46 |
| | MI | $449,722.29 | $8,648.51 |
| | MN | $332,101.37 | $6,386.56 |
| | MO | $306,784.51 | $5,899.70 |
| | MS | $110,831.01 | $2,131.37 |
| | MT | $80,372.66 | $1,545.63 |
| | NC | $161,534.08 | $3,106.42 |
| | NE | $9,582.05 | $184.27 |
| | NH | $110,492.19 | $2,124.85 |
| | NJ | $1,129,088.83 | $21,713.25 |
| | NM | $99,625.70 | $1,915.88 |
| | NV | $63,899.99 | $1,228.85 |
| | NY | $1,277,414.13 | $24,565.66 |
| | OH | $32,251.25 | $620.22 |
| | OK | $30,043.43 | $577.76 |
| | OR | $98,168.02 | $1,887.85 |
| | PA | $1,434,682.11 | $27,590.04 |
| | RI | $22,471.20 | $432.14 |
| | SC | $149,393.08 | $2,872.94 |
| | SD | $50,007.59 | $961.68 |
| | TN | $289,122.80 | $5,560.05 |
| | TX | $276,949.25 | $5,325.95 |
| | UT | $98,791.82 | $1,899.84 |
| | VA | $132,570.41 | $2,549.43 |
| | VT | $45,602.57 | $876.97 |
| | WA | $14,825.26 | $285.10 |
| | WI | $337,793.53 | $6,496.03 |
| **WC Total** | | **$17,582,110.66** | **$338,117.51** |
| **Grand Total** | | **$18,355,520.74** | **$352,990.78** |