# *EXHIBIT H*

**506(c) Expenses**

| | Beginning Date<br>End Date | 12/30/2018<br>1/19/2019 | 1/20/2019<br>2/9/2019 | Total |
|---|---|---|---|---|
| Employee Payroll, Benefits and Taxes | | $ (124) | $ (108) | $ (232) |
| Rent, Occupancy Expenses, Property Taxes and Property Maintenance | | (64) | (88) | (152) |
| Logistics and Supply Chain Costs | | (29) | (12) | (41) |
| Utility & Telephone Expenses | | (11) | (8) | (18) |
| Advertising Expenses | | (8) | (7) | (15) |
| Employee Travel and Business Expenses | | (4) | (9) | (13) |
| Equipment Expenses (Fuel and Truck Maintenance) | | (10) | (5) | (15) |
| Security Services, Fire Protection and Waste Services | | (1) | (12) | (13) |
| DIP Interest and Financing Fees | | (23) | (6) | (29) |
| **Total** | | $ (273) | $ (254) | $ (527) |

| | BofA Checks | Internal / Other Margin | Utilities & Telephone | Outside/Associate/Consulting | Advertising Expense | Non-Merch COGS | Equipment Expenses | ABD Payments | Logistics | Miscellaneous Exp / (Inc) | SHP Checks | Occupancy Repairs | CheckFreePay | Service Live |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/2018 | (1) | (0) | (0) | (0) | (0) | (0) | (0) | (1) | (0) | (1) | (0) | (0) | (0) | (0) |
| 1/1/2019 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/2/2019 | (2) | (0) | (1) | (0) | (0) | (0) | (1) | - | (3) | (0) | (0) | (0) | (0) | (1) |
| 1/3/2019 | (2) | (2) | (2) | (1) | (1) | (0) | (1) | (0) | (0) | (0) | (0) | (0) | (0) | (0) |
| 1/4/2019 | (2) | (0) | (0) | (1) | (1) | (1) | (1) | (1) | (0) | (6) | (0) | (0) | (0) | (0) |
| 1/7/2019 | (1) | (0) | (0) | (4) | (0) | (0) | (0) | (0) | (0) | (1) | (1) | (0) | (0) | (0) |
| 1/8/2019 | (2) | (0) | (0) | (1) | (0) | (1) | (0) | (0) | (1) | (0) | (0) | (0) | (1) | (0) |
| 1/9/2019 | (1) | (0) | (5) | (0) | (1) | (0) | (3) | (1) | (0) | (1) | (0) | (0) | (0) | (0) |
| 1/10/2019 | (3) | (2) | (0) | (1) | (1) | (0) | (0) | (1) | (0) | (0) | (0) | (0) | (0) | (0) |
| 1/11/2019 | (1) | (0) | (1) | (0) | (0) | (1) | (0) | (0) | (0) | (12) | (0) | (0) | (0) | (0) |
| 1/14/2019 | (2) | (3) | (0) | (1) | (0) | (0) | (3) | (0) | (0) | (15) | (0) | (0) | (0) | (0) |
| 1/15/2019 | (1) | (2) | (2) | (0) | (0) | (1) | (0) | (0) | (2) | (0) | (0) | (0) | (0) | (0) |
| 1/16/2019 | (0) | (0) | (1) | (0) | (1) | (0) | (0) | (1) | (0) | (1) | (0) | (0) | (0) | (0) |
| 1/17/2019 | (0) | (2) | (1) | (0) | (1) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) |
| 1/18/2019 | (1) | (0) | (1) | (2) | (0) | (0) | (1) | (1) | (0) | (9) | (0) | (0) | (0) | (0) |
| 1/21/2019 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 1/22/2019 | (1) | (1) | (2) | (0) | (0) | (1) | (1) | (0) | (3) | (2) | (1) | (0) | (0) | (1) |
| 1/23/2019 | (3) | (0) | (1) | (2) | (0) | (0) | (2) | (1) | (0) | (0) | (0) | (0) | (0) | (0) |
| 1/24/2019 | (2) | (2) | (0) | (1) | (2) | (0) | (1) | (2) | (0) | (2) | (0) | (0) | (0) | (0) |
| 1/25/2019 | (1) | (0) | (2) | (1) | (0) | (1) | (0) | - | (0) | (10) | (0) | (0) | (0) | (0) |
| 1/28/2019 | (2) | (0) | (0) | (0) | (0) | (0) | 1 | (1) | (0) | (0) | (0) | (0) | (0) | (0) |
| 1/29/2019 | (4) | (0) | (1) | (0) | (1) | (1) | (1) | (0) | (2) | (0) | (1) | (0) | (0) | (0) |
| 1/30/2019 | (6) | (0) | (1) | (0) | (1) | (0) | (1) | (1) | (0) | 1 | (0) | (0) | (0) | (0) |
| 1/31/2019 | (3) | (2) | (0) | (1) | (1) | (0) | (1) | (1) | (0) | (0) | (0) | (0) | (0) | (0) |
| 2/1/2019 | (3) | (0) | (2) | (0) | (3) | (0) | (0) | (1) | (0) | (10) | (0) | (0) | (0) | (0) |
| 2/4/2019 | (1) | - | - | - | - | - | - | (0) | - | - | - | - | (0) | (0) |
| 2/5/2019 | (2) | 0 | (1) | (1) | - | (0) | - | 0 | - | (0) | (1) | - | (1) | (0) |
| 2/6/2019 | (1) | - | - | - | - | - | - | (0) | - | - | (0) | - | (0) | (0) |
| 2/7/2019 | (6) | - | - | (0) | - | - | - | 0 | - | (4) | (0) | - | (0) | (0) |
| 2/8/2019 | (3) | (0) | - | (0) | - | (1) | - | (0) | - | (11) | - | - | (0) | (0) |
| **Total** | (55) | (19) | (23) | (20) | (15) | (10) | (18) | (13) | (14) | (86) | (10) | (6) | (5) | (7) |

| | Other Disbursements | Supplies & Postage | Insurance Exp | Other DAPP | BS Adjustment - AP | Display Expense | NDJ Payments | Interco | CARPACH | P-Card | India/Israel/GS | Outflows Adjustment | Other SG&A Disbursements | Cash Interest (Prepetition) | Cash Interest (DIP) | Financing Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/2018 | - | (0) | - | - | 0 | (0) | - | 1 | (1) | - | - | | (4) | 0 | 1 | -3 |
| 1/1/2019 | - | - | - | - | - | - | - | | - | - | - | | - | 0 | | 0 |
| 1/2/2019 | - | (0) | - | - | 0 | (0) | - | | (1) | - | - | | (13) | -3.2 | | 0 |
| 1/3/2019 | - | (0) | - | (0) | 0 | (0) | - | | (1) | - | - | | (12) | 0 | | 0 |
| 1/4/2019 | - | (0) | (0) | - | 0 | (0) | - | | (1) | - | - | | (16) | 0 | | 0 |
| 1/7/2019 | - | (0) | - | - | (0) | (0) | - | | (1) | (4) | - | | (14) | -0.6 | | 0 |
| 1/8/2019 | - | (0) | - | - | 0 | (0) | - | | (1) | - | - | | (9) | -5.9 | | -0.8 |
| 1/9/2019 | - | (0) | (0) | - | 0 | (0) | - | | (1) | - | - | | (13) | 0 | | 0 |
| 1/10/2019 | (0) | (0) | - | - | (0) | (0) | - | | (1) | - | - | | (10) | 0 | | -1.4 |
| 1/11/2019 | - | (0) | (0) | - | (0) | (0) | - | | (1) | - | - | | (19) | -6.1 | | 0 |
| 1/14/2019 | - | (0) | - | - | (0) | (0) | - | | (1) | - | - | | (26) | -2 | | 0 |
| 1/15/2019 | - | (0) | - | (0) | 0 | (0) | - | | (1) | - | - | | (12) | 0 | | 0 |
| 1/16/2019 | - | (0) | (0) | - | - | (0) | - | | (1) | - | - | | (5) | 0 | | 0 |
| 1/17/2019 | - | (0) | - | - | (0) | (0) | - | | (1) | - | - | | (8) | 0 | | 0 |
| 1/18/2019 | (1) | (0) | - | (0) | (0) | (0) | - | | (1) | - | (1) | | (18) | 0 | | 0 |
| 1/21/2019 | - | - | - | - | - | - | - | | - | - | - | | - | 0 | | 0 |
| 1/22/2019 | (1) | (0) | (0) | - | (1) | (0) | - | | (2) | - | - | | (17) | 0 | | 0 |
| 1/23/2019 | (1) | (0) | (0) | - | - | - | - | | (0) | - | - | | (11) | 0 | | 0 |
| 1/24/2019 | (1) | (0) | (0) | - | 0 | - | - | | (1) | - | - | | (13) | 0 | | 0 |
| 1/25/2019 | (2) | (0) | (0) | (0) | 0 | - | - | | (1) | (5) | - | | (24) | -2.2 | | 0 |
| 1/28/2019 | (1) | (0) | (0) | - | (1) | (0) | - | | (1) | - | - | | (6) | 0 | | 0 |
| 1/29/2019 | (1) | (0) | - | - | 0 | (0) | - | | (1) | - | - | | (14) | 0 | | 0 |
| 1/30/2019 | (1) | (0) | - | - | 0 | (0) | - | | (0) | - | - | | (10) | 0 | | 0 |
| 1/31/2019 | (1) | (0) | (0) | (1) | 0 | (0) | - | | (1) | - | - | | (12) | 0 | | 0 |
| 2/1/2019 | (2) | (0) | (0) | (0) | (0) | (0) | - | | (1) | - | - | | (23) | -4 | | 0 |
| 2/4/2019 | (1) | - | - | - | - | - | - | | - | - | (0) | | (2) | 0 | | 0 |
| 2/5/2019 | (1) | 0 | - | - | - | - | - | | - | - | - | | (6) | 0 | | 0 |
| 2/6/2019 | - | - | - | - | - | - | - | | - | - | - | | (2) | 0 | | 0 |
| 2/7/2019 | - | - | - | - | - | - | - | | - | (4) | - | | (14) | 0 | | 0 |
| 2/8/2019 | (2) | - | - | - | - | - | - | | - | - | - | | (17) | 0 | | 0 |
| **Total** | (13) | (2) | (1) | (1) | (1) | (0) | - | 1 | (21) | (13) | (1) | - | (352) | | | |

**Project Blue - Cash Flow Forecast, Go-Forward Same-Store Sales of (15.0%) with 425 Go-Forward Stores and Buyer Financing**

| | Retail Month | October | | | November | | November | | December | | | | | January | | | | February |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Budget Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| | Forecast / Actual | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT | ACT |
| | Week Ending | 10/20/18 | 10/27/18 | 11/3/18 | 11/10/18 | 11/17/18 | 11/24/18 | 12/1/18 | 12/8/18 | 12/15/18 | 12/22/18 | 12/29/18 | 1/5/19 | 1/12/19 | 1/19/19 | 1/26/19 | 2/2/19 | 2/9/19 |
| | Retail Week | 201837 | 201838 | 201839 | 201840 | 201841 | 201842 | 201843 | 201844 | 201845 | 201846 | 201847 | 201848 | 201849 | 201850 | 201851 | 201852 | 201901 |
| | **CASH RECEIPTS** | | | | | | | | | | | | | | | | | |
| | **Total Cash Receipts** | $192 | $169 | $197 | $215 | $213 | $187 | $341 | $220 | $251 | $249 | $229 | $186 | $175 | $143 | $116 | $133 | $150 |
| | **OPERATING DISBURSEMENTS** | | | | | | | | | | | | | | | | | |
| [7] | Merchandise Vendors | ($21) | ($71) | ($52) | ($87) | ($83) | ($80) | ($75) | ($75) | ($96) | ($72) | ($55) | ($58) | ($64) | ($60) | ($61) | ($54) | ($8) |
| [8] | Occupancy | 0 | 0 | 0 | (24) | (2) | 0 | 0 | (1) | (24) | (1) | 0 | 0 | (34) | (17) | 0 | 0 | (27) |
| [9] | Payroll, Taxes, and Benefits | (44) | (28) | (65) | (31) | (58) | (32) | (61) | (38) | (56) | (33) | (53) | (59) | (49) | (34) | (32) | (49) | (33) |
| [10] | Other SG&A Disbursements | (15) | (55) | (46) | (45) | (65) | (50) | (68) | (53) | (50) | (57) | (45) | (38) | (54) | (47) | (57) | (57) | (30) |
| [11] | GOB Rent | 0 | 0 | 0 | (9) | (1) | 0 | 0 | 0 | (9) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| [12] | GOB Additional Expenses / Benefit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Total Operating Disbursements** | ($80) | ($154) | ($163) | ($196) | ($209) | ($161) | ($204) | ($167) | ($236) | ($163) | ($152) | ($156) | ($202) | ($156) | ($150) | ($160) | ($98) |
| [13] | CapEx | 0 | 0 | 0 | (1) | (0) | 0 | (0) | (0) | (2) | (1) | (0) | (1) | (0) | (0) | (1) | (0) | 0 |
| | **Net Operating Cash Flow** | $111 | $15 | $34 | $18 | $3 | $26 | $136 | $53 | $13 | $84 | $76 | $30 | ($27) | ($13) | ($35) | ($28) | $52 |
| | **NON-OPERATING CASH FLOW** | | | | | | | | | | | | | | | | | |
| [14] | Utility Deposits | $0 | $0 | $0 | $0 | $0 | $0 | ($10) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| [15] | Professional Fees | 0 | 0 | 0 | 0 | 0 | 0 | (1) | 0 | (1) | (2) | 0 | (10) | 0 | (4) | (1) | (6) | (1) |
| [16] | Critical Vendor Payments | 0 | (9) | 0 | (8) | (8) | (11) | (7) | 0 | 0 | (5) | 0 | (3) | 0 | 0 | 0 | 0 | 0 |
| [17] | Insurance Payments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| [18] | Gift Card Redemptions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| [19] | KEIP / KERP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (3) |
| [20] | Credit Card Holdbacks | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| [21] | Store PTO / Severance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| [22] | Corporate PTO / Severance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| [23] | Post-Petition TSA/CSA | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| [24] | IP Royalty Payment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Chapter 11 Related Disbursements** | $0 | ($9) | $0 | ($8) | ($8) | ($11) | ($19) | $0 | ($1) | ($6) | $0 | ($13) | $0 | ($4) | ($1) | ($8) | ($1) |
| [25] | Cash Interest | ($1) | ($1) | ($1) | ($13) | ($1) | $0 | ($10) | ($6) | $0 | $0 | $0 | ($3) | ($13) | ($2) | ($2) | ($4) | ($5) |
| [26] | Financing Fees | (10) | 0 | 0 | (1) | 0 | 0 | (15) | (0) | (0) | 0 | (0) | (3) | (2) | 0 | 0 | 0 | 0 |
| | **Other Non-Operating Disbursements** | ($11) | ($1) | ($1) | ($14) | ($1) | $0 | ($25) | ($6) | ($0) | $0 | ($0) | ($6) | ($15) | ($2) | ($2) | ($4) | ($5) |
| | **Net Cash Flow Before Financing** | $100 | $5 | $33 | ($4) | ($6) | $15 | $92 | $46 | $12 | $78 | $76 | $10 | ($41) | ($20) | ($38) | ($41) | $47 |
| [27] | Financing | 112 | 0 | 0 | (100) | 0 | 0 | (330) | (40) | (18) | (78) | (41) | (45) | 48 | 195 | (145) | 51 | (42) |
| | **Net Cash Flow** | $212 | $5 | $33 | ($104) | ($6) | $15 | ($239) | $6 | ($6) | $0 | $35 | ($35) | $7 | $176 | ($182) | $10 | $5 |
| | Available Cash | $296 | $300 | $333 | $229 | $224 | $239 | $0 | $6 | $0 | $0 | $35 | $0 | $7 | $182 | $0 | $8 | $0 |
| | Net Availability Before Buyer Financing | 167 | 120 | 37 | 87 | 57 | 52 | 324 | 225 | 213 | 210 | 189 | 80 | 92 | 26 | 164 | 115 | 84 |
| [28] | Buyer Financing | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| [29] | **Memo: Total Liquidity (Availability + Cash)** | $463 | $420 | $370 | $316 | $281 | $290 | $324 | $231 | $213 | $210 | $225 | $80 | $99 | $208 | $164 | $123 | $84 |
| [30] | Memo: Wind-down Account - Restricted Cash | $0 | $0 | $0 | $0 | $0 | $0 | $81 | $81 | $81 | $81 | $81 | $81 | $81 | $81 | $88 | $88 | $88 |
| [31] | Memo: Carve-Out Account - Restricted Cash | NA | NA | NA | NA | NA | NA | $58 | $58 | $75 | $82 | $88 | $84 | $96 | $100 | $107 | $109 | $120 |
| [32] | Memo: Sr. DIP & 1L Balance | $1,638 | $1,638 | $1,638 | $1,538 | $1,538 | $1,538 | $1,191 | $1,151 | $1,149 | $1,078 | $1,044 | $994 | $954 | $978 | $841 | $892 | $850 |
| [33] | Memo: Jr DIP Balance | $0 | $0 | $0 | $0 | $0 | $0 | $75 | $75 | $75 | $75 | $75 | $75 | $175 | $350 | $350 | $350 | $350 |

| Category | Amount ($) | 12/31/2018 | 1/1/2019 | 1/2/2019 | 1/3/2019 | 1/4/2019 | 1/5/2019 | 1/6/2019 | 1/7/2019 | 1/8/2019 | 1/9/2019 | 1/10/2019 | 1/11/2019 | 1/12/2019 | 1/13/2019 | 1/14/2019 | 1/15/2019 | 1/16/2019 | 1/17/2019 | 1/18/2019 | 1/19/2019 | 1/20/2019 | 1/21/2019 | 1/22/2019 | 1/23/2019 | 1/24/2019 | 1/25/2019 | 1/26/2019 | 1/27/2019 | 1/28/2019 | 1/29/2019 | 1/30/2019 | 1/31/2019 | 2/1/2019 | 2/2/2019 | 2/3/2019 | 2/4/2019 | 2/5/2019 | 2/6/2019 | 2/7/2019 | 2/8/2019 | 2/9/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee Payroll, Benefits and Taxes | 754 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Professional Fees | 150 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rent / Occupancy Costs | 132 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Property Taxes / CAMS | 123 | (1.3) | - | (1.8) | (1.7) | (2.1) | - | - | (1.1) | (2.0) | (0.7) | (2.7) | (0.7) | - | - | (1.5) | (0.7) | (0.3) | (0.3) | (0.9) | - | - | (1.1) | (2.6) | (2.1) | (1.5) | - | - | (1.7) | (4.2) | (6.0) | (3.0) | (2.8) | - | - | - | (0.7) | (1.6) | (1.4) | (5.7) | (2.8) | - |
| Logistics and Supply Chain Costs (Transportation Vendors) | 96 | (0.1) | - | (3.5) | (0.2) | (0.2) | - | - | (0.3) | (1.4) | (0.2) | (0.0) | (0.1) | - | - | (0.0) | (2.3) | (0.0) | (0.3) | (0.1) | - | - | (2.7) | (0.0) | (0.5) | (0.0) | - | - | (0.0) | (2.3) | (0.0) | (0.0) | (0.0) | - | - | - | - | - | - | - | - | - |
| Miscellaneous Expenses | 92 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Logistics and Supply Chain | 82 | (0.8) | - | (1.3) | (1.3) | (0.8) | - | - | (0.7) | (0.8) | (0.8) | (1.3) | (1.1) | - | - | (0.9) | (0.7) | (0.5) | (1.4) | (1.2) | - | - | (1.6) | (0.3) | (0.9) | (0.9) | - | - | (0.8) | (0.7) | (0.3) | (1.0) | (0.9) | - | - | - | - | - | - | - | - | - |
| DIP Cash Interst | 62 | - | - | (3.2) | - | - | - | - | (0.6) | (5.9) | - | - | (6.1) | - | - | (2.0) | - | - | - | - | - | - | - | - | - | (2.2) | - | - | - | - | - | (4.0) | - | - | - | - | - | - | - | - | - | - |
| Critical Vendor Payments | 51 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Temporary Employee Costs (for DCs and Stores) | 47 | (0.2) | - | (0.4) | (0.7) | (0.8) | - | - | (4.2) | (0.8) | (0.4) | (0.8) | (0.4) | - | - | (1.2) | (0.5) | (0.2) | (0.3) | (1.7) | - | - | (0.3) | (2.2) | (0.6) | (1.3) | - | - | (0.1) | (0.1) | (0.2) | (0.8) | (0.3) | - | - | - | - | (1.1) | - | (0.0) | (0.3) | - |
| Utilities & Telephone | 42 | (0.0) | - | (1.4) | (1.8) | (0.4) | - | - | (0.0) | (0.1) | (4.7) | (0.0) | (1.3) | - | - | (0.1) | (2.2) | (0.7) | (0.7) | (0.9) | - | - | (1.6) | (1.0) | (0.2) | (1.6) | - | - | (0.0) | (1.0) | (0.6) | (0.0) | (1.7) | - | - | - | (1.0) | - | - | - | - | - |
| Advertising Expense | 39 | (0.4) | - | (0.5) | (1.3) | (1.0) | - | - | (0.1) | (0.5) | (0.7) | (1.2) | (0.0) | - | - | (0.1) | (0.3) | (0.6) | (0.7) | (0.3) | - | - | (0.3) | (0.1) | (1.5) | (0.1) | - | - | (0.2) | (0.6) | (0.5) | (0.7) | (2.8) | - | - | - | - | - | - | - | - | - |
| Employee travel and business expenses | 38 | - | - | - | - | - | - | - | (3.9) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (5.0) | - | - | - | - | - | - | - | - | - | - | - | - | - | (3.7) | - | - |
| Equipment Expenses | 34 | (0.1) | - | (1.4) | (0.9) | (0.9) | - | - | (0.4) | (0.4) | (3.1) | (0.2) | (0.1) | - | - | (2.7) | (0.2) | (0.1) | (0.4) | (1.2) | - | - | (0.9) | (1.9) | (0.5) | (0.1) | - | - | 1.0 | (0.5) | (1.3) | (1.0) | (0.4) | - | - | - | - | - | - | - | - | - |
| DIP Financing Fees | 32 | (3.0) | - | - | - | - | - | - | (0.8) | - | - | (1.4) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Licensing Payments to Vendors | 31 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Security Services, fire protection and waste services | 18 | - | - | - | - | - | - | - | - | - | - | (0.5) | - | - | - | - | - | - | - | (0.7) | - | - | (1.2) | (0.6) | (0.6) | (2.5) | - | - | (0.6) | (0.6) | (0.5) | (0.5) | (1.6) | - | - | - | (0.6) | (0.5) | - | - | (2.0) | - |
| Store Maintenance | 10 | (0.1) | - | (0.3) | (0.3) | (0.4) | - | - | (0.5) | (0.1) | (0.1) | (0.1) | - | - | - | (0.2) | (0.2) | (0.4) | (0.3) | (0.1) | - | - | (0.4) | (0.3) | (0.2) | (0.1) | - | - | (0.4) | (0.2) | (0.4) | (0.4) | (0.2) | - | - | - | - | - | - | - | - | - |
| Utility Deposits | 10 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| KEIP / KERP Expenses | 3 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Total** | **1,846** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |