# ***EXHIBIT I***

| **506(c) Surcharge Detail** | |
|---|---|
| Employee Payroll, Benefits and Taxes | $712 |
| Rent, Occupany Expenses, Property Taxes and Property Mair | 228 |
| Logistics and Supply Chain Costs | 170 |
| Professional Fees | 51 |
| DIP Interest and Financing Fees | 94 |
| Critical Vendor Payments | 51 |
| Utility & Telephone Expenses | 25 |
| Advertising Expenses | 33 |
| Employee Travel and Business Expenses | 38 |
| Equipment Expenses (Fuel and Truck Maintenance) | 30 |
| Security Services, Fire Protection and Waste Services | 18 |
| **Total** | **$1,451** |

| | Property Taxes & CAM | Utilities & Telephone | Outside/Associate/Consulting | Advertising Expense | Non-Merch COGS | Equipment Expenses | Logistics | Professional Fees Accrual | Miscellaneous Expenses | SHP Checks | Occupancy Repairs | CheckFreePay | Service Live | Other Disbursements | Supplies & Postage | Insurance Exp | Other DAPP | BS Adjustment - AP | Display Expense | NDJ Payments | Interco | CARPACH (Logistics) | P-Card | India/Israel/GS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/15/2018 | - | - | - | - | - | - | - | 0 | 0 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 4 |
| 10/16/2018 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 10/17/2018 | (4) | - | - | - | (0) | - | - | - | - | - | - | - | - | (1) | - | - | - | - | - | - | - | - | - | - |
| 10/18/2018 | 2 | - | (0) | (2) | (0) | - | - | (0) | (0) | - | - | (0) | (0) | - | - | - | - | (0) | - | - | - | - | - | - |
| 10/19/2018 | 1 | - | (0) | - | (2) | - | (7) | 0 | 0 | (1) | - | (1) | (0) | - | - | - | - | (0) | - | - | - | (0) | - | - |
| 10/22/2018 | 1 | (0) | (1) | (0) | (0) | - | (3) | - | - | (2) | - | (0) | (0) | - | (0) | - | - | 0 | - | - | - | (0) | - | (3) |
| 10/23/2018 | (0) | - | (1) | (0) | (0) | - | (1) | (12) | (8) | (0) | - | (0) | (0) | - | - | - | - | 0 | - | - | - | (0) | - | (0) |
| 10/24/2018 | 0 | (0) | (0) | (1) | (0) | - | (0) | - | - | (1) | - | (0) | (0) | - | (0) | - | - | 0 | - | - | - | (0) | - | - |
| 10/25/2018 | (0) | - | (0) | (1) | (0) | - | (0) | 0 | 0 | (0) | - | (0) | (0) | (0) | (0) | - | - | (1) | - | - | - | (1) | - | - |
| 10/26/2018 | (0) | - | (1) | - | (2) | - | (1) | - | - | (0) | (0) | (0) | (0) | (0) | (0) | - | - | - | - | - | - | (1) | (5) | - |
| 10/29/2018 | (7) | (0) | (1) | - | (0) | - | (0) | (0) | (0) | (0) | - | (0) | (0) | (0) | (0) | - | (0) | 0 | - | - | - | (1) | - | (1) |
| 10/30/2018 | (4) | - | (0) | (0) | (0) | - | (2) | 0 | 0 | (0) | (1) | (0) | (0) | - | (0) | - | - | - | - | - | - | (1) | - | - |
| 10/31/2018 | (2) | - | (0) | - | (0) | (0) | (0) | (1) | (1) | (1) | - | (0) | (0) | - | (0) | - | (1) | (0) | - | - | - | (1) | - | - |
| 11/1/2018 | (4) | (0) | (0) | (1) | (0) | - | (0) | (0) | (0) | (1) | (0) | (0) | (0) | - | (0) | - | (0) | (0) | - | - | - | (1) | - | - |
| 11/2/2018 | (2) | (0) | (0) | (1) | (1) | (0) | (1) | (0) | (0) | (0) | (0) | (0) | (0) | (1) | (0) | - | - | (0) | - | - | - | (1) | - | - |
| 11/5/2018 | (1) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (1) | (0) | (0) | (0) | - | (0) | - | - | (1) | - | - | - | (1) | - | - |
| 11/6/2018 | (2) | - | (0) | - | - | - | (0) | - | - | (0) | - | (1) | (0) | - | - | - | - | - | - | - | - | (1) | - | (1) |
| 11/7/2018 | (2) | - | (1) | (0) | (0) | - | (4) | (0) | (0) | (0) | - | (1) | (0) | - | (0) | - | (0) | (0) | - | - | - | (1) | (6) | - |
| 11/8/2018 | (1) | (0) | (0) | (1) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (2) | (0) | - | - | (0) | - | - | - | (2) | - | - |
| 11/9/2018 | (0) | - | (0) | (0) | (1) | (0) | (0) | 0 | 0 | (1) | (0) | - | (0) | - | (0) | - | (0) | (0) | - | - | - | (2) | - | - |
| 11/12/2018 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/13/2018 | (2) | (0) | (0) | (0) | (0) | (0) | (5) | (0) | (0) | (2) | (0) | (0) | (1) | (1) | (0) | - | (0) | 2 | - | - | - | (2) | - | - |
| 11/14/2018 | (1) | (0) | (0) | - | (0) | - | (0) | (0) | (0) | (0) | (0) | (0) | (0) | - | (0) | - | 0 | (0) | - | - | - | (1) | - | - |
| 11/15/2018 | (0) | (0) | (0) | (2) | (0) | (0) | (27) | (0) | (0) | (1) | (0) | (0) | (0) | (0) | (0) | - | - | 0 | - | - | - | (2) | - | - |
| 11/16/2018 | (0) | (0) | (0) | (0) | (1) | (1) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | - | (0) | (0) | (0) | - | - | (1) | - | - |
| 11/19/2018 | (1) | (2) | (0) | (0) | (0) | (0) | (1) | (1) | (0) | (0) | (0) | (0) | (0) | - | (0) | - | (0) | (0) | (0) | - | - | (1) | - | - |
| 11/20/2018 | (1) | (0) | (0) | (2) | (0) | (0) | (2) | (0) | (0) | (0) | - | (0) | (0) | - | (0) | (0) | (0) | 0 | - | - | - | (2) | - | (3) |
| 11/21/2018 | (1) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (1) | (0) | (0) | (0) | - | (0) | - | - | 0 | - | - | - | (3) | - | - |
| 11/22/2018 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 11/23/2018 | (0) | (0) | (1) | (0) | (2) | (0) | (1) | (0) | (0) | - | (0) | (0) | (0) | - | (0) | - | (0) | 0 | - | - | - | (4) | (5) | - |
| 11/26/2018 | (1) | (0) | (0) | (0) | (0) | (0) | (0) | (10) | (6) | (0) | (0) | (0) | (0) | - | (0) | (0) | (0) | - | - | - | - | (1) | - | - |
| 11/27/2018 | (1) | (0) | (0) | - | (0) | (0) | (2) | (0) | (0) | (1) | (0) | (0) | (1) | - | (0) | - | - | 0 | - | - | - | (1) | - | - |
| 11/28/2018 | (1) | (0) | (0) | (0) | (0) | (2) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | - | (0) | - | (1) | 0 | - | - | - | (1) | - | - |
| 11/29/2018 | (2) | (0) | (0) | (3) | (0) | (1) | (1) | (45) | (28) | (0) | (0) | (0) | (0) | - | (0) | (0) | - | 0 | - | - | - | (2) | - | - |
| 11/30/2018 | (4) | (0) | (1) | (0) | (1) | (0) | (1) | (1) | (0) | (1) | (0) | (0) | (0) | - | (0) | - | (0) | 0 | (0) | - | - | (2) | - | - |
| 12/3/2018 | (3) | - | (0) | (0) | - | - | (1) | - | - | (1) | - | (0) | (0) | (0) | - | - | - | - | - | - | - | (2) | - | - |
| 12/4/2018 | (2) | (1) | (2) | (0) | (0) | (1) | (3) | (1) | (0) | (1) | (0) | (1) | (1) | - | (0) | (0) | - | (1) | (0) | - | - | (1) | - | - |
| 12/5/2018 | (1) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | - | (0) | - | - | 0 | (0) | - | - | (1) | - | - |
| 12/6/2018 | (1) | (0) | (2) | (1) | (0) | (0) | (1) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | - | - | - | (0) | - | - | (2) | - | - |
| 12/7/2018 | (0) | (1) | (2) | (1) | (1) | (0) | (2) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | - | (0) | 0 | (0) | - | - | (2) | (4) | - |
| 12/10/2018 | (3) | (1) | (2) | (0) | (0) | (0) | (2) | (0) | (0) | (0) | (0) | (0) | (0) | (1) | (0) | - | (0) | - | (0) | - | - | (2) | - | - |
| 12/11/2018 | (1) | (1) | (0) | (0) | (0) | (0) | (5) | 0 | 0 | (1) | (0) | (0) | (0) | - | (0) | (0) | (0) | 0 | - | - | - | (1) | - | - |
| 12/12/2018 | (2) | (1) | (0) | (1) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | - | (0) | - | (0) | 0 | (0) | - | - | (1) | - | - |
| 12/13/2018 | (1) | (0) | (0) | (1) | (0) | (0) | (1) | 1 | 0 | (0) | (0) | (0) | (0) | - | (0) | - | (0) | 0 | (0) | - | - | (2) | - | - |
| 12/14/2018 | (1) | (1) | (0) | (0) | (1) | (1) | (0) | (10) | (6) | (1) | (0) | (0) | (0) | (0) | (0) | - | (0) | 0 | (0) | - | - | (2) | - | - |
| 12/17/2018 | (1) | (0) | (0) | (0) | (0) | (3) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | - | (0) | (0) | - | - | (1) | - | - |
| 12/18/2018 | (2) | (2) | (1) | (0) | (0) | (1) | (4) | (1) | (1) | (1) | (0) | (0) | (0) | - | (0) | (0) | (0) | 0 | (0) | - | - | (1) | - | - |
| 12/19/2018 | (1) | (1) | (1) | (1) | (0) | (1) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | - | (0) | (0) | - | - | (1) | - | (0) |
| 12/20/2018 | (1) | (0) | (2) | (3) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | - | - | 0 | (0) | - | - | (2) | - | - |
| 12/21/2018 | (1) | (1) | (0) | (0) | (2) | (0) | (0) | (4) | (3) | (1) | (0) | (0) | (0) | - | (0) | - | (0) | 0 | (0) | - | - | (2) | (5) | - |
| 12/24/2018 | (1) | (0) | (1) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | - | (0) | (0) | 0 | 0 | (0) | - | - | (1) | - | - |
| 12/25/2018 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| 12/26/2018 | (0) | (2) | (0) | (1) | (0) | (2) | (4) | (2) | (1) | (0) | (0) | (0) | (1) | - | (0) | (0) | 0 | 0 | (0) | - | - | (2) | - | - |
| 12/27/2018 | (1) | (1) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | - | (0) | - | - | - | (0) | - | - | (1) | - | - |
| 12/28/2018 | (2) | (1) | (3) | (1) | (1) | (1) | (0) | (4) | (2) | (1) | (0) | (0) | (0) | - | (0) | (0) | (0) | (0) | (0) | - | - | (1) | - | - |
| 12/31/2018 | (1) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | - | (0) | - | - | 0 | (0) | - | 1 | (1) | - | - |
| 1/1/2019 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | | - | - | - |
| 1/2/2019 | (2) | (1) | (0) | (0) | (0) | (1) | (3) | (0) | (0) | (0) | (0) | (0) | (1) | - | (0) | - | - | 0 | (0) | - | | (1) | - | - |
| 1/3/2019 | (2) | (2) | (1) | (1) | (0) | (1) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | - | (0) | - | (0) | 0 | (0) | - | | (1) | - | - |
| 1/4/2019 | (2) | (0) | (1) | (1) | (1) | (1) | (0) | (4) | (2) | (0) | (0) | (0) | (0) | - | (0) | (0) | - | 0 | (0) | - | | (1) | - | - |
| 1/7/2019 | (1) | (0) | (4) | (0) | (0) | (0) | (0) | (1) | (0) | (1) | (0) | (0) | (0) | - | (0) | - | - | (0) | (0) | - | | (1) | (4) | - |
| 1/8/2019 | (2) | (0) | (1) | (0) | (1) | (0) | (1) | (0) | (0) | (0) | (0) | (1) | (0) | - | (0) | - | - | 0 | (0) | - | | (1) | - | - |
| 1/9/2019 | (1) | (5) | (0) | (1) | (0) | (3) | (0) | (1) | (0) | (0) | (0) | (0) | (0) | - | (0) | (0) | - | 0 | (0) | - | | (1) | - | - |
| 1/10/2019 | (3) | (0) | (1) | (1) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | - | - | (0) | (0) | - | | (1) | - | - |
| 1/11/2019 | (1) | (1) | (0) | (0) | (1) | (0) | (0) | (8) | (5) | (0) | (0) | (0) | (0) | - | (0) | (0) | - | (0) | (0) | - | | (1) | - | - |
| 1/14/2019 | (2) | (0) | (1) | (0) | (0) | (3) | (0) | (9) | (6) | (0) | (0) | (0) | (0) | - | (0) | - | - | (0) | (0) | - | | (1) | - | - |
| 1/15/2019 | (1) | (2) | (0) | (0) | (1) | (0) | (2) | (0) | (0) | (0) | (0) | (0) | (0) | - | (0) | - | (0) | 0 | (0) | - | | (1) | - | - |
| 1/16/2019 | (0) | (1) | (0) | (1) | (0) | (0) | (0) | (1) | (0) | (0) | (0) | (0) | (0) | - | (0) | (0) | - | - | (0) | - | | (1) | - | - |
| 1/17/2019 | (0) | (1) | (0) | (1) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | - | (0) | - | - | (0) | (0) | - | | (1) | - | - |
| 1/18/2019 | (1) | (1) | (2) | (0) | (0) | (1) | (0) | (5) | (3) | (0) | (0) | (0) | (0) | (1) | (0) | - | (0) | (0) | (0) | - | | (1) | - | (1) |
| 1/21/2019 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | | - | - | - |
| 1/22/2019 | (1) | (2) | (0) | (0) | (1) | (1) | (3) | (1) | (1) | (1) | (0) | (0) | (1) | (1) | (0) | (0) | - | (1) | (0) | - | | (2) | - | - |
| 1/23/2019 | (3) | (1) | (2) | (0) | (0) | (2) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (1) | (0) | (0) | - | - | - | - | | (0) | - | - |
| 1/24/2019 | (2) | (0) | (1) | (2) | (0) | (1) | (0) | (1) | (1) | (0) | (0) | (0) | (0) | (1) | (0) | (0) | - | 0 | - | - | | (1) | - | - |
| 1/25/2019 | (1) | (2) | (1) | (0) | (1) | (0) | (0) | (6) | (4) | (0) | (0) | (0) | (0) | (2) | (0) | (0) | (0) | 0 | - | - | | (1) | (5) | - |
| 1/28/2019 | (2) | (0) | (0) | (0) | (0) | 1 | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (1) | (0) | (0) | - | (1) | (0) | - | | (1) | - | - |
| 1/29/2019 | (4) | (1) | (0) | (1) | (1) | (1) | (2) | (0) | (0) | (1) | (0) | (0) | (0) | (1) | (0) | - | - | 0 | (0) | - | | (1) | - | - |
| 1/30/2019 | (6) | (1) | (0) | (1) | (0) | (1) | (0) | 1 | 0 | (0) | (0) | (0) | (0) | (1) | (0) | - | - | 0 | (0) | - | | (0) | - | - |
| 1/31/2019 | (3) | (0) | (1) | (1) | (0) | (1) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (1) | (0) | (0) | (1) | 0 | (0) | - | | (1) | - | - |
| 2/1/2019 | (3) | (2) | (0) | (3) | (0) | (0) | (0) | (6) | (4) | (0) | (0) | (0) | (0) | (2) | (0) | (0) | (0) | (0) | (0) | - | | (1) | - | - |
| 2/4/2019 | (1) | - | - | - | - | - | - | - | - | - | - | (0) | (0) | (1) | - | - | - | - | - | - | | - | - | (0) |
| 2/5/2019 | (2) | (1) | (1) | - | (0) | - | - | (0) | (0) | (1) | - | (1) | (0) | (1) | 0 | - | - | - | - | - | | - | - | - |
| 2/6/2019 | (1) | - | - | - | - | - | - | - | - | (0) | - | (0) | (0) | - | - | - | - | - | - | - | | - | - | - |
| 2/7/2019 | (6) | - | (0) | - | - | - | - | (3) | (2) | (0) | - | (0) | (0) | - | - | - | - | - | - | - | | - | (4) | - |
| 2/8/2019 | (3) | - | (0) | - | (1) | - | - | (7) | (4) | - | - | (0) | (0) | (2) | - | - | - | - | - | - | | - | - | - |
| **Total** | (123) | (42) | (47) | (39) | (31) | (34) | (96) | (150) | (92) | (34) | (10) | (16) | (21) | (18) | (4) | (1) | (3) | (3) | (0) | - | 1 | (82) | (38) | (6) |

| Week Ended | Payroll, Taxes, and Benefits | Occupancy | Property Taxes / CAMS | Logistics and Supply Chain Costs (Transportation Vendors) | Miscellaneous Expenses | Professional Fees | Logistics and Supply Chain | DIP Interest | DIP Fees | Critical Vendors | Temporary Employees | Utilities | Advertising Expenses | Employee Travel and Business Expenses | Equipment Expenses | Licensing Payments | Security Services, Fire Protection and Waste Services | Store Maintenance | Utility Deposits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/18 | (44) | - | (1) | (7) | 0 | 0 | (0) | (1) | (10) | - | (1) | - | (2) | - | - | (2) | (1) | - | - |
| 10/27/18 | (28) | - | (0) | (5) | (8) | (12) | (2) | (1) | - | (9) | (3) | (0) | (2) | (5) | - | (2) | (0) | (0) | (10) |
| 11/3/18 | (65) | - | (18) | (4) | (1) | (1) | (4) | (1) | - | - | (1) | (0) | (2) | - | (0) | (2) | (1) | (1) | - |
| 11/10/18 | (31) | (24) | (6) | (5) | (0) | (0) | (6) | (13) | (1) | (8) | (2) | (0) | (1) | (6) | (0) | (2) | (2) | (0) | - |
| 11/17/18 | (58) | (2) | (3) | (32) | (1) | (1) | (6) | (1) | - | (8) | (1) | (1) | (2) | - | (1) | (2) | (1) | (0) | - |
| 11/24/18 | (32) | - | (3) | (4) | (1) | (1) | (10) | - | - | (11) | (2) | (2) | (2) | (5) | (1) | (2) | - | (0) | - |
| 12/1/18 | (61) | - | (10) | (4) | (35) | (57) | (6) | (10) | (15) | (7) | (1) | (1) | (3) | - | (3) | (2) | - | (0) | - |
| 12/8/18 | (38) | (1) | (8) | (6) | (1) | (1) | (8) | (6) | (0) | - | (6) | (3) | (2) | (4) | (1) | (2) | (0) | (0) | - |
| 12/15/18 | (59) | (24) | (7) | (7) | (6) | (10) | (7) | - | (0) | - | (3) | (4) | (3) | - | (1) | (2) | (1) | (1) | - |
| 12/22/18 | (33) | (1) | (6) | (5) | (4) | (6) | (6) | - | - | (5) | (5) | (4) | (4) | (5) | (5) | (2) | (0) | (1) | - |
| 12/29/18 | (53) | - | (5) | (4) | (4) | (7) | (5) | - | (0) | - | (4) | (4) | (2) | - | (3) | (2) | - | (1) | - |
| 1/5/19 | (59) | - | (7) | (4) | (3) | (5) | (4) | (3) | (3) | (3) | (2) | (4) | (3) | - | (3) | (2) | - | (1) | - |
| 1/12/19 | (49) | (34) | (7) | (2) | (6) | (9) | (5) | (13) | (2) | - | (7) | (6) | (3) | (4) | (4) | (2) | (0) | (1) | - |
| 1/19/19 | (34) | (17) | (4) | (3) | (10) | (16) | (5) | (2) | - | - | (4) | (5) | (2) | - | (5) | (2) | (1) | (1) | - |
| 1/26/19 | (32) | - | (7) | (3) | (5) | (9) | (4) | (2) | - | - | (4) | (4) | (2) | (5) | (3) | (2) | (5) | (1) | - |
| 2/2/19 | (49) | - | (18) | (2) | (3) | (6) | (4) | (4) | - | - | (1) | (3) | (5) | - | (2) | (2) | (4) | (1) | - |
| 2/9/19 | (33) | (27) | (12) | - | (6) | (10) | - | (5) | - | - | (1) | (1) | - | (4) | - | (1) | (3) | - | - |
| **Total** | (757) | (133) | (123) | (96) | (92) | (150) | (82) | (62) | (32) | (51) | (47) | (42) | (39) | (38) | (34) | (31) | (18) | (10) | (10) |

| GOB Store on Non-Sale Related Expenses | |
|---|---|
| Payroll & Incentive | 75.5 |
| Benefits & P/R Tax | 16.9 |
| Outside Serv/Assoc Exp | 3.4 |
| Equipment Expenses | 4.6 |
| Occupancy Repairs | 37.4 |
| Utilities & Telephone | 14.1 |
| Advertising Expense | 5.5 |
| Display Expense | 0.9 |
| Supplies & Postage | 4.6 |
| Insurance Expense | 3.7 |
| Miscellaneous Exp/Inc | 29.5 |
| Non-Sale Related Professional Fees | 99.1 |
| Total | **295.3** |