Edward M. Fox
Steven Paradise
Owen R. Wolfe
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 218-4646
Facsimile: (917) 344-1339
Email: emfox@seyfarth.com

*Attorneys for Wilmington Trust, National Association,*
*as indenture trustee and collateral agent*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.,* | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## DECLARATION OF WILLIAM HENRICH
## (I) IN SUPPORT OF THE REQUEST OF WILMINGTON TRUST, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE AND COLLATERAL AGENT, (I) FOR PAYMENT OF AN ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. § 503(a) WITH PRIORITY OVER ALL OTHER ADMINISTRATIVE EXPENSES PURSUANT TO 11 U.S.C. § 507(b) AND FOR ALLOWANCE OF A SECURED CLAIM TO THE EXTENT OF REMAINING COLLATERAL PURSUANT TO 11 U.S.C. § 506(a) AND (II) IN OPPOSITION TO THE DEBTORS' MOTION PURSUANT TO 11 U.S.C. § 506(c)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365) (collectively, the "Debtors"). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

I, William Henrich, hereby declare:

1.      I am co-Chairman of Getzler Henrich & Associates LLC ("GH"), which specializes in providing, among other things, restructuring and advisory services to distressed companies, debtors, creditors, lenders, equity participants, and others.

2.      I make this declaration (I) in Support of the Request of Wilmington Trust, National Association, as Indenture Trustee and Collateral Agent For Payment of An Administrative Expense Pursuant to 11 U.S.C. § 503(a) With Priority Over All Other Administrative Expenses Pursuant to 11 U.S.C. § 507(b) and For Allowance of a Secured Claim to the Extent of Remaining Collateral Pursuant to 11 U.S.C. § 506(a) (the "Request") [Dkt. No. 4279] and (II) In Opposition to the Debtors' Motion Pursuant to 11 U.S.C. § 506(c).

## I.      QUALIFICATIONS

3.      I hold a Master's Degree in Business Administration from Harvard Business School and a Bachelor's Degree from Baruch College, City University of New York.  I also passed the CPA examination and used to work as a certified public accountant.

4.      I have practiced as a financial and restructuring advisor, chief restructuring officer, and turnaround specialist in the fields of bankruptcy and reorganizations, insolvency, and related litigation for the past 37 years.

5.      Prior to joining Getzler Henrich, I was the managing director and founder of the New York practice of a prominent middle-market corporate restructuring firm.  I also served in Arthur Andersen's corporate recovery services group, and in 1982 started Arthur Andersen's New York bankruptcy and restructuring practice.  I later held senior executive finance, operational, and sales and marketing roles with Arrow Electronics, the world's largest electronics distribution company.

57611146v.9

6.      I have worked on more than 400 engagements during my career, and I have great familiarity with the issues involved in this matter, as well as the methods to be used to evaluate and assess the claims asserted by Wilmington Trust, National Association, as indenture trustee and collateral agent, ("Wilmington Trust") and by the Debtors.  Mostly all of these engagements involved the assessment of value, including liquidation value, sale value, and value relative to loan positions.  I have testified more than twenty times as a witness in bankruptcy cases where I have been engaged.

7.      Among other matters, I testified in my capacity as co-Chief Restructuring Officer ("CRO") for the debtors in *In re Flat Out Crazy, LLC, et al.*, Case No. 13-22094 (RDD). In that bankruptcy case, my retention as CRO was approved by this Court.  I testified regarding the debtors' efforts to preserve and maximize their going concern value; the debtors' efforts to obtain cash collateral and debtor-in-possession financing; the fact that the debtors' going concern asset sale yielded a better result for creditors than a chapter 7 liquidation or other process; and the application of 11 U.S.C. § 506(c) to the claims asserted by certain creditors.

8.      I have qualified and testified as an expert in the following cases:

(a)     *In re Bucyrus-Erie Company*, No. 94-bk-20787-rae (E.D. Wisc.).  In that Chapter 11 case, I was retained by creditor Smith Management to testify regarding plan recoveries under a standalone plan versus a consolidated plan that included other subsidiaries of the debtor.

(b)     *Busy Bee, Inc. v. Wachovia Bank, N.A.*, No. 97 cv 5078 (Pa. Ct. Common Pleas, Lackawanna County).  In that case, I was retained as an expert by the defendant to testify regarding asset valuation for both the retail arm and the distribution arm of the plaintiff.

9.      I have also testified numerous times in many other bankruptcy cases where I have been engaged including:

a.      *In re Seasons Corporate LLC, et al.*, 18-45284-NHL (Bankr. E.D.N.Y.). In that Chapter 11 case commenced by a group of super market retailers, I was retained by the debtors, and approved by the court, as co-CRO.  In that capacity, I testified in support of the debtors' motion to approve

57611146v.9

debtor-in-possession financing, and also testified regarding the debtors'
cash flow requirements.

b.   *In re Mammoet-Startneth LLC*, 17-12925-LSS (Bankr. D. Del.).  In that
Chapter 11 case, I was retained by the debtor, and approved by the court,
as CRO.  In that capacity, I testified regarding the sufficiency of the
debtor's bankruptcy filing to rebut assertions that the petition had been
filed in bad faith.

c.   *In re Zloop, Inc., et al.*, 15-11660-KG (Bankr. D. Del.).  In that Chapter 11
case, I was retained by the debtors, and approved by the court, as CRO.  In
that capacity, I testified in support of the debtors' motions to approve the
sale of the debtors' businesses as a going concern, including the valuation
of the debtors' assets.

d.   *In re Moonlight Basin Ranch LP, et al.*, 09-62327-RBK (Bankr. D.
Mont.).  In nine jointly-administered Chapter 11 cases filed by related
entities, I was retained by the debtors, and approved by the court, as CRO.
In that capacity, I testified regarding the debtors' request for debtor-in-
possession financing and to recover my firm's success fee in connection
with obtaining that financing.

e.   *In re O-Cedar Holdings, Inc.*, 03-12667-LSS (Bankr. D. Del.).  In that
Chapter 11 case, I was retained by the debtor, and approved by the court,
as management consultant, financial advisor, and investment banker for
the debtor.  In that capacity, I testified in support of the debtor's sale of its
business as a going concern, including the valuation of that business.

10.   In addition to the foregoing, I have been involved in several cases where I

did not serve as a testifying expert, but worked on the expert's staff and performed analyses,

including valuation analyses that supported the testifying expert's opinion.  For example, in *In re*

*DVI, Inc.*, 03-12656-MFW (Bankr. D. Del.), another member of my firm, Frank Melazzo, was

the testifying expert.  I took the lead in conducting the underlying analysis for Mr. Melazzo's

expert testimony, which involved the valuation of loans in the debtor's loan portfolio, as well as

the valuation of the debtor's business as a going concern.

11.   I am a former president and current advisory board member of the

Turnaround Management Association's ("TMA") New York Chapter, as well as a member of the

TMA's Global board serving as Vice President - Education.  In 2018, I was inducted into the TMA's Hall of Fame.

12.     In addition, I serve as a board member of the American Bankruptcy Institute ("ABI") and am a member of the Association of Corporate Growth.  I previously served as a co-chairman of the ABI's Bankruptcy Reform Commission Governance Committee.

13.     Annexed hereto as **Exhibit A** is a true and correct copy of my professional biography, which includes a list of my publications.

## II.     <u>MATERIALS CONSIDERED</u>

14.     My opinions are based on the materials referenced in this declaration and in my annexed report and on my 37 years of experience, as described above.  The materials I considered included filings by the Debtor in these jointly administered bankruptcy cases, materials produced in this bankruptcy case by the Debtors and by ESL Investments, Inc. ("ESL"), and publicly-available documents.

15.     Annexed hereto as **Exhibit B** is a true and correct copy of my expert report in this proceeding, dated June 18, 2019 (the "Report").

16.     Annexed hereto as **Exhibit C** is a true and correct copy of the list of materials I have considered in reaching my opinions.

## III.    <u>CASE BACKGROUND</u>

17.     Wilmington Trust serves as the indenture trustee and collateral agent on behalf of the holders (the "Second Lien Noteholders") of the 6-5/8% Senior Secured Notes due

2018 (the "Second Lien Notes") issued by Sears Holding Corporation ("Sears") and guaranteed by 28 of its affiliates (collectively, the "Guarantors").[2]

18.     Repayment of the Second Lien Notes is secured pursuant to an Amended and Restated Security Agreement dated as of March 20, 2018 among Sears, the Grantors Party thereto and Wilmington Trust, as Collateral Agent (the "Security Agreement"), which secures repayment of all of the Secured Obligations (as defined in the Security Agreement or "Second Lien Obligations").

19.     On and around October 15, 2018 (the "Petition Date"), Sears, along with 48 of its affiliates (collectively, the "Debtors"), filed for bankruptcy protection pursuant to Chapter 11 of the Federal Bankruptcy Code.

20.     On February 11, 2019, Sears consummated the sale of substantially all of its assets to an affiliate of ESL.

## IV.   SCOPE OF TESTIMONY

21.     I have been retained to analyze and provide my expert opinion in connection with Wilmington Trust's Request.

22.     I have also been asked to review and respond to the opinions set forth in the declarations of the Debtors' witness, Brian J. Griffith ("Griffith"), dated April 15, 2019, [Dkt. No. 3198] (the "April Griffith Declaration"), and May 26, 2019, [Dkt. No. 4035] (the "May

---

[2] The Guarantors are Sears, Roebuck and Co., Kmart Holding Corporation, Kmart Operations LLC, Sears Operations LLC, A&E Factory Service, LLC, A&E Home Delivery, LLC, A&E Lawn & Garden LLC, A&E Signature Service, LLC, Kmart Corporation, Private Brands, Ltd., Sears Holdings Management Corporation, Sears Home Improvement Products, Inc., Sears Protection Company, Sears Roebuck Acceptance Corp., Sears, Roebuck de Puerto Rico, Inc., California Builder Appliances, Inc., Florida Builder Appliances, Inc., KLC, Inc., Sears Protection Company (Florida), L.L.C., Kmart of Washington LLC, Kmart Stores of Illinois LLC, Kmart Stores of Texas LLC, Mygofer LLC, Kmart of Michigan, Inc., SOE, Inc., Starwest, LLC, Kmart.com LLC, and Sears Brands Management Corporation.

57611146v.9

Griffith Declaration"; collectively with the April and May Griffith Declarations, the "Griffith Declarations") who is apparently not proffered as an expert.

23.     Since issuing my Report, I have also reviewed the Supplemental Declaration of Brian J. Griffith, dated June 27, 2019, [Dkt. No. 4382] (the "June Griffith Declaration").  I have also been asked to review and respond to the June Griffith Declaration and information obtained during the Griffith deposition on July 10, 2019, which I attended.  Nothing in the June Griffith Declaration caused me to change any of the opinions I reached in my Report. Based in part on Mr. Griffith's deposition testimony, I have revised my calculation of the 2L Collateral by adding Sears Home Services inventory of $114.6 million, for reasons I explain below.  I have also deleted $123.8 million of undrawn standby letters of credit from the amount owing to the First Lien Secured Parties (as defined in the Security Agreement) on account of the First Lien Obligations (as defined in the Security Agreement).

## V.    SUMMARY OF CONCLUSIONS AND OPINIONS

24.     It is my opinion that:

(a)     The Second Lien Notes were fully secured as of the Petition Date;

(b)     The Second Lien Noteholders have suffered a complete diminution in the value of the collateral securing the Second Lien Notes;

(c)     Griffith has utilized incorrect methodologies in his analyses and his analyses contain conceptual flaws, resulting in incorrect conclusions as to the value of the Second Lien Noteholders' secured claims;

(d)     Griffith's analyses also do not appropriately reflect § 506(c) expenses; and

(e)     Griffith's inappropriate methodologies neither recognize the secured status of, nor compensate, the Second Lien Noteholders for diminution in the value of their collateral of no less than $89,002,000 in principal amount plus $2,948,191.25 in accrued and unpaid interest, which is the amount of their secured indebtedness outstanding as of the Petition Date.

## VI.    ANALYSIS AND METHODOLOGY

### A.    *The Second Lien Noteholders Were Secured as of the Petition Date*.

25.    I have prepared an independent assessment of the secured lenders'
collateral position as of the Petition Date.

26.    Annexed hereto as **Exhibit D** are charts summarizing both my original
and revised assessment.

27.    As reflected in Exhibit 2 to my Report, based on my assessment, the
aggregate value of the collateral securing the First Lien Obligations and the Second Lien
Obligations as of the Petition Date totaled $3,156.5 million.  This total consisted of cash of
$116.2 million,[3] $78.8 million in total accounts receivable, total inventory of $2,888.7 million,
which consisted of $2,710.8 million in Going Concern inventory sale proceeds, net of expenses
from the Go Forward Stores of $449.9 million, $627.9 million of Going Out of Business
liquidation inventory value (net of expenses) and pharmacy prescription lists ("Scripts") with an
asset value of $72.8 million.

28.    This amount significantly exceeded the $2,807.1 million needed to pay off
the First Lien Obligations and the Second Lien Obligations, including the Second Lien
Noteholders.

29.    Based on my Report, the Second Lien Noteholders were secured as of the
Petition Date, with a cushion of approximately $142.7 million after application of all expenses,
including store operating expense, corporate overhead, and professional fees.  As described below,
however, certain adjustments to the valuation in my Report have increased this cushion.

---

[3] The cash would constitute a deduction from the amount owed on the first Lien Obligations.

57611146v.9

**B.**    ***The Value of the Collateral Should be Based Upon Actual Use***

30.    Based upon my experience and my understanding of applicable bankruptcy decisions, for Section 507(b) purposes, collateral should be valued based on how it will be utilized.  Thus, inventory should be valued based on how it would be monetized under a debtor's particular circumstances.

31.    For example, it is appropriate to value collateral on a going concern basis if the subject entity was to be a going concern, while it would be appropriate to use liquidation value if the subject entity was to liquidate.

32.    Here, at the Petition Date, the Debtors had 687 stores, 142 of which were slated to liquidate immediately.  Subsequently, 262 stores, in total, were liquidated (the "GOB Stores"), and the remaining 425 were operated on a going concern basis (the "Go Forward Stores").  Accordingly, it is appropriate to use the actual experiences of the Go Forward Stores and the GOB Stores to assess the value of the Debtors' inventory as of the Petition Date.

33.    Based on the Debtors' go-forward business plan, and the Go Forward Stores' strong performance metrics in the months leading up to and after the Chapter 11 filing, the Go Forward Stores continued to operate in the ordinary course of business pending a sale of the enterprise as a going concern.  *See,* Declaration of Mohsin Y. Meghji, dated February 1, 2019, Dkt. No. 2336 (the "Meghji Declaration"), ¶¶ 6 and 7.  Indeed, from the outset of the bankruptcy case, the Debtors expressed the view "that there is a viable path forward for a reorganization around a smaller footprint of profitable stores."  Declaration of Robert A. Riecker Pursuant to Rule 1007-2 of Local Bankruptcy Rules for Southern District of New York, dated October 15, 2018, Dkt. No. 3 (the "Riecker Declaration"), ¶¶ 8, 16, 55, 92, 95-99.  And "[s]ales

and operations must continue in the ordinary course of business to preserve the value of the

Debtors' business . . . .  Riecker Declaration ¶¶ 55 and 92.

### C.   *Key Assumptions in Analysis*

34.    Because the collateral securing the First Lien Obligations includes all

collateral securing the Second Lien Obligations, plus certain additional items, we assume

exclusive first lien collateral, consisting of cash and deposit accounts, except to the extent they

constitute proceeds of second lien collateral, are exclusively first lien collateral are applied first

against the First Lien Obligations[4] and

35.    $72.8 million of value is ascribed to Customer/Prescription Lists (the

"Script") pursuant to the spreadsheet produced by the Debtors in this case as

SEARS_507B_00001508 (the "Script Spreadsheet"; copy annexed hereto as **Exhibit E**).  I

understand that this document was produced by the Debtors without any cover email or other

documentation indicating when the spreadsheet was created, in response to a document request

made by the Holders of Second Lien Obligations seeking, among other things, the value of Script

delivered in connection with the ESL sale.  Although the document contains no overt date, the

metadata contained in the live Script Spreadsheet show that it was created on August 17, 2018

and last updated on September 14, 2018.  Accordingly, it appears that it properly reflects the

value of the Debtors' Script for their 140 pharmacies in operation at the Petition Date.  The

Script are properly included in this analysis as collateral securing the Second Lien Obligations as

books and records relating to inventory.

---

[4] I understand that the Debtors have characterized my testimony as stating that cash is not collateral securing the
Second Lien Obligations.  That characterization is incorrect.  As an initial matter, proceeds from the sale of inventory
securing the Second Lien Debt, including cash proceeds, are clearly collateral securing the Second Lien Obligations.
Moreover, other cash held by the Debtors at the Petition Date, even if not collateral securing the second lien
obligations, would benefit the Second Lien Noteholders by reducing or being available to reduce, the amount of First
Lien Obligations outstanding.

57611146v.9

36.     Collateral available for satisfaction of the First and Second Lien Obligations include credit card deposits in transit and pharmacy receivables.

37.     The Debtors had credit card deposits in transit of $64.3 million, according to the Schedules of Assets and Liabilities of Sears Holding Corporation, dated January 17, 2019 (Dkt. No. 1609) (the "Schedules") at pg. 44 and in the Borrowing Base Certificate produced by the Debtors as SEARS_507B_00001430 (the "BBC"; copy annexed hereto as **Exhibit F**), which are proceeds of customer sales to be collected in the short term through the credit card processing system.[5]

38.     The Debtors also had Pharmacy receivables of $14.5 million, as reflected in the BBC.

39.     Inventory that was liquidated in the 262 GOB Stores should be valued based upon the Debtors' actual, reported results.

40.     The GOB stores achieved a recovery of 96.4% of inventory at cost net of all store expenses, as reflected in ESL_507B_000001 (the "GOB Results Spreadsheet"; copy annexed hereto as **Exhibit G**).  This percentage is derived by dividing column D (GOB Sales) by the sum of columns E (Goods Available at Cost) and H (Total GOB Expenses).

41.     As shown in the GOB Results Spreadsheet, the GOB Liquidation Inventory at cost totaled $651.6 million.  The GOB Stores achieved a net margin (i.e., sales less costs) of approximately 15.9% of sales and expenses of approximately 19.7% of sales.

---

[5] The credit card deposits in transit listed in the Schedules and in the BBC are higher than the amount set forth in the BBC, which shows $54.8 million.  The BBC is dated prior to the Petition Date, however, whereas the Schedules reflect the amount of credit card deposits in transit on the Petition Date.  The amount in the Schedules is corroborated by the BBC produced by the Debtors.  Accordingly, the $64.3 million in the Debtors Schedules is a more appropriate figure than the lower amount in the pre-Petition Date BBC.

57611146v.9

42.    The actual 96.4% net recovery was two percentage points higher than the estimated realization as projected by Tiger Valuation Services, LLC ("Tiger") in its valuation of inventory as of October 6, 2018, produced by the Debtors in this case as SEARS_507B_00001287 at 1309 (annexed as Exhibit 3 to the Report).

43.    At my deposition taken in this case on July 2, 2019, I discovered that there was an error in the GOB Results Spreadsheet and that the totals reported in columns D, E, and H of the GOB Results Spreadsheet were incorrect.

44.    Although I could not discern the reason for the error based on the paper copy of the GOB Results Spreadsheet presented to me at my deposition, when I reviewed the live GOB  Results Spreadsheet after my deposition, I discovered that the GOB Results Spreadsheet contained a formula error.  For FLS ("Sears") stores, the formula in the spreadsheet mistakenly added together the entries in the "GOB Sales" column for 10/15/18 FLS (cell D4 in the spreadsheet, $251.2 million), 11/8/18 Kmart (cell D8 in the spreadsheet, $40.6 million), and 12/27/18 FLS (cell D10 in the spreadsheet, $98 million), resulting in a total of $390.1 million as shown in cell D13 in the spreadsheet.  The $40.6 million of 11/8/18 Kmart "GOB Sales" in cell D8 should not have been included in that total, however.  Rather, the formula should have used the 11/8/18 FLS entry (cell D7, $71.8 million), resulting in total "GOB Sales" for the FLS stores of $421.2 million.

45.    Similarly, to calculate the total "GOB Sales" for the Kmart stores, the formula in the spreadsheet mistakenly added the "GOB Sales" entries for 10/15/18 Kmart (cell D5, $197.7 million), 11/8/18 FLS+Kmart (cell D9, $112.3 million), and 12/27/18 Kmart (cell D11, $74.6 million), resulting in a total of $384.6 million in cell D14 in the spreadsheet.  The $112.3 million in 11/8/18 FLS+Kmart "GOB Sales" should not have been included in the total,

however.  Rather, the formula should have used the 11/8/18 Kmart entry (cell D8, $40.6 million), resulting in total "GOB Sales" for the Kmart stores of $312.8 million.

46.     The GOB Results Spreadsheet formula then added the erroneous FLS and Kmart "GOB Sales" totals of $390.1 million and $384.6 million to reach an incorrect FLS+Kmart total of $774.6 million in "GOB sales," in cell D15 in the spreadsheet.  The formula should have been set up to add the correct FLS total of $421.2 million to the correct Kmart total of $312.8 million, for a combined total of $734.1 million in "GOB Sales".

47.     The same error was repeated in columns D, E, and H, as well, resulting in erroneous totals for FLS, Kmart, and FLS+Kmart in each column of the GOB Results Spreadsheet.

48.     This formula error caused $34.4 million in inventory to be attributed to the GOB Stores inventory that should have properly been attributed to the Go Forward Stores, resulting in total GOB Stores inventory of $651.6 million rather than $617.2 million.

49.     The total in column D of the GOB Results Spreadsheet should have been $734,058,513 instead of $774,641,623.  When 734,058,513 is divided by $761,233,224, which is the correct sum of columns E and H in the GOB Results Spreadsheet, the resulting percentage recovery (*i.e.*, $734,058,513 divided by $761,233,224) is 96.4%.[6]  Thus, despite the incorrect totals in the GOB Results Spreadsheet, the corrected totals still show that the net recovery as a percentage of book value of inventory at the GOB Stores remained 96.4%.  A copy of the corrected version of the GOB Results Spreadsheet is annexed hereto as **Exhibit H**.

---

[6] Counsel for the Debtors asserted during my deposition that an alternative method should be used to calculate "Net Recovery %."  The Debtors posited that the "Total GOB Expenses" (*i.e.*, $144 million) should be subtracted from the total "GOB Sales" (*i.e.*, $734.1 million), which then should be divided by the "Goods Available at Cost" (*i.e.*, $617.2 million).  Performing the calculation in this manner results in a net recovery percentage of 95.6%.  Although I am not aware of the basis for the Debtors' alternative calculation, even if I utilized their method, the 0.8% difference between a 96.4% net recovery rate and 95.6% net recovery rate would have a negligible effect on my analysis.  The foregoing is particularly true because, as noted above, the corrected figures result in increased Go Forward Stores inventory, which would have a higher rate of recovery.

13

50.     Accordingly, although the GOB Results Spreadsheet formula error caused certain figures in the spreadsheet to be totaled incorrectly, it did not affect the overall net percentage recovery of 96.4% on the Debtors' sale of inventory in its GOB Stores.  Moreover, because the corrected GOB Results Spreadsheet shows $34.4 million less inventory being sold in the GOB Stores, this $34.4 million of inventory should have remained in my calculation of the Go Forward Stores, where inventory sold at a 29% Gross Margin and which have a net recovery percentage higher than 96.4%.

51.     As a result of the changes to the GOB Results Spreadsheet, and the related adjustments in the corporate expense allocated to the GOB Stores and the Go Forward Stores, the overall net change in inventory collateral valuation at the Petition Date is an increase of $6.7 million.

52.     The Debtors planned to continue to operate the remaining 425 retail stores as Going Concern Stores.  I have valued the inventory in these Going Concern Stores as follows.

53.     Inventory in going concern stores is sold at a 29.0% gross margin as assumed by the Debtors in their Illustrative Wind Down Analysis, produced by the Debtors as SEARS_507B_00000076 (the "Wind Down Analysis"; annexed hereto as **Exhibit I**) at pg. 16; Sears Holdings, Official Committee of Unsecured Creditors - Discussion Materials, dated November 12, 2018, annexed hereto as **Exhibit J** and previously annexed as **Exhibit B** to the Declaration of William L. Transier, dated February 1, 2019 (Dkt. No. 2341) (the "Transier Declaration"), at 11, 15.

54.     I have utilized the same store expense relationship in the ongoing stores as was reported for the GOB Stores, or 23.3% of inventory at cost.  See ESL_507B_000001, **Exhibit G**.

55.    I have included corporate overhead in my analysis, as both the GOB Stores and Go Forward Stores required some level of corporate expense to oversee and manage operations.  Corporate expenses that help to preserve the collateral value for the primary benefit of a secured creditor are also a component of § 506(c) expenses.

56.    For this analysis, I accounted for corporate expenses incurred for the benefit of collateral preservation as follows.

57.    For the GOB Stores, I used the expenses set forth by Tiger in its estimated liquidation recovery analysis (Exhibit 5 to the Report at SEARS_507B_00001309).  In its analysis, Tiger reflected non-store costs totaling 3.1% of inventory at cost to conduct and support the liquidation.  These costs total approximately $19.1 million when applied to the GOB Stores.

58.    For Go Forward stores, I used 5% of gross sales as the corporate expense component, which is a percentage point higher than the 4% assumed by the Debtors assumed in the Wind Down Recoveries dated January 12, 2019 SEARS_507B_00000864 to support the ongoing operations based on my experience in the retail sector.  This results in corporate overhead expense of $138 million.

59.    The $1,959[7] million of Go Forward Store inventory at cost yielded $2,759.2 million in Go Forward Store inventory sale proceeds at a 29% gross margin.  After deduction of $457.2 million of Going Concern Store expenses, the total inventory value on a going concern basis is $2,302.0 million.

---

[7] In their Schedules, the Debtors reported that their total inventory at cost was $2,576.2 million.  As I discussed at my deposition, this figure properly includes inventory listed as "ineligible" in the BBC because that inventory, although "ineligible" for purposes of reserves established by the First Lien Lenders, still has value.
When the GOB Stores inventory of $617.2 million is subtracted from the total inventory, the difference is the Go Forward Stores inventory.  Total inventory of $2,576.2 million minus the GOB Stores' liquidation inventory of $617.2 million leaves inventory at the Go Forward Stores of $1,959 million at cost.

57611146v.9

60.     It is my opinion that the overall result – 4% net operating income before debt service and profit – is reasonable and reflects normalized ongoing operations – 29% gross margin, 20% store expenses, and 5% corporate overhead.  This is reasonable based upon my experience in retail organizations, as confirmed on page 11 of Exhibit B to the Transier Declaration.[8]

61.     It is my understanding based on discussions with counsel and my review of a spreadsheet showing Letter of Credit draws during the bankruptcy case (the "LC Draw Schedule") ESL_507B_00000021, annexed hereto as **Exhibit K**, that the Debtors' Stand-Alone Letter of Credit Facility of $271.1 million (the "Letters of Credit") had no draws as of the Petition Date.  I am aware of relatively minimal draws that occurred post-petition.  As there were no draw-downs as of the Petition Date, the Debtors had no repayment obligation in connection with the Letters of Credit as of the Petition Date.  I therefore reduced debt obligations senior to the Second Lien Noteholders by $271.1 million.

**<u>Changes Based on Additional Information</u>**

62.     My Report did not include $114.6 million in inventory for "Home Services" shown in the Debtors' Borrowing Base Certificate as of October 13, 2018.  *See* SEARS_507B_00001430, annexed hereto as **Exhibit F**, even though the Debtors included 50% of this amount in their calculation of collateral at or near the Petition Date.  *Id.*  At the time I prepared my Report, I excluded the Home Services inventory from my analysis because I was unsure whether the "Home Services" inventory was already included in the Debtors' "Total Inventory At Cost" of $2,576.2 million.  I also wanted to be sure that the Home Services Inventory belonged to Sears and the Guarantors.  Brian Griffith testified at his deposition on

---

[8] In fact, the 4% figure I utilize is more conservative than the 6% figure shown in **Exhibit B** to the Transier Declaration.

57611146v.9

July 10, 2019, that the "Home Services" inventory was not included in the "Total Inventory at

Cost" of $2,576.2 million, and because the borrowers under the First Lien Obligations, who are

the same borrowers under the Second Lien Obligations, included it in the Borrowing Base with

respect to the First Lien Obligations, that confirmed the ownership of the Home Services

Inventory in Sears and the Guarantors.  Consequently, I have now added the $114.6 million of

Home Services Inventory to my calculation of the aggregate collateral position as of the Filing

Date in **Exhibit D**.  I believe it is appropriate to include the full $114.6 million of book value of

the Home Services Inventory, but, because this is not store inventory, I have not assumed a 29%

gross margin for this inventory.

63.    Since preparing my Report, I have also been able to satisfactorily confirm

that the additional $123.8 million of Standby Letters of Credit under the First Lien Credit

Facility were also undrawn at the Petition Date.  As a result, I have further reduced debt

obligations senior to the Second Lien Noteholders by an additional $123.8 million, for a total

reduction of $394.9 million to $1,531.8 million.

## VII.    ANALYSIS OF THE DEBTORS' METHODS AND ASSUMPTIONS

### A.    *Griffith's Methodology is Incorrect and has Conceptual Flaws*

64.    The Debtors rely exclusively on the Griffith Declarations to support their

position that the Second Lien Noteholders were undersecured as of the Filing Date and therefore

have no Section 507(b) claim, and that even if they have a Section 507(b) claim, Section 506(c)

surcharges would reduce that claim to $0.  There are significant flaws in Griffith's conceptual

framework and methodology, however.  I have adjusted for these errors and omissions to provide

a more accurate picture of the secured lenders' collateral position as of the Petition Date.

65.    I have prepared an analysis in **Exhibit L** that adjusts Griffith's § 507(b)

claim calculation for the following items.

66.     **First,** Griffith failed to include certain cash, cash equivalents, and other assets in his assessment of the secured creditors' collateral position as of the Petition Date.  The Debtors reported cash balances totaling $476.4 million per their filed Schedules and Statements of Financial Affairs.  This total cash position includes both cash available to the Debtors as well as restricted cash, deposits, and other categories presumed not to be available to the Debtors.  It is my opinion that the following categories should have been included in Griffith's analysis:

(a)     Cash on Hand: $17,549,258;

(b)     Disbursement Accounts: $1,000,000;

(c)     Depository Accounts: $2,882,602;

(d)     Concentration Accounts: $94,769,268;

(e)     Credit Card Deposits in Transit: $64,279,940; and

(f)     Pharmacy Prescription Lists: $72,804,891.

67.     Categories (a) through (d) total $116,201,128.  Based on my review of the security agreements governing the first and second lien debt, I believe that these categories are all first and/or second lien collateral.  Accordingly, this total should have been immediately available to reduce applicable first lien debt as of the Petition Date.

68.     There is a substantial balance of credit card deposits in transit, item (e) above, which had not yet been received by the Debtors on the Petition Date.  These were scheduled by the Debtors as cash equivalents but deposits in transit are effectively accounts receivable to be collected within days.  Again, based on my review of the security agreements governing the first and second lien debt, these credit card deposits were first and/or second lien collateral.  Therefore, I have included a cash addback adjustment of $64,279,940 on **Exhibit L**.

69.    Additionally, there are Pharmacy Prescription Lists, item (f) above, with an estimated value of $72,804,891, which are included in the collateral for the reasons described above.  These have also been added back in **Exhibit L**.

70.    **Second**, while Griffith did not included any cash in his analysis, which would lower the First Lien Debt, he does include $394.9 million of Standby Letters of Credit, repayment of which would be senior to the Second Lien Notes.  In the Griffith analysis, these Standby Letters of Credit are shown as being paid from the liquidation of accounts receivable and inventory.  This approach is incorrect and inconsistent with the actual use of the Standby Letters of the Credit.

71.    My understanding through discussions with counsel and review of the LC Draw Schedule is that these Letters of Credit were all undrawn stand-by letters of credit, and did not require repayment, as of the Petition Date.  In other words, there had been no draws on these Standby Letters of Credit as of the Petition Date, so the Debtors had not incurred any obligation to repay the undrawn amount of the Standby Letters of Credit as of the Petition Date.  Because Griffith erroneously assumed a repayment obligation where none existed, he overstated the senior debt by at least $394.9 million.  I have adjusted for this item and reflected it as an addback adjustment on **Exhibit L**.

72.    In the June Griffith Declaration, Griffith asserts that the letters of credit should be treated as if they had been drawn down because "[i]n a liquidation scenario, letters of credit are almost always fully drawn or cash collateralized because leaving undrawn amounts exposes the counter-parties."  June Griffith Declaration ¶ 13.  As an initial matter, based upon my decades of experience, I disagree with Griffith's assertion that letters of credit are "almost always fully drawn or cash collateralized" during a liquidation.

73.     In any event, Griffith's assertion is irrelevant because there was no liquidation here.  Accordingly, the Letters of Credit did not reduce the amount of collateral available on the Petition Date for the Second Lien Obligations.

74.     **Third,** Griffith applies a deeply discounted 85% of book value valuation of the collateral at the Petition Date, which he purports to derive from the Debtors' Asset Purchase Agreement ("APA") with ESL.

75.     Griffith applied this 85% of book value valuation to all of the Debtors' inventory, notwithstanding the Debtors' actual experience at the GOB Stores, which yielded 96.4% of book value, and higher margins at the Go Forward Stores.

76.     The 85% of cost recovery level does not reflect the Debtors' actual GOB Store results for the liquidation of 262 stores since the Petition Date.  The Debtors reported actual net recovery on inventory at GOB Stores of 96.4% of cost (*see* GOB Spreadsheet, net of all GOB Store expenses.  These results were two percentage points higher than the 94.4% of cost projected by Tiger (*see* Exhibit 3 to the Report at SEARS_507B_00001309) based upon a liquidation beginning on or about the Petition Date.

77.     The actual recovery at 96.4% of cost is approximately 11.4 percentage points higher than Griffith's assumption.  Applying it here would add $306.8 million to Griffith's inventory value using Griffith's book value of inventory at the Petition Date.[9]

78.     In my opinion, based on the performance of the 262 GOB Stores, it is reasonable to assume that if all remaining stores were liquidated in the same timeframe as the 262 GOB Stores, they would have achieved comparable results and any suggestion that the market would be flooded with inventory is simply not correct.  I have concluded that the

---

[9] $2.691 billion x 0.114 = $306.8 million.

inventory, even in liquidation, would yield an amount significantly higher than what Griffith has

assumed.  Accordingly, I have adjusted Griffith's analysis on **Exhibit L** with an addback of

$306.8 million.

79.     Moreover, 85% is not an appropriate valuation for the collateral at the

Petition Date because it arose during a non-competitive credit bid process in which the Debtors

admit ESL provided the only true bid for purchase of the Debtors' business as a going concern

which was then measured against a hypothetical liquidation analysis (which apparently did not

reflect the Debtors' actual GOB Store Results).

80.     Further, based upon my review of the June Griffith Declaration and

questioning by Debtors' counsel at my deposition on July 2, 2019, I understand that Griffith

arrived at the 85% figure by: (a) taking $1,408,000,000 which was the amount of cash listed as

one component (among many) of the purchase price set forth in the APA for the Transform sale,

and (b) dividing that amount by $1,657,000,000 of acquired inventory, credit card receivables,

and pharmacy receivables at book value to be delivered by the Debtors to Transform under the

APA as a condition to the Buyer's obligation to close.  Griffith's calculation is erroneous

because, among other things, the $1.408 billion set forth in Section 3.1(a)(i) of the APA is only

one component of the purchase price, is reduced, according to the APA, by other clauses of

Section 3.1(a) and was not allocated to any particular assets sold pursuant to the APA.

81.     Moreover, Griffith's valuation of the inventory as part of the ESL sale is

irrelevant no matter what percentage of book value may have been paid at closing because the

sale took place months after the Petition Date, and fails to recognize that the Debtors sold

billions of dollars of inventory at retail prices in the  Go Forward Stores between the Petition

Date and the Sale Date.  Accordingly, any valuation attributable to the collateral based on the

ESL sale does not provide a valuation properly applied to the value of the collateral on the Petition Date.

82.     Moreover, the Debtors assumed gross margins in the Go Forward Stores prior to the ESL sale in the range of 29%.  *E.g.*, Illustrative Wind Down Analysis, **Exhibit I**, at SEARS_507B_00000078; Sears Holdings, Official Committee of Unsecured Creditors - Discussion Materials, **Exhibit J**, at 11, 15  The 262 GOB Stores achieved gross recovery of approximately 118.9% of cost value of inventory before expenses during their liquidation.  *See* ESL_507B_00000001, **Exhibit G**.  This equates to a retail gross margin of approximately 15.9% (18.9/118.9 = 15.9).

83.     The Go Forward Stores' inventory was approximately $2.497 billion at cost on the Petition Date, as shown on **Exhibit D**.  If the goods were to be sold in a going concern environment based on the 29% gross margins pursuant to Debtors' business plan, the inventory would yield 13.1% more than the inventory in the GOB Stores.[10]  I have added this 13.1% to the value of the Go Forward Stores inventory to reflect the increase in normalized retail gross margin associated with a going concern relative to liquidation value.  This results in an adjustment addback of $271.7 million in Exhibit 3 and 4 to the Report.

84.     **Fourth,** even if some additional amount of Section 506(c) costs may be applicable in addition to $656.6 million of costs I have already applied, as set forth on Exhibit 4 to the Report, there is approximately $361.8 million of cushion, *i.e.*, value in excess of the amount needed to pay all Second Lien Obligations, including the Second Lien Noteholders, as of the Petition Date.

---

[10] 29.0% - 15.9% = 13.1%.  Store expenses are already included in the actual GOB Store recovery rate.

57611146v.9

85.     In a full liquidation per Tiger 's recovery analysis, expenses to support the GOB Stores process, including corporate expenses, base liquidation fees, royalties, and other closing costs were estimated to total 3.1% of inventory cost, or approximately $83.4 million assuming $2.691 billion of inventory as of the Petition Date.  This would still leave a net cushion of approximately $278.4 million, which could absorb expenses before any second lien creditor became impaired.

### B.     *The Second Lien Noteholders Were Fully Secured as of the Petition Date*

86.     The first, second, third, and fourth items above would add $1.227 billion in value to Griffith's analysis, increasing the collateral available for all holders of Second Lien Obligations from $430 million to $1.657 billion. The Second Lien Obligations per Griffith totals $1.078 billion.  April Griffith Declaration at **Exhibit A**.  The outstanding debt owed to the Second Lien Noteholders is $91,950,191.25, which includes $89,002,000 in principal amount plus $2,948,191.25 in accrued and unpaid interest as of the Petition Date.  It is my opinion that the holders of Second Lien Obligations, including the Second Lien Noteholders, were fully secured as of the Petition Date, as there is substantial cushion of excess value totaling $487 million.

### C.     *There has Been a Complete Diminution in the Value of The Second Lien Collateral*

87.     Based upon my understanding of the Debtors' prospective plan of reorganization, the full amount of claims asserted by the second lien creditors, including the Second Lien Noteholders, would be treated as general unsecured claims based on their alleged secured "deficiency."  In other words, the Debtors value the collateral available to the Second Lien Noteholders and other second lien creditors at $0.  Accordingly, based upon the Debtors'

57611146v.9

own analysis, the Second Lien Noteholders have suffered a complete diminution in the value of their collateral from the Petition Date to the present.

88.    Under the Debtors' current proposed plan to treat second lien creditors as holding general unsecured claims, recoveries, if any, would be based on the success of various lawsuits that may be prosecuted by the Debtors, primarily against affiliates of ESL.  Any recoveries to be realized in such litigations are speculative by nature, would likely take years to achieve, would have significant associated costs, including fees for the Debtors' litigation counsel, and would be shared in a *pro rata* manner among creditors holding general unsecured claims totaling many billions of dollars.  As a result, litigation recoveries would need to be very significant in order to repay even a small amount of the Second Lien Noteholders' claims.

D.    **Griffith Does not Reflect Section 506(c) Expenses Appropriately**

89.    Griffith presents an amount totaling $1.451 billion in Section 506(c) surcharges.  This amount appears to include virtually all of the operating costs of the Debtors less GOB Store expenses during the relevant period.  *See id.* at ¶¶ 18-23.  I disagree with several aspects of Griffith's approach and his opinion.

90.    As discussed above, Griffith uses an 85% net recovery for inventory in his model that he purports to derive from the Debtors' sale to ESL.  This recovery rate already theoretically incorporates the costs of operating GOB Stores, the bulk of expense incurred during a complete liquidation process, resulting in an 85% net recovery.  Griffith then includes many of these same expenses as Section 506(c) surcharges.  Thus, Griffith has double counted a massive but unquantifiable amount of expenses, the same expenses (albeit apples and oranges) that are built into both the net liquidation recovery rate and then counted again as Section 506(c) expenses.

91.     The Debtors failed to provide the specific breakdown of, or specific supporting information for, their claimed Section 506(c) surcharges.  Instead, the Debtors produced all expenses for all of the Debtors for the entire period, leaving me to guess as to which expenses are included in the Debtors' § 506(c) surcharges.  Even in the June Griffith Declaration, Griffith continues to provide only a high-level overview of the claimed § 506(c) surcharges.  June Griffith Declaration ¶¶ 18-25, and it appears from his deposition testimony that he never prepared a specific breakdown of expenses to support his assertions.

92.     I understand that 11 U.S.C. § 506(c) expenses include certain professional fees that are incurred in support of the process to monetize or preserve collateral.  Griffith included $51 million in professional fees as § 506(c) expenses in the Griffith Declaration.  Based on Griffith's deposition testimony, he does not appear to have actually calculated the $51 million he uses, so this amount is unreliable and should likely be reduced.

93.     Generally speaking, moreover, not all professional fees incurred by a debtor's professionals relate to collateral preservation.  Based on my experience, including my experience as a CRO acting on behalf of debtors in bankruptcy, there are many aspects of the Chapter 11 process that may not provide any benefit, or limited benefit, to a secured creditor such as the Second Lien Noteholders.  In my experience, these aspects of the Chapter 11 process could include work relating to the business aspects of the continuation of the Debtors' business, financing issues, employment issues, real estate sales and lease negotiations, customer and employee issues and other issues.  In the bankruptcy cases I have been involved with, these types of expenses are typically for the primary benefit of the Debtors and other stakeholders, such as the Debtors' employees, landlords, and vendors.  In my experience, such expenses also go, in

many cases, to preserving things other than inventory, such as real estate and intellectual property.

94.    Based upon my analysis, reflected in Exhibit 3 to my Report, there was $387.8 million of collateral value in excess of the amount needed to pay all of the Debtors' first lien and second lien debt as of the Petition Date.  This amount is net of store expenses, corporate overhead, and Section 506(c) expenses.  Accordingly, it is my opinion that the Second Lien Noteholders were fully secured as of the Petition Date.

## VIII.    THE EXPERT REPORTS SUBMITTED BY ESL AND CYRUS CONFIRM MY OPINIONS

95.    Following the issuance of my Report, I reviewed the Expert Report of Marti P. Murray, dated June 18, 2019 (the "Murray Report"), submitted by Cyrus Capital Partners, LP ("Cyrus"), and the Expert Report of David M. Schulte, dated June 18, 2019 (the "Schulte Report"), submitted by ESL.

96.    In certain instances the Murray and Schulte Reports utilize numbers that are different than the numbers I utilize here and in my Report.  In some instances, these differences result from my use of different sources in performing my calculations than the sources Murray and Schulte used.  All of these sources came from the Debtors, and in some cases reflect inconsistencies in the Debtors' own reporting.  As described further below, Murray and Schulte also treated certain inventory identified by the Debtors and certain letters of credit differently than I did in my Report.  In addition, Murray and Schulte utilized a different valuation methodology than the one I utilized.

97.    Despite these differences, the overall conclusions Murray and Schulte reached are consistent with, and reinforce, my own opinions.

57611146v.9

98.     For example, Murray also found that the 88.7% valuation provided by Tiger was an appropriate, albeit conservative guidepost to analyze the valuation of the Second Lien Noteholders' collateral, which is higher than the 85% valuation the Debtors apply.  Murray Report at 6, 28-34.  Murray found that the appropriate valuation may, in fact, be much higher than 88.7%, consistent with my opinion.  *See, e.g., id.* at 5, 7, 8, 22, 41.

99.     Murray also concluded, as I did, that the potential amount available to be drawn on the Letters of Credit did not reduce the amount of collateral available to the Second Lien Noteholders on the Petition Date, since there is no evidence to suggest that the letters were drawn.  Murray Report at 12-15.  I heard Griffith testify at his deposition on July 10, 2019 that he has no knowledge of any draws on the letters of credit.

100.    In fact, Murray went further than I originally did in my Report.  In addition to excluding the $271.1 million in Letters of Credit, Murray excluded an additional $123.8 million in letters of credit issued under the pre-petition ABL facility (the "ABL Letters of Credit").  In my Report, because I did not then know whether the ABL Letters of Credit had, in fact, been drawn, I erred on the side of being conservative and did not deduct them from the First Lien Obligations.  Removing these letters would actually increase by $123.8 million the $362 million cushion of excess value I identified in my Report, further benefitting the Second Lien Noteholders.  *See* Murray Report at 11-15.  Based upon Griffith's deposition testimony and further investigation, I have updated my analysis to exclude these additional letters of credit, as reflected in **Exhibit D**.

101.    Schulte agreed with me that the collateral should be valued based upon its actual or intended use, using net retail value for his figure, rather than the 85% valuation purportedly derived from the ESL sale that Griffith assumed.  Schulte Report at 9-12.  As I did

27

above, Schulte relied upon, among other things, Tiger's estimates, showing a projected recovery

after costs of 94.4%, and the actual experiences of the GOB Stores, which had a 96.4% recovery

after costs. *Id.* at 14-15.

102.    Schulte also agreed that the Letters of Credit should be excluded from any

calculation of the collateral available to the Second Lien Noteholders as of the Petition Date,

given that the Letters of Credit were undrawn. *Id.* at 12-13.  Like Murray, Schulte excluded the

ABL Letters of Credit, which increases the amount of cushion for the Second Lien Noteholders I

initially identified in the Report.  *See id.*

103.    Schulte also agreed with me that the Second Lien Noteholders suffered a

diminution in value of $718 million. *Id.* at 14, 17-18.

## IX.    <u>CONCLUSION</u>

104.    It is my opinion that the Second Lien Noteholders were completely

secured as of the Petition Date, but have since suffered a complete diminution in the value of

their collateral.

105.    The outstanding Second Lien Debt, which was approximately $1.151

billion at the Petition Date, was reduced by $433.5 million as a result of the Debtors' sale to

ESL, leaving a balance of $718 million that included the Second Lien Noteholders.

Accordingly, the Second Lien Creditors have suffered a diminution in value of their collateral in

the amount of $718 million, including the $89,002,000 in principal amount plus $2,948,191.25 in

accrued and unpaid interest as of the Petition Date owed to Wilmington Trust on account of the

Second Lien Notes.

57611146v.9

106.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the

foregoing is true and correct to the best of my knowledge, information and belief.

Executed on July 18, 2019

_/s/ William Henrich_
William Henrich

57611146v.9

# Exhibit A



# William H. Henrich



**William H. Henrich**, co-chairman of Getzler Henrich, one of the leading corporate restructuring firms in the U.S. focused on middle market companies. The restructuring industry publication *"Workouts and Turnarounds"* has named Getzler Henrich one of the Top US Turnaround firms for many consecutive years.  With more than thirty years of experience, including more than 400 engagements, in turnaround and crisis management, loan workout, bankruptcy consulting and performance improvement, specific areas of expertise include:

- ❑ Operational restructuring, improving business operations, management practices, cash flow, and profitability
- ❑ Financial restructuring, negotiating and implementing corporate finance solutions including debt restructuring, refinancing, and distressed mergers and acquisitions
- ❑ Evaluating/crafting company operations, business plans, and financial projections
- ❑ Guiding companies through workout, turnaround and Chapter 11 processes and maximizing their value and recovery for stakeholders, including as CRO or interim CEO
- ❑ Advising secured and unsecured creditors during Chapter 11 bankruptcy proceedings, including developing plans of reorganization and providing bankruptcy forensic analysis to support litigation

Prior to joining Getzler Henrich, Mr. Henrich was managing director and founder of the New York practice of a prominent middle-market corporate restructuring firm. He also served in Arthur Andersen's corporate recovery services group.  In 1982, Mr. Henrich started Andersen's New York bankruptcy and restructuring practice and was a member of the core Partner group responsible for establishing policy and directing the practice nationwide.  Mr. Henrich also held senior executive finance, operational and sales/marketing positions with Arrow Electronics, the world's largest electronics distribution company. His efforts helped the company significantly reduce operating costs, improve market penetration and increase profitability.

Mr. Henrich is a former president and current advisory board member of the Turnaround Management Association's New York chapter, current TMA Global board member and VP - Education, Board member of the American Bankruptcy Institute ("ABI"), member of the Association of Corporate Growth and frequently lectures and writes on turnaround and bankruptcy issues. Mr. Henrich served as Co-Chairman of the ABI's Bankruptcy Reform Commission Governance Committee.  A certified public accountant, he also holds a master's degree in business administration from Harvard Business School and a bachelor's degree from Baruch College, City University of New York.



# William H. Henrich (cont.)



In September 2018, Mr. Henrich was inducted in Turnaround Management Association's Hall of Fame. This prestigious honor is bestowed every five years by the TMA to recognize those unique restructuring practitioners who, through their individual contributions, have increased the stature, visibility, and respect of the turnaround and restructuring industry and have made a lasting and positive impact to the industry. Named by *Turnaround and Workout* Magazine in its feature "People to Watch - Business Professionals Making Their Mark,"  Among many companies for whom interim management was provided, Mr. Henrich served as CRO of Marcal Paper, Moonlight Basin, National Envelope and a world-wide consumer packaging component corporation, yielding substantial creditor recoveries.

Mr. Henrich also currently serves as Independent Board member for Custom Ecology, Inc. and Emtec, Inc.; he similarly served for Empire CLS, National Label Company, Coyne Textile Service and Daticon Inc.; he was the Sole Managing Member of Direct Access Group to direct its efforts to maximize value for stakeholders.

**Published Articles**

Loan Today, Gone Tomorrow?  Going Beyond Traditional Assessment Techniques
The Shifting Scales of Bankruptcy – Fact or Fiction?
Low Interest Rates Could Be Masking Performance Problems
The Role of the CRO in Debtor/Lender Communications in Bankruptcy
The Hidden Psychology of a Corporate Turnaround
The Nuts and Bolts of a Turnaround
The Perfect Pairing: Asset-Based Lenders Working with Equity Sponsors
Change Buffets the Restructuring Industry
Dressing Up a Company For Sale
Are the Dog Days Nearly Over…Or Just Beginning (State of the Industry)
Mediating Valuation Disputes



# Exhibit B

# Expert Report of William Henrich in Connection with Assessment of § 507(b) Adequate Protection Claims Asserted by Wilmington Trust, National Association

Expert Report of William Henrich in Connection with Assessment of § 507(b) Adequate Protection Claims Asserted by Wilmington Trust, National Association ("Wilmington Trust"), as indenture trustee and collateral agent for and on behalf of the Second Lien Noteholders (the "Second Lien Noteholders")

**Qualifications:**

I have practiced as a financial and restructuring advisor, chief restructuring officer, and turnaround specialist working in the field of bankruptcy and reorganizations, insolvency, and related litigation for the past 37 years.  I am co-Chairman of Getzler Henrich & Associates LLC ("GH"), which specializes in providing such services to distressed companies, debtors, creditors, lenders, equity participants, and others.  I have been involved in more than 400 engagements during my career and I have great familiarity with the issues involved in this matter, as well as the methods to be used to evaluate and assess the claims asserted by Wilmington Trust.  I have testified previously as a witness in numerous bankruptcy matters more than 20 times.

**Materials Considered:**

My opinions are based on the materials referenced in my report and my 37 years of experience, as described above.  The materials included filings by the Debtor and relevant schedules as well as the expert witness report of Debtors' expert Brian J. Griffith.  A list of the materials I have considered is included in Appendix A to this report.

**Case Background and Causes of Action:**

On and around October 15, 2018 (the "Petition Date"), Sears Holdings Corporation, along with 48 of its affiliates (collectively "Sears" or "Debtors"), filed for bankruptcy protection pursuant to Chapter 11 of the Federal Bankruptcy Code.  On February 11, 2019, Sears consummated the sale of substantially all remaining assets to an affiliate of ESL Investments, Inc. ("ESL").  I have been retained to analyze and provide my expert opinion in connection with Wilmington Trust's motion on behalf of the Second Lien Noteholders for super-priority Adequate Protection Claims pursuant to Bankruptcy Code § 507(b) as a result of damages suffered during these Chapter 11 proceedings. I have also been asked to review and respond to the opinions set forth in the declarations of Debtors' purported expert, Brian J. Griffith ("Griffith"), dated April 15, 2019, Dkt. No. 3198, and May 26, 2019, Dkt. No. 4035, (collectively the "Griffith Declarations").

**Conclusion and Opinions - §507(b)**:

It is my opinion that:

1. The Second Lien Noteholders were, in fact, fully secured as of the Petition Date,

2. The Second Lien Noteholders have suffered a complete diminution in the value of their collateral,

3. Griffith has utilized incorrect methodologies in his analyses and his analyses contain conceptual flaws, resulting in incorrect conclusions as to the value of the Second Lien Noteholders' claims. His analyses also do not reflect appropriately § 506(c) expenses,

4. the Debtors' inappropriate methodologies neither recognize the secured status nor compensate the Second Lien Noteholders for diminution in the value of their collateral of no less than $89 million, their secured indebtedness outstanding as of the Petition Date.

**Analysis and Methodology:**

**Summary of GH Method and Assumptions**

I have prepared an independent assessment of the secured lenders' collateral position as of the Petition Date.  As can be seen in Exhibit 2, based on this assessment, the aggregate collateral position as of the Petition Date totals $3.157 billion.  This amount significantly exceeds $2.807 billion, the amount needed to pay off the first lien debt and the total Second Lien Debt including the Second Lien Noteholders.  The Second Lien Noteholders were secured as of the Petition Date, with a cushion of approximately $142.7 million after application of all expenses, including store operating expense, corporate overhead, and professional fees.

My understanding, driven by experience and review of previous bankruptcy cases, of the correct basis to determine an appropriate valuation for § 507(b) purposes is that the collateral should first reflect the context in which it will be utilized. Thus, an asset such as inventory should be valued based on how it would be monetized under a debtor's particular circumstances.  For example, it is appropriate to use liquidation value if the subject entity were to be undergoing a liquidation.  Alternatively, one would base value on a going concern basis if the subject entity were to be a going concern.  In the Sears bankruptcy, 262 stores were liquidated (the "GOB" Stores"), and the remainder sold as a going concern (the "Go Forward Stores").  As such, I have based the asset realizations accordingly.  Based on the Debtors' Go Forward business plan, the ESL plan largely mirroring the Debtors' plan, and the Debtors' strong performance metrics in the Go Forward Stores in the months leading up to and after the Chapter 11 filing (per the Declaration of Mohsin Y. Meghji, dated February 1, 2019, Dkt. No. 2336 (the "Meghji Declaration")), the Go Forward Stores continued in the ordinary course pending a sale of the enterprise as a going concern.

I have made certain key assumptions in this analysis:

- Because First Lien Collateral includes all Second Lien Collateral plus additional sources, exclusive First Lien Collateral is consumed first:

  o Key exclusive First Lien Collateral, except to the extent of constituting proceeds of Second Lien Collateral, are Cash and Deposit Accounts (*see* Third Amended and Restated Credit Agreement, dated as of July 21, 2015, as amended); and

- ○ $72.8 million of value is ascribed to Customer/Prescription Lists per the Debtors' analysis reflected in the spreadsheet produced as SEARS_507B_00001508, and therefore the Customer/Prescription Lists are properly included in this analysis as documents relating to inventory;

- Accounts Receivable to be realized include Credit Card Deposits in Transit and Pharmacy Receivables:

  - ○ Credit Card Deposits in Transit of $64.3 million, as reflected in the Schedules of Assets and Liabilities of Sears Holding Corporation, dated January 17, 2019 (Dkt. No. 1609) (the "Schedules") at pg. 44 and in the document produced by the Debtors as SEARS_507B_00001430, which are customer sales to be collected in short order through the credit card processing system;

  - ○ Pharmacy receivables of $14.5 million, as reflected in the document produced by the Debtors as SEARS_507B_00001430;

  - ○ I have not included Accounts Receivable from any other category, however, I reserve the right to amend this analysis in the event that additional information is received that changes my current opinion.

- Inventory is liquidated in the 262 GOB Stores based on the Debtors' reported actual results:

  - ○ The GOB stores achieved a recovery of 96.4% of inventory at cost net of all store expenses, as reflected in the GOB_Recovery Rates_Post Ch 11 produced by the Debtors and provided to me by counsel for Wilmington Trust;

  - ○ The Debtors reported that the GOB's achieved Gross Margin of approximately 15.9% of sales and expenses of approximately 19.7% of sales;

  - ○ The actual 96.4% net recovery was two percentage points better than the estimated realization as projected by Tiger Valuation Services, LLC ("Tiger") in its inventory date October 6, 2018 report, produced by the Debtors as SEARS_507B_1287.

  - ○ The Debtors generated approximately $622.3 million from the GOB store liquidations, as reflected in the GOB_Recovery Rates_Post Ch 11 produced by the Debtors and provided to me by counsel for Wilmington Trust.

- The Debtors planned to continue to operate the remaining retail stores. I have valued the inventory in these ongoing stores based on the following:

- o Inventory in going concern stores is sold at a 29.0% gross margin per the Debtor's January 30, 2019 Project Blue Report, Go Forward Business Plan, et al.

- o Based upon my analysis, I have utilized the same store expense relationship in the ongoing stores as was reported for the GOB's, or 23.4% of inventory at cost.

- I have included an amount of corporate overhead in my analysis as both the 262 GOB stores and the ongoing stores require some level of corporate expense to oversee and manage operations. Corporate expenses that help to preserve the collateral value are a component of § 506(c) expenses. For this analysis, I used the following to account for corporate expenses incurred for the benefit of collateral preservation:

  - o For the GOB stores, I used the expenses set forth by Tiger in its estimated liquidation recovery analysis (Exhibit 5, SEARS_507B_00001309). In its analysis, Tiger reflected non-store costs totaling 3.1% of inventory at cost to conduct and support the liquidation. These costs total approximately $20.2 million when applied to the GOB's.

  - o For ongoing stores, I used a metric based on my experience in the retail sector. Rather than the 3.1% of inventory cost used for the GOB's, I have used a much larger amount to represent the greater costs of operating a going concern. In this instance, I have used 5% of gross sales as the corporate expense component to support the ongoing operations. This corporate overhead amount totals $135.5 million. Additional or new information may determine that some of this amount may not be applicable as § 506(c) expenses. I reserve the right to revise my opinion if necessary based upon any new or additional information that is provided to me.

  - o The ongoing stores provide an overall inventory value of $2.261 billion.

  - o It is my opinion that the overall result – 4% net operating income before debt service and profit – is reasonable and reflects normalized ongoing operations – 29% gross margin, 20% store expenses, and 5% corporate overhead. This is reasonable based upon my experience in retail organizations, as reflected in the Declaration of William L. Transier, dated February 1, 2019 (Dkt. No. 2341) (the "Transier Declaration"), at pg. 37.

  - o It is my understanding that the Stand-Alone L/C Facility ($271.1 million) had no draws as of the Petition Date. I am aware of minimal draws that occurred post-petition. As there was no exposure as of the Petition Date, there is no payment obligation in connection with the Stand-Alone L/C Facility and I have reduced debt obligations senior to the Second Lien Debt by $271.1 million.

I understand that § 506(c) expenses include certain professional fees which are incurred in support of the process to monetize or preserve the collateral. Griffith included $51 million in professional fees as § 506(c) expenses in the Griffith Declaration.  I do not have the ability to determine the appropriateness of such amount, but not all professional fees incurred relate to the issues of collateral preservation or otherwise were for the Second Lien Grantors benefit.  There are many aspects of the Chapter 11 process that may not provide any benefit to a secured creditor such as the Second Lien Noteholders.  Until I obtain such additional information that might cause me to revise my opinion, I have used Mr. Griffith's professional fee total.

Based upon the analysis in Exhibit 2, there is $142.7 million of value in excess of the amount needed to pay all First Lien and Second Lien Debt as of the Petition Date.  This amount incorporates store expenses, corporate overhead, and § 506(c) expenses.  Accordingly, it is my opinion that the Second Lien Noteholders were secured as of the Petition Date.

**GH Analysis of Debtors' Methods and Assumptions**

**1. Griffith's methodology is incorrect and has conceptual flaws**

Griffith has major flaws in his conceptual framework and methodology.  I have adjusted for these errors and omissions to provide a more accurate picture of the secured lenders' collateral position as of the Petition Date.  I have prepared an analysis in Exhibit 3 that adjusts Griffith's § 507(b) claim calculation for the following items:

A.  Griffith fails to include certain cash and cash equivalents in his assessment of the secured creditors' collateral position as of the Petition Date.  The Debtors reported cash balances totaling $476.4 million per the filed Schedules and Statements.  This total cash position includes both cash available to the Debtors as well as restricted cash, deposits, and other categories presumed not to be available to the Debtors.  It is my opinion that the following cash categories (i) through (iv) should have been included in Griffith's analysis:

    i.  Cash on Hand: $17,549,258;

    ii.  Disbursement Accounts: $1,000,000;

    iii.  Depository Accounts: $2,882,602;

    iv.  Concentration Accounts: $94,769,268;

    v.  Credit Card Deposits in Transit: $64,279,940; and

    vi.  Pharmacy Prescription Lists: $72,804,891.

Categories (i) through (iv) total $116,201,128.  This total should have been immediately available to reduce applicable debt as of the Petition Date.   There is a substantial balance of credit card deposits in transit, item (v) above, which have not yet been received by the Debtors.  These were scheduled by the Debtors as cash equivalents but deposits in transit are effectively

accounts receivable to be collected within days.  Therefore, I have included a cash addback adjustment of $64,279,940 on Exhibit 3. Additionally, there are Pharmacy Prescription Lists, item (vi) above, with an estimated value of $72,804,891 which are included in the First Lien Collateral. These have also been added back in Exhibit 3.

B.   While Griffith has not included any cash in his analysis, he does reflect the corresponding paydown of the $271 million Stand-Alone L/C Facility which is senior to the Second Lien Notes. In the Griffith analysis, this Stand-Alone L/C Facility debt is shown as being paid from the liquidation of Accounts Receivable and Inventory.  This appears to be an incorrect and inconsistent conceptual framework. My understanding through discussions with counsel is that these L/C's were all undrawn stand-by letters of credit and did not require payment as of the Petition Date.  The Griffith analysis therefore overstates the senior debt by $271 million.  I have adjusted for this item and reflected it as an addback adjustment on Exhibit 3.

C.   To value inventory as part of his determination of the opening valuation of the collateral, Griffith applies the ESL sale valuation, a deeply discounted liquidation basis with net recovery at 85% of cost.  He applies this liquidation basis of recovery across the entire Debtor notwithstanding that the remainder of the Debtors' non-GOB inventory was fully intended to be sold in the ordinary course of business and not in a liquidation sale. In addition, the 85% of cost recovery level does not even reflect the Debtors' own recent actual GOB results for the liquidation of 262 stores  The Debtors reported actual net recovery for inventory of 96.4% of cost (see Exhibit 4: GOB Recovery Rates – Actual), net of all GOB store expenses. These results were two percentage points higher than the 94.4% of cost projected by Tiger (see Exhibit 5: Inventory Date October 6, 2018 report – Est. Recovery Values on Retail Store GOB Inventory) based on a liquidation beginning on or about the Petition Date.  More significantly, the actual recovery at 96.4% of cost is approximately 11.4 percentage points higher than Griffith's assumption and would add $306.8 million to Griffith's inventory value using Griffith's book value of inventory ($2.691 billion x 0.114 = $306.8 million) at the Petition Date.  In my opinion, based on the performance of the 262 GOB stores, it is reasonable to assume that if all remaining stores were liquidated in the same timeframe as the 262 stores, they would have achieved comparable results.  I have concluded that the inventory, even in liquidation, would yield an amount significantly higher than what Griffith has recognized.  Accordingly, I have adjusted Griffith's analysis on Exhibit 3 with an addback adjustment of $306.8 million.

D.   Based upon my review of the Transier Declaration, the Declaration of Alan J. Carr, dated February 1, 2019 (Dkt. No. 2321), and the Meghji Declaration, which make clear that the Debtors' business was intended to be operated as a going concern, it stands to reason that inventory in the Go Forward Stores, the stores actually acquired by ESL, would be worth more than the inventory in stores participating in a liquidation.  The debtor has reported gross margins in the Go Forward Stores prior to the ESL sale in the range of 29%.  The Gross Margin percentage in the debtors' business plans for Go Forward Stores was 29%.  The 262 GOB Stores achieved gross recovery of approximately 118.9% of cost value of inventory before expenses during their liquidation.  This equates to a retail gross margin of approximately 15.9%

(18.9/118.9 = 15.9).   The non-GOB inventory was approximately $2.04 billion at cost on the Petition date ($2.691 billion Total Inventory - $651.6 million GOB Stores Inventory at cost = $2.04 billion). If the goods were to be sold in a going concern environment based on the 29% gross margins per the debtors' business plans, the inventory would yield an incremental 13.1% (29.0% - 15.9% = 13.1%).   Store expenses are already included in the actual GOB recovery rate.  I have added this 13.1% to the value of the Go Forward inventory to reflect the increase in normalized retail gross margin associated with a going concern vs. liquidation value.  This results in an adjustment addback of $267.2 million in Exhibit 3.

E.   It should be noted that some amount of 506(c) costs may be applicable.  Based on Exhibit 3, there is approximately $361.8 million of cushion – value in excess of the amount needed to pay all Second Lien Lenders including the Second Lien Noteholders as of the Petition Date. In a full liquidation per Tiger 's recovery analysis, expenses to support the GOB process including Corporate expenses, Base Liquidation Fees, Royalties, and other closing costs are estimated to total 3.1% of inventory cost or approximately $83.4 million assuming $2.691 billion of inventory as of the Petition Date.  This would still leave a net cushion of approximately $278.4 million which could absorb expenses before impairment begins.  Additional overhead may likely be needed to support an ongoing business.

## 2. The Second Lien Noteholders were fully secured as of the Petition Date

Items (A), (B), (C), and (D) above would add $1,098 million in value to Griffith's analysis, increasing the collateral for all Second Lien Lenders from $430 million ("Remaining Collateral for 2L") to $1.529 billion. As the Second Lien Debt per Griffith totals $1.078 billion (excluding the Second Lien Notes), and there is $89 million of Second Lien Notes, it is my opinion that the Second Lien Lenders, including the Second Lien Noteholders, were fully secured as of the Petition Date and leave a substantial cushion of excess value totaling $362 million.

## 3. The Second Lien Creditors, Including the Second Lien Noteholders, appear to have suffered a complete diminution in the value of their collateral during the chapter 11 process

Based upon my understanding of the prospective Plan of Liquidation, the Second Lien Creditors, including the Second Lien Noteholders, would receive General Unsecured Claims status based on their alleged secured "deficiency".  Recoveries, if any, would be based on the success of various lawsuits that may be prosecuted, primarily against affiliates of ESL, etc.  Any recoveries to be realized in such litigations are speculative by nature, would likely take years to achieve, would have significant associated costs from contingency fees, etc., and would be shared in a pro rata manner among creditors holding General Unsecured Claims totaling many billions of dollars.  As a result, litigation recoveries would need to be very significant in order to repay even a small amount of the Second Lien Noteholders' claims.  This result would be both inadequate and inequitable.

Griffith opines that Second Lien creditors who credit bid $433.5 million of their debt did better in the sale to ESL than in a liquidation.  Whether true or not, this is not the basis to assess whether a party has

suffered a diminution in value as it fails to offer a basis to either assess the collateral value at the Petition Date or assess such value impairment during the process.

**4. Griffith does not reflect §506(c) expenses appropriately**

Griffith presents an amount totaling $1.451 billion as § 506(c) surcharges. Per Griffith, this amount includes all of the operating costs of the Debtors less GOB store expenses during the relevant period. I disagree with several aspects of Griffith's approach and his opinion.

As discussed above, Griffith uses an 85% net recovery for inventory in his model (per sale to ESL). This recovery rate already theoretically incorporates the costs of operating GOB's for all stores, the bulk of expense incurred during a complete liquidation process, resulting in an 85% net recovery. Griffith then counts many of these same expenses as § 506(c) surcharges. Thus, Griffith has double counted a massive but unquantifiable amount of expense, the same expenses (albeit apples and oranges) that are built into both the net liquidation recovery rate and then counted again as § 506(c) expenses.

I note, however, that the Debtors failed to provide the specific breakdown of, or specific supporting information for, their claimed § 506(c) surcharges. Instead, the Debtors produced all expenses for all of the Debtors for the entire period, leaving me to guess as to which expenses are included in the Debtors' § 506(c) surcharges. I reserve the right to amend my opinion in the event that the Debtors identify more specifically the basis and back-up for their claimed § 506(c) surcharges.

**Conclusion**

It is my opinion that there is a complete diminution of value for the Second Lien Noteholders. The outstanding Second Lien Debt, which was approximately $1.151 billion at the Petition Date, was reduced by $433.5 million leaving a balance of $718 million that included the Second Lien Noteholders. Accordingly, the Second Lien Creditors have suffered a diminution in value of their collateral in the amount of $718 million, including the $89 million plus fees and interest owed to Wilmington Trust on account of the Second Lien Notes.

William Henrich

# Exhibit 1



# William H. Henrich



**William H. Henrich**, co-chairman of Getzler Henrich, one of the leading corporate restructuring firms in the U.S. focused on middle market companies. The restructuring industry publication *"Workouts and Turnarounds"* has named Getzler Henrich one of the Top US Turnaround firms for many consecutive years.  With more than thirty years of experience, including more than 400 engagements, in turnaround and crisis management, loan workout, bankruptcy consulting and performance improvement, specific areas of expertise include:

❑ Operational restructuring, improving business operations, management practices, cash flow, and profitability
❑ Financial restructuring, negotiating and implementing corporate finance solutions including debt restructuring, refinancing, and distressed mergers and acquisitions
❑ Evaluating/crafting company operations, business plans, and financial projections
❑ Guiding companies through workout, turnaround and Chapter 11 processes and maximizing their value and recovery for stakeholders, including as CRO or interim CEO
❑ Advising secured and unsecured creditors during Chapter 11 bankruptcy proceedings, including developing plans of reorganization and providing bankruptcy forensic analysis to support litigation

Prior to joining Getzler Henrich, Mr. Henrich was managing director and founder of the New York practice of a prominent middle-market corporate restructuring firm. He also served in Arthur Andersen's corporate recovery services group.  In 1982, Mr. Henrich started Andersen's New York bankruptcy and restructuring practice and was a member of the core Partner group responsible for establishing policy and directing the practice nationwide.  Mr. Henrich also held senior executive finance, operational and sales/marketing positions with Arrow Electronics, the world's largest electronics distribution company. His efforts helped the company significantly reduce operating costs, improve market penetration and increase profitability.

Mr. Henrich is a former president and current advisory board member of the Turnaround Management Association's New York chapter, current TMA Global board member and VP - Education, Board member of the American Bankruptcy Institute ("ABI"), member of the Association of Corporate Growth and frequently lectures and writes on turnaround and bankruptcy issues. Mr. Henrich served as Co-Chairman of the ABI's Bankruptcy Reform Commission Governance Committee.  A certified public accountant, he also holds a master's degree in business administration from Harvard Business School and a bachelor's degree from Baruch College, City University of New York.



# William H. Henrich (cont.)



In September 2018, Mr. Henrich was inducted in Turnaround Management Association's Hall of Fame. This prestigious honor is bestowed every five years by the TMA to recognize those unique restructuring practitioners who, through their individual contributions, have increased the stature, visibility, and respect of the turnaround and restructuring industry and have made a lasting and positive impact to the industry. Named by *Turnaround and Workout* Magazine in its feature "People to Watch - Business Professionals Making Their Mark,"  Among many companies for whom interim management was provided, Mr. Henrich served as CRO of Marcal Paper, Moonlight Basin, National Envelope and a world-wide consumer packaging component corporation, yielding substantial creditor recoveries.

Mr. Henrich also currently serves as Independent Board member for Custom Ecology, Inc. and Emtec, Inc.; he similarly served for Empire CLS, National Label Company, Coyne Textile Service and Daticon Inc.; he was the Sole Managing Member of Direct Access Group to direct its efforts to maximize value for stakeholders.

**Published Articles**

Loan Today, Gone Tomorrow?  Going Beyond Traditional Assessment Techniques
The Shifting Scales of Bankruptcy – Fact or Fiction?
Low Interest Rates Could Be Masking Performance Problems
The Role of the CRO in Debtor/Lender Communications in Bankruptcy
The Hidden Psychology of a Corporate Turnaround
The Nuts and Bolts of a Turnaround
The Perfect Pairing: Asset-Based Lenders Working with Equity Sponsors
Change Buffets the Restructuring Industry
Dressing Up a Company For Sale
Are the Dog Days Nearly Over…Or Just Beginning (State of the Industry)
Mediating Valuation Disputes



# Exhibit 2

**EXHIBIT 2A: COLLATERAL VALUATION AT FILING DATE**

| COLLATERAL SOURCE | 10/15/2019 | CUMULATIVE | NOTES |
|---|---|---|---|
| **Cash** | | | |
| Total Cash | 116.2 | 116.2 | Actuals per Schedules of Assets |
| **Accounts Receivable** | | | |
| Credit Card Deposits in Transit | 64.3 | 180.5 | |
| Pharmacy Accounts Receivable | 14.5 | 195.0 | |
| Total Accounts Receivable | 78.8 | 195.0 | |
| **Inventory** | | | |
| Total Inventory at cost | 2,576.2 | | |
| Less: GOB liquidation Inventory at Cost | (651.6) | | |
| Equals: Going concern Inventory at Cost | 1,924.7 | | |
| Going concern Inventory sale proceeds | 2,710.8 | | Assumes Inventory sale proceeds at 29.0% gross margin |
| Less: Going concern store expenses | (449.9) | | Assumes same selling expense at 23.4% of Inventory at cost |
| Total Inventory, going concern | 2,260.9 | 2,455.9 | |
| GOB liquidation Inventory at Cost | 651.6 | | |
| Less: Unrecovered value at liquidation sale | (23.7) | | Assumes Inventory sold at 96.4% net recovery |
| Total Inventory, liquidation | 627.9 | 3,083.7 | |
| Total Inventory | 2,888.7 | 3,083.7 | |
| **Other Assets** | | | |
| Pharmacy prescription list asset value | 72.8 | 3,156.5 | |
| **TOTAL SOURCES OF COLLATERAL VALUATION** | **3,156.5** | **3,156.5** | |
| Less: Corporate expense, going concern | (135.5) | 3,021.0 | |
| Less: Corporate expense, liquidation | (20.2) | 3,000.8 | |
| Less: 506(c) professional fees | (51.0) | 2,949.8 | |
| Equals: Total Adjustments | (206.7) | 2,949.8 | |
| **TOTAL SOURCES OF COLLATERAL VALUATION & ADJUSTMENTS** | **2,949.8** | **2,949.8** | |

## EXHIBIT 2B: COLLATERAL APPLICATION AT FILING DATE

| DEBT TRANCHE | 10/15/2019 | CUMULATIVE | SECURITY | EXCESS |
|---|---|---|---|---|
| Revolving Credit Facility | 836.0 | 836.0 | SECURED | 2,113.8 |
| First Lien Letters of Credit | 123.8 | 959.8 | SECURED | 1,990.0 |
| First Lien Term Loan A | – | 959.8 | SECURED | 1,990.0 |
| First Lien Term Loan B | 570.8 | 1,530.6 | SECURED | 1,419.2 |
| FILO Term Loan | 125.0 | 1,655.6 | SECURED | 1,294.2 |
| Total First Lien Debt | 1,655.6 | 1,655.6 | SECURED | 1,294.2 |
| | | | | |
| Stand-Alone L/C Facility | – | 1,655.6 | SECURED | 1,294.2 |
| | | | | |
| Second Lien Term Loan | 317.1 | 1,972.7 | SECURED | 977.1 |
| Second Lien Line of Credit | 525.0 | 2,497.7 | SECURED | 452.1 |
| Alternative Tranche Line of Credit Loans | 45.0 | 2,542.7 | SECURED | 407.1 |
| Second Lien PIK Notes | 175.4 | 2,718.1 | SECURED | 231.7 |
| **Second Lien Notes** | **89.0** | **2,807.1** | **SECURED** | **142.7** |
| Total Second Lien Debt | 1,151.5 | 2,807.1 | SECURED | 142.7 |
| | | | | |
| IP/Ground Lease Term Loan | 231.2 | 3,038.3 | PARTIAL | (88.5) |
| Consolidated Secured Note A | 108.1 | 3,146.4 | UNSECURED | (196.6) |
| Consolidated Secured Note B | 723.3 | 3,869.7 | UNSECURED | (919.9) |
| Total Secured Loan Debt | 1,062.6 | 3,869.7 | PARTIAL | (919.9) |
| | | | | |
| Holdings Unsecured PIK Notes | 222.6 | 4,092.3 | UNSECURED | (1,142.5) |
| Holdings Unsecured Notes | 411.0 | 4,503.3 | UNSECURED | (1,553.5) |
| SRAC Unsecured PIK Notes | 107.9 | 4,611.2 | UNSECURED | (1,661.4) |
| SRAC Unsecured Notes | 185.6 | 4,796.8 | UNSECURED | (1,847.0) |
| Total Unsecured Debt | 927.1 | 4,796.8 | UNSECURED | (1,847.0) |
| | | | | |
| **Total Funded Debt** | **4,796.8** | **4,796.8** | | |

# Exhibit 3

Exhibits | Inventory Appraisal    18-23538-shl    Doc 4573    Filed 07/18/19    Entered 07/18/19 21:50:29    Main Document
Pg 50 of 139

TIGER

### Sears Holdings Corporation
### Total Company
### Summary Of Total Estimated Net Recovery Values On Retail Store GOB Inventory
#### Projected for October 6, 2018
($ in 000s)

|  | Inventory at Cost | Adjusted Inventory at Retail (1) |
|---|---|---|
| **Total GOB Eligible Inventory** | $2,358,220 | $4,476,840 |

|  | Total $ | % of Elig. Inv. at Cost | % of Elig. Inv. at Retail |
|---|---|---|---|
| **Projected Combined GOB Gross Recovery** | $2,917,148 | 123.7% | 65.2% |
| **Controllable Expenses:** |  |  |  |
| Store payroll | 214,505 | 9.1% | 4.8% |
| Store payroll taxes and benefits | 42,528 | 1.8% | 0.9% |
| Incentive & retention bonus | 21,451 | 0.9% | 0.5% |
| Subtotal - Payroll | 278,484 | 11.8% | 6.2% |
| Advertising & promotional costs | 86,391 | 3.7% | 1.9% |
| Store occupancy expense | 167,497 | 7.1% | 3.7% |
| Store miscellaneous expense | 19,818 | 0.8% | 0.4% |
| Central Services | 274 | 0.0% | 0.0% |
| Merchandise transfers | 52,696 | 2.2% | 1.2% |
| Credit card fees | 42,007 | 1.8% | 0.9% |
| Security | 11,985 | 0.5% | 0.3% |
| Inventory insurance | 3,731 | 0.2% | 0.1% |
| Independent inventory costs (2) | 1,868 | 0.1% | 0.0% |
| Subtotal - Other Operating | 132,379 | 5.6% | 3.0% |
| On-site supervision | 26,295 | 1.1% | 0.6% |
| **Total Combined Direct Sale Expenses (3)** | 691,046 | 29.3% | 15.4% |
| **Estimated Total Company GOB Net Recovery Before** |  |  |  |
| **Other Adjustments and Corporate Expenses** | $2,226,102 | 94.4% | 49.7% |
| **Less:  Other Adjustments** |  |  |  |
| Redemption Of Gift Certificates/Cash Cards (4) | - | - | - |
| Royalty Payments (5) | 5,340 | 0.2% | 0.1% |
| **Total Other Adjustments** | 5,340 | 0.2% | 0.1% |
| **Estimated Blended Net Recovery Before Estimated** |  |  |  |
| **Liquidation Fees and Corporate Expenses** | $2,220,761 | 94.2% | 49.6% |
| **Less: Estimated Base Liquidation Fee (6)** | 19,150 | 0.8% | 0.4% |
| **Estimated Blended Net Recovery Before** |  |  |  |
| **Corporate Expenses** | $2,201,611 | 93.4% | 49.2% |
| **Less: Corporate Expenses** |  |  |  |
| Corporate Occupancy | 9,062 | 0.4% | 0.2% |
| Corporate Overhead | 24,043 | 1.0% | 0.5% |
| Other Closing Costs | 15,722 | 0.7% | 0.4% |
| **Total Corporate Expenses (3)** | 48,827 | 2.1% | 1.1% |
| **Blended Net Recovery For Combined Retail** |  |  |  |
| **Store GOB Inventory (7) (8)** | $2,152,784 | 91.3% | 48.1% |

Note(s):
(1) Computed retail value supplied by or based on Company-supplied sales and margin information.
(2) Assumes 20% of stores would be counted.
(3) Corporate and direct sale expenses are estimated for the GOB period only.
(4) Gift certificates / cash cards are not deducted as an expense as they are reserved for in the Company's borrowing base.
(5) Royalty payments are paid based upon sales of Adam Levine, Bongo, Cannon, Everlast, Jaclyn Smith, Joe Boxer,
    Outdoor Life, and Route 66 merchandise.
(6) Base fee estimated at approximately $25,000 per store before any potential incentive fee or sharing based on recovery.
(7) Percentages (%) and dollars ($) may not add due to rounding.
(8) This Exhibit should be read in conjunction with the full written report.

**Exhibit A-2**

# Exhibit 4

**EXHIBIT 3: GRIFFITH ADJUSTMENTS**

| | GRIFFITH VALUE | HENRICH ADJ. | NOTES |
|---|---|---|---|
| **Debt** | | | |
| Total First Lien Debt | 1,927.0 | | |
| Total Second Lien Debt (ex. Second Lien Notes) | 1,078.0 | | |
| Total First & Second Lien Debt | 3,005.0 | | |
| **Recoveries** | | | |
| Total Inventory at cost | 2,691.0 | | |
| Realized inventory value | 2,287.4 | | Assumes Inventory sale proceeds at 85.0% of book value |
| Accounts receivable | 70.0 | | |
| Total Eligible proceeds | 2,357.4 | | |
| Less: First Lien Debt | (1,927.0) | | |
| Amount Available for Second Lien Debt | 430.4 | | Amount which was credit bid (~ 41% ) in connection with ESL Acquisition |
| **Recoveries for Second Lien Debt** | **430.4** | **430.4** | |
| **Henrich Adjustments** | | | |
| Add Cash | | 116.2 | Cash on Hand; Disbursement Accounts, Depository Accounts, Concentration Accounts |
| Add Accounts Receivable/Cash Equivalents | | 64.3 | Credit Card Deposits in Transit |
| 1) Total Cash, Accounts Receivable, & Cash Equivalents | | 180.5 | |
| 2) Add Pharmacy prescription list | | 72.8 | First Lien Collateral |
| 3) Reduce amount of First Lien Debt outstanding | | 271.1 | Undrawn Stand-Alone L/C Facility |
| 4) Add Inventory actual liquidation results | | 306.8 | Difference between 96.4% actual GOB net recovery vs. 85% NOLV per debtors |
| 5) Add to reflect going concern Inventory value | | 267.2 | Difference between Go Forward 29% GM vs 15.9% GM in #4 above for ongoing stores |
| Total Adjustments | | 1,098.4 | |
| **Adjusted Amount Available for Second Lien Debt** | | **1,528.8** | |
| Total Second Lien Debt (ex. Second Lien Notes) | | 1,078.0 | |
| Amount of Second Lien Notes Outstanding | | 89.0 | |
| Total Second Lien Debt (incl. Second Lien Notes) | | 1,167.0 | |
| **Net Value in Excess of Second Lien Debt** | | **361.8** | Amount of Corporate overhead and §506(c) costs that can be absorbed before impairment |

# Exhibit 5

**GOB Store Performance (Post-Ch. 11 Bankruptcy Filing)**

| Announce Date | Store Format | # GOB Stores | GOB Sales | Goods Available at Cost | Goods Available per Store | Gross Recovery % | Total GOB Expenses | GOB Expense per Store | Net Recovery % |
|---|---|---|---|---|---|---|---|---|---|
| 10/15/18 | FLS | 77 | $ 251,199,766 | $ 205,725,578 | $ 2,671,761 | 122.1% | $ 49,128,863 | $ 638,037 | 98.6% |
| | Kmart | 65 | $ 197,658,880 | $ 171,692,459 | $ 2,641,422 | 115.1% | $ 36,852,757 | $ 566,965 | 94.8% |
| | FLS+Kmart | 142 | $ 448,858,646 | $ 377,418,037 | $ 2,657,874 | 118.9% | $ 85,981,620 | $ 605,504 | 96.9% |
| 11/8/18 | FLS | 29 | $ 71,762,679 | $ 58,587,791 | $ 2,020,269 | 122.5% | $ 12,736,335 | $ 439,184 | 100.6% |
| | Kmart | 11 | $ 40,583,110 | $ 34,358,332 | $ 3,123,485 | 118.1% | $ 8,281,100 | $ 752,827 | 95.2% |
| | FLS+Kmart | 40 | $ 112,345,789 | $ 92,946,123 | $ 2,323,653 | 120.9% | $ 21,017,435 | $ 525,436 | 98.6% |
| 12/27/18 | FLS | 43 | $ 98,267,824 | $ 81,372,001 | $ 1,892,372 | 120.8% | $ 20,878,800 | $ 485,553 | 96.1% |
| | Kmart | 37 | $ 74,586,254 | $ 65,463,890 | $ 1,769,294 | 113.9% | $ 16,155,319 | $ 436,630 | 91.4% |
| | FLS+Kmart | 80 | $ 172,854,078 | $ 146,835,891 | $ 1,835,449 | 117.7% | $ 37,034,119 | $ 462,926 | 94.0% |
| Totals | FLS | 149 | $ 390,050,700 | $ 321,455,911 | $ 2,157,422 | 121.3% | $ 78,288,763 | $ 525,428 | 97.6% |
| | Kmart | 113 | $ 384,590,923 | $ 330,102,472 | $ 2,921,261 | 116.5% | $ 74,025,510 | $ 655,093 | 95.2% |
| | FLS+Kmart | 262 | $ 774,641,623 | $ 651,558,383 | $ 2,486,864 | 118.9% | $ 152,314,273 | $ 581,352 | 96.4% |

# Appendix A

**Documents Considered by William Henrich**

Sears Holdings Corporation and Affiliates - Schedules of Assets and Liabilities

GOB Recovery Rates Post Chapter 11

Declaration of Brian J. Griffith - May 26, 2019

Declaration of Brian J. Griffith - April 15, 2019

Sears Holdings Corp. Collateral Report - October 6, 2018

Ending Inventory by Location -Transform Units Prior to Sale

Declaration of M. Meghji

Declaration of Alan J. Carr

Declaration of Transier - Go-Forward Business Plan

Consolidated Document Production

Tiger Group report - October 6, 2019

Project Blue report - Rolling Cash Flow Budget (Week 15) - January 30, 2019

Project Blue report - Actuals from Weeks ended January 26 through February 9

Project Blue - Wind Down Budget - January 10, 2019

Sears Holdings Corp - Professional Fee Carve-out as of 5/2/19

First Day Declarations

Customer/Prescription List Value Estimate

Sears BBC workbook for October 13, 2018

Project Blue Business Plan

LC Draws 6.16.xlsx

# Exhibit C

**Documents Considered by William Henrich**
**Expert Report of William Henrich in Connection With Assessment of § 507(b)**
**Adequate Protection Claims Asserted by Wilmington Trust, National Association**

| Document Name or Description | Bates Number(s) (if applicable) | Docket Number(s) (if applicable) |
|---|---|---|
| Sears Holdings Corporation and Affiliates - Schedules of Assets and Liabilities | | 1609 - 1712 |
| Declaration of Robert A. Riecker Pursuant to Rule 1007-2 of Local Bankruptcy Rules for Southern District of New York, dated October 15, 2018, including exhibits thereto | | 3 |
| Declaration of Mohsin Y. Meghji, dated February 1, 2019, including exhibits thereto | | 2336 |
| Declaration of Alan J. Carr, dated February 1, 2019, including exhibits thereto | | 2321 |
| Declaration of William L. Transier, dated February 1, 2019, including exhibits thereto | | 2341 |
| Declaration of Brian J. Griffith, dated April 15, 2019, including exhibits thereto | | 3198 |
| Declaration of Brian J. Griffith, dated May 26, 2019, including exhibits thereto | | 4035 |
| Customer/Prescription List Value Estimate | SEARS_507B_00001508 | |
| Sears BBC workbook for October 13, 2018 | SEARS_507B_00001430 | |
| Tiger Valuation Services, LLC report - October 6, 2018 | SEARS_507B_00001308-9 | |
| Debtors' Weekly Reporting and Additional Documents Provided to Wilmington Trust ("Weekly Reporting") Pursuant to Paragraph 19(e) of the Final Order (I) Authorizing the Debtors to (A) Obtain Post-Petition Financing, (B) Grant Senior Secured Priming Liens and Superpriority Administrative | Weekly Reporting through counsel | |

| Document Name or Description | Bates Number(s) (if applicable) | Docket Number(s) (if applicable) |
|---|---|---|
| Expense Claims, and (C) Utilize Cash Collateral; (II) Granting Adequate Protection to the Prepetition Secured Parties; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief, Dkt. No. 955 (the "Final DIP Order") | | |
| Project Blue - Rolling Cash Flow Budget (Week 15) January 30, 2019 | Week Reporting through counsel | |
| Project Blue Actuals from Weeks ended January 26 through February 9 May 13, 2019 | Provided by Debtors through counsel | |
| Project Blue - Wind Down Budget January 10, 2019 | Week Reporting through counsel | |
| Sears Holdings Corp Professional Fee Carve-out As of 5/2/19 | Provided by Debtors through counsel | |
| 1.2.17.5 - Schedule_AB_Capture_Sears Template 011619 1am (1) | From Debtors' Weekly Reporting and Additional Documents Provided to Wilmington Trust Pursuant to Paragraph 19(e) of the Final DIP Order | |
| GOB Recovery Rates Post Chapter 11 | ESL_507B_00000001 | |
| LC Draws 6.16.xlsx | ESL_507B_00000021 | |
| LC summary 10_15_18 | ESL_507B_00000004 | |
| Ending Inventory by Location - Transform Units Prior to Sale | GH_00000001 | |
| Third Amended and Restated Credit Agreement, dated as of July 21, 2015, as amended | | https://www.sec.gov/Archives/edgar/data/1310067/000131006715000038/shldex102q22015.htm |

# Exhibit D

**EXHIBIT 2A: COLLATERAL VALUATION AT FILING DATE**

| COLLATERAL SOURCE | 10/15/2019 | CUMULATIVE | NOTES |
|---|---|---|---|
| **Cash** | | | |
| Total Cash | 116.2 | 116.2 | (1) Actuals per Schedules of Assets |
| **Accounts Receivable** | | | |
| Credit Card Deposits in Transit | 64.3 | 180.5 | |
| Pharmacy Accounts Receivable | 14.5 | 195.0 | |
| Total Accounts Receivable | 78.8 | 195.0 | |
| **Inventory** | | | |
| Total Inventory at cost | 2,576.2 | | |
| Less: GOB liquidation Inventory at Cost | (617.2) | | |
| Equals: Going concern Inventory at Cost | 1,959.0 | | |
| Going concern Inventory sale proceeds | 2,759.2 | | (2) Assumes Inventory sale proceeds at 29.0% gross margin |
| Less: Going concern store expenses | (457.2) | | (3) Decrease in total GOB Inventory value (less $34.4MM), increase in going concern Inventory (plus $34.4MM), and |
| Total Inventory, going concern | 2,302.0 | 2,497.0 | decrease in GOB sale expense (from $152.3MM to $144.0MM) due to correction of formula error in GOB recovery |
| | | | rates file. Results in reduction of store expense as a percentage of Inventory at cost from 23.4% to  23.3% |
| GOB liquidation Inventory at Cost | 617.2 | | |
| Less: Unrecovered value at liquidation sale | (22.4) | | (4) Inventory sold at 96.4% net recovery |
| Total Inventory, liquidation | 594.8 | 3,091.8 | |
| Sears Home Services Inventory at cost | 114.6 | 3,206.4 | |
| Total Inventory | 3,011.4 | 3,206.4 | |
| **Other Assets** | | | |
| Pharmacy prescription list asset value | 72.8 | 3,279.2 | |
| **TOTAL SOURCES OF COLLATERAL VALUATION** | **3,279.2** | **3,279.2** | |
| Less: Corporate expense, going concern | (138.0) | 3,141.2 | |
| Less: Corporate expense, liquidation | (19.1) | 3,122.1 | |
| Less: 506(c) professional fees | (51.0) | 3,071.1 | |
| Equals: Total Adjustments | (208.1) | 3,071.1 | |
| **TOTAL SOURCES OF COLLATERAL VALUATION & ADJUSTMENTS** | **3,071.1** | **3,071.1** | |

**EXHIBIT 2B: COLLATERAL APPLICATION AT FILING DATE**

| DEBT TRANCHE | 10/15/2019 | CUMULATIVE | SECURITY | EXCESS |
|---|---|---|---|---|
| Revolving Credit Facility | 836.0 | 836.0 | SECURED | 2,235.1 |
| First Lien Letters of Credit (Drawn) | – | 836.0 | SECURED | 2,235.1 |
| First Lien Term Loan A | – | 836.0 | SECURED | 2,235.1 |
| First Lien Term Loan B | 570.8 | 1,406.8 | SECURED | 1,664.3 |
| FILO Term Loan | 125.0 | 1,531.8 | SECURED | 1,539.3 |
| Total First Lien Debt | 1,531.8 | 1,531.8 | SECURED | 1,539.3 |
| Stand-Alone L/C Facility (Drawn) | – | 1,531.8 | SECURED | 1,539.3 |
| Second Lien Term Loan | 317.1 | 1,848.9 | SECURED | 1,222.2 |
| Second Lien Line of Credit | 525.0 | 2,373.9 | SECURED | 697.2 |
| Alternative Tranche Line of Credit Loans | 45.0 | 2,418.9 | SECURED | 652.2 |
| Second Lien PIK Notes | 175.4 | 2,594.3 | SECURED | 476.8 |
| **Second Lien Notes** | **89.0** | **2,683.3** | SECURED | **387.8** |
| Total Second Lien Debt | 1,151.5 | 2,683.3 | SECURED | 387.8 |
| **Total Funded First & Second Lien Debt** | **2,683.3** | **2,683.3** | SECURED | **387.8** |

**EXHIBIT 2C: COLLATERAL VALUATION AT FILING DATE (UPDATED)**

| COLLATERAL SOURCE | INITIAL | UPDATED | DELTA | NOTES |
|---|---|---|---|---|
| **Cash** | | | | |
| Total Cash | 116.2 | 116.2 | – | |
| **Accounts Receivable** | | | | |
| Credit Card Deposits in Transit | 64.3 | 64.3 | – | |
| Pharmacy Accounts Receivable | 14.5 | 14.5 | – | |
| Total Accounts Receivable | 78.8 | 78.8 | – | |
| **Inventory** | | | | |
| Total Inventory at cost | 2,576.2 | 2,576.2 | – | |
| Less: GOB liquidation Inventory at Cost | (651.6) | (617.2) | 34.4 | (1) Decrease in total GOB sale Inventory value calculations from $651.6MM to $617.2MM due to correction of formula error in GOB Recovery Rates file |
| Equals: Going concern Inventory at Cost | 1,924.7 | 1,959.0 | 34.4 | |
| Going concern Inventory sale proceeds | 2,710.8 | 2,759.2 | 48.4 | (2) Increase in going concern Inventory value resulting from $34.4MM increase in going concern Inventory at cost due to decrease in GOB sale Inventory calculations |
| Less: Going concern store expenses | (449.9) | (457.2) | (7.2) | (3) Decrease in total GOB Inventory value (less $34.4MM), increase in going concern Inventory (plus $34.4MM), and decrease in GOB sale expense (from $152.3MM to $144.0MM) |
| Total Inventory, going concern | 2,260.9 | 2,302.0 | 41.2 | due to correction of formula error in GOB recovery rates file. Results in reduction of store expense as a percentage of Inventory at cost from 23.4% to  23.3% |
| GOB liquidation Inventory at Cost | 651.6 | 617.2 | (34.4) | (4) Decrease in total GOB sale Inventory value calculations from $651.6MM to $617.2MM due to correction of formula error in GOB Recovery Rates file |
| Less: Unrecovered value at liquidation sale | (23.7) | (22.4) | 1.2 | (5) Decrease in total GOB Inventory at cost (less $34.4MM) due to correction of formula error in GOB Recovery Rates file |
| Total Inventory, liquidation | 627.9 | 594.8 | (33.1) | |
| Sears Home Services Inventory at cost | – | 114.6 | 114.6 | (6) Inclusion of additional $114.6MM of Sears Home Services Inventory |
| Total Inventory | 2,888.7 | 3,011.4 | 122.6 | |
| **Other Assets** | | | | |
| Pharmacy prescription list asset value | 72.8 | 72.8 | – | |
| **TOTAL SOURCES OF COLLATERAL VALUATION** | **3,156.5** | **3,279.2** | **122.6** | |
| Less: Corporate expense, going concern | (135.5) | (138.0) | (2.4) | (7) Going concern corporate expense allocation of  5.0% of total sales on increased going concern Inventory |
| Less: Corporate expense, liquidation | (20.2) | (19.1) | 1.1 | (8) GOB corporate expense allocation of  3.1% on decreased GOB Inventory at cost |
| Less: 506(c) professional fees | (51.0) | (51.0) | – | |
| Equals: Total Adjustments | (206.7) | (208.1) | (1.4) | |
| **TOTAL SOURCES OF COLLATERAL VALUATION & ADJUSTMENTS** | **2,949.8** | **3,071.1** | **121.3** | |

**EXHIBIT 2D: COLLATERAL APPLICATION AT FILING DATE (UPDATED)**

| DEBT TRANCHE | INITIAL | UPDATED | DELTA | NOTES |
|---|---|---|---|---|
| Revolving Credit Facility | 836.0 | 836.0 | – | |
| First Lien Letters of Credit (Drawn) | 123.8 | – | (123.8) | Exclusion of undrawn $123.8MM First Lien Letter of Credit |
| First Lien Term Loan A | – | – | – | |
| First Lien Term Loan B | 570.8 | 570.8 | – | |
| FILO Term Loan | 125.0 | 125.0 | – | |
| Total First Lien Debt | 1,655.6 | 1,531.8 | (123.8) | |
| | | | | |
| Stand-Alone L/C Facility (Drawn) | – | – | – | |
| | | | | |
| Second Lien Term Loan | 317.1 | 317.1 | – | |
| Second Lien Line of Credit | 525.0 | 525.0 | – | |
| Alternative Tranche Line of Credit Loans | 45.0 | 45.0 | – | |
| Second Lien PIK Notes | 175.4 | 175.4 | – | |
| Second Lien Notes | 89.0 | 89.0 | – | |
| Total Second Lien Debt | 1,151.5 | 1,151.5 | – | |
| | | | | |
| Total Funded First & Second Lien Debt | 2,807.1 | 2,683.3 | (123.8) | |

# Exhibit E

# This Document Has Been Produced In Native Format

HIGHLY CONFIDENTIAL

| Store Count | | | Estimated Script Asset Value | | |
|---|---|---|---|---|---|
| 140 | | | $ 72,804,891 | $ 19,545,607 | $ 92,350,497 |
| Location # | City | State | Estimated Asset Value | Estimated Inventory Liquidation Value | Estimated Asset Value with Inventory Liquidation Value |
| 7752 | YAUCO | PR | $ 1,700,585 | $ 203,008 | $ 1,903,593 |
| 7705 | TAMUNING | GU | $ 1,239,148 | $ 484,652 | $ 1,723,800 |
| 4026 | ST JOSEPH | MO | $ 968,566 | $ 518,230 | $ 1,486,796 |
| 7784 | VEGA ALTA | PR | $ 1,275,051 | $ 180,545 | $ 1,455,595 |
| 3954 | WALNUTPORT | PA | $ 1,038,794 | $ 235,575 | $ 1,274,369 |
| 9662 | EPHRATA | PA | $ 1,009,565 | $ 201,783 | $ 1,211,347 |
| 4494 | TRUJILLO ALTO | PR | $ 1,028,825 | $ 170,892 | $ 1,199,717 |
| 7570 | BAYAMON | PR | $ 973,814 | $ 210,166 | $ 1,183,980 |
| 7413 | ST CROIX | VI | $ 864,111 | $ 299,917 | $ 1,164,028 |
| 7446 | CAYEY | PR | $ 1,025,058 | $ 128,449 | $ 1,153,507 |
| 3982 | LEMOORE | CA | $ 969,923 | $ 162,032 | $ 1,131,955 |
| 7677 | WELLSVILLE | NY | $ 832,348 | $ 286,882 | $ 1,119,230 |
| 7676 | SIDNEY | NY | $ 734,400 | $ 330,995 | $ 1,065,395 |
| 4188 | CHARLESTON | WV | $ 831,891 | $ 209,034 | $ 1,040,925 |
| 3810 | WILLOW STREET | PA | $ 865,814 | $ 161,395 | $ 1,027,208 |
| 3851 | RACINE | WI | $ 643,569 | $ 323,818 | $ 967,387 |
| 4751 | TEHACHAPI | CA | $ 839,880 | $ 109,040 | $ 948,920 |
| 9746 | GRASS VALLEY | CA | $ 805,362 | $ 134,659 | $ 940,020 |
| 7673 | STEVENSVILLE | MD | $ 579,323 | $ 321,288 | $ 900,611 |
| 7665 | CAROLINA | PR | $ 759,157 | $ 126,243 | $ 885,400 |
| 7255 | SOMERSET | KY | $ 771,397 | $ 109,788 | $ 881,185 |
| 7033 | LEWISTON | ID | $ 719,238 | $ 154,865 | $ 874,104 |
| 7788 | BAYAMON | PR | $ 744,009 | $ 122,952 | $ 866,961 |
| 7031 | MENOMINEE | MI | $ 708,051 | $ 158,615 | $ 866,666 |
| 7083 | NEW CASTLE | PA | $ 698,552 | $ 166,248 | $ 864,801 |
| 7741 | PONCE | PR | $ 724,846 | $ 136,966 | $ 861,812 |
| 7006 | TWIN FALLS | ID | $ 698,428 | $ 138,763 | $ 837,191 |
| 9689 | INTERNATIONAL FA | MN | $ 674,585 | $ 138,211 | $ 812,796 |
| 7246 | RICHMOND | IN | $ 609,092 | $ 203,131 | $ 812,223 |
| 3911 | COLUMBIA | PA | $ 654,494 | $ 154,357 | $ 808,851 |
| 7768 | GUAYNABO | PR | $ 679,209 | $ 129,458 | $ 808,668 |
| 7626 | WAYNESVILLE | NC | $ 616,057 | $ 189,662 | $ 805,718 |
| 3993 | JUANA DIAZ | PR | $ 680,082 | $ 111,371 | $ 791,453 |
| 7017 | ROSWELL | NM | $ 603,900 | $ 182,661 | $ 786,561 |
| 3725 | FREEDOM | CA | $ 646,920 | $ 137,173 | $ 784,093 |
| 3266 | KINGSTON | PA | $ 635,912 | $ 140,492 | $ 776,404 |
| 7783 | HATO REY | PR | $ 670,154 | $ 102,377 | $ 772,531 |
| 3841 | MARSHALL | MI | $ 640,869 | $ 130,246 | $ 771,115 |
| 4844 | RIO PIEDROS | PR | $ 646,380 | $ 124,025 | $ 770,405 |
| 4442 | CHARLESTON | WV | $ 594,457 | $ 171,846 | $ 766,303 |
| 7229 | GRAYSON | KY | $ 585,166 | $ 181,110 | $ 766,276 |
| 7616 | LEXINGTON | SC | $ 598,334 | $ 157,473 | $ 755,807 |
| 9420 | BRONX | NY | $ 570,655 | $ 176,131 | $ 746,786 |
| 4741 | BATAVIA | NY | $ 537,549 | $ 209,114 | $ 746,663 |
| 3172 | HAGERSTOWN | MD | $ 606,406 | $ 127,694 | $ 734,100 |
| 7419 | CAGUAS | PR | $ 595,662 | $ 137,833 | $ 733,495 |
| 9354 | GRIFFITH | IN | $ 573,798 | $ 153,965 | $ 727,764 |
| 4782 | CLINTON | OK | $ 559,329 | $ 159,525 | $ 718,855 |
| 4113 | ERIE | PA | $ 585,443 | $ 127,093 | $ 712,536 |
| 4713 | TOWANDA | PA | $ 567,914 | $ 139,335 | $ 707,249 |
| 7209 | EAST LIVERPOOL | OH | $ 522,152 | $ 173,408 | $ 695,560 |
| 7372 | LEECHBURG | PA | $ 541,274 | $ 153,439 | $ 694,713 |
| 7477 | MARIETTA | OH | $ 565,228 | $ 124,449 | $ 689,676 |

| Store Count | | | Estimated Script Asset Value | | |
|---|---|---|---|---|---|
| 140 | | | $ 72,804,891 | $ 19,545,607 | $ 92,350,497 |
| Location # | City | State | Estimated Asset Value | Estimated Inventory Liquidation Value | Estimated Asset Value with Inventory Liquidation Value |
| 3136 | SHILLINGTON | PA | $ 516,614 | $ 168,549 | $ 685,163 |
| 4048 | SPRINGFIELD | IL | $ 544,029 | $ 137,400 | $ 681,429 |
| 3963 | ELIZABETHTOWN | PA | $ 527,968 | $ 149,024 | $ 676,992 |
| 9220 | ALGONA | IA | $ 487,565 | $ 187,922 | $ 675,487 |
| 3713 | COVINGTON | GA | $ 527,718 | $ 145,389 | $ 673,108 |
| 7699 | LEBANON | PA | $ 515,631 | $ 152,524 | $ 668,155 |
| 3886 | ASHEVILLE | NC | $ 523,869 | $ 140,357 | $ 664,226 |
| 4112 | ASHEVILLE | NC | $ 520,242 | $ 137,948 | $ 658,189 |
| 7717 | WAYNESBORO | VA | $ 534,046 | $ 116,114 | $ 650,160 |
| 9593 | OSCODA | MI | $ 487,468 | $ 157,360 | $ 644,828 |
| 4433 | QUINCY | IL | $ 528,702 | $ 115,986 | $ 644,687 |
| 3268 | WILKES BARRE | PA | $ 535,638 | $ 108,120 | $ 643,759 |
| 7169 | SALINA | KS | $ 476,128 | $ 161,739 | $ 637,867 |
| 7030 | KALISPELL | MT | $ 533,506 | $ 104,149 | $ 637,656 |
| 9394 | FAJARDO | PR | $ 518,954 | $ 112,147 | $ 631,101 |
| 7223 | METAIRIE | LA | $ 546,272 | $ 78,237 | $ 624,509 |
| 4736 | CASPER | WY | $ 485,086 | $ 133,765 | $ 618,852 |
| 3592 | LAS VEGAS | NV | $ 495,651 | $ 117,957 | $ 613,608 |
| 3750 | WAUPACA | WI | $ 469,855 | $ 142,927 | $ 612,782 |
| 4453 | PUEBLO | CO | $ 482,691 | $ 129,360 | $ 612,051 |
| 4304 | FLORISSANT | MO | $ 486,997 | $ 123,243 | $ 610,240 |
| 9619 | MOREHEAD CITY | NC | $ 464,511 | $ 140,644 | $ 605,155 |
| 4814 | HAVRE | MT | $ 493,546 | $ 105,271 | $ 598,817 |
| 7068 | MIDLAND | MI | $ 494,225 | $ 100,350 | $ 594,575 |
| 9438 | PLEASANT HILLS | PA | $ 437,857 | $ 148,540 | $ 586,397 |
| 4170 | RAPID CITY | SD | $ 430,989 | $ 150,594 | $ 581,584 |
| 3692 | OCONOMOWOC | WI | $ 445,320 | $ 130,071 | $ 575,391 |
| 9621 | LEBANON | TN | $ 457,283 | $ 117,111 | $ 574,394 |
| 7746 | CARLISLE | PA | $ 471,406 | $ 100,958 | $ 572,364 |
| 3823 | JASPER | IN | $ 435,323 | $ 127,900 | $ 563,223 |
| 3819 | HASTINGS | MI | $ 438,411 | $ 108,260 | $ 546,671 |
| 7289 | STEGER | IL | $ 427,320 | $ 118,936 | $ 546,256 | Closing September
| 4470 | WEST LONG BRANC | NJ | $ 380,063 | $ 164,984 | $ 545,047 |
| 3484 | ELKVIEW | WV | $ 379,689 | $ 143,751 | $ 523,440 |
| 3529 | PITTSBURGH | PA | $ 398,949 | $ 122,867 | $ 521,816 |
| 7043 | ROCK HILL | SC | $ 424,648 | $ 92,245 | $ 516,893 |
| 7767 | CHARLES CITY | IA | $ 400,431 | $ 114,648 | $ 515,079 |
| 7566 | ARECIBO | PR | $ 410,137 | $ 100,496 | $ 510,633 |
| 4871 | FARMINGVILLE | NY | $ 363,531 | $ 145,209 | $ 508,740 |
| 3088 | KENOSHA | WI | $ 411,023 | $ 96,347 | $ 507,370 |
| 4490 | SAN JUAN | PR | $ 413,405 | $ 90,957 | $ 504,362 |
| 4016 | GREENVILLE | SC | $ 386,086 | $ 118,057 | $ 504,143 |
| 7460 | KNOXVILLE | TN | $ 343,288 | $ 155,151 | $ 498,439 |
| 7397 | GROVE CITY | OH | $ 392,815 | $ 99,505 | $ 492,321 |
| 9348 | NORRIDGE | IL | $ 404,363 | $ 79,388 | $ 483,751 |
| 4214 | DES PLAINES | IL | $ 352,343 | $ 126,138 | $ 478,481 |
| 4064 | NO VERSAILLES | PA | $ 386,377 | $ 92,101 | $ 478,478 |
| 4141 | W COLUMBIA | SC | $ 360,471 | $ 116,384 | $ 476,855 |
| 4732 | AGUADILLA | PR | $ 428,234 | $ 46,189 | $ 474,422 |
| 9549 | MORGANTON | NC | $ 350,086 | $ 123,041 | $ 473,127 |
| 4381 | BRIDGEVIEW | IL | $ 366,286 | $ 94,761 | $ 461,047 |
| 3361 | ALLENTOWN | PA | $ 359,709 | $ 101,179 | $ 460,888 |
| 7042 | VALPARAISO | IN | $ 355,334 | $ 100,930 | $ 456,264 |
| 3785 | TABB | VA | $ 337,860 | $ 117,645 | $ 455,505 |
| 3239 | KANSAS CITY | MO | $ 345,309 | $ 110,082 | $ 455,391 |
| 7749 | NEW YORK | NY | $ 317,935 | $ 135,740 | $ 453,676 |

| Store Count | | | Estimated Script Asset Value | | |
|---|---|---|---|---|---|
| 140 | | | $         72,804,891 | $         19,545,607 | $         92,350,497 |
| Location # | City | State | Estimated Asset Value | Estimated Inventory Liquidation Value | Estimated Asset Value with Inventory Liquidation Value |
| 3829 | ST. THOMAS | VI | $         391,915 | $         60,865 | $         452,781 |
| 4395 | CUDAHY | WI | $         328,486 | $         107,659 | $         436,145 |
| 4863 | GILLETTE | WY | $         311,843 | $         121,666 | $         433,509 | Closing September |
| 3862 | BOHEMIA | NY | $         273,877 | $         143,596 | $         417,473 |
| 7644 | HARRISON | OH | $         320,275 | $         88,687 | $         408,962 |
| 3882 | MAYAQUEZ | PR | $         326,617 | $         80,520 | $         407,137 |
| 4399 | SILVER SPRINGS | MD | $         287,197 | $         114,400 | $         401,597 |
| 4450 | RALEIGH | NC | $         270,706 | $         127,262 | $         397,969 |
| 3155 | BELLEVILLE | MI | $         303,009 | $         83,278 | $         386,287 |
| 3808 | STATESVILLE | NC | $         291,905 | $         91,276 | $         383,181 |
| 7274 | MAULDIN | SC | $         286,782 | $         94,525 | $         381,307 |
| 4150 | ALTOONA | PA | $         281,312 | $         93,165 | $         374,477 |
| 9794 | SAINT GEORGE | UT | $         285,314 | $         82,623 | $         367,937 |
| 3147 | KINGSPORT | TN | $         256,085 | $         111,354 | $         367,438 |
| 3097 | COUNCIL BLUFFS | IA | $         286,560 | $         78,358 | $         364,918 |
| 3256 | BALTIMORE | MD | $         239,317 | $         118,707 | $         358,024 |
| 7649 | RIPON | WI | $         231,078 | $         125,096 | $         356,174 |
| 3667 | RALEIGH | NC | $         261,983 | $         92,783 | $         354,766 |
| 3707 | LAKE HAVASU CITY | AZ | $         253,703 | $         93,397 | $         347,100 |
| 3308 | LAKE ORION | MI | $         252,208 | $         93,975 | $         346,183 |
| 3896 | SAN GERMAN | PR | $         256,597 | $         85,014 | $         341,611 |
| 3424 | GAINESVILLE | FL | $         251,183 | $         88,487 | $         339,670 |
| 7329 | LOVELAND | CO | $         244,675 | $         93,303 | $         337,978 |
| 7321 | BRADENTON | FL | $         202,694 | $         123,141 | $         325,835 |
| 3820 | CHARLEVOIX | MI | $         237,614 | $         80,509 | $         318,122 |
| 3021 | AUBURN | ME | $         224,903 | $         83,437 | $         308,340 |
| 3317 | BOCA RATON | FL | $         233,405 | $         72,170 | $         305,575 |
| 7777 | NEW YORK | NY | $         185,358 | $         117,287 | $         302,645 |
| 3379 | WATERFORD | MI | $         220,528 | $         78,518 | $         299,046 |
| 7208 | CLEMMONS | NC | $         195,757 | $         70,651 | $         266,408 |
| 4858 | CAGUAS | PR | $         192,088 | $         70,867 | $         262,955 |

| Store Count | | | Estimated Script Asset Value | | |
|---|---|---|---|---|---|
| 140 | | | $ 72,804,891 | $ 19,545,607 | $ 92,350,497 |
| Location # | City | State | Estimated Asset Value | Estimated Inventory Liquidation Value | Estimated Asset Value with Inventory Liquidation Value |
| 7752 | YAUCO | PR | $ 1,700,585 | $ 203,008 | $ 1,903,593 |
| 7705 | TAMUNING | GU | $ 1,239,148 | $ 484,652 | $ 1,723,800 |
| 4026 | ST JOSEPH | MO | $ 968,566 | $ 518,230 | $ 1,486,796 |
| 7784 | VEGA ALTA | PR | $ 1,275,051 | $ 180,545 | $ 1,455,595 |
| 3954 | WALNUTPORT | PA | $ 1,038,794 | $ 235,575 | $ 1,274,369 |
| 9662 | EPHRATA | PA | $ 1,009,565 | $ 201,783 | $ 1,211,347 |
| 4494 | TRUJILLO ALTO | PR | $ 1,028,825 | $ 170,892 | $ 1,199,717 |
| 7570 | BAYAMON | PR | $ 973,814 | $ 210,166 | $ 1,183,980 |
| 7413 | ST CROIX | VI | $ 864,111 | $ 299,917 | $ 1,164,028 |
| 7446 | CAYEY | PR | $ 1,025,058 | $ 128,449 | $ 1,153,507 |
| 3982 | LEMOORE | CA | $ 969,923 | $ 162,032 | $ 1,131,955 |
| 7677 | WELLSVILLE | NY | $ 832,348 | $ 286,882 | $ 1,119,230 |
| 7676 | SIDNEY | NY | $ 734,400 | $ 330,995 | $ 1,065,395 |
| 4188 | CHARLESTON | WV | $ 831,891 | $ 209,034 | $ 1,040,925 |
| 3810 | WILLOW STREET | PA | $ 865,814 | $ 161,395 | $ 1,027,208 |
| 3851 | RACINE | WI | $ 643,569 | $ 323,818 | $ 967,387 |
| 4751 | TEHACHAPI | CA | $ 839,880 | $ 109,040 | $ 948,920 |
| 9746 | GRASS VALLEY | CA | $ 805,362 | $ 134,659 | $ 940,020 |
| 7673 | STEVENSVILLE | MD | $ 579,323 | $ 321,288 | $ 900,611 |
| 7665 | CAROLINA | PR | $ 759,157 | $ 126,243 | $ 885,400 |
| 7255 | SOMERSET | KY | $ 771,397 | $ 109,788 | $ 881,185 |
| 7033 | LEWISTON | ID | $ 719,238 | $ 154,865 | $ 874,104 |
| 7788 | BAYAMON | PR | $ 744,009 | $ 122,952 | $ 866,961 |
| 7031 | MENOMINEE | MI | $ 708,051 | $ 158,615 | $ 866,666 |
| 7083 | NEW CASTLE | PA | $ 698,552 | $ 166,248 | $ 864,801 |
| 7741 | PONCE | PR | $ 724,846 | $ 136,966 | $ 861,812 |
| 7006 | TWIN FALLS | ID | $ 698,428 | $ 138,763 | $ 837,191 |
| 9689 | INTERNATIONAL FA | MN | $ 674,585 | $ 138,211 | $ 812,796 |
| 7246 | RICHMOND | IN | $ 609,092 | $ 203,131 | $ 812,223 |
| 3911 | COLUMBIA | PA | $ 654,494 | $ 154,357 | $ 808,851 |
| 7768 | GUAYNABO | PR | $ 679,209 | $ 129,458 | $ 808,668 |
| 7626 | WAYNESVILLE | NC | $ 616,057 | $ 189,662 | $ 805,718 |
| 3993 | JUANA DIAZ | PR | $ 680,082 | $ 111,371 | $ 791,453 |
| 7017 | ROSWELL | NM | $ 603,900 | $ 182,661 | $ 786,561 |
| 3725 | FREEDOM | CA | $ 646,920 | $ 137,173 | $ 784,093 |
| 3266 | KINGSTON | PA | $ 635,912 | $ 140,492 | $ 776,404 |
| 7783 | HATO REY | PR | $ 670,154 | $ 102,377 | $ 772,531 |
| 3841 | MARSHALL | MI | $ 640,869 | $ 130,246 | $ 771,115 |
| 4844 | RIO PIEDROS | PR | $ 646,380 | $ 124,025 | $ 770,405 |
| 4442 | CHARLESTON | WV | $ 594,457 | $ 171,846 | $ 766,303 |
| 7229 | GRAYSON | KY | $ 585,166 | $ 181,110 | $ 766,276 |
| 7616 | LEXINGTON | SC | $ 598,334 | $ 157,473 | $ 755,807 |
| 9420 | BRONX | NY | $ 570,655 | $ 176,131 | $ 746,786 |
| 4741 | BATAVIA | NY | $ 537,549 | $ 209,114 | $ 746,663 |
| 3172 | HAGERSTOWN | MD | $ 606,406 | $ 127,694 | $ 734,100 |
| 7419 | CAGUAS | PR | $ 595,662 | $ 137,833 | $ 733,495 |
| 9354 | GRIFFITH | IN | $ 573,798 | $ 153,965 | $ 727,764 |
| 4782 | CLINTON | OK | $ 559,329 | $ 159,525 | $ 718,855 |
| 4113 | ERIE | PA | $ 585,443 | $ 127,093 | $ 712,536 |
| 4713 | TOWANDA | PA | $ 567,914 | $ 139,335 | $ 707,249 |
| 7209 | EAST LIVERPOOL | OH | $ 522,152 | $ 173,408 | $ 695,560 |
| 7372 | LEECHBURG | PA | $ 541,274 | $ 153,439 | $ 694,713 |
| 7477 | MARIETTA | OH | $ 565,228 | $ 124,449 | $ 689,676 |

| Store Count | Estimated Script Asset Value | | |
|---|---|---|---|
| 140 | $ 72,804,891 | $ 19,545,607 | $ 92,350,497 |
| Location # | City | State | Estimated Asset Value | Estimated Inventory Liquidation Value | Estimated Asset Value with Inventory Liquidation Value |
|---|---|---|---|---|---|
| 3136 | SHILLINGTON | PA | $ 516,614 | $ 168,549 | $ 685,163 |
| 4048 | SPRINGFIELD | IL | $ 544,029 | $ 137,400 | $ 681,429 |
| 3963 | ELIZABETHTOWN | PA | $ 527,968 | $ 149,024 | $ 676,992 |
| 9220 | ALGONA | IA | $ 487,565 | $ 187,922 | $ 675,487 |
| 3713 | COVINGTON | GA | $ 527,718 | $ 145,389 | $ 673,108 |
| 7699 | LEBANON | PA | $ 515,631 | $ 152,524 | $ 668,155 |
| 3886 | ASHEVILLE | NC | $ 523,869 | $ 140,357 | $ 664,226 |
| 4112 | ASHEVILLE | NC | $ 520,242 | $ 137,948 | $ 658,189 |
| 7717 | WAYNESBORO | VA | $ 534,046 | $ 116,114 | $ 650,160 |
| 9593 | OSCODA | MI | $ 487,468 | $ 157,360 | $ 644,828 |
| 4433 | QUINCY | IL | $ 528,702 | $ 115,986 | $ 644,687 |
| 3268 | WILKES BARRE | PA | $ 535,638 | $ 108,120 | $ 643,759 |
| 7169 | SALINA | KS | $ 476,128 | $ 161,739 | $ 637,867 |
| 7030 | KALISPELL | MT | $ 533,506 | $ 104,149 | $ 637,656 |
| 9394 | FAJARDO | PR | $ 518,954 | $ 112,147 | $ 631,101 |
| 7223 | METAIRIE | LA | $ 546,272 | $ 78,237 | $ 624,509 |
| 4736 | CASPER | WY | $ 485,086 | $ 133,765 | $ 618,852 |
| 3592 | LAS VEGAS | NV | $ 495,651 | $ 117,957 | $ 613,608 |
| 3750 | WAUPACA | WI | $ 469,855 | $ 142,927 | $ 612,782 |
| 4453 | PUEBLO | CO | $ 482,691 | $ 129,360 | $ 612,051 |
| 4304 | FLORISSANT | MO | $ 486,997 | $ 123,243 | $ 610,240 |
| 9619 | MOREHEAD CITY | NC | $ 464,511 | $ 140,644 | $ 605,155 |
| 4814 | HAVRE | MT | $ 493,546 | $ 105,271 | $ 598,817 |
| 7068 | MIDLAND | MI | $ 494,225 | $ 100,350 | $ 594,575 |
| 9438 | PLEASANT HILLS | PA | $ 437,857 | $ 148,540 | $ 586,397 |
| 4170 | RAPID CITY | SD | $ 430,989 | $ 150,594 | $ 581,584 |
| 3692 | OCONOMOWOC | WI | $ 445,320 | $ 130,071 | $ 575,391 |
| 9621 | LEBANON | TN | $ 457,283 | $ 117,111 | $ 574,394 |
| 7746 | CARLISLE | PA | $ 471,406 | $ 100,958 | $ 572,364 |
| 3823 | JASPER | IN | $ 435,323 | $ 127,900 | $ 563,223 |
| 3819 | HASTINGS | MI | $ 438,411 | $ 108,260 | $ 546,671 |
| 7289 | STEGER | IL | $ 427,320 | $ 118,936 | $ 546,256 | Closing September |
| 4470 | WEST LONG BRANC | NJ | $ 380,063 | $ 164,984 | $ 545,047 |
| 3484 | ELKVIEW | WV | $ 379,689 | $ 143,751 | $ 523,440 |
| 3529 | PITTSBURGH | PA | $ 398,949 | $ 122,867 | $ 521,816 |
| 7043 | ROCK HILL | SC | $ 424,648 | $ 92,245 | $ 516,893 |
| 7767 | CHARLES CITY | IA | $ 400,431 | $ 114,648 | $ 515,079 |
| 7566 | ARECIBO | PR | $ 410,137 | $ 100,496 | $ 510,633 |
| 4871 | FARMINGVILLE | NY | $ 363,531 | $ 145,209 | $ 508,740 |
| 3088 | KENOSHA | WI | $ 411,023 | $ 96,347 | $ 507,370 |
| 4490 | SAN JUAN | PR | $ 413,405 | $ 90,957 | $ 504,362 |
| 4016 | GREENVILLE | SC | $ 386,086 | $ 118,057 | $ 504,143 |
| 7460 | KNOXVILLE | TN | $ 343,288 | $ 155,151 | $ 498,439 |
| 7397 | GROVE CITY | OH | $ 392,815 | $ 99,505 | $ 492,321 |
| 9348 | NORRIDGE | IL | $ 404,363 | $ 79,388 | $ 483,751 |
| 4214 | DES PLAINES | IL | $ 352,343 | $ 126,138 | $ 478,481 |
| 4064 | NO VERSAILLES | PA | $ 386,377 | $ 92,101 | $ 478,478 |
| 4141 | W COLUMBIA | SC | $ 360,471 | $ 116,384 | $ 476,855 |
| 4732 | AGUADILLA | PR | $ 428,234 | $ 46,189 | $ 474,422 |
| 9549 | MORGANTON | NC | $ 350,086 | $ 123,041 | $ 473,127 |
| 4381 | BRIDGEVIEW | IL | $ 366,286 | $ 94,761 | $ 461,047 |
| 3361 | ALLENTOWN | PA | $ 359,709 | $ 101,179 | $ 460,888 |
| 7042 | VALPARAISO | IN | $ 355,334 | $ 100,930 | $ 456,264 |
| 3785 | TABB | VA | $ 337,860 | $ 117,645 | $ 455,505 |
| 3239 | KANSAS CITY | MO | $ 345,309 | $ 110,082 | $ 455,391 |
| 7749 | NEW YORK | NY | $ 317,935 | $ 135,740 | $ 453,676 |

| Store Count | | | Estimated Script Asset Value | | |
|---|---|---|---|---|---|
| 140 | | | $ 72,804,891 | $ 19,545,607 | $ 92,350,497 |
| Location # | City | State | Estimated Asset Value | Estimated Inventory Liquidation Value | Estimated Asset Value with Inventory Liquidation Value |
| 3829 | ST. THOMAS | VI | $ 391,915 | $ 60,865 | $ 452,781 |
| 4395 | CUDAHY | WI | $ 328,486 | $ 107,659 | $ 436,145 |
| 4863 | GILLETTE | WY | $ 311,843 | $ 121,666 | $ 433,509 | Closing September |
| 3862 | BOHEMIA | NY | $ 273,877 | $ 143,596 | $ 417,473 |
| 7644 | HARRISON | OH | $ 320,275 | $ 88,687 | $ 408,962 |
| 3882 | MAYAQUEZ | PR | $ 326,617 | $ 80,520 | $ 407,137 |
| 4399 | SILVER SPRINGS | MD | $ 287,197 | $ 114,400 | $ 401,597 |
| 4450 | RALEIGH | NC | $ 270,706 | $ 127,262 | $ 397,969 |
| 3155 | BELLEVILLE | MI | $ 303,009 | $ 83,278 | $ 386,287 |
| 3808 | STATESVILLE | NC | $ 291,905 | $ 91,276 | $ 383,181 |
| 7274 | MAULDIN | SC | $ 286,782 | $ 94,525 | $ 381,307 |
| 4150 | ALTOONA | PA | $ 281,312 | $ 93,165 | $ 374,477 |
| 9794 | SAINT GEORGE | UT | $ 285,314 | $ 82,623 | $ 367,937 |
| 3147 | KINGSPORT | TN | $ 256,085 | $ 111,354 | $ 367,438 |
| 3097 | COUNCIL BLUFFS | IA | $ 286,560 | $ 78,358 | $ 364,918 |
| 3256 | BALTIMORE | MD | $ 239,317 | $ 118,707 | $ 358,024 |
| 7649 | RIPON | WI | $ 231,078 | $ 125,096 | $ 356,174 |
| 3667 | RALEIGH | NC | $ 261,983 | $ 92,783 | $ 354,766 |
| 3707 | LAKE HAVASU CITY | AZ | $ 253,703 | $ 93,397 | $ 347,100 |
| 3308 | LAKE ORION | MI | $ 252,208 | $ 93,975 | $ 346,183 |
| 3896 | SAN GERMAN | PR | $ 256,597 | $ 85,014 | $ 341,611 |
| 3424 | GAINESVILLE | FL | $ 251,183 | $ 88,487 | $ 339,670 |
| 7329 | LOVELAND | CO | $ 244,675 | $ 93,303 | $ 337,978 |
| 7321 | BRADENTON | FL | $ 202,694 | $ 123,141 | $ 325,835 |
| 3820 | CHARLEVOIX | MI | $ 237,614 | $ 80,509 | $ 318,122 |
| 3021 | AUBURN | ME | $ 224,903 | $ 83,437 | $ 308,340 |
| 3317 | BOCA RATON | FL | $ 233,405 | $ 72,170 | $ 305,575 |
| 7777 | NEW YORK | NY | $ 185,358 | $ 117,287 | $ 302,645 |
| 3379 | WATERFORD | MI | $ 220,528 | $ 78,518 | $ 299,046 |
| 7208 | CLEMMONS | NC | $ 195,757 | $ 70,651 | $ 266,408 |
| 4858 | CAGUAS | PR | $ 192,088 | $ 70,867 | $ 262,955 |

# Exhibit F

# This Document Has Been Produced In Native Format

HIGHLY CONFIDENTIAL

SEARS_507B_00001430

| Sears Holdings Corporation<br>Borrowing Base Certificate<br>As of October 13, 2018<br>(millions) | | Sears | | Kmart | | Date: | | 10/18/2018 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Consolidated | | | |
| Inventory per Stock Ledger | | | | | | $ | 2,576.2 | (1) |
| Home Services | | $ | 114.6 | | | $ | 114.6 | |
| Total Stock Ledger Inventory | | | | | | $ | 2,690.8 | |
| Less Ineligible Inventory: | | | | | | | | |
| Consigned Inventory | | $ | - | $ | 2.2 | $ | 2.2 | |
| Inventory in Foreign Location | | $ | - | $ | - | $ | - | |
| Store Closure Sale inventory in excess of four weeks | | $ | 11.9 | $ | 6.9 | $ | 18.9 | |
| Inventory paid for in advance of shipment | | $ | 82.2 | $ | 1.4 | $ | 83.7 | |
| Live plants, nursery, floral | | $ | - | $ | 1.3 | $ | 1.3 | |
| Seafood | | $ | - | $ | - | $ | - | |
| Restaurant | | $ | - | $ | 0.3 | $ | 0.3 | |
| Readers Market | | $ | - | $ | 1.6 | $ | 1.6 | |
| Wholesaler Frt/Fees | | $ | - | $ | - | $ | - | |
| Gasoline | | $ | - | $ | - | $ | - | |
| 50% Home Services | | $ | 57.3 | $ | - | $ | 57.3 | |
| Other | | $ | - | $ | - | $ | - | |
| Eligible Inventory before Reserves | | | | | | $ | 2,525.6 | |
| Less Inventory Reserves: | | | | | | $ | - | |
| Shrink | | $ | - | $ | - | $ | - | |
| In-Transit Reserve | | $ | 103.3 | $ | 41.2 | $ | 144.6 | (2) |
| Total Imported In-Transit Inventory | | $ | 103.3 | $ | 41.2 | $ | 144.6 | |
| % Relating to SRAC L/C's | | | 7.4% | | 7.4% | | | |
| SRAC L/C's | | $ | 7.7 | $ | 3.1 | $ | 10.7 | |
| Add: SRAC L/C's (net of 2.73% reserve) | | $ | 7.5 | $ | 3.0 | $ | 10.4 | |
| Net Eligible Inventory | | | | | | $ | 2,391.5 | |
| NOLV | | | | | | | 88.70% | |
| Advance Rate | | | | | | | 7.50% | |
| Inventory Availability | | | | | | $ | 159.1 | |
| Add Back | | | | | | $ | 150.0 | |
| **DIP Borrowing Base before reserves** | | | | | | $ | **309.09** | |
| Availability Reserves not reserved in the Prepetition | | | | | | $ | - | |
| Carve Out Reserve | | | | | | | | |
| Post Trigger Notice Carve-Out Fee Cap | | | | | | $ | (20.0) | |
| Trustee Fees | | | | | | $ | - | |
| Professional Fees | | | | | | $ | (26.0) | |
| Borrowing Base | | | | | | $ | 263.1 | |

(1) Includes inventory in trailers on premises at DCs.
(2) Adjusted for Decon to DC Inventory (net of reserves)

Submitted by sears Roebuck Acceptance Corp. and Kmart Coporation on this 18th day of October 2018.

Sears Roebuck Acceptance Corp
By:
Title: SVP, Finance, Corporate Controller and Risk Management

Kmart Corporation
By:
Title: SVP, Finance, Corporate Controller and Risk Management

## Sears Holdings Corporation

Date: _____ 10/18/2018

**Availability Calculation**

| | | |
|---|---|---|
| Beginning Revolving Principal Balance | $ | 836,034,649 |
| | | |
| Add prior days advance | | - |
| Add fees charged today | | - |
| | | |
| Less prior day's pay down | | - |
| | | |
| Ending Revolving Principal | $ | 836,034,649 |
| | | |
| Add Letters of Credit | | |
| Commercial L/C | | |
| Standby L/C | | $123,567,481 |
| Term Loan Outstanding | | $0 |
| 2016 Term Loan Outstanding | | $570,776,250 |
| | | |
| Total liability prior to request | $ | 1,530,378,381 |

| | | | |
|---|---|---|---|
| (a) Aggregate Revolving Commitments | $ | 1,500,000,000 | |
| (b) Term Loan Outstanding | $ | - | |
| (c) 2016 Term Loan | $ | 570,776,250 | |
| (d) Borrowing Base | $ | 1,669,060,148 | |
| Lesser of ((a) + (b) + (c)) or (d) | $ | 1,669,060,148 | |

| | | |
|---|---|---|
| **Capped Excess Availability prior to today's request** | $ | 138,681,768 |
| | | |
| **Advance Request** | | |
| | | |
| **Capped Excess Availability after today's request** | $ | 138,681,768 |

The undersigned, an Authorized Officer of Sears Holdings Corporation ("Holdings"), represents and warrants that (A) the information set forth above (i) is true and correct in all material respects (it being understood that any weekly Borrowing Base Certificate shall constitute the Loan Parties' best estimates of Net Eligible Inventory and other items, as applicable), (ii) has been prepared in accordance with the requirements of that certain Third Amended and Restated Credit Agreement dated February 10, 2017 (as amended, restated, amended and restated, supplemented or otherwise modified from time to time, the "Credit Agreement"), by, among others, (1) Holdings, (2) Kmart Corporation and Sears Roebuck Acceptance Corp., as Borrowers, (3) the Lenders party thereto, (4) Bank of America, N.A., as Administrative Agent (in such capacity, the "Agent"), and (5) Bank of America, N.A. and Wells Fargo Bank, National Association, as Co-Collateral Agents, and (iii) is based on supporting documentation that is satisfactory to the Agent, and (B) no Default or Event of Default (as such terms are defined in the Credit Agreement) has occurred and is outstanding.

Authorized Signer: _____

By:
Name:    Robert Phelan
Title:    SVP, Finance, Corporate Controller and Risk Management

**Sears Holdings Corporation**
Borrowing Base Certificate
As of October 13, 2018
(millions)

Date: 10/18/2018

| | Sears | | Kmart | | Consolidated | |
|---|---|---|---|---|---|---|
| Inventory per Stock Ledger | | | | | $ | 2,576.2 (1) |
| Home Services | $ | 114.6 | | | $ | 114.6 |
| Total Stock Ledger Inventory | | | | | $ | 2,690.8 |
| Less Ineligible Inventory: | | | | | | |
| Consigned Inventory | $ | - | $ | 2.2 | $ | 2.2 |
| Inventory in Foreign Location | $ | - | $ | - | $ | - |
| Store Closure Sale inventory in excess of four weeks | $ | 11.9 | $ | 6.9 | $ | 18.9 |
| Inventory paid for in advance of shipment | $ | 82.2 | $ | 1.4 | $ | 83.7 |
| Live plants, nursery, floral | $ | - | $ | 1.3 | $ | 1.3 |
| Seafood | $ | - | $ | - | $ | - |
| Restaurant | $ | - | $ | 0.3 | $ | 0.3 |
| Readers Market | $ | - | $ | 1.6 | $ | 1.6 |
| Wholesaler Frt/Fees | $ | - | $ | - | $ | - |
| Gasoline | $ | - | $ | - | $ | - |
| 50% Home Services | $ | 57.3 | $ | - | $ | 57.3 |
| Other | $ | - | $ | - | $ | - |
| Eligible Inventory before Reserves | | | | | $ | 2,525.6 |
| | | | | | | |
| Less Inventory Reserves: | | | | | | |
| Shrink | $ | - | $ | - | $ | - |
| In-Transit Reserve | $ | 103.3 | $ | 41.2 | $ | 144.6 (2) |
| | | | | | | |
| Total Imported In-Transit Inventory | $ | 103.3 | $ | 41.2 | $ | 144.6 |
| % Relating to SRAC L/C's | | 7.4% | | 7.4% | | |
| SRAC L/C's | $ | 7.7 | $ | 3.1 | $ | 10.7 |
| Add: SRAC L/C's (net of 2.73% reserve) | $ | 7.5 | $ | 3.0 | $ | 10.4 |
| | | | | | | |
| Net Eligible Inventory | | | | | $ | 2,391.5 |
| NOLV | | | | | | 88.70% |
| Advance Rate (Lesser of 70% or 80% of NOLV) | | | | | | 70.00% |
| | | | | | | |
| Inventory Availability | | | | | $ | 1,674.0 |
| | | | | | | |
| Eligible Credit Card Receivables | $ | 41.1 | $ | 13.7 | $ | 54.8 |
| Advance Rate | | | | | | 85% |
| | | | | | | |
| Credit Card Availability | | | | | $ | 46.5 |
| | | | | | | |
| Pharmacy Accounts Receivable | $ | - | $ | 14.5 | $ | 14.5 |
| Less Ineligibles: | | | | | | |
| Outstanding for more than 90 days past invoice date or 60 days past due | | | $ | 2.5 | $ | 2.5 |
| Cross-Age | | | $ | 1.0 | $ | 1.0 |
| Disputed Pharmacy Receivables | | | | | $ | - |
| Medicare, Medicaid, or other Governmental Authorities | | | $ | 0.5 | $ | 0.5 |
| Pharmacy Receivables due from outside United States | | | | | $ | - |
| Other | | | | | $ | - |
| | | | | | | |
| Net Eligible Pharmacy Accounts Receivable | | | | | | 10.5 |
| Advance Rate | | | | | | 85% |
| | | | | | | |
| Third Party Pharmacy Accounts Receivable Availability | | | | | | 8.9 |
| | | | | | | |
| Availability Reserves | | | | | | |
| Gift Card Liability (50%) | $ | 16.7 | $ | 2.8 | $ | 19.5 |
| 2 Months Store Rent Reserve (Landlord Lien States WA, VA, PA) | $ | 2.1 | $ | 3.5 | $ | 5.7 |
| Unshipped Customer Deposits (15%) | $ | 15.0 | $ | 0.2 | $ | 15.3 |
| DC Rent Reserve (2 months) | $ | 1.4 | $ | 1.9 | $ | 3.3 |
| PACA/PASA | $ | - | $ | 0.0 | $ | 0.0 |
| Credit Card Receivables owed to PR | $ | 0.1 | $ | 0.0 | $ | 0.1 |
| SHIP Customer Deposits | $ | 15.0 | $ | - | $ | 15.0 |
| Installation Customer Deposits | $ | 1.6 | $ | - | $ | 1.6 |
| Reserve for FILO | $ | - | | | $ | - |
| | | | | | | |
| Borrowing Base | | | | | $ | 1,869.1 |

(1) Includes inventory in trailers on premises at DCs.
(2) Adjusted for Decon to DC Inventory (net of reserves)

| **Sears Holdings Corporation** | | | | | Date: | | 10/18/2018 |
|---|---|---|---|---|---|---|---|
| FILO Borrowing Base Certificate | | | | | | | |
| As of October 13, 2018 | | **Sears** | | **Kmart** | | **Consolidated** | |
| (millions) | | | | | | | |
| Inventory per Stock Ledger | | | | | | $ | 2,576.2 (1) |
| Home Services | $ | 114.6 | | | | $ | 114.6 |
| Total Stock Ledger Inventory | | | | | | $ | 2,690.8 |
| Less Ineligible Inventory: | | | | | | | |
| Consigned Inventory | $ | - | $ | 2.2 | | $ | 2.2 |
| Inventory in Foreign Location | $ | - | $ | - | | $ | - |
| Store Closure Sale inventory in excess of four weeks | $ | 11.9 | $ | 6.9 | | $ | 18.9 |
| Inventory paid for in advance of shipment | $ | 82.2 | $ | 1.4 | | $ | 83.7 |
| Live plants, nursery, floral | $ | - | $ | 1.3 | | $ | 1.3 |
| Seafood | $ | - | $ | - | | $ | - |
| Restaurant | $ | - | $ | 0.3 | | $ | 0.3 |
| Readers Market | $ | - | $ | 1.6 | | $ | 1.6 |
| Wholesaler Frt/Fees | $ | - | $ | - | | $ | - |
| Gasoline | $ | - | $ | - | | $ | - |
| 50% Home Services | $ | 57.3 | $ | - | | $ | 57.3 |
| Other | $ | - | $ | - | | $ | - |
| Eligible Inventory before Reserves | | | | | | $ | 2,525.6 |
| Less Inventory Reserves: | | | | | | | |
| Shrink | $ | - | $ | - | | $ | - |
| In-Transit Reserve | $ | 103.3 | $ | 41.2 | | $ | 144.6 (2) |
| Total Imported In-Transit Inventory | $ | 103.3 | $ | 41.2 | | $ | 144.6 |
| % Relating to SRAC L/C's | | 7.4% | | 7.4% | | | |
| SRAC L/C's | $ | 7.7 | $ | 3.1 | | $ | 10.7 |
| Add: SRAC L/C's (net of 2.73% reserve) | $ | 7.5 | $ | 3.0 | | $ | 10.4 |
| Net Eligible Inventory | | | | | | $ | 2,391.5 |
| NOLV | | | | | | | 88.70% |
| FILO Advance Rate | | | | | | | 10.00% |
| Inventory Availability | | | | | | $ | 212.1 |
| ACH limit | | | | | | $ | 100.0 |
| P-card limit | | | | | | $ | 12.5 |
| BAML Bank Products and Cash Management Services | | | | | | $ | 112.5 |
| Total Reserves @ 50.0% | | | | | | $ | 56.3 |
| FILO Borrowing Base | | | | | | $ | 155.9 |
| FILO Outstanding | | | | | | $ | 125.0 |
| FILO Borrowing Base cushion/(shortfall) | | | | | | $ | 30.9 |

(1) Includes inventory in trailers on premises at DCs.
(2) Adjusted for Decon to DC Inventory (net of reserves)



**Sears Holdings Corporation**
**Borrowing Base Certificate**
**Trailers at DCs**
Fiscal 2018 - Week 36

| Network | Cost on Lot October 13 | Sears | Kmart |
|---|---|---|---|
| RDC | $1,118,975 | | |
| RSC | $736,885 | | |
| DDC | $1,392,143 | | |
| RRC | $372,704 | | |
| Total | $3,620,707 | $ 1,764,847 | $ 1,855,860 |
| | | | |
| Inventory Reserve (28.91%) | 1,046,746 | 510,217 | 536,529 |
| | | | |
| SRAC L/C % | 7.4% | 7.4% | 7.4% |
| SRAC L/C | $ 191,255.32 | $ 93,223.88 | $ 98,031.43 (T) |
| | | | |
| Trailer inventory on premises excluding SRAC L/C | $ 2,382,705.11 | $ 1,161,405.72 | $ 1,221,299.39 |

Assumes same L/C % as Total Import In-Transit Inventory

**Sears Holdings Corporation**
**Borrowing Base Certificate**
**Deconsolidation Centers to DC Inventory**
Fiscal 2018 - Week 36

|  | Cost on Lot October 13 | Sears | Kmart |
|---|---|---|---|
| Total | $   25,208,942 | $   18,814,737 | $   6,394,205 |
| Transportation reserve (3%) | 756,268 | 564,442 | 191,826 |
| Reduction to Import In-Transit Reserve | $   24,452,674 | $   18,250,295 | $   6,202,378 (U) |

**Sears Holdings Corporation**
**Layaway Inventory/Deposits**
Fiscal 2018 - Week 35

| | | Amount |
|---|---|---|
| 33043 PUERTO RICO - H.O. LEDGER | 12546 INVENTORY ADJ - LAYAWAY | 1,973,744 |
| 35355 RETAIL ACTG ADJ SEARS | 12546 INVENTORY ADJ - LAYAWAY | 9,730,645 |
| 36804 SEARS OPER,LLC(PR) | 12546 INVENTORY ADJ - LAYAWAY | 813,595 |
| 35486 CORPORATE ACCT ADJ SE. | 12546 INVENTORY ADJ - LAYAWAY | 10,025,107 |
| 36802 SEARS OPER,LLC | 12546 INVENTORY ADJ - LAYAWAY | 5,361,832 |
| **36802 SEARS OPER,LLC** | 12546 INVENTORY ADJ - LAYAWAY | 27,904,923 |
| | | |
| **Kmart Operations** | 12546 INVENTORY ADJ - LAYAWAY | 10,157,150 |
| | | |
| 33043 PUERTO RICO - H.O. LEDGER | 24273 LAYAWAY DEPOSITS | (2,339,799) |
| 35355 RETAIL ACTG ADJ SEARS | 24273 LAYAWAY DEPOSITS | (13,137,612) |
| 36804 SEARS OPER,LLC(PR) | 24273 LAYAWAY DEPOSITS | (964,485) |
| 35486 CORPORATE ACCT ADJ SE. | 24273 LAYAWAY DEPOSITS | (9,680,638) |
| 36802 SEARS OPER,LLC | 24273 LAYAWAY DEPOSITS | (6,356,248) |
| **36802 SEARS OPER,LLC** | 24273 LAYAWAY DEPOSITS | (32,478,782) |
| | | |
| **Kmart Operations** | 24273 LAYAWAY DEPOSITS | (3,714,087) |

| | |
|---|---|
| Layaway inventory @ cost | 38,062,073 |
| Layaway customer deposits | (36,192,869) |
| Layaway @ cost less Customer Deposits | 1,869,204 |

**Sears Holdings Corporation**
**Borrowing Base Certificate**
**Customer Deposits**
As of 10/6/2018

| | Amount |
|---|---|
| 23355 CUSTOMER DEPOSITS | (15,007,985) |
| 23180 INSTALL SALES ACCR/RI | (1,636,358) |

Sears Holdings Corporation
Borrowing Base Certificate
Closing Store Reserve
Fiscal 2018 - Week 36
*Amounts in ones*

| Store | Location | Type | Start of GOB Date | Start of GOB (Week) | Closing Date | Closing Week | Balance | |
|-------|----------|------|------------------|------------------|--------------|--------------|---------|---|
| 1091 | Oklahoma city, OK | Full-Line | 07/13/18 (23) | 18.23 | 09/30/18 (35) | 18.37 | (145,439.28) | x |
| 1265 | Virginia beach, VA | Full-Line | 07/13/18 (23) | 18.23 | 09/30/18 (35) | 18.37 | (66,087.96) | x |
| 1490 | Troy, MI | Full-Line | 07/13/18 (23) | 18.23 | 09/30/18 (35) | 18.37 | (189,235.21) | x |
| 1815 | Chesapeake, VA | Full-Line | 07/13/18 (23) | 18.23 | 09/30/18 (35) | 18.37 | (113,687.44) | x |
| 1698 | Newark, CA | Full-Line | 07/13/18 (23) | 18.23 | 09/30/18 (35) | 18.37 | (449,334.49) | x |
| 1012 | Des Moines, IA | Full-Line | 07/26/18 (25) | 18.25 | 10/14/18 (37) | 18.39 | (136,281.42) | x |
| 1355 | Altamonte springs, FL | Full-Line | 08/02/18 (26) | 18.26 | 09/30/18 (35) | 18.37 | (166,783.37) | x |
| 1623 | Clay, NY | Full-Line | 08/02/18 (26) | 18.26 | 09/30/18 (35) | 18.37 | (96,940.32) | x |
| 1040 | Eau claire, WI | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (343,604.16) | x |
| 1087 | Houston - memorial, TX | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (1,004,059.66) | x |
| 1119 | Happy valley / portland, OR | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (787,951.32) | x |
| 1305 | Savannah, GA | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (564,290.63) | x |
| 1385 | Atlanta, GA | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (820,056.76) | x |
| 1554 | Mays landing, NJ | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (890,417.66) | x |
| 1560 | Dayton, OH | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (593,387.30) | x |
| 1610 | Cincinnati - northgate, OH | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (492,181.90) | x |
| 1805 | Raleigh - crabtree, NC | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (581,674.30) | x |
| 1814 | Fairfax, VA | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (555,099.74) | x |
| 1830 | Fort wayne, IN | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (847,171.95) | x |
| 1888 | West jordan, UT | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (475,613.02) | x |
| 2016 | Hammond, LA | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (311,029.73) | x |
| 2050 | Jackson, MI | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (464,752.48) | x |
| 2065 | Brunswick, GA | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (243,720.55) | x |
| 2308 | Santa cruz, CA | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (461,593.30) | x |
| 2358 | Flagstaff, AZ | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (205,663.92) | x |
| 2361 | Grand junction, CO | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (317,912.67) | x |
| 2432 | La crosse, WI | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (269,652.05) | x |
| 2547 | College station - bryan, TX | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (285,726.78) | x |
| 2840 | Bloomington, IL | Full-Line | 09/07/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (272,862.66) | x |
| 1202 | Beavercreek, OH | Full-Line | 09/21/18 (33) | 18.33 | 12/09/18 (45) | 18.47 | (354,628.03) | x |
| 1327 | Baytown, TX | Full-Line | 09/21/18 (33) | 18.33 | 12/09/18 (45) | 18.47 | (515,036.09) | x |
| 2077 | Tyler, TX | Full-Line | 09/21/18 (33) | 18.33 | 12/09/18 (45) | 18.47 | (465,862.52) | x |
| 1003 | Salem, NH | Full-Line | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (457,610.08) | x |
| 1273 | Holyoke, MA | Full-Line | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (769,438.03) | x |
| 1465 | Tampa - university, FL | Full-Line | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (603,513.46) | x |
| 1584 | Victor, NY | Full-Line | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (506,875.07) | x |
| 1715 | Doral / miami, FL | Full-Line | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (1,233,073.94) | x |
| 1730 | Florence, KY | Full-Line | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (531,347.31) | x |
| 2236 | Vancouver, WA | Full-Line | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (591,636.22) | x |
| 2443 | Manchester, NH | Full-Line | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (501,253.05) | x |
| 2453 | Queensbury / glen falls, NY | Full-Line | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (334,289.37) | x |
| 2695 | Naples, FL | Full-Line | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (430,724.86) | x |
| 2933 | New hyde park, NY | Full-Line | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (1,180,285.05) | x |
| 2934 | Taunton, MA | Full-Line | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (272,655.27) | x |
| 1290 | Niles, IL | Full Line | 09/28/18 (34) | 18.34 | 12/16/18 (46) | 18.48 | (822,494.24) | x |
| 1343 | Cambridge, MA | Full-Line | 10/11/18 (36) | 18.36 | 12/09/18 (45) | 18.47 | (744,241.72) | x |
| 2323 | Hyannis, MA | Full-Line | 10/11/18 (36) | 18.36 | 12/09/18 (45) | 18.47 | (729,111.58) | x |
| 2354 | Vienna / parkersburg, WV | Full-Line | 10/11/18 (36) | 18.36 | 12/09/18 (45) | 18.47 | (389,106.30) | x |
| 1205 | Pompano beach, FL | Full Line | 10/18/18 (37) | 18.37 | 12/16/18 (46) | 18.48 | (593,024.58) | x |
| 1504 | Williamsville, NY | Full Line | 10/18/18 (37) | 18.37 | 12/16/18 (46) | 18.48 | (381,912.76) | x |
| | | | | | | | | |
| Total | Sears Full-Line | | | | | | (24,399,206.70) | |
| | | | | | | | | |
| 4814 | Havre, MT | Kmart | 07/12/18 (23) | 18.23 | 09/30/18 (35) | 18.37 | (118,771.12) | x |
| 9389 | Las Vegas, NV | Kmart | 07/12/18 (23) | 18.23 | 09/30/18 (35) | 18.37 | (398,200.19) | x |
| 3894 | Elko, NV | Kmart | 07/26/18 (25) | 18.25 | 10/14/18 (37) | 18.39 | (14,150.93) | x |
| 7195 | Goleta, CA | Kmart | 07/26/18 (25) | 18.25 | 10/14/18 (37) | 18.39 | (78,290.99) | x |
| 9419 | Middle village, NY | Kmart | 07/26/18 (25) | 18.25 | 10/14/18 (37) | 18.39 | (226,209.15) | x |
| 3413 | Kent, WA | Kmart | 08/16/18 (28) | 18.28 | 10/14/18 (37) | 18.39 | (60,268.76) | x |
| 4937 | Chillicothe, OH | Kmart | 08/16/18 (28) | 18.28 | 11/04/18 (40) | 18.42 | (425,221.62) | x |
| 3076 | Spring valley, CA | Kmart | 08/30/18 (30) | 18.30 | 11/04/18 (40) | 18.42 | (475,553.69) | x |
| 4483 | Annandale, VA | Kmart | 08/30/18 (30) | 18.30 | 11/18/18 (42) | 18.44 | (441,700.52) | x |
| 3495 | Milford, CT | Kmart | 09/06/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (560,343.70) | x |
| 3582 | Clovis, CA | Kmart | 09/06/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (674,840.09) | x |
| 3800 | Newark, DE | Kmart | 09/06/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (525,209.03) | x |
| 4435 | Gresham, OR | Kmart | 09/06/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (685,322.45) | x |
| 4762 | Antioch, CA | Kmart | 09/06/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (605,757.52) | x |
| 4863 | Gillette, WY | Kmart | 09/06/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (520,125.44) | x |
| 7021 | Cape girardeau, MO | Kmart | 09/06/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (303,695.33) | x |
| 7289 | Steger, IL | Kmart | 09/06/18 (31) | 18.31 | 11/25/18 (43) | 18.45 | (657,598.51) | x |
| 3724 | Scott depot, WV | Kmart | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (491,804.95) | x |
| 4868 | Riverhead, NY | Kmart | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (686,070.49) | |
| 7225 | Los angeles, CA | Kmart | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (1,029,550.30) | |
| 7719 | Columbus, MS | Kmart | 09/27/18 (34) | 18.34 | 11/25/18 (43) | 18.45 | (563,090.58) | |
| 3531 | Pinole, CA | Kmart | 10/11/18 (36) | 18.36 | 12/09/18 (45) | 18.47 | (715,419.17) | |
| 3396 | Poughkeepsie, NY | Kmart | 10/18/18 (37) | 18.37 | 12/16/18 (46) | 18.48 | (833,685.26) | |
| | | | | | | | | |
| Total | Kmart | | | | | | (11,266,540.39) | |

Start of GOB in excess of 4 weeks

| Sears | Kmart | Consolidated | |
|-------|-------|--------------|---|
| (11,921,183.91) | (6,946,319.64) | (18,867,503.55) | (p) |

**Sears Holdings Corporation**
**Borrowing Base Certificate**
**Stock Ledger Reconciliation**
**As of 10/6/2018**

A04103 Merchandise Sales                774,938,802

**Sears Holdings Corporation**
**Borrowing Base Certificate**
**Inventory in Foreign Location**
As of 10/6/2018

Foreign

|  |  |  |
|---|---|---|
|  | - |  |
|  | - |  |
| **Total Foreign** | - | (l) |

**Sears Holdings Corporation**
**Borrowing Base Certificate**
**Ineligible Inventory**
As of 10/6/2018

| Division | Amount | |
|---|---:|---|
| DIV0774 SEAFOOD | - | |
| BUS0008 RESTAURANT | 349,024 | |
| DIV0071 READERS MARKET | 1,618,401 | |
| DIV0074 WHOLESALER FRT/FEES | - | |
| DIV0079 GASOLINE | - | |
| DPT0192 LIVE PLANTS | 1,072,100 | (K6) |
| GRP1245 DECORATIVE FLOWERS | 66,869 | (K6) |

**Sears Holdings Corporation**
**Borrowing Base Certificate**
**Eligible Credit Card Receivables**
As of 10/6/2018

| Account | | Total Sears | Less Accounting Adjustment | Less Orchard | Total Sears (excluding Orchard and Accounting Adj) | Total Kmart | Accounting Adjustment | Total Kmart (excluding Accounting Adj) |
|---|---|---|---|---|---|---|---|---|
| 11500 A/R SEARS MASTERCARD | Reporting Divisions | 799 | - | - | 799 | - | - | - |
| 11505 A/R COMMERCIAL ONE | Reporting Divisions | - | - | - | - | - | - | - |
| 11506 BLUE TARP BASE COMM 1 | Reporting Divisions | - | - | - | - | - | - | - |
| 11507 BLUE TARP BASE COMM 1 R | Reporting Divisions | - | - | - | - | - | - | - |
| 11510 A/R DEBIT CARDS | Reporting Divisions | 1,385,023,570 | - | - | 1,385,023,570 | - | - | - |
| 11511 A/R DEBIT CARDS SETTLEMENT | Reporting Divisions | (1,385,034,045) | - | - | (1,385,034,045) | - | - | - |
| 11512 HSBC SALES & PYMTS CLEARANCE | Reporting Divisions | - | - | - | - | - | - | - |
| 11513 WEX Card Sales | Reporting Divisions | - | - | - | - | - | - | - |
| 11515 A/R DISCOVER CARD SETTLEMENT | Reporting Divisions | (13,425,987) | - | - | (13,425,987) | - | - | - |
| 11516 A/R DISCOVER CARD SALES | Reporting Divisions | 13,423,611 | - | - | 13,423,611 | - | - | - |
| 11517 A/R DISCOVER CARD PAYMENTS | Reporting Divisions | - | - | - | - | - | - | - |
| 11518 A/R DISCOVER CARD DEL BILL | Reporting Divisions | - | - | - | - | - | - | - |
| 11519 A/R BARCLAYS | Reporting Divisions | - | - | - | - | - | - | - |
| 11525 A/R AMERICAN EXPRESS | Reporting Divisions | 415,124,805 | - | - | 415,124,805 | - | - | - |
| 11526 A/R AMERICAN EXPRESS SETTLEMEN | Reporting Divisions | (415,143,664) | - | - | (415,143,664) | - | - | - |
| 11527 A/R PAYPAL | Reporting Divisions | - | - | - | - | - | - | - |
| 11528 Elaine Receivable | Reporting Divisions | - | - | - | - | - | - | - |
| 11530 A/R VISA MC SETTLEMENT | Reporting Divisions | (3,037,919,543) | - | - | (3,037,919,543) | - | - | - |
| 11531 A/R VISA MC SALES | Reporting Divisions | 3,037,965,897 | - | - | 3,037,965,897 | - | - | - |
| 11532 A/R VISA MC PRIOR MONTH | Reporting Divisions | - | - | - | - | - | - | - |
| 11535 A/R SEARS CARD | Reporting Divisions | - | - | - | - | - | - | - |
| 11531 Kmart Cash 3rd Party, Flexible | Reporting Divisions | 11,709 | - | - | 11,709 | - | - | - |
| **A01115 Bankcard Transactions** | Reporting Divisions | **27,152** | **-** | **-** | **27,152** | **-** | **-** | **-** |
| 10470 CHARGE CARD DEPOSITS | Reporting Divisions | - | - | - | - | 89,403 | - | 89,403 |
| 10341 HSBC KMART | Reporting Divisions | - | - | - | - | 1 | - | 1 |
| 10472 CC 3RD PARTY IN-TRANSIT | Reporting Divisions | 50,301,742 | - | - | 50,301,742 | 13,888,793 | - | 13,888,793 |
| 10480 INSTALLMENT LOANS | Reporting Divisions | - | - | - | - | - | - | - |
| 10480 Other Charge Card Deposits | Reporting Divisions | - | - | - | - | - | - | - |
| **A01106 Credit Card Deposits in Transit** | Reporting Divisions | **50,301,742** | **-** | **-** | **50,301,742** | **13,978,197** | **-** | **13,978,197** |
| 10333 BANK OF AMERICA #1 | Reporting Divisions | (7,980) | - | - | (7,980) | 1 | - | 1 |
| 10334 MELLON/RADIX(DISCOVER PYMT) | Reporting Divisions | - | - | - | - | - | - | - |
| **10334 MELLON/RADIX(DISCOVER PYMT)** | Reporting Divisions | **(7,980)** | **-** | **-** | **(7,980)** | **1** | **-** | **1** |
| 10472 CC 3RD PARTY IN-TRANSIT | DIV9142 BARCLAYS | 568,040 | - | - | 568,040 | 1 | - | 1 |
| 10472 CC 3RD PARTY IN-TRANSIT | DIV9157 BLUE TARP F | - | - | - | - | - | - | - |
| **Total Eligible Credit Card Receivables** | (L) | | | | **49,752,874** | | | **13,978,197** |

memo
Bankcard transactions represents Sears branded card sales (Citi) that settle 2-3 days after period close (approx)
Credit Card Deposits in Transit represent third party i.e. Visa, Amex, that settle 2-3 days after period close (approx)
We consider all of these transactions as credit card receivables in the calculation.

**Sears Holdings Corporation**
**Borrowing Base Certificate**
**Gift Card Liability**
As of 10/6/2018

| Type of Card | | Amount | |
|---|---|---|---|
| Lands' End Summary Hist | A02113 Gift Certificates | - | |
| 39001 SEARS GIFT CARD | A02113 Gift Certificates | (34,519,453) | |
| 39002 KMART GIFT CARD | A02113 Gift Certificates | (5,612,218) | |
| 39005 PUERTO RICO GIFT CAR | 21248 GC LIABILITY-SEARS PUERTO RICO | (304,245) | |
| 39005 PUERTO RICO GIFT CAR | 21247 GC LIABILITY-KMART PUERTO RICO | (140,749) | |
| | Sears Gift Card Liability | (34,823,698) | (M) |
| | Kmart Gift Card Liability | (5,752,967) | (M) |
| | Sears Gift Card Liability (50%) | (17,411,849) | |
| | Kmart Gift Card Liability (50%) | (2,876,484) | |

Sears Holdings Corporation
Borrowing Base Certificate
Distribution Rent Reserve
As of 10/6/2018

| Location | Rent | DC Satelite Facility Rent | Storage Rent | Storage Rent | Total Full Year Rent | 2 Months if inventory > $25M | | Location | Merchandise Inventory |
|---|---|---|---|---|---|---|---|---|---|
| 00087 ONTARIO - ONLII | - | - | - | - | - | - | | 08287 ONTARIO RDC | 34,310,150 |
| 08287 ONTARIO RDC | 1,711,500 | - | - | - | 1,711,500 | 285,250 | | 08287 ONTARIO RDC | 34,310,150 |
| 08272 SPARKS RDC | - | - | - | - | - | - | | 08272 SPARKS RDC | - |
| 08273 LAWRENCE R | 305,256 | - | - | - | 305,255 | 50,876 | | 08273 LAWRENCE RE | 26,686,500 |
| 08290 DENVER RDC | 4,030,475 | - | - | - | 4,030,475 | - | | 08290 DENVER RDC | - |
| 08299 SHAKOPEE R | - | - | - | - | - | - | | 08299 SHAKOPEE RC | - |
| 08275 MORRISVILLE | 1,303,991 | - | - | - | 1,303,991 | 217,332 | | 08275 MORRISVILLE | 36,421,665 |
| 08276 KMART PUERTO | - | - | - | - | - | - | | 08975 RIO PIEDRAS,PR | 16,557,860 |
| 08274 CANTON DC | - | - | - | - | - | - | | 08274 CANTON DC | - |
| 08268 GREENSBORI | - | - | - | - | - | - | | 08268 GREENSBORO | - |
| 08303 CORSICANA DC | - | - | - | - | - | - | | 08303 CORSICANA DC | - |
| 08781 CHAMBERSBURI | 4,212,032 | - | - | 261,521 | 4,473,553 | 745,592 | | 08781 CHAMBERSBURG | 50,595,372 |
| 08936 GROVEPORT RS | 7,247 | - | - | - | 7,247 | - | | 08936 GROVEPORT RSC | - |
| 08937 FOREST PARK R | - | - | - | - | - | - | | 08937 FOREST PARK RE | - |
| 07991 EDISON (ADS) TPW-KN | - | - | - | - | - | - | | 07991 EDISON (ADS) TPW-KM | - |
| 08780 MIRA LOMA RSC | 3,507,780 | - | - | - | 3,507,780 | 584,630 | | 08780 MIRA LOMA RSC | 47,151,141 |
| 07992 MIRA LOMA FDC-KMAR | - | - | - | - | - | - | | 07992 MIRA LOMA FDC-KMART | - |
| **Kmart Logistics** | **15,078,281** | **-** | **-** | **261,521** | **15,339,802** | **1,883,680** | (H) | | |
| | | | | | | | | | |
| 00020 COLUMBUS - ONLII | - | - | - | - | - | - | | 00420 COLUMBUS - RRC | - |
| 45373 COLUMBUS RRC | - | - | - | - | - | - | | 00420 COLUMBUS - RRC | - |
| 45432 COLUMBUS DDC | 3,348,660 | - | - | - | 3,348,660 | - | | 00862 COLUMBUS - DDC | 15,301,094 |
| 08712 COLUMBUS - MDO | - | - | - | - | - | - | | 08712 COLUMBUS - MDO | 908,684 |
| 45081 COLUMBUS - MDO | 292,221 | - | - | - | 292,221 | - | | 08712 COLUMBUS - MDO | 908,684 |
| 00043 WILKES-BARRE - OI | - | - | - | - | - | - | | 00443 WILKES-BARRE - RR | 45,429,552 |
| 45376 WILKES-BARRE RRI | - | 3,528,290 | - | - | 3,528,290 | 588,048 | | 00443 WILKES-BARRE - RR | 45,429,552 |
| 00047 DC CUST DIR FULFI | - | - | - | - | - | - | | 00470 MANTENO CDFC | 30,341 |
| 45375 MANTENO RRC | 2,739,480 | - | - | - | 2,739,480 | 456,580 | | 00440 MANTENO - RRC | 45,275,165 |
| 00049 DELANO - ONLINE E | - | - | - | - | - | - | | 00449 DELANO RRC | 63,505,606 |
| 45379 DELANO RR | 481,200 | - | - | - | 481,200 | 80,200 | | 00449 DELANO RRC | 63,505,606 |
| 08110 MIRA LOMA FDC-SEAR | - | - | - | - | - | - | | 08110 MIRA LOMA FDC-SEARS | - |
| 08710 GROVE CITY - DRC | - | - | - | - | - | - | | 08710 GROVEPORT - CRC | 2,172,361 |
| 08744 ALLENTOWN - MDO | - | - | - | - | - | - | | 08744 ALLENTOWN - MDO | 688,701 |
| 45177 ALLENTOWN - MDO | 350,352 | - | - | - | 350,352 | - | | 08744 ALLENTOWN - MDO | 688,701 |
| 08776 OLIVE BRANCH/MEMPHIS-DDC | - | - | - | - | - | - | | 08776 OLIVE BRANCH-DDC | 12,054,831 |
| 45431 OLIVE BRANCH DDC | 2,046,800 | - | - | - | 2,046,800 | - | | 08776 OLIVE BRANCH-DDC | 12,054,831 |
| 08815 SUNRISE - MDO | - | - | - | - | - | - | | 08815 SUNRISE - MDO | 490,052 |
| 45149 SUNRISE - MDO | 573,891 | - | - | - | 573,891 | - | | 08815 SUNRISE - MDO | 490,052 |
| 08838 MDO - DOS INVENTOR | - | - | - | - | - | - | | 08838 MDO - DOS INVENTORY | 153,456 |
| 45165 CHESAPEAKE - MDO | 156,596 | - | - | - | 156,596 | - | | 08838 MDO - DOS INVENTORY | 153,456 |
| 08873 GOULDSBORO-DDC | - | - | - | - | - | - | | 08873 GOULDSBORO-DDC | 22,294,982 |
| 45564 GOULDSBORO DDC | 4,381,020 | - | - | - | 4,381,020 | - | | 08873 GOULDSBORO-DDC | 22,294,982 |
| 08975 RIO PIEDRAS,PR | - | - | - | - | - | - | | 08975 RIO PIEDRAS,PR | 16,557,860 |
| 45056 RIO PIEDRAS OPER | 527,283 | - | 61,020 | - | 588,303 | - | | 45056 RIO PIEDRAS OPER | - |
| 00433 MIDDLETOWN - TD | - | - | - | - | - | - | | 00433 MIDDLETOWN - TDC | 4,402,858 |
| 45459 MIDDLETOWN - | 2,313,313 | - | - | - | 2,313,313 | - | | 00433 MIDDLETOWN - TDC | 4,402,858 |
| 09323 WOODLAND - CRC | - | - | - | - | - | - | | 09323 WOODLAND - CRC | - |
| 09493 ATLANTA - CRC | - | - | - | - | - | - | | 09493 ATLANTA - CRC | - |
| 45460 ATLANTA - TDC | - | - | - | - | - | - | | 00435 ATLANTA - TDC (CLS | - |
| 45053 KENT ANNEX | - | - | - | - | - | - | | 45053 KENT ANNEX | - |
| 45415 KENT DDC | - | 463,624 | - | - | 463,624 | - | | 08709 KENT - DDC | 10,698,548 |
| 45055 JACKSONVILLE - | - | - | - | - | - | - | | 45055 JACKSONVILLE - | - |
| 45422 JACKSONVILLE DDC | 1,674,565 | - | - | - | 1,674,565 | - | | 08761 INNOVEL OCALA DDI | 14,683,405 |
| 45374 JACKSONVILLE RRC | - | 406,230 | - | - | 406,230 | 67,705 | | 00425 JACKSONVILLE RRC | 27,777,502 |
| 45417 ONTARIO - DDC | 3,799,572 | - | - | - | 3,799,572 | - | | 08729 ONTARIO - DDC | 22,027,362 |
| 45438 DALLAS DDC | 192,530 | - | - | - | 192,530 | - | | 08870 DALLAS - DDC | 24,941,298 |
| 45439 ROMEOVILLE - DDC | 2,867,040 | - | - | - | 2,867,040 | - | | 08871 ROMEOVILLE - DDC | 15,323,784 |
| 45440 PENDERGRASS DDC | 2,522,204 | - | - | - | 2,522,204 | - | | 08872 PENDERGRASS - DD | 15,063,808 |
| 45396 NAPERVILLE - SLS | 2,882,383 | - | - | - | 2,882,383 | - | | SONLOOM 09300 I | 12,091,664 |
| 45575 STOCKTON DDC | 3,241,073 | - | - | - | 3,241,073 | - | | 08915 STOCKTON DDC | 13,761,038 |
| 45377 MEMPHIS RRC | - | - | - | - | - | - | | 00446 MEMPHIS - RRC | - |
| 45378 GARLAND RRC | 1,465,843 | - | - | - | 1,465,843 | 247,641 | | 00447 GARLAND - RRC | 32,970,894 |
| 45443 NAPERVILLE-TGIDC - SLS | - | - | - | - | - | - | | 45443 NAPERVILLE-TGIDC - SLS | - |
| 45595 DART WAREHOUSE-K( | - | - | - | - | - | - | | 08198 NAPERVILLE(DART) TPW-KCC | - |
| 08823 DULLES - MDO | - | - | - | - | - | - | | 05823 DULLES - MDO | 291,092 |
| 08897 KENT - MIXLOAD | - | - | - | - | - | - | | 08897 KENT - MIXLOAD | 852,157 |
| PRDIST 08976 ROYERS | 581,943 | - | - | - | 581,943 | - | | PRDIST 08976 ROYERS( | 16,681,137 |
| 45303 SLS - TRANS RRC I/B OTH | - | - | - | - | - | - | | 45303 SLS - TRANS RRC I/B OTHE | - |
| **Sears Logistics** | **36,457,969** | **4,398,144** | **61,020** | **-** | **40,917,133** | **1,440,174** | (H) | | |
| | | | | | | | | | |
| **Total SHC** | **51,536,250** | **4,398,144** | **61,020** | **261,521** | **56,256,935** | **3,323,854** | | | |

**Sears Holdings Corporation**
**Borrowing Base Certificate**
**Store Rent Reserve**
As of 10/6/2018

| | Rent | Rent | Rent | Percentage Rent | Common Area Maintenace | Common Area Maintenace | 2 Months Total | |
|---|---|---|---|---|---|---|---|---|
| Kmart Total | 1,367,883 | 155,663 | 1,523,546 | 78,715 | 2,936,832 | - | 3,549,683 | (O) |
| Sears Total | 405,662 | 312,259 | 717,921 | 74,475 | 3,688,128 | 31,347 | 2,125,637 | (O) |

**Sears Holdings Corporation**
**Borrowing Base Certificate**
**PACA PASA**
As of 10/6/2018

| DUNSNOX | VNAME | RAPS PENDING |
|---|---|---|
| 605709 | BELAU FARMS | 514.30 |
| 539874 | CHEF KO SAUSAGE COMPANY | -286.22 |
| 976824 | LA CONFISERIE INC | 654.02 |
| 130514110 | OROWEAT FOODS CO | 0.00 |

882   (P)

**Sears Holdings Corporation**
**Borrowing Base Certificate**
**Credit Card Receivables Owed to PR**
As of 10/6/2018

| Location | Amount | 3 days of monthly revenue | |
|---|---|---|---|
| INSIDEK 02525 CAYEY, PR | - | - | |
| INSIDEK 02535 JUANA DIAZ, PR | (1,825) | (183) | |
| INSIDEK 02575 VEGA ALTA, PR | (1,462) | (146) | |
| INSIDEK 02585 YAUCO, PR | (1,719) | (172) | |
| INSIDEK 02870 GUAYNABO, PR | (1,392) | (139) | |
| INSIDEK 02871 BAYAMON, PR | (3,296) | (330) | |
| INSIDEK 04738 CAROLINA, PR | (1,785) | (179) | |
| INSIDEK 09072 RIO PIEDRAS, PR | (2,605) | (261) | |
| **Total Monthly Revenues SPC - PR from Kmart** | **(14,084)** | **(1,408)** | (Q) |
| FLS    01085 CAGUAS, PR | (125,371) | (12,537) | |
| FLS    01935 MAYAGUEZ, PR | (108,345) | (10,835) | |
| FLS    01945 PONCE, PR | (109,118) | (10,912) | |
| FLS    02355 HATILLO, PR | (73,118) | (7,312) | |
| FLS    02675 GUAYAMA, PR | (19,488) | (1,949) | |
| FLS    01905 SAN JUAN, PR | (249,107) | (24,911) | |
| FLS    01915 BAYAMON, PR | (35,377) | (3,538) | |
| FLS    01925 CAROLINA, PR | (93,098) | (9,310) | |
| FLS    02085 FAJARDO, PR | (36,166) | (3,617) | |
| FLS    08463 SAN JUAN, PR | - | - | |
| FLSONLPR09313 MANTENO, IL | - | - | |
| SVCCPA 08759 BAYAMON, PR | - | - | |
| SVCCPA 09470 BAYAMON, PR | - | - | |
| INSVCS 07472 GUAYNABO, PR | | - | |
| CSCTRS 04416 RIO PIEDRAS, PR | | - | |
| **Total Monthly Revenues SPC - PR from Sears** | **(849,188)** | **(84,919)** | (Q) |
| **Total SHC** | | **(86,327)** | |

**Sears Holdings Corporation**
**Borrowing Base Certificate**
**Letter of Credit % - OTW In-transit**
As of 10/6/2018

| | | | |
|---|---|---|---|
| 186,131,477.71 | W | Wire | 92.5% |
| 15,158,064.20 | L | L.C | 7.5% |
| 15,575.50 | F | Free goods | 0.0% |
| 201,305,117.41 | | OTW As of 10/6/18 | |

(R)

**Sears Holdings Corporation**
**Borrowing Base Certificate**
**Pharmacy Accounts Receivable**
As of 10/6/2018

Reporting Divisions
Kmart Operations
External Analysis
2018 Actuals
HTD(Sep)

**11110 A/R - PHARMACY RECEIVABLE**                    14,510,723      (S1)

ICAESMOA

KMART CORPORATION - PHARMACY CLAIMS
AGING OF CLAIMS AND UNAPPLIED CASH - BY CARRIER AS OF 09/01/18

| PDX | September CLAIMS | CHECKS | August CLAIMS | CHECKS | July CLAIMS | CHECKS | June CLAIMS | CHECKS | May CLAIMS | CHECKS | April CLAIMS | CHECKS | March/February* CLAIMS | CHECKS | TOTAL CLAIMS | TOTAL CHECKS | TRUE RECEIVABLE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0-30 | 0-30 | 31-60 | 31-60 | 61-90 | 61-90 | 91-120 | 91-120 | 121-150 | 121-150 | 151-180 | 151-180 | 181+ | 181+ | | | |
| Name | | | | | | | | | | | | | | | | | |

W:\PHARMACY\PHARMACY\ACCOUNTING\RECON\SEARSREV(151132O).xlsx

CHECKS ARE AGED BASED ON RECEIVE DATE. CLAIMS ARE AGED BASED ON FILL DATE

| Tracking Summary | Sears | Kmart | Consolidated |
|---|---|---|---|
| **Inventory Ineligibles** | | | |
| Located at property not owned/leased by Loan Parties except Dealer Stores | $ - | $ - | $ - |
| Accrued inventory without receiver in stock ledger | $ - | $ - | $ - |
| Closed store inventory in excess of four weeks | $ 11.9 | $ 6.9 | $ 18.9 |
| Pack away in excess of 12 months | $ - | $ - | $ - |
| Layaway, sold not delivered (1) | $ 82.2 | $ 1.4 | $ 83.7 |
| Supplies, packaging, shipping materials (2) | $ - | $ - | $ - |
| Wholesale inventory as a percent of total inventory | | | 7.61% |
| **Inventory Reserves** | | | |
| Consignment A/P | $ - | $ 0.5 | $ 0.5 |
| Lottery A/P (3) | $ - | $ - | $ - |
| Ad Valorem Taxes (TX, TN, KY, AL) (4) | $ 9.4 | $ - | $ 9.4 |
| Royalty A/P | $ 2.2 | $ 3.1 | $ 5.3 |
| Pension Liability (5) | $ 1,179.3 | $ - | $ 1,179.3 |
| Credit Card Receivable owed to PR | $ 0.1 | $ 0.0 | $ 0.1 |
| Landing Costs | $ - | $ 2.5 | $ 2.5 |
| Dealer Store A/P | $ - | $ - | $ - |

(1) Amount reflected is unshipped, layaway is a non-stock ledger amount not reflected in BBC

(2) Supplies are removed from stock ledger

(3) Funded bank account, no liability outstanding

(4) Reflects 2016 annual payments, Sears and Kmart combined

(5) Contains both Kmart and Sears pension plans

# Exhibit G

SEE NATIVE FILE

ESL_507B_00000001

**GOB Store Performance (Post-Ch. 11 Bankruptcy Filing)**

| Announce Date | Store Format | # GOB Stores | GOB Sales | Goods Available at Cost | Goods Available per Store | Gross Recovery % | Total GOB Expenses | GOB Expense per Store | Net Recovery % |
|---|---|---|---|---|---|---|---|---|---|
| 10/15/18 | FLS | 77 | $ 251,199,766 | $ 205,725,578 | $ 2,671,761 | 122.1% | $ 49,128,863 | $ 638,037 | 98.6% |
| | Kmart | 65 | $ 197,658,880 | $ 171,692,459 | $ 2,641,422 | 115.1% | $ 36,852,757 | $ 566,965 | 94.8% |
| | FLS+Kmart | 142 | $ 448,858,646 | $ 377,418,037 | $ 2,657,874 | 118.9% | $ 85,981,620 | $ 605,504 | 96.9% |
| 11/8/18 | FLS | 29 | $ 71,762,679 | $ 58,587,791 | $ 2,020,269 | 122.5% | $ 12,736,335 | $ 439,184 | 100.6% |
| | Kmart | 11 | $ 40,583,110 | $ 34,358,332 | $ 3,123,485 | 118.1% | $ 8,281,100 | $ 752,827 | 95.2% |
| | FLS+Kmart | 40 | $ 112,345,789 | $ 92,946,123 | $ 2,323,653 | 120.9% | $ 21,017,435 | $ 525,436 | 98.6% |
| 12/27/18 | FLS | 43 | $ 98,267,824 | $ 81,372,001 | $ 1,892,372 | 120.8% | $ 20,878,800 | $ 485,553 | 96.1% |
| | Kmart | 37 | $ 74,586,254 | $ 65,463,890 | $ 1,769,294 | 113.9% | $ 16,155,319 | $ 436,630 | 91.4% |
| | FLS+Kmart | 80 | $ 172,854,078 | $ 146,835,891 | $ 1,835,449 | 117.7% | $ 37,034,119 | $ 462,926 | 94.0% |
| Totals | FLS | 149 | $ 390,050,700 | $ 321,455,911 | $ 2,157,422 | 121.3% | $ 78,288,763 | $ 525,428 | 97.6% |
| | Kmart | 113 | $ 384,590,923 | $ 330,102,472 | $ 2,921,261 | 116.5% | $ 74,025,510 | $ 655,093 | 95.2% |
| | FLS+Kmart | 262 | $ 774,641,623 | $ 651,558,383 | $ 2,486,864 | 118.9% | $ 152,314,273 | $ 581,352 | 96.4% |

ESL_507B_00000001

| GOB Period (12 Weeks) | |
|---|---|
| Begins | 10/21/18 |
| Ends | 01/06/19 |

| | | Net Merchandise Sales | Total Beg Inv at Cost | Receipts at Cost |
|---|---|---|---|---|
| Kmart Retail Old | STR03097 COUNCIL BLUFFS    IA | 2,923,070 | 1,725,651 | 927,989 |
| Kmart Retail Old | STR03133 BELLINGHAM     WA | 2,701,138 | 1,785,995 | 771,008 |
| Kmart Retail Old | STR03239 KANSAS CITY     MO | 2,128,470 | 1,312,549 | 527,598 |
| Kmart Retail Old | STR03251 INDIANAPOLIS    IN | 2,831,469 | 1,971,468 | 798,286 |
| Kmart Retail Old | STR03308 LAKE ORION    MI | 2,667,262 | 1,679,910 | 704,003 |
| Kmart Retail Old | STR03345 MODESTO      CA | 3,450,083 | 2,164,453 | 1,000,444 |
| Kmart Retail Old | STR03361 ALLENTOWN     PA | 2,707,676 | 1,560,585 | 802,325 |
| Kmart Retail Old | STR03393 GLASSBORO     NJ | 3,190,139 | 1,715,910 | 894,788 |
| Kmart Retail Old | STR03424 GAINESVILLE    FL | 3,832,139 | 2,159,503 | 970,361 |
| Kmart Retail Old | STR03483 ONTARIO      CA | 3,513,218 | 1,861,324 | 925,789 |
| Kmart Retail Old | STR03600 SCHENECTADY    NY | 4,118,988 | 2,109,835 | 1,347,337 |
| Kmart Retail Old | STR03654 OXON HILL     MD | 3,759,670 | 2,017,186 | 1,223,972 |
| Kmart Retail Old | STR03713 COVINGTON     GA | 3,174,606 | 2,077,751 | 613,280 |
| Kmart Retail Old | STR03793 MIAMI      FL | 4,194,331 | 2,417,410 | 1,275,576 |
| Kmart Retail Old | STR03807 PRINCE FREDERICK  MD | 3,413,459 | 1,966,329 | 772,144 |
| Kmart Retail Old | STR03808 STATESVILLE    NC | 2,796,116 | 1,747,791 | 653,212 |
| Kmart Retail Old | STR03820 CHARLEVOIX    MI | 2,104,209 | 1,603,740 | 487,028 |
| Kmart Retail Old | STR03823 JASPER     IN | 2,703,081 | 1,812,691 | 589,729 |
| Kmart Retail Old | STR03884 MATAMORAS     PA | 3,465,430 | 2,067,367 | 893,558 |
| Kmart Retail Old | STR03941 RUSSELL SPRINGS   KY | 2,331,813 | 1,631,756 | 654,081 |
| Kmart Retail Old | STR03945 DELANO      CA | 3,173,786 | 2,074,124 | 794,952 |
| Kmart Retail Old | STR03978 PEACHTREE CITY   GA | 2,736,952 | 1,672,816 | 576,173 |
| Kmart Retail Old | STR03982 LEMOORE     CA | 3,952,736 | 2,300,001 | 1,059,505 |
| Kmart Retail Old | STR04010 PITTSBURGH    PA | 2,544,283 | 1,491,267 | 822,354 |
| Kmart Retail Old | STR04026 ST JOSEPH     MO | 2,846,550 | 2,767,284 | 80,266 |
| Kmart Retail Old | STR04054 NEW KENSINGTON  PA | 2,950,429 | 1,743,429 | 706,097 |
| Kmart Retail Old | STR04112 ASHEVILLE    NC | 2,516,565 | 1,709,754 | 452,260 |
| Kmart Retail Old | STR04123 NIAGARA FALLS   NY | 3,465,610 | 2,250,260 | 658,972 |
| Kmart Retail Old | STR04150 ALTOONA     PA | 3,732,294 | 2,376,969 | 871,258 |
| Kmart Retail Old | STR04188 CHARLESTON    WV | 3,004,543 | 2,196,901 | 635,628 |
| Kmart Retail Old | STR04215 KANSAS CITY    KS | 2,882,664 | 1,916,733 | 636,440 |
| Kmart Retail Old | STR04257 CLEVELAND     OH | 3,325,427 | 1,793,907 | 939,283 |
| Kmart Retail Old | STR04297 MOLINE      IL | 3,118,587 | 1,789,066 | 838,845 |
| Kmart Retail Old | STR04304 FLORISSANT    MO | 3,779,698 | 2,670,669 | 699,231 |
| Kmart Retail Old | STR04433 QUINCY      IL | 3,284,600 | 2,195,045 | 610,225 |
| Kmart Retail Old | STR04450 RALEIGH     NC | 1,978,279 | 1,523,327 | 346,719 |
| Kmart Retail Old | STR04455 BEAVERTON    OR | 2,597,878 | 1,812,387 | 628,056 |
| Kmart Retail Old | STR04706 RIVERSIDE    CA | 4,284,367 | 2,192,447 | 1,348,475 |
| Kmart Retail Old | STR04736 CASPER     WY | 2,761,174 | 1,818,275 | 692,562 |
| Kmart Retail Old | STR04741 BATAVIA     NY | 3,553,579 | 2,229,363 | 749,372 |
| Kmart Retail Old | STR07043 ROCK HILL     SC | 2,881,493 | 1,885,793 | 584,890 |
| Kmart Retail Old | STR07169 SALINA     KS | 2,656,970 | 2,026,431 | 476,661 |
| Kmart Retail Old | STR07209 EAST LIVERPOOL  OH | 2,698,805 | 1,677,676 | 642,532 |
| Kmart Retail Old | STR07223 METAIRIE     LA | 3,325,741 | 1,942,996 | 830,983 |
| Kmart Retail Old | STR07229 GRAYSON     KY | 2,774,624 | 2,082,025 | 463,067 |

| | | | | |
|---|---|--:|--:|--:|
| Kmart Retail Old | STR07259 WILLIAMSBURG    VA | 2,660,267 | 1,666,506 | 590,755 |
| Kmart Retail Old | STR07274 MAULDIN        SC | 2,900,234 | 1,793,539 | 640,587 |
| Kmart Retail Old | STR07415 SPRINGFIELD      VA | 2,836,879 | 1,490,818 | 723,935 |
| Kmart Retail Old | STR07460 KNOXVILLE      TN | 2,377,731 | 1,625,186 | 447,354 |
| Kmart Retail Old | STR07470 HUMMELSTOWN    PA | 3,145,198 | 1,931,477 | 729,257 |
| Kmart Retail Old | STR07471 PLACERVILLE     CA | 3,181,605 | 1,666,787 | 1,018,544 |
| Kmart Retail Old | STR07717 WAYNESBORO     VA | 3,064,722 | 1,895,373 | 581,969 |
| Kmart Retail Old | STR07746 CARLISLE        PA | 2,835,361 | 1,731,510 | 609,043 |
| Kmart Retail Old | STR09222 CHEROKEE      IA | 1,599,177 | 1,013,018 | 446,140 |
| Kmart Retail Old | STR09309 WEBSTER CITY   IA | 1,681,825 | 1,037,589 | 463,776 |
| Kmart Retail Old | STR09348 NORRIDGE       IL | 5,487,530 | 2,801,864 | 1,808,284 |
| Kmart Retail Old | STR09354 GRIFFITH       IN | 4,215,648 | 2,368,989 | 1,288,905 |
| Kmart Retail Old | STR09392 WEST SENECA    NY | 4,511,137 | 2,906,833 | 966,248 |
| Kmart Retail Old | STR09409 PHOENIXVILLE    PA | 2,751,694 | 1,499,649 | 769,932 |
| Kmart Retail Old | STR09415 MAHOPAC       NY | 2,336,986 | 1,600,444 | 617,669 |
| Kmart Retail Old | STR09438 PLEASANT HILLS  PA | 3,036,277 | 1,934,277 | 714,889 |
| Kmart Retail Old | STR09521 MADAWASKA      ME | 1,562,401 | 1,172,487 | 448,578 |
| Kmart Retail Old | STR09539 THORNDALE      PA | 2,495,712 | 1,533,485 | 528,848 |
| Kmart Retail Old | STR09711 RUSSELLVILLE    AR | 2,482,779 | 1,481,713 | 576,806 |
| Kmart Retail Old | STR09761 VISALIA        CA | 3,661,716 | 2,137,495 | 926,438 |
| | | **197,658,880** | **122,817,188** | **48,875,271** |
| Full Line Stores Total Old | STR01004 GARDEN CITY    NY | 5,674,221 | 2,905,395 | 2,100,955 |
| Full Line Stores Total Old | STR01006 OCALA        FL | 3,383,201 | 1,776,700 | 1,097,214 |
| Full Line Stores Total Old | STR01019 PLEASANTON     CA | 2,253,798 | 2,034,358 | 504,477 |
| Full Line Stores Total Old | STR01052 SAINT PAUL     MN | 2,910,344 | 1,814,162 | 850,993 |
| Full Line Stores Total Old | STR01064 LANGHORNE      PA | 3,119,657 | 1,893,425 | 648,331 |
| Full Line Stores Total Old | STR01071 LAKEWOOD      CO | 3,715,941 | 2,512,740 | 892,132 |
| Full Line Stores Total Old | STR01078 MESA         AZ | 3,035,344 | 1,771,970 | 898,748 |
| Full Line Stores Total Old | STR01079 PORTLAND      OR | 4,877,087 | 2,431,509 | 1,705,658 |
| Full Line Stores Total Old | STR01080 FRISCO        TX | 2,538,914 | 1,458,709 | 564,846 |
| Full Line Stores Total Old | STR01112 MINNETONKA     MN | 2,864,168 | 1,557,108 | 864,180 |
| Full Line Stores Total Old | STR01115 CHATTANOOGA    TN | 2,645,361 | 1,377,541 | 806,720 |
| Full Line Stores Total Old | STR01131 CENTENNIAL     CO | 2,434,753 | 1,475,891 | 636,014 |
| Full Line Stores Total Old | STR01134 MILFORD       CT | 3,926,677 | 2,424,162 | 1,031,248 |
| Full Line Stores Total Old | STR01137 AUSTIN        TX | 2,313,514 | 1,370,347 | 608,314 |
| Full Line Stores Total Old | STR01146 MEMPHIS       TN | 4,572,100 | 2,331,970 | 1,392,369 |
| Full Line Stores Total Old | STR01151 TULSA        OK | 2,302,426 | 1,417,173 | 765,862 |
| Full Line Stores Total Old | STR01169 CHANDLER      AZ | 3,231,165 | 1,890,929 | 805,226 |
| Full Line Stores Total Old | STR01193 WATERFORD      CT | 4,034,591 | 2,071,128 | 982,223 |
| Full Line Stores Total Old | STR01227 DALLAS        TX | 3,500,147 | 2,178,968 | 813,239 |
| Full Line Stores Total Old | STR01229 BOISE        ID | 2,953,223 | 1,652,762 | 790,000 |
| Full Line Stores Total Old | STR01247 LUBBOCK       TX | 2,920,499 | 1,776,415 | 673,537 |
| Full Line Stores Total Old | STR01250 LINCOLN PARK   MI | 5,746,477 | 3,236,365 | 1,230,832 |
| Full Line Stores Total Old | STR01277 SAN ANTONIO    TX | 4,117,163 | 2,473,337 | 912,060 |
| Full Line Stores Total Old | STR01287 ALBUQUERQUE    NM | 2,901,099 | 1,506,422 | 869,862 |
| Full Line Stores Total Old | STR01318 BAKERSFIELD    CA | 5,826,680 | 3,172,042 | 1,159,020 |
| Full Line Stores Total Old | STR01357 AUSTIN        TX | 3,104,188 | 1,688,619 | 906,526 |
| Full Line Stores Total Old | STR01388 COSTA MESA     CA | 7,599,467 | 4,012,645 | 1,902,037 |
| Full Line Stores Total Old | STR01390 ANN ARBOR      MI | 3,616,191 | 1,992,176 | 820,328 |
| Full Line Stores Total Old | STR01395 KNOXVILLE      TN | 2,853,391 | 1,469,647 | 802,153 |
| Full Line Stores Total Old | STR01403 NATICK        MA | 2,830,416 | 1,347,320 | 843,791 |
| Full Line Stores Total Old | STR01405 FAYETTEVILLE   NC | 4,625,624 | 2,510,509 | 1,164,078 |
| Full Line Stores Total Old | STR01408 SACRAMENTO     CA | 4,908,080 | 2,796,316 | 1,132,358 |
| Full Line Stores Total Old | STR01414 NANUET        NY | 5,305,368 | 2,976,456 | 1,273,437 |

| | | | | |
|---|---|---|---|---|
| Full Line Stores Total Old | STR01454 BENSALEM     PA | 3,426,706 | 1,925,928 | 770,994 |
| Full Line Stores Total Old | STR01464 DEPTFORD     NJ | 4,650,880 | 2,430,819 | 1,151,476 |
| Full Line Stores Total Old | STR01470 GREENWOOD     IN | 3,349,747 | 1,923,148 | 918,203 |
| Full Line Stores Total Old | STR01518 CERRITOS     CA | 6,237,462 | 3,402,049 | 1,513,348 |
| Full Line Stores Total Old | STR01564 NILES     OH | 2,317,210 | 1,249,364 | 753,091 |
| Full Line Stores Total Old | STR01574 MIDDLETOWN     NJ | 4,034,847 | 2,358,009 | 893,582 |
| Full Line Stores Total Old | STR01575 NEWPORT NEWS     VA | 3,775,262 | 2,349,660 | 885,071 |
| Full Line Stores Total Old | STR01618 MODESTO     CA | 4,899,653 | 3,074,000 | 971,633 |
| Full Line Stores Total Old | STR01646 PINEVILLE     NC | 3,235,644 | 1,632,782 | 955,511 |
| Full Line Stores Total Old | STR01658 SANTA ROSA     CA | 4,081,407 | 2,644,240 | 1,078,126 |
| Full Line Stores Total Old | STR01708 PHOENIX     AZ | 3,809,146 | 2,169,010 | 831,636 |
| Full Line Stores Total Old | STR01709 HENDERSON     NV | 2,658,152 | 1,648,588 | 607,615 |
| Full Line Stores Total Old | STR01740 JOLIET     IL | 4,199,304 | 2,217,796 | 1,168,388 |
| Full Line Stores Total Old | STR01790 LOUISVILLE     KY | 2,669,195 | 1,467,986 | 732,139 |
| Full Line Stores Total Old | STR01844 COLUMBIA     MD | 1,947,204 | 1,029,327 | 572,285 |
| Full Line Stores Total Old | STR01944 YORKTOWN HGT     NY | 2,587,514 | 1,435,549 | 678,337 |
| Full Line Stores Total Old | STR01955 LAKELAND     FL | 3,361,192 | 1,683,373 | 937,830 |
| Full Line Stores Total Old | STR01988 EL CENTRO     CA | 3,963,895 | 2,327,663 | 848,350 |
| Full Line Stores Total Old | STR01998 MONTEBELLO     CA | 4,493,797 | 2,409,815 | 1,127,739 |
| Full Line Stores Total Old | STR02034 BOWIE     MD | 3,300,089 | 1,949,373 | 906,709 |
| Full Line Stores Total Old | STR02047 SIERRA VISTA     AZ | 2,684,964 | 1,451,668 | 584,757 |
| Full Line Stores Total Old | STR02056 MARY ESTHER     FL | 2,919,262 | 1,489,167 | 758,744 |
| Full Line Stores Total Old | STR02078 YUMA     AZ | 3,045,112 | 1,490,959 | 806,780 |
| Full Line Stores Total Old | STR02119 SALEM     OR | 3,401,877 | 1,845,090 | 830,814 |
| Full Line Stores Total Old | STR02124 DU BOIS     PA | 1,881,717 | 1,007,362 | 493,946 |
| Full Line Stores Total Old | STR02147 IRVING     TX | 2,342,766 | 1,394,031 | 458,133 |
| Full Line Stores Total Old | STR02225 GOLDSBORO     NC | 2,302,576 | 1,257,434 | 523,020 |
| Full Line Stores Total Old | STR02245 MELBOURNE     FL | 3,384,428 | 1,563,245 | 1,058,375 |
| Full Line Stores Total Old | STR02298 MERCED     CA | 3,184,916 | 1,583,526 | 881,105 |
| Full Line Stores Total Old | STR02304 WESTOVER     WV | 1,670,781 | 924,976 | 467,872 |
| Full Line Stores Total Old | STR02306 GADSDEN     AL | 2,852,943 | 1,442,309 | 808,876 |
| Full Line Stores Total Old | STR02311 NORMAN     OK | 1,798,541 | 946,833 | 410,093 |
| Full Line Stores Total Old | STR02330 PUYALLUP     WA | 2,776,073 | 1,414,003 | 863,359 |
| Full Line Stores Total Old | STR02335 CLARKSVILLE     TN | 1,891,900 | 1,022,404 | 470,327 |
| Full Line Stores Total Old | STR02341 CASPER     WY | 1,798,258 | 931,100 | 661,357 |
| Full Line Stores Total Old | STR02537 HARLINGEN     TX | 2,716,836 | 1,358,233 | 936,937 |
| Full Line Stores Total Old | STR02546 BOWLING GREEN     KY | 1,764,740 | 982,162 | 455,490 |
| Full Line Stores Total Old | STR02565 BRADENTON     FL | 2,083,013 | 1,062,202 | 703,714 |
| Full Line Stores Total Old | STR02584 LAKEWOOD     NY | 2,050,328 | 1,156,175 | 549,119 |
| Full Line Stores Total Old | STR02600 TERRE HAUTE     IN | 2,059,709 | 1,050,300 | 611,563 |
| Full Line Stores Total Old | STR02617 VICTORIA     TX | 2,018,502 | 1,089,648 | 545,600 |
| Full Line Stores Total Old | STR02663 NEWINGTON     NH | 3,190,702 | 1,715,587 | 926,544 |
| Full Line Stores Total Old | STR02805 PANAMA CITY     FL | (30) | 1,606,988 | (1,617,367) |
| Full Line Stores Total Old | STR02963 WESTMINSTER     MD | 1,740,271 | 901,557 | 464,935 |
| | | **251,199,766** | **141,320,654** | **64,404,924** |
| **Kmart + FLS** | | **448,858,646** | **264,137,842** | **113,280,195** |

Announced 10/15/18
65 Kmart Stores
77 FLS Stores

| Gross Recov % incl End Inv | Total End Inv at Cost | Gross Recov % excl End Inv |
|---|---|---|
| 110.2% | 83,924 | 113.8% |
| 105.6% | 214,486 | 115.3% |
| 115.7% | 49,913 | 118.9% |
| 102.2% | 219,830 | 111.0% |
| 111.9% | 63,068 | 114.9% |
| 109.0% | 247,727 | 118.3% |
| 114.6% | 46,376 | 116.9% |
| 122.2% | (95,033) | 117.9% |
| 122.4% | 76,037 | 125.5% |
| 126.1% | (79,285) | 122.6% |
| 119.1% | 34,186 | 120.3% |
| 116.0% | 198,391 | 123.6% |
| 118.0% | 110,661 | 123.0% |
| 113.6% | 216,684 | 120.7% |
| 124.6% | 20,887 | 125.6% |
| 116.5% | 104,387 | 121.7% |
| 100.6% | 14,289 | 101.3% |
| 112.5% | 93,167 | 117.1% |
| 117.0% | 140,156 | 122.9% |
| 102.0% | 178,686 | 110.7% |
| 110.6% | 95,440 | 114.4% |
| 121.7% | 27,343 | 123.2% |
| 117.7% | 130,914 | 122.4% |
| 110.0% | 83,403 | 114.1% |
| 100.0% | 362,909 | 114.6% |
| 120.4% | 83,627 | 124.7% |
| 116.4% | 67,130 | 120.1% |
| 119.1% | 90,274 | 122.9% |
| 114.9% | 116,552 | 119.2% |
| 106.1% | 156,155 | 112.3% |
| 112.9% | 226,549 | 123.9% |
| 121.7% | 111,749 | 126.9% |
| 118.7% | 31,181 | 120.1% |
| 112.2% | 216,038 | 119.8% |
| 117.1% | 101,770 | 121.5% |
| 105.8% | 49,710 | 108.7% |
| 106.5% | 209,929 | 116.5% |
| 121.0% | 172,618 | 127.2% |
| 110.0% | 68,890 | 113.1% |
| 119.3% | 43,903 | 121.1% |
| 116.6% | 102,729 | 121.7% |
| 106.1% | 118,425 | 111.4% |
| 116.3% | 44,700 | 118.6% |
| 119.9% | 94,296 | 124.1% |
| 109.0% | 49,138 | 111.2% |

| | | |
|---|---|---|
| 117.9% | 82,208 | 122.3% |
| 119.1% | 52,099 | 121.8% |
| 128.1% | 54,097 | 131.3% |
| 114.7% | 104,316 | 120.8% |
| 118.2% | 90,379 | 122.4% |
| 118.5% | 101,585 | 123.1% |
| 123.7% | 74,769 | 127.6% |
| 121.1% | 53,441 | 124.0% |
| 109.6% | 15,492 | 110.8% |
| 112.0% | 17,127 | 113.3% |
| 119.0% | 122,123 | 122.3% |
| 115.2% | 89,111 | 118.1% |
| 116.5% | 179,764 | 122.1% |
| 121.2% | (11,071) | 120.7% |
| 105.4% | 99,328 | 110.3% |
| 114.6% | 163,360 | 122.1% |
| 96.4% | 23,381 | 97.8% |
| 121.0% | 42,685 | 123.6% |
| 120.6% | 24,341 | 122.1% |
| 119.5% | 93,195 | 123.3% |
| **115.1%** | **6,265,639** | **119.5%** |
| | | |
| 113.3% | 418,221 | 123.7% |
| 117.7% | 116,866 | 122.7% |
| 88.8% | 628,680 | 118.0% |
| 109.2% | 282,539 | 122.1% |
| 122.7% | 72,875 | 126.4% |
| 109.1% | 500,699 | 128.0% |
| 113.7% | 198,800 | 122.8% |
| 117.9% | 250,122 | 125.5% |
| 125.5% | 66,692 | 129.7% |
| 118.3% | 138,413 | 125.5% |
| 121.1% | 58,766 | 124.5% |
| 115.3% | 82,051 | 119.9% |
| 113.6% | 262,017 | 123.0% |
| 116.9% | 49,877 | 119.9% |
| 122.8% | 225,345 | 130.7% |
| 105.5% | 250,073 | 119.1% |
| 119.8% | 115,973 | 125.2% |
| 132.1% | 26,187 | 133.3% |
| 117.0% | 248,801 | 127.6% |
| 120.9% | 46,668 | 123.3% |
| 119.2% | 36,312 | 121.0% |
| 128.6% | 112,128 | 131.9% |
| 121.6% | 174,152 | 128.2% |
| 122.1% | 47,682 | 124.6% |
| 134.5% | 108,082 | 138.0% |
| 119.6% | 132,884 | 126.1% |
| 128.5% | 208,384 | 133.2% |
| 128.6% | 116,555 | 134.1% |
| 125.6% | 117,068 | 132.4% |
| 129.2% | (19,454) | 128.0% |
| 125.9% | 188,410 | 132.7% |
| 124.9% | 265,159 | 134.0% |
| 124.8% | 274,958 | 133.5% |

| | | |
|---|---:|---|
| **127.1%** | 93,544 | **131.6%** |
| **129.8%** | 114,234 | **134.1%** |
| **117.9%** | 181,598 | **125.9%** |
| **126.9%** | 107,460 | **129.7%** |
| **115.7%** | 73,152 | **120.1%** |
| **124.1%** | 127,876 | **129.2%** |
| **116.7%** | 174,685 | **123.4%** |
| **121.1%** | 261,595 | **129.5%** |
| **125.0%** | 96,840 | **129.9%** |
| **109.6%** | 475,270 | **125.7%** |
| **126.9%** | 136,651 | **133.0%** |
| **117.8%** | 168,867 | **127.3%** |
| **124.0%** | 83,047 | **127.1%** |
| **121.3%** | 56,934 | **124.5%** |
| **121.6%** | 29,808 | **123.9%** |
| **122.4%** | 61,680 | **126.1%** |
| **128.2%** | (11,671) | **127.7%** |
| **124.8%** | 114,352 | **129.5%** |
| **127.0%** | (40,571) | **125.6%** |
| **115.5%** | 187,222 | **123.7%** |
| **131.8%** | 23,770 | **133.4%** |
| **129.9%** | 76,286 | **134.4%** |
| **132.5%** | (25) | **132.5%** |
| **127.1%** | 77,593 | **130.9%** |
| **125.3%** | 27,860 | **127.7%** |
| **126.5%** | 105,326 | **134.1%** |
| **129.3%** | (21,750) | **127.8%** |
| **129.1%** | 53,509 | **131.8%** |
| **129.2%** | (4,410) | **129.0%** |
| **120.0%** | (27,433) | **117.6%** |
| **126.7%** | 33,988 | **128.7%** |
| **132.5%** | (46,404) | **128.2%** |
| **121.9%** | 128,125 | **129.2%** |
| **126.7%** | 17,827 | **128.3%** |
| **112.9%** | 50,114 | **116.6%** |
| **118.4%** | 50,297 | **121.0%** |
| **122.8%** | 42,600 | **126.5%** |
| **118.0%** | 20,795 | **119.4%** |
| **120.2%** | 24,859 | **122.0%** |
| **123.9%** | 84,897 | **130.6%** |
| **123.4%** | 33,308 | **126.0%** |
| **120.8%** | 45,983 | **122.9%** |
| **0.3%** | 0 | **0.3%** |
| **127.4%** | 15,021 | **128.8%** |
| **122.1%** | **9,106,694** | **127.8%** |
| **118.9%** | **15,372,333** | **124.0%** |

| GOB Period (12 Weeks) | |
|---|---|
| Begins | 11/11/18 |
| Ends | 01/27/19 |

| | | Net Merchandise Sales | Total Beg Inv at Cost | Receipts at Cost |
|---|---|---|---|---|
| Kmart Retail Old | STR03371 CHICAGO      IL | 4,258,396 | 2,421,379 | 1,049,893 |
| Kmart Retail Old | STR03380 WATERVILLE    ME | 2,745,861 | 1,576,166 | 803,939 |
| Kmart Retail Old | STR03527 PHILADELPHIA   PA | 3,479,291 | 1,847,165 | 932,231 |
| Kmart Retail Old | STR03828 TEMECULA     CA | 3,376,606 | 1,784,030 | 843,342 |
| Kmart Retail Old | STR03896 SAN GERMAN    PR | 4,297,439 | 3,280,759 | 662,961 |
| Kmart Retail Old | STR04048 SPRINGFIELD    IL | 2,482,717 | 1,808,773 | 420,720 |
| Kmart Retail Old | STR04064 NORTH VERSAILLES PA | 2,974,930 | 1,836,553 | 607,430 |
| Kmart Retail Old | STR04395 CUDAHY      WI | 2,352,014 | 1,607,608 | 351,605 |
| Kmart Retail Old | STR04490 GUAYNABO     PR | 5,561,872 | 3,699,327 | 1,072,705 |
| Kmart Retail Old | STR04858 CAGUAS      PR | 5,466,815 | 3,601,154 | 1,233,777 |
| Kmart Retail Old | STR09381 HUNTINGTON    NY | 3,587,169 | 2,062,968 | 853,847 |
| | | **40,583,110** | **25,525,882** | **8,832,450** |
| Full Line Stores Total Old | STR01027 EL PASO      TX | 2,769,077 | 1,651,272 | 899,581 |
| Full Line Stores Total Old | STR01043 MERIDEN      CT | 3,053,847 | 1,542,434 | 874,942 |
| Full Line Stores Total Old | STR01065 GLEN ALLEN    VA | 1,763,276 | 1,174,237 | 342,194 |
| Full Line Stores Total Old | STR01130 JANESVILLE    WI | 1,815,750 | 1,000,777 | 480,398 |
| Full Line Stores Total Old | STR01166 MERIDIAN     MS | 1,675,775 | 1,129,946 | 261,570 |
| Full Line Stores Total Old | STR01216 MEMPHIS      TN | 2,273,164 | 1,387,767 | 533,006 |
| Full Line Stores Total Old | STR01315 CHATTANOOGA   TN | 2,575,184 | 1,389,424 | 730,234 |
| Full Line Stores Total Old | STR01375 WINSTON SALEM  NC | 3,770,157 | 2,301,731 | 710,901 |
| Full Line Stores Total Old | STR01424 BETHESDA     MD | 3,982,205 | 2,519,613 | 965,748 |
| Full Line Stores Total Old | STR01484 READING      PA | 3,210,111 | 1,664,530 | 743,279 |
| Full Line Stores Total Old | STR01755 BOYNTON BEACH  FL | 2,511,374 | 1,635,820 | 505,096 |
| Full Line Stores Total Old | STR01768 PHOENIX      AZ | 2,871,198 | 1,542,129 | 812,769 |
| Full Line Stores Total Old | STR01828 LAS VEGAS    NV | 3,462,974 | 1,929,951 | 774,970 |
| Full Line Stores Total Old | STR02001 PIQUA       OH | 1,648,105 | 1,041,853 | 421,252 |
| Full Line Stores Total Old | STR02040 BATTLE CREEK   MI | 2,182,472 | 1,056,252 | 632,137 |
| Full Line Stores Total Old | STR02074 STROUDSBURG   PA | 2,565,316 | 1,328,420 | 674,515 |
| Full Line Stores Total Old | STR02106 TUPELO      MS | 1,880,066 | 994,405 | 555,163 |
| Full Line Stores Total Old | STR02138 SANTA BARBARA  CA | 4,565,999 | 2,474,537 | 1,028,277 |
| Full Line Stores Total Old | STR02156 MARYVILLE     TN | 1,766,869 | 761,873 | 634,695 |
| Full Line Stores Total Old | STR02173 SARATOGA SPGS  NY | 2,270,976 | 1,189,746 | 580,204 |
| Full Line Stores Total Old | STR02226 MURFREESBORO  TN | 1,803,700 | 917,994 | 462,193 |
| Full Line Stores Total Old | STR02278 IDAHO FALLS    ID | 2,450,466 | 1,124,346 | 879,802 |
| Full Line Stores Total Old | STR02290 MICHIGAN CITY   IN | 1,650,863 | 839,084 | 514,605 |
| Full Line Stores Total Old | STR02315 JENSEN BEACH   FL | 2,806,686 | 1,522,219 | 738,339 |
| Full Line Stores Total Old | STR02421 GRAND ISLAND   NE | 1,788,328 | 1,113,912 | 464,822 |
| Full Line Stores Total Old | STR02557 LONGVIEW     TX | 2,171,964 | 1,115,272 | 659,138 |
| Full Line Stores Total Old | STR02683 WATERTOWN    NY | 2,210,318 | 1,209,544 | 461,473 |
| Full Line Stores Total Old | STR02807 ROCK HILL     SC | 1,729,944 | 963,356 | 433,044 |
| Full Line Stores Total Old | STR02819 FAIRBANKS     AK | 2,536,515 | 1,893,272 | 397,728 |
| | | **71,762,679** | **40,415,716** | **18,172,075** |
| **Kmart + FLS** | | **112,345,789** | **65,941,598** | **27,004,525** |

Announced 11/8/18
11 Kmart Stores
29 FLS Stores

| Gross Recovery Rate % |
|---|
| 122.7% |
| 115.4% |
| 125.2% |
| 128.5% |
| 109.0% |
| 111.4% |
| 121.7% |
| 120.0% |
| 116.6% |
| 113.1% |
| 123.0% |
| 118.1% |
| 108.6% |
| 126.3% |
| 116.3% |
| 122.6% |
| 120.4% |
| 118.3% |
| 121.5% |
| 125.1% |
| 114.3% |
| 133.3% |
| 117.3% |
| 121.9% |
| 128.0% |
| 112.6% |
| 129.3% |
| 128.1% |
| 121.3% |
| 130.4% |
| 126.5% |
| 128.3% |
| 130.7% |
| 122.3% |
| 122.0% |
| 124.2% |
| 113.3% |
| 122.4% |
| 132.3% |
| 123.9% |
| 110.7% |
| 122.5% |
| 120.9% |

| | GOB Period (12 Weeks) | |
|---|---|---|
| | **Begins** | **01/03/19** |
| | **Ends** | **03/17/19** |

| | | Net Merchandise Sales | Total Beg Inv at Cost | Receipts at Cost |
|---|---|---|---|---|
| Kmart Retail Old | STR03013 CLEVELAND   OH | 1,996,132 | 1,462,335 | 416,726 |
| Kmart Retail Old | STR03071 TOMS RIVER   NJ | 2,234,867 | 1,603,810 | 380,128 |
| Kmart Retail Old | STR03147 KINGSPORT   TN | 1,787,939 | 1,503,575 | 161,918 |
| Kmart Retail Old | STR03174 STOCKTON   CA | 2,239,218 | 1,710,718 | 185,703 |
| Kmart Retail Old | STR03216 VERNON   CT | 2,534,902 | 1,716,736 | 337,631 |
| Kmart Retail Old | STR03223 FORT WALTON BEACH  FL | 1,771,653 | 1,262,516 | 267,485 |
| Kmart Retail Old | STR03256 BALTIMORE   MD | 1,880,633 | 1,471,421 | 253,503 |
| Kmart Retail Old | STR03529 PITTSBURGH   PA | 2,242,837 | 1,584,234 | 383,356 |
| Kmart Retail Old | STR03692 OCONOMOWOC   WI | 2,014,053 | 1,564,611 | 269,608 |
| Kmart Retail Old | STR03699 APPLE VALLEY  CA | 1,823,358 | 1,232,858 | 264,235 |
| Kmart Retail Old | STR03834 BURBANK   CA | 2,598,843 | 1,714,137 | 262,875 |
| Kmart Retail Old | STR03839 CORVALLIS   OR | 2,380,340 | 1,702,161 | 308,126 |
| Kmart Retail Old | STR03886 ASHEVILLE   NC | 2,171,712 | 1,769,164 | 170,783 |
| Kmart Retail Old | STR04022 GRAND FORKS   ND | 2,055,611 | 1,605,491 | 309,935 |
| Kmart Retail Old | STR04113 ERIE   PA | 2,493,960 | 1,798,725 | 458,814 |
| Kmart Retail Old | STR04147 SPOKANE   WA | 2,230,654 | 1,678,490 | 201,353 |
| Kmart Retail Old | STR04170 RAPID CITY   SD | 2,249,400 | 1,997,179 | 185,204 |
| Kmart Retail Old | STR04351 ROCHESTER   MN | 1,914,101 | 1,338,945 | 418,689 |
| Kmart Retail Old | STR04371 SANTA MARIA  CA | 1,890,412 | 1,371,121 | 236,929 |
| Kmart Retail Old | STR04810 METAIRIE   LA | 2,468,397 | 1,677,575 | 450,375 |
| Kmart Retail Old | STR04893 ELLENTON   FL | 2,276,486 | 1,592,115 | 220,541 |
| Kmart Retail Old | STR04928 QUEENSBURY  NY | 2,464,692 | 1,831,730 | 427,362 |
| Kmart Retail Old | STR04996 TUCSON   AZ | 2,392,670 | 1,748,420 | 149,867 |
| Kmart Retail Old | STR07017 ROSWELL   NM | 2,177,292 | 1,830,319 | 97,584 |
| Kmart Retail Old | STR07062 SUMTER   SC | 2,058,055 | 1,414,291 | 261,651 |
| Kmart Retail Old | STR07065 HORSEHEADS   NY | 1,941,096 | 1,351,491 | 402,173 |
| Kmart Retail Old | STR07677 WELLSVILLE   NY | 2,465,171 | 2,142,345 | 120,606 |
| Kmart Retail Old | STR09030 PERU   IN | 1,280,065 | 976,923 | 229,033 |
| Kmart Retail Old | STR09096 FOSTORIA   OH | 1,410,967 | 1,040,484 | 245,539 |
| Kmart Retail Old | STR09274 GREENWICH   NY | 1,272,286 | 935,604 | 271,319 |
| Kmart Retail Old | STR09319 ALLIANCE   NE | 1,225,439 | 980,236 | 271,908 |
| Kmart Retail Old | STR09353 CRYSTAL CITY  MO | 1,887,763 | 1,309,609 | 318,265 |
| Kmart Retail Old | STR09520 GULFPORT   MS | 1,608,422 | 1,166,854 | 272,657 |
| Kmart Retail Old | STR09549 MORGANTON   NC | 1,893,695 | 1,531,804 | 150,746 |
| Kmart Retail Old | STR09608 AUBURN   CA | 1,918,084 | 1,352,539 | 177,696 |
| Kmart Retail Old | STR09619 MOREHEAD CITY  NC | 1,634,310 | 1,480,208 | 33,573 |
| Kmart Retail Old | STR09735 SEVIERVILLE   TN | 1,700,739 | 1,190,855 | 248,365 |
| | | **74,586,254** | **55,641,629** | **9,822,261** |
| Full Line Stores Total Old | STR01041 OMAHA   NE | 1,554,785 | 1,071,004 | 308,793 |
| Full Line Stores Total Old | STR01045 DURHAM   NC | 2,669,032 | 1,954,229 | 370,981 |
| Full Line Stores Total Old | STR01075 DAYTONA BEACH   FL | 2,358,566 | 1,496,128 | 340,385 |
| Full Line Stores Total Old | STR01111 COLORADO SPRINGS  CO | 2,238,194 | 1,430,117 | 432,399 |
| Full Line Stores Total Old | STR01120 DUBLIN   OH | 2,000,945 | 1,454,572 | 310,024 |
| Full Line Stores Total Old | STR01161 WICHITA   KS | 2,713,866 | 1,794,656 | 531,039 |
| Full Line Stores Total Old | STR01192 MUSKEGON   MI | 1,945,488 | 1,281,136 | 292,094 |

| | | | | |
|---|---|---|---|---|
| Full Line Stores Total Old | STR01207 RICHARDSON    TX | 2,253,515 | 1,272,342 | 416,156 |
| Full Line Stores Total Old | STR01210 COLUMBUS    OH | 2,802,196 | 2,132,327 | 447,597 |
| Full Line Stores Total Old | STR01221 COLORADO SPRINGS  CO | 2,957,520 | 1,659,321 | 632,697 |
| Full Line Stores Total Old | STR01226 METAIRIE    LA | 3,832,837 | 2,493,726 | 616,991 |
| Full Line Stores Total Old | STR01281 PUEBLO    CO | 2,530,950 | 1,454,547 | 597,671 |
| Full Line Stores Total Old | STR01307 ABILENE    TX | 2,316,688 | 1,312,692 | 679,650 |
| Full Line Stores Total Old | STR01328 LAS VEGAS    NV | 2,532,927 | 1,715,844 | 347,362 |
| Full Line Stores Total Old | STR01337 PLANO    TX | 1,965,646 | 1,420,789 | 215,420 |
| Full Line Stores Total Old | STR01367 WACO    TX | 2,406,349 | 1,511,800 | 384,382 |
| Full Line Stores Total Old | STR01386 GOODLETTSVILLE  TN | 2,026,329 | 1,305,835 | 432,937 |
| Full Line Stores Total Old | STR01387 AMARILLO    TX | 2,031,586 | 1,505,315 | 406,531 |
| Full Line Stores Total Old | STR01475 DURHAM    NC | 1,797,632 | 1,131,981 | 364,972 |
| Full Line Stores Total Old | STR01585 TALLAHASSEE    FL | 2,632,128 | 1,668,691 | 506,096 |
| Full Line Stores Total Old | STR01640 FAIRVIEW HEIGHTS  IL | 2,694,346 | 1,554,433 | 673,873 |
| Full Line Stores Total Old | STR01644 LANCASTER    PA | 2,558,318 | 1,424,602 | 527,798 |
| Full Line Stores Total Old | STR01714 GREENSBURG    PA | 2,922,169 | 1,818,916 | 592,864 |
| Full Line Stores Total Old | STR01722 BLOOMINGTON    MN | 2,586,077 | 1,843,378 | 430,665 |
| Full Line Stores Total Old | STR01745 TAMPA    FL | 2,295,861 | 1,369,182 | 394,100 |
| Full Line Stores Total Old | STR01760 NOVI    MI | 2,816,805 | 2,217,643 | 428,433 |
| Full Line Stores Total Old | STR01773 SALISBURY    MD | 2,145,264 | 1,341,954 | 409,889 |
| Full Line Stores Total Old | STR01894 ROCHESTER    NY | 2,897,505 | 1,594,712 | 796,170 |
| Full Line Stores Total Old | STR02036 JACKSON    TN | 1,727,114 | 1,022,967 | 457,100 |
| Full Line Stores Total Old | STR02092 APPLETON    WI | 2,058,630 | 1,402,003 | 388,834 |
| Full Line Stores Total Old | STR02145 PT CHARLOTTE  FL | 2,064,865 | 1,105,063 | 490,984 |
| Full Line Stores Total Old | STR02179 MEDFORD    OR | 2,371,039 | 1,355,013 | 616,801 |
| Full Line Stores Total Old | STR02191 LINCOLN    NE | 2,204,112 | 1,329,529 | 467,918 |
| Full Line Stores Total Old | STR02329 KENNEWICK    WA | 2,688,456 | 1,430,174 | 763,558 |
| Full Line Stores Total Old | STR02390 SPRINGFIELD    OH | 1,278,346 | 736,252 | 217,410 |
| Full Line Stores Total Old | STR02422 SIOUX CITY    IA | 2,358,961 | 1,466,800 | 462,869 |
| Full Line Stores Total Old | STR02435 CHARLOTTESVILLE  VA | 1,776,520 | 1,191,938 | 145,793 |
| Full Line Stores Total Old | STR02487 KILLEEN    TX | 2,226,634 | 1,082,842 | 587,807 |
| Full Line Stores Total Old | STR02494 ALTOONA    PA | 2,461,198 | 1,466,809 | 517,579 |
| Full Line Stores Total Old | STR02505 GAINESVILLE    GA | 1,458,550 | 938,338 | 234,510 |
| Full Line Stores Total Old | STR02637 PORT ARTHUR    TX | 1,476,364 | 874,518 | 382,876 |
| Full Line Stores Total Old | STR02885 PORT RICHEY    FL | 1,539,479 | 944,510 | 325,188 |
| Full Line Stores Total Old | STR02990 ROCKFORD    IL | 2,094,032 | 1,283,481 | 562,696 |
| | | 98,267,824 | 61,862,109 | 19,509,892 |
| **Kmart + FLS** | | 172,854,078 | 117,503,738 | 29,332,153 |

Announced 12/27/18
37 Kmart Stores
43 FLS Stores

| Gross Recovery Rate % |
|---|
| 106.2% |
| 112.6% |
| 107.4% |
| 118.1% |
| 123.4% |
| 115.8% |
| 109.0% |
| 114.0% |
| 109.8% |
| 121.8% |
| 131.5% |
| 118.4% |
| 111.9% |
| 107.3% |
| 110.5% |
| 118.7% |
| 103.1% |
| 108.9% |
| 117.6% |
| 116.0% |
| 125.6% |
| 109.1% |
| 126.0% |
| 112.9% |
| 122.8% |
| 110.7% |
| 108.9% |
| 106.1% |
| 109.7% |
| 105.4% |
| 97.9% |
| 116.0% |
| 111.7% |
| 112.5% |
| 125.3% |
| 108.0% |
| 118.2% |
| 113.9% |
| 112.7% |
| 114.8% |
| 128.4% |
| 120.2% |
| 113.4% |
| 116.7% |
| 123.7% |

| |
|---|
| 133.5% |
| 108.6% |
| 129.0% |
| 123.2% |
| 123.3% |
| 116.3% |
| 122.8% |
| 120.1% |
| 126.9% |
| 116.5% |
| 106.3% |
| 120.1% |
| 121.0% |
| 120.9% |
| 131.0% |
| 121.2% |
| 113.7% |
| 130.2% |
| 106.5% |
| 122.5% |
| 121.2% |
| 116.7% |
| 115.0% |
| 129.4% |
| 120.2% |
| 122.6% |
| 122.6% |
| 134.0% |
| 122.2% |
| 132.8% |
| 133.3% |
| 124.0% |
| 124.4% |
| 117.4% |
| 121.2% |
| 113.4% |
| 120.8% |
| 117.7% |

Exhibit H

**GOB Store Performance (Post-Ch. 11 Bankruptcy Filing)**

| Announce Date | Store Format | # GOB Stores | GOB Sales | Goods Available at Cost | Goods Available per Store | Gross Recovery % | Total GOB Expenses | GOB Expense per Store | Net Recovery % |
|---|---|---|---|---|---|---|---|---|---|
| 10/15/18 | FLS | 77 | $ 251,199,766 | $ 205,725,578 | $ 2,671,761 | 122.1% | $ 49,128,863 | $ 638,037 | 98.6% |
| | Kmart | 65 | $ 197,658,880 | $ 171,692,459 | $ 2,641,422 | 115.1% | $ 36,852,757 | $ 566,965 | 94.8% |
| | FLS+Kmart | 142 | $ 448,858,646 | $ 377,418,037 | $ 2,657,874 | 118.9% | $ 85,981,620 | $ 605,504 | 96.9% |
| 11/8/18 | FLS | 29 | $ 71,762,679 | $ 58,587,791 | $ 2,020,269 | 122.5% | $ 12,736,335 | $ 439,184 | 100.6% |
| | Kmart | 11 | $ 40,583,110 | $ 34,358,332 | $ 3,123,485 | 118.1% | $ 8,281,100 | $ 752,827 | 95.2% |
| | FLS+Kmart | 40 | $ 112,345,789 | $ 92,946,123 | $ 2,323,653 | 120.9% | $ 21,017,435 | $ 525,436 | 98.6% |
| 12/27/18 | FLS | 43 | $ 98,267,824 | $ 81,372,001 | $ 1,892,372 | 120.8% | $ 20,878,800 | $ 485,553 | 96.1% |
| | Kmart | 37 | $ 74,586,254 | $ 65,463,890 | $ 1,769,294 | 113.9% | $ 16,155,319 | $ 436,630 | 91.4% |
| | FLS+Kmart | 80 | $ 172,854,078 | $ 146,835,891 | $ 1,835,449 | 117.7% | $ 37,034,119 | $ 462,926 | 94.0% |
| Totals | FLS | 149 | $ 421,230,269 | $ 345,685,370 | $ 2,320,036 | 121.9% | $ 82,743,998 | $ 555,329 | 98.3% |
| | Kmart | 113 | $ 312,828,244 | $ 271,514,681 | $ 2,402,785 | 115.2% | $ 61,289,175 | $ 542,382 | 94.0% |
| | FLS+Kmart | 262 | $ 734,058,513 | $ 617,200,051 | $ 2,355,725 | 118.9% | $ 144,033,173 | $ 549,745 | 96.4% |

GOB Store Performance REVISED

# Exhibit I

HIGHLY CONFIDENTIAL

SEARS_507B_00000076



Illustrative Winddown Analysis

SEARS HOLDINGS

14




[Confidential; Prepared at the Request of Counsel; Preliminary Draft]

# Winddown Executive Summary

- **With assistance from its professionals, the Company has prepared a preliminary wind-down budget showing a twelve-month orderly liquidation commencing 12/16/18**
  - The preliminary wind-down budget assumes that all assets are orderly liquidated in-place, including general merchandise inventory and real estate. Self-supporting business units, e.g., SHS, are assumed to be sold as going concerns pursuant to section 363 of the bankruptcy code
  - The analysis is on a consolidated basis for the Company, and does not take into account intercompany or guaranty claims between and among the Debtors
  - At 12/16/18, we assume the Company will:
    - Commence liquidation of all remaining inventory in the stores and distribution centers (with GOB sales beginning on 1/1/19)
    - Reject all remaining store and DC leases, other than valuable leases, which will be monetized
    - Reject all remaining non-essential contracts
    - Reduce management and staff to the minimum necessary to liquidate the collateral and perform transition services
    - Sell or monetize all remaining encumbered and unencumbered assets
  - Substantial funding for the wind-down is provided by:
    - The first $240mm of unencumbered asset sale proceeds realized (which are segregated into a separate account), after which unencumbered asset sale proceeds and a portion of proceeds from the specified collateral are used to repay the $350mm Junior DIP in full, after the Junior DIP has been repaid in full, additional asset proceeds are used to pay administrative expenses and unsecured creditors
    - The imposition of a 4% charge on encumbered assets sold throughout the case, with the exception of the first lien and prepetition ABL collateral (including non-insider portions of the FILO and Citi L/C), and Junior DIP collateral, due to the 506(c) waivers granted to these lenders solely in their capacity as DIP lenders
    - Excess proceeds (proceeds above lien value) from sales of encumbered collateral

- **The Debtors are assumed to use cash generated during the wind-down period to pay administrative costs including:**
  - Operating costs during the twelve-month wind-down period, including associated payroll and benefits costs for remaining employees
  - First lien secured lenders
  - Professional fees
  - Employee severance and PTO
  - 503(b)(9) and post-petition trade claims
  - Satisfaction of transition-service obligations incurred to maximize value in stand-alone business §363 sale transactions

- **Prior to 12/16/18, the Company is assumed to operate in the ordinary course with a 505 store footprint**

HIGHLY CONFIDENTIAL

SEARS_507B_00000077

[Confidential; Prepared at the Request of Counsel; Preliminary Draft]

## Key Assumptions – Operations

- **Operating Receipts**
  - Cash receipts are assumed to be generated through the following channels during the wind-down period:
    - Sales of merchandise in the normal course in the weeks leading up to the GOBs
    - Protection agreement sales underwritten by Assurant
    - Continued service revenues (direct-to-consumer repair services, B2B repair, warranty commissions)
    - Continued non-operating receipts (pass-through and non-pass-through) such as Citi credit card accrued interest sharing, insurance proceeds, dividends from foreign subsidiaries and litigation recoveries
    - Asset sales including both encumbered and unencumbered collateral
  - Same-store sales
    - Analysis assumes negative 15% same-store sales for all stores until the wind-down period begins on 12/16/18
    - Stores are assumed to maintain a 29% gross margin throughout the projection period, excluding GOBs, which are assumed to run at a net negative margin resulting in 89% Net Orderly Liquidation Value
    - All sales shown net of taxes, including sales taxes, pass-throughs, and royalties
  - The wind-down analysis assumes 3 waves of GOBs
    - Wave 1: 142 Stores beginning 10/28/18 ending 1/12/19
    - Wave 2: 40 Stores beginning 11/18/18 ending 2/2/19
    - Wave 3: 505 Stores beginning 1/1/19 ending 3/18/19
  - Other Inflows
    - Cessation of all PA sales after the first week of February 2019, PA liabilities assumed by buyer
    - Negative 15% YoY declines in Other Revenues, including Service Revenues
- **Operating Disbursements**
  - COGS Disbursements
    - Merchandise vendors assumed to be primarily on cash-in-advance terms with 4-day average shipping time in the period leading up to the wind-down with some merch AP based post-filing actuals;
      - Outstanding merchandise AP is paid down ~ 8 weeks after the wind-down starts using GOB proceeds (~$37mm)
    - Following the transition to the wind-down mode on 12/16/18 no additional merchandise disbursements are made (last week of disbursements assumed to be the week ending 12/22/18) and merchant teams are immediately rationalized other than a small number of key employees to oversee vendor relations as the remaining on order inventory is shipped to the stores

HIGHLY CONFIDENTIAL

SEARS_507B_00000078

HIGHLY CONFIDENTIAL

SEARS_507B_00000079

17

[Confidential; Prepared at the Request of Counsel; Preliminary Draft]

# Key Assumptions – continued

- **Operating Disbursements (Continued)**
  - SG&A Disbursements
    - Assumes all dark store leases are rejected immediately (Company rejected 234 leases on 10/16/18) and GOB leases are rejected at the end of the GOB sales period; as the last set of GOBs is projected to run from the week ending 1/4/19 to the week ending 3/22/19, lease payments would be made for March and rejected in April
    - Immediate RIF of non-core; non-key personnel beginning 12/16/18 – 60 days of WARN following RIF announcement
    - Uses the Company's detailed Payroll, Benefits, Non-Merch and Tax projection to project cost
      - Analysis assumes non-critical costs are cut in accordance with profitability goals to reach a run rate of 80% in Week 7, stepping down each additional month until hitting a baseline spend in the second week of February with a preliminary wind-down SG&A structure
      - Assumes logistics costs are right-sized to reflect lower score count
    - GOB store payroll and other expenses are removed at the end of the GOB sales
      - GOBs expected to last 11 weeks in line with historical actuals
    - Capex assumes historical levels of maintenance with reductions in line with store closures

- **Other Disbursements**
  - Assumes $10mm of utility deposits paid, and are subsequently forfeit during the wind-down
  - Assumes $90mm of spend on critical vendor payments during the post-petition period
  - Assumes professional fees accrue at a monthly run-rate of ~$23mm through the first phase ending 12/16/18
    - After case begins to wind down, professional fees drop to an eventual monthly run rate of ~$5mm Professional fees (full projected pipeline to 12/16/18 + general carve-out + success fees) accrued in the carveout reserve until the wind-down begins; fees then paid for by the liquidation of the first lien collateral after the ABL, non-insider FILO and non-insider Citi L/C have been fully amortized
  - Assumes total severance of $51mm through September 2019 (exclusive of WARN notice costs)
  - Assumes additional $7mm of gift card redemptions over the run-rate through December 2018

- **Junior DIP**
  - Assumes $350mm capped Non-Amortizing Multi-Draw Term Loan Junior DIP Facility
    - Junior DIP facility assumed to have a lien junior only to the First Lien DIP facility on prepetition unencumbered collateral other than specified collateral; on specified collateral, the Junior DIP liens are pari passu with the First Lien DIP facility after the first $240mm of proceeds have gone to fund the earlier of a) the wind-down reserve or b) the wind-down of business operations
      - Interest Expense of L+1,000

HIGHLY CONFIDENTIAL

[Confidential; Prepared at the Request of Counsel; Preliminary Draft]

# Key Assumptions – continued

- **Unencumbered Asset Values**
  - Credit Card Tort Claim: Assumes $40mm
  - Unencumbered Receivables: Assumes $86mm, estimated using 30% recovery on $285mm book value
  - Sears Auto Centers (SAC): Assumed to be immediately liquidated simultaneously with the stores, with proceeds reflected in GOB recoveries – no going concern value
  - Includes actual sale of SRAC MTNs for net proceeds of approximately $81mm, which is included in the wind-down reserve
  - Monark: Assumed to be placed up for auction on 1/1/19 – No value assumed
  - No value assumed for Net Operating Losses
  - Initial illustrative and preliminary estimates of the following assets used per 12/2/18 consultation with Lazard
    - Innovel: Assumed to be placed up for auction on 1/1/19 and to generate $25mm of gross proceeds;
    - Sears Home Improvement: $60mm
    - Sears Home Services (SHS): $100mm placed up for auction on 1/1/19
      - Buyer assumed to accept liabilities related to the protection agreements in a sale process
    - TSA modeled in place for all going concern assets such that any and all costs incurred by wind-down entity are assumed to be passed through directly to the purchaser

- **Unencumbered Real Estate Values**
  - Starting point values for top 40 unencumbered real estate assume midpoint of JLL appraisals and A&G broker opinion of value
    - Starting point estimates were haircut by 50% to reflect discount due to accelerated liquidation vs. going concern valuations
    - If no valuation was provided by JLL or A&G, we assumed the Company's historical target value for the property
    - Sale assumption dates for properties are based on market interest in the properties and expected sale process timing
    - The methodology outlined above results in a preliminary and illustrative ~$286mm of gross proceeds for top 40 properties and ~$141mm of gross proceeds for remaining unencumbered properties, adding to a total of ~$427mm of gross real estate proceeds, which was then reduced by an estimated 6% broker fee for net proceeds to the estate of ~$401mm
    - See page 26 in appendix for additional detail by property

- **Encumbered Asset Values**
  - Dove real estate are assumed to be sold at 70% of dark value and incur a 6% broker fee
  - IPGL real estate collateral assumed to be sold at dark values and incur a 6% broker fee
  - IPGL IP collateral assumed to be sold for $50mm, which represents ~15% of the low-end estimate of distressed fair market value of $345mm as stated in the Ocean Tomo appraisal document dated 1/2/18

- **Kenmore and DieHard**
  - $100mm of proceeds related to Kenmore or DieHard; excluded from analysis given KCD notes to non-debtor entity

SEARS_507B_00000080

HIGHLY CONFIDENTIAL

19

SEARS_507B_00000081

[Confidential; Prepared at the Request of Counsel; Preliminary Draft]

## Assumptions Subject to Review

**All of the assumptions in this document are highly preliminary and subject to material change, including, without limitation:**

- **Go-forward financial performance of the store base**
- **Go-forward financial performance of the non-store businesses**
- **Feasibility and timing of SG&A reductions**

- **Assets**
  - Certain Island stores and the Guam stores may be sold as going concern stores which would change recoveries on those assets
  - Carry costs and timing of real estate liquidations
    - The analysis does not include real estate related expenses past the end of GOB periods for potential additional time and carrying costs that may be required to sell real estate assets
  - No recovery is assumed from Avoidance Actions or Sears RE
  - Assumes no proceeds from collateral charges are paid to the estate from the Sparrow collateral

- **Claims**
  - 503(b)(9) and GUC claims as of the petition date are estimated by SHC; subject to change based on further inventory receipt reconciliation
  - The initial estimate of the size of the general unsecured claim pool may change materially
  - WARN, severance, and PTOs costs associated with RIFs occurring past 11/15/18 are based on average salary and benefits of employees, and will change as employees subject to future RIFs are finalized
  - The analysis does not include Priority Tax Claims created on a prepetition basis; the advisors are continuing to diligence these items

- **PBGC Claim**
  - This analysis does not reflect any view or estimate regarding a) the size of the PBGC claim, b) the priority of the PBGC claim, or c) any proceeds associated with the liquidation or transfer of securities held by the PBGC
    - The PBGC is likely to have a significant unsecured claim, which is excluded from this analysis

- **Cost Allocations and Asset Proceeds Waterfall**
  - All cost allocations and collateral charges are preliminary and illustrative in nature and will be subject to further input and review by the Company and its advisors

HIGHLY CONFIDENTIAL

**[Confidential; Prepared at the Request of Counsel; Preliminary Draft]**

20

# Preliminary & Illustrative Creditor Recovery Matrix
## Winddown Scenario

## Preliminary & Illustrative Creditor Recovery Matrix

($ in millions)

| Creditors | Gross Claim | 1st Lien Collateral | Jr. DIP Collateral (Previously Unencumbered) | Remaining Assets | | | | | | $ Recovery | % Recovery |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Sparrow R.E. | Dove R.E. | FPGL Collateral | Wind-down Reserve | Carve-Out | Liability Assumption <$1.6bn | | |
| Admin and Other Priority Claims [1] | $1,999 | ($1,068) | ($103) | — | ($17) | ($9) | ($107) | ($45) | — | $1,399 | 100% |
| DIP ABL [1] | 655 | (655) | — | — | — | — | — | — | — | 655 | 100% |
| Junior DIP | 350 | — | (350) | — | — | — | — | — | — | 350 | 100% |
| FILO (1.5) | 125 | (125) | — | — | — | — | — | — | — | 125 | 100% |
| Citi LC Facility (1.75) [3] | 176 | (171) | — | — | — | — | — | — | — | 171 | 97% |
| 2nd Lien 507(b) Claim [4] | 342 | (203) | (203) | — | — | — | — | — | — | 203 | 60% |
| 2nd Lien Line of Credit Loans | 570 | (16) | — | — | — | — | — | — | — | 18 | 3% |
| ESL 2nd Lien Term Loan (PIK) | 320 | (9) | — | — | — | — | — | — | — | 9 | 3% |
| 2nd Lien Notes (PIK) | 175 | (5) | — | — | — | — | — | — | — | 5 | 3% |
| 2nd Lien Notes (2.5, Cash) | 89 | — | — | — | — | — | — | — | — | — | — |
| Dove Loans | 831 | — | — | — | (389) | — | — | — | — | 389 | 47% |
| Sparrow Loans [6] | NA | — | — | — | — | — | — | — | — | NA | NA |
| GL / P Loan | 241 | — | — | — | — | (186) | — | — | — | 186 | 77% |
| **Total Secured Debt / Claims** | **$5,274** | **($2,071)** | **($656)** | **—** | **($406)** | **($196)** | **($137)** | **($45)** | **—** | **$3,511** | **67%** |
| Protection Liability [7] | $1,009 | — | — | — | — | — | — | — | ($1,009) | $1,009 | 100% |
| Unsecured and Deficiency Claims [7] | 4,762 | — | — | — | — | — | — | — | — | — | — |
| **Total Unsecured Debt / Claims** | **$5,771** | **—** | **—** | **—** | **—** | **—** | **—** | **—** | **($1,009)** | **$1,009** | **17%** |
| **Total Debt / Claims** | **$11,044** | **($2,071)** | **($656)** | **—** | **($406)** | **($196)** | **($137)** | **($45)** | **($1,009)** | **$4,520** | **41%** |

### Citi LC Facility

| Ownership | Gross Claim | Paydown | Recovery ($) | Recovery (%) |
|---|---|---|---|---|
| Non-insiders | $107 | ($107) | $107 | 100% |
| ESL | $69 | ($64) | $64 | 93% |
| **Total** | **$176** | **($171)** | **$171** | **97%** |

Notes:

(1) Includes $99.7mm of Payroll, Taxes, and Benefits, $10.4mm of Rent and Occupancy, $/34.3mm of Other SG&A disbursements, $14.8mm of Capex, $23/3mm of Wind Down Co Expense, $8.2mm of Severance, $62.7mm of WARN, $94.4mm of 503(b)(9), $73.3mm of Post-Petition A/P, $28.7mm of Post-Petition TSA-CSA, $183.3mm of Other Ch. 11 Expense, and $58.4mm of Interest and Fees, net against $225mm of other proceeds and operating profit contribution.

(2) Per Wind Down Budget balances as of 1/5/19.

(3) Preliminary estimate of liability; $27.1mm of written LCs reduced by $75mm of workers' comp and $20mm customs bond proceeds from the liquidation of the collateral are then used to cash collateralize the remaining $107mm non-insider portion of the facility, after which the collateral is ratably charged an ~7% 5(56c) surcharge w/th the remainder used to cash collateralize the remaining $69mm insider portion of the facility.

(4) Claims under section 507(b) of the Bankruptcy Code for diminution in the value of second-lien collateral are shown on a preliminary basis. The ultimate value of these claims could vary materially given a number of factors including the use going concern or liquidation values, inclusion or exclusion of certain administrative costs such as professional fees that benefit from the Carve-Out and charges and the ultimate validity of the second-lien liens and claims. In addition, the validity and amount of such diminution claims is expected to be a disputed among the parties.

(5) Sparrow entities are non-debtors and excluded from analysis.

(6) Estimate of gross liability. Illustratively assumes protection liability is assumed by any potential Sears Home Services Buyer, resulting in full recovery to buyers of protection agreements and warranties.

(7) Draft estimate of gross liability per Deloitte of $3.4bn, less $532mm of critical vendor payments, plus deficiency claims of ~$1.4bn.

HIGHLY CONFIDENTIAL

SEARS_507B_00000083



Appendix

SEARS HOLDINGS

21





HIGHLY CONFIDENTIAL

SEARS_507B_00000084

**[Confidential; Prepared at the Request of Counsel; Preliminary Draft]**

# Schedule of Estimated Unsecured Liabilities

*($ in millions)*

| Description | Est. Bid - Company Numbers | Wind-down Scenario | Comments |
|---|---|---|---|
| **Unsecured Notes** | | | |
| Old 8% Senior Unsecured Notes due 2019 - $625M | $411 | $411 | |
| New 9% Senior Unsecured FR Notes due 2019 - $214M | 223 | 223 | |
| SRAC Unsecured Notes | 186 | 186 | |
| SRAC Unsecured FR Notes | 108 | 108 | |
| SRAC Medium Term Notes with Cyrus Capital (External) | 251 | 251 | Reflects obligation to Cyrus per MTN sale |
| **Total Unsecured Notes Payable** | **$1,178** | **$1,178** | See Note 1 below |
| **Accounts Payable** | | | |
| NAP | $132 | $132 | |
| RARS | 350 | 350 | |
| Import | 247 | 247 | |
| CARPATCH | 7 | 7 | |
| NOMARK | 4 | 4 | |
| SHP | 7 | 7 | |
| Critical Vendor Payments | (45) | (33) | See Note 2 below |
| **Total Accounts Payable** | **$703** | **$715** | |
| **Accrued & Other Liabilities** | | | |
| Cash Overdrafts | $79 | $79 | |
| Customer Deposits | 3 | 3 | Only inclusive is prepaid subtenant lease |
| Payable to Concessions | 2 | 2 | |
| Services Payable | 1 | 1 | |
| S/T Unfavorable Leases | 3 | 3 | |
| ST Pension OPEB | 18 | -3 | |
| Other Current Liabilities | 99 | 99 | |
| Accrued Insurance | 19 | 19 | |
| Accrued Rent Expense | 3 | 3 | |
| Accrued Interest Payable | 35 | 35 | Could include some intercompany - For conservatism, included all |
| Accrued Expenses - Miscellaneous | 20 | 20 | |
| Pension and post-retirement benefits | 1,160 | 1,160 | See Note 2 below |
| **Total Accrued & Other Liabilities** | **$1,443** | **$1,443** | See Note 4 below |
| **Other Items** | | | |
| Protection Liabilities | $1,009 | $1,009 | |
| Estimated Lease Rejection Damages (217 Stores) | 100 | 100 | Est. at 1 year's rent for 217 rejected stores |
| Estimated Lease Rejection Damages (162 Additional Stores) | TBD | TBD | Do not have estimated rejection damages on these - believe there are 172 leased stores within the 162 total. |
| Payments & Waivers Related to First Day Motions | (96) | (96) | Excludes $448M of payroll payments and other agreements where debt was waived in consideration for change of terms. |
| **Total Other Items** | **$1,013** | **$1,013** | |
| **Deficiency Claims** | | | |
| Citi LC Facility (175) | – | $5 | |
| 2nd Lien Line of Credit Loans | $233 | 445 | |
| L&L 2nd Lien Term Loan (HK) | 160 | 250 | |
| 2nd Lien Notes (PIK) | | 137 | |
| 2nd Lien Notes (2.5 Cash) | 89 | 89 | |
| Dove Loans | | 442 | |
| GL / IP Loan | – | 55 | |
| **Total Deficiency Claims** | **$502** | **$1,422** | |
| **TOTAL** | **$4,838** | **$5,771** | |

**Notes:**

[1] Does not include $232.4M of SRAC Commercial Paper owed to Non-Debtors. Also does not include $1.151B of secured notes that are currently undersecured (Deficiency Claims).

[2] Any contract cure payments would reduce this balance on a negotiated basis, which is usually a 100% recovery. Also any vendor trade liabilities that qualify for 503(b)(9) status and are not part of a contract cure assumption, would receive "Administrative Priority". Includes SHP payables.

[3] Pension & Past Retirement Benefits include $1.024B of accrued pension liability, (Plans I and II), and $135M of accrued post-retirement benefits.

[4] Does not include any potential unsecured claims subject to 'Priority' status per Section 507 of the bankruptcy code - this would include claims by Taxing Authorities and Employee-Related Claims (limited to $12,850 per employee with the remainder falling to General Unsecured status).

*Source: Deloitte balance sheet estimates as of 10/6/2018, updated to reflect deficiency claims, protection liability claims, and other certain adjustments; subject to change.*

22

HIGHLY CONFIDENTIAL

[Confidential; Prepared at the Request of Counsel; Preliminary Draft]

# Preliminary & Illustrative Wind Down Cash Flows

*1 of 2*

## Wind Down Budget Cash Flows

($ in Millions)

| Month / Week Ending | 3 Oct 2018 | 7 Nov 2018 | 12 Dec 2018 | 16 Jan 2019 | 20 Feb 2019 | 25 Mar 2019 | 29 Apr 2019 | 33 May 2019 | 36 June 2019 | 42 Jul 2019 | 46 Aug 2019 | 51 Sep 2019 | 55 Oct 2019 | 59 Nov 2019 | 64 Dec 2019 | 68 Jan 2020 | Cum. Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OPERATING RECEIPTS** | | | | | | | | | | | | | | | | | |
| Normal Course Net Merchandise Receipts | $389.6 | $735.6 | $680.3 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $1,805.5 |
| Plus: B2B Sales Receipts | 0.0 | 210.8 | 469.2 | 1,093.8 | 806.6 | 146.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2,717.3 |
| Plus: PA Sales | 13.6 | 6.4 | 51.6 | 41.6 | 10.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 123.3 |
| Plus: Other Cash Receipts | 149.1 | 0.0 | 73.6 | 78.1 | 41.9 | 11.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 354.1 |
| Plus: Non-Operating Receipts | 4.9 | 3.0 | 1.8 | 2.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 12.0 |
| Plus: ISA & GSA Receipts | 0.0 | 0.0 | 0.6 | 2.4 | 8.2 | 7.8 | 6.2 | 6.2 | 7.2 | 3.8 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 40.3 |
| **Total Operating Receipts** | $567.2 | $855.8 | $1,260.1 | $1,218.2 | $866.8 | $166.1 | $6.2 | $6.2 | $7.2 | $3.8 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $5,047.5 |
| **OPERATING DISBURSEMENTS** | | | | | | | | | | | | | | | | | |
| Payroll, Taxes, and Benefits | (137.0) | (181.8) | (170.2) | (57.8) | (2.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (548.7) |
| Rent and Occupancy | 0.0 | (38.8) | (40.2) | (34.1) | (25.0) | (11.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (147.4) |
| Merchandise Vendors | (144.1) | (304.8) | (266.6) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (735.4) |
| Other SG&A Disbursements | (116.3) | (298.1) | (378.3) | (369.3) | (786.0) | (96.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (1,440.0) |
| CapEx | 0.0 | (1.7) | (5.4) | (4.1) | (4.5) | (5.1) | (1.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (21.9) |
| **Total Operating Disbursements** | ($397.4) | ($773.1) | ($862.7) | ($446.2) | ($317.8) | ($112.4) | ($1.0) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | ($2,902.3) |
| **Net Cash Flow before Wind-Down and Ch. 11** | $169.9 | $192.7 | $407.4 | $770.0 | $548.2 | $53.7 | $6.2 | $6.2 | $7.2 | $3.8 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $2,145.1 |
| WindDownCo Expense | 0.0 | 0.0 | (45.8) | (42.0) | (42.0) | (40.9) | (36.5) | (28.5) | (33.2) | (20.9) | (4.0) | (4.9) | (4.0) | (4.0) | (4.9) | (4.0) | (320.4) |
| Severance | 0.0 | 0.0 | (4.1) | (4.1) | (4.1) | 0.0 | 0.0 | 0.0 | (4.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (12.2) |
| WARN | 0.0 | 0.0 | (16.9) | (10.5) | (2.6) | (16.2) | (9.7) | 0.0 | (1.7) | (6.6) | (5.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (69.5) |
| 503(b)(9) | 0.0 | 0.0 | 0.0 | (84.4) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (94.4) |
| Warranty Refunds | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Post-Petition AP | 0.0 | 0.0 | 0.0 | (73.3) | (73.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (73.3) |
| Post-Petition T&A CBA | 0.0 | 0.0 | (0.6) | (2.4) | (6.2) | (7.8) | (6.2) | (6.2) | (7.2) | (3.8) | (9.6) | (13.5) | (11.5) | (7.8) | (3.9) | (9.0) | (40.3) |
| Other Ch. 11 Expense | (9.1) | (46.8) | (77.5) | (29.0) | (23.7) | (10.8) | (16.4) | (16.3) | (6.1) | (6.1) | (6.1) | (4.1) | (12.9) | (2.9) | (3.6) | (2.6) | (285.6) |
| Interest and Fees | (13.4) | (39.7) | (13.9) | (7.3) | (4.5) | (6.5) | (4.4) | (4.4) | (6.5) | (4.4) | (4.0) | (4.1) | (12.9) | (2.9) | (3.6) | (2.6) | (123.4) |
| **Wind-Down and Ch. 11 Related Expense** | ($22.5) | ($86.5) | ($158.7) | ($91.2) | ($250.7) | ($81.1) | ($63.2) | ($53.4) | ($57.7) | ($42.0) | ($22.6) | ($22.5) | ($18.4) | ($14.3) | ($12.5) | ($15.6) | ($1,012.1) |
| **Net Cash Flow after Wind-Down and Ch. 11 Costs** | $137.5 | $97.2 | $248.7 | $678.8 | $298.5 | ($27.4) | ($56.1) | ($47.2) | ($50.6) | ($38.2) | ($22.6) | ($22.5) | ($18.4) | ($14.3) | ($12.5) | ($15.6) | $1,133.1 |

SEARS_507B_00000085

HIGHLY CONFIDENTIAL

[Confidential; Prepared at the Request of Counsel; Preliminary Draft]

# Preliminary & Illustrative Wind Down Cash Flows

## 2 of 2

**Wind Down Budget Cash Flows**

($ in Millions)

| Month / Week Ending | 3 Oct 2018 | 7 Nov 2018 | 12 Dec 2018 | 16 Jan 2019 | 20 Feb 2019 | 25 Mar 2019 | 29 Apr 2019 | 33 May 2019 | 38 June 2019 | 42 Jul 2019 | 46 Aug 2019 | 51 Sep 2019 | 55 Oct 2019 | 59 Nov 2019 | 64 Dec 2019 | 68 Jan 2020 | Cuml Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Cash Flow after Wind Down and Ch. 11 Costs | $107.3 | $97.2 | $678.8 | $298.5 | ($87.4) | $12.8 | $29.1 | ($17.2) | ($30.6) | ($58.2) | ($27.6) | ($22.5) | ($18.4) | ($14.3) | ($72.5) | ($15.9) | $1,133.1 |
| Peri Passu Sr DIP Properties | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 12.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 21.3 |
| Junior DIP Collateral | 0.0 | 51.1 | 59.9 | 0.0 | 12.8 | 12.8 | 29.1 | 210.3 | 57.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 193.5 |
| Dove RE Loan Collateral | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 359.0 | 0.0 | 0.0 | 0.0 | 0.0 | 359.0 |
| Sparrow RE Loan Collateral | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 513.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 513.2 |
| FCL Loan Collateral | 0.0 | 0.0 | 0.0 | 200.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 208.0 |
| Unencumbered Assets Collateral | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| PBGC Springing Lien Collateral | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Estate Charges | 0.0 | 0.0 | 0.0 | 9.2 | 9.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 17.3 | 0.0 | 0.0 | 0.0 | 0.0 | 28.5 |
| **Encumbered Assets (Total)** | $0.0 | $51.1 | $59.9 | $277.2 | $163.4 | $12.8 | $29.1 | $210.3 | $70.0 | $50.9 | $513.2 | $406.3 | $80.8 | $0.0 | $0.0 | $0.0 | $1,951.6 |
| of which: Excess Proceeds | 0.0 | 0.0 | 0.0 | 248.8 | 0.0 | 0.0 | 0.0 | 14.2 | 7.0.0 | 50.9 | 0.0 | 0.0 | 80.8 | 0.0 | 0.0 | 0.0 | 484.9 |
| Beginning Cash Balance | 83.8 | 111.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 83.8 |
| ABL & DIP Draw / (Paydown) | 0.0 | (446.8) | (537.5) | (655.5) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (1,537.9) |
| Jr. DIP Draw / (Paydown) | 0.0 | 75.0 | 275.0 | (39.3) | (112.0) | (12.5) | (29.1) | (198.1) | (2.2.9) | (10.4) | 0.0 | 7.9 | 7.0 | 3.5 | (1.7) | 5.4 | (0.0) |
| FLO Paydown | 0.0 | 0.0 | 0.0 | (85.7) | (85.7) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (125.0) |
| Standalone LC Paydown | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Sparrow Loans Paydown | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (513.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (513.2) |
| Consolidated R.E. Loans Haydown | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (359.0) | 0.0 | 0.0 | 0.0 | 0.0 | (359.0) |
| IPCL Paydown | 0.0 | 0.0 | 0.0 | (208.0) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (208.0) |
| **Net Cash Flow After Debt Paydown** | $333.0 | ($193.5) | $12.6 | $93.2 | $284.3 | $12.8 | ($96.1) | ($33.0) | $19.4 | $12.7 | ($22.6) | ($8.2) | $82.5 | ($14.3) | ($12.5) | ($15.5) | $402.2 |
| WDR Funding | 0.0 | (51.1) | (59.9) | (59.8) | 197.4 | 0.0 | 0.0 | 0.0 | 0.0 | (10.4) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Carveout Funding | 0.0 | (58.4) | 13.8 | 6.8 | 6.8 | (5.0) | 9.2 | 10.5 | (2.29) | 6.0 | 7.9 | 7.9 | 7.0 | 3.5 | (1.7) | 5.4 | (0.0) |
| Available Cash | 333.0 | 0.0 | 0.0 | 0.0 | 469.7 | 437.3 | 388.4 | 365.9 | 392.5 | 394.8 | 363.2 | 370.8 | 440.3 | 429.9 | 415.7 | 405.2 | 405.2 |
| Wind-down Reserve | 0.0 | 81.1 | 137.5 | 197.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Carve-out Account | 0.0 | 58.4 | 44.7 | 37.9 | 39.9 | 34.8 | 26.7 | 16.2 | 18.0 | 28.4 | 22.4 | 14.5 | 7.5 | 3.6 | 5.4 | 0.0 | 0.0 |
| **Total Liquidity (Availability + Cash + WDR)** | $333.0 | $138.5 | $235.3 | $298.8 | $498.8 | $472.2 | $414.1 | $391.1 | $406.5 | $413.2 | $390.6 | $385.4 | $447.8 | $433.5 | $421.1 | $405.2 | $405.2 |
| **Outstanding Balances** | | | | | | | | | | | | | | | | | |
| Memo: 2L Instruments | 1,151.0 | 1,151.0 | 1,151.0 | 1,151.0 | 1,151.0 | 1,151.0 | 1,151.0 | 1,151.0 | 1,151.0 | 1,151.0 | 1,151.0 | 1,151.0 | 1,151.0 | 1,151.0 | 1,151.0 | 1,151.0 | 1,151.0 |
| Borrowing Base | 1,896.9 | 1,670.1 | 1,262.5 | 629.0 | 114.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Sr. DIP & ABL | 1,693.0 | 1,193.0 | 855.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| FILO | 125.0 | 125.0 | 125.0 | 85.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| CN LC | 271.0 | 271.0 | 271.0 | 271.0 | 271.0 | 271.0 | 271.0 | 271.0 | 271.0 | 271.0 | 271.0 | 271.0 | 271.0 | 271.0 | 271.0 | 271.0 | 271.0 |
| Jr. DIP | 0.0 | 0.0 | 390.0 | 350.0 | 238.0 | 225.2 | 196.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Professional Fees | 174.5 | 174.5 | 153.7 | 134.3 | 119.6 | 110.6 | 99.8 | 83.6 | 51.1 | 54.9 | 45.3 | 31.8 | 20.3 | 12.8 | 9.0 | 0.0 | 0.0 |
| Severance & PTD | 7.5 | 18.7 | 11.5 | 3.2 | 4.1 | 4.1 | 4.1 | 4.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 503(b)(9) Claims | 94.4 | 94.4 | 94.4 | 94.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Half-Reason Warranties | 23.1 | 23.1 | 23.1 | 22.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Post-Petition AP | 35.9 | 29.1 | 73.3 | 73.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Admin & Priority Claims** | $2,372.3 | $2,004.8 | $1,767.4 | $1,069.3 | $647.4 | $610.9 | $571.2 | $414.1 | $388.1 | $106.5 | $332.1 | $358.8 | $325.8 | $316.3 | $302.2 | $291.3 | $300.0 | $5271.0 |

SEARS_507B_00000086

HIGHLY CONFIDENTIAL

**[Confidential; Prepared at the Request of Counsel; Preliminary Draft]**

# Preliminary & Illustrative Wind Down Cash Flows
## Sources and Uses of Cash

($ in Millions)

*Sources of Proceeds span the DIP Collateral, Excess from Encumbered Assets or Collateral Charge, Additional Jr. DIP Collateral, and Reserves column groups.*

| Wind-down begins on [illegible] | Est. Claim Amount as of Wind-down | DIP Collateral | | | | Excess from Encumbered Assets or Collateral Charge | | | | | | Additional Jr. DIP Collateral | | | | Reserves | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Other 1L Collateral | GOB Proceeds | Jr. DIP RE (Not WDR) | Sparrow RE | Secured RE | IP (ex-MOB) | IPOL Leases | Kenmore | DieHard | Other Royalties | SHS | MonArk | Innovel | CC Tort Claim | Wind-Down Reserve | Prof Fee Carve-Out | |
| Total Asset Net Proceeds | NA | 246 | 2,049 | 242 | - | 17 | 2 | 7 | - | - | 81 | 150 | - | 24 | 56 | 240 | 45 | 3,150 |
| Sr. DIP & ABL | 655 | (207) | (446) | | | | | | | | | | | | | | | (655) |
| Jr. DIP | 380 | | | (39) | | | | | | | (81) | (150) | | (24) | (56) | | | (250) |
| FILO & C&L LC | 301 | | (296) | | | | | | | | | | | | | | | (296) |
| 2nd Lien | 1,154 | | (31) | | | | | | | | | | | | | | | (31) |
| 503(b)(9) | 94 | | (94) | | | | | | | | | | | | | | | (94) |
| Professional Fees | 154 | | (89) | | | | | | | | | | | | | | (45) | (134) |
| Home Office Wind-down Cost | 296 | | (100) | | | (17) | | | | | | | | | | (109) | | (298) |
| Logistics and Other SG&A | 938 | | (938) | | | | (2) | (7) | | | | | | | | (131) | | (948) |
| WARN | 53 | | (13) | | | | | | | | | | | | | | | (13) |
| Severance | 8 | | (8) | | | | | | | | | | | | | | | (8) |
| PHO | 3 | | (3) | | | | | | | | | | | | | | | (3) |
| KERP/ADSP | 8 | | (6) | | | | | | | | | | | | | | | (6) |
| Post-Petition A/P | 73 | | (73) | | | | | | | | | | | | | | | (73) |
| Post-Petition TSA and GSA | 40 | (40) | | | | | | | | | | | | | | | | (40) |
| 507(b) | 342 | | | (203) | | | | | | | | | | | | | | (203) |
| Excess: | | | | | | | | | | | | | | | | | | |

Note: Claims under section 507(b) of the Bankruptcy Code for diminution in the value of second-lien collateral are shown on a preliminary basis. The ultimate value of these claims could vary materially given a number of factors including the use going concern or liquidation values, inclusion or exclusion of certain administrative costs such as professional fees that benefit from the Carve-Out and charges and the ultimate validity of the second-lien liens and claims. In addition, the validity and amount of such diminution claims is expected to be a disputed among the parties.

25

SEARS_507B_00000087

HIGHLY CONFIDENTIAL

**[Confidential; Prepared at the Request of Counsel; Preliminary Draft]**

## Asset Detail – Unencumbered Real Estate

*The following properties are assumed to be collateral for the Junior DIP, liquidated throughout the course of wind–down period*

26

| Asset | City | State | Broker / Txn Fees | Net Proceeds | Gross Proceeds Before Fees | Historical Company Target | JLL Appraisal | AKG Broker Opinion | Assumed Sale Date |
|---|---|---|---|---|---|---|---|---|---|
| 1998 Bruckner Blvd | Bronx | NY | 6% | 16.5 | 17.5 | 44.0 | 37.5 | 32.7 | 1/22/2019 |
| 111 E Magnolia Blvd | Burbank | CA | 6% | 15.4 | 16.3 | 16.0 | 48.0 | 17.3 | 4/18/2019 |
| Road #776 Km 0.5 Cupey Bajo | Rio Piedras | PR | 6% | - | - | - | - | - | 3/20/2019 |
| 837a N 4000 EAST RD | Manteno | IL | 6% | - | - | - | - | - | 6/7/2019 |
| 6910 Fayetteville Rd Ste 400 | Durham | NC | 6% | - | - | - | - | - | 8/18/2019 |
| 7900 Gov Ritchie Hwy | Glen Burnie | MD | 6% | 4.0 | 4.3 | 7.0 | 8.6 | - | 7/19/2019 |
| 901 N Federal Hwy | Ft Lauderdale | FL | 6% | 5.4 | 5.7 | 14.0 | 10.7 | 12.1 | 7/30/2019 |
| 2300 Hilltop Mall Rd | Richmond | CA | 6% | 2.5 | 2.7 | 5.4 | - | - | 2/7/2019 |
| 2505 El Camino Real | TUSTIN | CA | 6% | 4.7 | 5.1 | - | 10.1 | - | 7/29/2019 |
| 3655 Sw 22Nd St | Coral Gables | FL | 6% | 10.4 | 11.0 | 13.0 | 18.2 | 26.0 | 5/23/2019 |
| 5665 N Rosemead Blvd | Temple City | CA | 6% | 9.2 | 9.8 | 5.0 | 19.6 | - | 6/18/2019 |
| 14391 S W 88Th St | Miami | FL | 6% | 5.3 | 5.6 | 5.0 | 11.2 | - | 7/1/2019 |
| 77 Middlesex Ave | Somerville | MA | 6% | 1.6 | 1.7 | 7.0 | 3.3 | - | 5/20/2019 |
| 2044 Montauk Hwy | Bridgehampton | NY | 6% | 5.8 | 6.2 | 19.0 | 12.4 | - | 1/22/2019 |
| 236 N Central Ave | Glendale | CA | 6% | 18.9 | 20.1 | 24.0 | 51.7 | 28.8 | 5/22/2019 |
| 22100 Hawthorn Blvd | Torrance | CA | 6% | 18.6 | 19.8 | 33.0 | 54.2 | 25.0 | 6/13/2019 |
| 680 W Winton Ave | Hayward | CA | 6% | 17.3 | 18.4 | 38.0 | 49.8 | 23.6 | 2/21/2019 |
| 8150 La Palma Ave | Buena Park | CA | 6% | 22.2 | 23.6 | 43.0 | 64.5 | 30.0 | 7/25/2019 |
| 20777 Bear Valley Road | Apple Valley | CA | 6% | 2.4 | 2.6 | 5.1 | - | - | 7/17/2019 |
| 1700 W Int Speedway Blvd | Daytona Beach | FL | 6% | 3.1 | 3.3 | 6.6 | - | - | 7/28/2019 |
| 150 Woodbridge Cnr Ct | Woodbridge | NJ | 6% | 4.0 | 4.2 | 27.0 | 14.9 | 2.1 | 4/1/2019 |
| 1355 West Main Street | Salem | VA | 6% | - | - | - | - | - | 2/11/2019 |
| 399 Tarrytown Rd | White Plains | NY | 6% | 11.7 | 12.5 | 18.0 | - | 24.9 | 6/21/2019 |
| 2000 Northeast Ct | Bloomington | MN | 6% | 0.6 | 0.6 | 25.0 | - | 1.3 | 4/2/2019 |
| 525 Franklin Delano Roosevelt Ave | Hato Rey | PR | 6% | 5.1 | 5.4 | 19.0 | - | 10.8 | 6/27/2019 |
| 800 Sunrise Mall | Massapequa | NY | 6% | 7.5 | 8.0 | 16.0 | - | - | 7/15/2019 |
| 8250 Day Creek Blvd | Rancho Cucamonga | CA | 6% | 7.1 | 7.5 | 15.0 | - | - | 1/17/2019 |
| 300 Baychester Ave | Bronx | NY | 6% | 15.6 | 16.6 | 15.0 | - | 33.3 | 1/28/2019 |
| 1067 W Baltimore Pike | Media | PA | 6% | 7.1 | 7.5 | 15.0 | - | - | 4/15/2019 |
| 98-180 Kamehameha Hwy | Aiea | HI | 6% | 4.9 | 5.3 | 23.0 | - | 10.5 | 1/21/2019 |
| 100 Main St | White Plains | NY | 6% | 8.9 | 9.5 | 19.0 | - | - | 1/17/2019 |
| 768 Iyannough Rd | Hyannis | MA | 6% | 7.6 | 8.1 | 16.3 | - | - | 6/28/2019 |
| 2928 N Roosevelt Blvd | Key West | FL | 6% | 1.5 | 1.6 | 13.7 | - | 6.5 | 7/22/2019 |
| 250 Granite St | Braintree | MA | 6% | 1.4 | 1.4 | 30.0 | - | 5.8 | 3/22/2019 |
| 2650 E Olympic Blvd | Boyle | CA | 6% | 1.0 | 1.1 | 13.0 | - | 4.4 | 1/17/2019 |
| 200 Passaic Ave | Kearny | NJ | 6% | 0.7 | 0.8 | 13.0 | - | 3.2 | 3/3/2019 |
| 8000 Mall Walk | Yonkers | NY | 6% | 6.7 | 7.1 | 22.0 | - | 28.5 | 4/28/2019 |
| 1040 Annapolis Mall | Annapolis | MD | 6% | 6.2 | 6.5 | 17.0 | - | 13.1 | 3/4/2019 |
| Other Unencumbered Properties | N/A | N/A | 6% | 132.5 | 140.9 | N/A | N/A | N/A | 5/31/19 |
| **Total** | | | 6% | 401.3 | 426.9 | N/A | N/A | N/A | |

# Exhibit J

HIGHLY CONFIDENTIAL; SUBJECT TO FRE 408; FOR DISCUSSION PURPOSES ONLY; SUBJECT TO CONFIDENTIALITY PROVISIONS OF THE COMMITTEE BYLAWS; NOT FOR DISTRIBUTION BEYOND MEETING PARTICIPANTS



EXHIBIT VCC 4
DATE 1/23/19
MARK RICHMAN, CSR, RPR

# SEARS HOLDINGS

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS - DISCUSSION MATERIALS

### November 12, 2018



Weil    LAZARD    M-III
PARTNERS

HIGHLY CONFIDENTIAL; SUBJECT TO FRE 408; FOR DISCUSSION PURPOSES ONLY; SUBJECT TO CONFIDENTIALITY PROVISIONS OF THE COMMITTEE BYLAWS; NOT FOR DISTRIBUTION BEYOND MEETING PARTICIPANTS

# A smaller but balanced Sears and Kmart footprint delivers $409mm of 4-wall EBITDA in 2019

## Business Overview

- Sears' Retail Business consists of its 266 Sears Stores, 239 Kmart Stores and their respective Online presences

- The business is broken into the primary categories below:

  - Hardlines – composed of Home Appliances (HA), Consumer Electronics, Tools, Lawn & Garden, Outdoor Living, Sporting Goods, Mattresses, and Monark businesses

  - Softlines – composed of Apparel, Footwear, Home, and Jewelry businesses; these businesses sell an assortment of proprietary brands as well as third-party retail options

  - Sears Auto Centers – a multi-channel automotive aftermarket service provider offering replacement tires, mechanical diagnostics and repair, vehicle maintenance products and services, batteries and battery-related accessories, as well as automotive accessories and chemicals for cars and light trucks

  - Grocery & Drugstore, Pharmacy, and Children's Entertainment & Seasonal – sells grocery, household and pet supplies, beauty care, OTC health & wellness, stationery, party supplies, children's entertainment products, seasonal merchandise, dispenses prescription drugs and performs clinical services

## Revenue by Segment



- Online, 13%
- SAC, 5%
- Store, 82%

FY 2019E Revenue: $6.6bn Revenue

## Preliminary 2019E Forecasted Financials

| ($ mm) | Feb 2019 | Mar 2019 | Apr 2019 | May 2019 | Jun 2019 | Jul 2019 | Aug 2019 | Sep 2019 | Oct 2019 | Nov 2019 | Dec 2019 | Jan 2020 | FY19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Retail** | | | | | | | | | | | | | |
| Same Store Sales (% Change) | (1.0%) | (1.0%) | (1.0%) | – | – | – | 1.0% | 1.0% | 1.0% | 2.0% | 2.0% | 2.0% | 0.6% |
| Brick and Mortar Revenue | $330 | $426 | $341 | $412 | $502 | $363 | $381 | $436 | $363 | $547 | $741 | $405 | $5,247 |
| Sears Auto Center Revenue | 27 | 34 | 26 | 27 | 32 | 25 | 25 | 29 | 21 | 27 | 33 | 23 | 329 |
| Online Revenue | 85 | 54 | 89 | 92 | 69 | 66 | 79 | 62 | 78 | 98 | 60 | 72 | 905 |
| ShopYourWay | 5 | 11 | 6 | 7 | 9 | 7 | 7 | 9 | 6 | 7 | 16 | 7 | 97 |
| **Total Revenue** | **$447** | **$525** | **$463** | **$538** | **$613** | **$461** | **$492** | **$536** | **$468** | **$680** | **$850** | **$506** | **$6,578** |
| (-) COGS | (328) | (369) | (322) | (379) | (433) | (324) | (368) | (394) | (329) | (485) | (579) | (375) | (4,687) |
| **Gross Margin** | **$119** | **$155** | **$140** | **$159** | **$180** | **$136** | **$123** | **$141** | **$139** | **$195** | **$271** | **$132** | **$1,891** |
| Margin (%) | 27% | 30% | 30% | 29% | 29% | 30% | 25% | 26% | 30% | 29% | 32% | 26% | 29% |
| (-) Operating Expenses | ($114) | ($129) | ($110) | ($116) | ($133) | ($113) | ($116) | ($133) | ($114) | ($131) | ($145) | ($128) | ($1,482) |
| **Retail EBITDA** | **$5** | **$27** | **$30** | **$43** | **$48** | **$23** | **$7** | **$9** | **$25** | **$64** | **$126** | **$3** | **$409** |
| Margin (%) | 1% | 5% | 7% | 8% | 8% | 5% | 2% | 2% | 5% | 9% | 15% | 1% | 6% |

LAZARD   M-III PARTNERS

Weil

11

HIGHLY CONFIDENTIAL; SUBJECT TO FRE 408; FOR DISCUSSION PURPOSES ONLY; SUBJECT TO CONFIDENTIALITY PROVISIONS OF THE COMMITTEE BYLAWS; NOT FOR DISTRIBUTION BEYOND MEETING PARTICIPANTS

## Part of Apparel's success is through stabilizing markdowns and points investment

### Apparel Financial Performance

- Apparel delivered $118mm in additional gross profit and $58mm in business operating profit vs. last year due to markdown savings and better sourcing cost

- Margin rate of 39.4% is 630bps improved vs. last year

- Gross margin dollars with points flat vs. last year from additional SYW investments

| ($ in millions) | 2017 | October YTD 2018 | Δ |
|---|---|---|---|
| **Apparel** | | | |
| Revenue | 1,435 | 1,505 | 70 |
| % Growth | | 4.9% | |
| Markdowns | 414 | 350 | (64) |
| % Markdowns | 28.8% | 23.2% | (5.6%) |
| Gross Profit | 475 | 593 | 118 |
| % Gross Profit | 33.1% | 39.4% | 6.3% |
| SYW | (87) | (173) | (86) |
| % SYW | (6.0%) | (11.5%) | (5.4%) |
| Gross Margin Dollars | 443 | 443 | 0 |
| % Gross Margin Dollars | 30.9% | 29.5% | (1.4%) |
| Expenses | 601 | 543 | (58) |
| % Expenses | 41.9% | 36.1% | (5.8%) |
| Business Operating Profit | (158) | (100) | 58 |
| % Business Operating Profit | (11.0%) | (6.6%) | 4.4% |

Weil   LAZARD   M•III PARTNERS



# Exhibit K

# SEE NATIVE FILE

CONFIDENTIAL

| Date | LC Number | Issuer | Beneficiary | Amount |
|---|---|---|---|---|
| 10/26/2018 | 68136692 | BAML | Pacificorp/PacificPower | $ 39,419.40 |
| 10/26/2018 | 68136691 | BAML | Pacificorp/PacificPower | $ 22,922.32 |
| 10/31/2018 | 68136840 | BAML | Madison Title Agency | $ 79,710.18 |
| 10/31/2018 | 68141658 | BAML | MP2 Energy Texas | $ 62,119.60 |
| 11/1/2018 | 68141658 | BAML | MP2 Energy Texas | $ 17,467.40 |
| 11/1/2018 | 68141658 | BAML | MP2 Energy Texas | $ 1,774.47 |
| 11/1/2018 | 68141658 | BAML | MP2 Energy Texas | $ 16,343.71 |
| 11/5/2018 | 68108136 | BAML | Arizona Public Service | $ 68,713.68 |
| 11/6/2018 | 68141658 | BAML | MP2 Energy Texas | $ 9,432.96 |
| 11/6/2018 | 68142039 | BAML | Union Electric Co | $ 57,162.95 |
| 11/8/2018 | 68141658 | BAML | MP2 Energy Texas | $ 98,590.39 |
| 11/14/2018 | 68138656 | BAML | PECO | $ 116,964.00 |
| 11/14/2018 | 68138657 | BAML | PECO | $ 20,253.00 |
| 11/14/2018 | 68141658 | BAML | MP2 Energy Texas | $ 25,756.28 |
| 11/20/2018 | 68141658 | BAML | MP2 Energy Texas | $ 111,048.32 |
| 11/21/2018 | 68141658 | BAML | MP2 Energy Texas | $ 34,026.73 |
| 11/21/2018 | 68114723 | BAML | San Diego Gas&Electric | $ 82,283.27 |
| 11/26/2018 | 68141658 | BAML | MP2 Energy Texas | $ 31,048.09 |
| 12/3/2018 | 68141658 | BAML | MP2 Energy Texas | $ 64,063.47 |
| 12/17/2018 | 68142039 | BAML | Union Electric Co | $ 1,949.87 |
| 12/19/2018 | 68114723 | BAML | San Diego Gas&Electric | $ 39,048.85 |
| 12/19/2018 | 68136692 | BAML | Pacificorp/PacificPower | $ 43,580.60 |
| 12/19/2018 | 68136991 | BAML | Pacificorp/PacificPower | $ 13,077.68 |
| 12/19/2018 | 68136840 | BAML | Madison Title Agency | $ 337,018.83 |
| 12/27/2018 | 68130499 | BAML | Direct Energy Business | $ 317,970.50 |
| 3/26/2019 | 1325141 | BAML | State of Montana - Kmart self-insured WC | $ 850,000.00 |
| 4/18/2019 | 6811387 | BAML | Beede Group | $ 2,553,000.00 |
| 5/13/2019 | 1410419 | BAML | Travelers Casualty and Surety | $ 277,137.37 |
| 5/23/2019 | 68133798 | BAML | National Fuel Resources | $ 875.00 |
| | | **TOTAL BAML** | | **$ 5,392,758.92** |
| 10/19/2018 | SM238634W | Wells Fargo | Treasurer of State Of Maine - Kmart self-insured WC | $ 1,400,000.00 |
| 10/29/2018 | SM238635W | Wells Fargo | State of Maine - Sears old self-insured WC | $ 750,000.00 |
| | | **TOTAL WELLS-FARGO** | | **$ 2,150,000.00** |
| | | **TOTAL BAML - WELLS** | | **$ 7,542,758.92** |
| 11/30/2018 | 69613171 | Citi | Southern California Edison | $ 1,048,828.33 |
| 1/11/2019 | 69613060 | Citi | ARGONAUT INSURANCE COMPANY | $ 261,347.00 |
| 2/7/2019 | 69613280 | Citi | Direct Energy | $ 277,482.70 |
| | | **TOTAL CITI** | | **$ 1,587,658.03** |
| | | **TOTAL DRAWS TO DATE** | | **$ 9,130,416.95** |

**ONE DRAW PENDING:**

| Date | LC Number | Issuer | Beneficiary | Amount |
|---|---|---|---|---|
| Pending | 68134076 | BAML | Vectren | $ 10,500.00 |

# Exhibit L

**EXHIBIT 3: GRIFFITH ADJUSTMENTS**

| | GRIFFITH VALUE | HENRICH ADJ. | NOTES |
|---|---|---|---|
| **Debt** | | | |
| Total First Lien Debt | 1,927.0 | | |
| Total Second Lien Debt (ex. Second Lien Notes) | 1,078.0 | | |
| Total First & Second Lien Debt | 3,005.0 | | |
| **Recoveries** | | | |
| Total Inventory at cost | 2,691.0 | | |
| Realized inventory value | 2,287.4 | | Assumes Inventory sale proceeds at 85.0% of book value |
| Accounts receivable | 70.0 | | |
| Total Eligible proceeds | 2,357.4 | | |
| Less: First Lien Debt | (1,927.0) | | |
| Amount Available for Second Lien Debt | 430.4 | | Amount which was credit bid (~ 41% ) in connection with ESL Acquisition |
| **Recoveries for Second Lien Debt** | **430.4** | **430.4** | |
| **Henrich Adjustments** | | | |
| Add Cash | | 116.2 | Cash on Hand; Disbursement Accounts, Depository Accounts, Concentration Accounts |
| Add Accounts Receivable/Cash Equivalents | | 64.3 | Credit Card Deposits in Transit |
| 1) Total Cash, Accounts Receivable, & Cash Equivalents | | 180.5 | |
| 2) Add Pharmacy prescription list | | 72.8 | First Lien Collateral |
| 3) Reduce amount of First Lien Debt outstanding | | 394.9 | Undrawn First Lien Letters of Credit and Second Lien Stand-Alone L/C Facility |
| 4) Add Inventory actual liquidation results | | 306.8 | Difference between 96.4% actual GOB net recovery vs. 85% NOLV per debtors |
| 5) Add to reflect going concern Inventory value | | 271.7 | Difference between Go Forward 29% GM vs 15.9% GM in #4 above for ongoing stores |
| Total Adjustments | | 1,226.6 | |
| **Adjusted Amount Available for Second Lien Debt** | | **1,657.0** | |
| Total Second Lien Debt (ex. Second Lien Notes) | | 1,078.0 | |
| Amount of Second Lien Notes Outstanding | | 89.0 | |
| Total Second Lien Debt (incl. Second Lien Notes) | | 1,167.0 | |
| **Net Value in Excess of Second Lien Debt** | | **490.0** | Amount of Corporate overhead and §506(c) costs that can be absorbed before impairment |