UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

IN RE:

**SEARS HOLDING CORPORATION, INC, et al,**

        Debtors.[1]

-----------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Chapter 11

Case No. 18-23538 (RDD)
(jointly administered)

   **APRIL HARRIS**, being duly sworn says: I am not a party to this action, am over 18 years of age and reside in Brooklyn, NY.

   On July 11, 2019, I served true copies of the **NOTICE OF MOTION OF IQ9-200 SW C AVE, LLC FOR AN ORDER PURSUANT TO 11 U.S.C. §503(a), 503 (b)(1)(A), and 507(a)(2), FOR THE PAYMENT OF ADMINISTRATIVE EXPENSES** with Exhibits A and B (Docket No. 4510), by emailing same to Standard Parties and Rule 2002 Parties listed on the Master Service List.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart stores of Texas LLC (8915); MyGofer LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

On July 11, 2019, I also served true copies of the **NOTICE OF MOTION OF IQ9-200 SW C AVE, LLC FOR AN ORDER PURSUANT TO 11 U.S.C. §503(a), 503 (b)(1)(A), and 507(a)(2), FOR THE PAYMENT OF ADMINISTRATIVE EXPENSES** with Exhibits A and B (Docket No. 4510), by First Class mail upon the following:

BST International Fashion Ltd.
Attn: A.R. Shrinivasan
Managing Director
39 Wang Kwong Rd, Ste 2301B
Skyline Tower, Kowloon Bay
Kowloon, Hong Kong

Chambers of Honorable Robert D. Drain
Sears Chambers Copy
US Bankruptcy Court SDNY
300 Quarropas Street, Room 248
White Plains, NY 10601

Fein, Such & Crane, LLP
Attn: Tammy L. Terrell Benoza, Esq.
1400 Old Country Road
Suite C103
Westbury, NY 11590

Fein, Such & Crane, LLP
Attn: Tammy L. Terrell Benoza, Esq.
7 Century Drive
Suite 201
Parsippany, NJ 07054

Frenkel, Lambert, Weiss, Weisman & Gordon, LLP
Attn: Michelle C. Marans, Esq.
53 Gibson Street
Bay Shore, NY 11706

Linebarger Goggan Blair & Sampson, LLP
Attn: Diane Wade Sanders
P.O. Box 17428
Austin, TX 78760

Milbank, Tweed, Hadley & McCloy LLP
Attn: Andrew M. Leblanc
1850 K Street, NW
Suite 1100
Washington, DC 20006

Montee & Associates
Attn: Kevin P. Montee, Esq
1250-I Newell Ave.
Suite 149
Walnut Creek, CA 94596

Ohio Department of Taxation
Attn: Office of the Ohio Attorney General
1600 Carew Tower
441 Vine Street
Cincinnati, OH 45202

Sears Holding Corporation
Attn: Stephen Sitley Esq., Luke J. Valentino, Esq., Rob Riecker
3333 Beverly Road
Hoffman Estates, IL 60179

| | |
|---|---|
| The Bank of New York Mellon Trust Company<br>Attn: Corporate Trust Administration<br>101 Barclay St., Floor 8W<br>New York, NY 10286 | Wilmorite Management Group LLC<br>Attn: Donald C. Cowan, Jr.<br>1265 Scottsville Road<br>Rochester, NY 14624 |

Wilmington Trust, National Association
Attn: Sears Holdings Corp. Administrator
Corporate Capital Markets
50 South Sixth Street, Suite 1290
Minneapolis, MN 55402

_____
APRIL HARRIS

Sworn to before me this
18th day of July, 2019

_____
Notary Public

JOSEPH ARONAUER
NOTARY PUBLIC, State of New York
No #02AR4957198
Qualified in Westchester County
Commission Expires October 7, 2021