HERRICK, FEINSTEIN, LLP
Two Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Sean E. O'Donnell
Stephen B. Selbst
Steven B. Smith

*Special Conflicts Counsel to the Official Committee of
Unsecured Creditors of Sears Holdings Corporation, et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SEARS HOLDINGS CORPORATION, *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| Debtors[1] | : | (Jointly Administered) |
| | : | |
| | : | |
| | : | |

--------------------------------------------------------------- x

**SECOND COMBINED MONTHLY FEE STATEMENT OF HERRICK, FEINSTEIN
LLP FOR PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS
INCURRED AS SPECIAL CONFLICTS COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS FOR THE PERIOD OF APRIL 1, 2019 THROUGH
MAY 31, 2019**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRE Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179

| | |
|---|---|
| Name of Applicant: | Herrick, Feinstein LLP |
| Authorized to Provide Professional Services To: | Special Conflicts Counsel to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* |
| Date of Retention: | March 22, 2019 *nunc pro tunc* to January 2, 2019 |
| Period for Which Compensation and Reimbursement Is Sought: | April 1, 2019 through May 31, 2019 |
| Combined Monthly Fees Incurred: | $115,439.50 |
| 20% Holdback: | $23,087.90 |
| Total Compensation Less 20% Holdback: | $92,351.60 |
| Combine Monthly Expenses Incurred: | $1,040.57 |
| Total Combine Fees and Expenses Requested: | $93,392.17 |

This is a __x__ monthly ___ interim ___ final application

Herrick Feinstein LLP ("Herrick Feinstein"), special conflicts counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Sears Holding Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby respectfully submits this statement of fees and disbursements (the "Second Combined Monthly Fee Statement") covering the period from April 1, 2019 through and including May 31, 2019 (the "Compensation Period") in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [ECF No. 796]. By the Second Combined Monthly Fee Statement, and after taking into account certain voluntary discounts and reductions,[2] Herrick Feinstein requests (a) interim allowance and payment of compensation in the amount of $92,351.60 (80% of $115,439.50) for

---

[2] The total amount sought for fees and expenses ($92,351.60) reflects voluntary reductions for the Compensation Period of $23,087.90 in fees and $1,040.57 in expenses.

HF 12808104v.1

fees on account of reasonable and necessary professional services rendered to the Creditors' Committee by Herrick Feinstein, and (b) reimbursement of actual and necessary costs and expenses in the amount of $1,040.57 incurred by Herrick Feinstein during the Compensation Period.

## FEES FOR SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

**Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, department, bar admissions, hourly billing rates and aggregate hours spent by each Herrick Feinstein professional and paraprofessional that provided services to the Creditors' Committee during the Compensation Period.  The rates charged by Herrick Feinstein for services rendered to the Creditors' Committee are the same rates that Herrick Feinstein charges generally for professional services rendered to its non-bankruptcy clients.

**Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Herrick Feinstein professionals and paraprofessionals in rendering services to the Creditors' Committee during the Compensation Period.

**Exhibit C** sets forth a complete itemization of tasks performed by Herrick Feinstein professional and paraprofessionals that provided services to the Creditors' Committee during the Compensation Period.

## EXPENSES INCURRED
## DURING THE COMPENSATION PERIOD

**Exhibit D** sets for a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Herrick Feinstein in connection with services rendered to the Creditors' Committee during the Compensation Period.

HF 12808104v.1

**Exhibit E** sets forth a complete itemization of disbursements incurred by Herrick Feinstein in connection with services rendered to the Creditors' Committee during the Compensation Period.

## NOTICE AND OBJECTION PROCEDURES

Notice of this Second Combined Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email:jacqueline.marcus@weil.com), Garrett A. Fail (email: garrettlail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email:paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (e-mail: harnerp@ballardspahr.com); (vi) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, Attention: Vincent J. Marriott (e-mail: marriott@ballardspahr.com) and Tobey M. Daluz (e-mail: dalurt@ballardspahr.com); and (vi) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, NY 10036, Attention: Philip C. Dublin (email: pdublin@akingump.com), Ira S. Dizengoff (email: idizengoff@akingump.com) and Sara Lynne Brauner (email: sbrauner@akingump.com), (collectively, the "Notice Parties").

4

Objections to this Second Combined Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **August 5, 2019** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

If no objections to this Second Combined Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

If an objection to this Second Combined Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Second Combined Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

*[Remainder of page left blank intentionally]*

HF 12808104v.1

Dated: New York, New York
July 19, 2019

HERRICK FEINSTEIN LLP

By: */s/ Stephen B. Selbst*
    Sean E. O'Donnell
    Stephen B. Selbst
    Steven B. Smith
    Two Park Avenue
    New York, NY 10016
    Telephone: (212) 592-1400
    Facsimile: (212) 592-1500
Email: sodonnell@herrick.com
    sselbst@herrick.com
    ssmith@herrick.com

*Special Conflicts Counsel to the Official
Committee of Unsecured Creditors of Sears
Holdings Corporation, et al.*

6

## Exhibit A

### Timekeeper Summary

| PARTNERS | DEPARTMENT | YEAR OF BAR ADMISSION | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|---|
| Sean O'Donnell | Litigation | 1998 | 985.00 | 9.7 | 9,554.50 |
| **Total Partners** | | | | **9.7** | **9,554.50** |

| COUNSEL | DEPARTMENT | YEAR OF BAR ADMISSION | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|---|
| Steven B. Smith | Restructuring & Bankruptcy | 2001 | 725.00 | 75.60 | 54,810.00 |
| Michelle M. Sekowski | Litigation | 2005 | 675.00 | 33.80 | 22,815.00 |
| **Total Counsel** | | | | **109.40** | **77,625.00** |

| ASSOCIATES | DEPARTMENT | YEAR OF BAR ADMISSION | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|---|
| Maame Austin | Litigation | 2018 | 370.00 | 54.00 | 19,980.00 |
| **Total Associates** | | | | **54.00** | **19,980.00** |

| PARALEGALS/ NON-LEGAL STAFF | DEPARTMENT | RATE ($) | HOURS | AMOUNT ($) |
|---|---|---|---|---|
| Larisa Poretsky | Litigation | 360.00 | 18.80 | 6,768.00 |
| Simon Yanway | Litigation Support | 360.00 | 2.00 | 720.00 |
| Jonathan Skidmore | Litigation | 360.00 | 2.20 | 792.00 |
| **Total Paralegals/ Non-Legal Staff** | | | **23.00** | **8,280.00** |
| **Total Hours/Fees Requested** | | | **196.10** | **$115,439.50** |

| ALL PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 731.98 | 119.10 | 87,179.50 |
| Associates | 370.00 | 54.00 | 19,980.00 |
| Paralegals/Non-Legal Staff | 360.00 | 23.00 | 8,280.00 |
| Blended Timekeeper Rate | 588.68 | | |
| **Total Fees Incurred** | | **196.10** | **115,439.50** |

**Exhibit B**

**Task Code Summary**

| Task Code | HOURS | AMOUNT ($) |
|---|---|---|
| Case Administration - B110 | 56.10 | 23,873.50 |
| Asset Analysis and Recovery - B120 | 35.00 | 23,465.00 |
| Asset Deposition - B130 | 0.30 | 202.50 |
| Fee/Employment Applications - B160 | 22.20 | 9,598.00 |
| Assumption/Rejection of Leases/Contracts- B185 | 0.80 | 580.00 |
| Contested Matters (exclu. assumption/rejection) - B190 | 73.60 | 52,817.00 |
| General Bankruptcy Advice/Opinions - B410 | 3.10 | 3,053.50 |
| Restructuring – B420 | 5.00 | 1,850.00 |
| **Total** | **196.10** | **115,439.50** |

## Exhibit C

### Itemized Fees

 HERRICK

Re:    **Sears Bankruptcy**

Bill Number: 342519
File Number: 19609-0001
Page 2

**LEGAL SERVICES**

| Date | Timekeeper | Task | Description | Time |
|------|-----------|------|-------------|------|
| 04/01/19 | M. Austin | B420 | Review of OCH-ZIFF documents | 3.70 |
| 04/01/19 | M. Sekowski | B120 | Correspondence with S. O'Donnell and S. Smith re: status of subpoena productions and document review. | .20 |
| 04/01/19 | M. Sekowski | B120 | Review and analyze correspondence from M. Austin re: status of document review, highlights in productions to date. | .30 |
| 04/01/19 | M. Sekowski | B120 | Telephone confs. with S. Smith re: status of subpoena productions and document review, case strategy. | .30 |
| 04/01/19 | S. Smith | B190 | Review update on document review and review of flagged docs. | 1.00 |
| 04/01/19 | S. Smith | B190 | T/C with M. Sekowski re status of document production and next steps. | .20 |
| 04/01/19 | S. Smith | B190 | Prepare and send email status report to S. O'Donnell re status of document production and next steps. | .20 |
| 04/02/19 | M. Austin | B110 | Document review; correspondence re same | .80 |
| 04/02/19 | M. Austin | B110 | OCO and Och ziff document review | 1.00 |
| 04/02/19 | M. Sekowski | B120 | Miscellaneous correspondence with S. Smith, M. Austin, and S. Yanway re: Cyrus production. | .20 |

# HERRICK

| | | | | |
|---|---|---|---|---|
| Re: | **Sears Bankruptcy** | | Bill Number: 342519 | |
| | | | File Number: 19609-0001 | |
| | | | Page 3 | |

| Date | Name | Code | Description | Hours |
|---|---|---|---|---|
| 04/02/19 | M. Sekowski | B120 | Correspondence with M. Austin re: status of document review, review of Cyrus materials. | .10 |
| 04/02/19 | M. Sekowski | B120 | Review and analyze correspondence from M. Austin re: highlights in productions to date. | .50 |
| 04/02/19 | M. Sekowski | B120 | Review correspondence from K. Pierucci re: Cyrus production. | .10 |
| 04/02/19 | S. O'Donnell | B110 | Coordinate discovery | .20 |
| 04/02/19 | S. Smith | B190 | Review of document production and discussions with M. Sekowski and M. Austin re same. | 2.00 |
| 04/02/19 | S. Smith | B190 | Review of new production from Cyrus and correspondence re same and coordinate download into Relativity. | .80 |
| 04/02/19 | S. Yanway | B110 | Perform data analysis of Electronically data containing Cyrus Capital document production, and loaded into database for attorneys' review. | .40 |
| 04/03/19 | M. Austin | B110 | Initial review of Cyrus document production | 1.50 |
| 04/03/19 | S. Smith | B190 | T/C with M. Sekowski and M. Austin re first review of document production and next steps. | .30 |
| 04/03/19 | S. Smith | B190 | Continued second level review of document production and discussions with M. Austin and M. Sekowski re same. | 1.60 |

# HERRICK

Re:    **Sears Bankruptcy**

Bill Number: 342519
File Number: 19609-0001
Page 4

| Date | Name | Code | Description | Hours |
|---|---|---|---|---|
| 04/04/19 | M. Austin | B110 | Review of production; discussion with S. Smith and M. Sekowski | .90 |
| 04/04/19 | M. Sekowski | B120 | Telephone conf. with M. Austin and S. Smith re: status of and substance in CDS document productions, case strategy. | .50 |
| 04/04/19 | M. Sekowski | B120 | Telephone conf. with S. O'Donnell re: status of and substance in CDS document productions. | .20 |
| 04/04/19 | S. O'Donnell | B110 | Coordinate discovery | .30 |
| 04/04/19 | S. Smith | B190 | Review of M. Austin's status report on first level review of documents, including review of sampling of responsive docs. | 1.00 |
| 04/04/19 | S. Smith | B190 | Prepare for and participate in T/C with M. Austin and M. Sekowski re first level review of document production and next steps. | .70 |
| 04/05/19 | L. Poretsky | B160 | Discuss with Steve Smith preparation of the consolidated monthly fee statement covering January-March 2019; (.6) review Akin Form of the monthly fee statement for information that have to be obtain from the accounting department; (.2) | .80 |
| 04/05/19 | M. Austin | B110 | Review of responsive production to determine to analyze characters and participants | 1.00 |
| 04/05/19 | S. Smith | B160 | O/C with paralegal, L. Poretsky, re prep of consolidated monthly fee statement and coordinate same. | .50 |



Re:    **Sears Bankruptcy**                                  Bill Number: 342519
                                                             File Number: 19609-0001
                                                             Page 5

| | | | | |
|---|---|---|---|---|
| 04/05/19 | S. Smith | B190 | Continued review of document production and preparation of timeline of events re same. | 2.00 |
| 04/08/19 | L. Poretsky | B160 | Review and analyze Interim compensation order re procedure of the submission of the monthly fee statement (.4); submit request for backup and breakdown documents for the period from January 2 through March 31, 2019 (.4); review and analyze breakdown documents such as break downs of the amounts by attorney, task codes summary and disbursement summary (.6); conference with Steve Smith re status of final invoices for the period and drafting of the fee statement (.6); begin drafting First Combined Monthly Fee Statement (1.0) | 3.00 |
| 04/08/19 | M. Austin | B110 | Sears document review; chart cataloguing | 4.60 |
| 04/08/19 | S. Smith | B160 | Coordinate preparation of consolidated monthly fee statement. | .50 |
| 04/08/19 | S. Smith | B190 | Review Wilmington Trust's motion to prohibit use of cash collateral. | .20 |
| 04/09/19 | S. Smith | B160 | Coordinate with C. D'Angelo re revisions to draft invoice for consolidated Jan-March fee statement. | .20 |

# HERRICK

| Re: | **Sears Bankruptcy** | | | Bill Number: 342519 |
| | | | | File Number: 19609-0001 |
| | | | | Page 6 |

| | | | | |
|---|---|---|---|---|
| 04/09/19 | S. Smith | B190 | Review of document production and follow up research re Bankruptcy Code section 363(n). | 2.50 |
| 04/10/19 | L. Poretsky | B160 | Continue working on Monthly Fee Statement | 1.00 |
| 04/10/19 | M. Austin | B110 | Review of character list from responsive documents and coreespondence re same; review of filings in sears matter | .90 |
| 04/10/19 | M. Sekowski | B120 | Review and analyze materials from M. Austin re: personnel involvement, open issues. | .40 |
| 04/10/19 | M. Sekowski | B120 | Correspondence with S. Smith and S. O'Donnell re: case status and strategy. | .20 |
| 04/10/19 | M. Sekowski | B120 | Review correspondence from S. Smith re: status of document review work. | .20 |
| 04/10/19 | M. Sekowski | B120 | Telephone conf. and correspondence with S. Smith re: update to Committee, document review status. | .40 |
| 04/10/19 | M. Sekowski | B120 | Review and analyze Cyrus and Och-Ziff subpoena productions. | 5.40 |
| 04/10/19 | S. O'Donnell | B110 | Confer re discovery; update re same | .50 |

# ▌ HERRICK

Re:    **Sears Bankruptcy**

Bill Number: 342519
File Number: 19609-0001
Page 7

| Date | Timekeeper | Code | Description | Hours |
|---|---|---|---|---|
| 04/10/19 | S. Smith | B190 | (i) Discussions with M. Austin re review of document production, including review of cast of characters spreadsheet and (ii) prepare status report for S. O'Donnell in preparation for T/C with Akin Gump. (.5) | 1.00 |
| 04/10/19 | S. Smith | B190 | T/C with M. Sekowski re (i) review of Cyrus and Och-Ziff document production, and (ii) preparation of initial assessment memo for Akin Gump. | .50 |
| 04/10/19 | S. Smith | B190 | Review of OCO and Barclays document production and preparation of timeline of events re same. | 3.50 |
| 04/10/19 | S. Smith | B190 | Discussions with S. O'Donnell re status call with Akin regarding MTN investigation and attention to email traffic re same. | .20 |
| 04/10/19 | S. Smith | B190 | Discussion with S. O'Donnell and M. Sekowski re status, proposed next steps in investigation. | .20 |
| 04/10/19 | S. Smith | B190 | T/C with S. O'Donnell and S. Brauner at Akin Gump re (i) status of MTN investigation, (ii) initial assessment and (iii) negotiation of plan. | .50 |
| 04/11/19 | L. Poretsky | B160 | Continue working on Monthly Fee Statement. | .50 |
| 04/11/19 | M. Sekowski | B120 | Review and revise draft memo to Akin re: case status and strategy. | .40 |

# HERRICK

| Re: | **Sears Bankruptcy** | | | Bill Number: 342519 |
| --- | --- | --- | --- | --- |
| | | | | File Number: 19609-0001 |
| | | | | Page 8 |

| Date | Name | Code | Description | Hours |
| --- | --- | --- | --- | --- |
| 04/11/19 | M. Sekowski | B120 | Correspondence and telephone confs. with S. Smith re: review of subpoena productions, case analysis and strategy. | 1.00 |
| 04/11/19 | S. Smith | B190 | Review document production from OCO and Barclays and prepare timeline of events re same. | 10.00 |
| 04/11/19 | S. Smith | B190 | Prepare and circulate draft Initial Assessment Memo and discussions with M. Sekowski re same. | 1.50 |
| 04/12/19 | L. Poretsky | B160 | Continue working on Combined Monthly Fee Statement; | 1.00 |
| 04/12/19 | L. Poretsky | B160 | Working on Combined Monthly Fee Statement | 3.50 |
| 04/12/19 | M. Sekowski | B120 | Review correspondence from S. Smith re: draft assessment for Akin. | .20 |
| 04/12/19 | S. O'Donnell | B110 | Confer w/ Akin and update re discovery/analysis | .50 |
| 04/12/19 | S. Smith | B190 | Follow up re initial assessment with S. O'Donnell and M. Sekowski. | .40 |
| 04/12/19 | S. Smith | B160 | Coordinate preparation of consolidated monthly fee statement with L. Poretsky. | .20 |
| 04/14/19 | S. Smith | B190 | Prepare and send emails to counsel for OCO, Och-Ziff and Cyrus re scheduling meet & confer conferences. | .20 |

# HERRICK

| Re: | **Sears Bankruptcy** | | | Bill Number: 342519 |
| --- | --- | --- | --- | --- |
| | | | | File Number: 19609-0001 |
| | | | | Page 9 |

| | | | | |
| --- | --- | --- | --- | --- |
| 04/15/19 | L. Poretsky | B160 | Request and review Itemized Disbursements report for the period from January 2 through March 31, 2019 (.4); discuss discrepancies with accounting (.3); request and review revised fee and expenses invoice (1.0); revise first combined fee statement and exhibits accordingly (1.5); submit to Steve Smith for review (.2) | 3.40 |
| 04/15/19 | M. Sekowski | B120 | Miscellaneous correspondence with S. O'Donnell, S. Smith, I. Dizengoff, and P. Dublin re: initial assessment of CDS participants' productions and potential claims by Committee. | .20 |
| 04/15/19 | M. Sekowski | B120 | Correspondence with Kramer Levin re: subpoena to Barclays and meet and confer on same. | .20 |
| 04/15/19 | M. Sekowski | B120 | Miscellaneous telephone confs. with S. Smith re: draft assessment for Akin and status of same, meet and confer strategy. | .50 |
| 04/15/19 | M. Sekowski | B120 | Review file and outline issues for meet and confers with CDS Participants. | 1.60 |
| 04/15/19 | S. O'Donnell | B110 | Coordinate discovery; confer w/ Akin re same analysis; review/revise update re same; calls/emails re same | 1.00 |

**HERRICK**

Re:    **Sears Bankruptcy**

Bill Number: 342519
File Number: 19609-0001
Page 10

| | | | | |
|---|---|---|---|---|
| 04/15/19 | S. Smith | B190 | T/C with S. O'Donnell re initial assessment for Akin and prepare and send email to Akin team re same. | .70 |
| 04/15/19 | S. Smith | B190 | Exchange emails with Akin Gump re initial assessment of claims. | .20 |
| 04/15/19 | S. Smith | B190 | Follow up document review in preparation for meet and confer conferences. | .50 |
| 04/15/19 | S. Smith | B190 | Follow up discussions with counsel for CDS Participants scheduling meet and confer conferences. | .40 |
| 04/15/19 | S. Smith | B190 | Review meet & confer checklist and T/C with M. Sekowski re same. | .50 |
| 04/15/19 | S. Smith | B190 | Prepare and send emails to CDS Participants requesting meet & confer conferences to discuss document production. | .50 |
| 04/16/19 | M. Sekowski | B120 | Miscellaneous correspondence re: additional meet and confer conferences and preparation for same. | .20 |
| 04/16/19 | M. Sekowski | B120 | Prepare for and participate in telephonic meet and confer with S. Sparling, M. Nowak, and S. Smith re: Barclays subpoena production. | .50 |
| 04/16/19 | S. O'Donnell | B110 | Coordinate discovery | .50 |

# HERRICK

Re:   **Sears Bankruptcy**

Bill Number: 342519
File Number: 19609-0001
Page 11

| Date | Timekeeper | Code | Description | Hours |
|---|---|---|---|---|
| 04/16/19 | S. Smith | B190 | Follow up review of documents produced by Och Ziff and Cyrus and revise timeline of events in preparation for meet and confer conferences with Och Ziff and Cyrus. | 1.50 |
| 04/16/19 | S. Smith | B190 | Prepare for and host meet and confer conference with counsel for Barclays. | .80 |
| 04/16/19 | S. Smith | B190 | Coordinate review and production of Barclays documents with lit support and exchange emails with counsel for Barclays re same. | .80 |
| 04/16/19 | S. Yanway | B110 | Create draft document production for attorney approval in Portable Document Format image with optical character recognition, appropriate endorsements as requested form Barclays' production. | .20 |
| 04/17/19 | M. Austin | B110 | Review of case filings | .10 |
| 04/17/19 | M. Sekowski | B120 | Prepare for and participate in telephonic meet and confer with R. Liubicic, K.Pierucci, and S. Smith re: Cyrus subpoena production. | .40 |
| 04/17/19 | M. Sekowski | B120 | Prepare for and participate in telephonic meet and confer with K. Pasquale, I. Sasson, and S. Smith re: OZ subpoena production. | .40 |
| 04/17/19 | S. Smith | B190 | (i) Prepare for and host meet and confer conferences with counsel for Och Ziff and counsel to Cyrus and (1,2) (ii) T/C with M. Sekowski re same. (.3) | 1.50 |

**HERRICK**

Re:    **Sears Bankruptcy**

Bill Number: 342519
File Number: 19609-0001
Page 12

| Date | Name | Code | Description | Hours |
|---|---|---|---|---|
| 04/18/19 | L. Poretsky | B160 | Review further revised draft of the HF invoice. Revise, proofread and finalize First Fee Statement per revised draft of the HF invoice. | 1.30 |
| 04/18/19 | M. Sekowski | B120 | Review and analyze miscellaneous correspondence from S. Smith re: update, meet and confer with OCO. | .20 |
| 04/18/19 | M. Sekowski | B120 | Draft correspondence to S. O'Donnell re: update on meet and confers, case strategy. | 1.00 |
| 04/18/19 | S. O'Donnell | B110 | Coordinate discovery | .50 |
| 04/18/19 | S. Smith | B190 | Preparation of preliminary draft summary overview of meet and confer conferences for S. O'Donnell and M. Sekowski. | .20 |
| 04/18/19 | S. Smith | B190 | (i) Prepare for and conduct meet and confer conference with counsel for OCO and (ii) prepare summary update for M. Sekowski re same. (.3) | 1.00 |
| 04/18/19 | S. Smith | B160 | T/C with L. Poretsky re first consolidated monthly fee statement and review draft. | .50 |
| 04/19/19 | S. Smith | B160 | Review draft consolidated monthly fee statement and exchange emails with L. Poretsky re same. | .50 |
| 04/22/19 | M. Austin | B110 | Research on common interest privilege | 2.40 |
| 04/23/19 | M. Austin | B110 | Research on common interest and joint defense privilege; drafting of email memo re same; correspondence re same | 3.80 |



Re:    **Sears Bankruptcy**

Bill Number: 342519
File Number: 19609-0001
Page 13

| | | | | |
|---|---|---|---|---|
| 04/23/19 | M. Sekowski | B120 | Review, analyze, and annotate research and case law from M. Austin re: common interest privilege as to business transactions. | 1.00 |
| 04/23/19 | M. Sekowski | B120 | Strategize for potential challenge to OCO and Och-Ziff's assertion of common interest privilege. | .50 |
| 04/24/19 | L. Poretsky | B160 | Review and analyze fee procedures order to find out objection deadlines; (.9) finalize draft of the first monthly fee statement and assemble exhibits; (.5) meeting with Stephen Selbst to review and discuss first monthly fee statement and revise per comments; (.5) submit same to Sean O'Donnell for review and comments; (.2) | 1.70 |
| 04/24/19 | S. Smith | B160 | Coordinate review of consolidated monthly fee statement and exchange emails with L. Porestky (paralegal) re same. | .30 |
| 04/25/19 | M. Sekowski | B120 | Review correspondence from K. Pierucci re: meet and confer follow up. | .20 |
| 04/25/19 | S. Smith | B160 | Continued coordination of prep of first consolidated monthly fee statement. | .40 |
| 04/26/19 | L. Poretsky | B160 | Follow up on a status of the review of first fee statement | .30 |
| 04/26/19 | M. Sekowski | B120 | Review and analyze hearing notice. | .10 |

# HERRICK

| | | | | | |
|---|---|---|---|---|---|
| Re: | **Sears Bankruptcy** | | | Bill Number: 342519 | |
| | | | | File Number: 19609-0001 | |
| | | | | Page 14 | |

| | | | | |
|---|---|---|---|---|
| 04/26/19 | M. Sekowski | B120 | Review and analyze correspondence from K. Pasquale re: Och-Ziff's privilege log. | .20 |
| 04/26/19 | M. Sekowski | B120 | Review and analyze correspondence from E. Hess re: OCO's privilege log. | .10 |
| 04/26/19 | M. Sekowski | B120 | Attention to preliminary analysis of OCO's and Och-Ziff's privilege logs. | .50 |
| 04/29/19 | M. Sekowski | B120 | Telephone conf. with S. Smith re: meet and confer follow ups and strategy for same. | .20 |
| 04/29/19 | S. Smith | B190 | Review of privilege logs and common interest privilege research. | 1.00 |
| 04/30/19 | L. Poretsky | B160 | Submit copy of the First Fee Statement to Sean O'Donnell for review; prepare revised statement and exhibits and submit to Steve Smith for further circulation for approval; | .40 |
| 04/30/19 | M. Sekowski | B120 | Review and analyze correspondence from K. Pierucci re: Cyrus's privilege log. | .20 |
| 04/30/19 | M. Sekowski | B120 | Review correspondence from S. Smith and S. Sparling re: status of Barclays' supplemental production. | .10 |
| 04/30/19 | M. Sekowski | B120 | Telephone conf. with S. Smith re: common interest privilege and potential challenge to same. | .30 |

# HERRICK

| Re: | **Sears Bankruptcy** | | | Bill Number: | 342519 |
|-----|-----|-----|-----|-----|-----|
| | | | | File Number: | 19609-0001 |
| | | | | Page 15 | |

| Date | Name | Code | Description | Hours |
|------|------|------|-------------|-------|
| 04/30/19 | M. Sekowski | B120 | Draft correspondence to M. Austin re: review of privilege logs, common interest privilege and potential challenge to same. | .20 |
| 04/30/19 | S. Smith | B160 | Final review of first consolidated monthly fee statement and send to Akin and client for review. | .80 |
| 04/30/19 | S. Smith | B190 | Review privilege logs and related correspondence. | 1.50 |
| 05/01/19 | M. Austin | B110 | Discussion with sean O'donnell; steve smith; M. Sekowski re common interest privilege and discovery progress | .50 |
| 05/01/19 | M. Sekowski | B120 | Correspondence with M. Austin and S. Smith re: privilege log analysis. | .20 |
| 05/01/19 | M. Sekowski | B120 | Telephone conf. and correspondence with S. Smith re: open discovery issues and strategy for same. | .30 |
| 05/01/19 | M. Sekowski | B120 | Telephone confs. with S. O'Donnell, S. Smith, and M. Austin re: case status and strategy, privilege log analysis. | .90 |
| 05/01/19 | S. O'Donnell | B410 | Strategy and analysis; confer w/ team re same | 1.20 |
| 05/01/19 | S. Smith | B190 | Attention to and analysis of common interest privilege in connection with review of produced privilege logs. | 1.00 |

**HERRICK**

| Re: | **Sears Bankruptcy** | | | Bill Number: 342519 |
| | | | | File Number: 19609-0001 |
| | | | | Page 16 |

| 05/01/19 | S. Smith | B190 | Prepare for and participate in Herrick team call re status of discovery and discussion of next steps. | 1.00 |
| 05/01/19 | S. Smith | B190 | Review status of discovery and prepare list of missing items and open issues for follow up meet & confer conferences. | 1.00 |
| 05/02/19 | M. Sekowski | B120 | Correspondence with S. Smith and S. Yanway re: supplemental production from Barclays. | .20 |
| 05/02/19 | M. Sekowski | B120 | Review correspondence from M. Nowak re: supplemental production from Barclays. | .20 |
| 05/02/19 | S. Yanway | B110 | Perform data analysis of Electronically Stored Information from Barclay and loaded into relativity for counsel review.. | .60 |
| 05/03/19 | M. Austin | B110 | Research re common interest privilege | 3.90 |
| 05/03/19 | M. Austin | B110 | Research on elements re privilege log and common interest privilege | 1.70 |
| 05/03/19 | M. Austin | B110 | Research on federal standard re privilege logs and assertion of privilege | 1.20 |
| 05/03/19 | M. Sekowski | B120 | Review correspondence from S. Smith and S. Brauner re: case status. | .10 |
| 05/06/19 | M. Austin | B110 | Review of privilege log ; additional research on common interest privilege | .90 |

**HERRICK**

Re:    **Sears Bankruptcy**                              Bill Number: 342519
                                                         File Number: 19609-0001
                                                         Page 17

| Date | Timekeeper | Code | Description | Hours |
|---|---|---|---|---|
| 05/06/19 | M. Sekowski | B120 | Telephone conf. with S. Smith re: analysis of privilege log, Barclays' supplemental production and review of same. | .30 |
| 05/06/19 | M. Sekowski | B120 | Telephone conf. with M. Austin re: analysis of privilege log. | .50 |
| 05/07/19 | M. Austin | B110 | Review and analysis of Och- Ziff Privilege log | 4.00 |
| 05/07/19 | M. Austin | B110 | Continued review of OCO privilege log ; drafting of memo re same; research | 5.20 |
| 05/07/19 | S. Smith | B190 | Review second round of Barclays document production. | 2.50 |
| 05/08/19 | M. Austin | B110 | Additional review of och-ziff privilege log; drafting of memo re same | 3.50 |
| 05/08/19 | M. Austin | B110 | Review of memo | .70 |
| 05/08/19 | M. Sekowski | B130 | Review and analyze memo from M. Austin re: common interest privilege and log analysis. | .30 |
| 05/08/19 | S. Smith | B190 | Continued analysis re common interest privilege and review of new documents. | 1.00 |
| 05/08/19 | S. Smith | B190 | Exchange emails with S. Brauner at Akin re MTN investigation and follow up with Herrick team re same. | .20 |
| 05/09/19 | S. Smith | B190 | Continued analysis of common interest privilege, privilege logs and open meet & confer issues. | 1.30 |

# HERRICK

Re:    **Sears Bankruptcy**

Bill Number: 342519
File Number: 19609-0001
Page 18

| Date | Timekeeper | Code | Description | Hours |
|---|---|---|---|---|
| 05/10/19 | M. Sekowski | B120 | Review and analyze additional common interest case law from M. Austin. | .30 |
| 05/10/19 | M. Sekowski | B120 | Correspondence with S. Smith re: review of supplemental Barclays production. | .10 |
| 05/10/19 | S. Smith | B190 | Follow up analysis of common interest privilege. | .50 |
| 05/13/19 | J. Skidmore | B190 | Reviewed privileged logs for entries of communications between attorneys. | 2.20 |
| 05/13/19 | M. Austin | B110 | Review of research and memo; Discussion with S. Smith & M. Sekowski RE privilege log and Common interest privilege memo | 1.20 |
| 05/13/19 | M. Sekowski | B120 | Telephone conf. with M. Austin and S. Smith re: common interest and privilege log analysis. | .50 |
| 05/13/19 | M. Sekowski | B120 | Research re: applicability of privilege to communications with PR consultant. | 1.00 |
| 05/13/19 | M. Sekowski | B120 | Review and analyze Cyrus production re: potential challenge to privilege assertions over communications with PR consultant. | .50 |
| 05/13/19 | M. Sekowski | B120 | Telephone conf. and correspondence with M. Austin re: additional privilege log analysis. | .40 |

# HERRICK

Re:    **Sears Bankruptcy**

Bill Number: 342519
File Number: 19609-0001
Page 19

| | | | | |
|---|---|---|---|---|
| 05/13/19 | M. Sekowski | B120 | Review correspondence from S. Smith and S. Sparling re: Barclays privilege log and open discovery issues. | .10 |
| 05/13/19 | S. Smith | B190 | Prepare for and participate in T/C re analysis of common interest privilege and privilege logs. | .80 |
| 05/13/19 | S. Smith | B190 | Discussions with counsel for Barclays re status of production of privilege log and responses to outstanding discovery questions. | .40 |
| 05/14/19 | M. Sekowski | B120 | Correspondence with S. Smith and S. O'Donnell re: strategy and call with Akin. | .20 |
| 05/14/19 | S. O'Donnell | B410 | Motion to compel analysis | .50 |
| 05/14/19 | S. Smith | B190 | Exchange emails with S. Brauner of Akin re scheduling conference call for status update and emails with Herrick team re same. | .10 |
| 05/15/19 | M. Sekowski | B120 | Draft, review, and revise correspondence to S. O'Donnell re: status of privilege analyses. | .60 |
| 05/15/19 | M. Sekowski | B120 | Correspondence with S. Smith re: update for S. O'Donnell and preparation of same. | .20 |
| 05/15/19 | M. Sekowski | B120 | Review correspondence from M. Nowak re: Barclays privilege log and supplemental production. | .20 |
| 05/15/19 | S. O'Donnell | B410 | Strategy and analysis re privilege and motion to compel | .50 |

# HERRICK

| Re: | **Sears Bankruptcy** | | | Bill Number: 342519 |
| --- | --- | --- | --- | --- |
| | | | | File Number: 19609-0001 |
| | | | | Page 20 |

| | | | | |
| --- | --- | --- | --- | --- |
| 05/15/19 | S. Smith | B190 | Review email from counsel for Barclays with privilege log and preliminary review of log. | .30 |
| 05/15/19 | S. Smith | B190 | Review draft email to S. O'Donnell re analysis of common interest privilege, privilege log analysis and next steps and exchange emails with M. Sekowski re same. | .30 |
| 05/16/19 | M. Sekowski | B120 | Correspondence with S. O'Donnell and S. Smith re: status of privilege analyses, legal research on same. | .20 |
| 05/16/19 | M. Sekowski | B120 | Correspondence with M. Nowak and S. Smith re: Barclays supplemental production. | .20 |
| 05/16/19 | S. O'Donnell | B410 | Strategy and analysis | .50 |
| 05/16/19 | S. Smith | B185 | Attention to issues re Barclays production and review email exchange re same. | .80 |
| 05/16/19 | S. Smith | B190 | Review of Barclays documents and follow up analysis of privilege logs. | 1.50 |
| 05/16/19 | S. Smith | B190 | Follow up common interest analysis and prepare for and participate in T/C with Herrick team re same. | 1.00 |
| 05/17/19 | M. Austin | B420 | Phone discussion with Akin Counsel re progress on production re subpoena; discussion with S. Smith re same | 1.30 |
| 05/17/19 | M. Sekowski | B120 | Review correspondence from M. Nowak re: supplemental Barclays production. | .20 |

# HERRICK

Re:    **Sears Bankruptcy**                                          Bill Number: 342519
                                                                     File Number: 19609-0001
                                                                     Page 21

| | | | | |
|---|---|---|---|---|
| 05/17/19 | M. Sekowski | B120 | Telephone conf. with S. Brauner, S. O'Donnell, and S. Smith re: case status and strategy, privilege challenges. | .40 |
| 05/17/19 | S. O'Donnell | B110 | Case admin | .30 |
| 05/17/19 | S. O'Donnell | B110 | Update to Akin | .30 |
| 05/17/19 | S. O'Donnell | B410 | Priv analysis | .40 |
| 05/17/19 | S. Smith | B190 | Prepare for and participate in T/C with S. Brauner of Akin re status of MTN investigation, status of disclosure statement/plan process, and proposed next steps. | .90 |
| 05/17/19 | S. Smith | B190 | Review new Barclays document production and attention to email traffic re same. | 1.30 |
| 05/20/19 | L. Poretsky | B160 | Revise, finalize, file on a docket First Combined Monthly Fee Statement of Herrick, Feinstein LLP for Professional Services Rendered and Disbursements; (.6) prepare and submit e-mail to Prime Clerk requesting service of the fee statement; (.3) | .90 |
| 05/20/19 | M. Sekowski | B120 | Correspondence and telephone conf. with S. Smith re: draft correspondence to CDS participants on privilege logs. | .20 |
| 05/20/19 | S. Smith | B160 | Review consolidated monthly fee statement and coordinate filing of same. | .50 |

# HERRICK

Re:    **Sears Bankruptcy**

Bill Number: 342519
File Number: 19609-0001
Page 22

| Date | Name | Code | Description | Hours |
|------|------|------|-------------|-------|
| 05/21/19 | M. Sekowski | B120 | Miscellaneous correspondence and telephone conf. with S. Yanway re: Barclays production issues. | .20 |
| 05/21/19 | M. Sekowski | B120 | Review and revise correspondence to Stroock re: issues with OZ's privilege log. | .20 |
| 05/21/19 | M. Sekowski | B120 | Correspondence with S. O'Donnell, S. Smith and M. Austin re: draft correspondence to CDS participants on privilege deficiencies. | .20 |
| 05/21/19 | M. Sekowski | B120 | Telephone conf. with Kramer Levin and S. Smith re: open issues for Barclays discovery. | .30 |
| 05/21/19 | M. Sekowski | B120 | Telephone confs. and correspondence with S. Smith re: draft correspondence to CDS participants. | .40 |
| 05/21/19 | M. Sekowski | B120 | Review and revise correspondence to Quinn re: issues with OCO's privilege log. | .20 |
| 05/21/19 | M. Sekowski | B120 | Draft correspondence to Milbank re: issues with Cyrus's privilege log. | .30 |
| 05/21/19 | S. Smith | B190 | Prepare correspondence to counsel for OCO and Och-Ziff re discovery issues. | .90 |
| 05/21/19 | S. Smith | B190 | Review Barclays supplemental document production and attention to email traffic re same. | 1.00 |

# HERRICK

Re:    **Sears Bankruptcy**                                      Bill Number: 342519
                                                                 File Number: 19609-0001
                                                                 Page 23

| Date | Name | Code | Description | Hours |
|---|---|---|---|---|
| 05/21/19 | S. Smith | B190 | Follow up review of Barclays supplemental document production and review timeline accordingly. | 1.50 |
| 05/21/19 | S. Smith | B190 | T/C with M. Sekowski re discovery issues and draft letters to counsel for CDS participants. | .20 |
| 05/21/19 | S. Smith | B190 | Prepare for and conduct T/C meet & confer with counsel for Barclays re open discovery issues. | 1.00 |
| 05/21/19 | S. Yanway | B110 | Perform data analysis of Electronically Stored Information from Barclay and loaded into relativity for counsel review. | .30 |
| 05/22/19 | M. Sekowski | B120 | Correspondence with S. O'Donnell, S. Smith and M. Austin re: draft correspondence to Milbank on privilege deficiencies. | .20 |
| 05/22/19 | M. Sekowski | B120 | Review correspondence from M. Nowak re: reproduction of Bloomberg chats. | .20 |
| 05/22/19 | M. Sekowski | B120 | Review and revise correspondence to Milbank on privilege deficiencies. | .20 |
| 05/22/19 | M. Sekowski | B120 | Correspondence with S. Yanway re: reproduction of Bloomberg chats. | .20 |
| 05/22/19 | S. Smith | B190 | Review updated email and draft correspondence to CDS participants re open discovery issues. | .50 |

**HERRICK**

Re:   **Sears Bankruptcy**                                    Bill Number: 342519
                                                             File Number: 19609-0001
                                                             Page 24

| Date | Name | Code | Description | Hours |
|------|------|------|-------------|-------|
| 05/23/19 | M. Sekowski | B120 | Telephone call to S. O'Donnell re: status of correspondence to CDS participants. | .10 |
| 05/23/19 | M. Sekowski | B120 | Correspondence with S. Yanway re: reproduced Bloomberg chats. | .20 |
| 05/23/19 | S. Yanway | B110 | Perform data analysis of Electronically Stored Information from Barclay and loaded into relativity for counsel review. | .20 |
| 05/24/19 | M. Sekowski | B120 | Correspondence with S. Smith re: status of deficiency issues with CDS participants. | .10 |
| 05/27/19 | S. O'Donnell | B110 | Case admin | .50 |
| 05/28/19 | M. Sekowski | B120 | Correspondence with S. O'Donnell and S. Smith re: privilege issues and confs. on same. | .20 |
| 05/28/19 | M. Sekowski | B120 | Miscellaneous correspondence with S. Smith and CDS participants re: additional meet and confer on privilege issues. | .30 |
| 05/28/19 | S. O'Donnell | B190 | Confer w/team re review/revise correspondence to various parties re priv log and assertion | .50 |
| 05/28/19 | S. O'Donnell | B190 | Review/revise correspondence to various parties re priv log and assertion | .50 |
| 05/28/19 | S. Smith | B190 | Review revisions to draft correspondence to counsel for CDS participants re discovery issues and finalize and send correspondence. | .50 |

**HERRICK**

Re:   **Sears Bankruptcy**

Bill Number: 342519
File Number: 19609-0001
Page 25

| 05/28/19 | S. Smith | B190 | Follow up discussion re open discovery issues and exchange emails with counsel for CDS participants re same. | .80 |
|---|---|---|---|---|
| 05/29/19 | L. Poretsky | B120 | Assist Maame Austin with preparation of the motion to compel discovery of privileged materials and other request; | 1.00 |
| 05/29/19 | M. Austin | B110 | Further Research and outline of motion to compel discovery; correspondence and phone discussion re same | 6.00 |
| 05/29/19 | S. O'Donnell | B110 | Coordinate meet and confer | .50 |
| 05/29/19 | S. Smith | B190 | (i) Discussions with Herrick team re open discovery issues; (.5) (ii) schedule and prepare for meet & confer conferences, (.6) and (iii) review of draft outline for request for discovery conference. (.2) | 1.30 |
| 05/30/19 | M. Austin | B110 | First draft of letter to court re motion to compel | 1.50 |
| 05/30/19 | M. Austin | B110 | Discussion with S. Smith ; further editing of outline and research on Drain Case law | .50 |
| 05/30/19 | M. Sekowski | B120 | Correspondence with S. Yanway re: Barclays production issue. | .20 |
| 05/30/19 | M. Sekowski | B120 | Review, analyze, and revise outline for potential motion to compel. | .30 |
| 05/30/19 | M. Sekowski | B120 | Telephone conf. with S. Smith re: preparation for upcoming meet and confers. | .20 |

# ⊓ HERRICK

Re:     **Sears Bankruptcy**

Bill Number: 342519
File Number: 19609-0001
Page 26

| | | | | |
|---|---|---|---|---|
| 05/30/19 | M. Sekowski | B120 | Correspondence with S. Smith re: legal research on privilege applicability to PR firms. | .20 |
| 05/30/19 | M. Sekowski | B120 | Prepare for and participate in meet and confer call with Milbank re: Cyrus privilege log. | .80 |
| 05/30/19 | M. Sekowski | B120 | Telephone conf. with S. Smith re: Milbank meet and confer, case strategy. | .20 |
| 05/30/19 | S. Smith | B190 | Research privilege issues re sharing communications with public relations team and common interest. | 1.00 |
| 05/30/19 | S. Smith | B190 | Prepare for and conduct second meet & confer with counsel for Cyrus re open discovery questions and related issues. | 1.00 |
| 05/30/19 | S. Smith | B190 | Follow up research on common interest and review draft letter to Court re same. | 1.50 |
| 05/31/19 | M. Austin | B110 | Further drafting of letter to court re MTC | 1.00 |
| 05/31/19 | M. Austin | B110 | First draft of letter to court re motion to compel | .20 |
| 05/31/19 | M. Sekowski | B120 | Miscellaneous correspondence with S. Yanway re: Barclays production issues. | .20 |
| 05/31/19 | M. Sekowski | B120 | Miscellaneous correspondence with Stroock and Quinn re: meet and confer. | .20 |

 **HERRICK**

Re:     **Sears Bankruptcy**                                        Bill Number: 342519
                                                                   File Number: 19609-0001
                                                                   Page 27

| 05/31/19 | M. Sekowski | B120 | Telephone conf. and correspondence with S. Smith re: meet and confer with Stroock and Quinn and issues related to same. | .20 |
| 05/31/19 | M. Sekowski | B120 | Review correspondence from K. Pierucci re: additional Cyrus production. | .10 |
| 05/31/19 | S. O'Donnell | B120 | MTC analysis | .50 |
| 05/31/19 | S. Smith | B190 | Prepare for meet & confer conference with counsel for OCO and Och-Ziff including analysis of issues related to privilege log and common interest privilege. | 1.00 |
| 05/31/19 | S. Smith | B190 | Follow up analysis re open discovery issues in preparation for upcoming meet and confer conferences. | .80 |
| 05/31/19 | S. Smith | B190 | Follow up review of documents produced by CDS participants in light of privilege assertions and meet & confer conferences. | .70 |
| 05/31/19 | S. Yanway | B110 | Perform data analysis of Electronically Stored Information from Barclay and loaded into existing review database. | .30 |

                                                                   **Total**        **$115,439.50**

## LEGAL SERVICES SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| S. O'Donnell | 9.70 | 985.00 | 9,554.50 |

 HERRICK

Re:    **Sears Bankruptcy**

Bill Number: 342519
File Number: 19609-0001
Page 28

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| S. Smith | 75.60 | 725.00 | 54,810.00 |
| M. Sekowski | 33.80 | 675.00 | 22,815.00 |
| M. Austin | 54.00 | 370.00 | 19,980.00 |
| J. Skidmore | 2.20 | 360.00 | 792.00 |
| L. Poretsky | 18.80 | 360.00 | 6,768.00 |
| S. Yanway | 2.00 | 360.00 | 720.00 |

**DISBURSEMENTS**

| | |
|---|---|
| Out Of Town Travel Expenses | 0.00 |
| Online Research | 248.25 |
| Pacer Charges | 40.10 |
| Telecommunication Costs | 93.00 |
| Office Supplies | 0.00 |
| Document Processing | 156.00 |
| Duplication | 203.22 |
| E-Discovery Data Hosting | 300.00 |

|  |  |
|---|---|
| **Total disbursements** | **$1,040.57** |



Re:    **Sears Bankruptcy**

Bill Number: 342519
File Number: 19609-0001
Page 29

## TASK BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| **Case Administration - B110** | | |
| | 56.10 | $23,873.50 |
| Subtotals | **56.10** | **$23,873.50** |
| | | |
| **Asset Analysis and Recovery - B120** | | |
| | 35.00 | $23,465.00 |
| Subtotals | **35.00** | **$23,465.00** |
| | | |
| **Asset Deposition - B130** | | |
| | .30 | $202.50 |
| Subtotals | **.30** | **$202.50** |
| | | |
| **Fee/Employment Applications - B160** | | |
| | 22.20 | $9,598.00 |
| Subtotals | **22.20** | **$9,598.00** |
| | | |
| **Assumption/Rejection of Leases/Contracts - B185** | | |
| | .80 | $580.00 |



Re:   **Sears Bankruptcy**

Bill Number: 342519
File Number: 19609-0001
Page 30

| | | |
|---|---|---|
| **Subtotals** | **.80** | **$580.00** |

Contested Matters (exclu. assumption/rejection) - B190

| | | |
|---|---|---|
| | 73.60 | $52,817.00 |
| **Subtotals** | **73.60** | **$52,817.00** |

General Bankruptcy Advice/Opinions - B410

| | | |
|---|---|---|
| | 3.10 | $3,053.50 |
| **Subtotals** | **3.10** | **$3,053.50** |

Restructurings - B420

| | | |
|---|---|---|
| | 5.00 | $1,850.00 |
| **Subtotals** | **5.00** | **$1,850.00** |

## Exhibit D

### Disbursement Summary

| | |
|---|---:|
| Online Research | $248.25 |
| Pacer Charges | $40.10 |
| Telecommunication Costs | $93.00 |
| Document Processing | $156.00 |
| Duplication | $203.22 |
| E-Discovery Data Hosting | $300.00 |
| **Total** | **$1,040.57** |

## Exhibit E

### Itemized Disbursement

Billed and Unbilled Recap Of Cost Detail - [19609-0001 - Sears Bankruptcy]                                                                                                    Page 1
Client: 19609 - Simon Property Group, L.P.   6/19/2019 11:12:24 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 03/31/2019 | 0000 | Feinstein - Firm Herrick | 115 | 1.00 | 100.00 | 100.00 | E-Discovery Data Hosting Minimum Charge | 8866983 |
| 04/05/2019 | 0020 | Williams Lea | 105 | 1.00 | 156.00 | 156.00 | Williams Lea - WP Job # - 90341 - Requested By - Poretsky, Larisa Description - WORD PROCESSING -Convert or Scan/Clean-up Document #Sears-Akin M onthly Fee Stateme Amount of Hours:3,25C/M Input ted: 19609-0001 | 8888637 |
|  |  | Voucher=252076 Paid |  |  |  |  | Vendor=Williams Lea Inc. Balance= .00 Amount= 7716.00 Check #46362 06/05/2019 |  |
| 04/08/2019 | 1005 | Laini John | 074 | 1.00 | 40.10 | 40.10 | PACER Invoice #2560425-Q12019 Usage Period: Jan uary 2019-March 2019 Pages: 29.00 --C/M # Provid ed: 19609-0001 | 8881636 |
|  |  | Voucher=251838 Paid |  |  |  |  | Vendor=Pacer Service Center  Balance= .00  Amount= 4453.10 Check #46163 05/07/2019 |  |
| 04/09/2019 | 0946 | Larisa Poretsky | 080 | 8.00 | 0.18 | 1.44 | Printing | 8872944 |
| 04/15/2019 | 0946 | Larisa Poretsky | 080 | 14.00 | 0.18 | 2.52 | Printing | 8878887 |
| 04/22/2019 | 1223 | Maame Esi Austin | 075 | 1.00 | 80.60 | 80.60 | West Invoice # Usage Charges of:  Requested by AUSTIN,MAAME ESI Transactions: 14 Account #10 00669670 --19609-0001C/M # Provided: 19609-0001 | 8899201 |
|  |  | Voucher=252355 Paid |  |  |  |  | Vendor=West Group - GSi Payment Center-Westlaw  Balance= .00 Amount= 48662.57 Check #46365  06/05/2019,  46365  06/30/2019 |  |
| 04/24/2019 | 9999 | Pitney Bowes | 067 | 79.00 | 0.18 | 14.22 | E-copy Scan to Email Job ID 2695 was delivered to "PBMS@herrick.com,". Total Pages: 79, Total Bytes: 0 | 8864416 |
| 04/24/2019 | 0946 | Larisa Poretsky | 080 | 15.00 | 0.18 | 2.70 | Printing | 8884417 |
| 04/24/2019 | 0946 | Larisa Poretsky | 080 | 57.00 | 0.18 | 10.26 | Printing | 8884418 |
| 04/24/2019 | 9999 | Pitney Bowes | 089 | 79.00 | 0.18 | 14.22 | Printing - Blowback | 8885068 |
| 04/30/2019 | 0946 | Larisa Poretsky | 080 | 1.00 | 0.18 | 0.18 | Printing | 8887336 |
| 04/30/2019 | 1013 | Michael Parker | 115 | 1.00 | 100.00 | 100.00 | E-Discovery Data Hosting Minimum Charge Case ID: 1432722 Case Description: Simon Property Group - Sears Bankruptcy Database Creation Date: 3/27/19 | 8887764 |
| 05/01/2019 | 1281 | Steven Smith | 080 | 1.00 | 0.18 | 0.18 | Printing | 8888309 |
| 05/01/2019 | 1281 | Steven Smith | 080 | 13.00 | 0.18 | 2.34 | Printing | 8888310 |
| 05/01/2019 | 1281 | Steven Smith | 080 | 31.00 | 0.18 | 5.58 | Printing | 8888311 |
| 05/02/2019 | 9999 | Pitney Bowes | 067 | 82.00 | 0.18 | 14.76 | E-copy Scan to Folder Job ID 3317 was delivered to "\\herrick.com\shares\home\PBMS". Total Pages: 82, Total Bytes: 0 | 8889053 |
| 05/02/2019 | 9999 | Pitney Bowes | 067 | 240.00 | 0.18 | 43.20 | E-copy Scan to Folder Job ID 3318 was delivered to "\\herrick.com\shares\home\PBMS". Total Pages: 240, Total Bytes: 0 | 8889054 |
| 05/02/2019 | 9999 | Pitney Bowes | 067 | 260.00 | 0.18 | 46.80 | E-copy Scan to Folder Job ID 3314 was delivered to "\\herrick.com\shares\home\PBMS". Total Pages: 260, Total Bytes: 0 | 8889055 |
| 05/02/2019 | 9999 | Pitney Bowes | 067 | 150.00 | 0.18 | 27.00 | E-copy Scan to Folder Job ID 3315 was delivered to "\\herrick.com\shares\home\PBMS". Total Pages: 150, Total Bytes: 0 | 8889056 |
| 05/03/2019 | 1279 | Sean E. O'Donnell | 066 | 1.00 | -28.75 | -28.75 | Office Supplies - VENDOR: American Express | 8889326 |

Billed and Unbilled Recap Of Cost Detail - [19609-0001 - Sears Bankruptcy]                                                      Page 2
Client: 19609 - Simon Property Group, L.P.   6/19/2019 11:12:24 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | Voucher=252092 Paid | | | | | Vendor=American Express Balance= .00 Amount= .00 | |
| | | | | | | | Check #appl7636 05/03/2019 | |
| 05/03/2019 | 1279 | Sean E. O'Donnell | 070 | 1.00 | -98.88 | -98.88 | Out Of Town Accommodations - VENDOR: American Express | 8889327 |
| | | Voucher=252092 Paid | | | | | Vendor=American Express Balance= .00 Amount= .00 | |
| | | | | | | | Check #appl7636 05/03/2019 | |
| 05/03/2019 | 1279 | Sean E. O'Donnell | 066 | 1.00 | 28.75 | 28.75 | Office Supplies - VENDOR: American Express | 8889330 |
| | | Voucher=252092 Paid | | | | | Vendor=American Express Balance= .00 Amount= .00 | |
| | | | | | | | Check #appl7636 05/03/2019 | |
| 05/03/2019 | 1279 | Sean E. O'Donnell | 070 | 1.00 | 98.88 | 98.88 | Out Of Town Accommodations - VENDOR: American Express | 8889331 |
| | | Voucher=252092 Paid | | | | | Vendor=American Express Balance= .00 Amount= .00 | |
| | | | | | | | Check #appl7636 05/03/2019 | |
| 05/04/2019 | 1223 | Maame Esi Austin | 080 | 31.00 | 0.18 | 5.58 | Printing | 8891200 |
| 05/13/2019 | 0462 | Jonathan W Skidmore | 080 | 31.00 | 0.18 | 5.58 | Printing | 8894341 |
| 05/13/2019 | 1052 | Michelle Sekowski | 080 | 26.00 | 0.18 | 4.50 | Printing | 8894342 |
| 05/17/2019 | 1223 | Maame Esi Austin | 080 | 6.00 | 0.18 | 1.08 | Printing | 8897936 |
| 05/20/2019 | 0946 | Larisa Poretsky | 080 | 6.00 | 0.18 | 1.08 | Printing | 8898727 |
| 05/29/2019 | 1223 | Maame Esi Austin | 075 | 1.00 | 61.79 | 61.79 | West Invoice #840419156 Usage Charges of: 5/1/1 | 8911033 |
| | | | | | | | 9 Requested by: AUSTIN,MAAME ESI Transactions: | |
| | | | | | | | 44 Account #1000669670 --19609-0001C/M # Provid | |
| | | | | | | | ed: 19609-0001 | |
| | | Voucher=252699 Unpaid | | | | | Vendor=West Group - GSI Payment Center-Westlaw Balance= | |
| | | | | | | | 48344.35 Amount= 48344.35 | |
| 05/30/2019 | 1223 | Maame Esi Austin | 075 | 1.00 | 105.86 | 105.86 | West Invoice #840419156 Usage Charges of: 5/1/1 | 8911034 |
| | | | | | | | 9 Requested by: AUSTIN,MAAME ESI Transactions: | |
| | | | | | | | 4 Account #1000669670 --19609-0001C/M # Provide | |
| | | | | | | | d: 19609-0001 | |
| | | Voucher=252699 Unpaid | | | | | Vendor=West Group - GSI Payment Center-Westlaw Balance= | |
| | | | | | | | 48344.35 Amount= 48344.35 | |
| 05/31/2019 | 1013 | Michael Parker | 115 | 1.00 | 100.00 | 100.00 | E-Discovery Data Hosting Minimum Charge Case | 8905882 |
| | | | | | | | ID: 1432722 Case Description: Simon Property | |
| | | | | | | | Group - Sears Bankruptcy Database Creation | |
| | | | | | | | Date: 3/27/19 | |
| | | UNBILLED TOTALS:  WORK: | | | | 947.57 | 31 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 947.57 | | |
| | | GRAND TOTAL:  WORK: | | | | 947.57 | 31 records | |
| | | GRAND TOTAL:  BILL: | | | | 947.57 | | |
| 03/27/2019 | 1005 | Lani John | 037 | 1.00 | 93.00 | 93.00 | Court hearing | |
| | | Voucher=251602 Paid | | | | | Vendor=CAPITAL ONE, N.A. Balance= .00 Amount= 4306.01 | |
| | | | | | | | Check #wire5068 04/11/2019 | |