# EXHIBIT A

## Sears AR Aging Report
### Post-Bankruptcy
*5/16/2019*

| Sears | Amount Due |
|---|---|
| FLS | $373,976.71 |
| CCN | $2,697 |
| FLS Puerto Rico | $15,899.25 |
| Grand Total | $392,573.02 |

## Pre-Bankruptcy
*10/15/2018*

| Sears | Current |
|---|---|
| FLS | $1,061,755 |
| CCN | $33,780 |
| SHIP | $20,335 |
| PRS | $71,628 |
| MDO | $99,545 |
| Grand Total | $1,287,043 |

| | |
|---|---|
| Total Rejection Damages Claim (pre and post bankruptcy amounts due for services performed) | $1,679,616.02 |

8