UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

-------------------------------------------------------------x
In re                                                         :
                                                              :    Chapter 11
                                                              :
**SEARS HOLDINGS CORPORATION**                                :    Case No. 18-23538
                                                              :
Debtor.                                                       :
                                                              :
-------------------------------------------------------------x

**ORDER PURSUANT TO 11 U.S.C. § 362(d)**
**MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

Upon the motion, dated July 22nd, 2019 (the "Motion"), of [VIVIAN HILKEN] (Daniel M. Silvershein Esq.), for an order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code") vacating the automatic stay imposed in the above-captioned case by section 362(a) of the Bankruptcy Code as to the Creditor's interests in [ALLOWING IT TO PROCEED IN ITS PERSONAL INJURY CASE] to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion on August 22nd, 2019 at 10:00 am [and there being no opposition to the Motion;] [and the Court having directed the Creditor on the record of the Hearing to settle an order on five days' notice on the Debtor; and the Creditor having settled[without objection,] this form of order on the Debtor; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby

**ORDERED** that the Motion is granted as provided herein; and it is further

**ORDERED** that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is vacated under section 362(d) of the Bankruptcy Code as to the Creditor's

Z:\Word\Bankruptcy\Hilken, Vivian\Hilken Auto stay .docx

interests in the Property to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property; and it is further.

**Dated: August, ___, 2019**
     **White Plains, New York**

_____
**Honorable Judge Robert Drain**
**United States Bankruptcy Judge**

Z:\Word\Bankruptcy\Hilken, Vivian\Hilken Auto stay .docx