UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

**EIGHTH MONTHLY FEE STATEMENT OF FTI CONSULTING, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 1, 2019 THROUGH JUNE 30, 2019**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide Professional Services to: | Official Committee of Unsecured Creditors |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Date of Retention: | December 19, 2018, *nunc pro tunc* to October 25, 2018 |
| Period for which compensation and reimbursement is sought: | June 1, 2019 through June 30, 2019 |
| Monthly Fees Incurred: | $113,575.00 |
| Monthly Expenses Incurred: | $286.54 |
| Total Fees and Expenses: | $113,861.54 |

This is a: __X__ monthly _____ interim _____ final application

This statement (the "**Fee Statement**") of FTI Consulting, Inc. (together with its wholly owned subsidiaries and independent contractors, "**FTI**") as financial advisor to the Official Committee of Unsecured Creditors of Sears Holdings Corporation, *et al.* (the "**Committee**") is submitted in accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No.796] entered on November 16, 2018, (the "**Order**"). In support of this Fee Statement, FTI respectfully states as follows.

1. The fees and expenses for the period from June 1, 2019 through and including June 30, 2019 (the "**Eighth Fee Period**") amount to:

| | |
|---|---|
| Professional Fees | $113,575.00 |
| Expenses | 286.54 |
| **TOTAL** | **$113,861.54** |

2. In accordance with the Order, if no timely and proper objection is made by a party-in-interest within fifteen (15) days after service of this Fee Statement, the Debtors are authorized to pay 80% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

| | |
|---|---:|
| Professional Fees at 80% | $90,860.00 |
| Expenses at 100% | <u>286.54</u> |
| **TOTAL** | **<u>$91,146.54</u>** |

3. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Eighth Fee Period are set forth on the schedule annexed hereto as **Exhibit "A."**

4. A summary of aggregate hours worked and aggregate hourly fees for each task code during the Eighth Fee Period is set forth on the schedule annexed hereto as **Exhibit "B."**

5. Detailed time entry by task code during the Eighth Fee Period is set forth on the schedule annexed hereto as **Exhibit "C."**

6. A summary of expenses incurred during the Eighth Fee Period is set forth on the schedule annexed hereto as **Exhibit "D."**

7. Detailed breakdown of the expenses incurred during the Eighth Fee Period is set forth on the schedule annexed hereto as **Exhibit "E."**

8. FTI reserves the right to request, in subsequent fee statements and applications, any fees and reimbursement of any additional expenses incurred during the Eighth Fee Period, as such fees and expenses may not have been captured to date in FTI's billing system.

**NOTICE AND OBJECTION PROCEDURES**

9. Notice of this Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Mohsin Y. Meghji (email: mmeghji@miiipartners.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); and (iv) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com); (v) Paul E. Harner, fee examiner, 1675 Broadway, New York, NY 10019 (email: harnerp@ballardspahr.com); and (vi) counsel to the fee examiner, Ballard Spahr LLP, 1675 Broadway, New York, NY 10019, Attention: Vincent J. Marriott (email: marriott@ballardspahr.com) and Tobey M. Daluz (email: daluzt@ballardspahr.com) (collectively, the "Notice Parties").

10. Objections to this Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than August 7, 2019 (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

11. If no objections to this Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

12. If an objection to this Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be heard by the Court.

Dated: New York, New York
July 23, 2019

> FTI CONSULTING, INC.
> Financial Advisors to the Official Committee of
> Unsecured Creditors of Sears Holdings Corporation
>
> By: */s/ Matthew Diaz*
> Matthew Diaz, Senior Managing Director
> Three Times Square, 10th Floor
> New York, New York 10036
> Telephone: (212) 499-3611
> Email: matt.diaz@fticonsulting.com

**EXHIBIT A**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JUNE 1, 2019 TO JUNE 30, 2019**

| Professional | Position | Specialty | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|---|
| Diaz, Matthew | Sr Managing Dir | CF - Core | $ 1,050 | 33.3 | $ 34,965.00 |
| Gotthardt, Gregory | Sr Managing Dir | Real Estate | 775 | 9.0 | 6,975.00 |
| Greenspan, Ronald F | Sr Managing Dir | Real Estate | 1195 | 1.3 | 1,553.50 |
| Joffe, Steven | Sr Managing Dir | CF - Tax | 1,095 | 0.9 | 985.50 |
| Nelson, Cynthia A | Sr Managing Dir | Real Estate | 1,050 | 1.0 | 1,050.00 |
| Simms, Steven | Sr Managing Dir | CF - Core | 1,195 | 5.8 | 6,931.00 |
| Star, Samuel | Sr Managing Dir | CF - Core | 1,095 | 2.1 | 2,299.50 |
| Eisler, Marshall | Senior Director | CF - Core | 795 | 40.4 | 32,118.00 |
| Kaneb, Blair | Consultant | CF - Core | 400 | 10.6 | 4,240.00 |
| Kim, Ye Darm | Consultant | CF - Core | 400 | 55.8 | 22,320.00 |
| Hellmund-Mora, Marili | Project Asst | CF - Core | 275 | 0.5 | 137.50 |
| **TOTAL** | | | | **160.7** | **$ 113,575.00** |

**EXHIBIT B**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF HOURS BY TASK**
**FOR THE PERIOD JUNE 1, 2019 TO JUNE 30, 2019**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 10 | Analysis of Tax Issues | 0.3 | 328.50 |
| 11 | Prepare for and Attend Court Hearings | 2.6 | 2,730.00 |
| 14 | Analysis of Claims/Liab Subject to Compr | 81.0 | 55,620.00 |
| 15 | Analyze Interco Claims, RP Trans, SubCon | 1.4 | 1,470.00 |
| 16 | Analysis, Negotiate and Form of POR & DS | 45.3 | 31,637.50 |
| 17 | Wind Down Monitoring | 2.1 | 1,851.00 |
| 18 | Potential Avoidance Actions & Litigation | 12.9 | 11,302.00 |
| 21 | General Mtgs with UCC & UCC Counsel | 3.3 | 3,519.00 |
| 22 | Meetings with Other Parties | 0.7 | 739.50 |
| 24 | Preparation of Fee Application | 11.1 | 4,377.50 |
| | **TOTAL** | **160.7** | **$ 113,575.00** |

EXHIBIT C
SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538
DETAIL OF TIME ENTRIES
FOR THE PERIOD JUNE 1, 2019 TO JUNE 30, 2019

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 10 | 6/20/2019 | Joffe, Steven | 0.3 | Review amended disclosure statement for tax issues. |
| **10 Total** | | | **0.3** | |
| 11 | 6/19/2019 | Diaz, Matthew | 0.8 | Prepare for the Sears hearing, including review of the proposed fee order. |
| 11 | 6/20/2019 | Diaz, Matthew | 1.8 | Partial participation on the sears court hearing. |
| **11 Total** | | | **2.6** | |
| 14 | 4/17/2019 | Kim, Ye Darm | 3.3 | Analyze new claims report provided by Debtors from claims filed 4/8 - 4/10. |
| 14 | 6/3/2019 | Eisler, Marshall | 1.6 | Reconcile Debtors' claims classification from liquidation analysis provided by MIII to other documents. |
| 14 | 6/3/2019 | Diaz, Matthew | 0.7 | Review 503b9 analysis. |
| 14 | 6/4/2019 | Eisler, Marshall | 2.8 | Evaluate analysis sizing 503(b)(9) claims pool as provided by MIII. |
| 14 | 6/4/2019 | Diaz, Matthew | 0.8 | Review the Debtors' updated 503b9 analysis. |
| 14 | 6/5/2019 | Eisler, Marshall | 2.9 | Review diligence questions to be sent to MIII re: 503b9 claims. |
| 14 | 6/19/2019 | Kim, Ye Darm | 0.7 | Review Counsel's request re: 507b claims analysis. |
| 14 | 6/20/2019 | Eisler, Marshall | 2.3 | Evaluate Griffith Expert report on 507b claims. |
| 14 | 6/20/2019 | Eisler, Marshall | 2.1 | Evaluate Schulte report on 507b claims. |
| 14 | 6/20/2019 | Eisler, Marshall | 2.2 | Evaluate Murray Expert report on 507b claims. |
| 14 | 6/20/2019 | Eisler, Marshall | 2.4 | Evaluate Henrich Expert report on 507b claims. |
| 14 | 6/20/2019 | Eisler, Marshall | 2.7 | Review and provide comments to exhibit summarizing and contrasting assumptions in 507b expert reports. |
| 14 | 6/20/2019 | Eisler, Marshall | 1.2 | Evaluate exhibit detailing surchargeable expense assumptions used in expert reports. |
| 14 | 6/20/2019 | Simms, Steven | 2.1 | Review items related to 507 dispute with the 2L Creditors. |
| 14 | 6/20/2019 | Diaz, Matthew | 2.3 | Review the proposed 507b claims. |
| 14 | 6/20/2019 | Kim, Ye Darm | 3.6 | Process revisions to 507b expert report comparable analysis. |
| 14 | 6/20/2019 | Kim, Ye Darm | 2.1 | Analyze Debtors 507b expert report and declaration. |
| 14 | 6/20/2019 | Kim, Ye Darm | 4.1 | Prepare first comparable analysis of expert report 507b valuations. |
| 14 | 6/20/2019 | Kim, Ye Darm | 3.2 | Review 2L bondholders expert reports and declarations re: 507b analysis. |
| 14 | 6/20/2019 | Kim, Ye Darm | 3.5 | Prepare deliverable for counsel re: 507b comparable analysis. |
| 14 | 6/21/2019 | Eisler, Marshall | 2.1 | Participate in strategy meeting with Counsel re: 507b claims analysis. |
| 14 | 6/21/2019 | Eisler, Marshall | 1.3 | Evaluate Burian Sale Hearing expert report re: inventory value. |
| 14 | 6/21/2019 | Simms, Steven | 1.1 | Partial participation in meeting with Counsel on 507B issues. |
| 14 | 6/21/2019 | Diaz, Matthew | 1.5 | Review summaries of the 507b expert reports. |
| 14 | 6/21/2019 | Kim, Ye Darm | 2.1 | Participate in strategy meeting with Counsel re: 507b claims analysis. |
| 14 | 6/21/2019 | Kim, Ye Darm | 0.9 | Revise deliverable for counsel re: 507b comparable analysis. |
| 14 | 6/24/2019 | Simms, Steven | 0.6 | Correspond with M-III regarding 507b issues. |
| 14 | 6/24/2019 | Diaz, Matthew | 0.6 | Participate on call with m-iii to discuss the 507b claims. |
| 14 | 6/24/2019 | Diaz, Matthew | 1.5 | Review of the expert reports to prepare for the call with m-iii on the 507b claims. |
| 14 | 6/24/2019 | Diaz, Matthew | 1.1 | Review updated 507b analysis. |
| 14 | 6/24/2019 | Kim, Ye Darm | 3.8 | Process revisions to 507b comparable analysis for Counsel. |
| 14 | 6/25/2019 | Diaz, Matthew | 1.2 | Review updated 507b claim analysis. |
| 14 | 6/25/2019 | Diaz, Matthew | 0.5 | Participate on call with m-iii on the 507b claim analysis. |
| 14 | 6/25/2019 | Kim, Ye Darm | 1.0 | Revise Sears 507b comparable analysis for counsel. |
| 14 | 6/25/2019 | Kim, Ye Darm | 1.9 | Review Debtors' 507b claims valuation and source assumptions used. |
| 14 | 6/26/2019 | Diaz, Matthew | 1.6 | Continue to review 507b claim analysis. |
| 14 | 6/26/2019 | Diaz, Matthew | 0.5 | Participate on call with counsel to discuss the 507b response. |
| 14 | 6/26/2019 | Kim, Ye Darm | 0.7 | Continue diligence of Debtors' sources re: 85% recovery on inventory. |
| 14 | 6/27/2019 | Simms, Steven | 0.6 | Correspond with counsel on 507B items. |
| 14 | 6/27/2019 | Diaz, Matthew | 0.6 | Participate on call with counsel to discuss the 507b objection. |
| 14 | 6/27/2019 | Diaz, Matthew | 0.7 | Review the updated Griffith declaration. |
| 14 | 6/27/2019 | Diaz, Matthew | 1.7 | Detail review of the 507b objection. |
| 14 | 6/27/2019 | Kim, Ye Darm | 0.9 | Review Griffith supplemental declaration re: 507b claims. |

EXHIBIT C
SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538
DETAIL OF TIME ENTRIES
FOR THE PERIOD JUNE 1, 2019 TO JUNE 30, 2019

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 14 | 6/27/2019 | Kim, Ye Darm | 0.9 | Review revised draft of Counsel's 507b draft of memo and joinder to Debtors' declaration. |
| 14 | 6/27/2019 | Kim, Ye Darm | 0.8 | Review revised 507b memo with Counsel and legal allowance of 506c surcharge claims. |
| 14 | 6/27/2019 | Kim, Ye Darm | 2.0 | Review draft 507b supplemental memo and draft joinder to Debtors' supplemental declaration. |
| 14 | 6/28/2019 | Diaz, Matthew | 0.7 | Review final 507b objection. |
| 14 | 6/28/2019 | Kim, Ye Darm | 1.5 | Update 507b comparison analysis for latest Debtors' assumptions. |
| **14 Total** | | | **81.0** | |
| 15 | 6/3/2019 | Diaz, Matthew | 1.4 | Review updated i/c analysis. |
| **15 Total** | | | **1.4** | |
| 16 | 6/3/2019 | Eisler, Marshall | 2.3 | Reconcile liquidation analysis from company re: toggle plan. |
| 16 | 6/4/2019 | Eisler, Marshall | 1.1 | Correspond with MIII and Weil re: admin solvency tracker. |
| 16 | 6/4/2019 | Simms, Steven | 0.3 | Obtain update on case items related to Plan. |
| 16 | 6/6/2019 | Eisler, Marshall | 2.2 | Provide comments to model outlining PBGC settlement sensitivities. |
| 16 | 6/6/2019 | Kim, Ye Darm | 3.2 | Prepare additional sensitivity summaries for counsel reflecting PBGC settlement benefit v. litigation proceeds. |
| 16 | 6/6/2019 | Eisler, Marshall | 2.7 | Review APA and Transform complaint in order to respond to Akin diligence questions re: liquidity impact. |
| 16 | 6/7/2019 | Eisler, Marshall | 1.6 | Evaluate presentation for UCC re PBGC settlement. |
| 16 | 6/7/2019 | Star, Samuel | 0.3 | Review email from Akin Gump re: Transform and Debtors motions re: enforcement of automatic stay. |
| 16 | 6/7/2019 | Diaz, Matthew | 1.3 | Review the updated Sears Recovery Analysis. |
| 16 | 6/7/2019 | Diaz, Matthew | 1.2 | Review the update slides on the sears recovery analysis. |
| 16 | 6/7/2019 | Eisler, Marshall | 2.1 | Provide comments to memo provided by Akin outlining Transform complaint. |
| 16 | 6/10/2019 | Eisler, Marshall | 1.2 | Respond to Akin diligence question re: Kmart creditor distribution premium. |
| 16 | 6/10/2019 | Diaz, Matthew | 4.1 | Attend in person meeting at Weil to negotiate a consensual plan with the Debtors' advisors and the independent directors. |
| 16 | 6/11/2019 | Diaz, Matthew | 0.6 | Review Akin summary of the APA disputes with ESL. |
| 16 | 6/12/2019 | Diaz, Matthew | 0.2 | Participate on call with Akin to discuss the status of the plan. |
| 16 | 6/12/2019 | Eisler, Marshall | 0.8 | Respond to Akin diligence question re: Assumed Transform liabilities. |
| 16 | 6/12/2019 | Simms, Steven | 0.2 | Correspondence on Plan items with professionals. |
| 16 | 6/14/2019 | Simms, Steven | 0.3 | Obtain update on Plan issues. |
| 16 | 6/18/2019 | Kim, Ye Darm | 0.9 | Review UCC settlement terms re: corporate governance. |
| 16 | 6/18/2019 | Simms, Steven | 0.3 | Correspond with professionals on Plan issues. |
| 16 | 6/19/2019 | Kim, Ye Darm | 0.5 | Review Counsel's memorandum re: additional deposition questions and provide revisions. |
| 16 | 6/19/2019 | Kim, Ye Darm | 0.5 | Draft email response to Counsel re: line of argument for Riecker deposition. |
| 16 | 6/19/2019 | Kim, Ye Darm | 1.5 | Review Riecker Deposition transcript and provide commentary re: APA disputes to counsel. |
| 16 | 6/19/2019 | Star, Samuel | 0.3 | Meet with team re: updated work plan and POR settlement. |
| 16 | 6/19/2019 | Diaz, Matthew | 0.9 | Review recovery analysis. |
| 16 | 6/21/2019 | Eisler, Marshall | 2.8 | Determine impact from statements made in C. Good testimony transcript re: Transform dispute. |
| 16 | 6/21/2019 | Kim, Ye Darm | 1.2 | Review Chris Good deposition transcript re: APA disputes. |
| 16 | 6/23/2019 | Kim, Ye Darm | 2.8 | Provide deposition transcript analysis/commentary re: APA disputes line of questioning for Counsel. |
| 16 | 6/23/2019 | Kim, Ye Darm | 2.1 | Review Holz transcript re: APA disputes. |
| 16 | 6/28/2019 | Diaz, Matthew | 0.3 | Review updated plan and DS. |

EXHIBIT C
SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538
DETAIL OF TIME ENTRIES
FOR THE PERIOD JUNE 1, 2019 TO JUNE 30, 2019

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 16 | 6/28/2019 | Kim, Ye Darm | 1.8 | Prepare for Schulte deposition and review related documents. |
| 16 | 6/29/2019 | Kim, Ye Darm | 2.6 | Participate in Schulte deposition. |
| 16 | 6/29/2019 | Kim, Ye Darm | 1.1 | Prepare for Schulte deposition and review related documents. |
| **16 Total** | | | **45.3** | |
| 17 | 6/18/2019 | Diaz, Matthew | 0.7 | Review updated admin solvency tracker. |
| 17 | 6/18/2019 | Star, Samuel | 0.8 | Review draft term sheet re: governance issues and latest solvency tracker in preparation for call with UCC. |
| 17 | 6/27/2019 | Kim, Ye Darm | 0.6 | Review Debtors' latest admin solvency tracker. |
| **17 Total** | | | **2.1** | |
| 18 | 6/10/2019 | Gotthardt, Gregory | 2.6 | Investigate JV rent issue related to Paul Weiss draft complaint and discussion with Akin Gump. |
| 18 | 6/17/2019 | Greenspan, Ronald F | 0.4 | Review new Seritage rental and valuation info. |
| 18 | 6/17/2019 | Greenspan, Ronald F | 0.9 | Participate on call with Akin re: Seritage rental and valuation info. |
| 18 | 6/17/2019 | Nelson, Cynthia A | 0.5 | Review information related to Seritage transaction. |
| 18 | 6/17/2019 | Gotthardt, Gregory | 2.2 | Review and analyze discovery materials sent over by Akin Gump related to Seritage transaction. |
| 18 | 6/17/2019 | Simms, Steven | 0.3 | Correspond with professionals re: ESL disputes. |
| 18 | 6/18/2019 | Diaz, Matthew | 1.8 | Review updated investigation analysis. |
| 18 | 6/18/2019 | Gotthardt, Gregory | 3.3 | Continue to review and analyze discovery materials sent over by Akin Gump related to Seritage transaction. |
| 18 | 6/18/2019 | Gotthardt, Gregory | 0.9 | Participate on call with Akin Gump to discuss discovery materials related to the Seritage transaction. |
| **18 Total** | | | **12.9** | |
| 21 | 6/6/2019 | Diaz, Matthew | 0.5 | Participate on call with Akin to discuss the results of the hearing and related next steps for tomorrow's UCC call. |
| 21 | 6/7/2019 | Nelson, Cynthia A | 0.5 | Obtain an understanding of case status with respect to the proposed plan and direction for resolution of case. |
| 21 | 6/7/2019 | Diaz, Matthew | 0.6 | Participate on call with the UCC to discuss the status of the plan process and related next steps. |
| 21 | 6/7/2019 | Diaz, Matthew | 0.5 | Participate in a professionals call with the UCC advisors to discuss the status conference with the judge. |
| 21 | 6/18/2019 | Joffe, Steven | 0.6 | Participate on committee call. |
| 21 | 6/18/2019 | Star, Samuel | 0.6 | Participate on call with UCC re: settlement term sheet, liquidating trust board candidates and POR timeline. |
| **21 Total** | | | **3.3** | |
| 22 | 6/12/2019 | Diaz, Matthew | 0.6 | Participate on call with a creditor to discuss the public aspects of the Debtors' recovery analysis. |
| 22 | 6/25/2019 | Star, Samuel | 0.1 | Participate on call with trade claims representative re: case status. |
| **22 Total** | | | **0.7** | |
| 24 | 6/4/2019 | Kaneb, Blair | 0.3 | Prepare weekly fee estimate. |
| 24 | 6/6/2019 | Kaneb, Blair | 3.2 | Prepare May fee application. |
| 24 | 6/7/2019 | Kaneb, Blair | 2.1 | Prepare May fee application. |
| 24 | 6/10/2019 | Kaneb, Blair | 0.6 | Prepare May fee application. |
| 24 | 6/11/2019 | Kaneb, Blair | 0.5 | Prepare materials for SHC fee examiner. |
| 24 | 6/12/2019 | Hellmund-Mora, Marili | 0.5 | Generate fee estimate in connection with reporting budget. |
| 24 | 6/12/2019 | Kaneb, Blair | 0.3 | Prepare weekly fee estimate. |
| 24 | 6/13/2019 | Kaneb, Blair | 0.3 | Prepare May fee application. |
| 24 | 6/19/2019 | Kaneb, Blair | 0.2 | Prepare weekly fee estimate. |
| 24 | 6/19/2019 | Kaneb, Blair | 3.1 | Finalize May fee application per team's comments. |
| **24 Total** | | | **8.0** | |
| **Grand Total** | | | **160.7** | |

**EXHIBIT D**

**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JUNE 1, 2019 TO JUNE 30, 2019**

| **Expense Type** | **Amount** |
|---|---:|
| Transportation | $ 114.54 |
| Working Meals[1] | 100.00 |
| Other | 72.00 |
| **Grand Total** | **$ 286.54** |

[1]Overtime meals over $20.00 have been reduced to $20.00.

**EXHIBIT E**
**SEARS HOLDINGS CORPORATION, et al. - CASE NO. 18-23538**
**EXPENSE DETAIL**
**FOR THE PERIOD JUNE 1, 2019 TO JUNE 30, 2019**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 3/31/2019 | Kaneb, Blair | Working Meals | Dinner while working late in the office on the case. | $ 20.00 |
| 4/3/2019 | Kaneb, Blair | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 4/4/2019 | Kaneb, Blair | Working Meals | Dinner while working late in the office on the case. | 20.00 |
| 6/10/2019 | Eisler, Marshall | Working Meals | Dinner while working late on the case. | 20.00 |
| 6/10/2019 | Eisler, Marshall | Working Meals | Dinner while working late on the case. | 20.00 |
| | | **Working Meals Total** | | **100.00** |
| 5/28/2019 | Kim, Ye Darm | Transportation | Taxi home from the office after working late on case. | 10.76 |
| 5/29/2019 | Kim, Ye Darm | Transportation | Taxi home from the office after working late on case. | 14.10 |
| 6/6/2019 | Kim, Ye Darm | Transportation | Taxi home from the office after working late on case. | 12.15 |
| 6/10/2019 | Diaz, Matthew | Transportation | Taxi from Weil's office to FTI after attending meeting. | 13.56 |
| 6/11/2019 | Kim, Ye Darm | Transportation | Taxi home from the office after working late on case. | 10.76 |
| 6/18/2019 | Kim, Ye Darm | Transportation | Taxi home from the office after working late on case. | 12.51 |
| 6/20/2019 | Kim, Ye Darm | Transportation | Taxi home from the office after working late on case. | 12.36 |
| 6/21/2019 | Kim, Ye Darm | Transportation | Taxi home from the office after working late on case. | 10.76 |
| 6/27/2019 | Kim, Ye Darm | Transportation | Taxi home from the office after working late on case. | 7.53 |
| 6/29/2019 | Kim, Ye Darm | Transportation | Taxi home from the office after working late on case. | 10.05 |
| | | **Transportation** | | **114.54** |
| 6/21/2019 | Diaz, Matthew | Other | Courtcall charge for participation on Sears Interim Application Hearing. | 72.00 |
| | | **Other** | | **72.00** |
| | | **Grand Total** | | **$ 286.54** |