EXHIBIT "B"



Verint Americas Inc.
800 North Point Parkway
Suite 100
Alpharetta, GA 30005
Tel 770-754-1900
Fax770-754-8665

# Invoice

| | |
|---|---|
| **Number** | **Page** |
| 467235 | 1 |
| **Issued Date** | **Due Date** |
| 08-JAN-19 | 09-MAR-19 |
| **Purchase Order Number** | |
| 624888 | |
| **Contract/Sales Order** | |
| V705288-V705288-1 | |
| **Verint Tax Reference** | |
| 23-2518693 | |
| **Customer Number** | |
| 315132 | |

**Bill To:** Sears Holdings Management Corporation
3333 Beverly Road
Office A4-262B
Hoffman Estates IL
United States 60179

**REMIT TO:**
Mailing Address: P.O. Box 978702, Dallas, TX 75397 - 8702
Wire/ACH: JP Morgan Chase, 7977 Jericho Turnpike, Woodbury, NY 11797, ABA: 021000021, Swift: CHASUS33, Account No. 777138850

| Sales Person | Customer Contact | Customer Contact Phone | Customer Tax Reference |
|---|---|---|---|
| Basa, Rodolfo Q (Rudy) | | | |

**Payment Terms:** Net 60 - CNS-Net due in 60 days

| Item Code | Product Description | Quantity Ord. | Percent Billed | Tax | Extended Amount |
|---|---|---|---|---|---|
| **Site: Sears Holdings Management Corporation, 3333 Beverly Road Office A4-262B Hoffman Estates IL United States** | | | | | |
| **Billing Terms:** | | | | | |
| **Maintenance Renewal** | | | | | |
| SAAS 401 | SAAS 401 Coverage:1980:Verint Performance Management - SaaS:10-MAY-18:09-MAY-20: | 1980.00 | 100 | 0.00 | 11,457.99 |
| SAAS 401 | SAAS 401 Coverage:3096:Verint Advanced Desktop Analytics - SaaS:10-MAY-18:09-MAY-20: | 3096.00 | 100 | 0.00 | 17,916.13 |
| SAAS 401 | SAAS 401 Coverage:3096:Verint Screen Capture - SaaS:10-MAY-18:09-MAY-20: | 3096.00 | 100 | 0.00 | 11,944.08 |
| SAAS 401 | SAAS 401 Coverage:3096:Verint Speech Analytics - SaaS:10-MAY-18:09-MAY-20: | 3096.00 | 100 | 0.00 | 41,773.35 |
| SAAS 401 | SAAS 401 Coverage:1:Dedicated Infrastructure up to 3500 Named Employees - Single Tenant SaaS:10-MAY-18:09-MAY-20: | 1.00 | 100 | 0.00 | 4,818.85 |
| SAAS 401 | SAAS 401 Coverage:3096:Verint Quality Management Bundle - SaaS:10-MAY-18:09-MAY-20: | 3096.00 | 100 | 0.00 | 42,082.78 |

| | |
|---|---|
| **SubTotal** | 129,993.18 |
| | 0.00 |
| **Tax** | 0.00 |
| **Shipping Handling** | 0.00 |
| **Total** | USD   129,993.18 |

**Special Instructions:**

**If you have any questions about this invoice, please contact CollectionsTeam@Verint.com.**
**If you are receiving this invoice in error or would like the invoice sent to a different email address, please contact Verint.Americas.Inc.Billing@Verint.com**