DLA PIPER LLP (US)
1251 Avenue of the Americas
27th Floor
New York, NY 10020
Telephone: (212) 335-4500
Richard A. Chesley
Rachel Ehrlich Albanese
R. Craig Martin

*Attorneys for Transform Holdco LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                              :
                                                   :    Chapter 11
SEARS HOLDINGS CORPORATION, et al.,                :
                                                   :    Case No. 18-23538 (RDD)
                                                   :
            Debtors.                               :    (Jointly Administered)
------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I, Rachel Ehrlich Albanese, do hereby certify that on July 24, 2019, I caused a true and correct copy of the following to be served on the parties listed on the attached service list via the method indicated:

- *Notice of Presentment of Stipulation and Order by and Among Sellers, Buyer, and MOAC Mall Holdings LLC Extending Time Under 11 U.S.C. § 365(d)(4) for Lease of Nonresidential Real Property* [D.I. 4607];

- *Notice of Presentment of Stipulation and Order By and Among Sellers, Buyer, and Graziadio Investment Company Extending Time Under 11 U.S.C. § 365(d)(4) for Assumption or Rejection of Certain Lease of Nonresidential Real Property* [D.I. 4611]; and

- *Notice of Presentment of Stipulation and Order By and Among Sellers, Buyer, and WRI/Raleigh, L.P. Extending Time Under 11 U.S.C. § 365(d)(4) for Assumption or Rejection of Certain Lease of Nonresidential Real Property* [D.I. 4612].

Dated: June 24, 2019  
New York, New York

/s/ *Rachel Ehrlich Albanese*  
DLA PIPER LLP (US)  
1251 Avenue of the Americas  
27th Floor  
New York, NY 10020  
Telephone (212) 335-4500  
Richard A. Chesley  
Rachel Ehrlich Albanese  
R. Craig Martin

*Attorneys for Transform Holdco LLC*

## SERVICE LIST

**Via Hand Delivery**
The Honorable Judge Robert D. Drain
United States Bankruptcy Court
 for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

**Via Hand Delivery**
Weil, Gotshal & Manges LLP
Attn: Ray C. Schrock, P.C.
Jacqueline Marcus, Esq.
Garret A. Fail, Esq.
Sunny Singh, Esq.
767 Fifth Avenue
New York, NY 10153

*Attorneys for the Debtors*

**Via Hand Delivery**
Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Paul D. Leake, Esq.
Shana A. Elberg, Esq.
George R. Howard, Esq.
4 Times Square
New York, NY 10036

*Attorneys for Bank of America, N.A., Administrative Agent under the First Lien Credit Facility and the DIP ABL Agent*

**Via Hand Delivery**
Cleary, Gottlieb
Attn: Sean A. O'Neal, Esq.
One Liberty Plaza
New York, NY 10006

*Attorneys for JPP, LLC, as Agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility*

**Via First-Class Mail**
Sears Holdings Corporation
Attn: Stephen Sitley Esq.
Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates, IL 60179

*The Debtors*

**Via Hand Delivery**
Office of the United States Trustee
 for Region 2
Attn: Paul Schwartzberg, Esq.
201 Varick Street, Suite 1006
New York, NY 10014

**Via Hand Delivery**
Davis Polk & Wardell LLP
Attn: Marshall S. Huebner, Esq.
Eli J. Vonnegut, Esq.
450 Lexington Avenue
New York, NY 10017

*Attorneys for Citibank, N.A., as Administrative Agent under the Stand-Alone L/C Facility*

**Via Hand Delivery**
Kelley Drye & Warren LLP
Attn: Eric R. Wilson, Esq.
Benjamin D. Feder, Esq.
T. Charlie Liu, Esq.
101 Park Avenue
New York, NY 10178

*Attorneys for Computershare Trust Company, N.A., as Trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes*

EAST\168275721.1

**Via Hand Delivery**
Seyfarth Shaw LLP
Attn: Edward M. Fox, Esq.
620 Eighth Avenue
New York, NY 10018

*Attorneys for Wilmington Trust, National Association, as Indenture Trustee for the Second Lien Notes*

**Via Hand Delivery**
Carter Ledyard & Milburn LLP
Attn: James Gadsden, Esq.
2 Wall Street
New York, NY 10015

*Attorneys for The Bank of New York Mellon Trust Company, as Successor Trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes*

**Via First-Class Mail**
Locke Lord LLP
Attn: Brian A. Raynor, Esq.
111 South Wacker Drive
Chicago, IL 60606

*Attorneys for the Pension Benefit Guaranty Corporation*

**Via Hand Delivery**
Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin, Esq.
Ira Dizengoff, Esq.
Sara Lynne Brauner, Esq.
One Bryant Park
New York, NY 10036

*Attorneys for the Official Committee of Unsecured Creditors*

**Via First-Class Mail**
Larkin Hoffman
Attn: Thomas J. Flynn
Alexander J. Beeby
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55437

*Attorneys for MOAC Mall Holdings LLC*

EAST\168275721.1