YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rockefeller Center
1270 Avenue of the Americas, Suite 2210
New York, New York 10020
Tel: (212) 332-8840
Fax: (212) 332-8855
Pauline K. Morgan
Ryan M. Bartley
Travis G. Buchanan

*Counsel for the Debtors, Acting at the
Direction of the Restructuring Sub-Committee*

**UNITED STATES BANKRUPTCY COURT
THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **SEARS HOLDINGS CORPORATION, *et al.*,** | : | **Case No. 18-23538 (RDD)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |
| | : | |

-----------------------------------------------------------------x

**NINTH MONTHLY FEE STATEMENT OF
YOUNG CONAWAY STARGATT & TAYLOR, LLP
FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED
AS CONFLICTS COUNSEL FOR THE DEBTORS FOR THE PERIOD
FROM JUNE 1, 2019 THROUGH JUNE 30, 2019**

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Conflicts Counsel for the Debtors |
| Date of Retention: | November 13, 2018, *nunc pro tunc* to October 15, 2018 |
| Period for which compensation and reimbursement is sought: | June 1, 2019 through June 30, 2019 |
| Monthly Fees Incurred: | $7,516.00 |
| 20% Holdback: | $1,503.20 |
| Compensation Less 20% Holdback: | $6,012.80 |
| Monthly Expenses Incurred: | $247.67 |
| Total Fees and Expenses Due: | $6,260.47 |

This is a:  __X__ monthly ____interim ____final application

     In accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 796] (the "Interim Compensation Order"),[2] Young Conaway Stargatt & Taylor, LLP ("Young Conaway") hereby submits this ninth monthly fee statement (the "Monthly Fee Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as conflicts counsel to the Debtors for the period from June 1, 2019 through June 30, 2019 (the "Monthly Fee Period").  By this Monthly Fee Statement, Young Conaway seeks payment in the amount of $6,260.47 which is comprised of (i) $6,012.80 which represents eighty percent (80%) of the total amount of compensation sought for actual and necessary services rendered during the Monthly Fee Period, and (ii) reimbursement of $247.67,

---

[2]    Capitalized terms used herein but not otherwise defined herein have the meanings ascribed to them in the Interim Compensation Order.

24781074.1

which represents one hundred percent (100%) of actual and necessary expenses incurred in connection with such services.

### Services Rendered and Expenses Incurred

1.      Attached as <u>Exhibit A</u> is a summary of Young Conaway's professionals by individual, setting forth the (i) name, title, and department of each individual who provided services in connection with the Chapter 11 Cases during the Monthly Fee Period, (ii) aggregate hours spent by each individual, (iii) hourly billing rate for each such individual at Young Conaway's billing rates during the Monthly Fee Period, (iv) amount of fees earned by each Young Conaway professional, and (v) the number of years in practice for each attorney.  The blended hourly billing rate of Young Conaway attorneys during the Monthly Fee Period is approximately **$736.82**.  The blended hourly rate of paralegals and other non-legal staff during the Monthly Fee Period is approximately **$295.00**.

2.      Attached as <u>Exhibit B</u> is a summary of the services rendered and compensation sought, by project category, for the Monthly Fee Period.

3.      Attached as <u>Exhibit C</u> is a summary of expenses incurred and reimbursement sought, by expense type, for the Monthly Fee Period.

4.      Attached as <u>Exhibit D</u> is itemized time detail of Young Conaway professionals for the Monthly Fee Period and summary materials related thereto.  The description of the work done by counsel in the time detail may have been edited to protect the confidential and privileged nature of the work completed.

### Notice and Objection Procedures

5.      Notice of this Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon (i) Sears Holdings Corporation, 3333 Beverly Road, Hoffman Estates, Illinois 60179, Attention: Rob Riecker (email: Rob.Riecker@searshc.com) and

24781074.1

3

Luke Valentino (email: Luke.Valentino@searshc.com); (ii) counsel to the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, Attention: Ray C. Schrock (email: ray.schrock@weil.com), Jacqueline Marcus (email: jacqueline.marcus@weil.com), Garrett A. Fail (email: garrett.fail@weil.com), and Sunny Singh (email: sunny.singh@weil.com); (iii) William K. Harrington, the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attention: Paul Schwartzberg (e-mail: paul.schwartzberg@usdoj.gov) and Richard Morrissey (e-mail: richard.morrissey@usdoj.gov); (iv) Paul E. Harner, Ballard Spahr LLP, the independent fee examiner, 1675 Broadway 19th Floor, New York, NY 10019 (email: harnerp@ballardspahr.com); (v) counsel to the Official Committee of Unsecured Creditors, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036, Attention: Philip C. Dublin (email: pdublin@akingump.com), Ira Dizengoff (email: idizengoff@akingump.com), and Sara Lynne Brauner (email: sbrauner@akingump.com); and (vi) counsel to Bank of America, N.A., Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036, Attention: Paul D. Leake (email: paul.leake@skadden.com), Shana A. Elberg (email: shana.elberg@skadden.com) and George R. Howard (email: george.howard@skadden.com) (collectively, the "Notice Parties").

Objections to this Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **August 9, 2019** (the "Objection Deadline"), setting forth the nature of the objection and the amount of fees or expenses at issue (an "Objection").

If no Objections to this Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

24781074.1

4

If an Objection to this Monthly Fee Statement is received on or before the Objection

Deadline, the Debtors shall withhold payment of that portion of this Monthly Fee Statement to

which the Objection is directed and promptly pay the remainder of the fees and disbursements in

the percentages set forth above.  To the extent such an Objection is not resolved, it shall be

preserved and scheduled for consideration at the next interim fee application hearing to be heard

by the Court.

Dated:  July 26, 2019

*/s/ Pauline K. Morgan*
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1270 Avenue of the Americas, Suite 2201
New York, New York 10020
Tel:  (212) 332-8840
Fax: (212) 332-8855
Pauline K. Morgan
Ryan M. Bartley
Travis Buchanan

*Counsel for the Debtors, Acting at the
Direction of the Restructuring Sub-Committee*

24781074.1

## Exhibit A

**Compensation by Professional**

24781074.1

## SUMMARY OF MONTHLY FEE STATEMENT OF
## YOUNG CONAWAY STARGATT & TAYLOR, LLP FOR
## SERVICES RENDERED FOR THE PERIOD
## FROM JUNE 1, 2019 THROUGH JUNE 30, 2019

| Name of Partners and Counsel | Title | Department | Date of Fist Admission | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Pauline K. Morgan | Partner | Bankruptcy | 1987 | 975.00 | 3.40 | 3,315.00 |
| Ryan M. Bartley | Partner | Bankruptcy | 2007 | 625.00 | 3.50 | 2,187.50 |
| Michael S. Neiburg | Partner | Bankruptcy | 2009 | 600.00 | 2.00 | 1,200.00 |
| Total Partners and Counsel: | | | | | 8.90 | 6,702.50 |

| Name of Associate | Title | Department | Date of First Admission | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|---|
| Travis Buchanan | Associate | Bankruptcy | 2011 | 530.00 | .70 | 371.00 |
| Total Associates/Law Clerks: | | | | | .70 | 371.00 |

| Name of Paralegals and Other Non-Legal Staff | Title | Department | Hourly Billing Rate ($) | Total Billed Hours | Total Compensation ($) |
|---|---|---|---|---|---|
| Brenda Walters | Paralegal | Bankruptcy | 295.00 | 1.50 | 442.50 |
| Total Paralegals: | | | | 1.50 | 442.50 |

| PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners and Counsel | 753.09 | 8.90 | 6,702.50 |
| Associates/Law Clerks | 530.00 | .70 | 371.00 |
| Paralegals/Non-Legal Staff | 295.00 | 1.50 | 442.50 |
| Blended Attorney Rate | 736.82 | | |
| Total Fees Incurred: | | 11.10 | 7,516.00 |

24781074.1

**Exhibit B**

**Compensation by Task Code**

24781074.1

**AGGREGATE TIME SUMMARY BY TASK CODE**
**FOR THE PERIOD FROM JUNE 1, 2019 THROUGH JUNE 30, 2019**

| Project Category | Total Hours | Total Fees ($) |
|---|---|---|
| Case Administration (B001) | .80 | 605.00 |
| Court Hearings (B002) | 2.50 | 1,638.50 |
| Cash Collateral/DIP Financing (B003) | .20 | 195.00 |
| Other Adversary Proceedings (B011) | 5.20 | 3,327.50 |
| Retention of Professionals/Fee Issues (B017) | 1.70 | 1,067.50 |
| Fee Application Preparation (B018) | .70 | 682.50 |
| **TOTAL** | **11.10** | **7,516.00** |

**<u>Exhibit C</u>**

**Expense Summary**

**AGGREGATE ITEMIZED DISBURSEMENTS**
**FOR THE PERIOD FROM JUNE 1, 2019 THROUGH JUNE 30, 2019**

| Expenses Category | Total Expenses ($) |
|---|---|
| Computerized Legal Research | 220.57 |
| Docket Retrieval/Search | 13.70 |
| Reproduction Charges | 13.40 |
| **TOTAL** | **247.67** |

24781074.1

**<ins>Exhibit D</ins>**

**Time Detail**

24781074.1

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600                                                                                    (302) 571-1253 FAX
(800) 253-2234 (DE ONLY)              TAX I.D. NO. 51-0082644                        www.ycst.com

Writer's Direct Dial                                                                              Writer's E-Mail
(302) 571-6707                                                                              pmorgan@ycst.com

| | | |
|---|---|---|
| Sears Holdings Corporation | Invoice Date: | July 16, 2019 |
| 333 Beverly Rd | Invoice Number: | 50007124 |
| c/o Alan Carr, Director | Matter Number: | 072902.1003 |
| Hoffman Estates, IL 60178 | | |

Re:  Debtor Representation

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 7,516.00 |
| Disbursements | $ | 247.67 |
| Total Due This Invoice | $ | 7,763.67 |

Sears Holdings Corporation

| | |
|---|---|
| Invoice Date: | July 16, 2019 |
| Invoice Number: | 50007124 |
| Matter Number: | 072902.1003 |

**Time Detail**

| Date | Initials | Description | Task | Hours | Amount |
|---|---|---|---|---|---|
| 06/11/19 | PMORG | Conferences with R. Bartley re: upcoming hearing, other case issues | B001 | 0.30 | 292.50 |
| 06/11/19 | RBART | Conferences with P. Morgan re: status of various case admin issues, adversary proceeding, and June 20 hearing | B001 | 0.30 | 187.50 |
| 06/17/19 | RBART | Brief review of materials regarding retiree committee dispute | B001 | 0.20 | 125.00 |
| 06/13/19 | PMORG | Call with R. Bartley re: upcoming hearing | B002 | 0.10 | 97.50 |
| 06/13/19 | RBART | Discussions with P. Morgan and T. Lii re: fee hearing | B002 | 0.10 | 62.50 |
| 06/14/19 | PMORG | Call with R. Bartley re: upcoming Sears hearing | B002 | 0.10 | 97.50 |
| 06/17/19 | PMORG | Calls with R. Bartley and R. Britton re: 6/20 hearing | B002 | 0.10 | 97.50 |
| 06/17/19 | RBART | Calls with P. Morgan and T. Lii re: fee hearing | B002 | 0.10 | 62.50 |
| 06/19/19 | BWALT | Email from/to R. Bartley re: material for June 20 fee hearing (.1); register R. Bartley for telephonic appearance (.2) | B002 | 0.30 | 88.50 |
| 06/20/19 | PMORG | Review results of 6/20 hearing and summary of plan supplement with UCC | B002 | 0.20 | 195.00 |
| 06/20/19 | RBART | Participate in omnibus hearing | B002 | 1.50 | 937.50 |
| 06/11/19 | PMORG | Emails with M. Neiburg and C. Toto re: weekly carve-out reporting | B003 | 0.10 | 97.50 |
| 06/25/19 | PMORG | Emails with YCST team and with C. Toto at Paul, Weiss re: weekly carve-out reporting | B003 | 0.10 | 97.50 |
| 06/04/19 | MNEIB | Analysis re: proposed discovery plan (.2); emails with D. Giller and R. Bartley re: proposed discovery plan (.2) | B011 | 0.40 | 240.00 |
| 06/04/19 | PMORG | Review proposed discovery plan | B011 | 0.10 | 97.50 |
| 06/04/19 | TBUCH | Email correspondence with M. Neiburg re: Rule 26(f) discovery plan | B011 | 0.10 | 53.00 |
| 06/06/19 | MNEIB | Emails with E. Hoyle, R. Bartley and J. Deal re: subpoenas and related issues | B011 | 0.20 | 120.00 |
| 06/06/19 | RBART | Correspondence with M. Neiburg and E. Hoyle re: Rule 45 subpoenas | B011 | 0.10 | 62.50 |
| 06/07/19 | BWALT | Update adversary docket | B011 | 0.20 | 59.00 |

Sears Holdings Corporation

| | | | | Invoice Date: | July 16, 2019 |
| --- | --- | --- | --- | --- | --- |
| | | | | Invoice Number: | 50007124 |
| | | | | Matter Number: | 072902.1003 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
| --- | --- | --- | --- | --- | --- |
| 06/07/19 | MNEIB | Email from R. Perio re: proposed discovery plan | B011 | 0.10 | 60.00 |
| 06/07/19 | MNEIB | Call with P. Morgan re: subpoena issues (.1); emails re: same (.1) | B011 | 0.20 | 120.00 |
| 06/07/19 | MNEIB | Emails and call with D. Giller and E. Hoyle re: subpoenas and related issues | B011 | 0.40 | 240.00 |
| 06/07/19 | MNEIB | Review draft protective order and ESI protocol (.4); emails with D. Giller and YCST team re: same (.2) | B011 | 0.60 | 360.00 |
| 06/07/19 | PMORG | Call and emails with M. Neiburg re: service of additional subpoenas | B011 | 0.10 | 97.50 |
| 06/07/19 | PMORG | Review protective order and ESI stipulation | B011 | 0.20 | 195.00 |
| 06/07/19 | RBART | Correspondence with M. Neiburg and Paul Weiss team re: Rule 45 discovery and targets | B011 | 0.20 | 125.00 |
| 06/07/19 | TBUCH | Email correspondence from M. Neiburg re: protective order | B011 | 0.10 | 53.00 |
| 06/11/19 | PMORG | Review revisions to discovery plan | B011 | 0.10 | 97.50 |
| 06/12/19 | PMORG | Review revisions to discovery plan (2 versions) | B011 | 0.30 | 292.50 |
| 06/12/19 | RBART | Call with M. Neiburg and correspondence with same and E. Hoyle re: Rule 45 subpoenas | B011 | 0.10 | 62.50 |
| 06/13/19 | PMORG | Review further updates to Rule 26(f) discovery plan and emails regarding same | B011 | 0.20 | 195.00 |
| 06/13/19 | RBART | Review draft discovery plan | B011 | 0.20 | 125.00 |
| 06/14/19 | BWALT | Update and circulate adversary docket; review Rule 26 discovery report | B011 | 0.60 | 177.00 |
| 06/14/19 | TBUCH | Review Rule 26(f) discovery report | B011 | 0.10 | 53.00 |
| 06/19/19 | PMORG | Emails with M. Neiburg re: service of discovery subpoenas | B011 | 0.10 | 97.50 |
| 06/21/19 | PMORG | Emails with R. Bartley re: UCC settlement and impact on adversary proceeding; Review upcoming discovery deadlines | B011 | 0.10 | 97.50 |
| 06/21/19 | RBART | Call with R. Britton and follow up to YCST team re: status of adversary proceeding, upcoming deadlines | B011 | 0.30 | 187.50 |
| 06/27/19 | MNEIB | Emails with E. Hoyle re: subpoena issues | B011 | 0.10 | 60.00 |

Sears Holdings Corporation

| | Invoice Date: | July 16, 2019 |
| --- | --- | --- |
| | Invoice Number: | 50007124 |
| | Matter Number: | 072902.1003 |

| **Date** | **Initials** | **Description** | **Task** | **Hours** | **Amount** |
| --- | --- | --- | --- | --- | --- |
| 06/18/19 | PMORG | Review draft interim fee order prepared by Weil; emails with YCST team re: same | B017 | 0.20 | 195.00 |
| 06/18/19 | RBART | Correspondence with T. Lii and P. Morgan re: fee hearing and fee order | B017 | 0.20 | 125.00 |
| 06/18/19 | TBUCH | Review draft fee order | B017 | 0.20 | 106.00 |
| 06/19/19 | BWALT | Email from/to P. Morgan, review omnibus fee order | B017 | 0.20 | 59.00 |
| 06/19/19 | BWALT | Review docket re: objections to monthly fee statements, and email to. D. Willis | B017 | 0.20 | 59.00 |
| 06/19/19 | PMORG | Review draft fee order; emails with V. Yiu re: inserts for YCST fees/expenses | B017 | 0.30 | 292.50 |
| 06/19/19 | RBART | Correspondence with YCST and Paul Weiss re: fee hearing | B017 | 0.20 | 125.00 |
| 06/19/19 | TBUCH | Research parties in interest re: potential supplemental disclosures | B017 | 0.10 | 53.00 |
| 06/20/19 | TBUCH | Research parties in interest re: potential supplemental disclosures | B017 | 0.10 | 53.00 |
| 06/13/19 | PMORG | Review May fee exhibits to ensure protection of privilege and compliance with local rules (.50); Emails with YCST team re: compensation for travel time under SDNY local rules (.10) | B018 | 0.60 | 585.00 |
| 06/27/19 | PMORG | Review May fee statement for filing | B018 | 0.10 | 97.50 |
| | | **Total** | | **11.10** | **$7,516.00** |

Sears Holdings Corporation

| | |
|---|---|
| Invoice Date: | July 16, 2019 |
| Invoice Number: | 50007124 |
| Matter Number: | 072902.1003 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| BWALT | Brenda Walters | Paralegal | 1.50 | 295.00 | 442.50 |
| MNEIB | Michael S. Neiburg | Partner | 2.00 | 600.00 | 1,200.00 |
| PMORG | Pauline K. Morgan | Partner | 3.40 | 975.00 | 3,315.00 |
| RBART | Ryan M. Bartley | Partner | 3.50 | 625.00 | 2,187.50 |
| TBUCH | Travis G. Buchanan | Associate | 0.70 | 530.00 | 371.00 |
| **Total** | | | **11.10** | | **$7,516.00** |

Sears Holdings Corporation

| | | |
|---|---|---|
| Invoice Date: | | July 16, 2019 |
| Invoice Number: | | 50007124 |
| Matter Number: | | 072902.1003 |

**Task Summary**

**Task Code:B001**          **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Pauline K. Morgan | Partner | 0.30 | 975.00 | 292.50 |
| Ryan M. Bartley | Partner | 0.50 | 625.00 | 312.50 |
| **Total** | | **0.80** | | **605.00** |

**Task Code:B002**          **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Pauline K. Morgan | Partner | 0.50 | 975.00 | 487.50 |
| Ryan M. Bartley | Partner | 1.70 | 625.00 | 1,062.50 |
| Brenda Walters | Paralegal | 0.30 | 295.00 | 88.50 |
| **Total** | | **2.50** | | **1,638.50** |

**Task Code:B003**          **Cash Collateral/DIP Financing**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Pauline K. Morgan | Partner | 0.20 | 975.00 | 195.00 |
| **Total** | | **0.20** | | **195.00** |

**Task Code:B011**          **Other Adversary Proceedings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Michael S. Neiburg | Partner | 2.00 | 600.00 | 1,200.00 |
| Pauline K. Morgan | Partner | 1.20 | 975.00 | 1,170.00 |
| Ryan M. Bartley | Partner | 0.90 | 625.00 | 562.50 |
| Travis G. Buchanan | Associate | 0.30 | 530.00 | 159.00 |
| Brenda Walters | Paralegal | 0.80 | 295.00 | 236.00 |
| **Total** | | **5.20** | | **3,327.50** |

**Task Code:B017**          **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Pauline K. Morgan | Partner | 0.50 | 975.00 | 487.50 |
| Ryan M. Bartley | Partner | 0.40 | 625.00 | 250.00 |
| Travis G. Buchanan | Associate | 0.40 | 530.00 | 212.00 |
| Brenda Walters | Paralegal | 0.40 | 295.00 | 118.00 |
| **Total** | | **1.70** | | **1,067.50** |

**Task Code:B018**          **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Pauline K. Morgan | Partner | 0.70 | 975.00 | 682.50 |
| **Total** | | **0.70** | | **682.50** |

Sears Holdings Corporation

| | |
|---|---|
| Invoice Date: | July 16, 2019 |
| Invoice Number: | 50007124 |
| Matter Number: | 072902.1003 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/13/19 | Docket Retrieval / Search | 73.00 | 7.30 |
| 05/14/19 | Docket Retrieval / Search | 61.00 | 6.10 |
| 05/14/19 | Computerized Legal Research | 17.00 | 27.37 |
| 05/15/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/16/19 | Computerized Legal Research | 75.00 | 120.75 |
| 05/17/19 | Computerized Legal Research | 45.00 | 72.45 |
| 06/18/19 | Reproduction Charges | 6.00 | 0.60 |
| 06/19/19 | Reproduction Charges | 40.00 | 4.00 |
| 06/26/19 | Reproduction Charges | 26.00 | 2.60 |
| 06/27/19 | Reproduction Charges | 62.00 | 6.20 |
| | **Total** | | **$247.67** |

Sears Holdings Corporation

| | |
|---|---|
| Invoice Date: | July 16, 2019 |
| Invoice Number: | 50007124 |
| Matter Number: | 072902.1003 |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| Computerized Legal Research | 220.57 |
| Docket Retrieval / Search | 13.70 |
| Reproduction Charges | 13.40 |
| **Total** | **$247.67** |