**DIAMOND MCCARTHY LLP**
*Counsel to Team Worldwide Corporation*
295 Madison Avenue, 27th Floor
New York, New York 10017
(212) 430-5400
Allan B. Diamond
Charles M. Rubio
Sheryl P. Giugliano
adiamond@diamondmccarthy.com
crubio@diamondmccarthy.com
sgiugliano@diamondmccarthy.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.* | Case No. 18-23538 (RDD) |
| | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

TASIA PAVALIS, being duly sworn, deposes and says:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

   I am not a party to the action, am over eighteen years of age and reside in New York County, State of New York.

   On July 22, 2019, in addition to those parties served electronically by the Court's electronic notification system I caused the:

   **Order Granting Application of Team Worldwide Corporation for Entry of an Order Pursuant to Rule 2004** **[**ECF 4576**]**

to be served by certified mail, return receipt requested, by depositing true and correct copies of same by first class mail, postage prepaid, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York to those parties listed in **Exhibit A** hereto and;

   On July 23, 2019, I caused true and correct copies of same to be served by the United States Postal Service, International Flat Rate, postage prepaid, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York to those parties listed in **Exhibit B** hereto.

                    /s/Tasia Pavalis
                     TASIA PAVALIS

Sworn to before me this 23rd
day of July, 2019

  /s/Nancy Sullivan
   Notary Public
Notary Public, State of New York
No. 01SU4742078
Qualified in Suffolk County
Commission Expires March 30, 2023

2

# **Exhibit A**

| | |
|---|---|
| Intex Recreation Corp<br>Attn: Officer, Manager or General Counsel<br>1665 Hughes Way<br>Long Beach, CA 90801-1440 | Soft-Tex<br>Attn: Officer, Manager or General Counsel<br>428 Hudson River Road<br>Waterford, NY 12188 |
| The Coleman Company, Inc.<br>Attn: Officer, Manager or General Counsel<br>3600 North Hydraulic<br>Wichita, KS 67219 | Simmons Bedding Company LLC<br>Attn: Officer, Manager or General Counsel<br>One Concourse Pkwy, Suite 800<br>Atlanta, GA, 30328 |
| Bestway USA, Inc.<br>Attn: Officer, Manager or General Counsel<br>3411 E. Harbour Drive<br>Phoenix, AZ 85034 | Boyd Specialty Sleep<br>Attn: Officer, Manager or General Counsel<br>2440 Adie Road<br>St. Louis, MO 63043 |
| CSA US Corp.<br>Attn: Officer, Manager or General Counsel<br>16801 E. Gala Ave. #E<br>City of Industry, CA 91745 | Giantex<br>Attn: Officer, Manager or General Counsel<br>3900 E Philadelphia St.<br>Ontario, CA 91761 |
| AirComfort<br>Attn: Officer, Manager or General Counsel<br>4401 Samuell Blvd., Suite 150<br>Mesquite, TX 75149 | Fox Air Beds LLC<br>Attn: Officer, Manager or General Counsel<br>3467 E. 480 N.<br>Lewisville, ID 83431 |
| Pittman Outdoors<br>Attn: Officer, Manager or General Counsel<br>650 South Jefferson St., Suite D<br>Placentia, CA 92870 | King Koil Licensing Company<br>Attn: Officer, Manager or General Counsel<br>7501 S. Quincy<br>Willowbrook, Illinois 60527 |
| Texsport Inc.<br>Attn: Officer, Manager or General Counsel<br>11337 Quail Run<br>Dallas, TX 75238 | Gymax LLC<br>Attn: Officer, Manager or General Counsel<br>8 Corn Rd<br>Dayton, NJ 08810 |
| Stansport<br>Attn: Officer, Manager or General Counsel<br>2801 East 12th St.<br>Los Angeles, CA 90023 | Etekcity Corporation<br>Attn: Officer, Manager or General Counsel<br>1202 N Miller St, Suite A<br>Anaheim, CA 92806 |
| Airmattress.com<br>Fox Webstores<br>Attn: Officer, Manager or General Counsel<br>3467 East 480 North<br>Lewisville, ID 83431 | Missyee Corporation<br>Attn: Officer, Manager or General Counsel<br>6801 Oak Ave<br>San Gabriel, CA, 91775 |
| Cleary Gottlieb Steen & Hamilton LLP<br>Attn: Sean O Neal, Lewis J. Liman, Abena A. Mainoo, Luke A. Barefoot, Andrew Weaver, Thomas J. Moloney<br>One Liberty Plaza<br>New York, NY  10006 | Office of the United States Trustee<br>Attn: Paul Schwartzberg, Richard Morrissey<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY  10014 |
| Weil Gotshal & Manges LLP<br>Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Garrett A. Fail, Sunny Singh, Jared R. Friedmann, Jessie B. Mishkin, Esq<br>767 Fifth Avenue<br>New York, NY  10153 | |

3

# Exhibit B

| | |
|---|---|
| Grand Time International, Ltd.<br>Attn: Officer, Manager or General Counsel<br>lat/Room 1902<br>Massmutual Tower, 38 Gloucester Road<br>Wan Chai, Hong Kong SAR | Shenzhen Sunvalley E-Commerce Co., Ltd.<br>Attn: Officer, Manager or General Counsel<br>9th Floor, World Block A<br>Xinghe, No.1, Yabao Road<br>Longgang District<br>Shenzhen, 518000 China |
| Sun Pleasure Co. Ltd.<br>Attn: Officer, Manager or General Counsel<br>Rm 204 2/F Shun Fat Indl Bldg<br>17 Wang Hoi Rd<br>Kowloon Bay, Hong Kong | Shenzhen Qianhai Baiyu Trade Limited Company<br>Attn: Officer, Manager or General Counsel<br>Room201, A Building No.1<br>Qianwan Road Qianhai<br>Shengang Zone, Shenzhen, Guangdong, China |
| Marnur<br>Attn: Officer, Manager or General Counsel<br>B1602, Tian'an International Building<br>Renmin South Road, Nanhu Street<br>Luohu District, Shenzhen Guangdong 518000 | Mersuii<br>Attn: Officer, Manager or General Counsel<br>Mingxing Industry Park #6,<br>Mingkang Road,<br>Longhua District, Shenzhen<br>China |
| AirExpect<br>Attn: Officer, Manager or General Counsel<br>D-713A,Tianhui Building<br>Donghua 1st Road<br>Longhua District, Shenzhen 51800 CHINA | Shenzhen Yameidi Commerce & Trading Co., Ltd.<br>Attn: Officer, Manager or General Counsel<br>105 1f Blk 13 Zhongxing Industrial Town<br>Chuangye Road Nanshan District<br>Shenzhen 518000 CHINA |
| Bayka<br>Shenzhen Jiangrui Investment Development Co., Ltd.,<br>Attn: Officer, Manager or General Counsel<br>403, No. 91, Changchun North Road<br>Shangcun Community, Gongming Street<br>Guangming District, Shenzhen 518100, China | BFULL<br>Shenzhen 1 Dreamland E-Commerce Co., Ltd<br>Attn: Officer, Manager or General Counsel<br>6/F, Block D, Ganghua Hi-Tech Park<br>Shenzhen, Guangdong, 518000 CHINA |
| Zoetime<br>Attn: Officer, Manager or General Counsel<br>Room 301, 47th Building<br>Fengherili Garden, Longhua Avenue<br>Longhua District, Shenzhen, China | Tuomico<br>Dongguan Shangu Yundongxiuxianyuleyongpin Co.,<br>Ltd., Attn: Officer, Manager or General Counsel<br>District B, Floor 4th, No.3 Hongshan<br>Street, Xinan Community, Changan Town<br>Dongguan 52300 |
| Canway Equipment Manufacturing Inc.<br>Attn: Officer, Manager or General Counsel<br>399 Kenora Ave<br>Hamilton, ON L8E 2W3<br>Canada | DASFOND<br>Attn: Officer, Manager or General Counsel<br>Wanshun,Xu INDIVIDUAL CHINA No.85, Tiantou,<br>Gaocang Village, Pinghai Town, Xiuyu Dist., Putian<br>City, Fujian CHINA 351100 |