# EXHIBIT 1

| Reimbursement Request | Sears Paid $478,173.75 8/18/17 8/16/17 Invoice # 08-001PR | 8/16/17 Invoice # 08-002PR | Sears Paid $983,599.96 2/7/18 (Invoice # 08-002PR) | 8/16/17 Invoice # 08-002A | 8/16/17 Invoice # 08-003PR | Sears Paid $79,941.17 6/15/18 (Invoice # 08-003PR) | 4/10/18 Invoice # 04-002PR | Sears Paid $283,483.50 6/20/18 |
|---|---|---|---|---|---|---|---|---|
| Demolition and Abatement - Naya | | | | | | | | |
| Basement | $ 30,000.00 | $ 30,000.00 | $ 30,000.00 | | | | | |
| Sears Old HVAC | $ 54,805.20 | $ 54,805.20 | $ 54,805.20 | | | | | |
| Pebble Facade | $ 177,000.00 | $ 177,000.00 | $ 177,000.00 | | | | | |
| Change Order #1 & #2 | | | | | | | $ 21,950.00 | $ 21,950.00 |
| Sears HVAC | | | | | | | | |
| Flores Electrical | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | | | | $ 21,680.00 | $ 21,680.00 |
| Alliance Mechanical Group-VI | $ 523,923.75 $ 478,173.75 | $ 45,750.00 | | | | | $ 45,750.00 | $ 45,750.00 |
| Sears Pan Store | | | | | | | | |
| Alliance Mechanical Group-VI | | | | | | | $ 21,500.00 | $ 21,500.00 |
| Sears Server Room: | | | | | | | | |
| Alliance Mechanical Group-VI | | | | | | | $ 8,000.00 | $ 8,000.00 |
| Sears Facade | | | | | | | | |
| Glass | $ 75,000.00 | $ 75,000.00 | $ 78,000.00 | $ 3,000.00 | | | $ 1,500.00 | $ 1,500.00 |
| Windows Panels - Main | $ 63,800.00 | $ 63,800.00 | $ 63,800.00 | | | | $ 3,900.00 | $ 3,900.00 |
| Windows Panels - North | $ 30,000.00 | $ 30,000.00 | $ 30,000.00 | | | | $ 22,900.00 | $ 22,900.00 |
| Window Panels - Staircase | | | | | | | $ 77,900.00 | $ 77,900.00 |
| Structure for Window Panels - Main | | | | | | | $ 9,400.00 | $ 9,400.00 |
| Structure for Window Panels - North | | | | | | | $ 31,000.00 | $ 31,000.00 |
| Structure for Window Panels-Staircase | | | | | | | | |
| Facade - SPC | $ 70,000.00 | $ 70,000.00 | $ 70,000.00 | | | | | |
| Sign Refurbishment | $ 19,264.00 | $ 19,264.00 | $ 19,264.00 | | | | $ 2,500.00 | $ 2,500.00 |
| Basement Work | | | | | | | | |
| Ramp/Plates | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | | | | | |
| Guardrail | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 | | | | | |
| Flooring | $ 30,000.00 | $ 30,000.00 | $ 30,000.00 | | | | | |
| Wall - SPC | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | | | | | |
| Server Room Walls (ERG Staff) | $ 20,950.00 | $ 20,950.00 | $ 20,950.00 | | | | | |
| Server Room Ceiling/Roofing | $ 12,000.00 | $ 12,000.00 | $ 12,000.00 | | | | | |
| Consultants | | | | | | | | |
| Architect (ADA & Sears) | $ 21,000.00 | $ 21,000.00 | $ 21,000.00 | | | | | |
| EMA Engineers | $ 30,173.25 | $ 30,173.25 | $ 30,173.25 | | | | | |
| Historic (Chartel) | $ 122,954.44 | $ 122,954.44 | $ 122,954.44 | | | | | |
| Russell Holland | $ 21,350.00 | $ 21,350.00 | $ 21,350.00 | | | | | |
| Russell Holland Change Order #1 | | | | | | | $ 12,353.50 | $ 12,353.50 |
| Charles Tan | $ 90,000.00 | $ 90,000.00 | $ 90,000.00 | | | | $ 1,150.00 | $ 1,150.00 |
| Misc. | | | | | | | $ 2,000.00 | $ 2,000.00 |
| Wave Pointe | $ 26,994.00 | $ 26,994.00 | | | $ 26,994.00 | $ 26,994.00 | | |
| Server Room (emp. & materials) | $ 45,222.72 | $ 45,222.72 | | | $ 45,222.72 | $ 45,222.72 | | |
| Speed Bumps | $ 7,724.45 | $ 7,724.45 | | | $ 7,724.45 | $ 7,724.45 | | |
| Fire Sprinkler | | | $ 12,072.32 | $ 12,072.32 | | | | |
| Russell Holland (Reimbursables) | | | $ 3,780.75 | $ 3,780.75 | | | | |
| TOTAL | $ 1,522,861.81 $ 478,173.75 | $ 1,044,688.06 | $ 983,599.96 | $ 18,853.07 | $ 79,941.17 | $ 79,941.17 | $ 283,483.50 | $ 283,483.50 |

Exhibit 1    021

# EXHIBIT 2

**East River Group LLC**
206 W 6th Street, Suite #100
Los Angeles, CA 90014

# Invoice

| Date | Invoice # |
|---|---|
| 8/16/2017 | 08-001PR |

| Bill To |
|---|
| SEARS Holdings Management Corporation |
| Accounting Service Center |
| 2301 West Plano Parkway Ste # 201 |
| Plano Texas 75075 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Sears Property Reimbursements | 1,522,861.81 | 1,522,861.81 |
|  | PLEASE MAKE CHECK PAYABLE AND SEND TO: | | |
|  | East River Group LLC | | |
|  | 206 W 6th Street, Suite #100 | | |
|  | Los Angeles, CA 90014 | | |
|  |  | **Total** | **$ 1,522,861.81** |

Exhibit 2   022

# EXHIBIT 3

## REMITTANCE ADVICE

SEARS HOLDINGS
3333 BEVERLY RD.
HOFFMAN ESTATES, IL 60179

TRANSACTION CODES
1. REGULAR INVOICE
2. OUR MEMO
3. YOUR MEMO
4. RETURNED GOODS
5. ERROR ON INVOICE
6. TRANSPORTATION CHARGES
7. YOUR LETTER ON BAL DUE

4. FREIGHT BILLS
5. STR. CUT DOWN

IF THIS REMITTANCE APPEARS TO BE INCORRECT
WRITE AT ONCE TO OUR DEPARTMENT AT ADDRESS AT RIGHT MENTIONING THE CHECK NO. & DATE

| C | STORE NO. | SS/INC/YR | DOCUMENT NO. | AMOUNT | DEPT | SUPPLEMENTAL INFORMATION |
|---|---|---|---|---|---|---|
|  | 009939 | 08/16/17 | 001PR | 47817375 |  | DOLORES GUARNACCIA - S1008 |

| 08/18/17 | CONTROL NUMBER 569 | 000848265 | 47817375 |  |
|---|---|---|---|---|
| DATE |  | CHECK NUMBER | CHECK AMOUNT |  |

---

SEARS HOLDINGS
HOFFMAN ESTATES, IL 60179
Fifth Third Bank

M  848265

08/18/17

PAY ****47,817.73 75

EAST RIVER GROUP, LLC
204 W 6TH STREET, SUITE 100
LOS ANGELES, CA
90014

SEARS HOLDINGS
DOLORES'S ACCOUNT

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

Exhibit 3    023

☐ CORRECTED (if checked)

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city or town, province or state, country, ZIP or foreign postal code, and telephone no.<br>Sears Roebuck And Company<br>1099 Desk<br>Ap1099@Searshc.Com<br>PO Box 2260<br>Omaha, NE 68103-2260<br>(888) 248-4494 | 1 Rents<br>$ | 2 Royalties<br>$ | OMB No. 1545-0115<br>**2017**<br>Form **1099-MISC** |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | |
| | 5 Fishing boat proceeds<br>$ | 6 Medical & health care payments<br>$ | **Miscellaneous Income** |
| PAYER'S federal identification number: [redacted]<br>RECIPIENT'S identification number: [redacted] | 7 Nonemployee compensation<br>$ 478173.75 | 8 Substitute payments in lieu of dividends or interest<br>$ | **Copy B - For Recipient**<br>This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S name<br>EAST RIVER GROUP, LLC<br>206 W 6TH STREET, SUITE 100<br>LOS ANGELES, CA 90014 | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds<br>$ | |
| | 11 | 12 | |
| | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| | 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | |
| Account number (see instructions) / FATCA filing requirement ☐ / SEARS NDJ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

Form 1099-MISC (keep for your records) www.irs.gov/form1099misc Department of the Treasury - Internal Revenue Service

## Instructions for Recipient - 1099-MISC (2017)

**Recipient's taxpayer identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete identification number to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions for Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report the amount from box 7 on Form 1040, line 7 (or Form 1040NR, line 8). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report it on Form 1040, line 21 (or Form 1040NR, line 21).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See "Total Tax" in the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/form1099misc

☐ CORRECTED (if checked)

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city or town, province or state, country, ZIP or foreign postal code, and telephone no.<br>Sears Roebuck And Company<br>1099 Desk<br>Ap1099@Searshc.Com<br>PO Box 2260<br>Omaha, NE 68103-2260<br>(888) 248-4494 | 1 Rents<br>$ | 2 Royalties<br>$ | OMB No. 1545-0115<br>**2017**<br>Form **1099-MISC** |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | |
| | 5 Fishing boat proceeds<br>$ | 6 Medical & health care payments<br>$ | **Miscellaneous Income** |
| PAYER'S federal identification number: [redacted]<br>RECIPIENT'S identification number: [redacted] | 7 Nonemployee compensation<br>$ 478173.75 | 8 Substitute payments in lieu of dividends or interest<br>$ | **Copy 2**<br>**To be filed with recipient's state income tax return, when required.** |
| RECIPIENT'S name<br>EAST RIVER GROUP, LLC<br>206 W 6TH STREET, SUITE 100<br>LOS ANGELES, CA 90014 | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds<br>$ | |
| | 11 | 12 | |
| | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| | 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | |
| Account number (see instructions) / FATCA filing requirement ☐ / SEARS NDJ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

Form 1099-MISC www.irs.gov/form1099misc Department of the Treasury - Internal Revenue Service

**East River Group LLC**
206 W 6th Street, Suite #100
Los Angeles, CA 90014

# Invoice

| Date | Invoice # |
|---|---|
| 8/16/2017 | 08-001PR |

**Bill To**
SEARS Holdings Management Corporation
Accounting Service Center
2301 West Plano Parkway Ste # 201
Plano Texas 75075

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | HVAC Reimbursement | 478,173.75 | 478,173.75 |

PLEASE MAKE CHECK PAYABLE AND SEND TO:
East River Group LLC
206 W 6th Street, Suite #100
Los Angeles, CA 90014

PAID 8/21/17

| | Total | $ 478,173.75 |
|---|---|---|

Exhibit 3   025

**East River Group LLC**
206 W 6th Street, Suite #100
Los Angeles, CA 90014

# Invoice

| Date | Invoice # |
|---|---|
| 8/16/2017 | 08-001PR |

| Bill To |
|---|
| SEARS Holdings Management Corporation<br>Accounting Service Center<br>2301 West Plano Parkway Ste # 201<br>Plano Texas 75075 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | HVAC 1st Reimbursement | 478,173.75 | 478,173.75 |
|  | PLEASE MAKE CHECK PAYABLE AND SEND TO:<br>East River Group LLC<br>206 W 6th Street, Suite #100<br>Los Angeles, CA 90014 |  |  |
|  |  | **Total** | **$ 478,173.75** |


PAID 08/18/17
Ck #84826?

Exhibit 3    026

# EXHIBIT 4

**East River Group LLC**

206 W 6th Street, Suite #100

Los Angeles, CA 90014

# Invoice

| Date | Invoice # |
|---|---|
| 8/16/2017 | 08-002PR |

**Bill To**

SEARS Holdings Management Corporation
Accounting Service Center
2301 West Plano Parkway Ste # 201
Plano Texas 75075

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Sears Property Reimbursement | 1,044,688.06 | 1,044,688.06 |
|  | PLEASE MAKE CHECK PAYABLE AND SEND TO: | | |
|  | East River Group LLC | | |
|  | 206 W 6th Street, Suite #100 | | |
|  | Los Angeles, CA 90014 | | |
|  | | **Total** | **$ 1,044,688.06** |

Exhibit 4    027