# EXHIBIT 5

## REMITTANCE ADVICE

IF THIS REMITTANCE APPEARS TO BE INCORRECT
WRITE AT ONCE TO OUR DEPARTMENT AT ADDRESS AT RIGHT MENTIONING THE CHECK NO. & DATE

3333 BEVERLY RD
HOFFMAN ESTATES  IL 60179

0099390816178 002PR          98359996          S1008 LOS ANGELES CA LA BOYLE-D.GUARNA

02/07/18                    000848647          98359996

CONTROL NUMBER 589

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

## SEARS HOLDINGS

HOFFMAN ESTATES, IL 60179

**Fifth Third Bank**
LANSING, MI

M    848647

PAY ►    ***983599 96

02  07  18

EAST RIVER GROUP, LLC
206 W 6TH STREET, SUITE 100
LOS ANGELES, CA
90014

SEARS HOLDINGS
VOUCHER ACCOUNT

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK · HOLD AT AN ANGLE TO VIEW

Exhibit 5    028

**East River Group LLC**

206 W 6th Street, Suite #100
Los Angeles, CA 90014

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/16/2017 | 08-002PR |

| Bill To |
|---------|
| SEARS Holdings
Accounting Service Center
2301 West Plano Parkway Ste # 201
Plano, Texas 75075 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Sears Property Reimbursement | 983,599.96 | 983,599.96 |
| | | | |
| | PLEASE MAKE CHECK PAYABLE AND SEND TO:<br><br>East River Group LLC<br>206 W 6th Street, Suite #100<br>Los Angeles, CA 90014 | | |
| | | **Total** | $   983,599.96 |

Exhibit 5    029

Naya Services, Inc
1490 S. VINEYARD AVE STE. E
ONTARIO, CA  91761 US
(909) 458-0450
yasminestrada@nayaservicesinc.com



# INVOICE

**BILL TO**
East River Group
206 W. 6th St.
Los Angeles, CA  90014

**INVOICE #** 1522
**DATE** 10/06/2016

---

**JOB**
295- Sears Tower

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| C/O<br>Change Order #4 | 1 | 15,000.00 | 15,000.00 |
| 02 Site Work:02.10 Demo<br>Bookstore Basement | 1 | 7,500.00 | 7,500.00 |
| 02 Site Work<br>Stock Room<br>Removal of concrete floor and ceiling<br>Removal of oil in tanks<br>Removal of concrete beam on second floor | 1 | 7,500.00 | 7,500.00 |

BALANCE DUE    **$30,000.00**

Exhibit 5    030

Naya Services, Inc
1490 S. VINEYARD AVE STE. E
ONTARIO, CA  91761 US
(909) 458-0450
yasminestrada@nayaservicesinc.com



# INVOICE

**BILL TO**

East River Group
206 W. 6th St.
Los Angeles, CA  90014

**INVOICE # 1522**
**DATE 10/06/2016**

**JOB**
295- Sears Tower

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| C/O<br>Change Order #4 | 1 | 15,000.00 | 15,000.00 |
| 02 Site Work:02.10 Demo<br>Bookstore Basement | 1 | 7,500.00 | 7,500.00 |
| 02 Site Work<br>Stock Room<br>Removal of concrete floor and ceiling<br>Removal of oil in tanks<br>Removal of concrete beam on second floor | 1 | 7,500.00 | 7,500.00 |

**BALANCE DUE**          **$30,000.00**

20K

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD VOID IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23178DNS-08

**1807**

10/07/2016

PAY TO THE
ORDER OF ____ Naya Services Inc. _____ $ **20,000.00

Twenty Thousand and 00/100*********************************************** ____ DOLLARS

MEMO    Inv #1522 Dated 10/6/16

AUTHORIZED SIGNATURE

Exhibit 5    031



Naya Services, Inc
1490 S. VINEYARD AVE STE. E
ONTARIO, CA  91761 US
(909) 458-0450
yasminestrada@nayaservicesinc.com

# INVOICE

**BILL TO**

East River Group
206 W. 6th St.
Los Angeles, CA  90014

INVOICE # 1522
DATE 10/06/2016

**JOB**
295- Sears Tower

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| C/O<br>Change Order #4 | 1 | 15,000.00 | 15,000.00 |
| 02 Site Work:02.10 Demo<br>Bookstore Basement | 1 | 7,500.00 | 7,500.00 |
| 02 Site Work<br>Stock Room<br>Removal of concrete floor and ceiling<br>Removal of oil in tanks<br>Removal of concrete beam on second floor | 1 | 7,500.00 | 7,500.00 |

BALANCE DUE                    **$30,000.00**

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND-DO NOT CASH IF THE WORD VOID IS VISIBLE-THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23176DNS-06
**1814**

10/11/2016

PAY TO THE
ORDER OF          Naya Services Inc.                                    $ **5,000.00

Five Thousand and 00/100*************************************** _____ DOLLARS

MEMO    Inv# 1522 dated 10/6/16

AUTHORIZED SIGNATURE

_Miguel 10/18/1._

Exhibit 5    032

Naya Services, Inc
1490 S. VINEYARD AVE STE. E
ONTARIO, CA 91761 US
(909) 458-0450
yasminestrada@nayaservicesinc.com


**NAYA**
SERVICES INC

# INVOICE

**BILL TO**
East River Group
206 W. 6th St.
Los Angeles, CA 90014

INVOICE # 1522
DATE 10/06/2016

**JOB**
295· Sears Tower

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| C/O<br>Change Order #4 | 1 | 15,000.00 | 15,000.00 |
| 02 Site Work:02.10 Demo<br>Bookstore Basement | 1 | 7,500.00 | 7,500.00 |
| 02 Site Work<br>Stock Room<br>Removal of concrete floor and ceiling<br>Removal of oil in tanks<br>Removal of concrete beam on second floor | 1 | 7,500.00 | 7,500.00 |

BALANCE DUE    **$30,000.00**

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THE PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

Multi·CHAX® # 23178DNS-08
**1829**

10/24/2016

PAY TO THE
ORDER OF ____ Naya Services Inc _____ $ **5,000.00

Five Thousand and 00/100****************************************** DOLLARS

MEMO   Inv #1522 Dated Dated 10/6/16

AUTHORIZED SIGNATURE

Exhibit 5    033

# ALLIANCE MECHANICAL GROUP

**5838 SAN FERNANDO RD # B**
**GLENDALE, CA 91202**
**TEL: 818 -956 1060 FAX: 818- 956 1057**
**LIC# 706401 CALSSIFICATION C-20,C-16,B,C-36**

TO:  East River Group,LLC
206 W 6th st #100
Los Angeles, Ca 90014

INVOICE NO.   Sears 2nd flr-01

WORK PERFORMED AT:
Sears Building 2nd floor
2650 E Olympic Blvd
Los Angeles,Ca 90023

| DATE:   11/11/2016 | *WORK ORDER By Jimmy* | $2,600.00 | | |
|---|---|---|---|---|
| DESCRIPTION OF WORK PERFORMED | | part | labor | TOTAL |
| install two sheet metal cap 3feet x 8 feet forSears existing AC return duct which was demolished by demp contractor | | | | |
| Installed multiple flexible ducting temporarily so Sears can have return air ad eliminatingdust to the building | | | | |
| Material | | $   1,900.00 | | $1,900.00 |
| Labor 3 installes 10 hrs each | | | $   700.00 | $700.00 |

EAST RIVER GROUP LLC
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23178DNS-08

**1848**

11/15/2016

PAY TO THE
ORDER OF     Alliance Mechanical Group *Inc*                                    $  **2,600.00

Two Thousand Six Hundred and 00/100*******************************                                    DOLLARS

MEMO     Inv# Sears 2nd Flr-01

AUTHORIZED SIGNATURE

| | TOTAL DEDUCTIONS | $0.00 |
|---|---|---|
| | TOTAL | $2,600.00 |

All work described above is warranted for 90 days , material warranty are subject to manufacturer's warranty terms and condition
two thousand six hundred                                    dollars.

Exhibit 5    034

*Computec Jimmy*

*Jam from Sears said its all done*

**Flores Telecommunication Inc.**
Low Voltage, Fire Alarm, & Electrical,
P.O. BOX 787 Highland, CA 92346
(909) 567-6875

244095

## Invoice

| SOLD TO | SHIP TO |
| --- | --- |
| SEARS fifth floor | ADDRESS |
| ADDRESS PANEL | |
| CITY, STATE, ZIP | CITY, STATE, ZIP |

| CUSTOMER ORDER NO | SOLD BY | TERMS | F.O.B. | DATE |
| --- | --- | --- | --- | --- |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| | | ① for Demolition and installation of new load center with 3, 200 Amp. Breaker. | | | 0 to pay |
| | | labor & material | | | $2500 00 |
| | | total | | | $2500 00 |

---

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® 23178DNS-08

1839

11/08/2016

PAY TO THE
ORDER OF     Flores Telecommunication Inc.                    $ **2,500.00

Two Thousand Five Hundred and 00/100************************    DOLLARS

AUTHORIZED SIGNATURE

MEMO     Inv# 244095

Exhibit 5    035



Page: 1 of 2
Date: 11/29/2016

# Claim for Damages

To:
SHOMOF ERIC (TE)
206 W 6TH STREET
#100
LOS ANGELES, CA 900141

Claim Number:  PACB-CS-201608-0H-0074-WFB

Charges for Damages to:
PACIFIC BELL TEL CO., DBA AT&T· CALIFORNIA

Occured/Discovered On or About:  08/23/2016

Approximate Location:
2650 E OLYMPIC BLVD, LOS ANGELES, CA

## Summary of Charges

The labor cost amount claimed includes direct costs and indirect costs, including but not limited to personnel, equipment, vehicles administrative overheads, and an allocation of general corporate overhead.

| | |
|---|---|
| LABOR COST | $4,679.01 |
| MATERIALS/UNIT COST ITEMS | $261.26 |
| TOTAL AMOUNT DUE: | $4,940.27 |

*Breakdown of Charges on next page*



EAST RIVER GROUP LLC
206 WEST 6TH ST., SUITE #100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MutbCHAX® 23115D-NS-08

1892

12/21/2016

PAY TO THE
ORDER OF ___ A L & T _____    $**3,705.20

Three Thousand Seven Hundred Five and 20/100********************* _____ DOLLARS



AUTHORIZED SIGNATURE

MEMO PACB-CS-201608-0H-0074-WFB

---

  at&t        TOTAL AMOUNT DUE: $4,940.27

Amount enclosed: $ 3,705.20

SHOMOF ERIC (TE)

Claim Number: PACB-CS-201608-0H-0074-WFB

Return this section with payment in enclosed envelope.

Please write claim number on check or money order to ensure proper credit.

For credit card payment:

Credit Card number _____

Name on Card _____

Amount to be charged to your card _____

Three digit security number on back of card _____

Expiration Date _____

Remit Payment to:

AT&T
RISK MANAGEMENT
1010 PINE 06-NW
SAINT LOUIS MO  63101

Exhibit 5    036

8248.001.001090.02.02.0000000  NNNNNNNNY 002433002443





Dated:    06/07/16

CA492784

# CALIFORNIA PRELIMINARY NOTICE
### This is not a Lien. Civil Code Sections 8200, et seq., 9300, et seq.

Reputed Owner or Public Entity

06/07/16    CA492784
ERIC I SHOMOF
206 W 6TH ST #100
LOS ANGELES CA 90014

Reputed Construction Lender or Lessee

LESSEE FINANCED BY:
SEARS
3333 BEVERLY RD
HOFFMAN ESTATES IL 60179

Reputed Direct Contractor

EAST RIVER GROUP LLC
206 W 6TH ST #100
LOS ANGELES CA 90014

A.D.C.    UNKNOWN

1 - You are hereby notified that
PDQ ENTERPRISES INC DBA PDQ RENTALS
10826 SHOEMAKER AVE
SANTA FE SPRINGS CA  90670

2 - Has furnished or will furnish labor,
services, equipment, or materials of
the following general description:

SKIDSTEER

3 - An estimate of the total price of the
labor, services, equipment, or materials
furnished or to be furnished is:

$ 1,000.00

    JOINT CHECK REQUESTED

4 - The building, structure or other work of
improvement is located at:

61/16
SEARS
2650 E OLYMPIC BLVD
LOS ANGELES CA

**NOTICE TO PROPERTY OWNER**
EVEN THOUGH YOU HAVE PAID YOUR
CONTRACTOR IN FULL, if the person or firm that

EAST RIVER GROUP LLC
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK                      MultiCHAX® # 23178DNS-08
135 N. LOS ROBLES AVE., SUITE 600      **1790**
PASADENA, CA 91101

                                09/22/2016

PAY TO THE
ORDER OF    PDQ Rentals & Klondike Construction          $ **1,000.00

One Thousand and 00/100*********************************************** ____ DOLLARS

MEMO    Re: skid steer loader

                                AUTHORIZED SIGNATURE

sent by registered or certified mail. Failure to send
the notice will extend the deadline to record a claim
of lien. You are not requied to send the notice if you
are a residential homeowner of a dwelling
containing four or fewer units.

Signed
Authorized Agent

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23178DNS-08

**1825**

10/24/2016

PAY TO THE
ORDER OF ___ Grand Pacific 7-28 LLC ___  $ **5,500.00

Five Thousand Five Hundred and 00/100**************************** ___ DOLLARS

MEMO    Klondike Construction Reimbursables

AUTHORIZED SIGNATURE

Exhibit 5    038

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 2317BDNS-08

**1826**

10/24/2016

PAY TO THE
ORDER OF          Klondike Construction Service Inc.          $ **39,500.00

Thirty-Nine Thousand Five Hundred and 00/100********************          DOLLARS

MEMO     Final Payment for Panorama & SEARS Projects

AUTHORIZED SIGNATURE

Exhibit 5    039

## Naya Services Inc.
### OWNER/CONTRACTOR AGREEMENT: Dated 08/20/2014

Revised 03/07/2016

CHANGE ORDER NO. _____ 2 _____

| | | | |
|---|---|---|---|
| Project Info: | Sears Tower | Contractor's Name: | East River Group LLC |
| Project Address: | 2650 Olympic Boulevard | Contractor's Address: | 206 W. 6th Street #100 |
| City/ZIP: | Los Angeles, Ca 90023 | City/ZIP: | Los Angeles, Ca 90014 |
| Tel: | 213 623-2409 | Fax: | 213 623-3811 |

JOB NO: NSI14-295

YOU ARE HEREBY AUTHORIZED to perform the following specified work (show sizes/dimensions, cost/credit) and/or change(s) separately listed:

| Description /Justification of Change in Contract | Amount |
|---|---|
| **Item A** | |
| 1) Demolition and disposal of exterior wall/brown pea gravel On W, N, E, Side of Sears Building .................Approx: 37,660 SF | |
| 2) Demolition of stucco behind pea gravel  on roof top and north sideof buliding to expose building façade........Approx: 14,349SF | |
| 3) Demolition of marble stone located on North & East of entrance.........................................................Approx: 3,145 SF | |
| 4) Demolion of metal façade on Northside canopy entrance........................................................Approx: 2,610 SF | |
| 5) Demolition of metal stairs at N. E. stair behind pea gravel | |
| 6) Demolition of metal stairs at N. W. stair behing pea gravel | |
| *7) Scaffold to be set up by sub contractor* | |
| *8) Shrink wrap to be set up by sub contractor* | |
| | |
| **Item B** | |
| 1) Demolition and disposal of interior floor wood grain 1.5 x 2.5 serve as sound proof ...............................Approx: 19,000 SF | |
| 2) Demolition of stucco wall warehouse area .........................................................................Approx: 200 SF | |
| 3) Put up plastic pony walls dividing work area from Sears warehouse (plastic barricade)        Approx: 200 LF | |
| | |
| | |
| | |
| | |
| **Subtotal** | $175,000.00 |
| **O&P**            15% | |
| **Total** | $175,000.00 |

| | |
|---|---|
| Original Contract Amount | |
| Net change by previous Change Orders | |
| Contract Amount prior to this Change Order | $0.00 |
| This Change Order Amount  [increase/(decrease)] | $175,000.00 |
| New/Amended Contract Amount | $175,000.00 |

**The owner(s) and contractor hereby certify that to their knowledge there are no other change(s) in the work performed under this contract besides those listed above or in previously approved change orders.**

Contractor: East River Group LLC

By: _____        Date:_____
           Name and Title

1490 S. Vineyard Ave # E
Ontario CA 91761
License# 973142  DOSH 893
Ph: (909) 923-2704 Fax: (909) 923-2769

Exhibit 5    040

## Naya Services Inc.
### OWNER/CONTRACTOR AGREEMENT: Dated: 05/18/2016
Revised 05/19/2016

### CHANGE ORDER NO.    3

| Project Info: | Sears Tower | Contractor's Name: | East River Group LLC |
| Project Address: | 2650 Olympic Boulevard | Contractor's Address: | 206 W. 6th Street #100 |
| City/ZIP: | Los Angeles, Ca 90023 | City/ZIP: | Los Angeles, Ca 90014 |
| Tel: | 213 623-2409 | Fax: | 213 623-3811 |

**JOB NO: NS114-295**

YOU ARE HEREBY AUTHORIZED to perform the following specified work (show sizes/dimensions, cost/credit) and/or change(s) separately listed:

| Description /Justification of Change in Contract | Amount |
|---|---|
| Demolition of store front canopy at Soto Street entry | $2,000.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Subtotal | $2,000.00 |
| O&P                    15% | |
| Total | $2,000.00 |

| | |
|---|---|
| Original Contract Amount | |
| Net change by previous Change Orders | |
| Contract Amount prior to this Change Order | $0.00 |
| This Change Order Amount [increase/(decrease)] | $2,000.00 |
| New/Amended Contract Amount | $2,000.00 |

**The owner(s) and contractor hereby certify that to their knowledge there are no other change(s) in the work performed under this contract besides those listed above or in previously approved change orders.**

Contractor: East River Group LLC

By: _____ Date: _____
                    Name and Title

1490 S. Vineyard Ave # E
Ontario CA 91761
License# 973142  DOSH 893
Ph: (909) 923-2704 Fax: (909) 923-2769

Exhibit 5    041



Naya Services, Inc.
1490 S. VINEYARD AVE STE E
ONTARIO, CA 91761 US
(909) 458 0450
info@nayaservicesinc.com

# INVOICE

BILL TO
East River Group LLC
206 W 6th St.
Los Angeles, CA 90014

INVOICE # 1474
DATE 06/03/2016

JOB
525- Sears Pebble Removal

| FACILITY | RATE | AMOUNT |
|---|---|---|
| C/O Sears Change Order No. 2 Contract 175,000 100% Completed | 68,100.00 | 68,100.00 |

BALANCE DUE    **$68,100.00**

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECT

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MISC#XXXX # 231780NS-06
**1773**

09/08/2016

PAY TO THE ORDER OF _____ Naya Services Inc. _____    $ **13,800.00

Thirteen Thousand Eight Hundred and 00/100*********************** _____ DOLLARS

MEMO    Inv #1466 & Inv #1474 Final Payments

AUTHORIZED SIGNATURE

Exhibit 5    042

Naya Services, Inc.
490 S. VINEYARD AVE STE B
ONTARIO, CA 91761 US
(909) 228-0450
info@nayaservicesinc.com

## INVOICE

BILL TO
East River Group LLC
206 W 6th St
Los Angeles, CA 90014

INVOICE # 1474
DATE 06/03/2016

JOB
5/6 Sears Pebble Removal

| | |
|---|---|
| C.O. Sears Change Order No. 2 Contract 175,000 100% Completed | 68,100.00 |

**BALANCE DUE**        **$68,100.00**

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED

**EAST RIVER GROUP LLC**
206 W. 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MICROCHAX # 23178DNS-08

**1765**

09/02/2016

$ **10,000.00**

PAY TO THE
ORDER OF    Naya Services Inc.

Ten Thousand and 00/100************************************************    DOLLARS

MEMO    Inv# 1474 dated 6/3/16

AUTHORIZED SIGNATURE

Exhibit 5    043



Naya Services, Inc.
490 S. VINEYARD AVE STE D
ONTARIO, CA 91761 US
(909) 458-0450
info@nayaservicesinc.com

# INVOICE

BILL TO
East River Group LLC
206 W 6th St
Los Angeles, CA 90014

INVOICE # 1474
DATE 06/03/2016

JOB
525 Sears Pebble Removal.

C/O
Sears Change Order No. 2
Contract 175,000
100% Completed.

68,100.00    68,100.00

BALANCE DUE    $68,100.00

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED

**EAST RIVER GROUP LLC**
206 WEST 6TH ST., SUITE #100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MULTICHAX® # 23115ONS-08

1723

07/13/2016

PAY TO THE
ORDER OF _____ Naya Services Inc.

$ **10,000.00**

Ten Thousand and 00/100************************************

DOLLARS

MEMO Inv #1474 Dated 6/3/16

AUTHORIZED SIGNATURE

Exhibit 5    044

 N 09881

# MEMO'S SCAFFOLDING NORWALK, INC.

 12722 CARMENITA ROAD
SANTA FE SPRINGS, CA 90670

Ofc. (562) 404-8800 • Fax (562) 921-2300

## CREDIT CARD AUTHORIZATION FORM

East River Group LLC

(your company name)

hereby authorize Memo's Scaffolding Norwalk, Inc., to charge our cred
the amount of $ 11,300.00

Type of Credit card(visa, master card etc): _American Express_

Credit Card #: ██████████████

Expiration Date: 12/17

Security Code: 8893

Credit card billing addres: East River Group LLC
206 W 6th St., #100
Los Angeles, CA 90014

JOBSITE NAME & ADDRESS:

Name: Sears Tower

Street address: 2650 E Olympic Blvd.

City, State & Zip code: Los Angeles, CA 90023

Cardholder Signature                    7/12/16
                                         Date

**PAID**

CK#/CC#: Credit Card
DATE: 7/12/16

Exhibit 5    045

---

MEMOS SCAFFOLDING NORW
12722 CARMENITA RD
SANTA FE SPRI, CA 90670

07/12/2016                     10:32
Merchant ID:          0000000031521
Terminal ID:                  046972
2011496910

CREDIT CARD

AMEX SALE

CARD #          XXXXXXXXXX10
INVOICE                 34800
Batch #:                 0003
Approval Code:           2014
Entry Method:            Manu
Mode:                    Onli
Avs Code:                   N
Card Code:

SALE AMOUNT         $11300.0

CUSTOMER COPY



Naya Services, Inc.
1490 S. VINEYARD AVE STE. E
ONTARIO, CA 91761 US
(909) 458-0450
Info@nayaservicesinc.com

# INVOICE

**BILL TO**
East River Group LLC
206 W 6th St.
Los Angeles, CA 90014

INVOICE #: 1474
DATE: 06/03/2016

JOB
525- Sears Pebble Removal

|  | 68,100.00 | 68,100.00 |
|---|---|---|

C/O
Sears Change Order No. 2
Contract 175,000
100% Completed.

BALANCE DUE          **$68,100.00**

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND DO NOT CASH IF THE WORD "VOID" IS VISIBLE THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED

**EAST RIVER GROUP LLC**
206 WEST 6TH ST., SUITE #100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX# 23115ON5-08

**1716**

07/07/2016

PAY TO THE
ORDER OF ___ Naya Services Inc. ___                    $ **15,000.00**

Fifteen Thousand and 00/100***********************************_____ DOLLARS

MEMO Inv #1474 Dated 6/3/16                    AUTHORIZED SIGNATURE

7/11/16

Exhibit 5    046

Naya Services, Inc.
1450 S. VINEYARD AVE STE E
ONTARIO, CA 91761 US
(909) 458-0450
info@nayaservicesinc.com

## INVOICE

BILL TO
East River Group LLC
206 W 6th St.
Los Angeles, CA 90014

INVOICE # 1474
DATE 06/03/2016

JOB
525- Sears Pebble Removal

C/O
Sears Change Order No. 2
Contract 175,000.
100% Completed

68,100.00        68,100.00

BALANCE DUE        $68,100.00

---

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTEC

**EAST RIVER GROUP LLC**
206 WEST 6TH ST., SUITE #100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23115DNS-08

1710

06/24/2016

PAY TO THE
ORDER OF _____ Naya Services Inc. _____        $**10,000.00

Ten Thousand and 00/100*************************************** _____ DOLLARS

MEMO
Inv #1474 Dated 6/3/16        6/24/16                AUTHORIZED SIGNATURE

Exhibit 5   047

Naya Services, Inc
1490 S. VINEYARD AVE STE. E
ONTARIO, CA 91761 US
(909) 458-0450
info@nayaservicesinc.com

# INVOICE

**BILL TO**
East River Group LLC
206 W. 6th St.
Ca
Los Angeles, CA 90014

**JOB**
525 - Sears Pebble

| ACTIVITY | | AMOUNT | |
|---|---|---|---|
| 02 Site Work 02.10 Demo<br>Sears Change Order No. 2<br>Contract 175,000<br>30% Progress | 1 | 35,000.00 | 35,000.00 |

**INVOICE # 1465**
**DATE 05/25/2016**

PAYMENT                                      20,000.00
BALANCE DUE                          **$15,000.00**

*OMAR ESTRADA 6/10/16*

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MICHAX # 23176DN5-06
**1702**

06/08/2016

PAY TO THE
ORDER OF        Naya Services Inc.                                      $  **15,000.00**

Fifteen Thousand and 00/100************************************************  DOLLARS

MEMO     Inv #1465 Dated 5/25/16

AUTHORIZED SIGNATURE

Exhibit 5    048

Naya Services, Inc
1490 S, VINEYARD AVE STE. E
ONTARIO, CA  91761 US
(909)458-0450
info@nayaservicesinc.com



# INVOICE

**BILL TO**                                   INVOICE # 1465
East River Group LLC                 DATE  05/25/2016
206 W. 6th St.
Ca
Los Angeles, CA  90014

**JOB**
525- Sears Pebble

| ACTIVITY | QTY | RATE | AMOUNT |
|----------|-----|------|--------|
| 02 Site Work:02.10.Demo<br>Sears Change Order.No. 2<br>Contract 175,000<br>80% Progress | 1 | 35,000.00 | 35,000.00 |

BALANCE DUE               **$35,000.00**   *Bal -*
                                                          *-20,000.-- = 15,000*

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED.

**EAST RIVER GROUP LLC**          EAST WEST BANK                    MultiCHAX® # 23178DNS-06
206 W 6TH ST., SUITE 100            135 N. LOS ROBLES AVE., SUITE 600      **1692**
LOS ANGELES, CA 90014             PASADENA, CA 91101
                                                                                          05/26/2016

PAY TO THE
ORDER OF _____ Naya Services Inc.                                        $ **20,000.00

Twenty Thousand and 00/100****************************************  _____ DOLLARS

MEMO    Inv #1465 Dated 5/25/16                          AUTHORIZED SIGNATURE

Exhibit 5    049



THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED

**EAST RIVER GROUP LLC**
206 WEST 6TH ST., SUITE #100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

M-BCHAX® # 2311SONS-08

1686

05/20/2016

PAY TO THE
ORDER OF _____ Naya Services Inc. _____ $ **10,000.00**

Ten Thousand and 00/100******************************************** DOLLARS

MEMO _____
Progress Payment

AUTHORIZED SIGNATURE

Exhibit 5    050



Naya Services, Inc
1490 S. VINEYARD AVE STE. E
ONTARIO, CA 91761 US
(909)458-0450
Info@nayaservicesinc.com

## INVOICE

BILL TO
East River Group LLC
206 W. 6th St.
Los Angeles, CA 90014

INVOICE # 1448
DATE 05/04/2016

JOB
525- Sears (Pebble)

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| C/O Sears Tower (Change Order No.2) Progress Billing | 1 | 25,000.00 | 25,000.00 |

BALANCE DUE                **$25,000.00**

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND DO NOT CASH IF THE WORD VOID IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED

**EAST RIVER GROUP LLC**
206 WEST 6TH ST., SUITE #100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23115DNS-06

**1684**

05/19/2016

PAY TO THE
ORDER OF _____ Naya Services Inc. _____                    $**10,000.00

Ten Thousand and 00/100*********************************************** _____ DOLLARS

MEMO Inv #1448 Dated 5/4/16 Full Payment

AUTHORIZED SIGNATURE

Exhibit 5    051

Naya Services, Inc
1490 S. VINEYARD AVE STE. E
ONTARIO, CA 91761 US
(909)458-0450
info@nayaservicesinc.com

# INVOICE

**BILL TO**
East River Group LLC
206 W. 6th St.
Los Angeles, CA 90014

INVOICE # 1448
DATE 05/04/2016

**JOB**
525-Sears (Pebble)

| | | | |
|---|---|---|---|
| C/O Sears Tower (Change Order No.2) Progress Billing. | 1 | 25,000.00 | 25,000.00 |

BALANCE DUE          **$25,000.00**

-15k

---

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND, DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECT

**EAST RIVER GROUP LLC**
206 WEST 6TH ST., SUITE #100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23115ONS-08

**1680**

05/11/2016

PAY TO THE
ORDER OF ___ Naya Services Inc. _____

$**15,000.00

Fifteen Thousand and 00/100************************************************

_____ DOLLARS

MEMO Inv #1448 Dated 5/4/16

AUTHORIZED SIGNATURE

Miguel 5/12/16

Exhibit 5    052



THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PRO

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX # 23176DNS-08

1670

04/27/2016

PAY TO THE
ORDER OF      Naya Services Inc.                                    $   **15,000.00

Fifteen Thousand and 00/100*************************************   DOLLARS

MEMO   Progress payment                                  AUTHORIZED SIGNATURE

Exhibit 5    053

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED

**EAST RIVER GROUP LLC.**
206 WEST 6TH ST., SUITE #100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

M-BICHAX® # 23115ON-5-06

1661

04/13/2016

PAY TO THE
ORDER OF _____ Naya Services Inc. _____                          $**5,000.00

Five Thousand and 00/100************************************* DOLLARS

MEMO
Progress Payment

AUTHORIZED SIGNATURE

Exhibit 5    054

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED

**EAST RIVER GROUP LLC**
206 WEST 6TH ST., SUITE #100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MUNICHAX® #231150NS-08

1659

04/12/2016

PAY TO THE
ORDER OF ___ Naya Services Inc. _____  $ **5,000.00

Five Thousand and 00/100************************************************  DOLLARS

MEMO Progress payment

AUTHORIZED SIGNATURE

Exhibit 5    055

Azteca Safety & Construction Supplies

12140 1/2 Woodruff Avenue
Downey, CA 90241
562 331-0368

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/6/2016 | 28919 |

| Bill To |
|---------|
| East River Group, LLC
206 W. 6th Street, Ste. 100
Los Angeles, CA 90014 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Due on receipt | 295- Sears Complex |

| Item | Description | Est Amt | Prior Amt | Prior % | Qty | Rate | Curr % | Total % | Amount |
|------|-------------|---------|-----------|---------|-----|------|--------|---------|--------|
| 35 | 16 rolls Flame Restart 20x100
4 cases white tape
10 cases suits
6 cases adhesive
1 case filter | | | | | 1,900.00 | | | 1,900.00 |

THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES.

**EAST RIVER GROUP LLC**
206 W. 6TH STREET
LOS ANGELES, CA 90014

001508

DATE — April 06, 2016 —    18-7038/3220

PAY
TO THE
ORDER OF    ~ Azteca Safety & Construction Supplies and Naya Services Inc. ~    $ | 1,900.00 |

~One Thousand Nine Hundred & 00/100 Only~

DOLLARS

EAST WEST BANK

MEMO        Inv# 28919 dated 04/06/16 shrink wrap

| Total | $1,900.00 |
|-------|-----------|
| Payments/Credits | $0.00 |
| **Balance Due** | **$1,900.00** |

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| | | |

Exhibit 5    056

Naya Services, Inc.
1490 S. VINEYARD AVE STE. E
ONTARIO, CA 91761 US
(909)458-0450
Info@nayaservicesinc.com



# INVOICE

BILL TO                              INVOICE # 1430
East River Group                     DATE 03/24/2016
206 W. 6th St.
Los Angeles, CA 90014

JOB
625- Sears Pebble Removal

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 02 Site Work.02.10 Demo Sears Tower (Change Order No.2) $175,000 | 1 | 10,000.00 | 10,000.00 |

BALANCE DUE                          **$10,000.00**



Exhibit 5    057

**Flores Telecommunication Inc.**
Low Voltage, Fire Alarm
P.O. BOX 787 Highland, CA 92346
(909) 567-6875

**244093**

**Invoice**

| SOLD TO | SCARD Store | SHIP TO | |
|---|---|---|---|
| ADDRESS | | ADDRESS | |
| CITY, STATE, ZIP | Grandplair / Vuti Site | CITY, STATE, ZIP | |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE |
|---|---|---|---|---|
| | Porfi store. | | | |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | ① For Electrical Work AT 4 Stores AT SCARD. Including Labor And material. | $ 15000 | | $15000.00 |
| | | | 7,500 | | |

---

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND, A GOLD FOIL SEAL, THE WORD VOID BOX, MICROPRINTING. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

Multi CHAX® # 23178ONS-08

**1791**

09/22/2016

PAY TO THE
ORDER OF       Flores Telecommunication Inc.                    $ **7,500.00

Seven Thousand Five Hundred and 00/100****************************** _____ DOLLARS

MEMO      Inv# 244093 progress payment

AUTHORIZED SIGNATURE

Exhibit 5    058

**Flores Telecommunication Inc.**
Low Voltage, Fire Alarm
P.O. BOX 787 Highland CA 92346
**(909) 567-6875**

## Invoice

**244093**

SOLD TO  *SCARD Store*

SHIP TO

ADDRESS

ADDRESS

CITY, STATE, ZIP  *Grand plour / Vall Ste*

CITY, STATE, ZIP

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE |
|---|---|---|---|---|

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| ① | | *For Electrical work at* *4 Stores at Scard.* *including labor and* *material.* | $ 15000 | | $15,000.00 |

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

**1816**

10/14/2016

PAY TO THE
ORDER OF    Flores Telecommunication Inc.

$ **5,000.00

Five Thousand and 00/100************************************** DOLLARS

MEMO
Inv #244093

AUTHORIZED SIGNATURE

*3flores213@gmail.com*

Exhibit 5    059

**ACCOUNTING PAYMENT DETAILS**

**COMPANY : FLORES TELECOMMUNICATION, INC.**

**LOCATION:  EAST RIVER GROUP**

| INV. DATE | INV. # | INV. AMT | CHECK # | AMT | Balance | REMARKS |
|-----------|--------|----------|---------|-----|---------|---------|
|  | 244093 | 15,000.00 |  |  |  | Electrical work at 4 stores incl. labor/mat. |
|  |  |  | 1791 | 7,500 - | 7,500 |  |
|  |  |  | 1816 | 5,000 - | 2,500 |  |
|  |  |  | 1932 | 2,000 - | 500 |  |

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD VOID IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND DISALTERATION PR

**EAST RIVER GROUP LLC.**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23178DNS-08

**1932**

02/21/2017

$ **2,000.00

PAY TO THE
ORDER OF _____ Flores Telecommunication Inc. _____

Two Thousand and 00/100******************************************* ____ DOLLARS

MEMO    Inv# 244093 (Sears Store)

AUTHORIZED SIGNATURE

Exhibit 5    060

**Flores Telecommunication Inc.**
Low Voltage, Fire Alarm
P.O. BOX 787 Highland, CA 92346
(909) 567-6875

**Invoice**

244093

| SOLD TO | SCARD Store | SHIP TO | |
|---|---|---|---|
| ADDRESS | | ADDRESS | |
| CITY, STATE, ZIP | Grandplair / Vut Ste | CITY, STATE, ZIP | |
| CUSTOMER ORDER NO. | drift Store. | | |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | ① For Electrical work at | | $15000 | | |
| | stores at Scard | | | | |
| | including labor and | | | | |
| | material | | | | |
| | | | $15000 00 | | |

7500

---

EAST RIVER GROUP LLC
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23178DN5-08
2014

06/08/2017

PAY TO THE
ORDER OF      Flores Telecommunication Inc.                    $ **500.00

Five Hundred and 00/100************************************************ DOLLARS

MEMO    Inv# 244093 final payment

AUTHORIZED SIGNATURE

Exhibit 5    061

ALTERED GLASS INC.
1511 S. Grande Vista Ave.
Los Angeles CA 90023
323-462-8977 o  323-463-2096 fax
Contractor State License #651053
alteredglassinc@att.net
www.customglasscontractor.com

## Invoice

| DATE | Invoice # |
|------|-----------|
| 9/15/2016 | 091416-2 |

**SUBMITTED TO**

East River Group LLC
206 W 6th St., Suite 100
Los Angeles, CA 90014

**PROJECT LOCATION**

Landmark Sears:  Retail
2650 E Olympic Blvd
Los Angeles, CA 90023

| DESCRIPTION OF WORK   (Non-Prevailing Wage) | |
|---|---|
| Altered Glass Inc. proposes to furnish the necessary material and labor to install the following items for the price indicated. Estimate was taken off from architect drawings: Specifications:  None Furnished | |
| Project Proposal #090816-2R2 Approved 9/9/16 for $50,000 | |
| Progress Payment Requested $25,000 | $25,000.00 |
| Remaining Balance After Payment $25,000 | |
| **TOTAL** | **$25,000.00** |

All material is guaranteed to be as specified, and the above work to be performed in accordance with the plans and drawings submitted for the above work and will be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written change orders and will become an extra cost over and above the estimate.

Exhibit 5    062

ALTERED GLASS INC.
1511 S. Grande Vista Ave.
Los Angeles CA 90023
323-462-8977 o  323-463-2096 fax
Contractor State License #651053
alteredglassinc@att.net
www.customglasscontractor.com

# Invoice

| DATE | Invoice |
|------|---------|
| 12/28/2016 | 122816-1 |

| SUBMITTED TO | PROJECT LOCATION |
|---|---|
| East River Group LLC<br>206 W 6th St., Suite 100<br>Los Angeles, CA 90014 | Landmark Sears: Retail<br>2650 E Olympic Blvd<br>Los Angeles, CA 90023 |

| DESCRIPTION OF WORK   (Non-Prevailing Wage) | |
|---|---|
| Altered Glass Inc. proposes to furnish the necessary material and labor to install the following items for the price indicated.<br>Estimate was taken off from architect drawings:<br>Specifications: None Furnished | |
| Furnish Labor and Materials for Removal and Installation of Additional Window Panes in 24 Openings at Sears Retail. 1/8" Clear Annealed Glass. | $25,000.00 |

ACCEPTANCE OF PROPOSAL. You are authorized to do the work as specified.

SIGNATURE & DATE

**TOTAL**    $25,000.00

All material is guaranteed to be as specified, and the above work to be performed in accordance with the plans and drawings submitted for the above work and will be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written change orders and will become an extra cost over and above the estimate.

Exhibit 5    063

ALTERED GLASS INC.
1511 S. Grande Vista Ave.
Los Angeles CA 90023
323-462-8977 o  323-463-2096 fax
Contractor State License #651053
alteredglassinc@att.net
www.customglasscontractor.com

# Invoice

| DATE | Invoice # |
|------|-----------|
| 9/15/2016 | 091416-2 |

**SUBMITTED TO**

East River Group LLC
206 W 6th St., Suite 100
Los Angeles, CA 90014

**PROJECT LOCATION**

Landmark Sears:  Retail
2650 E Olympic Blvd
Los Angeles, CA 90023

**DESCRIPTION OF WORK    (Non-Prevailing Wage)**

Altered Glass Inc. proposes to furnish the necessary material and labor to install the following items for
the price indicated.
Estimate was taken off from architect drawings:
Specifications: None Furnished

Project Proposal #090816-2R2 Approved 9/9/16 for $50,000

Progress Payment Requested $25,000                                                $25,000.00

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23176DNS-08
**1784**

09/15/2016

PAY TO THE
ORDER OF _____  Altered Glass, Inc.                                              $ **25,000.00

Twenty-Five Thousand and 00/100********************************____ DOLLARS

MEMO    Inv# 091416-2 dated 9/15/16

AUTHORIZED SIGNATURE

| | TOTAL | $25,000.00 |
|---|---|---|

All material is guaranteed to be as specified, and the above work to be performed in accordance with the plans and
drawings submitted for the above work and will be completed in a workmanlike manner according to standard practices.
Any alteration or deviation from above specifications involving extra costs will be executed only upon written change
orders and will become an extra cost over and above the estimate.

Exhibit 5    064

ALTERED GLASS INC.
1511 S. Grande Vista Ave.
Los Angeles CA 90023
323-462-8977 o  323-463-2096 fax
Contractor State License #651053
alteredglassinc@att.net
www.customglasscontractor.com

| | **Invoice** |
|---|---|

| DATE | Invoice # |
|---|---|
| 9/15/2016 | 091416-2 |

| SUBMITTED TO | PROJECT LOCATION |
|---|---|
| East River Group LLC<br>206 W 6th St., Suite 100<br>Los Angeles, CA 90014 | Landmark Sears:  Retail<br>2650 E Olympic Blvd<br>Los Angeles, CA 90023 |

**DESCRIPTION OF WORK  (Non-Prevailing Wage)**

Altered Glass Inc. proposes to furnish the necessary material and labor to install the following items for
the price indicated.
Estimate was taken off from architect drawings:
Specifications:  None Furnished

Project Proposal #090816-2R2 Approved 9/9/16 for $50,000

Progress Payment Requested $25,000                                              $25,000.00

Remaining Balance After Payment $25,000

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE BACK CONTAINS AN ARTIFICIAL WATERMARK ON REVERSE SIDE - HOLD AT AN ANGLE TO VIEW

---

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23178DNS-08
1832

10/28/2016

PAY TO THE
ORDER OF      Altered Glass, Inc.                                          $ **20,000.00

Twenty Thousand and 00/100*************************************
_____ DOLLARS

MEMO      Inv# 091416-2 dated 9/15/16

AUTHORIZED SIGNATURE

All material is guaranteed to be as specified, and the above work to be performed in accordance with the plans and
drawings submitted for the above work and will be completed in a workmanlike manner according to standard practices.
Any alteration or deviation from above specifications involving extra costs will be executed only upon written change
orders and will become an extra cost over and above the estimate.

Exhibit 5    065

**ALTERED GLASS INC.**
1511 S. Grande Vista Ave.
Los Angeles CA 90023
323-462-8977 o  323-463-2096 fax
Contractor State License #651053
alteredglassinc@att.net
www.customglasscontractor.com

| | Invoice |
|---|---|

| DATE | Invoice # |
|---|---|
| 1/4/2017 | 122816-2R |

| SUBMITTED TO | PROJECT LOCATION |
|---|---|
| East River Group LLC<br>206 W 6th St., Suite 100<br>Los Angeles, CA 90014 | Landmark Sears: Retail<br>2650 E Olympic Blvd<br>Los Angeles, CA 90023 |

| DESCRIPTION OF WORK    (Non-Prevailing Wage) | |
|---|---|
| Altered Glass Inc. proposes to furnish the necessary material and labor to install the following items for the price indicated.<br>Estimate was taken off from architect drawings:<br>Specifications: None Furnished | |
| Project Proposal #090816-2R2 Approved 9/9/16 for $50,000 | |
| Progress Payment $25,000 Paid 9/14/16 #1784 | |
| Progress Payment $20,000 Paid 10/28/16 #1832 | |
| Remaining Balance Due $5,000 | $5,000.00 |

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23178DNS-08
**1898**

01/04/2017

PAY TO THE
ORDER OF _____ Altered Glass, Inc. _____     $ **\*\*5,000.00**

Five Thousand and 00/100\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* _____ DOLLARS

MEMO    Inv# 122816-2R dated 1/4/17 Final Payment

AUTHORIZED SIGNATURE

orders and will become an extra cost over and above the estimate.

Exhibit 5    066

ALTERED GLASS INC.
1511 S. Grande Vista Ave.
Los Angeles CA 90023
323-462-8977 o  323-463-2096 fax
Contractor State License #651053
alteredglassinc@att.net
www.customglasscontractor.com

# Invoice

| DATE | Invoice # |
|------|-----------|
| 1/11/2017 | 011117-2 |

**SUBMITTED TO**

East River Group LLC
206 W 6th St., Suite 100
Los Angeles, CA 90014

**PROJECT LOCATION**

Landmark Sears:  Retail
2650 E Olympic Blvd
Los Angeles, CA 90023

## DESCRIPTION OF WORK   (Non-Prevailing Wage)

Altered Glass Inc. proposes to furnish the necessary material and labor to install the following items for
the price indicated.
Estimate was taken off from architect drawings:
Specifications:  None Furnished

Final Payment Request for $20,000 on Invoice 122816-1 for Additional Work          $20,000.00

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD VOID IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED.

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23176DNS-08

**1908**

01/11/2017

PAY TO THE
ORDER OF          Altered Glass, Inc.                                    $ **10,000.00

Ten Thousand and 00/100*********************************************          DOLLARS

MEMO          Inv# 122816-1R

AUTHORIZED SIGNATURE

| | TOTAL | $20,000.00 |
|---|---|---|

All material is guaranteed to be as specified, and the above work to be performed in accordance with the plans and
drawings submitted for the above work and will be completed in a workmanlike manner according to standard practices.
Any alteration or deviation from above specifications involving extra costs will be executed only upon written change
orders and will become an extra cost over and above the estimate.

Exhibit 5    067

ALTERED GLASS INC.
1511 S. Grande Vista Ave.
Los Angeles CA 90023
323-462-8977 o  323-463-2096 fax
Contractor State License #651053
alteredglassinc@att.net
www.customglasscontractor.com

| **Invoice** | |
| --- | --- |
| DATE | Invoice # |
| 2/28/2017 | 022817-2 |

**SUBMITTED TO**

East River Group LLC
206 W 6th St., Suite 100
Los Angeles, CA 90014

**PROJECT LOCATION**

Landmark Sears: Retail
2650 E Olympic Blvd
Los Angeles, CA 90023

**DESCRIPTION OF WORK   (Non-Prevailing Wage)**

Altered Glass Inc. proposes to furnish the necessary material and labor to install the following items for the price indicated.
Estimate was taken off from architect drawings:
Specifications: None Furnished

Final Payment Request for $10,000 on Invoice 122816-1 for Additional Work          $10,000.00

---

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23176DNS-00
**1941**

02/28/2017

PAY TO THE
ORDER OF          Altered Glass, Inc.                                    $ **5,000.00

Five Thousand and 00/100*****************************************  DOLLARS

MEMO
Inv #122816-1                                                        AUTHORIZED SIGNATURE

| | TOTAL | $10,000.00 |
| --- | --- | --- |

All material is guaranteed to be as specified, and the above work to be performed in accordance with the plans and drawings submitted for the above work and will be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written change orders and will become an extra cost over and above the estimate.

Exhibit 5    068

ALTERED GLASS INC.
1511 S. Grande Vista Ave.
Los Angeles CA 90023
323-462-8977 o  323-463-2096 fax
Contractor State License #651053
alteredglassinc@att.net
www.customglasscontractor.com

| **Invoice** | |
| --- | --- |
| DATE | Invoice # |
| 4/19/2017 | 022817-2 |

| SUBMITTED TO | PROJECT LOCATION |
| --- | --- |
| East River Group LLC<br>206 W 6th St., Suite 100<br>Los Angeles, CA 90014 | Landmark Sears: Retail<br>2650 E Olympic Blvd<br>Los Angeles, CA 90023 |

| DESCRIPTION OF WORK  (Non-Prevailing Wage) | |
| --- | --- |
| Altered Glass Inc. proposes to furnish the necessary material and labor to install the following items for the price indicated.<br>Estimate was taken off from architect drawings:<br>Specifications:  None Furnished<br><br>Final Payment Request for $5,000 on Invoice 122816-1 for Additional Work | $5,000.00 |

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® 23178DNS-08

**1984**

04/26/2017

PAY TO THE
ORDER OF _____ Altered Glass, Inc. _____ $ **5,000.00

Five Thousand and 00/100*************************************** _____ DOLLARS

MEMO  Inv #022817-2 4/19/17 Final Payment

AUTHORIZED SIGNATURE

| | TOTAL | $5,000.00 |
| --- | --- | --- |

All material is guaranteed to be as specified, and the above work to be performed in accordance with the plans and drawings submitted for the above work and will be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written change orders and will become an extra cost over and above the estimate.

Exhibit 5   069

 

# Invoice

**J.R. WELDING, Inc.**

343 N. CLARK AVE.
POMONA, CA 91767
BUS. (909) 620-9040 FAX. (909) 620-9140
STATE LIC.#915901

Date Completed: 10/19/16

| | | |
|---|---|---|
| Proposal Submitted to:<br>Pacific Investments LLC<br>DBA Hayward Manor Apartment | Job Name: Sears – sectional windows | Attn:Diony<br>Customer: Izek Shomof |
| Address: 206 6ᵗʰ St.<br>Los Angeles, CA 90014 | Job Location: 2650 E Olympic Blvd<br>Los Angeles, CA 90023 | Invoice#8558<br>Terms/Due:  COD |
| Tel:213-623-1464 | Fax:213-623-3811<br>e-mail: pacinvestmentgroup@aol.com (Izek) | Proposal Number (for ref. only) - P<br>P.O.# |

SOUTH-WEST – We installed **36** window panels.  Cost $550 x 36 window = $19,800.00.

SOUTH-EAST – We installed **48** window panels.  Cost $550.00 x 48 windows= $26,400.00.

EAST - We installed **16** window panels.  Cost $550 x 16 windows = $8,800.00.

WEST– We installed **16** window panels.  Cost $550.00 x 16 windows = $8,800.00.

Total cost **$63,800.00**.

Payments will be made as outlined above on "Terms".  If customer decides to send payment through the U.S.
Mail and gets lost, we will notify customer immediately to cancel check, then customer must resubmit payment
through certified mail to insure proper delivery.  By submitting payment customer is insuring that work was
done properly and to their out most satisfaction.

Exhibit 5    070

# Invoice

## J.R. WELDING, Inc.

343 N. CLARK AVE.
POMONA, CA 91767
BUS. (909) 620-9040 FAX. (909) 620-9140
STATE LIC.#915901

Date Completed: 10/19/16

| | |
|---|---|
| Proposal Submitted to: | Job Name: Sears – sectional windows | Attn:Diony |
| Pacific Investments LLC | | Customer: Izek Shomof |
| DBA Hayward Manor Apartment | | |

Address: 206 6ᵗʰ St.                Job Location: 2650 E Olympic Blvd        Invoice#8558
          Los Angeles, CA 90014              Los Angeles, CA 90023        Terms/Due:  COD

Tel:213-623-1464                Fax:213-623-3811                Proposal Number (for ref. only) - P
                          e-mail: pacinvestmentgroup@aol.com (Izek)  P.O.#

SOUTH-WEST – We installed <u>36</u> window panels.  Cost $550 x 36 window = $19,800.00.

SOUTH-EAST – We installed <u>48</u> window panels.  Cost $550.00 x 48 windows= $26,400.00.

EAST - We installed <u>16</u> window panels.  Cost $550 x 16 windows = $8,800.00.

WEST– We installed <u>16</u> window panels.  Cost $550.00 x 16 windows = $8,800.00.

Total cost $63,800.00.

Payments will be made as outlined above on "Terms".  If customer decides to send payment through the U.S. Mail and gets lost, we will notify customer immediately to cancel check, then customer must resubmit payment through certified mail to insure proper delivery.  By submitting payment customer is insuring that work was done properly and to their out most satisfaction.

---

**EAST RIVER GROUP LLC**                EAST WEST BANK                      MultiCHAX® # 23178DNS-08
206 W 6TH ST., SUITE 100              135 N. LOS ROBLES AVE., SUITE 600      **1827**
LOS ANGELES, CA 90014              PASADENA, CA 91101

                                                            10/24/2016

PAY TO THE
ORDER OF      J R Welding Inc                                      $ **40,000.00

Forty Thousand and 00/100************************************************** DOLLARS

MEMO    Inv #8558 Dated 10/19/16                              AUTHORIZED SIGNATURE

Exhibit 5    071

4/11/2017                                    Gmail - Fwd: Sears project - past due invoices

# ᐃ Gmail

Fe Legaspi <dtladevgroup@gmail.com>

## Fwd: Sears project - past due invoices

Fe Legaspi <dtladevgroup@gmail.com>                    Tue, Apr 11, 2017 at 3:49 PM
To: Diony Rebuta <diony@shomofgroup.com>

Diony,

Per our accounting records, JR Welding's balance per Invoices below are all correct:

| | | MultiCHAX's # 23178DNS 08 |
|---|---|---|
| **EAST RIVER GROUP LLC** | EAST WEST BANK | **1981** |
| 206 W 6TH ST., SUITE 100 | 135 N. LOS ROBLES AVE. SUITE 600 | |
| LOS ANGELES, CA 90014 | PASADENA, CA 91101 | 04/20/2017 |

PAY TO THE
ORDER OF ___ J R Welding Inc ___                                    $ **15,000.00

Fifteen Thousand and 00/100********************************** ____ DOLLARS

MEMO
Progress Payment                                    AUTHORIZED SIGNATURE

$ 5,600  Window Panels
  9,400  Structural Frames
          North Bldg
─────────
$ 15,000. - # 1981  4/20/17

$15K next week

$ 1,000.00   Total contract amount

$ 5,000.00   Total payments

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23178DNS-08

**1994**

05/16/2017

PAY TO THE
ORDER OF        J R Welding Inc                              $ **15,000.00

Fifteen Thousand and 00/100*********************************** DOLLARS

MEMO

progress payment

AUTHORIZED SIGNATURE

$ 8,200    Window Panels-Main
2,900    Window Panels Stair
2,900    Structural Window Case
         Panels.
1,000    Structural Window
         Panels - Staircase
$ 15,000.

#1994

Exhibit 5    073

# Invoice

## J.R. WELDING, Inc.

343 N. CLARK AVE.
POMONA, CA 91767
BUS. (909) 620-9040 FAX. (909) 620-9140
STATE LIC.#915901

Date Completed: 12/27/16

Proposal Submitted to:
Pacific Investments LLC
DBA Hayward Manor Apartment

Address: 206 6ᵗʰ St.
Los Angeles, CA 90014

Tel:213-623-1464

Job Name: Sears – North Building –
Entrance side – window panels

Job Location: 2650 E Olympic Blvd
Los Angeles, CA 90023

Fax:213-623-3811
e-mail: pacinvestmentgroup@aol.com (Izek)

Attn:Diony
Customer: Izek Shomof

Invoice#8663
Terms/Due: COD

Proposal Number (for ref. only) - P
P.O.#

Left side on Olympic for North Building

We installed **29** window panels.  Cost $650 x A window = $18,850.00.

Right side on Olympic for North Building

We installed **24** window panels.  Cost $650 x A window = $15,600.00.

Total cost **$34,450.00.**

Payments will be made as outlined above on "Terms". If customer decides to send payment through the U.S. Mail and gets lost, we will notify customer immediately to cancel check, then customer must resubmit payment through certified mail to insure proper delivery. By submitting payment customer is insuring that work was done properly and to their out most satisfaction.

Exhibit 5   074

# Invoice



## J.R. WELDING, Inc.

343 N. CLARK AVE.
POMONA, CA 91767
BUS. (909) 620-9040 FAX. (909) 620-9140
STATE LIC.#915901

Date Completed: 12/27/16

Proposal Submitted to:
Pacific Investments LLC
DBA Hayward Manor Apartment

Job Name: Sears – North Building –
Entrance side – window panels

Attn:Diony
Customer: Izek Shomof

Address: 206 6th St.
Los Angeles, CA 90014

Job Location: 2650 E Olympic Blvd
Los Angeles, CA 90023

Invoice#8663
Terms/Due:  COD

Tel:213-623-1464

Fax:213-623-3811
e-mail: pacinvestmentgroup@aol.com (Izek)

Proposal Number (for ref. only) - P
P.O.#

Left side on Olympic for North Building

   We installed **29** window panels. Cost $650 x **29** window = $18,850.00.

Right side on Olympic for North Building

   We installed **24** window panels.  Cost $650 x **24** window = $15,600.00.

Total cost **$34,450.00**.

Payments will be made as outlined above on "Terms".  If customer decides to send payment through the U.S.
Mail and gets lost, we will notify customer immediately to cancel check, then customer must resubmit payment
through certified mail to insure proper delivery.  By submitting payment customer is insuring that work was
done properly and to their out most satisfaction.

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23178ONS-08
**1902**

01/06/2017

PAY TO THE
ORDER OF        J R Welding Inc

$ **15,000.00

Fifteen Thousand and 00/100*********************************** _____ DOLLARS

MEMO    Inv# 8663 dated 12/27/16

AUTHORIZED SIGNATURE

Exhibit 5    075

# Invoice



**J.R. WELDING, Inc.**

343 N. CLARK AVE.
POMONA, CA 91767
BUS. (909) 620-9040 FAX. (909) 620-9140
STATE LIC.#915901

Date Completed: 12/27/16

| | | |
|---|---|---|
| Proposal Submitted to:<br>Pacific Investments LLC<br>DBA Hayward Manor Apartment | Job Name: Sears – North Building –<br>Entrance side – window panels | Attn:Diony<br>Customer: Izek Shomof |
| Address: 206 6th St.<br>        Los Angeles, CA 90014 | Job Location: 2650 E Olympic Blvd<br>        Los Angeles, CA 90023 | Invoice#8663<br>Terms/Due:  COD |
| Tel:213-623-1464 | Fax:213-623-3811<br>e-mail: pacinvestmentgroup@aol.com (Izek) | Proposal Number (for ref. only) - P<br>P.O.# |

Left side on Olympic for North Building

   We installed **29** window panels.  Cost $650 x *29* window = $18,850.00.


Right side on Olympic for North Building

   We installed **24** window panels.  Cost $650 x *24* window = $15,600.00.


Total cost **$34,450.00**.

---

ORIGINAL DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD VOID IS VISIBLE. THE PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND SYALTERATION PROHI

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23178DNS-08

**1955**

03/16/2017

PAY TO THE
ORDER OF        J R Welding Inc

$ **15,000.00

   Fifteen Thousand and 00/100******************************************        DOLLARS

MEMO   Inv #8663 Dated 12/27/16

AUTHORIZED SIGNATURE

Exhibit 5    076

# PROPOSAL

**SPC Building Services**

B J M V INC (Dba SPC Building Services)
LIC # 490720
P.O. Box 614
ORANGE, CA 92856

TEL: (714) 288-9797    FAX: (714) 288-9799

| | |
|---|---|
| **PROPOSAL SUBMITTED TO:** | **PHONE / FAX:** (310) 780-7434 |
| East River Group LLC | **DATE:** 09/21/16 |
| **STREET:** 206 West Sixth Street | **JOB TYPE:** Exterior Painting/Interior Repairs |
| **CITY, STATE and ZIP CODE:** | **FORM #:** 0430 |
| Los Angeles, CA 90014 | **JOB LOCATION:** Sears Building |
| **ATTN:** Izek Shomof    pacinvestmentgroup@yahoo.com | 2650 E. Olympic Blvd., Los Angeles, CA 90023 |

We Propose hereby to furnish material and labor - complete in accordance with specifications below, for the sum of:

See Below

**Payment to be made as follows:**
Due prior Commencement: 20% of the agreed upon contract.
Progress invoices will be submitted in accordance with the completion of the project.
Due upon completion: Net 5 days. A finance charge of 1.5% will be added each month on all past due balances.

All Material is guaranteed to be as specified  All Work to be completed in a workmanlike manner according to standard practices  Any alteration or deviation from specifications below involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate  All agreements contingent upon strikes, accidents or delays beyond our control  Owner to carry fire, tornado, and other necessary insurance  Our workers are fully covered by Workmen's Compensation Insurance

Authorized
Signature _____

Note: This proposal may be withdrawn by us if not accepted within    30    days

---

We hereby submit specifications and estimates for:

The following price includes labor, material, equipment, taxes and insurance necessary to complete job.

Page 2 of 2

### Areas to be Worked On - Interior:
A. First Floor - Entry space of Sears Building - Wall - Approx. 120 In. ft. x 13' High.

### Scope of Work:
A. Install slip tracks at top and bottom for framing.
B. Frame with metal stud full high wall - 120 In. ft. x 13' High.
C. Install drywall 5/8" type X - to full height, both sides of wall.
D. Tape and prepare both sides of wall for prime and paint.
E. Fully prime and apply two coats of finish.
F. Clean up and remove all trash/debris that results from project.

### Note:
A. Excludes items not listed above, such as insulation, doors, windows, door jambs, door framing, window framing, any permits or inspections

### Areas to be Worked On - Exterior:
A. Northwest corner of lower building and bottom area of same building (approx. 3 feet long) - Stucco - Approx. 2,000 sq. ft.

### Scope of Work:
A. Pressure wash surface.
B. Apply sealer.
C. Apply 100% plaster cementation and sand.
D. Apply a color coat manufactured by La Habra.

**Price: $ 100,000.00**

If you have any questions, please contact Ben Rodriguez at (714) 936-9988.

If this proposal is accepted, please sign below and return via email/fax. Thank you.

"NOTICE TO OWNER"
(Section 7018, 7019 - Contractors License Law)

Under the Mechanics lien law, any contractor, subcontractor, laborer, materialman or other person who helps to improve your property and is not paid for his labor, services or material, has a right to enforce his claim against your property. This means that, after a court hearing, your property could be sold by a court officer and the proceeds of the sale used to satisfy the indebtedness. This can happen even if you have paid your contractor in full, if the subcontractor, laborer, or supplier remains unpaid.

Under the law, you may protect yourself against such claims by filing before commencing such work of improvement, an original contract for the work of improvement or a modification thereof, in the office of the county recorder of the county where the property is situated and requiring that a contractor's payment bond to recorded on such office. Said bond shall be in an amount not less than fifty percent (50%) of the contract price and shall, in addition to any conditions for the performance of the contract, be conditioned for the payment in full of the claims of all persons furnishing labor, services, equipment or materials for the work described in said contract

Contractors are required by law to be licensed and regulated by the Contractor's State License Board. Any questions concerning a contractor may be referred to the registrar of the board whose address is: Contractor's State License Board, 9835 Goethe Rd., Sacramento, CA 95827
Mailing Address  P.O. Box 26000, Sacramento, CA 95826

Acceptance of proposal - The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Signature _____

Date of Acceptance  09/21/16

Signature _____

Exhibit 5 - 077

SPC Building Services
P.O. Box 614
Orange, CA 92856
(714) 288-9797
(714) 288-9799 Fax

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 9/21/2016 | 17716-1 |

**BILL TO**

East River Group LLC
206 West Sixth Street
Los Angeles, CA 90014

| P.O. NO. | TERMS | PROJECT |
|----------|-------|---------|
|  | Due on receipt | 17716 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| JOB LOCATION:  Sears Building, 2650 E. Olympic Blvd., Los Angeles, CA 90023 | |
| JOB DESCRIPTION:  Exterior Repairs/Painting | |
| ORIGINAL CONTRACT AMOUNT:  $100,000.00 | |
| AMOUNT DUE AS OF 9/21/16:  Material and Mobilization - 20% Deposit | 20,000.00 |

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED.

MultiCHAX® # 23178DNS-08

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

**1788**

09/21/2016

PAY TO THE
ORDER OF          SPC Building Services                                    $  **20,000.00

Twenty Thousand and 00/100********************************************* DOLLARS

MEMO    Inv# 17716-1 dated 9/21/16 Material & Mobilizati

AUTHORIZED SIGNATURE

Exhibit 5    078

SPC Building Services
P.O. Box 614
Orange, CA 92856
(714) 288-9797
(714) 288-9799 Fax

# INVOICE

| DATE | INVOICE # |
|---|---|
| 10/6/2016 | 17716-2 |

**BILL TO**

East River Group LLC
206 West Sixth Street
Los Angeles, CA 90014

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| | Due on receipt | 17716 |

| DESCRIPTION | AMOUNT |
|---|---|
| JOB LOCATION: Sears Building, 2650 E. Olympic Blvd., Los Angeles, CA 90023 | |
| JOB DESCRIPTION: Exterior Repairs/Painting | |
| | |
| ORIGINAL CONTRACT AMOUNT: $100,000.00 | |
| AMOUNT DUE AS OF 10/06/16: 75% | 75,000.00 |
| LESS: PREVIOUSLY BILLED | -20,000.00 |
| SUBTOTAL | 55,000.00 |

*handwritten: Fe, please pay $25K for now approved by JDK 10/6/16*

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND, DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTEC

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23178DNS-08

**1806**

10/07/2016

PAY TO THE
ORDER OF ___ SPC Building Services ___         $ **25,000.00

Twenty-Five Thousand and 00/100************************************ _____ DOLLARS

MEMO    Inv #17716-2 Dated 10/6/16

_AUTHORIZED SIGNATURE_

Exhibit 5    079

SPC Building Services
P.O. Box 614
Orange, CA 92856
(714) 288-9797
(714) 288-9799 Fax

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 11/28/2016 | 17716-3 |

| BILL TO |
|---------|
| East River Group LLC<br>206 West Sixth Street<br>Los Angeles, CA  90014 |

| P.O. NO. | TERMS | PROJECT |
|----------|-------|---------|
|  | Due on receipt | 17716 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| JOB LOCATION:  Sears Building, 2650 E. Olympic Blvd., Los Angeles, CA  90023 | |
| JOB DESCRIPTION:  Exterior Repairs/Painting | |
| | |
| ORIGINAL CONTRACT AMOUNT: $100,000.00 | |
| AMOUNT DUE AS OF 11/28/16:  100% | 100,000.00 |
| LESS: PREVIOUSLY PAID | -45,000.00 |
| BALANCE DUE: | 55,000.00 |

---

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23178DNS-08

**1915**

01/27/2017

PAY TO THE
ORDER OF _____ SPC Building Services _____ $ **25,000.00

Twenty-Five Thousand and 00/100************************************ _____ DOLLARS

MEMO    Inv #17716-3 Dated 11/28/16

AUTHORIZED SIGNATURE

Exhibit 5    080

# /

**LED NEON SIGN**
1927 Santa Anita Ave
So. El Monte CA 91733
Tel : 626-443-1111
Fax : 626-443-1222
E-mail: jwneoncity@gmail.com
www.ledopensign.com

# INVOICE
LN: 30025

Date  04-20-2016

SOLD TO :

East River Group, LLC
206 W. 6th St. Suite 100
Los Angles, CA 90014

SHIP TO: 2650 E. Olympic Blvd.
Los Angles, CA

| Quan | Description | Amount |
|------|-------------|--------|
| 1 | SPECIFICATIONS | $6,500.00 |
| 1 | SPECIFICATIONS | $6,500.00 |

|  |  |
|--|--|
| Subtotal | $13,000.00 |
| Tax |  |
| Total | $13,000.00 |
| Deposit | $3,900.00 |
| Balance | $9,100.00 |

LED NEON SIGN INC
LED NEON SIGN INC
LED NEON SIGN INC
LED NEON SIGN INC

Acceptance of Proposal
John Wu
**Jimmy Shomof**

Date  4-20-16

DEPOSITS ARE NOT REFUNDABLE UNLESS THERE ARE AGREEMENTS MADE FROM BOTH PARTIES. CERTAIN FEE MAY APPLY

Exhibit 5    081



# INVOICE

LN: 30025

Date  04-20-2016

SHIP TO: 2650 E. Olympic Blvd.
Los Angles, CA

SOLD TO:

East River Group, LLC
206 W 6th St Suite 100
Los Angles, CA 90014

| Quan | Description | Amount |
|------|-------------|--------|
| 1 | SPECIFICATIONS<br>MATERIALS: MADE UP L.E.D. CHANNEL LETTERS | $6,500.00 |



THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED

**EAST RIVER GROUP LLC**
206 WEST 6TH ST., SUITE #100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23115DNS-06

**1668**

04/26/2016

PAY TO THE
ORDER OF    Led Neon Sign Inc.                              $ **3,900.00

Three Thousand Nine Hundred and 00/100*****************************

_____ DOLLARS

MEMO
Inv #LN:30025 Deposit                                    AUTHORIZED SIGNATURE

| | | |
|---|---|---|
| LED NEON SIGN INC | Deposit | $3,900.00 |
| LED NEON SIGN INC | | |
| LED NEON SIGN INC | Balance | $9,100.00 |
| LED NEON SIGN INC | | |

## Acceptance of Proposal
John Wu
**Jimmy Shomof**

Printed Name                    Signature                    Date    4-20-16

DEPOSITS ARE NOT REFUNDABLE UNLESS THERE ARE AGREEMENTS MADE FROM BOTH PARTIES, CERTAIN FEE

Exhibit 5    082

# INVOICE

LN: 30035

**LED NEON SIGN**
1927 Santa Anita Ave
So. El Monte CA 91733
Tel : 626-443-1111
Fax : 626-443-1222
E-mail: jwneoncity@gmail.com
www.ledopensign.com

Date  05-25-2016

SHIP TO : 2650 E Olympic Blvd
Los Angele CA 92626

SOLD TO :  Sears

EAST RIVER GROUP, LLC
206 W . 6th St #100
Los Angeles, CA 90014

| Quan | Description | Amount |
|------|-------------|--------|
| | MANUFACTURE AND INSTALL (2) SETS OF INTERNALLY-ILLUMINATED FACE LIT L.E.D CHANNEL LETTERS | |
| 1 | **SPECIFICATIONS**<br>**MATERIALS - .063 FACE LIT L.E.D CHANNEL LETTERS:**<br>240" HEIGHT x 509" WIDE x 5" DEPTH L.E.D FACE LIT CHANNEL LETTERS.<br>= 3/16" THICK ( RED # 2283 ) LEXAN FACE ,RETURN WITH SMOOTH PRE-COATED EXTERIOR<br>WHITE FINISH. TRIM CAP COLOR BLACK ,1" TRIM CAP, WHITE L.E.D ILLUMINATION. | $6,500.00 |

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD VOID IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTEC

**EAST RIVER GROUP LLC**
206 WEST 6TH ST., SUITE #100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23115DNS-08

1698

06/03/2016

PAY TO THE
ORDER OF     Led Neon Sign Inc.                                    $ **7,100.00

Seven Thousand One Hundred and 00/100****************************_____ DOLLARS

MEMO Inv #LN:30035

AUTHORIZED SIGNATURE

- Client shall be responsible for providing primary electrical service terminations to the signage area of the rear side of the wall.
- Timer is not included in the proposal, unless it's noted above.
- Warranty, 7 year warranty on sign and 2 year warranty on lamps.
- Min. of 30% Deposit is required due signing the contract, and the balance will due on the completion of the job.
  (Deposits are not refundable for any reasons.)
- Upon signing this contract, customer agrees to pay for the work performed and mentioned above. LED NEON SIGN INC. has the right to charge a late fee. Mechanic's Lien will be filed if not paid upon completion. All Signs will remain property of LED NEON SIGN INC until paid in full. LED NEON SIGN INC. reserves the right to remove signs at owner's expense if not paid in full upon completion.
- Artworks provided by LED NEON SIGN INC. shall remain our exclusive property unless otherwise agreed in writing.
- Sign is to match exactly to the existing sign.
- Sign to be delivered and installed within one month of signing of contract

| | |
|---|---|
| Tax | |
| Total | $13,000.00 |
| Deposit | $3,900.00 |
| Balance | $9,100.00 |

**Acceptance of Proposal** The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work above as specified. Payment will be made as claimed above.

Printed Name _____  Signature _____  Date: _____

DEPOSITS ARE NOT REFUNDABLE UNLESS THERE ARE AGREEMENTS MADE FROM BOTH PARTIES. CERTAIN FEES MAY APPLY.

Exhibit 5    083

# LED NEON SIGN

1927 Santa Anita Ave
So. El Monte CA 91733
Tel : 626-443-1111
Fax : 626-443-1222
E-mail: jwneoncity@gmail.com
www.ledopensign.com

# INVOICE

LN: 30023

Date  10-11-2016

SOLD TO : **shomof|group**

**206 W. 6th St. Suite 100**
**Los Angeles, CA 90014**

Office: 213-221-7874        Cell: 310-780-7435

SHIP TO:

| Quan | Description | Amount |
|---|---|---|
| | MANUFACTURE AND INSTALL (4) SETS OF BANNER | |
| | 3oz. Vinyl Banner<br>We use a premium weight 13 oz.<br>scrim vinyl banner. It has a smooth surface for best printing results.<br>This material is typically used for billboards, building wraps, banners, event flags,<br>trade show signage, parades, etc.<br><br>Resolution: Digitally printed at 720 x 720<br>Usage: Indoor or Outdoor; Waterproof and UV safe that will last for years<br>Material Options:<br>13 oz. Gloss Vinyl Banner | $1,600.00 |

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD VOID IS VISIBLE. THE PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED.

EAST RIVER GROUP LLC
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23178DNS-08

**1815**

10/14/2016

PAY TO THE
ORDER OF    Led Neon Sign Inc.                                    $ **1,764.00

One Thousand Seven Hundred Sixty-Four and 00/100***************                    DOLLARS

MEMO        Inv# 30023 dated 10/11/16

AUTHORIZED SIGNATURE

- Warranty: 1 year warranty on electric signs, first 3 month includes labor & material, other 9 month will cover the material only. THERE WILL BE NO WARRANTY ON LAMPS.
- Min. of 50% Deposit is required due signing the contract, and the balance will due on the completion of the job.
  (Deposits are not refundable for any reasons.)
- Upon signing this contract, customer agrees to pay for the work performed and mentioned above. LED NEON SIGN INC. has the right to charge a late fee. Mechanic's Lien will be filed if not paid upon completion. All Signs will remain property of LED NEON SIGN INC. until paid in full. LED NEON SIGN INC. reserves the right to remove signs at owner's expense if not paid in full upon completion.
- Artworks provided by LED NEON SIGN INC. shall remain our exclusive property unless otherwise agreed in writing.

| | |
|---|---|
| Total | $1,764.00 |
| Deposit | |
| Balance | $1,764.00 |

Acceptance of Proposal    The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work above as specified. Payment will be made as claimed above.

Printed Name _____    Signature _____    Date _____

Exhibit 5    084

DEPOSITS ARE NOT REFUNDABLE UNLESS THERE ARE AGREEMENTS MADE FROM BOTH PARTIES. CERTAIN FEES MAY APPLY.



# INVOICE

**LN: 30025**

LED NEON SIGN
1927 Santa Anita Ave
So. El Monte CA 91733
Tel : 626-443-1111
Fax : 626-443-1222
E-mail: jwneoncity@gmail.com
www.ledopensign.com

Date  05-25-2016

**SOLD TO :**

2650 E Olympic Blvd
Los Angele CA 92626

**SHIP TO:**

| Quan | Description | Amount |
|---|---|---|
| | MANUFACTURE AND INSTALL (2) SETS OF INTERNALLY ILLUMINATED FACE LIT L.E.D CHANNEL LETTERS | |
| 1 | **SPECIFICATIONS**<br>MATERIALS - .063 FACE LIT  L.E.D CHANNEL LETTERS:<br>165" HEIGHT x 310" WIDE x 5" DEPTH L E D FACE LIT CHANNEL LETTERS<br>= 3/16" THICK ( RED # 2283 ) LEXAN FACE RETURN WITH SMOOTH PRE-COATED EXTERIOR<br>WHITE FINISH  TRIM CAP COLOR WHITE ,1" TRIM CAP RED L E D ILLUMINATION | $3,750.00 |
| 1 | **SPECIFICATIONS**<br>MATERIALS - .063 FACE LIT  L.E.D CHANNEL LETTERS:<br>165" HEIGHT x 360" WIDE x 5" DEPTH L E D FACE LIT CHANNEL LETTERS.<br>= 3/16" THICK ( RED # 2283 ) LEXAN FACE RETURN WITH SMOOTH PRE-COATED EXTERIOR<br>WHITE FINISH  TRIM CAP COLOR WHITE ,1" TRIM CAP, RED L E D ILLUMINATION | $3,750.00 |

- Proposal does not include any type of fees required by the City or County for obtain the permit, unless it's noted above.
- Electrical hookup is included if power is within 15 feet of the sign. New and additional circuitry is the responsibility of the Client. Client shall be responsible for providing primary electrical service terminations to the signage area of the rear side of the wall.
- Timer is not included in the proposal, unless it s noted above.
- Warranty  7 year warranty on sign and 2 year warranty on lamps.
- Min of 30% Deposit is required due signing the contract and the balance will due on the completion of the job. (Deposits are not refundable for any reasons.)
- Upon signing this contract, customer agrees to pay for the work performed and mentioned above. ~~LED NEON SIGN INC~~ reserves the right to remove the sign if customer can't keep the right to make payment. All Signs will remain property of LED NEON SIGN INC until paid in full. ~~LED NEON SIGN INC~~ reserves the right to remove Signs at owners expense if not paid in full upon completion. ~~Maintenance provide by LED NEON SIGN INC shall contain your exclusive property unless otherwise agreed in writing~~
- Sign is to match exactly to the existing sign.
- Sign to be delivered and installed within one month of signing of contract.

| | |
|---|---|
| Subtotal | $7,500.00 |
| Tax | |
| Total | $7,500.00 |
| Deposit | $3,750.00 |
| Balance | $3,750.00 |

**Acceptance of Proposal**  The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work above as specified. Payment will be made as claimed above.

Printed Name  *Jimmy Shomof*    Signature    Date: *5/27/16*

DEPOSITS ARE NOT REFUNDABLE UNLESS THERE ARE AGREEMENTS MADE FROM BOTH PARTIES. CERTAIN FEES MAY APPLY.

Exhibit 5   085

**LED NEON SIGN**
1927 Santa Anita Ave
So. El Monte CA 91733
Tel : 626-443-1111
Fax : 626-443-1222
E-mail : jwneoncity@gmail.com
www.ledopensign.com

# INVOICE
## LN: 30025

Date **05-25-2016**

SOLD TO: Sears

2650 E Olympic Blvd
Los Angele CA 92626

SHIP TO:

| Quan | Description | Amount |
|------|-------------|--------|
| | MANUFACTURE AND INSTALL (2) SETS OF INTERNALLY-ILLUMINATED FACE LIT L.E.D CHANNEL LETTERS | |
| 1 | MATERIALS - .063 FACE LIT L.E.D CHANNEL LETTERS: SPECIFICATIONS  *Sears*  168" HEIGHT x 316" WIDE x 5" DEPTH L.E.D FACE LIT CHANNEL LETTERS  = 3/16" THICK ( RED # 2283 ) LEXAN FACE RETURN WITH SMOOTH PRE-COATED EXTERIOR  WHITE FINISH. TRIM CAP COLOR WHITE ,1" TRIM CAP RED L.E.D ILLUMINATION | $3,750.00 |
| 1 | MATERIALS - .063 FACE LIT L.E.D CHANNEL LETTERS: SPECIFICATIONS  *Sears*  168" HEIGHT x360" WIDE x 5" DEPTH L.E.D FACE LIT CHANNEL LETTERS  = 3/16" THICK ( RED # 2283 ) LEXAN FACE RETURN WITH SMOOTH PRE-COATED EXTERIOR | $3,750.00 |

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD VOID IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

Multi-CHAX® # 23178ONS-08
**1691**

05/26/2016

PAY TO THE
ORDER OF ___ Led Neon Sign Inc. ___    $ **3,750.00**

Three Thousand Seven Hundred Fifty and 00/100******************* ___ DOLLARS

MEMO    Progress Payment

AUTHORIZED SIGNATURE

full. LED NEON SIGN INC. reserves the right to remove signs at owner's expense if not paid in full upon completion
Artworks provided by LED NEON SIGN INC. shall remain our exclusive property unless otherwise agreed in writing
• Sign is to match exactly to the existing sign.
• Sign to be delivered and installed within one month of signing of contract.

Balance : $3,750.00

Acceptance of Proposal

The above prices, specifications and conditions are satisfactory and are hereby accepted. You are
authorized to do the work above as specified. Payment will be made as claimed above.

Printed Name  *Jimmy Shomof*    Signature    Date *5/27/16*

DEPOSITS ARE NOT REFUNDABLE UNLESS THERE ARE AGREEMENTS MADE FROM BOTH PARTIES. CERTAIN FEES MAY APPLY

EXHIBIT 5    086

PAYMENT DETAILS

TOTAL CONTRACT AMOUNT                    $ 7,500.-

| DATE | CHECK # | AMOUNT | BALANCE | COMMENT |
|------|---------|--------|---------|---------|
| 5/26/16 | 1691 | 3,750.- | 3,750.- | |
| 4/20/17 | 1980 | 2,750.- | 1,000.- | |

**EAST RIVER GROUP LLC**
206 W 6TH ST, SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® #23178DNS-08

**1980**

04/20/2017

PAY TO THE
ORDER OF          Led Neon Sign Inc.                          $ **2,750.00

Two Thousand Seven Hundred Fifty and 00/100************************                          DOLLARS

MEMO    Inv #LN:30025 Dated 5/25/16

AUTHORIZED SIGNATURE

John
4/21/17

Exhibit 5    087

# Invoice

## J.R. WELDING, Inc.

343 N. CLARK AVE.
POMONA, CA 91767
BUS. (909) 620-9040 FAX. (909) 620-9140
STATE LIC.#915901

### Date Completed: 11/4/16

Proposal Submitted to:
Pacific Investments LLC
DBA Hayward Manor Apartment

Address: 206 6th St.
Los Angeles, CA 90014

Tel:213-623-1464

Job Name: Sears – floor plates for the event
area on the 2nd floor. Ramp for new elevator
for Sears for new storage place

Job Location: 2650 E Olympic Blvd
Los Angeles, CA 90023

Fax:213-623-3811
e-mail: pacinvestmentgroup@aol.com (Izek)

Attn:Diony
Customer: Izek Shomof

Invoice#8582
Terms/Due: COD

Proposal Number (for ref. only) - P
P.O.#

We made six cover plates for the second floor's special event side. Two covers measured approximately 14'-5" lineal feet by 5'-0" wide, two other cover plates measured 7'-7" lineal feet by 6'-0" wide, one plate measured 6'-0" x 6'-0", and the last cover plate measured 12'-0" lineal feet by 6'-0" wide. Materials: 3/8" diamond plate. Material and labor cost **$6,200.00.**

We installed one new ramp at the elevator for Sears for the new storage place measured approximately 13'-9 ½" wide by 4'-0". Finish with one coat primer, and installation. Material and labor cost **$850.00.**

Total cost **$7,050.00.**

~~SK~~

Payments will be made as outlined above on "Terms". If customer decides to send payment through the U.S. Mail and gets lost, we will notify customer immediately to cancel check, then customer must resubmit payment through certified mail to insure proper delivery. By submitting payment customer is insuring that work was done properly and to their out most satisfaction.

Exhibit 5    088

# Invoice



## J.R. WELDING, Inc.

343 N. CLARK AVE.
POMONA, CA 91767
BUS. (909) 620-9040 FAX. (909) 620-9140
STATE LIC.#915901

Date Completed: 11/4/16

| | | |
|---|---|---|
| Proposal Submitted to:<br>Pacific Investments LLC<br>DBA Hayward Manor Apartment | Job Name: Sears – floor plates for the event<br>area on the 2nd floor.  Ramp for new elevator<br>for Sears for new storage place | Attn:Diony<br>Customer: Izek Shomof |
| Address: 206 6th St.<br>        Los Angeles, CA 90014 | Job Location: 2650 E Olympic Blvd<br>        Los Angeles, CA 90023 | Invoice#8582<br>Terms/Due:  COD |
| Tel:213-623-1464 | Fax:213-623-3811<br>e-mail: pacinvestmentgroup@aol.com (Izek) | Proposal Number (for ref. only) - P<br>P.O.# |

We made six cover plates for the second floor's special event side.  Two covers measured approximately 14'-5" lineal feet by 5'-0" wide, two other cover plates measured 7'-7" lineal feet by 6'-0" wide, one plate measured 6'-0" x 6'-0", and the last cover plate measured 12'-0" lineal feet by 6'-0" wide.  Materials:  3/8" diamond plate.  Material and labor cost **$6,200.00**.

We installed one new ramp at the elevator for Sears for the new storage place measured approximately 13'-9 ½" wide by 4'-0".  Finish with one coat primer, and installation.  Material and labor cost **$850.00**.

Total cost **$7,050.00**.

Payments will be made as outlined above on "Terms".  If customer decides to send payment through the U.S. Mail and gets lost, we will notify customer immediately to cancel check, then customer must resubmit payment through certified mail to insure proper delivery.  By submitting payment customer is insuring that work was done properly and to their out most satisfaction.

11/8/14

---

EAST RIVER GROUP LLC
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23178DNS-08

**1850**

11/16/2016

PAY TO THE
ORDER OF        J R Welding Inc                                                    $  **5,000.00

Five Thousand and 00/100************************************* _____ DOLLARS

MEMO        Inv #8582 Dated 11/4/16

AUTHORIZED SIGNATURE

Exhibit 5    089

# Invoice

**J.R. WELDING, Inc.**

343 N. CLARK AVE.
POMONA, CA 91767
BUS. (909) 620-9040 FAX. (909) 620-9140
STATE LIC.#915901

Date Completed: 10/20/16

| | | |
|---|---|---|
| Proposal Submitted to:<br>Pacific Investments LLC<br>DBA Hayward Manor Apartment | Job Name: Sears – various work | Attn:Diony<br>Customer: Izek Shomof |
| Address: 206 6ᵗʰ St.<br>        Los Angeles, CA 90014 | Job Location: 2650 E Olympic Blvd<br>        Los Angeles, CA 90023 | Invoice#8563<br>Terms/Due:  COD |
| Tel:213-623-1464 | Fax:213-623-3811<br>e-mail: pacinvestmentgroup@aol.com (Izek) | Proposal Number (for ref. only) - P<br>P.O.# |

We installed one guardrail protection at the new storage area.  The guardrail measures approximately 53'-0" lineal feet by 36" inches high.  Posts were fasten to the floor via anchor bolts.  Finish with one coat primer, one coat yellow gloss paint,and installation.  Material and labor cost **$2,246.00**.

We made guardrail for the open space.  The guardrail measured approximately 35'-0" lineal feet by 43" inches high.  Material and labor cost **$1,470.00**.

We installed ramps at three locations; one ramp measured approximately 3'-0" wide, another measured 8'-0" wide, and one other ramp that measured 12'-0" wide.  Plate materials was ¼" thick.  Finish with one coat primer, and installation.  Material and labor cost **$1,350.00**.

We made two new windows at Soto side by the right side of the entrance of the store, and repaired one broken existing window.  Material and labor cost **$850.00**.

Total cost $5,910.00.

$5700

Payments will be made as outlined above on "Terms".  If customer decides to send payment through the U.S. Mail and gets lost, we will notify customer immediately to cancel check, then customer must resubmit payment through certified mail to insure proper delivery.  By submitting payment customer is insuring that work was done properly and to their out most satisfaction.

Exhibit 5    090

# Invoice



**J.R. WELDING, Inc.**

343 N. CLARK AVE.
POMONA, CA 91767
BUS. (909) 620-9040 FAX. (909) 620-9140
STATE LIC.#915901

Date Completed: 10/20/16

Proposal Submitted to:
Pacific Investments LLC
DBA Hayward Manor Apartment

Job Name: Sears – various work

Attn:Diony
Customer: Izek Shomof

Address: 206 6th St.
  Los Angeles, CA 90014

Job Location: 2650 E Olympic Blvd
  Los Angeles, CA 90023

Invoice#8563
Terms/Due:  COD

Tel:213-623-1464

Fax:213-623-3811
e-mail: pacinvestmentgroup@aol.com (Izek)

Proposal Number (for ref. only) - P
P.O.#

We installed one guardrail protection at the new storage area.  The guardrail measures approximately 53'-0" lineal feet by 36" inches high.  Posts were fasten to the floor via anchor bolts.  Finish with one coat primer, one coat yellow gloss paint,and installation.  Material and labor cost $2,246.00.

We made guardrail for the open space.  The guardrail measured approximately 35'-0" lineal feet by 43" inches high.  Material and labor cost $1,470.00.

We installed ramps at three locations; one ramp measured approximately 3'-0" wide, another measured 8'-0" wide, and one other ramp that measured 12'-0" wide.  Plate materials was ¼" thick.  Finish with one coat primer, and installation.  Material and labor cost $1,350.00.

We made two new windows at Soto side by the right side of the entrance of the store, and repaired one broken existing window.  Material and labor cost $850.00.

Total cost $5,910.00.
$ 5700

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISUAL. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® 23178DNS-08
**1828**

10/24/2016

PAY TO THE
ORDER OF          J R Welding Inc

$ **5,700.00

Five Thousand Seven Hundred and 00/100***************************

_____ DOLLARS

MEMO    Inv #8563 Dated 10/20/16

AUTHORIZED SIGNATURE

Exhibit 5    091

Invoice: Jimmy Shomof

Bautista Concrete Services #__

2841 East Lincoln Ave
Anaheim CA  92806

# INVOICE

Shomof's LLC dbd 724 group
Jimmy Shomof
206 W. 6th St. Suite 100
Los Angeles CA  90014

| Invoice #: | 0000015 |
|---|---|
| Date: | November 2, 2016 |
| Balance Due (USD): | $30,000.00 |

| Item | Description | Unit Cost ($) | Quantity | Price ($) |
|---|---|---|---|---|
| Grinding | Remove mastic on approximately 27,000 sq ft. | 30,000.00 | 1 | 30,000.00 |

| | | | | |
|---|---|---|---|---|
| | | | Subtotal: | 30,000.00 |
| | | | Total: | 30,000.00 |
| | | | Amount Paid: | 0.00 |
| | | | Balance Due (USD): | $30,000.00 |

This invoice was sent using FRESHBOOKS

Exhibit 5    092

https://bautistaconcreteservices204.freshbooks.com/showInvoice?invoiceid=782596&_alt_domain_cookies=W10%3D

1/1

**EAST RIVER GROUP LLC**
206 WEST 6TH ST., SUITE #100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE ,SUITE 600
PASADENA, CA 91101

Multi CHAX® # 23115DNS-08

1786

09/20/2016

PAY TO THE
ORDER OF _____ BAUTISTA CONCRETE SERVICES #204 _____ $ **2,500.00

Two Thousand Five Hundred and 00/100******************************
_____ DOLLARS

MEMO For: EAST RIVER GROUP PROJECT

AUTHORIZED SIGNATURE

RECEIVED        PAID

https://bautistaconcreteservices204.freshbooks.com/showInvoice?invoiceid=726457&_alt_domain_cookies=W10%3D

1/1

Exhibit 5   093

11/2/2016                                                    Invoice: Jimmy Shomof

Bautista Concrete Services #204
2841 East Lincoln Ave
Anaheim CA  92806

# INVOICE

Shomof's LLC dbd 724 group
Jimmy Shomof
206 W. 6th St. Suite 100
Los Angeles CA  90014

| Invoice #: | 0000015 |
|---|---|
| Date: | November 2, 2016 |
| Balance Due (USD): | $30,000.00 |

| Item | Description | Unit Cost ($) | Quantity | Price ($) |
|---|---|---|---|---|
| Grinding | Remove mastic on approximately 27,000 sq ft. | 30,000.00 | 1 | 30,000.00 |
| | | Subtotal: | | 30,000.00 |
| | | Total: | | 30,000.00 |
| | | Amount Paid: | | 0.00 |
| | | Balance Due (USD): | | $30,000.00 |

This invoice was sent using FRESHBOOKS

---

EAST RIVER GROUP LLC
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23176DNS-06
1837

11/04/2016

PAY TO THE
ORDER OF        BAUTISTA CONCRETE SERVICES #204                    $ **27,500.00

Twenty-Seven Thousand Five Hundred and 00/100******************** _____ DOLLARS

MEMO

Final Payment Inv# 0000015                        AUTHORIZED SIGNATURE

Exhibit 5    094

1/1



# PROPOSAL

## SPC Building Services

H J M V INC (Dba SPC Building Services)
LIC.# 690120
P.O. Box 614

**SPC**
BUILDING SERVICES

TEL: (714) 288-9797        ORANGE, CA 92856        FAX: (714) 288-9799

| PROPOSAL SUBMITTED TO: | PHONE / FAX: | DATE: |
|---|---|---|
| East River Group LLC | (310) 780-7434 | 09/21/16 |
| STREET: | JOB TYPE: | FORM #: |
| 206 West Sixth Street | Exterior Painting/Interior Repairs | 0430 |
| CITY, STATE and ZIP CODE: | JOB LOCATION: | |
| Los Angeles, CA 90014 | Sears Building | |
| ATTN:  Izek Shomof    paonvestmentgroup@yahoo.com | 2650 E. Olympic Blvd., Los Angeles, CA 90023 | |

We Propose hereby to furnish material and labor - complete in accordance with specifications below, for the sum of:

### See Below

**Payment to be made as follows:**

Due prior Commencement: 30% of the agreed upon contract.
Progress invoices will be submitted in accordance with the completion of the project.
Due upon completion: Net 5 days.  A finance charge of 1.5% will be added each month on all past due balances.

All Material is guaranteed to be as specified.  All Work to be completed in a workmanlike manner according to standard practices.  Any alteration or deviation from specifications below involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate.  All agreements contingent upon strikes, accidents or delays beyond our control.  Owner to carry fire, tornado and other necessary insurance.  Our workers are fully covered by Workmen's Compensation Insurance.

Note   This proposal may be withdrawn by us if not accepted within            30         days

We hereby submit specifications and estimates for:

The following price includes labor, material, equipment, taxes and insurance necessary to complete job.

Page 2 of 2

### Areas to be Worked On - Interior:

A. First Floor - Entry space of Sears Building - Wall - Approx. 120 ln. ft. x 13' High.

### Scope of Work:

A. Install slip tracks at top and bottom for framing.
B. Frame with metal stud full high wall - 120 ln. ft. x 13' High.
C. Install drywall 5/8" type X - to full height, both sides of wall.
D. Tape and prepare both sides of wall for prime and paint.
E. Fully prime and apply two coats of finish.
F. Clean up and remove all trash/debris that results from project.

### Note:

A. Excludes items not listed above, such as insulation, doors, windows, door jambs, door framing, window framing, any permits or inspections.

### Areas to be Worked On - Exterior:

A. Northwest corner of lower building and bottom area of same building (approx. 3 feet long) - Stucco - Approx 2,000 sq. ft.

### Scope of Work:

A. Pressure wash surface.
B. Apply sealer.
C. Apply 100% plaster cementation and sand.
D. Apply a color coat manufactured by La Habra.

Price:  $   100,000.00

If you have any questions, please contact Ben Rodriguez at (714) 936-9988.

If this proposal is accepted, please sign below and return via email/fax.   Thank you.

"NOTICE TO OWNER"

(Section 7018, 7019 - Contractors License Law)

Under the Mechanics Lien law, any contractor, subcontractor, laborer, materialman or other person who helps to improve your property and is not paid for his labor, services or material, has a right to enforce his claim against your property.  This means that, after a court hearing, your property could be sold by a court officer and the proceeds of the sale used to satisfy the indebtedness.  This can happen even if you have paid your contractor in full, if the subcontractor, laborer, or supplier remains unpaid.

Under the law, you may protect yourself against such claims by filing, before commencing such work of improvement, an original contract for the work of improvement or a modification thereof, in the office of the county recorder of the county where the property is situated and requiring that a contractor's payment bond be recorded in such office.  Said bond shall be in an amount not less than fifty percent (50%) of the contract price and shall, in addition to any conditions for the performance of the contract, be conditioned for the payment in full of the claims of all persons furnishing labor, services, equipment or materials for the work described in said contract

Contractors are required by law to be licensed and regulated by the Contractor's State License Board  Any questions concerning a contractor may be referred to the registrar of the board whose address is  Contractor's State License Board, 9835 Goethe Rd., Sacramento, CA 95827
Mailing Address  P.O. Box 26000, Sacramento, CA 95826

Acceptance of proposal - The above prices, specifications and conditions are satisfactory and are hereby accepted.  You are authorized to do the as specified.  Payment will be made as outlined above.

Signature

Date of Acceptance   09/21/16

Signature

Exhibit 5   095

3/2/2017                                  Gmail - Fwd: Invoice- Balance for Inv. 17716-3 East River - S    Towers.

 Gmail                                          Fe Legaspi <dtladevgroup@gmail.com>

## Fwd: Invoice- Balance for Inv. 17716-3 East River - Sears Towers.

Diony Rebuta <diony@shomofgroup.com>                         Thu, Mar 2, 2017 at 11:38 AM
To: Paz Munoz <dtladevgroup@gmail.com>

---------- Forwarded message ----------
From: **Elvia Becerra** <elviab@spcbs.com>
Date: Thu, Mar 2, 2017 at 11:32 AM
Subject: RE: Invoice- Balance for Inv. 17716-3 East River - Sears Towers.
To: Diony Rebuta <diony@shomofgroup.com>
Cc: Izek Shomof <izek@shomofgroup.com>, Ben Rodriguez Sr <bensr@spcbs.com>


Hello Diony,


Just wanted to follow up on the other $25,000 for the invoice no. 11716-3?


When should we expect payment?

| | | |
|---|---|---|
| | EAST WEST BANK | MultiCHAX® # 23178DNS-08 |
| **EAST RIVER GROUP LLC** | 135 N. LOS ROBLES AVE., SUITE 600 | **1945** |
| 206 W 6TH ST., SUITE 100 | PASADENA, CA 91101 | |
| LOS ANGELES, CA 90014 | | 03/02/2017 |

PAY TO THE         SPC Building Services                                    $ **25,000.00
ORDER OF

Twenty-Five Thousand and 00/100********************************* _____ DOLLARS

MEMO      Inv #17716-3 Dated 11/28/16                          AUTHORIZED SIGNATURE


**From:** Izek Shomof [mailto:izek@shomofgroup.com]
**Sent:** Tuesday, February 21, 2017 12:29 PM
**To:** Elvia Becerra <elviab@spcbs.com>
**Cc:** Diony Rebuta <diony@shomofgroup.com>; Ben Rodriguez Sr <bensr@spcbs.com>
**Subject:** Re: Invoice- Balance for Inv. 17716-3 East River - Sears Towers.

Exhibit 5   096



## OWNER/CONTRACTOR AGREEMENT: Dated: 02/02/2017

### CHANGE ORDER NO.        1

| Project Info. | Sears Complex | Contractor's Name: | East River Group |
| Project Address: | 2650 E. Olympic Blvd | Contractor's Address: | 206 W. 6th Street Suite 100 |
| City/ZIP: | Los Angeles, Ca 90023 | City/ZIP: | Los Angeles, CA 90014 |
| Tel: | (213) 623-3800 | Fax: | (213) 623-3811 |

**JOB NO: NS117-**

YOU ARE HEREBY AUTHORIZED to perform the following specified work (show sizes/dimensions, cost/credit) and/or change(s) separately listed:

| Description /Justification of Change in Contract | Amount |
|---|---|
| Demolition of wall at sears complex | $5,968.00 |
| | |
| *Mobilization, scaffold and equipement rental | $400.00 |
| *Demobilization | $300.00 |
| *Disposal including trucking | $1,000.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Subtotal | $7,668.00 |
| O&P                 15% | $1,150.20 |
| Total | $8,818.20 |

| | |
|---|---|
| Original Contract Amount | |
| Net change by previous Change Orders | $0.00 |
| Contract Amount prior to this Change Order | $0.00 |
| This Change Order Amount [increase/(decrease)] | $8,818.20 |
| New/Amended Contract Amount | $8,818.20 |

The owner(s) and contractor hereby certify that to their knowledge there are no other change(s) in the work performed under this contract besides those listed above or in previously approved change orders.

**Contractor: East River Group**

By: _____    Date: _____
                    Name and Title

| |
|---|
| 15467 Vanilla Bean Lane |
| Fontana,CA 92336 |
| License# 1008412 |
| Ph:(909) 346-1523 Fx: (909) 346-1524 |

Exhibit 5    097



## OWNER/CONTRACTOR AGREEMENT: Dated: 02/02/2017

### CHANGE ORDER NO.    1

| Project Info: | Sears Complex | Contractor's Name: | East River Group |
| Project Address: | 2650 E. Olympic Blvd | Contractor's Address: | 206 W. 6th Street Suite 100 |
| City/ZIP: | Los Angeles, Ca 90023 | City/ZIP: | Los Angeles, CA 90014 |
| Tel: | (213) 623-3800 | Fax: | (213) 623-3811 |

JOB NO: NSI17-

YOU ARE HEREBY AUTHORIZED to perform the following specified work (show sizes/dimensions, cost/credit) and/or change(s) separately listed:

| Description /Justification of Change in Contract | Amount |
| --- | --- |
| Demolition of wall at sears complex | $5,968.00 |
| | |
| *Mobilization, scaffold and equipement rental | $400.00 |
| *Demobilization | $300.00 |
| *Disposal including trucking | $1,000.00 |

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND AND NOT EASILY REPRODUCED. TO BE VISIBLE THIS PAPER HAS A COLORED SECURITY BACKGROUND AND NOT EASILY REPRODUCED.

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23178DNS-08

**1927**

02/10/2017

PAY TO THE
ORDER OF    Calmar Construction, Inc.                    $ **5,950.00

Five Thousand Nine Hundred Fifty and 00/100*********************

DOLLARS

Calmar Construction, Inc.
15467 Vanilla Bean Lane
Fontana, CA 92336

MEMO    CO # 1 dated 2/2/17

AUTHORIZED SIGNATURE

| | |
| --- | --- |
| Ne  change by previous Change Orders | $0.00 |
| Contract Amount prior to this Change Order | $0.00 |
| This Change Order Amount  [increase/(decrease)] | $8,818.20 |
| New/Amended Contract Amount | $8,818.20 |

The owner(s) and contractor hereby certify that to their knowledge there are no other change(s) in the work performed under this contract besides those listed above or in previously approved change orders.

Contractor: East River Group

By: _____    Date: _____
            Name and Title

15467 Vanilla Bean Lane
Fontana,CA 92336
License# 1008412
Ph:(909) 346-1523 Fx: (909) 346-1524

Exhibit 5    098



## OWNER/CONTRACTOR AGREEMENT: Dated: 03/02/2017
### CHANGE ORDER NO.    2

| | | | |
|---|---|---|---|
| Project Info: | Sears Complex | Contractor's Name: | East River Group |
| Project Address: | 2650 E. Olympic Blvd | Contractor's Address: | 206 W. 6th Street Suite 100 |
| City/ZIP: | Los Angeles, Ca 90023 | City/ZIP: | Los Angeles, CA 90014 |
| Tel: | (213) 623-3800 | Fax: | (213) 623-3811 |

JOB NO: NSI17-

YOU ARE HEREBY AUTHORIZED to perform the following specified work (show sizes/dimensions, cost/credit) and/or change(s) separately listed:

| Description /Justification of Change in Contract | Amount |
|---|---|
| | |
| Item #1 | |
| Demolition of existing perimeter plaster walls to expose concrete Approx: 7,484 SF | |
| | |
| Item #2 | |
| Demolition of existing plaster to expose concrete columns Approx: 126 ea. | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Subtotal | $27,000.00 |
| O&P                    15% | |
| Total | $27,000.00 |

| | |
|---|---|
| Original Contract Amount | $0.00 |
| Net change by previous Change Orders | $0.00 |
| Contract Amount prior to this Change Order | $27,000.00 |
| This Change Order Amount  [increase/(decrease)] | $27,000.00 |
| New/Amended Contract Amount | |

The owner(s) and contractor hereby certify that to their knowledge there are no other change(s) in the work performed under this contract besides those listed above or in previously approved change orders.

**Contractor: East River Group**

By: _____    Date: _____
             Name and Title

15467 Vanilla Bean Lane
Fontana,CA 92336
License# 1008412
Ph:(909) 346-1523 Fx: (909) 346-1524

Exhibit 5    099



## OWNER/CONTRACTOR AGREEMENT: Dated: 03/02/2017

### CHANGE ORDER NO.    2

| Project Info: | Sears Complex | Contractor's Name: | East River Group |
| Project Address: | 2650 E. Olympic Blvd | Contractor's Address: | 206 W. 6th Street Suite 100 |
| City/ZIP: | Los Angeles, Ca 90023 | City/ZIP: | Los Angeles, CA 90014 |
| Tel: | (213) 623-3800 | Fax: | (213) 623-3811 |

**JOB NO: NSI17-**

YOU ARE HEREBY AUTHORIZED to perform the following specified work (show sizes/dimensions, cost/credit) and/or change(s) separately listed:

| Description /Justification of Change in Contract | Amount |
|---|---|
| | |
| Item #1 | |
| Demolition of existing perimeter plaster walls to expose concrete Approx: 7,484 SF | |

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23178DNS-08

**1949**

03/07/2017

PAY TO THE
ORDER OF        Calmar Construction, Inc.                                    $ **8,751.39

Eight Thousand Seven Hundred Fifty-One and***********************

_____ DOLLARS

Calmar Construction, Inc.
15467 Vanilla Bean Lane
Fontana, CA 92336

MEMO
        Change Order #2 Dated 3/2/17

AUTHORIZED SIGNATURE

| | |
|---|---|
| Original Contract Amount | $0.00 |
| Net change by previous Change Orders | $0.00 |
| Contract Amount prior to this Change Order | $27,000.00 |
| This Change Order Amount [increase/(decrease)] | $27,000.00 |
| New/Amended Contract Amount | |

15.000

The owner(s) and contractor hereby certify that to their knowledge there are no other change(s) in the work performed under this contract besides those listed above or in previously approved change orders.

**Contractor: East River Group**

+(18,000)

By: _____        Date: _____

(1,248.61)

Name and Title

8,751.39

15467 Vanilla Bean Lane
Fontana,CA 92336
License# 1008412
Ph:(909) 346-1523 Fx: (909) 346-1524

Exhibit 5    100

 

**EAST RIVER GROUP LLC**
206 W 6TH ST , SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE , SUITE 600
PASADENA, CA 91101

Multi-CHAX® # 23178DNS-08
**1948**

03/07/2017

PAY TO THE
ORDER OF    Naya Services & Direct Disposal    $ **1,248.61

One Thousand Two Hundred Forty-Eight and 61/100******************    DOLLARS

MEMO    Final Additional Invoices

AUTHORIZED SIGNATURE

Exhibit 5    101

## Direct Disposal

**Direct Disposal**

# Invoice

19051 Goldenwest St.,
ST.106-137
Huntington Beach, CA. 92648
Office 323-262-1604
Fax 323-262-2281

| DATE | INVOICE # |
|------|-----------|
| 12/10/2016 | 129442 |

**BILL TO**

Naya Services Inc
1490 S Vineyard Ave Ste E
Ontario, CA 91761

**JOB SITE**

2650 E Olympic Blvd.
Los Angeles, CA

| | JOB NO. | TERMS | DUE DATE |
|---|---------|-------|----------|
| | | Due on receipt | 12/10/2016 |

| ITEM | QUANTITY | DESCRIPTION - WORK ORDER # | SERVICED | RATE | AMOUNT |
|------|----------|----------------------------|----------|------|--------|
| Delivery 40 LA City AB 939 | 1 | Deliver 40 yd container (WO#87871) City of LA AB 939 Surcharge  *Work Order Attached* | 12/5/2016 | 475.00 10.00% | 475.00 47.50 |

Additional

Inv#129442  12/10/16  $522.50

Inv#129492  12/17/16    726.11

Total                $1,248.61

Thank you for your business.
A 1.5% finance charge will be accessed after 30 days from the invoice date.

**Total**    $522.50

Exhibit 5    102

# DIRECT ➤ DISPOSAL

WORK ORDER
**87871**

Service Date 12 / 05 / 12 Day MON Time 1240

COD/CREDT AMT_____ CK#_____

Site Address 2050 OLYMPIC

Customer Name MAYA

City LA

Address _____

☑Deliver D/R Exch. Rem. Repo. Dry Run Stand By

City _____ State_____ Zip Code _____

Bin Size 3 10 25 ⑩ SC PKR #In 40107 #Out _____

Cell ( )_____ Pgr ( )_____

Price _____ Per Load   Monthy Rental _____

Contact _____ Ext. _____

Tonnage Maximum _____ Overage Fee:_____ per Ton

Comments: _____

Driver Signature _____

Customer Signature X _____

901 Warner Ave. PMB 229 ➤ Huntington Beach, CA 92649
23-262-1604 Ph ➤ 888-551-7797 Toll free ➤ 323-262-2281 Fax
www.directdisposal.net

Print Name _____
My signature indicates that I have read and agree to the terms
and conditions below. It is also authorizes charges to my credit card
related to this work order.

TERMS AND CONDITIONS- PLEASE READ CAREFULLY

Exhibit 5    103

Direct Disposal


**Direct Disposal**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/17/2016 | 129492 |

Direct Disposal
19051 Goldenwest St.,
ST.106-137
Huntington Beach, CA. 92648
Office 323-262-1604
Fax 323-262-2281

| BILL TO |
|---------|
| Naya Services Inc<br>1490 S Vineyard Ave Ste E<br>Ontario, CA 91761 |

| JOB SITE |
|----------|
| Sears<br>2650 E Olympic Blvd<br>Los Angeles, CA |

| JOB NO. | TERMS | DUE DATE |
|---------|-------|----------|
| | Due on receipt | 12/17/2016 |

| ITEM | QUANTITY | DESCRIPTION - WORK ORDER # | SERVICED | RATE | AMOUNT |
|------|----------|----------------------------|----------|------|--------|
| Remove 40 | 1 | Remove 40 yd container (WO#88112) | 12/14/2016 | 0.00 | 0.00 |
| Over weight chg. | 9.43 | Over maximum weight limit charge $70.00/ton | | 70.00 | 660.10 |
| LA City AB 939 | | City of LA AB 939 Surcharge | | 10.00% | 66.01 |
| | | *Work Orders Attached* | | | |

Thank you for your business.
A 1.5% finance charge will be accessed after 30 days from the invoice date.

**Total** $726.11

Exhibit 5    104



# DIRECT ➤ DISPOSAL

WORK ORDER
**88112**

Service Date 12/14/16 Day W̲ Time 650

670

Site Address 2650 E OLYMPIC BL

City L A

Delivery  D/R  Exch.  (Rem.)  Repo.  Dry Run  Stand By

Bin Size  3  10  25 (40) SC  PKR  #In_____  #Out 1/0102 2000

Price _____ Per Load    Monthy Rental _____

Tonnage Maximum _____ Overage Fee:_____ per Ton

Comments: _____

Driver Signature _____

5901 Warner Ave. PMB 229 ➤ Huntington Beach, CA 92649
323-262-1604 Ph ➤ 888-551-7797 Toll free ➤ 323-262-2281 Fax
www.directdisposal.net

**COD/CREDT AMT**_____  **CK#**_____

Customer Name _Nafla_

Address _____

City _____ State_____ Zip Code_____

Cell ( ____ ) _____ Pgr ( ____ ) _____

Contact _____ Ext. _____

Customer Signature _____

Print Name _____

My signature indicates that I have read and agree to the terms
and conditions below.  It is also authorizes charges to my credit card
related to this work order.

## TERMS AND CONDITIONS· PLEASE READ CAREFULLY

WEIGHMASTER CERTIFICATE 67521

THIS IS TO CERTIFY that the following described commodity was weighed, measured, or
counted by a weighmaster, whose signature is on this certificate, who is a recognized
authority of accuracy, as prescribed by Chapter 7 (commencing with Section 12700) of
Division 5 of the California Business and Professions Code, administered by the Division
of Measurement Standards of the California Department of Food and Agriculture.

NAME OF FIRM
**DIRECT DISPOSAL**
3720 NOAKES ST.
LOS ANGELES, CA 90023
(323) 262-1604
SWIS # 19-AR-1228

DATE 12-14-16

CUSTOMER NAME Naja Services
JOB SITE ADDRESS Olympic BL
CITY OF ORIGIN Los Angeles

WEIGHT

1543 tons

162
Unit No./Lic.

**DIRECT DISPOSAL WEIGHMASTER**

WEIGHMASTER
GROSS-WEIGHED BY DEPUTY, DATE 12-14
TARE-WEIGHTED BY DEPUTY, DATE 12-14
COMMODITY
BIN SIZE 40 Bin # 40102  LC  DC

WEIGHED AT
3720 NOAKES ST.
LOS ANGELES, CA 90023
LICENSE #011302

I have read and understand the terms and conditions on the back

DRIVER SIGNATURE

XEROX

Exhibit 5    105

Calmar Construction, Inc.

# Invoice

15467 Vanilla Bean Lane
Fontana, CA 92336

| Date | Invoice # |
|------|-----------|
| 3/2/2017 | 115 |

**Bill To**

East River Group
206 West 6th Street
Los Angeles, CA 9014

| | P.O. No. | Terms | Project |
|---|---|---|---|
| | | | 007-Sears Complex |

| Item | Description | Est Amt | Prior Amt | Prior % | Qty | Rate | Curr % | Total % | Amount |
|------|-------------|---------|-----------|---------|-----|------|--------|---------|--------|
| 02.10 D... | Sears Tower: Change Order #2 | 15,000.00 | | | 1 | 15,000.00 | 100.00% | 100.00% | 15,000.00 |
| 02 Site ... | Payment $10,000 | | | | | -10,000.00 | | | -10000.00 |

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23178DNS-08

**1952**

03/13/2017

PAY TO THE
ORDER OF        Calmar Construction & Direct Disposal                    $ **5,000.00

Five Thousand and 00/100*********************************************** DOLLARS

MEMO    Inv #115 Dated 3/2/17 Final Payment

AUTHORIZED SIGNATURE

| Total | $5,000.00 |
|-------|-----------|
| Payments/Credits | $0.00 |
| **Balance Due** | $5,000.00 |

Exhibit 5    106

2448 N Eastern Ave . Apt 113 Los Angeles California 90032

323 923 7542

**Invoice**

# Luis Hernandez Roofing

Bill To:

Sears At 2650 E Olympic Blvd Los Angeles Ca

| | |
|---|---|
| Invoice No: | 54 |
| Date: | Mar 29, 2017 |
| Terms: | NET 30 |
| Due Date: | Apr 28, 2017 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Tear off 4,500 squares feet of hop mop clean the roof install 40 rolls of smooth torch install 40 rolls torch down install mastic around pipes and vents | 1.00 | $0.00 | $0.00 |
| 5 years of warranty on the job | | | |
| Materials and labor | 1.00 | $13,000.00 | *$13,000.00 |

Indicates non-taxable item

| | |
|---|---|
| Subtotal | $13,000.00 |
| TAX (8.00%) | $0.00 |
| Total | $13,000.00 |
| Paid | $0.00 |
| **Balance Due** | **$13,000.00** |

*US roofing materials ( 4,238.90 )*

*$ 8,761.10*

Exhibit 5    107



2448 N Eastern..... Apt 113 Los Angeles California 90032

323 923 7542

**Invoice**

# Luis Hernandez Roofing

Bill To:

Sears At 2650 E Olympic Blvd Los Angeles Ca

| | |
|---|---|
| Invoice No: | 54 |
| Date: | Mar 29, 2017 |
| Terms: | NET 30 |
| Due Date: | Apr 28, 2017 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Tear off 4,500 squares feet of hop mop clean the roof install 40 rolls of smooth torch install 40 rolls torch down install mastic around pipes and vents <br> 5 years of warranty on the job | 1.00 | $0.00 | $0.00 |
| Materials and labor | 1.00 | $13,000.00 | *$13,000.00 |

3/31/17

Subtotal          $13,000.00

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N  LOS ROBLES AVE , SUITE 600
PASADENA, CA 91101

MultiCHAX® # 2317 8DNG-06

**1964**

03/30/2017

PAY TO THE
ORDER OF          Luis Hernandez Roofing                                        $ **3,000.00

Three Thousand and 00/100****************************************** _____ DOLLARS

Luis Hernandez Roofing
2448 N Eastern Ave. Apt 113
Los Angeles, CA 90032

MEMO

AUTHORIZED SIGNATURE

Exhibit 5    108

 

# U.S. ROOFING SUPPLY
*We Have All Your Roofing Needs*

4647 E. Washington Blvd.
Commerce, CA 90040
Phone 323.804.3033    Fax 323.526.4423

# Invoice

| Date | 3/29/2017 |
|------|-----------|
| Invoice # | 117 |
| Due Date | 4/28/2017 |

PAID 03/29/2017

| Bill To | Ship To |
|---------|---------|
| Customer; East River Group | Enter in Jobsite Phone Number for Driver to Call SEARS SOTO ST. |

| S.O. No. | P.O. Number | Terms | Rep | Ship | Via |
|----------|-------------|-------|-----|------|-----|
| | | Net 30 | | 3/29/2017 | |

| Item | Description | Quantity | U/M | Price Each | Amount |
|------|-------------|----------|-----|------------|--------|
| APP CET Smo... | CET APP 160S Smooth | 40 | rl | 46.00 | 1,840.00T |
| APP AW White | All Weather APP 190M White | 40 | rl | 51.00 | 2,040.00T |
| | Sales Tax | | | 9.25% | 358.90 |

Refunds/Exchange Policy:
- No cash or credit card refunds will be issued.
- In store credits only, to be used within 15 days or forfeited.
- 20% restocking fee will apply to all returns/exchanges.
- No returns/exchanges over 30 days will be honored.

| Total | $4,238.90 |
|-------|-----------|
| Payments/Credits | -$4,238.90 |
| **Balance Due** | $0.00 |

Confidentiality Notice
This invoice and any documents accompanying it contain confidential information belonging to the sender which is legally privileged.
This information is intended only for the use of the individual(s) or entity named above. Please handle these documents in strictest
confidence. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking any action
in reliance on the contents of this information is strictly prohibited.

Exhibit 5    109

424-219-8454

 



# Estimate

**U.S. ROOFING SUPPLY**
*We Have All Your Roofing Needs*

U.S. Roofing Supply
4647 E. Washington Blvd.
Commerce, CA 90040

Phone 323.804.3033    Fax 323.526.4423

Eddie

| | Start Date | Quote No. |
|---|---|---|
| | 3/20/2017 | 43 |

**To**
Customer;
Panorama Tower

**Job**
Enter in Jobsite
Phone Number for Driver to Call

| End Date | Job Size |
|---|---|

| Item | Description | Quantity | U/M | Price Each | Total |
|---|---|---|---|---|---|
| APP AW Smooth | All Weather APP 190S Smooth | 40 | rl | 46 51.00 | 3,040.00 T / 1,640 |
| APP AW White | All Weather APP 190M White | 40 | rl | 51.00 | 2,040.00 T |

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAXS # 23178DNS-08

1962

03/24/2017

PAY TO THE
ORDER OF        U.S. Roofing Supply                                    $ **4,238.90

Four Thousand Two Hundred Thirty-Eight and 90/100***********    ____ DOLLARS

MEMO        Est# 43 dated 3/20/17

_____
AUTHORIZED SIGNATURE

| | Subtotal | 4,880.00 / $4,080.00 |
|---|---|---|
| A 20% restocking fee will be applied to all returns/exchanges. | Sales Tax (9.25%) | $377.40 |
| | **Total** | $4,457.40 / 4,238.90 |

**Confidentiality Notice**
This estimate and any documents accompanying it contain confidential information belonging to the sender which is legally privileged. This information is intended only for the use of the individual(s) or entity named above. Please handle these documents in strictest confidence. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking any action in reliance on the contents of this information is strictly prohibited.

Exhibit 5    110

1424

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23178DNS-05

**1975**

04/12/2017

$ **4,761.10

PAY TO THE
ORDER OF         Luis Hernandez Roofing

Four Thousand Seven Hundred Sixty-One and 10/100*************** _____ DOLLARS

AUTHORIZED SIGNATURE

MEMO    Progress payment

4/13/17

Exhibit 5    111



omgivning
architects · interior designers · urbanists

724 s. spring st. #501
los angeles, ca 90014
713.596.5602
info@omgivning.com

# INVOICE

BILL TO

Izek Shomof
East River Group, LLC
206 West 6th Street
Suite 1C0
Los Angeles, CA 90014

**Project Description: Sears**

| INVOICE NUMBER | INVOICE DATE | PAYMENT DUE DATE | OUR PROJECT NO. | BALANCE DUE |
|---|---|---|---|---|
| 2568 | Jan 10, 2017 | Jan 10, 2017 | 14-001-1 | $27,210 |

| | Fee Summary | | Previously Invoiced | | Current Invoice | | Remaining |
|---|---|---|---|---|---|---|---|
| | % Stipulated | % phase Completed | Amount Billed | % complete | Value of Completed | Amount remaining |
| Schematic Design | 27.74% | $240,000.00 | 100.00% | $240,000.00 | 0.00% | $0.00 | $0.00 |
| Design Development | 12.71% | $110,000.00 | 100.00% | $110,000.00 | 0.00% | $0.00 | $0.00 |
| Construction Documents | 37.79% | $327,000.00 | 88.50% | $289,395.00 | 91.50% | $9,810.00 | $27,795.00 |
| Add Service #1 - As Built Model Fix | 3.47% | $30,000.00 | 100.00% | $30,000.00 | 0.00% | $0.00 | $0.00 |
| Add Service #2 - Rendering and Exhibit A | 1.11% | $9,600.00 | 100.00% | $9,600.00 | 0.00% | $0.00 | $0.00 |
| Architect Rendering | 0.74% | $6,400.00 | 100.00% | $6,400.00 | 0.00% | $0.00 | $0.00 |
| Consultant Rendering | 0.37% | $3,200.00 | 100.00% | $3,200.00 | 0.00% | $0.00 | $0.00 |
| Add Service #4 - As built Model Fix Annex Space | 0.87% | $7,500.00 | 100.00% | $7,500.00 | 0.00% | $0.00 | $0.00 |
| Add Service #5 - Sears Disabled Access | 3.47% | $30,000.00 | 70.00% | $21,000.00 | 80.00% | $3,000.00 | $6,000.00 |
| Add Service #6 - Food Market | 9.82% | $85,000.00 | 80.00% | $68,000.00 | 85.00% | $4,250.00 | $12,750.00 |
| Add Service #7 - Site Redesign and Car Museum | 2.08% | $18,000.00 | 95.00% | $17,100.00 | 0.00% | $0.00 | $900.00 |
| Add Service #8 - VRS Mech. Change | 0.95% | $8,200.00 | 60.00% | $4,920.00 | 80.00% | $1,640.00 | $1,640.00 |
| | 100.00% | $865,300.00 | 92.17% | $797,515.00 | 2.16% | $18,700.00 | $49,085.00 |

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE. ANY ALTERATION VOIDS

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

**1906**

01/10/2017

PAY TO THE
ORDER OF    Omgivning

$ **25,000.00

Twenty-Five Thousand and 00/100************************************ _____ DOLLARS

MEMO    Inv #2568 Dated 1/10/17


AUTHORIZED SIGNATURE

Exhibit 5    112



# CONSULTING ENGINEERS

ELECTRICAL • MECHANICAL • TELECOMMUNICATION • AUTOMATION

Jimmy Shomof
East River Group, LLC
206 W. 6th Street
Los Angeles, CA 90014
Eureka, CA 95501

October 20, 2015
Inv. No.: 56-15
EMA Job No.:34-14

Reference:    Mechanical Engineering service for
HVAC Mechanical Design for Sears Store@
2650 E. Olympic Blvd.,
Los Angeles, CA 90023

Dear jimmy:

Herewith we are submitting our interim invoice for Phase-I of the project, preparation of Mechanical drawings for above referenced store in which plans have been completed and submitted to Bldg Dept. on Sept. 28, 2015 for review and comments, as follows:

1.  50% of the base contract per adjusted fee as Indicated
    on the E-mail dated Nov. 14, 2014 for phase-I of the
    project, working drawing phase for total of:          $15,000.00

Total current charges due on account:                     $15,000.00

Your remittance of the above amount is appreciated; should you have any questions, please call

Invoices are due upon receipt of the invoice,

---

EAST RIVER GROUP LLC
206 WEST 6TH ST., SUITE #100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600.
PASADENA, CA 91101

MuniCHAX© # 231150NS-08

CHECK NO.  1516

11/17/2015

PAY TO THE
ORDER OF    EMA Consulting Engineers                    $ **15,000.00

Fifteen Thousand and 00/100***************************************

_____ DOLLARS

MEMO Inv# 56-15 dated 10/20/15

AUTHORIZED SIGNATURE

1ST RIVER GROUP LLC                              Date: 11/17/2015 Check #: 1516

Exhibit 5    113

 **CONSULTING ENGINEERS**

*ELECTRICAL • MECHANICAL • TELECOMMUNICATION • AUTOMATION*

Jimmy Shomof
East River Group, LLC
206 W. 6th Street
Los Angeles, CA 90014
Eureka, CA 95501

October 20, 2015
Inv. No.: 56-15
EMA Job No.:34-14

Reference:    Mechanical Engineering service for
             HVAC Mechanical Design for Sears Store@
             2650 E. Olympic Blvd.,
             Los Angeles, CA 90023

Dear jimmy:

Herewith we are submitting our interim invoice for Phase-I of the project, preparation of Mechanical drawings for above referenced store in which plans have been completed and submitted to Bldg Dept. on Sept. 28, 2015 for review and comments, as follows:

1.    50% of the base contract per adjusted fee as Indicated
      on the E-mail dated Nov. 14, 2014 for phase-I of the
      project, working drawing phase for total of:                    $15,000.00
                                                                     ------------
Total current charges due on account:                                 $15,000.00

Your remittance of the above amount is appreciated; should you have any questions, please call

Invoices are due upon receipt of the invoice,

Sincerely,

Rasoul T. Emrani
EMA CONSULTING ENGINEERS,

RTE/SF
cc: file

AN-36-15

 **CONSULTING ENGINEERS**

ELECTRICAL • MECHANICAL • TELECOMMUNICATION • AUTOMATION

Jimmy Shomof
East River Group, LLC
206 W. 6ᵗʰ Street
Los Angeles, CA 90014
Eureka, CA 95501

June 14, 2016
Inv. No.: 26-16
EMA Job No.:34-14

Reference:    Mechanical Engineering service for
HVAC Mechanical Design for Sears Store@
2650 E. Olympic Blvd.,
Los Angeles, CA 90023

Dear jimmy:

Herewith I am submitting my invoice for Phase-II of the project, plan approval phase of the contract for
above referenced store in which plans have been approved and delivered to your office on May 13, 2016
with copy of RTI, as follows:

| | | |
|---|---|---|
| 1. | 50% balance remaining of base contract per adjusted fee as Indicated on the E-mail dated Nov. 14, 2014 for phase-II, plan approval of the project for total of: | $15,000.00 |
| 2. | Design and preparation of Air conditioning for lower level as requested by Sears for: total of: | N/C |
| 3. | Printing charges for total of: | $  133.00 |
| 4. | Parking charges @ Bldg. & Safety and @ Alexandria Bldg. | $   40.25 |
| | Total current charges due on account: | $15,173.25 |

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED

EAST RIVER GROUP, LLC
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX© # 23178ONS-08

**1704**

06/16/2016

PAY TO THE
ORDER OF            EMA Consulting Engineers                                    $  **10,000.00

Ten Thousand and 00/100******************************************* DOLLARS

MEMO    Inv #26-16 Dated 6/14/16

AUTHORIZED SIGNATURE

Exhibit 5    115



# CONSULTING ENGINEERS

*ELECTRICAL • MECHANICAL • TELECOMMUNICATION • AUTOMATION*

Jimmy Shomof                                              June 14, 2016
East River Group, LLC                                    Inv. No.: 26-16
206 W. 6th Street                                        EMA Job No.:34-14
Los Angeles, CA 90014
Eureka, CA 95501

Reference:    Mechanical Engineering service for
              HVAC Mechanical Design for Sears Store@
              2650 E. Olympic Blvd.,
              Los Angeles, CA 90023

Dear jimmy:

Herewith I am submitting my invoice for Phase-II of the project, plan approval phase of the contract for
above referenced store in which plans have been approved and delivered to your office on May 13, 2016
with copy of RTI, as follows:

| | | |
|---|---|---|
| 1. | 50% balance remaining of base contract per adjusted fee as Indicated on the E-mail dated Nov. 14, 2014 for phase-II, plan approval of the project for total of: | $15,000.00 |
| 2. | Design and preparation of Air conditioning for lower level as requested by Sears for: total of: | N/C |
| 3. | Printing charges for total of: | $    133.00 |
| 4. | Parking charges @ Bldg. & Safety and @ Alexandria Bldg. | $      40.25 |

Total current charges due on account:                                    **$15,173.25**

Your remittance of the above amount is appreciated; should you have any questions, please call

Invoices are due upon receipt of the invoice,

Sincerely,

*Rasoul T. Emrani*
Rasoul T. Emrani
EMA CONSULTING ENGINEERS,

AS-26-16

---

*2277 Townsgate Rd., Suite 216, Westlake Village, CA 91361  Tel: 805-371-7460 Fax: 805-371-7462*

Exhibit 5    116



# RTI-M

**READY-TO-ISSUE SHEET
MECHANICAL PLAN CHECK**

Plan Check Engineer: Mike Shahrestani
*(Print Name)*

Plan Check Engineer: *[signature]*
*(Signature)*

Date: 5/13/2016

Job Address: 2650 E Olympic Blvd.

PCIS #: 15044-20000-10071

PC Expiration Date: 3/28/2017

A permit can be obtained upon the completion of the following circled items and **bringing this form** to any of the offices listed at the bottom of this form.

1. ✓ The permit application will be required to be signed by the contractor/qualified installer or his/her agent. Agents for the contractor/qualified installer will be required to have a notarized authorization letter.

2. The contractor, under license # _____, designed the plans and is also taking out the permit.

3. Provide the following information to complete your application:
   _____

4. ✓ Contractors shall provide the following information if the permit is to be obtained by them:
   a. Proof of possession of a City of Los Angeles Business Tax License and a valid contractor's license.
   b. Evidence of current Worker's Compensation Insurance coverage in the form of a copy of the Worker's Compensation Certificate addressed to the State of California's Contractors Board. (Sec. 3800 of CA Labor Code).

5. Owner shall complete and sign the Owner-Builder Declaration form for all Owner-Builder permits. The form can be downloaded at http://ladbs.org/permits/owner_builder_permits.htm.

6. Bring ( 1 or 2 ) approved set(s) of plans (These are the plans that were initialed, signed and dated by the plan check engineer).

7. The following documents are attached to the field set of approved plans (plan check staff to verify attachment prior to issuing RTI and permit issuing staff to verify attachment prior to permit issuance):
   a. Title-24, Part 6 Compliance and Acceptance Forms
   b. Approved Modification Forms _____
   c. Specification Sheets _____
   d. Other Forms _____

8. Instructions to permit issuance staff: _____

You may obtain your permit at any of the district offices listed below. However, you are advised to obtain the permit from the office where your job is checked. This is highly desirable because questions may come up prior to permit issuance that require the assistance of the original plan check engineer. You MUST contact the Mechanical Plan Check Section if the permit is not obtained within 18 MONTHS from the date of plan check submittal (see above PC Expiration date).

Office hours are 7:30 a.m. to 4:30 p.m. Mon., Tu., Thur., and Fri., and 9:00 a.m. to 4:30 p.m. Wed. Please arrive at least 30 minutes prior to closing time.

| **Metro**<br>201 N. Figueroa Street<br>Room 110<br>Express Counter | **Van Nuys**<br>6262 Van Nuys Blvd<br>Room 251<br>Express Counter |
|---|---|

As a covered entity under Title II of the Americans with Disabilities Act, the City of Los Angeles does not discriminate on the basis of disability and, upon request, will provide reasonable accommodation to ensure equal access to its programs, services and activities.

# CyberCopy
## DIGITAL PRINT & DOCUMENT SERVICES
2500 Townsgate Blvd. Suite A
Westlake Village CA. 91361
P. (805) 381-9111  F. (805) 381-9150
www.cybercopyusa.com

| WORK ORDER # | A058722 | ORDER TAKER | JK | PRODUCTION | JK | OFFICE USE ONLY | |
|---|---|---|---|---|---|---|---|
| DATE | 05/13/2016 09:09 AM | CHARGE TO | ☐ COD | REIMBURSABLE | YES ☐ NO ☐ | ☐ BID SET | |
| ORDERED BY | RASOUL T. EMRANI | | EMA CONSULTING ENGINEERING | | | | |
| PHONE | 805-371-7460 | | 2277 TOWNSGATE RD. | | | | |
| | | | undefined | | | | |
| | | | WESTLAKE VILLAGE, CA 91361 | | | | |
| JOB DUE | 05/13/2016 05:00 PM | PROJECT NAME | SEARS STORE | | | | |

P.O. # / JOB #

| # OF ORIGINALS | # OF SETS | HC ☐ | FILE ■ | DESCRIPTION OF ORIGINALS | DESCRIPTION OF COPIES | SIZE | FINISHING |
|---|---|---|---|---|---|---|---|
| 8 | 2 | ☐ | ■ | | | 30*42 | S |
| | | ☐ | ☐ | | | | |
| | | ☐ | ☐ | | | | |
| | | ☐ | ☐ | | | | |
| | | ☐ | ☐ | | | | |
| | | ☐ | ☐ | | | | |

## SMALL DOCUMENT PRINTING

**B/W PRINTS** / ☐ **COLOR PRINTS**

**ORIENTATION**
☐ SINGLE-SIDED
☐ DOUBLE-SIDED

**SIZE**
☐ 8.5x11
☐ 8.5x14
☐ 11x17
☐ 12x18

**STOCK**
☐ 20# BOND
☐ 24# LASER
☐ 28# LASER
☐ COLOR STOCK
☐ CARBONLESS

☐ TEXT GLOSS
☐ CARDSTOCK
☐ RECYCLED BOND
☐ 2-PART ☐ 3-PART ☐ 4-PART

## LARGE DOCUMENT PRINTING

■ **B/W PRINTS** ☐ **COLOR PRINTS**

**STOCK**
■ WHITE BOND
☐ RECYCLED BOND
☐ COLOR
☐ PRES. BOND

☐ VELLUM
☐ MYLAR

**STOCK**
☐ ECON. BOND
☐ PRES. BOND
☐ SATIN
☐ GLOSS
☐ CAD COLOR LINE ART

☐ CANVAS
☐ SCRIM VINYL
☐ ADHSV. VINYL

## SM. DOC. DIGITAL SERVICES

**SCANNING**
☐ B/W
☐ COLOR

**E-MAIL**
☐ B/W
☐ COLOR

**OTHER DIGITAL**
☐ CD BURN
☐ DVD BURN
☐ TRANSFER
☐ FTP RETRIEVAL

☐ ENLARGEMENT      ☐ REDUCTION
☐ DIGITAL EDITING TIME _____ (15Min Blocks) ☐ DIGITAL LABOR TIME
☐ DFS POSTING  B/W _____ COLOR _____ ☐ H/C ☐ DIGITAL

## LG. DOC. DIGITAL SERVICES

**SCANNING**
☐ B/W
☐ COLOR
☐ CAD

**E-MAIL**
☐ TIFF
☐ PDF

**OTHER DIGITAL**
☐ MIRROR
☐ SCREEN
☐ PASTE UP
☐ CD BURN
☐ DVD BURN
☐ TRANSFER
☐ FTP RETRIEVAL

☐ ENLARGEMENT      ☐ REDUCTION
☐ DIGITAL EDITING TIME _____ (15Min Blocks) ☐ DIGITAL LABOR TIME
☐ DFS POSTING  B/W _____ COLOR _____ ☐ H/C ☐ DIGITAL

## SM. DOC. FINISHING SERVICES

☐ LEAVE LOOSE
☐ STAPLE
☐ SADDLE STITCH
☐ FOLD
☐ CUTTING
☐ SCORE/PERF-SETUP
☐ UNDO/REDO
☐ UNFOLD/REFOLD
☐ PADDING
☐ EASEL      SIZE _____
☐ LAMINATE
SIZE _____

**TABS**
☐ 3-CUT
☐ 5-CUT
☐ OTHER

**OTHER**
☐ SLIP SHEETS _____
☐ POCKETS _____
☐ CLIP/BAND _____
☐ SPLICE _____
☐ HAND FEED _____
☐ PULL/INSERT/COLL. _____
☐ SHRINK WRAP _____
☐ 3-RING BINDER _____

**BINDING**
☐ ACCO BIND
☐ SCREW POST
☐ COMB BIND
☐ COIL BIND

☐ VELO BIND
☐ WIRE-O
☐ 3-HOLE PUNCH
☐ OTHER PUNCH

**COVERS**
☐ 8.5x11 ☐ 11x17
PRINT  FR  BK
☐ ☐ ☐ CLEAR VINYL
☐ ☐ ☐ BLACK VINYL
☐ ☐ ☐ CARD
☐ ☐ ☐ OTHER
☐ 1" ☐ 2" ☐ 3" ☐ OTHER

## LG. DOC. FINISHING SERVICES

☐ LEAVE LOOSE
■ STAPLE
☐ EDGE BIND
☐ SCREW POST
☐ PAINTED EDGES
☐ FOLD
☐ UNDO/REDO
☐ UNFOLD/REFOLD
☐ BAND/ROLL SEPARATE
☐ PULL/INSERT/COLLATE
☐ CUT/TRIM

**STAMPS**
☐ DATE
☐ FOR CONSTRUCTION
☐ NOT FOR CONSTRUCTION
☐ OTHER _____

**MOUNTING**
☐ FOAMCORE
☐ GATOR
☐ SINTRA
☐ 3/16" ☐ 1/2"
☐ CUT VINYL

**LAMINATING**
☐ FULLY ENCAPSULATED ☐ SINGLE SIDE
☐ GLOSS ☐ SATIN ☐ _____ ☐ 5 MIL ☐ 10 MIL
☐ CLEAR COVERS _____ ☐ GROMMETS _____

**SPECIAL INSTRUCTIONS**
Enclosed are plans for above project, I need two sets, do not staple
I'll be there to add other sheets.

**SHIP**
☐ MAIL WRAP _____
LBS. _____
3rd Party Acct # _____

**COD**
SUBTOTAL $ _____
TAX $ _____
COD TOTAL $ _____

**ORIGINALS RECEIVED** ☐ PICKED-UP ☐ WALKED-IN ☐ CD ☐ FLASH DRIVE ■ EMAILED ☐ DFS ☐ E-ORDER ☐ REPRODESK ☐ CUST. FTP ☐ CC FTP ☐ FROM ARCHIVE

**OUTGOING ORIGINALS**
☐ WILL CALL _____
☐ NEXT DAY _____
☐ COURIER _____
☐ DELIVER _____
☐ GROUND _____
☐ US MAIL _____

**OUTGOING PRINTS**
■ WILL CALL _____
☐ NEXT DAY _____
☐ COURIER _____
☐ DELIVER _____
☐ GROUND _____
☐ US MAIL _____

LOS ANGELES          SANTA BARBARA          VENTURA          WESTLAKE VILLAGE

Exhibit 5    118

# CyberCopy
## DIGITAL PRINT & DOCUMENT SERVICES
2500 Townsgate Blvd, Suite A
Westlake Village CA. 91361
P. (805) 381-9111  F. (805) 381-9150
www.cybercopyusa.com

| | |
|---|---|
| WORK ORDER # A058676 | ORDER TAKER JK |
| PRODUCTION JK | OFFICE USE ONLY |
| DATE 05/12/2016 12:20 PM | CHARGE TO ☐ COD |
| | REIMBURSABLE YES ☐ NO ☐ ☐ BID SET |
| ORDERED BY RASOUL T. EMRANI | EMA CONSULTING ENGINEERING |
| PHONE 805-371-7460 | 2277 TOWNSGATE RD. |
| | undefined |
| JOB DUE 05/12/2016 05:00 PM | WESTLAKE VILLAGE, CA 91361 |
| | PROJECT NAME SEARS STORE HVAC |

P.O.#/JOB #

| # OF ORIGINALS | # OF SETS | HC ORIGINAL | FILE | DESCRIPTION OF ORIGINALS | DESCRIPTION OF COPIES | SIZE | FINISHING |
|---|---|---|---|---|---|---|---|
| 11 | 2 | ☐ | ■ | | | 30*42 | S |
| | | ☐ | ☐ | | | | |
| | | ☐ | ☐ | | | | |
| | | ☐ | ☐ | | | | |
| | | ☐ | ☐ | | | | |
| | | ☐ | ☐ | | | | |
| | | ☐ | ☐ | | | | |

## SMALL DOCUMENT PRINTING

**☐ B/W PRINTS  ☐ COLOR PRINTS**

**ORIENTATION**
☐ SINGLE-SIDED
☐ DOUBLE-SIDED

**SIZE**
☐ 8.5x11
☐ 8.5x14
☐ 11x17
☐ 12x18

**STOCK**
☐ 20# BOND
☐ 24# LASER
☐ 28# LASER
☐ COLOR STOCK
☐ TEXT GLOSS
☐ CARDSTOCK
☐ RECYCLED BOND

## LARGE DOCUMENT PRINTING

**■ B/W PRINTS  ☐ COLOR PRINTS**

**STOCK**
■ WHITE BOND
☐ RECYCLED BOND
☐ COLOR ____
☐ PRES. BOND
☐ VELLUM
☐ MYLAR

☐ ECON. BOND
☐ PRES. BOND
☐ SATIN
☐ GLOSS
☐ CANVAS
☐ SCRIM VINYL
☐ ADHSV. VINYL
☐ CAD COLOR LINE ART

## SM. DOC. DIGITAL SERVICES

**SCANNING**
☐ B/W ____
☐ COLOR ____

**E-MAIL**
☐ B/W ____
☐ COLOR ____

**OTHER DIGITAL**
☐ CD BURN ____
☐ DVD BURN ____
☐ TRANSFER ____
☐ FTP RETRIEVAL ____

☐ ENLARGEMENT ____
☐ DIGITAL EDITING TIME ____ (15Min Blocks)
☐ DFS POSTING  B/W ____
☐ REDUCTION ____
☐ DIGITAL LABOR TIME ____
☐ COLOR ____  ☐ H/C ____  ☐ DIGITAL ____

## LG. DOC. DIGITAL SERVICES

**SCANNING**
☐ B/W ____
☐ COLOR ____
☐ CAD ____
☐ TIFF ____
☐ PDF ____

**E-MAIL**
☐ B/W ____
☐ COLOR ____

**OTHER DIGITAL**
☐ MIRROR ____
☐ SCREEN ____
☐ PASTE UP ____
☐ CD BURN ____
☐ DVD BURN ____
☐ TRANSFER ____
☐ FTP RETRIEVAL ____

☐ ENLARGEMENT ____
☐ DIGITAL EDITING TIME ____ (15Min Blocks)
☐ DFS POSTING  B/W ____
☐ REDUCTION ____
☐ DIGITAL LABOR TIME ____
☐ COLOR ____  ☐ H/C ____  ☐ DIGITAL ____

## SM. DOC. FINISHING SERVICES

☐ LEAVE LOOSE
☐ STAPLE
☐ SADDLE STITCH
☐ FOLD
☐ CUTTING
☐ SCORE/PERF-SETUP
☐ UNDO/REDO
☐ UNFOLD/REFOLD
☐ PADDING
☐ EASEL  SIZE ____
☐ LAMINATE
SIZE ____

**TABS**
☐ 3-CUT
☐ 5-CUT
☐ OTHER

**OTHER**
☐ SLIP SHEETS ____
☐ POCKETS ____
☐ CLIP/BAND ____
☐ SPLICE ____
☐ HAND FEED ____
☐ PULL/INSERT/COLL. ____
☐ SHRINKWRAP ____
☐ 3-RING BINDER ____

**BINDING**
☐ ACCO BIND
☐ SCREW POST
☐ COMB BIND
☐ COIL BIND
☐ VELO BIND
☐ WIRE-O
☐ 3-HOLE PUNCH
☐ OTHER PUNCH

**COVERS**
☐ 8.5x11  ☐ 11x17
PRINT FT BK
☐ ☐ ☐ CLEAR VINYL
☐ ☐ ☐ BLACK VINYL
☐ ☐ ☐ CARD
☐ ☐ ☐ OTHER
☐ 1"  ☐ 2"  ☐ 3"  ☐ OTHER

## LG. DOC. FINISHING SERVICES

☐ LEAVE LOOSE
■ STAPLE
☐ EDGE BIND
☐ SCREW POST
☐ PAINTED EDGES
☐ FOLD
☐ UNDO/REDO
☐ UNFOLD/REFOLD
☐ BAND/ROLL SEPARATE
☐ PULL/INSERT/COLLATE
☐ CUT/TRIM

**STAMPS**
☐ DATE ____
☐ FOR CONSTRUCTION
☐ NOT FOR CONSTRUCTION
☐ OTHER ____

**MOUNTING**
☐ FOAMCORE
☐ GATOR
☐ SINTRA
☐ 3/16"  ☐ 1/2"
☐ CUT VINYL

**LAMINATING**
☐ FULLY ENCAPSULATED  ☐ SINGLE SIDE
☐ GLOSS  ☐ SATIN  ☐ 3MIL  ☐ 5 MIL  ☐ 10 MIL
☐ CLEAR COVERS ____  ☐ GROMMETS ____

**SPECIAL INSTRUCTIONS**
Enclosed are plans for above referenced project, I need two sets, I will be there to pick them
Up shortly,

**SHIP**
☐ MAIL WRAP ____
LBS. ____
3rd Party Acent ____

**COD**
SUBTOTAL $ ____
TAX $ ____
COD TOTAL $ ____

ORIGINALS RECEIVED ☐ PICKED-UP ☐ WALKED-IN ☐ CD ☐ FLASH DRIVE ■ EMAILED ☐ DFS ☐ E-ORDER ☐ REPRODESK ☐ CUST. FTP ☐ CC FTP ☐ FROM ARCHIVE

## OUTGOING ORIGINALS
☐ WILL CALL
☐ NEXT DAY
☐ COURIER
☐ DELIVER
☐ GROUND
☐ US MAIL

## OUTGOING PRINTS
■ WILL CALL
☐ NEXT DAY
☐ COURIER
☐ DELIVER
☐ GROUND
☐ US MAIL

LOS ANGELES    SANTA BARBARA    VENTURA    WESTLAKE VILLAGE

Exhibit 5    119



## CONSULTING ENGINEERS

*ELECTRICAL  •  MECHANICAL  •  TELECOMMUNICATION  •  AUTOMATION*

Jimmy Shomof
East River Group, LLC
206 W. 6th Street
Los Angeles, CA 90014
Eureka, CA 95501

June 14, 2016
Inv. No.: 26-16
EMA Job No.:34-14

Reference:    Mechanical Engineering service for
HVAC Mechanical Design for Sears Store@
2650 E. Olympic Blvd.,
Los Angeles, CA 90023

Dear jimmy:

Herewith I am submitting my invoice for Phase-II of the project, plan approval phase of the contract for above referenced store in which plans have been approved and delivered to your office on May 13, 2016 with copy of RTI, as follows:

| | | |
|---|---|---|
| 1. | 50% balance remaining of base contract per adjusted fee as Indicated on the E-mail dated Nov. 14, 2014 for phase-II, plan approval of the project for total of: | $15,000.00 |
| 2. | Design and preparation of Air conditioning for lower level as requested by Sears for: total of: | N/C |
| 3. | Printing charges for total of: | $    133.00 |
| 4. | Parking charges @ Bldg. & Safety and @ Alexandria Bldg. | $     40.25 |
| | Total current charges due on account: | $15,173.25 |

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTE

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23176DNS-06
**1763**

08/24/2016

PAY TO THE
ORDER OF          EMA Consulting Engineers

$ **5,173.25

Five Thousand One Hundred Seventy-Three and 25/100*************          DOLLARS

MEMO   Inv #26-16 Final Payment

AUTHORIZED SIGNATURE

Exhibit 5    120

# **CyberCopy**®
## DIGITAL PRINT & DOCUMENT SERVICES
621 VIA ALONDRA, STE. 608
CAMARILLO, CA 93012
PH-805.482.0500
FX-805.482-4458

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/12/2016 | A058676 |

**BILL TO:**

EMA CONSULTING ENGINEERING
2277 TOWNSGATE RD. #216
WESTLAKE VILLAGE, CA 91361

| P.O. NO./ORDERED BY | W.O. NO. | ACCOUNT # | PROJECT |
|---|---|---|---|
| RASOUL EMRANI | A058676 | EMA01 | SEARS STORE HVAC |

| QUANTITY | DESCRIPTION | RATE | UNIT | AMOUNT |
|---|---|---|---|---|
| 22 | UP TO 30x42 BOND LDC PER PAGE | 2.75 | EA | 60.50T |
| 2 | STAPLING LDC | 0.75 | SET | 1.50T |

*(handwritten:)*
66.65
48.91
115.56
17.33
132.89 → 133.00

| | |
|---|---|
| Subtotal | $62.00 |
| Sales Tax (7.5%) | $4.65 |
| **Total** | $66.65 |

Exhibit 5    121

# **Cyber**Copy®

## DIGITAL PRINT & DOCUMENT SERVICES

621 VIA ALONDRA, STE. 608
CAMARILLO, CA 93012
PH-805.482.0500
FX-805.482-4458

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/13/2016 | A058722 |

**BILL TO:**

EMA CONSULTING ENGINEERING
2277 TOWNSGATE RD. #216
WESTLAKE VILLAGE, CA 91361

| P.O. NO./ORDERED BY | W.O. NO. | ACCOUNT # | PROJECT |
|---------------------|----------|-----------|---------|
| RASOUL EMRANI | A058722 | EMA01 | SEARS STORE |

| QUANTITY | DESCRIPTION | RATE | UNIT | AMOUNT |
|----------|-------------|------|------|--------|
| 16 | UP TO 30x42 BOND LDC PER PAGE | 2.75 | EA | 44.00T |
| 2 | STAPLING LDC | 0.75 | SET | 1.50T |

| | |
|---|---|
| Subtotal | $45.50 |
| Sales Tax (7.5%) | $3.41 |
| **Total** | $48.91 |

Exhibit 5    122

$ 13.75
16.50
10.00
$ 40.25

**Figueroa Plaza**

FIG EX    05/12/16 15:07
Receipt 036754

Short-term parking tkt
L - No. 082739
/12/16 13:56
/12/16 15:07
Period 0d1h12'
(Tax)                    $13.75
                        ---------
tal                      $13.75

Payment Received
SA                       $13.75
XXXXXXXXXX9351
rch:4418006623850
th:07554C
pe: Swiped

b Total                  $13.75

Amounts in USD.
Date=Receipt Date

**Figueroa Plaza**

FIG EX    05/13/16 14:23
Receipt 037609

Short-term parking tkt
1 - No. 083141
/05/13/16 12:58
05/13/16 14:23
Period 0d1h26'
(Tax)                    $16.50
                        ---------
Total                    $16.50

Payment Received
VISA                     $16.50
XXXXXXXXXXXXX
Merch:4418006623850
Auth:02321C
Type: Swiped

Sub Total                $16.50

Amounts in USD.
Deli    Date=Receipt Date

**RECEIPT**

# Stall # 16

Expiration Date/Time

## 02:19 PM

# MAY 20, 2016

Purchase Date/Time: 12:19pm May 20, 2016

Total Due: $10.00        Rate: 1-2 Hours $10
Total Paid: $10.00       Payment Type: Card
Ticket # 00010165
S/N #: 555513091234
Setting: SL-03
Mach Name: SL-03

Card #*****-9351, Visa          Auth #: 08338C

Exhibit 5    123

1:49 PM
11/27/17
Cash Basis

## East River Group LLC
## Transactions by Account
### As of August 31, 2017

| Type | Date | Num | Name | Memo | Clr | Split | Original Amount | Paid Amount | Balance |
|------|------|-----|------|------|-----|-------|-----------------|-------------|---------|
| **Construction In Progress** | | | | | | | | | 0.00 |
| **Professional fees** | | | | | | | | | 0.00 |
| **Consulting** | | | | | | | | | 0.00 |
| **Historic consultants** | | | | | | | | | 0.00 |
| Check | 01/22/2014 | 1009 | Chatel, Inc | | | East River Grou | 5,000.00 | 5,000.00 | 5,000.00 |
| Check | 04/14/2014 | 1058 | Chatel, Inc | inv#1403-SLH02 | | East River Grou | 2,081.25 | 2,081.25 | 7,081.25 |
| Check | 06/11/2014 | 1108 | Chatel, Inc | inv#1405-SLH02 | | East River Grou | 5,866.00 | 5,866.00 | 12,947.25 |
| Check | 07/01/2014 | 1117 | Chatel, Inc | | | East River Grou | 5,298.70 | 5,298.70 | 18,245.95 |
| Check | 08/13/2014 | 1154 | Chatel, Inc | inv#1407-SLH02 | | East River Grou | 4,590.41 | 4,590.41 | 22,836.36 |
| Check | 11/06/2014 | 1215 | Chatel, Inc | inv#1406-SLH02 | | East River Grou | 7,540.00 | 7,540.00 | 30,376.36 |
| Check | 02/20/2015 | 1297 | Chatel, Inc. | Inv # 1411-ZS | | East River Grou | 2,953.63 | 2,953.63 | 33,329.99 |
| Check | 04/15/2015 | 1342 | Chatel, Inc | INV # 1503-S | | East River Grou | 1,123.50 | 1,123.50 | 34,453.49 |
| Check | 07/20/2015 | 1424 | Chatel, Inc | | | East River Grou | 2,200.00 | 2,200.00 | 36,653.49 |
| Check | 07/20/2015 | 1426 | Chatel, Inc | | | East River Grou | 2,705.00 | 2,705.00 | 39,358.49 |
| Check | 10/08/2015 | 1481 | Chatel, Inc | Final Payment | | East River Grou | 2,633.77 | 2,633.77 | 41,992.26 |
| Check | 10/08/2015 | 1482 | Chatel, Inc | Retainer for Ex | | East River Grou | 5,000.00 | 5,000.00 | 46,992.26 |
| Check | 11/02/2015 | 1503 | Chatel, Inc | Inv# 1508-SLH | | East River Grou | 3,626.19 | 3,626.19 | 50,618.45 |
| Check | 11/02/2015 | 1504 | Chatel, Inc | Inv# 1507-SLH | | East River Grou | 2,025.26 | 2,025.26 | 52,643.71 |
| Check | 11/02/2015 | 1505 | Chatel, Inc | Inv# 1506-SLH | | East River Grou | 5,000.00 | 5,000.00 | 57,643.71 |
| Check | 12/01/2015 | 1532 | Chatel, Inc | Inv# 1510-SLH | | East River Grou | 7,006.90 | 7,006.90 | 64,650.61 |
| Check | 12/01/2015 | 1533 | Chatel, Inc | Inv# 1509-SLH | | East River Grou | 5,000.00 | 5,000.00 | 69,650.61 |
| Check | 12/15/2015 | 1551 | Chatel, Inc | Inv# 1509-SLH | | East River Grou | 4,199.50 | 4,199.50 | 73,850.11 |
| Check | 12/22/2015 | 1558 | Chatel, Inc | Inv# 1511-SLH | | East River Grou | 8,268.33 | 8,268.33 | 82,118.44 |
| Check | 02/03/2016 | 1596 | Chatel, Inc | Inv# 1512-SLH | | East River Grou | 5,550.00 | 5,550.00 | 87,668.44 |
| Check | 06/22/2016 | 1708 | Chatel, Inc | Inv #1605-SLH | | East River Grou | 1,680.00 | 1,680.00 | 89,348.44 |
| Check | 07/18/2016 | 1724 | Chatel, Inc | Inv #1603-SLH | | East River Grou | 375.00 | 375.00 | 89,723.44 |
| Check | 07/18/2016 | 1725 | Chatel, Inc | Inv #1604-SLH | | East River Grou | 210.00 | 210.00 | 89,933.44 |
| Check | 07/18/2016 | 1726 | Chatel, Inc | Inv #1606-SLH | | East River Grou | 1,522.50 | 1,522.50 | 91,455.94 |
| Check | 09/15/2016 | 1783 | Chatel, Inc | Inv #1607-SLH | | East River Grou | 3,575.00 | 3,575.00 | 95,030.94 |
| Check | 09/15/2016 | 1783 | Chatel, Inc | Inv #1608-SLH | | East River Grou | 4,790.00 | 4,790.00 | 99,820.94 |
| Check | 11/01/2016 | 1835 | Chatel, Inc | Inv# 1609-SLH | | East River Grou | 4,740.50 | 4,740.50 | 104,561.44 |
| Check | 11/29/2016 | 1857 | Chatel, Inc | Inv #1610-SLH | | East River Grou | 5,882.50 | 5,882.50 | 110,443.94 |
| Check | 12/19/2016 | 1889 | Chatel, Inc | Inv #1611-SLH | | East River Grou | 545.00 | 545.00 | 110,988.94 |
| Check | 02/28/2017 | 1938 | Chatel, Inc | Inv #1701-SLH | | East River Grou | 4,010.00 | 4,010.00 | 114,998.94 |
| Check | 03/21/2017 | 1960 | Chatel, Inc | Inv #1612-SLH | | East River Grou | 1,907.50 | 1,907.50 | 116,906.44 |
| Check | 03/21/2017 | 1960 | Chatel, Inc | Inv #1702-SLH | | East River Grou | 927.00 | 927.00 | 117,833.44 |
| Check | 04/21/2017 | 1982 | Chatel, Inc | Inv #1703-SLH | | East River Grou | 980.00 | 980.00 | 118,813.44 |
| Check | 05/18/2017 | 1999 | Chatel, Inc | Inv #1704-SLH | | East River Grou | 527.50 | 527.50 | 119,340.94 |
| Check | 08/09/2017 | 2049 | Chatel, Inc | Inv #1706-SLH | | East River Grou | 615.00 | 615.00 | 119,955.94 |
| Check | 08/17/2017 | 2055 | Chatel, Inc | Inv #1707-SLH | | East River Grou | 2,998.50 | 2,998.50 | 122,954.44 |
| **Total Historic consultants** | | | | | | | | 122,954.44 | 122,954.44 |
| **Total Consulting** | | | | | | | | 122,954.44 | 122,954.44 |
| **Total Professional fees** | | | | | | | | 122,954.44 | 122,954.44 |
| **Total Construction In Progress** | | | | | | | | 122,954.44 | 122,954.44 |
| **TOTAL** | | | | | | | | 122,954.44 | 122,954.44 |



Chattel, Inc. | Historic Preservation Consultants

December 24, 2013

VIA E-MAIL (leo@slhinvestments.com)

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

Re:   Proposal for Historic Preservation Consulting Services
      Sears, Roebuck & Company Mail Order Building
      2650 E. Olympic Boulevard, Los Angeles, California

Dear Leo,

We are pleased to provide this proposal for historic preservation consulting services for the

**EAST RIVER GROUP LLC**                                              001009
206 W. 6TH STREET
LOS ANGELES, CA 90014                    DATE January 22,            16-7038/3220

PAY
TO THE        ~CHATTEL, INC.~                                    $ 5,000.00
ORDER OF

              ~Five Thousand Dollars Only~                          DOLLARS

🏦 EAST WEST BANK

MEMO      advance payment
          historic preservation

in pre-cast concrete aggregate panels was also constructed in 1964. The subject property is
designated as City of Los Angeles (City) Historic-Cultural Monument (HCM) No. 788 and has
a Mills Act Historical Property Contract (Mills Act Contract). It was also listed in the National
Register of Historic Places (National Register) in 2006. Using an arbitrary 50 year cut-off,
the National Register nomination established a 1927-1955 period of significance for the
subject property. As a result, none of the 1959 and 1964 additions were identified as
contributing features. The nomination also described that the 1959 and 1964 rear additions

Exhibit 5    125



**Chattel, Inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.chattel.us

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/31/2014 | 1403-SLH02 |

| Terms |
|-------|
|  |

**Bill To**

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH-02-Sears Building |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 03/01/2014 to 03/31/2014 | 1 | 250.00 | 250.00 |
| Robert Chattel - Principal/Preservation Architect | 23.75 | 100.00 | 2,375.00 |
| Justin Greving - Associate II | 13.5 | 80.00 | 1,080.00 |
| Shane Swerdlow - Associate I | 5.75 | 60.00 | 345.00 |
| Erika Trevis - Assistant | | | |
| Total Compensation: $4,050.00 | | | |
| | | | |
| Apply Advance Payment | | -1,968.75 | -1,968.75 |
| $5,000 Advance Payment received 1/22/14 | | | |
| - 3,031.25 Applied to invoice 1402-SLH02 (prior period) | | | |
| - 1,968.75 Applied to this invoice | | | |
| = $2,081.25 Invoice balance due | | | |

THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES.

**EAST RIVER GROUP LLC**
206 W. 6TH STREET
LOS ANGELES, CA 90014

001058

DATE **April 14, 2014**                18-7038/3220

PAY TO THE ORDER OF    ~CHATTEL, INC.~                     $ **2,081.25**

~Two Thousand Eighty One Dollars and 25/100 Only~                     DOLLARS

🏦 EAST WEST BANK

MEMO    **Inv# 1403-SLH02**

| | Total | $2,081.25 |
|--|-------|-----------|

Exhibit 5    126

**Chattel, Inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.chattel.us

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/31/2014 | 1405-SLH02 |
| Terms | |
| Net 30 | |

**Bill To**

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH-02-Sears Building |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 05/01/2014 to 05/31/2014 | | | |
| Robert Chattel - Principal/Preservation Architect | 5 | 250.00 | 1,250.00 |
| Justin Greving - Associate II | 29.5 | 100.00 | 2,950.00 |
| Shane Swerdlow - Associate I | 19.5 | 80.00 | 1,560.00 |
| Erika Trevis - Assistant | 1.5 | 60.00 | 90.00 |
| Total Compensation: $5,850.00 | | | |
| | | | |
| Reimbursable: | | 16.00 | 16.00 |
| Parking | | | |

6/9/14

THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES.

001108

**EAST RIVER GROUP LLC**
206 W. 6TH STREET
LOS ANGELES, CA 90014

DATE June 11, 2014          16-7030/3220

$ 5,866.00

PAY
TO THE
ORDER OF    ~CHATTEL INC.~

~Five Thousand Eight Hundred Sixty Six Dollars Only~                DOLLARS

EAST WEST BANK

MEMO    Inv# 1405-SLH02

Exhibit 5    127

# Invoice

**Chattel, Inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.chattel.us

| Date | Invoice # |
|---|---|
| 4/30/2014 | 1404-SLH02 |

| Terms |
|---|
| Net 30 |

**Bill To**

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---|
| SLH-02-Sears Building |

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Billing for 04/01/2014 to 04/30/2014 | | | |
| Robert Chattel - Principal/Preservation Architect | 7 | 250.00 | 1,750.00 |
| Justin Greving - Associate II | 23.75 | 100.00 | 2,375.00 |
| Allison Lyons - Associate II | 0.25 | 100.00 | 25.00 |
| Shane Swerdlow - Associate I | 14 | 80.00 | 1,120.00 |
| Total Compensation: $5,270.00 | | | |
| | | | |
| Reimbursable: | | 28.70 | 28.70 |
| Research | | | |

THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES.

001117

**EAST RIVER GROUP LLC**
206 W. 6TH STREET
LOS ANGELES, CA 90014

DATE July 1, 2014        18-7038/3220

PAY TO THE ORDER OF    ~CHATTEL INC.~        $ 5,298.70

~Five Thousand Two Hundred Ninety Eight Dollars and 70/100 Only~        DOLLARS

EAST WEST BANK

MEMO    Inv# 1404-SLH02

| | Total | $5,298.70 |
|---|---|---|

Exhibit 5    128

**Chattel, Inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.chattel.us

# Invoice

| Date | Invoice # |
|---|---|
| 7/31/2014 | 1407-SLH02 |

| Terms |
|---|
| Net 30 |

**Bill To**

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---|
| SLH-02-Sears Building |

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Billing for 07/01/2014 to 07/31/2014 | | | |
| Robert Chattel - Principal/Preservation Architect | 0.25 | 250.00 | 62.50 |
| Leslie Heumann - Consulting Principal Associate | 4 | 150.00 | 600.00 |
| Justin Greving - Associate II | 28.25 | 100.00 | 2,825.00 |
| Shane Swerdlow - Associate I | 3.5 | 80.00 | 280.00 |
| Erika Trevis - Assistant | 7.5 | 60.00 | 450.00 |
| Total Compensation: $4,217.50 | | | |
| | | | |
| Reimbursables: | | | |
| Printing/Scans/Blueprints | | 49.70 | 49.70 |
| Printing/Scans/Blueprints | | 124.70 | 124.70 |
| Photos/Photocopies | | 198.51 | 198.51 |
| Total Reimbursables: $372.91 | | | |

THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES.

**EAST RIVER GROUP LLC**                                                    **001154**
206 W. 6TH STREET
LOS ANGELES, CA 90014                   DATE  August 13, 2014          16-7038/3220

PAY
TO THE     ~CHATTEL, INC.~                                          $  $4,590.41
ORDER OF

~Four Thousand Five Hundred Ninety Dollars and 41/100 Only~          DOLLARS

EAST WEST BANK

MEMO    Inv# 1407-SLH02

| | Total | $4,590.41 |
|---|---|---|

Exhibit 5    129



**Chattel, Inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.chattel.us

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/30/2014 | 1406-SLH02 |

| Terms |
|-------|
| Net 30 |

**Bill To**

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH-02-Sears Building |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 06/01/2014 to 06/30/2014 | | | |
| Robert Chattel - Principal/Preservation Architect | 5 | 250.00 | 1,250.00 |
| Shannon Ferguson - Senior Associate | 2 | 130.00 | 260.00 |
| Justin Greving - Associate II | 51.5 | 100.00 | 5,150.00 |
| Shane Swerdlow - Associate I | 11 | 80.00 | 880.00 |

THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES.

**EAST RIVER GROUP LLC**
208 W. 6TH STREET
LOS ANGELES, CA 90014

DATE November 6, 2014            16-7038/3220

**001215**

PAY TO THE ORDER OF         ~CHATTEL, INC.~            $ 7,540.00

~Seven Thousand Five Hundred Forty Dollars Only~            DOLLARS

**EAST WEST BANK**

MEMO   Inv# 1406-SLH02

| Total | $7,540.00 |
|-------|-----------|

Exhibit 5   130



**Chattel, Inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 - www.chattel.us

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/30/2014 | 1411-SLH02 |

| Terms |
|-------|
| Net 30 |

**Bill To**

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH-02-Sears Building |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 08/01/2014 to 11/30/2014 | | | |
| Robert Chattel - Principal/Preservation Architect | 7 | 250.00 | 1,750.00 |
| Justin Greving - Associate II | 7.5 | 100.00 | 750.00 |
| Shane Swerdlow - Associate I | 3.25 | 80.00 | 260.00 |
| Erika Trevis - Assistant | 2.5 | 60.00 | 150.00 |
| Total Compensation: $2,910.00 | | | |
| | | | |
| Reimbursables: | | | |
| Messenger/Delivery | 1 | 7.63 | 7.63 |
| Messenger/Delivery | 1 | 29.00 | 29.00 |
| Parking | 1 | 7.00 | 7.00 |
| Total Reimbursables: $43.63 | | | |

THE RED THERMO SECURED "SO" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURE

**EAST RIVER GROUP LLC**
206 W. 6TH STREET
LOS ANGELES, CA 90014

001297

JB - 3065283

DATE February 20, 2015     16-7038/3220

PAY
TO THE
ORDER OF          ~CHATTEL, INC.~                    $$   2,953.63

~Two Thousand Nine Hundred Fifty Three Dollars and 63/100 Only~

DOLLARS

EAST WEST BANK

MEMO    Inv# 1411-SLH02

| | | | Total | $2,953.63 |
|-|-|-|-------|-----------|

Exhibit 5    131

**Chattel, inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.chattel.us

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/31/2015 | 1503-SLH02 |

| Terms |
|-------|
| Net 30 |

**Bill To**

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH-02-Sears Building |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 12/01/2014 to 03/31/2015 | | | |
| Robert Chattel - Principal/Preservation Architect | 2 | 250.00 | 500.00 |
| Shane Swerdlow - Senior Associate | 4.75 | 130.00 | 617.50 |
| Total Compensation: $1,117.50 | | | |
| | | | |
| Reimbursable: | | | |
| Parking | | 6.00 | 6.00 |

THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES.

**EAST RIVER GROUP LLC**
206 W. 6TH STREET
LOS ANGELES, CA 90014

**001342**

DATE April 15, 2015     16-7038/3220

PAY TO THE ORDER OF  ~Chattel, Inc. ~     $$  1,123.50

~One Thousand One Hundred Twenty Three Dollars and 50/100 Only~     DOLLARS

**EAST WEST BANK**

MEMO  Inv. # 1503-SLH02

| | Total | $1,123.50 |
|--|-------|-----------|

Exhibit 5    132



**Chattel, Inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.chattel.us

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/31/2015 | 1505-SLH02 |

| Terms |
|-------|
| Net 30 |

**Bill To**

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH-02-Sears Building |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 05/01/2015 to 05/31/2015 | | | |
| Robert Chattel - Principal/Preservation Architect | 1 | 250.00 | 250.00 |
| Shane Swordlow - Senior Associate | 14.5 | 130.00 | 1,885.00 |
| Melanie Emas - Assistant | 1 | 40.00 | 40.00 |
| Total Compensation: $2,175 | | | |
| | | | |
| Reimbursables: | | | |
| Parking | 1 | 7.00 | 7.00 |
| Parking | 1 | 6.00 | 6.00 |
| Parking | 1 | 6.00 | 6.00 |
| Parking | 1 | 6.00 | 6.00 |
| Total Reimbursables: $25 | | | |

THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES

**EAST RIVER GROUP LLC**
206 W. 6TH STREET
LOS ANGELES, CA 90014

001424

16-7038/3220

DATE July 20, 2015

PAY TO THE ORDER OF    ~CHATTEL INC.~    $  $2,200.00

~Two Thousand Two Hundred Dollars Only~    DOLLARS

EAST WEST BANK

MEMO  Inv# 1505-SLH02

| | Total | $2,200.00 |
|---|-------|-----------|

Exhibit 5    133

# Invoice

**Chattel, Inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.chattel.us

| Date | Invoice # |
|------|-----------|
| 6/30/2015 | 1506-SLH02 |
| | Terms |
| | Net 30 |

**Bill To**

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH-02-Sears Building |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 06/01/15 to 06/30/15 | | | |
| Robert Chattel - Principal/Preservation Architect | 3 | 250.00 | 750.00 |
| Laura Carias - Senior Associate | 13.5 | 140.00 | 1,890.00 |
| Shane Swerdlow - Senior Associate | 0.5 | 130.00 | 65.00 |

THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES

001426

**EAST RIVER GROUP LLC**
208 W. 6TH STREET
LOS ANGELES, CA 90014

*Missing*

DATE July 21, 2015        16-7038/3220

~CHATTEL, INC.~        $ **$2,705.00**

PAY
TO THE
ORDER OF

~Two Thousand Seven Hundred Five Dollars Only~        DOLLARS

■ EAST WEST BANK

MEMO    Inv# 1506-SLH02

| | | Total | $2,705.00 |
|---|---|-------|-----------|

Exhibit 5    134

THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES

**EAST RIVE  iROUP LLC**
206 W. 6TH STREET
LOS ANGELES, CA 90014

001482

16-7038/3220

DATE October 8, 2015

PAY TO THE ORDER OF ~CHATTEL, INC. ~                    $  $5,000.00

~Five Thousand Dollars Only~                              DOLLARS

**EAST WEST BANK**

MEMO  Retainer for expanded contract

---

THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES.

**EAST RIVER GROUP LLC**
206 W. 6TH STREET
LOS ANGELES, CA 90014

001481

16-7038/3220

DATE October 8, 2015

PAY TO THE ORDER OF ~CHATTEL, INC. ~                    $  $2,633.77

~Two Thousand Six Hundred Thirty Three and 77/100 Only~    DOLLARS

**EAST WEST BANK**

MEMO  Final Payment for Proj. SLH02
(41,500 Contract)

Exhibit 5    135

**Payment:**

| | |
|---|---|
| e | 1/3/201: |
| ject Name | Chattel - Sears |
| ty to Charge | ER6 - EWB |
| ount | $ 3,626.19 |
| mo (purpose of payment) | Full Payment to Inv # 1508 - SLH02 |
| ials | diony |

# Invoice

| Date | Invoice # |
|---|---|
| 8/31/2015 | 1508-SLH02 |

| Terms |
|---|
| Net 30 |

| Bill To |
|---|
| Mr. Leo Pustilnikov<br>East River Group LLC<br>501 S. Spring Street<br>Los Angeles, CA 90013 |

| Project |
|---|
| SLH-02-Sears Building |

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Billing for 08/01/2015 to 08/31/2015 | | | |
| Robert Chattel - Principal/Preservation Architect | 2.5 | 250.00 | 625.00 |
| Leslie Heumann - Consulting Principal Associate | 0.5 | 150.00 | 75.00 |
| Laura Carias - Senior Associate | 17 | 140.00 | 2,380.00 |
| Kristen Hayashi - Intern | 10.25 | 40.00 | 410.00 |
| Total Compensation: $ 3,490 | | | |
| | | | |
| Reimbursables: | | | |
| Photos/Photocopies | 1 | 13.08 | 13.08 |
| Messenger/Delivery | 1 | 109.28 | 109.28 |
| Messenger/Delivery | 1 | 13.82 | 13.83 |
| Total Reimbursables: $ 136.19 | | | |

HE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES.

**EAST RIVER GROUP LLC**
206 W. 6TH STREET
LOS ANGELES, CA 90014

001503

DATE November 2, 2015    18-7038/3220

PAY
TO THE
ORDER OF ~CHATTEL, INC. ~    $ | $3,626.19 |

~Three Thousand Six Hundred Twenty Six Dollars and 19/100 Only~    DOLLARS

EAST WEST BANK

EMO    Inv.# 1508-SLH02

Full Payment

Exhibit 5    136

**Chattel, Inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.chattel.us

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/31/2015 | 1508-SLH02 |

| Terms |
|-------|
| Net 30 |

**Bill To**

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH-02-Sears Building |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 08/01/2015 to 08/31/2015 | | | |
| Robert Chattel - Principal/Preservation Architect | 2.5 | 250.00 | 625.00 |
| Leslie Heumann - Consulting Principal Associate | 0.5 | 150.00 | 75.00 |
| Laura Carias - Senior Associate | 17 | 140.00 | 2,380.00 |
| Kristen Hayashi - Intern | 10.25 | 40.00 | 410.00 |
| Total Compensation: $ 3,490 | | | |
| | | | |
| Reimbursables: | | | |
| Photos/Photocopies | 1 | 13.08 | 13.08 |
| Messenger/Delivery | 1 | 109.28 | 109.28 |
| Messenger/Delivery | 1 | 13.83 | 13.83 |
| Total Reimbursables: $ 136.19 | | | |

| | Total | $3,626.19 |
|--|-------|-----------|

Exhibit 5    137

| For Payment: | *(handwritten)* |
|---|---|
| Date | *(handwritten)* 1/1/2015 |
| Project Name | Chattel - Sears |
| Entity to Charge | ERG - EWB |
| Amount | $2,025.26 |
| Memo (purpose of payment) | Full Pay to Inv.# 1507 - SLH02 |
| Initials | AD94 10/30/15 |

# Invoice

| Date | Invoice # |
|---|---|
| 8/18/2015 | 1507-SLH02 |
| | Terms |
| | Net 30 |

**Bill To**

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---|
| SLH-02-Sears Building |

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Billing for 07/01/2015 to 07/31/2015 | | | |
| Robert Chattel - Principal/Preservation Architect | 4.75 | 250.00 | 1,187.50 |
| Gabrielle Harlan - Principal Associate | 0.25 | 160.00 | 40.00 |
| Laura Canas - Senior Associate | 56.25 | 140.00 | 7,875.00 |
| Kristen Hayashi - Intern | 8 | 40.00 | 320.00 |
| Total Compensation: $9,422.50 | | | |
| | | | |
| Reimbursables: | | 138.43 | 138.43 |
| Printing/Scans/Blueprints | | 98.10 | 98.10 |
| Photos/Photocopies | | | |
| Total Reimbursables: $236.53 | | | |

THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATU

**EAST RIVER GROUP LLC**
206 W. 6TH STREET
LOS ANGELES, CA 90014

00150

DATE November 2, 2015    18-7038/3220

PAY TO THE ORDER OF    ~CHATTEL, INC. ~    $    $2,025.26

~Two Thousand Twenty Dollars and 26/100 Only~    DOLLARS

🏦 EAST WEST BANK

MEMO    Inv.# 1507-SLH02

Full Payment ████████████████

Exhibit 5    138

**Chattel, Inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.chattel.us

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/31/2015 | 1507-SLH02 |
| | Terms |
| | Net 30 |

**Bill To**

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH-02-Sears Building |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 07/01/2015 to 07/31/2015 | | | |
| Robert Chattel - Principal/Preservation Architect | 4.75 | 250.00 | 1,187.50 |
| Gabrielle Harlan - Principal Associate | 0.25 | 160.00 | 40.00 |
| Laura Cartas - Senior Associate | 56.25 | 140.00 | 7,875.00 |
| Kristen Hayashi - Intern | 8 | 40.00 | 320.00 |
| Total Compensation: $9,422.50 | | | |
| | | | |
| Reimbursables: | | | |
| Printing/Scans/Blueprints | | 138.43 | 138.43 |
| Photos/Photocopies | 1 | 98.10 | 98.10 |
| Total Reimbursables: $236.53 | | | |
| | | **Total** | **$9,659.03** |

Exhibit 5    139



**Chattel, Inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 – www.chattel.us

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/31/2015 | 1510-SLH02 |

| Terms |
|-------|
| Net 30 |

Bill To

Mr. Lea Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH02-Sears Boyle Heights |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 10/01/2015 to 10/31/2015 | | | |
| Robert Chattel - Principal/Preservation Architect | 3.75 | 250.00 | 937.50 |
| Leslie Heumann - Consulting Principal Associate | 2.5 | 150.00 | 375.00 |
| Laura Cubas - Senior Associate | 37 | 140.00 | 5,180.00 |
| Bradley Furuya - Associate I | 0.5 | 80.00 | 40.00 |
| Kristen Hayashi - Intern | 11.5 | 40.00 | 460.00 |
| Total Compensation: $6,992.50 | | | |
| | | | |
| Reimbursables: | 1 | 6.40 | 6.40 |
| Photos/Photocopies | 1 | 8.00 | 8.00 |
| Parking | | | |
| Total Reimbursables: $14.40 | | | |

**EAST RIVER GROUP LLC**
206 WEST 6TH ST., SUITE #100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

CHECK NO.   **1532**

12/01/2015

PAY TO THE
ORDER OF    Chattel, Inc.                                        $**7,006.90

Seven Thousand Six and 90/100*********************************************    DOLLARS

MEMO Inv# 1510-SLH02 dated 10/31/15

AUTHORIZED SIGNATURE

Date: 12/01/2015 Check #: 1532

EAST RIVER GROUP LLC

Exhibit 5    140

# Invoice

**EAST RIVER GROUP LLC**
206 WEST 6TH ST., SUITE #100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

CHECK NO.   1533

12/01/2015

PAY TO THE
ORDER OF        Chattel, Inc.                                    $**5,000.00

Five Thousand and 00/100************************************************ DOLLARS

MEMO Inv# 1509-SLH02 Partial Payment                    AUTHORIZED SIGNATURE

---

**EAST RIVER GROUP LLC**                    Date: 12/01/2015 Check #: 1533

**EAST RIVER GROUP LLC**                                        001505
206 W 6TH STREET
LOS ANGELES, CA 90014                        November 2, 2015

PAY                                                            $5,000.00
TO THE
ORDER OF                "CHATTEL, INC"

"Five Thousand Dollars Only"                                DOLLARS

EAST WEST BANK

MEMO    Inv. # 1509-SLH02
        Partial Payment

Exhibit 5    141



**Chattel, Inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.chattel.us

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/30/2015 | 1509-SLH02 |

| Terms |
|-------|
| Net 30 |

**Bill To**

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH-02-Sears Building |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 09/01/2015 to 09/30/2015 | 13.75 | 250.00 | 3,437.50 |
| Robert Chattel - Principal/Preservation Architect | 4 | 150.00 | 600.00 |
| Leslie Heumann - Consulting Principal Associate | 67 | 140.00 | 9,380.00 |
| Laura Canas - Senior Associate | 1.5 | 80.00 | 120.00 |
| Bradley Furuya - Associate I | 13.5 | 40.00 | 540.00 |
| Kristen Hayashi - Intern | | | |
| Total Compensation: $14,077.50 | | | |
| | | | |
| Reimbursables: | | | |
| Parking | 1 | 8.00 | 8.00 |
| Parking | 1 | 8.00 | 8.00 |
| Parking | 1 | 10.00 | 10.00 |
| Parking | 1 | 8.00 | 8.00 |
| Parking | 1 | 8.00 | 8.00 |
| Total Reimbursables: $42.00 | | | |

MONTGOMERY SEISMIC ALTERATION PROJECT
MICROFILM #23115DNS-108

**EAST RIVER GROUP LLC**
206 WEST 6TH ST., SUITE #100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

**1551**

12/15/2015

$**4,199.50

PAY TO THE
ORDER OF     Chattel, Inc.

Four Thousand One Hundred Ninety-Nine and 50/100******************     DOLLARS

AUTHORIZED SIGNATURE

MEMO Inv# 1509-SLH02 dated 9/30/15- Final Pymt.

Date: 12/15/2015 Check #: 1551

EAST RIVER GROUP LLC

Exhibit 5    142



**Chattel, Inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.chattel.us

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/30/2015 | 1509-SLH02 |

| Terms |
|-------|
| Net 30 |

**Bill To**

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH-02-Sears Building |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 09/01/2015 to 09/30/2015 | | | |
| Robert Chattel - Principal/Preservation Architect | 13.75 | 250.00 | 3,437.50 |
| Leslie Heumann - Consulting Principal Associate | 4 | 150.00 | 600.00 |
| Laura Carias - Senior Associate | 67 | 140.00 | 9,380.00 |
| Bradley Furuya - Associate I | 1.5 | 80.00 | 120.00 |
| Kristen Hayashi - Intern | 13.5 | 40.00 | 540.00 |
| Total Compensation: $14,077.50 | | | |
| | | | |
| Reimbursables: | | | |
| Parking | 1 | 8.00 | 8.00 |
| Parking | 1 | 8.00 | 8.00 |
| Parking | 1 | 10.00 | 10.00 |
| Parking | 1 | 8.00 | 8.00 |
| Parking | 1 | 8.00 | 8.00 |
| Total Reimbursables: $42.00 | | | |

*NOTE - THIS IS OUR FINAL PAYMENT.*

*14,199.50*
*- 5,000. -*
*9,199.50*
*- 5,000. -*
*4,199.50*

| | Total | $14,119.50 |
|--|-------|-----------|

Exhibit 5    143

**Chattel, Inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.chattel.us

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/30/2015 | 1511-SLH02 |

| Terms |
|-------|
| Net 30 |

**Bill To**

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH-02-Sears Boyle Heights |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 11/01/2015 to 11/30/2015 | | | |
| Robert Chattel - Principal/Preservation Architect | 2 | 250.00 | 500.00 |
| Laura Carias - Senior Associate | 46.5 | 140.00 | 6,510.00 |
| Bradley Furuya - Associate I | 10.5 | 80.00 | 840.00 |
| Total Compensation: $7,850 | | | |
| | | | |
| Reimbursables: | | | |
| Messenger/Delivery | 1 | 14.63 | 14.63 |
| Photos/Photocopies | 1 | 13.65 | 13.65 |
| Printing | 1 | 382.05 | 382.05 |
| Parking | 1 | 8.00 | 8.00 |
| Total Reimbursables: $418.33 | | | |

DOCUMENT CONTAINS SECURITY FEATURES. ABSENCE OF THESE FEATURES WILL INDICATE A COPY. ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON BACK. HOLD AT AN ANGLE TO VIEW.    MultiCHAX® # 23115DNS-08

**EAST RIVER GROUP LLC**
206 WEST 8TH ST., SUITE #100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

**1558**

12/22/2015

PAY TO THE
ORDER OF    Chattel, Inc.    $**8,268.33

Eight Thousand Two Hundred Sixty-Eight and 33/100***************    DOLLARS

MEMO Inv# 1511-SLH02 dated 11/30/15    AUTHORIZED SIGNATURE

| | Total | $8,268.33 |
|--|-------|-----------|

Exhibit 5    144

# Invoice

Chattel, Inc.
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.chattel.us

| Date | Invoice # |
|------|-----------|
| 12/31/2015 | 1512-SLH02 |
| | Terms |
| | Net 30 |

**Bill To**

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH02-Sears Boyle Heights |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 12/01/2015 to 12/31/2015 | | | |
| Robert Chattel - Principal/Preservation Architect | 2 | 250.00 | 500.00 |
| Laura Canas - Senior Associate | 35.5 | 140.00 | 4,970.00 |
| Kristen Huyashi - Intern | 2 | 40.00 | 80.00 |

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND AND MICROPRINT BORDER - THE BACK CONTAINS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECT
MultiCHAX® # 23115DNS-08

**EAST RIVER GROUP LLC**
206 WEST 6TH ST., SUITE #100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

**1596**

02/02/2016

PAY TO THE
ORDER OF ____ Chattel, Inc. ____                            $**5,550.00

Five Thousand Five Hundred Fifty and 00/100**********************      DOLLARS

MEMO Inv# 1512-SLH02 dated 12/31/15

AUTHORIZED SIGNATURE

| | Total | $5,550.00 |
|---|-------|-----------|

Exhibit 5    145

**Chattel, Inc.**
**13417 Ventura Boulevard**
**Sherman Oaks, CA 91423**
**(818) 788-7954 ~ www.chattel.us**

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/31/2016 | 1605-SLH02 |

| Terms |
|-------|
| Net 30 |

**Bill To**

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH-02-Sears Boyle Heights |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 05/01/2016 to 05/31/2016 | | | |
| Robert Chattel - Principal/Preservation Architect | 1.25 | 250.00 | 312.50 |
| Laura Carias - Senior Associate | 2.5 | 140.00 | 350.00 |
| Christine Mathieson - Associate II | 3.5 | 110.00 | 385.00 |
| Sarah Vonesh - Associate I | 5.75 | 110.00 | 632.50 |

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD VOID IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED

**EAST RIVER GROUP LLC**
206 W 6TH ST, SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N LOS ROBLES AVE, SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23178DNS-08

**1708**

06/22/2016

PAY TO THE
ORDER OF        Chattel, Inc.                                    $  **1,680.00

One Thousand Six Hundred Eighty and 00/100************************ _____ DOLLARS

MEMO    Inv #1605-SLH02 Dated 5/31/16

AUTHORIZED SIGNATURE

| | | | Total | $1,680.00 |
|---|---|---|-------|-----------|

Exhibit 5    146

**Chattel, Inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.chattel.us

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/31/2016 | 1603-SLH02 |

| Terms |
|-------|
| Net 30 |

**Bill To**

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH-02-Sears Boyle Heights |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 02/01/2016 to 03/31/2016 | | | |
| Robert Chattel - Principal/Preservation Architect | 1.5 | 250.00 | 375.00 |

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECT

**EAST RIVER GROUP LLC**
208 WEST 6TH ST., SUITE #100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE.,SUITE 600
PASADENA, CA 91101

MULTICHAX® # 23115DNS-06

**1724**

07/18/2016

PAY TO THE
ORDER OF          Chattel, Inc.                                              $ **375.00

Three Hundred Seventy-Five and 00/100****************************** DOLLARS

MEMO
Inv #1603-SLH02 Dated 3/31/16

AUTHORIZED SIGNATURE

| | Total | $375.00 |
|---|-------|---------|

Exhibit 5    147

**Chattel, Inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.chattel.us

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/30/2016 | 1604-SLH02 |
| Terms | |
| Net 30 | |

Bill To

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH-02-Sears Boyle Heights |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 04/01/2016 to 04/30/2016 | | | |
| Laura Carias - Senior Associate | 1.5 | 140.00 | 210.00 |

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTE

**EAST RIVER GROUP LLC**
206 WEST 6TH ST., SUITE #100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23115DNS-08

**1725**

07/18/2016

PAY TO THE
ORDER OF _____ Chattel, Inc. _____ $*210.00

Two Hundred Ten and 00/100************************************** _____ DOLLARS

MEMO Inv #1604-SLH02 Dated 4/30/16

AUTHORIZED SIGNATURE

| | | Total | $210.00 |
|---|---|-------|---------|

Exhibit 5    148

**Chattel, Inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.chattel.us

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/30/2016 | 1606-SLH02 |
| | **Terms** |
| | Net 30 |

| Bill To |
|---------|
| Mr. Leo Pustilnikov<br>East River Group LLC<br>501 S. Spring Street<br>Los Angeles, CA 90013 |

| Project |
|---------|
| SLH-02-Sears Boyle Heights |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 06/01/2016 to 06/30/2016 | | | |
| Robert Chattel - Principal/Preservation Architect | 1.25 | 250.00 | 312.50 |
| Christine Mathieson - Associate II | 11 | 110.00 | 1,210.00 |

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTEC

**EAST RIVER GROUP LLC**
206 WEST 6TH ST., SUITE #100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23115DNS-06

**1726**

07/18/2016

PAY TO THE
ORDER OF _____ Chattel, Inc. _____                    $**1,522.50

One Thousand Five Hundred Twenty-Two and 50/100********************  _____ DOLLARS

MEMO Inv #1606-SLH02 Dated 6/30/16

AUTHORIZED SIGNATURE

| | | Total | $1,522.50 |
|--|--|-------|-----------|

Exhibit 5    149

# Invoice

**Chattel, Inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.chattel.us

| Date | Invoice # |
|------|-----------|
| 7/31/2016 | 1607-SLH02 |

| Terms |
|-------|
| Net 30 |

**Bill To**

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH-02-Sears Boyle Heights |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 07/01/16 to 07/31/16 | | | |
| Robert Chattel - Principal/Preservation Architect | 5.5 | 250.00 | 1,375.00 |
| Christine Mathieson - Associate II | 20 | 110.00 | 2,200.00 |

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED.

**EAST RIVER GROUP LLC**
206 WEST 6TH ST., SUITE #100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE, SUITE 600
PASADENA, CA 91101

MANCHAX# 23176DNS-08
1783

09/15/2016

PAY TO THE
ORDER OF ___ Chattel, Inc. _____ $ **8,365.00

Eight Thousand Three Hundred Sixty-Five and************************** DOLLARS

MEMO    Inv #1607-SLH02 & Inv #1608-SLH02

AUTHORIZED SIGNATURE

Exhibit 5    150

**Chattel, Inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.chattel.us

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/31/2016 | 1607-SLH02 |

| Terms |
|-------|
| Net 30 |

**Bill To**

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH-02-Sears Boyle Heights |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 07/01/16 to 07/31/16 | | | |
| Robert Chattel - Principal/Preservation Architect | 5.5 | 250.00 | 1,375.00 |
| Christine Mathieson - Associate II | 20 | 110.00 | 2,200.00 |
| | | **Total** | $3,575.00 |

Exhibit 5    151

**Chattel, Inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.chattel.us

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/31/2016 | 1608-SLH02 |

| Terms |
|-------|
| Net 30 |

**Bill To**

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH-02-Sears Boyle Heights |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 08/01/16 to 08/31/16 | | | |
| Robert Chattel - Principal/Preservation Architect | 3.5 | 250.00 | 875.00 |
| Christine Mathieson - Associate II | 35.5 | 110.00 | 3,905.00 |
| Total Compensation: $4,780 | | | |
| | | | |
| Reimbursable: | | | |
| Parking | 1 | 10.00 | 10.00 |
| | | **Total** | **$4,790.00** |

Exhibit 5    152

**Chattel, Inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.chattel.us

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/30/2016 | 1609-SLH02 |
| | **Terms** |
| | Net 30 |

**Bill To**

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH-02-Sears Boyle Heights |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 09/01/16 to 09/30/16 | | | |
| Robert Chattel - Principal/Preservation Architect | 8.75 | 250.00 | 2,187.50 |
| Laura Carias - Senior Associate | 2 | 140.00 | 280.00 |
| Christine Mathieson - Associate II | 20.5 | 110.00 | 2,255.00 |
| Total Compensation: $4,722.50 | | | |
| | | | |
| Reimbursables: | | | |
| Parking | 1 | 12.00 | 12.00 |
| Parking | 1 | 6.00 | 6.00 |
| Total Reimbursables: $18 | | | |

---

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23178DNS-08

**1835**

11/01/2016

PAY TO THE
ORDER OF        Chattel, Inc.                                                    $ **4,740.50

Four Thousand Seven Hundred Forty and 50/100********************            DOLLARS

MEMO        Inv# 1609-SLH02 dated 9/30/16

AUTHORIZED SIGNATURE

| | Total | $4,740.50 |
|--|-------|-----------|

Exhibit 5    153

**Chattel, Inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.chattel.us

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/31/2016 | 1610-SLH02 |

| Terms |
|-------|
| Net 30 |

**Bill To**

Mr. Leo Pustilnikov
East River Group LLC
501 S Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH-02-Sears Boyle Heights |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 10/01/2016 to 10/31/2016 | | | 812.50 |
| Robert Chattel - Principal/Preservation Architect | 3.25 | 250.00 | 2,100.00 |
| Laura Carias - Senior Associate | 15 | 140.00 | 2,970.00 |
| Christine Mathieson - Associate II | 27 | 110.00 | |

---

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N LOS ROBLES AVE, SUITE 600
PASADENA, CA 91101

Multi-CHAX® # 23178DH-06    **1857**

11/29/2016

PAY TO THE
ORDER OF _____ Chattel, Inc    $ **5,882.50

Five Thousand Eight Hundred Eighty-Two and************************ _____ DOLLARS

AUTHORIZED SIGNATURE

MEMO   Inv #1610-SLH02 Dated 10/31/16

| | | | Total | $5,882.50 |
|---|---|---|-------|-----------|

Exhibit 5    154

**Chattel, Inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.chattel.us

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/30/2016 | 1611-SLH02 |

| Terms |
|-------|
| Net 30 |

**Bill To**

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH-02-Sears Boyle Heights |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 11/01/2016 to 11/30/2016 | | | |
| Robert Chattel - Principal/Preservation Architect | 0.5 | 250.00 | 125.00 |
| Laura Carias - Senior Associate | 3 | 140.00 | 420.00 |

---

**EAST RIVER GROUP LLC**
208 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23178DNS-08

**1889**

12/19/2016

PAY TO THE
ORDER OF    Chattel, Inc.                                  $ **545.00

Five Hundred Forty-Five and 00/100************************************ DOLLARS

MEMO    Inv #1611-SLH02 Dated 11/30/16

AUTHORIZED SIGNATURE

| | | Total | $545.00 |
|--|--|-------|---------|

Exhibit 5    155

**Chattel, Inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.chattel.us

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/31/2017 | 1701-SLH02 |
| | Terms |
| | Net 30 |

Bill To

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH-02-Sears Boyle Heights |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 01/01/2017 to 01/31/2017 | 4 | 250.00 | 1,000.00 |
| Robert Chattel - Principal/Preservation Architect | 21.5 | 140.00 | 3,010.00 |
| Laura Cariias - Senior Associate | | | |

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX© # 23178DNS-06

**1938**

02/28/2017

PAY TO THE
ORDER OF _____ Chattel, Inc. _____                              $ **4,010.00

Four Thousand Ten and 00/100************************************** _____ DOLLARS

MEMO   Inv #1701-SLH02 Dated 1/31/17

AUTHORIZED SIGNATURE

| | Total | $4,010.00 |
|---|-------|-----------|

Exhibit 5    156

**Chattel, Inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.chattel.us

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/31/2016 | 1612-SLH02 |

| Terms |
|-------|
| Net 30 |

**Bill To**

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH-02-Sears Boyle Heights |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 12/01/2016 to 12/31/2016 | | | |
| Robert Chattel - Principal/Preservation Architect | 1.25 | 250.00 | 312.50 |
| Laura Carias - Senior Associate | 11 | 140.00 | 1,540.00 |
| Sarah Vonesh - Associate III | 0.5 | 110.00 | 55.00 |

**EAST RIVER GROUP LLC**
206 WEST 6TH ST., SUITE #100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE ,SUITE 600
PASADENA, CA 91101

MultiCHAX® 23115DNS-08

**1960**

03/21/2017

PAY TO THE
ORDER OF _____ Chattel, Inc. _____  $**2,834.50

Two Thousand Eight Hundred Thirty-Four and******************************* _____ DOLLARS

MEMO
Inv #1612-SLH02 & #1702-SLH02

AUTHORIZED SIGNATURE

| | Total | $1,907.50 |
|---|-------|-----------|

Exhibit 5    157

**Chattel, Inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.Chattel.us

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/28/2017 | 1702-SLH02 |
| | **Terms** |
| | Net 30 |

**Bill To**

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH-02-Sears Boyle Heights |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 02/01/2017 to 02/28/2017 | | | |
| Laura Carias - Senior Associate | 7 | 140.00 | 980.00 |
| Total Compensation: $980 | | | |
| | | | |
| Reimbursable: | | | |
| Parking | 1 | 12.00 | 12.00 |
| Parking | 1 | 15.00 | 15.00 |
| Total Reimbursables: $27 | | | |

| | | |
|---|---|---|
| Total | | $1,007.00 |
| Less Payments/Credits | | -$80.00 |
| **Balance Due** | | **$927.00** |

Exhibit 5    158

**Chattel, Inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.Chattel.us

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/31/2017 | 1703-SLH02 |

| Terms |
|-------|
| Net 30 |

| Bill To |
|---------|
| Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013 |

| Project |
|---------|
| SLH-02-Sears Boyle Heights |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 03/01/2017 to 03/31/2017
Laura Carias - Senior Associate | 7 | 140.00 | 980.00 |

**EAST RIVER GROUP LLC**
206 W 6TH ST, SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE. SUITE 600
PASADENA, CA 91101

MultiCHAX© 231/8DNS-06

**1982**

04/21/2017

PAY TO THE
ORDER OF _____ Chattel, Inc _____ $ **980.00

Nine Hundred Eighty and 00/100************************************* _____ DOLLARS

MEMO    Inv #1703-SLH02 Dated 3/31/17

AUTHORIZED SIGNATURE

| Total | $980.00 |
|-------|---------|
| Less Payments/Credits | $0.00 |
| **Balance Due** | **$980.00** |

Exhibit 5    159

# Invoice

**Chattel, Inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 · www.Chattel.us

| Date | Invoice # |
|------|-----------|
| 4/30/2017 | 1704-SLH02 |

| Terms |
|-------|
| Net 30 |

**Bill To**

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH-02-Sears Boyle Heights |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 03/01/2017 to 04/30/2017 | | 250.00 | |
| Robert Chattel - Principal/Preservation Architect | 2.55 | 90.00 | |
| Laura Carias - Senior Associate | | | |
| Brian Matuk - Associate I | 0.35 | 90.00 | |

---

**EAST RIVER GROUP LLC**
206 W 6TH ST. SUITE 100
LOS ANGELES. CA 90014

EAST WEST BANK
125 N. LOS ROBLES AVE. SUITE 600
PASADENA, CA 91101

**1999**

05/18/2017

PAY TO THE
ORDER OF        Chattel, Inc.

$ **527.50

Five Hundred Twenty-Seven and 50/100************************ DOLLARS

MEMO   Inv #1704-SLH02 Dated 4/30/17

AUTHORIZED SIGNATURE

| Total | $527.50 |
|-------|---------|
| Less Payments/Credits | $0.00 |
| **Balance Due** | **$527.50** |

Exhibit 5    160

**Chattel, Inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.Chattel.us

# Invoice

| Date | Invoice # |
|---|---|
| 6/30/2017 | 1706-SLH02 |

| | Terms |
|---|---|
| | Net 30 |

**Bill To**

Mr. Leo Pustilnikov
East River Group LLC
601 S. Spring Street
Los Angeles, CA 90013

| Project |
|---|
| SLH-02-Sears Boyle Heights |

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Billing for 06/01/2017 to 06/30/2017 | | | |
| Robert Chattel - Principal/Preservation Architect | 0.5 | 250.00 | 125.00 |
| Laura Canas - Senior Associate | 3 | 140.00 | 420.00 |
| Nels Youngborg - Principal Associate | 0.5 | 140.00 | 70.00 |

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23178DNS 08

**2049**

08/09/2017

PAY TO THE ORDER OF _____ Chattel, Inc _____ $ **615.00

Six Hundred Fifteen and 00/100********************************** DOLLARS

MEMO    Inv #1706-SLH02 Dated 6/30/17

AUTHORIZED SIGNATURE

| Less Payments/Credits | $0.00 |
|---|---|
| Balance Due | $615.00 |

Exhibit 5    161

**Chattel, Inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.Chattel.us

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/31/2017 | 1707-SLH02 |
| | Terms |
| | Net 30 |

**Bill To**

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH-02-Sears Boyle Heights |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 07/01/2017 to 07/31/2017 | | | |
| Robert Chattel - Principal/Preservation Architect | 3.75 | 250.00 | 937.50 |
| Laura Carias - Senior Associate | 14.5 | 140.00 | 2,030.00 |
| Total Compensation: $2,967.50 | | | |
| Reimbursables: | | | |
| Parking | | 16.00 | 16.00 |

---

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MainCHASE # 23176DNS-08

**2055**

08/17/2017

PAY TO THE
ORDER OF        Chattel, Inc.                                    $ **2,998.50

Two Thousand Nine Hundred Ninety-Eight and 50/100***************        DOLLARS

MEMO        Inv #1707-SLH02 Dated 7/31/17

AUTHORIZED SIGNATURE

| | Balance Due | $2,998.50 |
|--|-------------|-----------|

Exhibit 5    162



Russell Holland Engineering
PO Box 677
SOLVANG, CA 93464 US
213.260.3508
rhengineering@outlook.com

**BILL TO**
Mr. Leo Pustilnikov
East River Group, LLC

## INVOICE 2016.095

**DATE** 07/30/2016   **TERMS** Due on receipt

**DUE DATE** 08/01/2016

**PROJECT**
1051.2016.001 Sears HVAC

**SERVICES**
MEP Design

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 4100 MEP Design:Schematics At Start | 1 | 2,250.00 | 2,250.00 |
| 4100 MEP Design:DD's Design Development | 0 | 4,500.00 | 0.00 |
| 4100 MEP Design:CD's Construction Documents | 0 | 13,500.00 | 0.00 |
| 4100 MEP Design:CD's Permit Ready | 0 | 2,250.00 | 0.00 |

| TOTAL DUE | $2,250.00 |
|---|---|

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECT

**EAST RIVER GROUP LLC**
206 WEST 6TH ST., SUITE #100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23115DNS-06

**1752**

08/11/2016

PAY TO THE
ORDER OF _____ Russell Holland Engineering _____   $**2,250.00

Two Thousand Two Hundred Fifty and 00/100************************* _____ DOLLARS

MEMO
Inv #2016.095 Dated 7/30/16

AUTHORIZED SIGNATURE

Paypal Gratefully Accepted to rhengineering@outlook.com

Exhibit 5   163



Russell Holland Engineering
PO Box 677
SOLVANG, CA 93464 US
213.260.3508
rhengineering@outlook.com

**BILL TO**
Mr. Leo Pustilnikov
East River Group, LLC

## INVOICE 2016.095

**DATE** 07/30/2016   **TERMS** Due on receipt

**DUE DATE** 08/01/2016

**PROJECT**
1051.2016.001 Sears HVAC

**SERVICES**
MEP Design

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 4100 MEP Design:Schematics At Start | 1 | 2,250.00 | 2,250.00 |
| 4100 MEP Design:DD's Design Development | 0 | 4,500.00 | 0.00 |
| 4100 MEP Design:CD's Construction Documents | 0 | 13,500.00 | 0.00 |
| 4100 MEP Design:CD's Permit Ready | 0 | 2,250.00 | 0.00 |

Will Required
by Leo

| E | $2,250.00 |
|---|---|

Paypal Gratefully Accepted to rhengineering@outlook.com

Exhibit 5   164



Russell Holland Engineering
PO Box 677
SOLVANG, CA  93464 US
213.260.3508
rhengineering@outlook.com

**BILL TO**
Mr. Leo Pustilnikov
East River Group, LLC

## INVOICE 2016.114

**DATE** 08/30/2016   **TERMS** Net 30

**DUE DATE** 09/29/2016

**PROJECT**
1051.2016.001 Sears HVAC

**SERVICES**
MEP Design

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 4100 MEP Design:Schematics At Start | 1 | 2,250.00 | 2,250.00 |
| 4100 MEP Design:DD's Design Development | 1 | 4,500.00 | 4,500.00 |
| 4100 MEP Design:CD's Construction Documents | 0 | 13,500.00 | 0.00 |
| 4100 MEP Design:CD's Permit Ready | 0 | 2,250.00 | 0.00 |
| less prior billing 4100 MEP Design:Schematics At Start | -1 | 2,250.00 | -2,250.00 |

| **TOTAL DUE** | **$4,500.00** |
|---|---|

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND DO NOT CASH IF THE WORD VOID IS VISIBLE THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTEC

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX # 23176DNS-08
**1772**

09/08/2016

PAY TO THE
ORDER OF        Russell Holland Engineering                            $ **4,500.00

Four Thousand Five Hundred and 00/100********************************* _____ DOLLARS

MEMO    Inv #2016.114 dATED 8/30/16

AUTHORIZED SIGNATURE

Paypal Gratefully Accepted to rhengineering@outlook.com

Exhibit 5    165



Russel Holland Engineering
PO Box 677
SOLVANG, CA 93464 US
213.260.3508
rhengineering@outlook.com

**BILL TO**
Mr. Leo Pustilnikov
East River Group, LLC

## INVOICE 2016.114

**DATE** 08/30/2016    **TERMS** Net 30

**DUE DATE** 09/29/2016

**PROJECT**
1051.2016.001 Sears HVAC

**SERVICES**
MEP Design

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 4100 MEP Design:Schematics At Start | 1 | 2,250.00 | 2,250.00 |
| 4100 MEP Design:DD's Design Development | 1 | 4,500.00 | 4,500.00 |
| 4100 MEP Design:CD's Construction Documents | 0 | 13,500.00 | 0.00 |
| 4100 MEP Design:CD's Permit Ready | 0 | 2,250.00 | 0.00 |
| less prior billing 4100 MEP Design:Schematics At Start | -1 | 2,250.00 | -2,250.00 |

**TOTAL DUE**        **$4,500.00**

Mr,
Approved by Leo
9/8/16

Paypal Gratefully Accepted to rhengineering@outlook.com

Exhibit 5    166



Russell Holland Engineering
PO Box 677
SOLVANG, CA  93464 US
213.260.3508
rhengineering@outlook.com

BILL TO
Mr. Leo Pustilnikov
East River Group, LLC

## INVOICE 2016.123

DATE 09/15/2016    TERMS Net 30

DUE DATE 10/15/2016

PROJECT                                    SERVICES
1051.2016.001 Sears HVAC                    MEP Design

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 4100 MEP Design:Schematics At Start | 1 | 2,250.00 | 2,250.00 |
| 4100 MEP Design:DD's Design Development | 1 | 4,500.00 | 4,500.00 |
| 4100 MEP Design:CD's Construction Documents | 0.80 | 13,500.00 | 10,800.00 |
| 4100 MEP Design:CD's Permit Ready | 0 | 2,250.00 | 0.00 |
| less prior billing | | | |
| 4100 MEP Design:Schematics At Start | -1 | 2,250.00 | -2,250.00 |
| 4100 MEP Design:DD's Design Development | -1 | 4,500.00 | -4,500.00 |

### TOTAL DUE          $10,800.00

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23176DNS-06
1794

09/27/2016

PAY TO THE
ORDER OF          Russell Holland Engineering                    $ **10,800.00

Ten Thousand Eight Hundred and 00/100*****************************  DOLLARS

MEMO    Inv #2016.123 Dated 9/15/16

_____
AUTHORIZED SIGNATURE

Exhibit 5    167



Russell Howard Engineering
PO Box 677
SOLVANG, CA  93464 US
213.260.3508
rhengineering@outlook.com

**BILL TO**
Mr. Leo Pustilnikov
East River Group, LLC

## INVOICE 2016.123

**DATE** 09/15/2016    **TERMS** Net 30

**DUE DATE** 10/15/2016

**PROJECT**
1051.2016.001 Sears HVAC

**SERVICES**
MEP Design

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 4100 MEP Design:Schematics At Start | 1 | 2,250.00 | 2,250.00 |
| 4100 MEP Design:DD's Design Development | 1 | 4,500.00 | 4,500.00 |
| 4100 MEP Design:CD's Construction Documents | 0.80 | 13,500.00 | 10,800.00 |
| 4100 MEP Design:CD's Permit Ready | 0 | 2,250.00 | 0.00 |
| less prior billing 4100 MEP Design:Schematics At Start | -1 | 2,250.00 | -2,250.00 |
| 4100 MEP Design:DD's Design Development | -1 | 4,500.00 | -4,500.00 |

**TOTAL DUE**    **$10,800.00**

Paypal Gratefully Accepted to rhengineering@outlook.com

Exhibit 5    168



Russell Holland Engineering
PO Box
SOLVANG, CA  93464 US
213.260.3508
rhengineering@outlook.com

**BILL TO**
Mr. Leo Pustilnikov
East River Group, LLC

## INVOICE 2016.162

**DATE** 10/30/2016    **TERMS** Net 30

**DUE DATE** 11/29/2016

| PROJECT | SERVICES |
|---|---|
| 1051.2016.001 Sears HVAC | MEP Design |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 4100 MEP Design:Schematics At Start | 1 | 2,250.00 | 2,250.00 |
| 4100 MEP Design:DD's Design Development | 1 | 4,500.00 | 4,500.00 |
| 4100 MEP Design:CD's Construction Documents | 0.80 | 13,500.00 | 10,800.00 |
| 4100 MEP Design:CD's ES#1 | 1 | 2,000.00 | 2,000.00 |
| 4100 MEP Design:CD's Permit Ready | 0 | 2,250.00 | 0.00 |
| less prior billing | | | |
| 4100 MEP Design:Schematics At Start | -1 | 2,250.00 | -2,250.00 |
| 4100 MEP Design:DD's Design Development | -1 | 4,500.00 | -4,500.00 |
| 4100 MEP Design:CD's Construction Documents | -1 | 10,800.00 | -10,800.00 |
| Plots for Coordination, $40.47 + 10% markup | | 44.52 | 44.52 |

**TOTAL DUE**                    **$2,044.52**

---

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 231780NS-08
**1874**

12/12/2016

PAY TO THE
ORDER OF ____ Russell Holland Engineering                    $ **2,044.52

Two Thousand Forty-Four and 52/100************************************ ____ DOLLARS

MEMO    Inv #2016.162 Dated 10/30/16

AUTHORIZED SIGNATURE

Exhibit 5    169





Russell Holland Engineering
PO Box 677
SOLVANG, CA 93464 US
213.260.3508
rhengineering@outlook.com

**BILL TO**
Mr. Leo Pustilnikov
East River Group, LLC

## INVOICE 2016.162

DATE 10/30/2016    TERMS Net 30

DUE DATE 11/29/2016

**PROJECT**
1051.2016.001 Sears HVAC

**SERVICES**
MEP Design

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 4100 MEP Design:Schematics At Start | 1 | 2,250.00 | 2,250.00 |
| 4100 MEP Design:DD's Design Development | 1 | 4,500.00 | 4,500.00 |
| 4100 MEP Design:CD's Construction Documents | 0.80 | 13,500.00 | 10,800.00 |
| 4100 MEP Design:CD's ES#1 | 1 | 2,000.00 | 2,000.00 |
| 4100 MEP Design:CD's Permit Ready | 0 | 2,250.00 | 0.00 |
| less prior billing | | | |
| 4100 MEP Design:Schematics At Start | -1 | 2,250.00 | -2,250.00 |
| 4100 MEP Design:DD's Design Development | -1 | 4,500.00 | -4,500.00 |
| 4100 MEP Design:CD's Construction Documents | -1 | 10,800.00 | -10,800.00 |
| Plots for Coordination, $40.47 + 10% markup | | 44.52 | 44.52 |

| TOTAL DUE | $2,044.52 |
|---|---|

# ARC™

**ARC Document Solutions, LLC**
345 Clinton St, Costa Mesa, CA 92626
Federal Tax ID: 74-6036592

| | |
|---|---|
| INVOICE NO. | 8890131 |
| INVOICE DATE | 10/28/16 |
| WORK ORDER# | P2760199 |

**SOLD TO:**
Cust# 435895
RUSSELL A. HOLLAND & CO.
P.O. BOX 677
SOLVANG, CA 93464-0677

**SHIP TO:**
Contact# 5823
WILL CALL @ ARC VENICE
934 W VENICE BLVD
LOS ANGELES, CA 90015

DUE: 10/26/16 at 11:18PM

| CONTACT | PHONE | PURCHASE ORDER# | SALES REP |
|---|---|---|---|
| Russell/RUSSELL A. HOLLAND & CO. | 213-220-8009 | | Denice Davidson |

| JOB# | JOB NAME | | BILLER | LOG |
|---|---|---|---|---|
| | SEARS | | David Raya | 501 |

| PS CODE | DESCRIPTION | TAX | LOG# | ORIGINAL | COPIES | SIZE | TOTAL QTY | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1615 | CAD Plot Bond - First Set | T | 501 | 16 | 1 | 30X42 | 144 | SF | | 28.80 |
| 1624 | Stapling | T | 501 | 1 | 1 | | 1 | EA | | 1.08 |
| 6121 | Digital Processing | NT | 501 | 16 | 1 | | 16 | EA | | 1.60 |
| 8522 | Set Up | T | 501 | 1 | 1 | | 1 | EA | | 5.78 |

For Billing Inquiries, please contact your local branch at (213) 745-3145
For Account Inquiries and Payment Information, please call Vicki Kirnberger at 626-463-2233

| SUB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 37.26 | | 3.21 | 40.47 | | 40.47 |

Invoices undisputed for 45 days are final.
2760199

**TERMS:** Net 30 Days
Please Remit To: ARC Document Solutions, LLC 345 Clinton St, Costa Mesa, CA 92626

VK

Exhibit 5    171

3/1/2017                                    Gmail - FW: Sears

 **Gmail**                    Fe Legaspi <dtladevgroup@gmail.com>

## FW: Sears

**Fe Legaspi** <dtladevgroup@gmail.com>                    Thu, Feb 23, 2017 at 11:46 AM
To: Diony Rebuta <diony@cltifymgt.com>

Diony,

Accounting details as of 2/23/17 with Russell Holland Engineering for Sears HVAC as follows:

| Scope of Work | Amount | Payments | Balance |
|---|---|---|---|
| MEP Design Schematics | $ 2,250.00 | $ 2,250.00 | $ 0.00 |
| MEP Design Developments | $ 4,500.00 | $ 4,500.00 | $ 0.00 |
| MEP Construction Documents | $ 13,500.00 | $ 12,800.00 | $ 700.00 |
| MEP CD's- Permit Ready | $ 2,250.00 | $ 2,250.00 | $ 2,250.00 |
| Total | $ 22,500.00 | $ 19,550.00 | $ 2,950.00 |

1,800 = 700
            450
1,150 Balance

Attached new Invoice #2017.029 dated 2/15/17 we received for payment:

| | |
|---|---|
| MEP CD's-Permit Ready | $ 1,800.00 |
| HVAC Plan Check Fee | 3,617.38 |
| Plan Check Surcharge | 97.67 |
| Parking-LADBS | 21.18 (no copy) |
| Total Actual Inv for pymt | $ 5,536.23 |
| Plots for Coordination | 44.52 (PAID by Ck#1874 12/12/16=$2,000 + 44.52) |
| Total Russell's Invoice | $ 5,580.75 |

} 3,736.23

[Quoted text hidden]

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED

**EAST RIVER GROUP LLC**          EAST WEST BANK                    MultiCHAX® # 23170DNS-06
206 W 6TH ST., SUITE 100          135 N. LOS ROBLES AVE., SUITE 600   **1942**
LOS ANGELES, CA 90014             PASADENA, CA 91101
                                                                    03/01/2017

                                                                    $ **5,536.23

PAY TO THE
ORDER OF      Russell Holland Engineering

Five Thousand Five Hundred Thirty-Six and************************          DOLLARS

        Russell Holland Engineering
        P.O. Box 677
        Solvang, CA 93464

MEMO    Inv #2017.029 Dated 02/15/17                    AUTHORIZED SIGNATURE

Exhibit 5    172

https://mail.google.com/mail/u/0/?ui=2&ik=35bab7629a&view=pt&q=russell%20holland%20engineering&qs=true&search=query&msg=15a6c827a70564a8&siml...    1/1



Russell Holland Engineering
PO Box 677
SOLVANG, CA 93464 US
213.260.3508
rhengineering@outlook.com

**BILL TO**
Mr. Leo Pustilnikov
East River Group, LLC

## INVOICE 2017.029

**DATE** 02/15/2017    **TERMS** Net 30

**DUE DATE** 03/17/2017

**PROJECT**
1051.2016.001 Sears HVAC

**SERVICES**
MEP Design

| ACTIVITY | QTY | RATE | AMOUNT | |
|---|---|---|---|---|
| Plots for Coordination, $40.47 + 10% markup | | 44.52 | 44.52 | Paid 12/12/1 Ck#/8, |
| 4100 MEP Design:Schematics At Start | 1 | 2,250.00 | 2,250.00 | |
| 4100 MEP Design:DD's Design Development | 1 | 4,500.00 | 4,500.00 | |
| 4100 MEP Design:CD's Construction Documents | 0.80 | 13,500.00 | 10,800.00 | |
| 4100 MEP Design:CD's ES#1 | 1 | 2,000.00 | 2,000.00 | |
| 4100 MEP Design:CD's Permit Ready | 0.80 | 2,250.00 | 1,800.00 | |
| less prior billing | | | | |
| 4100 MEP Design:Schematics At Start | -1 | 2,250.00 | -2,250.00 | |
| 4100 MEP Design:DD's Design Development | -1 | 4,500.00 | -4,500.00 | |
| 4100 MEP Design:CD's Construction Documents | -1 | 10,800.00 | -10,800.00 | |
| 4100 MEP Design:CD's ES#1 | -1 | 2,000.00 | -2,000.00 | |
| HVAC Plan Check, $3,288.53 + 10% markup | | 3,617.38 | 3,617.38 | |
| Plan Check Surcharge, $88.79 + 10% markup | | 97.67 | 97.67 | |
| Parking · LADBS, $19.25 + 10% markup | | 21.18 | 21.18 | |

**TOTAL DUE    $5,580.75**

Paypal Gratefully Accepted to rhengineering@outlook.com

Exhibit 5    173

**2650 E Olympic Blvd**



Application #:

Plan Check #: M17LA01093

Event Code:

**17044 - 10000 - 01983**

Printed: 02/22/17 03:04 PM

| HVAC | | |
|---|---|---|
| | City of Los Angeles - Department of Building and Safety | |
| Commercial | **APPLICATION FOR HVAC** | Last Status: PC In Progress |
| Plan Check at Counter | | |
| Plan Check | **PLAN CHECK AND INSPECTION** | Status Date: 02/22/2017 |

**1. PROPERTY OWNER**
SHOMOF, ERIC TRS ET AL I AND A SHOI 206  6TH ST UNIT 100            LOS ANGELES CA 90014

**2. APPLICANT INFORMATION** (Relationship: Engineer)
RUSSELL HOLLAND - RUSSELL HOLLA 636 HINDFELL WAY            SOLVANG, CA 93463            (213)220-8009

**3. TENANT INFORMATION**

| 4. CONTRACTOR, ARCHITECT & ENGINEER NAME | ADDRESS | | CLASS | LICENSE # | PHONE # |
|---|---|---|---|---|---|
| (E)  HOLLAND, RUSSELL ADRIAN | 636 HINDFELL WAY, | SOLVANG, CA 93463 | | M26715 | |

**5. APPLICATION COMMENTS**
Structural plan check is required for new or replaced equipment weighing 400 lbs. or more when supported by a building and in case of a replacement, the new equipment exceeds the weight of the old one. LAMC Section 91.1632.

For Cashier's Use Only            W/O #: 74401983

**6. DESCRIPTION OF WORK**

**7. CHECKLIST ITEMS:**

**8. COUNCIL DISTRICT:** 14

**9. APPLICATION PROCESSING INFORMATION**

Plan Check By:

OK for Cashier:

Signature: _____    Date: _____

**NOTICE:**
The work included in this permit shall not be construed as establishing the legal number of dwelling units or guest rooms. That number is established by a Building Permit or a Certificate of Occupancy. In the event that any box (i.e. 1-10) is filled to its capacity, it is possible that additional information has been captured electronically and could not be printed due to space restrictions. Nevertheless, the information printed exceeds that required by Section 19825 of the Health and Safety Code of the State of California.

For inspection requests, call toll-free (888) LA4BUILD (524-2845). Outside LA County, call (213) 482-0000 or request inspections via www.ladbs.org. To speak to a Call Center agent, call 311. Outside LA County, call (213) 473-3231.

| | |
|---|---|
| LA H CA 101096117 2/22/2017 3:04:27 PM | |
| MECHANICAL PC | $3,017.00 |
| DEV SERV CENTER SURCH | $90.51 |
| SYSTEMS DEVT FEE | $181.02 |
| **Sub Total:** | **$3,288.53** |

Permit #: 170441000001983
Receipt #: 0101697807

2650 E Olympic Blvd
17044 - 10000 - 01983

M17LA01093

*P17044100000 1983SH*

Exhibit 5    174



**ARTMENT OF BUILDING AND SAFETY**

partment of Building and Safety
:A 101096117 2/22/2017 3:04:27 PM

```
NICAL PC                    $3,017.00
ERV CENTER SURCH              $90.51
4S DEVT FEE                  $181.02
                           ----------
             Sub Total:     $3,288.53

t #: 170441000001983
pt #: 0101697807
```



**DEPARTMENT OF BUILDING AND SAFETY**

LA Department of Building and Safety
LA M CA 101096117 2/22/2017 3:04:28 PM

```
Permit #: 170441000001983      $3,288.53
                      Total:   $3,288.53

                 MASTERCARD USD$3,288.53
Card No: ************
CHIP
                    Authorization: 005288
Signature
```

HOLLAND/RUSSELL

Reference No: 11174

EMV Receipt Section
Application Label: MASTERCARD
TC: 7A457E92489426D2
TVR: 0000008000
AID: A0000000041010

**PARTMENT OF BUILDING AND SAFETY**

)epartment of Building and Safety
: CA 101096117 2/22/2017 3:04:28 PM

```
ice Fee Charges
it #: 170441000001983         $88.75
                      Total:   $88.75

                 MASTERCARD USD$88.75
l No: ************
                    Authorization: 020598
ature
```

AND/RUSSELL
knowledge & accept a 2.70 percent
refundable service fee in the
at of $88.79.

rence No: 11175

Exhibit 5   175

# ARC™

**ARC Document Solutions, LLC**
345 Clinton St, Costa Mesa, CA 92626
Federal Tax ID: 74-6036592

| INVOICE NO. | 8890131 |
|---|---|
| INVOICE DATE | 10/28/16 |
| WORK ORDER# | P2760199 |

**SOLD TO:**
Cust# 435895
RUSSELL A. HOLLAND & CO.
P.O. BOX 677
SOLVANG, CA 93464-0677

**SHIP TO:**
Contact# 5823
WILL CALL @ ARC VENICE
934 W VENICE BLVD
LOS ANGELES, CA 90015

DUE: 10/26/16 at 11.18PM

| CONTACT | PHONE | PURCHASE ORDER# | SALES REP |
|---|---|---|---|
| Russell/RUSSELL A. HOLLAND & CO | 213-220-8009 | | Denice Davidson |

| JOB# | JOB NAME | | BILLER | LOC |
|---|---|---|---|---|
| | SEARS | | David Raya | 501 |

| OP CODE | DESCRIPTION | TAX | LOC | NO OF ORIGINALS | COPIES | SIZE | TOTAL QTY | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1615 | CAD Plot Bond - First Set | T | 501 | 16 | 1 | 30X42 | 144 | SF | | 28.80 |
| 1624 | Stapling | T | 501 | 1 | 1 | | 1 | EA | | 1.08 |
| 6121 | Digital Processing | NT | 501 | 16 | 1 | | 16 | EA | | 1.60 |
| 8522 | Set Up | T | 501 | 1 | 1 | | 1 | EA | | 5.78 |

*PAID* 10/21/16
Ck #1874 #2,000 + $44.52
#2044.52

+10% = $44.52

For Billing Inquiries, please contact your local branch at (213) 745-3145
For Account Inquiries and Payment Information, please call Vicki Kirnberger at 626-463-2233

| SUB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 37.26 | | 3.21 | 40.47 | | 40.47 |

Invoices undisputed for 45 days are final.
2760199

**TERMS:** Net 30 Days
Please Remit To: ARC Document Solutions, LLC 345 Clinton St. Costa Mesa, CA 92626

VK

Exhibit 5    176

**CHARLES TAN + ASSOCIATES**
320 East Second Street, Suite 316
Los Angeles, California 90012

DATE: 2/3/14

CTA WO#: 14501.10

DIONY- Accounts Payable
EAST RIVER GROUP LLC    —EWB
206 W. 6TH STREET # 100
LOS ANGELES, CA 90014

CTA Invoice #: Retainer

Sears Olympic

Professional Services: Retainer

    Fee: $200,000.00

| | | |
|---|---|---|
| Percent Complete    5% | Total Earned | $10,000.00 |
| | Previous Fee Billing | $0.00 |
| | Current Fee Billing | $10,000.00 |
| | Total Fee: | $10,000.00 |
| Reimburable Expenses (soils report submittal fee) | | $0.00 |
| Meetings (Soils Report Submittal) | | $0.00 |

| Total This Invoice | $10,000.00 |
|---|---|

| Billing to Date | Current | Prior | Total |
|---|---|---|---|
| Fee | $10,000.00 | $0.00 | $10,000.00 |
| Expense | $0.00 | $0.00 | $0.00 |
| Totals | $10,000.00 | $0.00 | $10,000.00 |

*mailed 2/28/14*

E RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION SEE BACK FOR ADDITIONAL FEATURES.

**EAST RIVER GROUP LLC**
206 W. 6TH STREET
LOS ANGELES, CA 90014

001018

DATE February 21, 2014        16-7036/3220

PAY
TO THE    ~CHARLES TAN + ASSOCIATES~                        $ 10,000.00
ORDER OF

        ~Ten Thousand Dollars Only~                                    DOLLARS

EAST WEST BANK

MEMO ▇▇▇▇▇▇-retainer

Exhibit 5    177

**CHARLES TAN + ASSOCIATES**
320 East Second Street, Suite 316
Los Angeles, California 90012

DATE: 2/3/14

CTA WO#: 14501.10

CTA Invoice #: Retainer

DIONY- Accounts Payable     —EWB
**EAST RIVER GROUP LLC**
206 W. 6TH STREET # 100
LOS ANGELES, CA 90014

Sears Olympic

Professional Services: Retainer

Fee: $200,000.00

| | | | |
|---|---|---|---|
| Percent Complete | 5% | Total Earned | $10,000.00 |
| | | Previous Fee Billing | $0.00 |
| | | Current Fee Billing | $10,000.00 |
| | | Total Fee: | $10,000.00 |

Reimburable Expenses (soils report submittal fee)     $0.00

Meetings (Soils Report Submittal)     $0.00

| Total This Invoice | $10,000.00 |
|---|---|

| Billing to Date | Current | Prior | Total |
|---|---|---|---|
| Fee | $10,000.00 | $0.00 | $10,000.00 |
| Expense | $0.00 | $0.00 | $0.00 |
| Totals | $10,000.00 | $0.00 | $10,000.00 |

Invoice amount is due upon receipt. Amounts not paid within 30 days from the invoice date will accrue a service charge (not an interest charge).

Exhibit 5    178



THE RED THERMO SECURED "SP" LOGO IN THE LOWER COR        HIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE

EAST RIVER GROUP LLC                                                                 001119
106 W. 6TH STREET
LOS ANGELES, CA 90014                           DATE July 2, 2014                18-7038/3220

PAY
TO THE      ~CHARLES TAN + ASSOCIATES~                                    $ 15,000.00
ORDER OF

                    ~Fifteen Thousand Dollars Only~                              DOLLARS

EAST WEST BANK

MEMO      CTA Inv# 1
          CTA WO# 14501.10

Sears Olympic

Professional Services: Schematic Level

    Fee: $200,000.00

Percent Complete        20%              Total Earned      $40,000.00

                                  Previous Fee Billing     $10,000.00

                                   Current Fee Billing     $30,000.00

                                            Total Fee:     $30,000.00

Reimburable Expenses (soils report submittal fee)         $0.00

Meetings (Soils Report Submittal)                         $0.00

                                 | Total This Invoice    $30,000.00 |        15,000 only

| Billing to Date | Current | Prior | Total |
|---|---|---|---|
| Fee | $30,000.00 | $10,000.00 | $40,000.00 |
| Expense | $0.00 | $0.00 | $0.00 |
| Totals | $30,000.00 | $10,000.00 | $40,000.00 |

*Invoice amount is due upon receipt. Amounts not paid within 30 days from the invoice date will accrue a service charge (not an interest charge).*

Exhibit 5    179

**CHARLES TAN + ASSOCIATES**
320 East Second Street, Suite 316
Los Angeles, California 90012

DATE: 6/9/14

CTA WO#: 14501.10

**DIONY-** Accounts Payable
**EAST RIVER GROUP LLC**
206 W. 6TH STREET # 100
LOS ANGELES, CA 90014

CTA Invoice #: 1

Sears Olympic

Professional Services: Schematic Level

Fee: $200,000.00

| | | | |
|---|---|---|---|
| Percent Complete | 20% | Total Earned | $40,000.00 |
| | | Previous Fee Billing | $10,000.00 |
| | | Current Fee Billing | $30,000.00 |
| | | Total Fee: | $30,000.00 |

Reimburable Expenses (soils report submittal fee)   $0.00

Meetings (Soils Report Submittal)   $0.00

| Total This Invoice | $30,000.00 |
|---|---|

15,000 only

| Billing to Date | Current | Prior | Total |
|---|---|---|---|
| Fee | $30,000.00 | $10,000.00 | $40,000.00 |
| Expense | $0.00 | $0.00 | $0.00 |
| Totals | $30,000.00 | $10,000.00 | $40,000.00 |

Invoice amount is due upon receipt. Amounts not paid within 30 days from the invoice date will
accrue a service charge (not an interest charge).

Exhibit 5    180

THE RED THERMO SECURED "SP" LOGO IN THE LOWER COR    HIS CHECK MUST FADE TEMPORARILY WHEN WARMED E    OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES.

**EAST RIVER GROUP LLC**
206 W. 6TH STREET
LOS ANGELES, CA 90014

001130

DATE 7-17-14    16-7038/3220

PAY TO THE ORDER OF   Charles Tan + Associates

$ $15,000.00

~Fifteen Thousand  Dollars  Only~    DOLLARS

**EAST WEST BANK**

MEMO    Memo: CTA Invoice# 1(2nd half payment)
CTA WO#14501.10

---

Sears Olympic

Professional Services: Schematic Level

| | | |
|---|---|---|
| Fee: $200,000.00 | | |
| Percent Complete    20% | Total Earned | $40,000.00 |
| | Previous Fee Billing | $10,000.00 |
| | Current Fee Billing | $30,000.00 |
| | Total Fee: | $30,000.00 |
| Reimburable Expenses (soils report submittal fee) | | $0.00 |
| Meetings (Soils Report Submittal) | | $0.00 |

| | Total This Invoice | $30,000.00 |
|---|---|---|

| Billing to Date | Current | Prior | Total |
|---|---|---|---|
| Fee | $30,000.00 | $10,000.00 | $40,000.00 |
| Expense | $0.00 | $0.00 | $0.00 |
| Totals | $30,000.00 | $10,000.00 | $40,000.00 |

Invoice amount is due upon receipt.  Amounts not paid within 30 days from the invoice date will accrue a service charge (not an interest charge).

Exhibit 5    181

**CHARLES TAN + ASSOCIATES**
320 East Second Street, Suite 316
Los Angeles, California 90012

DATE: 11/28/14

CTA WO#: 14501.20

DIONY- Accounts Payable
**EAST RIVER GROUP LLC**
206 W. 6TH STREET # 100
LOS ANGELES, CA 90014

CTA Invoice #: 1

Sears Olympic - Debris Protection Letter

Professional Services: Schematic Level

|  | |  |  |
|---|---|---|---|
| Fee: | $670.00 | | |
| Percent Complete | 100% | Total Earned | $670.00 |
| | | Previous Fee Billing | $0.00 |
| | | Current Fee Billing | $670.00 |
| | | Total Fee: | $670.00 |
| Reimburable Expenses | | | $0.00 |
| Meetings | | | $0.00 |

| Total This Invoice | $670.00 |
|---|---|

| Billing to Date | Current | Prior | Total |
|---|---|---|---|
| Fee | $670.00 | $0.00 | $670.00 |
| Expense | $0.00 | $0.00 | $0.00 |
| Totals | $670.00 | $0.00 | $670.00 |

Invoice amount is due upon receipt. Amounts not paid within 30 days from the invoice date will
accrue a service charge (not an interest charge).

*O IŁ To PAY*

Exhibit 5    182

**EAST RIVER GROUP LLC**
206 W. 6TH STREET
LOS ANGELES, CA 90014

001259

DATE January 9, 2015

16-7038/3220

PAY
TO THE
ORDER OF   ~CHARLES TAN & ASSOCIATES~

$ 670.00

~Six Hundred Seventy Dollars Only~

DOLLARS

EAST WEST BANK

MEMO    CTA WO#: 14501.20
CTA Inv# 1

Exhibit 5    183

**CHARLES TAN + ASSOCIATES**

320 East Second Street, Suite 316
Los Angeles, California 90012

DATE: 9/20/2015

CTA WO#: 14574.10

DIONY- Accounts Payable
**EAST RIVER GROUP LLC**
206 W. 6TH STREET # 100
LOS ANGELES, CA 90014

CTA Invoice #: 1

**Sears Olympic · Mechnical Support**

Professional Services: Mechincal Equipment for Sears

| | | | |
|---|---|---|---|
| Fee: | $5,825.00 | | |
| Percent Complete | 100% | Total Earned | $5,825.00 |
| | | Previous Fee Billing | $0.00 |
| | | Current Fee Billing | $5,825.00 |
| | | Total Fee: | $5,825.00 |
| Reimburable Expenses (soils report submittal fee) | | | $0.00 |
| Meetings (Soils Report Submittal) | | | $0.00 |

| Total This Invoice | $5,825.00 | — ERG  LWB |
|---|---|---|

| Billing to Date | Current | Prior | Total |
|---|---|---|---|
| Fee | $5,825.00 | $0.00 | $5,825.00 |
| Expense | $0.00 | $0.00 | $0.00 |
| Totals | $5,825.00 | $0.00 | $5,825.00 |

Invoice amount is due upon receipt.  Amounts not paid within 30 days from the invoice date will
accrue a service charge (not an interest charge).

Exhibit 5    184

**CHARLES TAN + ASSOCIATES**
320 East Second Street, Suite 316
Los Angeles, California 90012

DATE: 9/20/2015

CTA WO#: 14574.10

DIONY- Accounts Payable
**EAST RIVER GROUP LLC**
206 W. 6TH STREET # 100
LOS ANGELES, CA 90014

CTA Invoice #: 1

### Sears Olympic - Mechnical Support

Professional Services: Mechincal Equipment for Sears

---

THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION SEE BACK FOR ADDITIONAL FEATURES

**EAST RIVER GROUP LLC**
206 W. 6TH STREET
LOS ANGELES, CA 90014

**001474**

DATE October 1, 2015          18-7038/3220

PAY
TO THE
ORDER OF          ~CHARLES TAN AND ASSOCIATES~          $    $5,825.00

~Five Thousand Eight Hundred Twenty Five Dollars Only~          DOLLARS

**EASTWESTBANK**

MEMO    Inv.# 1 / WO# 14574.10

---

| Total This Invoice | $5,825.00 | — ERG  EWB |
| --- | --- | --- |

| Billing to Date | Current | Prior | Total |
| --- | --- | --- | --- |
| Fee | $5,825.00 | $0.00 | $5,825.00 |
| Expense | $0.00 | $0.00 | $0.00 |
| Totals | $5,825.00 | $0.00 | $5,825.00 |

Invoice amount is due upon receipt.  Amounts not paid within 30 days from the invoice date will
accrue a service charge (not an interest charge).

Exhibit 5    185

**CHARLES TAN + ASSOCIATES**

320 East Second Street, Suite 316
Los Angeles, California 90012

DATE: 6/19/2016

CTA WO#: 14501.10

DIONY- Accounts Payable
**EAST RIVER GROUP LLC**
206 W. 6TH STREET # 100
LOS ANGELES, CA 90014

CTA Invoice #: 2

**Sears Olympic**

Professional Services: Plan Check Submittal

Fee: $395,000.00

| Percent Complete | 76% | Total Earned | $300,000.00 |
|---|---|---|---|
| | | Previous Fee Billing | $40,000.00 |
| | | Current Fee Billing | $260,000.00 |
| | | Total Fee: | $260,000.00 |

Reimburable Expenses (soils report submittal fee)        $0.00

Meetings (Soils Report Submittal)        $0.00

**Total This Invoice $260,000.00**

| Billing to Date | Current | Prior | Total |
|---|---|---|---|
| Fee | $260,000.00 | $40,000.00 | $300,000.00 |
| Expense | $0.00 | $0.00 | $0.00 |
| Totals | $260,000.00 | $40,000.00 | $300,000.00 |

Invoice amount is due upon receipt.  Amounts not paid within 30 days from the invoice date will accrue a service charge (not an interest charge).

Exhibit 5    186

**CHARLES TAN + ASSOCIATES**
320 East Second Street, Suite 316
Los Angeles, California 90012

DATE: 6/19/2016

CTA WO#: 14501.10

DIONY- Accounts Payable
**EAST RIVER GROUP LLC**
206 W. 6TH STREET # 100
LOS ANGELES, CA 90014

CTA Invoice #: 2

**Sears Olympic**

Professional Services: Plan Check Submittal

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTEC

| **EAST RIVER GROUP LLC** | **EAST WEST BANK** | MultiCHAX® # 23115DN0-06 |
|---|---|---|
| 206 WEST 6TH ST., SUITE #100 | 135 N. LOS ROBLES AVE., SUITE 600 | |
| LOS ANGELES, CA 90014 | PASADENA, CA 91101 | **1751** |

08/05/2016

PAY TO THE
ORDER OF _____ Charles Tan & Associates _____ $**50,000.00

Fifty Thousand and 00/100*********************************************** DOLLARS

MEMO Inv #: 2 Dated 6/19/16

AUTHORIZED SIGNATURE

| Total This Invoice $260,000.00 |
|---|

| Billing to Date | Current | Prior | Total |
|---|---|---|---|
| Fee | $260,000.00 | $40,000.00 | $300,000.00 |
| Expense | $0.00 | $0.00 | $0.00 |
| Totals | $260,000.00 | $40,000.00 | $300,000.00 |

Invoice amount is due upon receipt.  Amounts not paid within 30 days from the invoice date will accrue a service charge (not an interest charge).

Exhibit 5    187

# ESCO GLASS

### 714 SOUTH HILL ST #502 LOS ANGELES, CA 90014

**CELL PHONE (213) 219-4904    E-MAIL:ESCOGLASS@YAHOO.COM**

## Estimate #30

## Date : July 25,  2016

Bill To                                              Ship To

## Sears Building                      ## Sears Building

| Date | Your Order # | Our Order # | Sales Rep | FOB | Ship Via | Terms | Tax ID |
|------|-------------|-------------|-----------|-----|----------|-------|--------|
|      |             |             |           |     |          |       |        |

| Quantity | Item | Units | Description | Discount % | Tax ature | Each | Total |
|----------|------|-------|-------------|-----------|-----------|------|-------|
|          |      |       |             |           |           |      |       |

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED.

**EAST RIVER GROUP LLC**
206 WEST 6TH ST., SUITE #100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23115DNS-06

**1734**

07/27/2016

PAY TO THE
ORDER OF _____ Esco Glass                                        $**3,000.00

Three Thousand and 00/100************************************ _____ DOLLARS

MEMO Est. #30 Dated 7/25/16 Initial Payment

AUTHORIZED SIGNATURE

E.E.
Tax  9,000. 00
Bal- 10,025.00

### OUR SATISFACTION IS TO GIVE YOU A GOOD SERVICE .....

1/26/18  Over paym...  3,000

Exhibit 5    188



**Russell Holland Engineering**
PO Box 677
SOLVANG, CA 93464 US
213.260.3508
rhengineering@outlook.com

**BILL TO**
Mr. Leo Puslilnikov
East River Group, LLC

## INVOICE 2016.162

**DATE** 10/30/2016   **TERMS** Net 30

**DUE DATE** 11/29/2016

**PROJECT**
1051 2016.001 Sears HVAC

**SERVICES**
MEP Design

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 4100 MEP Design:Schematics At Start | 1 | 2,250.00 | 2,250.00 |
| 4100 MEP Design:DD's Design Development | 1 | 4,500.00 | 4,500.00 |
| 4100 MEP Design:CD's Construction Documents | 0.80 | 13,500.00 | 10,800.00 |
| 4100 MEP Design:CD's ES#1 | 1 | 2,000.00 | 2,000.00 |
| 4100 MEP Design:CD's Permit Ready | 0 | 2,250.00 | 0.00 |
| less prior billing | | | |
| 4100 MEP Design:Schematics At Start | -1 | 2,250.00 | -2,250.00 |
| 4100 MEP Design:DD's Design Development | -1 | 4,500.00 | -4,500.00 |
| 4100 MEP Design:CD's Construction Documents | -1 | 10,800.00 | -10,800.00 |
| Plots for Coordination, $40.47 + 10% markup | | 44.52 | 44.52 |

**TOTAL DUE**   **$2,044.52**

**EAST RIVER GROUP LLC**
206 W 6TH ST   SUITE 100
LOS ANGELES  CA 90014

**EAST WEST BANK**
125 N LOS ROBLES AVE   SUITE 600
PASADENA  CA 91101

M... CHAX - #...17+DNS 04
**1874**

12/12/2016

$ **2,044.52**

PAY TO THE
ORDER OF _____ Russell Holland Engineering

Two Thousand Forty-Four and 52/100***************************** _____ DOLLARS

MEMO   Inv #2016.162 Dated 10/30/16

AUTHORIZED SIGNATURE

Exhibit 5   189

| | | |
|---|---|---|
| MEP CD's-Permit Ready | $ 1,800.00 | |
| HVAC Plan Check Fee | 3,617.38 | |
| Plan Check Surcharge | 97.67 | } 3,736.23 |
| Parking-LADBS | 21.18 (no copy) | |
| Total Actual Inv for pymt | $ 5,536.23 | |
| Plots for Coordination | 44.52 | (PAID by Ck#1874 12/12/16=$2,000 + 44.52) |
| Total Russell's Invoice | $ 5,580.75 | |

[Quoted text hidden]

---

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23178DNS-08
**1942**

03/01/2017

PAY TO THE
ORDER OF _____ Russell Holland Engineering                                    $ **5,536.23

Five Thousand Five Hundred Thirty-Six and************************* _____ DOLLARS

Russell Holland Engineering
P.O. Box 677
Solvang, CA 93464

AUTHORIZED SIGNATURE

MEMO    Inv #2017.029 Dated 02/15/17

https://mail.google.com/mail/u/0/?ui=2&ik=35bab7629a&view=pt&q=russell%20holland%20engineering&qs=true&search=query&msg=15a6c827a70564a8&sim...    1/1

Exhibit 5    190



Russell Holland Engineering
PO Box 677
SOLVANG, CA 93464 US
213.260.3508
rhengineering@outlook.com

**BILL TO**
Mr. Leo Pushinikov
East River Group, LLC

**INVOICE 2017.029**

**DATE** 02/15/2017    **TERMS** Net 30

**DUE DATE** 03/17/2017

**PROJECT**
1051.2016.001 Sears HVAC

**SERVICES**
MEP Design

| ACTIVITY | QTY | RATE | AMOUNT | |
|----------|-----|------|--------|---|
| Plots for Coordination, $40.47 + 10% markup | | 44.52 | 44.52 | Paid 12/12/1. Ck #187. |
| 4100 MEP Design:Schematics At Start | 1 | 2,250.00 | 2,250.00 | |
| 4100 MEP Design:DD's Design Development | 1 | 4,500.00 | 4,500.00 | |
| 4100 MEP Design:CD's Construction Documents | 0.80 | 13,500.00 | 10,800.00 | |
| 4100 MEP Design:CD's ES#1 | 1 | 2,000.00 | 2,000.00 | |
| 4100 MEP Design:CD's Permit Ready | 0.80 | 2,250.00 | 1,800.00 | |
| less prior billing | | | | |
| 4100 MEP Design:Schematics At Start | -1 | 2,250.00 | -2,250.00 | |
| 4100 MEP Design:DD's Design Development | -1 | 4,500.00 | -4,500.00 | |
| 4100 MEP Design:CD's Construction Documents | -1 | 10,800.00 | -10,800.00 | |
| 4100 MEP Design:CD's ES#1 | -1 | 2,000.00 | -2,000.00 | |
| HVAC Plan Check, $3,288.53 + 10% markup | | 3,617.38 | 3,617.38 | |
| Plan Check Surcharge, $88.79 + 10% markup | | 97.67 | 97.67 | = $3,736.23 |
| Parking - LADBS, $19.25 + 10% markup | | 21.18 | 21.18 | |

**TOTAL DUE**          **$5,580.75**

Paypal Gratefully Accepted to rhengineering@outlook.com

Exhibit 5    191

2650 E Olympic Blvd



Application #:

Plan Check #: M17LA01093

Event Code:

**17044 - 10000 - 01983**

Printed: 02/22/17 03.04 PM

| HVAC | City of Los Angeles - Department of Building and Safety | |
|---|---|---|
| Commercial | **APPLICATION FOR HVAC** | Last Status:  PC in Progress |
| Plan Check at Counter | | |
| Plan Check | **PLAN CHECK AND INSPECTION** | Status Date:  02/22/2017 |

**1. PROPERTY OWNER**
SHOMOF, ERIC TRS ET AL I AND A SHO 206  6TH ST UNIT 100          LOS ANGELES CA 90014

**2. APPLICANT INFORMATION**    (Relationship: Licensee)
RUSSELL HOLLAND - RUSSELL HOLLA 636 HINDFELL WAY          SOLVANG, CA 93463          (213)220-8009

**3. TENANT INFORMATION**

| **4. CONTRACTOR, ARCHITECT & ENGINEER NAME** | **ADDRESS** | | | **CLASS** | **LICENSE #** | **PHONE #** |
|---|---|---|---|---|---|---|
| (E) HOLLAND, RUSSELL ADRIAN | 636 HINDFELL WAY, | | SOLVANG, CA 93463 | | M26715 | |

W/O #: 74401983

**5. APPLICATION COMMENTS**
Structural plan check is required for new or replaced equipment weighing 400 lbs. or more
when supported by a building and in case of a replacement, the new equipment exceeds the
weight of the old one  LAMC Section 91.1632.

**For Cashier's Use Only**

**6. DESCRIPTION OF WORK**

**7. CHECKLIST ITEMS:**

**8. COUNCIL DISTRICT:**     14

**9. APPLICATION PROCESSING INFORMATION**

Plan Check By:
OK for Cashier:

Signature: _____      Date: _____

**NOTICE:**
The work included in this permit shall not be construed as establishing the legal number of
dwelling units or guest rooms. That number is established by a Building Permit or a Certificate
of Occupancy.  In the event that any box (i.e. 1-10) is filled to its capacity, it is possible that
additional information has been captured electronically and could not be printed due to space
restrictions. Nevertheless, the information printed exceeds that required by Section 19825 of
the Health and Safety Code of the State of California.

For inspection requests, call toll-free (888) LA4BUILD (524-1845).  Outside LA County, call
(213) 482-0000 or request inspections via www.ladbs.org.  To speak to a Call Center agent,
call 311.  Outside LA County, call (213) 473-3231.

LA M CA 101096117 2/22/2017 3:04:27 PM

| | |
|---|---|
| MECHANICAL PC | $3,017.00 |
| DEV SERV CENTER SURCH | $90.51 |
| SYSTEMS DEVT FEE | $181.02 |
| **Sub Total:** | **$3,288.53** |

Permit #: 170441000001983
Receipt #: 0101697807

2650 E Olympic Blvd
17044 - 10000 - 01983

M17LA01093



* P 1 7 0 4 4 1 0 0 0 0 0 1 9 8 3 S M *

Exhibit 5    192





**ARTMENT OF BUILDING AND SAFETY**

**DEPARTMENT OF BUILDING AND SAFETY**

**PARTMENT OF BUILDING AND SAFETY**

partment of Building and Safety
CA 101096117 2/22/2017 3:04:27 PM

```
NICAL PC                    $3,017.00
ERV CENTER SURCH              $90.51
MS DEVT FEE                  $181.02

        Sub Total:        $3,288.53

t N: 170441000001983
pt N: 0101697807
```

LA Department of Building and Safety
LA M CA 101096117 2/22/2017 3:04:28 PM

```
Permit N: 170441000001983       $3,288.53

        Total:      $3,288.53

        MASTERCARD USD$3,288.53
Card No: ***********
CHIP
                Authorization: 005288

Signature
```

HOLLAND/RUSSELL

Reference No: 11174

EMV Receipt Section
Application Label: MASTERCARD
TC: 7A457E92489426D2
TVR: 0000008000
AID: A0000000041010

Department of Building and Safety
CA 101096117 2/22/2017 3:04:28 PM

```
ice Fee Charges
it N: 170441000001983           $88.79

        Total:        $88.79

        MASTERCARD USD$88.79
No: ***********
                Authorization: 020598

ature
```

AND/RUSSELL
knowledge & accept a 2.70 percent
refundable service fee in the
nt of $88.79.

rence No: 11175

Exhibit 5    193

# ARC

**ARC Document Solutions, LLC**
345 Clinton St, Costa Mesa, CA 92626
Federal Tax ID: 74-6036592

| | |
|---|---|
| INVOICE NO. | **8890131** |
| INVOICE DATE | **10/28/16** |
| WORK ORDER# | **P2760199** |

**SOLD TO**
Cust# 435895
RUSSELL A. HOLLAND & CO.
P.O. BOX 677
SOLVANG, CA 93464-0677

**SHIP TO:**
Contact# 5823
WILL CALL @ ARC VENICE
934 W VENICE BLVD
LOS ANGELES, CA 90015

DUE: 10/26/16 at 11:18PM

| CONTACT | PHONE | PURCHASE ORDER# | SALES REP |
|---|---|---|---|
| Russell/RUSSELL A. HOLLAND & CO | 213-220-8009 | | Denice Davidson |

| JOB# | JOB NAME | BILLER | LOC |
|---|---|---|---|
| | SEARS | David Raya | 501 |

| OP CODE | DESCRIPTION | TAX | LOC | NO. OF ORIGINALS | COPIES | SIZE | TOTAL QTY | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1E15 | CAD Plot Bond - First Set | T | 501 | 16 | 1 | 30X42 | 144 | SF | | 28.80 |
| 1E24 | Stapling | T | 501 | 1 | 1 | | 1 | EA | | 1.08 |
| 6121 | Digital Processing | NT | 501 | 16 | 1 | | 16 | EA | | 1.60 |
| 8E22 | Set Up | T | 501 | 1 | 1 | | 1 | EA | | 5.78 |

PAID 10/12/16
Ck #1874 $2,000 + 44.52 =
$2,044.52

For Billing Inquiries, please contact your local branch at (213) 745-3145
For Account Inquiries and Payment Information, please call Vicki Kirnberger at 626-463-2233

+10% = $44.52

| SUB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 37.26 | | 3.21 | 40.47 | | 40.47 |

Invoices undisputed for 45 days are final.
2760199

**TERMS:** Net 30 Days
Please Remit To: ARC Document Solutions, LLC 345 Clinton St, Costa Mesa, CA 92626
vx

Exhibit 5    194



## Five Star
**Plumbing&Fire Supplies, Inc.**
445 W. Colorado St.
Glendale, CA 91204
Tel: 818.649.1400
Fax: 818.649.1645
www.FiveStarPFS.com





# INVOICE

| Page | 1/1 |

| Sold To | Ship To |
|---|---|
| Valley Concrete Coring - Shop<br>14521 Hartland St Unit 204<br>Van Nuys CA 91405 | Valley Concrete Coring - Shop<br>14521 Hartland St Unit 204<br>Van Nuys CA 91405 |

| Customer # | Order Date | Sales Order # | Buyer | Customer P/O # | Ship Via | Salesman |
|---|---|---|---|---|---|---|
| 0001013 | 01/26/2016 | 043099 | | | Will Call | HOU |

| Invoice # | Invoice Date | Ship Date | Freight Terms | Job Number | Terms |
|---|---|---|---|---|---|
| P016526 | 01/26/2016 | | PREPAID | | 2% 10 Days, Net 30 |

| LN | QNTY ORD. | QNTY SHIP | QNTY B/O | QNTY PICK | PRODUCT DESCRIPTION | UOM | NET PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| : | : | 1 | | | SP<br>Aurora PumpJockey Pump<br><br>.......Payment Received.......<br>Cash    2,474.85 | Ea | 2500.00 | $2500.00 |

---

**EAST RIVER GROUP LLC**
206 WEST 6TH ST., SUITE #100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE.,SUITE 600
PASADENA, CA 91101

MultiCHAX® # 25115DNS-08

**1590**

01/26/2016

PAY TO THE
ORDER OF    Valley Concrete Coring                    $**2,474.85

Two Thousand Four Hundred Seventy-Four and 85/100*****************

DOLLARS

MEMO inv# P016526 dated 1/26/15

AUTHORIZED SIGNATURE

EAST RIVER GROUP LLC

PAID

LEAD LAW WARNING: It is illegal to install
products that are not Lead Free in accordance
with US Federal or other applicable law in
potable water system for human consumption.
**Terms & Conditions**
ALL PORTABLE WATER SYSTEM ANTICIPATED FOR HUMAN
CONSUMPTION MUST BE LEAD FREE. BUYERS IS SOLELY
RENSPONSABLE FOR PRODUCT SELECTION.

X: _____
Customer Signature

| Merchandise | 2,500.00 |
|---|---|
| Freight | 0.00 |
| Misc Charge | -229.50 |
| Sub Total | 2,270.50 |
| Taxable | 2,270.50 |
| Tax (0001) | 204.35 |
| **TOTAL** | **$2,474.85** |

POS Copy    Printed by: VJ 12:46:39 26 JAN 2016    Batch Number: 01-266    Writer: VJ

Exhibit 5    195



**Fi    tar**
Plumbing&Fire Supplies, Inc.
445 W. Colorado St.
Glendale, CA 91204
Tel: 818.649.1400
Fax: 818.649.1645
www.FiveStarPFS.com



**INVOICE**

Page   1/1

───── Sold To ─────
Valley Concrete Coring - Shop
14521 Hartland St Unit 204
Van Nuys CA 91405

───── Ship To ─────
Valley Concrete Coring - Shop
14521 Hartland St Unit 204
Van Nuys CA 91405

| Customer # | Order Date | Sales Order # | Buyer | Customer PIO # | Ship Via | Salesman |
|---|---|---|---|---|---|---|
| 0001013 | 01/26/2016 | O43099 | | | Will Call | HOU |

| Invoice # | Invoice Date | Ship Date | Freight Terms | Job Number | Terms | |
|---|---|---|---|---|---|---|
| P016526 | 01/26/2016 | | PREPAID | | 2% 10 Days, Net 30 | |

| LN | QNTY ORD | QNTY SHIP | QNTY B/O | QNTY PICK | PRODUCT DESCRIPTION | UOM | NET PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | | | SP<br>Aurora PumpJockey Pump<br><br>.......Payment Received.......<br>Cash      2,474.85 | Ea | 2500.00 | $2500.00 |

PAID

LEAD LAW WARNING: It is illegal to install
products that are not Lead Free in accordance
with US Federal or other applicable law in
potable water system for human consumption.
Terms & Conditions
ALL PORTABLE WATER SYSTEM ANTICIPATED FOR HUMAN
CONSUMPTION MUST BE LEAD FREE. BUYERS IS SOLELY
RENSPONSABLE FOR PRODUCT SELECTION.

| Merchandise | 2,500.00 |
|---|---|
| Freight | 0.00 |
| Misc Charge | -229.50 |
| Sub Total | 2,270.50 |
| Taxable | 2,270.50 |
| Tax (0001) | 204.35 |
| TOTAL | $2,474.85 |

X: _____
    Customer Signature:

POS Copy    Printed by: VJ 12:46:39 26 JAN 2016    Batch Number: 01-265    Writer: VJ

Exhibit 5    196

# Valley Concrete Coring

**INVOICE**

4829 Whitsett ave #205
Valley Village CA, 91607
818-926-9964
valleyconcretecoring@yahoo.com

**Bill To**

East River Group LLC
206 w 6th st
Los Angeles, CA 90014

| | |
|---|---|
| Invoice # I1655 | **Date** 02-10-2016 |
| Account # C1110 | **Due By** 02-10-2016 |

**Terms** On Receipt

| Code | Description | QTY | Rate | T | Amount |
|---|---|---|---|---|---|
| | Fire Sprinkler - Installions and repair of jockey pump and repair of damaged piping and valves | 1 | $1,000.00 | N | $1,000.00 |

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND DO NOT CASH IF THE WORD VOID IS VISIBLE THIS PAPER HAS AN ARTIFICIAL WATER MARK ON REVERSE SIDE AND IS ALTERATION PROTECTED

**EAST RIVER GROUP LLC**
206 WEST 6TH ST., SUITE #100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23116DNS-08

**1610**

02/10/2016

PAY TO THE ORDER OF    Valley Concrete Coring    $**1,000.00

One Thousand and 00/100*********************************************** DOLLARS

MEMO Inv# I1655 dated 2/10/16

AUTHORIZED SIGNATURE

| | |
|---|---|
| Subtotal | **$1,000.00** |
| Tax | **$0.00** |
| Total | **$1,000.00** |
| Balance Due | **$1,000.00** |

Exhibit 5    197

# Valley Concrete Coring

**INVOICE**

4829 Whitsett ave #205
Valley Village CA, 91607
818-926-9964
valleyconcretecoring@yahoo.com

**Bill To**

East River Group LLC
206 w 6th st
Los Angeles, CA 90014

| | | |
|---|---|---|
| Invoice # I1655 | Date  02-10-2016 | **Terms** On Receipt |
| Account # C1110 | Due By  02-10-2016 | |

| Code | Description | QTY | Rate | T | Amount |
|---|---|---|---|---|---|
| | Fire Sprinkler - Installions and repair of Jockey pump and repair of damaged piping and valves | 1 | $1,000.00 | N | $1,000.00 |

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND AND NOT CASH THE WORD VOID IS VISIBLE THIS SIDE HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED

MultiCHAX® # 23115DNS-08

**EAST RIVER GROUP LLC**
206 WEST 6TH ST., SUITE #100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

1610

02/10/2016

PAY TO THE
ORDER OF        Valley Concrete Coring                                    $**1,000.00

One Thousand and 00/100**************************************** _____ DOLLARS

MEMO Inv# I1655 dated 2/10/16

AUTHORIZED SIGNATURE

EAST RIVER GROUP LLC                                    Date: 02/10/2016 Check #: 1610

| | |
|---|---|
| Subtotal | **$1,000.00** |
| Tax | **$0.00** |
| Total | **$1,000.00** |
| Balance Due | **$1,000.00** |

Exhibit 5    198

# Valley Concrete Coring

4829 Whitsett ave #205
Valley Village CA, 91607
818-926-9964
valleyconcretecoring@yahoo.com

## INVOICE

**Bill To**

East River Group LLC
206 w 6th st
Los Angeles, CA 90014

| | |
|---|---|
| **Invoice #** I1655 | **Date** 02-10-2016 |
| **Account #** C1110 | **Due By** 02-10-2016 |

**Terms** On Receipt

| Code | Description | QTY | Rate | T | Amount |
|------|-------------|-----|------|---|--------|
| | Fire Sprinkler - Installions and repair of jockey pump and repair of damaged piping and valves | 1 | $1,000.00 | N | $1,000.00 |

| | |
|---|---|
| Subtotal | **$1,000.00** |
| Tax | **$0.00** |
| Total | **$1,000.00** |
| Balance Due | **$1,000.00** |

Exhibit 5    199

.4/27/2/16·                                    Gmail - Fwd: Receipt from Valley Concrete Cc

 **Gmail**                    Fe Legaspi <dtladevgroup@gmail.com>

## Fwd: Receipt from Valley Concrete Coring

**Diony Rebuta** <diony@shomofgroup.com>              Wed, Apr 27, 2016 at 1:40 PM
To: Fe Legaspi <dtladevgroup@gmail.com>

--------- Forwarded message --------
From: **Valley Concrete Coring via Square** <receipts@messaging.squareup.com>
Date: Wed, Apr 27, 2016 at 1:30 PM
Subject: Receipt from Valley Concrete Coring
To: diony@shomofgroup.com

Reply to this email to leave feedback for Valley Concrete Coring



Valley Concrete Coring



How was your experience?

 

# $3,500.00

Custom Amount                    $3,500.00

Total                            $3,500.00

4/27/2016                                    Gmail - Fwd: Receipt from Valley Concrete Co





### Valley Concrete Coring

818-926-9964

AMEX 1035                              4/27/2016, 12:40 PM
                                       #IYhC

© 2016 Square, Inc. All rights reserved.
1455 Market Street, Suite 600, San Francisco, CA 94103

Square Privacy Policy
Map data © OpenStreetMap contributors
Not your receipt?

Manage preferences  for digital receipts

# Valley Concrete Coring

4829 Whitsett ave #205
Valley Village CA, 91607
818-926-9964
valleyconcretecoring@yahoo.com

**INVOICE**

**Bill To**

East River Group LLC
206 w 6th st
Los Angeles, CA 90014

PAID 4/27/16
Amex ERG

9 days.

| Invoice # 11677 | Date 04-25-2016 | Terms On Receipt |
| Account # C1110 | Due By 04-25-2016 | |

| Code | Description | QTY | Rate | T | Amount |
|------|-------------|-----|------|---|--------|
| | Fire sprinklers - Demoing of a deteriorating 6Å" main fire sprinkler line supplying sears store warehouse. Piping was close to busting after hydro testing was performed do to the age and condition of the piping. Demoing existing bad piping and replacing with new piping and fittings. We coordinated with sears management worked on our toes for proper customer service the fire sprinkler system is up and fully running in its best manner. | 1 | $3,500.00 | N | $3,500.00 |

work ordered by David Jimmy and Eric.

| | |
|---|---|
| Subtotal | **$3,500.00** |
| Tax | **$0.00** |
| Total | **$3,500.00** |
| Balance Due | **$3,500.00** |

Exhibit 5   202

7/1/2016                                Gmail - Receipt from Valley Concrete Cori

 **Gmail**                                    Fe Legaspi <dtladevgroup@gmail.com>

## Receipt from Valley Concrete Coring

Valley Concrete Coring via Square <receipts@messaging.squareup.com>                    Fri, Jul 1, 2016 at 2:44 PM
Reply-To: Valley Concrete Coring via Square
<r_mfzhsncdlbsfetdslrivmtsrm5dvu2jygu2ws52niy.rYUZ.JayLZKPsdZWvYp0C.9f9384a6887be5ec309bf1de8b9e91cdd56aac9b@reply.squareup.com>
To: dtladevgroup@gmail.com

Reply to this email to leave feedback for Valley Concrete Coring



Valley Concrete Coring

How was your experience?

 

# $750.00

Custom Amount                    $750.00

Total                            $750.00



Valley Concrete Coring
818-926-9964

AMEX ███                    7/1/2016, 2:10 PM
                            #y4CX

© 2016 Square, Inc. All rights reserved
1455 Market Street, Suite 600, San Francisco, CA 94103

Exhibit 5    203

https://mail.google.com/mail/u/0/?ui=2&ik=35bab7629a&view=pt&search=inbox&msg=155a86b6fc4e59a5&siml=155a86b6fc4e59a5          1/2

# Valley Concrete Cori

**INVOICE**

4829 Whitsett ave #205
Valley Village CA, 91607
818-926-9964
valleyconcretecoring@yahoo.com

**Bill To**

East River Group LLC
206 w 6th st
Los Angeles, CA 90014

**Invoice #** I1706
**Account #** C1110

**Date** 06-27-2016
**Due By** 06-27-2016

**Terms** On Receipt

| Code | Description | QTY | Rate | T | Amount |
|------|-------------|-----|------|---|--------|
| | Fire Sprinkler - replacing flow switch for riser 7 inside sears. Time & Materail | 1 | $850.00 | N | $850.00 |
| | Discount - do to Typo error Approved by Alex M. | 1 | ($100.00) | N | ($100.00) |

| | |
|---|---|
| Subtotal | **$750.00** |
| Tax | **$0.00** |
| Total | **$750.00** |
| Balance Due | **$750.00** |

PAST DUE

Exhibit 5    204

8/4/2016

Gmail - Receipt from Valley Concrete Cor

 Gmail

Fe Legaspi <dtladevgroup@gmail.com>

## Receipt from Valley Concrete Coring

**Valley Concrete Coring via Square** <receipts@messaging.squareup.com>
Reply-To: Valley Concrete Coring via Square
<r_mfzekmttjq4gc3rvm5eti42qorvxcolrorefi6cniy.rYUZ.uaodzZOmU4tjkabp.cd1389039c3ddeb828fe2919d0f56cc4cebac059@reply.squareup.com>
To: dtladevgroup@gmail.com

Thu, Aug 4, 2016 at 11:50 AM

Reply to this email to leave feedback for Valley Concrete Coring



Valley Concrete Coring

How was your experience?

 

# $765.00

| | |
|---|---|
| Custom Amount | $765.00 |
| Total | $765.00 |



Valley Concrete Coring
818-926-9964

AMEX ▊ (Keyed)          8/4/2016, 11:16 AM
                              #E2sL
                              208013

Exhibit 5    205

*Amex*

# Valley Concrete Coring

4829 Whitsett ave #205
Valley Village CA, 91607
818-926-9964
valleyconcretecoring@yahoo.com

**INVOICE**

**Bill To**

East River Group LLC
206 w 6th st
Los Angeles, CA 90014

**Invoice #** I1713
**Account #** C1110

**Date** 07-25-2016
**Due By** 07-25-2016

**Terms** On Receipt

| Code | Description | QTY | Rate | T | Amount |
|------|-------------|-----|------|---|--------|
|  | Fire Sprinkler - Isolating First floor Retail space.  Time and Material work. Work ordered by David ,Leo and jimmy | 1 | $765.00 | N | $765.00 |

|  |  |
|--|--|
| Subtotal | **$765.00** |
| Tax | **$0.00** |
| Total | **$765.00** |
| Balance Due | **$765.00** |

**PAST DUE**

Exhibit 5    206

8/23/2016                                 Gmail - Receipt from Valley Concrete Co

 Gmail                                    Fe Legaspi <dtladevgroup@gmail.com>

## Receipt from Valley Concrete Coring

**Valley Concrete Coring via Square** <receipts@messaging.squareup.com>          Tue, Aug 23, 2016 at 10:54 AM
Reply-To: Valley Concrete Coring via Square
<r_mfzhu43bpbmxa2cxi5uhqr2bnfmeyqlfkbkge5sniy.rYUZ.dAAHadlAH5P0Vwj6.3ce6ec9c4275354b1755d1e7968a2fe930a2439d@reply.squareup.com>
To: dtladevgroup@gmail.com

Reply to this email to leave feedback for Valley Concrete Coring



Valley Concrete Coring

How was your experience?

 

# $2,500.00

|  |  |
|---|---|
| Custom Amount | $2,500.00 |
| Total | $2,500.00 |



Valley Concrete Coring
818-926-9964

 (Keyed)        8/23/2016, 10:21 AM
                                    #zsax
                                    200255

© 2016 Square, Inc. All rights reserved.
1455 Market Street, Suite 600, San Francisco, CA 94103

Exhibit 5   207

https://mail.google.com/mail/u/0/?ui=2&ik=35bab7629a&view=pt&search=inbox&msg=156b88a24f805465&siml=156b88a24f805465                1/2

# Valley Concrete Cor|

**INVOICE**

4829 Whitsett ave #205
Valley Village CA, 91607
818-926-9964
valleyconcretecoring@yahoo.com

**Bill To**

East River Group LLC
206 w 6th st
Los Angeles, CA 90014

**Invoice #** I1717
**Account #** C1110

**Date** 08-10-2016
**Due By** 08-10-2016

**Terms** On Receipt

| Code | Description | QTY | Rate | T | Amount |
|------|-------------|-----|------|---|--------|
| | Fire Sprinklers - Sears first floor retail space. demoing and re-assembling system with up to code coverage. Time and Material | 1 | $2,606.09 | N | $2,606.09 |
| | Work ordered by Leo jimmy and Jon | | | | |

| | |
|---|---|
| Subtotal | $2,606.09 |
| Tax | $0.00 |
| Total | $2,606.09 |
| Balance Due | $2,606.09 |

Per Alex  $2,500.-

**PAST DUE**

Exhibit 5    208

7/26/2016 ·

Gmail - Receipt from Valley Concrete Co

 Gmail

Fe Legaspi <dtladevgroup@gmail.com>

## Receipt from Valley Concrete Coring

**Valley Concrete Coring via Square** <receipts@messaging.squareup.com>
Reply-To: Valley Concrete Coring via Square

Tue, Jul 26, 2016 at 12:46 PM

<r_mfzhgojvjyyugulxkvzuwscekflgqmcpljmgy6cniy.rYUZ.XklApKlPCh10R0Vf.ee3d90a63b5406dd5a88d1c3f1658f36ea48fc28@reply.squareup.com>
To: dtladevgroup@gmail.com

Reply to this email to leave feedback for Valley Concrete Coring



Valley Concrete Coring

How was your experience?

 

# $750.00

| | |
|---|---|
| Custom Amount | $750.00 |
| Total | $750.00 |



Valley Concrete Coring
818-926-9964



| AMEX ▮▮▮ (Keyed) | 7/26/2016, 12:12 PM |
|---|---|
| | #s95N |
| | 249751 |

Exhibit 5   209

# Valley Concrete Coring

**INVOICE**

4829 Whitsett ave #205
Valley Village CA, 91607
818-926-9964
valleyconcretecoring@yahoo.com

**Bill To**

East River Group LLC
206 w 6th st
Los Angeles, CA 90014

**Invoice #** I1709    **Date** 07-21-2016    **Terms** On Receipt
**Account #** C1110    **Due By** 07-21-2016

| Code | Description | QTY | Rate | T | Amount |
|------|-------------|-----|------|---|--------|
|  | Fire Sprinkler - Repairing a 8" 21 foot leaking pipe in sears stoage. Time/Matairal | 1 | $750.00 | N | $750.00 |

|  |  |
|--|--|
| Subtotal | $750.00 |
| Tax | $0.00 |
| Total | $750.00 |
| Balance Due | $750.00 |

Exhibit 5    210

7/26/2016

Gmail - Receipt from Valley Concrete Cc

 Gmail

Fe Legaspi <dtladevgroup@gmail.com>

## Receipt from Valley Concrete Coring

**Valley Concrete Coring via Square** <receipts@messaging.squareup.com>
Reply-To: Valley Concrete Coring via Square
<r_mfzfarsooi4gm3cfijwuuudeo5zxg32ijfee26sniy.rYUZ.6VagclFu67F0HEuT.a8849be28b7b89dc61816148f47a397664c6e84e@reply.squareup.com>
To: dtladevgroup@gmail.com

Tue, Jul 26, 2016 at 12:46 PM

Reply to this email to leave feedback for Valley Concrete Coring



### Valley Concrete Coring

How was your experience?

 

# $350.00

| | |
|---|---|
| Custom Amount | $350.00 |
| Total | $350.00 |



### Valley Concrete Coring
818-926-9964

AMEX ████ (Keyed)          7/26/2016, 12:12 PM
██████                                #PFNr
                                      227287

Exhibit 5    211

# Valley Concrete Corin

4829 Whitsett ave #205
Valley Village CA, 91607
818-926-9964
valleyconcretecoring@yahoo.com

## **INVOICE**

**Bill To**

East River Group LLC
206 w 6th st
Los Angeles, CA 90014

**Invoice #** I1710          **Date** 07-21-2016          **Terms** On Receipt
**Account #** C1110          **Due By** 07-21-2016

| Code | Description | QTY | Rate | T | Amount |
|------|-------------|-----|------|---|--------|
| | FIRE SPRINKLPER - ISOLATING COMPLETE 2ND FLOOR OF SEARS TOMW FOR DEMO WORK ORDERED BY LEO | 1 | $350.00 | N | $350.00 |

| | |
|---|---|
| Subtotal | $350.00 |
| Tax | $0.00 |
| Total | $350.00 |
| Balance Due | $350.00 |

Exhibit 5    212