# EXHIBIT 6

**East River Group LLC**

206 W 6th Street, Suite #100

Los Angeles, CA 90014

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/16/2017 | 08-002A |

| Bill To |
|---------|
| SEARS Holdings<br>Accounting Service Center<br>2301 West Plano Parkway Ste # 201<br>Plano, Texas 75075 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Sears Property Reimbursement: | | |
| | Sears Façade-Glass | 3,000.00 | |
| | Consultant: | | |
| | Russell Holland Engineering | 3,780.75 | |
| | Miscellaneous: | | |
| | Fire Sprinklers | 12,072.32 | $  18,853.07 |
| | | | |
| | PLEASE MAKE CHECK PAYABLE AND SEND TO: | | |
| | East River Group LLC | | |
| | 206 W 6th Street, Suite #100 | | |
| | Los Angeles, CA 90014 | | |
| | **Total** | | $  18,853.07 |

Exhibit 6   213

# EXHIBIT 7

**East River Group LLC**
206 W 6th Street, Suite #100
Los Angeles, CA 90014

**Invoice**

| Date | Invoice # |
|------|-----------|
| 2/19/2018 | 08-003PR |

**Bill To**

**SEARS Holdings Management Corporation**
Accounting Service Center
2301 West Plano Parkway Ste # 201
Plano Texas 75075

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Sears Property Reimbursement: | | |
| | Miscellaneous-Wave Pointe | $    26,994.00 | |
| | Miscellaneous-Server Room | 45,222.72 | |
| | Miscellaneous-Speed Bumps | 7,724.45 | 79,941.17 |
| | PLEASE MAKE CHECK PAYABLE AND SEND TO: | | |
| | East River Group LLC | | |
| | 724 S Spring Street, Suite #801 | | |
| | Los Angeles, CA 90014 | | |
| | | **Total** | $    79,941.17 |

Exhibit 7    214

# EXHIBIT 8

**EAST RIVER GROUP LLC**
(DUNS NUMBER:    00-000-0000)

SEARS HOLDINGS MANAGEMENT CORPORATION DUNS NO. 0000-896-5873

| | |
|---|---|
| BANK NO:    12 | |
| CHECK DATE    : | 06/15/2018 |
| CHECK NUMBER: | 131200470 |
| CHECK AMOUNT: | 79,941.17 |

\* PLEASE RENDER STATEMENT EACH MONTH SHOWING ALL PAST DUE INVOICES AND CREDITS. STORE AND INVOICE NUMBER MUST BE SHOWN
\* OPPOSITE EACH CHARGE. ADDRESS ALL CORRESPONDENCE CONCERNING REMITTANCES TO A/P AUDIT DEPARTMENT.

| STORE NO. | DOCUMENT NUMBER | P.O. NUMBER / FICHE NO(*) | DOC. DATE | ENTRY CODE | DOCUMENT AMOUNT | DISCOUNT AMOUNT | DISCOUNT % CODE | DEPT NO. |
|---|---|---|---|---|---|---|---|---|
| 38592 | 8003PR | | 2/18/18 | | 79,941.17 | .00 | | 400 |

| | DOCUMENT TOTAL | DISCOUNT TOTAL | 1099 WTAX TOTAL | NET AMOUNT |
|---|---|---|---|---|
| | 79,941.17 | .00 | .00 | 79,941.17 |

DISCOUNT CODE:    A. ANTICIPATION    C. CASH    F. FREIGHT    T. TRADE

---

**SEARS HOLDINGS MANAGEMENT CORPORATION**

Bank of America

64-1278/811

CHECK NUMBER: 131200470

PAY:    SEVENTY-NINE THOUSAND NINE HUNDRED FORTY-ONE AND 17/100 DOLLARS

VOID AFTER 6 MONTHS

TO THE
ORDER OF    EAST RIVER GROUP LLC
206 W 6TH STREET, SUITE 100
LOS ANGELES  CA  90014

| CHECK DATE | CHECK AMOUNT |
|---|---|
| 06/15/2018 | $79,941.17 |

THIS DOCUMENT IS PRINTED IN BLUE INK AND CONTAINS SECURITY FEATURES ON BOTH SIDES. DO NOT ACCEPT UNLESS THESE SECURITY FEATURES ARE PRESENT.

Exhibit 8    215

**East River Group LLC**

206 W 6th Street, Suite #100

Los Angeles, CA 90014

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/19/2018 | 08-003PR |

| Bill To |
|---------|
| SEARS Holdings Management Corporation<br>Accounting Service Center<br>2301 West Plano Parkway Ste # 201<br>Plano Texas 75075 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Sears Property Reimbursement: | | |
| | Miscellaneous-Wave Pointe | $    26,994.00 | |
| | Miscellaneous-Server Room | 45,222.72 | |
| | Miscellaneous-Speed Bumps | 7,724.45 | 79,941.17 |
| | | | |
| | PLEASE MAKE CHECK PAYABLE AND SEND TO: | | |
| | East River Group LLC<br>724 S Spring Street, Suite #801<br>Los Angeles, CA 90014 | | |
| | | **Total** | $    79,941.17 |

Exhibit 8    216

## Client Responsibilities

Client is responsible for informing Contractor of any foreseen changes that may affect the scope of work and allow accessibility to work areas within the jobsite during business or non-business hours as need to complete the work. Client is responsible for getting approval from Sears regarding the new IDF Room location and building out the new IDF Room.

## Fee/Cost Schedule

This engagement will be conducted on a Time & Materials basis. The total value for the Services pursuant to this SOW shall or unless otherwise agreed to by both parties via the project change control procedure, as outlined within. A PCR will be issued specifying the amended value.

| Item Description | Quantity | Hourly Rate | Cost |
|---|---|---|---|
| Phone System Relocation Voice Cable Installation | N/A Cat5e Cable Drops (Qty. 200) 100 pair feeder (Qty. 1) for (1:1) 100 pair feeder (Qty. 1) for (2:1) | | $27,000.00 $44,000.00 |
| Fiber & Access Points (APs) Relocation Access Points (APs) Cable Installation | N/A Cat5e Cable Drops (Qty. 50) | | $9,900.00 $9,080.00 |
| *Includes: All parts, materials, cable, and labor* | | | |
| **Total:** | | | **$89,980.00** |

## Payment Terms

- Initial Deposit (30%) - $26,994.00
  *Initial Deposit due upon execution of SOW*

- Cable Installation (40%) - $35,992.00
  *Cable Installation due upon completion of cable runs*

- Remaining Balance (30%) - $26,994.00
  *Remaining Balance due upon completion of project (Net 15)*

| Contractor Info | Client Point of Contact | Client's Point of Contact |
|---|---|---|
| 205 W. 6th Street, Suite 100 Los Angeles, CA 90014 | East River Group LLC Josh Sussman | N/A |

Statement of Work for East River Group LLC - March 29, 2013

Client Initials _____    Pg. 3 of 7

Exhibit 8    217

**EAST RIVER GROUP LLC**
206 W. 6TH STREET
LOS ANGELES, CA 90014

001319

DATE April 8, 2015

18-7038/3220

PAY TO THE ORDER OF ~WAVEPOINTE, INC.~

$ 26,994.00

~Twenty Six Thousand Nine Hundred Ninety Four Dollars Only~

DOLLARS

EAST WEST BANK

MEMO initial deposit(30%)

Exhibit 8    218

**SEARS**
**Miscellaneous-Server Room (employees)**

| Date | Check | | Sears |
|------|-------|---|-------|
| 07/05/16 | 1715 | $ | 6,952.70 |
| 08/23/16 | 1758 | | 7,307.28 |
| 09/20/16 | 1787 | | 2,977.37 |
| 10/10/16 | 1813 | | 4,747.90 |
| 10/20/16 | 1821 | | 761.88 |
| 11/22/16 | 1855 | | 3,368.33 |
| 12/12/16 | 1881 | | 3,849.52 |
| 12/22/16 | 1893 | | 5,894.58 |
| 01/10/17 | 1904 | | 3,819.45 |
| 01/25/17 | 1912 | | 1,904.71 |
| 02/06/17 | 1924 | | 1,323.27 |
| 02/23/17 | 1935 | | 1,213.00 |
| 05/05/17 | 1989 | | 1,102.73 |
| **TOTAL** | | $ | **45,222.72** |

Exhibit 8    219



Payroll June 16-30

| Head office payroll Name | East River |
|---|---|
| TOTAL | |
| Jonathan | |
| Jimmy | |
| Diony | $156.64 |
| Susie | |
| Fe | $385.95 |
| Leony | |
| Jemma | |
| Umai | |
| Head office payroll per Entity | $542.59 |
| Maintenance Payroll per Entity (per Telma's computation) | 6952.7 |
| Bernard | |
| Armando | |
| Amilo | |
| Check Request Payable to Citify Management Group | $7,495.29 |

DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD VOID IS VISIBLE THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED

**EAST RIVER GROUP LLC**
206 WEST 6TH ST., SUITE #100
LOS ANGELES, CA 90014

MultiCHAXD # 231160NS-08

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

1715

07/05/2016

PAY TO THE
ORDER OF      Citify Management Group, LLC                              $ **7,495.29

Seven Thousand Four Hundred Ninety-Five and 29/100*************                    DOLLARS

AUTHORIZED SIGNATURE

MEMO  Admin Fee: June 16-30, 2016

Exhibit 8    220

## CHECK REQUEST

**PAYROLL ENDING: 06/30/16**
**06/16/16 TO 06/30/2016**

**CHARGE TO:EAST RIVER GROUP**

CHECK PAYABLE TO:  CITIFY MANAGEMENT GROUP LLC

| # | EMPLOYEE FULL NAME | PAY RATE | REGULAR | TOTAL | COMMENTS: |
|---|---|---|---|---|---|
| 1 | DAVID | SALARY | 40 | 568.40 | SEARS |
| 2 | OSCAR | 16.00 | 88 | 1408.00 | SEARS |
| 3 | MANUEL | 13.50 | 40 | 540.00 | SEARS |
| 4 | JOVANNY | 18.00 | 32 | 576.00 | SEARS |
| 5 | ALVARO | 20.00 | 32 | 640.00 | SEARS |
| 6 | VICTOR | 13.00 | 32 | 416.00 | SEARS |
| 7 | FILIBERTO | 14.00 | 8 | 112.00 | SEARS |
| 8 | , JAIME | 25.00 | 8 | 200.00 | SEARS |
| 9 | ELEAZAR | 15.00 | 8 | 120.00 | SEARS |
| 10 | JOSE | 11.00 | 88 | 968.00 | SEARS |
| | | | TOTAL: | 5,548.80 | |

+  654.71
749.59
$ 6,952.70

Exhibit 8    221

| Payroll Aug 1-15 | |
|---|---|
| **Head office payroll** | |
| **Name** | **East River** |
| **TOTAL** | |
| Jonathan ████ | |
| Jimmy ████ | |
| Diony ████ | $156.64 |
| Susie ████ | |
| Fe ████ | $385.95 |
| Leony ████ | |
| Du, ████ | |
| Umai ████ | |
| **Head office payroll per Entity** | $542.59 |
| Maintenance Payroll per Entity (per Telma's computation) | $7,307.28 |
| Bernard ████ | |
| Armando ████ | |
| Amilo ████ | |
| | $7,849.87 |

**Check Request Payable to Citify Management Group**    $7,849.87

Exhibit 8    222

EAST RIVER GROUP LLC
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

1758

08/23/2016

PAY TO THE
ORDER OF        Citify Management Group, LLC                                    $ **7,849.87

Seven Thousand Eight Hundred Forty-Nine and 87/100************                          DOLLARS

MEMO Admin Fee: Aug 1-15, 2016                                    AUTHORIZED SIGNATURE

Exhibit 8    223

| Payroll Sept 1-15 | |
|---|---|
| **Head office payroll** | |
| **Name** | **East River** |
| TOTAL | |
| Jonathan | |
| Jimmy | |
| Diony | $182.74 |
| Susie | |
| Fe | $350.87 |
| Leony | |
| Du, | |
| Umai | |
| Head office payroll per Entity | $533.61 |
| Maintenance Payroll per Entity (per Telma's computation) | $2,977.37 |
| Bernard | |
| Armando | |
| Amilo | |
| | $3,510.98 |

Check Request Payable to Citify Management Group          $3,510.98

---

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND DO NOT CASH IF THE WORD VOID IS VISIBLE THE PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

JAuRCHASE # 231780NS-08
1787

09/20/2016

PAY TO THE
ORDER OF     Citify Management Group, LLC                    $ **3,510.98

Three Thousand Five Hundred Ten and 98/100***********************                    DOLLARS

MEMO     Admin: Sept 1-15, 2016

AUTHORIZED SIGNATURE

Exhibit 8    224

# CHECK REQUEST

**PAYROLL ENDING: 09/15/16**
**09/01/16 TO 09/15/2016**
**CHARGE TO:EAST RIVER GROUP**

CHECK PAYABLE TO:  CITIFY MANAGEMENT GROUP LLC

| # | EMPLOYEE FULL NAME | PAY RATE | REGULAR | TOTAL | COMMENTS: |
|---|---|---|---|---|---|
| 2 | OSCAR | 16.00 | 88 | 1408.00 | SEARS |
| 4 | JOSE | 11.00 | 88 | 968.00 | SEARS |
| | | | TOTAL: | 2,376.00 | |

280.37 - Tax
321.00 - WC

2,977.37

Exhibit 8   225

| Payroll Sept 16-30 | |
|---|---|
| **Head office payroll** | |
| Name | East River |
| TOTAL | |
| Jonathan ███ | |
| Jimmy ███ | |
| Diony | $182.74 |
| Fe | $353.06 |
| Leony ███ | |
| Du, ███ | |
| Umai ███ | |
| **Head office payroll per Entity** | $535.80 |
| Maintenance Payroll per Entity (per Telma's computation) | $4,747.90 |
| Bernard ███ | |
| Armando ███ | |
| Amilo ███ | |
| | $5,283.70 |

Check Request Payable to Citify Management Group    | $5,283.70 |

---

S DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IN THE WORLD VOID IS VISIBLE THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED

**EAST RIVER GROUP LLC**
206 W 6TH ST.. SUITE 100
LOS ANGELES. CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE.. SUITE 600
PASADENA. CA 91101

MANCHASH # 23176DNR-06

1813

10/10/2016

PAY TO THE
ORDER OF     Citify Management Group. LLC            $ **5,283.70

Five Thousand Two Hundred Eighty-Three and 70/100*************** ____ DOLLARS

MEMO    Admin Fee: Sept 16-30, 2016          AUTHORIZED SIGNATURE

Exhibit 8    226

# CHECK REQUEST

**PAYROLL ENDING: 09/30/18**

**CHARGE TO: EAST RIVER GROUP**

**CHECK PAYABLE TO:** CITIFY MANAGEMENT GROUP LLC

| # | EMPLOYEE FULL NAME | PAY RATE | REGULAR | TOTAL | COMMENTS: |
|---|---|---|---|---|---|
| | DAVID | SALARY | 3 DAYS | 340.92 | HOURS |
| 1 | OSCAR | 16.00 | 88 | 1408.00 | HOURS |
| 2 | VICTOR | 13.00 | 16 | 208.00 | HOURS |
| 3 | THOMAS | 14.00 | 24 | 336.00 | HOURS |
| 4 | JOSE | 11.00 | 88 | 1496.00 | HOURS |
| | | | TOTAL: | 3,788.92 | |

447.09 - Tax
511.88 - WC
—————
4,747.90

Exhibit 8 · 227

| Payroll Oct1-15 | |
|---|---|
| lead office payroll | |
| lame | **East River** |
| 'OTAL | |
| Jonathan | |
| Jimmy | |
| Diony | $182.74 |
| Fe | $350.87 |
| Leony | |
| Du, | |
| Umal | |
| lead office payroll per Entity | $533.61 |
| Maintenance Payroll per Entity (per Telma's computation) | $761.88 |
| ernard | |
| rmando | |
| milo | |
| | $1,295.49 |
| heck Request Payable to Citify Management Group | $1,295.49 |

---

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultCHAX» # 23178DN5-00

**1821**

10/20/2016

PAY TO THE
ORDER OF      Citify Management Group, LLC                              $ **1,295.49

One Thousand Two Hundred Ninety-Five and 49/100*********************                    DOLLARS

MEMO    Admin: Oct 1-15, 2016

AUTHORIZED SIGNATURE

Exhibit 8    228

## CHECK REQUEST

**PAYROLL ENDING: 10/15/16**

**CHARGE TO:EAST RIVER GROUP**

**CHECK PAYABLE TO:   CITIFY MANAGEMENT GROUP LLC**

| EMPLOYEE | | PAY | REGULAR | TOTAL | | COMMENTS: |
|---|---|---|---|---|---|---|
| # | FULL NAME | RATE | | | | |
| 1 | OSCAR | 16.00 | 16 | 256.00 | sems | |
| 2 | JOSE | 11.00 | 32 | 352.00 | sems | |
| | | | TOTAL: | 608.00 | | |

71.74 - Tax
82.14 - WC
_____
761.88

Exhibit 8    229

| 'ayroll Nov 1-15 | East River |
|---|---|
| **lead office payroll** | |
| lame | East River |
| 'OTAL | |
| Jonathan | |
| Jimmy | |
| Diony | $182.74 |
| Fe | $385.95 |
| Leony | |
| Du, | |
| Umai | |
| lead office payroll per Entity | $568.70 |
| Maintenance Payroll per Entity (per Telma's computation) | $3,368.33 |
| ernard | |
| .rmando | |
| .milo | |
| | $3,937.03 |

heck Request Payable to Citify Management Group        $3,937.03

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

1855

11/22/2016

PAY TO THE
ORDER OF        Citify Management Group, LLC        $ **3,937.03

Three Thousand Nine Hundred Thirty-Seven and********************        DOLLARS

MEMO        Admin: Nov 1-15, 2016

AUTHORIZED SIGNATURE

Exhibit 8    230

| Payroll Nov 16-31 | |
|---|---|
| **Head office payroll** | |
| **Name** | **East River** |
| **TOTAL** | |
| Jonathan ██████ | |
| Jimmy ████ | |
| Diony ███ | $182.74 |
| Fe█ | $300.43 |
| Leony█ | |
| ████ Rica | |
| Umai | |
| **Head office payroll per Entity** | $483.17 |
| Maintenance Payroll per Entity (per Telma's computation) | $3,849.52 |
| Bernard ████ | |
| Armando ████ | |
| Eric ███ | |
| | $4,332.69 |

Check Request Payable to Citify Management Group          $4,332.69

---

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

Mull-CHAXXJ # 23178DNS-00
1881

12/12/2016

PAY TO THE
ORDER OF          Citify Management Group, LLC                          $ **4,332.69

Four Thousand Three Hundred Thirty-Two and************************ _____ DOLLARS

MEMO
Admin: Nov 16-31, 2016

AUTHORIZED SIGNATURE

Exhibit 8   231

## CHECK REQUEST

**PAYROLL ENDING: 11/30/18**

**CHARGE TO:EAST RIVER GROUP**

**CHECK PAYABLE TO:  CITIFY MANAGEMENT GROUP LLC**

| # | EMPLOYEE FULL NAME | PAY RATE | REGULAR | TOTAL | COMMENTS: |
|---|---|---|---|---|---|
| 1 | OSCAR | 16.00 | 80 | 1280.00 | SEDAS |
| 2 | JOSE | 11.00 | 80 | 880.00 | SEDAS |
| 3 | JOVANNY | 18.00 | 24 | 432.00 | |
| 4 | ALVARO | 11.00 | 24 | 480.00 | SEDAS |
| | | | TOTAL: | 3,072.00 | |

362.50 - Tax
415.03 - WC
$ 3,849.52

Exhibit 8   232

| Payroll Dec 1-15 | |
| --- | --- |
| **Head office payroll** | |
| **Name** | **East River** |
| **TOTAL** | |
| Jonathan | |
| Jimmy | |
| Diony | $182.74 |
| Fe | $385.95 |
| Leony | |
| Rica | |
| Eric | |
| Umai | |
| **Head office payroll per Entity** | $568.70 |
| Maintenance Payroll per Entity (per Telma's computation) | $5,894.58 |
| Bernard | |
| Armando | |
| | $6,463.28 |

Check Request Payable to Citify Management Group        | $6,463.28 |

---

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHANID # 231780N$-08

1893

12/22/2016

PAY TO THE
ORDER OF        Citify Management Group, LLC        $ **6,463.28

Six Thousand Four Hundred Sixty-Three and 28/100************** _____ DOLLARS

MEMO    Admin  Dec 1-15, 2016

AUTHORIZED SIGNATURE

Exhibit 8    233

## CHECK REQUEST

**PAYROLL ENDING: 1215/16**

**CHARGE TO:EAST RIVER GROUP**

CHECK PAYABLE TO:  CITIFY MANAGEMENT GROUP LLC

| # | EMPLOYEE FULL NAME | PAY RATE | REGULAR | TOTAL | COMMENTS: |
|---|---|---|---|---|---|
| 1 | VICTOR | 13.00 | 8 | 104.00 | sears |
| 2 | OSCAR | 16.00 | 88 | 1408.00 | sears |
| 3 | JOSE | 11.00 | 88 | 968.00 | sears |
| 4 | JOVANNY | 18.00 | 88 | 1584.00 | sears |
| 5 | ALVARO | 20.00 | 32 | 640.00 | sears |
| | | | TOTAL: | 4,704.00 | |

555.07 —Tax
635.51 —WC
$5,894.58

Exhibit 8    234

| Payroll Dec 16-31 | |
|---|---|
| Head office payroll | |
| Name | East River |
| TOTAL | |
| Junathur | |
| Jimmy | |
| Danny | $182.74 |
| Fe | $385.95 |
| Leony | |
| Rico | |
| Eric | |
| Umal | |
| Head office payroll per Entity | $568.70 |
| Maintenance Payroll per Entity (per Telma's computation) | $3,819.45 |
| Bernard | |
| Armando | |
| | $4,388.15 |

Check Request Payable to Citify Management Group    $4,388.15

---

EAST RIVER GROUP LLC
200 W 8TH ST, SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N LOS ROBLES AVE  SUITE 600
PASADENA, CA 91101

1904

01/10/2017

PAY TO THE
ORDER OF     Citify Management Group, LLC              $ **4,388.15

Four Thousand Three Hundred Eighty-Eight and************************              DOLLARS

MEMO    Admin: Dec 16-31, 2016              AUTHORIZED SIGNATURE

---

GRAND PACIFIC 7-28, LLC
200 W 8th St  Suite 100
Los Angeles, CA 90014

East West Bank
135 N  Los Robles Ave  Suite 600
Pasadena, CA 91101

2266

01/10/2017

PAY TO THE
ORDER OF     Citify Management Group              $ **1,253.17

One Thousand Two Hundred Fifty-Three and 17/100****************              DOLLARS

Exhibit 8    235

## CHECK REQUEST

**PAYROLL ENDING: 12/31/2016**

**CHARGE TO: EAST RIVER GROUP**

**CHECK PAYABLE TO:  CITIFY MANAGEMENT GROUP LLC**

| # | EMPLOYEE FULL NAME | PAY RATE | REGULAR | TOTAL | COMMENTS: |
|---|---|---|---|---|---|
| 1 | ██████ LAURA | 10.5 | 8 | 84.00 | SEARS |
| 2 | ██████ HERCILIA | 11.5 | 8 | 92.00 | SEARS |
| 3 | ██████ OSCAR | 16.00 | 56 | 896.00 | SEARS |
| 4 | ██████ JOSE | 11.00 | 88 | 968.00 | SEARS |
| 5 | ██████ JOVANNY | 18.00 | 56 | 1008.00 | SEARS |
| | | | TOTAL: | 3,048.00 | |

359.66 - Tax
411.78 - WC
3819.45

| Payroll Jan 1-15 | |
|---|---|
| **Head office payroll** | |
| **Name** | **East River** |
| TOTAL | |
| Jonathan ▓ | |
| Jimmy ▓ | |
| Diony ▓ | $182.74 |
| Fe ▓ | $350.87 |
| Leony ▓ | |
| ▓ Rica | |
| Eric ▓ | |
| Umai ▓ | |
| Head office payroll per Entity | $533.61 |
| Maintenance Payroll per Entity (per Telma's computation) | $1,904.71 |
| Bernard ▓ | |
| Armando ▓ | |
| | $2,438.32 |

**Check Request Payable to Citify Management Group**        $2,438.32

---

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23178DNS-06
**1912**

**01/25/2017**

PAY TO THE
ORDER OF        Citify Management Group, LLC                    $ **2,438.32

Two Thousand Four Hundred Thirty-Eight and************************        DOLLARS

MEMO        Payroll Jan 1-15, 2017

AUTHORIZED SIGNATURE

Exhibit 8    237



## CHECK REQUEST

PAYROLL ENDING: 01/15/2017

CHARGE TO: EAST RIVER GROUP

CHECK PAYABLE TO:  CITIFY MANAGEMENT GROUP LLC

| # | EMPLOYEE FULL NAME | PAY RATE | REGULAR | TOTAL | COMMENTS: |
|---|---|---|---|---|---|
| 1 | OSCAR | 16.00 | 40 | 640.00 | SEARS |
| 2 | JOSE | 11.00 | 80 | 880.00 | SEARS |
| | | | TOTAL: | 1,520.00 | |

179.76  tax
205.85  wc

$1,904.71

Exhibit 8  238

| PayrollJan 16-31 | |
|---|---|
| **Head office payroll** **Name** | East River |
| **TOTAL** | |
| Jonathan ▮▮▮ | |
| Jimmy | |
| Diony | $182.74 |
| Fe ▮▮▮ | $401.96 |
| Leony | |
| ▮▮▮ Rica | |
| Eric | |
| Umai ▮▮▮ | |
| Head office payroll per Entity | $584.71 |
| Maintenance Payroll per Entity (per Telma's computation) | $1,323.27 |
| Bernard ▮▮▮ | |
| Armando ▮▮▮ | |
| | $1,907.98 |

- admin
- employee leasing

Check Request Payable to Citify Management Group       $1,907.98

---

PLEASE READ A COLORED SECURITY BACKGROUND, TINT, CAB LETTER WORDING "OTRIGINAL DOCUMENT" PRINTED ON THE BACK, A MICROPRINTED SIGNATURE LINE AND A PADLOCK ICON APPEARS ON RIVERSE SIDE AND IS ALTERED/COPIED

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MJSICHAXED # 231780NS-09
**1924**

02/06/2017

PAY TO THE
ORDER OF        Citify Management Group, LLC        $ **1,907.98

One Thousand Nine Hundred Seven and 98/100*********************** _____ DOLLARS

Citify Management Group, LLC
206 W 6th Street, #100
Los Angeles, CA 90014

MEMO       Payroll Jan 16-31, 2017                    AUTHORIZED SIGNATURE

Exhibit 8    239



# CHECK REQUEST

**PAYROLL ENDING: 01/31/2017**

**CHARGE TO:EAST RIVER GROUP**

**CHECK PAYABLE TO:  CITIFY MANAGEMENT GROUP LLC**

| # | EMPLOYEE | PAY | REGULAR | TOTAL | COMMENTS: |
|---|----------|-----|---------|-------|-----------|
| | FULL NAME | RATE | | | |
| 2 | ██████ JOSE | 11.00 | 96 | 1056.00 | ████ |
| | | TOTAL: | | ██████ 1056.00 | |

124.61  Tax

142.69  WC

1,323.27

Exhibit 8    240

| Payroll Feb 1-15 | |
| --- | --- |
| **Head office payroll** | |
| Name | East River |
| TOTAL | |
| Jonathan ▓▓▓ | |
| Jimmy ▓▓▓ | |
| Diony ▓ | $182.74 |
| Fe ▓▓ | $385.95 |
| Leony ▓ | |
| ▓▓▓    Rica | |
| Eric ▓ | |
| Umai ▓▓ | |
| Head office payroll per Entity | $568.70 |
| Maintenance Payroll per Entity (per Telma's computation) | $1,213.00 |
| Bernard ▓▓ | |
| Armando ▓▓▓ | |
| | $1,781.70 |

Check Request Payable to Citify Management Group          $1,781.70

---

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

IAJ-R/CHAXID # 23176DNS-06
**1935**

02/23/2017

PAY TO THE
ORDER OF        Citify Management Group, LLC                    $ **1,781.70

One Thousand Seven Hundred Eighty-One and 70/100***************                    DOLLARS

          Citify Management Group, LLC
          206 W 6th Street, #100
          Los Angeles, CA 90014

MEMO      Payroll Feb 1-15, 2017                              AUTHORIZED SIGNATURE

Exhibit 8    241

Exhibit 8    242



| Payroll Apr 16-30 | |
|---|---|
| **Head office payroll** | |
| **Name** | **East River** |
| Jonathan | |
| Jimmy | |
| Pascal | |
| Diony | $182.74 |
| Fe | $350.87 |
| Leony | |
| Rica | |
| Eric | |
| Susanna | $0.00 |
| Umai | |
| Bernard | |
| Armando | |
| Head office payroll per Entity | $533.61 X |
| Maintenance Payroll per Entity (per Telma's computation) | $1,102.73 |
| | $1,636.34 |

Check Request Payable to Citify Management Group          $1,636.34

---

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

Mar+CHAXID # 23178DNS-08

1989

05/05/2017

PAY TO THE
ORDER OF          Citify Management Group, LLC                    $  **1,636.34

One Thousand Six Hundred Thirty-Six and 34/100******************              DOLLARS

MEMO
Admin: April 16-30, 2017

AUTHORIZED SIGNATURE

Exhibit 8    243



## CHECK REQUEST

**PAYROLL ENDING: 04/15/2017**

**CHARGE TO:EAST RIVER GROUP**

CHECK PAYABLE TO:  `CITIFY MANAGEMENT GROUP LLC`

| # | EMPLOYEE FULL NAME | PAY RATE | REGULAR | TOTAL | COMMENTS: |
|---|---|---|---|---|---|
| 2 | JOSE | 11.00 | 80 | 880.00 | sears |
| | | | TOTAL: | 880.00 | |

103.84 −Tax
118.89 −WC
1,102.73

Exhibit 8    244

**Rose** PAVING CO.
*Beyond Paving*
**BEYOND EXPECTATIONS.™**

September 17, 2015

# PROPOSAL

### Customer Information

East River Group
621 S. Spring St.
Los Angeles, CA 90014

### Job Site Information — Sears Parking lot.

East River Group
621 S. Spring St. 2650 E Olympic
Los Angeles, CA 90014 90023
Contact: Michael
Phone: (310)994-0008

### Rose Paving Information

Quote #: 15-080782
Contact: Scott Shaw
Cell: 909-525-2670
Email: sshaw@rosepaving.com

## Base Bid

| Speed Bumps | $6,104.50 |
|---|---|

**Quantity:** 18 EA

**Process:**
Install 18 speed bumps over two parking lots. This work to be done in 2 mobilization during the week.

**Initial for Approval** _MW_

| Lot Marking - Restripe | $1,619.95 |
|---|---|

**Quantity:** Full Restripe

**Process:**
Restripe per existing layout. This work to be done in one mobilization (can be done at night time while the lot is empty).

**Initial for Approval** _MW_

## Base Bid Total = $ 7,724.45

### Approval Selection:

**Total Dollars Approved:** _7,724.45_

**Date Approved:** _____

**Name:** _Michael Wizman_

**Authorized Signature:** _Wizman_

# PROPOSAL

PAVING CO.

| Customer Information | Job Site Information – Sears Parking lot. | Rose Paving Information |
|---|---|---|
| East River Group | East River Group | Quote #: 15-080782 |
| 621 S. Spring St. | 621 S. Spring St. 2650 E Olympic | Contact: Scott Shaw |
| Los Angeles, CA 90014 | Los Angeles, CA 90014 | Cell: 909-525-2670 |
| | Contact: Michael 90023 | Email: sshaw@rosepaving.com |
| | Phone: (310)994-0008 | |

## Base Bid

| Speed Bumps | $6,104.50 |
|---|---|

Quantity: 18 EA

Process:
Install 18 speed bumps over two parking lots. This work to be done in 2 mobilization during the week.

Initial for Approval _MW_

| Lot Marking - Restripe | $1,619.95 |
|---|---|

Quantity: Full Restripe

Process:
Restripe per existing layout. This work to be done in one mobilization (can be done at night time while the lot is empty).

Initial for Approval _MW_

## Base Bid Total = $ 7,724.45

### Approval Selection:

Total Dollars Approved: _7,724.45_

Date Approved: _____

Name: _n/a Michael Wizman_

---

THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES.

**EAST RIVER GROUP LLC**
206 W. 6TH STREET
LOS ANGELES, CA 90014

001477

DATE October 1, 2015     16-7038/3220

PAY TO THE ORDER OF: ~ROSE PAVING CO.~     $ | $7,724.45 |

~Seven Thousand Seven Hundred Twenty Four Dollars and 45/100 Only~     DOLLARS

EAST WEST BANK

MEMO    Inv.# 37547

Exhibit 8    246

# EXHIBIT 9

**East River Group LLC**
206 W 6th Street, Suite #100
Los Angeles, CA 90014

# Invoice

| Date | Invoice # |
|---|---|
| 4/10/2018 | 04-002PR |

| Bill To |
|---|
| SEARS Holdings Management Corporation |
| Accounting Service Center |
| 2301 West Plano Parkway Ste # 201 |
| Plano Texas 75075 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Sears Property Reimbursement: <br> (Please see attached supporting Invoice check payments) | 283,483.50 | 283,483.50 |
| | PLEASE MAKE CHECK PAYABLE AND SEND TO: <br><br> **East River Group LLC** <br> 724 S Spring Street, Suite #801 <br> Los Angeles, CA 90014 | | |
| | | **Total** | $   283,483.50 |

Exhibit 9    247

# EXHIBIT 10

**EAST RIVER GROUP LLC**
(DUNS NUMBER:    00-000-0000)

SEARS HOLDINGS MANAGEMENT CORPORATION DUNS NO. 0000-896-5873

| BANK NO:  12 | CHECK DATE  : | 06/20/2018 |
| | CHECK NUMBER: | 131203210 |
| | CHECK AMOUNT: | 283,483.50 |

* PLEASE RENDER STATEMENT EACH MONTH SHOWING ALL PAST DUE INVOICES AND CREDITS. STORE AND INVOICE NUMBER MUST BE SHOWN
* OPPOSITE EACH CHARGE. ADDRESS ALL CORRESPONDENCE CONCERNING REMITTANCES TO A/P AUDIT DEPARTMENT.

| STORE NO. | DOCUMENT NUMBER | P.O. NUMBER / FICHE NO(*) | DOC. DATE | ENTRY CODE | DOCUMENT AMOUNT | DISCOUNT AMOUNT | DISCOUNT % CODE | DEPT NO. |
|---|---|---|---|---|---|---|---|---|
| 36592 | 4002PR | | 4/10/18 | | 283,483.50 | .00 | | 400 |

| | DOCUMENT TOTAL | DISCOUNT TOTAL | 1099 WTAX TOTAL | NET AMOUNT |
|---|---|---|---|---|
| | 283,483.50 | .00 | .00 | 283,483.50 |

DISCOUNT CODE:    A. ANTICIPATION    C. CASH    F. FREIGHT    T. TRADE

SEARS HOLDINGS MANAGEMENT CORPORATION

Bank of America

64-1278/611

CHECK NUMBER:  131203210

PAY :  TWO HUNDRED EIGHTY-THREE THOUSAND FOUR HUNDRED EIGHTY-THREE AND 50/100 DOLLARS

TO THE
ORDER OF    EAST RIVER GROUP LLC
206 W 6TH STREET SUITE 100
LOS ANGELES  CA  90014

VOID AFTER 6 MONTHS

| CHECK DATE | CHECK AMOUNT |
|---|---|
| 06/20/2018 | $283,483.50 |

THIS DOCUMENT IS PRINTED IN BLUE INK AND CONTAINS SECURITY FEATURES ON BOTH SIDES. DO NOT ACCEPT UNLESS THESE SECURITY FEATURES ARE PRESENT.

Exhibit 10    248

**East River Group LLC**

206 W 6th Street, Suite #100
Los Angeles, CA 90014

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/10/2018 | 04-002PR |

| Bill To |
|---------|
| SEARS Holdings Management Corporation |
| Accounting Service Center |
| 2301 West Plano Parkway Ste # 201 |
| Plano Texas 75075 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Sears Property Reimbursement: <br> (Please see attached supporting Invoice check payments) | 283,483.50 | 283,483.50 |
| | PLEASE MAKE CHECK PAYABLE AND SEND TO: <br><br> **East River Group LLC** <br> 724 S Spring Street, Suite #801 <br> Los Angeles, CA 90014 | | |
| | | **Total** | $    283,483.50 |

Exhibit 10    249

|  |  |  | As of August 16, 2017 | As of August 16, 2017 |  | As of April 9, 2018 | As of April 9, 2018 |
|---|---|---|---|---|---|---|---|
| Reimbursement Request | Contract | Paid | Actual Payments To Vendors | Remaining Balance for Payment To Vendors | Comments | Additional Payments to Vendors | Actual Payments To Vendors |
| **Demolition and Abatement - Naya** |  |  |  |  |  |  |  |
| Basement | $ 30,000.00 | $ 30,000.00 | $ 30,000.00 |  |  |  | $ 30,000.00 |
| Sears Old HVAC | $ 100,000.00 | $ 100,000.00 | $ 54,805.20 |  | Damaged during demolition: VJ (HVAC), Flores Electrical, AT&T fiber cable; Klondike |  | $ 54,805.20 |
| Pebble Facade | $ 177,000.00 | $ 177,000.00 | $ 177,000.00 |  |  |  | $ 177,000.00 |
| Change Order #1 & #2 | $ 21,950.00 | $ 21,950.00 |  |  |  | $ 21,950.00 | $ 21,950.00 |
| **Sears HVAC** |  |  |  |  |  |  |  |
| Flores Electrical | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 |  |  | $ 21,680.00 | $ 36,680.00 |
| Alliance Mechanical Group-VJ | $ 915,000.00 | $ 523,923.75 | $ 523,923.75 | $ 391,076.25 | $523,923.75-478,173.75 Sears' Payment = $45,750 | $ 45,750.00 | $ 523,923.75 |
| **Sears Part Store:** |  |  |  |  |  |  |  |
| Alliance Mechanical Group-VJ | $ 21,500.00 | $ 21,500.00 |  |  |  | $ 21,500.00 | $ 21,500.00 |
| **Sears Server Room:** |  |  |  |  |  |  |  |
| Alliance Mechanical Group-VJ | $ 8,000.00 | $ 8,000.00 |  |  |  | $ 8,000.00 | $ 8,000.00 |
| **Sears Fascade** |  |  |  |  |  |  |  |
| Glass | $ 75,000.00 | $ 75,000.00 | $ 75,000.00 |  |  | $ 1,500.00 | $ 76,500.00 |
| Windows Panels - Main | $ 63,800.00 | $ 63,800.00 | $ 63,800.00 |  |  |  | $ 63,800.00 |
| Windows Panels - North | $ 34,450.00 | $ 30,000.00 | $ 30,000.00 | $ 4,450.00 |  | $ 3,900.00 | $ 33,900.00 |
| Window Panels - Staircase | $ 24,200.00 |  |  |  |  | $ 22,900.00 | $ 22,900.00 |
| Structure for Window Panels - Main | $ 77,900.00 |  |  |  |  | $ 77,900.00 | $ 77,900.00 |
| Structure for Window Panels - North | $ 9,400.00 |  |  |  |  | $ 9,400.00 | $ 9,400.00 |
| Structure for Window Panels-Staircase | $ 31,000.00 |  |  |  |  | $ 31,000.00 | $ 31,000.00 |
| Facade - SPC | $ 70,000.00 | $ 70,000.00 | $ 70,000.00 |  |  |  | $ 70,000.00 |
| Sign Refurbishment | $ 30,000.00 | $ 30,000.00 | $ 19,264.00 |  |  | $ 2,500.00 | $ 21,764.00 |
| **Basement Work** |  |  |  |  |  |  |  |
| Ramp/Plates | $ 7,050.00 | $ 7,050.00 | $ 5,000.00 | $ 2,050.00 |  |  | $ 5,000.00 |
| Guardrail | $ 5,700.00 | $ 5,700.00 | $ 5,700.00 |  |  |  | $ 5,700.00 |
| Flooring | $ 30,000.00 | $ 30,000.00 | $ 30,000.00 |  |  |  | $ 30,000.00 |
| Wall - SPC | $ 30,000.00 | $ 30,000.00 | $ 25,000.00 | $ 5,000.00 |  |  | $ 25,000.00 |
| Server Room Walls (ERG Staff) | $ 20,000.00 | $ 20,000.00 | $ 20,950.00 |  |  |  | $ 20,950.00 |
| Server Room Ceiling/Roofing | $ 2,700.00 | $ 2,700.00 | $ 12,000.00 | $ 1,000.00 | Luis Hernandez & US Roofing Supply |  | $ 12,000.00 |
| **Consultants** |  |  |  |  |  |  |  |
| Architect (ADA & Sears) | $ 65,000.00 | $ 15,000.00 | $ 21,000.00 |  |  |  | $ 21,000.00 |
| EMA Engineers | $ 30,000.00 | $ 30,000.00 | $ 30,173.25 |  |  |  | $ 30,173.25 |
| Historic (Chattel) | $ 20,000.00 | $ 20,000.00 | $ 122,954.44 |  | Started payments 1/22/14 | $ 12,353.50 | $ 135,307.94 |
| Russell Holland | $ 22,500.00 | $ 22,500.00 | $ 21,350.00 | $ 1,150.00 |  | $ 1,150.00 | $ 22,500.00 |
| Russell Holland Change Order #1 | $ 2,000.00 |  |  |  |  | $ 2,000.00 | $ 2,000.00 |
| Charles Tan | $ 10,000.00 | $ 10,000.00 | $ 90,000.00 |  |  |  | $ 90,000.00 |
| **Misc.** |  |  |  |  |  |  |  |
| Wave Pointe | $ 29,000.00 | $ 29,000.00 | $ 26,994.00 |  |  |  | $ 26,994.00 |
| Server Room (emp. & materials) | $ 30,000.00 | $ 30,000.00 | $ 45,222.72 |  | Actual payment of $45,222.72 is based only on the emloyee/labor. Contract amount not yet finalized by Jimmy |  | $ 45,222.72 |
| Speed Bumps | $ 5,000.00 | $ 5,000.00 | $ 7,724.45 |  |  |  | $ 7,724.45 |
| **TOTAL** | $ 2,013,150.00 | $ 1,423,123.75 | $ 1,522,861.81 | $ 404,726.25 | Total New Expenses for Reimbursement | $ 283,483.50 | $ 1,760,595.31 |

Exhibit 10    250

Naya Services, Inc
1490 S. VINEYARD AVE STE. E
ONTARIO, CA 91761 US
(909) 458-0450
yasminestrada@nayaservicesinc.com



# INVOICE

**BILL TO**
East River Group, LLC
206 W. 6th Street, Ste. 100
Los Angeles, CA 90014

INVOICE # 1534
DATE 12/06/2016

**JOB**
NSI16-295 Sears Tower

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 02 Site Work:02.10 Demo<br>Removal of all existing construction debris on 2nd floor<br>building 1954 | 1 | 1,000.00 | 1,000.00 |

BALANCE DUE        **$1,000.00**

---

EAST RIVER GROUP LLC
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

1883

12/14/2016

$ **1,000.00

PAY TO THE
ORDER OF        Naya Services Inc

One Thousand and 00/100 ···················································· DOLLARS

AUTHORIZED SIGNATURE

MEMO    Inv# 1534 dated 12/6/16

Exhibit 10    251

Naya Services, Inc
1490 S. VINEYARD AVE STE. E
ONTARIO, CA 91761 US
(909) 458-0450
yasminestrada@nayaservicesinc.com



# INVOICE

BILL TO
East River Group, LLC
206 W. 6th Street, Ste. 100
Los Angeles, CA 90014

INVOICE # 1534
DATE 12/06/2016

JOB
NSI16-295 Sears Tower

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 02 Site Work:02.10 Demo<br>Removal of all existing construction debris on 2nd floor<br>building 1954 | 1 | 1,000.00 | 1,000.00 |

BALANCE DUE          **$1,000.00**

Exhibit 10    252



## OWNER/CONTRACTOR AGREEMENT: Dated: 02/02/2017

CHANGE ORDER NO. _____ 1

| | |
|---|---|
| Project Info. | Sears Complex |
| Project Address: | 2650 E. Olympic Blvd |
| City ZIP: | Los Angeles, Ca 90023 |
| Tel: | (213) 623-3800 |

| | |
|---|---|
| Contractor's Name: | East River Group |
| Contractor's Address: | 206 W. 6th Street Suite 100 |
| City ZIP: | Los Angeles, CA 90014 |
| Fax: | (213) 623-3811 |

JOB NO: NSI17-

YOU ARE HEREBY AUTHORIZED to perform the following specified work (show sizes dimensions, cost credits and or changes) separately listed

| Description /Justification of Change in Contract | Amount |
|---|---|
| Demolition of wall at sears complex | $5,968.00 |
| | |
| *Mobilization, scaffold and equipement rental | $400.00 |
| *Demobilization | $300.00 |
| *Disposal including trucking | $1,000.00 |

EAST RIVER GROUP LLC
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

1927

02/10/2017

PAY TO THE ORDER OF _____ Calmar Construction, Inc.          $ **5,950.00

Five Thousand Nine Hundred Fifty and 00/100******************** DOLLARS

Calmar Construction, Inc.
15467 Vanilla Bean Lane
Fontana, CA 92336

MEMO   CO # 1 dated 2/2/17                        AUTHORIZED SIGNATURE

| | |
|---|---|
| Net change by previous Change Orders | $0.00 |
| Contract Amount prior to this Change Order | $0.00 |
| This Change Order Amount [increase (decrease)] | $8,318.20 |
| New Amended Contract Amount | $8,318.20 |

The owner(s) and contractor hereby certify that to their knowledge there are no other change(s) in the work performed under this contract besides those listed above or in previously approved change orders.

Contractor: East River Group

By: _____   Date: _____
          Name and Title

15467 Vanilla Bean Lane
Fontana, CA 92336
License# 1008412
Ph (909) 346-1523 Fx: (909) 346-1524

Exhibit 10    253



## OWNER/CONTRACTOR AGREEMENT: Dated: 02/02/2017
### CHANGE ORDER NO. _____

| | | | |
|---|---|---|---|
| Project Info. | Sears Complex | Contractor's Name: | East River Group |
| Project Address: | 2650 E. Olympic Blvd | Contractor's Address: | 206 W. 6th Street Suite 100 |
| City ZIP: | Los Angeles, Ca 90023 | City ZIP: | Los Angeles, CA 90014 |
| Tel: | (213) 623-3800 | Fax: | (213) 623-3811 |

JOB NO: NS117-

YOU ARE HEREBY AUTHORIZED to perform the following specified work (show sizes dimensions cost credit) and/or change(s) separately listed

| Description /Justification of Change in Contract | Amount |
|---|---|
| Demolition of wall at sears complex | $5,968.00 |
| | |
| *Mobilization, scaffold and equipement rental | $400.00 |
| *Demobilization | $300.00 |
| *Disposal including trucking | $1,000.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Subtotal | $7,668.00 |
| O&P                          15% | $1,150.20 |
| Total | $8,818.20 |

| | |
|---|---|
| Original Contract Amount | $0.00 |
| No change by previous Change Orders | $0.00 |
| Contract Amount prior to this Change Order | |
| This Change Order Amount [increase (decrease)] | $8,818.20 |
| New Amended Contract Amount | $8,818.20 |

The owner(s) and contractor hereby certify that to their knowledge there are no other change(s) in the work
performed under this contract besides those listed above or in previously approved change orders.

Contractor: East River Group

By: _____    Date: _____
                Name and Title

15467 Vanilla Bean Lane
Fontana,CA 92336
License# 1008412
Ph (909) 346-1523 Fx: (909) 346-1524

Exhibit 10    254



## OWNER/CONTRACTOR AGREEMENT: Dated: 03/02/2017

### CHANGE ORDER NO.          2

| Project Info: | Sears Complex | Contractor's Name: | East River Group |
|---|---|---|---|
| Project Address: | 2650 E. Olympic Blvd | Contractor's Address: | 206 W. 6th Street Suite 100 |
| City ZIP: | Los Angeles, Ca 90023 | City ZIP: | Los Angeles, CA 90014 |
| Tel: | (213) 623-3800 | Fax: | (213) 623-3811 |

JOB NO: NSH7-

YOU ARE HEREBY AUTHORIZED to perform the following specified work (show sizes dimensions, cost/credit) and/or change(s) separately listed

| Description /Justification of Change in Contract | Amount |
|---|---|
| | |
| Item #1 | |
| Demolition of existing perimeter plaster walls to expose concrete Approx. 7,464 SF | |
| | |

---

EAST RIVER GROUP LLC
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

M. CHA. # 23178DNS-29

**1949**

03/07/2017

PAY TO THE
ORDER OF        Calmar Construction, Inc.                                    S **8,751.39

Eight Thousand Seven Hundred Fifty-One and ·················· _____ DOLLARS

Calmar Construction, Inc.
15467 Vanilla Bean Lane
Fontana, CA 92336

AUTHORIZED SIGNATURE

MEMO        Change Order #2 Dated 3/2/17

| | |
|---|---|
| Net change by previous Change Orders | $0.00 |
| Contract Amount prior to this Change Order | $0.00 |
| This Change Order Amount [increase (decrease)] | $27,000.00 |
| New Amended Contract Amount | $27,000.00 |

$ 15.00

The owner(s) and contractor hereby certify that to their knowledge there are no other change(s) in the work
performed under this contract besides those listed above or in previously approved change orders.

Contractor: East River Group

By:                                                    Date:
          Name and Title

15467 Vanilla Bean Lane
Fontana, CA 92336
License# 1008412
Ph (909) 346-1523 Fx (909) 346-1524

Exhibit 10    255



## OWNER/CONTRACTOR AGREEMENT: Dated: 03/02/2017
### CHANGE ORDER NO.

| Project Info: | Sears Complex | Contractor's Name: | East River Group |
| Project Address: | 2650 E. Olympic Blvd | Contractor's Address: | 206 W. 6th Street Suite 100 |
| City /ZIP: | Los Angeles, Ca 90023 | City /ZIP: | Los Angeles, CA 90014 |
| Tel: | (213) 623-3800 | Fax: | (213) 623-3811 |

JOB NO: NSH7-

YOU ARE HEREBY AUTHORIZED to perform the following specified work (show sizes, dimensions, cost credit and or changes) separately listed.

| Description /Justification of Change in Contract | Amount |
|---|---|
| Item #1 | |
| Demolition of existing perimeter plaster walls to expose concrete Approx. 7,484 SF | |
| | |
| Item #2 | |
| Demolition of existing plaster to expose concrete columns Approx. 126 ea. | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | $27,000.00 |
| Subtotal | |
| O&P          15% | $27,000.00 |
| Total | |

| | |
|---|---|
| Original Contract Amount | $0.00 |
| Net change by previous Change Orders | $0.00 |
| Contract Amount prior to this Change Order | $27,000.00 |
| This Change Order Amount [increase (decrease)] | $27,000.00 |
| New Amended Contract Amount | 15... |

The owner(s) and contractor hereby certify that to their knowledge there are no other change(s) in the work performed under this contract besides those listed above or in previously approved change orders.

Contractor: East River Group

By _____    Date: _____
         Name and Title

15467 Vanilla Bean Lane
Fontana, CA 92336
License# 1008412
Ph:(909) 346-1523 Fx: (909) 346-1524

Exhibit 10    256

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

1948

03/07/2017

PAY TO THE
ORDER OF _____ Naya Services & Direct Disposal

$ **1,248.61

One Thousand Two Hundred Forty-Eight and 61/100**************** _____ DOLLARS

MEMO    Final Additional Invoices

AUTHORIZED SIGNATURE

Exhibit 10    257

**Direct Disposal**

*19051 Goldenwest St.,*
*ST.106-137*
*Huntington Beach, CA. 92648*
*Office 323-262-1604*
*Fax 323-262-2281*

**Direct Disposal**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/10/2016 | 129442 |

| BILL TO |
|---------|
| Naya Services Inc<br>1490 S Vineyard Ave Ste E<br>Ontario, CA 91761 |

| JOB SITE |
|----------|
| 2650 E Olympic Blvd.<br>Los Angeles, CA |

| JOB NO. | TERMS | DUE DATE |
|---------|-------|----------|
|  | Due on receipt | 12/10/2016 |

| ITEM | QUANTITY | DESCRIPTION - WORK ORDER # | SERVICED | RATE | AMOUNT |
|------|----------|---------------------------|----------|------|--------|
| Delivery 40<br>LA City AB 939 | 1 | Deliver 40 yd container (WO#87871)<br>City of LA AB 939 Surcharge<br><br>*Work Order Attached* | 12/5/2016 | 475.00<br>10.00% | 475.00<br>47.50 |

Thank you for your business.
A 1.5% finance charge will be accessed after 30 days from the invoice date.

**Total**  $522.50

Exhibit 10    258

# DIRECT ➤ DISPOSAL

WORK ORDER
87871

Service Date 12 / 05 / 12 Day WEN Time 1240

Site Address _74050 OLYMPIC_

City _LA_

Delivery D/R Exch. Rem. Repo. Dry Run Stand By

Bin Size 3 10 25 40 SC PKR #In 40107 #Out _____

Price _____ Per Load   Monthy Rental _____

Tonnage Maximum _____ Overage Fee:_____per Ton

Comments: _____

Driver Signature _____

8811 Warner Ave. PMB 229 ➤ Huntington Beach, CA 92649
323-262-1604 Ph ➤ 888-551-7797 Toll free ➤ 323-262-2281 Fax
www.directdisposal.net

**COD/CREDT AMT** _____ **CK#** _____

Customer Name _NAPA_

Address _____

City _____ State _____ Zip Code _____

Cell ( ____ ) _____ Pgr ( ____ ) _____

Contact _____ Ext. _____

Customer Signature  x i/N

Print Name _____
My signature indicates that I have read and agree to the terms
and conditions below. It is also authorizes charges to my credit card
related to this work order.

TERMS AND CONDITIONS- PLEASE READ CAREFULLY

Exhibit 10    259

**Direct Disposal**

*19051 Goldenwest St.,*
*ST.106-137*
*Huntington Beach, CA. 92648*
*Office 323-262-1604*
*Fax 323-262-2281*

**DD** Direct Disposal

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/17/2016 | 129492 |

| BILL TO | JOB SITE |
|---------|----------|
| Naya Services Inc<br>1490 S Vineyard Ave Ste E<br>Ontario, CA 91761 | Sears<br>2650 E Olympic Blvd<br>Los Angeles, CA |

| JOB NO. | TERMS | DUE DATE |
|---------|-------|----------|
| | Due on receipt | 12/17/2016 |

| ITEM | QUANTITY | DESCRIPTION - WORK ORDER # | SERVICED | RATE | AMOUNT |
|------|----------|----------------------------|----------|------|--------|
| Remove 40<br>Over weight chg.<br>LA City AB 939 | 1<br>9.43 | Remove 40 yd container (WO#88112)<br>Over maximum weight limit charge $70.00/ton<br>City of LA AB 939 Surcharge | 12/14/2016 | 0.00<br>70.00<br>10.00% | 0.00<br>660.10<br>66.01 |
| | | *Work Orders Attached* | | | |

Thank you for your business.
A 1.5% finance charge will be accessed after 30 days from the invoice date.

| **Total** | **$726.11** |
|-----------|-------------|

Exhibit 10    260

# DIRECT ≽ DISPOSAL

**WORK ORDER**
88112

670

Service Date 12/14/16  Day ____  Time 650

Site Address 2656 E OLYMPIC BL

City L A

Delivery  D/R  Exch.  (Rem.)  Repo.  Dry Run  Stand By

Bin Size  3  10  25  (40)  SC  PKR  #In____  #Out 4/0102

Price ____  Per Load  Monthly Rental ____

Tonnage Maximum ____  Overage Fee: ____ per Ton

Comments: ____

Driver Signature ____

5601 Warner Ave. PMB 229 ≽ Huntington Beach, CA 92649
323-262-1614 Ph ≽ 888-551-7797 Toll free ≽ 323-262-2281 Fax
www.directdisposal.net

**COD/CREDT AMT** ____  **CK#** ____

Customer Name  La Va

Address ____

City ____  State ____  Zip Code ____

Cell ( ) ____  Pgr ( ) ____

Contact ____  Ext ____

Customer Signature ____

Print Name ____
My signature indicates that I have read and agree to the terms
and conditions below. It is also authorizes charges to my credit card
related to this work order.

TERMS AND CONDITIONS- PLEASE READ CAREFULLY

WEIGHMASTER CERTIFICATE

DIRECT DISPOSAL
3720 NOAKES ST.
LOS ANGELES, CA 90023
(323) 262-1604
SWRL # 19-AR-1226

WEIGHED AT
3720 NOAKES ST.
LOS ANGELES, CA 90023
LICENSE #011302

Exhibit 10    261

Calmar Construction, Inc.

15467 Vanilla Bean Lane
Fontana, CA 92336

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/2/2017 | 115 |

**Bill To**

East River Group
206 West 6th Street
Los Angeles, CA 9014

| | P.O. No. | Terms | Project |
|---|---|---|---|
| | | | 007-Sears Complex |

| Item | Description | Est Amt | Prior Amt | Prior % | Qty | Rate | Curr % | Total % | Amount |
|------|-------------|---------|-----------|---------|-----|------|--------|---------|--------|
| 02.10 D... | Sears Tower: Change Order #2 | 15,000.00 | | | 1 | 15,000.00 | 100.00% | 100.00% | 15,000.00 |
| 02 Site ... | Payment $10,000 | | | | | -10,000.00 | | | -10000.00 |

IS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED.

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 2317BONS-08

**1952**

03/13/2017

PAY TO THE
ORDER OF _____ Calmar Construction & Direct Disposal _____    $ **5,000.00

Five Thousand and 00/100************************************* _____ DOLLARS

MEMO  Inv #115 Dated 3/2/17 Final Payment

AUTHORIZED SIGNATURE

| Total | $5,000.00 |
|-------|-----------|
| Payments/Credits | $0.00 |
| **Balance Due** | $5,000.00 |

Exhibit 10    262

Calmar Construction, Inc.

15467 Vanilla Bean Lane
Fontana, CA 92336

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/2/2017 | 115 |

**Bill To**

East River Group
206 West 6th Street
Los Angeles, CA 9014

| | P.O. No. | Terms | Project |
|--|----------|-------|---------|
| | | | 007-Sears Complex |

| Item | Description | Est Amt | Prior Amt | Prior % | Qty | Rate | Curr % | Total % | Amount |
|------|-------------|---------|-----------|---------|-----|------|--------|---------|--------|
| 02.10 D... | Sears Tower: Change Order #2 | 15,000.00 | | | 1 | 15,000.00 | 100.00% | 100.00% | 15,000.00 |
| 02 Site ... | Payment $10,000 | | | | | -10,000.00 | | | -10000.00 |

| | |
|--|--|
| **Total** | $5,000.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $5,000.00 |

Exhibit 10    263

Flores Telecommunication Inc
Low Voltage Fire Alarm & Electrical
P.O. BOX [illegible] Highland CA [illegible]
(909) 567-6875

Exhibit 10 264

**Invoice**

SOLD TO: Sears Lift, floor Panel.
ADDRESS:
CITY STATE ZIP:

SHIP TO:
ADDRESS:
CITY STATE ZIP:

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE |
|---|---|---|---|---|
| | | | | |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | ① for Demolition and installation of new load center with 3 200 Amp Braker. labor & material | | | 1 to pay $2500.00 |
| | | | | total. | $2,500.00 |

EAST RIVER GROUP LLC
206 W 6TH ST, SUITE 100
LOS ANGELES CA 90014

EAST WEST BANK
135 N LOS ROBLES AVE SUITE 600
PASADENA, CA 91101

1839

11/08/2016

PAY TO THE ORDER OF Flores Telecommunication Inc $ **2,500.00

Two Thousand Five Hundred and 00/100*************************** DOLLARS

MEMO Inv# 244095

AUTHORIZED SIGNATURE

EAST RIVER GROUP LLC
206 W 6TH ST, SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N LOS ROBLES AVE   SUITE 600
PASADENA  CA 91101

1863

12/02/2018

PAY TO THE
ORDER OF          Flores Telecommunication Inc                    $   **4,880.00

Four Thousand Eight Hundred Eighty and 00/100*******************

                                                              DOLLARS

MEMO      Invoices #244094  #244096 & #244097          AUTHORIZED SIGNATURE

Exhibit 10    265

**INVOICE**

244094

| SOLD TO | SCARD BASEment. | SHIP TO | | | | |
|---|---|---|---|---|---|---|
| ADDRESS | Lighting. | ADDRESS | | | | |
| CITY, STATE, ZIP | | CITY, STATE, ZIP | | | | |

| CUSTOMER ORDER NO. | | SOLD BY | TERMS | F.O.B. | | DATE |
|---|---|---|---|---|---|---|

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| ① | | for Relocating Light | | | |
| | | Fixtas. And tus taling | | | |
| | | 250. New. Light bolb. | | | |
| | | labor And material. | | | $ 1350.° |
| | | | | | |
| | | total. | | | $ 1,25,10° |

Exhibit 10    266

ATt. YIMMI
IZIK.

204097

**Invoice**

SEARS. Lighting AT
BASEMEAUT. #COURTYARD

| | | SHIP TO | | | | |
| | | ADDRESS | | | | |
| | | CITY STATE ZIP | | | | |

| | SOLD BY | TERMS | F.O.B | | DATE | |

| ORDERED | SHIPPED | DESCRIPTION | | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|---|
| ① | | for provide And install | | | | |
| | | 18 new fluorecant fixtures | | | | |
| | | And 4- LED. proyectors. | | | | |
| | | MATERIAL. | | $ | | 1950 00 |
| | | LAbor | | $ | | 1050 00 |
| | | | | $ | | 350 00 |
| | | previus invoice | | | | |
| | | #244094 | | | | |
| | | for A total of | | $ | | 4350 00 |

---

ATt. IZIK

204096

**Invoice**

SEARS storaces.
EXTRA WORK
4 sives

| | | SHIP TO | | | | |
| | | ADDRESS | | | | |
| | | CITY STATE ZIP | | | | |

| | SOLD BY | TERMS | F.O.B. | | DATE | |

| ORDERED | SHIPPED | DESCRIPTION | | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|---|
| ① | | providing And instaling | | | | |
| | | 4 Exit sings And 2 proyector. | | | | |
| | | lightfixtures. material. | | | | $10.50 00 |
| | | Labor. | | | | $1 700.00 |
| | | total | | | | $11 200.00 |

Exhibit 10.267

Invoice

SOLD TO:

SCBCS I.T Room.
Electrical.

1-26-17

1-26-17

| ORDERED | SHIPPED | DESCRIPTION | PRICE | QTY | AMOUNT |
|---|---|---|---|---|---|
| | (1) | for electrical work AT new | | | |
| | | I.T.Room including conduits, Boxes | | | |
| | | wires And Light fixtures | | | |
| | | material | | | $2,100.00 |
| | | Labor | | | $1,557.00 |
| | | | | | $3,657.00 |

---

EAST RIVER GROUP LLC
706 W 6TH ST, SUITE 100
OS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MERCHAXS/ # 23179DNS-48
1931

02/21/2017

PAY TO THE
ORDER OF _____ Flores Telecommunication Inc. _____ | $ **3,000.00

Three Thousand and 00/100************************************* _____ DOLLARS

MEMO    Inv# 861153 dated 1/26/17

AUTHORIZED SIGNATURE

Exhibit 10    268

3/15/17 Jimmy will call
to Shawn

**Invoice**

Flores Telecommunication Inc.
Low Voltage, Fire Alarm, & Electrical,
P.O. BOX 787 Highland, CA 92346
(909) 567-6875

861159

| SOLD TO | | | SHIP TO | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sears Bld. | | | ADDRESS | | | | | |
| ADDRESS Jimmy Shawof | | | | | | | | |
| CITY, STATE, ZIP | | | CITY, STATE, ZIP | | | | | |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE 3-11-17 |
|---|---|---|---|---|

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| 1 | | Installation of Power For 2 Sears Signs. | | | |
| | | material | | | 350 |
| | | Labor | | | 1250 |
| | | Total | | | $1,600.00 |

Jimmy 1,300

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND. DO NOT CASH IF THE WORD VOID IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTECTED.

EAST RIVER GROUP LLC
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MICRCHAX® # 23178DNS-08
1957

03/17/2017

PAY TO THE
ORDER OF        Flores Telecommunication Inc.                                    $ **1,300.00

One Thousand Three Hundred and 00/100***************************** _____ DOLLARS

MEMO    Inv# 861159 dated 3/11/17

AUTHORIZED SIGNATURE

Exhibit 10    269

# *Flores Telecommunication*

# Invoice

LOW VOLTAGE FIRE ALARM & ELECTRICAL
835ON ...
HIGHLAND CA 92346

| Date | Invoice # |
|------|-----------|
| 10 16 2017 | 149 |

**Bill To**

SEARS BLD

P.O. No.

IT ROOMS

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | NECESSARY MATERIAL PROVIDED, 4 INCH EME COUPLINGS. CONNECTORS, ELECTRIC WIRE , BREAKERS, PLUGS.MIS MATERIAL, ECT | 6,452.59 | 6,452.59 |
| | LABOR PROVIDED FOR BOTH IT ROOMS | 6,580.00 | 6,580.00 |

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE  SUITE 600
PASADENA CA 91101

2089

10/18/20 7

PAY TO THE
ORDER OF        Flores Telecommunication Inc

$ **5,000.00

Five Thousand and 00/100 ·····························································        DOLLARS

MEMO    Inv #149 Dated 10/16/17

AUTHORIZED SIGNATURE

| | Total | $13,032.59 |
|--|-------|------------|

Exhibit 10    270

EAST RIVER GROUP LLC
206 WEST 6TH ST., SUITE #100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

2092

10/20/2017

PAY TO THE
ORDER OF          Flores Telecommunication Inc.

$  **5,000.00

Five Thousand and 00/100 ************************************** _____ DOLLARS

MEMO      Inv #149 Dated 10/16/17

AUTHORIZED SIGNATURE

Exhibit 10   271



# *Flores Telecommunication*

*LOW VOLTAGE, FIRE ALARM, & ELECTRICAL*
*PO BOX 787*
*HIGHLAND CA, 92346*

# Invoice

| Date | Invoice # |
|---|---|
| 10/16/2017 | 149 |

| Bill To |
|---|
| SEARS BLD |

| P.O. No. |
|---|
| IT ROOMS |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | NECESSARY MATERIAL PROVIDED, 4 INCH EMT, COUPLINGS, CONNECTORS,ELECTRIC WIRE , BREAKERS,PLUGS,MIS MATERIAL ECT.. | 6,452.591 | 6,452.59 |
| | LABOR PROVIDED FOR BOTH IT ROOMS | 6,580.00 | 6,580.00 |

*580⁰*
*DISCOUNT.*

| | Total | $13,032.59 |
|---|---|---|

— 580.00
$11,872.59

Exhibit 10    272

# ALLIANCE MECHANICAL GROUP,Inc.

5838 SAN FERNANDO RD # B
GLENDALE, CA 91202
TEL: 818 -956 1060 FAX: 818- 956 1057
LIC# 1015815 CALSSIFICATION C-20,C-16,B,C-36

| | |
|---|---|
| TO: East River Group,LLC | INVOICE NO.  Sears RETAIL-01 |
| 206 W 6th st #100 | |
| Los Angeles, Ca 90014 | WORK PERFORMED AT: |
| Tel: 213-623 1464 | Sears Retail store |
| C/O Diony Rubuta | 2650 E Olympic Blvd |
| | Los Angeles,Ca 90023 |

| DATE: | 1/6/2017 | CONTRACT | $915,000.00 | |
|---|---|---|---|---|
| DESCRIPTION OF WORK PERFORMED | | percentage of contract | | TOTAL |
| Mobilzation , equipment roof supports , | | 5% | | $45,750.00 |
| VRF LG equipment | | 50% | | $0.00 |
| installing dedicated outside air units and ducting | | 10% | | $0.00 |
| installing cassette  fan coil units | | 10% | | $0.00 |
| installing refrigeration lines | | 10% | | $0.00 |
| installing 3 exhaust fans with ducting | | 5% | | $0.00 |
| insta ling condenstae drain lines | | 5% | | $0.00 |
| | | 5% | | $0.00 |

EAST RIVER GROUP LLC
206 W 6TH ST . SUITE 100
LOS ANGELES. CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE . SUITE 600
PASADENA, CA 91101

1903

01/06/2017

PAY TO THE
ORDER OF ____ Alliance Mechanical Group Inc. ____    $ **45,750.00

Forty-Five Thousand Seven Hundred Fifty and******************** ____ DOLLARS

MEMO

Inv # Sears RETAIL-01                1/13/17                AUTHORIZED SIGNATURE

| | |
|---|---|
| TOTAL DEDUCTIONS | $0.00 |
| TOTAL | $45,750.00 |

All work has been done with accordance to our contract
forty five thousand seven hundred fifty                dollars.

Exhibit 10    273

# ALLIANCE MECHANICAL GROUP
**5838 SAN FERNANDO RD # B**
**GLENDALE, CA 91202**
**TEL: 818 -956 1060 FAX: 818- 956 1057**

TO: East River Group, LLC
206 W 6th st #100
Los Angeles. CA 90014



| | INVOICE NO. | SEARS P/S - 02 |
|---|---|---|

WORK PERFORMED AT:
**SEARS PARTS STORE**
2650 E OLIMPIC BLVD,
LOS ANGELES, CA 90023

### HVAC CONTRACT $21,500.00 dated 9/07/2016

DATE:    6/6/2017

| DESCRIPTION OF WORK PERFORMED | TOTAL AMOUNT | % Completed | AMOUNT |
|---|---|---|---|
| Furnish and install 1x 4 ton package heat pump unit R410a refrigerant | | | |
| Furnish and install 3x 3 ton package pump units 14 seer R410a refrigerant | | | |
| Exposed rectangular ducting with white finish grills | | | |
| Factory roof curbs | | | |
| Condensate drain line to roof receptacle | $   21,500.00 | 100.0% | $    21,500.00 |
| Low voltage control wiring | | | |
| Duct mounted smoke detectors per each unit and interlock for common shut done (Power and fire alarm to duct detectors by others) | | | |
| Factory filter racks | | | |
| Install fresh air hood | | | |
| System start up | | | |

1  The amount of $7.500.00 has been paid by the check # 1802 dd 10/04/16
2  The amount of $8.688 04 (for equipment) has been paid by East River Group LLC directly to Air Cold Supply by credit card on 5/09/17

| | |
|---|---|
| TOTAL by date: | $21,500.00 |
| Previuos Invoices: | ($7.500.00) |
| CURRENT INVOICE: | $14,000.00 |
| AMOUNT PAID | ($16,188.04) |
| CREDIT | |
| TOTAL DEDUCTIONS | |
| TOTAL PAYABLE | $5,311.96 |

**PLEASE MAKE THE CHECK PAYABLE TO ALLIANCE MECHANICAL GROUP**

All material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike for the agreed sum of

FIVE THOUSAND THREE HUNDRED ELEVEN AND 96/100 _____ dollars.

This is a  | | Partial    | X | Full invoice due and payable by:

| CURRENT | | |
|---|---|---|
| Month | Day | Year |

in accordance with our contract    Dated:

Exhibit 10    274

# ALLIANCE MECHANICAL GROUP
5838 SAN FERNANDO RD # B
GLENDALE, CA 91202
TEL: 818 -956 1060 FAX: 818- 956 1057

| TO: | Shomof Group LLC | | INVOICE NO. | SEARS P/S - 01 |
|---|---|---|---|---|
| | 501 S Spring St, second floor | | | |
| | Los Angeles, CA 90013 | | | |

WORK PERFORMED AT:
Sears Parts Store
2650 E OLIMPIC BLVD,
LOS ANGELES, CA 90023

HVAC CONTRACT $21,500.00 dated 9/07/2016

DATE:    10/3/2016

| DESCRIPTION OF WORK PERFORMED | TOTAL AMOUNT | % Completed | AMOUNT |
|---|---|---|---|
| Furnish and install 1x 4 ton package heat pump unit R410a refrigerant | | | |
| Furnish and install 3x 3 ton package pump units 14 seer R410a refrigerant | | | |
| Exposed rectangular ducting with white finish grills | | | |
| Factory roof curbs | | | |
| Condensate drain line to roof receptacle | $ 21,500.00 | 34.9% | $ 7,500.00 |
| Low voltage control wiring | | | |
| Duct mounted smoke detectors per each unit and interlock for common shut done | | | |
| (Power and fire alarm to duct detectors by others) | | | |
| Factory filter racks | | | |

---

EAST RIVER GROUP LLC
206 W 6TH ST , SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

1802

10/04/2016

PAY TO THE
ORDER OF    Alliance Mechanical Group    $ **7,500.00

Seven Thousand Five Hundred and 00/100·························    DOLLARS

MEMO    Inv #SEARS P/s - 01 Dated 10/3/16    AUTHORIZED SIGNATURE

TOTAL PAYABLE    $7,500.00

*PLEASE MAKE THE CHECK PAYABLE TO ALLIANCE MECHANICAL GROUP*

All material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike for the agreed sum of

SEVEN THOUSAND FIVE HUNDRED ONLY    dollars.

This is a   [ X ] Partial    [ ] Full invoice due and payable by:

| CURRENT | | |
|---|---|---|
| Month | Day | Year |

in accordance with our contract    Dated:

Exhibit 10    275

| Shop | My Account | Find an Order | Accounts Payable | Find a Location |
|------|------------|---------------|------------------|-----------------|

# Vrej, Thank You For Your Order!

Your order details and shipping information can all be found below.

If you have questions or concerns, talk to a real customer support representative Monday-Friday 8AM-9PM
EST by calling 1-888-222-1785 or by email at Customer.Support@Ferguson.com.

## ORDER DETAILS

Order #: WL010089 Open Order
Order Date: 04/21/2017
Date Needed: 05/04/2017

Job/Dept:
Account: 452148
Ordered From: Van Nuys , CA - HVAC 662

My PO#: SEARS PARTS STORE
Order By: Vrej Baghoomian

Contract: 6027050
Billing: My Account

## MEMO

## PURCHASES

| Product Code & Item Description | Qty | UM | B/O | Net Price | Ext. Price |
|---|---|---|---|---|---|
| IPHD448000K000F<br>California Energy Commission Registered SPP-HP 14 SEER 4 Ton R410A | 1 | EA | 0 | $2,182.000 | $2,182.000 |
| IPHD436000K000F<br>California Energy Commission Registered SPP-HP 14 SEER 3 Ton R410A | 3 | EA | 3 | $1,805.000 | $5,415.000 |
| MSPP09LSCOA<br>0-25% OA Damper With Filter RACK *Z | 4 | EA | 4 | $98.000 | $392.000 |

| | |
|---|---|
| Est. Subtotal: | $7,989.00 |
| Est. Freight/Shipping: | $0.00 |
| Est. Tax: | $699.04 |
| Est. Total: | $8,688.04 |

## DELIVERY DETAILS

Pick Up At
Van Nuys , CA - HVAC
13500 SATICOY STREET VAN NUYS, CA 91402-6428
UNITED STATES Phone : (818) 779-0894

Preference:
I'll pickup what you have now.

Delivery Notes:

**FERGUSON**
HVAC | Air Cold

Day & Night
Heating & Cooling Products

Exhibit 10

277

FERGUSON

HVAC | Air Cold

Exhibit 10    278

# ALLIANCE MECHANICAL GROUP

5838 SAN FERNANDO RD # B
GLENDALE, CA 91202
TEL: 818 -956 1060 FAX: 818- 956 1057

| | | |
|---|---|---|
| TO: East River Group, LLC | | INVOICE NO.  SEARS P/S - 02 |
| 206 W 6th st #100 | | WORK PERFORMED AT: |
| Los Angeles, CA 90014 | | SEARS PARTS STORE |
| | | 2650 E OLIMPIC BLVD. |
| | | LOS ANGELES, CA 90023 |

HVAC CONTRACT $21,500.00 dated 9/07/2016

DATE:  6/6/2017

| DESCRIPTION OF WORK PERFORMED | TOTAL AMOUNT | % Completed | AMOUNT |
|---|---|---|---|
| Furnish and install 1x 4 ton package heat pump unit R410a refrigerant | | | |
| Furnish and install 3x 3 ton package pump units 14 seer R410a refrigerant | | | |

---

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

Multi-CHAXS# 2317°DNS 08

**2013**

06/07/2017

PAY TO THE
ORDER OF    Alliance Mechanical Group Inc.                                    $ **4,000.00

Four Thousand and 00/100*************************************** ___ ___ DOLLARS

MEMO    Inv #SEARS P/S - 02 Dated 6/6/17

AUTHORIZED SIGNATURE

| | |
|---|---|
| TOTAL by date: | $21,500.00 |
| Previous invoices: | |
| CURRENT INVOICE: | $14,000.00 |
| AMOUNT PAID | |
| CREDIT | |
| TOTAL DEDUCTIONS | |
| TOTAL PAYABLE | $5,311.96 |

**PLEASE MAKE THE CHECK PAYABLE TO ALLIANCE MECHANICAL GROUP**

All material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and
specifications provided for the above work and was completed in a substantial workmanlike for the agreed sum of

FIVE THOUSAND THREE HUNDRED ELEVEN AND 96/100 _____ dollars.

This is a  [ ] Partial    [ X ] Full invoice due and payable by:

| CURRENT | | |
|---|---|---|
| Month | Day | Year |

in accordance with our contract   Dated:

Exhibit 10    279

# ALLIANCE MECHANICAL GROUP

5838 SAN FERNANDO RD # B
GLENDALE, CA 91202
TEL: 818-956 1060 FAX: 818-956 1057

| TO: East River Group, LLC | | INVOICE NO. | SEARS P/S 02 |
|---|---|---|---|
| 206 W 6th st #100 | | | |
| Los Angeles, CA 90014 | | | |

WORK PERFORMED AT:
SEARS PARTS STORE
2650 E OLIMPIC BLVD.
LOS ANGELES, CA 90023

HVAC CONTRACT $21,500.00 dated 9/07/2016

DATE:    6/6/2017

| DESCRIPTION OF WORK PERFORMED | TOTAL AMOUNT | % Completed | AMOUNT |
|---|---|---|---|
| Furnish and install 1x 4 ton package heat pump unit R410a refrigerant | | | |
| Furnish and install 3x 3 ton package pump units 14 seer R410a refrigerant | | | |
| Exposed rectangular ducting with white finish grills | | | |
| Factory roof curbs | | | |
| Condensate drain line to roof receptacle | $  21,500.00 | 100.0% | $  21,500.00 |
| Low voltage control wiring | | | |
| Duct mounted smoke detectors per each unit and interlock for operation shut down | | | |

---

EAST RIVER GROUP LLC
206 W 6TH ST, SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE. SUITE 600
PASADENA, CA 91101

2018

06/13/2017

PAY TO THE
ORDER OF _____ Alliance Mechanical Group Inc _____    $ **1,311.96

One Thousand Three Hundred Eleven and 96/100 ************************ _____ DOLLARS

MEMO    Inv#SEARP/S-02 dated 6/6/17 final payment

_____ AUTHORIZED SIGNATURE

| | TOTAL DEDUCTIONS | |
|---|---|---|
| | TOTAL PAYABLE | $5,311.96 |

PLEASE MAKE THE CHECK PAYABLE TO ALLIANCE MECHANICAL GROUP

All material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and
specifications provided for the above work and was completed in a substantial workmanlike for the agreed sum of

FIVE THOUSAND THREE HUNDRED ELEVEN AND 91/96 _____ dollars.

This is a  [ ] Partial    [ X ] Full invoice due and payable to:    CURRENT

| Month | Day | Year |
|---|---|---|

in accordance with our contract    Dated:

Exhibit 10    280



# Estimate

| Phone # | Fax # | Date | Estimate # |
|---|---|---|---|
| 818-834-5439 | 818-897-3098 | 2/1/2017 | 18226 |

Icon Sheet Metal & A/C Supply

8255 Lankershim Blvd.
North Hollywood, CA 91605

| Name / Address |
|---|
| EDGA |

| | Project | V J |
|---|---|---|

| Qty | Item | Description | Rate | Model No. | Total |
|---|---|---|---|---|---|
| 1 | MCHU-36PHH2 | 36K 3-ZONE 208-230V, 16 SEER, 8.5 EER MIDEA MULTI ZONE OUTDOOR SYSTEM | 1,425.00 | MCHU-36PH... | 1,425.00T |
| 3 | 02-WALL ... | MEHSU-12P H2 12K 21.5 SEER 12.5 EER 208-230 ENERGY STAR WALL MOUNT INDOOR UNIT | 285.00 | MEHSU-12PH... | 855.00T |
| 3 | 4678538 | GOBI MINI SPLIT CONDENSATE PUMP 110V-220 | 110.00 | | 330.00T |
| 3 | 1/4X1/2X1/2X50' LN ... | 1/4X1/2X1/2X50' MINI SPLIT LINESET EZ PULL WITH OUT NUTS | 108.42 | | 325.26T |
| 3 | A15724 | 3/4 ODF X 1/4 SAE SWEAT ADAPTOR | 1.47 | | 4.41T |
| | | | | | 0.00T |

EAST RIVER GROUP LLC
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

M-16/CHAX6, #2517BDNS-CB

1920

02/01/2017

PAY TO THE
ORDER OF     Alliance Mechanical Group Inc & Icon            $ **3,215.03

Three Thousand Two Hundred Fifteen and 03/100 · · · · · · · · · · · · · · · ·    DOLLARS

Alliance Mechanical Group Inc & Icon

MEMO    Est #18226 Dated 2/1/17

AUTHORIZED SIGNATURE

| Total | |
|---|---|
| | $3,215.03 |

Exhibit 10    281



# Estimate

Icon Sheet Metal & A/C Supply

8255 Lankershim Blvd.
North Hollywood, CA 91605

| Phone # | Fax # | Date | Estimate # |
|---|---|---|---|
| 818-834-5439 | 818-897-3098 | 2-4-2017 | 18226 |

**Name / Address**

EDGA

| | Project | V. |
|---|---|---|

| Qty | Item | Description | Rate | Model No. | Total |
|---|---|---|---|---|---|
| 1 | MCH4E-36PHH2 | 36K 3-ZONE 208-230V, 16 SEER, 8.5 EER MIDEA MULTI-ZONE OUTDOOR SYSTEM | 1,425.00 | MCH4E-36PH | 1,425.00T |
| 3 | 02-W2-1 | MEHSU-12P  H2 12K 21.5 SEER 12.5 EER 208-230 ENERGY STAR WALL MOUNT INDOOR UNIT | 285.00 | MEHSU-12PH... | 855.00T |
| 3 | 467.8538 | GOBI MINI-SPLIT CONDENSATE PUMP 110V-220 | 110.00 | | 330.00T |
| 3 | 1/4X1/2X1/2X50' LN ... | 1/4X1/2X1/2X50' MINI SPLIT LINESET EZ PULL WITH OUT NUTS | 108.42 | | 325.26T |
| 3 | A15725 | 1/4 ODE X 1/4 SAE SWEAT ADAPTOR | 1.47 | | 4.41T |
| 3 | A15725 | 1/2 ODE X 1/2 SAE SWEAT ADAPTOR | 3.30 | | 9.90T |

| | |
|---|---|
| Subtotal | $2,949.57 |
| Sales Tax (9.0%) | $265.46 |
| Total | $3,215.03 |

# ALLIANCE MECHANICAL GROUP

5838 SAN FERNANDO RD # B
GLENDALE, CA 91202
TEL: 818 -956 1060 FAX: 818- 956 1057
LIC# 1015815

| TO: | East River Group, LLC | | INVOICE NO. | SEARS Server Room - 01 |
| | 206 W 6th st #100 | | | |
| | Los Angeles, CA 90014 | | WORK PERFORMED AT: | |
| | | | Sears Server Room | |
| | | | 2650 E OLIMPIC BLVD, | |
| | | | LOS ANGELES, CA 90023 | |

HVAC CONTRACT $8,000.00 dated 2/01/2017

DATE:   2/3/2017

| DESCRIPTION OF WORK PERFORMED | TOTAL AMOUNT | % Completed | AMOUNT |
|---|---|---|---|
| Installed one three ton multi-zone condensing unit inside the Sears warehouse | | | |
| Installed three, one ton wall mounted fan coils | | | |
| Installed refrigeration lines per each fan coil | $    8,000.00 | 100.0% | $    8,000.00 |
| Installed three mini condensation pumps | | | |
| Installed condensation drain line and split it to existing sewer trap at Sears warehouse | | | |
| Ran communication wires from condenser to each fan coil | | | |

THE RED THERMO SECURED "SP" LOGO IN THE LOWER CORNER OF THIS CHECK MUST FADE TEMPORARILY WHEN WARMED BY TOUCH OR FRICTION. SEE BACK FOR ADDITIONAL FEATURES.

---

**EAST RIVER GROUP LLC**
206 W. 6TH STREET
LOS ANGELES, CA 90014

001594

DATE FEBRUARY 14, 2017    16-7038/3220

PAY TO THE ORDER OF   ~ALLIANCE MECHANICAL GROUP INC.~    $   $4,784.97

~Four Thousand Seven Hundred Eighty Four Dollars and 97/100 Only~ _____ DOLLARS

**EAST WEST BANK**

MEMO   SEARS Server Room - 01  Final Payment

| | |
|---|---|
| TOTAL by date: | $8,000.00 |
| Previuos invoices: | $0.00 |
| CURRENT INVOICE: | $8,000.00 |
| AMOUNT PAID | ($3,215.03) |
| CREDIT | |
| TOTAL DEDUCTIONS | |
| TOTAL PAYABLE | $4,784.97 |

*PLEASE MAKE THE CHECK PAYABLE TO ALLIANCE MECHANICAL GROUP*

All material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work, and was completed in a substantial workmanlike for the agreed sum of

FOUR THOUSAND SEVEN HUNDRED EIGHTY FOUR AND 97/100 _____ dollars.

This is a  [ ] Partial    [ X ] Full invoice due and payable by:    CURRENT
                                                                    Month    Day    Year

In accordance with our contract #170202    Dated:   2/1/2017

Exhibit 10    283

# ALLIANCE MECHANICAL GROUP

**5838 SAN FERNANDO RD # B**
**GLENDALE, CA 91202**
**TEL: 818 -956 1060 FAX: 818- 956 1057**
**LIC# 1015815**



| TO: | East River Group, LLC | | INVOICE NO. | SEARS Server Room - 01 |
|---|---|---|---|---|
| | 206 W 6th st #100 | | | |
| | Los Angeles, CA 90014 | | WORK PERFORMED AT: | |
| | | | Sears Server Room | |
| | | | 2650 E OLIMPIC BLVD, | |
| | | | LOS ANGELES, CA 90023 | |

**HVAC CONTRACT $8,000.00 dated 2/01/2017**

DATE:   2/1/2017

| DESCRIPTION OF WORK PERFORMED | TOTAL AMOUNT | % Completed | AMOUNT |
|---|---|---|---|
| Installed one three ton multi-zone condensing unit inside the Sears warehouse | | | |
| Installed three one ton wall mounted fan coils | | | |
| Installed refrigeration lines per each fan coil | | | |
| Installed three mini condensation pumps | $   8,000.00 | 100.0% | $   8,000.00 |
| Installed condensation drain line and spill it to existing sewer trap at Sears warehouse | | | |
| Ran communication wires from condenser to each fan coil | | | |
| System start up | | | |
| | | | |
| The amount of equipment ($3,215.03) has been paid by joint check #1920 | | | |
| dd.02/01/17 | | | |

| | | |
|---|---|---|
| TOTAL by date: | | $8,000.00 |
| Previous Invoices: | | $0.00 |
| CURRENT INVOICE: | | $8,000.00 |
| AMOUNT PAID | | ($3,215.03) |
| CREDIT | | |
| TOTAL DEDUCTIONS | | |
| TOTAL PAYABLE | | $4,784.97 |

*PLEASE MAKE THE CHECK PAYABLE TO ALLIANCE MECHANICAL GROUP*

All material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and
specifications provided for the above work, and was completed in a substantial workmanlike for the agreed sum of

FOUR THOUSAND SEVEN HUNDRED EIGHTY FOUR AND 97/100 _____ dollars.

This is a   [ ] Partial   [ X ] Full invoice due and payable by:   **CURRENT**
                                                                        Month        Day        Year

In accordance with our contract #170202      Dated:   2/1/2017

Exhibit 10   284

ALTERED GLASS INC.
1511 S. Grande Vista Ave.
Los Angeles CA 90023
323-462-8977 o  323-463-2096 fax
Contractor State License #651053
alteredglassinc@att.net
www.customglasscontractor.com

| | Invoice |
|---|---|

| DATE | Invoice # |
|---|---|
| 4/19/2017 | 041917-2 |

**SUBMITTED TO**

East River Group LLC
206 W 6th St., Suite 100
Los Angeles, CA 90014

**PROJECT LOCATION**

Landmark Sears:  Retail
2650 E Olympic Blvd
Los Angeles, CA 90023

**DESCRIPTION OF WORK   (Non-Prevailing Wage)**

Altered Glass Inc. proposes to furnish the necessary material and labor to install the following items for
the price indicated.
Estimate was taken off from architect drawings:
Specifications:  None Furnished

Furnish Labor and Materials to Install or Replace Two Vandalized Windows At Sears Retail          $1,500.00
Parking Lot, Measuring Approximately 6' X 7'.

Order Requested By Jimmy Shomof

---

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23178DNS-08

**2005**

05/23/2017

PAY TO THE
ORDER OF          Altered Glass, Inc.                                                                    $  **1,500.00

One Thousand Five Hundred and 00/100************************                                    DOLLARS

MEMO     Inv#041917-2 dated 4/19/17

AUTHORIZED SIGNATURE

| | TOTAL | $1,500.00 |
|---|---|---|

All material is guaranteed to be as specified, and the above work to be performed in accordance with the plans and
drawings submitted for the above work and will be completed in a workmanlike manner according to standard practices.
Any alteration or deviation from above specifications involving extra costs will be executed only upon written change
orders and will become an extra cost over and above the estimate.          Exhibit 10    285

# Invoice



# J.R. WELDING, Inc.

343 N. CLARK AVE.
POMONA, CA 91767
BUS. (909) 620-9040 FAX. (909) 620-9140
STATE LIC.#915901

Date Completed: 12/27/16

Proposal Submitted to:
Pacific Investments LLC
DBA Hayward Manor Apartment

Address: 206 6 St
          Los Angeles, CA 90014

Tel:213-623-1464

Job Name: Sears – North Building -
Entrance side – window panels

Job Location: 2650 E Olympic Blvd
          Los Angeles, CA 90023

Fax 213-623-3811
e-mail: pacinvestmentgroup@aol.com (Izek)

Attn:Diony
Customer: Izek Shomof

Invoice#8663
Terms Due:  COD

Proposal Number (for ref. only) - P
P.O.#

Left side on Olympic for North Building

  We installed **29** window panels.  Cost $650 x 4 window = $18,850.00.

Right side on Olympic for North Building

  We installed **24** window panels.  Cost $650 x 4 window = $15,600.00.

Total cost **$34,450.00**

We received deposit on 1 6/2017 in the amount of $15,000.00 check number 1902
We received partial payment on 3/16/2017 in the amount of $15,000.00 check number 1955

**Balance Due $4,450.00**

EAST RIVER GROUP LLC
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MUNICIPAL #2317-59/3434
2058

06/19/2017

PAY TO THE
ORDER OF          J R Welding inc

$ **3,900.00**

Three Thousand Nine Hundred and 00/100                                      DOLLARS

MEMO
       Progress Payment

                                              AUTHORIZED SIGNATURE

Exhibit 10    286

# Invoice



## J.R. WELDING, Inc.

343 N. CLARK AVE.
POMONA, CA 91767
BUS. (909) 620-9040 FAX. (909) 620-9140
STATE LIC.#915901

Date Completed: 12/12/16

Proposal Submitted to:
Pacific Investments LLC
DBA Hayward Manor Apartment

Address: 206 6ᵗʰ St.
Los Angeles, CA 90014

Tel:213-623-1464

Job Name: Sears – South building - windows

Job Location: 2650 E Olympic Blvd
Los Angeles, CA 90023

Fax:213-623-3811
e-mail: pacinvestmentgroup@aol.com (Izek)

Attn:Diony
Customer: Izek Shomof

Invoice#8660
Terms/Due: COD

Proposal Number (for ref. only) - P
P.O.#

SOUTH-WEST – We installed 4 window panels at the staircase c
$2,200.00.

WEST– We installed 4 window panels at the staircase case area.
We installed 14 window panels. Cost $550.00 x 14 wind

SOUTH-EAST – We installed 4 window panels at the staircase ca
$2,200.00.

EAST - We installed 4 window panels at the staircase case area.
We installed 14 window panels. Cost $550.00 x 14 windo

*Handwritten notes:*

Invoice # 8660 Dated 12/12/16
Total Contract  $24,200.-
Window Panels- Staircase
Payments:
Ck#1925  2/7/17    $15,000.-
Ck#1994  5/16/17    2,900.-
Ck#2011  6/6/17    5,000.-
Total    $22,900.-

Total cost $24,200.00.

---

EAST RIVER GROUP LLC
206 W 6TH ST, SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MJBICHAXX # 251760MS-08

1925

02/07/2017

PAY TO THE
ORDER OF _____ J R Welding Inc

$ **15,000.00

Fifteen Thousand and 00/100 ········································ _____ DOLLARS

MEMO    Inv #8660 Dated 12/12/16

AUTHORIZED SIGNATURE

Exhibit 10    287

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23176DNS-08

**1994**

05/16/2017

PAY TO THE
ORDER OF _____ J R Welding Inc _____ $ **15,000.00

Fifteen Thousand and 00/100*********************************** _____ DOLLARS

MEMO

progress payment

AUTHORIZED SIGNATURE

Ck # 1994   5/16/17
# 8,200.- Window Panels - Main
(2,900) Window Panels - Stairca se
2,900 - Structural Window
Panels
1,000.- Structural Window
Panels - Staircase
$15,000.- Total

Exhibit 10    288

EAST RIVER GROUP LLC
206 W 6TH ST , SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N LOS ROBLES AVE , SUITE 600
PASADENA, CA 91101

MULTICHAX# 23175DNS-05

2011

06/06/2017

PAY TO THE
ORDER OF          J R Welding Inc                                                    $ **5,000.00

Five Thousand and 00/100 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·          DOLLARS

Progress Payment #8660

AUTHORIZED SIGNATURE

Exhibit 10    289

# Invoice



## J.R. WELDING, Inc.

343 N. CLARK AVE.
POMONA, CA 91767
BUS. (909) 620-9040 FAX. (909) 620-9140
STATE LIC.#915901

Date Completed: 9/23/16

| | | |
|---|---|---|
| Proposal Submitted to:<br>Pacific Investments LLC<br>DBA Hayward Manor Apartment | Job Name: Sears – windows | Attn:Diony<br>Customer: Izek Shomof |
| Address: 206 6th St.<br>Los Angeles, CA 90014 | Job Location: 2650 E Olympic Blvd<br>Los Angeles, CA 90023 | Invoice#8537<br>Terms/Due: COD |
| Tel:213-623-1464 | Fax:213-623-3811<br>e-mail: pacinvestmentgroup@aol.com (Izek) | Proposal Number (for ref. only) - P<br>P.O.# |

SOUTH-WEST – We installed <u>six</u> structural window panels measuring approximately 15' feet wide by 15' feet high with six openings. Cost $4,100.00 x 6 = $24,600.00.

SOUTH-EAST – We installed <u>eight</u> structural window panels measuring approximately 15' feet wide by 15' feet high with six openings. Cost $4,100.00 x 8 = $32,800.00.

EAST - We installed <u>two</u> structural window panels measuring approximately 20' feet wide by 15' feet high with eight openings. Cost $4,400.00 x 2 = $8,800.00.

WEST– We installed <u>two</u> structural window panels measuring approximately 15' feet wide by 15' feet high with six openings. Cost $4,100.00 x 2 = $8,200.00.
We installed <u>one</u> structural window panel measuring approximately 7'-7' feet wide by 15' feet high with four openings. Cost $3,500.00

Total cost $77,900.00.

We received deposit on 9/2/2016 in the amount of $30,000.00 check number 1764
We received partial payment on 9/28/2016 in the amount of $25,000.00 check number 1796

---

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND DO NOT CASH IF THE WORD "VOID" IS VISIBLE. THIS PAPER HAS AN ARTIFICIAL WATERMARK ON REVERSE SIDE AND IS ALTERATION PROTEC

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

Multi-CHAX® # 23176DNS-08
**1764**

09/02/2016

PAY TO THE
ORDER OF        J R Welding Inc                                                    $ **30,000.00

Thirty Thousand and 00/100*************************************** _____ DOLLARS

MEMO    Initial deposit                                                    AUTHORIZED SIGNATURE

Exhibit 10    290

# Invoice



# J.R. WELDING, Inc.

343 N. CLARK AVE.
POMONA, CA 91767
BUS. (909) 620-9040 FAX. (909) 620-9140
STATE LIC.#915901

Date Completed: 9/23/16

| | | |
|---|---|---|
| Proposal Submitted to:<br>Pacific Investments LLC<br>DBA Hayward Manor Apartment | Job Name: Sears – windows | Attn:Diony<br>Customer: Izek Shomof |
| Address: 206 6ᵗʰ St.<br>Los Angeles, CA 90014 | Job Location: 2650 E Olympic Blvd<br>Los Angeles, CA 90023 | Invoice#8537<br>Terms/Due:  COD |
| Tel:213-623-1464 | Fax:213-623-3811<br>e-mail: pacinvestmentgroup@aol.com (Izek) | Proposal Number (for ref. only) - P<br>P.O.# |

SOUTH-WEST – We installed <u>six</u> structural window panels measuring approximately 15' feet wide by 15' feet high with six openings.  Cost $4,100.00 x 6 = $24,600.00.

SOUTH-EAST – We installed <u>eight</u> structural window panels measuring approximately 15' feet wide by 15' feet high with six openings.  Cost $4,100.00 x 8 = $32,800.00.

EAST - We installed <u>two</u> structural window panels measuring approximately 20' feet wide by 15' feet high with eight openings.  Cost $4,400.00 x 2 = $8,800.00.

WEST – We installed <u>two</u> structural window panels measuring approximately 15' feet wide by 15' feet high with six openings.  Cost $4,100.00 x 2 = $8,200.00.
We installed <u>one</u> structural window panel measuring approximately 7'-7' feet wide by 15' feet high with four openings.  Cost $3,500.00

Total cost $77,900.00.

We received deposit on 9 2 2016 in the amount of $30,000.00 check number 1764
We received partial payment on 9 28 2016 in the amount of $25,000.00 check number 1796

| | | |
|---|---|---|
| EAST RIVER GROUP LLC<br>206 W 8TH ST  SUITE 100<br>LOS ANGELES  CA 90014 | EAST WEST BANK<br>136 N. LOS ROBLES AVE  SUITE 600<br>PASADENA CA 91101 | 1796 |
| | | 09/28/2016 |

PAY TO THE
ORDER OF _____ J R Welding Inc _____    S **25,000.00

Twenty-Five Thousand and 00/100····················································DOLLARS

MEMO

AUTHORIZED SIGNATURE

Exhibit 10    291

# Invoice



## J.R. WELDING, Inc.

343 N. CLARK AVE.
POMONA, CA 91767
BUS. (909) 620-9040 FAX. (909) 620-9140
STATE LIC.#915901

Date Completed: 9/23/16

| | | |
|---|---|---|
| Proposal Submitted to:<br>Pacific Investments LLC<br>DBA Hayward Manor Apartment | Job Name: Sears – windows | Attn:Diony<br>Customer: Izek Shomof |
| Address: 206 6th St.<br>       Los Angeles, CA 90014 | Job Location: 2650 E Olympic Blvd<br>       Los Angeles, CA 90023 | Invoice#8537<br>Terms/Due:  COD |
| Tel:213-623-1464 | Fax:213-623-3811<br>e-mail: pacinvestmentgroup@aol.com (Izek) | Proposal Number (for ref. only) - P<br>P.O.# |

SOUTH-WEST – We installed <u>six</u> structural window panels measuring approximately 15' feet wide by 15' feet high with six openings. Cost $4,100.00 x 6 = $24,600.00.

SOUTH-EAST – We installed <u>eight</u> structural window panels measuring approximately 15' feet wide by 15' feet high with six openings. Cost $4,100.00 x 8 = $32,800.00.

EAST - We installed <u>two</u> structural window panels measuring approximately 20' feet wide by 15' feet high with eight openings.  Cost $4,400.00 x 2 = $8,800.00.

WEST– We installed <u>two</u> structural window panels measuring approximately 15' feet wide by 15' feet high with six openings. Cost $4,100.00 x 2 = $8,200.00.
       We installed <u>one</u> structural window panel measuring approximately 7'-7' feet wide by 15' feet high with four openings.  Cost $3,500.00

Total cost $77,900.00.

We received deposit on 9/2/2016 in the amount of $30,000.00 check number 1764
We received partial payment on 9/28/2016 in the amount of $25,000.00 check number 1796

BALANCE DUE $22,900.00

EAST RIVER GROUP LLC
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

1818

10/17/2016

PAY TO THE
ORDER OF         J R Welding, Inc                                        $ **20,000.00

Twenty Thousand and 00/100************************************** DOLLARS

MEMO        Inv# 8537 progress payment

AUTHORIZED SIGNATURE

Exhibit 10    292

**EAST RIVER GROUP LLC**
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

**EAST WEST BANK**
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX® # 23178ONS-08

**1994**

05/16/2017

PAY TO THE
ORDER OF _____ J R Welding Inc _____ $ **15,000.00

Fifteen Thousand and 00/100**********************************_____ DOLLARS

MEMO     progress payment

AUTHORIZED SIGNATURE

Ck# 1994   5/16/17

#8,200.- Window Panels - Main
2,900  Window Panels - Staircase
(2,900)  Structural Window Panels
1,000.- Structural Window Panels - Staircase
$15,000.- Total

Exhibit 10   293

# Invoice

 J.R. WELDING, Inc.

343 N. CLARK AVE.
POMONA, CA 91767
BUS. (909) 620-9040 FAX. (909) 620-9140
STATE LIC.#915901

Date Completed: 12/16/16

| | | |
|---|---|---|
| Proposal Submitted to: Pacific Investments LLC DBA Hayward Manor Apartment | Job Name: Sears – North Building Entrance side – window structures | Attn:Diony Customer: Izek Shomof |
| Address: 206 6ᵗʰ St. Los Angeles, CA 90014 | Job Location: 2650 E Olympic Blvd Los Angeles, CA 90023 | Invoice#8662 Terms/Due:  COD |
| Tel:213-623-1464 | Fax:213-623-3811 e-mail: pacinvestmentgroup@aol.com (Izek) | Proposal Number (for ref  only) - P P.O.# |

Left side on Olympic for North Building

We installed <u>four</u> structural (light weight) frames measuring approximately 15' feet wide by 12' feet high with six openings.  Cost $1,000.00 x 4 = $4,000.00.

We installed <u>one</u> structural (light weight) frames measuring approximately 7'-6" feet wide by 12' feet high with four openings.  Cost $1,000.00.

We installed <u>one</u> structural (light weight) frames measuring approximately 7'-6" feet wide by 3'-6" feet high with four openings.  Cost $400.00.

Right side on Olympic for North Building

We installed <u>four</u> structural (light weight) frames measuring approximately 15' feet wide by 12' feet high with six openings.  Cost $1,000.00 x 4 = $4,000.00.

$5,600 Window Panels
9,400 Structural Frames
North Bldg
_____
$15,000. - #1981  4|20|17

BALANCE DUE $9,400.00

Payments will be made as outlined above on "Terms".  If customer d

EAST RIVER GROUP LLC
206 W 6TH ST. SUITE 100
LOS ANGELES. CA 90014

EAST WEST BANK
135 N LOS ROBLES AVE  SUITE 500
PASADENA  CA 91101

1981

04/20/2017

PAY TO THE
ORDER OF _____ J R Welding Inc _____        $ **15,000.00

Fifteen Thousand and 00/100 ***********************************        DOLLARS

Progress Payment

AUTHORIZED SIGNATURE

Exhibit 10   294

# Invoice



## J.R. WELDING, Inc.

343 N. CLARK AVE.
POMONA, CA 91767
BUS. (909) 620-9040 FAX. (909) 620-9140
STATE LIC.#915901

Date Completed: 12/7/16

| | | |
|---|---|---|
| Proposal Submitted to: Pacific Investments LLC DBA Hayward Manor Apartment | Job Name: Sears  South Building  window structures | Attn:Diony Customer: Izek Shomof |
| Address: 206 6ᵗʰ St. Los Angeles, CA 90014 | Job Location: 2650 E Olympic Blvd Los Angeles, CA 90023 | Invoice#8661 Terms/Due:  COD |
| Tel:213-623-1464 | Fax:213-623-3811 e-mail: pacinvestmentgroup@aol.com (Izek) | Proposal Number (for ref. only) - P PO # |

✓ SOUTH-WEST – We installed **one** structural window panel measuring approximately 7'-8" feet wide by 15' feet high with four openings for staircase. Cost $3,500.00.

WEST– We installed **one** structural window panel measuring approximately 7'-8" feet wide by 15' feet high with four openings for the staircase. Cost $3,500.00

✓ We installed **one** structural window panels measuring approximately 15' feet wide by 15' feet high with six openings. Cost $4,100.00.

✓ We installed **one** structural window panels measuring approximately 20' feet wide by 15' feet high with eight openings. Cost $4,400.00.

✓ SOUTH-EAST – We installed **one** structural window panel measuring approximately 7'-8" feet wide by 15' feet high with four openings for the staircase. Cost $3,500.00

✓ EAST - We installed **one** structural window panel measuring approximately 7'-8" feet wide by 15' feet high with four openings for the staircase. Cost $3,500.00

✓ We installed **one** structural window panels measuring approximately 15' feet wide by 15' feet high with six openings. Cost $4,100.00.

✓ We installed **one** structural window panels measuring approximately 20' feet wide by 15' feet high with eight openings. Cost $4,400.00.

Total Cost $31,000.00

---

| | | |
|---|---|---|
| **EAST RIVER GROUP LLC** 206 W 6TH ST., SUITE 10... LOS ANGELES, CA 90014 | EAST WEST BANK 135 N  LOS ROBLES AVE , SUITE 600 PASADENA, CA 91101 | MUNICHAX® - 2317PCNS-08 1910 01/17/2017 |

PAY TO THE
ORDER OF ____ J R Welding Inc _____ $ **15,000.00

Fifteen Thousand and 00/100•••••••••••••••••••••••••••••••••••• _____ DOLLARS

_____

MEMO    Inv# 8661 dated 12/7/16          AUTHORIZED SIGNATURE

Exhibit 10    295

# Invoice

 **J.R. WELDING, Inc.**

343 N. CLARK AVE.
POMONA, CA 91767
BUS. (909) 620-9040 FAX. (909) 620-9140
STATE LIC.#915901

Date Completed: 12/7/16

| | | |
|---|---|---|
| Proposal Submitted to:<br>Pacific Investments LLC<br>DBA Hayward Manor Apartment | Job Name: Sears – South Building – window structures | Attn:Diony<br>Customer: Izek Shomof |
| Address: 206 6ᵗʰ St.<br>     Los Angeles, CA 90014 | Job Location: 2650 E Olympic Blvd<br>     Los Angeles, CA 90023 | Invoice#8661<br>Terms/Due: COD |
| Tel:213-623-1464 | Fax:213-623-3811<br>e-mail: pacinvestmentgroup@aol.com (Izek) | Proposal Number (for ref. only) - P<br>P.O.# |

✓SOUTH-WEST – We installed **one** structural window panel measuring approximately 7'-8" feet wide by 15' feet high with four openings for staircase. Cost $3,500.00.

✓ WEST– We installed **one** structural window panel measuring approximately 7'-8" feet wide by 15' feet high with four openings for the staircase. Cost $3,500.00

✓ We installed **one** structural window panels measuring approximately 15' feet wide by 15' feet high with six openings. Cost $4,100.00.

✓ We installed **one** structural window panels measuring approximately 20' feet wide by 15' feet high with eight openings. Cost $4,400.00.

✓ SOUTH-EAST – We installed **one** structural window panel measuring approximately 7'-8" feet wide by 15' feet high with four openings for the staircase. Cost $3,500.00

✓ EAST - We installed **one** structural window panel measuring approximately 7'-8" feet wide by 15' feet high with four openings for the staircase. Cost $3,500.00 .

✓ We installed **one** structural window panels measuring approximately 15' feet wide by 15' feet high with six openings. Cost $4,100.00.

✓ We installed **one** structural window panels measuring approximately 20' feet wide by 15' feet high with eight openings. Cost $4,400.00.

Total Cost $31,000.00

We received deposit on 1 17/2017 in the amount of $15,000.00 check number 1910
We received partial payment on 2/8 2017 in the amount of $15,000.00 check number 1939

| | | |
|---|---|---|
| **EAST RIVER GROUP LLC**<br>206 W 6TH ST., SUITE 100<br>LOS ANGELES, CA 90014 | **EAST WEST BANK**<br>135 N. LOS ROBLES AVE., SUITE 600<br>PASADENA, CA 91101 | MultiCHAX® # 23178DNS-08<br>**1939**<br><br>02/28/2017 |

PAY TO THE
ORDER OF     J R Welding Inc                                   $ **\*\*15,000.00**

Fifteen Thousand and 00/100\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* ____ DOLLARS

MEMO
Inv #8661 Dated 12/07/16

AUTHORIZED SIGNATURE

Exhibit 10   296

**EAST RIVER GROUP LLC**
206 W 6TH ST. SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE. SUITE 600
PASADENA, CA 91101

MICHCHAX'S #23175DNS-CA
**1994**

05/16/2017

PAY TO THE
ORDER OF _____ J R Welding Inc _____    $ **15,000.00

Fifteen Thousand and 00/100*********************************** _____ DOLLARS

MEMO
    progress payment

_____
AUTHORIZED SIGNATURE

Ck# 1994   5/16/17

# 8,200.- Window Panels - Main
  2,960   Window Panels - Staircase
  2,900   Structural Window
              Panels
  (1,000.)  Structural Window
              Panels - Staircase
$15,000.- Total

Exhibit 10    297



1927 Santa Anita Ave.
So. El Monte CA 91733
Tel : 626-443-1111
Fax: 626-443-1222
E-mail: ljwneoncity@gmail.com
www.ledopensign.com

# INVOICE
LN: 30049

Date  06-06-2017

SOLD TO :  shomof|group
206 W. 6th St. Suite 100
Los Angeles, CA 90014

SHIP TO:

| Quan | Description | Amount |
|---|---|---|
| | REPAIR EXPOSE NEON LETTERS | |
| | SPECIFICATIONS | |
| 3 | S E A = REPAIR THE ( S E A ) NEON LETTERS | $2,100 |
| 9 | REPLACE FRANCE BRAND 15,000V NEW TRANSFORMERS | $2,250 |
| 1 | REWIRE THE NEW GTO TO THE NEON LETTERS TOTAL IS 100ft | $600 |

EAST RIVER GROUP LLC
206 W 6TH ST , SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. Los Robles Ave . Suite 600
Pasadena, CA 91101

CHECK NO.  2035
07/06/2017

PAY TO THE
ORDER OF      Led Neon Sign Inc.                            $*2,500.00

Two Thousand Five Hundred and 00/100***************************                  DOLLARS

MEMO   Inv #LN:30049 Dated 6/6/17

AUTHORIZED SIGNATURE

LED NEON SIGN INC

$2500

Acceptance of Proposal  The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work above as specified. Payment will be made as claimed above.

Printed Name                     Signature                     Date

DEPOSITS ARE NOT REFUNDABLE UNLESS THERE ARE AGREEMENTS MADE FROM BOTH PARTIES. CERTAIN POLY.

Exhibit 4  298

# INVOICE

LN: 30049

1927 Santa Anita Ave
So. El Monte CA 91733
Tel : 626-443-1111
Fax : 626-443-1222
E-mail : jwneoncity@gmail.com
www.ledopensign.com

Date  06-06-2017

SOLD TO :    shomof group
206 W. 6th St. Suite 100
Los Angeles, CA 90014

SHIP TO:

| Quan | Description | Amount |
|---|---|---|
| | SPECIFICATIONS | |
| 3 | = REPAIR THE (      ) NEON LETTERS | $2,100 |
| 9 | REPLACE FRANCE BRAND 15,000V NEW TRANSFORMERS | $2,250 |
| 1 | REWIRE THE NEW GTO TO THE NEON LETTERS TOTAL IS 100ft | $600 |
| 1 | 7hrs HANGING ON TOP OF THE ROOF TO REPAIR THE NEON LETTERS | $1,750 |

| | |
|---|---|
| Subtotal | $6,700.00 |
| Tax | |
| Total | $6,700.00 |
| Deposit | |
| Balance | -$6,700.00 |
|  | $2500 |

LED NEON SIGN INC
LED NEON SIGN INC

LED NEON SIGN INC
LED NEON SIGN INC

Acceptance of Proposal  The above prices, specifications and conditions are satisfactory and are hereby accepted. You are
authorized to do the work above as specified. Payment will be made as claimed above.

Printed Name _____    Signature _____    Date _____

DEPOSITS ARE NOT REFUNDABLE UNLESS THERE ARE AGREEMENTS MADE FROM BOTH PARTIES. CERTAIN FEES MAY APPLY.

Exhibit 10    299

9:45 AM

04/10/18

Accrual Basis

# East River Group LLC
## Register QuickReport
### September 2017 through April 2018

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| **Chattel, Inc.** | | | | | | | |
| Check | 09/14/2017 | 2075 | Inv #1708-SLH02 Dated 8/31/17 | East River Group LLC-... | X | Historic consultants | -2,640.00 |
| Check | 10/18/2017 | 2088 | Inv #1709-SLH02 Dated 9/30/17 | East River Group LLC-... | X | Historic consultants | -2,920.50 |
| Check | 11/24/2017 | 2107 | Inv #1710-SLH02 Dated 10/31/17 | East River Group LLC-... | X | Historic consultants | -4,407.00 |
| Check | 12/14/2017 | 2118 | Inv #1711-SLH02 Dated 11/30/17 | East River Group LLC-... | X | Historic consultants | -840.00 |
| Check | 01/17/2018 | 2144 | Inv #1712-SLH02 Dated 12/31/17 | East River Group LLC-... | X | Historic consultants | -1,546.00 |
| Total Chattel, Inc. | | | | | | | -12,353.50 |
| **TOTAL** | | | | | | | -12,353.50 |

**Page 1**

Exhibit 10    300

Chattel, Inc.
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.chattel.us

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/31/2017 | 1708-SLH02 |

| Terms |
|-------|
| Net 30 |

Bill To

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH-02 -Sears Boyle Heights |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 08/01/2017 to 08/31/2017 | | | |
| Robert Chattel - Principal/Preservation Architect | 3.75 | 250.00 | 937.50 |
| Laura Canas - Senior Associate | 11.5 | 140.00 | 1,610.00 |
| Caroline Rattery - Associate II | 0.75 | 110.00 | 82.50 |
| Total Compensation: $2,630 | | | |
| | | | |
| Reimbursable: | | | |
| Parking | 1 | 10.00 | 10.00 |
| Total Reimbursable: $10 | | | |

---

EAST RIVER GROUP LLC
206 W 6TH ST, SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE  SUITE 600
PASADENA  CA 91101

MAINCHAX # 1207600605-15
**2075**

09/14/2017

PAY TO THE
ORDER OF _____ Chattel, Inc. _____      $ **2,640.00

Two Thousand Six Hundred Forty and 00/100*********************************_____ DOLLARS

MEMO
Inv #1708-SLH02 Dated 8/31/17

AUTHORIZED SIGNATURE

| | Total | $2,640.00 |
|--|-------|-----------|

Exhibit 10    301

Chattel, Inc.
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.chattel.us

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/30/2017 | 1709-SLH02 |

| Terms |
|-------|
| Net 30 |

**Bill To**

Mr. Leo Pustenkov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH-02-Sears Boyle Heights |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 09/01/2017 to 09/30/2017 | | | |
| Robert Chattel - Principal/Preservation Architect | 3 | 250.00 | 750.00 |
| Laura Canas - Senior Associate | 13 | 140.00 | 1,820.00 |
| Caroline Rafter - Associate II | 2.5 | 110.00 | 275.00 |
| Aleh Balaguer - Intern | 1 | 40.00 | 40.00 |
| Total Compensation $2,885 | | | |
| | | | |
| Reimbursables | | | |
| Parking | 1 | 5.50 | 5.50 |
| Parking | 1 | 15.00 | 15.00 |
| Parking | 1 | 15.00 | 15.00 |
| Total Reimbursables $35.50 | | | |

---

EAST RIVER GROUP LLC
206 W 6TH ST. SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE. SUITE 600
PASADENA, CA 91101

**2088**

10/18/2017

PAY TO THE
ORDER OF _____ Chattel, Inc _____ $ **2,920.50

Two Thousand Nine Hundred Twenty and 50/100 ···················· _____ DOLLARS

MEMO    Inv #1709-SLH02 Dated 9/30/17

AUTHORIZED SIGNATURE

| | Total | $2,920.50 |
|---|-------|-----------|

Exhibit 10    302

Chattel, Inc.
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.chattel.us

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/31/2017 | 1710-SLH02 |
| | Terms |
| | Net 30 |

**Bill To**

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH-02-Sears Boyle Heights |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 10/01/2017 to 10/31/2017 | | | |
| Robert Chattel - Principal/Preservation Architect | 3 | 250.00 | 750.00 |
| Laura Carias - Senior Associate | 25.5 | 140.00 | 3,570.00 |
| Aleli Balaguer - Intern | 1 | 40.00 | 40.00 |
| Total Compensation: $4,360 | | | |
| | | | |
| Reimbursables: | | | |
| Parking | 1 | 16.00 | 16.00 |
| Parking | 1 | 16.00 | 16.00 |
| Parking | 1 | 15.00 | 15.00 |
| Total Reimbursables: $47 | | | |

---

EAST RIVER GROUP LLC
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MultiCHAX9 # 23178DNS-00

**2107**

11/24/2017

PAY TO THE
ORDER OF _____ Chattel, Inc. _____    $ **4,407.00

Four Thousand Four Hundred Seven and 00/100************************ _____ DOLLARS

MEMO    Inv #1710-SLH02 Dated 10/31/17

AUTHORIZED SIGNATURE

| | Total | $4,407.00 |
|--|-------|-----------|

Exhibit 10    303

**Chattel, Inc.**
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.chattel.us

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/30/2017 | 1711-SLH02 |

| Terms |
|-------|
| Net 30 |

**Bill To**

Mr. Leo Pustalnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---------|
| SLH-02-Sears Boyle Heights |

| Description | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Billing for 11/01/2017 to 11/30/2017 | | | |
| Laura Carias - Senior Associate | 6 | 140.00 | 840.00 |

---

EAST RIVER GROUP LLC
206 WEST 6TH ST., SUITE #100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MU1CHAX&  # 22115DN5-03

**2118**

12/14/2017

PAY TO THE
ORDER OF _____ Chattel, Inc. _____ $**840.00

Eight Hundred Forty and 00/100*********************************** DOLLARS

MEMO
Inv #1711-SLH02 Dated 11/30/17

AUTHORIZED SIGNATURE

| | Total | $840.00 |
|--|-------|---------|

Exhibit 10    304

Chattel, Inc.
13417 Ventura Boulevard
Sherman Oaks, CA 91423
(818) 788-7954 ~ www.chattel.us

# Invoice

| Date | Invoice # |
|---|---|
| 12/31/2017 | 1712-SLH02 |

| Terms |
|---|
| Net 30 |

**Bill To**

Mr. Leo Pustilnikov
East River Group LLC
501 S. Spring Street
Los Angeles, CA 90013

| Project |
|---|
| SLH-02-Sears Boyle Heights |

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Billing for 12/01/2017 to 12/31/2017 | | | |
| Robert Chattel - Principal/Preservation Architect | 2.5 | 250.00 | 625.00 |
| Laura Cariss - Senior Associate | 6.5 | 140.00 | 910.00 |
| Total Compensation  $1,535 | | | |
| | | | |
| Reimbursable | | | |
| Parking | 1 | 11.00 | 11.00 |
| Total Reimbursable: $11 | | | |

EAST RIVER GROUP LLC
724 S. SPRING ST., SUITE 801
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA, CA 91101

MANCHAX'S # 23176DHS-05

2144

01/17/2018

PAY TO THE
ORDER OF      Chattel, Inc.                                    $ **1,546.00

One Thousand Five Hundred Forty-Six and 00/100********************  DOLLARS

MEMO   Inv #1712-SLH02 Dated 12/31/17

AUTHORIZED SIGNATURE

| | Total | $1,546.00 |
|---|---|---|

Exhibit 10   305

EAST RIVER GROUP LLC
724 S. SPRING ST., SUITE 801
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. LOS ROBLES AVE., SUITE 600
PASADENA  CA 91101

2171

02/21/2018

PAY TO THE
ORDER OF          Russell Holland Engineering

$  **1,150.00

One Thousand One Hundred Fifty and 00/100 · · · · · · · · · · · · · · · · · · · · · ·
_____ DOLLARS

Russell Holland Engineering
P.O. Box 677
Solvang, CA 93464

MEMO
        Inv #2017.163 Dated 11/15/17

AUTHORIZED SIGNATURE

Russell Holland Engineering
Ck #2171  2/21/18    $ 1,150. -
Ck #2193  4/3/18      2,000. -
Total                 $ 3,150. -

Exhibit 10    306

EAST RIVER GROUP LLC
206 W 6TH ST., SUITE 100
LOS ANGELES, CA 90014

EAST WEST BANK
135 N. Los Robles Ave., Suite 600
Pasadena, CA 91101

M..RICHAXS # 23171CNS-05
CHECK NO.  2193

04/03/2018

PAY TO THE
ORDER OF _____ Russell Holland Engineering _____    $*2,000.00

Two Thousand and 00/100*********************************************** _____ DOLLARS

Russell Holland Engineering
P.O. Box 677
Solvang, CA 93464

MEMO

AUTHORIZED SIGNATURE

Exhibit 10    307