# EXHIBIT 11



Ericson Alviz <ericson@citifymgt.com>

## Fwd: Sears Retail AC Installation
1 message

Jimmy Shomof <jimmy@shomofgroup.com>                                                  Mon, Jun 24, 2019 at 2:28 PM
To: Jonathan Shomof <jon@shomofgroup.com>, dkupetz@sulmeyerlaw.com, ckwu@sulmeyerlaw.com
Cc: Izek Shomof <izek@shomofgroup.com>, Diony Rebuta <diony@citifymgt.com>, Ericson Alviz <ericson@citifymgt.com>

Please confirm you have these emails.

Izek and Jon also cc'd on this email.

Thanks,

Jimmy Shomof
**shomof | group**
724 S. Spring St. 8th Floor
Los Angeles, CA 90014
Office: 213-275-1007
Cell: 310-780-7435

---------- Forwarded message ----------
From: Leo Pustilnikov <leo@slhinvestments.com>
Date: Mon, May 15, 2017 at 7:03 AM
Subject: Re: Sears Retail AC Installation
To: Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>, Izek Shomof <izek@shomofgroup.com>, Diony Rebuta <diony@citifymgt.com>
Cc: Vrej Baghoomian <vi@alliancemechanicalgroup.com>, Jimmy Shomof <jimmy@shomofgroup.com>, Jonathan s <JON@shomofgroup.com>, Shaw, Alan <Alan.Shaw@searshc.com>

Dolores,

To recap the points:

1. HVAC - we would prefer to do the HVAC now as everything is ready. The permitting took forever and we already did the structural in the service center to support the units. Maybe we can start at a slower/less invasive pace for the time being?
2. Seismic - we have been hoping to have had the seismic permits for a while now but given the size and complexity and city code changes, things have come up. We now anticipate having permits around September of this year with the goal of beginning early 2018.
3. I just a reimbursement for all the work we have done per the lease which was approximately $1.5M of which approximately $500k was for the equipment. Diony will send you proof of payment for the HVAC equipment (Diony, please email proof of payment). Do you need anything else for the other $1M or so in reimbursements? As for the process, we discussed doing an escrow which Jack made overly complicated and I thought we ultimately settled on the idea that the best process would be that we submit invoices to Sears and get reimbursed as the funds are with Sears and not escrow? Some of these expenses have been borne by ownership for nearly a year so it would be nice to get reimbursement for it sooner rather than later.
4. Computer room - Jimmy was working on this. Jimmy, can you please update Dolores regarding the vendor work and vendor negotiations?
5. Story layout - when the plans are done, please email them to us along with any questions you may have so that we can address.
6. Tower sign - Jimmy was working on this and will update you.
7. The only outstanding item outside of the above that I recall is that we have discussed lease clean up issues last year (primarily the issues we addressed when we met in Chicago) but we never formalized or finalized them which we should sooner rather than later. I believe you have a spreadsheet of these issues. Let me know if you would like to finalize this now.

best,
leo

On Thu, May 11, 2017 at 2:17 PM, Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com> wrote:

I spoke with legal and here are my remarks:

HVAC: the outside date per the amendment was already missed, you were to be fully installed by April 1st 2017. With that being the case, I am asking that the HVAC and Seismic be done at the same time. The expense of moving product and fixtures will be double if we need to do twice. This is a great store for Sears and we do not want to affect the customer and associates more than needed.

Seismic: are you still on track to have the permit later this year with a construction start in the Sears space January 2018?

Reimbursement for HVAC equipment: I need all of the invoices showing that the equipment has been paid for, any contracts for maintenance that were purchased with the equipment. If we were to follow the lease and have a 3rd party title company hold the escrow, these would be the requirement and if Sears was to ask for reimbursement, I feel that we would be required to submit the same.

Computer room: The computer room has been fully built, is there an ETA on when the data line will be pulled? Leo has been provided with all of the vendors to complete the work required

Store Layout: Store Planning is working on an update, per the last CAD file submitted, they have some questions on the rooms that are on the premier of the sales floor to know what to convert them to. We should have something in the next week or 2, then-follow that up with a cost estimate.

Signs: after the installation of the tower signs, 1 side the "S"'s are not lite, is there an ETA on when those will be repaired?

Does this cover all the outstanding items? If not please let me know, if anyone has any questions or concerns please let me know.

**Dolores M Guarnaccia**

Director, Construction - Real Estate

Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.

Exhibit 11    308

**From:** Izek Shomof [mailto:izek@shomofgroup.com]
**Sent:** Thursday, May 11, 2017 12:40 PM
**To:** Vrej Baghoomian
**Cc:** Guarneccia, Dolores; Jimmy Shomof; Jonathan s; Leo Pustilnikov
**Subject:** Re: Sears Retail AC Installation

Jimmy and Leo can you work with Vjay and Sears to get this started. Thanks.

Sent from my iPhone

On May 11, 2017, at 10:20 AM, Vrej Baghoomian <vrj@alliancemechanicalgroup.com> wrote:

Dear Dolores , per my previous email dated April 25th ,I am waiting for your respond regarding the scheduling of the work . As I mentioned we need these area to be cleared from racks phase by phase and section by section as I have shown on the floor plan . Please let me know when can you starting the Phase 1 Section A area . If you would like I can meet the store people for coordination . Now we have all the equipment and we can start the project .Each section of each phase I need 6-7 weeks to complete depending on the situation above the ceiling .

**ALLIANCE MECHANICAL GROUP,INC.**
VREJ VJ BAGHOOMIAN
,5838 SAN FERNANDO RD # B
GLENDALE ,CA 91202
TEL: 818-955 1060
FAX: 818-956 1057
CELL: 818-441 8670
STATE LIC # 1015815

Well done is better than well said," Benjamin Franklin

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at VJ@ALLIANCEMECHANICALGROUP.COM or by telephone at (818) 956 1060, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

Please consider the environment ,before printing this e-mail

<SEARS PHASING GROUND FLOOR.pdf>

<SEARS SECOND FLOOR PAHASEING.pdf>

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

Exhibit 11    309

# EXHIBIT 12



Ericson Alviz <ericson@clifymgt.com>

**Fwd: ATT/server room move**
1 message

Jimmy Shomof <jimmy@shomofgroup.com>                                                Mon, Jun 24, 2019 at 2:41 PM
To: Jonathan Shomof <jon@shomofgroup.com>, dkupetz@sulmeyerlaw.com, ckwu@sulmeyerlaw.com
Cc: Izek Shomof <izek@shomofgroup.com>, Diony Rebuta <diony@clifymgt.com>, Ericson Alviz <ericson@clifymgt.com>

See below following up with Dolores and Alan about a walk of the store. (They only plan for mid July)

> Jimmy Shomof
> shomof | group
> 724 S. Spring St, 8th Floor
> Los Angeles, CA 90014
> Office: 213-278-1007
>    Cell: 310-780-7435

---------- Forwarded message ----------
From: Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
Date: Wed, Jun 7, 2017 at 4:37 PM
Subject: RE. ATT/server room move
To: Jimmy Shomof <jimmy@shomofgroup.com>
Cc: Leo Pustilnikov <leo@slhinvestments.com>, Wolski, Martin <Martin.Wolski@searshc.com>

I'll give you a few weeks notice......thanks

Dolores M Guarnaccia

Director, Construction · Real Estate

Office: 8C-1708 -3333 Beverly Road – Hoffman Estates, IL 60179

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.

From: Jimmy Shomof [mailto:jimmy@shomofgroup.com]
Sent: Wednesday, June 07, 2017 9:46 AM
To: Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
Cc: Leo Pustilnikov <leo@slhinvestments.com>; Wolski, Martin <Martin.Wolski@searshc.com>
Subject: Re: ATT/server room move

Hi Dolores,

Sounds good. Let us know a few weeks before so we can coordinate.

Thanks,

> Jimmy Shomof

> shomof | group

> 206 W. 6th St. Suite 100

> Los Angeles, CA 90014

> Office: 213-231-7874

>    Cell: 310-780-7435

On Wed, Jun 7, 2017 at 7:34 AM, Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com> wrote:

Martin and I are looking into flights for July 10th....I know that's a long time from now, but with small kids and other major projects (and yes, yours is a major project too) that's the soonest I can get out of the office to hit California....

Exhibit 12    310

Dolores M Guarnaccia

Director, Construction - Real Estate

Office: BC-170B -3333 Beverly Road — Hoffman Estates. IL 60179

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.

From: Jimmy Shomof [mailto:jimmy@shomofgroup.com]
Sent: Thursday, June 01, 2017 6:45 PM
To: Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
Cc: Leo Pustilnikov <leo@slhinvestments.com>
Subject: ATT/server room move

Dolores,

Hope all is well.

Last I recall, you wanted to schedule a time to come down to LA and finalize everything thats pending regarding AC and server room for Sears,

Let me know if this is still the plan. I want to get things moving with the server room re-location as well as the ATT line.

Thanks,

Jimmy Shomof

shomof | group

206 W. 6th St. Suite 100

Los Angeles, CA 90014

Office: 213-221-7374

Cell: 310-780-7435

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

Exhibit 12    311

| | |
|---|---|
| **From:** | Jimmy Shomof <jimmy@shomofgroup.com> |
| **Sent:** | Wednesday, June 26, 2019 1:12 PM |
| **To:** | Kupetz, David S.; Wu, Claire K. |
| **Cc:** | Jonathan Shomof; Diony Rebuta; Izek Shomof; Ericson Alviz |
| **Subject:** | Fwd: 1008 La Boyle, CA |

Conversation from Dolores requesting to use funds from the escrow account in mid August of 2017. (Sears claims that the fund was wiped out in April of 2017 when we did not complete HVAC. Obviously understood differently by both parties) Call me if you have any questions.


### Jimmy Shomof
**shomof | group**
724 S. Spring St. 8th Floor
Los Angeles, CA 90014
Office: 213-378-1007
Cell: 310-780-7435


---------- Forwarded message ---------
From: **Jimmy Shomof** <jimmy@shomofgroup.com>
Date: Mon, Aug 14, 2017 at 12:50 PM
Subject: Re: 1008 La Boyle, CA
To: Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
Cc: Leo Pustilnikov <leo@slhinvestments.com>


My opinion on this is that Sears should have their space within the building be secured. We do our best to secure the building from intruders.


### Jimmy Shomof


**shomof | group**
206 W. 6th St. Suite 100
Los Angeles, CA 90014
Office: 213-221-7874
Cell: 310-780-7435


On Thu, Aug 10, 2017 at 5:54 PM, Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com> wrote:
Jimmy do you have an answer?

Dolores M Guarnaccia

Exhibit 12    312

224-558-4003
Sent from my iPhone
Please excuse any spelling errors

On Aug 10, 2017, at 10:07 AM, Leo Pustilnikov <leo@slhinvestments.com> wrote:

I defer to Jimmy

On Thu, Aug 10, 2017 at 7:43 AM, Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com> wrote:

Do you approve:

- received a quote of $6,380 to secure the doors (12 in all).

Can I pay this from the funds, due to the fact that it's to secure the Sears from the break-ins.

**Dolores M Guarnaccia**

Director, Construction - Real Estate

Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.

**From:** Jelic, Milan
**Sent:** Thursday, August 10, 2017 9:41 AM
**To:** Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
**Cc:** Wood, David <David.D.Wood@searshc.com>
**Subject:** RE: 1008 La Boyle, CA

NO. None of them are marked as such. See attached photos.

Exhibit 12    313

Milan


Milan Jelic

Project Manager, Construction

Cell: 949-813-7216

milan.jelic@searshc.com



**From:** Guarnaccia, Dolores
**Sent:** Thursday, August 10, 2017 7:38 AM
**To:** Jelic, Milan
**Cc:** Wood, David
**Subject:** RE: 1008 La Boyle, CA



What do you mean barricaded?  These are fire egress are they not?



**Dolores M Guarnaccia**

Director, Construction - Real Estate

Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication, (a) nothing in this
communication is to be regarded or construed as an electronic signature, nor is this communication intended to
be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to
negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears
or any affiliate may only be evidenced by a separate signed writing.



**From:** Jelic, Milan
**Sent:** Thursday, August 10, 2017 9:25 AM
**To:** Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
**Cc:** Wood, David <David.D.Wood@searshc.com>
**Subject:** RE: 1008 La Boyle, CA
**Importance:** High

3

Exhibit 12    314

Dolores - I received a quote of $6,380 to secure the doors (12 in all). Only one would be replaced (see photo). All the others would be barricaded.

Please let me know what funding number to use to create the contract request and proceed with the work.

Milan

Milan Jelic

Project Manager, Construction

Cell: 949-813-7216

milan.jelic@searshc.com

**From:** Guarnaccia, Dolores
**Sent:** Friday, August 04, 2017 12:07 PM
**To:** Jelic, Milan
**Cc:** Wood, David
**Subject:** FW: 1008 La Boyle, CA

Hi! Got some time to go check out the emergency doors that have ½ glass. From what Cesar said there's about 8 doors and that's how the break-ins happened today.

Need metal doors, with panic bars, contacts etc. per code. I need a cost, then I'll figure out where the money will come from.

**Dolores M Guarnaccia**

Director, Construction - Real Estate

Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

4

Exhibit 12   315

Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.

**From:** Guarnaccia, Dolores
**Sent:** Friday, August 04, 2017 1:54 PM
**To:** Ceballos, Cesar E <Cesar.Ceballos@searshc.com>; Medina, Francisco <Francisco.Medina@searshc.com>; Rosenthal, Rodney <Rodney.Rosenthal@searshc.com>; Calvert, Michael <Michael.Calvert@searshc.com>
**Cc:** Miller, Tachacka <Tachacka.Miller@searshc.com>; Garcia-1, Ricardo <Ricardo.V.Garcia@searshc.com>; Balderrama, Oscar <Oscar.Balderrama@searshc.com>; Castro, Carlos D <Carlos.Castro@searshc.com>; Ferrate, Brandy A <Brandy.Ferrate@searshc.com>; Shaw, Alan <Alan.Shaw@searshc.com>; Jelic, Milan <Milan.Jelic@searshc.com>; Wood, David <David.D.Wood@searshc.com>
**Subject:** RE:

I spoke to Cesar and have approved hiring of Security Guards. I also will be asking Milan Jelic from Construction to go to the store to price the replacement of the emergency door (approx' 8) from the existing doors that have glass to solid metal doors with contacts and panic bars. We will make sure that the doors and hardware are code approved, but will help securing the store.

I'll be talking to legal later today, we've sent out a notice to the LL after the first break-in, I'll see if we can get another letter out.

I'll keep everyone updated.

**Dolores M Guarnaccia**

Director, Construction - Real Estate

Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.

5

Exhibit 12   316

**From:** Ceballos, Cesar E
**Sent:** Friday, August 04, 2017 1:18 PM
**To:** Medina, Francisco <Francisco.Medina@searshc.com>; Rosenthal, Rodney
<Rodney.Rosenthal@searshc.com>; Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>;
Calvert, Michael <Michael.Calvert@searshc.com>
**Cc:** Miller, Tachacka <Tachacka.Miller@searshc.com>; Ceballos, Cesar E
<Cesar.Ceballos@searshc.com>; Garcia-1, Ricardo <Ricardo.V.Garcia@searshc.com>; Balderrama,
Oscar <Oscar.Balderrama@searshc.com>; Castro, Carlos D <Carlos.Castro@searshc.com>; Ferrate,
Brandy A <Brandy.Ferrate@searshc.com>
**Subject:**

Team,

We had another break in at the Boyle location last night and this morning, it was seen through
CCTV two male Hispanics approximately 30 years of age (see individual description down
below) breaking into the store.

**11:13:59 PM**  Basement/Receiving Motion Detection Alarm Activated

**11:17:43 PM**  BC ASM David Castro was contacted by Protection one

**11:30:00 PM**  BC ASM David Castro Arrives to the store. Castro drives around the building to
see if any possible break-ins, Castro contacts Protection one to ask if any more alarms had
gone off and they stated that everything restore. They also stated they are unable to dispatch
the police as the store had exhausted the amount of Police Dispatches exceeding the
dispatches for the year.

**11:35:28 PM** Second motion sensor in receiving was activated.

**11:36:49 PM** Softlines ASM Tachacka Miller was contacted by protection one letting her know
at this time multiple motion sensors were activating inside the store. Tachacka advised

Exhibit 12  317

protection one she was on her way and directed Protection One to contacted the police department. Protection notified Tachacka (also written down on their notes) that they are unable to dispatch the police as the store had exhausted the amount of Police Dispatches exceeding the dispatches for the year.

**11:40:00 PM** Tachacka Miller Contacted the Los Angeles Police Department for assistance

**11:58:00 PM** Los Angeles Police Department arrived to the location and was awaiting for Tachacka.

**12:05:00 AM** Tachacka arrives to the store.

**12:19:26 AM** Tachacka along with the police department enter the store to check both sales floor and basement .

**Note:** While LAPD Searched the building both suspects broke out of this door heading into another emergency stairwell

<image001.png>

<image002.png>

<image003.png>

**12:25:39 AM** LAPD determined that the building was clear from any subjects and that no burglary had accrued

3:17:02 AM A perimeter alarm sensor was activated (this was the same door both subjects had previously exited from, previously shown in the pictures).

Exhibit 12    318

3:19:00 AM Tachacka was called to notify of the alarm activation. Tachacka imminently contacted the police department for assistant.

3:32:00 AM Tachacka Contacted Asset Protection Manager Cesar Ceballos for assistance for Video. Ceballos stated he would be in route to the store.

4:53:00 AM Tachacka, Cesar and LAPD entered the store.

5:10:00 AM Through CCTV it was determined that the subjects already had exited the building with merchandise.

POINT OF BREAK IN

<image004.jpg>
<image005.jpg>
<image006.jpg>
<image007.jpg>
<image008.png>

While talking with the Sears building custodian he advised that on the South Side of the actual building there is an unsecured door that was broken into for the past couple of days. I also had the building owner respond to the location in the morning voicing security concerns. He instructed his workers to immediately begin to secure the door, escalator leading to the roof top and the drywall which is located on Olympic North Side. More information will be provided once it becomes available.

Preliminary loss estimated at: $3,500

Individuals Notified:

-Store Manager: Francisco Medina

-Market Manager: Rodney Rosenthal

Exhibit 12    319

-Market AP Manager: Mike Calvert

**Cesar Ceballos**

Asset and Profit Protection Manager

Sears, Roebuck & Co. #1008 Boyle Heights

Cell Phone: 714-323-9589

Office: 323-981-2011

Fax: 323-981-2047

2650 E Olympic Blvd

Los Angeles, CA 90023

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of
its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you
are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It
is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient,
please delete it without reading the contents. Thank you.

Exhibit 12    320



Ericson Alviz <ericson@clilfymgt.com>

---

**Fwd: 1008 - Boyle - Sears Sign not fully lighting**
1 message

Jimmy Shomof <jimmy@shomofgroup.com>
To: Jonathan Shomof <jon@shomofgroup.com>, dkupetz@sulmeyerlaw.com, ckwu@sulmeyerlaw.com
Cc: Izek Shomof <Izek@shomofgroup.com>, Diony Rabula <diony@clilfymgt.com>, Ericson Alviz <ericson@clilfymgt.com>

Mon, Jun 24, 2019 at 2:19 PM

See correspondence between Leo, Dolores, and myself below.

Jimmy Shomof
shomof | group
724 S. Spring St, 9th Floor
Los Angeles, CA 90014
Office: 213-374-1007
Cell: 310-780-7435

---------- Forwarded message ----------
From: Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
Date: Tue, May 9, 2017 at 7:16 AM
Subject: RE: 1008 - Boyle - Sears Sign not fully lighting
To: Leo Puslinikov <leo@slilinvestments.com>
Cc: Jimmy Shomof <jimmy@shomofgroup.com>

Store Planning is asking a few questions on rooms....I have to get Milan or Alan out to the store to mark up the drawing so they understand what's going on

Dolores M Guarnaccia

Director, Construction - Real Estate

Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing

From: Leo Puslinikov [mailto:leo@slilinvestments.com]
Sent: Tuesday, May 09, 2017 9:05 AM
To: Guarnaccia, Dolores
Cc: Jimmy Shomof
Subject: Re: 1008 - Boyle - Sears Sign not fully lighting

any eta on the relay plans per the seismic drawings and a budget?

On Tue, May 9, 2017 at 8:53 AM, Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com> wrote:

I wonder if they think we have Mickey Mouse Ear's now? LOL

I'm working the reimbursement and outside date with Robyn, I'm trying to understand the thought process behind making Sears move stuff twice, once for HVAC and once for the seismic. The store is going to suffer during this major disruption.

I want to get you an answer by end of week.

Dolores M Guarnaccia
Director, Construction - Real Estate
Office: BC-170B -3333 Beverly Road - Hoffman Estates, IL 60179
(P)847.286.7538 (M)224.558.4003 (F)847.286.2805
Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.

-----Original Message-----
From: Leo Puslinikov [mailto:leo@slilinvestments.com]
Sent: Tuesday, May 09, 2017 8:49 AM
To: Guarnaccia, Dolores
Cc: Jimmy Shomof
Subject: Re: 1008 - Boyle - Sears Sign not fully lighting

It's to draw people in ;)... and the refurbished signs look amazing!

In addition to the reimbursement, any eta on the relay?  And are you guys okay doing the HVAC now?  We already spent $500k on equipment so we are in a rush to finish it...

Leo

Sent from my iPhone

> On May 9, 2017, at 6:45 AM, Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com> wrote:
>
> Sears has some EAR signs up LOL
>
> Take a look at the attached, can you get the 2 "S" fixed on the tower.

Exhibit 12   321

> Thank you
>
> Also, I need to get with Robyn today, I missed her the last 2 days to ask about the reimbursement.
>
> Dolores M Guarnaccia
> Director, Construction - Real Estate
> Office: BC-170B -3333 Beverly Road - Hoffman Estates, IL 60179
> (P)847.286 7538 (M)224 558.4003 (F)847.286.2905 Except where an
> express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to
be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or
waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.
>
> ----Original Message----
> From: Medina, Francisco
> Sent: Tuesday, May 09, 2017 8:44 AM
> To: Guarnaccia, Dolores; Lawson, Jon
> Cc: Foerster, Larry; Guy, Damon
> Subject: RE, 1008 - Boyle - Sears Sign not fully lighting
>
>
>
> Francisco Medina
> Store General Manager
> Sears Holdings Corporation
> Boyle Heights, Ca. #1008
>
>
> To serve, delight & engage
> our Members
> while they shop their way
>
>
> _____
>
> From: Guarnaccia, Dolores
> Sent: Tuesday, May 09, 2017 6:38 AM
> To: Lawson, Jon
> Cc: Foerster, Larry; Medina, Francisco; Guy, Damon
> Subject: RE: 1008 - Boyle - Sears Sign not fully lighting
>
> Can you send me pictures and I'll send to Jimmy and Leo. Thank you
>
> Dolores M Guarnaccia
> Director, Construction - Real Estate
> Office: BC-170B -3333 Beverly Road - Hoffman Estates, IL 60179
> (P)847.286.7538 (M)224.558.4003 (F)847.286.2805 Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or
construed as an electronic signature, nor is this communication intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate,
and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.
> From: Lawson, Jon
> Sent: Tuesday, May 09, 2017 1:21 AM
> To: Guarnaccia, Dolores
> Cc: Foerster, Larry; Medina, Francisco; Guy, Damon; Lawson, Jon
> Subject: 1008 - Boyle - Sears Sign not fully lighting
>
> Dolores,
>
> The Boyle Store's "Sears" sign on the central tower in not fully lighting.
> These signs can be seen for quite a distance, so it is critically important that an sign (or letter) outage be repaired quickly and completely.
> I believe that maintenance of these signs is the responsibility of the LL.
>
> Should Damon (Market DFM) make contact with the LL or would you prefer that contact come directly from you?
>
> Thanks in advance.
>
> Jon Lawson
> Market Operations - M156
> Cell # 714-520-1274
>
> From: Hand, Anne
> Sent: Monday, May 08, 2017 9:22 PM
> To: Foerster, Larry; Lawson, Jon
> Subject: Boyle
>
> Anybody look at the SEARS signs on the tower lately?
> Many letters out....
>
> Anne Hand
> SW Region VP/GM
> Cell: 760-520-5738
>
> This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If
you are not the intended recipient, please delete it without reading the contents. Thank you.
> <IMG_0680.JPG>
This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you
are not the intended recipient, please delete it without reading the contents. Thank you.


This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you
are not the intended recipient, please delete it without reading the contents. Thank you.

Exhibit 12    322



Ericson Alviz <ericson@citifymgt.com>

---

**Fwd: 1008 Historical Pic - Window Openings on Olympia**
1 message

Jimmy Shomof <jimmy@shomofgroup.com>                                          Mon, Jun 24, 2019 at 5:12 PM
To: Jonathan Shomof <jon@shomofgroup.com>, dkupetz@sulmeyerlaw.com, ckwu@sulmeyerlaw.com
Cc: Izek Shomof <izek@shomofgroup.com>, Diony Rebula <diony@citifymgt.com>, Ericson Alviz <ericson@citifymgt.com>

See below
Conversation between Leo and Dolores talking about needing to finalize negotiations on seismic work and Sears potentially having a final cost for us to get it done. Emails are September 25th

Jimmy Shomof
**shomof | group**
724 S. Spring St, 5th Floor
Los Angeles, CA 90014
Office: 213-278-1007
Cell: 310-780-7435

--------- Forwarded message ---------
From: Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
Date: Tue, Sep 26, 2017 at 9:16 AM
Subject: RE: 1008 Historical Pic - Window Openings on Olympia
To: Leo Pustilnikov <leo@slhinvestments.com>
Cc: Jimmy Shomof <jimmy@shomofgroup.com>

Okay, let check Alan's schedule and I'll get back to you

Dolores M Guarnaccia

Director, Construction - Real Estate

Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing

From: Leo Pustilnikov [mailto:leo@slhinvestments.com]
Sent: Tuesday, September 26, 2017 2:20 AM
To: Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
Cc: Jimmy Shomof <jimmy@shomofgroup.com>
Subject: Re: 1008 Historical Pic - Window Openings on Olympia

I can do November 2 or any time after November 9

Sent from my iPhone

On Sep 25, 2017, at 11:01 AM, Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com> wrote:

Thank you, I might even have a final fixture plan and cost for you.....Alan and I are traveling on the following dates:

October 3rd

October 19th

October 25th

If you can give me a few other dates, I'll check Alan's schedule.

Dolores M Guarnaccia

Director, Construction - Real Estate

Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing

Exhibit 12   323

From: Leo Pustilnikov [mailto:leo@slhinvestments.com]
Sent: Monday, September 25, 2017 12:46 PM
To: Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
Cc: Jimmy Shomof <jimmy@shomofgroup.com>
Subject: Re: 1008 Historical Pic - Window Openings on Olympia

For you I can come out anytime to finalize all our outstanding items :)

Sent from my iPhone

On Sep 25, 2017, at 10:33 AM, Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com> wrote:

Are you heading this way any time soon?


Dolores M Guarnaccia

Director, Construction - Real Estate

Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is
this communication intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement,
commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.


From: Leo Pustilnikov [mailto:leo@slhinvestments.com]
Sent: Monday, September 25, 2017 11:03 AM
To: Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
Cc: Jimmy Shomof <jimmy@shomofgroup.com>
Subject: Re: 1008 Historical Pic - Window Openings on Olympia

it's doable... which by the way, we never finalized all the outstanding items that we've been discussing for the last year... when can we settle them?

thanks,
leo

On Mon, Sep 25, 2017 at 9:01 AM, Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com> wrote:

The retail level that Sears is retaining


Dolores M Guarnaccia

Director, Construction - Real Estate

Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature,
nor is this communication intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any
agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.


From: Leo Pustilnikov [mailto:leo@slhinvestments.com]
Sent: Monday, September 25, 2017 10:36 AM
To: Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
Cc: Jimmy Shomof <jimmy@shomofgroup.com>
Subject: Re: 1008 Historical Pic - Window Openings on Olympia

which windows? I think we planned on opening all of them...

On Mon, Sep 25, 2017 at 8:33 AM, Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com> wrote:

Leo, what historical requirements is the City putting on Boyle? We would like to open some windows. Wondering if it's to the below picture or something else?


<image001.jpg>


Dolores M Guarnaccia

Director, Construction - Real Estate

Exhibit 12___324

Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179

(P)847.286.7538 (M)224.556.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

Exhibit 12    325



Ericson Alviz <ericson@citifymgt.com>

**Fwd: Flagpole Repairs**
1 message

**Jimmy Shomof** <jimmy@shomofgroup.com>                                                    Mon, Jun 24, 2019 at 2:33 PM
To: Jonathan Shomof <jon@shomofgroup.com>, dkupetz@sulmeyerlaw.com, ckwu@sulmeyerlaw.com
Cc: Diony Rebuta <diony@citifymgt.com>, Izek Shomof <Izek@shomofgroup.com>, Ericson Alviz <ericson@citifymgt.com>

See below convo between Leo and Dolores mentioning they're scheduling a time to come to LA to walk the store in late May / Early April.

    Jimmy Shomof
    shomof | group
    724 S. Spring St. 8th Floor
    Los Angeles, CA 90014
    Office: 213-376-1007
        Cell:  310-780-7435

    ------- Forwarded message -------
    From: Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
    Date: Wed, May 17, 2017 at 8:14 AM
    Subject: RE: Flagpole Repairs
    To: Leo Pustilnikov <leo@sshnvestments.com>
    Cc: Jimmy Shomof <jimmy@shomofgroup.com>


    Looking at schedules now with Martin and Alan  should know more tomorrow


    If you can just take care of the tree's, I'll tell Facilities they need to fix the pole themselves


    Dolores M Guarnaccia

    Director, Construction - Real Estate

    Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179

    (P)847.286.7538 (M)224.558.4003 (F)847.286.2805

    Except where an express statement to the contrary is contained in this communication: (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this
    communication intended to be "signed,  (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment,
    representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.


    **From:** Leo Pustilnikov [mailto:leo@sshnvestments.com]
    **Sent:** Wednesday, May 17, 2017 10:14 AM
    **To:** Guarnaccia, Dolores
    **Cc:** Jimmy Shomof
    **Subject:** Re: Flagpole Repairs


    Yes but the tree maintenance is separate from the flag pole but it's being taken off....


    When are you scheduling the trip for?


    Thanks,

    Leo

    Sent from my iPhone

    On May 17, 2017, at 4:51 PM, Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com> wrote:

        Are you to maintain the property with tree trimming etc. and we pay CAM for it?


        Also, I'm scheduling a trip to LA to walk the store with you and Jimmy to discuss the HVAC / Seismic phasing requirements


        Dolores M Guarnaccia

        Director, Construction - Real Estate

        Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179

        (P)847.286.7538 (M)224.558.4003 (F)847.286.2805

        Except where an express statement to the contrary is contained in this communication: (a) nothing in this communication is to be regarded or construed as an electronic signature, nor
        is this communication intended to be "signed,  (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement,
        commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.

Exhibit 12   326

**From:** Leo Pustilnikov [mailto:leo@sllwivestments.com]
**Sent:** Wednesday, May 17, 2017 2:11 AM
**To:** Guarnaccia, Dolores
**Cc:** Jimmy Shomof
**Subject:** Re: Flagpole Repairs

Dolores,

The string seems to have been going on for 2-3 months and this is the first time we heard of it. I just want to note that and also note that the lease has no mention of flag but it seems like a fair request. What's the status of our reimbursement and restarting the final lease amendment?

Best,

Leo

Sent from my iPhone

On May 16, 2017, at 10:33 PM, Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com> wrote:

> Do you guys plan on trimming the trees back? The flag pole is over grown and it's hard to display the flag. And yes it's a corporate requirement
>
> **Dolores M Guarnaccia**
>
> Director, Construction - Real Estate
>
> Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179
>
> (P)847.286.7536 (M)224.558.4003 (F)847.286.2805
>
> Except where an express statement to the contrary is contained in this communication (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed" (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing

**From:** Medina, Francisco
**Sent:** Sunday, May 14, 2017 12:28 PM
**To:** Balderrama, Oscar; Guy, Damon
**Cc:** Guarnaccia, Dolores; Lawson, Jon
**Subject:** RE: Flagpole Repairs

fyi

Francisco Medina
Store General Manager
Sears Holdings Corporation
Boyle Heights, Ca. #1008

### TO SERVE, DELIGHT & ENGAGE
OUR MEMBERS

#### while they shop their way

**From:** Balderrama, Oscar
**Sent:** Saturday, May 13, 2017 6:43 AM
**To:** Guy, Damon
**Cc:** Medina, Francisco
**Subject:** FW: Flagpole Repairs

Damon,

Did you receive a response regarding the flag pole issue in our store? The trees around the flag poles are preventing the store from displaying the flag.

**From:** Medina, Francisco
**Sent:** Friday, March 10, 2017 2:04 PM
**To:** Guy, Damon; Lawson, Jon; Balderrama, Oscar
**Subject:** RE: Flagpole Repairs

any updates from Landlord?

Francisco Medina
Store General Manager
Sears Holdings Corporation

Exhibit 12    327

Boyle Heights, Ca. #1008

## TO SERVE, DELIGHT & ENGAGE
### OUR MEMBERS

**while they shop their way**

---

**From:** Medina, Francisco
**Sent:** Monday, March 06, 2017 2:26 PM
**To:** Guy, Damon; Lawson, Jon; Balderrama, Oscar
**Subject:** RE: Flagpole Repairs

thank you Damon, we need o have the US flag represented even if re-location is needed

Francisco Medina
Store General Manager
Sears Holdings Corporation
Boyle Heights, Ca. #1008

## TO SERVE, DELIGHT & ENGAGE
### OUR MEMBERS

**while they shop their way**

---

**From:** Guy, Damon
**Sent:** Monday, March 06, 2017 5:19 AM
**To:** Lawson, Jon; Balderrama, Oscar; Medina, Francisco
**Subject:** RE: Flagpole Repairs

Team,

Landlord is responsible.   I will email request to them today.

Thank you.

*Damon Guy*

*District Facilities Manager*

cell:   (714) 944-3002

damon.guy@searshc.com

**Vendor Numbers for After Hour Calls**

National Numbers

Commercial Solutions (Doors & Glass) 1-866-659-0251

Forth Restore  Crawa (800) 433-6314

Telpan/FMS (Fan materials Group) 1-866-364-1700

ADT  1-800-429-1124

Protection One 1-865-171-1327

Overhead Doors/conductor/Brakes  1-898-429-5124

Sears Systems Help Desk  1-800-325-1400

Smart Phone Help Desk  1-800-692-5685

Schindler  1-800-225-3123

Sears Auto Help Desk 1-800-893-0255

Sears Risk Management  1-800-727-0121

Amold Risk Management  1-498-473-4437, and

Kellermeyer Burgorwaste Services  Help Desk  (844) 553 2963 (SBM Ideas LLC)

Phoenix Energy Fuel 713-725-4917 option 2

This e-mail transmission is attorney-client privileged. Attorney work product and/or confidential information that is intended solely for the use of the individual(s) or entity(ies) named above. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please delete this transmission

Exhibit 12   328

and immediately notify the sender of the error.

**From:** Lawson, Jon
**Sent:** Sunday, March 05, 2017 8:38 PM
**To:** Balderrama, Oscar; Guy, Damon; Medina, Francisco
**Subject:** RE: Flagpole Repairs

Oscar,

Have you asked the LL to address? Do they own the landscaping?

Jon Lawson

Market Operations – M156

Cell # 714-420-1274

**From:** Balderrama, Oscar
**Sent:** Sunday, March 05, 2017 12:30 PM
**To:** Guy, Damon; Medina, Francisco; Lawson, Jon
**Subject:** RE: Flagpole Repairs

Damon,

Tree continue to be an obstacle.  Current view is attached for your review.

**From:** Guy, Damon
**Sent:** Thursday, March 02, 2017 4:59 PM
**To:** Medina, Francisco; Balderrama, Oscar; Lawson, Jon
**Subject:** RE: Flagpole Repairs

Oscar,

In the past the trees have been an issue with putting the flags up.  Is it okay now?

Damon

**From:** Medina, Francisco
**Sent:** Thursday, March 02, 2017 9:12 AM
**To:** Balderrama, Oscar; Lawson, Jon
**Cc:** Guy, Damon
**Subject:** FW: Flagpole Repairs

Oscar

Please submit a help ticket to get our US flag back up

Francisco Medina
Store General Manager
Sears Holdings Corporation
Boyle Heights, Ca. #1008

### TO SERVE, DELIGHT & ENGAGE
OUR MEMBERS

**while they shop their way**

**From:** Guy, Damon
**Sent:** Wednesday, March 01, 2017 4:38 PM
**To:** Guy, Damon
**Cc:** Lawson, Jon; Ramirez, Vincent R; Coblan, Edgar (RetailServices); Gannico, Jonathan (RetailServices); Garnier, Cliff (RetailServices); Goodwell, Jyl (RetailServices); Long, Waymond (RetailServices); Pollock, Bryan; Romero, Jose (RetailServices); Arellano, Jesus; Balderrama, Oscar; Briggs Jr, Emmett; Cantos, Jack G; Cayaban, Michelle; Conde, Isabel; Espinoza, Isaac; Esquivel, Elizabeth; Fernando, Harin; Flores Sanchez, Antonio; Freeman, Ashley; Garcia, Luis-3; Gorezar, Artour; Lopez, Daniel; Martinez, Mario; Noguchi, Donna; O'Keefe, Christopher; Perry, Mona; Revuelta, Ana I; Shimauchi, Ian; Souza, Edwin; Sparks, Charlie; Wong, Jeromy; Young, Jesse D; Alvarez, Gabriel; Arteaga, Erasmo; Christopherson, Steve; Debus, Mark; Garrison, Shirley M; Gasca-Nunez, Juan; Gonzalez, Carlos; Kennedy, Tom; Lazarte, Yerko; Lepiz, Lucia; Manzo, Jose J; Medina, Francisco; Otero, Corey J; Roslomyan, Veronika; Ruvalcaba, Martha; Sherer, William S; Sherman, Madeline; Valentine, Qiana; Viall, Tessie M
**Subject:** Flagpole Repairs

Exhibit 12    329

Store Teams,

If you have need for flagpole repairs (broken rope, bad pulley, no tie down, etc.), please see the contact information below.

They will take your Pcard as payment for the repairs.

Please contact me if you contact this vendor.    Then I will be aware of the situation when Joe calls me for approval to
go to your site.


Joseph (Joe) Giba

Southern California Flagpole

Company Inc.

4551 York Blvd. LA, CA 90041

O: (323) 257-8201

F: (323) 257-5351


Thank you.

*Damon Guy*

*District Facilities Manager*

cell:  (714) 944-3002

damon.guy@searshc.com


**Vendor Numbers for After Hour Calls**

National Numbers

Commercial Solutions  Doors & Glass 1-866-098-0253,

Forklift Repairs  Crown (800) 883-6314

Telgian/FMG (fire materials Group)  1-866-364-1700

ADT  1-800-428-7124

Protection One 1-855-471-7327

Oates of Companies/Baker  1-888-825-3329,

Sears Systems Help Desk  1-800-998-1500,

Kmart Phone Help Desk  1-800-683-5685,

Schindler  1-800-225-3123

Sears Auto Help Desk 1-800-898-8277

Sears Risk Management 1-800-727-0121,

Kmart Risk Management 1-888-673-4437, and

Kellermeyer Bergensons Services  Help Desk  866.953.7663 (866 Klean Us)

Phoenix Energy 1-877-578-4917 option '2'


This e-mail transmission is attorney-client privileged. Attorney work product and/or confidential information that is intended solely for the use of the individual(s) or entity(ies) named above. If you are not an
intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please delete this transmission
and immediately notify the sender of the error.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain
proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or
legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you
are not the intended recipient, please delete it without reading the contents. Thank you.

Exhibit 12   330

Exhibit 12 331

Gmail

Ericson Alviz <ericson@citifymgt.com>

**Fwd: FW: 1008 Sears Boyle Heights, CA - Air Conditioning**
1 message

**Jimmy Shomof <jimmy@shomofgroup.com>** Mon, Jun 24, 2019 at 5:18 PM
To: Jonathan Shomof <jon@shomofgroup.com>, dkupetz@sulmeyerlaw.com, ckwu@sulmeyerlaw.com
Cc: Izek Shomof <izek@shomofgroup.com>, Diony Rebuta <diony@citifymgt.com>, Ericson Alviz <ericson@citifymgt.com>

Jimmy Shomof
shomof | group
724 S. Spring St. 8th Floor
Los Angeles, CA 90014
Office: 213-378-1007
Cell: 310-780-7435

---------- Forwarded message ----------
From: **Guarnaccia, Dolores** <Dolores.Guarnaccia@searshc.com>
Date: Mon, Mar 5, 2018 at 8:31 AM
Subject: FW: 1008 Sears Boyle Heights, CA - Air Conditioning
To: Leo Pustilnikov <leo@slhinvestments.com>, Jimmy Shomof <jimmy@shomofgroup.com>

Did you receive your Seismic permit? if so can you share a detailed schedule? Thank you

Dolores M Guarnaccia
Director, Construction - Real Estate
Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179
(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be signed, (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing

**From:** Guy, Damon
**Sent:** Friday, March 02, 2018 7:03 PM
**To:** Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
**Cc:** Higley, Howard <Howard.Higley@searshc.com>; Guy, Damon <Damon.Guy@searshc.com>
**Subject:** 1008 Sears Boyle Heights, CA - Air Conditioning

Dolores,

As I make plans in air conditioner preparation for the season. I would like to know if the Landlord has plans to connect the RTUs that they have installed on the roof of the old parts & repair center. Can you please provide me with an estimated date when these new RTUs will be tied into the store?

Thank you,

*Damon Guy*
District Facilities Manager
Cell #: (714) 944-3002
damon.guy@searshc.com

**Vendor Numbers for After Hour Calls**

| | |
|---|---|
| Commercial Solutions (Doors & Glass) | (800) 698-6253 |
| Ferish Repairs Crown Lifts | (800) 983-6314 |
| Consolidated Fire | (866) 556-4501 |
| ADT | (800) 428-7124 |
| Protection One | (859) 471-7327 |
| Oatmeal Compactor/Baler | (888) 625-5323 |
| Sears Systems Help Desk | (800) 898-1500 |
| Schindler | (800) 225-3123 |
| Risk Management | (800) 727-0121 |
| KBS Escalation Desk | (848) 653.2663 |
| Overwatch Escalation Hotline | (866) 337-7724 |
| Phoenix Energy | (877) 579-4917 option "2" |

OMT Work Orders    https //smart.searshc.com/apps/support/action/action.asp?header=FACILITIES

Phoenix Website:    https://cedr.phoenixet.com/shc/Main.aspx?id=1189Mab#A#U

SHC Connect    https://connect.hitw.searshc.com/

This e-mail transmission is attorney-client privileged. Attorney work product and/or confidential information that is intended solely for the use of the individual(s) or entity(ies) named above. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please delete this transmission and immediately notify the sender of the error.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

Exhibit 12    332



Ericson Alviz <ericson@citifymgt.com>

---

**Fwd: LA Boyle Visit**
1 message

Jimmy Shomof <jimmy@shomofgroup.com>                                   Mon, Jun 24, 2019 at 4:57 PM
To: Jonathan Shomof <jon@shomofgroup.com>, dkupetz@sulmeyerlaw.com, ckwu@sulmeyerlaw.com
Cc: Izek Shomof <Izek@shomofgroup.com>, Ericson Alviz <ericson@citifymgt.com>, Diony Rebuta <diony@citifymgt.com>

See below. Dolores' visit to store with Alan. Conversation about HVAC and Seismic work June 22. 2017

    Jimmy Shomof
    **shomof | group**
    724 S. Spring St. 8th Floor
    Los Angeles, CA 90014
    Office: 213-378-1007
       Cell: 310-780-7435

--------- Forwarded message ---------
From: Jonathan Shomof <jon@shomofgroup.com>
Date: Tue, Jul 11, 2017 at 12:03 PM
Subject: Re: LA Boyle Visit
To: Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
Cc: Jimmy Shomof <jimmy@shomofgroup.com>, Leo Pustilnikov <leo@slhinvestments.com>, Jelic, Milan <Milan.Jelic@searshc.com>, Vrej Baghoomian <vj@alliancemechanicalgroup.com>

Dolores,

Please see attached CAD

Thanks

Jonathan Shomof

   **shomof**
    **group**
       
  501 S. Spring St. ~Second Floor~
    Los Angeles, CA 90013
    Office: 213-221-7874
     Cell: 310-780-7434

On Tue, Jul 11, 2017 at 9:31 AM, Jonathan Shomof <jon@shomofgroup.com> wrote:
Good morning Dolores.

Will have this to you today, sorry for the delay

Thanks

Jonathan Shomof

   **shomof**
    **group**
       
  501 S. Spring St. ~Second Floor~
    Los Angeles, CA 90013
    Office: 213-221-7874
     Cell: 310-780-7434

On Tue, Jul 11, 2017 at 7:08 AM, Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com> wrote

I need the CAD file please and thank you

Dolores M Guarnaccia

Director, Construction - Real Estate

Office: 8C-1708 -3333 Beverly Road - Hoffman Estates, IL 60179

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an understanding to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing

From: Jimmy Shomof [mailto:jimmy@shomofgroup.com]
Sent: Monday, July 03, 2017 5:02 PM
To: Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
Cc: Leo Pustilnikov <leo@slhinvestments.com>; Wolski, Martin <Martin.Wolski@searshc.com>; Jelic, Milan <Milan.Jelic@searshc.com>; Jonathan Shomof <jon@shomofgroup.com>; Vrej Baghoomian <vj@alliancemechanicalgroup.com>

Subject: Re: LA Boyle Visit

Hi Dolores, Martin, and Milan,

Exhibit 12   333

Hope all is well.

Per your request, attached are the plans showing the walls built 6ft away from where the structural elements will be placed.

Let me know if there is anything else you'll need.    Also, Will one of us be recapping our onsite meeting last week?

Hope you have a great 4th! :)

Thanks,

Jimmy Shomof

shomof | group

206 W. 8th St. Suite 100

Los Angeles, CA 90014

Office: 213-221-7874

Cell: 310-795-7435

On Thu, Jun 22, 2017 at 11:10 AM, Guarnaccia, Dolores <Dolores Guarnaccia@searshc.com> wrote:

I want to walk the space and talk about the HVAC and Seismic work, plus we have some questions on the floor plan with elevators and space.  I think this should only take an hour or two.

Dolores M Guarnaccia

Director, Construction - Real Estate

Office: 8C-170B -3333 Beverly Road – Hoffman Estates, IL 60179

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed." (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.

From: Jimmy Shomof [mailto:jimmy@shomofgroup.com]
Sent: Wednesday, June 21, 2017 12:26 PM
To: Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
Cc: Vrej Baghoomian <vj@alliancemechanicalgroup.com>; Leo Pushlnikov <leo@slhinvestments.com>; Wolski, Martin <Martin.Wolski@searshc.com>; Jelic, Milan <Milan.Jelic@searshc.com>

Subject: Re: LA Boyle Visit

Dolores,

Is there a schedule for this meeting?

Looking forward to meeting with everyone as well.

Jimmy Shomof

Exhibit 12    334

**shomof | group**

306 W, 6th St, Suite 100

Los Angeles, CA 90014

Office: 213-221-7874

Cell: 310-780-7435

On Wed, Jun 21, 2017 at 10:21 AM, Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com> wrote:

Yes, Martin and I will be there this coming Monday June 26th at 1:30 pm. Can wait to meet with everyone.

Dolores M Guarnaccia

Director, Construction - Real Estate

Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication: (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed" (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate; and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.

From: Vrej Baghoomian [mailto:vrj@alliancemechanicalgroup.com]
Sent: Wednesday, June 21, 2017 10:58 AM
To: Leo Pustilnikov <leo@slhinvestments.com>
Cc: Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>; Jimmy Shomof <jimmy@shomofgroup.com>; Wolski, Martin <Martin.Wolski@searshc.com>; Jelic, Milan <Milan.Jelic@searshc.com>

Subject: Re: LA Boyle Visit

So June 26th at 1:30 pm at Sears ?? Correct

Sent from my iPhone

On Jun 20, 2017, at 10:32 AM, Leo Pustilnikov <leo@slhinvestments.com> wrote:

Confirmed? It's next week and I want to make sure Vj is there.

Sent from my iPhone

On Jun 16, 2017, at 11:50 AM, Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com> wrote:

Once Martin and I get our flights arranged I'll send over, I'll also send you the drawing from store planner where they have a tone of questions

Dolores M Guarnaccia

Director, Construction - Real Estate

Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication: (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed" (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate; and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.

From: Jimmy Shomof [mailto:jimmy@shomofgroup.com]
Sent: Friday, June 16, 2017 1:49 PM
To: Leo Pustilnikov <leo@slhinvestments.com>; Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
Cc: Wolski, Martin <Martin.Wolski@searshc.com>; Jelic, Milan <Milan.Jelic@searshc.com>
Subject: Re: LA Boyle Visit

I'm available.

Leo, how's does this work for you?

Will you be making a schedule of different times to discuss?

Thanks,

Sent from my iPhone

Exhibit 12   335

On Jun 16, 2017, at 11:37 AM, Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com> wrote:

Somethings got shifted around.....we are looking at June 26th to visit the store ....are you both available on that Monday around 1:30ish pm!

**Dolores M Guarnaccia**

Director, Construction - Real Estate

Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication  (a) nothing in this communication is to be regarded or construed as an electronic signature  nor is this communication intended to be "signed"  (b) nothing in this communication is to be regarded as an offer  an acceptance  or an undertaking to negotiate  and (c) any agreement  commitment  representation  warranty  undertaking  or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

2 attachments

Sketch - EXA102 - 2ND FLOOR KEY PLAN - Shear Wall Pony Walls.dwg
1643K

Sketch - EXA101 - 1ST FLOOR KEY PLAN - Shear Wall Pony Walls.dwg
1336K

Exhibit 12 — 336 —



Ericson Alviz <ericson@citifymgt.com>

## Fwd: La Boyle, CA - Status Update

Jonathan Shomof <jon@shomofgroup.com>                                                                Mon, Jun 24, 2019 at 1:52 PM
To: "Kupetz, David S." <dkupetz@sulmeyerlaw.com>, "Wu, Claire K." <ckwu@sulmeyerlaw.com>, Izek Shomof <izek@shomofgroup.com>, Jimmy Shomof <jimmy@shomofgroup.com>, Diony Rebula
<diony@shomofgroup.com>, Ericson Alviz <ericson@citifymgt.com>

Please see attacehd

Jonathan Shomof

shomof
group
.............
724 South Spring St Suite 802
Los Angeles, CA 90014
Office: 213-176- 1404
Cell : 310-780-7434

-------- Forwarded message ---------
From: Jimmy Shomof <jymmy@shomofgroup.com>
Date: Mon, Jun 24, 2019 at 1.33 PM
Subject: Fwd: La Boyle, CA - Status Update
To: Jonathan Shomof <jon@shomofgroup.com>

See emails from before.

This was forwarded to you a long time ago but not sure you ever realized.

Jimmy Shomof
shomof | group
724 S. Spring St, 8th Floor
Los Angeles, CA 90014
Office: 213-378-1007
Cell : 310-780-7435

-------- Forwarded message ---------
From  Jimmy Shomof <jmmy@shomofgroup.com>
Date: Fri, May 5, 2017 at 12:25 PM
Subject: Fwd: La Boyle, CA - Status Update
To: Vrej Baghoomian <vj@alliancemechanicalgroup.com>
Cc: Izek Shomof <izek@shomofgroup.com>, Jonathan Shomof <jon@shomofgroup.com>, Leo Pussilnikov <leo@slhinvestments com>

Vj

Nice talking to you just now over the phone just now.  As discussed, we cannot rely or wait for the struciual to do the HVAC for Sears. We need to continue moving full blast on getting the Sears AC
installed. Please work together with Dolores and coordinate a schedule that works for all.

Thanks,

Jimmy Shomof

shomof | group
206 W. 8th St, Suite 160
Los Angeles  CA 90014
Office: 213-221-7874
Cell : 310-780-7435

-------- Forwarded message ---------
From: Leo Pussilnikov <loo@slhinvestments.com>
Date: Tue, Apr 25, 2017 at 9.18 AM
Subject: Re: La Boyle, CA - Status Update
To: "Guarnaccia, Dolores" <Dolores.Guarnaccia@searshc.com>
Cc: Vrej Baghoomian <vj@alliancemechanicalgroup.com>, Jimmy Shomof <jymmy@shomofgroup.com>, Diony <diony@citifymgt.com>

we aren't doing any hvac work in the building, just your space... seismic was going to start at the furthest point which is the back building because of ease of access and work towards sears....

On Tue, Apr 25, 2017 at 9 16 AM. Guarnaccia, Dolores <Dolores Guarnaccia@searshc com> wrote

The last meeting we had you indicated that you were going to start your HVAC work at the furthest point away from Sears and work your way to us.   If you look at the notes, from what we knew
at the time it looked like these dates were going to line up for HVAC and Seismic.

I'll talk to legal about getting you the additional time.

Dolores M Guarnaccia

Director, Construction · Real Estate

Exhibit 12   337

Office: 8C-1708 -3333 Beverly Road – Hoffman Estates, IL 60179

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed," (b) nothing in this communications is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing

**From:** Leo Pustilnikov [mailto:leo@slhinvestments.com]
**Sent:** Tuesday, April 25, 2017 10:56 AM
**To:** Guarnaccia, Dolores
**Cc:** Vrej Baghoomian; Jimmy Shomof; Diony
**Subject:** Re: La Boyle, CA - Status Update

we are more than happy to do it all at once BUT our lease amendment requires us to do the hvac by a date certain and seismic by a later date. if sears agrees to give us a longer outside date for the hvac, we are more than happy to hold off and do them at once although it would have been nice to know before we spent $500k on equipment... would also be an opportunity to work with the store relay (any estimated timing on that?).

best

leo

On Tue, Apr 25, 2017 at 8 49 AM, Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com> wrote

These areas are big, this will take more than a day to clear. Trust me you don't want to see how I'm going to respond if you give don't me a schedule on timing, how long each area will take etc. And at least 30 plus days to get started.

Also, Leo/Jimmy the cost to clear this space twice can't be absorbed by the store.... Not only do we need to clear for this work but also for the Seimec work. Why can't all the work take place at once

Dolores M Guarnaccia

Director, Construction - Real Estate

Office: 8C-1708 -3333 Beverly Road – Hoffman Estates, IL 60179

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing

**From:** Vrej Baghoomian [mailto:vj@alliancemechanicalgroup.com]
**Sent:** Friday, April 21, 2017 3:33 PM
**To:** Jimmy Shomof
**Cc:** Leo Pustilnikov; Guarnaccia, Dolores; Diony
**Subject:** Re: La Boyle, CA - Status Update

We have waiting for some key components to get from LG . The target is to get them by end of April or the latest by first week of May .

I have prepare a schedule as far as the area we are going to need to work with phasing and each phase I have divided to sections "A" and "B" . we will need the store to remove the racks and items from these areas so we can do our work . We are going to caution tape these areas so no customer or employee of Sears to enter the construction area . Almost all of our work will be overhead and we are going to remove the ceiling tiles in order to allow us to work . I did not put any timing for each phase or section . I want to see how Sears will respond . But we are going to do our best to make for everyone an easy task , attached is propose phasing of the work .

**ALLIANCE MECHANICAL GROUP,INC.**
VREJ VJ BAGHOOMIAN
5838 SAN FERNANDO RD # B
GLENDALE ,CA 91202
TEL: 818-956 1060
FAX: 818-956 1057
CELL: 818-441 8870
STATE LIC # 1015815

Well done is better than well said." Benjamin Franklin

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at VJ@ALLIANCEMECHANICALGROUP.COM or by telephone at (818) 956 1060, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

Please consider the environment before printing this e-mail

Exhibit 12    338

On Fri, Apr 21, 2017 at 7:57 AM, Jimmy Shomof <jimmy@shomofgroup.com> wrote:

Good morning Leo,

They've been working on completing the work that needs to be done on the exterior. VJ plans to reach out to Dolores in the coming week to discuss schedule and coordination. I believe they are still on schedule but we should confirm with VJ.

Jimmy Shomof

shomof | group

206 W 6th St, Suite 100

Los Angeles, CA 90014

Office: 213-221-1874

Cell: 310-780-7435

On Thu, Apr 20, 2017 at 6:11 PM, Leo Pustilnikov <leo@slhinvestments.com> wrote:

Jimmy, can you ask VJ when he plans to coordinate with Dolores?

Thanks,

Leo

Sent from my iPhone

On Apr 20, 2017, at 6:08 PM, Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com> wrote:

Thanks for the update.

I know that you wanted to start the HVAC when you pulled the permit, my note show that you should have started work in January but haven't heard anything.  Are you still on schedule? If not can you send me an updated schedule.

Dolores M Guarnaccia

Director, Construction - Real Estate

Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature nor is this communication intended to be "signed", (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement commitment representation warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing

From: Leo Pustilnikov [mailto:leo@slhinvestments.com]
Sent: Thursday, April 20, 2017 8:04 PM
To: Guarnaccia, Dolores
Cc: Jimmy Shomof; Diony
Subject: Re: La Boyle, CA - Status Update

Thanks re floor plan.  Permits for HVAC have been pulled and paid for (may not be included in what I sent over yet).  Diony, so you have the HVAC permits to email over?  With regards to seismic, the seismic for the HVAC units have permits pulled and that seismic is already complete. With regards to seismic for the building, we are still working through certain issues with the city and hope to have permits no later than the late 3rd quarter.  There were minor setbacks due to the size of the building and the fact that it's comprised of several individual buildings which we have been working to resolve between building and safety and the fire department.

Best,

Leo

Sent from my iPhone

On Apr 20, 2017, at 5:52 PM, Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com> wrote:

Exhibit 12 — 339

Leo before you ask, I've requested ETA on floor plan from Store Planning, once I get that I'll be able to give you an ETA on cost from Martin.

Is it possible to get an update on the following

Permits for HVAC – if you don't have can I get an updated schedule

Permits for Seismic – if you don't have can I get an updated schedule

Thank you, have a great night

Dolores M Guarnaccia

Director, Construction - Real Estate

Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179

(P)847.286 7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed" (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

Exhibit 12    340



Ericson Alviz <ericson@clitfymgt.com>

**Fwd: Sears Retail AC Installation**
1 message

Jimmy Shomof <jimmy@shomofgroup.com>                                                                    Mon, Jun 24, 2019 at 2:28 PM
To: Jonathan Shomof <jon@shomofgroup.com>, dkupetz@sulmeyerlaw.com, ckwu@sulmeyerlaw.com
Cc: Izek Shomof <izek@shomofgroup.com>, Diony Rebula <diony@clifymgt.com>, Ericson Alviz <ericson@clifymgt.com>

Please confirm you have these emails,

Izak and Jon also cc'd on this email.

Thanks.

Jimmy Shomof
**shomof | group**
724 S. Spring St, 8th Floor
Los Angeles, CA 50014
Office: 213-378-1007
Cell: 310-780-7435

--------- Forwarded message ---------
From: Leo Pustilnikov <leo@pslinvestments.com>
Date: Mon, May 15, 2017 at 7:03 AM
Subject: Re: Sears Retail AC installation
To: Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>, Izek Shomof <izek@shomofgroup.com>, Diony Rebula <diony@clifymgt.com>
Cc: Vraj Baghoomian <vj@alliancemechanicalgroup.com>, Jimmy Shomof <jimmy@shomofgroup.com>, Jonathan s <JON@shomofgroup.com>, Shaw, Alan <Alan.Shaw@searshc.com>

Dolores,

To recap the points:

1. HVAC - we would prefer to do the HVAC now as everything is ready. The permitting took forever and we already did the structural in the service center to support the units. Maybe we can start at a slow/less invasive pace for the time being?
2. Seismic - we have been hoping to have had the seismic permits for a while now but given the size and complexity and city code changes, things have come up. We now anticipate having permits around September of this year with the goal of beginning early 2018.
3. I just a reimbursement for all the work we have done per the lease which was approximately $1.5M of which approximately $500k was for the equipment. Diony will send you proof of payment for the HVAC equipment (Diony, please email proof of payment). Do you need anything else for the other $1M or so in reimbursements? As for the process, we discussed doing an escrow which Jack made overly complicated and I thought we ultimately settled on the idea that the best process would be that we submit invoices to Sears and get reimbursed as the funds are with Sears and not escrow? Some of these expenses have been borne by ownership for nearly a year so it would be nice to get reimbursement for it sooner rather than later.
4. Computer room - Jimmy was working on this. Jimmy, can you please update Dolores regarding the vendor work and vendor negotiations?
5. Story layout - when the plans are done, please email them to us along with any questions you may have so that we can address.
6. Tower sign - Jimmy was working on this and will update you.
7. The only outstanding item outside of the above that I recall is that we have discussed lease clean up issues last year (primarily the issues we addressed when we met in Chicago) but we never formalized or finalized them which we should sooner rather than later. I believe you have a spreadsheet of these issues. Let me know if you would like to finalize this now.

best,
leo

On Thu, May 11, 2017 at 2:17 PM, Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com> wrote:

I spoke with legal and here are my remarks:

HVAC: the outside date per the amendment was already missed, you were to be fully installed by April 1st 2017. With that being the case, I am asking that the HVAC and Seismic be done at the same time. The expense of moving product and fixtures will be double if we need to do twice. This is a great store for Sears and we do not want to affect the customer and associates more than needed.

Seismic: are you still on track to have the permit later this year with a construction start in the Sears space January 2018?

Reimbursement for HVAC equipment: I need all of the invoices showing that the equipment has been paid for, any contracts for maintenance that were purchased with the equipment. If we were to follow the lease and have a 3rd party title company hold the escrow, these would be the requirement and if Sears was to ask for reimbursement, I feel that we would be required to submit the same

Computer room: The computer room has been fully built, is there an ETA on when the data line will be pulled? Leo has been provided with all of the vendors to complete the work required

Store Layout: Store Planning is working on an update, per the last CAD file submitted, they have some questions on the rooms that are on the premier of the sales floor to know what to convert them to. We should have something in the next week or 2, then follow that up with a cost estimate.

Signs: after the installation of the tower signs, 1 side the "S"'s are not lite, is there an ETA on when those will be repaired?

Does this cover all the outstanding items? If not please let me know, if anyone has any questions or concerns please let me know.

Dolores M Guarnaccia

Director, Construction - Real Estate

Office: BC-170B-3333 Beverly Road – Hoffman Estates, IL 60179

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.

Exhibit 12 . 341

From: Izek Shomof [mailto:izek@shomofgroup com]
Sent: Thursday, May 11, 2017 12:40 PM
To: Vrej Baghoomian
Cc: Guarnaccia, Dolores; Jimmy Shomof; Jonathan s; Leo Pustilnikov
Subject: Re: Sears Retail AC Installation

Jimmy and Leo can you work with Vjay and Sears to get this started. Thanks.

Sent from my iPhone

On May 11, 2017, at 10:20 AM, Vrej Baghoomian <vj@alliancemechancalgroup.com> wrote:

Dear Dolores , per my previous email dated April 25th ,I am waiting for your respond regarding the scheduling of the work . As i mentioned we need these area to be cleared from racks phase by phase and section by section as I have shown on the floor plan . Please let me know when can you starting the Phase 1 Section A area . If you would like I can meet the store people for coordination . Now we have all the equipment and we can start the project ,Each section of each phase I need 6-7 weeks to complete depending on the situation above the ceiling .

**ALLIANCE MECHANICAL GROUP,INC.**
VREJ VJ BAGHOOMIAN
5838 SAN FERNANDO RD # B
GLENDALE ,CA 91202
TEL: 818-956 1060
FAX: 818-956 1057
CELL: 818-141 8870
STATE LIC # 1015815

Well done is better than well said." Benjamin Franklin

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at VJ@ALLIANCEMECHANICALGROUP.COM or by telephone at (818) 956 1060, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

Please consider the environment before printing this e-mail

<SEARS PHASING GROUND FLOOR.pdf>

<SEARS SECOND FLOOR PAHASEING.pdf>

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidaries. It is confidental and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

Exhibit 12 - 342



Ericson Alviz <ericson@citifymgt.com>

---

**Fwd: Seismic Permit**
1 message

Jimmy Shomof <jimmy@shomofgroup.com>                                                    Mon, Jun 24, 2019 at 5:15 PM
To: Jonathan Shomof <jon@shomofgroup.com>, dkupetz@sulmeyerlaw.com, dkwu@sulmeyerlaw.com
Cc: Izek Shomof <Izek@shomofgroup.com>, Diony Rebula <diony@citifymgt.com>, Ericson Alviz <ericson@citifymgt.com>

Conversation about seismic

> Jimmy Shomof
> **shomof | group**
> 724 S. Spring St, 8th Floor
> Los Angeles, CA 90014
> Office  213-339-1007
>    Cell: 310-780-7435

---------- Forwarded message ----------
From: Leo Pustilnikov <leo@slhinvestments.com>
Date: Thu, Jan 25, 2018 at 8:52 AM
Subject: Re: Seismic Permit
To: Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
Cc: Jimmy Shomof <jimmy@shomofgroup.com>

We are targeting early March and will start in the 1984 section... also, we are still looking at phasing and seeing if we can limit work on retail floor as the basement is most of the work

Sent from my iPhone

On Jan 25, 2018, at 8:34 AM, Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com> wrote:

> Do you have your Seismic permit yet?  I need to go get Capital for when you're ready to start and would like to be a little ahead of the game.
>
> Dolores M Guarnaccia
>
> Director, Construction - Real Estate
>
> Office: BC-170B -3533 Beverly Road = Hoffman Estates, IL 60179
>
> (P)847.286.7538 (M)224.558.4003 (F)847.286.2805
>
> Except where an express statement to the contrary is contained in this communication  (a) nothing in this communication is to be regarded or construed as an electronic signature  nor is this communication intended to be  signed   (b) nothing in this communication is to be regarded as an offer  an acceptance  or an undertaking to negotiate, and (c) any agreement, commitment representation  warranty  undertaking  or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing
>
> This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

Exhibit 12.   343

| | |
|---|---|
| **From:** | Jimmy Shomof |
| **To:** | Jonathan Shomof; Kupetz, David S.; Wu, Claire K. |
| **Cc:** | Izek Shomof; Diony Rebula; Ericson Alviz |
| **Subject:** | Fwd: Second Break In RE: 1008 - Boyle - Break-In Through Construction Site Recap |
| **Date:** | Monday, June 24, 2019 2:56:52 PM |

See below convo between Leo and Dolores regarding a break in to the store and Leo warns Dolores not to use escrow account as piggy bank.

Jimmy Shomof
**shomof | group**
724 S. Spring St. 8th Floor
Los Angeles, CA 90014
Office: 213-378-1007
Cell: 310-780-7435

---------- Forwarded message ---------
From: **Leo Pustilnikov** <leo@slhinvestments.com>
Date: Wed, Jul 5, 2017 at 6:32 PM
Subject: Re: Second Break In RE: 1008 - Boyle - Break-In Through Construction Site Recap
To: Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
Cc: Jimmy Shomof <jimmy@shomofgroup.com>, Foerster, Larry <Larry.Foerster@searshc.com>

Dolores,

With all due respect, I'm not sure how they accessed our area or yours but the escrow fund is not intended for these items and sears is not authorized to use it as a piggy bank as it wishes. Let's discuss tomorrow.

Best,
Leo

Sent from my iPhone

On Jul 5, 2017, at 6:11 PM, Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com> wrote:

> I'm giving the store permission to hire an overnight guard until either you or SHC can repair the damage and secure the building. We will be paying for the Guard from the Escrow account till the repairs are made. Thank you
>
>
> **Dolores M Guarnaccia**
>
> Director, Construction - Real Estate
>
> Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179

Exhibit 12   344

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded as constrain as an electronic signature, nor is this communication intended to be "signed," the nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking or license binding on Sears or any affiliate may only be evidenced by a written agreement signed

**From:** Foerster, Larry
**Sent:** Wednesday, July 05, 2017 8:17 AM
**To:** Ceballos, Cesar E <Cesar.Ceballos@searshc.com>
**Cc:** Calvert, Michael <Michael.Calvert@searshc.com>; Harrington, Jeremy <Jeremy.Harrington@searshc.com>; Balderrama, Oscar <Oscar.Balderrama@searshc.com>; Lawson, Jon <Jon.Lawson@searshc.com>; Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>; Gomez, Fernando <fernando.gomez@searsbluecrew.com>; Medina, Francisco <Francisco.Medina@searshc.com>; Foerster, Larry <Larry.Foerster@searshc.com>
**Subject:** Re: Second Break In RE: 1008 - Boyle - Break-In Through Construction Site Recap

This will take longer than a day or two to fix. Dolores, can we request LL to hire overnight security until they've secured the building?

Sent from my iPhone

On Jul 5, 2017, at 3:18 AM, Ceballos, Cesar E <Cesar.Ceballos@searshc.com> wrote:

> We had a second break in through the same location what appears to be the same subject kicking the already replaced plywood. Please read report down below. It is critical to have the Landlord out here immediately to assist in ensuring this location is secure.

Exhibit 12    345

On July 4th 2017, I, Cesar Ceballos, while employed as Asset
Protection Manager for Sears Holdings Corporation, Sears
number 1008, Boyle Heights California the following occurred:

At 10:49:00PM, I received a call from Softlines Manager
Tachacka Miller advising that she was in route to the store as
she received a phone call from the alarm company Protection
One stating that two motion sensors had triggered. They did
not receive any further alarm activations. At this time Miller
requested that Protection One dispatch the Los Angeles Police
Department as we had been burglarized the same day earlier
in the morning. They advised her that their policy stated they
are not allowed to contact the Police Department as they
already had been dispatched twice in one year and advised
her to contact the emergency 911 phone number to have the
Police arrive. Miller attempted to call the Police Department
and was on hold for over 15 minutes. Miller contacted myself to
advice of the situation, I also attempted to contact the Police
Department and was placed on hold, I then contacted
Protection One and had them escalate this situation ultimately
having them dispatch any available Officer. At approximately
11:55:00PM the Los Angeles Police Department arrived on
scene and was able to assist Miller in walking inside the store.
At 12:19:00AM the building was clear from any possible
intruder. During this time, it was discovered in Jewelry
Department that one of the glass show cases appeared to be
smashed and possible merchandise missing.

While arriving at the store I, Ceballos was able to determine
through CCTV that indeed the suspect came into the store
through the same area the store was burglarize the same
morning, it appeared that the subject ran to Jewelry
Department breaking the glass of one of the Show Cases
using what appeared to look like a crow bar. Through CCTV it
appears the subject was only able to take out one Vadere
Lestelle Gold Over Silver Necklace (retail value of $399.99).
Once he got a hold of the necklace he ran back to the Eastside
of the store and proceed to leave the building.

Exhibit 12    346 _

Preliminary Item list:


Vadere Lestelle Gold Over Silver Necklace:


Division: 44          Item #:          Size:          Quantity:
    Price: $399.99



Total: $399.99



**Total Merchandise Loss: *$399.99***

Exhibit 12   347

**Total Door/Window Damage:** *(TBD)*


**Grand Total Loss:** *(TBD)*


**Los Angeles Police Department Case #:**     *Quiroz #42213/ Rivera#34735*


**Sedwick Case #:**


**Video Available**


Associates Involve:

      -Softlines Manager :        Tachacka Miller   323-981-2001

      -Asset Protection Manager: Cesar Ceballos     714-323-9589

Exhibit 12    348

## TIMELINE

July 3rd, 2017

**9:09:27 PM:** Building was armed by Softlines Manager
Tachacka Miller

**10:27:54PM:** Motion Alarms triggered; Call was placed to
Miller; Miller was in route to the store; Male Suspect is seen
through CCVT kicking and breaking the plywood, running
into jewelry.

**10:29:40 PM:** Suspect is seen running out from the same
location he entered.

**10:45:00PM:** Softlines Manager Tachacka Miller arrives to
the store.

**11:55:00PM:** The Los Angeles Police Department arrived on
scene

Exhibit 12    349

July 4th, 2017

**12:06:00AM:** Zone Asset Protection Market Manager was notified via message.

**1:18:00AM:** Glass America was contacted to replace and secure the location.

**01:24:00AM:** Call was placed for Protection One to respond to the store to determine the failure of same day first burglary situation between the burglary and the no alarm activation.

**2:35:00AM:** Sedgwick was contacted and critical incident was submitted.

**Cesar Ceballos**

Asset and Profit Protection Manager

Sears, Roebuck & Co. #1008 Boyle Heights

Exhibit 12    350

Cell Phone: 714-323-9589

Office: 323-981-2011

Fax: 323-981-2047

2650 E Olympic Blvd

Los Angeles, CA 90023

**From:** Ceballos, Cesar E
**Sent:** Tuesday, July 04, 2017 2:47 PM
**To:** Calvert, Michael; Ceballos, Cesar E
**Cc:** Harrington, Jeremy; Balderrama, Oscar; Lawson, Jon; Foerster, Larry;
Guarnaccia, Dolores; Gomez, Fernando; Medina, Francisco
**Subject:** 1008 - Boyle - Break-In Through Construction Site Recap

On July 4th 2017,I, Cesar Ceballos, while employed as Asset
Protection Manager for Sears Holdings Corporation, Sears
number 1008, Boyle Heights California the following occurred:

At 06:51:00AM, I was called by the Footwear Lead Carlos
Rosales regarding a piece of drywall that appeared to be
broken. The area of the incident is located on the West Corner
adjacent to an emergency exit of the store. The drywall divides
the Retail Store and an empty room owned by the Landlord
which has access to the outside street. At this time, I Ceballos
reviewed CCTV Video and was able to see the following: On
Monday July 3rd 2017 at 11:53:00PM an unidentified male
subject (see down below for subject description) was seen
breaking a part of the drywall using what appeared to be his
foot. The Male then waits for approximately 30min before
proceeding to enter the store. At 12:22:00 AM the subject
enters the store with a black empty duffel bag; he is seen
running through the store using the back wall of the Woman's
Department as guidance. The subject passes Hardware, finally
entering the Men's Levi Department. He is then seen selecting
a numerous amounts of Levi's (see item description down
below). Upon selecting the merchandise the subject places the
pairs of Levi's inside the duffel bag and heads over to the
jewelry department were he attempts to open a jewelry show
case. The subject walks around a few departments not
selecting any further merchandise. At 12:27:00 AM the subject
is seen exiting the same location of the building.

Note

Exhibit 12    351

-Alarm Test was conducted June 8th with no issues with any motion sensors

-Alarm Test was conducted twice on July 4th 2017 with no issues with any motion sensors.

Preliminary Item list:

Men's Levi Denim 501 Bleach Blue:

Division: 41   Item #: 49544343   Size: 34x30   Quantity: 8
         Price: $69.50

Division: 41   Item #: 49544405   Size: 40x32   Quantity: 4         Price: $69.50

Division: 41   Item #: 49544425   Size: 42x30   Quantity: 4
         Price: $69.50

Total: $1,112

**Total Merchandise Loss:** *$1,112.00*

**Total Door/Window Damage:** *(TBD)*

**Grand Total Loss:**  *(TBD)*

Exhibit 12    352

*Los Angeles Police Department Case #: 17-0704002659*
*Rodriguez #42249*

*Sedwick Case #: C1707045031*

*Video Available*

Associates Involve:

    -Store General Manager: Francisco Medina    323-981-2001

    -Asset Protection Manager: Cesar Ceballos    714-323-9589

## TIMELINE

July 3rd, 2017

**10:40:29AM:** Building was armed by Operations Manager Oscar Medina and Softlines Manager Tachacka Miller

**11:53:00PM:** Male Suspect kicks and breaks drywall but

Exhibit 12    353

does not immediately enter the store.

July 4th, 2017

**12:22:00AM:** Male Suspect enters the store.

**12:23:00AM:** Male Suspect Enters Men's Department
Selecting Merchandise.

**12:24:00AM:** Enters Jewelry attempting to open cases.

**12:25:00AM:** Male Suspect enters Woman's, Intimates,
Men's basics.

**12:27:00AM:** Male Suspect Exits the store with the
duffel bag filled with merchandise.

**05:58:24AM:** Building is disarmed by Footwear Lead Carlos
Rosales for regular business.

**06:51:00AM:** Rosales notified Asset Protection Manager
Cesar Ceballos of the broken plywood.

**06:53:00AM:** Was established that theft had accrued earlier
in the morning.

**06:54:34AM:** Ceballos contacted alarm company (Protection
One) to ask if there were any alarms during the night.
Protection One stated they did not receive any alarm signals.

Exhibit 12   354

Ceballos verified through Esuite (online alarm log) that no alarms had been activated throughout the night.

**06:58:24AM:** Ceballos placed alarm under test mode, walk all area the subject had been seen walking through and all alarms activated without incident.

**06:59:00AM:** Call was placed for Protection One to respond to the store to determine the failure between the burglary and the no alarm activation.

**8:23:00AM:** Ceballos contacted the General Store Manager Francisco Medina.

**8:25:00AM:** Francisco Medina contacted Market Manager Larry Foerster.

**8:25:00AM:** Ceballos contacted Asset Protection Zone Manager Mike Calvert.

**8:23:00AM:** Ceballos contacted the General Store Manager Francisco Medina.

**12:52:00PM:** Ceballos contacted Sedgwick to report incident.

**2:00:00PM:** Los Angeles Police Department Arrive to take report.

Exhibit 12   355

<110 - Shoes Stockroom 7-4-2017 00-22-44.010.jpg>

<IMG_1296.jpg>

<IMG_1297.jpg>

**Cesar Ceballos**

Asset and Profit Protection Manager

Sears, Roebuck & Co. #1008 Boyle Heights

Cell Phone: 714-323-9589

Exhibit 12   356

Office: 323-981-2011

Fax: 323-981-2047

2650 E Olympic Blvd

Los Angeles, CA 90023

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

Exhibit 12    357

# EXHIBIT 13

| | |
|---|---|
| **From:** | Jonathan Shomof |
| **To:** | Kupetz, David S.; Wu, Claire K.; Izek Shomof; Jimmy Shomof; Diony Rebuta; Ericson Alviz |
| **Subject:** | Fwd: La Boyle, CA - Status Update |
| **Date:** | Monday, June 24, 2019 1:52:39 PM |

Please see attacehd

## Jonathan Shomof

**shomof
group**
shomofgroup.com
724 South Spring St Suite 802
Los Angeles, CA 90014
Office: 213-378-1006
Cell: 310-780-7434

---------- Forwarded message ---------
From: **Jimmy Shomof** <jimmy@shomofgroup.com>
Date: Mon, Jun 24, 2019 at 1:33 PM
Subject: Fwd: La Boyle, CA - Status Update
To: Jonathan Shomof <jon@shomofgroup.com>

See emails from before.

This was forwarded to you a long time ago but not sure you ever realized.

Jimmy Shomof
**shomof | group**
724 S. Spring St. 9th Floor
Los Angeles, CA 90014
Office: 213-378-1007
Cell: 310-780-7433

---------- Forwarded message ---------
From: **Jimmy Shomof** <jimmy@shomofgroup.com>
Date: Fri, May 5, 2017 at 12:25 PM
Subject: Fwd: La Boyle, CA - Status Update
To: Vrej Baghoomian <vj@alliancemechanicalgroup.com>
Cc: Izek Shomof <Izek@shomofgroup.com>, Jonathan Shomof <jon@shomofgroup.com>,
Leo Pustilnikov <leo@slhinvestments.com>

Vj,

Nice talking to you just now over the phone just now. As discussed, we cannot rely or wait
for the structual to do the HVAC for Sears. We need to continue moving full blast on getting
the Sears AC installed. Please work together with Dolores and coordinate a schedule that
works for all.

Exhibit 13    358

Thanks,

Jimmy Shomof

**shomof | group**
206 W. 6th St. Suite 100
Los Angeles, CA 90014
Office: 213-221-7874
Cell: 310-780-7435

---------- Forwarded message ----------
From: **Leo Pustilnikov** <leo@slhinvestments.com>
Date: Tue, Apr 25, 2017 at 9:18 AM
Subject: Re: La Boyle, CA - Status Update
To: "Guarnaccia, Dolores" <Dolores.Guarnaccia@searshc.com>
Cc: Vrej Baghoomian <vj@alliancemechanicalgroup.com>, Jimmy Shomof
<jimmy@shomofgroup.com>, Diony <diony@citifymgt.com>

we aren't doing any hvac work in the building, just your space... seismic was going to start at
the furthest point which is the back building because of ease of access and work towards
sears...

On Tue, Apr 25, 2017 at 9:16 AM, Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
wrote:

The last meeting we had you indicated that you were going to start your HVAC work at the
furthest point away from Sears and work your way to us. If you look at the notes, from what we
knew at the time it looked like these dates were going to line up for HVAC and Seismic.

I'll talk to legal about getting you the additional time.

**Dolores M Guarnaccia**

Director, Construction - Real Estate

Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication, (a) nothing in this
communication is to be regarded or construed as an electronic signature, nor is this communication intended to
be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to
negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears

Exhibit 13   359

or any affiliate may only be evidenced by a separate signed writing.

**From:** Leo Pustilnikov [mailto:leo@slhinvestments.com]
**Sent:** Tuesday, April 25, 2017 10:56 AM
**To:** Guarnaccia, Dolores
**Cc:** Vrej Baghoomian; Jimmy Shomof; Diony
**Subject:** Re: La Boyle, CA - Status Update

we are more than happy to do it all at once BUT our lease amendment requires us to do the hvac by a date certain and seismic by a later date. If sears agrees to give us a longer outside date for the hvac, we are more than happy to hold off and do them at once although it would have been nice to know before we spent $500k on equipment... would also be an opportunity to work with the store relay (any estimated timing on that?).

best,

leo

On Tue, Apr 25, 2017 at 8:49 AM, Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com> wrote:

These areas are big, this will take more than a day to clear. Trust me you don't want to see how I'm going to respond if you give don't me a schedule on timing, how long each area will take etc. And at least 30 plus days to get started.

Also, Leo/Jimmy the cost to clear this space twice can't be absorbed by the store.....Not only do we need to clear for this work but also for the Seimec work. Why can't all the work take place at once

**Dolores M Guarnaccia**

Director, Construction - Real Estate

Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears

Exhibit 13    360

or any affiliate may only be evidenced by a separate signed writing.

**From:** Vrej Baghoomian [mailto:vj@alliancemechanicalgroup.com]
**Sent:** Friday, April 21, 2017 3:33 PM
**To:** Jimmy Shomof
**Cc:** Leo Pustilnikov; Guarnaccia, Dolores; Diony
**Subject:** Re: La Boyle, CA - Status Update

We have waiting for some key components to get from LG . The target is to get them by end of April or the latest by first week of May .

I have prepare a schedule as far as the area we are going to need to work with phasing and each phase I have divided to sections "A" and "B" . *we will need the store to remove the racks and items from these areas so we can do our work . We are going to caution tape these areas so no customer or employee of Sears to enter the construction area . Almost all of our work will be overhead and we are going to remove the ceiling tiles in order to allow us to work . I did not put any timing for each phase or section* , I want to see how Sears will respond . But we are going to do our best to make for everyone an easy task . attached is propose phasing of the work .

**ALLIANCE MECHANICAL GROUP,INC.**
VREJ VJ BAGHOOMIAN
5838 SAN FERNANDO RD # B
GLENDALE ,CA 91202
TEL: 818-956 1060
FAX: 818-956 1057
CELL: 818-441 8870
STATE LIC # 1015815

Well done is better than well said." Benjamin Franklin

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to

Exhibit 13    361

the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at VJ@ALLIANCEMECHANICALGROUP.COM or by telephone at (818) 956 1060, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

Please consider the environment ,before printing this e-mail

On Fri, Apr 21, 2017 at 7:57 AM, Jimmy Shomof <jimmy@shomofgroup.com> wrote:

Good morning Leo,

They've been working on completing the work that needs to be done on the exterior. VJ plans to reach out to Dolores in the coming week to discuss schedule and coordination. I believe they are still on schedule but we should confirm with VJ.

Jimmy Shomof

**shomof|group**

206 W. 6th St. Suite 100

Los Angeles, CA 90014

Office: 213-221-7874

Cell: 310-780-7435

On Thu, Apr 20, 2017 at 6:11 PM, Leo Pustilnikov <leo@slhinvestments.com> wrote:

Exhibit 13    362

Jimmy, can you ask VJ when he plans to coordinate with Dolores?

Thanks,

Leo

Sent from my iPhone

On Apr 20, 2017, at 6:08 PM, Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
wrote:

> Thanks for the update.
>
>
> I know that you wanted to start the HVAC when you pulled the permit, my note
> show that you should have started work in January but haven't heard anything.
> Are you still on schedule?  If not can you send me an updated schedule.
>
>
> **Dolores M Guarnaccia**
>
> Director, Construction - Real Estate
>
> Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179
>
> (P)847.286.7538 (M)224.558.4003 (F)847.286.2805
>
> Except where an express statement to the contrary is contained in this communication, (a) nothing
> in this communication is to be regarded or construed as an electronic signature, nor is this
> communication intended to be "signed." (b) nothing in this communication is to be regarded as an
> offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment,
> representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be
> evidenced by a separate signed writing.
>
>
>
> **From:** Leo Pustilnikov [mailto:leo@slhinvestments.com]
> **Sent:** Thursday, April 20, 2017 8:04 PM
> **To:** Guarnaccia, Dolores
> **Cc:** Jimmy Shomof; Diony
> **Subject:** Re: La Boyle, CA - Status Update
>
>
> Thanks re floor plan.  Permits for HVAC have been pulled and paid for (may
> not be included in what I sent over yet).  Diony, so you have the HVAC permits
> to email over?  With regards to seismic, the seismic for the HVAC units have

Exhibit 13    363

permits pulled and that seismic is already complete. With regards to seismic for
the building, we are still working through certain issues with the city and hope
to have permits no later than the late 3rd quarter.  There were minor setbacks
due to the size of the building and the fact that it's comprised of several
individual buildings which we have been working to resolve between building
and safety and the fire department.


Best,

Leo

Sent from my iPhone


On Apr 20, 2017, at 5:52 PM, Guarnaccia, Dolores
<Dolores.Guarnaccia@searshc.com> wrote:

> Leo before you ask, I've requested ETA on floor plan from Store
> Planning, once I get that I'll be able to give you an ETA on cost
> from Martin.


> Is it possible to get an update on the following:

> • Permits for HVAC – if you don't have can I get an updated
> schedule

> • Permits for Seismic – if you don't have can I get an updated
> schedule


> Thank you, have a great night


> **Dolores M Guarnaccia**

> Director, Construction - Real Estate

> Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179

> (P)847.286.7538 (M)224.558.4003 (F)847.286.2805

> Except where an express statement to the contrary is contained in this
> communication. (a) nothing in this communication is to be regarded or construed
> as an electronic signature, nor is this communication intended to be "signed," (b)

Exhibit 13   364

nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

Exhibit 13    365

# EXHIBIT 14

| From: | Jimmy Shomof |
|---|---|
| To: | Jonathan Shomof; Kupetz, David S.; Wu, Claire K. |
| Cc: | Izek Shomof; Ericson Alviz; Diony Rebuta |
| Subject: | Fwd: LA Boyle Visit |
| Date: | Monday, June 24, 2019 4:57:38 PM |
| Attachments: | Sketch - EXA102 - 2ND FLOOR KEY PLAN - Shear Wall Pony Walls.dwg |
| | Sketch - EXA101 - 1ST FLOOR KEY PLAN - Shear Wall Pony Walls.dwg |

See below. Dolores' visit to store with Alan. Conversation about HVAC and Seismic work
June 22, 2017

Jimmy Shomof
**shomof | group**
724 S. Spring St. 8th Floor
Los Angeles, CA 90014
Office: 213-378-1007
Cell: 310-780-7435

---------- Forwarded message ---------
From: **Jonathan Shomof** <jon@shomofgroup.com>
Date: Tue, Jul 11, 2017 at 12:03 PM
Subject: Re: LA Boyle Visit
To: Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
Cc: Jimmy Shomof <jimmy@shomofgroup.com>, Leo Pustilnikov
<leo@slhinvestments.com>, Jelic, Milan <Milan.Jelic@searshc.com>, Vrej Baghoomian
<vj@alliancemechanicalgroup.com>

Dolores,

Please see attached CAD

Thanks

Jonathan  Shomof

**shomof
group**
shomofgroup.com
501 S. Spring St. ~Second Floor~
Los Angeles, CA 90013
Office: 213-221-7874
Cell: 310-780-7434

On Tue, Jul 11, 2017 at 9:31 AM, Jonathan Shomof <jon@shomofgroup.com> wrote:
Good morning Dolores,

Will have this to you today, sorry for the delay

Thanks

Jonathan  Shomof

Exhibit 14    366

**shomof
group**
shomofgroup.com
501 S. Spring St. -Second Floor-
Los Angeles, CA 90013
Office: 213-221-7874
Cell: 310-780-7434

On Tue, Jul 11, 2017 at 7:08 AM, Guarnaccia, Dolores
<Dolores.Guarnaccia@searshc.com> wrote:

I need the CAD file please and thank you

**Dolores M Guarnaccia**

Director, Construction - Real Estate

Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication, (a) nothing in this
communication is to be regarded or construed as an electronic signature, nor is this communication intended
to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an
undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or
waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.

**From:** Jimmy Shomof [mailto:jimmy@shomofgroup.com]
**Sent:** Monday, July 03, 2017 5:02 PM
**To:** Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
**Cc:** Leo Pustilnikov <leo@slhinvestments.com>; Wolski, Martin <Martin.Wolski@searshc.com>;
Jelic, Milan <Milan.Jelic@searshc.com>; Jonathan Shomof <jon@shomofgroup.com>; Vrej
Baghoomian <vj@alliancemechanicalgroup.com>

**Subject:** Re: LA Boyle Visit

Hi Dolores, Martin, and Milan,

Hope all is well.

Per your request, attached are the plans showing the walls built 6ft away from where the
structural elements will be placed.

Exhibit 14    367

Let me know if there is anything else you'll need.    Also, Will one of us be recapping our onsite meeting last week?

Hope you have a great 4th! :)

Thanks,

Jimmy Shomof

**shomof | group**

**206 W. 6th St. Suite 100**

**Los Angeles, CA 90014**

**Office: 213-221-7874**

**Cell: 310-780-7435**

On Thu, Jun 22, 2017 at 11:10 AM, Guarnaccia, Dolores
<Dolores.Guarnaccia@searshc.com> wrote:

I want to walk the space and talk about the HVAC and Seismic work, plus we have some questions on the floor plan with elevators and space. I think this should only take an hour or two.

**Dolores M Guarnaccia**

Exhibit 14    368

Director, Construction - Real Estate

Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication, (a) nothing in this
communication is to be regarded or construed as an electronic signature, nor is this communication
intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or
an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or
waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.

**From:** Jimmy Shomof [mailto:jimmy@shomofgroup.com]
**Sent:** Wednesday, June 21, 2017 12:26 PM
**To:** Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
**Cc:** Vrej Baghoomian <vj@alliancemechanicalgroup.com>; Leo Pustilnikov
<leo@sihinvestments.com>; Wolski, Martin <Martin.Wolski@searshc.com>; Jelic, Milan
<Milan.Jelic@searshc.com>

**Subject:** Re: LA Boyle Visit

Dolores,

Is there a schedule for this meeting?

Looking forward to meeting with everyone as well.

Jimmy Shomof

**shomof | group**

**206 W. 6th St. Suite 100**

**Los Angeles, CA 90014**

Exhibit 14    369

Office: 213-221-7874

Cell: 310-780-7435

On Wed, Jun 21, 2017 at 10:21 AM, Guarnaccia, Dolores
<Dolores.Guarnaccia@searshc.com> wrote:

Yes, Martin and I will be there this coming Monday June 26th at 1:30 pm.  Can wait
to meet with everyone.

**Dolores M Guarnaccia**

Director, Construction - Real Estate

Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication, (a) nothing in this
communication is to be regarded or construed as an electronic signature, nor is this communication
intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or
an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking,
or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.

**From:** Vrej Baghoomian [mailto:vj@alliancemechanicalgroup.com]
**Sent:** Wednesday, June 21, 2017 10:58 AM
**To:** Leo Pustilnikov <leo@slhinvestments.com>
**Cc:** Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>; Jimmy Shomof
<jimmy@shomofgroup.com>; Wolski, Martin <Martin.Wolski@searshc.com>; Jelic,
Milan <Milan.Jelic@searshc.com>

**Subject:** Re: LA Boyle Visit

So June 26th at 1:30 pm at Sears ?? Correct

Sent from my iPhone

On Jun 20, 2017, at 10:32 AM, Leo Pustilnikov <leo@slhinvestments.com> wrote:

**Exhibit 14    370**

Confirmed?  It's next week and I want to make sure Vj is there..

Sent from my iPhone


On Jun 16, 2017, at 11:50 AM, Guarnaccia, Dolores
<Dolores.Guarnaccia@searshc.com> wrote:

> Once Martin and I get our flights arranged I'll send over, I'll
> also send you the drawing from store planner where they
> have a tone of questions


> **Dolores M Guarnaccia**

> Director, Construction - Real Estate

> Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL
> 60179

> (P)847.286.7538 (M)224.558.4003 (F)847.286.2805

> Except where an express statement to the contrary is contained in this
> communication, (a) nothing in this communication is to be regarded or
> construed as an electronic signature, nor is this communication intended to
> be "signed," (b) nothing in this communication is to be regarded as an
> offer, an acceptance, or an undertaking to negotiate, and (c) any
> agreement, commitment, representation, warranty, undertaking, or waiver
> binding Sears or any affiliate may only be evidenced by a separate signed
> writing.


> **From:** Jimmy Shomof [mailto:jimmy@shomofgroup.com]
> **Sent:** Friday, June 16, 2017 1:49 PM
> **To:** Leo Pustilnikov <leo@slhinvestments.com>;
> Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
> **Cc:** Wolski, Martin <Martin.Wolski@searshc.com>; Jelic,
> Milan <Milan.Jelic@searshc.com>
> **Subject:** Re: LA Boyle Visit


> I'm available.


> Leo, how's does this work for you?

Exhibit 14    371

Will you be making a schedule of different times to discuss?

Thanks,

Sent from my iPhone

On Jun 16, 2017, at 11:37 AM, Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com> wrote:

> Somethings got shifted around.....we are looking at June 26[th] to visit the store....are you both available on that Monday around 1:30ish pm!
>
> **Dolores M Guarnaccia**
>
> Director, Construction - Real Estate
>
> Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179
>
> (P)847.286.7538 (M)224.558.4003 (F)847.286.2805
>
> Except where an express statement to the contrary is contained in this communication. (a) nothing in this communication is to be regarded or construed as an electronic signature. nor is this communication intended to be "signed." (b) nothing in this communication is to be regarded as an offer. an acceptance. or an undertaking to negotiate. and (c) any agreement. commitment. representation. warranty. undertaking. or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.
>
> This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally

Exhibit 14    372

privileged information. If you are not the intended recipient,
please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings
Corporation and/or one of its subsidiaries. It is confidential and may contain
proprietary or legally privileged information. If you are not the intended recipient,
please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation
and/or one of its subsidiaries. It is confidential and may contain proprietary or legally
privileged information. If you are not the intended recipient, please delete it without
reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation
and/or one of its subsidiaries. It is confidential and may contain proprietary or legally
privileged information. If you are not the intended recipient, please delete it without
reading the contents. Thank you.

Exhibit 14    373

# EXHIBIT 15

| | |
|---|---|
| **From:** | Jimmy Shomof |
| **To:** | Jonathan Shomof; Kupetz, David S.; Wu, Claire K. |
| **Cc:** | Izek Shomof; Diony Rebuta; Ericson Alviz |
| **Subject:** | Fwd: 1008 Historical Pic - Window Openings on Olympia |
| **Date:** | Monday, June 24, 2019 5:12:38 PM |

See below
Conversation between Leo and Dolores talking about needing to finalize negotiations on
seismic work and Sears potentially having a final cost for us to get it done. Emails are
September 25th


Jimmy Shomof
**shomof | group**
724 S. Spring St. 8th Floor
Los Angeles, CA 90014
Office: 213-378-1007
Cell: 310-780-7435


---------- Forwarded message ----------
From: **Guarnaccia, Dolores** <Dolores.Guarnaccia@searshc.com>
Date: Tue, Sep 26, 2017 at 9:16 AM
Subject: RE: 1008 Historical Pic - Window Openings on Olympia
To: Leo Pustilnikov <leo@slhinvestments.com>
Cc: Jimmy Shomof <jimmy@shomofgroup.com>


Okay, let check Alan's schedule and I'll get back to you


**Dolores M Guarnaccia**

Director, Construction - Real Estate

Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication, (a) nothing in this
communication is to be regarded or construed as an electronic signature, nor is this communication intended to be
"signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to
negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or
any affiliate may only be evidenced by a separate signed writing.


**From:** Leo Pustilnikov [mailto:leo@slhinvestments.com]
**Sent:** Tuesday, September 26, 2017 2:20 AM

Exhibit 15    374

**To:** Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
**Cc:** Jimmy Shomof <jimmy@shomofgroup.com>
**Subject:** Re: 1008 Historical Pic - Window Openings on Olympia

I can do November 2 or any time after November 9

Sent from my iPhone

On Sep 25, 2017, at 11:01 AM, Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
wrote:

Thank you, I might even have a final fixture plan and cost for you.....Alan and I are
traveling on the following dates:

October 3rd

October 19th

October 25th

If you can give me a few other dates, I'll check Alan's schedule.

**Dolores M Guarnaccia**

Director, Construction - Real Estate

Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication, (a) nothing
in this communication is to be regarded or construed as an electronic signature, nor is this
communication intended to be "signed," (b) nothing in this communication is to be regarded as an
offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment,
representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be
evidenced by a separate signed writing.

**From:** Leo Pustilnikov [mailto:leo@slhinvestments.com]

Exhibit 15   375

**Sent:** Monday, September 25, 2017 12:46 PM
**To:** Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
**Cc:** Jimmy Shomof <jimmy@shomofgroup.com>
**Subject:** Re: 1008 Historical Pic - Window Openings on Olympia

For you I can come out anytime to finalize all our outstanding items :)

Sent from my iPhone

On Sep 25, 2017, at 10:33 AM, Guarnaccia, Dolores
<Dolores.Guarnaccia@searshc.com> wrote:

Are you heading this way any time soon?

**Dolores M Guarnaccia**

Director, Construction - Real Estate

Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this
communication, (a) nothing in this communication is to be regarded or construed as
an electronic signature, nor is this communication intended to be "signed," (b)
nothing in this communication is to be regarded as an offer, an acceptance, or an
undertaking to negotiate, and (c) any agreement, commitment, representation,
warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced
by a separate signed writing.

**From:** Leo Pustilnikov [mailto:leo@slhinvestments.com]
**Sent:** Monday, September 25, 2017 11:03 AM
**To:** Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
**Cc:** Jimmy Shomof <jimmy@shomofgroup.com>
**Subject:** Re: 1008 Historical Pic - Window Openings on Olympia

it's doable... which by the way, we never finalized all the outstanding
items that we've been discussing for the last year... when can we
settle them?

Exhibit 15    376

thanks,

leo

On Mon, Sep 25, 2017 at 9:01 AM, Guarnaccia, Dolores
<Dolores.Guarnaccia@searshc.com> wrote:

> The retail level that Sears is retaining
>
>
> **Dolores M Guarnaccia**
>
> Director, Construction - Real Estate
>
> Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179
>
> (P)847.286.7538 (M)224.558.4003 (F)847.286.2805
>
> Except where an express statement to the contrary is contained in this
> communication, (a) nothing in this communication is to be regarded or construed
> as an electronic signature, nor is this communication intended to be "signed," (b)
> nothing in this communication is to be regarded as an offer, an acceptance, or an
> undertaking to negotiate, and (c) any agreement, commitment, representation,
> warranty, undertaking, or waiver binding Sears or any affiliate may only be
> evidenced by a separate signed writing.
>
>
> **From:** Leo Pustilnikov [mailto:leo@slhinvestments.com]
> **Sent:** Monday, September 25, 2017 10:36 AM
> **To:** Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
> **Cc:** Jimmy Shomof <jimmy@shomofgroup.com>
> **Subject:** Re: 1008 Historical Pic - Window Openings on Olympia
>
>
> which windows? I think we planned on opening all of them...
>
>
> On Mon, Sep 25, 2017 at 8:33 AM, Guarnaccia, Dolores
> <Dolores.Guarnaccia@searshc.com> wrote:
>
>> Leo, what historical requirements is the City putting on Boyle?
>> We would like to open some windows. Wondering if it's to the
>> below picture or something else?

Exhibit 15    377

**Dolores M Guarnaccia**

Director, Construction - Real Estate

Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication, (a) nothing in this communication is to be regarded or construed as an electronic signature, nor is this communication intended to be "signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or any affiliate may only be evidenced by a separate signed writing.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient,

Exhibit 15    378

please delete it without reading the contents. Thank you.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

Exhibit 15    379

# EXHIBIT 16

| From: | Jimmy Shomof |
|---|---|
| To: | Jonathan Shomof; Kupetz, David S.; Wu, Claire K. |
| Cc: | Izek Shomof; Diony Rebuta; Ericson Alviz |
| Subject: | Fwd: FW: 1008 Sears Boyle Heights, CA - Air Conditioning |
| Date: | Monday, June 24, 2019 5:19:12 PM |

Jimmy Shomof
**shomof | group**
724 S. Spring St. 8th Floor
Los Angeles, CA 90014
Office: 213-378-1007
Cell: 310-780-7415

---------- Forwarded message ----------
From: **Guarnaccia, Dolores** <Dolores.Guarnaccia@searshc.com>
Date: Mon, Mar 5, 2018 at 8:31 AM
Subject: FW: 1008 Sears Boyle Heights, CA - Air Conditioning
To: Leo Pustilnikov <leo@slhinvestments.com>, Jimmy Shomof
<jimmy@shomofgroup.com>

Did you receive your Seismic permit?  if so can you share a detailed schedule?  Thank you

**Dolores M Guarnaccia**

Director, Construction - Real Estate

Office: BC-170B -3333 Beverly Road – Hoffman Estates, IL 60179

(P)847.286.7538 (M)224.558.4003 (F)847.286.2805

Except where an express statement to the contrary is contained in this communication, (a) nothing in this
communication is to be regarded or construed as an electronic signature, nor is this communication intended to be
"signed," (b) nothing in this communication is to be regarded as an offer, an acceptance, or an undertaking to
negotiate, and (c) any agreement, commitment, representation, warranty, undertaking, or waiver binding Sears or
any affiliate may only be evidenced by a separate signed writing.

**From:** Guy, Damon
**Sent:** Friday, March 02, 2018 7:03 PM
**To:** Guarnaccia, Dolores <Dolores.Guarnaccia@searshc.com>
**Cc:** Higley, Howard <Howard.Higley@searshc.com>; Guy, Damon
<Damon.Guy@searshc.com>
**Subject:** 1008 Sears Boyle Heights, CA - Air Conditioning

Exhibit 16    380

Dolores,

As I make plans in air conditioner preparation for the season.  I would like to know if the Landlord has plans to connect the RTUs that they have installed on the roof of the old parts & repair center.  Can you please provide me with an estimated date when these new RTUs will be tied into the store?

Thank you,

*Damon Guy*

District Facilities Manager

Cell #:    (714) 944-3002

daman.guy@searshc.com

**Vendor Numbers for After Hour Calls**

| | |
|---|---|
| Commercial Solutions  (Doors & Glass) | (868) 698-6253; |
| Forklift Repairs:  Crown Lifts | (800) 983-6314 |
| Consolidated Fire | (868) 556-4501 |
| ADT | (800) 428-7124 |
| Protection One | (855) 471-7327 |
| Oakleaf Compactor/Baller | (888) 625-5323 |
| Sears Systems Help Desk | (800) 998-1500 |
| Schindler | (800) 225-3123 |
| Risk Management | (800) 727-0121; |
| KBS Escalation Desk | (888) 553.2663 |
| Diversified Escalation Hotline | (868) 337-7724 |
| Phoenix Energy | (877) 579-4917 option "2" |

QMT Work Orders:  https://smart.searshc.com/apps/support/action/action.asp?header=FACILITIES

Phoenix Website:  https://edx.phoenixet.com/shc/Main.aspx?iid=1169&tab=AHU

SHC Connect:    https://connectme.searshc.com/

This e-mail transmission is attorney-client privileged, Attorney work product and/or confidential information that is intended

Exhibit 16    381

solely for the use of the individual(s) or entity(ies) named above. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please delete this transmission and immediately notify the sender of the error.

This message, including any attachments, is the property of Sears Holdings Corporation and/or one of its subsidiaries. It is confidential and may contain proprietary or legally privileged information. If you are not the intended recipient, please delete it without reading the contents. Thank you.

Exhibit 16    382

# EXHIBIT 17

**East River Group LLC**

206 W 6th Street, Suite #100
Los Angeles, CA 90014

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/23/2019 | 01-001PR |

| Bill To |
|---------|
| SEARS Holdings |
| Accounting Service Center |
| 2301 West Plano Parkway Ste # 201 |
| Plano, Texas 75075 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Sears Property Reimbursement: | | |
| | Server Room: | | |
| | Equipment                $ 205,266.18  * | | |
| | IT Room Construction       69,850.00 | $    275,116.18 | |
| | HVAC | 2,600.00 | |
| | Sears Façade-Glass | 12,000.00 | |
| | Consultants: | | |
| | Historic (Chattel, Inc.)   $  22,171.00 | | |
| | Charles Tan              10,762.62 | 32,933.62 | $    322,649.80 |
| | | | |
| | * NOTE: Assuming Sears did not pay the equipment. | | |
| | | | |
| | PLEASE MAKE CHECK PAYABLE AND SEND TO: | | |
| | East River Group LLC | | |
| | 206 W 6th Street, Suite #100 | | |
| | Los Angeles, CA 90014 | | |
| | | **Total** | $    322,649.80 |

Exhibit 17    383

# EXHIBIT 18

# SERVER ROOM



Exhibit 18    384



SERVER ROOM

Exhibit 18    385

## SERVER ROOM



Exhibit 18    386



SERVER ROOM

Exhibit 18    387



SERVER ROOM

Exhibit 18    388

SERVER ROOM



Exhibit 18    389

# EXHIBIT 19

FACADE AND SIGNAGE



Exhibit 19    390

FACADE AND SIGNAGE



Exhibit 19    391

FACADE AND SIGNAGE



Exhibit 19    392

FACADE AND SIGNAGE



Exhibit 19    393

FACADE AND SIGNAGE



Exhibit 19   394