

Exhibit 28    490



# SEARS BUILDING

MAIL ORDER DISTRICT
★
EST 1926 | DTLA

## A MARVEL OF MODERN INNOVATION

Standing as the Mail Order District's proud centerpiece, the Sears
Building is an icon of commerce and activity, drawing visitors
from all over the world and reminding Americans of their proud
legacy. Filled with a surplus of goods and services, residences
and recreation, the Sears Building is a marvel of innovation and is
a testament to the spirit of American pride.

### RESIDENTIAL

| TYPE | QUANTITY | % MIX |
|------|----------|-------|
| Studio Lofts | 213 Lofts | 20.7% |
| 1 BR Lofts | 469 Lofts | 45.5% |
| 2 BR Lofts | 320 Lofts | 31.1% |
| 3 BR Lofts | 26 Lofts | 2.5% |
| 4 BR Lofts | 2 Lofts | 0.2% |
| TOTAL | 1,030 Lofts | 100% |

### COMMERCIAL + RETAIL

| TYPE | QUANTITY | % MIX |
|------|----------|-------|
| Department Store | 200K SF | 25% |
| The Boiler (dining) | 10K SF | 1.5% |
| The MarketPlace (retail) | 100K SF | 25% |
| The WorkSpace (creative office) | 200K SF | 29% |
| The Heights (rooftop) | 3 ACRES | 19% |
| The Tower (event space) | 14K SF | 2% |
| Exhibition Space | 10K SF | 1.5% |
| TOTAL | 670K SF | 100% |

*TOTAL approx 1,550,000 SF Residential + Creative Office + Commercial + Retail Space*

61 | VISION

Exhibit 28    491

# THE HEIGHTS

## TAKING RECREATION HIGHER

Providing residents and guests with exceptional views
of the LA city skyline, The Heights is the ultimate rooftop
experience featuring 3 acres of recreational amenities
and event space. Meandering pathways provide interesting
ways to explore The Heights with bridges that span light
wells for additional adventure.

**FEATURING**

| | |
|---|---|
| Pool | |
| Golf | |
| Tennis Courts | |
| Basketball Courts | |
| **TOTAL** | **3 ACRES** |



THE MAIL ORDER DISTRICT   62

Exhibit 28   492



Exhibit 28    493



SEARS BUILDING
MAIL ORDER DISTRICT



MOD LOCATION

PHASE 1

# THE LOFTS

## ONE-OF-A-KIND HISTORIC LIVING SPACES

Offering unique living environments, the 1,030 residences at the Sears Building combine a true loft experience in a landmark building with an expansive, amenity-rich campus setting. Boasting open floor plans, oversized windows, concrete floors, exposed lighting and downtown and mountain views, The Lofts provide the best of both worlds to today's discerning urban dweller.

| TYPE | QUANTITY |
|---|---|
| Studio | 213 Lofts |
| 1 BR Lofts | 469 Lofts |
| 2 BR Lofts | 320 Lofts |
| 3 BR Lofts | 26 Lofts |
| 4 BR Lofts | 2 Lofts |
| **TOTAL** | **1,030 Lofts** |

65  VISION

Exhibit 28    495



# THE MARKETPLACE

## IMAGINATIVE. INVENTIVE. IMMERSIVE.

With a 30+ vendor food hall, The MarketPlace is a treat for all the senses. Indie boutiques, trendsetting retailers and exotic cultural specialties bring unexpected experiences to even the most discerning individuals. From fine dining to casual eateries and one-of-a-kind culinary counters, exploring the MarketPlace will be a popular destination for foodies and lovers of adventurous cuisine.

The MarketPlace will feature a showcase of classic automobiles from the owner's personal collection.

| FEATURING | |
|---|---|
| 30+ Vendor Food Hall | |
| Specialty Dining | |
| Indie Boutiques | |
| TOTAL | 110K SF |







Exhibit 28    496



SEARS BUILDING

MAIL ORDER DISTRICT

Exhibit 28    497



# THE WORKSPACE

## INSPIRED OFFICE ENVIRONMENTS

Featuring 200K+ SF of creative offices.
The WorkSpace will be home to innovative
companies and entrepreneurs looking to make
their mark. A thriving hub of innovation since
1927, working in the Sears Building is the
ultimate place to develop resources, expand
business and distribute ideas worldwide.

**FEATURING**

| | |
|---|---|
| Creative Office | |
| Co-working Space | |
| **TOTAL** | **230K SF** |

SEARS BUILDING

MAIL ORDER DISTRICT
★
EST 1926 TULSA



Exhibit 28    499



PHASE 1



# THE SQUARE

MAIL ORDER DISTRICT

★

EST 1926 | DTLA

## THE ULTIMATE GATHERING PLACE

Outdoor year-round entertainment is a defining feature of the Mail Order District, with near-perfect southern California climate 340/366. Landscaped to reflect the authentic character of the region. The Square includes showcase areas for visitors and residents, lawns for recreation and playgrounds, all organized around a communal plaza for events and happenings.

MOD LOCATION

FEATURING

| Recreation Lawn |
| Gathering Plaza |
| Paseo Walkways |



THE MAIL ORDER DISTRICT    70

Exhibit 28    500



# THE STATION

### MAIL ORDER DISTRICT

### EST 1926 / DTLA

## COMMERCE CONTAINED

Historically reimagined, The Station recreates the original railway spur that provided unprecedented access to merchandise from around the country. By transforming railcars into dining and shopping spaces, an immersive outdoor experience will be established that includes an architecturally inspired platform with additional retail opportunities.

FEATURING

6 Railcar Retail Spaces

Large Platform & Kiosks

MOD LOCATION

PHASE I

VISION

Exhibit 28   501



DRAWING INSPIRATION FROM THE ROOTS
OF AMERICAN DETERMINATION, LEGACY AND
SPIRIT, THE REAWAKENING OF THE SEARS
MAIL ORDER BUILDING REIGNITES THE VISION
OF A TRUE ORIGINAL.

Exhibit 28    502



Exhibit 28    503



# A RESOURCE FOR DAILY LIVING

Anchoring the Mail Order District's south-east corner, The Supply House is a newly constructed, mixed use building situated along Seto Street. With extensive parking capacity, this will be a primary point of entry into the District. With 30K SF of anchor retail space at ground level and 250 lofts located above, The Supply House stays true to its mineral-ex as a resource for daily living.

| TYPE | QUANTITY |
|---|---|
| Lofts | 250 |
| Retail Space | 30K SF |
| Parking Structure | 2,000+ |

See agent for floorplans





# AN URBAN OASIS

With ample parking and a mix of live-or retail and residential options, building Number 12 creates a new residential oasis along what now constitutes 13th Street. Truly revolutionary with progressive architecture, connections and enterprises, this unique building offers 450 residences, contemplating a courtyard and rooftop installation. 35K SF of retail and commercial space across the southern San Mateo corridor, improving the value of the adjacent buildings and incentivizing their future transformation into creative spaces.

| TYPE | QUANTITY |
|---|---|
| Lofts | 450 |
| Retail Space | 35K SF |

See agent for floorplans

Exhibit 28    504



PHASE 2

## COME HOME TO COOL

Urban professionals looking for the ultimate alternative place to live away from will be excited to discover the Vista. 450 lofts will be a presence along the LA River with access to 30k SF of retail experiences and lounges on the Vista Galleria, a unique option for urban amenities. Spanning above street signature and tree-lined avenues as well as public spaces, to create a private oasis in the city for discerning Americans.



# RIO VISTA
## MAIL ORDER DISTRICT
★
EST 1926 | DTLA



MOD LOCATION

| TYPE | QUANTITY |
|------|----------|
| Lofts | 450 |
| Retail Space | 30K SF |

See legend for floorplans



PHASE 2

Exhibit 28    505



Exhibit 28    506



## DTLA'S NEWEST BOUTIQUE HOTEL

The Annex is a vibrant and active boutique project that's immersively original in the Mail Order District, LA River and the best of DTLA. The Annex has 120 boutique hotel rooms accommodating locals, businesses, and leisure travelers alike. Guests can enjoy our location, ambiance, easy access to downtown, and access to the Mail Order District's spectacular history and culinary tales, design or an unforgettable lifestyle venture.

| TYPE | QUANTITY |
|------|----------|
| Keys | 120      |



# THE FUTURE OF FULFILLMENT



Massive in both scale and reach, the Mail Order
District resonates with the community's rising
desire for something different. Boldly updating
what's been done to what's never been done
before, the Mail Order District captures the
zeitgeist of our culture today, transforming
the ordinary into extraordinary.



79   VISION

Exhibit 28    509



**DRAWING INSPIRATION FROM THE ROOTS OF
AMERICAN DETERMINATION, LEGACY AND
SPIRIT, THE REAWAKENING OF THE SEARS
MAIL ORDER BUILDING REIGNITES THE VISION
OF A DAY WHEN WISHES ARE FULFILLED BY
PEOPLE, FOR PEOPLE AND WITH PEOPLE.**

THE MAIL ORDER DISTRICT

Exhibit 28 - 510



Exhibit 28    511



THE MAIL ORDER DISTRICT    82

Exhibit 28 - 512

# 05.



# PLACEMAKERS

**TRANSFORMING THE CONTEMPORARY LOS ANGELES CITYSCAPE WITH THE MAIL ORDER DISTRICT, THESE PLACEMAKERS ARE ENACTING MASSIVE CHANGE, REVOLUTIONIZING THE WAY WE LIVE, WORK AND PLAY.**















# SHOMOF GROUP

Shomof Group has been investing in real estate since 1982. Today they own and manage over 3,000 residential units and over half a million square feet of retail space in Los Angeles, Las Vegas and Long Beach. In 1999, Shomof Group was the first to use the city's Adaptive Reuse Ordinance to convert an office building into live-work lofts. Since then, they have been buying historical office buildings and converting them into lofts, renovating retail spaces, and bringing in sidewalk cafes, clothing boutiques, restaurants and bars.







# OMGIVNING

Omgivning's focus is to strengthen urban communities through architecture and interior design, emphasizing the adaptive reuse and revitalization of existing buildings in Los Angeles. By aligning the goals of the client with the neighborhood's history, aesthetics, current uses and growth patterns, each building's particular history, nuances, challenges and opportunities are celebrated. Omgivning combines an understanding of place with substantial experience of city requirements and regulations to create spaces that succeed for the client and the community.



**Above**: The Broadway Lofts
**Below**: Broadway Trade Center









# DOUG HANSON

With over three decades of experience collaborating with some of
the world's leading architects producing major projects in Africa,
Asia, Europe and North America, HansonLA's vision is driven by an
awareness and application for the cultural, economic and intellectual
complexities of the modern world. It is with this pedigree and
professional historic reference that HansonLA has become a leading
design firm in Los Angeles' downtown core in the repositioning and
renovation of the existing urban fabric and interfacing new development.



# HAMID BEHDAD

Hamid Behdad is Founder and President of Central City Development Group (CCDG), an urban-infill real estate development company established in 2007. Under Hamid's leadership and in just two years, CCDG managed, entitled and provided advisory services for several mixed-use development projects in Southern California, totaling over 775 residential units. Hamid has championed the city's efforts by establishing a citywide Adaptive Reuse Program that facilitated the conversion of dilapidated commercial and industrial buildings into mixed-use developments. Prior to forming CCDG, Hamid served three Mayoral Administrations for the City of Los Angeles, where he earned the title "Czar" of Adaptive Reuse Projects for the city.











# ROBERT
# CHATTEL

In 1994, Robert Chattel established Chattel, Inc.,
a historic preservation consulting firm located in
Los Angeles. For over 20 years, Chattel's staff of
architects, historians and planners have helped
governmental agencies and stakeholder groups
identify important resources and plan for their
preservation. The firm specializes in applying the
Secretary of the Interior's Standards for the Treatment
of Historic Properties and interpreting federal, state
and local historic preservation law and regulations.
Chattel Inc.'s skills streamline reviews to seamlessly
achieve creative changes to historic properties.

"AUTHENTIC BRANDING ELEVATES
EVERYONE'S PERCEPTION ABOVE
THE MUNDANE – ALLOWING US TO
EXPERIENCE A SENSE OF INTIMACY IN
AN EVER-CHANGING GLOBAL ECONOMY."

JAMIE SCHWARTZMAN, PRINCIPAL

# FLUX BRANDING

Flux Branding is a savvy, identity-driven creative branding studio that crafts,
develops and launches out-of-the-box brands into stardom. Located in the
heart of DTLA's Arts District, Flux specializes in the way a brand is seen, felt
and experienced. Like the name implies, Flux facilitates the flow of change,
stimulating chain reactions that transform powerful brand positioning into
ultimate brand immortality. The catalyst that propels your brand forward,
Flux creates exponential impact by igniting passion in everyone.



Exhibit 28    522














# BINYAN
# STUDIOS

Binyan Studios is a leading Architectural 3D Renderings and Animation Studio.
With Studios in New York, Sydney, Melbourne and Brisbane, their team of 90+ fully
in-house artists, filmmakers and producers create bespoke, compelling images and films
for the who's who of the property and architecture industry across the USA and the globe.
Binyan believes every image and film needs to tell a story and connect to the viewer's
sense of self. Unified by a commitment to meticulous detail and quality, their collective
eye for beauty and careful consideration of subtleties translates into stunning results.










THE MAIL ORDER DISTRICT

Exhibit 28   526



MAY 01, 2017

# TO THE NEXT GENERATION OF INNOVATORS, CONNECTORS AND CREATORS:

# THE MAIL ORDER DISTRICT SOUNDS A CALL TO ALL THOSE WHO SEEK EXCEPTIONAL EXPERIENCES. WE HOPE TO INSPIRE YOU TO FOLLOW YOUR DREAMS AND DELIVER ON YOUR UNLIMITED POTENTIAL.

**GODSPEED,
THE MAIL ORDER DISTRICT**

## CREDITS

**SPECIAL THANKS TO:**

Natalie Benesova Photography

Greg Fischer, LA1781, Inc.

Workman and Temple Family
Homestead Museum Collection

**FOR MORE INFORMATION:**

Shomof Group
501 S. Spring St., Second Floor
Los Angeles, CA 90013

T: 213-221-7874
F: 213-623-3811
E: info@shomofgroup.com
www.searsmod.com

Twitter: @SearsMOD
Instagram: @SearsMOD

### LEGAL:

The developers and their
agents give notice that these
particulars are set out as
a general outline only for
the guidance of intending
purchasers or lessees and do
not constitute, nor constitute
part of an offer or contract.

All descriptions, dimensions,
references to condition and
necessary use for permission
for use in occupation and
other details are given
without responsibility, and
any intending purchasers or
lessees should not rely on
them as statements of fact,
but must satisfy themselves
by inspection or otherwise
as to the correctness of
each of them.

All images of the building are
computer generated and of
indicative purposes only. All
floor areas and measurements
are approximate.

97   PLACEMAKERS

Exhibit 28    528