# EXHIBIT 29

IN RE: SEARS HOLDING CORPORATION, et al.                                    IZEK SHOMOF
                                                                            June 24, 2019

Page 145

1  when you say "without any form of compensation," I think
2  that's mischaracterizing what he said.
3  BY MR. WEAVER:
4     Q   In your offer, Mr. Shomof, for Sears to shut
5  down, did you offer any financial compensation to Sears
6  for the lack of sales or other costs incurred for those
7  six-plus months?
8         MR. KUPETZ: Objection. Vague and ambiguous.
9  BY MR. WEAVER:
10    Q   You can answer the question.
11    A   I did not offer cash, but I offer them gain on
12 the lease, which should have been into the millions of
13 dollars.
14    Q   That gain, Mr. Shomof, they were entitled to
15 under the terms of the 2015 amendment; correct?
16    A   That gain they're entitled to of the 2015
17 amendment.
18    Q   The value you say that they will get from a
19 retrofitted building is what they bargained for in the
20 2015 amendment where you promised to retrofit the
21 building; correct?
22    A   Yes.
23    Q   So what is the additional value to Sears
24 beyond what they've already obtained from the 2015
25 amendment?

Page 146

1     A   All they could have said is no. We want
2  5 million, 1 million, 10 million or we don't want
3  nothing. We are not closing down. We would have
4  rerouted our other option or exercised our other option.
5     Q   And you waited for six months instead of
6  effectuation your other option; correct?
7     A   I waited for four and a half months, hoping to
8  get some kind of an answer from them.
9     Q   While your construction financing lay in the
10 balance?
11    A   And I kept on asking the construction
12 financing to just hold off another week, another two
13 weeks, another month, but it end up not happening.
14        MR. WEAVER: Take a break and check our notes.
15        MR. KUPETZ: How much time do you want?
16        MR. WEAVER: Well, it depends -- of the break,
17 five, ten minutes. Thank you.
18        (Brief recess.)
19        MR. WEAVER: Back on the record.
20    Q   Mr. Shomof, is the development plan for Boyle
21 Heights that we've been discussing today dead?
22    A   I hate to say -- I literally hate to say even
23 maybe. I'm trying -- this is something that is -- my
24 flux sheet of my projects, I've done 25 other projects.
25 This is the biggest one. This is a -- I put my heart

Page 147

1  and soul into it. I want to get it happen and
2  developed. I've been through hell with the financing.
3  I've been through hell with a lot of -- getting permits.
4  It was hard. The answer is I hope that in some way, I
5  can maybe salvage it.
6     Q   So is the answer no, it's not dead?
7     A   Yes, the answer is no, it's not dead.
8         MR. WEAVER: That's all we have. We greatly
9  appreciate your time today, Mr. Shomof. I don't know if
10 your counsel has anything.
11        THE WITNESS: Thank you very much.
12        Do you want to give him the other stuff?
13        MR. KUPETZ: Let's go off the record, take a
14 break.
15        MR. WEAVER: We can go off the record.
16        (The deposition concluded at 3:15 P.M.)

Page 148

1         A C K N O W L E D G M E N T
2
3  STATE OF          )
4                    ) ss.:
5  COUNTY OF         )
6
7         I, IZEK SHOMOF, hereby
8  certify that I have read the transcript of my
9  testimony taken under oath in my deposition;
10 that the transcript is a true, complete and
11 correct record of my testimony, and that the
12 answers on the record as given by me are true
13 and correct.
14
15
16
17         _____
18                  IZEK SHOMOF
19
20 Signed and subscribed to before
21 me, this _____ day of _____, ____.
22
23 _____
24 Notary Public, State of _____
25