**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Debbie A. Perez, pursuant to 28 U.S.C. § 1746, certify as follows:

1.    I am a legal assistant employed by the law firm of SulmeyerKupetz, counsel to Izek Shomof and Aline Shomof Irrevocable Children's Trust Dated February 11, 1999, Vegas Group, LLC and East River Group, LLC in the above referenced chapter 11 case.

2.    On July 26, 2019, I caused the following documents to be electronically filed with the Court, using the Court's electronic filing system and served via the Court's CM/ECF system.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

- *Landlord's Reply to "Transform Holdco LLC's Reply in Support of Assumption and Assignment of Designated Lease for Store Located at 2650 East Olympic Boulevard, Los Angeles, California;*

- *Declaration of Izek Shomof in Support of Landlord's Reply to "Transform Holdco LLC's Reply in Support of Assumption and Assignment of Designated Lese for Store Located at 2650 East Olympic Boulevard, Los Angeles, California*

3.      Also, on July 26, 2019, I caused the foregoing document to be served on the parties listed on Exhibit A via Electronic Mail.

4.      Also, on July 26, 2019, I caused the foregoing document to be served on the parties listed on Exhibit B by Federal Express.

I hereby certify under penalty of perjury that the foregoing statements made by me are true and correct.

Dated:  July 26, 2019                   */s/ Debbie A. Perez*
                                                  Debbie A. Perez

1

# EXHIBIT A

**EXHIBIT A – VIA ELECTRONIC MAIL**

| DESCRIPTION | NOTICE NAME | CONTACT | EMAIL |
|---|---|---|---|
| COUNSEL TO CITIBANK, N.A. AS ADMINISTRATIVE AGENT, UNDER THE STAND-ALONE L/C FACILITY | DAVIS POLK & WARDELL LLP | ATTN: MARSHALL S. HUEBNER AND ELI VONNEGUT | MARSHALL.HUEBNER@DAVISPOLK.COM ELI.VONNEGUT@DAVISPOLK.COM |
| COUNSEL FOR COPUTERSHARE TRUST COMPANY, N.A., AS TRUSTEE THE SECOND LIEN PIK NOTICES, THE HOLDINGS UNSECURED PIK NOTES, AND THE HOLDINGS UNSECURED NOTES | KELLEY DRYE & WARREN LLP | ATTN: ERIC R. WILSON, AND BRIAN FEDER | EWILSON@KELLEYDRYE.COM BFEDER@KELLEYDRYE.COM |
| COUNSEL TO PENSION BENEFIT GUARANTY CORPORATION | LOCKE LORD LLP | ATTN: BRIAN A. RAYNOR | BRAYNOR@LOCKELORD.COM |
| COUNSEL TO WILMINGTON TRUST, NATIONAL ASSOCIATION, AS INDETURE TRUSTEE AND COLLATERAL AGENT | SEYFARTH SHAW LLP | ATTN: EDWARD M. FOX | EMFOX@SEYFARTH.COM |
| COUNSEL TO THE BANK OF NEW YORK MELLON TRUST COMPANY AND THE CHASE MANHATTAN BANK, N.A., SUCCESSOR TRUSTEES FOR THE SRAC UNSECURED PIK NOTES (TOP 20 UNSECURED CREDITOR), SRAC UNSECURED NOTES, AND THE SRAC MEDIUM TERM NOTES (TOP 5 SECURED CREDITOR) | CARTER LEDYARD & MILBURN LLP | ATTN: JAMES GADSDEN, ESQ. | GADSDEN@CLM.COM |

DAP\ 2676658v1

Exhibit A    002

| COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF SEARS HOLDINGS CORPORATION, ET AL | AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: IRA S. DIZENGOFF, PHILIP C. DUBLIN, ABID QURESHI, SARA L. BRAUNER | IDIZENGOFF@AKINGUMP.COM PDUBLIN@AKINGUMP.COM AQURESHI@AKINGUMP.COM SBRAUNER@AKINGUMP.COM |
|---|---|---|---|
| COUNSEL TO BANK OF AMERICA, N.A., ADMINISTRATIVE AGENT UNDER THE FIRST LIEN CREDIT FACILITY AND THE DIP ABL AGENT | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: PAUL LEAKE, ESQ. SHANA ELBERG, ESQ. GEORGE R. HOWARD, ESQ. | PAUL.LEAKE@SKADDEN.COM SHANA.ELBERG@SKADDEN.COM GEORGE.HOWARD@SKADDEN.COM |
| DEBTORS | SEARS HOLDING CORPORATION | LUKE J. VALENTINO | LUKE.VALENTINO@SEARSCH.COM |
| COUNSEL TO DEBTORS | WEIL, GOTSHAL & MANGES LLP | ATTN: RAY C. SCHROCK, P.C., JACQUELINE MARCUS GARRETT A. FAIL SUNNY SINGH | RAY.SCHROCK@WEIL.COM GARRETT.FAIL@WEIL.COM JACQUELINE.MARCUS@WEIL.COM SUNNY.SINGH@WEIL.COM |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF NEW YORK | OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2 | ATTN: PAUL SCHWARTZBERG | PAUL.SCHWAERTZBERG@USDOJ.GOV |
| COUNSEL TO JPP, LLC, AS AGENT UNDER THE SECOND LIEN CREDIT FACILITY, IP/GROUND LEASE TERM LOAN FACILITY, THE CONSOLIDATED SECURED LOAN FACILITY, AND ESL INVESTMENTS, INC. AND ITS AFFILIATES (INCLUDING JPP, LLC, & JPP II, LLC) | CLEARLY, GOTTLIEB, STEEN & HAMILTON LLP | ATTN: SEAN A. O'NEAL | SONEAL@CGSH.COM |

DAP\2676658v1

Exhibit A    003

| COUNSEL TO TRANSFORM HOLCO, LLC | CLEARY GOTTLIEB STEEN & HAMILTON, LLP | ATTN: KATE MASSEY LUKE BAREFOOT, ANDREW WEAVER, DESTINY DIKE KELLY LESTER | KMASSEY@CGSH.COM LBAREFOOT@CGSH.COM AWEAVER@CGSH.COM DDIKE@CGSH.COM KLESTER@CGSH.COM |
| --- | --- | --- | --- |

# EXHIBIT B

## EXHIBIT B– VIA FEDERAL EXPRESS

Chambers of Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York,
300 Quarropas Street, Room 248
White Plains, NY 10601

Sears Holding Corporation
Attn:  Stephen Sitley Esq., and
Luke J. Valentino, Esq.
3333 Beverly Road
Hoffman Estates, IL  60179

Office of the United States Trustee
Attn:  Paul Schwartzberg, Esq.
201 Varick Street, Suite 1006
New York, NY  10014