**<u>EXHIBIT 1</u>**
**QUITCLAIM DEED**



*Above Space for Recorder's use only*

# QUIT CLAIM DEED

Parcel ID# 33-00-02063-00-1

**PREPARED BY:**

Dykema Gossett PLLC
Kyle R. Hauberg, Esq.
39577 Woodward Ave., Ste. 300
Bloomfield Hills, MI 48304
248-203-0871

**AFTER RECORDING MAIL TO:**

Dykema Gossett PLLC
Kyle R. Hauberg, Esq.
39577 Woodward Ave., Ste. 300
Bloomfield Hills, MI 48304

THE GRANTOR, **SEARS, ROEBUCK AND CO.**, a New York corporation, having an address of 3333 Beverly Road, Hoffman Estates, Illinois 60179, for the consideration of Ten and no/100 DOLLARS ($10.00), CONVEYS and QUIT CLAIMS to **SEARS HOMETOWN AND OUTLET STORES, INC.**, a Delaware corporation, GRANTEE, whose principal address is 5500 Trillium Blvd., Suite 501, Hoffman Estates, Illinois 60192, the following:

> Fee title to all of the buildings, structures and other improvements on that certain tract or parcel of land lying and being in East Norriton Township, Montgomery County, Pennsylvania, as more particularly described in **Exhibit A** annexed hereto and by this reference made a part hereof (the "Land") and all equipment, machinery and other personal property (other than telephone equipment, signs, movable partitions, display racks, shelves and other trade fixtures) affixed thereto

or located therein and forming a part of such buildings, structures and other improvements (collectively, the "Improvements") located on the Land; BEING the same Improvements which Four Property Limited Partnership, a Delaware limited partnership, by Special Warranty Deed bearing date March 20, 2001 and recorded April 17, 2001 in the Montgomery County Commissioners Registry Deed Book Volume 5356, Pages 1266-1271 granted to the said Grantor.

**TOGETHER WITH** all access, common-areas, overflow-parking, sign-pylon, utility and other easements and rights of way appurtenant to and for the benefit of the Land and/or the Improvements, all rights to use parking spaces, exclusive rights of support and maintenance of the Improvements and all appurtenances of record.

**TOGETHER WITH** all and singular the improvements, ways, streets, passages, waters, water-courses, rights, liberties, privileges, hereditaments and appurtenances, whatsoever belonging, or in any wise appertaining, and the reversions and remainders, rents, issues and profits thereof; and all the estate, right, title, interest, property, claim and demand whatsoever of Grantor in law as in equity, or otherwise howsoever, of, in, and to the same and every part thereof.

**TO HAVE AND TO HOLD** all the estate, right, title, interest, property, claim and demand whatsoever of the said Grantor to and for the use of the said Grantee, its successors and assigns forever.

**IN WITNESS WHEREOF**, the Grantor has hereunto set its hand and seal on the _____ day of June, 2019.

**SEARS, ROEBUCK AND CO.**,
a New York corporation

By: _____

Name: _____

Its: _____

Date: _____

STATE OF ILLINOIS    )
                                    ) SS.
COUNTY OF COOK    )

        The foregoing instrument was acknowledged before me this _____ day of _____, 2019 by _____, the _____ of Sears, Roebuck and Co., a New York corporation, on behalf of the corporation.

 

                                                  _____
                                                  Notary Public, _____ County, Illinois
                                                  My Commission Expires: _____
                                                  Acting in the County of Cook

## CERTIFICATE OF RESIDENCE

I hereby certify that the precise residence of the Grantee herein is: 5500 Trillium Blvd., Suite 501, Hoffman Estates, Illinois 60192.

**SEARS HOMETOWN AND OUTLET STORES, INC.**, a Delaware corporation

By: _____

Name: _____

Its: _____

## EXHIBIT A

LEGAL DESCRIPTION OF THE LAND

ALL THAT CERTAIN, parcel or tract of land, situate in the Township of East Norriton, County of Montgomery and Commonwealth of Pennsylvania, bounded and described in accordance with a Subdivision plan of property of C.V. Strouse, and other dated 9/27/1984 and last revised 11/5/1984 and recorded with the recorder of Deeds Office, Montgomery County Courthouse, Norristown, Pennsylvania, in Plan Book A-46 page 27 and also described by ALTA/ACSM Survey made by Metz Engineers (Project Number M6749) dated 1/16/2001, more fully described as follows:

BEGINNING at a point on the Northwesterly side line of DeKalb Pike (U.S. TR 202), said side line being 36 feet Northwesterly from and parallel to the centerline, said point being at the distance of 137.78 feet measured South 45 degrees 14 minutes West along the said side line from a point of corner, said last mentioned point being at the distance of 4.00 feet measured South 44 degrees 46 minutes East from a point of corner on the Northwesterly side line of the said DeKalb Pike, the said side line at this point being 40 feet Northwesterly from and parallel to the centerline, the said last mentioned point being at the distance of 148.33 feet measured South 45 degrees 14 minutes West, along the said side line from its intersection with the Southwesterly side line of Germantown Pike (U.S. TR 422), the said side line being 48 feet from and parallel to the centerline; thence from said point of beginning, along the said side of DeKalb Pike, South 45 degrees 14 minutes West 112.72 feet to a point of corner; thence along the Northwesterly side of the said DeKalb Pike of various widths, the following seven courses and distances: (1) South 71 degrees 47 minutes 54 seconds West 8.94 feet to a point; (2) North 61 degrees 27 minutes 57 seconds West 20.88 feet to a point; (3) South 45 degrees 14 minutes West 18.00 feet to a point; (4) South 35 degrees 55 minutes 24 seconds West 61.81 feet to a point; (5) South 45 degrees 14 minutes West 50.00 feet to a point; (6) South 33 degrees 06 minutes 15 seconds West 116.60 feet to a point; (7) South 45 degrees 14 minutes West 38.84 feet to a point a corner, said side line at this point being 25.50 feet Northwesterly from and parallel to the centerline; thence along lands of the Montgomery County Hospital Authority, the following three courses and distances: (1) North 44 degrees 30 minutes West 612.66 feet to a concrete monument, found; (2) North 56 degrees 01 minute East 190.88 feet to a point a corner; (3) North 47 degrees 01 minute 30 seconds West 239.53 feet to a point a corner; thence along lands of Philadelphia Electric Company, North 17 degrees 38 minutes East 18.40 feet to a point a corner; thence still along the said lands of Philadelphia Electric Company, North 85 degrees 52 minutes East 424.46 feet to a point a corner; thence along Parcel 3 as shown on said plan, South 04 degrees 08 minutes East 31.92 feet to a point a corner on or near an existing creek as shown on said plan; thence still along Parcel 3, South 44 degrees 46 minutes East 263.67 feet to a point a corner; thence along Parcel 2 as shown on said plan, South 45 degrees 14 minutes West 90.00 feet to a point a corner; thence still along the said Parcel 2, South 44 degrees 46 minutes East 250.00 feet to the first mentioned point and place of beginning.

BEING Parcel #1 on the above Plan.

4810-5833-4360.1ID\HAUBERG, KYLE - 109304\000140
WEIL:\97088676\1\73217.0004

TOGETHER with the non-exclusive easements and rights of way for ingress and egress, utility and other purposes, together with all other rights and benefits created and granted by or pursuant to the following:

Declaration of Easements and Related Agreements among Norristown Properties, Inc., Wendy's Old Fashioned Hamburgers of New York, Inc. and Hechinger Company dated as of November 9, 1984 and recorded on November 16, 1984 in the Montgomery County Commissioner's Registry, Pennsylvania (the "Recorder's Office") in Deed Book 4752, page 2147 and Reciprocal Easement Agreement dated November 12, 1984 among Suburban General Hospital Montgomery County Higher Education and Health Authority, Hechinger Company, Wendy's Old Fashioned Hamburgers of New York, Inc. and Norristown Properties, Inc., and recorded November 29, 1984 in the Recorder's Office in Deed Book 4753, page 2070, as supplemented by Supplemental Declaration of Easements recorded in the Recorder's Office in Deed Book 4791, page 1198.

TOGETHER with non-exclusive (as to access and parking) and exclusive (as to support) Access, Parking and Support Easements as set forth in the Deed (of Improvements and Easements) by Hechinger Company of Pennsylvania, as Grantor, to The First National Bank of Boston and Paul D. Allen, acting not individually but solely as Trustees for FSL/GECC (New York) Associates II under a Trust Agreement dated December 30, 1986, as Improvements Grantee, which Deed was recorded in the Recorder's Office in Book 4826 page 1223, as amended by Corrective Deed (Of Term Estate, Improvements and Easements) recorded in the Recorder's Office in Book 4845 page 2126.

LESS AND EXCEPT any property conveyed in fee simple to the Commonwealth of Pennsylvania, Department of Transportation, pursuant to that certain Deed dated October 20, 2009 and recorded on February 4, 2010 in Deed Book 5758, Page 01233 with the Recorder of Deeds for Montgomery County, Pennsylvania.

Parcel ID# 33-00-02063-00-1

Common Address: 2811 Dekalb Pike