# EXHIBIT "A"

## Section 503(b)(9) Invoices

**ALPINE CREATIONS LTD**
PLOT NO WT-10
P.O.Box: 17006, JAFZ, Dubai.U.A.E.
Tel: +971 4 8816117

**Sears Roebuck & Co.,**
3333 Beverly Road
Hoffman Estates.IL 60179

**Statement of Shipment to Sears & Kmart 20 Days prior to Bankrupcy declaration on 15th Oct 2018**
**( Based on 20 days prior to "Shipped on Board Date" )**

| Shipped on Board Date | Cargo Received Date | Inv.No | Type | Country | Amount $ |
|---|---|---|---|---|---|
| **Sears Roebuck & Co.,** | | | | | |
| 29/09/2018 | 10/09/2018 | 201821900995 | Sears LC | Vietnam | 4,111.70 |
| 29/09/2018 | 15/09/2018 | 201821996655 | Sears LC | Vietnam | 11,329.35 |
| 28/09/2018 | 17/09/2018 | 201822031391 | Sears LC | Vietnam | 4,619.16 |
| 03/10/2018 | 17/09/2018 | 201822031533 | Sears LC | Vietnam | 3,767.40 |
| 27/09/2018 | 21/09/2018 | 201822040473 | Sears LC | Egypt | 68,398.08 |
| 29/09/2018 | 15/09/2018 | 201821965726 | Sears Open | Vietnam | 36,489.92 |
| 28/09/2018 | 17/09/2018 | 201822030915 | Sears Open | Vietnam | 1,940.00 |
| 03/10/2018 | 17/09/2018 | 201822031156 | Sears Open | Vietnam | 1,420.00 |
| 28/09/2018 | 17/09/2018 | 201822113010 | Sears Open | Vietnam | 1,465.20 |
| 03/10/2018 | 17/09/2018 | 201822113270 | Sears Open | Vietnam | 1,188.00 |
| 27/09/2018 | 21/09/2018 | 201822196011 | Sears Open | Vietnam | 9,469.98 |
| 27/09/2018 | 21/09/2018 | 201822196255 | Sears Open | Vietnam | 7,736.04 |
| 11/10/2018 | 04/10/2018 | 201822216358 | Sears LC | Egypt | 15,280.65 |
| 02/10/2018 | 27/09/2018 | 201822210246 | Sears Open | Vietnam | 125,268.70 |
| 09/10/2018 | 01/10/2018 | 201822213337 | Sears Open | Vietnam | 102,160.80 |
| 11/10/2018 | 05/10/2018 | 201822569347 | Sears Open | Vietnam | 18,235.20 |
| 13/10/2018 | 04/10/2018 | 201822453271 | Sears Open | Vietnam | 7,376.40 |
| 13/10/2018 | 04/10/2018 | 201822456735 | Sears Open | Vietnam | 6,442.20 |
| **Kmart Corporation** | | | | | |
| 28/09/2018 | 15/09/2018 | 201821966115 | Kmart LC | Vietnam | 31,141.35 |
| 27/09/2018 | 21/09/2018 | 201822040405 | Kmart LC | Egypt | 5,429.76 |
| 29/09/2018 | 15/09/2018 | 201821965849 | Kmart Open | Vietnam | 21,278.58 |
| 27/09/2018 | 21/09/2018 | 201822195260 | Kmart Open | Vietnam | 10,201.10 |
| 27/09/2018 | 21/09/2018 | 201822195377 | Kmart Open | Vietnam | 10,606.18 |
| 27/09/2018 | 21/09/2018 | 201822040419 | Kmart Open | Egypt | 8,985.60 |
| 27/09/2018 | 23/09/2018 | 201822040393 | Kmart Open | Egypt | 1,776.44 |
| 02/10/2018 | 27/09/2018 | 201822211529 | Kmart Open | Vietnam | 62,592.30 |
| 09/10/2018 | 01/10/2018 | 201822213933 | Kmart Open | Vietnam | 65,197.20 |
| 11/10/2018 | 04/10/2018 | 201822382106 | Kmart Open | Egypt | 6,849.77 |
| 11/10/2018 | 05/10/2018 | 201822525311 | Kmart Open | Vietnam | 10,231.20 |
| 13/10/2018 | 04/10/2018 | 201822454650 | Kmart Open | Vietnam | 8,185.52 |
| 13/10/2018 | 04/10/2018 | 201822456814 | Kmart Open | Vietnam | 8,507.94 |
| | | | **TOTAL** | | 677,681.72 |

البــــاين كـريـشـنـز المـحـدودة
**ALPINE CREATIONS LTD.**
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.



**COMMERCIAL INVOICE**

Page 1 of 0

DATE: September 10, 2018

INVOICE NO.: 201821900895

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

VPN-12197

SHIPPED FROM: Ho Chi Minh City, Vietnam

SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SS1641 | ODL SS O NAVY BLAZER | 30 | 30 | 35.820 USD | 1,074.60 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 320015786130 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 641 | | | | | |
| SEARS ITEM/SKU | 024277 | | | | | |

STYLE NO: MF8OL36444YM
DESCRIPTION: MENS KNIT SOLID OTTOMAN POLY POLO SHIRT
1X1 FLAT KNIT RIB AT COLLAR AND CUFF, TWO BUTTONS AT CF NECK
UPPER PLACKET WITH SELF FABRIC FACING AND INTERLINING
ONE PIECE SPACE BUTTON ATTACHED INSIDE OF LEFT SIDE 1" ABOVE THE VENT
BODY LENGTH FROM FRONT HIGH POINT SHOULDER TO CROTCH
FABRICATION: 100% POLYESTER 200 G/M2
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 17 / VERTICAL: 26
HANGER: 484   HANGER COST USD0.072 / PC

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SS1641 | REFERENCE NO. | 808P | | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | | |
| VENDOR ITEM CODE | MF8OL36444YM | COUNTRY OF ORIGIN | VIETNAM | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE | | |

FACTORY NO.        104852
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCREB101TAN

| SEARS | SS1641 | ODL SS O NAVY BLAZER | 9 | 9 | 35.820 USD | 322.38 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 320015786536 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 641 | | | | | |
| SEARS ITEM/SKU | 024277 | | | | | |

STYLE NO: MF8OL36444YM
DESCRIPTION: MENS KNIT SOLID OTTOMAN POLY POLO SHIRT
1X1 FLAT KNIT RIB AT COLLAR AND CUFF, TWO BUTTONS AT CF NECK
UPPER PLACKET WITH SELF FABRIC FACING AND INTERLINING
ONE PIECE SPACE BUTTON ATTACHED INSIDE OF LEFT SIDE 1" ABOVE THE VENT
BODY LENGTH FROM FRONT HIGH POINT SHOULDER TO CROTCH
FABRICATION: 100% POLYESTER 200 G/M2
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 17 / VERTICAL: 26
HANGER: 484   HANGER COST USD0.072 / PC

# COMMERCIAL INVOICE

Page 2 of 8

DATE: September 10, 2018

INVOICE NO.: 201821900895

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg, PA

FOB Vietnam

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SS1641 | REFERENCE NO. | 808P | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | MF8OL36444YM | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE | |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| SEARS | SS1641 | ODL SS O NAVY BLAZER | | | 1 | 1 | 35.820 USD | 35.82 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |
| ITEM: | 320015787393 | | | | | | | |
| MADE IN | VIETNAM | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |
| SEARS DIV | 041 | | | | | | | |
| SEARS ITEM/SKU | 024277 | | | | | | | |

STYLE NO: MF8OL36444YM
DESCRIPTION: MENS KNIT SOLID OTTOMAN POLY POLO SHIRT
1X1 FLAT KNIT RIB AT COLLAR AND CUFF, TWO BUTTONS AT CF NECK
UPPER PLACKET WITH SELF FABRIC FACING AND INTERLINING
ONE PIECE SPACE BUTTON ATTACHED INSIDE OF LEFT SIDE 1" ABOVE THE VENT
BODY LENGTH FROM FRONT HIGH POINT SHOULDER TO CROTCH
FABRICATION: 100% POLYESTER 200 G/M2
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 17 / VERTICAL: 26
HANGER: 484   HANGER COST USD0.072 / PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SS1641 | REFERENCE NO. | 808P | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | MF8OL36444YM | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE | |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

# COMMERCIAL INVOICE

Page 3 of 9

DATE: September 10, 2018

INVOICE NO.: 201821900385

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Vietnam

| SEARS | SS1641 | ODL SS O NIGHTSHADE | 3 | 3 | 35.820  USD | 107.46  USD |
|-------|--------|---------------------|---|---|-------------|-------------|
| | | | CARTONS | AST | AST | AST |

ITEM:  320015768789
MADE IN  VIETNAM
CONTENTS  1 ASSORTMENT
SEARS DIV  641
SEARS ITEM/SKU  24274/

STYLE NO: MF8OL36444YM
DESCRIPTION: MENS KNIT SOLID OTTOMAN POLY POLO SHIRT
1X1 FLAT KNIT RIB AT COLLAR AND CUFF, TWO BUTTONS AT CF NECK
UPPER PLACKET WITH SELF FABRIC FACING AND INTERLINING
ONE PIECE SPACE BUTTON ATTACHED INSIDE OF LEFT SIDE 1" ABOVE THE VENT
BODY LENGTH FROM FRONT HIGH POINT SHOULDER TO CROTCH
FABRICATION: 100% POLYESTER 200 G/M2
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 17 / VERTICAL: 26
HANGER: 484   HANGER COST USD0.072 / PC

| CONTRACT NO. | SS1641 | REFERENCE NO. | 808P |
|--------------|--------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MF8OL36444YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 838, RNONE |

FACTORY NO.  104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC ID2, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.  VNALPCRE8101TAN

| SEARS | SS1641 | ODL SS O PONDEROSA PINE | 2 | 2 | 35.820  USD | 71.64  USD |
|-------|--------|-------------------------|---|---|-------------|------------|
| | | | CARTONS | AST | AST | AST |

ITEM:  320015793235
MADE IN  VIETNAM
CONTENTS  1 ASSORTMENT
SEARS DIV  641
SEARS ITEM/SKU  24278/

STYLE NO: MF8OL36444YM
DESCRIPTION: MENS KNIT SOLID OTTOMAN POLY POLO SHIRT
1X1 FLAT KNIT RIB AT COLLAR AND CUFF, TWO BUTTONS AT CF NECK
UPPER PLACKET WITH SELF FABRIC FACING AND INTERLINING
ONE PIECE SPACE BUTTON ATTACHED INSIDE OF LEFT SIDE 1" ABOVE THE VENT
BODY LENGTH FROM FRONT HIGH POINT SHOULDER TO CROTCH
FABRICATION: 100% POLYESTER 200 G/M2
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 17 / VERTICAL: 26
HANGER: 484   HANGER COST USD0.072 / PC

| CONTRACT NO. | SS1641 | REFERENCE NO. | 808P |
|--------------|--------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MF8OL36444YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 838, RNONE |

# COMMERCIAL INVOICE

Page 4 of 9

DATE: September 10, 2018

INVOICE NO.: 201821800995

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Vietnam

FACTORY NO.        104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.        VNALPCRE8101TAN

| SEARS | SX6025 | ES THERMAL FORGED IRON | | 4 CARTONS | 4 AST | 40.600 USD AST | 162.40 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 090015720055 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 643 | | | | | | |
| SEARS ITEM/SKU | 03300/ | | | | | | |

STYLE NO: MF8ES36505YM   7 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED THERMAL LONG SLEEVES PO HOODIE
HOODIE, REFLECTIVE LOGO ON LEFT CHEST, LONG SLEEVES
NO POCKET, LENGTH ON WEARER'S HIP, HEMMED BOTTOM
FABRICATION: 95% POLYESTER 5% SPANDEX POLAR FLEECE 184GSM
STITCH COUNT PER CM: 14 HORIZONTAL / 19 VERTICAL
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

| CONTRACT NO. | SX6025 | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MF8ES36505YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

FACTORY NO.        104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.        VNALPCRE8101TAN

| SEARS | SX6025 | ES THERMAL FORGED IRON | | 15 CARTONS | 15 AST | 34.800 USD AST | 522.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 090015720063 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 643 | | | | | | |
| SEARS ITEM/SKU | 03300/ | | | | | | |

STYLE NO: MF8ES36505YM   6 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED THERMAL LONG SLEEVES PO HOODIE
HOODIE, REFLECTIVE LOGO ON LEFT CHEST, LONG SLEEVES
NO POCKET, LENGTH ON WEARER'S HIP, HEMMED BOTTOM
FABRICATION: 95% POLYESTER 5% SPANDEX POLAR FLEECE 184GSM
STITCH COUNT PER CM: 14 HORIZONTAL / 19 VERTICAL
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT



# COMMERCIAL INVOICE

Page 5 of 8

DATE: September 10, 2018

INVOICE NO.: 201821900695

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| | | | |
|---|---|---|---|
| CONTRACT NO. | SX6025 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MF8ES36505YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| SEARS | SX6025 | ES THERMAL FORGED IRON | | 1 CARTONS | 1 AST | 34.800 USD AST | 34.80 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 090015720099 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 643 | | | | | | |
| SEARS ITEM#/SKU | 03200/ | | | | | | |

STYLE NO: MF8ES36505YM   6 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED THERMAL LONG SLEEVES PO HOODIE
HOODIE, REFLECTIVE LOGO ON LEFT CHEST, LONG SLEEVES
NO POCKET, LENGTH ON WEARER'S HIP, HEMMED BOTTOM
FABRICATION: 95% POLYESTER 5% SPANDEX POLAR FLEECE 184GSM
STITCH COUNT PER CM: 14 HORIZONTAL / 19 VERTICAL
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

| | | | |
|---|---|---|---|
| CONTRACT NO. | SX6025 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MF8ES36505YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| SEARS | SX6025 | ES THERMAL MEDIEVAL BLUE | | 3 CARTONS | 3 AST | 34.800 USD AST | 104.40 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 090015720238 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 643 | | | | | | |

# COMMERCIAL INVOICE

Page 6 of 9

DATE: September 10, 2018

INVOICE NO.: 201621900995

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Vietnam

SEARS ITEM/SKU  33168/

STYLE NO: MF8ES3650SYM    6 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED THERMAL LONG SLEEVES PO HOODIE
HOODIE, REFLECTIVE LOGO ON LEFT CHEST, LONG SLEEVES
NO POCKET, LENGTH ON WEARER'S HIP, HEMMED BOTTOM
FABRICATION: 95% POLYESTER 5% SPANDEX POLAR FLEECE 184GSM
STITCH COUNT PER CM: 14 HORIZONTAL / 19 VERTICAL
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

| | | | |
|---|---|---|---|
| CONTRACT NO. | SX6025 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MF8ES3650SYM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

FACTORY NO.       104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.       VNALPCRE8101TAN

| SEARS | SX6025 | ES THERMAL DEEP TEAL | 3 CARTONS | 3 AST | 34.800 USD AST | 104.40 USD |
|---|---|---|---|---|---|---|
| ITEM: | 999015721467 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 643 | | | | | |
| SEARS ITEM/SKU | 33712/ | | | | | |

STYLE NO: MF8ES3650SYM    6 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED THERMAL LONG SLEEVES PO HOODIE
HOODIE, REFLECTIVE LOGO ON LEFT CHEST, LONG SLEEVES
NO POCKET, LENGTH ON WEARER'S HIP, HEMMED BOTTOM
FABRICATION: 95% POLYESTER 5% SPANDEX POLAR FLEECE 184GSM
STITCH COUNT PER CM: 14 HORIZONTAL / 19 VERTICAL
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

| | | | |
|---|---|---|---|
| CONTRACT NO. | SX6025 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MF8ES3650SYM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

FACTORY NO.       104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.       VNALPCRE8101TAN



# COMMERCIAL INVOICE

Page 7 of 9

DATE: September 10, 2018

INVOICE NO.: 2018218000995

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:  Chambersburg , PA

FOB Vietnam

| SEARS | SX6025 | ES THERMAL BLACK ONYX | | 7 CARTONS | 7 AST | 40.600 USD AST | 284.20 USD |
|---|---|---|---|---|---|---|---|

ITEM:  680015721047
MADE IN  VIETNAM
CONTENTS  1 ASSORTMENT
SEARS DIV  643
SEARS ITEM/SKU  33724/

STYLE NO: MF8ES36505YM   7 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED THERMAL LONG SLEEVES PO HOODIE
HOODIE, REFLECTIVE LOGO ON LEFT CHEST, LONG SLEEVES
NO POCKET, LENGTH ON WEARER'S HIP, HEMMED BOTTOM
FABRICATION: 85% POLYESTER 5% SPANDEX POLAR FLEECE 184GSM
STITCH COUNT PER CM: 14 HORIZONTAL / 19 VERTICAL
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

CONTRACT NO.  SX6025
DC CODE  PCD
DIVISION NO.  Division 4
VENDOR ITEM CODE  MF8ES36505YM
BINDING RULING # OR
PRECLASS #

REFERENCE NO.  803P
DEPARTMENT NO.  041
VENDOR NO.  7051
COUNTRY OF ORIGIN  VIETNAM
CATEGORY  638, RNONE

FACTORY NO.  104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.  VNALPCRE8101TAN

| SEARS | SX6025 | ES THERMAL BLACK ONYX | | 34 CARTONS | 34 AST | 34.800 USD AST | 1,183.20 USD |
|---|---|---|---|---|---|---|---|

ITEM:  680015721970
MADE IN  VIETNAM
CONTENTS  1 ASSORTMENT
SEARS DIV  643
SEARS ITEM/SKU  33724/

STYLE NO: MF8ES36505YM   6 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED THERMAL LONG SLEEVES PO HOODIE
HOODIE, REFLECTIVE LOGO ON LEFT CHEST, LONG SLEEVES
NO POCKET, LENGTH ON WEARER'S HIP, HEMMED BOTTOM
FABRICATION: 85% POLYESTER 5% SPANDEX POLAR FLEECE 184GSM
STITCH COUNT PER CM: 14 HORIZONTAL / 19 VERTICAL
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

CONTRACT NO.  SX6025
DC CODE  PCD
DIVISION NO.  Division 4
VENDOR ITEM CODE  MF8ES36505YM
BINDING RULING # OR
PRECLASS #

REFERENCE NO.  803P
DEPARTMENT NO.  041
VENDOR NO.  7051
COUNTRY OF ORIGIN  VIETNAM
CATEGORY  638, RNONE

FACTORY NO.  104892

# COMMERCIAL INVOICE

Page 8 of 9

DATE: September 10, 2018

INVOICE NO.: 201821900995

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.        VNALPCRE8101TAN

| SEARS | SX6025 | ES THERMAL BLACK ONYX | 3 | 3 | 34,800 USD | 104.40 USD |
|-------|--------|------------------------|---|---|------------|------------|
| | | | CARTONS | AST | AST | |

ITEM:        690015721986
MADE IN        VIETNAM
CONTENTS      1 ASSORTMENT
SEARS DIV     643
SEARS ITEM/SKU 33724/

STYLE NO: MF8ES36505YM   6 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED THERMAL LONG SLEEVES PO HOODIE
HOODIE, REFLECTIVE LOGO ON LEFT CHEST, LONG SLEEVES
NO POCKET, LENGTH ON WEARER'S HIP, HEMMED BOTTOM
FABRICATION: 95% POLYESTER 5% SPANDEX POLAR FLEECE 184GSM
STITCH COUNT PER CM: 14 HORIZONTAL / 19 VERTICAL
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

CONTRACT NO.        SX6025        REFERENCE NO.        803P
DC CODE             PCD           DEPARTMENT NO.       041
DIVISION NO.        Division 4    VENDOR NO.           7051
VENDOR ITEM CODE    MF8ES36505YM  COUNTRY OF ORIGIN    VIETNAM
BINDING RULING # OR                CATEGORY            636, RNONE
PRECLASS #

FACTORY NO.         104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.        VNALPCRE8101TAN

PAYMENT TERM        Letter of Credit
ORDER PAYMENT TERMS
DRAWN UNDER        BANK OF AMERICA
LC#               809587, 809642

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | AMOUNT (US$) |
|---|---|---|---|
| TOTAL INVOICE | 115 | 115 ASSORTMENTS | 4,111.70 USD |

TOTAL US DOLLARS FOUR THOUSAND ONE HUNDRED ELEVEN DOLLARS AND SEVENTY CENTS ONLY.

## COMMERCIAL INVOICE

Page 9 of 9

DATE: September 10, 2018

INVOICE NO.: 201821800995

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17005
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:   Chambersburg , PA

FOB Vietnam

| ALPINE CREATIONS LTD | |
| --- | --- |
| EMPLOYEE NAME | NGUYEN THI BICH THAO |
| EMPLOYEE TITLE | EXPORT COORDINATOR - VTN1218 |

ALPINE CREATIONS LTD.
P.O. Box: 17005
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.



**UPS SUPPLY CHAIN SOLUTIONS**
**C/O VIET TRANS LINK CO.,LTD**
**FORWARDER'S CARGO RECEIPT**

UPS Supply Chain SolutionsSM

No.    7795970941

| | |
|---|---|
| SHIPPER / EXPORTER<br>ALPINE CREATIONS VIET NAM CO., LTD.<br>FACTORIES 7+8, LOT 08-10-12, ROAD NO. 03, TAN DUC INDUSTRIAL<br>ZONE, DUC HOA HA COMMUNE, DUC HOA DISTRICT, LONG AN<br>PROVINCE, VIETNAM.<br>TEL: +84 723 765 929 | UPS SUPPLY CHAIN SOLUTIONS, INC. hereby acknowledges receipt for the enternal condition of the packages delivered to UPS Supply Chain Solutions, Inc. and the number of packages that were visible to UPS Supply Chain Solutions, Inc. It does not act as a receipt for the number of packages or items not readily and reasonably visible to UPS Supply Chain Solutions, Inc. |
| | REFERENCES |
| CONSIGNEE:<br>SEARS, ROEBUCK AND CO.<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179 USA | PURCHASE ORDER NO.<br><br>LETTER OF CREDIT NO.     **ORIGINAL**<br><br>INVOICE NO. / DATED |
| NOTIFY PARTY<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE: (310) 404-2792 FAX: (310) 404-2962<br>ATTN: MARY ELLEN WRATSCHKO | UNLESS A HIGHER VALUE IS DECLARED AT THE BOTTOM OF THIS BOX FOR AN EXTRA CHARGE, LIABILITY IS LIMITED TO $0.26 PER POUND, IF COGSA GOVERNS WITH THE FORCE OF LAW ITS LIMITATION, DESCRIBED IN PARAGRAPH 3 ON THE REVERSE SIDE, CONTROLS UNLESS A HIGHER VALUE IS DECLARED.<br><br>DECLARED VALUE IS |

| DATE RECEIVED<br>10 September 2018 | PLACE OF RECEIPT<br>HOCHIMINH, VIETNAM | ONWARD INLAND ROUTING AND FINAL DESTINATION<br>CHAMBERSBURG, PA |
|---|---|---|
| EXPORTING CARRIER (VESSEL/AIRLINE)<br>MILANO BRIDGE 004E | PORT OF LOADING<br>HOCHIMINH, VIETNAM | |
| SEA/AIR PORT OF DISCHARGE<br>NEW YORK, NY | INTENDED MOTHER VESSEL | |

| MARKS & NUMBERS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| LCL/LCL-CFS/CFS<br>YMLU5156812/40DC/<br>YMAB145565*<br><br>SHIPPING MARKS:<br>SEARS  SS1641<br>ITEM NO:<br>MADE IN:VIETNAM<br>CONTENTS:<br><br>SEARS  SX6025<br>ITEM NO:<br>MADE IN:VIETNAM<br>CONTENTS: | 115 CTNS | A PART OF 01X40'DC CONTAINER(S) S.T.C.:<br>115 CTNS<br><br>TOTAL: 836 PCS<br><br>MF8OL36444YM<br>MENS KNIT SOLID OTTOMAN POLY POLO<br>SHIRT 100% POLYESTER 200 G/M2<br>SS1641/808P<br>ITEM#:<br>320015786130/320015786536<br>32001578793/320015788789<br>320015793235<br>HS CODE: 6105.20.2010<br><br>MF8ES36505YM<br>MENS KNITTED THERMAL LONG SLEEVES PO<br>HOODIE 95% POLYESTER 5% SPANDEX<br>SX6025 / 803P<br>ITEM#:<br>-- AS ATTACHED SHEET --<br><br>FREIGHT COLLECT | 432.69KGS | 3.839CBM |

VIET TRANS LINK CO., LTD
HOCHIMINH CITY

As Agent

CLEAN ON BOARD
29 Sep, 2018

In witness whereof the freight forwarder has signed   01  original forwarder's cargo receipt(s), all of this tenor and date, one of which being accomplished, the others to stand void.

Place and date of issue:    HOCHIMINH, VIETNAM 29 Sep, 2018

UPS SUPPLY CHAIN SOLUTIONS, INC.

SHIPPING ORDER NO.
201821900995

CARGO IS RECEIVED SUBJECT TO THE TERMS SET FORTH AND INCORPORATED BY REFERENCE ON THIS SIDE AND ON THE REVERSE SIDE OF THIS DOCUMENT; COPIES OF WHICH

## ATTACHED LIST

| H-B/L No. | 7795970941 |
|---|---|
| Date | 29 Sep. 2018 |

| MARKS AND NUMBERS | DESCRIPTION OF GOODS: |
|---|---|
| | ...<br>090015720055/090015720063<br>090015720089/090015720038<br>090015721467/090015721947<br>090015721970/090015721988<br>HS CODE: 6110.30.3053<br><br>FINAL DESTINATION AND CODE: PCD,<br>CHAMBERSBURG, PA, 17201, USA<br>SAY: ONE HUNDRED AND FIFTEEN CARTONS ONLY |

VIET TRANS LINK CO., LTD    ORIGINAL
HOCHIMINH CITY

............................................
As Agent



## COMMERCIAL INVOICE

Page 1 of 2

DATE: September 13, 2018

INVOICE NO.: 201821995655

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

[VTN-1230]

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SF8724 | CHEVRON PR MARITIME/AMPAR | 123 CARTONS | 123 AST | 56.400 USD AST | 6,937.20 USD |
| ITEM: | 190009688160 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 29556/ | | | | | |

WH8LS76850MI
LADIES KNIT CHEVRON PRINT HEAHTER ZIP UP
FOLDOVER COLLAR WITH DRAWSTRING
SLASH POCKETS
LONG SLEEVE
HITS BELOW HIPS
EXPOSED PLASTIC ZIPPER OPENING AT CENTER FRONT,
BODY NOT LINED
TURN BACK HEM AT CUFF AND BOTTOM HEM
FABRICATION:
PT-WX-5455 100%POLYESTER,BRUSHED JACQUARD,260GSM,
STITCH COUNT PER INCH : 13 HORIZONTAL    17 VERTICAL
HANGING
HANGER CODE: 484B

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SF8724 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | WH8LS76850MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE | |

FACTORY NO.       104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.       VNALPCRE8101TAN

E - 13 204

| SEARS | SF8724 | CHEVRON PR MARITIME/AMPAR | 89 CARTONS | 89 AST | 49.350 USD AST | 4,392.15 USD |
|---|---|---|---|---|---|---|
| ITEM: | 190009688178 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 29556/ | | | | | |

WH8LS76850MI
LADIES KNIT CHEVRON PRINT HEAHTER ZIP UP
FOLDOVER COLLAR WITH DRAWSTRING
SLASH POCKETS
LONG SLEEVE
HITS BELOW HIPS
EXPOSED PLASTIC ZIPPER OPENING AT CENTER FRONT,
BODY NOT LINED
TURN BACK HEM AT CUFF AND BOTTOM HEM
FABRICATION:
PT-WX-5455 100%POLYESTER,BRUSHED JACQUARD,260GSM,
STITCH COUNT PER INCH :  13 HORIZONTAL    17 VERTICAL
HANGING
HANGER CODE: 484B



# COMMERCIAL INVOICE

Page 2 of 2

DATE: September 13, 2018

INVOICE NO.: 201821996665

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam     SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF8724 | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WH8LS78850MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104802
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

PAYMENT TERM    Letter of Credit
ORDER PAYMENT TERMS
DRAWN UNDER    BANK OF AMERICA
LC#    809712

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 2/2 | 212 | ASSORTMENTS | 11,329.35  USD |

TOTAL US DOLLARS ELEVEN THOUSAND THREE HUNDRED TWENTY-NINE DOLLARS AND THIRTY-FIVE CENTS ONLY.

ALPINE CREATIONS LTD

EMPLOYEE NAME    NGUYEN THI BICH THAO

EMPLOYEE TITLE    EXPORT COORDINATOR - VTN1230

ALPINE CREATIONS LTD.
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.



**UPS SUPPLY CHAIN SOLUTIONS**
**C/O VIET TRANS LINK CO.,LTD**
**FORWARDER'S CARGO RECEIPT**

UPS Supply Chain SolutionsSM

No.    7796044025

| | |
|---|---|
| SHIPPER / EXPORTER<br>ALPINE CREATIONS VIETNAM CO., LTD.<br>FACTORIES 7+8, LOT 08-10-12, ROAD NO. 03, TAN DUC INDUSTRIAL<br>ZONE, DUC HOA HA COMMUNE,<br>DUC HOA DISTRICT, LONG AN PROVINCE, VIETNAM.<br>TEL: +84 723 765 929 | UPS SUPPLY CHAIN SOLUTIONS, INC. hereby acknowledges receipt only for the external condition of the packages delivered to UPS Supply Chain Solutions, Inc. and the number of packages that were visible to UPS Supply Chain Solutions, Inc. It does not act as a receipt for the number of packages or items not readily and reasonably visible to UPS Supply Chain Solutions, Inc. |
| CONSIGNEE:<br>SEARS, ROEBUCK AND CO.<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179 USA | REFERENCES<br><br>PURCHASE ORDER NO.<br><br>LETTER OF CREDIT NO.     **ORIGINAL**<br><br>INVOICE NO. / DATED |
| NOTIFY PARTY<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE: (310) 404-2792 FAX: (310) 404-2962<br>ATTN: MARY ELLEN WRATSCHKO | UNLESS A HIGHER VALUE IS DECLARED AT THE BOTTOM OF THIS BOX FOR AN EXTRA CHARGE, LIABILITY IS LIMITED TO \$0.25 PER POUND. IF COGSA GOVERNS WITH THE FORCE OF LAW ITS LIMITATION, DESCRIBED IN PARAGRAPH 3 ON THE REVERSE SIDE, CONTROLS UNLESS A HIGHER VALUE IS DECLARED.<br><br>DECLARED VALUE IS |
| DATE RECEIVED<br>15 September 2018 | PLACE OF RECEIPT<br>HO CHI MINH PORT, VIETNAM | ONWARD INLAND ROUTING AND FINAL DESTINATION<br>CHAMBERSBURG, PA |
| EXPORTING CARRIER (VESSEL/AIRLINE)<br>MILANO BRIDGE 004E | PORT OF LOADING<br>HO CHI MINH PORT, VIETNAM | |
| SEA/AIR PORT OF DISCHARGE<br>NEW YORK, NY | INTENDED MOTHER VESSEL | |

| MARKS & NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| FCL/FCL-CY/CY<br>YMLU4849767/40DC<br>YMAB122977<br><br>SHIPPING MARKS:<br>SEARS  SF8724<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS: | | A PART OF 01X40'DC CONTAINER(S) S.T.C.:<br>212 CTNS<br><br>TOTAL: 1607 PCS<br><br>W118LS78850MJ<br>LADIES KNIT CHEVRON PRINT HEAHTER ZIP<br>UP BRUSHED JACQUARD, 260GSM  100%<br>POLYESTER<br>SF8724/802P<br>ITEM#:<br>190099688160<br>190099688178<br>HS CODE: 6110.30.3059<br><br>FINAL DESTINATION AND CODE: PCD,<br>CHAMBERSBURG, PA, 17201, USA | 885.71KGS | 10.347CBM |
| | | FREIGHT COLLECT<br>AT SHIPPER'S LOAD, STOW,  COUNT AND SEAL | CLEAN ON BOARD<br>29 SEP, 2018 | |

VIET TRANS LINK CO., LTD
HOCHIMINH CITY

As Agent

In witness whereof the freight forwarder has signed  01  original forwarder's cargo receipt(s), all of this tenor and date, one of which being accomplished, the others to stand void.

Place and date of issue:     HO CHI MINH CITY 29 SEP, 2018

UPS SUPPLY CHAIN SOLUTIONS, INC.

SHIPPING ORDER NO.
201821996655

CARGO IS RECEIVED SUBJECT TO THE TERMS SET FORTH
AND INCORPORATED BY REFERENCE ON THIS SIDE AND ON

# COMMERCIAL INVOICE



Page 1 of 7

DATE: September 17, 2018

INVOICE NO.: 201822031391

[VIN-1232]

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SX6021 | CORE PIECE COAL MINE HEAT | 13 | 13 | 32.760  USD | 425.88  USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 090101030328 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 643 | | | | | |
| SEARS ITEM/SKU | 63602/ | | | | | |

STYLE NO: MF8ES36447YM   9 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED CORE PIECED MESH SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
STITCH COUNT PER CM: 15 HORIZONTAL / 16 VERTICAL
FABRICATION: 100% POLYESTER
HANGER CODE 0012B

| CONTRACT NO. | SX6021 | REFERENCE NO. | 805C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MF8ES36447YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 647 |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM

P : 14664/-

LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE0101TAN

| SEARS | SX6021 | CORE PIECE COAL MINE HEAT | 16 | 16 | 32.760  USD | 524.16  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 090101030580 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 643 | | | | | |
| SEARS ITEM/SKU | 63602/ | | | | | |

STYLE NO: MFRES36447YM   9 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED CORE PIECED MESH SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
STITCH COUNT PER CM: 15 HORIZONTAL / 16 VERTICAL
FABRICATION: 100% POLYESTER
HANGER CODE 0012B

| CONTRACT NO. | SX6021 | REFERENCE NO. | 805C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MF8ES36447YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 647 |

28/09/18

# COMMERCIAL INVOICE

Page 2 of 7

DATE: September 17, 2018

INVOICE NO.: 201822031391

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17005
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

FACTORY NO.        104692

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.        VNALPCRE8101TAN

| SEARS | SX6021 | CORE PIECE COAL MINE HEAT | 10 CARTONS | 10 AST | 32.760  USD AST | 327.60  USD AST |
|---|---|---|---|---|---|---|
| ITEM: | 093101030906 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |
| SEARS DIV | 643 | | | | | |
| SEARS ITEM/SKU | 63602/ | | | | | |

STYLE NO: MF8ES36447YM    9 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED CORE PIECED MESH SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
STITCH COUNT PER CM: 15 HORIZONTAL / 16 VERTICAL
FABRICATION: 100% POLYESTER
HANGER CODE 6012B

| CONTRACT NO. | SX6021 | REFERENCE NO. | 606C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 841 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MF8ES36447YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 847 |

FACTORY NO.        104692

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.        VNALPCRE8101TAN

| SEARS | SX6021 | CORE PIECE BLACK ONYX | 20 CARTONS | 20 AST | 32.760  USD AST | 655.20  USD |
|---|---|---|---|---|---|---|
| ITEM: | 093101030906 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |
| SEARS DIV | 643 | | | | | |
| SEARS ITEM/SKU | 63612/ | | | | | |

STYLE NO: MF8ES36447YM    9 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED CORE PIECED MESH SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
STITCH COUNT PER CM: 15 HORIZONTAL / 16 VERTICAL
FABRICATION: 100% POLYESTER
HANGER CODE 6012B

# COMMERCIAL INVOICE

Page 3 of 7

DATE: September 17, 2018

INVOICE NO.: 201822031391

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| CONTRACT NO. | SX6021 | REFERENCE NO. | 805C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MF8ES36447YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 647 |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SX6021 | CORE PIECE BLACK ONYX | 30 | 30 | 32.760 USD | 982.80 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| ITEM: | 090101030914 |
|---|---|
| MADE IN | VIETNAM |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 643 |
| SEARS ITEM/SKU | 63612? |

STYLE NO: MF8ES36447YM   8 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED CORE PIECED MESH SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
STITCH COUNT PER CM: 15 HORIZONTAL / 16 VERTICAL
FABRICATION: 100% POLYESTER
HANGER CODE 6012B

| CONTRACT NO. | SX6021 | REFERENCE NO. | 805C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MF8ES36447YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 647 |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SX6021 | CORE PIECE BLACK ONYX | 20 | 20 | 32.760 USD | 655.20 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| ITEM: | 090101030922 |
|---|---|
| MADE IN | VIETNAM |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 643 |

# COMMERCIAL INVOICE

DATE: September 17, 2018

INVOICE NO.: 201822031361

Page 4 of 7

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam      SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

SEARS ITEM/SKU  63812/

STYLE NO: MF8ES36447YM   9 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED CORE PIECED MESH SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
STITCH COUNT PER CM: 13 HORIZONTAL / 16 VERTICAL
FABRICATION: 100% POLYESTER
HANGER CODE 6012B

| | | | |
|---|---|---|---|
| CONTRACT NO. | SX6021 | REFERENCE NO. | 805C |
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MF8ES36447YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 647 |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SX6021 | CORE PIECE MEDIEVAL BLUE | 13 CARTONS | 13 AST | 32.760 USD AST | 425.88 USD |
|---|---|---|---|---|---|---|
| ITEM: | 030101030999 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 643 | | | | | |
| SEARS ITEM/SKU | 07469/ | | | | | |

STYLE NO: MF8ES36447YM   9 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED CORE PIECED MESH SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
STITCH COUNT PER CM: 13 HORIZONTAL / 16 VERTICAL
FABRICATION: 100% POLYESTER
HANGER CODE 6012B

| | | | |
|---|---|---|---|
| CONTRACT NO. | SX6021 | REFERENCE NO. | 805C |
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MF8ES36447YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 647 |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

# COMMERCIAL INVOICE

DATE: September 17, 2018

INVOICE NO.: 201822031301

7051
ALPINE CREATIONS LTD
PLOT NO WT-18 PO BOX 17066
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam

SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

| SEARS | SX6021 | CORE PIECE MEDIEVAL BLUE | 6 | 6 | 32.760  USD | 196.56  USD |
|-------|--------|--------------------------|---|---|-------------|-------------|
| | | | CARTONS | AST | AST | |

| ITEM: | 0901031031011 |
|-------|------------|
| MADE IN | VIETNAM |
| CONTENTS | 1  ASSORTMENT |
| SEARS DIV | 643 |
| SEARS ITEM/SKU | 02469/ |

STYLE NO: MF8ES36447YM    9 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED CORE PIECED MESH SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
STITCH COUNT PER CM: 15 HORIZONTAL / 16 VERTICAL
FABRICATION: 100% POLYESTER
HANGER CODE 6012B

| CONTRACT NO. | SX6021 | REFERENCE NO. | 805C |
|--------------|--------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MF8ES36447YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 647 |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SX6021 | CORE PIECE MEDIEVAL BLUE | 10 | 10 | 32.760  USD | 327.60  USD |
|-------|--------|--------------------------|----|----|-------------|-------------|
| | | | CARTONS | AST | AST | |

| ITEM: | 0901031031029 |
|-------|------------|
| MADE IN | VIETNAM |
| CONTENTS | 1  ASSORTMENT |
| SEARS DIV | 643 |
| SEARS ITEM/SKU | 02469/ |

STYLE NO: MF8ES36447YM    9 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED CORE PIECED MESH SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
STITCH COUNT PER CM: 15 HORIZONTAL / 16 VERTICAL
FABRICATION: 100% POLYESTER
HANGER CODE 6012B

| CONTRACT NO. | SX6021 | REFERENCE NO. | 805C |
|--------------|--------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MF8ES36447YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 647 |

FACTORY NO.    104892

# COMMERCIAL INVOICE

Page 6 of 7

DATE: September 17, 2018

INVOICE NO.: 201822031301

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam
MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:  Mira Loma , CA

FOB Vietnam

ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03, TAN DUC IOZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SX6021 | CORE PIECE KOMBU GREEN | 2 CARTONS | 2 AST | 32.760 USD AST | 65.52 USD |
|-------|--------|------------------------|-----------|-------|----------------|-----------|

ITEM:  090101031085
MADE IN  VIETNAM
CONTENTS  1 ASSORTMENT
SEARS DIV  643
SEARS ITEM/SKU  24796/

STYLE NO: MF8ES36447YM   9 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED CORE PIECED MESH SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
STITCH COUNT PER CM: 15 HORIZONTAL / 16 VERTICAL
FABRICATION: 100% POLYESTER
HANGER CODE 6012B

| CONTRACT NO. | SX6021 | REFERENCE NO. | 805C |
|--------------|--------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MF8ES36447YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 647 |

FACTORY NO.        104882
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO.03, TAN DUC IOZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SX6021 | CORE PIECE KOMBU GREEN | 1 CARTONS | 1 AST | 32.760 USD AST | 32.76 USD |
|-------|--------|------------------------|-----------|-------|----------------|-----------|

ITEM:  090101031102
MADE IN  VIETNAM
CONTENTS  1 ASSORTMENT
SEARS DIV  643
SEARS ITEM/SKU  24796/

STYLE NO: MF8ES36447YM   9 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED CORE PIECED MESH SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
STITCH COUNT PER CM: 15 HORIZONTAL / 16 VERTICAL
FABRICATION: 100% POLYESTER
HANGER CODE 6012B



**COMMERCIAL INVOICE**

Page 7 of 7

DATE: September 17, 2018

INVOICE NO.: 201822031391

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Vietnam

| | | | |
|---|---|---|---|
| CONTRACT NO. | SX6021 | REFERENCE NO. | 805C |
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MF8E536447YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 647 |

FACTORY NO.     104882

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IOZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.     VNALPCRE8101TAN

PAYMENT TERM     Letter of Credit

ORDER PAYMENT TERMS

DRAWN UNDER     BANK OF AMERICA

LC#     809520

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 141 | 141 | ASSORTMENTS | 4,619.16  USD |

TOTAL US DOLLARS FOUR THOUSAND SIX HUNDRED NINETEEN DOLLARS AND SIXTEEN CENTS ONLY.

ALPINE CREATIONS LTD

EMPLOYEE NAME     NGUYEN THI BICH THAO

EMPLOYEE TITLE     EXPORT COORDINATOR - VTN1232

الارين كريشنز المحدودة
ALPINE CREATIONS LTD.
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.



**UPS SUPPLY CHAIN SOLUTIONS**
**C/O VIET TRANS LINK CO.,LTD**
**FORWARDER'S CARGO RECEIPT**

UPS Supply Chain SolutionsSM

No.    7796042452

| SHIPPER / EXPORTER | UPS SUPPLY CHAIN SOLUTIONS, INC. hereby acknowledges receipt only for the external condition of the packages delivered to UPS Supply Chain Solutions, Inc. and the number of packages that were visible to UPS Supply Chain Solutions, Inc. It does not act as a receipt for the number of packages or items not readily and reasonably visible to UPS Supply Chain Solutions, Inc. |
|---|---|
| ALPINE CREATIONS VIET NAM CO., LTD. FACTORIES 7+8, LOT 08-10-12, ROAD NO. 03, TAN DUC INDUSTRIAL ZONE, DUC HOA HA COMMUNE, DUC HOA DISTRICT, LONG AN PROVINCE, VIETNAM. TEL: +84 723 765 929 | |
| CONSIGNEE | REFERENCES |
| SEARS, ROEBUCK & CO. 3333 BEVERLY ROAD HOFFMAN ESTATES, IL 60179 USA | PURCHASE ORDER NO. |
| | **ORIGINAL** |
| | LETTER OF CREDIT NO. |
| | INVOICE NO. / DATED |
| NOTIFY PARTY | UNLESS A HIGHER VALUE IS DECLARED AT THE BOTTOM OF THIS BOX FOR AN EXTRA CHARGE, LIABILITY IS LIMITED TO $9.26 PER POUND. IF COGSA GOVERNS WITH THE FORCE OF LAW ITS LIMITATION, DESCRIBED IN PARAGRAPH 3 ON THE REVERSE SIDE, CONTROLS UNLESS A HIGHER VALUE IS DECLARED. |
| UPS SUPPLY CHAIN SOLUTIONS 19701 HAMILTON AVENUE, SUITE 250 TORRANCE, CA 90502 PHONE: (310) 404-2792 FAX: (310) 404-2962 ATTN: MARY ELLEN WRATSCHKO | |
| | DECLARED VALUE IS |
| DATE RECEIVED 17 September 2018 | PLACE OF RECEIPT HO CHI MINH CITY, VIET NAM | ONWARD BILL AND ROUTING AND FINAL DESTINATION MIRA LOMA, CA |
| EXPORTING CARRIER (VESSEL/AIRLINE) N.Y.K. THESEUS 054E | PORT OF LOADING HO CHI MINH CITY, VIET NAM | |
| SEA/AIR PORT OF DISCHARGE LOS ANGELES, CA | INTENDED MOTHER VESSEL | |

| MARKS & NUMBERS | NO. OF PKGS | PARTICULARS FURNISHED BY SHIPPER — DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| LCL/LCL-CFS/CFS BMOU6308693/40HC/ YMAB145564 | 141 CTNS | A PART OF 01X40'HC CONTAINER(S) S.T.C.: 141 CTNS | 470.94KGS | 6.167CBM |
| SHIPPING MARKS: SEARS SX6021 ITEM NO: MADE IN:VIETNAM CONTENTS: | | TOTAL: 1269 PCS MENS KNITTED CORE PIECED MESH SHORT 100% POLYESTER STYLE: MF8ES36447YM PO#: SX6021 / REF#: 805C ITEM#: 090101030328/090101030880 090101030898/090101030906 090101030914/090101030922 090101030989/090101031011 090101031029/090101031086 090101031102 HS CODE: 6103.42.1050 FINAL DESTINATION AND CODE: CCD, MIRA LOMA, CA, 91752, USA SAY: ONE HUNDRED AND FORTY ONE CARTONS ONLY | | |

**VIET TRANS LINK CO., LTD**
**HOCHIMINH CITY**

FREIGHT COLLECT                As Agent

CLEAN ON BOARD
28 Sep, 2018

in witness whereof the freight forwarder has signed   THREE (03)  original forwarder's cargo receipt(s), all of this tenor and date, one of which being accomplished, the others to stand void.

Place and date of issue:    HO CHI MINH CITY, VIET NAM 28 Sep, 2018

UPS SUPPLY CHAIN SOLUTIONS, INC.

| SHIPPING ORDER NO. |
|---|
| 201822031391 |

CARGO IS RECEIVED SUBJECT TO THE TERMS SET FORTH AND INCORPORATED BY REFERENCE ON THIS SIDE AND ON THE REVERSE SIDE OF THIS DOCUMENT. COPIES OF WHICH

# COMMERCIAL INVOICE

Page 1 of 6

DATE: September 17, 2018

INVOICE NO.: 201822031S33

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:  SEARS ROEBUCK & CO.,
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Vietnam

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SX6021 | CORE PIECE COAL MINE HEAT | 11 CARTONS | 11 AST | 32.760 USD AST | 360.36 USD |
| ITEM: | 090101030328 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 643 | | | | | |
| SEARS ITEM/SKU | 63602/ | | | | | |

STYLE NO: MF8ES36447YM   9 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED CORE PIECED MESH SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
STITCH COUNT PER CM: 15 HORIZONTAL / 16 VERTICAL
FABRICATION: 100% POLYESTER
HANGER CODE 6012B

| | | | |
|---|---|---|---|
| CONTRACT NO. | SX6021 | REFERENCE NO. | 805P |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MF8ES36447YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 647 |

FACTORY NO.       104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.       VNALPCRE8101TAN

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SX6021 | CORE PIECE COAL MINE HEAT | 13 CARTONS | 13 AST | 32.760 USD AST | 425.88 USD |
| ITEM: | 090101030360 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 643 | | | | | |
| SEARS ITEM/SKU | 63602/ | | | | | |

STYLE NO: MF8ES36447YM   9 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED CORE PIECED MESH SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
STITCH COUNT PER CM: 15 HORIZONTAL / 16 VERTICAL
FABRICATION: 100% POLYESTER
HANGER CODE 6012B

| | | | |
|---|---|---|---|
| CONTRACT NO. | SX6021 | REFERENCE NO. | 805P |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MF8ES36447YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 647 |

VIN-1233

PG 14664

03/10/18

## COMMERCIAL INVOICE

Page 2 of 6

DATE: September 17, 2018

INVOICE NO.: 201822031533

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SX6021 | CORE PIECE COAL MINE HEAT | | 9 CARTONS | 9 AST | 32.760 USD AST | 294.84 USD |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| ITEM: | 090101630898 | |
| MADE IN | VIETNAM | |
| CONTENTS | 1 ASSORTMENT | |
| SEARS DIV | 643 | |
| SEARS ITEM/SKU | 63602/ | |

STYLE NO: MF8ES38447YM    9 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED CORE PIECED MESH SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
STITCH COUNT PER CM: 15 HORIZONTAL / 18 VERTICAL
FABRICATION: 100% POLYESTER
HANGER CODE 6012B

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SX6021 | REFERENCE NO. | 80SP | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | MF8ES38447YM | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 647 | |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SX6021 | CORE PIECE BLACK ONYX | | 16 CARTONS | 16 AST | 32.760 USD AST | 524.16 USD |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| ITEM: | 090101030906 | |
| MADE IN | VIETNAM | |
| CONTENTS | 1 ASSORTMENT | |
| SEARS DIV | 643 | |
| SEARS ITEM/SKU | 63612/ | |

STYLE NO: MF8ES38447YM    9 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED CORE PIECED MESH SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
STITCH COUNT PER CM: 15 HORIZONTAL / 18 VERTICAL
FABRICATION: 100% POLYESTER
HANGER CODE 6012B

# COMMERCIAL INVOICE

Page 3 of 6

DATE: September 17, 2018

INVOICE NO.: 201822031533

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SX8021 | REFERENCE NO. | 805P | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | MF8ES36447YM | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 647 | |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| SEARS | SX8021 | CORE PIECE BLACK ONYX | | 25 CARTONS | 25 AST | 32.760 USD AST | 819.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 090101030914 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 643 | | | | | | |
| SEARS ITEM/SKU | 63612/ | | | | | | |

STYLE NO: MF8ES36447YM   9 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED CORE PIECED MESH SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
STITCH COUNT PER CM: 15 HORIZONTAL / 16 VERTICAL
FABRICATION: 100% POLYESTER
HANGER CODE 6012B

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SX8021 | REFERENCE NO. | 805P | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | MF8ES36447YM | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 647 | |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| SEARS | SX8021 | CORE PIECE BLACK ONYX | | 16 CARTONS | 16 AST | 32.760 USD AST | 524.16 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 090101030922 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 643 | | | | | | |

# COMMERCIAL INVOICE

Page 4 of 6

DATE: September 17, 2018

INVOICE NO.: 201822031533

7051
ALPINE CREATIONS LTD
PLOT WT-10 PO BOX 17005
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Vietnam

SEARS ITEM/SKU  63612/

STYLE NO: MF8ES36447YM   9 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED CORE PIECED MESH SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
STITCH COUNT PER CM: 15 HORIZONTAL / 16 VERTICAL
FABRICATION: 100% POLYESTER
HANGER CODE 8012B

| | | | |
|---|---|---|---|
| CONTRACT NO. | SX8021 | REFERENCE NO. | 805P |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MF8ES36447YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 647 |

FACTORY NO.    104882
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | 5X06021 | CORE PIECE MEDIEVAL BLUE | | 11 | 11 | 32.760 USD | 360.36 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 0901010300989 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 643 | | | | | | |
| SEARS ITEM/SKU | 02469/ | | | | | | |

STYLE NO: MF8ES36447YM   9 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED CORE PIECED MESH SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
STITCH COUNT PER CM: 15 HORIZONTAL / 16 VERTICAL
FABRICATION: 100% POLYESTER
HANGER CODE 8012B

| | | | |
|---|---|---|---|
| CONTRACT NO. | SX8021 | REFERENCE NO. | 805P |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MF8ES36447YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 647 |

FACTORY NO.    104882
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

# COMMERCIAL INVOICE

Page 5 of 6

DATE: September 17, 2018

INVOICE NO.: 201822031533

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam     SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| SEARS | SX6021 | CORE PIECE MEDIEVAL BLUE | 5 CARTONS | 5 AST | 32.760 USD AST | 163.80 USD |
|-------|--------|--------------------------|-----------|-------|----------------|------------|
| ITEM: | 090101031011 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 643 | | | | | |
| SEARS ITEM/SKU | 02469I | | | | | |

STYLE NO: MF8ES36447YM    9 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED CORE PIECED MESH SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
STITCH COUNT PER CM: 15 HORIZONTAL / 16 VERTICAL
FABRICATION: 100% POLYESTER
HANGER CODE 6012B

| CONTRACT NO. | SX6021 | REFERENCE NO. | 805P |
|--------------|--------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MF8ES36447YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 647 |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| SEARS | SX6021 | CORE PIECE MEDIEVAL BLUE | 9 CARTONS | 9 AST | 32.760 USD AST | 294.84 USD |
|-------|--------|--------------------------|-----------|-------|----------------|------------|
| ITEM: | 090101031029 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 643 | | | | | |
| SEARS ITEM/SKU | 02469I | | | | | |

STYLE NO: MF8ES36447YM    9 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED CORE PIECED MESH SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
STITCH COUNT PER CM: 15 HORIZONTAL / 16 VERTICAL
FABRICATION: 100% POLYESTER
HANGER CODE 6012B

| CONTRACT NO. | SX6021 | REFERENCE NO. | 80SP |
|--------------|--------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MF8ES36447YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 647 |

FACTORY NO.    104892

# COMMERCIAL INVOICE

Page 6 of 6

DATE: September 17, 2018

INVOICE NO.: 201822031533

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Chambersburg , PA

FOB Vietnam

ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.          VNALPCREB101TAN

PAYMENT TERM          Letter of Credit
ORDER PAYMENT TERMS
DRAWN UNDER          BANK OF AMERICA
LC#          809620

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 115 | 115 | ASSORTMENTS | 3,767.40  USD |

TOTAL US DOLLARS THREE THOUSAND SEVEN HUNDRED SIXTY-SEVEN DOLLARS AND FORTY CENTS ONLY.

ALPINE CREATIONS LTD

| EMPLOYEE NAME | NGUYEN THI BICH THAO |
|---|---|
| EMPLOYEE TITLE | EXPORT COORDINATOR - VTN1233 |

البـاين كـريشينـز المـحدودة
ALPINE CREATIONS LTD.
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.



**UPS SUPPLY CHAIN SOLUTIONS**
**C/O VIET TRANS LINK CO.,LTD**
FORWARDER'S CARGO RECEIPT

UPS Supply Chain SolutionsSM

No.    7796042573

| | |
|---|---|
| SHIPPER / EXPORTER<br>ALPINE CREATIONS VIET NAM CO., LTD.<br>FACTORIES 7+8, LOT 08-10-12, ROAD NO. 03, TAN DUC INDUSTRIAL<br>ZONE, DUC HOA HA COMMUNE, DUC HOA DISTRICT, LONG AN<br>PROVINCE, VIETNAM.<br>TEL: +84 723 765 929 | UPS SUPPLY CHAIN SOLUTIONS, INC. hereby acknowledges receipt only for the external condition of the packages delivered to UPS Supply Chain Solutions, Inc. and the number of packages that were visible to UPS Supply Chain Solutions, Inc. It does not act as a receipt for the number of packages or items not readily and reasonably visible to UPS Supply Chain Solutions, Inc. |
| | REFERENCES |
| CONSIGNEE:<br>SEARS, ROEBUCK AND CO.<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179 USA | PURCHASE ORDER NO.<br><br>LETTER OF CREDIT NO.    ORIGINAL<br><br>INVOICE NO. / DATED |
| NOTIFY PARTY<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE: (310) 404-2792 FAX: (310) 404-2962<br>ATTN: MARY ELLEN WRATSCHKO | UNLESS A HIGHER VALUE IS DECLARED AT THE BOTTOM OF THIS BOX FOR AN EXTRA CHARGE, LIABILITY IS LIMITED TO $0.25 PER POUND, IF COGSA GOVERNS WITH THE FORCE OF LAW ITS LIMITATION, DESCRIBED IN PARAGRAPH 3 ON THE REVERSE SIDE, CONTROLS UNLESS A HIGHER VALUE IS DECLARED.<br><br>DECLARED VALUE IS |
| DATE RECEIVED<br>17 September 2018 | PLACE OF RECEIPT<br>HOCHIMINH, VIETNAM | ONWARD INLAND ROUTING AND FINAL DESTINATION<br>CHAMBERSBURG, PA |
| EXPORTING CARRIER (VESSEL/AIRLINE)<br>ESSEN EXPRESS 026E | PORT OF LOADING<br>HOCHIMINH, VIETNAM | |
| SEA/AIR PORT OF DISCHARGE<br>NEW YORK, NY | INTENDED MOTHER VESSEL | |

| PARTICULARS FURNISHED BY SHIPPER | | | | |
|---|---|---|---|---|
| MARKS & NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
| LCL/LCL-CFS/CFS<br>YMMU4097787/40DC/<br>YMAB145563<br><br>SHIPPING MARKS:<br>SEARS SX6021<br>ITEM NO:<br>MADE IN:VIETNAM<br>CONTENTS: | 115 CTNS | A PART OF 01X40'DC CONTAINER(S) S.T.C.:<br>115 CTNS<br><br>TOTAL: 1035 PCS<br><br>MENS KNITTED CORE PIECED MESH SHORT 100% POLYESTER<br>STYLE: MFSES36447YM<br>PO#: SX6021 / REF#: 805P<br>ITEM#<br>090101030328/090101030880<br>090101030898/090101030906<br>090101030914/090101030922<br>090101030989/090101031011<br>090101031029<br>HS CODE: 6103.42.1050<br><br>FINAL DESTINATION AND CODE: PCD,<br>CHAMBERSBURG, PA, 17201, USA<br>SAY: ONE HUNDRED AND FIFTEEN CARTONS ONLY | 384.10KGS | 4.645CBM |
| | | | VIET TRANS LINK CO., LTD<br>HOCHIMINH CITY<br><br>As Agent | |
| | | FREIGHT COLLECT | CLEAN ON BOARD<br>03 Oct, 2018 | |

In witness whereof the freight forwarder has signed   01   original forwarder's cargo receipt(s), all of this tenor and date, one of which being accomplished, the others to stand void.

Place and date of issue:    HOCHIMINH, VIETNAM 03 Oct, 2018

UPS SUPPLY CHAIN SOLUTIONS, INC.

SHIPPING ORDER NO.
201822031533

CARGO IS RECEIVED SUBJECT TO THE TERMS SET FORTH
AND INCORPORATED BY REFERENCE ON THIS SIDE AND ON
THE REVERSE SIDE OF THIS DOCUMENT. COPIES OF WHICH

## COMMERCIAL INVOICE

Page 1 of 4

DATE: September 21, 2018

INVOICE NO.: 201822040473

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17005
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

$A-67342

SHIPPED FROM: Damietta, Egypt

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Egypt

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SX6027 | ES RUN PAN BLACK ONYX | 227 CARTONS | 227 AST | 69.120  USD AST | 15,690.24  USD |
| ITEM: | 090027667518 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 643 | | | | | |
| SEARS ITEM/SKU | 05233/ | | | | | |

STYLE NO: MC8ES36444YM  9 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED PANT
SOLID, 2 SIDE POCKET WITH ZIPPER. LEG OPENING WITH ZIPPER.
ELASTIC WAIST BAND WITH DRAWCORD, FULL LENGTH PANTS REACH BELOW ANKLE
STITCH COUNT PER CM: 16 HORIZONTAL / 13 VERTICAL
FABRICATION: 100% POLYESTER KNITTED JERSEY 225GSM
HANGING, HANGER CODE 7012B , HANGER COST $0.12ASSORTMENT

| | | | |
|---|---|---|---|
| CONTRACT NO. | SX6027 | REFERENCE NO. | 804 |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MC8ES36444YM | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE |

FACTORY NO.    052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.    EGALEAPP1217ALE

| SEARS | SX6027 | ES RUN PAN BLACK ONYX | 14 CARTONS | 14 AST | 69.120  USD AST | 967.68  USD |
|---|---|---|---|---|---|---|
| ITEM: | 090028231736 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 643 | | | | | |
| SEARS ITEM/SKU | 05233/ | | | | | |

STYLE NO: MC8ES36444YM  9 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED PANT
SOLID, 2 SIDE POCKET WITH ZIPPER. LEG OPENING WITH ZIPPER.
ELASTIC WAIST BAND WITH DRAWCORD, FULL LENGTH PANTS REACH BELOW ANKLE
STITCH COUNT PER CM: 16 HORIZONTAL / 13 VERTICAL
FABRICATION: 100% POLYESTER KNITTED JERSEY 225GSM
HANGING, HANGER CODE 7012B , HANGER COST $0.12ASSORTMENT

| | | | |
|---|---|---|---|
| CONTRACT NO. | SX6027 | REFERENCE NO. | 804 |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MC8ES36444YM | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE |

FACTORY NO.    052967



# COMMERCIAL INVOICE

Page 2 of 4
DATE: September 21, 2018
INVOICE NO.: 201822040473

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17005
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Egypt

ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.        EGALEAPP1217ALE

| SEARS | SX5027 | ES RUN PAN BLACK ONYX | 503 | 503 | 53.760 USD | 27,041.28 USD |
|-------|--------|------------------------|-----|-----|-------------|----------------|
|       |        |                        | CARTONS | AST | AST |  |

ITEM:          090028231744
MADE IN        EGYPT
CONTENTS       1 ASSORTMENT
SEARS DIV      643
SEARS ITEM/SKU 05233/

STYLE NO: MC8ES36444YM   7 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED PANT
SOLID, 2 SIDE POCKET WITH ZIPPER, LEG OPENING WITH ZIPPER,
ELASTIC WAIST BAND WITH DRAWCORD, FULL LENGTH PANTS REACH BELOW ANKLE
STITCH COUNT PER CM: 16 HORIZONTAL / 13 VERTICAL
FABRICATION: 100% POLYESTER KNITTED JERSEY 225GSM
HANGING, HANGER CODE 7012B , HANGER COST $0.12ASSORTMENT

| CONTRACT NO. | SX5027 | REFERENCE NO. | 804 |
|--------------|--------|----------------|-----|
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MC8ES36444YM | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847, RNONE |

FACTORY NO.      052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.        EGALEAPP1217ALE

| SEARS | SX5027 | ES RUN PAN MEDIEVAL BLUE | 99 | 99 | 69.120 USD | 6,842.88 USD |
|-------|--------|---------------------------|-----|-----|-------------|----------------|
|       |        |                           | CARTONS | AST | AST |  |

ITEM:          090028293835
MADE IN        EGYPT
CONTENTS       1 ASSORTMENT
SEARS DIV      643
SEARS ITEM/SKU 04274/

STYLE NO: MC8ES36444YM   9 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED PANT
SOLID, 2 SIDE POCKET WITH ZIPPER, LEG OPENING WITH ZIPPER,
ELASTIC WAIST BAND WITH DRAWCORD, FULL LENGTH PANTS REACH BELOW ANKLE
STITCH COUNT PER CM: 16 HORIZONTAL / 13 VERTICAL
FABRICATION: 100% POLYESTER KNITTED JERSEY 225GSM
HANGING, HANGER CODE 7012B , HANGER COST $0.12ASSORTMENT

# COMMERCIAL INVOICE

DATE: September 21, 2018

INVOICE NO.: 201822040473

Page 3 of 4

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt     SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Egypt

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SX8027 | REFERENCE NO. | 804 | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | MC8ES36444YM | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE | |

FACTORY NO.          052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.          EGALEAPP1217ALE

| SEARS | SX6027 | ES RUN PAN MEDIEVAL BLUE | 318 CARTONS | 318 AST | $3.780 USD AST | 17,095.68 USD |
|---|---|---|---|---|---|---|
| ITEM: | 090028293350 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 643 | | | | | |
| SEARS ITEM/SKU | 04274/ | | | | | |

STYLE NO: MC8ES36444YM    7 GARMENTS PER ASSORTMENT
DESCRIPTION: MENS KNITTED PANT
SOLID, 2 SIDE POCKET WITH ZIPPER, LEG OPENING WITH ZIPPER.
ELASTIC WAIST BAND WITH DRAWCORD, FULL LENGTH PANTS REACH BELOW ANKLE
STITCH COUNT PER CM: 16 HORIZONTAL / 13 VERTICAL
FABRICATION: 100% POLYESTER KNITTED JERSEY 225GSM
HANGING, HANGER CODE 7012B , HANGER COST $0.12ASSORTMENT

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SX8027 | REFERENCE NO. | 804 | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | MC8ES36444YM | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE | |

FACTORY NO.          052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.          EGALEAPP1217ALE

| SEARS | SX6027 | ES RUN PAN MEDIEVAL BLUE | 11 CARTONS | 11 AST | 89.120 USD AST | 760.32 USD |
|---|---|---|---|---|---|---|
| ITEM: | 090028296440 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 643 | | | | | |
| SEARS ITEM/SKU | 04274/ | | | | | |

STYLE NO: MC8ES36444YM    9 GARMENTS PER ASSORTMENT

## COMMERCIAL INVOICE

Page 4 of 4

DATE: September 21, 2018

INVOICE NO.: 201822040473

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Egypt

DESCRIPTION: MENS KNITTED PANT
SOLID, 2 SIDE POCKET WITH ZIPPER, LEG OPENING WITH ZIPPER,
ELASTIC WAIST BAND WITH DRAWCORD, FULL LENGTH PANTS REACH BELOW ANKLE
STITCH COUNT PER CM: 16 HORIZONTAL / 13 VERTICAL
FABRICATION: 100% POLYESTER KNITTED JERSEY 22GSM
HANGING, HANGER CODE 7012B , HANGER COST $0.12ASSORTMENT

| | | | |
|---|---|---|---|
| CONTRACT NO. | SX6027 | REFERENCE NO. | 804 |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MC8ES36444YM | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE |

FACTORY NO.    052957
ALEX APPARELS·
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.    EGALEAPP1217ALE

PAYMENT TERM    Letter of Credit
ORDER PAYMENT TERMS
DRAWN UNDER    BANK OF AMERICA
LC#    809823

| | QUANTITY (CARTONS) | QUANTITY INVOICE UNITS) | AMOUNT (US$) |
|---|---|---|---|
| TOTAL INVOICE | 1,172 | 1,172 ASSORTMENTS | 68,398.08  USD |

TOTAL US DOLLARS SIXTY-EIGHT THOUSAND THREE HUNDRED NINETY-EIGHT DOLLARS AND EIGHT CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

The merchandise covered by this invoice was produced in the Egyptian qualified industrial zone

Own quota, no quota charges are included in FOB price of goods.

ALPINE CREATIONS LTD

EMPLOYEE NAME    EIHAB ELHOFY
EMPLOYEE TITLE    EXPORT COORDINATOR - EG67342

ALPINE CREATIONS LTD.
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.
الياين كرييشنز المحدودة





UPS SUPPLY CHAIN SOLUTIONS
UPS SCS (EGYPT) LLC
13, Misr El Tameer Buildings, 9th District
Sheraton Heliopolis
Cairo, Egypt
Tel.: +20 2 268 0134
Fax: +20 2 268 0135

THE COMPLETE SOLUTION

**FORWARDER'S CARGO RECEIPT**

| | |
|---|---|
| **SHIPPER/EXPORTER**<br>ALEX APPARELS<br>PO BOX 23512<br>ALEXANDRIA PUBLIC FREE ZONE<br>PLOT 203<br>ALEXANDRIA<br>EGYPT | Received by UPS SCS Egypt hereinafter referred to has 1 in apparent good order and condition, unless otherwise indicated, the following cargoes for shipment<br><br>by the first available vessel subject to the terms and conditions as hereunder : |
| **CONSIGNEE**<br>SEARS ROEBUCK & CO<br>3333 BEVERLY ROAD, HOFFMAN ESTATES,<br>IL 60179, US | UPS SCS Egypt As Multimodel Transport Operator<br><br>FCR# : 7063220907<br><br>SHIPPING ORDER # : 201822040473 |
| **NOTIFY PARTY**<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, TORRANCE,<br>CA 90502, UNITED STATES<br>MARY ELLEN VRATSCHKO<br>TEL (310) 404-2792 | LETTER OF CREDIT # :<br><br>INVOICE # :<br><br>DATED : |

| PRE CARRIAGE BY | PORT OF LOADING<br>DAMIETTA, EG | VALUE DECLARED : |
|---|---|---|
| EXPORTING CARRIER<br>(VESSEL PARLANOYAOZ)<br>MOL COURAGE – 0IN1DW1MA | PORT OF LOADING<br>DAMIETTA, EG | OCEAN FREIGHT : COLLECT |
| AIR SEA PORT OF EXCHANGE<br>NEW YORK | PLACE OF DELIVERY BY ON-CARRIER<br>CHAMBERSBURG, PA | ONWARD INLAND ROUTING AND FINAL DESTINATION |

| MARKS & NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGE AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| 1 X 40DC CONTAINER<br><br>TGHU3849443<br>G1731934 | 1172 Ctns | Date Cargo Received 09.21.18<br>Date Document Received 09.21.18<br>GARMENTS<br>CONTRACT# SX0027 REF# 804 LC# 800623<br>ETD: 00.27.18<br>FINAL DESTINATION: Chambersburg, PA 17201<br>SHIPPER'S STOW, LOAD AND COUNT<br>FREIGHT COLLECT | KGS/IBS<br><br>G.W. 4842.940 KG<br><br>N.W. | CBM/CFT<br><br>40.213 M3 |

ORIGINAL

| * APPLICABLE WHEN A THROUGH BILL OF LADING IS TO BE ISSUED<br>* THIS CARGO RECEIPT IS NOT A DOCUMENT OF TITLE<br>WE HAVE RECEIVED THE FOLLOWING DOCUMENTS : | | IN ACCEPTING THIS CARGO RECEIPT, THE SHIPPER, CONSIGNEES AND OWNER OF THE GOODS AGREES TO BOUND BY ALL OF ITS STIPULATIONS, AND CONDITIONS AVAILABLE ON REQUEST. |
|---|---|---|
| 1. SPECIAL CUSTOMS INVOICE #<br>    ORIGINAL | COPIES | IN WITNESS WHEREOF THE FREIGHT FORWARDER HAS SIGNED ONE ORIGINAL CARGO RECEIPT.   ALL OF THESE ARE OF EVEN DATE, ONE BEING ACCOMPLISHED, THE OTHERS TO STAND VOID. |
| 2. PACKING LIST<br>    ORIGINAL | COPIES | |
| 3. COMMERCIAL INVOICE #<br>    ORIGINAL | COPIES | PLACE AND DATE OF ISSUE : |
| 4. EXPORT LICENSE 4TH COPY WITH VISA STAMPED<br>    ORIGINAL | COPIES | UPS SCS EGYPT<br>TRANSPORTATION |
| 5. FORM A<br>    ORIGINAL | COPIES | INTERNATIONAL CO., LTD. |
| 6. INSPECTION CERTIFICATE<br>    ORIGINAL | COPIES | Cargo is received subject to the terms on both sides of this forwarder's cargo receipt |

# COMMERCIAL INVOICE

Page 1 of 9

DATE: September 13, 2018

INVOICE NO.: 201821865726

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17004
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:     SEARS ROEBUCK & CO.
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

[VFN-1227]

SHIPPED FROM:  Ho Chi Minh City, Vietnam      SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam



| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SF8627 | EV HIGH WA S BLACK ONYX | 14 CARTONS | 376 PIECES | 5.050 USD PIECES | 1,898.80 USD |
| ITEM: | 320029976875 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 27 PIECES | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 62061/025 | | | | | |

STYLE: WC8ES53901MI.
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED  HIGH WAIST PEAK
PERFORMANCE CAPRI, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT OUTSIDE WAISTBAND
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88% POLYESTER 12SPANDEX KNITTED JERSEY 260G/M2
HANGING, HANGER CODE 8012B , HANGER COST $0.098/ASSORTMENT

| CONTRACT NO. | SF8627 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES53901MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE |

FACTORY NO.        104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.        VNALPCRE8101TAN

| SEARS | SF8627 | EV HIGH WA M BLACK ONYX | 24 CARTONS | 648 PIECES | 5.050 USD PIECES | 3,272.40 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320029976883 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 27 PIECES | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 62061/030 | | | | | |

STYLE: WC8ES53901MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED  HIGH WAIST PEAK
PERFORMANCE CAPRI, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT OUTSIDE WAISTBAND
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88% POLYESTER 12SPANDEX KNITTED JERSEY 260G/M2
HANGING, HANGER CODE 8012B , HANGER COST $0.098/ASSORTMENT

| CONTRACT NO. | SF8627 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES53901MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE |

29/09/18

# COMMERCIAL INVOICE

Page 2 of 9

DATE: September 13, 2018

INVOICE NO.: 201821965726

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Chambersburg , PA

FOB Vietnam

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SF8627 | EV HIGH WA L BLACK ONYX | 27 CARTONS | 729 PIECES | 5.050  USD PIECES | 3,681.45  USD |
|---|---|---|---|---|---|---|
| ITEM: | 320029978707 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 27  PIECES | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 62061/031 | | | | | |

STYLE: WC8ESS3901MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED  HIGH WAIST PEAK
PERFORMANCE CAPRI, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT OUTSIDE WAISTBAND
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88% POLYESTER 12SPANDEX KNITTED JERSEY 260G/M2
HANGING, HANGER CODE 6012B , HANGER COST $0.098/ASSORTMENT

| CONTRACT NO. | SF8627 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ESS3901MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SF8627 | EV HIGH WA XL BLACK ONYX | 23 CARTONS | 621 PIECES | 5.050  USD PIECES | 3,136.05  USD |
|---|---|---|---|---|---|---|
| ITEM: | 320029978531 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 27  PIECES | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 62061/032 | | | | | |

STYLE: WC8ESS3901MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED  HIGH WAIST PEAK
PERFORMANCE CAPRI, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT OUTSIDE WAISTBAND
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88% POLYESTER 12SPANDEX KNITTED JERSEY 260G/M2

# COMMERCIAL INVOICE

Page 3 of 9

DATE: September 13, 2018

INVOICE NO.: 201821985726

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

HANGING, HANGER CODE 6012B , HANGER COST $0.098/ASSORTMENT

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF8527 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES53901MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SEARS | SF8528 | EV HIGH WA BLACK ONYX | | | 350 | 350 | 30.300  USD | 10,605.00  USD |
| | | | | | CARTONS | AST | | AST |
| ITEM: | 320029981875 | | | | | | | |
| MADE IN | VIETNAM | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |
| SEARS DIV | 007 | | | | | | | |
| SEARS ITEM/SKU | 62061/ | | | | | | | |

STYLE: WC8ES53901MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED  HIGH WAIST PEAK
PERFORMANCE CAPRI, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT OUTSIDE WAISTBAND
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88% POLYESTER 12SPANDEX KNITTED JERSEY 260G/M2
HANGING, HANGER CODE 6012B ,

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF8528 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES53901MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

# COMMERCIAL INVOICE

Page 4 of 9

DATE: September 13, 2018

INVOICE NO.: 201821955726

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam      SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| SEARS | SF8693 | WH8LS78569 SKI PATROL | | 89 | 89 | 18.200 USD | 1,619.80 USD |
|-------|--------|-----------------------|--|----|----|------------|--------------|
| | | | | CARTONS | AST | AST | |

ITEM:            190016964397
MADE IN          VIETNAM
CONTENTS         1  ASSORTMENT
SEARS DIV        607
SEARS ITEM/SKU   61762/

STYLE: WH8LS78569MI
LADIES KNIT SCOOPNECK MICRO FLEECE PULLOVER
LONG SLEEVE, SCOOPNECK
TURN BACK HEM AT CUFF AND BOTTOM
FABRICATION : KH4975 FLEECE, 100% POLYESTER FLEECE 160 GSM
STITCH COUNT PER INCH: 32 HORIZONTAL 44 VERTICAL
HANGER CODE: 484B

| CONTRACT NO. | SF8693 | REFERENCE NO. | 801P |
|--------------|--------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WH8LS78569MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.       104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.       VNALPCRE8101TAN

| SEARS | SF8693 | WH8LS78569 LYON | | 135 | 135 | 20.800 USD | 2,808.00 USD |
|-------|--------|-----------------|--|-----|-----|------------|--------------|
| | | | | CARTONS | AST | AST | |

ITEM:            190016970899
MADE IN          VIETNAM
CONTENTS         1  ASSORTMENT
SEARS DIV        607
SEARS ITEM/SKU   61655/

STYLE: WH8LS78569MI
LADIES KNIT SCOOPNECK MICRO FLEECE PULLOVER
LONG SLEEVE, SCOOPNECK
TURN BACK HEM AT CUFF AND BOTTOM
FABRICATION : KH4975 FLEECE, 100% POLYESTER FLEECE 160 GSM
STITCH COUNT PER INCH: 32 HORIZONTAL 44 VERTICAL
HANGER CODE: 484B

| CONTRACT NO. | SF8693 | REFERENCE NO. | 801P |
|--------------|--------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WH8LS78569MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.       104892

# COMMERCIAL INVOICE

Page 5 of 9

DATE: September 13, 2018

INVOICE NO.: 201821965726

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Vietnam

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.         VNALPCRE8101TAN

| SEARS | SF8693 | WH8LS78569 LYON | | 89 CARTONS | 89 AST | 18,200 USD AST | 1,619.80 USD |
|---|---|---|---|---|---|---|---|

| ITEM: | 190016970915 |
|---|---|
| MADE IN | VIETNAM |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61855/ |

STYLE: WH8LS78569MI
LADIES KNIT SCOOPNECK MICRO FLEECE PULLOVER
LONG SLEEVE, SCOOPNECK
TURN BACK HEM AT CUFF AND BOTTOM
FABRICATION : KH4975 FLEECE, 100% POLYESTER FLEECE 160 GSM
STITCH COUNT PER INCH: 32 HORIZONTAL 44 VERTICAL
HANGER CODE: 484B

| CONTRACT NO. | SF8693 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WH8LS78569MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.         104692

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.         VNALPCRE8101TAN

| SEARS | SF8693 | WH8LS78569 SKI PATROL | | 135 CARTONS | 135 AST | 20,800 USD AST | 2,808.00 USD |
|---|---|---|---|---|---|---|---|

| ITEM: | 190036492726 |
|---|---|
| MADE IN | VIETNAM |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61782/ |

STYLE: WH8LS78569MI
LADIES KNIT SCOOPNECK MICRO FLEECE PULLOVER
LONG SLEEVE, SCOOPNECK
TURN BACK HEM AT CUFF AND BOTTOM
FABRICATION : KH4975 FLEECE, 100% POLYESTER FLEECE 160 GSM
STITCH COUNT PER INCH: 32 HORIZONTAL 44 VERTICAL
HANGER CODE: 484B

# COMMERCIAL INVOICE

Page 6 of 8

DATE: September 13, 2018

INVOICE NO.: 201821865726

7051
ALPINE CREATIONS LTD.
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Vietnam

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SF8693 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | WH8LS78569MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SG8588 | WH8LS78911 EGRET PLAID BE | 91 CARTONS | 91 AST | 20.800 USD AST | 1,892.80 USD |
|---|---|---|---|---|---|---|
| ITEM: | 190008492366 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 61781/ | | | | | |

STYLE: WH8LS78911MI
LADIES KNIT V NECK MIRCO FLEECE PULLOVER
LONG SLEEVE, V NECK
TURN BACK HEM AT CUFF AND BOTTOM
FABRICATION : KH4975 FLEECE, 100% POLYESTER FLEECE 160 GSM
STITCH COUNT PER INCH: 32 HORIZONTAL X 44 VERTICAL
HANGER CODE: 4848
HANGER COST: USD0.072/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SG8588 | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | WH8LS78911MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SG8588 | WH8LS78911 EGRET PLAID BE | 55 CARTONS | 55 AST | 18.200 USD AST | 1,001.00 USD |
|---|---|---|---|---|---|---|
| ITEM: | 190008492374 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

# COMMERCIAL INVOICE

Page 7 of 9

DATE: September 13, 2018

INVOICE NO.: 201621865726

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17005
JEBEL ALi FREE ZONE
DUBAI

United Arab Emirates

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:  Chambersburg , PA

FOB Vietnam

| | |
|---|---|
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61781/ |

STYLE: WH8LS78911MI
LADIES KNIT V NECK MIRCO FLEECE PULLOVER
LONG SLEEVE, V NECK
TURN BACK HEM AT CUFF AND BOTTOM
FABRICATION : KH4975 FLEECE, 100% POLYESTER FLEECE 160 GSM
STITCH COUNT PER INCH: 32 HORIZONTAL X 44 VERTICAL
HANGER CODE: 484B
HANGER COST: USD0.072/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | SG8598 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WH8LS78911MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| SEARS | SH6561 | V NECK MIC RED PLAID | | | 106 | 106 | 18.420 USD | 1,952.52 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | | AST |
| ITEM: | 460098491837 | | | | | | | |
| MADE IN | VIETNAM | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |
| SEARS DIV | 616 | | | | | | | |
| SEARS ITEM/SKU | 46538/ | | | | | | | |

STYLE: WH8LS78911PL
LADIES KNIT V-NECK MICRO FLEECE PULLOVER
V NECK
LONG SLEEVE,
TURN BACK HEM AT CUFF AND BOTTOM
FABRICATION : KH4975 FLEECE, 100% POLYESTER FLEECE 160 GSM
STITCH COUNT PER INCH: 32 HORIZONTAL X 44 VERTICAL
HANGER CODE: 479B

| | | | |
|---|---|---|---|
| CONTRACT NO. | SH6561 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WH8LS78911PL | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

# COMMERCIAL INVOICE

DATE: September 13, 2018

Page 8 of 9

INVOICE NO.: 201821965726

7051
ALPINE CREATIONS LTD
FLGT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Vietnam

Vietnam

FTY MID NO.   VNALPCRE8101TAN

| SEARS | SH6561 | V NECK MIC RED PLAID | 10 CARTONS | 10 AST | 18.420 USD AST | 184.20 USD |
|-------|--------|----------------------|------------|--------|----------------|------------|

ITEM:   460098491905
MADE IN   VIETNAM
CONTENTS   1 ASSORTMENT
SEARS DIV   616
SEARS ITEM/SKU   46538/

STYLE: WHBLS78911PL
LADIES KNIT V-NECK MICRO FLEECE PULLOVER
V NECK
LONG SLEEVE,
TURN BACK HEM AT CUFF AND BOTTOM
FABRICATION : KH4975 FLEECE, 100% POLYESTER FLEECE 160 GSM
STITCH COUNT PER INCH: 32 HORIZONTAL X 44 VERTICAL
HANGER CODE: 475B

| CONTRACT NO. | SH6561 | REFERENCE NO. | 803P |
|--------------|--------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WH8LS78911PL | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.   104892
ALPINE CREATIONS - VIETNAM
LOT B-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN-
LONG AN PROVINCE
Vietnam
FTY MID NO.   VNALPCRE8101TAN

PAYMENT TERM   Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER   OPEN ACCOUNT
LC#   NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|--|--------------------|--------------------------|--|--------------|
| TOTAL INVOICE | 1,148 | 2,378 | PIECES | 36,469.92 USD |
| | | 1,060 | ASSORTMENTS | |

TOTAL US DOLLARS THIRTY-SIX THOUSAND FOUR HUNDRED EIGHTY-NINE DOLLARS AND NINETY-TWO CENTS ONLY.

## COMMERCIAL INVOICE

Page 9 of 9

DATE: September 13, 2018

INVOICE NO.: 201621965726

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:  Chambersburg , PA

FOB Vietnam

| ALPINE CREATIONS LTD | |
|---|---|
| EMPLOYEE NAME | NGUYEN THI BICH THAO |
| EMPLOYEE TITLE | EXPORT COORDINATOR - VI/N1227 |

البــاين كــريبشـنــز الـمــكـدودة
ALPINE CREATIONS LTD.
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.





### UPS SUPPLY CHAIN SOLUTIONS
### C/O VIET TRANS LINK CO.,LTD
### FORWARDER'S CARGO RECEIPT

**UPS Supply Chain SolutionsSM**

No.    7796043992

| SHIPPER / EXPORTER | |
|---|---|
| ALPINE CREATIONS VIET NAM CO., LTD.<br>FACTORIES 7+8, LOT 08-10-12, ROAD NO. 03, TAN DUC INDUSTRIAL<br>ZONE, DUC HOA HA COMMUNE,<br>DUC HOA DISTRICT, LONG AN PROVINCE, VIETNAM.<br>TEL: +84 723 765 929 | UPS SUPPLY CHAIN SOLUTIONS, INC. hereby acknowledges receipt only for the external condition of the packages delivered to UPS Supply Chain Solutions, Inc. and the number of packages that were visible to UPS Supply Chain Solutions, Inc. It does not act as a receipt for the number of packages or items not readily and reasonably visible to UPS Supply Chain Solutions, Inc. |
| | REFERENCES |
| CONSIGNEE;<br>SEARS, ROEBUCK AND CO.<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179 USA | PURCHASE ORDER NO.<br><br>LETTER OF CREDIT NO.    **ORIGINAL**<br><br>INVOICE NO. / DATED |
| NOTIFY PARTY<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE: (310) 404-2792 FAX: (310) 404-2962<br>ATTN: MARY ELLEN WRATSCHKO | UNLESS A HIGHER VALUE IS DECLARED AT THE BOTTOM OF THIS BOX FOR AN EXTRA CHARGE, LIABILITY IS LIMITED TO \$0.25 PER POUND. IF COGSA GOVERNS WITH THE FORCE OF LAW ITS LIMITATION, DESCRIBED IN PARAGRAPH 3 ON THE REVERSE SIDE, CONTROLS UNLESS A HIGHER VALUE IS DECLARED.<br><br>DECLARED VALUE IS |
| DATE RECEIVED<br>15 September 2018 | PLACE OF RECEIPT<br>HO CHI MINH PORT, VIETNAM | ONWARD INLAND ROUTING AND FINAL DESTINATION<br>CHAMBERSBURG, PA |
| EXPORTING CARRIER (VESSEL/AIRLINE)<br>MILANO BRIDGE 004E | PORT OF LOADING<br>HO CHI MINH PORT, VIETNAM | |
| SEA/AIR PORT OF DISCHARGE<br>NEW YORK, NY | INTENDED MOTHER VESSEL | |

| MARKS & NUMBERS | NO. OF PKGS. | PARTICULARS FURNISHED BY SHIPPER<br>DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| FCL/FCL-CY/CY<br>YMLU4849767/40DC<br>YMAB122977<br><br>SHIPPING MARKS:<br>SEARS SF8627<br>ITEM NO:<br>MADE IN:VIETNAM<br>CONTENTS:<br><br>SEARS SF8628<br>ITEM NO:<br>MADE IN:VIETNAM<br>CONTENTS:<br><br>SEARS SF8693<br>ITEM NO:<br>MADE IN:VIETNAM<br>CONTENTS:<br><br>*** AS ATTACHED SHEET *** | | A PART OF 01X40'DC CONTAINER(S) S.T.C.:<br>1148 CTNS/<br><br>TOTAL: 9691 PCS/<br><br>WC8ESS3901M1<br>LADIES KNITTED HIGH WAIST PEAK<br>PERFORMANCE CAPR 88% POLYESTER 12%<br>SPANDEX<br>SF8627/801P<br>ITEM#:<br>320029976875<br>320029976883<br>320029978707<br>320029979531<br>HS CODE: 6104.63.2006<br><br>WC8ESS3901M1<br>LADIES KNITTED HIGH WAIST PEAK<br>PERFORMANCE CAPR 88% POLYESTER 12%<br>-- AS ATTACHED SHEET -- | 3,715.98KGS | 38.269CBM |
| | | | | |
| | | FREIGHT COLLECT<br>AT SHIPPER'S LOAD, STOW, COUNT AND SEAL | CLEAN ON BOARD<br>29 SEP, 2018 | |

**VIET TRANS LINK CO., LTD**
**HOCHIMINH CITY**

As Agent

In witness whereof the freight forwarder has signed   01  original
forwarder's cargo receipt(s), all of this tenor and date, one of which being
accomplished, the others to stand void.

Place and date of issue:    HO CHI MINH CITY 29 SEP, 2018

UPS SUPPLY CHAIN SOLUTIONS, INC.

| SHIPPING ORDER NO. |
|---|
| 201821965726 |

CARGO IS RECEIVED SUBJECT TO THE TERMS SET FORTH
AND INCORPORATED BY REFERENCE ON THIS SIDE AND ON

## ATTACHED LIST

H-B/L No.    7796043992

Date    29 SEP, 2018

| MARKS AND NUMBERS | DESCRIPTION OF GOODS: |
|---|---|
| ***<br>SEARS  SG8588<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS:<br><br>SEARS  SH6561<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS: | ---<br>SPANDEX<br>SF8628/801P/320029981875<br>HS CODE: 6104.63.2006<br><br>WH8LS78569MI<br>LADIES KNIT SCOOPNECK MICRO FLEECE<br>PULLOVER 100% POLYESTER FLEECE 160<br>GSM<br>SF8693/801P<br>ITEM#:<br>190016964397<br>190016970899<br>190016970915<br>190098492796<br>HS CODE: 6110.30.3059<br><br>WH8LS78911MI<br>LADIES KNIT V NECK MIRCO FLEECE<br>PULLOVER 100% POLYESTER FLEECE 160 GSM<br>SG8588/803P<br>ITEM#:<br>190098492366<br>190098492374<br>HS CODE: 6110.30.3059<br><br>WH8LS78911PL<br>LADIES KNIT V-NECK MICRO FLEECE<br>PULLOVER 100% POLYESTER FLEECE 160<br>GSM<br>SH6561/803P<br>ITEM#:<br>460098491897<br>460098491905<br>HS CODE: 6110.30.3059<br><br>FINAL DESTINATION AND CODE: PCD,<br>CHAMBERSBURG, PA, 17201, USA |

### ORIGINAL

VIET TRANS LINK CO., LTD
HOCHIMINH CITY

............................................................
As Agent



## COMMERCIAL INVOICE

Page 1 of 11

DATE: September 18, 2018

INVOICE NO.: 201822030915

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

VON. 12347

SHIPPED FROM:  Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:  Mira Loma , CA

FOB Vietnam

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SR1998 | DT SS SOLI FANDANGO PINK | 1 CARTONS | 1 AST | 32.000 USD AST | 32.00 USD |
| ITEM: | 390034837575 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 641 | | | | | |
| SEARS ITEM/SKU | 26127/ | | | | | |

MH6DT12150MZ
MENS KNIT SS SOLID POLY POLO
SHORT SLEEVES POLO, FLAT KNIT COLLAR
SELF TAPE AND CONTRAST PIPING ALL AROUND NECK,
FRONT PLACKET WITH 2 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH CONTRAST SIDE VENT
BODY LENGTH FROM BACK HIGH POINT SHOULDER TO CROTCH
NO POCKET, NO ZIPPER
FABRICATION:
100%POLYESTER SOLID INTERLOCK
150GSM
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 18.9 / VERTICAL: 19.3

HANGING
HANGER CODE 484, HANGER COST $0.072/PC

| CONTRACT NO. | SR1998 | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH6DT12150MZ | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

FACTORY NO.          104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DÚC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.          VNALPCRE8101TAN

| SEARS | SR1998 | DT SS SOLI FANDANGO PINK | 1 CARTONS | 1 AST | 36.000 USD AST | 36.00 USD |
|---|---|---|---|---|---|---|
| ITEM: | 390034837583 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 641 | | | | | |
| SEARS ITEM/SKU | 26127/ | | | | | |

MH6DT12150MZ
MENS KNIT SS SOLID POLY POLO
SHORT SLEEVES POLO, FLAT KNIT COLLAR
SELF TAPE AND CONTRAST PIPING ALL AROUND NECK,
FRONT PLACKET WITH 2 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH CONTRAST SIDE VENT
BODY LENGTH FROM BACK HIGH POINT SHOULDER TO CROTCH
NO POCKET, NO ZIPPER
FABRICATION:
100%POLYESTER SOLID INTERLOCK
150GSM
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 18.9 / VERTICAL: 19.3