# COMMERCIAL INVOICE

Page 2 of 11

DATE: September 18, 2018

INVOICE NO.: 201822030815

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

HANGING
HANGER CODE 484, HANGER COST $0.072/PC

| CONTRACT NO. | SR1998 | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8DT12150MZ | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| SEARS | SR1998 | DT SS SOLI FANDANGO PINK | | 3 CARTONS | 3 AST | 24.000 USD AST | 72.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 390034852768 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 041 | | | | | | |
| SEARS ITEM/SKU | 261277 | | | | | | |

MH8DT12150MZ
MENS KNIT SS SOLID POLY POLO
SHORT SLEEVES POLO, FLAT KNIT COLLAR
SELF TAPE AND CONTRAST PIPING ALL AROUND NECK,
FRONT PLACKET WITH 2 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH CONTRAST SIDE VENT
BODY LENGTH FROM BACK HIGH POINT SHOULDER TO CROTCH
NO POCKET, NO ZIPPER
FABRICATION:
100%POLYESTER SOLID INTERLOCK
150GSM
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 18.9 / VERTICAL: 19.3

HANGING
HANGER CODE 484, HANGER COST $0.072/PC

| CONTRACT NO. | SR1998 | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8DT12150MZ | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE



# COMMERCIAL INVOICE

Page 3 of 11

DATE: September 18, 2018

INVOICE NO.: 201822030915

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

Vietnam

FTY MID NO.        VNALPCRE8101TAN

TO:        SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam        SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| SEARS | SR1998 | DT SS SOLI CORE WHITE | | 2 CARTONS | 2 AST | 32.000 USD AST | 64.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 300034870220 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 26128/ | | | | | | |

MH8DT12150MZ
MENS KNIT SS SOLID POLY POLO
SHORT SLEEVES POLO, FLAT KNIT COLLAR
SELF TAPE AND CONTRAST PIPING ALL AROUND NECK,
FRONT PLACKET WITH 2 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH CONTRAST SIDE VENT
BODY LENGTH FROM BACK HIGH POINT SHOULDER TO CROTCH
NO POCKET, NO ZIPPER
FABRICATION:
100%POLYESTER SOLID INTERLOCK
150GSM
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL ; 18.0 / VERTICAL: 19.3

HANGING
HANGER CODE 484, HANGER COST $0.072/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SR1998 | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | MH8DT12150MZ | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE | |

FACTORY NO.        104692
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SR1998 | DT SS SOLI CORE WHITE | | 2 CARTONS | 2 AST | 36.000 USD AST | 72.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 300034870246 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 26128/ | | | | | | |

MH8DT12150MZ
MENS KNIT SS SOLID POLY POLO
SHORT SLEEVES POLO, FLAT KNIT COLLAR
SELF TAPE AND CONTRAST PIPING ALL AROUND NECK,
FRONT PLACKET WITH 2 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH CONTRAST SIDE VENT
BODY LENGTH FROM BACK HIGH POINT SHOULDER TO CROTCH
NO POCKET, NO ZIPPER
FABRICATION:

# COMMERCIAL INVOICE

DATE: September 18, 2018

INVOICE NO.: 201822030915

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO:    Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

100%POLYESTER SOLID INTERLOCK
150GSM
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 18.9 / VERTICAL: 19.3

HANGING
HANGER CODE 484, HANGER COST $0.072/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SR1998 | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | MH8DT12150MZ | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE | |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM
LOT 6-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam

FTY MID NO.    VNALPCRE8101TAN

| SEARS | SR1998 | DT SS SOLI CORE WHITE | | 3 | 3 | 24.000 USD | 72.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 39003487/0253 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 26128/ | | | | | | |

MH8DT12150MZ
MENS KNIT SS SOLID POLY POLO
SHORT SLEEVES POLO, FLAT KNIT COLLAR
SELF TAPE AND CONTRAST PIPING ALL AROUND NECK,
FRONT PLACKET WITH 2 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH CONTRAST SIDE VENT
BODY LENGTH FROM BACK HIGH POINT SHOULDER TO CROTCH
NO POCKET, NO ZIPPER
FABRICATION:
100%POLYESTER SOLID INTERLOCK
150GSM
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 18.9 / VERTICAL: 19.3

HANGING
HANGER CODE 484, HANGER COST $0.072/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SR1998 | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | MH8DT12150MZ | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE | |

FACTORY NO.    104892

# COMMERCIAL INVOICE

Page 5 of 11

DATE: September 18, 2018

INVOICE NO.: 201822030915

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Vietnam

ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SR1998 | DT SS SOLI BUTTER YELLOW | 1 | 1 | 32.000 USD | 32.00 USD |
|-------|--------|--------------------------|---|---|------------|-----------|
|       |        |                          | CARTONS | AST | AST | |

ITEM:       390034871343
MADE IN     VIETNAM
CONTENTS    1 ASSORTMENT
SEARS DIV   641
SEARS ITEM/SKU  26129/

MHBDT12150MZ
MENS KNIT SS SOLID POLY POLO
SHORT SLEEVES POLO, FLAT KNIT COLLAR
SELF TAPE AND CONTRAST PIPING ALL AROUND NECK,
FRONT PLACKET WITH 2 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH CONTRAST SIDE VENT
BODY LENGTH FROM BACK HIGH POINT SHOULDER TO CROTCH
NO POCKET, NO ZIPPER
FABRICATION:
100%POLYESTER SOLID INTERLOCK
150GSM
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 18.9 / VERTICAL: 19.3

HANGING
HANGER CODE 484, HANGER COST $0.072/PC

CONTRACT NO.        SR1998
DC CODE             CCD
DIVISION NO.        Division 4
VENDOR ITEM CODE    MHBDT12150MZ
BINDING RULING # OR
PRECLASS #

REFERENCE NO.       803C
DEPARTMENT NO.      041
VENDOR NO.          7051
COUNTRY OF ORIGIN   VIETNAM
CATEGORY            838, RNONE

FACTORY NO.         104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.         VNALPCRE8101TAN

| SEARS | SR1998 | DT SS SOLI BUTTER YELLOW | 3 | 3 | 24.000 USD | 72.00 USD |
|-------|--------|--------------------------|---|---|------------|-----------|
|       |        |                          | CARTONS | AST | AST | |

ITEM:       390034871368
MADE IN     VIETNAM
CONTENTS    1 ASSORTMENT
SEARS DIV   641
SEARS ITEM/SKU  26129/

# COMMERCIAL INVOICE

Page 6 of 11

DATE: September 18, 2018

INVOICE NO.: 201822030915

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam    SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

MH8DT12150MZ
MENS KNIT SS SOLID POLY POLO
SHORT SLEEVES POLO, FLAT KNIT COLLAR
SELF TAPE AND CONTRAST PIPING ALL AROUND NECK,
FRONT PLACKET WITH 2 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH CONTRAST SIDE VENT
BODY LENGTH FROM BACK HIGH POINT SHOULDER TO CROTCH
NO POCKET, NO ZIPPER
FABRICATION:
100%POLYESTER SOLID INTERLOCK
150GSM
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 18.9 / VERTICAL: 19.3

HANGING
HANGER CODE 484, HANGER COST $0.072/PC

| CONTRACT NO. | SR1998 | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8DT12150MZ | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC 1DZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| SEARS | SR1998 | DT SS SOLI POSEIDON | | 10 | 10 | 32,000 USD | 320,00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 390034876266 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEMSKU | 28130/ | | | | | | |

MH8DT12150MZ
MENS KNIT SS SOLID POLY POLO
SHORT SLEEVES POLO, FLAT KNIT COLLAR
SELF TAPE AND CONTRAST PIPING ALL AROUND NECK,
FRONT PLACKET WITH 2 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH CONTRAST SIDE VENT
BODY LENGTH FROM BACK HIGH POINT SHOULDER TO CROTCH
NO POCKET, NO ZIPPER
FABRICATION:
100%POLYESTER SOLID INTERLOCK
150GSM
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 18.9 / VERTICAL: 19.3

HANGING
HANGER CODE 484, HANGER COST $0.072/PC

| CONTRACT NO. | SR1998 | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8DT12150MZ | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

## COMMERCIAL INVOICE

Page 7 of 11

DATE: September 18, 2018

INVOICE NO.: 201822030815

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SR1998 | DT SS SOLI POSEIDON | 2 | 2 | 36.000 USD | 72.00 USD |
|-------|--------|---------------------|---|---|------------|-----------|
| | | | CARTONS | AST | | AST |

ITEM:            390034876516
MADE IN          VIETNAM
CONTENTS         1 ASSORTMENT
SEARS DIV        841
SEARS ITEM/SKU   26130/



MH8DT12150MZ
MENS KNIT SS SOLID POLY POLO
SHORT SLEEVES POLO, FLAT KNIT COLLAR
SELF TAPE AND CONTRAST PIPING ALL AROUND NECK,
FRONT PLACKET WITH 2 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH CONTRAST SIDE VENT
BODY LENGTH FROM BACK HIGH POINT SHOULDER TO CROTCH
NO POCKET, NO ZIPPER
FABRICATION:
100%POLYESTER SOLID INTERLOCK
150GSM
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 18.9 / VERTICAL: 19.3

HANGING
HANGER CODE 484, HANGER COST $0.072/PC

| CONTRACT NO. | SR1998 | REFERENCE NO. | 803C |
|--------------|--------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8DT12150MZ | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 838, RNONE |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | GR1988 | DT SS SOLI POSEIDON | 26 | 26 | 24.000 USD | 624.00 USD |
|-------|--------|---------------------|----|----|------------|------------|
| | | | CARTONS | AST | | AST |

ITEM:            390034876524
MADE IN          VIETNAM
CONTENTS         1 ASSORTMENT
SEARS DIV        841

## COMMERCIAL INVOICE

Page 8 of 11

DATE: September 18, 2018

INVOICE NO.: 201822030915

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam     SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

SEARS ITEM/SKU  26130/

MH8DT12150MZ
MENS KNIT SS SOLID POLY POLO
SHORT SLEEVES POLO, FLAT KNIT COLLAR
SELF TAPE AND CONTRAST PIPING ALL AROUND NECK,
FRONT PLACKET WITH 2 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH CONTRAST SIDE VENT
BODY LENGTH FROM BACK HIGH POINT SHOULDER TO CROTCH
NO POCKET, NO ZIPPER
FABRICATION:
100%POLYESTER SOLID INTERLOCK
150GSM
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 18.9 / VERTICAL: 19.3

HANGING
HANGER CODE 484, HANGER COST $0.072/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SR1998 | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | MH8DT12150MZ | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE | |

FACTORY NO.      104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.      VNALPCRE8101TAN

| SEARS | SR1998 | DT SS SOLI BLUE JEWEL | | 5 | 5 | 32.000 USD | 160.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 390034876631 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 26134/ | | | | | | |

MH8DT12150MZ
MENS KNIT SS SOLID POLY POLO
SHORT SLEEVES POLO, FLAT KNIT COLLAR
SELF TAPE AND CONTRAST PIPING ALL AROUND NECK,
FRONT PLACKET WITH 2 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH CONTRAST SIDE VENT
BODY LENGTH FROM BACK HIGH POINT SHOULDER TO CROTCH
NO POCKET, NO ZIPPER
FABRICATION:
100%POLYESTER SOLID INTERLOCK
150GSM
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 18.9 / VERTICAL: 19.3

HANGING
HANGER CODE 484, HANGER COST $0.072/PC



# COMMERCIAL INVOICE

Page 9 of 11

DATE: September 18, 2018

INVOICE NO.: 201822030915

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Vietnam

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SR1998 | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | MH8DT12150MZ | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE | |

FACTORY NO.       104692

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IOZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.       VNALPCRE8101TAN

| SEARS | SR1998 | DT SS SOLI BLUE JEWEL | | 2 CARTONS | 2 AST | 36.000 USD AST | 72.00 USD |
|---|---|---|---|---|---|---|---|

ITEM:       390034876649

MADE IN       VIETNAM

CONTENTS       1 ASSORTMENT

SEARS DIV       641

SEARS ITEM/SKU   26134/

MH8DT12150MZ
MENS KNIT SS SOLID POLY POLO
SHORT SLEEVER POLO, FLAT KNIT COLLAR
SELF TAPE AND CONTRAST PIPING ALL AROUND NECK,
FRONT PLACKET WITH 2 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH CONTRAST SIDE VENT
BODY LENGTH FROM BACK HIGH POINT SHOULDER TO CROTCH
NO POCKET, NO ZIPPER
FABRICATION:
100%POLYESTER SOLID INTERLOCK
150GSM
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 18.9 / VERTICAL: 19.3

HANGING
HANGER CODE 484, HANGER COST $0.072/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SR1998 | REFERENCE NO. | 803C | |
| DC CODE | CCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | MH8DT12150MZ | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE | |

FACTORY NO.       104692

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IOZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.       VNALPCRE8101TAN

# COMMERCIAL INVOICE

Page 10 of 11

DATE: September 18, 2018

INVOICE NO.: 201822030915

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:   SEARS ROEBUCK & CO,
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Vietnam



| SEARS | SR1998 | DT SS SOLI BLUE JEWEL | | 10 CARTONS | 10 AST | 24.000 USD AST | 240.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 3990034876656 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 26134/ | | | | | | |

MH8DT12150MZ
MENS KNIT SS SOLID POLY POLO
SHORT SLEEVES POLO, FLAT KNIT COLLAR
SELF TAPE AND CONTRAST PIPING ALL AROUND NECK,
FRONT PLACKET WITH 2 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH CONTRAST SIDE VENT
BODY LENGTH FROM BACK HIGH POINT SHOULDER TO CROTCH
NO POCKET, NO ZIPPER
FABRICATION:
100%POLYESTER SOLID INTERLOCK
150GSM
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 18.9 / VERTICAL: 19.3

HANGING
HANGER CODE 484, HANGER COST $0.072/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | SR1998 | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8DT12150MZ | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

FACTORY NO.          104692
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.          VNALPCRE8101TAN

PAYMENT TERM          Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER          OPEN ACCOUNT
LC#          NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 71 | 71 | ASSORTMENTS | 1,940.00 USD |

TOTAL US DOLLARS ONE THOUSAND NINE HUNDRED FORTY DOLLARS AND ZERO CENTS ONLY.

# COMMERCIAL INVOICE

Page 11 of 11

DATE: September 16, 2018

INVOICE NO.: 201822030915

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Vietnam

| ALPINE CREATIONS LTD | |
|---|---|
| EMPLOYEE NAME | NGUYEN THI BICH THAO |
| EMPLOYEE TITLE | EXPORT COORDINATOR - VTN1234 |

البـاين كـريشـتـز الـمـحـدودة
ALPINE CREATIONS LTD.
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.



1234

**UPS SUPPLY CHAIN SOLUTIONS**
**C/O VIET TRANS LINK CO.,LTD**
**FORWARDER'S CARGO RECEIPT**

UPS Supply Chain SolutionsSM

No.    7796042474

| | |
|---|---|
| SHIPPER / EXPORTER<br>ALPINE CREATIONS VIET NAM CO., LTD.<br>FACTORIES 7+8, LOT 08-10-12, ROAD NO. 03, TAN DUC INDUSTRIAL<br>ZONE, DUC HOA HA COMMUNE, DUC HOA DISTRICT, LONG AN<br>PROVINCE, VIETNAM.<br>TEL: +84 723 765 929 | UPS SUPPLY CHAIN SOLUTIONS, INC. hereby acknowledges receipt only for the external condition of the packages delivered to UPS Supply Chain Solutions, Inc. and the number of packages that were visible to UPS Supply Chain Solutions, Inc. It does not act as a receipt for the number of packages or items not readily and reasonably visible to UPS Supply Chain Solutions, Inc. |
| | REFERENCES |
| CONSIGNEE:<br>SEARS, ROEBUCK & CO.<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179 USA | PURCHASE ORDER NO.<br><br>LETTER OF CREDIT NO.    **ORIGINAL**<br><br>INVOICE NO. / DATED |
| NOTIFY PARTY<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE: (310) 404-2792 FAX: (310) 404-2962<br>ATTN: MARY ELLEN WRATSCHKO | UNLESS A HIGHER VALUE IS DECLARED AT THE BOTTOM OF THIS BOX FOR AN EXTRA CHARGE, LIABILITY IS LIMITED TO $0.25 PER POUND, IF COGSA GOVERNS WITH THE FORCE OF LAW ITS LIMITATION, DESCRIBED IN PARAGRAPH 3 ON THE REVERSE SIDE, CONTROLS UNLESS A HIGHER VALUE IS DECLARED.<br><br>DECLARED VALUE IS |

| DATE RECEIVED<br>17 September 2018 | PLACE OF RECEIPT<br>HO CHI MINH CITY, VIET NAM | ONWARD INLAND ROUTING AND FINAL DESTINATION<br>MIRA LOMA, CA |
|---|---|---|
| EXPORTING CARRIER (VESSEL/AIRLINE)<br>NYK THESEUS 054E | PORT OF LOADING<br>HO CHI MINH CITY, VIET NAM | |
| SEA/AIR PORT OF DISCHARGE<br>LOS ANGELES, CA | INTENDED MOTHER VESSEL | |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NUMBERS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| LCL/LCL-CFS/CFS<br>BMOU6308693/40HC/<br>YMAB145564<br><br>SHIPPING MARKS:<br>SEARS SR1998<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS: | 71 CTNS | A PART OF 01X40'HC CONTAINER(S) S.T.C.:<br>71 CTNS<br><br>TOTAL: 485 PCS<br>MENS KNIT SS SOLID POLY POLO 100% POLYESTER<br>SOLID INTERLOCK 150GSM<br>STYLE: MH8DT12150MZ<br>PO#: SR1998 / REF#: 803C<br>ITEM#: 390034837575/390034837583<br>390034852798/390034870220<br>390034870246/390034870253<br>390034871343/390034871368<br>390034876268/390034876516<br>390034876524/390034876631<br>390034876649/390034876656<br>HS CODE: 6105.20.2010<br>FINAL DESTINATION AND CODE: CCD, MIRA<br>LOMA, CA, 91752, USA<br>SAY: SEVENTY ONE CARTONS ONLY | 164.82KGS | 1.535CBM |

**VIET TRANS LINK CO., LTD**
**HOCHIMINH CITY**

FREIGHT COLLECT ...................... As Agent

CLEAN ON BOARD
28 Sep, 2018

In witness whereof the freight forwarder has signed   THREE (03)  original forwarder's cargo receipt(s), all of this tenor and date, one of which being accomplished, the others to stand void.

Place and date of issue:   HO CHI MINH CITY, VIET NAM 28 Sep, 2018

UPS SUPPLY CHAIN SOLUTIONS, INC.

| SHIPPING ORDER NO. |
|---|
| 201822030915 |

CARGO IS RECEIVED SUBJECT TO THE TERMS SET FORTH
AND INCORPORATED BY REFERENCE ON THIS SIDE AND ON

# COMMERCIAL INVOICE

Page 1 of 9

DATE: September 18, 2018

INVOICE NO.: 201822031156

7051
ALPINE CREATIONS LTD
PLOT NO WT-16 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

[ VTN - 1235 ]

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SR1998 | DT SS SOLI FANDANGO PINK | 2 CARTONS | 2 AST | 24.000 USD AST | 48.90 USD |
| ITEM: | 390034852708 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 641 | | | | | |
| SEARS ITEM/SKU | 26127/ | | | | | |

MH8DT12150MZ
MENS KNIT SS SOLID POLY POLO
SHORT SLEEVES POLO, FLAT KNIT COLLAR
SELF TAPE AND CONTRAST PIPING ALL AROUND NECK,
FRONT PLACKET WITH 2 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH CONTRAST SIDE VENT
BODY LENGTH FROM BACK HIGH POINT SHOULDER TO CROTCH
NO POCKET, NO ZIPPER
FABRICATION:
100%POLYESTER SOLID INTERLOCK
150GSM
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 18.9 / VERTICAL: 19.3

HANGING
HANGER CODE 484, HANGER COST $0.072/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SR1998 | REFERENCE NO. | 803P | |
| DC CODE | PCO | DEPARTMENT NO. | 641 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | MH8DT12150MZ | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE | |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SR1998 | DT SS SOLI CORE WHITE | 2 CARTONS | 2 AST | 32.000 USD AST | 64.00 USD |
|---|---|---|---|---|---|---|
| ITEM: | 390024870220 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 641 | | | | | |
| SEARS ITEM/SKU | 26128/ | | | | | |

MH8DT12150MZ
MENS KNIT SS SOLID POLY POLO
SHORT SLEEVES POLO, FLAT KNIT COLLAR
SELF TAPE AND CONTRAST PIPING ALL AROUND NECK,
FRONT PLACKET WITH 2 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH CONTRAST SIDE VENT
BODY LENGTH FROM BACK HIGH POINT SHOULDER TO CROTCH
NO POCKET, NO ZIPPER
FABRICATION:
100%POLYESTER SOLID INTERLOCK
150GSM
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 18.9 / VERTICAL: 19.3

03/10/18





# COMMERCIAL INVOICE

Page 2 of 9

DATE: September 18, 2018

INVOICE NO.: 201822031156

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam          SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

HANGING
HANGER CODE 484, HANGER COST $0.072/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SR1998 | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | MHBDT12150MZ | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE | |

FACTORY NO.        104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.        VNALPCRE8101TAN

| SEARS | SR1998 | DT SS SOLI CORE WHITE | | 1 | 1 | 36.000  USD | 36.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| ITEM: | 390034870246 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 26126/ | | | | | | |

MHBDT12150MZ
MENS KNIT SS SOLID POLY POLO
SHORT SLEEVES POLO, FLAT KNIT COLLAR
SELF TAPE AND CONTRAST PIPING ALL AROUND NECK,
FRONT PLACKET WITH 2 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH CONTRAST SIDE VENT
BODY LENGTH FROM BACK HIGH POINT SHOULDER TO CROTCH
NO POCKET, NO ZIPPER
FABRICATION:
100%POLYESTER SOLID INTERLOCK
150GSM
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 18.9 / VERTICAL: 18.3

HANGING
HANGER CODE 484, HANGER COST $0.072/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SR1998 | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | MHBDT12150MZ | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE | |

FACTORY NO.        104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

# COMMERCIAL INVOICE

Page 3 of 9

DATE: September 18, 2018

INVOICE NO.: 201822031156

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Vietnam

Vietnam
FTY MID NO.        VNALPCRE8101TAN



| SEARS | SR1998 | DT SS SOLI CORE WHITE | | 2 CARTONS | 2 AST | 24.000 USD AST | 48.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 3000034870253 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 26128/ | | | | | | |

MH8DT12150MZ
MENS KNIT SS SOLID POLY POLO
SHORT SLEEVES POLO, FLAT KNIT COLLAR
SELF TAPE AND CONTRAST PIPING ALL AROUND NECK,
FRONT PLACKET WITH 2 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH CONTRAST SIDE VENT
BODY LENGTH FROM BACK HIGH POINT SHOULDER TO CROTCH
NO POCKET, NO ZIPPER
FABRICATION:
100%POLYESTER SOLID INTERLOCK
150GSM
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 18.9 / VERTICAL: 19.3

HANGING
HANGER CODE 484, HANGER COST $0.072/PC

| CONTRACT NO. | SR1998 | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8DT12150MZ | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

FACTORY NO.        104692

ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SR1998 | DT SS SOLI BUTTER YELLOW | | 2 CARTONS | 2 AST | 24.000 USD AST | 48.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 3000034871368 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 26129/ | | | | | | |

MH8DT12150MZ
MENS KNIT SS SOLID POLY POLO
SHORT SLEEVES POLO, FLAT KNIT COLLAR
SELF TAPE AND CONTRAST PIPING ALL AROUND NECK,
FRONT PLACKET WITH 2 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH CONTRAST SIDE VENT
BODY LENGTH FROM BACK HIGH POINT SHOULDER TO CROTCH
NO POCKET, NO ZIPPER
FABRICATION:

## COMMERCIAL INVOICE

Page 4 of 9
DATE: September 18, 2018
INVOICE NO.: 201822031156

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO: SEARS ROEBUCK & CO
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Vietnam

100%POLYESTER SOLID INTERLOCK
150GSM
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 18.9 / VERTICAL: 19.3

HANGING
HANGER CODE 484, HANGER COST $0.072/PC

| CONTRACT NO. | SR1898 | REFERENCE NO. | 803P |
| --- | --- | --- | --- |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8DT12150MZ | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SR1898 | DT SS SOLI POSEIDON | | 8 CARTONS | 8 AST | 32.000 USD AST | 256.00 USD |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ITEM: | 300034876266 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 26130/ | | | | | | |

MH8DT12150MZ
MENS KNIT SS SOLID POLY POLO
SHORT SLEEVES POLO, FLAT KNIT COLLAR
SELF TAPE AND CONTRAST PIPING ALL AROUND NECK,
FRONT PLACKET WITH 2 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH CONTRAST SIDE VENT
BODY LENGTH FROM BACK HIGH POINT SHOULDER TO CROTCH
NO POCKET, NO ZIPPER
FABRICATION:
100%POLYESTER SOLID INTERLOCK
150GSM
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 18.9 / VERTICAL: 19.3

HANGING
HANGER CODE 484, HANGER COST $0.072/PC

| CONTRACT NO. | SR1898 | REFERENCE NO. | 803P |
| --- | --- | --- | --- |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8DT12150MZ | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

FACTORY NO.    104892



# COMMERCIAL INVOICE

Page 5 of 9

DATE: September 18, 2018

INVOICE NO.: 201822031155

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.        VNALPCRE8101TAN

| SEARS | SR1998 | DT SS SOLI POSEIDON | | | 1 | 1 | 36.000 USD | 36.00 USD |
|-------|--------|---------------------|--|--|---|---|-----------|-----------|
| | | | | | CARTONS | AST | AST | |

ITEM:            390034876516
MADE IN          VIETNAM
CONTENTS         1 ASSORTMENT
SEARS DIV        641
SEARS ITEM/SKU   26130/

MH8DT12150MZ
MENS KNIT SS SOLID POLY POLO
SHORT SLEEVES POLO, FLAT KNIT COLLAR
SELF TAPE AND CONTRAST PIPING ALL AROUND NECK,
FRONT PLACKET WITH 2 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH CONTRAST SIDE VENT
BODY LENGTH FROM BACK HIGH POINT SHOULDER TO CROTCH
NO POCKET, NO ZIPPER
FABRICATION:
100%POLYESTER SOLID INTERLOCK
150GSM
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 18.9 / VERTICAL: 19.3

HANGING
HANGER CODE 484, HANGER COST $0.072/PC

| CONTRACT NO. | SR1998 | REFERENCE NO. | 803P |
|--------------|--------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8DT12150MZ | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 838, RNONE |

FACTORY NO.        104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.        VNALPCRE8101TAN

| SEARS | SR1998 | DT SS SOLI POSEIDON | | | 22 | 22 | 24.000 USD | 528.00 USD |
|-------|--------|---------------------|--|--|----|----|-----------|-----------|
| | | | | | CARTONS | AST | AST | |

ITEM:            390034876524
MADE IN          VIETNAM
CONTENTS         1 ASSORTMENT
SEARS DIV        641
SEARS ITEM/SKU   26130/

## COMMERCIAL INVOICE

Page 6 of 9

DATE: September 18, 2018

INVOICE NO.: 201822031156

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

MH8DT12150MZ
MENS KNIT SS SOLID POLY POLO
SHORT SLEEVES POLO, FLAT KNIT COLLAR
SELF TAPE AND CONTRAST PIPING ALL AROUND NECK,
FRONT PLACKET WITH 2 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH CONTRAST SIDE VENT
BODY LENGTH FROM BACK HIGH POINT SHOULDER TO CROTCH
NO POCKET, NO ZIPPER
FABRICATION:
100%POLYESTER SOLID INTERLOCK
150GSM
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 18.6 / VERTICAL: 19.3

HANGING
HANGER CODE 484, HANGER COST $0.072/PC

| | | |
|---|---|---|
| CONTRACT NO. | SR1998 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8DT12150MZ | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

FACTORY NO.        104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.        VNALPCRE8101TAN

| SEARS | SR1998 | DT SS SOLI BLUE JEWEL | | 4 | 4 | 32.000  USD | 128.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM:        000034876631
MADE IN        VIETNAM
CONTENTS        1 ASSORTMENT
SEARS DIV        041
SEARS ITEM/SKU        26134/

MH8DT12150MZ
MENS KNIT SS SOLID POLY POLO
SHORT SLEEVES POLO, FLAT KNIT COLLAR
SELF TAPE AND CONTRAST PIPING ALL AROUND NECK,
FRONT PLACKET WITH 2 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH CONTRAST SIDE VENT
BODY LENGTH FROM BACK HIGH POINT SHOULDER TO CROTCH
NO POCKET, NO ZIPPER
FABRICATION:
100%POLYESTER SOLID INTERLOCK
150GSM
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 18.9 / VERTICAL: 19.3

HANGING
HANGER CODE 484, HANGER COST $0.072/PC

| | | |
|---|---|---|
| CONTRACT NO. | SR1998 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8DT12150MZ | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |





**COMMERCIAL INVOICE**

Page 7 of 9
DATE: September 18, 2018
INVOICE NO.: 201822031156

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Vietnam

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SR1998 | DT SS SOLI BLUE JEWEL | | 1 | 1 | 36.000  USD | 36.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 3900349876649 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 26134/ | | | | | | |

MH8DT12150MZ
MENS KNIT SS SOLID POLY POLO
SHORT SLEEVES POLO, FLAT KNIT COLLAR
SELF TAPE AND CONTRAST PIPING ALL AROUND NECK,
FRONT PLACKET WITH 2 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH CONTRAST SIDE VENT
BODY LENGTH FROM BACK HIGH POINT SHOULDER TO CROTCH
NO POCKET, NO ZIPPER
FABRICATION:
100%POLYESTER SOLID INTERLOCK
150GSM
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 18.9 / VERTICAL: 19.3

HANGING
HANGER CODE 484, HANGER COST $0.072/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SR1998 | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | MH8DT12150MZ | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE | |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SR1998 | DT SS SOLI BLUE JEWEL | | 8 | 8 | 24.000  USD | 192.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 3900349876656 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |

## COMMERCIAL INVOICE

Page 8 of 9

DATE: September 18, 2018

INVOICE NO.: 201822031156

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam     SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB Vietnam

SEARS ITEM/SKU  26134/

MHRDT12150MZ
MENS KNIT SS SOLID POLY POLO
SHORT SLEEVES POLO, FLAT KNIT COLLAR
SELF TAPE AND CONTRAST PIPING ALL AROUND NECK,
FRONT PLACKET WITH 2 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH CONTRAST SIDE VENT
BODY LENGTH FROM BACK HIGH POINT SHOULDER TO CROTCH
NO POCKET, NO ZIPPER
FABRICATION:
100%POLYESTER SOLID INTERLOCK
150GSM
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 18.0 / VERTICAL: 18.3

HANGING
HANGER CODE 484, HANGER COST $0.072/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | SR1998 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MHRDT12150MZ | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE. |

FACTORY NO.      104882
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.      VNALPCRE8101TAN

PAYMENT TERM        Open Acci
ORDER PAYMENT TERMS
DRAWN UNDER         OPEN ACCOUNT
LC#                 NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 53 | 53 | ASSORTMENTS | 1,420.00  USD |

TOTAL US DOLLARS ONE THOUSAND FOUR HUNDRED TWENTY DOLLARS AND ZERO CENTS ONLY.



## COMMERCIAL INVOICE

Page 9 of 9

DATE: September 18, 2018

INVOICE NO.: 201822031156

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam    SHIPPED TO:   Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

ALPINE CREATIONS LTD

EMPLOYEE NAME    NGUYEN THI BICH THAO
EMPLOYEE TITLE    EXPORT COORDINATOR - VTN1205

البــاين كـريبشنكر الـصحـدودة
**ALPINE CREATIONS LTD.**
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.





**UPS SUPPLY CHAIN SOLUTIONS**
**C/O VIET TRANS LINK CO.,LTD**
**FORWARDER'S CARGO RECEIPT**

UPS Supply Chain SolutionsSM

No. 7796042595

SHIPPER / EXPORTER
ALPINE CREATIONS VIET NAM CO., LTD.
FACTORIES 7+8, LOT 08-10-12, ROAD NO. 03, TAN DUC INDUSTRIAL ZONE, DUC HOA HA COMMUNE, DUC HOA DISTRICT, LONG AN PROVINCE, VIETNAM.
TEL: +84 723 765 929

UPS SUPPLY CHAIN SOLUTIONS, INC. hereby acknowledges receipt only for the external condition of the packages delivered to UPS Supply Chain Solutions, Inc. and the number of packages that were visible to UPS Supply Chain Solutions, Inc. It does not act as a receipt for the number of packages or items not readily and reasonably visible to UPS Supply Chain Solutions, Inc.

CONSIGNEE:
SEARS, ROEBUCK AND CO.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179 USA

REFERENCES

PURCHASE ORDER NO.

LETTER OF CREDIT NO.          **ORIGINAL**

INVOICE NO. / DATED

NOTIFY PARTY
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310) 404-2962
ATTN: MARY ELLEN WRATSCHKO

UNLESS A HIGHER VALUE IS DECLARED AT THE BOTTOM OF THIS BOX FOR AN EXTRA CHARGE, LIABILITY IS LIMITED TO $0.25 PER POUND. IF COGSA GOVERNS WITH THE FORCE OF LAW ITS LIMITATION, DESCRIBED IN PARAGRAPH 3 ON THE REVERSE SIDE, CONTROLS UNLESS A HIGHER VALUE IS DECLARED.

DECLARED VALUE IS _____

| DATE RECEIVED | PLACE OF RECEIPT | ONWARD INLAND ROUTING AND FINAL DESTINATION |
|---|---|---|
| 17 September 2018 | HOCHIMINH, VIETNAM | CHAMBERSBURG, PA |

| EXPORTING CARRIER (VESSEL/AIRLINE) | PORT OF LOADING |
|---|---|
| ESSEN EXPRESS 026E | HOCHIMINH, VIETNAM |

| SEA/AIR PORT OF DISCHARGE | INTENDED MOTHER VESSEL |
|---|---|
| NEW YORK, NY | |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| LCL/LCL-CFS/CFS YMMU4097787740DC/ YMAB145563 | 53 CTNS | A PART OF 01X40'DC CONTAINER(S) S.T.C.: 53 CTNS | 131.10KGS | 1.361CBM |
| SHIPPING MARKS: SEARS SR1998 ITEM NO: MADE IN:VIETNAM CONTENTS: | | TOTAL: 355 PCS MENS KNIT SS SOLID POLY POLO 100%POLYESTER SOLID INTERLOCK 150GSM STYLE: MH8DT12150MZ PO#: SR1998 /REF#: 803P ITEM#: 390034852798/390034870220 390034870246/390034870253 390034871368/390034876268 390034876516/390034876524 390034876631/390034876649 390034876656 HS CODE: 6105.20.2010 FINAL DESTINATION AND CODE: PCD, CHAMBERSBURG, PA, 17201, USA SAY: FIFTY THREE CARTONS ONLY | | |

**VIET TRANS LINK CO., LTD**
**HOCHIMINH CITY**

FREIGHT COLLECT                    As Agent

CLEAN ON BOARD
03 Oct, 2018

In witness whereof the freight forwarder has signed  01  original forwarder's cargo receipt(s), all of this tenor and date, one of which being accomplished, the others to stand void.

Place and date of issue:          HOCHIMINH, VIETNAM 03 Oct, 2018

UPS SUPPLY CHAIN SOLUTIONS, INC.

SHIPPING ORDER NO.
201822031156

CARGO IS RECEIVED SUBJECT TO THE TERMS SET FORTH AND INCORPORATED BY REFERENCE ON THIS SIDE AND ON THE REVERSE SIDE OF THIS DOCUMENT. COPIES OF WHICH

# COMMERCIAL INVOICE

Page 1 of 8

DATE: September 20, 2018

INVOICE NO.: 201822113010

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

[VDN-12336]

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Vietnam



| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SX6097 | ES PRINTED QUIET SHADE | 2 CARTONS | 2 AST | 34.650 USD AST | 69.30 USD |
| ITEM: | 090026570798 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 643 | | | | | |
| SEARS ITEM/SKU | 63419/ | | | | | |

STYLE NO: MH8ES36501YM
DESCRIPTION: MEN KNITTED PRINTED TRAINING SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
FABRICATION: 100% POLYESTER
STITCH COUNT PER CM: 22 HORIZONTAL / 23 VERTICAL
HANGING, HANGER CODE 6012B, HANGER COST $0.098/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | SX6097 | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8ES36501YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SX6097 | ES PRINTED BLUE GRASS | 6 CARTONS | 6 AST | 29.700 USD AST | 178.20 USD |
| ITEM: | 090029520641 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 643 | | | | | |
| SEARS ITEM/SKU | 63735/ | | | | | |

STYLE NO: MH8ES36501YM
DESCRIPTION: MEN KNITTED PRINTED TRAINING SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
FABRICATION: 100% POLYESTER
STITCH COUNT PER CM: 22 HORIZONTAL / 23 VERTICAL
HANGING, HANGER CODE 6012B, HANGER COST $0.098/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | SX6097 | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8ES36501YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE |

28/09/18

## COMMERCIAL INVOICE

Page 2 of 8

DATE: September 20, 2018

INVOICE NO.: 201822113010

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Vietnam

FACTORY NO.          104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.          VNALPCRE8101TAN

| SEARS | SX6097 | ES PRINTED BLUE GRASS | 3 | 3 | 39.600 USD | 118.80 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 090029532439 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 643 | | | | | |
| SEARS ITEM/SKU | 63735/ | | | | | |

STYLE NO: MH8ES36501YM
DESCRIPTION: MEN KNITTED PRINTED TRAINING SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
FABRICATION: 100% POLYESTER
STITCH COUNT PER CM: 22 HORIZONTAL / 23 VERTICAL
HANGING, HANGER CODE 6012B, HANGER COST $0.098/PC

| CONTRACT NO. | SX6097 | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8ES36501YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE |

FACTORY NO.          104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.          VNALPCRE8101TAN

| SEARS | SX6097 | ES PRINTED BLUE GRASS | 2 | 2 | 34.650 USD | 69.30 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 090029532447 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 643 | | | | | |
| SEARS ITEM/SKU | 63735/ | | | | | |

STYLE NO: MH8ES36501YM
DESCRIPTION: MEN KNITTED PRINTED TRAINING SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
FABRICATION: 100% POLYESTER
STITCH COUNT PER CM: 22 HORIZONTAL / 23 VERTICAL
HANGING, HANGER CODE 6012B, HANGER COST $0.098/PC

# COMMERCIAL INVOICE

Page 3 of 8
DATE: September 20, 2018
INVOICE NO.: 201822113010

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO:  Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| CONTRACT NO. | SX6097 | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8ES36501YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SX6097 | ES PRINTED BLACK ONYX | | 6 CARTONS | 6 AST | 29.700 USD AST | 178.20 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 090029532538 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 643 | | | | | | |
| SEARS ITEM/SKU | 63743/ | | | | | | |

STYLE NO: MH8ES36501YM
DESCRIPTION: MEN KNITTED PRINTED TRAINING SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
FABRICATION: 100% POLYESTER
STITCH COUNT PER CM: 22 HORIZONTAL / 23 VERTICAL
HANGING, HANGER CODE 6012B, HANGER COST $0.098/PC

| CONTRACT NO. | SX6097 | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8ES36501YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SX6097 | ES PRINTED BLACK ONYX | | 3 CARTONS | 3 AST | 39.600 USD AST | 118.80 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 090029533247 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 643 | | | | | | |

# COMMERCIAL INVOICE

Page 4 of 8

DATE: September 20, 2018

INVOICE NO.: 201822113010

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Vietnam

SEARS ITEM/SKU | 63743/

STYLE NO: MH8ES36501YM
DESCRIPTION: MEN KNITTED PRINTED TRAINING SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
FABRICATION: 100% POLYESTER
STITCH COUNT PER CM: 22 HORIZONTAL / 23 VERTICAL
HANGING, HANGER CODE 6012B, HANGER COST $0.098/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | SX6097 | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8ES36501YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE |

FACTORY NO.         104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.         VNALPCRE8101TAN

| SEARS | SX6097 | ES PRINTED BLACK ONYX | | 2 | 2 | 34.650 USD | 89.30 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 090029533254 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 643 | | | | | | |
| SEARS ITEM/SKU | 63743/ | | | | | | |

STYLE NO: MH8ES36501YM
DESCRIPTION: MEN KNITTED PRINTED TRAINING SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
FABRICATION: 100% POLYESTER
STITCH COUNT PER CM: 22 HORIZONTAL / 23 VERTICAL
HANGING, HANGER CODE 6012B, HANGER COST $0.098/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | SX6097 | REFERENCE NO. | 803C |
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8ES36501YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE |

FACTORY NO.         104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.         VNALPCRE8101TAN



## COMMERCIAL INVOICE

Page 5 of 8
DATE: September 20, 2018
INVOICE NO.: 201822113010

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Vietnam

| SEARS | SX6097 | ES PRINTED SURF THE WEB | 6 CARTONS | 6 AST | 29.700 USD AST | 178.20 USD |
|---|---|---|---|---|---|---|

ITEM: 090029534252
MADE IN VIETNAM
CONTENTS 1 ASSORTMENT
SEARS DIV 643
SEARS ITEM/SKU 63747/

STYLE NO: MH8ES36501YM
DESCRIPTION: MEN KNITTED PRINTED TRAINING SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
FABRICATION: 100% POLYESTER
STITCH COUNT PER CM: 22 HORIZONTAL / 23 VERTICAL
HANGING, HANGER CODE 8012B, HANGER COST $0.098/PC

| CONTRACT NO. | SX6097 | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8ES36501YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE |

FACTORY NO. 104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO. VNALPCRE8101TAN

| SEARS | SX6097 | ES PRINTED SURF THE WEB | 3 CARTONS | 3 AST | 39.600 USD AST | 118.80 USD |
|---|---|---|---|---|---|---|

ITEM: 090029535119
MADE IN VIETNAM
CONTENTS 1 ASSORTMENT
SEARS DIV 643
SEARS ITEM/SKU 63747/

STYLE NO: MH8ES36501YM
DESCRIPTION: MEN KNITTED PRINTED TRAINING SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
FABRICATION: 100% POLYESTER
STITCH COUNT PER CM: 22 HORIZONTAL / 23 VERTICAL
HANGING, HANGER CODE 8012B, HANGER COST $0.098/PC

| CONTRACT NO. | SX6097 | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8ES36501YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE |

FACTORY NO. 104892

# COMMERCIAL INVOICE

Page 6 of 8

DATE: September 20, 2018

INVOICE NO.: 201822113010

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

Unlied Arab Emirates

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Holiman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam    SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SX6097 | ES PRINTED SURF THE WEB | | 2 CARTONS | 2 AST | 34.650 USD AST | 69.30 USD |
|---|---|---|---|---|---|---|---|

ITEM:  090029536117
MADE IN  VIETNAM
CONTENTS  1 ASSORTMENT
SEARS DIV  643
SEARS ITEM/SKU  63747/

STYLE NO: MH8ES36501YM
DESCRIPTION: MEN KNITTED PRINTED TRAINING SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
FABRICATION: 100% POLYESTER
STITCH COUNT PER CM: 22 HORIZONTAL / 23 VERTICAL
HANGING, HANGER CODE 6012B, HANGER COST $0.098/PC

| CONTRACT NO. | SX6097 | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8ES36501YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SX6097 | ES PRINTED QUIET SHADE | | 6 CARTONS | 6 AST | 29.700 USD AST | 178.20 USD |
|---|---|---|---|---|---|---|---|

ITEM:  090029536780
MADE IN  VIETNAM
CONTENTS  1 ASSORTMENT
SEARS DIV  643
SEARS ITEM/SKU  63419/

STYLE NO: MH8ES36501YM
DESCRIPTION: MEN KNITTED PRINTED TRAINING SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
FABRICATION: 100% POLYESTER
STITCH COUNT PER CM: 22 HORIZONTAL / 23 VERTICAL
HANGING, HANGER CODE 6012B, HANGER COST $0.098/PC

# COMMERCIAL INVOICE

Page 7 of 8
DATE: September 20, 2018
INVOICE NO.: 201822113010

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Vietnam

| CONTRACT NO. | SX6097 | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8ES36501YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847, RNONE |

FACTORY NO.                104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.         VNALPCRE8101TAN

| SEARS | SX6097 | ES PRINTED QUIET SHADE | | 3 CARTONS | 3 AST | 39.500 USD AST | 118.50 USD AST |
|---|---|---|---|---|---|---|---|
| ITEM: | 090029536869 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 643 | | | | | | |
| SEARS ITEM/SKU | 63419/ | | | | | | |

STYLE NO: MH8ES36501YM
DESCRIPTION: MEN KNITTED PRINTED TRAINING SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
FABRICATION: 100% POLYESTER
STITCH COUNT PER CM: 22 HORIZONTAL / 23 VERTICAL
HANGING, HANGER CODE 6012B, HANGER COST $0.098/PC

| CONTRACT NO. | SX6097 | REFERENCE NO. | 803C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8ES36501YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847, RNONE |

FACTORY NO.                104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.         VNALPCRE8101TAN

PAYMENT TERM          Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER          OPEN ACCOUNT



# COMMERCIAL INVOICE

Page 8 of 8

DATE: September 20, 2018

INVOICE NO.: 201822113010

**TO:**

7051
ALPINE CREATIONS LTD
PLOT NO WT-19 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 44 | 44 | ASSORTMENTS | 1,465.20  USD |

TOTAL US DOLLARS ONE THOUSAND FOUR HUNDRED SIXTY-FIVE DOLLARS AND TWENTY CENTS ONLY.

ALPINE CREATIONS LTD

EMPLOYEE NAME    NGUYEN THI BICH THAO

EMPLOYEE TITLE    EXPORT COORDINATOR - VTN1236

الياين كريشنر الملحدودة

**ALPINE CREATIONS LTD.**
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.



1236

**UPS SUPPLY CHAIN SOLUTIONS**
**C/O VIET TRANS LINK CO.,LTD**
**FORWARDER'S CARGO RECEIPT**

UPS Supply Chain SolutionsSM

No.    7796042463

SHIPPER / EXPORTER
ALPINE CREATIONS VIET NAM CO., LTD.
FACTORIES 7+8, LOT 08-10-12, ROAD NO. 03, TAN DUC INDUSTRIAL
ZONE, DUC HOA HA COMMUNE, DUC HOA DISTRICT, LONG AN
PROVINCE, VIETNAM.
TEL: +84 723 765 929

UPS SUPPLY CHAIN SOLUTIONS, INC. hereby acknowledges receipt only for the external condition of the packages delivered to UPS Supply Chain Solutions, Inc. and the number of packages that were visible to UPS Supply Chain Solutions, Inc. it does not act as a receipt for the number of packages or items not readily and reasonably visible to UPS Supply Chain Solutions, Inc

CONSIGNEE:
SEARS, ROEBUCK & CO.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179 USA

REFERENCES

PURCHASE ORDER NO.

LETTER OF CREDIT NO.        **ORIGINAL**

INVOICE NO. / DATED

NOTIFY PARTY
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310) 404-2962
ATTN: MARY ELLEN WRATSCHKO

UNLESS A HIGHER VALUE IS DECLARED AT THE BOTTOM OF THIS BOX FOR AN EXTRA CHARGE, LIABILITY IS LIMITED TO $0.25 PER POUND. IF COGSA GOVERNS WITH THE FORCE OF LAW ITS LIMITATION, DESCRIBED IN PARAGRAPH 3 ON THE REVERSE SIDE, CONTROLS UNLESS A HIGHER VALUE IS DECLARED.

DECLARED VALUE IS _____

| DATE RECEIVED | PLACE OF RECEIPT | ONWARD INLAND ROUTING AND FINAL DESTINATION |
|---|---|---|
| 17 September 2018 | HO CHI MINH CITY, VIET NAM | MIRA LOMA, CA |

| EXPORTING CARRIER (VESSEL/AIRLINE) | PORT OF LOADING |
|---|---|
| NYK THESEUS 054E | HO CHI MINH CITY, VIET NAM |

| SEA/AIR PORT OF DISCHARGE | INTENDED MOTHER VESSEL |
|---|---|
| LOS ANGELES, CA | |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| LCL/LCL-CFS/CFS BMOUG308693/40HC/ YMAB145564 | 44 CTNS | A PART OF 01X40'HC CONTAINER(S) S.T.C.: 44 CTNS | 106.80KGS | 1.287CBM |
| SHIPPING MARKS: SEARS SX6097 ITEM NO: MADE IN:VIETNAM CONTENTS: | | TOTAL: 296 PCS<br><br>MEN KNITTED PRINTED TRAINING SHORT 100% POLYESTER<br>STYLE: MH8ES36501YM<br>PO#: SX6097 / REF#: 803C<br>ITEM#:<br>090026970798/090029529641<br>090029532439/090029532447<br>090029532538/090029533247<br>090029533254/090029534252<br>090029535119/090029536117<br>090029538790/090029539889<br>HS CODE: 6103.43.1550<br>FINAL DESTINATION AND CODE: CCD, MIRA LOMA, CA, 91752, USA<br>SAY: FORTY FOUR CARTONS ONLY | | |

**VIET TRANS LINK CO., LTD**
**HOCHIMINH CITY**

As Agent

FREIGHT COLLECT

CLEAN ON BOARD
28 Sep, 2018

In witness whereof the freight forwarder has signed   THREE (03)  original forwarder's cargo receipt(s), all of this tenor and date, one of which being accomplished, the others to stand void.

Place and date of issue:    HO CHI MINH CITY, VIET NAM 28 Sep, 2018

UPS SUPPLY CHAIN SOLUTIONS, INC.

SHIPPING ORDER NO.
201822113010

CARGO IS RECEIVED SUBJECT TO THE TERMS SET FORTH
AND INCORPORATED BY REFERENCE ON THIS SIDE AND ON
THE REVERSE SIDE OF THIS DOCUMENT, COPIES OF WHICH



# COMMERCIAL INVOICE

Page 1 of 8

DATE: September 20, 2018

INVOICE NO.: 2018221I3270

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SX6097 | ES PRINTED QUIET SHADE | 2 CARTONS | 2 AST | 34,650 USD AST | 69.30 USD |
| ITEM: | 090026070706 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 643 | | | | | |
| SEARS ITEM/SKU | 63419/ | | | | | |

STYLE NO: MH8ES36501YM
DESCRIPTION: MEN KNITTED PRINTED TRAINING SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
FABRICATION: 100% POLYESTER
STITCH COUNT PER CM: 22 HORIZONTAL / 23 VERTICAL
HANGING, HANGER CODE 6012B, HANGER COST $0.098/PC

| CONTRACT NO. | SX6097 | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8ES36501YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-I2, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIB
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SX6097 | ES PRINTED BLUE GRASS | 5 CARTONS | 5 AST | 29.700 USD AST | 148.50 USD |
|---|---|---|---|---|---|---|
| ITEM: | 090026529641 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 643 | | | | | |
| SEARS ITEM/SKU | 63735/ | | | | | |

STYLE NO: MH8ES36501YM
DESCRIPTION: MEN KNITTED PRINTED TRAINING SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
FABRICATION: 100% POLYESTER
STITCH COUNT PER CM: 22 HORIZONTAL / 23 VERTICAL
HANGING, HANGER CODE 6012B, HANGER COST $0.098/PC

| CONTRACT NO. | SX6097 | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8ES36501YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE |

# COMMERCIAL INVOICE

Page 2 of 8

DATE: September 20, 2018

INVOICE NO.: 201822113270

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Vietnam

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SX6097 | ES PRINTED BLUE GRASS | | 2 CARTONS | 2 AST | 39.600 USD AST | 79.20 USD |
|-------|--------|----------------------|--|-----------|-------|---------------|----------|
| ITEM: | 090029532430 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 643 | | | | | | |
| SEARS ITEM/SKU | 53735/ | | | | | | |

STYLE NO: MH8ES36501YM
DESCRIPTION: MEN KNITTED PRINTED TRAINING SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
FABRICATION: 100% POLYESTER
STITCH COUNT PER CM: 22 HORIZONTAL / 23 VERTICAL
HANGING, HANGER CODE 6012B, HANGER COST $0.098/PC

| CONTRACT NO. | SX6097 | REFERENCE NO. | 803P |
|--------------|--------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8ES36501YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SX6097 | ES PRINTED BLUE GRASS | | 2 CARTONS | 2 AST | 34.650 USD AST | 69.30 USD |
|-------|--------|----------------------|--|-----------|-------|---------------|----------|
| ITEM: | 090029532447 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 643 | | | | | | |
| SEARS ITEM/SKU | 63735/ | | | | | | |

STYLE NO: MH8ES36501YM
DESCRIPTION: MEN KNITTED PRINTED TRAINING SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
FABRICATION: 100% POLYESTER
STITCH COUNT PER CM: 22 HORIZONTAL / 23 VERTICAL
HANGING, HANGER CODE 6012B, HANGER COST $0.098/PC

# COMMERCIAL INVOICE

Page 3 of 6

DATE: September 20, 2018

INVOICE NO.: 201822113270

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Vietnam

| | | |
|---|---|---|
| CONTRACT NO. | SX6097 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8ES36501YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SX6097 | ES PRINTED BLACK ONYX | | 5 CARTONS | 5 AST | 29.700 USD | 148.50 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 090029533258 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 643 | | | | | | |
| SEARS ITEM/SKU | 63743J | | | | | | |

STYLE NO: MH8ES36501YM
DESCRIPTION: MEN KNITTED PRINTED TRAINING SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
FABRICATION: 100% POLYESTER
STITCH COUNT PER CM: 22 HORIZONTAL / 23 VERTICAL
HANGING, HANGER CODE 6012B, HANGER COST $0.098/PC

| | | |
|---|---|---|
| CONTRACT NO. | SX6097 | REFERENCE NO. | 803P |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8ES36501YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SX6097 | ES PRINTED BLACK ONYX | | 2 CARTONS | 2 AST | 39.600 USD | 79.20 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 090029533247 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 643 | | | | | | |

# COMMERCIAL INVOICE

Page 4 of 8

DATE: September 20, 2018

INVOICE NO.: 201622113270

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hollman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

SEARS ITEM/SKU  63743/

STYLE NO: MH8ES36501YM
DESCRIPTION: MEN KNITTED PRINTED TRAINING SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
FABRICATION: 100% POLYESTER
STITCH COUNT PER CM: 22 HORIZONTAL / 23 VERTICAL
HANGING, HANGER CODE 6912B, HANGER COST $0.098/PC

| CONTRACT NO. | SX6097 | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8ES36501YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE |

FACTORY NO.        104692
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SX6097 | E5 PRINTED BLACK ONYX | | 2 | 2 | 34.650 USD | 69.30 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| ITEM: | 090029533254 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 643 | | | | | | |
| SEARS ITEM/SKU | 63743/ | | | | | | |

STYLE NO: MH8ES36501YM
DESCRIPTION: MEN KNITTED PRINTED TRAINING SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
FABRICATION: 100% POLYESTER
STITCH COUNT PER CM: 22 HORIZONTAL / 23 VERTICAL
HANGING, HANGER CODE 6912B, HANGER COST $0.098/PC

| CONTRACT NO. | SX6097 | REFERENCE NO. | 803P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8ES36501YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE |

FACTORY NO.        104692
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN



# COMMERCIAL INVOICE

Page 5 of 8

DATE: September 20, 2016

INVOICE NO.: 2016221113270

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| SEARS | SX6097 | ES PRINTED SURF THE WEB | | 5 | 5 | 29.700 USD | 148.50 USD |
|-------|--------|-------------------------|---|---|---|------------|------------|
| | | | | CARTONS | AST | AST | |

ITEM: 090029534252
MADE IN: VIETNAM
CONTENTS: 1 ASSORTMENT
SEARS DIV: 643
SEARS ITEM/SKU: 63747/

STYLE NO: MH8ES36501YM
DESCRIPTION: MEN KNITTED PRINTED TRAINING SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
FABRICATION: 100% POLYESTER
STITCH COUNT PER CM: 22 HORIZONTAL / 23 VERTICAL
HANGING, HANGER CODE 6012B, HANGER COST $0.098/PC

| CONTRACT NO. | SX6097 | REFERENCE NO. | 803P |
|--------------|--------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8ES36501YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03, TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SX6097 | ES PRINTED SURF THE WEB | | 2 | 2 | 39.500 USD | 79.20 USD |
|-------|--------|-------------------------|---|---|---|------------|-----------|
| | | | | CARTONS | AST | AST | |

ITEM: 090029535119
MADE IN: VIETNAM
CONTENTS: 1 ASSORTMENT
SEARS DIV: 643
SEARS ITEM/SKU: 63747/

STYLE NO: MH8ES36501YM
DESCRIPTION: MEN KNITTED PRINTED TRAINING SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
FABRICATION: 100% POLYESTER
STITCH COUNT PER CM: 22 HORIZONTAL / 23 VERTICAL
HANGING, HANGER CODE 6012B, HANGER COST $0.098/PC

| CONTRACT NO. | SX5097 | REFERENCE NO. | 803P |
|--------------|--------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MH8ES36501YM | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE |

FACTORY NO.    104892

# COMMERCIAL INVOICE

Page 6 of 8

DATE: September 20, 2018

INVOICE NO.: 201822113270

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SX6097 | ES PRINTED SURF THE WEB | 2 CARTONS | 2 AST | 34.650 USD AST | 69.30 USD |
|---|---|---|---|---|---|---|

ITEM: 090029538117
MADE IN    VIETNAM
CONTENTS    1 ASSORTMENT
SEARS DIV    643
SEARS ITEM/SKU    63747/

STYLE NO: MH8ES36501YM
DESCRIPTION: MEN KNITTED PRINTED TRAINING SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
FABRICATION: 100% POLYESTER
STITCH COUNT PER CM: 22 HORIZONTAL / 23 VERTICAL
HANGING, HANGER CODE 6012B, HANGER COST $0.098/PC

CONTRACT NO.    SX5097    REFERENCE NO.    803P
DC CODE    PCD    DEPARTMENT NO.    041
DIVISION NO.    Division 4    VENDOR NO.    7051
VENDOR ITEM CODE    MH8ES36501YM    COUNTRY OF ORIGIN    VIETNAM
BINDING RULING # OR PRECLASS #    CATEGORY    647, RNONE

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SX6097 | ES PRINTED QUIET SHADE | 5 CARTONS | 5 AST | 29.700 USD AST | 148.50 USD |
|---|---|---|---|---|---|---|

ITEM: 090029538700
MADE IN    VIETNAM
CONTENTS    1 ASSORTMENT
SEARS DIV    643
SEARS ITEM/SKU    63419/

STYLE NO: MH8ES36501YM
DESCRIPTION: MEN KNITTED PRINTED TRAINING SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
FABRICATION: 100% POLYESTER
STITCH COUNT PER CM: 22 HORIZONTAL / 23 VERTICAL
HANGING, HANGER CODE 6012B, HANGER COST $0.098/PC

# COMMERCIAL INVOICE

Page 7 of 8

DATE: September 20, 2018

INVOICE NO.: 201822113270

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Vietnam

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SX6097 | REFERENCE NO. | 803P | | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | | |
| VENDOR ITEM CODE | MH8ES36501YM | COUNTRY OF ORIGIN | VIETNAM | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE | | |

FACTORY NO.    104882
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SX6097 | ES PRINTED QUIET SHADE | | | 2 | 2 | 39.600 USD | 79.20 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |
| ITEM: | 090020509889 | | | | | | | |
| MADE IN | VIETNAM | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |
| SEARS DIV | 643 | | | | | | | |
| SEARS ITEM/SKU | 63419? | | | | | | | |

STYLE NO: MH8ES36501YM
DESCRIPTION: MEN KNITTED PRINTED TRAINING SHORT
MOCK FLY AT FRONT SIDE, ROUND SHOELACE DRAWSTRING AT FRONT WAISTBAND
POCKETING AT BOTH SIDE SEAM, SHORT LENGTH REACH TO KNEE
FABRICATION: 100% POLYESTER
STITCH COUNT PER CM: 22 HORIZONTAL / 23 VERTICAL
HANGING, HANGER CODE 6012B, HANGER COST $0.098/PC

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SX6097 | REFERENCE NO. | 803P | | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | | |
| VENDOR ITEM CODE | MH8ES36501YM | COUNTRY OF ORIGIN | VIETNAM | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE | | |

FACTORY NO.    104882
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

PAYMENT TERM    Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER    OPEN ACCOUNT



# COMMERCIAL INVOICE

Page 8 of 8

DATE: September 20, 2018

INVOICE NO.: 201822113270

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam      SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 36 | 36 | ASSORTMENTS | 1,188.00  USD |

TOTAL US DOLLARS ONE THOUSAND ONE HUNDRED EIGHTY-EIGHT DOLLARS AND ZERO CENTS ONLY.

ALPINE CREATIONS LTD

EMPLOYEE NAME      NGUYEN THI BICH THAO

EMPLOYEE TITLE      EXPORT COORDINATOR - VTN1237

البــاين كـرييشنــز المحــدودة
**ALPINE CREATIONS LTD.**
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.



**UPS SUPPLY CHAIN SOLUTIONS**
**C/O VIET TRANS LINK CO.,LTD**
**FORWARDER'S CARGO RECEIPT**

**UPS Supply Chain Solutions SM**

No.    7796042584

| | |
|---|---|
| SHIPPER / EXPORTER<br>ALPINE CREATIONS VIET NAM CO., LTD.<br>FACTORIES 7+8, LOT 08-10-12, ROAD NO. 03, TAN DUC INDUSTRIAL<br>ZONE, DUC HOA HA COMMUNE, DUC HOA DISTRICT, LONG AN<br>PROVINCE, VIETNAM.<br>TEL: +84 723 765 929 | UPS SUPPLY CHAIN SOLUTIONS, INC. hereby acknowledges receipt only for the external condition of the packages delivered to UPS Supply Chain Solutions, Inc. and the number of packages that were visible to UPS Supply Chain Solutions, Inc. It does not act as a receipt for the number of packages or items not readily and reasonably visible to UPS Supply Chain Solutions, Inc. |
| CONSIGNEE:<br>SEARS, ROEBUCK AND CO.<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179 USA | REFERENCES<br><br>PURCHASE ORDER NO.<br><br>LETTER OF CREDIT NO.    **ORIGINAL**<br><br>INVOICE NO. / DATED |
| NOTIFY PARTY<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE: (310) 404-2792 FAX: (310) 404-2962<br>ATTN: MARY ELLEN WRATSCHKO | UNLESS A HIGHER VALUE IS DECLARED AT THE BOTTOM OF THIS BOX FOR AN EXTRA CHARGE, LIABILITY IS LIMITED TO $0.25 PER POUND, OF GOODS GOVERNS WITH THE FORCE OF LAW ITS LIMITATION, DESCRIBED IN PARAGRAPH 13 ON THE REVERSE SIDE, CONTROLS UNLESS A HIGHER VALUE IS DECLARED.<br><br>DECLARED VALUE IS _____ |
| DATE RECEIVED<br>17 September 2018 | PLACE OF RECEIPT<br>HOCHIMINH, VIETNAM | ONWARD INLAND ROUTING AND FINAL DESTINATION<br>CHAMBERSBURG, PA |
| EXPORTING CARRIER (VESSEL/AIRLINE)<br>ESSEN EXPRESS 026E | PORT OF LOADING<br>HOCHIMINH, VIETNAM | |
| SEA/AIR PORT OF DISCHARGE<br>NEW YORK, NY | INTENDED MOTHER VESSEL | |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NUMBERS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| LCL/LCL-CFS/CFS<br>YMMU4097787/40DC/<br>YMAB145563<br><br>SHIPPING MARKS:<br>SEARS SX6097<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS: | 36 CTNS | A PART OF 01X40'DC CONTAINER(S) S.T.C.:<br>36 CTNS<br><br>TOTAL: 240 PCS<br><br>MEN KNITTED PRINTED TRAINING SHORT 100% POLYESTER<br>STYLE: MH8ES36501YM<br>PO#: SX6097 / REF#: 803P<br>ITEM#:<br>090026970798/090029529641<br>090029532439/090029532447<br>090029532538/090029533247<br>090029533254/090029534252<br>090029535119/090029536117<br>090029537890/090029539889<br>HS CODE: 6103.43.1550<br>FINAL DESTINATION AND CODE: PCD,<br>CHAMBERSBURG, PA, 17201, USA<br>SAY: THIRTY SIX CARTONS ONLY | 89.60 KGS | 1,156 CBM |

**VIET TRANS LINK CO., LTD**
**HOCHIMINH CITY**

FREIGHT COLLECT                    As Agent

CLEAN ON BOARD
03 Oct, 2018

In witness whereof the freight forwarder has signed   01   original
forwarder's cargo receipt(s), all of this tenor and date, one of which being
accomplished, the others to stand void.

Place and date of Issue:    HOCHIMINH, VIETNAM 03 Oct, 2018

UPS SUPPLY CHAIN SOLUTIONS, INC.

SHIPPING ORDER NO.
2018221|3270

CARGO IS RECEIVED SUBJECT TO THE TERMS SET FORTH
AND INCORPORATED BY REFERENCE ON THIS SIDE AND ON
THE REVERSE SIDE OF THIS DOCUMENT. COPIES OF WHICH



# COMMERCIAL INVOICE

Page 1 of 5

DATE: September 21, 2018

INVOICE NO.: 201822165011

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

VDN-1240

SHIPPED FROM: Halphong, Vietnam          SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SF9000 | EV SOLID S S BLACK ONYX | 7 CARTONS | 189 PIECES | 4.940 USD PIECES | 933.66 USD |

ITEM: 270047029236
MADE IN VIETNAM
CONTENTS 27 PIECES
SEARS DIV 607
SEARS ITEM/SKU 61519/025

STYLE: WC9ESS3900MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED
PLUS EV SOLID STRAPPY CAPRI, PERFORMANCE CAPRI, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT OUTSIDE WAISTBAND
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88% POLYESTER 12SPANDEX KNITTED JERSEY 260G/M2
HANGING, HANGER CODE 6012B

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF9000 | REFERENCE NO. | 601C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC9ESS3900MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE |

FACTORY NO. 102601
TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO. VNTRILIMBAC

| SEARS | SF9000 | EV SOLID S M BLACK ONYX | 11 CARTONS | 297 PIECES | 4.940 USD PIECES | 1,467.18 USD |
|---|---|---|---|---|---|---|

ITEM: 270047029277
MADE IN VIETNAM
CONTENTS 27 PIECES
SEARS DIV 607
SEARS ITEM/SKU 61519/030

STYLE: WC9ESS3900MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED
PLUS EV SOLID STRAPPY CAPRI, PERFORMANCE CAPRI, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT OUTSIDE WAISTBAND
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88% POLYESTER 12SPANDEX KNITTED JERSEY 260G/M2
HANGING, HANGER CODE 6012B

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF9000 | REFERENCE NO. | 601C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC9ESS3900MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE |

27/09/18

## COMMERCIAL INVOICE

Page 2 of 6

DATE: September 21, 2018

INVOICE NO.: 201822196011

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Haiphong, Vietnam

SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

FACTORY NO.        102801
TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.        VNTRILIMBAC

| SEARS | SF9000 | EV SOLID S L BLACK ONYX | 11 CARTONS | 297 PIECES | 4.940 USD PIECES | 1,467.18 USD |
|-------|--------|-------------------------|------------|------------|------------------|--------------|

ITEM:        270047029343
MADE IN        VIETNAM
CONTENTS        27 PIECES
SEARS DIV        607
SEARS ITEM/SKU  61519/031

STYLE: WC9ESS3900MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED
PLUS EV SOLID STRAPPY CAPRI, PERFORMANCE CAPRI, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT OUTSIDE WAISTBAND
NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88% POLYESTER 12SPANDEX KNITTED JERSEY 260G/M2
HANGING, HANGER CODE 6012B

CONTRACT NO.        SF9000
DC CODE             CCD
DIVISION NO.        Division 4
VENDOR ITEM CODE    WC9ESS3900MI
BINDING RULING # OR
PRECLASS #

REFERENCE NO.       801C
DEPARTMENT NO.      007
VENDOR NO.          7051
COUNTRY OF ORIGIN   VIETNAM
CATEGORY            648, RNONE

FACTORY NO.        102801
TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.        VNTRILIMBAC

| SEARS | SF9000 | EV SOLID S XL BLACK ONYX | 12 CARTONS | 324 PIECES | 4.940 USD PIECES | 1,600.56 USD |
|-------|--------|--------------------------|------------|------------|------------------|--------------|

ITEM:        270047031711
MADE IN        VIETNAM
CONTENTS        27 PIECES
SEARS DIV        607
SEARS ITEM/SKU  61519/032

STYLE: WC9ESS3900MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED
PLUS EV SOLID STRAPPY CAPRI, PERFORMANCE CAPRI, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT OUTSIDE WAISTBAND
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88% POLYESTER 12SPANDEX KNITTED JERSEY 260G/M2
HANGING, HANGER CODE 6012B

# COMMERCIAL INVOICE

Page 3 of 8

DATE: September 21, 2018

INVOICE NO.: 201822196011

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17005
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Haiphong, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Vietnam

| CONTRACT NO. | SF9000 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ESS3900MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE |

FACTORY NO.        102601

TRIDUC LIMITED COMPANY

DUC HIEP VLG,XUAN LAM COMMUNE

THUAN THANH DISTRICT

BAC NINH

Vietnam

FTY MID NO.        VNTRILIMBAC

| SEARS | SF9000 | EV SOLID S S FORGED IRON | 5 CARTONS | 135 PIECES | 4.940 USD PIECES | 666.90 USD |
|---|---|---|---|---|---|---|
| ITEM: | 270047033352 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 27 PIECES | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 61520/025 | | | | | |

STYLE: WC8ESS3900MI
DESCRIPTION: LADIES,88% POLYESTER 12% SPANDEX KNITTED
PLUS EV SOLID STRAPPY CAPRI, PERFORMANCE CAPRI, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT OUTSIDE WAISTBAND
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:22 HORIZONTAL / 18 VERTICAL
FABRICATION:88% POLYESTER 12SPANDEX KNITTED JERSEY 260G/M2
HANGING, HANGER CODE 6012B

| CONTRACT NO. | SF9000 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ESS3900MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE |

FACTORY NO.        102601

TRIDUC LIMITED COMPANY

DUC HIEP VLG,XUAN LAM COMMUNE

THUAN THANH DISTRICT

BAC NINH

Vietnam

FTY MID NO.        VNTRILIMBAC

| SEARS | SF9000 | EV SOLID S M FORGED IRON | 8 CARTONS | 216 PIECES | 4.940 USD PIECES | 1,067.04 USD |
|---|---|---|---|---|---|---|
| ITEM: | 270047033031 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 27 PIECES | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 61520/030 | | | | | |

# COMMERCIAL INVOICE

Page 4 of 6
DATE: September 21, 2018
INVOICE NO.: 201822198011

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Haiphong, Vietnam          SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

STYLE: WC9ES53900MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED
PLUS EV SOLID STRAPPY CAPRI, PERFORMANCE CAPRI, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT OUTSIDE WAISTBAND
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88% POLYESTER 12SPANDEX KNITTED JERSEY 260G/M2
HANGING, HANGER CODE 60128

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF9000 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC9ES53900MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE |

FACTORY NO.      102601
TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.      VNTRILIMBAC

| SEARS | SF9000 | EV SOLID S L FORGED IRON | 8 | 216 | 4,940  USD | 1,067.04  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| ITEM: | 270047036462 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 27  PIECES | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEMSKU | 51520/031 | | | | | |

STYLE: WC9ES53900MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED
PLUS EV SOLID STRAPPY CAPRI, PERFORMANCE CAPRI, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT OUTSIDE WAISTBAND
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88% POLYESTER 12SPANDEX KNITTED JERSEY 260G/M2
HANGING, HANGER CODE 60128

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF9000 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC9ES53900MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE |

FACTORY NO.      102601
TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.      VNTRILIMBAC

# COMMERCIAL INVOICE

Page 5 of 6

DATE: September 21, 2018

INVOICE NO.: 201822198011

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Haiphong, Vietnam        SHIPPED TO: Mira Loma., CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| SEARS | SF9000 | EV SOLID S XL FORGED IRON | 9 | 243 | 4.940 USD | 1,200.42 USD |
|-------|--------|---------------------------|-----|-----|-----------|--------------|
|       |        |                           | CARTONS | PIECES | PIECES |  |

| ITEM: | 270047036783 |
|-------|--------------|
| MADE IN | VIETNAM |
| CONTENTS | 27 PIECES |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61520/032 |

STYLE: WC8ES53900MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED
PLUS EV SOLID STRAPPY CAPRI, PERFORMANCE CAPRI, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT OUTSIDE WAISTBAND
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88% POLYESTER 12SPANDEX KNITTED JERSEY 260G/M2
HANGING, HANGER CODE 6012B

| CONTRACT NO. | SF9000 | REFERENCE NO. | 601C |
|--------------|--------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES53900MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # |  | CATEGORY | 648, RNONE |

| FACTORY NO. | 102601 |
|-------------|--------|
| TRIDUC LIMITED COMPANY | |
| DUC HIEP VLG,XUAN LAM COMMUNE | |
| THUAN THANH DISTRICT | |
| BAC NINH | |
| Vietnam | |
| FTY MID NO. | VNTRILIMBAC |

| PAYMENT TERM | Open Acct |
|--------------|-----------|
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 71 | 1,917 | PIECES | 9,469.98 USD |

TOTAL US DOLLARS NINE THOUSAND FOUR HUNDRED SIXTY-NINE DOLLARS AND NINETY-EIGHT CENTS ONLY.



# COMMERCIAL INVOICE

Page 6 of 6

DATE: September 21, 2018

INVOICE NO.: 201822196011

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Halphong, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Vietnam

| ALPINE CREATIONS LTD | |
|---|---|
| EMPLOYEE NAME | NGUYEN THI BICH THAO |
| EMPLOYEE TITLE | EXPORT COORDINATOR - VTN1240 |

الباين كريشنز المحدودة

ALPINE CREATIONS LTD.
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.



**UPS Supply Chain SolutionsSM**

### UPS SUPPLY CHAIN SOLUTIONS
### C/O VIET TRANS LINK CO.,LTD
### FORWARDER'S CARGO RECEIPT

No.    7796043321

| SHIPPER / EXPORTER |
|---|
| TRIDUC  COMPANY LIMITED, DUC HIEP VILLAGE, XUAN LAM COMMUNE, THUAN THANH DISTRICT, BAC NINH PROVINCE, VIETNAM. |

UPS SUPPLY CHAIN SOLUTIONS, INC. hereby acknowledges receipt only for the external condition of the packages delivered to UPS Supply Chain Solutions, Inc. and the number of packages that were visible to UPS Supply Chain Solutions, Inc. It does not act as a receipt for the number of packages or items not readily and reasonably visible to UPS Supply Chain Solutions, Inc.

| CONSIGNEE: | REFERENCES |
|---|---|
| SEARS ROEBUCK & CO 3333 BEVERLY ROAD HOFFMAN ESTATES, IL, 60179, USA | PURCHASE ORDER NO. |

**ORIGINAL**

LETTER OF CREDIT NO.
VHSE1809/0121
INVOICE NO. / DATED

| NOTIFY PARTY |
|---|
| UPS SUPPLY CHAIN SOLUTIONS 19701 HAMILTON AVENUE TORRANCE, CA 90502 ATTN: MARYELLEN WRATSCHKO TEL: (310) 404-2792 |

UNLESS A HIGHER VALUE IS DECLARED AT THE BOTTOM OF THIS BOX FOR AN EXTRA CHARGE, LIABILITY IS LIMITED TO $0.25 PER POUND. IF COGSA GOVERNS WITH THE FORCE OF LAW ITS LIMITATION, DESCRIBED IN PARAGRAPH 3 ON THE REVERSE SIDE, CONTROLS UNLESS A HIGHER VALUE IS DECLARED.

DECLARED VALUE IS _____

| DATE RECEIVED | PLACE OF RECEIPT | ONWARD INLAND ROUTING AND FINAL DESTINATION |
|---|---|---|
| 21 September 2018 | HAI PHONG, VIETNAM | MIRA LOMA, CA |
| EXPORTING CARRIER (VESSEL/AIRLINE) | PORT OF LOADING | |
| BRIDGE 1806 | HAI PHONG, VIETNAM | |
| SEA/AIR PORT OF DISCHARGE | INTENDED MOTHER VESSEL | |
| LOS ANGELES, CA | | |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CFS/CY /20GP | 71 CTNS | A PART OF 01X20'GP CONTAINER(S) S.T.C.: 71 CTNS | 583.97KGS | 4.080CBM |
| SHIPPING MARKS: SEARS SF9000 ITEM NO: MADE IN: VIETNAM CONTENTS: | | TOTAL: 1917 PCS STYLE: WC8ES53900MI LADIES KNITTED PLUS EV SOLID STRAPPY CAPRI, PERFORMANCE CAPRI 88% POLYESTER 12% SPANDEX PO# SF9000 REF# 801C ITEM# 270047029236 270047029277 270047029343 270047031711 270047033352 270047033931 – AS ATTACHED SHEET – | | |
| | | FREIGHT COLLECT | CLEAN ON BOARD 27 SEP, 2018 | |

In witness whereof the freight forwarder has signed  THREE (03)  original forwarder's cargo receipt(s), all of this tenor and date, one of which being accomplished, the others to stand void.

**VIET TRANS LINK CO., LTD**
**HANOI**

As Agent

Place and date of issue:    HAI PHONG, VIETNAM 27 SEP, 2018

UPS SUPPLY CHAIN SOLUTIONS, INC.

SHIPPING ORDER NO
201822106011

CARGO IS RECEIVED SUBJECT TO THE TERMS SET FORTH AND INCORPORATED BY REFERENCE ON THIS SIDE AND ON THE REVERSE SIDE OF THIS DOCUMENT, COPIES OF WHICH ARE AVAILABLE ON REQUEST.

Scanned with CamScanner

## ATTACHED LIST

| H-B/L No. | 7796043321 |
|---|---|
| Date | 27 SEP, 2018 |

| MARKS AND NUMBERS | DESCRIPTION OF GOODS: | |
|---|---|---|
| | 270047036462<br>270047036793<br><br>HS CODE: 6104.63.2006<br>SAY: SEVENTY ONE CARTONS ONLY | **ORIGINAL** |

VIET TRANS LINK CO., LTD
HANOI

As Agent

Scanned with CamScanner

# COMMERCIAL INVOICE

Page 1 of 6

DATE: September 21, 2018

INVOICE NO.: 201822196255

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

DVN·124T

SHIPPED FROM: Haiphong, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Vietnam



| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SF9000 | EV SOLID S S BLACK ONYX | 6 CARTONS | 182 PIECES | 4.940 USD PIECES | 900.28 USD |
| ITEM: | 270047029236 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 27 PIECES | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 61519/025 | | | | | |

STYLE: WC9ESS3900MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED
PLUS EV SOLID STRAPPY CAPRI, PERFORMANCE CAPRI, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT OUTSIDE WAISTBAND
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88% POLYESTER 12SPANDEX KNITTED JERSEY 260G/M2
HANGING, HANGER CODE 6012B

| CONTRACT NO. | SF9000 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ESS3900MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 848, RNONE |

FACTORY NO.        102601
TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.        VNTRILIMBAC

A - 158115

| SEARS | SF9000 | EV SOLID S M BLACK ONYX | 9 CARTONS | 243 PIECES | 4.940 USD PIECES | 1,200.42 USD |
|---|---|---|---|---|---|---|
| ITEM: | 270047029277 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 27 PIECES | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 61519/030 | | | | | |

STYLE: WC9ESS3900MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED
PLUS EV SOLID STRAPPY CAPRI, PERFORMANCE CAPRI, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT OUTSIDE WAISTBAND
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88% POLYESTER 12SPANDEX KNITTED JERSEY 260G/M2
HANGING, HANGER CODE 6012B

| CONTRACT NO. | SF9000 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ESS3900MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 848, RNONE |

27/09/18

# COMMERCIAL INVOICE

Page 2 of 6

DATE: September 21, 2018

INVOICE NO.: 201822196255

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Haiphong, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Vietnam

FACTORY NO.        102601
TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.        VNTRILIMBAC

| SEARS | SF9000 | EV SOLID S L BLACK ONYX | | 9 CARTONS | 243 PIECES | 4.940 USD PIECES | 1,200.42 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 270047029343 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 27 PIECES | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 61519/031 | | | | | | |

STYLE: WC9ES53900M9
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED
PLUS EV SOLID STRAPPY CAPRI, PERFORMANCE CAPRI, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT OUTSIDE WAISTBAND
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88% POLYESTER 12SPANDEX KNITTED JERSEY 260G/M2
HANGING, HANGER CODE 8012B

| CONTRACT NO. | SF9000 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCO | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES53900MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE |

FACTORY NO.        102601
TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.        VNTRILIMBAC

| SEARS | SF9050 | EV SOLID S XL BLACK ONYX | | 10 CARTONS | 270 PIECES | 4.940 USD PIECES | 1,333.80 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 270047031711 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 27 PIECES | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 61519/032 | | | | | | |

STYLE: WC9ES53900MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED
PLUS EV SOLID STRAPPY CAPRI, PERFORMANCE CAPRI, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT OUTSIDE WAISTBAND
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88% POLYESTER 12SPANDEX KNITTED JERSEY 260G/M2
HANGING, HANGER CODE 8012B

# COMMERCIAL INVOICE

Page 3 of 6

DATE: September 21, 2018

INVOICE NO.: 201822196255

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Haiphong, Vietnam     SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SF9000 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | WC8ESS3900MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE | |

FACTORY NO.     102601
TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.     VNTRILIM8AC

| SEARS | SF9000 | EV SOLID S S FORGED IRON | 4 CARTONS | 108 PIECES | 4.940 USD PIECES | 533.52 USD |
|---|---|---|---|---|---|---|

ITEM:     270047033352
MADE IN     VIETNAM
CONTENTS     27 PIECES
SEARS DIV     607
SEARS ITEM/SKU 61520/025

STYLE: WC8ESS3900MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED
PLUS EV SOLID STRAPPY CAPRI, PERFORMANCE CAPRI, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT OUTSIDE WAISTBAND
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88% POLYESTER 12SPANDEX KNITTED JERSEY 260G/M2
HANGING, HANGER CODE 6012B

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SF9000 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | WC8ESS3900MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE | |

FACTORY NO.     102601
TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.     VNTRILIM8AC

| SEARS | SF9000 | EV SOLID S M FORGED IRON | 6 CARTONS | 162 PIECES | 4.940 USD PIECES | 800.28 USD |
|---|---|---|---|---|---|---|

ITEM:     270047033931
MADE IN     VIETNAM
CONTENTS     27 PIECES
SEARS DIV     607
SEARS ITEM/SKU 61520/030