# COMMERCIAL INVOICE

Page 4 of 6

DATE: September 21, 2018

INVOICE NO.: 201822196255

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Haiphong, Vietnam        SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

STYLE: WC8ES53900MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED
PLUS EV SOLID STRAPPY CAPRI, PERFORMANCE CAPRI, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT OUTSIDE WAISTBAND
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88% POLYESTER 12SPANDEX KNITTED JERSEY 260G/M2
HANGING, HANGER CODE 6012B

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF9000 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES53900MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE |

FACTORY NO.        102601
TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.        VNTRILIMBAC

| SEARS | SF9000 | EV SOLID S L FORGED IRON | | 7 | 189 | 4.940 USD | 933.66 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 276047836462 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 27 PIECES | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 01620/031 | | | | | | |

STYLE: WC8ES53900MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED
PLUS EV SOLID STRAPPY CAPRI, PERFORMANCE CAPRI, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT OUTSIDE WAISTBAND
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88% POLYESTER 12SPANDEX KNITTED JERSEY 260G/M2
HANGING, HANGER CODE 6012B

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF9000 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES53900MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE |

FACTORY NO.        102601
TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.        VNTRILIMBAC

# COMMERCIAL INVOICE

Page 6 of 6

DATE: September 21, 2018

INVOICE NO.: 201822196255

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Haiphong, Vietnam    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| SEARS | SF9000 | EV SOLID S XL FORGED IRON | 7 CARTONS | 189 PIECES | 4.940 USD | 933.66 USD |
| --- | --- | --- | --- | --- | --- | --- |

ITEM: 270047036793
MADE IN VIETNAM
CONTENTS 27 PIECES
SEARS DIV 607
SEARS ITEM/SKU 61520/032

STYLE: WC8ES53000MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED
PLUS EV SOLID STRAPPY CAPRI, PERFORMANCE CAPRI, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT OUTSIDE WAISTBAND
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:22 HORIZONTAL / 16 VERTICAL
FABRICATION: 88% POLYESTER 12SPANDEX KNITTED JERSEY 260G/M2
HANGING, HANGER CODE 6012B

| CONTRACT NO. | SF9000 | REFERENCE NO. | 601P |
| --- | --- | --- | --- |
| DC CODE | PGD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES53000MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNQNE |

FACTORY NO. 102601
TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH:DISTRICT
BAC NINH
Vietnam
FTY MID NO. VNTRILIMBAC

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | AMOUNT (US$) |
| --- | --- | --- | --- |
| TOTAL INVOICE | 58 | 1,566 PIECES | 7,736.04 USD |

TOTAL US DOLLARS SEVEN THOUSAND SEVEN HUNDRED THIRTY-SIX DOLLARS AND FOUR CENTS ONLY.



# COMMERCIAL INVOICE

Page 6 of 8
DATE: September 21, 2018
INVOICE NO.: 201822196255

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

**TO:**    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Haiphong, Vietnam
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Chambersburg , PA

FOB Vietnam

| ALPINE CREATIONS LTD | |
| --- | --- |
| EMPLOYEE NAME | NGUYEN THI BICH THAO |
| EMPLOYEE TITLE | EXPORT COORDINATOR - VTN1241 |

البـاين كـريبشتـين المـحدودة
ALPINE CREATIONS LTD.
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.



**UPS SUPPLY CHAIN SOLUTIONS**
**C/O VIET TRANS LINK CO.,LTD**
**FORWARDER'S CARGO RECEIPT**

UPS Supply Chain SolutionsSM

No.    7796047325

| SHIPPER / EXPORTER | |
|---|---|
| TRIDUC COMPANY LIMITED.<br>DUC HIEP VILLAGE, XUAN LAM COMMUNE, THUAN THANH DISTRICT, BAC NINH PROVINCE, VIETNAM. | UPS SUPPLY CHAIN SOLUTIONS, INC. hereby acknowledges receipt only for the external condition of the packages delivered to UPS Supply Chain Solutions, Inc. and the number of packages that were visible to UPS Supply Chain Solutions, Inc. It does not act as a receipt for the number of packages or items not readily and reasonably visible to UPS Supply Chain Solutions, Inc. |

| | REFERENCES |
|---|---|
| CONSIGNEE:<br>SEARS ROEBUCK & CO<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES,<br>IL. 60179, USA | PURCHASE ORDER NO.<br><br>**ORIGINAL**<br><br>LETTER OF CREDIT NO.<br>VIISE1809/0117<br>INVOICE NO. / DATED |

| NOTIFY PARTY | |
|---|---|
| UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE<br>TORRANCE, CA 90502<br>ATTN: MARYELLEN WRATSCHKO<br>TEL: (310) 404-2792<br>FAX: (310)404-2962 | UNLESS A HIGHER VALUE IS DECLARED AT THE BOTTOM OF THIS BOX FOR AN EXTRA CHARGE, LIABILITY IS LIMITED TO $0.25 PER POUND. IF COGSA GOVERNS WITH THE FORCE OF LAW ITS LIMITATION, DESCRIBED IN PARAGRAPH 3 ON THE REVERSE SIDE, CONTROLS UNLESS A HIGHER VALUE IS DECLARED.<br><br>DECLARED VALUE IS |

| DATE RECEIVED<br>21 September 2018 | PLACE OF RECEIPT<br>HAI PHONG, VIETNAM | ONWARD INLAND ROUTING AND FINAL DESTINATION<br>CHAMBERSBURG, PA |
|---|---|---|
| EXPORTING CARRIER (VESSEL/AIRLINE)<br>YM INTELLIGENT 140S | PORT OF LOADING<br>HAI PHONG, VIETNAM | |
| SEA/AIR PORT OF DISCHARGE<br>NEW YORK, NY | INTENDED MOTHER VESSEL | |

| | | PARTICULARS FURNISHED BY SHIPPER | | |
|---|---|---|---|---|
| MARKS & NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
| CFS/CY<br>/20GP<br><br>SHIPPING MARKS:<br>SEARS SF9000<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS: | 58 CTNS | A PART OF 01X20'GP CONTAINER(S) S.T.C.:<br>58 CTNS<br><br>TOTAL: 1566 PCS<br><br>STYLE: WCBES53900MI<br><br>LADIES KNITTED<br>PLUS EV SOLID STRAPPY CAPRI, PERFORMANCE CAPRI 88% POLYESTER<br>12% SPANDEX<br><br>PO# SF9000<br>REF# 801P<br><br>ITEM#<br>270047029236<br>270047029277<br>270047029343<br>270047031711<br>270047033352<br>270047033931<br>-- AS ATTACHED SHEET --<br><br>FREIGHT COLLECT | 477.27KGS | 3.330CBM |
| | | | CLEAN ON BOARD<br>27 SEP, 2018 | |

In witness whereof the freight forwarder has signed THREE (03) original forwarder's cargo receipt(s), all of this tenor and date, one of which being accomplished, the others to stand void.

**VIET TRANS LINK CO., LTD**
**HANOI**

As Agent

Place and date of issue:    HAI PHONG, VIETNAM 27 SEP, 2018

UPS SUPPLY CHAIN SOLUTIONS, INC.

SHIPPING ORDER NO.
201822196255

CARGO IS RECEIVED SUBJECT TO THE TERMS SET FORTH AND INCORPORATED BY REFERENCE ON THIS SIDE AND ON THE REVERSE SIDE OF THIS DOCUMENT, COPIES OF WHICH ARE AVAILABLE ON REQUEST.

Scanned with CamScanner

## ATTACHED LIST

| H-B/L No. | 7796047325 |
|---|---|
| Date | 27 SEP, 2018 |

| MARKS AND NUMBERS | DESCRIPTION OF GOODS: |
|---|---|
| | 270047036462<br>270047036793<br><br>HS CODE: 6104.63.2006<br>SAY: FIFTY EIGHT CARTONS ONLY |

**ORIGINAL**

VIET TRANS LINK CO., LTD
HANOI

As Agent

Scanned with CamScanner



## COMMERCIAL INVOICE

Page 1 of 10

DATE: September 04, 2018

INVOICE NO.: 201822216358

7051
ALPINE CREATIONS LTD.
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

[EG-67370]

SHIPPED FROM: Damietta, Egypt      SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Egypt

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SS1640 | ODL SS P CORE WHITE | 19 CARTONS | 19 AST | 44.550 USD AST | 846.45 USD |
| ITEM: | 320015425648 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 641 | | | | | |
| SEARS ITEM/SKU | 02425/ | | | | | |

DESCRIPTION: MENS KNIT HEAVYWEIGHT SHORT SLEEVES POLO, FLATKNIT COLLAR
SELF TAPE ALL AROUND NECK, FRONT PLACKET WITH 3 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH SIDE VENT
FABRICATION: 100% POLYESTER 180 G/M2
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 29 / VERTICAL: 28
STYLE NO: MF8OL36153YM
HANGER CODE 484      HANGER COST USD0.072/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | SS1640 | REFERENCE NO. | 809 |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MF8OL30153YM | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

FACTORY NO.      052967      8 14541

ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.      EGALEAPP1217ALE

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SS1640 | ODL SS P CORE WHITE | 2 CARTONS | 2 AST | 44.550 USD AST | 89.10 USD |
| ITEM: | 320015425754 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 641 | | | | | |
| SEARS ITEM/SKU | 02425/ | | | | | |

STYLE NO: MF8OL36153YM
DESCRIPTION: MENS KNIT HEAVYWEIGHT SHORT SLEEVES POLO, FLATKNIT COLLAR
SELF TAPE ALL AROUND NECK, FRONT PLACKET WITH 3 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH SIDE VENT
FABRICATION: 100% POLYESTER 180 G/M2
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 29 / VERTICAL: 28
HANGER CODE 484      HANGER COST USD0.072/PC

| | | | |
|---|---|---|---|
| CONTRACT NO. | SS1640 | REFERENCE NO. | 809 |
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MF8OL36153YM | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

FACTORY NO.      052967

11/10/18

# COMMERCIAL INVOICE

DATE: September 04, 2018

INVOICE NO.: 201822216358

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:        SEARS ROEBUCK & CO.
           3333 Beverly Road
           Hoffman Estates, IL 60179
           US

SHIPPED FROM: Damietta, Egypt        SHIPPED TO:  Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

                                     FOB Egypt

ALEX APPARELS
STREET NO. 12-17
PLOT NO 210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.        EGALEAPP1217ALE

| SEARS | SS1640 | ODL SS P BLACK ONYX | | 94 CARTONS | 94 AST | 44.550 USD AST | 4,187.70 USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 320015432024 | | | | | | |
| **MADE IN** | EGYPT | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 24250/ | | | | | | |

STYLE NO: MF8OL36153YM
DESCRIPTION: MENS KNIT HEAVYWEIGHT SHORT SLEEVES POLO, FLATKNIT COLLAR
SELF TAPE ALL AROUND NECK, FRONT PLACKET WITH 3 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH SIDE VENT
FABRICATION: 100% POLYESTER 180 G/M2
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 29 / VERTICAL: 28
HANGER CODE 484        HANGER COST USD0.072/PC

| CONTRACT NO. | SS1640 | REFERENCE NO. | 809 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MF8OL36153YM | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

FACTORY NO.        052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO 210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.        EGALEAPP1217ALE

| SEARS | SS1640 | ODL SS P BLACK ONYX | | 20 CARTONS | 29 AST | 44.550 USD AST | 1,291.95 USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 320015432198 | | | | | | |
| **MADE IN** | EGYPT | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 641 | | | | | | |
| **SEARS ITEM/SKU** | 24250/ | | | | | | |

STYLE NO: MF8OL36153YM
DESCRIPTION: MENS KNIT HEAVYWEIGHT SHORT SLEEVES POLO, FLATKNIT COLLAR
SELF TAPE ALL AROUND NECK, FRONT PLACKET WITH 3 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH SIDE VENT
FABRICATION: 100% POLYESTER 180 G/M2
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 29 / VERTICAL: 28
HANGER CODE 484        HANGER COST USD0.072/PC

## COMMERCIAL INVOICE

Page 3 of 10

DATE: September 04, 2018

INVOICE NO.: 201822216350

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt       SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Egypt

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SS1640 | REFERENCE NO. | 809 | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | MF8OL36153YM | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 838, RNONE | |

FACTORY NO.        052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.        EGALEAPP1217ALE

| SEARS | SS1640 | ODL SS P BLACK ONYX | | 3 | 3 | 44.550 USD | 133.65 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 320015432881 | | | | | | |
| MADE IN | EGYPT | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 041 | | | | | | |
| SEARS ITEM/SKU | 24250/ | | | | | | |

STYLE NO: MF8OL36153YM
DESCRIPTION: MENS KNIT HEAVYWEIGHT SHORT SLEEVES POLO, FLATKNIT COLLAR
SELF TAPE ALL AROUND NECK, FRONT PLACKET WITH 3 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH SIDE VENT
FABRICATION: 100% POLYESTER 180 G/M2
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 29 / VERTICAL: 26
HANGER CODE 484      HANGER COST USD0.072/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SS1640 | REFERENCE NO. | 809 | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | MF8OL36153YM | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 838, RNONE | |

FACTORY NO.        052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.        EGALEAPP1217ALE

| SEARS | SS1640 | ODL SS P FORGED IRON | | 19 | 19 | 44.550 USD | 846.45 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 320015437585 | | | | | | |
| MADE IN | EGYPT | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 041 | | | | | | |
| SEARS ITEM/SKU | 24251/ | | | | | | |

STYLE NO: MF8OL36153YM

# COMMERCIAL INVOICE

Page 4 of 10

DATE: September 04, 2018

INVOICE NO.: 201822216358

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALi FREE ZONE
DUBAI

United Arab Emirates

TO:        SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt        SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Egypt

DESCRIPTION: MENS KNIT HEAVYWEIGHT SHORT SLEEVES POLO, FLATKNIT COLLAR
SELF TAPE ALL AROUND NECK, FRONT PLACKET WITH 3 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH SIDE VENT
FABRICATION: 100% POLYESTER 180 G/M2
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 29 / VERTICAL: 28
HANGER CODE 484       HANGER COST USD0.072/PC

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SS1640 | **REFERENCE NO.** | 809 | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 7051 | | |
| **VENDOR ITEM CODE** | MF8OL36153YM | **COUNTRY OF ORIGIN** | EGYPT | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 638, RNONE | | |

FACTORY NO.        052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.        EGALEAPP1217ALE

| SEARS | SS1640 | ODL SS P FORGED IRON | | | | 2 | 2 | 44.550  USD | 89.10  USD |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CARTONS | AST | AST | |
| **ITEM:** | 320015437601 | | | | | | | | |
| **MADE IN** | EGYPT | | | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | | | |
| **SEARS DIV** | 641 | | | | | | | | |
| **SEARS ITEM/SKU** | 24251/ | | | | | | | | |

STYLE NO: MF8OL36153YM
DESCRIPTION: MENS KNIT HEAVYWEIGHT SHORT SLEEVES POLO, FLATKNIT COLLAR
SELF TAPE ALL AROUND NECK, FRONT PLACKET WITH 3 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH SIDE VENT
FABRICATION: 100% POLYESTER 180 G/M2
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 29 / VERTICAL: 28
HANGER CODE 484       HANGER COST USD0.072/PC

| | | | | | |
|---|---|---|---|---|---|
| **CONTRACT NO.** | SS1640 | **REFERENCE NO.** | 800 | | |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 041 | | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 7051 | | |
| **VENDOR ITEM CODE** | MF8OL36153YM | **COUNTRY OF ORIGIN** | EGYPT | | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 638, RNONE | | |

FACTORY NO.        052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.        EGALEAPP1217ALE

# COMMERCIAL INVOICE

Page 5 of 10

DATE: September 04, 2018

INVOICE NO.: 201822216358

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt

SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Egypt

| SEARS | SS1640 | ODL SS P NAVY BLAZER | | 76 | 76 | 44.550 USD | 3,385.80 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM: 320015437775
MADE IN EGYPT
CONTENTS 1 ASSORTMENT
SEARS DIV 641
SEARS ITEM/SKU 24253/

STYLE NO: MF8OL36153YM
DESCRIPTION: MENS KNIT HEAVYWEIGHT SHORT SLEEVES POLO, FLATKNIT COLLAR
SELF TAPE ALL AROUND NECK, FRONT PLACKET WITH 3 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH SIDE VENT
FABRICATION: 100% POLYESTER 180 G/M2
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 29 / VERTICAL: 28
HANGER CODE 484      HANGER COST USD0.072/PC

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SS1640 | | REFERENCE NO. | 809 | |
| DC CODE | PCD | | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | MF8OL36153YM | | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | | CATEGORY | 638, RNONE | |

FACTORY NO.    052967
ALEK APPARELS
STREET NO. 12-17
PLOT NO:210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.    EGALEAPP1217ALE

| SEARS | SS1640 | ODL SS P NAVY BLAZER | | 28 | 28 | 44.550 USD | 1,247.40 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM: 320015439070
MADE IN EGYPT
CONTENTS 1 ASSORTMENT
SEARS DIV 641
SEARS ITEM/SKU 24253/

STYLE NO: MF8OL36153YM
DESCRIPTION: MENS KNIT HEAVYWEIGHT SHORT SLEEVES POLO, FLATKNIT COLLAR
SELF TAPE ALL AROUND NECK, FRONT PLACKET WITH 3 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH SIDE VENT
FABRICATION: 100% POLYESTER 180 G/M2
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 29 / VERTICAL: 28
HANGER CODE 484      HANGER COST USD0.072/PC

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SS1640 | | REFERENCE NO. | 809 | |
| DC CODE | PCD | | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | MF8OL36153YM | | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | | CATEGORY | 638, RNONE | |

FACTORY NO.    052967

# COMMERCIAL INVOICE

Page 6 of 10
DATE: September 04, 2018
INVOICE NO.: 201822216358

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt        SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB Egypt

ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.        EGALEAPP1217ALE

| SEARS | SS1640 | ODL SS P NAVY BLAZER | | 3 | 3 | 44.550 USD | 133.85 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 320015439250 | | | | | | |
| MADE IN | EGYPT | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 24253/ | | | | | | |

STYLE NO: MF8OL36153YM
DESCRIPTION: MENS KNIT HEAVYWEIGHT SHORT SLEEVES POLO, FLATKNIT COLLAR
SELF TAPE ALL AROUND NECK, FRONT PLACKET WITH 3 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH SIDE VENT
FABRICATION: 100% POLYESTER 180 GM2
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 29 / VERTICAL: 26
HANGER CODE 484      HANGER COST USD0.072/PC

| CONTRACT NO. | SS1640 | REFERENCE NO. | 809 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 041 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | MF8OL36153YM | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 838, RNONE |

FACTORY NO.        052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.        EGALEAPP1217ALE

| SEARS | SS1640 | ODL SS P PARASAILING | | 6 | 6 | 44.550 USD | 267.30 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 320015444961 | | | | | | |
| MADE IN | EGYPT | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 641 | | | | | | |
| SEARS ITEM/SKU | 24255/ | | | | | | |

STYLE NO: MF8OL36153YM
DESCRIPTION: MENS KNIT HEAVYWEIGHT SHORT SLEEVES POLO, FLATKNIT COLLAR
SELF TAPE ALL AROUND NECK, FRONT PLACKET WITH 3 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH SIDE VENT
FABRICATION: 100% POLYESTER 180 GM2
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 29 / VERTICAL: 26
HANGER CODE 484      HANGER COST USD0.072/PC

# COMMERCIAL INVOICE

Page 7 of 10

DATE: September 04, 2016

INVOICE NO.: 201622216358

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Egypt

| | | |
|---|---|---|
| CONTRACT NO. | SS1640 | |
| DC CODE | PCD | |
| DIVISION NO. | Division 4 | |
| VENDOR ITEM CODE | MF8OL36153YM | |
| BINDING RULING # OR PRECLASS # | | |

| | | |
|---|---|---|
| REFERENCE NO. | 809 | |
| DEPARTMENT NO. | 041 | |
| VENDOR NO. | 7051 | |
| COUNTRY OF ORIGIN | EGYPT | |
| CATEGORY | 638, RNONE | |

FACTORY NO.   052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.   EGALEAPP1217ALE

| SEARS | SS1640 | ODL SS P PARASAILING | 2 CARTONS | 2 AST | 44.550 USD AST | 89.10 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320015445729 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 041 | | | | | |
| SEARS ITEM/SKU | 24255/ | | | | | |

STYLE NO: MF8OL36153YM
DESCRIPTION: MENS KNIT HEAVYWEIGHT SHORT SLEEVES POLO, FLATKNIT COLLAR
SELF TAPE ALL AROUND NECK, FRONT PLACKET WITH 3 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH SIDE VENT
FABRICATION: 100% POLYESTER 180 G/M2
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 26 / VERTICAL: 28
HANGER CODE 484      HANGER COST USD0.072/PC

| | | |
|---|---|---|
| CONTRACT NO. | SS1640 | |
| DC CODE | PCD | |
| DIVISION NO. | Division 4 | |
| VENDOR ITEM CODE | MF8OL36153YM | |
| BINDING RULING # OR PRECLASS # | | |

| | | |
|---|---|---|
| REFERENCE NO. | 809 | |
| DEPARTMENT NO. | 041 | |
| VENDOR NO. | 7051 | |
| COUNTRY OF ORIGIN | EGYPT | |
| CATEGORY | 638, RNONE | |

FACTORY NO.   052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.   EGALEAPP1217ALE

| SEARS | SS1640 | ODL SS P WINETASTING | 41 CARTONS | 41 AST | 44.550 USD AST | 1,828.55 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320015446271 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 641 | | | | | |
| SEARS ITEM/SKU | 24255/ | STYLE NO: MF8OL36153YM | | | | |

# COMMERCIAL INVOICE

Page 8 of 10
DATE: September 04, 2018
INVOICE NO.: 201822216358

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt    SHIPPED TO:  Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB Egypt

DESCRIPTION: MENS KNIT HEAVYWEIGHT SHORT SLEEVES POLO, FLATKNIT COLLAR
SELF TAPE ALL AROUND NECK, FRONT PLACKET WITH 3 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH SIDE VENT
FABRICATION: 100% POLYESTER 180 G/M2
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 29 / VERTICAL: 28
HANGER CODE 484    HANGER COST USD0.072/PC

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SS1640 | REFERENCE NO. | 809 | | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | | |
| VENDOR ITEM CODE | MF8OL36153YM | COUNTRY OF ORIGIN | EGYPT | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE | | |

FACTORY NO.    052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.    EGALEAPP1217ALE

| SEARS | SS1640 | OOL SS P WINETASTING | | | 4 | | 4 | | 44.550 USD | | 178.20 USD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | | AST | | AST | | |
| ITEM: | 326015446289 | | | | | | | | | | |
| MADE IN | EGYPT | | | | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | | | | |
| SEARS DIV | 641 | | | | | | | | | | |
| SEARS ITEM/SKU | 24256/ | | | | | | | | | | |

STYLE NO: MF8OL36153YM
DESCRIPTION: MENS KNIT HEAVYWEIGHT SHORT SLEEVES POLO, FLATKNIT COLLAR
SELF TAPE ALL AROUND NECK, FRONT PLACKET WITH 3 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH SIDE VENT
FABRICATION: 100% POLYESTER 180 G/M2
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 29 / VERTICAL: 28
HANGER CODE 484    HANGER COST USD0.072/PC

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SS1640 | REFERENCE NO. | 809 | | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | | |
| VENDOR ITEM CODE | MF8OL36153YM | COUNTRY OF ORIGIN | EGYPT | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE | | |

FACTORY NO.    052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.    EGALEAPP1217ALE

# COMMERCIAL INVOICE

Page 9 of 10

DATE: September 04, 2018

INVOICE NO.: 201822215356

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Egypt

| SEARS | SS1640 | ODL SS P BIKING RED | | 14 | 14 | 44.550  USD | 623.70  USD |
|-------|--------|---------------------|---|----|----|-------------|-------------|
| | | | | CARTONS | AST | AST | |

ITEM: 320015447568
MADE IN EGYPT
CONTENTS 1 ASSORTMENT
SEARS DIV 841
SEARS ITEM/SKU 24268/

STYLE NO: MF8OL38153YM
DESCRIPTION: MENS KNIT HEAVYWEIGHT SHORT SLEEVES POLO, FLATKNIT COLLAR
SELF TAPE ALL AROUND NECK, FRONT PLACKET WITH 3 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH SIDE VENT
FABRICATION: 100% POLYESTER 180 G/M2
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 29 / VERTICAL: 28
HANGER CODE 484       HANGER COST USD0.072/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SS1640 | REFERENCE NO. | 809 | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | MF8OL38153YM | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE | |

FACTORY NO.    052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.    EGALEAPP1217ALE

| SEARS | SS1640 | ODL SS P BIKING RED | | 1 | 1 | 44.550  USD | 44.55  USD |
|-------|--------|---------------------|---|---|---|-------------|------------|
| | | | | CARTONS | AST | AST | |

ITEM: 320015454051
MADE IN EGYPT
CONTENTS 1 ASSORTMENT
SEARS DIV 841
SEARS ITEM/SKU 24268/

STYLE NO: MF8OL38153YM
DESCRIPTION: MENS KNIT HEAVYWEIGHT SHORT SLEEVES POLO, FLATKNIT COLLAR
SELF TAPE ALL AROUND NECK, FRONT PLACKET WITH 3 BUTTONS SET A LOCKING
COVERSTITCH SQUARED HEM BOTTOM WITH SIDE VENT
FABRICATION: 100% POLYESTER 180 G/M2
KNIT STITCH COUNT PER CENTIMETER: HORIZONTAL : 29 / VERTICAL: 28
HANGER CODE 484       HANGER COST USD0.072/PC

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SS1640 | REFERENCE NO. | 809 | |
| DC CODE | PCD | DEPARTMENT NO. | 041 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | MF8OL38153YM | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE | |

FACTORY NO.    052967

# COMMERCIAL INVOICE

Page 10 of 10

DATE: September 04, 2018

INVOICE NO.: 201822216358

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Egypt

ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.          EGALEAPP1217ALE

PAYMENT TERM          Letter of Credit
ORDER PAYMENT TERMS
DRAWN UNDER          BANK OF AMERICA
LC#          809593

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 343 | 343 | ASSORTMENTS | 15,280.65  USD |

TOTAL US DOLLARS FIFTEEN THOUSAND TWO HUNDRED EIGHTY DOLLARS AND SIXTY-FIVE CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

The merchandise covered by this invoice was produced in the Egyptian qualified industrial zone

Own quota, no quota charges are included in FOB price of goods.

ALPINE CREATIONS LTD

EMPLOYEE NAME          EIHAB ELHOFY

EMPLOYEE TITLE          EXPORT COORDINATOR - EG27370

البـــاين كريبشـنـز المحدودة
ALPINE CREATIONS LTD.
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.



UPS SUPPLY CHAIN SOLUTIONS
UPS SCS (EGYPT) LLC
13, Mfar El Tameer Buildings, 9th District
Sheraton Heliopolis
Cairo, Egypt
Tel.: +20 2 268 0136
Fax: +20 2 268 0135

THE COMPLETE SOLUTION

**FORWARDER'S CARGO RECEIPY**

| SHIPPER/EXPORTER | |
|---|---|
| ALEX APPARELS<br>PO BOX 23612<br>ALEXANDRIA PUBLIC FREE ZONE<br>PLOT 203<br>ALEXANDRIA<br>EGYPT | Received by UPS SCS Egypt hereinafter referred to bas FTI in apparent good order and condition, unless otherwise indicated, the following cargoes for shipment<br><br>by the first available vessel subject to the terms and conditions as hereunder : |

UPS SCS Egypt As Multimodel Transport Operator

| CONSIGNEE | |
|---|---|
| SEARS ROEBUCK & CO<br>3333 BEVERLY ROAD, HOFFMAN ESTATES,<br>IL 60179, US | FCR/ : 7083221209 |
| | SHIPPING ORDER # : 20182216366 |

| NOTIFY PARTY | |
|---|---|
| UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, TORRANCE,<br>CA 90502, UNITED STATES<br>MARY ELLEN WRATSCHKO<br>TEL:(310) 404-2792 | LETTER OF CREDIT # : |
| | INVOICE # : |
| | DATED : |

| PRE CARRIAGE BY | PORT OF LOADING | VALUE DECLARED : |
|---|---|---|
| | DAMIETTA, EG | |
| EXPORTING CARRIER<br>(VESSEL NAME/VOYAGE)<br>TORRENTE - 0IN1HW1MA | PORT OF DISCHARGE<br>DAMIETTA, EG | OCEAN FREIGHT : COLLECT |
| AIR SEA PORT OF DISCHARGE<br>NEW YORK | PLACE OF DELIVERY BY ON-CARRIER<br>CHAMBERSBURG,PA | ONWARD INLAND ROUTING AND FINAL DESTINATION |

| PARTICULARS FURNISHED BY SHIPPER | | | | |
|---|---|---|---|---|
| MARKS & NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGE AND GOODS | GROSS WEIGHT | MEASUREMENT |
| | | | KGS/BS | CBM/CFT |
| 1 X 20ST CONTAINER<br><br>ECMU1817775<br>G1736876 | 343 Ctns | Date Cargo Received 10.04.18<br>Date Document Received 10.04.18<br>GARMENTS<br>CONTRACT# SS1640 REF# 809 LC# 808593<br>ETD: 10.11.18<br>FINAL DESTINATION: Chambersburg, PA 17201<br>SHIPPER'S STOW, LOAD AND COUNT<br>FREIGHT COLLECT | G.W. 1290.000 KG<br><br><br>N.W. | 10.144 M3 |

ORIGINAL

| | |
|---|---|
| * APPLICABLE WHEN A THROUGH BILL OF LADING IB TO BE ISSUED<br>* THIS CARGO RECEIPT IS NOT A DOCUMENT OF TITLE<br>WE HAVE RECEIVED THE FOLLOWING DOCUMENTS : | IN ACCEPTING THIS CARGO RECEIPT, THE SHIPPER, CONSIGNEES AND OWNER OF THE GOODS AGREE TO BOUND BY ALL OF ITS STIPULATIONS, AND CONDITIONS AVAILABLE ON REQUEST |
| 1. SPECIAL CUSTOMS INVOICE #<br>    ORIGINAL                                    COPIES | IN WITNESS WHEREOF THE FREIGHT FORWARDER HAS SIGNED ONE ORIGINAL |
| 2. PACKING LIST<br>    ORIGINAL                                    COPIES | CARGO RECEIPT AT PLACE OF THIS FEAOR AND DATE, ONE WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID. |
| 2. COMMERCIAL INVOICE #<br>    ORIGINAL                                    COPIES | PLACE AND DATE OF ISSUE |
| 4. EXPORT LICENSE 4TH COPY WITH VISA STAMPED<br>    ORIGINAL                                    COPIES | UPS SCS EGYPT<br>TRANSPORTAION<br>INTERNATIONAL CO., LTD |
| 5. FORM A<br>    ORIGINAL                                    COPIES | |
| 6. INSPECTION CERTIFICATE<br>    ORIGINAL                                    COPIES | Cargo is received subject to the terms on the back side of this forwarder's cargo receipt |

UPS SCS Misr Elameer Bldgs.
9th District, Heliopolis  CAIRO 10044918
Cairo Egypt
Tel: + 202 2680 136
Fax: + 202 2680 135

# COMMERCIAL INVOICE

Page 1 of 26

DATE: September 27, 2018

INVOICE NO.: 201822210246

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

[VON. 12427]

SHIPPED FROM: Ho Chi Minh City, Vietnam

SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SE8856 | LACED UP S BLACK ONYX | 83 CARTONS | 83 AST | 33.000 USD AST | 2,739.00 USD |
| ITEM: | 320036570844 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 49477/ | | | | | |

style#:WS9ES78906MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED LACED UP SPORT BRA
SELF STRAPPING
MESH LINING AT FRONT LINING
REMOVABLE CUPS
REFLECTIVE SILVER LOGO AT WEARER?S CENTER BACK
STITCH COUNT PER CM 18 HORIZONTAL / 22 VERTICAL
FABRICTION: 88% POLYESTER 12% SPANDEX JERSEY WITH WICKING 260gsm
GARMENT LENGTH: 13?
: HANGING, HANGER CODE 484

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SE8856 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | WS9ES78906MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 649, RNONE | |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 5-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam

FTY MID NO.    VNALPCRE8101TAN

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SE6856 | LACED UP S BLACK ONYX | 127 CARTONS | 127 AST | 38.500 USD AST | 4,889.50 USD |
| ITEM: | 320036571933 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 49477/ | | | | | |

style#:WS9ES78906MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED LACED UP SPORT BRA
SELF STRAPPING
MESH LINING AT FRONT LINING
REMOVABLE CUPS
REFLECTIVE SILVER LOGO AT WEARER?S CENTER BACK
STITCH COUNT PER CM 18 HORIZONTAL / 22 VERTICAL
FABRICTION: 88% POLYESTER 12% SPANDEX JERSEY WITH WICKING 260gsm
GARMENT LENGTH: 13?
: HANGING, HANGER CODE 484

# COMMERCIAL INVOICE

Page 2 of 26

DATE: September 27, 2018

INVOICE NO.: 201822210246

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:  Mira Loma , CA

FOB Vietnam

| CONTRACT NO. | SE8856 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | DMsion 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WS9ES78906MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 649, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| SEARS | SE8857 | RUCHED PER BLUE CURACAO | | 83 | 83 | 27.900  USD | 2,315.70  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 320034183046 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 49104/ | | | | | | |

Style#:WS9ES78907MI
DESCRIPTION:LADIES 94% POLYESTER 6% SPANDEX KNITTED RUCHED PERFORMANCE TEE
PERFORMANCE TEE DTM TOPSTITCHING
REFLECTIVE SILVER LOGO AT WEARER?S LEFT HEM
STITCH COUNT PER CM 17 HORIZONTAL / 22 VERTICAL
FABRICATION: 94%POLYESTER 6%SPANDEX
HTR JERSEY 155gsm WITH WICKING
GARMENT LENGTH: 27?
HANGING, HANGER CODE 484

| CONTRACT NO. | SE8857 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WS9ES78907MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

## COMMERCIAL INVOICE

Page 3 of 26

DATE: September 27, 2018

INVOICE NO.: 201622210246

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Vietnam

| SEARS | SE8857 | RUCHED PER BLUE CURACAO | 126 CARTONS | 126 AST | 32.550 USD AST | 4,101.30 USD |
|-------|--------|--------------------------|-------------|---------|----------------|--------------|

| | |
|---|---|
| ITEM: | 320034183067 |
| MADE IN | VIETNAM |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 007 |
| SEARS ITEM/SKU | 49104/ |

Style#:WS9ES78907MI
DESCRIPTION: LADIES 94% POLYESTER 6% SPANDEX KNITTED RUCHED PERFORMANCE TEE
PERFORMANCE TEE DTM TOPSTITCHING
REFLECTIVE SILVER LOGO AT WEARER?S LEFT HEM
STITCH COUNT PER CM 17 HORIZONTAL / 22 VERTICAL
FABRICATION: 94%POLYESTER 6%SPANDEX
HTR JERSEY 155gsm WITH WICKING
GARMENT LENGTH: 27?
HANGING, HANGER CODE 484

| | | | |
|---|---|---|---|
| CONTRACT NO. | SE8857 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WS9ES78907MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.       104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.       VNALPCRE8101TAN

| SEARS | SE8857 | RUCHED PER BLACK ONYX | 149 CARTONS | 149 AST | 27.900 USD AST | 4,157.10 USD |
|-------|--------|------------------------|-------------|---------|----------------|--------------|

| | |
|---|---|
| ITEM: | 320034183145 |
| MADE IN | VIETNAM |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 007 |
| SEARS ITEM/SKU | 49127/ |

Style#:WS9ES78907MI
DESCRIPTION: LADIES 94% POLYESTER 6% SPANDEX KNITTED RUCHED PERFORMANCE TEE
PERFORMANCE TEE DTM TOPSTITCHING
REFLECTIVE SILVER LOGO AT WEARER?S LEFT HEM
STITCH COUNT PER CM 17 HORIZONTAL / 22 VERTICAL
FABRICATION: 94%POLYESTER 6%SPANDEX
HTR JERSEY 155gsm WITH WICKING
GARMENT LENGTH: 27?
HANGING, HANGER CODE 484

| | | | |
|---|---|---|---|
| CONTRACT NO. | SE8857 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WS9ES78907MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

# COMMERCIAL INVOICE

Page 4 of 26

DATE: September 27, 2018

INVOICE NO.: 201822210246

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Vietnam

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SE8857 | RUCHED PER BLACK ONYX | | 229 CARTONS | 229 AST | 32.550 USD AST | 7,453.95 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320034183723 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 49127/ | | | | | | |

Style#:WS9ES78907MI
DESCRIPTION: LADIES 94% POLYESTER 6% SPANDEX KNITTED RUCHED PERFORMANCE TEE
PERFORMANCE TEE DTM TOPSTITCHING
REFLECTIVE SILVER LOGO AT WEARER?S LEFT HEM
STITCH COUNT PER CM 17 HORIZONTAL / 22 VERTICAL
FABRICATION: 94%POLYESTER 6%SPANDEX
HTR JERSEY 155gsm WITH WICKING
GARMENT LENGTH: 27?
HANGING, HANGER CODE 484

| CONTRACT NO. | SE8857 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WS9ES78907MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SE8857 | RUCHED PER HIGH RISK RED | | 50 CARTONS | 50 AST | 32.550 USD AST | 1,627.50 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320034183772 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 49133/ | | | | | | |

Style#:WS9ES78907MI
DESCRIPTION: LADIES 94% POLYESTER 6% SPANDEX KNITTED RUCHED PERFORMANCE TEE
PERFORMANCE TEE DTM TOPSTITCHING
REFLECTIVE SILVER LOGO AT WEARER?S LEFT HEM
STITCH COUNT PER CM 17 HORIZONTAL / 22 VERTICAL
FABRICATION: 94%POLYESTER 6%SPANDEX

# COMMERCIAL INVOICE

Page 5 of 26

DATE: September 27, 2018

INVOICE NO.: 201822210246

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

HTR JERSEY 155gsm WITH WICKING
GARMENT LENGTH: 27?
HANGING, HANGER CODE 484

| | | | | |
|---|---|---|---|
| CONTRACT NO. | SE8657 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WS9ES78907MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| SEARS | SE8657 | RUCHED PER HIGH RISK RED | | 35 | 35 | 27.900 USD | 976.50 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 320034183830 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 49133/ | | | | | | |

Style#:WS9ES78907MI
DESCRIPTION: LADIES 94% POLYESTER 6% SPANDEX KNITTED RUCHED PERFORMANCE TEE
PERFORMANCE TEE DTM TOPSTITCHING
REFLECTIVE SILVER LOGO AT WEARER?S LEFT HEM
STITCH COUNT PER CM 17 HORIZONTAL / 22 VERTICAL
FABRICATION: 94%POLYESTER 6%SPANDEX
HTR JERSEY 155gsm WITH WICKING
GARMENT LENGTH: 27?
HANGING, HANGER CODE 484

| | | | | |
|---|---|---|---|
| CONTRACT NO. | SE8657 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WS9ES78907MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN



# COMMERCIAL INVOICE

Page 6 of 26
DATE: September 27, 2018
INVOICE NO.: 201822210246

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO:   Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| SEARS | SE8857 | RUCHED PER FORGED IRON | | 50 | 50 | 32.550 USD | 1,627.50 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM: 320034187336
MADE IN: VIETNAM
CONTENTS: 1 ASSORTMENT
SEARS DIV: 007
SEARS ITEM/SKU: 49134/

Style#:WS9ES78907MI
DESCRIPTION: LADIES 94% POLYESTER 6% SPANDEX KNITTED RUCHED PERFORMANCE TEE
PERFORMANCE TEE DTM TOPSTITCHING
REFLECTIVE SILVER LOGO AT WEARER?S LEFT HEM
STITCH COUNT PER CM 17 HORIZONTAL / 22 VERTICAL
FABRICATION: 94%POLYESTER 6%SPANDEX
HTR JERSEY 155gsm WITH WICKING
GARMENT LENGTH: 27?
HANGING, HANGER CODE 484

| CONTRACT NO. | SE8857 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WS9ES78907MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO. 104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SE8857 | RUCHED PER FORGED IRON | | 35 | 35 | 27.900 USD | 976.50 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM: 320034187443
MADE IN: VIETNAM
CONTENTS: 1 ASSORTMENT
SEARS DIV: 007
SEARS ITEM/SKU: 49134/

Style#:WS9ES78907MI
DESCRIPTION: LADIES 94% POLYESTER 6% SPANDEX KNITTED RUCHED PERFORMANCE TEE
PERFORMANCE TEE DTM TOPSTITCHING
REFLECTIVE SILVER LOGO AT WEARER?S LEFT HEM
STITCH COUNT PER CM 17 HORIZONTAL / 22 VERTICAL
FABRICATION: 94%POLYESTER 6%SPANDEX
HTR JERSEY 155gsm WITH WICKING
GARMENT LENGTH: 27?
HANGING, HANGER CODE 484

| CONTRACT NO. | SE8857 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WS9ES78907MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

# COMMERCIAL INVOICE

Page 7 of 20

DATE: September 27, 2018

INVOICE NO.: 201822210246

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

FACTORY NO.      104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.      VNALPCRE8101TAN

| SEARS | SE8858 | EV WIDE ST BLACK ONYX | 149 CARTONS | 149 AST | 28.500 USD AST | 4,246.50 USD |
|-------|--------|------------------------|-------------|---------|----------------|---------------|

| ITEM: | 320035865484 |
|-------|--------------|
| MADE IN | VIETNAM |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 49432/ |

STYLE#:WS9ES78010MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED EV
WIDE STRAP CROSS BACK SPORT BRA
POWER LINING
REMOVABLE CUPS
DTM TOPSTITCHING
REFLECTIVE SILVER LOGO AT WEARER?S CENTER BACK
TITCH COUNT PER CM 18 HORIZONTAL / 22 VERTICAL
FABRICTION: 88% POLYESTER 12% SPANDEX JERSEY WITH WICKING 260gsm
GARMENT LENGTH: 147
HANGING, HANGER CODE 484

| CONTRACT NO. | SE8858 | REFERENCE NO. | 801C |
|--------------|--------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WS9ES78010MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 649, RNONE |

FACTORY NO.      104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.      VNALPCRE8101TAN

| SEARS | SE8858 | EV WIDE ST BLACK ONYX | 229 CARTONS | 229 AST | 33.250 USD AST | 7,614.25 USD |
|-------|--------|------------------------|-------------|---------|----------------|---------------|

| ITEM: | 320035865492 |
|-------|--------------|
| MADE IN | VIETNAM |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 49432/ |

STYLE#:WS9ES78010MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED EV
WIDE STRAP CROSS BACK SPORT BRA
POWER LINING

# COMMERCIAL INVOICE

Page 8 of 26
DATE: September 27, 2018
INVOICE NO.: 201822210246

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 90179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

REMOVABLE CUPS
DTM TOPSTITCHING
REFLECTIVE SILVER LOGO AT WEARER?S CENTER BACK
TITCH COUNT PER CM 18 HORIZONTAL / 22 VERTICAL
FABRICTION: 88% POLYESTER 12% SPANDEX JERSEY WITH WICKING 260gsm
GARMENT LENGTH: 147
HANGING, HANGER CODE 484

| | | | |
|---|---|---|---|
| CONTRACT NO. | SE8858 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | W99ES78010MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 649, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| SEARS | SE8864 | EV SIDE ME BLACK ONYX | | 224 CARTONS | 224 AST | 57.500 USD AST | 12,880.00 USD |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| ITEM: | 320026445594 |
| MADE IN | VIETNAM |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 40315/ |

STYLE: W99ES53910MI
SEARS/EVERLAST/LADIES LEGGING
PRODUCT NAME:EVERLAST LEGGING
DYE TO MATCH TOPSTITCHING, NO POCKET, FULL LENGTH
POWER MESH INSERT AND WAISTBAND LINER
REFLECTIVE SILVER LOGO AT WEARER'S CENTER BACK
FABRICTION: 88% POLYESTER 12% SPANDEX KNITTED 260GSM
STITCH COUNT PER CM 18 HORIZONTAL / 22 VERTICAL
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | SE8864 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | W99ES53910MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648 |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN



# COMMERCIAL INVOICE

Page 9 of 26

DATE: September 27, 2018

INVOICE NO.: 201822210246

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| SEARS | SE8866 | EV SIDE ME FORGED IRON | | 138 CARTONS | 138 AST | 57.500 USD AST | 7,935.00 USD |

| ITEM: | 320034181446 |
| MADE IN | VIETNAM |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 49092/ |

STYLE#:WS9ES53910MI
DESCRIPTION: LADIES MESH POCKET LEGGING
TOPSTITCHING, POWER MESH INSERT AND WAISTBAND LINER
NO POCKETS, NO FLY, FULL LENGTH
FABRICTION: KNITTED 88% POLYESTER 12% SPANDEX 260GSM
STITCH COUNT PER CM 18 HORIZONTAL / 22 VERTICAL
FOLDED PACK

| CONTRACT NO. | SE8866 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WS9ESS3910MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648 |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SE8867 | EV TRACK S BLACK ONYX | | 139 CARTONS | 139 AST | 64.500 USD AST | 8,965.50 USD |

| ITEM: | 320034181511 |
| MADE IN | VIETNAM |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 49095/ |

STYLE#:WS9ES53916MI
DESCRIPTION: LADIES WOVEN LADIES PANTS
TOPSTITCHING, GROSGRAIN DRAWCORD
REFLECTIVE SILVER LOGO AT WEARER'S LEFT HIP, NO FLY, FULL LENGTH.
CONTRAST APPLIED SELF SIDE STRIPE COIL ZIPPERS AT POCKET OPENING
FABRICTION: 94%POLYESTER 6%SPANDEX
FOLDED PACK

| CONTRACT NO. | SE8867 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WS9ES53916MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648 |

FACTORY NO.    104892

# COMMERCIAL INVOICE

Page 10 of 26

DATE: September 27, 2018

INVOICE NO.: 201822210246

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Vietnam

ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SE8868 | EV TRACK S MEDIEVAL BLUE | | 65 CARTONS | 55 AST | 54.500 USD AST | 3,547.50 USD |
|-------|--------|---------------------------|---|----|----|----|----|

ITEM:       320034182998
MADE IN     VIETNAM
CONTENTS    1 ASSORTMENT
SEARS DIV   607
SEARS ITEM/SKU  49098/

Style#:WS9ESS3916MI
DESCRIPTION: LADIESWOVEN LADIES PANT
TOPSTITCHING, GROSGRAIN DRAWCORD, FULL LENGTH
CONTRAST APPLIED SELF SIDE STRIPE COIL ZIPPERS AT POCKET OPENING
REFLECTIVE SILVER LOGO AT WEARER'S LEFT HIP
FABRICTION: 94%POLYESTER 6%SPANDEX
FOLDED PACK

CONTRACT NO.     SE8868            REFERENCE NO.       901C
DC CODE          CCD               DEPARTMENT NO,      007
DIVISION NO.     Division 4        VENDOR NO.          7051
VENDOR ITEM CODE WS9ESS3916MI      COUNTRY OF ORIGIN   VIETNAM
BINDING RULING # OR                CATEGORY            648
PRECLASS #

FACTORY NO.      104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.      VNALPCRE8101TAN

| SEARS | SE8873 | EV DREAM J FORGED IRON | | 95 CARTONS | 95 AST | 53.000 USD AST | 6,048.00 USD |
|-------|--------|-------------------------|---|----|----|----|----|

ITEM:       320035865658
MADE IN     VIETNAM
CONTENTS    1 ASSORTMENT
SEARS DIV   607
SEARS ITEM/SKU  49434/

Style#:WS9ES78931MI
DESCRIPTION: LADIES 97%MODAL 3%SPANDEX KNITTED EV DREAM JERSEY FLOW CARDIGAN
DTM TOPSTITCHING BODY
NO LOGO
STITCH COUNT PER CM 20 HORIZONTAL / 18 VERTICAL
FABRICTION: 95%MODAL 5%SPANDEX 270gsm
GARMENT LENGTH: 20?
HANGING, HANGER CODE 484



## COMMERCIAL INVOICE

Page 11 of 26
DATE: September 27, 2018
INVOICE NO.: 201822210246

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SE8673 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | WS9ES76931MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SE8673 | EV DREAM J FORGED IRON | | 155 CARTONS | 155 AST | 73.500 USD | 11,392.50 USD AST |
|---|---|---|---|---|---|---|---|
| ITEM: | 320035865781 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 49434/ | | | | | | |

Style#:WS9ES76931MI
DESCRIPTION: LADIES 97%MODAL 3%SPANDEX KNITTED EV DREAM JERSEY FLOW CARDIGAN
OTM TCPSTITCHING BODY
NO LOGO
STITCH COUNT PER CM 20 HORIZONTAL / 18 VERTICAL
FABRICTION: 95%MODAL 5%SPANDEX 270gsm
GARMENT LENGTH: 28T
HANGING, HANGER CODE 484

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SE8673 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | WS9ES76931MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SE8673 | EV DREAM J BLACK ONYX | | 96 CARTONS | 96 AST | 63.000 USD | 6,048.00 USD AST |
|---|---|---|---|---|---|---|---|
| ITEM: | 320035865997 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

## COMMERCIAL INVOICE

Page 12 of 26

DATE: September 27, 2018

INVOICE NO.: 201822210246

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:

SEARS ROEBUCK & CO,
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Vietnam

| SEARS DIV | 607 |
|---|---|
| SEARS ITEM/SKU | 49438/ |

Style#:WS9ES78931MI
DESCRIPTION: LADIES 97%MODAL 3%SPANDEX KNITTED EV DREAM JERSEY FLOW CARDIGAN
DTM TOPSTITCHING BODY
NO LOGO
STITCH COUNT PER CM 20 HORIZONTAL / 18 VERTICAL
FABRICTION: 95%MODAL 5%SPANDEX 270gsm
GARMENT LENGTH: 28?
HANGING, HANGER CODE 484

| CONTRACT NO. | SE8873 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WS9ES78931MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.        VNALPCRE8101TAN

| SEARS | SE8873 | EV DREAM J BLACK ONYX | | 155 CARTONS | 155 AST | 73.500 USD AST | 11,382.50 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320036573715 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 49438/ | | | | | | |

*1085* 10 15

Style#:WS9ES78931MI
DESCRIPTION: LADIES 97%MODAL 3%SPANDEX KNITTED EV DREAM JERSEY FLOW CARDIGAN
DTM TOPSTITCHING BODY
NO LOGO
STITCH COUNT PER CM 20 HORIZONTAL / 18 VERTICAL
FABRICTION: 95%MODAL 5%SPANDEX 270gsm
GARMENT LENGTH: 28?
HANGING, HANGER CODE 484

| CONTRACT NO. | SE8873 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WS9ES78931MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE



# COMMERCIAL INVOICE

Page 13 of 26

DATE: September 27, 2018

INVOICE NO.: 201822210246

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

Vietnam

FTY MID NO.    VNALPCRE8101TAN

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| SEARS | SF8627 | EV HIGH WA S BLACK ONYX | 3 CARTONS | 81 PIECES | 5.050 USD PIECES | 409.05 USD |
|-------|--------|--------------------------|-----------|-----------|-------------------|------------|

ITEM:    320029976875
MADE IN    VIETNAM
CONTENTS    27 PIECES
SEARS DIV    607
SEARS ITEM/SKU    62061/025

STYLE: WC8ES53901MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED HIGH WAIST PEAK
PERFORMANCE CAPRI, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT OUTSIDE WAISTBAND
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88% POLYESTER 12SPANDEX KNITTED JERSEY 280G/M2
HANGING, HANGER CODE 6012B , HANGER COST $0.098/ASSORTMENT

CONTRACT NO.    SF8627    REFERENCE NO.    802C
DC CODE    CCD    DEPARTMENT NO.    007
DIVISION NO.    Division 4    VENDOR NO.    7051
VENDOR ITEM CODE    WC8ES53901MI    COUNTRY OF ORIGIN    VIETNAM
BINDING RULING # OR    CATEGORY    648, RNONE
PRECLASS #

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF8627 | EV HIGH WA M BLACK ONYX | 4 CARTONS | 108 PIECES | 5.050 USD PIECES | 545.40 USD |
|-------|--------|--------------------------|-----------|-----------|-------------------|------------|

ITEM:    320029976883
MADE IN    VIETNAM
CONTENTS    27 PIECES
SEARS DIV    607
SEARS ITEM/SKU    62061/030

STYLE: WC8ES53901MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED HIGH WAIST PEAK
PERFORMANCE CAPRI, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT OUTSIDE WAISTBAND
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88% POLYESTER 12SPANDEX KNITTED JERSEY 280G/M2
HANGING, HANGER CODE 6012B , HANGER COST $0.098/ASSORTMENT

# COMMERCIAL INVOICE

Page 14 of 26

DATE: September 27, 2018

INVOICE NO.: 201822210248

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam          SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SF8627 | REFERENCE NO. | 802C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | WC8ES53901MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE | |

FACTORY NO.          104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.          VNALPCRE8101TAN

| SEARS | SF8627 | EV HIGH WA L BLACK ONYX | | 5 CARTONS | 135 PIECES | 5.050 USD PIECES | 681.75 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320029976707 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 27 PIECES | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 62061/031 | | | | | | |

STYLE: WC8ES53901MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED  HIGH WAIST PEAK
PERFORMANCE CAPRI, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT OUTSIDE WAISTBAND
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88% POLYESTER 12SPANDEX KNITTED JERSEY 250G/M2
HANGING, HANGER CODE 8012B , HANGER COST $0.098/ASSORTMENT

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SF8627 | REFERENCE NO. | 802C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | WC8ES53901MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE | |

FACTORY NO.          104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.          VNALPCRE8101TAN

| SEARS | SF8627 | EV HIGH WA XL BLACK ONYX | | 6 CARTONS | 162 PIECES | 5.050 USD PIECES | 818.10 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320029979531 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 27 PIECES | | | | | | |

## COMMERCIAL INVOICE

Page 15 of 26

DATE: September 27, 2018

INVOICE NO.: 201822210246

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:      SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam      SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| SEARS DIV | 607 |
|---|---|
| SEARS ITEM/SKU | 62061/032 |

STYLE: WC8ES53901MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED  HIGH WAIST PEAK
PERFORMANCE CAPRI, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT OUTSIDE WAISTBAND
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88% POLYESTER 12SPANDEX KNITTED JERSEY 260G/M2
HANGING, HANGER CODE 60128 , HANGER COST $0.008/ASSORTMENT

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF8627 | REFERENCE NO. | 802C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES53901MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE |

FACTORY NO.      104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.      VNALPCRE8101TAN

| SEARS | SF8711 | EV SOFT TO S LAPIS BLUE | 2 | 54 | 3.700 USD | 199.80 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| ITEM: | 320047065420 |
| MADE IN | VIETNAM |
| CONTENTS | 27 PIECES |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61529/025 |

STYLE: WC8ES78904MI
DESCRIPTION: LADIES 70 POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:16 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 180GSM
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF8711 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.      104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

# COMMERCIAL INVOICE

Page 16 of 26

DATE: September 27, 2018

INVOICE NO.: 201822210246

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF6711 | EV SOFT TO M LAPIS BLUE | 2 CARTONS | 54 PIECES | 3.700 USD PIECES | 199.80 USD |
|---|---|---|---|---|---|---|

ITEM: 320047066436
MADE IN: VIETNAM
CONTENTS: 27 PIECES
SEARS DIV: 607
SEARS ITEM/SKU: 61529/030

STYLE: WC8ES78904MI
DESCRIPTION: LADIES 70 POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:16 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 190GSM
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

| CONTRACT NO. | SF6711 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | OCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104992
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-8,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF6711 | EV SOFT TO L LAPIS BLUE | 3 CARTONS | 81 PIECES | 3.700 USD PIECES | 299.70 USD |
|---|---|---|---|---|---|---|

ITEM: 320047066691
MADE IN: VIETNAM
CONTENTS: 27 PIECES
SEARS DIV: 607
SEARS ITEM/SKU: 61529/031

STYLE: WC8ES78904MI
DESCRIPTION: LADIES 70 POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:16 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 190GSM
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT



## COMMERCIAL INVOICE

Page 17 of 26

DATE: September 27, 2018

INVOICE NO.: 201822210246

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam       SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| | | |
|---|---|---|
| CONTRACT NO. | SF8711 | REFERENCE NO. 801C |
| DC CODE | CCD | DEPARTMENT NO. 007 |
| DIVISION NO. | Division 4 | VENDOR NO. 7051 |
| VENDOR ITEM CODE | WC8ES78904MI | COUNTRY OF ORIGIN VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY 639, RNONE |

FACTORY NO.      104692

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.      VNALPCRE8101TAN

| SEARS | SF8711 | EV SOFT TO XL LAPIS BLUE | 3 CARTONS | 81 PIECES | 3.700  USD PIECES | 299.70  USD |
|---|---|---|---|---|---|---|
| ITEM: | 320047066725 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 27 PIECES | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 61529/032 | | | | | |

STYLE: WC8ES78904MI
DESCRIPTION: LADIES 70 POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, OTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:16 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 190GSM
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

| | | |
|---|---|---|
| CONTRACT NO. | SF8711 | REFERENCE NO. 801C |
| DC CODE | CCD | DEPARTMENT NO. 007 |
| DIVISION NO. | Division 4 | VENDOR NO. 7051 |
| VENDOR ITEM CODE | WC8ES78904MI | COUNTRY OF ORIGIN VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY 639, RNONE |

FACTORY NO.      104692

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.      VNALPCRE8101TAN

| SEARS | SF8711 | EV SOFT TO S CABARET | 3 CARTONS | 81 PIECES | 3.700  USD PIECES | 299.70  USD |
|---|---|---|---|---|---|---|
| ITEM: | 320047066101 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 27 PIECES | | | | | |

# COMMERCIAL INVOICE

Page 18 of 26

DATE: September 27, 2018

INVOICE NO.: 201822210246

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam     SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| SEARS DIV | 607 |
| SEARS ITEM/SKU | 06153/025 |

STYLE: WC8ES78904MI
DESCRIPTION: LADIES 70 POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:16 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 190GSM
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF8711 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.     104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.     VNALPCRE8101TAN

| SEARS | SF8711 | EV SOFT TO M CABARET | 3 | 81 | 3.700 USD | 299.70 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320047009505 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 27 PIECES | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 06153/030 | | | | | |

STYLE: WC8ES78904MI
DESCRIPTION: LADIES 70 POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:16 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 190GSM
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF8711 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.     104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE

# COMMERCIAL INVOICE

Page 19 of 26

DATE: September 27, 2018

INVOICE NO.: 201822210246

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam        SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

Vietnam

FTY MID NO.        VNALPCRE8101TAN

| SEARS | SF8711 | EV SOFT TO XL CABARET | 3 | 81 | 3.700 USD | 299.70 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320047070396 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 27 PIECES | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 06153/032 | | | | | |

STYLE: WC8ES78904MI
DESCRIPTION: LADIES 70 POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:18 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 190GSM
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SF8711 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | WC8ES78904MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.        104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.        VNALPCRE8101TAN

| SEARS | SF8711 | EV SOFT TO S BLACK ONYX | 4 | 108 | 3.700 USD | 399.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320047070420 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 27 PIECES | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 61537/025 | | | | | |

STYLE: WC8ES78904MI
DESCRIPTION: LADIES 70 POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:18 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 190GSM
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

## COMMERCIAL INVOICE

Page 20 of 26

DATE: September 27, 2018

INVOICE NO.: 201822210246

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SF6711 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | WC8ES78904MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IOZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF6711 | EV SOFT TO M BLACK ONYX | | 5 CARTONS | 135 PIECES | 3.700 USD PIECES | 499.50 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320047070453 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 27 PIECES | | | | | | |
| SEARS DIV | 007 | | | | | | |
| SEARS ITEM/SKU | 61537/030 | | | | | | |

STYLE: WC8ES78904MI
DESCRIPTION: LADIES 70 POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:16 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 190GSM
HANGING, HANGER CODE 4848 , HANGER COST $0.072/ASSORTMENT

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SF6711 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | WC8ES78904MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IOZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF6711 | EV SOFT TO L BLACK ONYX | | 6 CARTONS | 162 PIECES | 3.700 USD PIECES | 599.40 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320047070487 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 27 PIECES | | | | | | |

## COMMERCIAL INVOICE

Page 21 of 26

DATE: September 27, 2018

INVOICE NO.: 201822210246

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam          SHIPPED TO: Mira Loma, CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| SEARS DIV | 607 |
|---|---|
| SEARS ITEM/SKU | 61537/031 |

STYLE: WC8ES78904MI
DESCRIPTION: LADIES 70 POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:16 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 190GSM
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF8711 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.          104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.          VNALPCRE8101TAN

| SEARS | SF8711 | EV SOFT TO XL BLACK ONYX | 6 CARTONS | 162 PIECES | 3.700 USD PIECES | 599.40 USD |
|---|---|---|---|---|---|---|

| ITEM: | 320047070936 |
|---|---|
| MADE IN | VIETNAM |
| CONTENTS | 27 PIECES |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61537/032 |

STYLE: WC8ES78904MI
DESCRIPTION: LADIES 70 POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:16 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 190GSM
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF8711 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.          104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE



# COMMERCIAL INVOICE

Page 22 of 26
DATE: September 27, 2018
INVOICE NO.: 201822210246

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam        SHIPPED TO:   Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Vietnam

Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF8711 | EV SOFT TO S FORGED IRON | | 2 | 54 | 3.700  USD | 199.80  USD |
|-------|--------|---------------------------|---|---|----|-----------|-------------|
|       |        |                           |   | CARTONS | PIECES | PIECES | |

ITEM:    320047710934
MADE IN    VIETNAM
CONTENTS    27 PIECES
SEARS DIV    607
SEARS ITEM/SKU    61561/025

STYLE: WC8ES78904MI
DESCRIPTION: LADIES 70 POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:16 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 190GSM
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

CONTRACT NO.    SF8711        REFERENCE NO.    801C
DC CODE    CCD        DEPARTMENT NO.    007
DIVISION NO.    Division 4        VENDOR NO.    7051
VENDOR ITEM CODE    WC8ES78904MI        COUNTRY OF ORIGIN    VIETNAM
BINDING RULING # OR        CATEGORY    839, RNONE
PRECLASS #

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF8711 | EV SOFT TO M FORGED IRON | | 2 | 54 | 3.700  USD | 199.80  USD |
|-------|--------|---------------------------|---|---|----|-----------|-------------|
|       |        |                           |   | CARTONS | PIECES | PIECES | |

ITEM:    320047713110
MADE IN    VIETNAM
CONTENTS    27 PIECES
SEARS DIV    607
SEARS ITEM/SKU    61561/030

STYLE: WC8ES78904MI
DESCRIPTION: LADIES 70 POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:16 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 190GSM
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

# COMMERCIAL INVOICE

Page 23 of 26

DATE: September 27, 2018

INVOICE NO.: 201822210246

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:  Mira Loma , CA

FOB Vietnam

| CONTRACT NO. | SF8711 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.       104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.       VNALPCRE8101TAN

| SEARS | SF8711 | EV SOFT TO L FORGED IRON | | 2 CARTONS | 54 PIECES | 3.700 USD PIECES | 199.80 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320047713128 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 27 PIECES | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 01561/031 | | | | | | |

STYLE: WC8ES78904MI
DESCRIPTION: LADIES 70 POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM;16 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 190GSM
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

| CONTRACT NO. | SF8711 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.       104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.       VNALPCRE8101TAN

| SEARS | SF8711 | EV SOFT TO XL FORGED IRON | | 3 CARTONS | 81 PIECES | 3.700 USD PIECES | 299.70 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320047713138 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 27 PIECES | | | | | | |

# COMMERCIAL INVOICE

Page 24 of 26

DATE: September 27, 2018

INVOICE NO.: 201822210246

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam        SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61561/032 |

STYLE: WC8ES78904MI
DESCRIPTION: LADIES 70 POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:16 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 190GSM
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

| CONTRACT NO. | SF6711 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.     104692
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.     VNALPCRE8101TAN

| SEARS | SF8883 | TRACK STAR FORGED IRON | | 55 | 55 | 63.500 USD | 3,492.50 USD |
| | | | | CARTONS | AST | AST | |
| ITEM: | 320030572576 |
| MADE IN | VIETNAM |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 49486/ |

STYLE#:WS9ES53917MI
DESCRIPTION: LADIES KNITTED LEGGING
STAR MESH INSET HIGH WAIST POWER MESH TUMMY CONTROL
LINER & INSET, ELASTIC AT WAISTBAND, TOPSTITCHING, FULL LENGTH
NO POCKETS, REFLECTIVE LOGO AT WEARER'S CENTER BACK
FABRICTION: 88% POLYESTER 12% SPANDEX 260GSM
STITCH COUNT PER CM 18 HORIZONTAL / 22 VERTICAL
FOLDED PACK

| CONTRACT NO. | SF8883 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WS9ES53917MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648 |

FACTORY NO.     104692
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE

# COMMERCIAL INVOICE

Page 25 of 26

DATE: September 27, 2018

INVOICE NO.: 201822210240

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

Vietnam
FTY MID NO.        VNALPCRE8101TAN

SHIPPED FROM:  Ho Chi Minh City, Vietnam        SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

| SEARS | SF8883 | TRACK STAR INK BLUE | | | 55 | 55 | 63.500 USD | 3,492.50 USD |
|-------|--------|---------------------|--|--|----|----|----------|-------------|
| | | | | | CARTONS | AST | AST | |

ITEM:           320035573681
MADE IN         VIETNAM
CONTENTS        1 ASSORTMENT
SEARS DIV       007
SEARS ITEM/SKU  49491/

STYLE#:WS9ES53917MI
DESCRIPTION: LADIES KNITTED LEGGING
STAR MESH INSET HIGH WAIST POWER MESH TUMMY CONTROL
LINER & INSET, ELASTIC AT WAISTBAND, TOPSTITCHING, FULL LENGTH
NO POCKETS, REFLECTIVE LOGO AT WEARER'S CENTER BACK
FABRICTION: 88% POLYESTER 12% SPANDEX 260GSM
STITCH COUNT PER CM 18 HORIZONTAL / 22 VERTICAL
FOLDED PACK

| CONTRACT NO. | SF8883 | REFERENCE NO. | 801C |
|--------------|--------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WS9ES53917MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648 |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER         OPEN ACCOUNT
LC#                 NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|--|--------------------|--------------------------|--|--------------|
| TOTAL INVOICE | 2,580 | 1,809 | PIECES | 125,268.70 USD |
| | | 2,513 | ASSORTMENTS | |

TOTAL US DOLLARS ONE HUNDRED TWENTY-FIVE THOUSAND TWO HUNDRED SIXTY-EIGHT DOLLARS AND SEVENTY CENTS ONLY.

# COMMERCIAL INVOICE

Page 26 of 26

DATE: September 27, 2018

INVOICE NO.: 201822210246

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

ALPINE CREATIONS LTD

EMPLOYEE NAME    NGUYEN THI BICH THAO

EMPLOYEE TITLE    EXPORT COORDINATOR - VTN1242

البـاين كـريـشـنـز المـحـدودة

**ALPINE CREATIONS LTD.**
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.



1240?



## UPS SUPPLY CHAIN SOLUTIONS
## C/O VIET TRANS LINK CO.,LTD
## FORWARDER'S CARGO RECEIPT

UPS Supply Chain SolutionsSM

No.    7796110795

UPS SUPPLY CHAIN SOLUTIONS, INC. hereby acknowledges receipt only for the material condition of the packages delivered to UPS Supply Chain Solutions, Inc. and the number of packages that were visible to UPS Supply Chain Solutions, Inc. It does not act as a receipt for the number of packages or items not readily and reasonably visible to UPS Supply Chain Solutions, Inc.

**SHIPPER / EXPORTER**
ALPINE CREATIONS VIET NAM CO., LTD.
FACTORIES 7+8, LOT 08-10-12, ROAD NO. 03, TAN DUC INDUSTRIAL ZONE,
DUC HOA HA COMMUNE, DUC HOA DISTRICT, LONG AN
PROVINCE, VIETNAM
TEL: +84 723 765 929

**REFERENCES**

**CONSIGNEE:**
SEAR,ROEBUCK AND CO.
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179 USA

**PURCHASE ORDER NO.**

**ORIGINAL**

**LETTER OF CREDIT NO.**

**INVOICE NO. / DATED**

**NOTIFY PARTY**
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310) 404-2962
ATTN: MARY ELLEN WRATSCHKO

UNLESS A HIGHER VALUE IS DECLARED AT THE BOTTOM OF THIS BOX FOR AN EXTRA CHARGE, LIABILITY IS LIMITED TO $0.35 PER POUND. IF COGSA GOVERNS WITH THE FORCE OF LAW ITS LIMITATION, DESCRIBED IN PARAGRAPH 3 ON THE REVERSE SIDE, CONTROLS UNLESS A HIGHER VALUE IS DECLARED.

**DECLARED VALUE IS**

| DATE RECEIVED | PLACE OF RECEIPT | ONWARD INLAND ROUTING AND FINAL DESTINATION |
|---|---|---|
| 27 September 2018 | HO CHI MINH PORT, VIETNAM | MIRA LOMA, CA |
| EXPORTING CARRIER (VESSEL/AIRLINE) | PORT OF LOADING | |
| ST ISLAND 016B | HO CHI MINH PORT, VIETNAM | |
| DECLAR PORT OF DISCHARGE | INTENDED MOTHER VESSEL | |
| LOS ANGELES, CA | ST ISLAND 016B | |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| FCL/FCL-CY/CY<br>TGHU4976451/40DC/EMC NYM4323<br>HMCU1035296/40DC/EMC NYM3868 | | 01X40'DC & A PART OF 01X40'DC CONTAINER(S) S.T.C.:<br>2580 CTNS<br><br>TOTAL: 20572 PCS | 5,848.81KGS | 67.098CBM |
| SHIPPING MARKS:<br>SEARS   SE8856<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS:<br><br>SEARS   SE8857<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS:<br><br>SEARS   SE8858<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS:<br><br>*** AS ATTACHED SHEET *** | | STYLE: WS9ES78906MI<br>LADIES KNITTED LACED UP SPORT BRA SELF STRAPPING 88%<br>POLYESTER 12% SPANDEX<br>PO#SE8856<br>REF#801C<br>ITEM:<br>320036570844/320036571933<br>HS CODE: 6212.10.9020<br><br>STYLE: WS9ES78907MI<br>LADIES KNITTED RUCHED PERFORMANCE TEE DTM TOPSTITCHING 94%<br>POLYESTER 6% SPANDEX<br>PO#SE8857<br>REF#801C<br>ITEM:<br>320034183046/320034183087<br>320034183145/320034183723<br>-- AS ATTACHED SHEET --<br><br>FREIGHT COLLECT<br>AT SHIPPER'S LOAD, STOW, COUNT AND SEAL | | |

VIET TRANS LINK CO., LTD
HOCHIMINH CITY

As Agent

CLEAN ON BOARD
02 OCT, 2018

In witness whereof the freight forwarder has signed   01  original forwarder's cargo receipt(s), all of this tenor and date, one of which being accomplished, the others to stand void.

Place and date of issue:    HO CHI MINH CITY 02 OCT, 2018

UPS SUPPLY CHAIN SOLUTIONS, INC.

SHIPPING ORDER NO.
2018722110246

CARGO IS RECEIVED SUBJECT TO THE TERMS SET FORTH AND INCORPORATED BY REFERENCE ON THIS SIDE AND ON THE REVERSE SIDE OF THIS DOCUMENT, COPIES OF WHICH ARE AVAILABLE ON REQUEST.

## ATTACHED LIST

H-B/L No.    7796110795

Date    02 OCT, 2018

| MARKS AND NUMBERS | DESCRIPTION OF GOODS： |
|---|---|
| ***<br>SEARS   SE8864<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS:<br><br>SEARS   SE8866<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS:<br><br>SEARS   SE8867<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS:<br><br>SEARS   SE8868<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS:<br><br>SEARS   SE8873<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS:<br><br>SEARSSF8627<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS:<br><br>SEARS   SF8711<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS:<br><br>SEARS   SF8883<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS:<br> | ---<br>320034183772/320034183830<br>320034187336/320034187443<br>HS CODE: 6110.30.3059<br><br>STYLE: WS9ES78010MI<br>LADIES  KNITTED EV WIDE STRAP CROSS BACK SPORT BRA<br>88% POLYESTER 12% SPANDEX<br>PO#SE8858<br>REF:801C<br>ITEM:<br>320035865484/320035865492<br>HS CODE: 6212.10.9020<br><br>STYLE: WS9ES53910MI<br>LADIES EVERLAST LEGGING 88% POLYESTER 12%<br>SPANDEX KNITTED<br>PO#SE8864<br>REF#801C<br>ITEM: 320025445594<br>HS CODE: 6104.63.3006<br><br>STYLE: WS9ES53910MI<br>LADIES MESH POCKET LEGGING KNITTED 88% POLYESTER<br>12% SPANDEX<br>PO#SE8866<br>REF#801C<br>ITEM: 320034181446<br>HS CODE: 6104.63.3006<br><br>STYLE: WS9ES53916MI<br>LADIES WOVEN LADIES PANTS TOPSTITCHING<br>94%POLYESTER 6%SPANDEX<br>PO#SE8867<br>REF#801C<br>ITEM:320034181511<br>HS CODE: 6204.63.9010<br><br>STYLE: WS9ES53916MI<br>LADIES WOVEN LADIES PANTS TOPSTITCHING<br>94%POLYESTER 6%SPANDEX<br>PO#SE8868<br>REF#801C<br>ITEM: 320034182998<br>HS CODE: 6204.63.9010<br><br>STYLE: WS9ES78931MI<br>LADIES 95%MODAL 5%SPANDEX KNITTED EV DREAM<br>JERSEY FLOW CARDIGAN<br>PO#SE8873<br>REF#801C<br>ITEM:<br>320035865658/320035865781<br>320035865997/320036573715<br>HS CODE: 6110.30.3059<br><br>STYLE: WC8ES78904MI<br>LADIES KNITTED SOFT TOUCH MELANGE STUDIO TEE 70%<br>POLYESTER,27% RAYON,3% SPANDEX<br>PO#SF8711<br>REF#801C<br>ITEM:<br>320047065420/320047066436<br>320047066691/320047066725<br>320047068101/320047069505<br>320047070390/320047070420<br>320047070452/320047070487<br>320047070636/320047710934<br>320047713110/320047713128<br>320047713136<br>HS CODE: 6110.30.3059<br><br>STYLE:WS9ES53917MI<br>LADIES KNITTED LEGGING 88% POLYESTER 12% SPANDEX |

VIET TRANS LINK CO., LTD
HOCHIMINH CITY

.......................... As Agent

## ATTACHED LIST

| | | |
|---|---|---|
| | H-B/L No. | 7796110795 |
| | Date | 02 OCT, 2018 |

| MARKS AND NUMBERS | DESCRIPTION OF GOODS: |
|---|---|
| | PO#SF8883 |
| | REF#801C |
| | ITEM: |
| | 320036573576/320036573681 |
| | HS CODE: 6104.63.2006 |
| | |
| | STYLE: WC8E553901M1 |
| | LADIES KNITTED HIGH WAIST PEAK PERFORMANCE CAPR |
| | 88% POLYESTER 12% SPANDEX |
| | PO#SF8627 |
| | REF#802C |
| | ITEM: |
| | 320029976875/320029976883 |
| | 320029978707/320029979531 |
| | HS CODE: 6104.63.2006 |
| | |
| | FINAL DESTINATION AND CODE: |
| | CCD, MIRA LOMA, CA 91752, USA |

VIET TRANS LINK CO., LTD
HOCHIMINH CITY

................................................
As Agent

# COMMERCIAL INVOICE

Page 1 of 26

DATE: September 27, 2018

INVOICE NO.: 201022213337

[VON-1244]

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:  SEARS ROEBUCK & CO
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SE8856 | LACED UP S BLACK ONYX | 68 CARTONS | 68 AST | 33.000 USD AST | 2,244.00 USD |
| ITEM: | 320036570844 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 49477/ | | | | | |

style#:WS9ES76906MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED LACED UP SPORT BRA
SELF STRAPPING
MESH LINING AT FRONT LINING
REMOVABLE CUPS
REFLECTIVE SILVER LOGO AT WEARER?S CENTER BACK
STITCH COUNT PER CM 18 HORIZONTAL / 22 VERTICAL
FABRICTION: 88% POLYESTER 12% SPANDEX JERSEY WITH WICKING 260gsm
GARMENT LENGTH: 137
: HANGING, HANGER CODE 484

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SE8856 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | DMalon 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | WS9ES76906MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 649, RNONE | |

FACTORY NO.    104682

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| SEARS | SE8856 | LACED UP S BLACK ONYX | 103 CARTONS | 103 AST | 38.500 USD AST | 3,965.50 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320036571933 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 49477/ | | | | | |

style#:WS9ES76906MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED LACED UP SPORT BRA
SELF STRAPPING
MESH LINING AT FRONT LINING
REMOVABLE CUPS
REFLECTIVE SILVER LOGO AT WEARER?S CENTER BACK
STITCH COUNT PER CM 18 HORIZONTAL / 22 VERTICAL
FABRICTION: 88% POLYESTER 12% SPANDEX JERSEY WITH WICKING 260gsm
GARMENT LENGTH: 137
: HANGING, HANGER CODE 484

# COMMERCIAL INVOICE

Page 2 of 26

DATE: September 27, 2018

INVOICE NO.: 201822213337

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Vietnam

| | | |
|---|---|---|
| CONTRACT NO. | SE8856 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WS9ES78906MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 649, RNONE |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SE8857 | RUCHED PER BLUE CURACAO | | 65 | 88 | 27.900 USD | 1,097.20 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | AST |
| ITEM: | 320034183046 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 007 | | | | | | |
| SEARS ITEM/SKU | 49104/ | | | | | | |

Style#:WS9ES78907MI
DESCRIPTION: LADIES 94% POLYESTER 6% SPANDEX KNITTED RUCHED PERFORMANCE TEE
PERFORMANCE TEE DTM TOPSTITCHING
REFLECTIVE SILVER LOGO AT WEARER?S LEFT HEM
STITCH COUNT PER CM 17 HORIZONTAL / 22 VERTICAL
FABRICATION: 94%POLYESTER 6%SPANDEX
HTR JERSEY 155gsm WITH WICKING
GARMENT LENGTH: 27?
HANGING, HANGER CODE 484

| | | |
|---|---|---|
| CONTRACT NO. | SE8857 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WS9ES78907MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN



# COMMERCIAL INVOICE

Page 3 of 26

DATE: September 27, 2018

INVOICE NO.: 201822213337

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam          SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

| SEARS | SE8857 | RUCHED PER BLUE CURACAO | | 103 CARTONS | 103 AST | 32.550 USD AST | 3,352.65 USD |
|---|---|---|---|---|---|---|---|

| ITEM: | 320034183087 |
|---|---|
| MADE IN | VIETNAM |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 007 |
| SEARS ITEM/SKU | 49104/ |

Style#:WS9ES78907MI
DESCRIPTION: LADIES 94% POLYESTER 6% SPANDEX KNITTED RUCHED PERFORMANCE TEE
PERFORMANCE TEE DTM TOPSTITCHING
REFLECTIVE SILVER LOGO AT WEARER?S LEFT HEM
STITCH COUNT PER CM 17 HORIZONTAL / 22 VERTICAL
FABRICATION: 94%POLYESTER 6%SPANDEX
HTR JERSEY 155gsm WITH WICKING
GARMENT LENGTH: 277
HANGING, HANGER CODE 484

| CONTRACT NO. | SE8857 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WS9ES78907MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SE8857 | RUCHED PER BLACK ONYX | | 121 CARTONS | 121 AST | 27.900 USD AST | 3,375.90 USD |
|---|---|---|---|---|---|---|---|

| ITEM: | 320034183145 |
|---|---|
| MADE IN | VIETNAM |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 007 |
| SEARS ITEM/SKU | 49127/ |

Style#:WS9ES78907MI
DESCRIPTION: LADIES 98% POLYESTER 6% SPANDEX KNITTED RUCHED PERFORMANCE TEE
PERFORMANCE TEE DTM TOPSTITCHING
REFLECTIVE SILVER LOGO AT WEARER?S LEFT HEM
STITCH COUNT PER CM 17 HORIZONTAL / 22 VERTICAL
FABRICATION: 94%POLYESTER 6%SPANDEX
HTR JERSEY 155gsm WITH WICKING
GARMENT LENGTH: 277
HANGING, HANGER CODE 484

| CONTRACT NO. | SE8857 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WS9ES78907MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

# COMMERCIAL INVOICE

Page 4 of 26

DATE: September 27, 2018

INVOICE NO.: 201822213337

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam          SHIPPED TO:   Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

FACTORY NO.          104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.          VNALPCRE8101TAN

| SEARS | SE8857 | RUCHED PER BLACK ONYX | | 165 | 166 | 32.550 USD | 6,119.40 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 320034183723 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 49127/ | | | | | | |

Style#:WS9ES78907MI
DESCRIPTION: LADIES 94% POLYESTER 6% SPANDEX KNITTED RUCHED PERFORMANCE TEE
PERFORMANCE TEE DTM TOPSTITCHING
REFLECTIVE SILVER LOGO AT WEARER?S LEFT HEM
STITCH COUNT PER CM 17 HORIZONTAL / 22 VERTICAL
FABRICATION: 94%POLYESTER 6%SPANDEX
HTR JERSEY 155gsm WITH WICKING
GARMENT LENGTH: 27?
HANGING, HANGER CODE 464

| CONTRACT NO. | SE8857 | REFERENCE NO. | 601P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WS9ES78907MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.          104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.          VNALPCRE8101TAN

| SEARS | SE8857 | RUCHED PER HIGH RISK RED | | 41 | 41 | 32.550 USD | 1,334.55 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 320034183772 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 49133/ | | | | | | |

Style#:WS9ES78907MI
DESCRIPTION: LADIES 94% POLYESTER 6% SPANDEX KNITTED RUCHED PERFORMANCE TEE
PERFORMANCE TEE DTM TOPSTITCHING
REFLECTIVE SILVER LOGO AT WEARER?S LEFT HEM
STITCH COUNT PER CM 17 HORIZONTAL / 22 VERTICAL
FABRICATION: 94%POLYESTER 6%SPANDEX