# COMMERCIAL INVOICE

Page 5 of 26

DATE: September 27, 2018

INVOICE NO.: 201822213337

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Ho Chi Minh City, Vietnam

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB Vietnam

HTR JERSEY 155gsm WITH WICKING
GARMENT LENGTH: 27?
HANGING, HANGER CODE 484

| | | | |
|---|---|---|---|
| CONTRACT NO. | SE8857 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WS9ES78907MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 839, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| SEARS | SE8857 | RUCHED PER HIGH RISK REQ | 28 CARTONS | 28 AST | 27.900 USD AST | 781.20 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320034183630 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 007 | | | | | |
| SEARS ITEM/SKU | 49133/ | | | | | |

Style#:WS9ES78907MI
DESCRIPTION: LADIES 94% POLYESTER 6% SPANDEX KNITTED RUCHED PERFORMANCE TEE
PERFORMANCE TEE DTM TOPSTITCHING
REFLECTIVE SILVER LOGO AT WEARER?S LEFT HEM
STITCH COUNT PER CM 17 HORIZONTAL / 22 VERTICAL
FABRICATION: 94%POLYESTER 6%SPANDEX
HTR JERSEY 155gsm WITH WICKING
GARMENT LENGTH: 27?
HANGING, HANGER CODE 484

| | | | |
|---|---|---|---|
| CONTRACT NO. | SE8857 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WS9ES78907MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 839, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

# COMMERCIAL INVOICE

Page 7 of 26

DATE: September 27, 2018

INVOICE NO.: 201822213337

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Vietnam

FACTORY NO.        104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.        VNALPCRE8101TAN

| SEARS | SE8858 | EV WIDE ST BLACK ONYX | 121 CARTONS | 121 AST | 28.500 USD AST | 3,448.50 USD |
|-------|--------|----------------------|-------------|---------|----------------|--------------|
| ITEM: | 320035865484 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 49432/ | | | | | |

STYLE#:WS9ES78010MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED EV
WIDE STRAP CROSS BACK SPORT BRA
POWER LINING
REMOVABLE CUPS
DTM TOPSTITCHING
REFLECTIVE SILVER LOGO AT WEARER?S CENTER BACK
TITCH COUNT PER CM 18 HORIZONTAL / 22 VERTICAL
FABRICTION: 88% POLYESTER 12% SPANDEX JERSEY WITH WICKING 260gsm
GARMENT LENGTH: 147
HANGING, HANGER CODE 484

| CONTRACT NO. | SE8858 | REFERENCE NO. | 801P |
|--------------|--------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WS9ES78010MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 849, RNONE |

FACTORY NO.        104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.        VNALPCRE8101TAN

| SEARS | SE8858 | EV WIDE ST BLACK ONYX | 188 CARTONS | 188 AST | 33.250 USD AST | 6,251.00 USD |
|-------|--------|----------------------|-------------|---------|----------------|--------------|
| ITEM: | 320035865492 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 49432/ | | | | | |

STYLE#:WS9ES78010MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED EV
WIDE STRAP CROSS BACK SPORT BRA
POWER LINING

# COMMERCIAL INVOICE

Page 8 of 26

DATE: September 27, 2018

INVOICE NO.: 201822213337

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Ho Chi Minh City, Vietnam

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB Vietnam

REMOVABLE CUPS
DTM TOPSTITCHING
REFLECTIVE SILVER LOGO AT WEARER?S CENTER BACK
TITCH COUNT PER CM 18 HORIZONTAL / 22 VERTICAL
FABRICTION: 88% POLYESTER 12% SPANDEX JERSEY WITH WICKING 280gsm
GARMENT LENGTH: 14?
HANGING, HANGER CODE 484

| | | | |
|---|---|---|---|
| CONTRACT NO. | SE8858 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WS9ES78010MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 649, RNONE |

FACTORY NO.      104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.      VNALPCRE8101TAN

| SEARS | SE8864 | EV SIDE ME BLACK ONYX | | 184 CARTONS | 184 AST | 57,500  USD AST | 10,580,00  USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 320025445594 | | | | | | |
| **MADE IN** | VIETNAM | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |
| **SEARS DIV** | 807 | | | | | | |
| **SEARS ITEM/SKU** | 40315/ | | | | | | |

STYLE: WS9ES53910MI
SEARS/EVERLAST/LADIES LEGGING
PRODUCT NAME:EVERLAST LEGGING
DYE TO MATCH TOPSTITCHING, NO POCKET, FULL LENGTH
POWER MESH INSERT AND WAISTBAND LINER
REFLECTIVE SILVER LOGO AT WEARER'S CENTER BACK
FABRICTION: 88% POLYESTER 12% SPANDEX KNITTED 200GSM
STITCH COUNT PER CM 18 HORIZONTAL / 22 VERTICAL
FOLD PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | SE8864 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WS9ES53910MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 848 |

FACTORY NO.      104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.      VNALPCRE8101TAN



## COMMERCIAL INVOICE

Page 9 of 26

DATE: September 27, 2018

INVOICE NO.: 201822213337

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| SEARS | SE8866 | EV SIDE ME FORGED IRON | | 113 CARTONS | 113 AST | 57.500 USD AST | 6,497.50 USD |
|-------|--------|------------------------|--|-------------|---------|----------------|--------------|

ITEM: 320034181446
MADE IN VIETNAM
CONTENTS 1 ASSORTMENT
SEARS DIV 607
SEARS ITEM/SKU 49092/

STYLE#:WS9ES53910MI
DESCRIPTION: LADIES MESH POCKET LEGGING
TOPSTITCHING, POWER MESH INSERT AND WAISTBAND LINER
NO POCKETS, NO FLY, FULL LENGTH
FABRICTION: KNITTED 88% POLYESTER 12% SPANDEX  260GSM
STITCH COUNT PER CM 18 HORIZONTAL / 22 VERTICAL
FOLDED PACK

| | | | |
|--|--|--|--|
| CONTRACT NO. | SE8869 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WS9ES53910MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648 |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SE8867 | EV TRACK S BLACK ONYX | | 113 CARTONS | 113 AST | 64.500 USD AST | 7,298.50 USD |
|-------|--------|------------------------|--|-------------|---------|----------------|--------------|

ITEM: 320034181611
MADE IN VIETNAM
CONTENTS 1 ASSORTMENT
SEARS DIV 607
SEARS ITEM/SKU 49095/

STYLE#:WS9ES53916MI
DESCRIPTION: LADIES WOVEN LADIES PANTS
TOPSTITCHING, GROSGRAIN DRAWCORD
REFLECTIVE SILVER LOGO AT WEARER'S LEFT HIP, NO FLY, FULL LENGTH.
CONTRAST APPLIED SELF SIDE STRIPE COIL ZIPPERS AT POCKET OPENING
FABRICTION: 94%POLYESTER 6%SPANDEX
FOLDED PACK

| | | | |
|--|--|--|--|
| CONTRACT NO. | SE8867 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WS9ES53916MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648 |

FACTORY NO.    104892

## COMMERCIAL INVOICE

Page 10 of 26

DATE: September 27, 2018

INVOICE NO.: 201822213337

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Vietnam

ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SE8868 | EV TRACK S MEDIEVAL BLUE | 45 CARTONS | 45 AST | 64.500 USD AST | 2,902.50 USD |
|-------|--------|--------------------------|------------|--------|----------------|--------------|

| | |
|---|---|
| ITEM: | 320034182998 |
| MADE IN | VIETNAM |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 49090/ |

Style#WS9ES53916MI
DESCRIPTION: LADIESWOVEN LADIES PANT
TOPSTITCHING, GROSGRAIN DRAWCORD, FULL LENGTH
CONTRAST APPLIED SELF SIDE STRIPE COIL ZIPPERS AT POCKET OPENING
REFLECTIVE SILVER LOGO AT WEARER'S LEFT HIP
FABRICTION: 94%POLYESTER 6%SPANDEX
FOLDED PACK

| | | | |
|---|---|---|---|
| CONTRACT NO. | SE8868 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WS9ES53916MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648 |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SE8973 | EV DREAM J FORGED IRON | 79 CARTONS | 79 AST | 63.000 USD AST | 4,977.00 USD |
|-------|--------|------------------------|------------|--------|----------------|--------------|

| | |
|---|---|
| ITEM: | 320035865658 |
| MADE IN | VIETNAM |
| CONTENTS | 1 ASSORTMENT |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 49434/ |

Style#WS9ES78931MI
DESCRIPTION: LADIES 97%MODAL 3%SPANDEX KNITTED EV DREAM JERSEY FLOW CARDIGAN
DTM TOPSTITCHING BODY
NO LOGO
STITCH COUNT PER CM 20 HORIZONTAL / 18 VERTICAL
FABRICTION: 95%MODAL 5%SPANDEX 270gsm
GARMENT LENGTH: 28?
HANGING, HANGER CODE 484

## COMMERCIAL INVOICE

Page 11 of 26

DATE: September 27, 2018

INVOICE NO.: 201822213337

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam       SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| CONTRACT NO. | SE8873 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WS9ES78931MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104692

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| SEARS | SE8873 | EV DREAM J FORGED IRON | | | 127 CARTONS | 127 AST | 73.500 USD AST | 9,334.50 USD |
|---|---|---|---|---|---|---|---|---|
| ITEM: | 320035865781 | | | | | | | |
| MADE IN | VIETNAM | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |
| SEARS DIV | 607 | | | | | | | |
| SEARS ITEM/SKU | 49434/ | | | | | | | |

Style#:WS9ES78931MI
DESCRIPTION: LADIES 97%MODAL 3%SPANDEX KNITTED EV DREAM JERSEY FLOW CARDIGAN
DTM TOPSTITCHING BODY
NO LOGO
STITCH COUNT PER CM 20 HORIZONTAL / 18 VERTICAL
FABRICTION: 96%MODAL 5%SPANDEX 270gsm
GARMENT LENGTH: 287
HANGING, HANGER CODE 484

| CONTRACT NO. | SE8873 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WS9ES78931MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104692

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| SEARS | SE8873 | EV DREAM J BLACK ONYX | | | 79 CARTONS | 79 AST | 63.000 USD AST | 4,977.00 USD |
|---|---|---|---|---|---|---|---|---|
| ITEM: | 320035865997 | | | | | | | |
| MADE IN | VIETNAM | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |

# COMMERCIAL INVOICE

Page 12 of 26

DATE: September 27, 2018

INVOICE NO.: 201822213337

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:     SEARS ROEBUCK & CO.
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Ho Chi Minh City, Vietnam          SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

                                                 FOB Vietnam

SEARS DIV         607
SEARS ITEM/SKU    49438/

Style#:WS9ES78931MI
DESCRIPTION: LADIES 97%MODAL 3%SPANDEX KNITTED EV DREAM JERSEY FLOW CARDIGAN
DTM TOPSTITCHING BODY
NO LOGO
STITCH COUNT PER CM 20 HORIZONTAL / 18 VERTICAL
FABRICTION: 95%MODAL 5%SPANDEX 270gsm
GARMENT LENGTH: 287
HANGING, HANGER CODE 484

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SE8873 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | WS9ES78931MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SE8873 | EV DREAM J BLACK ONYX | | 127 | 127 | 73,500  USD | 9,334.50  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |

ITEM:            320036573715
MADE IN          VIETNAM
CONTENTS         1  ASSORTMENT
SEARS DIV        607
SEARS ITEM/SKU   49438/

Style#:WS9ES78931MI
DESCRIPTION: LADIES 97%MODAL 3%SPANDEX KNITTED EV DREAM JERSEY FLOW CARDIGAN
DTM TOPSTITCHING BODY
NO LOGO
STITCH COUNT PER CM 20 HORIZONTAL / 18 VERTICAL
FABRICTION: 95%MODAL 5%SPANDEX 270gsm
GARMENT LENGTH: 287
HANGING, HANGER CODE 484

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SE8873 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | WS9ES78931MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-6,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE

# COMMERCIAL INVOICE

Page 13 of 20

DATE: September 27, 2018

INVOICE NO.: 201822213337

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

Vietnam

FTY MID NO.    VNALPCRE8101TAN

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

| SEARS | SF8627 | EV HIGH WA S BLACK ONYX | | 2 CARTONS | 54 PIECES | 5.050 USD PIECES | 272.70 USD |
|-------|--------|-------------------------|--|-----------|-----------|------------------|------------|

ITEM:          320029976876
MADE IN        VIETNAM
CONTENTS       27 PIECES
SEARS DIV      007
SEARS ITEM/SKU 62061/025

STYLE: WC8ES53901MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED  HIGH WAIST PEAK
PERFORMANCE CAPRI, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT OUTSIDE WAISTBAND
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88% POLYESTER 12SPANDEX KNITTED JERSEY 260G/M2
HANGING, HANGER CODE 6012B , HANGER COST $0.098/ASSORTMENT

| CONTRACT NO. | SF8627 | REFERENCE NO. | 802P |
|--------------|--------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES53901MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE |

FACTORY NO.       104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF8627 | EV HIGH WA M BLACK ONYX | | 3 CARTONS | 81 PIECES | 5.050 USD PIECES | 409.05 USD |
|-------|--------|-------------------------|--|-----------|-----------|------------------|------------|

ITEM:          320029976863
MADE IN        VIETNAM
CONTENTS       27 PIECES
SEARS DIV      007
SEARS ITEM/SKU 62061/030

STYLE: WC8ES53901MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED  HIGH WAIST PEAK
PERFORMANCE CAPRI, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT OUTSIDE WAISTBAND
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88% POLYESTER 12SPANDEX KNITTED JERSEY 260G/M2
HANGING, HANGER CODE 6012B , HANGER COST $0.098/ASSORTMENT

# COMMERCIAL INVOICE

Page 14 of 26

DATE: September 27, 2018

INVOICE NO.: 201822213337

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:        SEARS ROEBUCK & CO.
           3333 Beverly Road
           Hoffman Estates, IL 60179
           US

SHIPPED FROM: Ho Chi Minh City, Vietnam          SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SF8627 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | WC8ES53901MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE | |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SF8627 | EV HIGH WA L BLACK ONYX | | 4 CARTONS | 108 PIECES | 5.050 USD PIECES | 545.40 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320029978707 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 27 PIECES | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 02061/031 | | | | | | |

STYLE: WC8ES53901MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED HIGH WAIST PEAK
PERFORMANCE CAPRI. DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT OUTSIDE WAISTBAND
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88% POLYESTER 12SPANDEX KNITTED JERSEY 260G/M2
HANGING, HANGER CODE 6012B , HANGER COST $0.098/ASSORTMENT

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SF8627 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | WC8ES53901MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE | |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SF8627 | EV HIGH WA XL BLACK ONYX | | 4 CARTONS | 108 PIECES | 5.050 USD PIECES | 545.40 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320029979531 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 27 PIECES | | | | | | |

# COMMERCIAL INVOICE

Page 16 of 26

DATE: September 27, 2018

INVOICE NO.: 201822213337

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17606
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

| SEARS DIV | 607 |
| SEARS ITEM/SKU | 62061/032 |

STYLE: WC8ES53901MI
DESCRIPTION: LADIES 88% POLYESTER 12% SPANDEX KNITTED  HIGH WAIST PEAK
PERFORMANCE CAPRI, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT OUTSIDE WAISTBAND
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:22 HORIZONTAL / 19 VERTICAL
FABRICATION: 88% POLYESTER 12SPANDEX KNITTED JERSEY 260G/M2
HANGING, HANGER CODE 6912B , HANGER COST $0.098/ASSORTMENT

| CONTRACT NO. | SF8627 | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES53901MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCREB101TAN

| SEARS | SF8711 | EV SOFT TO S LAPIS BLUE | | 1 | 27 | 3.700  USD | 99.90  USD |
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320047065420 |
| MADE IN | VIETNAM |
| CONTENTS | 27  PIECES |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61529/025 |

STYLE: WC8ES78904MI
DESCRIPTION: LADIES 70 POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:16 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 190GSM
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

| CONTRACT NO. | SF8711 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE

# COMMERCIAL INVOICE

Page 18 of 26

DATE: September 27, 2018

INVOICE NO.: 201822213337

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Vietnam

Vietnam
FTY MID NO.          VNALPCRE8101TAN

| SEARS | SF8711 | EV SOFT TO M LAPIS BLUE | | 2 CARTONS | 54 PIECES | 3.700 USD PIECES | 199.80 USD |
|-------|--------|-------------------------|--|-----------|-----------|------------------|------------|

ITEM:            320047066436
MADE IN          VIETNAM
CONTENTS         27 PIECES
SEARS DIV        607
SEARS ITEM/SKU   61529/030

STYLE: WC8ES78904MI
DESCRIPTION: LADIES 70 POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:16 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 190GSM
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

| | | | |
|-----|-----|-----|-----|
| CONTRACT NO. | SF8711 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.          104692
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC 1DZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.          VNALPCRE8101TAN

| SEARS | SF8711 | EV SOFT TO L LAPIS BLUE | | 2 CARTONS | 54 PIECES | 3.700 USD PIECES | 199.80 USD |
|-------|--------|-------------------------|--|-----------|-----------|------------------|------------|

ITEM:            320047066691
MADE IN          VIETNAM
CONTENTS         27 PIECES
SEARS DIV        607
SEARS ITEM/SKU   61529/031

STYLE: WC8ES78904MI
DESCRIPTION: LADIES 70 POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:16 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 190GSM
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

# COMMERCIAL INVOICE

Page 17 of 26
DATE: September 27, 2016
INVOICE NO.: 201622213337

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| | | |
|---|---|---|
| CONTRACT NO. | SF8711 | |
| DC CODE | PCD | |
| DIVISION NO. | Division 4 | |
| VENDOR ITEM CODE | WC8ES78904MI | |
| BINDING RULING # OR PRECLASS # | | |
| | | |
| REFERENCE NO. | 801P | |
| DEPARTMENT NO. | 007 | |
| VENDOR NO. | 7051 | |
| COUNTRY OF ORIGIN | VIETNAM | |
| CATEGORY | 639, RNONE | |

FACTORY NO.    104882
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF8711 | EV SOFT TO XL LAPIS BLUE | 2 CARTONS | 54 PIECES | 3.700 USD PIECES | 199.80 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320047066725 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 27 PIECES | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 61529/032 | | | | | |

STYLE: WC8ES78904MI
DESCRIPTION: LADIES 70 POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM.
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:16 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 190GSM
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

| | | |
|---|---|---|
| CONTRACT NO. | SF8711 | |
| DC CODE | PCD | |
| DIVISION NO. | Division 4 | |
| VENDOR ITEM CODE | WC8ES78904MI | |
| BINDING RULING # OR PRECLASS # | | |
| | | |
| REFERENCE NO. | 801P | |
| DEPARTMENT NO. | 007 | |
| VENDOR NO. | 7051 | |
| COUNTRY OF ORIGIN | VIETNAM | |
| CATEGORY | 639, RNONE | |

FACTORY NO.    104882
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF8711 | EV SOFT TO S CABARET | 2 CARTONS | 54 PIECES | 3.700 USD PIECES | 199.80 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320047066101 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 27 PIECES | | | | | |

# COMMERCIAL INVOICE

Page 18 of 26

DATE: September 27, 2018

INVOICE NO.: 201822213337

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:  Chambersburg , PA

FOB Vietnam

| | |
|---|---|
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 06153/025 |

STYLE: WC8ES78904MI
DESCRIPTION: LADIES 70 POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:16 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 190GSM
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF8711 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF8711 | EV SOFT TO M CABARET | 3 CARTONS | 81 PIECES | 3,700 USD | 299.70 USD PIECES |
|---|---|---|---|---|---|---|

| | |
|---|---|
| ITEM: | 3200470695505 |
| MADE IN | VIETNAM |
| CONTENTS | 27 PIECES |
| SEARS DIV | 007 |
| SEARS ITEM/SKU | 06153/030 |

STYLE: WC8ES78904MI
DESCRIPTION: LADIES 70 POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:16 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 190GSM
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF8711 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE

# COMMERCIAL INVOICE

Page 19 of 26

DATE: September 27, 2018

INVOICE NO.: 201822213337

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam    SHIPPED TO:  Chambersburg , PA
MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF6711 | EV SOFT XL CABARET | | 3 | 81 | 3.700 USD | 299.70 USD |
|-------|--------|--------------------|---|---|----|-----------|------------|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320047070396 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 27 PIECES | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 06163/032 | | | | | | |

STYLE: WC8ES78904MI
DESCRIPTION: LADIES 70 POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:16 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 190GSM
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

| CONTRACT NO. | SF8711 | REFERENCE NO. | 801P |
|--------------|--------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF8711 | EV SOFT TO S BLACK ONYX | | 3 | 81 | 3.700 USD | 299.70 USD |
|-------|--------|-------------------------|---|---|----|-----------|------------|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320047070420 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 27 PIECES | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 61537/025 | | | | | | |

STYLE: WC8ES78904MI
DESCRIPTION: LADIES 70 POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:16 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 190GSM
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

# COMMERCIAL INVOICE

Page 20 of 26

DATE: September 27, 2018

INVOICE NO.: 201822213337

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Vietnam

| | | |
|---|---|---|
| CONTRACT NO. | SF8711 | |
| DC CODE | PCD | |
| DIVISION NO. | Division 4 | |
| VENDOR ITEM CODE | WC8ES78904MI | |
| BINDING RULING # OR PRECLASS # | | |

| | |
|---|---|
| REFERENCE NO. | 801P |
| DEPARTMENT NO. | 007 |
| VENDOR NO. | 7051 |
| COUNTRY OF ORIGIN | VIETNAM |
| CATEGORY | 639, RNONE |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SF8711 | EV SOFT TO M BLACK ONYX | | 4 CARTONS | 108 PIECES | 3.700 USD PIECES | 399.60 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320047070453 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 27 PIECES | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 61537/030 | | | | | | |

108L

3.7

STYLE: WC8ES78904MI
DESCRIPTION: LADIES 70,POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:16 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 199GSM
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

| | | |
|---|---|---|
| CONTRACT NO. | SF8711 | |
| DC CODE | PCD | |
| DIVISION NO. | Division 4 | |
| VENDOR ITEM CODE | WC8ES78904MI | |
| BINDING RULING # OR PRECLASS # | | |

| | |
|---|---|
| REFERENCE NO. | 801P |
| DEPARTMENT NO. | 007 |
| VENDOR NO. | 7051 |
| COUNTRY OF ORIGIN | VIETNAM |
| CATEGORY | 639, RNONE |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SF8711 | EV SOFT TO L BLACK ONYX | | 5 CARTONS | 135 PIECES | 3.700 USD PIECES | 499.50 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320047070487 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 27 PIECES | | | | | | |

135

3.7

# COMMERCIAL INVOICE

Page 21 of 26

DATE: September 27, 2018

INVOICE NO.: 201822213337

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam     SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61537/031 |

STYLE: WC8ES78904MI
DESCRIPTION: LADIES 70 POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:16 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 190GSM
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

| CONTRACT NO. | SF8711 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SF8711 | EV SOFT TO XL BLACK ONYX | | 5 | 135 | 3.700  USD | 499.50  USD |
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320047070036 |
| MADE IN | VIETNAM |
| CONTENTS | 27 PIECES |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61537/032 |

3.7

STYLE: WC8ES78904MI
DESCRIPTION: LADIES 70 POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:16 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 190GSM
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

| CONTRACT NO. | SF8711 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE



## COMMERCIAL INVOICE

Page 22 of 26

DATE: September 27, 2018

INVOICE NO.: 201822213337

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 50179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB Vietnam

Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF8711 | EV SOFT TO S FORGED IRON | 1 CARTONS | 27 PIECES | 3.700 USD PIECES | 99.90 USD |
|-------|--------|--------------------------|-----------|-----------|------------------|-----------|

ITEM:    320047710934
MADE IN    VIETNAM
CONTENTS    27 PIECES
SEARS DIV    607
SEARS ITEM/SKU    61561/025

STYLE: WC8ES78904MI
DESCRIPTION: LADIES 70 POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:16 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 190GSM
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

| CONTRACT NO. | SF8711 | REFERENCE NO. | 801P |
|--------------|--------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF8711 | EV SOFT TO M FORGED IRON | 2 CARTONS | 54 PIECES | 3.700 USD PIECES | 199.80 USD |
|-------|--------|--------------------------|-----------|-----------|------------------|-----------|

ITEM:    320047713110
MADE IN    VIETNAM
CONTENTS    27 PIECES
SEARS DIV    607
SEARS ITEM/SKU    61561/030

STYLE: WC8ES78904MI
DESCRIPTION: LADIES 70 POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:16 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 190GSM
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

# COMMERCIAL INVOICE

Page 23 of 26

DATE: September 27, 2018

INVOICE NO.: 201822213337

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SF8711 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | WC8ES78904MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF8711 | EV SOFT TO L FORGED IRON | 2 CARTONS | 54 PIECES | 3.700 USD PIECES | 199.80 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320047713126 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 27 PIECES | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 61561/031 | | | | | |

STYLE: WC8ES78904MI
DESCRIPTION: LADIES 70 POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:16 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 190GSM
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SF8711 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | WC8ES78904MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF8711 | EV SOFT TO XL FORGED IRON | 2 CARTONS | 54 PIECES | 3.700 USD PIECES | 199.80 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320047713136 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 27 PIECES | | | | | |

# COMMERCIAL INVOICE

Page 24 of 26
DATE: September 27, 2018
INVOICE NO.: 201822213337

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Vietnam

SEARS DIV | 607
SEARS ITEM/SKU | 61581/032

STYLE: WC9ES78004MI
DESCRIPTION: LADIES 70 POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:16 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 190GSM
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

CONTRACT NO. | SF8711 | REFERENCE NO. | 801P
DC CODE | PCD | DEPARTMENT NO. | 007
DIVISION NO. | Division 4 | VENDOR NO. | 7051
VENDOR ITEM CODE | WC9ES78004MI | COUNTRY OF ORIGIN | VIETNAM
BINDING RULING # OR PRECLASS # | | CATEGORY | 639, HNONE

FACTORY NO. | 104692
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO. | VNALPCRE8101TAN

| SEARS | SF8883 | TRACK STAR FORGED IRON | | | 45 | 45 | 63.500 USD | 2,857.50 USD |
| | | | | | CARTONS | AST | AST | |

ITEM: | 320036572576
MADE IN | VIETNAM
CONTENTS | 1 ASSORTMENT
SEARS DIV | 607
SEARS ITEM/SKU | 49486/

STYLE#:WS9ES53917MI
DESCRIPTION: LADIES KNITTED LEGGING
STAR MESH INSET HIGH WAIST POWER MESH TUMMY CONTROL
LINER & INSET, ELASTIC AT WAISTBAND, TOPSTITCHING, FULL LENGTH
NO POCKETS, REFLECTIVE LOGO AT WEARER'S CENTER BACK
FABRICTION: 88% POLYESTER 12% SPANDEX 260GSM
STITCH COUNT PER CM 18 HORIZONTAL / 22 VERTICAL
FOLDED PACK

CONTRACT NO. | SF8883 | REFERENCE NO. | 801P
DC CODE | PCD | DEPARTMENT NO. | 007
DIVISION NO. | Division 4 | VENDOR NO. | 7051
VENDOR ITEM CODE | WS9ES53917MI | COUNTRY OF ORIGIN | VIETNAM
BINDING RULING # OR PRECLASS # | | CATEGORY | 648

FACTORY NO. | 104692
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE

# COMMERCIAL INVOICE

Page 25 of 26

DATE: September 27, 2018

INVOICE NO.: 201822213337

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 P.O.BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF8863 | TRACK STAR INK BLUE | | 45 CARTONS | 45 AST | 63.500 USD AST | 2,857.50 USD |
|-------|--------|----------------------|---|------------|--------|-----------------|--------------|

ITEM:         320036573681
MADE IN       VIETNAM
CONTENTS      1 ASSORTMENT
SEARS DIV     607
SEARS ITEM/SKU 40491/

STYLE#:WS9ES53917MI
DESCRIPTION: LADIES KNITTED LEGGING
STAR MESH INSET HIGH WAIST POWER MESH TUMMY CONTROL
LINER & INSET, ELASTIC AT WAISTBAND, TOPSTITCHING, FULL LENGTH
NO POCKETS, REFLECTIVE LOGO AT WEARER'S CENTER BACK
FABRICTION: 88% POLYESTER 12% SPANDEX 260GSM
STITCH COUNT PER CM 18 HORIZONTAL / 22 VERTICAL
FOLDED PACK

CONTRACT NO.         SF8863           REFERENCE NO.         801P
DC CODE              PCD              DEPARTMENT NO.        007
DIVISION NO.         Division 4       VENDOR NO.            7051
VENDOR ITEM CODE     WS9ES53917MI     COUNTRY OF ORIGIN     VIETNAM
BINDING RULING # OR                   CATEGORY              648
PRECLASS #

FACTORY NO.          104882
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.          VNALPCRE8101TAN

PAYMENT TERM         Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER          OPEN ACCOUNT
LC#                  NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 2,107 | 1,404 | PIECES | 102,160.80 USD |
| | | 2,055 | ASSORTMENTS | |

TOTAL US DOLLARS ONE HUNDRED TWO THOUSAND ONE HUNDRED SIXTY DOLLARS AND EIGHTY CENTS ONLY.

# COMMERCIAL INVOICE

Page 26 of 26

DATE: September 27, 2018

INVOICE NO.: 201822213337

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Vietnam



| ALPINE CREATIONS LTD | |
|---|---|
| EMPLOYEE NAME | NGUYEN THI BICH THAO |
| EMPLOYEE TITLE | EXPORT COORDINATOR - VTN1244 |

البـــاين كـريشنـز المحـدودة
ALPINE CREATIONS LTD.
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.



**UPS Supply Chain SolutionsSM**

**UPS SUPPLY CHAIN SOLUTIONS**
**C/O VIET TRANS LINK CO.,LTD**
**FORWARDER'S CARGO RECEIPT**

No.    7796110894

| | |
|---|---|
| SHIPPER / EXPORTER<br>ALPINE CREATIONS VIET NAM CO., LTD.<br>FACTORIES 7+8, LOT 08-10-12, ROAD NO. 03, TAN DUC INDUSTRIAL ZONE,<br>DUC HOA HA COMMUNE, DUC HOA DISTRICT, LONG AN PROVINCE, VIETNAM<br>TEL: +84 723 765 929 | UPS SUPPLY CHAIN SOLUTIONS, INC. hereby acknowledges receipt only for the external condition of the packages delivered to UPS Supply Chain Solutions, Inc. and the number of packages that were visible to UPS Supply Chain Solutions, Inc. It does not act as a receipt for the number of packages or items not readily and reasonably visible to UPS Supply Chain Solutions, Inc. |
| CONSIGNEE:<br>SEAR,ROEBUCK AND CO.,<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179 USA | REFERENCES<br><br>PURCHASE ORDER NO.<br><br>LETTER OF CREDIT NO.        **ORIGINAL**<br><br>INVOICE NO. / DATED |
| NOTIFY PARTY<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE: (310) 404-2701 FAX: (310) 404-2963<br>ATTN: MARY ELLEN WRATSCHKO | UNLESS A HIGHER VALUE IS DECLARED AT THE BOTTOM OF THIS BOX FOR AN EXTRA CHARGE, LIABILITY IS LIMITED TO $0.25 PER POUND. IF COGSA GOVERNS WITH THE FORCE OF LAW ITS LIMITATION, DESCRIBED IN PARAGRAPH 13 ON THE REVERSE SIDE, CONTROLS UNLESS A HIGHER VALUE IS DECLARED.<br><br>DECLARED VALUE IS _____ |
| DATE RECEIVED<br>01 October 2018 | PLACE OF RECEIPT<br>HO CHI MINH PORT, VIETNAM | ONWARD INLAND ROUTING AND FINAL DESTINATION<br>CHAMBERSBURG, PA |
| EXPORTING CARRIER (VESSEL/AIRLINE)<br>AL RIFFA 004E | PORT OF LOADING<br>HO CHI MINH PORT, VIETNAM | |
| SEAMIR PORT OF DISCHARGE<br>NEW YORK, NY | INTENDED MOTHER VESSEL | |

| MARKS & NUMBERS | NO. OF PKGS. | PARTICULARS FURNISHED BY SHIPPER<br>DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| FCL/FCL-CY/CY<br>TGHU5066498/40'DC/YMAB124467<br>YMMU4039883/40'DC/YMAB124475<br><br>SHIPPING MARKS:<br>SEARS  SE8856<br>ITEM NO:<br>MADE IN:VIETNAM<br>CONTENTS:<br><br>SEARS  SE8857<br>ITEM NO:<br>MADE IN:VIETNAM<br>CONTENTS:<br><br>SEARS  SE8858<br>ITEM NO:<br>MADE IN:VIETNAM<br>CONTENTS:<br><br>*** AS ATTACHED SHEET *** | | 01X40'DC & A PART OF 01X40'DC CONTAINER(S) S.T.C.:<br>1980 CTNS<br>127 CTNS<br>-----------<br>2107 CTNS<br><br>TOTAL: 16832 PCS<br><br>STYLE:WS9ES78906M1<br>LADIES KNITTED LACED UP SPORT BRA SELF STRAPPING 88% POLYESTER 12% SPANDEX<br>PO#SE8856<br>REP#801P<br>ITEM:<br>320036570844/320036571933<br>HS CODE: 6212.10.9020<br><br>STYLE:WS9ES78907M1<br>LADIES KNITTED RUCHED PERFORMANCE TEE DTM TOPSTITCHING 94% POLYESTER 6% SPANDEX<br>PO#SE8857<br>REP#801P<br>-- AS ATTACHED SHEET --<br><br>FREIGHT COLLECT<br>AT SHIPPER'S LOAD, STOW, COUNT AND SEAL | 5,151.800 KGS<br>649.200 KGS<br>-----------<br>5,801.000 KGS | 56.120 CBM<br>4.423 CBM<br>-----------<br>60.543 CBM |

VIET TRANS LINK CO., LTD
HOCHIMINH CITY

As Agent

CLEAN ON BOARD
09 OCT, 2018

In witness whereof the freight forwarder has signed  01 original forwarder's cargo receipt(s), all of this tenor and date, one of which being accomplished, the others to stand void,

Place and date of issue:    HO CHI MINH CITY 09 OCT, 2018

UPS SUPPLY CHAIN SOLUTIONS, INC.

SHIPPING ORDER NO.
201823311937

CARGO IS RECEIVED SUBJECT TO THE TERMS SET FORTH AND INCORPORATED BY REFERENCE ON THIS SIDE AND ON THE REVERSE SIDE OF THIS DOCUMENT, COPIES OF WHICH ARE AVAILABLE ON REQUEST.

## ATTACHED LIST

| | |
|---|---|
| H-B/L.No. | 7796110894 |
| Date | 09 OCT, 2018 |

| MARKS AND NUMBERS | DESCRIPTION OF GOODS: |
|---|---|
| ***<br>SEARS   SE8864<br>ITEM NO:<br>MADE IN:VIETNAM<br>CONTENTS:<br><br>SEARS   SE8866<br>ITEM NO:<br>MADE IN:VIETNAM<br>CONTENTS:<br><br>SEARS   SE8867<br>ITEM NO:<br>MADE IN:VIETNAM<br>CONTENTS:<br><br>SEARS   SE8868<br>ITEM NO:<br>MADE IN:VIETNAM<br>CONTENTS:<br><br>SEARS   SE8873<br>ITEM NO:<br>MADE IN:VIETNAM<br>CONTENTS:<br><br>SEARS   SF8627<br>ITEM NO:<br>MADE IN:VIETNAM<br>CONTENTS:<br><br>SEARS   SF8711<br>ITEM NO:<br>MADE IN:VIETNAM<br>CONTENTS:<br><br>SEARS   SF8883<br>ITEM NO:<br>MADE IN:VIETNAM<br>CONTENTS: | ***<br>ITEM:<br>320034183046/320034183087<br>320034183145/320034183723<br>320034183772/320034183830<br>320034187336/320034187443<br>HS CODE: 6110.30.3059<br><br>STYLE:WS9ES78010MI<br>LADIES KNITTED EV WIDE STRAP CROSS BACK SPORT BRA<br>88% POLYESTER 12% SPANDEX<br>PO#SE8858<br>REF#801P<br>ITEM:<br>320035865484/320035865492<br>HS CODE: 6212.10.9020<br><br>STYLE:WS9ES53910MI<br>LADIES EVERLAST LEGGING 88% POLYESTER 12%<br>SPANDEX KNITTED<br>PO#SE8864<br>REF#801P<br>ITEM:320025445594<br>HS CODE:6104.63.2006<br><br>STYLE:WS9ES53910MI<br>LADIES MESH POCKET LEGGING KNITTED 88% POLYESTER<br>12% SPANDEX<br>PO#SE8866<br>REF#801P<br>ITEM:320034181446<br>HS CODE: 6104.63.2006<br><br>STYLE:WS9ES53916MI<br>LADIES WOVEN LADIES PANTS TOPSTITCHING<br>94%POLYESTER 6%SPANDEX<br>PO#SE8867<br>REF#801P<br>ITEM:320034181511<br>HS CODE: 6204.63.9010<br><br>STYLE:WS9ES53916MI<br>LADIES WOVEN LADIES PANTS TOPSTITCHING<br>94%POLYESTER 6%SPANDEX<br>PO#SE8868<br>REF#801P<br>ITEM:320034182998<br>HS CODE:6204.63.9010<br><br>STYLE:WS9ES78931MI<br>LADIES 95%MODAL 5%SPANDEX KNITTED EV DREAM<br>JERSEY FLOW CARDIGAN<br>PO#SE8873<br>REF#801P<br>ITEM:<br>320035865658/320035865781<br>320035865997/320036573715<br>HS CODE: 6110.30.3059<br><br>STYLE:WC8ES78904MI<br>LADIES KNITTED SOFT TOUCH MELANGE STUDIO TEE 70%<br>POLYESTER,27% RAYON,3% SPANDEX<br>PO#SF8711<br>REF#801P<br>ITEM:<br>320047065420<br>320047066436/320047066691<br>320047066725/320047068101<br>320047069505/320047070396<br>320047070420/320047070453<br>320047070487/320047070636<br>320047710934/320047713110<br>320047713128/320047713136 |

VIET TRANS LINK CO., LTD
HOCHIMINH CITY

.................................
                    As Agent

## ATTACHED LIST

H-B/L No.    7796110894

Date    09 OCT, 2018

| MARKS AND NUMBERS | DESCRIPTION OF GOODS: |
|---|---|
| | STYLE: WS9ES53917M1<br>LADIES KNITTED LEGGING 88% POLYESTER 12% SPANDEX<br>PO#SP8883<br>REF#801P<br>ITEM:<br>320036572576/320036573681<br>HS CODE: 6104.63.2006<br><br>STYLE: WC8ES53901M1<br>LADIES KNITTED HIGH WAIST PEAK PERFORMANCE CAPR.<br>88% POLYESTER 12% SPANDEX<br>PO#SP8627<br>REF#801P<br>ITEM:<br>320029976875/320029976883<br>320029978707/320029979531<br>HS CODE: 6104.63.2006<br><br>FINAL DESTINATION & CODE:<br>PCD, CHAMBURSBURG, PA, 17201, USA |

VIET TRANS LINK CO., LTD
HOCHIMINH CITY

As Agent



# COMMERCIAL INVOICE

Page 1 of 4

DATE: October 05, 2018

INVOICE NO.: 201822569347

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

VIN-1253

SHIPPED FROM: Haiphong, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Vietnam

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SN4709 | LS HOODIE CHERRY TOMATO | 79 CARTONS | 79 AST | 27.840 USD AST | 2,199.36 USD |

ITEM: 380014407126
MADE IN VIETNAM
CONTENTS 1 ASSORTMENT
SEARS DIV 640
SEARS ITEM/SKU 53237/

STYLE:BS9ES71524BB
SEARS/ EVERLAST E/ BOYS KNIT
PRODUCT NAME: POLY LS LOGO GRAPHIC PO HOODIE
STITCH COUNT PER CM: 45 HORIZONTAL / 65 VERTICAL
FABRICATION:100%POLYESTER
HANGER CODE 585SB,

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SN4709 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | BS9ES71524BB | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

FACTORY NO. 102601

TRIDUC LIMITED COMPANY

DUC HIEP VLG,XUAN LAM COMMUNE

THUAN THANH DISTRICT

BAC NINH

Vietnam

FTY MID NO. VNTRILIMBAC

| SEARS | SN4709 | LS HOODIE QUIET SHADE | 128 CARTONS | 128 AST | 27.840 USD AST | 3,563.52 USD |
|---|---|---|---|---|---|---|

ITEM: 380014408520
MADE IN VIETNAM
CONTENTS 1 ASSORTMENT
SEARS DIV 640
SEARS ITEM/SKU 53238/

STYLE:BS9ES71524BB
SEARS/ EVERLAST E/ BOYS KNIT
PRODUCT NAME: POLY LS LOGO GRAPHIC PO HOODIE
STITCH COUNT PER CM: 45 HORIZONTAL / 65 VERTICAL
FABRICATION:100%POLYESTER
HANGER CODE 585SB,

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SN4709 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | BS9ES71524BB | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

FACTORY NO. 102601

11/10/18



# COMMERCIAL INVOICE

Page 2 of 4

DATE: October 05, 2018

INVOICE NO.: 201822569347

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL, 60179
US

SHIPPED FROM: Haiphong, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Vietnam

TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.        VNTRILIMBAC

| SEARS | SN4709 | LS HOODIE QUIET SHADE | 79 CARTONS | 79 AST | 27.840 USD AST | 2,199.36 USD |
|---|---|---|---|---|---|---|

ITEM:    380014408538
MADE IN    VIETNAM
CONTENTS    1 ASSORTMENT
SEARS DIV    640
SEARS ITEM/SKU    53238/

STYLE:BS9ES71524BB
SEARS/ EVERLAST E/ BOYS KNIT
PRODUCT NAME: POLY LS LOGO GRAPHIC PO HOODIE
STITCH COUNT PER CM: 45 HORIZONTAL / 65 VERTICAL
FABRICATION:100%POLYESTER
HANGER CODE 585SB,

| CONTRACT NO. | SN4709 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | BS9ES71S24BB | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

FACTORY NO.    192601
TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.        VNTRILIMBAC

| SEARS | SN4709 | LS HOODIE PRINCESS BLUE | 95 CARTONS | 95 AST | 27.840 USD AST | 2,644.80 USD |
|---|---|---|---|---|---|---|

ITEM:    380014409650
MADE IN    VIETNAM
CONTENTS    1 ASSORTMENT
SEARS DIV    640
SEARS ITEM/SKU    53239/

STYLE:BS9ES71524BB
SEARS/ EVERLAST E/ BOYS KNIT
PRODUCT NAME: POLY LS LOGO GRAPHIC PO HOODIE
STITCH COUNT PER CM: 45 HORIZONTAL / 65 VERTICAL
FABRICATION:100%POLYESTER
HANGER CODE 585SB,

# COMMERCIAL INVOICE

Page 3 of 4

DATE: October 05, 2018

INVOICE NO.: 201822569347

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Halphong, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Vietnam

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SN4709 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | BS9ES71524BB | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

FACTORY NO.     102601
TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.     VNTRILIMBAC

| SEARS | SN4709 | LS HOODIE PRINCESS BLUE | 146 CARTONS | 146 AST | 27.840 USD AST | 4,064.64 USD |
|---|---|---|---|---|---|---|
| ITEM: | 380014409668 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 640 | | | | | |
| SEARS ITEM/SKU | 53239/ | | | | | |

1168

3.54

STYLE:BS9ES71524BB
SEARS/ EVERLAST E/ BOYS KNIT
PRODUCT NAME: POLY LS LOGO GRAPHIC PO HOODIE
STITCH COUNT PER CM: 45 HORIZONTAL / 65 VERTICAL
FABRICATION:100%POLYESTER
HANGER CODE 585SB,

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SN4709 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | BS9ES71524BB | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

FACTORY NO.     102601
TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.     VNTRILIMBAC

| SEARS | SN4709 | LS HOODIE CHERRY TOMATO | 128 CARTONS | 128 AST | 27.840 USD AST | 3,563.52 USD |
|---|---|---|---|---|---|---|
| ITEM: | 380086996618 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 640 | | | | | |
| SEARS ITEM/SKU | 53237/ | | | | | |

STYLE:BS9ES71524BB
SEARS/ EVERLAST E/ BOYS KNIT

# COMMERCIAL INVOICE

Page 4 of 4

DATE: October 05, 2018

INVOICE NO.: 201822569347

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Halphong, Vietnam    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

PRODUCT NAME: POLY LS LOGO GRAPHIC PO HOODIE
STITCH COUNT PER CM: 45 HORIZONTAL / 65 VERTICAL
FABRICATION:100%POLYESTER
HANGER CODE 585SB,

| | | | |
|---|---|---|---|
| CONTRACT NO. | SN4709 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | BS9ES71524BB | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

FACTORY NO.        102601
TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.        VNTRILIMBAC

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT
LC#        NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 655 | 655 | ASSORTMENTS | 18,235.20  USD |

TOTAL US DOLLARS EIGHTEEN THOUSAND TWO HUNDRED THIRTY-FIVE DOLLARS AND TWENTY CENTS ONLY.

ALPINE CREATIONS LTD
EMPLOYEE NAME        NGUYEN THI BICH THAO
EMPLOYEE TITLE        EXPORT COORDINATOR -VTN1253

البـاين كريـيـتـنـز المـحـدودة
ALPINE CREATIONS LTD.
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.





**UPS SUPPLY CHAIN SOLUTIONS**
**C/O VIET TRANS LINK CO.,LTD**
**FORWARDER'S CARGO RECEIPT**

UPS Supply Chain SolutionsSM

No.    7796167181

| SHIPPER / EXPORTER | |
|---|---|
| TRIDUC COMPANY LIMITED.<br>DUC HIEP VILLAGE, XUAN LAM COMMUNE, THUAN THANH DISTRICT, BAC NINH PROVINCE, VIETNAM. | UPS SUPPLY CHAIN SOLUTIONS, INC. hereby acknowledges receipt only for the external condition of the packages delivered to UPS Supply Chain Solutions, Inc and the number of packages that were visible to UPS Supply Chain Solutions, Inc. It does not act as a receipt for the number of packages or items not readily and reasonably visible to UPS Supply Chain Solutions, Inc |

| CONSIGNEE: | REFERENCES |
|---|---|
| SEARS ROEBUCK & CO.<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES,<br>IL. 60179, USA | PURCHASE ORDER NO.<br><br>LETTER OF CREDIT NO.<br>VHSEI810/0003<br>INVOICE NO. / DATED<br><br>**ORIGINAL** |

| NOTIFY PARTY | |
|---|---|
| UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE<br>TORRANCE, CA 90502<br>ATTN: MARYELLEN WRATSCHKO<br>TEL: (310) 404-2792<br>FAX: (310)404-2962 | UNLESS A HIGHER VALUE IS DECLARED AT THE BOTTOM OF THIS BOX FOR AN EXTRA CHARGE, LIABILITY IS LIMITED TO $0.25 PER POUND. IF COGSA GOVERNS WITH THE FORCE OF LAW ITS LIMITATION, DESCRIBED IN PARAGRAPH 3 ON THE REVERSE SIDE, CONTROLS UNLESS A HIGHER VALUE IS DECLARED.<br><br>DECLARED VALUE IS _____ |

| DATE RECEIVED<br>05 October 2018 | PLACE OF RECEIPT<br>HAI PHONG, VIETNAM | ONWARD INLAND ROUTING AND FINAL DESTINATION<br>MIRA LOMA, CA |
|---|---|---|
| EXPORTING CARRIER (VESSEL/AIRLINE)<br>BRIDGE 1810 | PORT OF LOADING<br>HAI PHONG, VIETNAM | |
| SEA/AIR PORT OF DISCHARGE<br>LOS ANGELES, CA | INTENDED MOTHER VESSEL<br>BRIDGE 1810 | |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NUMBERS | NO. of PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CFS/CY<br>40DC<br><br>SHIPPING MARKS:<br>SEARS SN4709<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS: | 655 CTNS | A PART OF 01X40'DC CONTAINER(S) S.T.C.:<br>TOTAL: 5240 PCS<br>STYLE: BS9ES71524BB<br><br>BOYS KNIT POLY LS LOGO GRAPHIC PO HOODIE 100%POLYESTER<br><br>PO# SN4709<br>REF# 801C<br><br>ITEM:<br>380014407126<br>380014408520<br>380014408538<br>380014409650<br>380014409668<br>380086996618<br>HS CODE: 6110.30.3053<br>SAY: SIX HUNDRED AND FIFTY FIVE CARTONS ONLY<br><br><br><br>FREIGHT COLLECT | 2,161.50KGS | 14.170CBM |
| | | | CLEAN ON BOARD<br>11 OCT, 2018 | |

In witness whereof the freight forwarder has signed   THREE (03)  original forwarder's cargo receipt(s), all of this tenor and date, one of which being accomplished, the others to stand void.

Place and date of issue:    HAI PHONG, VIETNAM 11 OCT, 2018

UPS SUPPLY CHAIN SOLUTIONS, INC.

SHIPPING ORDER NO.
201822569347

**VIET TRANS LINK CO., LTD**
**HANOI**

As Agent

CARGO IS RECEIVED SUBJECT TO THE TERMS SET FORTH AND INCORPORATED BY REFERENCE ON THIS SIDE AND ON THE REVERSE SIDE OF THIS DOCUMENT, COPIES OF WHICH ARE AVAILABLE ON REQUEST.



## COMMERCIAL INVOICE

Page 1 of 11

DATE: October 04, 2018

INVOICE NO.: 201822453271

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO:  Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SF8623 | EV SOFT TO S LAPIS BLUE | 4 CARTONS | 108 PIECES | 3.400 USD PIECES | 367.20 USD |

ITEM: 320047061862
MADE IN VIETNAM
CONTENTS 27 PIECES
SEARS DIV 607
SEARS ITEM/SKU 61525/025

STYLE: WC8ES78905MI
DESCRIPTION: WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 190G/M2
HANGER#484

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF8623 | REFERENCE NO. | 802C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |
| FACTORY NO. | 104892 | | |

ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SF8623 | EV SOFT TO M LAPIS BLUE | 5 CARTONS | 135 PIECES | 3.400 USD PIECES | 459.00 USD |

ITEM: 320047061932
MADE IN VIETNAM
CONTENTS 27 PIECES
SEARS DIV 607
SEARS ITEM/SKU 61525/030

STYLE: WC8ES78905MI
DESCRIPTION: WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 190G/M2
HANGER#484

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF8623 | REFERENCE NO. | 802C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |
| FACTORY NO. | 104892 | | |



# COMMERCIAL INVOICE

Page 2 of 11

DATE: October 04, 2018

INVOICE NO.: 201822453271

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam

SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SF8623 | EV SOFT TO L LAPIS BLUE | | 5 CARTONS | 135 PIECES | 3,400 USD PIECES | 459.00 USD |
|-------|--------|--------------------------|---|-----------|------------|------------------|------------|
| ITEM: | 320047061957 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 27 PIECES | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 61525/031 | | | | | | |

STYLE: WC8ES78905MI
DESCRIPTION: WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 190G/M2
HANGER#484

| CONTRACT NO. | SF8623 | REFERENCE NO. | 802C |
|--------------|--------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SF8623 | EV SOFT TO XL LAPIS BLUE | | 5 CARTONS | 135 PIECES | 3,400 USD PIECES | 459.00 USD |
|-------|--------|---------------------------|---|-----------|------------|------------------|------------|
| ITEM: | 320047061981 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 27 PIECES | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 61525/032 | | | | | | |

STYLE: WC8ES78905MI
DESCRIPTION: WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 190G/M2
HANGER#484

# COMMERCIAL INVOICE

Page 3 of 11

DATE: October 04, 2018

INVOICE NO.: 201822453271

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SF8623 | REFERENCE NO. | 802C | | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | | |
| VENDOR ITEM CODE | WC8ES78905MI | COUNTRY OF ORIGIN | VIETNAM | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | | |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF8623 | EV SOFT TO S CABARET | 3 CARTONS | 81 PIECES | 3,400 USD PIECES | 275.40 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320047062120 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 27 PIECES | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 61526/025 | | | | | |

STYLE: WC8ES78905MI
DESCRIPTION: WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 190G/M2
HANGER#494

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | SF8623 | REFERENCE NO. | 802C | | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | | |
| VENDOR ITEM CODE | WC8ES78905MI | COUNTRY OF ORIGIN | VIETNAM | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | | |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF8623 | EV SOFT TO M CABARET | 4 CARTONS | 108 PIECES | 3,400 USD PIECES | 367.20 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320047062107 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 27 PIECES | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 61526/030 | | | | | |

# COMMERCIAL INVOICE

Page 4 of 11

DATE: October 04, 2018

INVOICE NO.: 201822453271

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO:    Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

STYLE: WC8ES78905MI
DESCRIPTION: WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 190G/M2
HANGER#484

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SF8623 | REFERENCE NO. | 802C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | WC8ES78905MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF8623 | EV SOFT TO L CABARET | | 5 | 135 | 3.400 USD | 459.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 3220470622245 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 27 PIECES | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 61526/031 | | | | | | |

STYLE: WC8ES78905MI
DESCRIPTION: WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 190G/M2
HANGER#484

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SF8623 | REFERENCE NO. | 802C | |
| DC CODE | CCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | WC8ES78905MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

# COMMERCIAL INVOICE

Page 5 of 11

DATE: October 04, 2018

INVOICE NO.: 201822453271

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Vietnam

| SEARS | SF8623 | EV SOFT TQ XL CABARET | | 6 CARTONS | 135 PIECES | 3.400 USD PIECES | 459.00 USD |
|-------|--------|----------------------|---|-----------|------------|------------------|------------|

ITEM: 320047062260
MADE IN VIETNAM
CONTENTS 27 PIECES
SEARS DIV 607
SEARS ITEM/SKU 61526/032

STYLE: WC8ES78905MI
DESCRIPTION: WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 190G/M2
HANGER#484

| CONTRACT NO. | SF8623 | REFERENCE NO. | 802C |
|--------------|--------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.   104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.   VNALPCRE8101TAN

| SEARS | SF8623 | EV SOFT TQ S FORGED IRON | | 3 CARTONS | 81 PIECES | 3.400 USD PIECES | 275.40 USD |
|-------|--------|--------------------------|---|-----------|-----------|------------------|------------|

ITEM: 320047064522
MADE IN VIETNAM
CONTENTS 27 PIECES
SEARS DIV 607
SEARS ITEM/SKU 61527/025

STYLE: WC8ES78905MI
DESCRIPTION: WOMEN'S KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 190G/M2
HANGER#484

| CONTRACT NO. | SF8623 | REFERENCE NO. | 802C |
|--------------|--------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.   104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN



# COMMERCIAL INVOICE

Page 6 of 11

DATE: October 04, 2018

INVOICE NO.: 201822453271

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam
MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:  Mira Loma , CA

FOB Vietnam

LONG AN PROVINCE
Vietnam
FTY MID NO.     VNALPCRE8101TAN

| SEARS | SF8623 | EV SOFT TO M FORGED IRON | 3 CARTONS | 81 PIECES | 3,400 USD PIECES | 275.40 USD |
|---|---|---|---|---|---|---|

| ITEM: | 320047064660 |
| MADE IN | VIETNAM |
| CONTENTS | 27 PIECES |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61527/030 |

STYLE: WC8ES78905MI
DESCRIPTION: WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 190G/M2
HANGER#484

| CONTRACT NO. | SF8623 | REFERENCE NO. | 802C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.     104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.     VNALPCRE8101TAN

| SEARS | SF8623 | EV SOFT TO L FORGED IRON | 4 CARTONS | 108 PIECES | 3,400 USD PIECES | 367.20 USD |
|---|---|---|---|---|---|---|

| ITEM: | 320047064686 |
| MADE IN | VIETNAM |
| CONTENTS | 27 PIECES |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61527/031 |

STYLE: WC8ES78905MI
DESCRIPTION: WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 190G/M2
HANGER#484

| CONTRACT NO. | SF8623 | REFERENCE NO. | 802C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

# COMMERCIAL INVOICE

Page 7 of 11

DATE: October 04, 2018

INVOICE NO.: 201822453271

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam     SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

FACTORY NO.          104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SF8623 | EV SOFT TO XL FORGED IRON | 4 CARTONS | 108 PIECES | 3.400  USD PIECES | 367.20  USD |
|-------|--------|---------------------------|-----------|------------|-------------------|-------------|
| ITEM: | 320047064926 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 27  PIECES | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 61627/032 | | | | | |

STYLE: WC8ES78905MI
DESCRIPTION: WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 190G/M2
HANGER#484

| CONTRACT NO. | SF8623 | REFERENCE NO. | 802C |
|--------------|--------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.          104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SF8623 | EV SOFT TO S BLACK ONYX | 5 CARTONS | 135 PIECES | 3.400  USD PIECES | 459.00  USD |
|-------|--------|-------------------------|-----------|------------|-------------------|-------------|
| ITEM: | 320047064985 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 27  PIECES | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 61528/025 | | | | | |

STYLE: WC8ES78905MI
DESCRIPTION: WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 190G/M2
HANGER#484

## COMMERCIAL INVOICE

Page 8 of 11

DATE: October 04, 2018

INVOICE NO.: 201822453271

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam    SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| | |
|---|---|
| CONTRACT NO. | SF8623 |
| DC CODE | CCD |
| DIVISION NO. | Division 4 |
| VENDOR ITEM CODE | WC6ES78905MI |
| BINDING RULING # OR PRECLASS # | |

| | |
|---|---|
| REFERENCE NO. | 802C |
| DEPARTMENT NO. | 007 |
| VENDOR NO. | 7051 |
| COUNTRY OF ORIGIN | VIETNAM |
| CATEGORY | 639, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF8623 | EV SOFT TO M BLACK ONYX | 6 CARTONS | 162 PIECES | 3,400 USD PIECES | 550.80 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320047065008 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 27 PIECES | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 61528/030 | | | | | |

STYLE: WC6ES78905MI
DESCRIPTION: WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 190G/M2
HANGER#484

| | |
|---|---|
| CONTRACT NO. | SF8623 |
| DC CODE | CCD |
| DIVISION NO. | Division 4 |
| VENDOR ITEM CODE | WC6ES78905MI |
| BINDING RULING # OR PRECLASS # | |

| | |
|---|---|
| REFERENCE NO. | 802C |
| DEPARTMENT NO. | 007 |
| VENDOR NO. | 7051 |
| COUNTRY OF ORIGIN | VIETNAM |
| CATEGORY | 639, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF8623 | EV SOFT TO L BLACK ONYX | 7 CARTONS | 189 PIECES | 3,400 USD PIECES | 642.60 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320047065040 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 27 PIECES | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 61528/031 | | | | | |

# COMMERCIAL INVOICE

Page 9 of 11

DATE: October 04, 2018

INVOICE NO.: 201822453271

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Vietnam

STYLE: WC8ES78905MI
DESCRIPTION: WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 180G/M2
HANGER#484

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF8623 | REFERENCE NO. | 802C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF8623 | EV SOFT TO XL BLACK ONYX | 8 | 216 | 3.400 USD | 734.40 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| ITEM: | 320047065321 |
| MADE IN | VIETNAM |
| CONTENTS | 27 PIECES |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61528/032 |

STYLE: WC8ES78905MI
DESCRIPTION: WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 180G/M2
HANGER#484

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF8623 | REFERENCE NO. | 802C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

# COMMERCIAL INVOICE

Page 10 of 11

DATE: October 04, 2018

INVOICE NO.: 201822453271

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Vietnam

| SEARS | SF8584 | EV SOFT TO L CABARET | 4 CARTONS | 108 PIECES | 3,700 USD PIECES | 399.60 USD |
|---|---|---|---|---|---|---|

| | |
|---|---|
| ITEM: | 3200470656586 |
| MADE IN | VIETNAM |
| CONTENTS | 27 PIECES |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 06153/031 |

STYLE: WC8EK78904MI
DESCRIPTION: LADIES 70 POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:18 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 190GSM
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF8584 | REFERENCE NO. | 802C |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8E578904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 839, RNONE |

FACTORY NO.    104982
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| | |
|---|---|
| PAYMENT TERM | Open Acct |
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |
| LC# | NO LC |

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 80 | 2,160 | PIECES | 7,376.40 USD |

TOTAL US DOLLARS SEVEN THOUSAND THREE HUNDRED SEVENTY-SIX DOLLARS AND FORTY CENTS ONLY.



# COMMERCIAL INVOICE

Page 11 of 11

DATE: October 04, 2018

INVOICE NO.: 201822453271

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:     SEARS ROEBUCK & CO.
        3333 Beverly Road
        Hoffman Estates, IL 60179
        US

SHIPPED FROM: Ho Chi Minh City, Vietnam     SHIPPED TO:  Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

                                            FOB Vietnam

| ALPINE CREATIONS LTD | |
| --- | --- |
| EMPLOYEE NAME | NGUYEN THI BICH THAO |
| EMPLOYEE TITLE | EXPORT COORDINATOR - VTN1247 |

البـاين كـربيشـنـز الـمـحـدودة
ALPINE CREATIONS LTD.
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.



UPS SUPPLY CHAIN SOLUTIONS
C/O VIET TRANS LINK CO.,LTD
FORWARDER'S CARGO RECEIPT

UPS Supply Chain SolutionsSM    No.    7796164010

| SHIPPER / EXPORTER<br>ALPINE CREATIONS VIET NAM CO., LTD.<br>FACTORIES 7+8, LOT 08-10-12, ROAD NO. 03, TAN DUC INDUSTRIAL<br>ZONE, DUC HOA HA COMMUNE, DUC HOA DISTRICT, LONG AN<br>PROVINCE, VIETNAM<br>TEL: +84 723 765 929 | UPS SUPPLY CHAIN SOLUTIONS, INC. hereby acknowledges receipt only for the external convenience of the packages delivered to UPS Supply Chain Solutions, Inc. It does not act as a receipt for the number of packages or items not exactly as it reasonably visible to UPS Supply Chain Solutions, Inc. |
|---|---|
| | REFERENCES |
| CONSIGNEE:<br>SEARS, ROEBUCK & CO.<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179 USA | PURCHASE ORDER NO.<br><br>ORIGINAL<br>LETTER OF CREDIT NO.<br><br>INVOICE NO. / DATED |
| NOTIFY PARTY<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE: (310) 404-2792 FAX: (310) 404-2962<br>ATTN: MARY ELLEN WRATSCHKO | UNLESS A HIGHER VALUE IS DECLARED AT THE BOTTOM OF THIS BOX FOR AN EXTRA CHARGE, LIABILITY IS LIMITED TO $0.75 PER POUND, IF COSSA GOVERNS WITH THE FORCE OF LAW ITS LIMITATION, DESCRIBED IN PARAGRAPH 2 ON THE REVERSE SIDE, CONTROLS UNLESS A HIGHER VALUE IS DECLARED.<br><br>DECLARED VALUE IS |

| DATE RECEIVED<br>04 October 2018 | PLACE OF RECEIPT<br>HO CHI MINH CITY, VIET NAM | ONWARD INLAND ROUTING AND FINAL DESTINATION<br>MIRA LOMA, CA |
|---|---|---|
| EXPORTING CARRIER (VESSEL/AIRLINE)<br>NYK ARGUS 097E | PORT OF LOADING<br>HO CHI MINH CITY, VIET NAM | |
| SEA/AIR PORT OF DISCHARGE<br>LOS ANGELES, CA | INTENDED MOTHER VESSEL | |

### PARTICULARS FURNISHED BY SHIPPER

| MARKS & NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| LCL/LCL-CFS/CFS<br>TTNU5363748/40DC/<br>YMABI45557<br><br>SHIPPING MARKS:<br>SEARS  SF8623<br>ITEM NO:<br>MADE IN:VIETNAM<br>CONTENTS:<br><br>SEARS  SF8684<br>ITEM NO:<br>MADE IN:VIETNAM<br>CONTENTS: | 80 CTNS | A PART OF 01X40'DC CONTAINER(S) S.T.C.:<br>80 CTNS<br><br>TOTAL: 2160 PCS<br><br>WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK<br>70%POLYESTER 27%RAYON 3%SPANDEX<br>STYLE: WC8ES78905MI<br>PO#: SF8623<br>REF#:302C<br>ITEM#<br>320047061882/320047061932<br>320047061957/320047061981<br>320047062120/320047062187<br>320047062245/320047062260<br>320047064522/320047064860<br>320047064886/320047064928<br>320047064985/320047065008<br>320047065040/320047065331<br>HS CODE: 6110.30.3059<br>-- AS ATTACHED SHEET --<br><br><br><br><br><br>FREIGHT COLLECT | 332.00KGS | 3.892CBM |

VIET TRANS LINK CO., LTD
HOCHIMINH CITY

...................................    As Agent

CLEAN ON BOARD
13 Oct, 2018

In witness whereof the freight forwarder has signed   THREE (03)  original forwarder's cargo receipt(s), all of this tenor and date, one of which being accomplished, the others to stand void.

Place and date of issue:    HO CHI MINH CITY, VIET NAM 13 Oct, 2018

UPS SUPPLY CHAIN SOLUTIONS, INC.

SHIPPING ORDER NO.
201822453271

CARGO IS RECEIVED SUBJECT TO THE TERMS SET FORTH
AND INCORPORATED BY REFERENCE ON THIS SIDE AND ON
THE REVERSE SIDE OF THIS DOCUMENT, COPIES OF WHICH
ARE AVAILABLE ON REQUEST.

## ATTACHED LIST

H-B/L No.    7796164310

Date    13 Oct, 2018

| MARKS AND NUMBERS | DESCRIPTION OF GOODS: |
|---|---|
| | ... |
| | LADIES KNITTED 70% POLYESTER,27% RAYON,3% SPANDEX |
| | STYLE: WC8ES78904MI |
| | PO#: SF8684 |
| | REF#: 802C |
| | ITEM#: 320047069588 |
| | HS CODE: 6110.30.3059 |
| | |
| | FINAL DESTINATION AND CODE: CCD, MIRA LOMA, CA, 91752, USA |
| | SAY: EIGHTY CARTONS ONLY |

ORIGINAL

VIET TRANS LINK CO., LTD
HOCHIMINH CITY

......................................................... As Agent

# COMMERCIAL INVOICE

Page 1 of 11

DATE: October 04, 2018

INVOICE NO.: 201822456735

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    SEARS ROEBUCK & CO
3333 Beverly Road
Hoffman Estates, IL 60179
US

[VTN-1249]

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SF8623 | EV SOFT TO S LAPIS BLUE | 3 | 81 | 3,400  USD | 275.40  USD |
| | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320047061862 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 27  PIECES | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 61525/025 | | | | | |

STYLE: WC8ES78905MI
DESCRIPTION: WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 180G/M2
HANGER#484

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF8623 | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam

FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF8623 | EV SOFT TO M LAPIS BLUE | 4 | 108 | 3,400  USD | 367.20  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320047061932 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 27  PIECES | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 61525/030 | | | | | |

STYLE: WC8ES78905MI
DESCRIPTION: WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 180G/M2
HANGER#484

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF8623 | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892



## COMMERCIAL INVOICE

Page 2 of 11

DATE: October 04, 2018

INVOICE NO.: 201822456735

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam      SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SF8623 | EV SOFT TO L LAPIS BLUE | 5 CARTONS | 135 PIECES | 3.400  USD PIECES | 459.00  USD |
|---|---|---|---|---|---|---|

| ITEM: | 320047061957 |
|---|---|
| MADE IN | VIETNAM |
| CONTENTS | 27  PIECES |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61525/031 |

STYLE: WC8ES78905MI
DESCRIPTION: WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 190G/M2
HANGER#484

| CONTRACT NO. | SF8623 | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 839 |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| SEARS | SF8623 | EV SOFT TO XL LAPIS BLUE | 5 CARTONS | 135 PIECES | 3.400  USD PIECES | 459.00  USD |
|---|---|---|---|---|---|---|

| ITEM: | 320047061981 |
|---|---|
| MADE IN | VIETNAM |
| CONTENTS | 27  PIECES |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61525/032 |

STYLE: WC8ES78905MI
DESCRIPTION: WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 190G/M2
HANGER#484

# COMMERCIAL INVOICE

Page 3 of 11

DATE: October 04, 2018

INVOICE NO.: 201822456735

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

| CONTRACT NO. | SF8623 | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104592
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF8623 | EV SOFT TO S CABARET | | 3 CARTONS | 81 PIECES | 3.400 USD PIECES | 275.40 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320047062120 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 27 PIECES | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 61526/025 | | | | | | |

STYLE: WC8ES78905MI
DESCRIPTION: WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 190G/M2
HANGER#484

| CONTRACT NO. | SF8623 | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104592
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF8623 | EV SOFT TO M CABARET | | 4 CARTONS | 108 PIECES | 3.400 USD PIECES | 367.20 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320047062187 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 27 PIECES | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 61526/030 | | | | | | |

# COMMERCIAL INVOICE

Page 4 of 11

DATE: October 04, 2018

INVOICE NO.: 201822456735

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam       SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

STYLE: WC8ES78905MI
DESCRIPTION: WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 190G/M2
HANGER#484

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SF8623 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | WC8ES78905MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO. - 104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.         VNALPCRE8101TAN

| SEARS | SF8623 | EV SOFT TO L CABARET | | 4 | 108 | 3,400  USD | 367.20  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 320047062245 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 27  PIECES | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 61526/031 | | | | | | |

STYLE: WC8ES78905MI
DESCRIPTION: WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 190G/M2
HANGER#484

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SF8623 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 007 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | WC8ES78905MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO. - 104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.         VNALPCRE8101TAN



# COMMERCIAL INVOICE

Page 5 of 11

DATE: October 04, 2018

INVOICE NO.: 201822456735

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| SEARS | SF8623 | EV SOFT TO XL CABARET | 4 | 108 | 3.400  USD | 367.20  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| ITEM: | 320047062260 |
|---|---|
| MADE IN | VIETNAM |
| CONTENTS | 27  PIECES |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61526/032 |

STYLE: WC8ES78905MI
DESCRIPTION: WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 190G/M2
HANGER#484

| CONTRACT NO. | SF8623 | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF8623 | EV SOFT TO S FORGED IRON | 2 | 54 | 3.400  USD | 183.60  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | PIECES | PIECES | |

| ITEM: | 320047064522 |
|---|---|
| MADE IN | VIETNAM |
| CONTENTS | 27  PIECES |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61527/025 |

STYLE: WC8ES78905MI
DESCRIPTION: WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 190G/M2
HANGER#484

| CONTRACT NO. | SF8623 | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN

# COMMERCIAL INVOICE

Page 6 of 11

DATE: October 04, 2018

INVOICE NO.: 201822456735

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF8623 | EV SOFT TO M FORGED IRON | | 3 CARTONS | 81 PIECES | 3.400 USD PIECES | 275.40 USD |
|---|---|---|---|---|---|---|---|

ITEM: 320047064866
MADE IN: VIETNAM
CONTENTS: 27 PIECES
SEARS DIV: 607
SEARS ITEM/SKU: 61527/030



STYLE: WC8ES78905MI
DESCRIPTION: WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 190G/M2
HANGER#484

| CONTRACT NO. | SF8623 | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 839, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF8623 | EV SOFT TO L FORGED IRON | | 3 CARTONS | 81 PIECES | 3.400 USD PIECES | 275.40 USD |
|---|---|---|---|---|---|---|---|

ITEM: 320047064886
MADE IN: VIETNAM
CONTENTS: 27 PIECES
SEARS DIV: 607
SEARS ITEM/SKU: 61527/031

STYLE: WC8ES78905MI
DESCRIPTION: WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 190G/M2
HANGER#484

| CONTRACT NO. | SF8623 | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 839, RNONE |

# COMMERCIAL INVOICE

Page 7 of 11

DATE: October 04, 2018

INVOICE NO.: 201822466735

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:     SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam     SHIPPED TO:  Chambersburg , PA
MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

FACTORY NO.          104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.          VNALPCRE8101TAN



| SEARS | SF8623 | EV SOFT TO XL FORGED IRON | 4 CARTONS | 108 PIECES | 3.400 USD PIECES | 367.20 USD |
|---|---|---|---|---|---|---|

| ITEM: | 320047064928 |
|---|---|
| MADE IN | VIETNAM |
| CONTENTS | 27 PIECES |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61527/032 |

STYLE: WC8ES78905MI
DESCRIPTION: WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 190G/M2
HANGER#484

| CONTRACT NO. | SF8623 | REFERENCE NO. | 802P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.          104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.          VNALPCRE8101TAN

| SEARS | SF8623 | EV SOFT TO S BLACK ONYX | 4 CARTONS | 108 PIECES | 3.400 USD PIECES | 367.20 USD |
|---|---|---|---|---|---|---|

| ITEM: | 320047064985 |
|---|---|
| MADE IN | VIETNAM |
| CONTENTS | 27 PIECES |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61528/025 |

STYLE: WC8ES78905MI
DESCRIPTION: WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 190G/M2
HANGER#484