## COMMERCIAL INVOICE

Page 8 of 11

DATE: October 04, 2018

INVOICE NO.: 201822456735

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF8623 | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF8623 | EV SOFT TO M BLACK ONYX | | 6 CARTONS | 162 PIECES | 3.400 USD PIECES | 550.80 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320047065006 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 27 PIECES | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 61528/030 | | | | | | |

STYLE: WC8ES78905MI
DESCRIPTION: WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 180G/M2
HANGER#484

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF8623 | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF8623 | EV SOFT TO L BLACK ONYX | | 7 CARTONS | 189 PIECES | 3.400 USD PIECES | 642.60 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 320047065040 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 27 PIECES | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 61528/031 | | | | | | |



# COMMERCIAL INVOICE

Page 9 of 11

DATE: October 04, 2018

INVOICE NO.: 201822456735

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

**TO:** SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Ho Chi Minh City, Vietnam

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB Vietnam

STYLE: WC8ES78905MI
DESCRIPTION: WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 190G/M2
HANGER#484

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF8623 | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| SEARS | SF8623 | EV SOFT TO XL BLACK ONYX | | 7 | 189 | 3.400  USD | 642.60  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |

| | |
|---|---|
| ITEM: | 320047065321 |
| MADE IN | VIETNAM |
| CONTENTS | 27  PIECES |
| SEARS DIV | 607 |
| SEARS ITEM/SKU | 61528/032 |

STYLE: WC8ES78905MI
DESCRIPTION: WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK
SOFT TOUCH MELANGE STUDIO TANK, "E" REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
FABRICATION: 70%POLYESTER 27%RAYON 3%SPANDEX 190G/M2
HANGER#484

| | | | |
|---|---|---|---|
| CONTRACT NO. | SF8623 | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WC8ES78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

# COMMERCIAL INVOICE

Page 10 of 11

DATE: October 04, 2018

INVOICE NO.: 201822456735

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam     SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| SEARS | SF8884 | EV SOFT TO L CABARET | 2 CARTONS | 54 PIECES | 3,700 USD PIECES | 199.80 USD |
|---|---|---|---|---|---|---|
| ITEM: | 320047069588 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 27 PIECES | | | | | |
| SEARS DIV | 607 | | | | | |
| SEARS ITEM/SKU | 06153/031 | | | | | |

STYLE: WC8EK78904MI
DESCRIPTION-LADIES 70 POLYESTER,27 RAYON,3% SPANDEX KNITTED
SOFT TOUCH MELANGE STUDIO TEE, PERFORMANCE TEE, DTM TOPSTICHING BODY
REFLECTIVE SILVER LOGO AT BOTTOM LEFT HEM,
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:16 HORIZONTAL
FABRICATION: 70 POLYESTER,27 RAYON,3% SPANDEX JERSEY 160GSM
HANGING, HANGER CODE 484B , HANGER COST $0.072/ASSORTMENT

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SF8884 | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | WCBES78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.         104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

PAYMENT TERM         Open Acc!
ORDER PAYMENT TERMS
DRAWN UNDER          OPEN ACCOUNT
LC#                  NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 70 | 1,890 | PIECES | 6,442.20 USD |

TOTAL US DOLLARS SIX THOUSAND FOUR HUNDRED FORTY-TWO DOLLARS AND TWENTY CENTS ONLY.



**UPS SUPPLY CHAIN SOLUTIONS**
**C/O VIET TRANS LINK CO.,LTD**
**FORWARDER'S CARGO RECEIPT**

UPS Supply Chain SolutionsSM

No.    7796164398

| SHIPPER / EXPORTER | |
|---|---|
| ALPINE CREATIONS VIET NAM CO., LTD. FACTORIES 7+8, LOT 08-10-12, ROAD NO. 03, TAN DUC INDUSTRIAL ZONE, DUC HOA HA COMMUNE, DUC HOA DISTRICT, LONG AN PROVINCE, VIETNAM | UPS SUPPLY CHAIN SOLUTIONS INC. hereby acknowledges receipt only for the external condition of the packages delivered to UPS Supply Chain Solutions, Inc. and the number of packages that were visible to UPS Supply Chain Solutions, Inc. It does not act as a receipt for the number of packages or items not readily and reasonably visible to UPS Supply Chain Solutions, Inc. |

**REFERENCES**

| CONSIGNEE: | PURCHASE ORDER NO. |
|---|---|
| SEARS, ROEBUCK AND CO. 3333 BEVERLY ROAD HOFFMAN ESTATES, IL 60179 USA | LETTER OF CREDIT NO.     **ORIGINAL** |
| | INVOICE NO. / DATED |

| NOTIFY PARTY | |
|---|---|
| UPS SUPPLY CHAIN SOLUTIONS 19701 HAMILTON AVENUE, SUITE 250 TORRANCE, CA 90502 PHONE: (310) 404-2792 FAX: (310) 404-2962 ATTN: MARY ELLEN WRATSCHKO | UNLESS A HIGHER VALUE IS DECLARED AT THE BOTTOM OF THIS BOX FOR AN EXTRA CHARGE, LIABILITY IS LIMITED TO $0.25 PER POUND, IF COGSA GOVERNS WITH THE FORCE OF LAW ITS LIMITATION, DESCRIBED IN PARAGRAPH 3 ON THE REVERSE SIDE, CONTROLS UNLESS A HIGHER VALUE IS DECLARED. DECLARED VALUE IS |

| DATE RECEIVED | PLACE OF RECEIPT | ONWARD INLAND ROUTING AND FINAL DESTINATION |
|---|---|---|
| 04 October 2018 | HOCHIMINH, VIETNAM | CHAMBERSBURG, PA |
| EXPORTING CARRIER (VESSEL/AIRLINE) | PORT OF LOADING | |
| HANGZHOU BAY BRIDGE 029E | HOCHIMINH, VIETNAM | |
| SEA/AIR PORT OF DISCHARGE | INTENDED MOTHER VESSEL | |
| NEW YORK, NY | | |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| LCL/LCL-CFS/CFS YMMU4122133/40DC/ YMAB145443 | 70 CTNS | A PART OF 01X40'DC CONTAINER(S) S.T.C.: 70 CTNS TOTAL: 1890 PCS | 294.00KGS | 3.406CBM |
| SHIPPING MARKS: SEARS  SF8623 ITEM NO: MADE IN:VIETNAM CONTENTS: SEARS  SF8684 ITEM NO: MADE IN:VIETNAM CONTENTS: | | WOMENS KNITTED SOFT TOUCH MELANGE STUDIO TANK 70%POLYESTER 27%RAYON 3%SPANDEX STYLE: WC3ES78905MI PO#: SF8623 REF#: 802P ITEM#: 320047061882/320047061932 J20047061957/320047061981 320047062120/320047062187 320047062245/320047062260 320047064522/320047064860 320047064886/320047064928 320047064985/320047065008 J20047065040/320047065321 HS CODE: 6110.30.3059 -- AS ATTACHED SHEET -- FREIGHT COLLECT | | |

VIET TRANS LINK CO., LTD
HOCHIMINH CITY
.............................. As Agent

CLEAN ON BOARD
13 OCT, 2018

In witness whereof the freight forwarder has signed  01  original forwarder's cargo receipt(s), all of this tenor and date, one of which being accomplished, the others to stand void.

Place and date of Issue:     HOCHIMINH, VIETNAM 13 OCT, 2018

UPS SUPPLY CHAIN SOLUTIONS, INC.

SHIPPING ORDER NO.
201822456735

CARGO IS RECEIVED SUBJECT TO THE TERMS SET FORTH AND INCORPORATED BY REFERENCE ON THIS SIDE AND ON THE REVERSE SIDE OF THIS DOCUMENT, COPIES OF WHICH ARE AVAILABLE ON REQUEST.

## ATTACHED LIST

| | H-B/L No. | 7796164398 |
|---|---|---|
| | Date | 13 OCT, 2018 |

| MARKS AND NUMBERS | DESCRIPTION OF GOODS: |
|---|---|
| | ... |
| | LADIES KNITTED 70% POLYESTER,27% RAYON,3% SPANDEX |
| | STYLE: WC8ES78904M1 |
| | PO#: SF8684 |
| | REF#: 802P |
| | ITEM#: 320047069588 |
| | HS CODE: 6110.30.3059 |
| | |
| | FINAL DESTINATION AND CODE: PCD, CHAMBERSBURG, PA, 17201, USA |
| | SAY: SEVENTY CARTONS ONLY |

ORIGINAL

VIET TRANS LINK CO., LTD
HOCHIMINH CITY

.......................................................... As Agent



COMMERCIAL INVOICE

Page 1 of 10

DATE: September 13, 2018

INVOICE NO.: 201821966115

-4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B1VH0 | EGP SCOOPNK FLEECE SKI PATROL | 220 CARTONS | 220 AST | 18.200 USD AST | 4,004.00 USD |
| ITEM: | 780009666331 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WH8BE78569MI
DESCRIPTION: LADIES KNIT SCOOPNECK FLEECE PULLOVER
CUTTING -LENGTH WISE GRAIN-BODY
SEAMS-4 THREAD OVER LOCK MOCK SAFETY STITCH.
COLLAR: FOLDED, TURTLENECK COLLAR, BINDING.
HEM: SELF TURN BACK HEM WITH 2 NEEDLE COVERSTITCH TOP AND BOTTOM
FABRICATION : KH4975 100%POLY FLEECE 160GSM PRINT 58IN CW
STITCH COUNT : FLEECE : 32IN HORIZONTAL X 44IN VERTICAL
HANGERING, HANGER : 484B

| | | | |
|---|---|---|---|
| CONTRACT NO. | B1VH0 | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WH8BE78569MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.      104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.      VNALPCRE8101TAN

| KMART | B1VH0 | EGP SCOOPNK FLEECE SKI PATROL | 35 CARTONS | 35 AST | 26.000 USD AST | 910.00 USD |
|---|---|---|---|---|---|---|
| ITEM: | 780009666340 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WH8BE78569MI
DESCRIPTION: LADIES KNIT SCOOPNECK FLEECE PULLOVER
CUTTING -LENGTH WISE GRAIN-BODY
SEAMS-4 THREAD OVER LOCK MOCK SAFETY STITCH.
COLLAR: FOLDED, TURTLENECK COLLAR, BINDING.
HEM: SELF TURN BACK HEM WITH 2 NEEDLE COVERSTITCH TOP AND BOTTOM
FABRICATION : KH4975 100%POLY FLEECE 160GSM PRINT 58IN CW
STITCH COUNT : FLEECE : 32IN HORIZONTAL X 44IN VERTICAL
HANGERING, HANGER : 484B

| | | | |
|---|---|---|---|
| CONTRACT NO. | B1VH0 | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WH8BE78569MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.      104892

# COMMERCIAL INVOICE

Page 2 of 10

DATE: September 13, 2018

INVOICE NO.: 201821986115

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam          SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.          VNALPCRE8101TAN

| KMART | B1VH0 | EGP SCOOPNK FLEECE SKI PATROL | 113 CARTONS | 113 AST | 23.400 USD AST | 2,644.20 USD |
|---|---|---|---|---|---|---|

ITEM:             780009666356
MADE IN           VIETNAM
CONTENTS          1 ASSORTMENT

STYLE NAME: WH8BE78569MI
DESCRIPTION: LADIES KNIT SCOOPNECK FLEECE PULLOVER
CUTTING -LENGTH WISE GRAIN-BODY
SEAMS-4 THREAD OVER LOCK MOCK SAFETY STITCH.
COLLAR: FOLDED, TURTLENECK COLLAR, BINDING.
HEM: SELF TURN BACK HEM WITH 2 NEEDLE COVERSTITCH TOP AND BOTTOM
FABRICATION : KH4975 100%POLY FLEECE 160GSM PRINT 58IN CW
STITCH COUNT : FLEECE : 32IN HORIZONTAL X 44IN VERTICAL
HANGERING, HANGER : 484B

*1017* *2.6*

| | | | | | | |
|---|---|---|---|---|---|---|
| CONTRACT NO. | B1VH0 | | REFERENCE NO. | 802P | | |
| DC CODE | PCD | | DEPARTMENT NO. | 027 | | |
| DIVISION NO. | DMsion 4 | | VENDOR NO. | 4312 | | |
| VENDOR ITEM CODE | WH8BE78569MI | | COUNTRY OF ORIGIN | VIETNAM | | |
| BINDING RULING # OR PRECLASS # | | | CATEGORY | 639, RNONE | | |

FACTORY NO.       104992
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.          VNALPCRE8101TAN

| KMART | B1VH0 | EGP SCOOPNK FLEECE SKI PATROL | 72 CARTONS | 72 AST | 20.800 USD AST | 1,497.60 USD |
|---|---|---|---|---|---|---|

ITEM:             780009666364
MADE IN           VIETNAM
CONTENTS          1 ASSORTMENT

STYLE NAME: WH8BE78569MI
DESCRIPTION: LADIES KNIT SCOOPNECK FLEECE PULLOVER
CUTTING -LENGTH WISE GRAIN-BODY
SEAMS-4 THREAD OVER LOCK MOCK SAFETY STITCH.
COLLAR: FOLDED, TURTLENECK COLLAR, BINDING.
HEM: SELF TURN BACK HEM WITH 2 NEEDLE COVERSTITCH TOP AND BOTTOM
FABRICATION : KH4975 100%POLY FLEECE 160GSM PRINT 58IN CW
STITCH COUNT : FLEECE : 32IN HORIZONTAL X 44IN VERTICAL
HANGERING, HANGER : 484B

*576* *2.6*

# COMMERCIAL INVOICE

Page 3 of 10

DATE: September 13, 2018

INVOICE NO.: 201621966115

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 80178
US

SHIPPED FROM: Ho Chi Minh City, Vietnam
MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Vietnam

| | | |
|---|---|---|
| CONTRACT NO. | B1VH0 | REFERENCE NO.    802P |
| DC CODE | PCD | DEPARTMENT NO.    027 |
| DIVISION NO. | Division 4 | VENDOR NO.    4312 |
| VENDOR ITEM CODE | WH8BE78569MI | COUNTRY OF ORIGIN    VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY    639, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| KMART | B1VH0 | EGP SCOOPNK FLEECE LYON | 90 CARTONS | 90 AST | 18.200 USD | 1,638.00 USD |
|---|---|---|---|---|---|---|
| ITEM: | 780009566604 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WH8BE78569MI
DESCRIPTION: LADIES KNIT SCOOPNECK FLEECE PULLOVER
CUTTING -LENGTH WISE GRAIN-BODY
SEAMS-4 THREAD OVER LOCK MOCK SAFETY STITCH.
COLLAR: FOLDED, TURTLENECK COLLAR, BINDING.
HEM: SELF TURN BACK HEM WITH 2 NEEDLE COVERSTITCH TOP AND BOTTOM
FABRICATION : KH4875 100%POLY FLEECE 160GSM PRINT 58IN CW
STITCH COUNT : FLEECE : 32IN HORIZONTAL X 44IN VERTICAL
HANGERING, HANGER : 484B

| | | |
|---|---|---|
| CONTRACT NO. | B1VH0 | REFERENCE NO.    802P |
| DC CODE | PCD | DEPARTMENT NO.    027 |
| DIVISION NO. | Division 4 | VENDOR NO.    4312 |
| VENDOR ITEM CODE | WH8BE78569MI | COUNTRY OF ORIGIN    VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY    639, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| KMART | B1VH0 | EGP SCOOPNK FLEECE LYON | 7 CARTONS | 7 AST | 26.000 USD | 182.00 USD |
|---|---|---|---|---|---|---|
| ITEM: | 780009566612 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WH8BE78569MI
DESCRIPTION: LADIES KNIT SCOOPNECK FLEECE PULLOVER

# COMMERCIAL INVOICE

Page 4 of 10

DATE: September 13, 2018

INVOICE NO.: 201821968115

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

Unified Arab Emirates

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam        SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

CUTTING -LENGTH WISE GRAIN-BODY
SEAMS-4 THREAD OVER LOCK MOCK SAFETY STITCH.
COLLAR: FOLDED, TURTLENECK COLLAR, BINDING.
HEM: SELF TURN BACK HEM WITH 2 NEEDLE COVERSTITCH TOP AND BOTTOM
FABRICATION : KH4975 100%POLY FLEECE 160GSM PRINT 58IN CW
STITCH COUNT : FLEECE : 32IN HORIZONTAL X 44IN VERTICAL
HANGERING, HANGER : 484B

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B1VH0 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | |
| VENDOR ITEM CODE | WH8BE78569MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.        104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.        VNALPCRE8101TAN

| KMART | B1VH0 | EGP SCOOPNK FLEECE LYON | 90 CARTONS | 90 AST | 23.400  USD AST | 2,106.00  USD |
|---|---|---|---|---|---|---|
| ITEM: | 780590866562D | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WH8BE78569MI
DESCRIPTION: LADIES KNIT SCOOPNECK FLEECE PULLOVER
CUTTING -LENGTH WISE GRAIN-BODY
SEAMS-4 THREAD OVER LOCK MOCK SAFETY STITCH.
COLLAR: FOLDED, TURTLENECK COLLAR, BINDING.
HEM: SELF TURN BACK HEM WITH 2 NEEDLE COVERSTITCH TOP AND BOTTOM
FABRICATION : KH4975 100%POLY FLEECE 160GSM PRINT 58IN CW
STITCH COUNT : FLEECE : 32IN HORIZONTAL X 44IN VERTICAL
HANGERING, HANGER : 484B

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B1VH0 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | |
| VENDOR ITEM CODE | WH8BE78569MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.        104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.        VNALPCRE8101TAN

# COMMERCIAL INVOICE

Page 5 of 10

DATE: September 13, 2018

INVOICE NO.: 201821866115

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:   Chambersburg , PA

FOB Vietnam

| KMART | B1VH0 | EGP SCOOPNK FLEECE LYON | | 45 | 45 | 15.600  USD | 702.00  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| ITEM: | 780099666001 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WH8BE78569MI
DESCRIPTION: LADIES KNIT SCOOPNECK FLEECE PULLOVER
CUTTING -LENGTH WISE GRAIN-BODY
SEAMS-4 THREAD OVER LOCK MOCK SAFETY STITCH.
COLLAR: FOLDED, TURTLENECK COLLAR, BINDING.
HEM: SELF TURN BACK HEM WITH 2 NEEDLE COVERSTITCH TOP AND BOTTOM
FABRICATION : KH4875 100%POLY FLEECE 160GSM PRINT 58IN CW
STITCH COUNT : FLEECE : 32IN HORIZONTAL X 44IN VERTICAL
HANGERING, HANGER : 484B

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B1VH0 | REFFRENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | |
| VENDOR ITEM CODE | WH8BE78569MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.       104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.       VNALPCRE8101TAN

| KMART | B1VH2 | EGP VNECK FLEECE EGRET | | 149 | 149 | 18.200  USD | 2,711.80  USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| ITEM: | 780099584443 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NAME: WH8BE78911MI
DESCRIPTION: LADIES KNIT V-NECK FLEECE PULLOVER
CUTTING -LENGTH WISE GRAIN-BODY
SEAMS-4 THREAD OVER LOCK MOCK SAFETY STITCH.
NECK: V-NECK.
SLEEVE/SWEEP: SELF TURN BACK HEM WITH 3N TOP & BOTTOM COVERSTITCH, 1/4IN GG
MOBILON TAPE AT INSIDE SHOULDER SEAMS
FABRICATION : KH4875 100%POLY FLEECE 160GSM PRINT 58IN CW
STITCH COUNT : FLEECE : 32IN HORIZONTAL X 44IN VERTICAL
HANGING, HANGER : 484B

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B1VH2 | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | |
| VENDOR ITEM CODE | WH8BE78911MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.       104862

# COMMERCIAL INVOICE

Page 6 of 10

DATE: September 13, 2018

INVOICE NO.: 201821865115

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam      SHIPPED TO:  Chambersburg , PA
MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.      VNALPCRE8101TAN

| KMART | B1VH2 | EGP VNECK FLEECE EGRET | 15 CARTONS | 15 AST | 26.000 USD AST | 390.00 USD |
|---|---|---|---|---|---|---|

ITEM:      780099665911
MADE IN    VIETNAM
CONTENTS   1 ASSORTMENT

STYLE NAME: WH8BE78911MI
DESCRIPTION: LADIES KNIT V-NECK FLEECE PULLOVER
CUTTING -LENGTH WISE GRAIN-BODY
SEAMS-4 THREAD OVER LOCK MOCK SAFETY STITCH.
NECK: V-NECK
SLEEVE/SWEEP: SELF TURN BACK HEM WITH 3N TOP & BOTTOM COVERSTITCH, 1/4IN GG
MOBILON TAPE AT INSIDE SHOULDER SEAMS
FABRICATION : KH4975 100%POLY FLEECE 160GSM PRINT 58IN CW
STITCH COUNT : FLEECE : 32IN HORIZONTAL X 44IN VERTICAL
HANGING, HANGER : 484B

*150,*   *2.6*

| | | | | | | |
|---|---|---|---|---|---|---|
| CONTRACT NO. | B1VH2 | REFERENCE NO. | 603P | | | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | | | |
| VENDOR ITEM CODE | WH8BE78911MI | COUNTRY OF ORIGIN | VIETNAM | | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | | | |

FACTORY NO.      104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.      VNALPCRE8101TAN

| KMART | B1VH2 | EGP VNECK FLEECE EGRET | 84 CARTONS | 84 AST | 23.400 USD AST | 1,965.60 USD |
|---|---|---|---|---|---|---|

ITEM:      780099665920
MADE IN    VIETNAM
CONTENTS   1 ASSORTMENT

STYLE NAME: WH8BE78911MI
DESCRIPTION: LADIES KNIT V-NECK FLEECE PULLOVER
CUTTING -LENGTH WISE GRAIN-BODY
SEAMS-4 THREAD OVER LOCK MOCK SAFETY STITCH.
NECK: V-NECK
SLEEVE/SWEEP: SELF TURN BACK HEM WITH 3N TOP & BOTTOM COVERSTITCH, 1/4IN GG
MOBILON TAPE AT INSIDE SHOULDER SEAMS
FABRICATION : KH4975 100%POLY FLEECE 160GSM PRINT 58IN CW
STITCH COUNT : FLEECE : 32IN HORIZONTAL X 44IN VERTICAL
HANGING, HANGER : 484B

*716,*   *2.6*

# COMMERCIAL INVOICE

Page 7 of 10

DATE: September 13, 2018

INVOICE NO.: 201821966115

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 50179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Vietnam

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B1VH2 | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | |
| VENDOR ITEM CODE | WH8BE78911MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE | |

FACTORY NO.      104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.      VNALPCRE8101TAN

| KMART | B1VH2 | EGP VNECK FLEECE EGRET | 51 CARTONS | 51 AST | 20.800 USD AST | 1,060.80 USD |
|---|---|---|---|---|---|---|
| ITEM: | 789099065937 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

DESCRIPTION: LADIES KNIT V-NECK FLEECE PULLOVER
CUTTING -LENGTH WISE GRAIN-BODY
SEAMS 4 THREAD OVER LOCK MOCK SAFETY STITCH.
NECK: V-NECK
SLEEVES/SWEEP: SELF TURN BACK HEM WITH 3N TOP & BOTTOM COVERSTITCH, 1/4IN GG
MOBILON TAPE AT INSIDE SHOULDER SEAMS
FABRICATION : KH4875 100%POLY FLEECE 160GSM PRINT 58IN CW
STITCH COUNT : FLEECE : 32IN HORIZONTAL X 44IN VERTICAL
HANGING, HANGER : 4848

STYLE NAME: WH8BE78911MI

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B1VH2 | REFERENCE NO. | 803P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | |
| VENDOR ITEM CODE | WH8BE78911MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE | |

FACTORY NO.      104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9.
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.      VNALPCRE8101TAN

| KMART | B1VH3 | CHEVRON PRT FLEECE CLOVER/WINTER BLOOM | 164 CARTONS | 164 AST | 49.350 USD AST | 8,093.40 USD |
|---|---|---|---|---|---|---|
| ITEM: | 780010390877 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NAME: WH8BE78850MI

# COMMERCIAL INVOICE

Page 8 of 10

DATE: September 13, 2018

INVOICE NO.: 201821966115

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam

SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

DESCRIPTION: LADIES KNIT CHEVRON PRINT FLEEC E ZIP UP JACKET
FOLDOVER COLLAR WITH DRAWSTRING, SLASH POCKETS, TURN BACK HEM
ZIPPER AT CENTER FRONT, LONG SLEEVE, HIT BELOW HIPS
FABRICATION : PT-WX-5455 100% POLYSTER, BRUSHED JACQUARD, 260 GSM,58IN CW
STITCH COUNT :  13 HORIZONTAL X  17 VERTICAL
HANGING, HANGER : 484B

| | | | |
|---|---|---|---|
| CONTRACT NO. | B1VH3 | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WH8BE78850MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| KMART | B1VH3 | CHEVRON PRT FLEECE CLOVER/WINTER BLOOM | 21 | 21 | 42,300  USD | 888.30  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM:    780010396685
MADE IN    VIETNAM
CONTENTS    1 ASSORTMENT

STYLE NAME: WH8BE78850MI
DESCRIPTION: LADIES KNIT CHEVRON PRINT FLEEC E ZIP UP JACKET
FOLDOVER COLLAR WITH DRAWSTRING, SLASH POCKETS, TURN BACK HEM
ZIPPER AT CENTER FRONT, LONG SLEEVE, HIT BELOW HIPS
FABRICATION : PT-WX-5455 100% POLYSTER, BRUSHED JACQUARD, 260 GSM,58IN CW
STITCH COUNT :  13 HORIZONTAL X  17 VERTICAL
HANGING, HANGER : 484B

| | | | |
|---|---|---|---|
| CONTRACT NO. | B1VH3 | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WH8BE78850MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

# COMMERCIAL INVOICE

Page 9 of 10

DATE: September 13, 2018

INVOICE NO.: 201821966115

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| KMART | B1VH3 | CHEVRON PRT FLEECE CLOVER/WINTER BLOOM | 21 CARTONS | 21 AST | 63.450 USD AST | 1,332.45 USD |

ITEM: 7800130976669
MADE IN: VIETNAM
CONTENTS: 1 ASSORTMENT

STYLE NAME: WH8BE78850MI
DESCRIPTION: LADIES KNIT CHEVRON PRINT FLEEC E ZIP UP JACKET
FOLDOVER COLLAR WITH DRAWSTRING, SLASH POCKETS, TURN BACK HEM
ZIPPER AT CENTER FRONT, LONG SLEEVE, HIT BELOW HIPS
FABRICATION : PT-WX-S45S 100% POLYSTER, BRUSHED JACQUARD, 260 GSM,58IN CW
STITCH COUNT : 13 HORIZONTAL X 17 VERTICAL
HANGING, HANGER : 484B

| CONTRACT NO. | B1VH3 | REFERENCE NO. | 802P |
| DC CODE | PCO | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WH8BE78850MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.    104882
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| KMART | B1VH3 | CHEVRON PRT FLEECE CLOVER/WINTER BLOOM | 18 CARTONS | 18 AST | 56.400 USD AST | 1,015.20 USD |

ITEM: 7800103984493
MADE IN: VIETNAM
CONTENTS: 1 ASSORTMENT

STYLE NAME: WH8BE78850MI
DESCRIPTION: LADIES KNIT CHEVRON PRINT FLEEC E ZIP UP JACKET
FOLDOVER COLLAR WITH DRAWSTRING, SLASH POCKETS, TURN BACK HEM
ZIPPER AT CENTER FRONT, LONG SLEEVE, HIT BELOW HIPS
FABRICATION : PT-WX-S45S 100% POLYSTER, BRUSHED JACQUARD, 260 GSM,58IN CW
STITCH COUNT : 13 HORIZONTAL X 17 VERTICAL
HANGING, HANGER : 484B

| CONTRACT NO. | B1VH3 | REFERENCE NO. | 802P |
| DC CODE | PCO | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WH8BE78850MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 635, RNONE |

FACTORY NO.    104882
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE

# COMMERCIAL INVOICE

Page 10 of 10

DATE: September 13, 2018

INVOICE NO.: 201821966115

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

Vietnam

FTY MID NO.    VNALPCRE8101TAN

PAYMENT TERM    Letter of Credit
ORDER PAYMENT TERMS
DRAWN UNDER    BANK OF AMERICA
LC#    925064, 925070, 925065

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 1,195 | 1,195 | ASSORTMENTS | 31,141.35  USD |

TOTAL US DOLLARS THIRTY-ONE THOUSAND ONE HUNDRED FORTY-ONE DOLLARS AND THIRTY-FIVE CENTS ONLY.

| ALPINE CREATIONS LTD |
|---|
| EMPLOYEE NAME    NGUYEN THI BICH THAO |
| EMPLOYEE TITLE    EXPORT COORDINATOR - VTN1229 |

البـاين كـريشنـز المـحـدودة
ALPINE CREATIONS LTD.
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.



**UPS SUPPLY CHAIN SOLUTIONS**
**C/O VIET TRANS LINK CO.,LTD**
**FORWARDER'S CARGO RECEIPT**

UPS Supply Chain SolutionsSM

No.    7796043926

SHIPPER / EXPORTER
ALPINE CREATIONS VIET NAM CO., LTD.
FACTORIES 7+8, LOT 08-10-12, ROAD NO. 03, TAN DUC INDUSTRIAL
ZONE, DUC HOA HA COMMUNE,
DUC HOA DISTRICT, LONG AN PROVINCE, VIETNAM.
TEL: +84 723 765 929

UPS SUPPLY CHAIN SOLUTIONS, INC. hereby acknowledges receipt only (of the external condition of the packages delivered to UPS Supply Chain Solutions, Inc. and the number of packages that were visible to UPS Supply Chain Solutions, Inc. It does not act as a receipt for the number of packages or items not readily and reasonably visible to UPS Supply Chain Solutions, Inc.

REFERENCES

CONSIGNEE:
KMART CORPORATION
3333 BEVERLY ROAD
HOFFMAN ESTATES, IL 60179 USA

PURCHASE ORDER NO.

LETTER OF CREDIT NO.

**ORIGINAL**

INVOICE NO. / DATED

NOTIFY PARTY
UPS SUPPLY CHAIN SOLUTIONS
19701 HAMILTON AVENUE, SUITE 250
TORRANCE, CA 90502
PHONE: (310) 404-2792 FAX: (310) 404-2962
ATTN: MARY ELLEN WRATSCHKO

UNLESS A HIGHER VALUE IS DECLARED AT THE BOTTOM OF THIS BOX FOR AN EXTRA CHARGE, LIABILITY IS LIMITED TO $0.25 PER POUND, IF COGSA GOVERNS WITH THE FORCE OF LAW ITS LIMITATION, DESCRIBED IN PARAGRAPH 3 ON THE REVERSE SIDE, CONTROLS UNLESS A HIGHER VALUE IS DECLARED.

DECLARED VALUE IS _____

| DATE RECEIVED | PLACE OF RECEIPT | ONWARD INLAND ROUTING AND FINAL DESTINATION |
|---|---|---|
| 15 September 2018 | HO CHI MINH PORT, VIETNAM | CHAMBERSBURG, PA |

| EXPORTING CARRIER (VESSEL/AIRLINE) | PORT OF LOADING | |
|---|---|---|
| MILANO BRIDGE 004E | HO CHI MINH PORT, VIETNAM | |

| SEA/AIR PORT OF DISCHARGE | INTENDED MOTHER VESSEL |
|---|---|
| NEW YORK, NY | |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| FCL/FCL-CY/CY<br>YMMLU4129159/40' DC/YMAC090990<br>YMLU4849767/40' DC/YM AB123977<br><br>SHIPPING MARKS:<br>KMART  B1VH0<br>ITEM NO:<br>MADE IN:VIETNAM<br>CONTENTS:<br><br>KMART  B1VH2<br>ITEM NO:<br>MADE IN:VIETNAM<br>CONTENTS:<br><br>KMART  B1VH3<br>ITEM NO:<br>MADE IN:VIETNAM<br>CONTENTS: | | 02X40'DC A PART OF 02X40'DC CONTAINER(S) S.T.C.:<br>1027 CTNS<br>168 CTNS<br><br>1195 CTNS<br><br>TOTAL: 9227 PCS<br><br>WH8BE78569MI<br>LADIES KNIT SCOOPNECK FLEECE PULLOVER<br>100%POLY FLEECE 160GSM PRINT 58IN CW<br>B1VH0/802P<br>ITEM#:<br>780099666331<br>780099666349<br>780099666356<br>780099666364<br>780099666604<br>780099666612<br>780099666620<br>-- AS ATTACHED SHEET -- | 3164.54 KGS<br>680.4 KGS<br><br>3,844.940 KGS | 33.061 CBM<br>7.748 CBM<br><br>40.809 CBM |

VIET TRANS LINK CO., LTD
HOCHIMINH CITY

.................................. As Agent

FREIGHT COLLECT
AT SHIPPER'S LOAD, STOW, COUNT AND SEAL

CLEAN ON BOARD
29 SEP, 2018

In witness whereof the freight forwarder has signed  01  original forwarder's cargo receipt(s), all of this tenor and date; one of which being accomplished, the others to stand void.

Place and date of issue:    HO CHI MINH CITY 29 SEP, 2018

UPS SUPPLY CHAIN SOLUTIONS, INC.

SHIPPING ORDER NO.
201821966115

CARGO IS RECEIVED SUBJECT TO THE TERMS SET FORTH
AND INCORPORATED BY REFERENCE ON THIS SIDE AND ON

## ATTACHED LIST

| | | H-B/L No. | 7796043926 |
|---|---|---|---|
| | | Date | 29 SEP, 2018 |

| MARKS AND NUMBERS | DESCRIPTION OF GOODS: |
|---|---|
| | 780099666661 |
| | HS CODE: 6110.30.3059 |
| | |
| | WH8BE78911MI |
| | LADIES KNIT V-NECK FLEECE PULLOVER |
| | 100%POLY FLEECE 160GSM PRINT 58IN CW |
| | B1VH2/803P |
| | ITEM#: |
| | 780099584443 |
| | 780099665911 |
| | 780099665929 |
| | 780099665937 |
| | HS CODE: 6110.30.3059 |
| | |
| | WH8BE78850MI |
| | LADIES KNIT CHEVRON PRINT FLEECE ZIP UP |
| | JACKET 100% POLYSTER, BRUSHED |
| | JACQUARD, 260 GSM,58IN CW |
| | B1VH3/802P |
| | ITEM#: |
| | 780010396877 |
| | 780010396885 |
| | 780010397669 |
| | 780010398493 |
| | HS CODE: 6102.30.2010 |
| | |
| | FINAL DESTINATION AND CODE: PCD, |
| | CHAMBERSBURG, PA, 17201, USA |

ORIGINAL

VIET TRANS LINK CO., LTD
HOCHIMINH CITY

............................................
As Agent



# COMMERCIAL INVOICE

Page 1 of 2

DATE: September 21, 2018

INVOICE NO.: 201822040405

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

EC. 67340

SHIPPED FROM: Damietta, Egypt     SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Egypt

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2R6L | EK RUN PANT BLACK ONYX | 86 | 86 | 53.760 USD | 4,623.36 USD |
| | | | CARTONS | AST | AST | |
| ITEM: | 750030126122 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NO: MF8EK36444YM
DESCRIPTION: MENS KNITTED PANT
SOLID. 2 SIDE POCKET WITH ZIPPER. LEG OPENING WITH ZIPPER.
ELASTIC WAIST BAND WITH DRAWCORD, FULL LENGTH PANTS REACH BELOW ANKLE
STITCH COUNT PER CM: 16 HORIZONTAL / 13 VERTICAL
FABRICATION: 100% POLYESTER KNITTED JERSEY 225GSM
HANGING, HANGER CODE 7012B , HANGER COST $0.12 EACH

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2R6L | REFERENCE NO. | 804 | |
| DC CODE | PCD | DEPARTMENT NO. | 046 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | |
| VENDOR ITEM CODE | MF8EK36444YM | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 047 | |

18 · 146935

FACTORY NO.      052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.      EGALEAPP1217ALE

| KMART | B2R6L | EK RUN PANT MEDIEVAL BLUE | 15 | 15 | 53.760 USD | 806.40 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 750030126668 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NO: MF8EK36444YM
DESCRIPTION: MENS KNITTED PANT
SOLID. 2 SIDE POCKET WITH ZIPPER. LEG OPENING WITH ZIPPER.
ELASTIC WAIST BAND WITH DRAWCORD, FULL LENGTH PANTS REACH BELOW ANKLE
STITCH COUNT PER CM: 16 HORIZONTAL / 13 VERTICAL
FABRICATION: 100% POLYESTER KNITTED JERSEY 225GSM
HANGING, HANGER CODE 7012B , HANGER COST $0.12 EACH

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2R6L | REFERENCE NO. | 804 | |
| DC CODE | PCD | DEPARTMENT NO. | 046 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | |
| VENDOR ITEM CODE | MF8EK36444YM | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 647 | |

FACTORY NO.      052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA

27/03/18





# COMMERCIAL INVOICE

Page 2 of 2

DATE: September 21, 2016

INVOICE NO.: 201622040405

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt        SHIPPED TO:   Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Egypt

Egypt
FTY MID NO.        EGALEAPP1217ALE

PAYMENT TERM        Letter of Credit
ORDER PAYMENT TERMS
DRAWN UNDER        BANK OF AMERICA
LC#        925005

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 101 | 101 | ASSORTMENTS | 5,429.76  USD |

TOTAL US DOLLARS FIVE THOUSAND FOUR HUNDRED TWENTY-NINE DOLLARS AND SEVENTY-SIX CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

The merchandise covered by this invoice was produced in the Egyptian qualified industrial zone

Own quota, no quota charges are included in FOB price of goods.

| ALPINE CREATIONS LTD | |
|---|---|
| EMPLOYEE NAME | EIHAB ELHOEY |
| EMPLOYEE TITLE | EXPORT COORDINATOR - EG67340 |

الباين كريشنز المحدودة

ALPINE CREATIONS LTD.
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.



UPS SUPPLY CHAIN SOLUTIONS
UPS SCS (EGYPT) LLC
13, Misr El Tameer Buildings, 9th District
Sheraton Heliopolis
Cairo, Egypt
Tel.: +20 2 268 0136
Fax: +20 2 268 0136

THE COMPLETE SOLUTION

**FORWARDER'S CARGO RECEIPY**

| | |
|---|---|
| SHIPPER/EXPORTER<br>ALEX APPARELS<br>PO BOX 23512<br>ALEXANDRIA PUBLIC FREE ZONE<br>PLOT 203<br>ALEXANDRIA<br>EGYPT | Received by UPS SCS Egypt hereinafter referred to oas FH in apparent good order and condition, unless otherwise indicated, the following cargoes for shipment by the first available vessel subject to the terms and conditions as hereunder :<br><br>UPS SCS Egypt As Multimodel Transport Operator |
| CONSIGNEE<br>KMART CORPORATION<br>3333 BEVERLY ROAD, HOFFMAN ESTATES,<br>IL 60179, US | FCR#              : 7083221000<br><br>SHIPPING ORDER #   : 201822040405 |
| NOTIFY PARTY<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, TORRANCE,<br>CA 90502, UNITED STATES<br>MARY ELLEN WRATSCHKO<br>TEL:(310) 404-2792 | LETTER OF CREDIT #  :<br><br>INVOICE #          :<br><br>DATED             : |
| PRE CARRIAGE BY | PORT OF LOADING<br>DAMIETTA, EG | VALUE DECLARED     : |
| IMPORTING CARRIER<br>(VESSEL NAME/VOYAGE)<br>MOL COURAGE - 0IN1DW1MA | PORT OF LOADING<br>DAMIETTA, EG | OCEAN FREIGHT      : COLLECT |
| AIR SEA PORT OF DISCHARGE<br>NEW YORK | PLACE OF DELIVERY BY ON-CARRIER<br>CHAMBERSBURG,PA | ONWARD INLAND ROUTING AND FINAL DESTINATION |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGE AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| 1 X 40DC CONTAINER<br><br>TGHU5049443<br>G1731924 | <br><br><br>101 Ctns | | KGS/IBS | CBM/CFT |
| | | Date Cargo Received 09.21.18<br>Date Document Received 09.21.18<br>GARMENTS<br>CONTRACT# B2R6L REF# 804 LC# 925005<br>ETD: 09.27.18<br>FINAL DESTINATION: Chambersburg, PA 17201<br>SHIPPER'S STOW, LOAD AND COUNT<br>FREIGHT COLLECT | G.W. 389.860 KG<br><br><br><br>N.W. | 3.210 M3 |

ORIGINAL

| | |
|---|---|
| ' APPLICABLE WHEN A THROUGH BILL OF LADING IS TO UE ISSUED<br>' THIS CARGO RECEIPT IS NOT A DOCUMENT OF TITLE<br>WE HAVE RECEIVED THE FOLLOWING DOCUMENTS :<br>1. SPECIAL CUSTOMS INVOICE #<br>   ORIGINAL<br>2. PACKING LIST<br>   ORIGINAL<br>3. COMMERCIAL INVOICE #<br>   ORIGINAL<br>4. EXPORT LICENSE 4TH COPY WITH VISA STAMPLED<br>   ORIGINAL<br>5 FORM A<br>   ORIGINAL<br>6 INSPECTION CERTIFICATE<br>   ORIGINAL | IN ACCEPTING THIS CARGO RECEIPT, THE SHIPPER, CONSIGNEES AND OWNER OF THE GOODS AGREE TO BOUND BY ALL OF ITS STIPULATIONS, AND CONDITIONS AVAILABLE ON REQUEST<br><br>IN WITNESS WHEREOF THE FREIGHT FORWARDER HAS SIGNED ONE ORIGINAL CARGO RECEIPT,      ALL OF THIS TENOR AND DATE, ONE WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.<br><br>PLACE AND DATE<br>UPS SCS EGYPT<br>TRANSPORTATION<br>INTERNATIONAL CO. LTD<br><br>Cargo is received subject to the terms on both sides of this forwarder's cargo receipt |



# COMMERCIAL INVOICE

Page 1 of 4

DATE: September 13, 2018

INVOICE NO.: 201821965849

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17005
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B1V51 | HIGH WAIST PEAK PERFBLACK ONYX | 173 CARTONS | 173 AST | 35.350 USD AST | 6,115.55 USD |
| ITEM: | 740041457532 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE: WC8EK53901MI
KMART/ EVERLAST/ LADIES CAPRI
PRODUCT NAME: LADIES WOVEN HIGH WAIST PEAK PERFORMANCE CAPRI
TOPSTITCHING DTM
REFLECTIVE SILVER LOGO AT WEARER'S CENTER BACK
STITCH COUNT PER CM: 22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88%POLYESTER,12%SPANDEX
HANGING, HANGER CODE 8012B

| | | | |
|---|---|---|---|
| CONTRACT NO. | B1V51 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK53901MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE |
| FACTORY NO. | 104892 | | |

ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| KMART | B1V51 | HIGH WAIST PEAK PERFBLACK ONYX | 153 CARTONS | 153 AST | 45.450 USD AST | 6,953.85 USD |
|---|---|---|---|---|---|---|
| ITEM: | 740048055882 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE: WC8EK53901MI
KMART/EVERLAST/ LADIES CAPRI
PRODUCT NAME: LADIES WOVEN HIGH WAIST PEAK PERFORMANCE CAPRI
TOPSTITCHING DTM
REFLECTIVE SILVER LOGO AT WEARER'S CENTER BACK
STITCH COUNT PER CM: 22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88%POLYESTER,12%SPANDEX
HANGING, HANGER CODE 6012B

| | | | |
|---|---|---|---|
| CONTRACT NO. | B1V51 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK53901MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE |
| FACTORY NO. | 104892 | | |

# COMMERCIAL INVOICE

Page 2 of 4

DATE: September 13, 2018

INVOICE NO.: 201821985846

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| KMART | B1VGC | WH8BE78911PL V NECK SKI PATROL PLAID BE | 234 CARTONS | 234 AST | 18.420 USD AST | 4,310.28 USD |
|---|---|---|---|---|---|---|

ITEM:    430099585473
MADE IN    VIETNAM
CONTENTS    1 ASSORTMENT

STYLE NAME: WH8BE78911PL
DESCRIPTION: LADIES KNIT V-NECK FLEECE PULLOVER
CUTTING :LENGTH WISE GRAIN-BODY
SEAMS-4 THREAD OVER LOCK MOCK SAFETY STITCH.
NECK: V-NECK
SLEEVE/SWEEP: SELF TURN BACK HEM WITH 3N TOP & BOTTOM COVERSTITCH, 1/4IN GG
MOBILON TAPE AT INSIDE SHOULDER SEAMS
FABRICATION : KH4975 100%POLY FLEECE 160GSM PRINT 58IN CW
STITCH COUNT : FLEECE : 32IN HORIZONTAL X 44IN VERTICAL
HANGING, HANGER : 479B

| CONTRACT NO. | B1VGC | REFERENCE NO. | 804P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WH8BE78911PL | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| KMART | B1VGC | WH8BE78911PL V NECK SKI PATROL PLAID BE | 101 CARTONS | 101 AST | 24.560 USD AST | 2,480.56 USD |
|---|---|---|---|---|---|---|

ITEM:    430099585481
MADE IN    VIETNAM
CONTENTS    1 ASSORTMENT

STYLE NAME: WH8BE78911PL
DESCRIPTION: LADIES KNIT V-NECK FLEECE PULLOVER
CUTTING :LENGTH WISE GRAIN-BODY
SEAMS-4 THREAD OVER LOCK MOCK SAFETY STITCH.
NECK: V-NECK
SLEEVE/SWEEP: SELF TURN BACK HEM WITH 3N TOP & BOTTOM COVERSTITCH, 1/4IN GG
MOBILON TAPE AT INSIDE SHOULDER SEAMS
FABRICATION : KH4975 100%POLY FLEECE 160GSM PRINT 58IN CW
STITCH COUNT : FLEECE : 32IN HORIZONTAL X 44IN VERTICAL
HANGING, HANGER : 479B

# COMMERCIAL INVOICE

Page 3 of 4

DATE: September 13, 2018

INVOICE NO.: 201821985849

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Vietnam

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | B1VGC | REFERENCE NO. | 804P | | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | | |
| VENDOR ITEM CODE | WH8BE78911PL | COUNTRY OF ORIGIN | VIETNAM | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 839, RNONE | | |

FACTORY NO.        104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.        VNALPCRE8101TAN

| KMART | B1VGC | WH8BE78911PL V NECK SKI PATROL PLAID BE | | 77 | 77 | 18,420  USD | 1,418.34  USD |
|---|---|---|---|---|---|---|---|
| **ITEM:** | 430099585499 | | | CARTONS | AST | AST | |
| **MADE IN** | VIETNAM | | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | | |

STYLE NAME: WH8BE78911PL
DESCRIPTION: LADIES KNIT V-NECK FLEECE PULLOVER
CUTTING -LENGTH WISE GRAIN-BODY
SEAMS-4 THREAD OVER LOCK MOCK SAFETY STITCH.
NECK: V-NECK
SLEEVE/SWEEP: SELF TURN BACK HEM WITH 3N TOP & BOTTOM COVERSTITCH, 1/4IN GG
MOBILON TAPE AT INSIDE SHOULDER SEAMS
FABRICATION : KH#975 100%POLY FLEECE 180GSM PRINT 58IN CW
STITCH COUNT : FLEECE : 32IN HORIZONTAL X 44IN VERTICAL
HANGING, HANGER : 4788

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B1VGC | REFERENCE NO. | 804P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | |
| VENDOR ITEM CODE | WH8BE78911PL | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 839, RNONE | |

FACTORY NO.        104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.        VNALPCRE8101TAN

PAYMENT TERM        Open Acct

ORDER PAYMENT TERMS

DRAWN UNDER        OPEN ACCOUNT

# COMMERCIAL INVOICE

Page 4 of 4

DATE: September 13, 2018

INVOICE NO.: 201821865848

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam    SHIPPED TO:   Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 738 | 738 | ASSORTMENTS | 21,278.58   USD |

TOTAL US DOLLARS TWENTY-ONE THOUSAND TWO HUNDRED SEVENTY-EIGHT DOLLARS AND FIFTY-EIGHT CENTS ONLY.

| ALPINE CREATIONS LTD | |
|---|---|
| EMPLOYEE NAME | NGUYEN THI BICH THAO |
| EMPLOYEE TITLE | EXPORT COORDINATOR - VTN1228 |

البـــاين كـريبشـنـلز المـحـدودة
ALPINE CREATIONS LTD.
P.O. Box: 17008
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.





**UPS SUPPLY CHAIN SOLUTIONS**
**C/O VIET TRANS LINK CO.,LTD**
**FORWARDER'S CARGO RECEIPT**

UPS Supply Chain SolutionsSM

No.    7796043904

| | |
|---|---|
| SHIPPER / EXPORTER<br>ALPINE CREATIONS VIET NAM CO., LTD.<br>FACTORIES 7+8, LOT 08-10-12, ROAD NO. 03, TAN DUC INDUSTRIAL<br>ZONE, DUC HOA HA COMMUNE,<br>DUC HOA DISTRICT, LONG AN PROVINCE, VIETNAM.<br>TEL: +84 723 765 929 | UPS SUPPLY CHAIN SOLUTIONS, INC. hereby acknowledges receipt only for the external condition of the packages delivered to UPS Supply Chain Solutions, Inc. and the number of packages that were visible to UPS Supply Chain Solutions, Inc. It does not act as a receipt for the number of packages or items not readily and reasonably visible to UPS Supply Chain Solutions, Inc. |
| CONSIGNEE:<br>KMART CORPORATION<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179 USA | REFERENCES<br><br>PURCHASE ORDER NO.<br><br>LETTER OF CREDIT NO.          **ORIGINAL**<br><br>INVOICE NO. / DATED |
| NOTIFY PARTY<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE: (310) 404-2792 FAX: (310) 404-2962<br>ATTN: MARY ELLEN WRATSCHKO | UNLESS A HIGHER VALUE IS DECLARED AT THE BOTTOM OF THIS BOX FOR AN EXTRA CHARGE, LIABILITY IS LIMITED TO $0.25 PER POUND. IF COGSA GOVERNS WITH THE FORCE OF LAW ITS LIMITATION, DESCRIBED IN PARAGRAPH 3 ON THE REVERSE SIDE, CONTROLS UNLESS A HIGHER VALUE IS DECLARED.<br><br>DECLARED VALUE IS |
| DATE RECEIVED<br>15 September 2018 | PLACE OF RECEIPT<br>HO CHI MINH PORT, VIETNAM | ONWARD INLAND ROUTING AND FINAL DESTINATION<br>CHAMBERSBURG, PA |
| EXPORTING CARRIER (VESSEL/AIRLINE)<br>MILANO BRIDGE 004E | PORT OF LOADING<br>HO CHI MINH PORT, VIETNAM | |
| SEAAIR PORT OF DISCHARGE<br>NEW YORK, NY | INTENDED MOTHER VESSEL | |

| PARTICULARS FURNISHED BY SHIPPER | | | | |
|---|---|---|---|---|
| MARKS & NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
| FCL/FCL-CY/CY<br>YMMU1412915974DC<br>YMAC060990<br><br>SHIPPING MARKS:<br>KMART  B1VS1<br>ITEM NO.<br>MADE IN: VIETNAM<br>CONTENTS:<br><br>KMART  B1VGC<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS: | | A PART OF (1)X40 DC CONTAINER(S) S.T.C.:<br>738 CTNS<br><br>TOTAL: 5262 PCS<br><br>WCBEK53901MI<br>LADIES WOVEN HIGH WAIST PEAK<br>PERFORMANCE CAPRI 88%POLYESTER,12%<br>SPANDEX<br>B1VS1/801P<br>ITEM#:<br>740041457532<br>740041455882<br>US CODE: 6104.63.2006<br><br>WH8BE78911PL<br>LADIES KNIT V-NECK FLEECE PULLOVER 100%<br>POLY FLEECE 160GSM PRINT 58IN CW<br>B1VGC/804P<br>ITEM#:<br>-- AS ATTACHED SHEET -- | 2,356.76KGS | 22.994CBM |
| | | FREIGHT COLLECT<br>AT SHIPPER'S LOAD, STOW, COUNT AND SEAL | CLEAN ON BOARD<br>29 SEP, 2018 | |

VIET TRANS LINK CO., LTD
HOCHIMINH CITY

As Agent

In witness whereof the freight forwarder has signed   01  original
forwarder's cargo receipt(s), all of this tenor and date, one of which being
accomplished, the others to stand void.

Place and date of issue:        HO CHI MINH CITY 29 SEP, 2018

UPS SUPPLY CHAIN SOLUTIONS, INC.

| SHIPPING ORDER NO. |
|---|
| 201821965849 |

CARGO IS RECEIVED SUBJECT TO THE TERMS SET FORTH

## ATTACHED LIST

H-B/L No.   7796043904

Date   29 SEP, 2018

| MARKS AND NUMBERS | DESCRIPTION OF GOODS: |
|---|---|
| | --- |
| | 430099585473 |
| | 430099585481 |
| | 430099585499 |
| | HS CODE: 6110.30.3059 |
| | |
| | FINAL DESTINATION AND CODE: PCD, |
| | CHAMBERSBURG, PA, 17201, USA |

ORIGINAL

VIET TRANS LINK CO., LTD
HOCHIMINH CITY

As Agent



## COMMERCIAL INVOICE

Page 1 of 3

DATE: September 21, 2018

INVOICE NO.: 201822105260

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17806
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Haiphong, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Vietnam

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2WTG | SOLID STRAPPY CAPRI FORGED IRON | 41 CARTONS | 41 AST | 39.520  USD AST | 1,620.32  USD |
| ITEM: | 740057350217 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| | | STYLE: WC8EK53900MI KMART/ EVERLAST/ LADIES CAPRI PRODUCT NAME: SOLID STRAPPY CAPRI TOPSTITCHED, NO POCKETS, REACHES THE CALF STITCH COUNT PER CM: 22 HORIZONTAL / 18 VERTICAL FABRICATION: 88%POLYESTER,12%SPANDEX KNIT HANGER CODE 60128 | | | | |

CONTRACT NO.    B2WTG
DC CODE    CCD
DIVISION NO.    Division 4
VENDOR ITEM CODE    WC8EK53900MI
BINDING RULING # OR PRECLASS #

REFERENCE NO.    804C
DEPARTMENT NO.    027
VENDOR NO.    4312
COUNTRY OF ORIGIN    VIETNAM
CATEGORY    RNONE, 648

FACTORY NO.    102601
TRIDUC LIMITED COMPANY
DUC HIEP VLG.XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.    VNTRILIMBAC

| KMART | B2WTG | SOLID STRAPPY CAPRI BLACK ONYX | 123 CARTONS | 123 AST | 29.640  USD AST | 3,645.72  USD |
|---|---|---|---|---|---|---|
| ITEM: | 740058263194 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| | | STYLE: WC8EK53900MI KMART/ EVERLAST/ LADIES CAPRI PRODUCT NAME: SOLID STRAPPY CAPRI TOPSTITCHED, NO POCKETS, REACHES THE CALF STITCH COUNT PER CM: 22 HORIZONTAL / 18 VERTICAL FABRICATION: 88%POLYESTER,12%SPANDEX KNIT HANGER CODE 60128 | | | | |

CONTRACT NO.    B2WTG
DC CODE    CCD
DIVISION NO.    Division 4
VENDOR ITEM CODE    WC8EK53900MI
BINDING RULING # OR PRECLASS #

REFERENCE NO.    804C
DEPARTMENT NO.    027
VENDOR NO.    4312
COUNTRY OF ORIGIN    VIETNAM
CATEGORY    RNONE, 648

FACTORY NO.    102601
TRIDUC LIMITED COMPANY
DUC HIEP VLG.XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH

# COMMERCIAL INVOICE

Page 2 of 3

DATE: September 21, 2018

INVOICE NO.: 201822185260

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
       3333 Beverly Road
       Hoffman Estates, IL 60179
       US

SHIPPED FROM: Haiphong, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Vietnam

Vietnam
FTY MID NO.    VNTRILIMBAC

| KMART | B2WTG | SOLID STRAPPY CAPRI BLACK ONYX | 51 CARTONS | 51 AST | 44.460 USD AST | 2,267.46 USD |
|-------|-------|-------------------------------|------------|--------|----------------|--------------|

ITEM:        740059203210
MADE IN      VIETNAM
CONTENTS     1 ASSORTMENT

STYLE: WC8EK53900MI
KMART/ EVERLAST/ LADIES CAPRI
PRODUCT NAME: SOLID STRAPPY CAPRI
TOPSTITCHED, NO POCKETS, REACHES THE CALF
STITCH COUNT PER CM: 22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88%POLYESTER,12%SPANDEX KNIT
HANGER CODE 6012B

| CONTRACT NO. | B2WTG | REFERENCE NO. | 804C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK53900MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE |

FACTORY NO.        102601
TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.    VNTRILIMBAC

| KMART | B2WTG | SOLID STRAPPY CAPRI FORGED IRON | 90 CARTONS | 90 AST | 28.640 USD AST | 2,567.60 USD |
|-------|-------|--------------------------------|------------|--------|----------------|--------------|

ITEM:        740059268086
MADE IN      VIETNAM
CONTENTS     1 ASSORTMENT

STYLE: WC8EK53900MI
KMART/ EVERLAST/ LADIES CAPRI
PRODUCT NAME: SOLID STRAPPY CAPRI
TOPSTITCHED, NO POCKETS, REACHES THE CALF
STITCH COUNT PER CM: 22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88%POLYESTER,12%SPANDEX KNIT
HANGER CODE 6012B

| CONTRACT NO. | B2WTG | REFERENCE NO. | 804C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK53900MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE |

FACTORY NO.        102601

# COMMERCIAL INVOICE

Page 3 of 3

DATE: September 21, 2018

INVOICE NO.: 201822105260

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Haiphong, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Vietnam

TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.        VNTRILIMBAC

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER         OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 305 | 305 | ASSORTMENTS | 10,201.10 USD |

TOTAL US DOLLARS TEN THOUSAND TWO HUNDRED ONE DOLLARS AND TEN CENTS ONLY.

| ALPINE CREATIONS LTD | |
|---|---|
| EMPLOYEE NAME | NGUYEN THI BICH THAO |
| EMPLOYEE TITLE | EXPORT COORDINATOR - VTN1230 |

ALPINE CREATIONS LTD.
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.



**UPS SUPPLY CHAIN SOLUTIONS**
**C/O VIET TRANS LINK CO.,LTD**
**FORWARDER'S CARGO RECEIPT**

UPS Supply Chain SolutionsSM

No.    7796047193

| | |
|---|---|
| SHIPPER / EXPORTER<br>TRIDUC COMPANY LIMITED.<br>DUC HIEP VILLAGE, XUAN LAM COMMUNE, THUAN THANH DISTRICT, BAC NINH PROVINCE, VIETNAM. | UPS SUPPLY CHAIN SOLUTIONS, INC. hereby acknowledges receipt only for the external condition of the packages delivered to UPS Supply Chain Solutions, Inc. and the number of packages that were visible to UPS Supply Chain Solutions, Inc. It does not act as a receipt for the number of packages or items not readily and reasonably visible to UPS Supply Chain Solutions, Inc. |
| | REFERENCES |
| CONSIGNEE:<br>KMART CORPORATION<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES<br>IL. 60179, USA | PURCHASE ORDER NO.<br><br>LETTER OF CREDIT NO.<br>VHSE1809/0121<br>INVOICE NO. / DATED |

**ORIGINAL**

| | |
|---|---|
| NOTIFY PARTY<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE<br>TORRANCE, CA 90502<br>ATTN: MARYELLEN WRATSCHKO<br>TEL: (310) 404-2792<br>FAX: (310)404-2962 | UNLESS A HIGHER VALUE IS DECLARED AT THE BOTTOM OF THIS BOX FOR AN EXTRA CHARGE, LIABILITY IS LIMITED TO $0.25 PER POUND. IF COGSA GOVERNS WITH THE FORCE OF LAW ITS LIMITATION, DESCRIBED IN PARAGRAPH 3 ON THE REVERSE SIDE, CONTROLS UNLESS A HIGHER VALUE IS DECLARED.<br><br>DECLARED VALUE IS _____ |
| DATE RECEIVED<br>21 September 2018 | PLACE OF RECEIPT<br>HAI PHONG, VIETNAM | ONWARD INLAND ROUTING AND FINAL DESTINATION<br>MIRA LOMA, CA |
| EXPORTING CARRIER (VESSEL/AIRLINE)<br>BRIDGE 1806 | PORT OF LOADING<br>HAI PHONG, VIETNAM | |
| SEA/AIR PORT OF DISCHARGE<br>LOS ANGELES, CA | INTENDED MOTHER VESSEL | |

| PARTICULARS FURNISHED BY SHIPPER | | | | |
|---|---|---|---|---|
| MARKS & NUMBERS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
| CFS/CY<br>/20GP<br><br>SHIPPING MARKS:<br>KMART B2WTG<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS: | 305 CTNS | A PART OF 01X20'GP CONTAINER(S) S.T.C.:<br>305 CTNS<br>TOTAL: 2065 PCS<br><br>STYLE: WC8EK53900MI<br>LADIES CAPRI SOLID STRAPPY CAPRI<br>TOPSTITCHED 88%POLYESTER,12% SPANDEX KNIT<br><br>PO# B2WTG<br>REF# 804C<br><br>ITEM#<br>740057350217<br>740059263194<br>740059263210<br>740059268086<br><br>HS CODE: 6104.63.2006<br>SAY: THREE HUNDRED AND FIVE CARTONS ONLY<br><br><br>FREIGHT COLLECT | 810.08KGS<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>CLEAN ON BOARD<br>27 SEP, 2018 | 6.390CBM |

In witness whereof the freight forwarder has signed    THREE (03) original forwarder's cargo receipt(s), all of this tenor and date, one of which being accomplished, the others to stand void.

**VIET TRANS LINK CO., LTD**
HANOI

As Agent

Place and date of issue:    HAI PHONG, VIETNAM 27 SEP, 2018

UPS SUPPLY CHAIN SOLUTIONS, INC.

SHIPPING ORDER NO.
2018221952560

CARGO IS RECEIVED SUBJECT TO THE TERMS SET FORTH AND INCORPORATED BY REFERENCE ON THIS SIDE AND ON THE REVERSE SIDE OF THIS DOCUMENT, COPIES OF WHICH ARE AVAILABLE ON REQUEST.

Scanned with CamScanner



## COMMERCIAL INVOICE

Page 1 of 3

DATE: September 21, 2018

INVOICE NO.: 201822195377

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

VTN. 1239

SHIPPED FROM: Haiphong, Vietnam
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Vietnam

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2WTG | SOLID STRAPPY CAPRI FORGED IRON | 43 CARTONS | 43 AST | 39.520 USD AST | 1,699.36 USD |
| ITEM: | 740057350217 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | STYLE: WC5EK53900MI KMART/ EVERLAST/ LADIES CAPRI PRODUCT NAME: SOLID STRAPPY CAPRI TOPSTITCHED, NO POCKETS, REACHES THE CALF STITCH COUNT PER CM: 22 HORIZONTAL / 18 VERTICAL FABRICATION: 88%POLYESTER,12%SPANDEX KNIT HANGER CODE 6012B | | | | |

| CONTRACT NO. | B2WTG | REFERENCE NO. | 804P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC5EK53900MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE |

FACTORY NO.      102601      P8   15509/

TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.      VNTRILIMBAC

| KMART | B2WTG | SOLID STRAPPY CAPRI BLACK ONYX | 128 CARTONS | 128 AST | 29.640 USD AST | 3,793.92 USD |
|---|---|---|---|---|---|---|
| ITEM: | 740059263194 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | STYLE: WC5EK53900MI KMART/ EVERLAST/ LADIES CAPRI PRODUCT NAME: SOLID STRAPPY CAPRI TOPSTITCHED, NO POCKETS, REACHES THE CALF STITCH COUNT PER CM: 22 HORIZONTAL / 18 VERTICAL FABRICATION: 88%POLYESTER,12%SPANDEX KNIT HANGER CODE 6012B | | | | |

| CONTRACT NO. | B2WTG | REFERENCE NO. | 804P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC5EK53900MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE |

FACTORY NO.      102601

TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH

27/09/18

# COMMERCIAL INVOICE

Page 2 of 3

DATE: September 21, 2018

INVOICE NO.: 2018221985377

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Haiphong, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Vietnam

Vietnam

FTY MID NO.        VNTRILIMBAC

| KMART | B2WTG | SOLID STRAPPY CAPRI BLACK ONYX | | 53 CARTONS | 53 AST | 44.460 USD AST | 2,356.38 USD AST |
|---|---|---|---|---|---|---|---|

ITEM:        740359263210
MADE IN      VIETNAM
CONTENTS    1 ASSORTMENT

STYLE: WC6EKS3900MI
KMART/ EVERLAST/ LADIES CAPRI
PRODUCT NAME: SOLID STRAPPY CAPRI
TOPSTITCHED, NO POCKETS, REACHES THE CALF
STITCH COUNT PER CM: 22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88%POLYESTER,12%SPANDEX KNIT
HANGER CODE 6012B

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2WTG | REFERENCE NO. | 804P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC6EKS3900MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE |

FACTORY NO.        102601
TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.        VNTRILIMBAC

| KMART | B2WTG | SOLID STRAPPY CAPRI FORGED IRON | | 93 CARTONS | 93 AST | 29.640 USD AST | 2,756.52 USD AST |
|---|---|---|---|---|---|---|---|

ITEM:        740359268086
MADE IN      VIETNAM
CONTENTS    1 ASSORTMENT

STYLE: WC6EKS3900MI
KMART/ EVERLAST/ LADIES CAPRI
PRODUCT NAME: SOLID STRAPPY CAPRI
TOPSTITCHED, NO POCKETS, REACHES THE CALF
STITCH COUNT PER CM: 22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88%POLYESTER,12%SPANDEX KNIT
HANGER CODE 6012B

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2WTG | REFERENCE NO. | 804P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC6EKS3900MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE |

FACTORY NO.        102601



## COMMERCIAL INVOICE

Page 3 of 3

DATE: September 21, 2016

INVOICE NO.: 201622195377

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Haiphong, Vietnam        SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.            VNTRILIMBAC

PAYMENT TERM            Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER            OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 317 | 317 | ASSORTMENTS | 10,606.18  USD |

TOTAL US DOLLARS TEN THOUSAND SIX HUNDRED SIX DOLLARS AND EIGHTEEN CENTS ONLY.

| ALPINE CREATIONS LTD | |
|---|---|
| EMPLOYEE NAME | NGUYEN THI BICH THAO |
| EMPLOYEE TITLE | EXPORT COORDINATOR - VTM235 |

البـاين كـريشنـز المـحـدودة
ALPINE CREATIONS LTD.
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.



**UPS Supply Chain Solutions**SM

# UPS SUPPLY CHAIN SOLUTIONS
## C/O VIET TRANS LINK CO.,LTD
### FORWARDER'S CARGO RECEIPT

No.    7796047281

| SHIPPER / EXPORTER | |
|---|---|
| TRIDUC COMPANY LIMITED. DUC HIEP VILLAGE, XUAN LAM COMMUNE, THUAN THANH DISTRICT, BAC NINH PROVINCE, VIETNAM. | UPS SUPPLY CHAIN SOLUTIONS, INC. hereby acknowledges receipt only for the external condition of the packages delivered to UPS Supply Chain Solutions, Inc. and the number of packages that were visible to UPS Supply Chain Solutions, Inc. It does not act as a receipt for the number of packages or items not readily and reasonably visible to UPS Supply Chain Solutions, Inc. |

**REFERENCES**

| CONSIGNEE: KMART CORPORATION 3333 BEVERLY ROAD HOFFMAN ESTATES IL. 60179, USA | PURCHASE ORDER NO. |
|---|---|
| | **ORIGINAL** |
| | LETTER OF CREDIT NO. VIISE1809/0117 |
| | INVOICE NO. / DATED |

| NOTIFY PARTY UPS SUPPLY CHAIN SOLUTIONS 19701 HAMILTON AVENUE TORRANCE, CA 90502 ATTN: MARYELLEN WRATSCHKO TEL: (310) 404-2792 FAX: (310)404-2962 | UNLESS A HIGHER VALUE IS DECLARED AT THE BOTTOM OF THIS BOX FOR AN EXTRA CHARGE, LIABILITY IS LIMITED TO $0.25 PER POUND, IF COGSA GOVERNS WITH THE FORCE OF LAW ITS LIMITATION, DESCRIBED IN PARAGRAPH 3 ON THE REVERSE SIDE, CONTROLS UNLESS A HIGHER VALUE IS DECLARED. |
|---|---|
| | DECLARED VALUE IS |

| DATE RECEIVED 21 September 2018 | PLACE OF RECEIPT HAI PHONG, VIETNAM | ONWARD INLAND ROUTING AND FINAL DESTINATION CHAMBERSBURG, PA |
|---|---|---|
| EXPORTING CARRIER (VESSEL/AIRLINE) YM INTELLIGENT 140S | PORT OF LOADING HAI PHONG, VIETNAM | |
| SEA/AIR PORT OF DISCHARGE NEW YORK, NY | INTENDED MOTHER VESSEL | |

| PARTICULARS FURNISHED BY SHIPPER | | | |
|---|---|---|---|
| MARKS & NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
| CFS/CY /40DC | 317 CTNS | A PART OF 01X40'DC CONTAINER(S) S.T.C.: 317 CTNS. TOTAL: 2147 PCS STYLE: WCBEK53900MI | 842.15KGS | 6.650CBM |
| SHIPPING MARKS: KMART B2WTO ITEM NO: MADE IN: VIETNAM CONTENTS: | | LADIES CAPRI SOLID STRAPPY CAPRI TOPSTITCHED 88%POLYESTER,12% SPANDEX KNIT PO# B2WTO REF# 804P ITEM#: 740057350217 740059263194 740059263210 740059268086 HS CODE: 6104.63.2006 SAY: THREE HUNDRED AND SEVENTEEN CARTONS ONLY | | |
| | | FREIGHT COLLECT | CLEAN ON BOARD 27 SEP, 2018 | |

In witness whereof the freight forwarder has signed   THREE (03)  original forwarder's cargo receipt(s), all of this tenor and date, one of which being accomplished, the others to stand void.

**VIET TRANS LINK CO., LTD**
HANOI

As Agent

Place and date of issue:   HAI PHONG, VIETNAM 27 SEP, 2018

UPS SUPPLY CHAIN SOLUTIONS, INC.

| SHIPPING ORDER NO. |
|---|
| 201822195377 |

CARGO IS RECEIVED SUBJECT TO THE TERMS SET FORTH AND INCORPORATED BY REFERENCE ON THIS SIDE AND ON THE REVERSE SIDE OF THIS DOCUMENT, COPIES OF WHICH ARE AVAILABLE ON REQUEST.

Scanned with CamScanner



# COMMERCIAL INVOICE

Page 1 of 6

DATE: September 21, 2018

INVOICE NO.: 201822040419

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Egypt

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2R6W | EK RUN PANT S BLACK ONYX | 11 CARTONS | 110 PIECES | 7.680 USD PIECES | 844.80 USD |
| ITEM: | 750030123020 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 10 PIECES | | | | | |

STYLE NO: MF8EK36444YM
DESCRIPTION: MENS KNITTED PANT
SOLID, 2 SIDE POCKET WITH ZIPPER, LEG OPENING WITH ZIPPER,
ELASTIC WAIST BAND WITH DRAWCORD, FULL LENGTH PANTS REACH BELOW ANKLE
STITCH COUNT PER CM: 16 HORIZONTAL / 13 VERTICAL
FABRICATION: 100% POLYESTER KNITTED JERSEY 225GSM
HANGING, HANGER CODE 7012B , HANGER COST $0.12/EACH

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2R6W | REFERENCE NO. | 804 | |
| DC CODE | PCD | DEPARTMENT NO. | 046 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | |
| VENDOR ITEM CODE | MF8EK36444YM | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE | |

FACTORY NO.        052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.        EGALEAPP1217ALE

| KMART | B2R6W | EK RUN PANT XXL BLACK ONYX | 18 CARTONS | 180 PIECES | 7.680 USD PIECES | 1,382.40 USD |
|---|---|---|---|---|---|---|
| ITEM: | 750030123046 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 10 PIECES | | | | | |

STYLE NO: MF8EK36444YM
DESCRIPTION: MENS KNITTED PANT
SOLID, 2 SIDE POCKET WITH ZIPPER, LEG OPENING WITH ZIPPER,
ELASTIC WAIST BAND WITH DRAWCORD, FULL LENGTH PANTS REACH BELOW ANKLE
STITCH COUNT PER CM: 16 HORIZONTAL / 13 VERTICAL
FABRICATION: 100% POLYESTER KNITTED JERSEY 225GSM
HANGING, HANGER CODE 7012B , HANGER COST $0.12/EACH

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2R6W | REFERENCE NO. | 804 | |
| DC CODE | PCD | DEPARTMENT NO. | 046 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | |
| VENDOR ITEM CODE | MF8EK36444YM | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE | |

FACTORY NO.        052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA

# COMMERCIAL INVOICE

Page 2 of 6

DATE: September 21, 2018

INVOICE NO.: 201822040419

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt        SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Egypt

Egypt

FTY MID NO.    EGALEAPP1217ALE

| KMART | B2R6W | EK RUN PANT M BLACK ONYX | | 10 CARTONS | 100 PIECES | 7.680 USD PIECES | 768.00 USD |
|---|---|---|---|---|---|---|---|

ITEM:    750030125603
MADE IN   EGYPT
CONTENTS  10 PIECES

STYLE NO: MF8EK36444YM
DESCRIPTION: MENS KNITTED PANT
SOLID, 2 SIDE POCKET WITH ZIPPER, LEG OPENING WITH ZIPPER.
ELASTIC WAIST BAND WITH DRAWCORD, FULL LENGTH PANTS REACH BELOW ANKLE
STITCH COUNT PER CM: 18 HORIZONTAL / 13 VERTICAL
FABRICATION: 100% POLYESTER KNITTED JERSEY 225GSM
HANGING, HANGER CODE 7012B , HANGER COST $0.12/EACH

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2R6W | REFERENCE NO. | 804 | |
| DC CODE | PCD | DEPARTMENT NO. | 046 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | |
| VENDOR ITEM CODE | MF8EK36444YM | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE | |

FACTORY NO.    052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.    EGALEAPP1217ALE

| KMART | B2R6W | EK RUN PANT L BLACK ONYX | | 26 CARTONS | 260 PIECES | 7.680 USD PIECES | 1,996.80 USO |
|---|---|---|---|---|---|---|---|

ITEM:    750030125827
MADE IN   EGYPT
CONTENTS  10 PIECES

STYLE NO: MF8EK36444YM
DESCRIPTION: MENS KNITTED PANT
SOLID, 2 SIDE POCKET WITH ZIPPER, LEG OPENING WITH ZIPPER.
ELASTIC WAIST BAND WITH DRAWCORD, FULL LENGTH PANTS REACH BELOW ANKLE
STITCH COUNT PER CM: 18 HORIZONTAL / 13 VERTICAL
FABRICATION: 100% POLYESTER KNITTED JERSEY 225GSM
HANGING, HANGER CODE 7012B , HANGER COST $0.12/EACH

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2R6W | REFERENCE NO. | 804 | |
| DC CODE | PCD | DEPARTMENT NO. | 046 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | |
| VENDOR ITEM CODE | MF8EK36444YM | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE | |

FACTORY NO.    052967

# COMMERCIAL INVOICE

Page 3 of 6

DATE: September 21, 2018

INVOICE NO.: 201822040410

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Egypt

ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.    EGALEAPP1217ALE

| KMART | B2R6W | EK RUN PANT XL BLACK ONYX | 19 CARTONS | 190 PIECES | 7.680 USD PIECES | 1,459.20 USD |
|---|---|---|---|---|---|---|
| ITEM: | 750030125959 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 10 PIECES | | | | | |

STYLE NO: MF8EK36444YM
DESCRIPTION: MENS KNITTED PANT
SOLID, 2 SIDE POCKET WITH ZIPPER, LEG OPENING WITH ZIPPER.
ELASTIC WAIST BAND WITH DRAWCORD, FULL LENGTH PANTS REACH BELOW ANKLE
STITCH COUNT PER CM: 16 HORIZONTAL / 13 VERTICAL
FABRICATION: 100% POLYESTER KNITTED JERSEY 225GSM
HANGING, HANGER CODE 7012B , HANGER COST $0.12/EACH

| CONTRACT NO. | B2R6W | REFERENCE NO. | 804 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 046 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | MF8EK36444YM | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE |

FACTORY NO.    062967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.    EGALEAPP1217ALE

| KMART | B2R6W | EK RUN PANT S MEDIEVAL BLUE | 7 CARTONS | 70 PIECES | 7.680 USD PIECES | 537.60 USD |
|---|---|---|---|---|---|---|
| ITEM: | 750030126304 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 10 PIECES | | | | | |

STYLE NO: MF8EK36444YM
DESCRIPTION: MENS KNITTED PANT
SOLID, 2 SIDE POCKET WITH ZIPPER, LEG OPENING WITH ZIPPER.
ELASTIC WAIST BAND WITH DRAWCORD, FULL LENGTH PANTS REACH BELOW ANKLE
STITCH COUNT PER CM: 16 HORIZONTAL / 13 VERTICAL
FABRICATION: 100% POLYESTER KNITTED JERSEY 225GSM
HANGING, HANGER CODE 7012B , HANGER COST $0.12/EACH

| CONTRACT NO. | B2R6W | REFERENCE NO. | 804 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 046 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | MF8EK36444YM | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE |

# COMMERCIAL INVOICE

Page 4 of 6

DATE: September 21, 2018

INVOICE NO.: 201822040410

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt          SHIPPED TO:  Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB Egypt

FACTORY NO.          052987
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.          EGALEAPP1217ALE

| KMART | B2R6W | EK RUN PANT XXL MEDIEVAL BLUE | | 7 | 70 | 7.680 USD | 537.60 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 750030126593 | | | | | | |
| MADE IN | EGYPT | | | | | 7 68 | |
| CONTENTS | 10 PIECES | | | | | | |

STYLE NO: MF8EK36444YM
DESCRIPTION: MENS KNITTED PANT
SOLID. 2 SIDE POCKET WITH ZIPPER, LEG OPENING WITH ZIPPER,
ELASTIC WAIST BAND WITH DRAWCORD, FULL LENGTH PANTS REACH BELOW ANKLE
STITCH COUNT PER CM: 16 HORIZONTAL / 13 VERTICAL
FABRICATION: 100% POLYESTER KNITTED JERSEY 225GSM
HANGING, HANGER CODE 7012B , HANGER COST $0.12/EACH

| CONTRACT NO. | B2R6W | REFERENCE NO. | 804 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 046 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | MF8EK36444YM | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE |

FACTORY NO.          052987
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.          EGALEAPP1217ALE

| KMART | B2R6W | EK RUN PANT M MEDIEVAL BLUE | | 3 | 30 | 7.680 USD | 230.40 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | PIECES | PIECES | |
| ITEM: | 750030126601 | | | | | | |
| MADE IN | EGYPT | | | | | 7.68 | |
| CONTENTS | 10 PIECES | | | | | | |

STYLE NO: MF8EK36444YM
DESCRIPTION: MENS KNITTED PANT
SOLID. 2 SIDE POCKET WITH ZIPPER, LEG OPENING WITH ZIPPER,
ELASTIC WAIST BAND WITH DRAWCORD, FULL LENGTH PANTS REACH BELOW ANKLE
STITCH COUNT PER CM: 16 HORIZONTAL / 13 VERTICAL
FABRICATION: 100% POLYESTER KNITTED JERSEY 225GSM
HANGING, HANGER CODE 7012B , HANGER COST $0.12/EACH

# COMMERCIAL INVOICE

Page 5 of 6

DATE: September 21, 2018

INVOICE NO.: 201822040410

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt      SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Egypt

| | | |
|---|---|---|
| CONTRACT NO. | B2R6W | REFERENCE NO. | 804 |
| DC CODE | PCD | DEPARTMENT NO. | 046 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | MF8EK36444YM | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE |

FACTORY NO.      052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.      EGALEAPP1217ALE

| KMART | B2R6W | EK RUN PANT L MEDIEVAL BLUE | 9 CARTONS | 90 PIECES | 7.680 USD PIECES | 691.20 USD |
|---|---|---|---|---|---|---|
| ITEM: | 750030128636 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 10 PIECES | | | | | |

STYLE NO: MF8EK36444YM
DESCRIPTION: MENS KNITTED PANT
SOLID, 2 SIDE POCKET WITH ZIPPER, LEG OPENING WITH ZIPPER.
ELASTIC WAIST BAND WITH DRAWCORD, FULL LENGTH PANTS REACH BELOW ANKLE
STITCH COUNT PER CM: 16 HORIZONTAL / 13 VERTICAL
FABRICATION: 100% POLYESTER KNITTED JERSEY 225GSM
HANGING, HANGER CODE 7012B , HANGER COST $0.12/EACH

*90* ␣ *7.68*

| | | |
|---|---|---|
| CONTRACT NO. | B2R6W | REFERENCE NO. | 804 |
| DC CODE | PCD | DEPARTMENT NO. | 046 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | MF8EK36444YM | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE |

FACTORY NO.      052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.      EGALEAPP1217ALE

| KMART | B2R6W | EK RUN PANT XL MEDIEVAL BLUE | 7 CARTONS | 70 PIECES | 7.680 USD PIECES | 537.60 USD |
|---|---|---|---|---|---|---|
| ITEM: | 750030128650 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 10 PIECES | | | | | |

STYLE NO: MF8EK36444YM
DESCRIPTION: MENS KNITTED PANT
SOLID, 2 SIDE POCKET WITH ZIPPER, LEG OPENING WITH ZIPPER.
ELASTIC WAIST BAND WITH DRAWCORD, FULL LENGTH PANTS REACH BELOW ANKLE
STITCH COUNT PER CM: 16 HORIZONTAL / 13 VERTICAL
FABRICATION: 100% POLYESTER KNITTED JERSEY 225GSM
HANGING, HANGER CODE 7012B , HANGER COST $0.12/EACH

*70* ␣ *7.68*



**COMMERCIAL INVOICE**

Page 6 of 6
DATE: September 21, 2018
INVOICE NO.: 201822040419

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt          SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Egypt

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2R8W | REFERENCE NO. | 804 |
| DC CODE | PCO | DEPARTMENT NO. | 046 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | MF8EK36444YM | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 847, RNONE |

FACTORY NO.      052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.      EGALEAPP1217ALE

PAYMENT TERM         Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER          OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 117 | 1,170 | PIECES | 8,985.60  USD |

TOTAL US DOLLARS EIGHT THOUSAND NINE HUNDRED EIGHTY-FIVE DOLLARS AND SIXTY CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

The merchandise covered by this invoice was produced in the Egyptian qualified industrial zone

Own quota, no quota charges are included in FOB price of goods.

| ALPINE CREATIONS LTD | |
|---|---|
| EMPLOYEE NAME | EIHAB ELHOFY |
| EMPLOYEE TITLE | EXPORT COORDINATOR - EG67341 |

الباين كريشنز المحدودة
**ALPINE CREATIONS LTD.**
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.



**UPS SUPPLY CHAIN SOLUTIONS**
UPS SCS (EGYPT) LLC
13, Misr El Tameer Buildings, 9th District
Sheraton Heliopolis
Cairo, Egypt
Tel.: +20 2 268 0136
Fax: +20 2 268 0135

THE COMPLETE SOLUTION

**FORWARDER'S CARGO RECEIPT**

| | |
|---|---|
| **SHIPPER/EXPORTER**<br>ALEX APPARELS<br>PO BOX 23512<br>ALEXANDRIA PUBLIC FREE ZONE<br>PLOT 203<br>ALEXANDRIA<br>EGYPT | Received by UPS SCS Egypt hereinafter referred to bas FTI in apparent good order and condition, unless otherwise indicated, the following cargoes for shipment<br><br>by the first available vessel subject to the terms and conditions as hereunder :<br><br>**UPS SCS Egypt As Multimodel Transport Operator** |

| | | |
|---|---|---|
| **CONSIGNEE**<br>KMART CORPORATION<br>3333 BEVERLY ROAD, HOFFMAN ESTATES,<br>IL 60179, US | **FCR#** | : 7063220976 |
| | **SHIPPING ORDER #** | : 201822040419 |
| **NOTIFY PARTY**<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, TORRANCE,<br>CA 90502, UNITED STATES<br>MARY ELLEN WRATSCHKO<br>TEL:(310) 404-2792 | **LETTER OF CREDIT #** | : |
| | **INVOICE #** | : |
| | **DATED** | : |

| PRE CARRIAGE BY | PORT OF LOADING<br>DAMIETTA, EG | **VALUE DECLARED** | : |
|---|---|---|---|
| **EXPORTING CARRIER**<br>(VESSEL NAME/VOYAGE)<br>MOL COURAGE - 0IN10W1MA | PORT OF LOADING<br>DAMIETTA, EG | **OCEAN FREIGHT** | : COLLECT |
| AIR SEA PORT OF DISCHARGE<br>NEW YORK | PLACE OF DELIVERY BY ON-CARRIER<br>CHAMBERSBURG,PA | ONWARD INLAND ROUTING AND FINAL DESTINATION | |

| PARTICULARS FURNISHED BY SHIPPER | | | | |
|---|---|---|---|---|
| MARKS & NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGE AND GOODS | GROSS WEIGHT | MEASUREMENT |
| 1 X 40DC CONTAINER<br><br>TGHU5048443<br><br>G1731924 | <br><br><br>117 Cins | Date Cargo Received 09.21.18<br>Date Document Received 09.21.18<br>GARMENTS<br>CONTRACT# B2R6W REF# 804<br>ETD: 09.27.18<br>FINAL DESTINATION: Chambersburg, PA 17201<br>SHIPPER'S STOW, LOAD AND COUNT<br>FREIGHT COLLECT | KGS/BS<br><br>G.W. 666.200 KG<br><br><br>N.W. | CBM/CFT<br><br>4.700 M3 |

ORIGINAL

| | |
|---|---|
| * APPLICABLE WHEN A THROUGH BILL OF LADING IS TO BE ISSUED<br>* THIS CARGO RECEIPT IS NOT A DOCUMENT OF TITLE<br>WE HAVE RECEIVED THE FOLLOWING DOCUMENTS :<br>1. SPECIAL CUSTOMS INVOICE #<br>  ORIGINAL                COPIES<br>2. PACKING LIST<br>  ORIGINAL                COPIES<br>3. COMMERCIAL INVOICE #<br>  ORIGINAL                COPIES<br>4. EXPORT LICENSE 4TH COPY WITH VISA STAMPED<br>  ORIGINAL                COPIES<br>5. FORM A<br>  ORIGINAL                COPIES<br>6. INSPECTION CERTIFICATE<br>  ORIGINAL                COPIES | IN ACCEPTING THIS CARGO RECEIPT, THE SHIPPER, CONSIGNEES AND OWNER OF THE GOODS AGREE TO BOUND BY ALL OF ITS STIPULATIONS, AND CONDITIONS AVAILABLE ON REQUEST<br><br>IN WITNESS WHEREOF THE FREIGHT FORWARDER HAS SIGNED ONE ORIGINAL CARGO RECEIPT, ALL OF THIS TENOR AND DATE (ONE WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID.<br><br>PLACE AND DATE OF ISSUE<br>UPS SCS EGYPT<br>TRANSPORTAION<br>INTERNATIONAL CO., LTD<br><br>Cargo is received subject to the terms of this forwarder's cargo receipt |

D. Misr Eltameer Bldgs
9th District, Heliopolis,
Cairo - Egypt
Tel: + 202 2680 136
Fax: + 202 2680 135
CAIRO 09/21/2018



# COMMERCIAL INVOICE

Page 1 of 3

DATE: September 23, 2018

INVOICE NO.: 201872040393

4312
ALPINE CREATIONS LTD
PLOT NO WT-16 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

[DG-67343]

SHIPPED FROM: Damietta, Egypt

SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Egypt

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2NK7 | DENIM PULL ON SHORT MEDIUM WASH | 40 CARTONS | 40 AST | 32.040 USD AST | 1,281.60 USD |
| ITEM: | 580027242619 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE: WC9BE15005MI
CORE PULL ON DENIM SHORTS
LADIES' WOVEN DENIM SHORTS
FOLDOVER WAISTBAND WITH FULL ELASTIC INSIDE
FRONT POCKET, LOCKSTITCH TO THE BODY AT POCKET OPENING
BAR TACKS AT TOP AND BOTTOM OF POCKET OPENING
DOUBLE TURN HEM, THIGH LENGTH
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: EGYPT
HANGER PACK, HANGER CODE: 6012B
FABRIC: (WOVEN) 100% COTTON 2/1 TWILL, RIGID, BLUE DENIM

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2NK7 | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC9BE15005MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |
| FACTORY NO. | 052987 | PE 15382 | |
| ALEX APPARELS | | | |
| STREET NO. 12-17 | | | |
| PLOT NO.210- AMRYA PUBLIC FREE ZONE | | | |
| ALEXANDRIA | | | |
| Egypt | | | |
| FTY MID NO. | EGALEAPP1217ALE | | |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2NK7 | DENIM PULL ON SHORT MEDIUM WASH | 2 CARTONS | 2 AST | 35.600 USD AST | 71.20 USD |
| ITEM: | 580027242688 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE: WC9BE15005MI
CORE PULL ON DENIM SHORTS
LADIES' WOVEN DENIM SHORTS
FOLDOVER WAISTBAND WITH FULL ELASTIC INSIDE
FRONT POCKET, LOCKSTITCH TO THE BODY AT POCKET OPENING
BAR TACKS AT TOP AND BOTTOM OF POCKET OPENING
DOUBLE TURN HEM, THIGH LENGTH
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: EGYPT
HANGER PACK, HANGER CODE: 6012B
FABRIC: (WOVEN) 100% COTTON 2/1 TWILL, RIGID, BLUE DENIM

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2NK7 | REFERENCE NO. | 802P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC9BE15005MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

# COMMERCIAL INVOICE

Page 2 of 3

DATE: September 23, 2018

INVOICE NO.: 201822040393

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Egypt

FACTORY NO.         052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.         EGALEAPP1217ALE

| KMART | B2NK7 | DENIM PULL ON SHORT MEDIUM WASH | 17 CARTONS | 17 AST | 24.920  USD AST | 423.64  USD |
|-------|-------|-------|-------|-------|-------|-------|
| ITEM: | 5600728820555 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | |

STYLE: WC96E15005MI
CORE PULL ON DENIM SHORTS
LADIES' WOVEN DENIM SHORTS
FOLDOVER WAISTBAND WITH FULL ELASTIC INSIDE
FRONT POCKET, LOCKSTITCH TO THE BODY AT POCKET OPENING
BAR TACKS AT TOP AND BOTTOM OF POCKET OPENING
DOUBLE TURN HEM, THIGH LENGTH
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: EGYPT
HANGER PACK, HANGER CODE: 5012B
FABRIC: (WOVEN) 100% COTTON 2/1 TWILL, RIGID, BLUE DENIM

| CONTRACT NO. | B2NK7 | REFERENCE NO. | 602P |
|-------|-------|-------|-------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC96E15005MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.         052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.         EGALEAPP1217ALE

PAYMENT TERM         Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER         OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|-------|-------|-------|-------|-------|
| TOTAL INVOICE | 59 | 59 | ASSORTMENTS | 1,776.44  USD |

TOTAL US DOLLARS ONE THOUSAND SEVEN HUNDRED SEVENTY-SIX DOLLARS AND FORTY-FOUR CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

The merchandise covered by this invoice was produced in the Egyptian qualified industrial zone

# COMMERCIAL INVOICE

Page 3 of 3

DATE: September 23, 2018

INVOICE NO.: 201822040393

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Damietta, Egypt

MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:   Chambersburg , PA

FOB Egypt

Owri quota, no quota charges are included in FOB price of goods.

| ALPINE CREATIONS LTD |  |
|---|---|
| EMPLOYEE NAME | EIHAB ELHOFY |
| EMPLOYEE TITLE | EXPORT COORDINATOR - EG07043 |

ALPINE CREATIONS LTD.
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.



**ups**

THE COMPLETE SOLUTION

UPS SUPPLY CHAIN SOLUTIONS
UPS SCS (EGYPT) LLC
13, Misr El Tameer Buildings, 9th District
Sheraton Heliopolis
Cairo, Egypt
Tel.: +20 2 268 0136
Fax: +20 2 268 0135

**FORWARDER'S CARGO RECEIPY**

| SHIPPER/EXPORTER | |
| --- | --- |
| ALEX APPARELS | Received by UPS SCS Egypt hereinafter referred to bas FTI in apparent good order and condition, unless otherwise indicated, the following cargoes for shipment by the first available vessel subject to the terms and conditions as hereunder : |
| PO BOX 23612 | |
| ALEXANDRIA PUBLIC FREE ZONE | |
| PLOT 203 | |
| ALEXANDRIA | |
| EGYPT | UPS SCS Egypt As Multimodel Transport Operator |

| CONSIGNEE | | |
| --- | --- | --- |
| KMART CORPORATION | FCR# | : 7063220989 |
| 3333 BEVERLY ROAD, HOFFMAN ESTATES, | | |
| IL 60179, US | SHIPPING ORDER # | : 201822040393 |

| NOTIFY PARTY | | |
| --- | --- | --- |
| UPS SUPPLY CHAIN SOLUTIONS | LETTER OF CREDIT # | : |
| 19701 HAMILTON AVENUE, TORRANCE, | INVOICE # | : |
| CA 90502, UNITED STATES | | |
| MARY ELLEN WRATSCHKO | DATED | : |
| TEL:(310) 404-2792 | | |

| PRE CARRIAGE BY | PORT OF LOADING DAMIETTA, EG | VALUE DECLARED | : |
| --- | --- | --- | --- |
| EXPORTING CARRIER (VESSEL NAME/VOYAGE) MOL COURAGE - 0IN1DW1MA | PORT OF LOADING DAMIETTA, EG | OCEAN FREIGHT | : COLLECT |
| AIR SEA PORT OF DISCHARGE NEW YORK | PLACE OF DELIVERY BY ON-CARRIER CHAMBERSBURG,PA | ONWARD INLAND ROUTING AND FINAL DESTINATION | |

| PARTICULARS FURNISHED BY SHIPPER | | | | |
| --- | --- | --- | --- | --- |
| MARKS & NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGE AND GOODS | GROSS WEIGHT | MEASUREMENT |
| | | | KGS/BS | CBM/CFT |
| 1 X 40DC CONTAINER | | Date Cargo Received 09.23.18 | | |
| TGHU6049443 | | Date Document Received 09.23.18 | | |
| G1731924 | 59 Ctns | GARMENTS | O.W. 192.000 KG | 1.860 M3 |
| | | CONTRACT# B2NK7 REF# 402P | | |
| | | ETD:09.27.18 | | |
| | | FINAL DESTINATION: Chambersburg, PA 17201 | N.W. | |
| | | SHIPPER'S STOW, LOAD AND COUNT | | |
| | | FREIGHT COLLECT | | |

ORIGINAL

| * APPLICABLE WHEN A THROUGH BILL OF LADING IS TO BE ISSUED | |
| --- | --- |
| * THIS CARGO RECEIPT IS NOT A DOCUMENT OF TITLE WE HAVE RECEIVED THE FOLLOWING DOCUMENTS : | IN ACCEPTING THIS CARGO RECEIPT, THE SHIPPER, CONSIGNEE AND OWNER OF THE GOODS AGREE TO BOUND BY ALL OF ITS STIPULATIONS, AND CONDITIONS AVAILABLE ON REQUEST |
| 1. SPECIAL CUSTOMS INVOICE # | |
| ORIGINAL      COPIES | IN WITNESS WHEREOF THE FREIGHT FORWARDER HAS SIGNED ONE ORIGINAL |
| 2. PACKING LIST | CARGO RECEIPT, THE ORIGINAL AND ONLY ONE WHICH BEING |
| ORIGINAL      COPIES | ACCOMPLISHED, THE OTHERS TO STAND VOID. |
| 3. COMMERCIAL INVOICE # | |
| ORIGINAL      COPIES | PLACE AND DATE OF ISSUE : Cairo |
| 4. EXPORT LICENSE 4TH COPY WITH VISA STAMPLED | UPS SCS EGYPT |
| ORIGINAL      COPIES | TRANSPORTATION |
| 5. FORM A | INTERNATIONAL CO.,Ltd |
| ORIGINAL      COPIES | |
| 6. INSPECTION CERTIFICATE | Cargo is received subject to the terms on both sides of this forwarder's cargo receipt |
| ORIGINAL      COPIES | |

UPS SCS (EGYPT) LLC
13, Misr El Tameer Building, 9th District, Heliopolis
Cairo 09/23/2018
Tel.: + 202 2680 136
Fax: + 202 2680 135



# COMMERCIAL INVOICE

Page 1 of 23

DATE: September 27, 2018

INVOICE NO.: 201822211528

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

VTN-1243

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| KMART | B1V51 | HIGH WAIST PEAK PERFBLACK ONYX | | 53 CARTONS | 53 AST | 35.350 USD AST | 1,873.55 USD |
| ITEM: | 740041457532 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE: WC8EK53901MI
KMART/ EVERLAST/ LADIES CAPRI
PRODUCT NAME: LADIES WOVEN HIGH WAIST PEAK PERFORMANCE CAPRI
TOPSTITCHING DTM
REFLECTIVE SILVER LOGO AT WEARER'S CENTER BACK
STITCH COUNT PER CM: 22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88%POLYESTER,12%SPANDEX
HANGING, HANGER CODE 6012B

| | | | |
|---|---|---|---|
| CONTRACT NO. | B1V51 | REFERENCE NO. | 802C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK53901MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|---|
| KMART | B1V51 | HIGH WAIST PEAK PERFBLACK ONYX | | 8 CARTONS | 8 AST | 45.450 USD AST | 363.60 USD |
| ITEM: | 740049055582 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE: WC8EK53901MI
KMART/ EVERLAST/ LADIES CAPRI
PRODUCT NAME: LADIES WOVEN HIGH WAIST PEAK PERFORMANCE CAPRI
TOPSTITCHING DTM
REFLECTIVE SILVER LOGO AT WEARER'S CENTER BACK
STITCH COUNT PER CM: 22 HORIZONTAL / 18 VERTICAL
FABRICATION: 88%POLYESTER,12%SPANDEX
HANGING, HANGER CODE 6012B

| | | | |
|---|---|---|---|
| CONTRACT NO. | B1V51 | REFERENCE NO. | 802C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK53901MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE |

FACTORY NO.    104892



# COMMERCIAL INVOICE

Page 2 of 23

DATE: September 27, 2018

INVOICE NO.: 201822211529

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam        SHIPPED TO:  Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Vietnam

ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| KMART | B2NH4 | MESH BACK PERFORMANCPOSEIDON | | 79 CARTONS | 79 AST | 25,550 USD AST | 2,018.45 USD |
|---|---|---|---|---|---|---|---|

ITEM:        740034175588
MADE IN      VIETNAM
CONTENTS    1 ASSORTMENT

STYLE NO: WC8EK78901MI
DESCRIPTION: LADIES KNIT MESH BACK PERFORMANCE TEE
REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM: 15.6 HORIZONTAL / 21 VERTICAL
FABRICATION: 100% POLYESTER
HANGING, HANGER CODE 484B

| CONTRACT NO. | B2NH4 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78901MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 839, RNONE |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| KMART | B2NH4 | MESH BACK PERFORMANCAMARANTH PURPLE | | 49 CARTONS | 49 AST | 25,550 USD AST | 1,251.95 USD |
|---|---|---|---|---|---|---|---|

ITEM:        740038006052
MADE IN      VIETNAM
CONTENTS    1 ASSORTMENT

STYLE NO: WC8EK78901MI
DESCRIPTION: LADIES KNIT MESH BACK PERFORMANCE TEE
REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM: 15.6 HORIZONTAL / 21 VERTICAL
FABRICATION: 100% POLYESTER
HANGING, HANGER CODE 484B



# COMMERCIAL INVOICE

Page 3 of 23

DATE: September 27, 2018

INVOICE NO.: 201822211529

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17005
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 80179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Vietnam

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2NH4 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78901MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| KMART | B2NH4 | MESH BACK PERFORMANCFORGED IRON | 49 CARTONS | 49 AST | 25.550 USD AST | 1,251.95 USD |
|---|---|---|---|---|---|---|
| ITEM: | 740038015301 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

343    3.65

STYLE NO: WC8EK78901MI
DESCRIPTION: LADIES KNIT MESH BACK PERFORMANCE TEE
REFLECTIVE SILVER LOGO AT WEARER?S LEFT HEM
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM: 15.5 HORIZONTAL / 21 VERTICAL.
FABRICATION: 100% POLYESTER
HANGING, HANGER CODE 484B

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2NH4 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78901MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| KMART | B2NH4 | MESH BACK PERFORMANCBLACK ONYX | 79 CARTONS | 79 AST | 25.550 USD AST | 2,018.45 USD |
|---|---|---|---|---|---|---|
| ITEM: | 740033018172 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

553    3.65

STYLE NO: WC8EK78901MI
DESCRIPTION: LADIES KNIT MESH BACK PERFORMANCE TEE
REFLECTIVE SILVER LOGO AT WEARER?S LEFT HEM
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER