# COMMERCIAL INVOICE

Page 4 of 23

DATE: September 27, 2018

INVOICE NO.: 201822211529

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam        SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

STITCH COUNT PER CM: 15.5 HORIZONTAL / 21 VERTICAL
FABRICATION: 100% POLYESTER
HANGING, HANGER CODE 484B

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2NH4 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | |
| VENDOR ITEM CODE | WC8EK78901MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| KMART | B2NH4 | MESH BACK PERFORMANCPOSEIDON | | | 32 | 32 | 21.900 USD | 700.80 USD |
|---|---|---|---|---|---|---|---|---|
| | | | | | CARTONS | AST | AST | |

ITEM:              740047027926
MADE IN            VIETNAM
CONTENTS           1 ASSORTMENT

STYLE NO: WC8EK78901MI
DESCRIPTION: LADIES KNIT MESH BACK PERFORMANCE TEE
REFLECTIVE SILVER LOGO AT WEARER?S LEFT HEM
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM: 15.5 HORIZONTAL / 21 VERTICAL
FABRICATION: 100% POLYESTER
HANGING, HANGER CODE 484B

*19½*            *3.65*

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2NH4 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | |
| VENDOR ITEM CODE | WC8EK78901MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN



## COMMERCIAL INVOICE

Page 5 of 23

DATE: September 27, 2018

INVOICE NO.: 201822211529

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17005
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam     SHIPPED TO:   Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| KMART | B2NH4 | MESH BACK PERFORMANCAMARANTH PURPLE | 26 CARTONS | 26 AST | 21,900 USD AST | 569.40 USD |

ITEM:    7400S9002959
MADE IN  VIETNAM
CONTENTS  1 ASSORTMENT

STYLE NO: WC8EK78901MI
DESCRIPTION: LADIES KNIT MESH BACK PERFORMANCE TEE
REFLECTIVE SILVER LOGO AT WEARER?S LEFT HEM
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM: 15.5 HORIZONTAL / 21 VERTICAL
FABRICATION: 100% POLYESTER
HANGING, HANGER CODE 484B

| CONTRACT NO. | B2NH4 | REFERENCE NO. | 601C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78901MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| KMART | B2NH4 | MESH BACK PERFORMANCFORGED IRON | 26 CARTONS | 26 AST | 21,900 USD AST | 569.40 USD |

ITEM:    7400S9003364
MADE IN  VIETNAM
CONTENTS  1 ASSORTMENT

STYLE NO: WC8EK78901MI
DESCRIPTION: LADIES KNIT MESH BACK PERFORMANCE TEE
REFLECTIVE SILVER LOGO AT WEARER?S LEFT HEM
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM: 15.5 HORIZONTAL / 21 VERTICAL
FABRICATION: 100% POLYESTER
HANGING, HANGER CODE 484B

| CONTRACT NO. | B2NH4 | REFERENCE NO. | 601C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78901MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE



## COMMERCIAL INVOICE

Page 6 of 23

DATE: September 27, 2018

INVOICE NO.: 201822211529

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

Vietnam
FTY MID NO.    VNALPCRE8101TAN

| KMART | B2NH4 | MESH BACK PERFORMANC BLACK ONYX | | 32 CARTONS | 32 AST | 21.900 USD AST | 700.80 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 740059005858 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NO: WC8EK78901MI
DESCRIPTION: LADIES KNIT MESH BACK PERFORMANCE TEE
REFLECTIVE SILVER LOGO AT WEARER?S LEFT HEM
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM: 15.5 HORIZONTAL / 21 VERTICAL
FABRICATION: 100% POLYESTER
HANGING, HANGER CODE 484B

| CONTRACT NO. | B2NH4 | REFERENCE NO. | 901C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78901MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104692
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| KMART | B2WTF | SOFT TOUCH MELANGE SLA PIS BLUE | | 11 CARTONS | 11 AST | 22.200 USD AST | 244.20 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 740034178384 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NO: WC8EK78904MI
DESCRIPTION: LADIES KNIT SOFT TOUCH MELANGE STUDIO TEE
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 190 gsm
HANGER CODE 484B    STITCH COUNT  15 HORIZONTAL  15 VERTICAL

| CONTRACT NO. | B2WTF | REFERENCE NO. | 804C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104692



## COMMERCIAL INVOICE

Page 7 of 23
DATE: September 27, 2018
INVOICE NO.: 201622211529

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Vietnam

ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| KMART | B2WTF | SOFT TOUCH MELANGE SCABARET | | 11 CARTONS | 11 AST | 25.900 USD AST | 284.90 USD |
|---|---|---|---|---|---|---|---|

ITEM:        740036826881
MADE IN      VIETNAM
CONTENTS     1 ASSORTMENT

STYLE NO: WC8EK78904MI
DESCRIPTION: LADIES KNIT SOFT TOUCH MELANGE STUDIO TEE
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 190 gsm
HANGER CODE 484B     STITCH COUNT  15 HOROZONTAL  15 VERTICAL

| CONTRACT NO. | B2WTF | REFERENCE NO. | 804C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.       104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| KMART | B2WTF | SOFT TOUCH MELANGE SFORGED IRON | | 8 CARTONS | 8 AST | 25.900 USD AST | 207.20 USD |
|---|---|---|---|---|---|---|---|

ITEM:        740036826899
MADE IN      VIETNAM
CONTENTS     1 ASSORTMENT

STYLE NO: WC8EK78904MI
DESCRIPTION: LADIES KNIT SOFT TOUCH MELANGE STUDIO TEE
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 190 gsm
HANGER CODE 484B     STITCH COUNT  15 HOROZONTAL  15 VERTICAL

| CONTRACT NO. | B2WTF | REFERENCE NO. | 804C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

## COMMERCIAL INVOICE

Page 8 of 23
DATE: September 27, 2018
INVOICE NO.: 201822211529

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam          SHIPPED TO:  Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Vietnam

FACTORY NO.          104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN AN IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.          VNALPCRE8101TAN

| KMART | B2WTF | SOFT TOUCH MELANGE SBLACK ONYX | 16 | 16 | 25,900  USD | 414,40  USD |
| | | | CARTONS | AST | AST | AST |

ITEM:          740056827244
MADE IN          VIETNAM
CONTENTS          1 ASSORTMENT

STYLE NO: WC8EK78904MI
DESCRIPTION: LADIES KNIT SOFT TOUCH MELANGE STUDIO TEE
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 190 gsm
HANGER CODE 484B          STITCH COUNT  15 HOROZONTAL, 15 VERTICAL

| CONTRACT NO. | B2WTF | REFERENCE NO. | 804C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.          104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.          VNALPCRE8101TAN

| KMART | B2WTF | SOFT TOUCH MELANGE SLAPIS BLUE | 40 | 40 | 22,200  USD | 888,00  USD |
| | | | CARTONS | AST | AST | AST |

ITEM:          740065354078
MADE IN          VIETNAM
CONTENTS          1 ASSORTMENT

STYLE NO: WC8EK78904MI
DESCRIPTION: LADIES KNIT SOFT TOUCH MELANGE STUDIO TEE
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 190 gsm
HANGER CODE 484B          STITCH COUNT  15 HOROZONTAL, 15 VERTICAL

# COMMERCIAL INVOICE

Page 8 of 23

DATE: September 27, 2018

INVOICE NO.: 201822211529

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam          SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| | | |
|---|---|---|
| CONTRACT NO. | B2WTF | REFERENCE NO. | 804C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.          104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.          VNALPCRE8101TAN

| KMART | B2WTF | SOFT TOUCH MELANGE SCABARET | 58 | 58 | 22.200 USD | 1,287.60 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 740065358830 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NO: WC8EK78904MI
DESCRIPTION: LADIES KNIT SOFT TOUCH MELANGE STUDIO TEE
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 190 gsm
HANGER CODE 464B          STITCH COUNT  15 HOROZONTAL  15 VERTICAL

| | | |
|---|---|---|
| CONTRACT NO. | B2WTF | REFERENCE NO. | 804C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.          104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.          VNALPCRE8101TAN

| KMART | B2WTF | SOFT TOUCH MELANGE SFORGED IRON | 39 | 39 | 22.200 USD | 865.80 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |
| ITEM: | 740065358562 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NO: WC8EK78904MI
DESCRIPTION: LADIES KNIT SOFT TOUCH MELANGE STUDIO TEE
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 190 gsm
HANGER CODE 464B          STITCH COUNT  15 HOROZONTAL  15 VERTICAL

## COMMERCIAL INVOICE

Page 10 of 23

DATE: September 27, 2018

INVOICE NO.: 201822211529

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam       SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2WTF | REFERENCE NO. | 804C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.     104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.     VNALPCRE8101TAN

| KMART | B2WTF | SOFT TOUCH MELANGE SBLACK ONYX | 84 CARTONS | 94 AST | 22.200 USD AST | 2,086.80 USD |
|---|---|---|---|---|---|---|
| ITEM: | 740085362857 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NO: WC8EK78904MI  SOFT TOUCH MELANGE STUDIO TEE
DESCRIPTION: LADIES KNIT
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 190 gsm
HANGER CODE 484B     STITCH COUNT  15 HOROZONTAL  15 VERTICAL

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2WTF | REFERENCE NO. | 804C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.     104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.     VNALPCRE8101TAN

| KMART | B2WVM | SOFT TOUCH MELANGE SCABARET | 17 CARTONS | 17 AST | 20.400 USD AST | 346.80 USD |
|---|---|---|---|---|---|---|
| ITEM: | 740034176392 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NO: WC8EK78905MI  SOFT TOUCH MELANGE STUDIO TANK
DESCRIPTION: LADIES KNIT
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 190 gsm
HANGING, HANGER CODE 484B

## COMMERCIAL INVOICE

Page 11 of 23

DATE: September 27, 2018

INVOICE NO.: 201822211829

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho CN Minh City, Vietnam

MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:  Mira Loma , CA

FOB Vietnam

| CONTRACT NO. | B2WVM | REFERENCE NO. | 804C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| KMART | B2WVM | SOFT TOUCH MELANGE 8LAPIS BLUE | | 18 CARTONS | 18 AST | 23.800 USD AST | 428.40 USD AST |
|---|---|---|---|---|---|---|---|
| ITEM: | 740036827251 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NO: WC8EK78905MI
DESCRIPTION: LADIES KNIT SOFT TOUCH MELANGE STUDIO TANK
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 198 gsm
HANGING, HANGER CODE 484B

| CONTRACT NO. | B2WVM | REFERENCE NO. | 804C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| KMART | B2WVM | SOFT TOUCH MELANGE 5FORGED IRON | | 13 CARTONS | 13 AST | 23.800 USD AST | 309.40 USD AST |
|---|---|---|---|---|---|---|---|
| ITEM: | 740036827269 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NO: WC8EK78905MI
DESCRIPTION: LADIES KNIT SOFT TOUCH MELANGE STUDIO TANK
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 190 gsm
HANGING, HANGER CODE 484B



## COMMERCIAL INVOICE

Page 12 of 23
DATE: September 27, 2018
INVOICE NO.: 201822211529

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Vietnam

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | B2WVM | REFERENCE NO. | 604C | | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | | |
| VENDOR ITEM CODE | WC8EK78905MI | COUNTRY OF ORIGIN | VIETNAM | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | | |

FACTORY NO. 104692
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO. VNALPCRE8101TAN

| KMART | B2WVM | SOFT TOUCH MELANGE SLAPIS BLUE | | 76 CARTONS | 76 AST | 20.400 USD AST | 1,550.40 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 740059038315 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NO: WC8EK78905MI
DESCRIPTION: LADIES KNIT SOFT TOUCH MELANGE STUDIO TANK
NO POCKETS, NO BUTTON, NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 190 gsm
HANGING, HANGER CODE 4848

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | B2WVM | REFERENCE NO. | 604C | | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | | |
| VENDOR ITEM CODE | WC8EK78905MI | COUNTRY OF ORIGIN | VIETNAM | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | | |

FACTORY NO. 104692
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO. VNALPCRE8101TAN

| KMART | B2WVM | SOFT TOUCH MELANGE SCABARET | | 69 CARTONS | 69 AST | 20.400 USD AST | 1,407.60 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 740059039263 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NO: WC8EK78905MI
DESCRIPTION: LADIES KNIT SOFT TOUCH MELANGE STUDIO TANK
NO POCKETS, NO BUTTON, NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 190 gsm
HANGING, HANGER CODE 4848

# COMMERCIAL INVOICE

Page 13 of 23

DATE: September 27, 2018

INVOICE NO.: 201822211529

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam      SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2WVM | REFERENCE NO. | 804C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | |
| VENDOR ITEM CODE | WC8EK78905MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| KMART | B2WVM | SOFT TOUCH MELANGE SFORGED IRON | 54 CARTONS | 54 AST | 20.400 USD AST | 1,101.60 USD |
|---|---|---|---|---|---|---|
| ITEM: | 740059041921 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NO: WC8EK78905MI
DESCRIPTION: LADIES KNIT SOFT TOUCH MELANGE STUDIO TANK
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 190 gsm
HANGING, HANGER CODE 484B

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2WVM | REFERENCE NO. | 804C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | |
| VENDOR ITEM CODE | WC8EK78905MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.  .      VNALPCRE8101TAN

| KMART | B2WVM | SOFT TOUCH MELANGE SBLACK ONYX | 104 CARTONS | 104 AST | 20.400 USD AST | 2,121.60 USD |
|---|---|---|---|---|---|---|
| ITEM: | 740059057208 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NO: WC8EK78905MI
DESCRIPTION: LADIES KNIT SOFT TOUCH MELANGE STUDIO TANK
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 190 gsm
HANGING, HANGER CODE 484B



## COMMERCIAL INVOICE

Page 14 of 23

DATE: September 27, 2018

INVOICE NO.: 201822211529

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| CONTRACT NO. | B2WVM | REFERENCE NO. | 804C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| KMART | B2WVM | SOFT TOUCH MELANGE 8BLACK ONYX | | 32 | 32 | 20,400 USD | 652.80 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| ITEM: | 740059058968 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NO: WC8EK78905MI
DESCRIPTION: LADIES KNIT SOFT TOUCH MELANGE STUDIO TANK
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 190 gsm
HANGING, HANGER CODE 484B

| CONTRACT NO. | B2WVM | REFERENCE NO. | 804C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| KMART | B2XE3 | EVS WIDE STRAP CROSSBLACK ONYX | | 60 | 60 | 19,000 USD | 1,140.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | | AST |
| ITEM: | 740025175753 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NO: WS9EK78010MI...
KMART/EVEN/CA5T/LADIES SPORT BRA
DESCRIPTION : EVS WIDE STRAP CROSS BACK SPORT BRA
POWER LINING
REMOVABLE CUPS
STITCH COUNT PER CM 18 HORIZONTAL / 22 VERTICAL

# COMMERCIAL INVOICE

Page 15 of 23

DATE: September 27, 2018

INVOICE NO.: 201822211528

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Mira Loma , CA

FOB Vietnam

FABRICTION: 88% POLYESTER 12% SPANDEX JERSEY WITH WICKING 260GSM
HANGING, HANGER CODE 484B

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2XE3 | REFERENCE NO. | 601C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | |
| VENDOR ITEM CODE | WS9EK78010MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 649, RNONE | |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| KMART | B2XE3 | EVS WIDE STRAP CROSSBLACK ONYX | 115 CARTONS | 115 AST | 33.250 USD AST | 3,823.75 USD |
|---|---|---|---|---|---|---|
| ITEM: | 740034565766 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NO: WS9EK78010MI
KMART/ EVERLAST/ LADIES SPORT BRA
DESCRIPTION : EVS WIDE STRAP CROSS BACK SPORT BRA
POWER LINING
REMOVABLE CUPS
STITCH COUNT PER CM 18 HORIZONTAL / 22 VERTICAL
FABRICTION: 88% POLYESTER 12% SPANDEX JERSEY WITH WICKING 260GSM
HANGING, HANGER CODE 484B

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2XE3 | REFERENCE NO. | 601C | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | |
| VENDOR ITEM CODE | WS9EK78010MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 649, RNONE | |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

# COMMERCIAL INVOICE

DATE: September 27, 2016
INVOICE NO.: 201622211529

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam      SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| KMART | B2XE4 | EVS TRACK STAR PANT BLACK ONYX | 86 CARTONS | 86 AST | 45.150 USD AST | 3,882.90 USD |
|---|---|---|---|---|---|---|

ITEM:         740025175670
MADE IN      VIETNAM
CONTENTS   1 ASSORTMENT

STYLE: WS9EK53916MI
KMART/ EVERLAST/ LADIES KNIT PANT
PRODUCT NAME: EVS TRACK STAR PANT
FABRICTION: 94%POLYESTER 6%SPANDEX 4-WAY  STRETCH 100D+40D 120GSM NO WICKING
HANGING, HANGER CODE 6012B

| CONTRACT NO. | B2XE4 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | DIvision 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WS9EK53916MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE |

FACTORY NO.       104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.       VNALPCRE8101TAN

| KMART | B2XE4 | EVS TRACK STAR PANT BLACK ONYX | 78 CARTONS | 78 AST | 51.600 USD AST | 4,024.80 USD |
|---|---|---|---|---|---|---|

ITEM:         740034865543
MADE IN      VIETNAM
CONTENTS   1 ASSORTMENT

STYLE: WS9EK53916MI
KMART/ EVERLAST/ LADIES KNIT PANT
PRODUCT NAME: EVS TRACK STAR PANT
FABRICTION: 94%POLYESTER 6%SPANDEX 4-WAY  STRETCH 100D+40D 120GSM NO WICKING
HANGING, HANGER CODE 6012B

| CONTRACT NO. | B2XE4 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | DIvision 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WS9EK53916MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE |

FACTORY NO.       104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.       VNALPCRE8101TAN



**COMMERCIAL INVOICE**

Page 17 of 23

DATE: September 27, 2018

INVOICE NO.: 201822211529

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam        SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

| KMART | B2XE5 | EVS SIDE MESH POCKETBLACK ONYX | | 78 | 78 | 46.000 USD | 3,588.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 740025171232 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE: WS9EK53910MI
KMART/ EVERLAST/ LADIES KNIT LEGGING
POWER MESH INSERT AND WAISTBAND LINER
FABRICTION: 88% POLYESTER 12% SPANDEX JERSEY WITH WICKING 260GSM
HANGING, HANGER CODE 6012B

| CONTRACT NO. | B2XE5 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WS9EK53910MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 848, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| KMART | B2XE5 | EVS SIDE MESH POCKETBLACK ONYX | | 86 | 86 | 40.250 USD | 3,461.50 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 740034865246 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE: WS9EK53910MI
KMART/ EVERLAST/ LADIES KNIT LEGGING
POWER MESH INSERT AND WAISTBAND LINER
FABRICTION: 88% POLYESTER 12% SPANDEX JERSEY WITH WICKING 260GSM
HANGING, HANGER CODE 6012B

| CONTRACT NO. | B2XE5 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WS9EK53910MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 848, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN



# COMMERCIAL INVOICE

Page 18 of 23
DATE: September 27, 2018
INVOICE NO.: 201622211529

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Vietnam

| KMART | B2XE8 | LACED UP SPORT BRA BLACK ONYX | 87 CARTONS | 87 AST | 38,500 USD AST | 3,349.50 USD |
|---|---|---|---|---|---|---|

ITEM: 740025158775
MADE IN VIETNAM
CONTENTS 1 ASSORTMENT

STYLE NO: WS9EK78906MI
KM&RT/EVERLAST/LADIES LACED UP SPORT BRA
SELF STRAPPING
MESH LINING AT FRONT LINING
REMOVABLE CUPS
REFLECTIVE SILVER LOGO AT WEARER?S CENTER BACK
STITCH COUNT PER CM 18 HORIZONTAL / 22 VERTICAL
FABRICTION: 88% POLYESTER 12% SPANDEX JERSEY WITH WICKING 260GSM
HANGING, HANGER CODE 484B

CONTRACT NO. B2XE8
DC CODE CCD
DIVISION NO. Division 4
VENDOR ITEM CODE WS9EK78906MI
BINDING RULING # OR PRECLASS #

REFERENCE NO. 601C
DEPARTMENT NO. 027
VENDOR NO. 4312
COUNTRY OF ORIGIN VIETNAM
CATEGORY 649, RNONE

FACTORY NO. 104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 05,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO. VNALPCRE6101TAN

| KMART | B2XE6 | LACED UP SPORT BRA BLACK ONYX | 21 CARTONS | 21 AST | 33,000 USD AST | 693.00 USD |
|---|---|---|---|---|---|---|

ITEM: 740034864983
MADE IN VIETNAM
CONTENTS 1 ASSORTMENT

STYLE NO: WS9EK78906MI
KMART/ EVERLAST/ LADIES LACED UP SPORT BRA
SELF STRAPPING
MESH LINING AT FRONT LINING
REMOVABLE CUPS
REFLECTIVE SILVER LOGO AT WEARER?S CENTER BACK
STITCH COUNT PER CM 18 HORIZONTAL / 22 VERTICAL
FABRICTION: 88% POLYESTER 12% SPANDEX JERSEY WITH WICKING 260GSM
HANGING, HANGER CODE 484B

CONTRACT NO. B2XE6
DC CODE CCD
DIVISION NO. Division 4
VENDOR ITEM CODE WS9EK78906MI
BINDING RULING # OR PRECLASS #

REFERENCE NO. 601C
DEPARTMENT NO. 027
VENDOR NO. 4312
COUNTRY OF ORIGIN VIETNAM
CATEGORY 649, RNONE

FACTORY NO. 104892



## COMMERCIAL INVOICE

Page 19 of 23
DATE: September 27, 2018
INVOICE NO.: 201822211529

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17096
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam     SHIPPED TO: Mira Loma , CA
MODE OF TRANSPORTATION: Ocean

FOB Vietnam

ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| KMART | B2XE7 | RUCHED PERFORMANCE TBLACK ONYX | | 87 CARTONS | 87 AST | 27.900 USD AST | 2,427.30 USD AST |
|-------|-------|--------------------------------|--|------------|--------|----------------|------------------|

ITEM:        740025157620
MADE IN      VIETNAM
CONTENTS     1 ASSORTMENT

STYLE NO: WS9EK78907MI
KMART/ EVERLAST/ LADIES KNIT RUCHED PERFORMANCE TEE
STITCH COUNT PER CM 17 HORIZONTAL / 22 VERTICAL
FABRICATION: 94%POLYESTER 6%SPANDEX HTR JERSEY 155GSM WITH WICKING
HANGING, HANGER CODE 484B

| CONTRACT NO. | B2XE7 | REFERENCE NO. | 601C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WS9EK78907MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| KMART | B2XE7 | RUCHED PERFORMANCE TBLUE CURACAO | | 86 CARTONS | 86 AST | 27.900 USD AST | 2,399.40 USD AST |
|-------|-------|----------------------------------|--|------------|--------|----------------|------------------|

ITEM:        740034853886
MADE IN      VIETNAM
CONTENTS     1 ASSORTMENT

STYLE NO: WS9EK78907MI
KMART/ EVERLAST/ LADIES KNIT RUCHED PERFORMANCE TEE
STITCH COUNT PER CM 17 HORIZONTAL / 22 VERTICAL
FABRICATION: 94%POLYESTER 6%SPANDEX HTR JERSEY 155GSM WITH WICKING
HANGING, HANGER CODE 484B

| CONTRACT NO. | B2XE7 | REFERENCE NO. | 601C |
|--------------|-------|---------------|------|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WS9EK78907MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

# COMMERCIAL INVOICE

Page 20 of 23

DATE: September 27, 2018

INVOICE NO.: 201822211529

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam        SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| KMART | B2XE7 | RUCHED PERFORMANCE TBLUE CURACAO | 70 CARTONS | 70 AST | 32.550 USD AST | 2,276.50 USD |

ITEM:        7400348638894
MADE IN        VIETNAM
CONTENTS        1 ASSORTMENT

STYLE NO: WS9EK78907MI
KMART/ EVERLAST/ LADIES KNIT RUCHED PERFORMANCE TEE
STITCH COUNT PER CM 17 HORIZONTAL / 22 VERTICAL
FABRICATION: 94%POLYESTER 6%SPANDEX HTR JERSEY 165GSM WITH WICKING
HANGING, HANGER CODE 484B

| CONTRACT NO. | B2XE7 | REFERENCE NO. | 601C |
| DC CODE | CCO | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WS9EK78907MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| KMART | B2XE7 | RUCHED PERFORMANCE TBLACK ONYX | 70 CARTONS | 70 AST | 32.550 USD AST | 2,276.50 USD |

ITEM:        7400348638902
MADE IN        VIETNAM
CONTENTS        1 ASSORTMENT

STYLE NO: WS9EK78907MI
KMART/ EVERLAST/ LADIES KNIT RUCHED PERFORMANCE TEE
STITCH COUNT PER CM 17 HORIZONTAL / 22 VERTICAL
FABRICATION: 94%POLYESTER 6%SPANDEX HTR JERSEY 165GSM WITH WICKING
HANGING, HANGER CODE 484B

# COMMERCIAL INVOICE

Page 21 of 23

DATE:  September 27, 2016

INVOICE NO.:  201822211529

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam          SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

| CONTRACT NO. | B2XE7 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WS9EK78907MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| KMART | B2XE7 | RUCHED PERFORMANCE THIGH RISK RED | 26 CARTONS | 26 AST | 27,900 USD AST | 726.40 USD |
|---|---|---|---|---|---|---|
| ITEM: | 740034863951 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NO: WS9EK78907MI
KMART/ EVERLAST/ LADIES KNIT RUCHED PERFORMANCE TEE
STITCH COUNT PER CM 17 HORIZONTAL / 22 VERTICAL
FABRICATION: 94%POLYESTER 6%SPANDEX HTR JERSEY 155GSM WITH WICKING
HANGING, HANGER CODE 484B

156

4.65

| CONTRACT NO. | B2XE7 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WS9EK78907MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| KMART | B2XE7 | RUCHED PERFORMANCE THIGH RISK RED | 35 CARTONS | 35 AST | 32,550 USD AST | 1,139.25 USD |
|---|---|---|---|---|---|---|
| ITEM: | 740034863969 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NO: WS9EK78907MI
KMART/ EVERLAST/ LADIES KNIT RUCHED PERFORMANCE TEE
STITCH COUNT PER CM 17 HORIZONTAL / 22 VERTICAL
FABRICATION: 94%POLYESTER 6%SPANDEX HTR JERSEY 155GSM WITH WICKING
HANGING, HANGER CODE 484B

4.65

# COMMERCIAL INVOICE

Page 22 of 23

DATE: September 27, 2018

INVOICE NO.: 201822211529

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam

SHIPPED TO:  Mira Loma , CA

MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

| CONTRACT NO. | B2XE7 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WS99EK78907MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| KMART | B2XE7 | RUCHED PERFORMANCE TFORGED IRON | 26 CARTONS | 26 AST | 27.900 USD AST | 725.40 USD |
| ITEM: | 749034864421 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NO: WS9EK78907MI
KMART/ EVERLAST/ LADIES KNIT RUCHED PERFORMANCE TEE
STITCH COUNT PER CM 17 HORIZONTAL / 22 VERTICAL
FABRICATION: 94%POLYEBTER 6%SPANDEX HTR JERSEY 156GSM WITH WICKING
HANGING, HANGER CODE 464B

*156*    *4.65*

| CONTRACT NO. | B2XE7 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | W99EK78907MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| KMART | B2XE7 | RUCHED PERFORMANCE TFORGED IRON | 35 CARTONS | 35 AST | 32.550 USD AST | 1,139.25 USD |
| ITEM: | 749034864765 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NO: WS9EK78907MI
KMART/ EVERLAST/ LADIES KNIT RUCHED PERFORMANCE TEE
STITCH COUNT PER CM 17 HORIZONTAL / 22 VERTICAL
FABRICATION: 94%POLYESTER 6%SPANDEX HTR JERSEY 165GSM WITH WICKING
HANGING, HANGER CODE 464B

*245*    *4.65*



## COMMERCIAL INVOICE

Page 23 of 23

DATE: September 27, 2018

INVOICE NO.: 201832211629

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam          SHIPPED TO:   Mira Loma , CA

MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2XE7 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | W99EK78907MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.       104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.       VNALPCRE8101TAN

PAYMENT TERM          Open Acct

ORDER PAYMENT TERMS

DRAWN UNDER          OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 2,139 | 2,139 | ASSORTMENTS | 62,592.30  USD |

TOTAL US DOLLARS SIXTY-TWO THOUSAND FIVE HUNDRED NINETY-TWO DOLLARS AND THIRTY CENTS ONLY.

ALPINE CREATIONS LTD

EMPLOYEE NAME          NGUYEN THI BICH THAO

EMPLOYEE TITLE          EXPORT COORDINATOR - VTN1243

البـايـن كـريـيشـنـز الـمـحـدودة
**ALPINE CREATIONS LTD.**
P.O. Box: 17008
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.

1243



**UPS SUPPLY CHAIN SOLUTIONS**
**C/O VIET TRANS LINK CO.,LTD**
**FORWARDER'S CARGO RECEIPT**

UPS Supply Chain SolutionsSM

No.    7796110828

| | |
|---|---|
| **SHIPPER / EXPORTER**<br>ALPINE CREATIONS VIET NAM CO., LTD.<br>FACTORIES 7+8, LOT 08-10-12, ROAD NO. 03, TAN DUC INDUSTRIAL ZONE,<br>DUC HOA HA COMMUNE, DUC HOA DISTRICT, LONG AN PROVINCE, VIETNAM<br>TEL: +84 723 765 929 | UPS SUPPLY CHAIN SOLUTIONS, INC. hereby acknowledges receipt only for the external condition of the packages delivered to UPS Supply Chain Solutions, Inc. and the number of packages that were visible to UPS Supply Chain Solutions, Inc. It does not act as a receipt for the number of packages or items not readily and reasonably visible to UPS Supply Chain Solutions, Inc. |
| **CONSIGNEE:**<br>KMART CORPORATION<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179 USA | **REFERENCES**<br><br>PURCHASE ORDER NO.<br><br>LETTER OF CREDIT NO.        **ORIGINAL**<br><br>INVOICE NO. / DATED |
| **NOTIFY PARTY**<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE: (310) 404-2792 FAX: (310) 404-2962<br>ATTN: MARY ELLEN WRATSCHKO | UNLESS A HIGHER VALUE IS DECLARED AT THE BOTTOM OF THIS BOX FOR AN EXTRA CHARGE, LIABILITY IS LIMITED TO $0.25 PER POUND. IF COGSA GOVERNS WITH THE FORCE OF LAW ITS LIMITATION, DESCRIBED IN PARAGRAPH 2 ON THE REVERSE SIDE, CONTROLS UNLESS A HIGHER VALUE IS DECLARED.<br><br>DECLARED VALUE IS |
| **DATE RECEIVED**<br>27 September 2018 | **PLACE OF RECEIPT**<br>HO CHI MINH PORT, VIETNAM | ONWARD INLAND ROUTING AND FINAL DESTINATION<br>MIRA LOMA, CA |
| **EXPORTING CARRIER (VESSEL/AIRLINE)**<br>ST ISLAND 016B | **PORT OF LOADING**<br>HO CHI MINH PORT, VIETNAM | |
| **DEMAR PORT OF DISCHARGE**<br>LOS ANGELES, CA | **INTENDED MOTHER VESSEL**<br>THALASSA AXIA 0948-021E | |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NUMBERS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| FCL/FCL-CY/CY<br>HMCU1035296/40DC/EM CNYM3868 | | A PART OF 01X40'DC CONTAINER(S) S.T.C.:<br>2139 CTNS | 4,458.49KGS | 45.426CBM |
| SHIPPING MARKS:<br>KMART B1V51<br>ITEM NO:<br>MADE IN:VIETNAM<br>CONTENTS: | | TOTAL: 14009 PCS<br><br>STYLE:WC8EK53901MI<br>LADIES WOVEN HIGH WAIST PEAK PERFORMANCE CAPRI<br>88%POLYESTER,12%SPANDEX<br>PO#B1V51 | | |
| KMART B2NH4<br>ITEM NO:<br>MADE IN:VIETNAM<br>CONTENTS: | | REF#802C<br>ITEM:<br>74004114575327/74004905588 2<br>HS CODE: 6104.63.2006 | | |
| KMART B2WTF<br>ITEM NO:<br>MADE IN:VIETNAM<br>CONTENTS: | | STYLE:WC8EK78901MI<br>LADIES KNIT MESH BACK PERFORMANCE TEE 100% POLYESTER<br>PO#B2NH4<br>REF#801C<br>ITEM: | | |
| KMART B2WVM<br>*** AS ATTACHED SHEET *** | | 74003417558 8/74003800605 2<br>74003801530 0/74003801817 2<br>-- AS ATTACHED SHEET -- | | |
| | | FREIGHT COLLECT<br>AT SHIPPER'S LOAD, STOW, COUNT AND SEAL | | |

VIET TRANS LINK CO., LTD
HOCHIMINH CITY

As Agent

CLEAN ON BOARD
02 OCT, 2018

In witness whereof the freight forwarder has signed 01 original forwarder's cargo receipt(s), all of this tenor and date, one of which being accomplished, the others to stand void.

Place and date of issue:    HO CHI MINH CITY 02 OCT, 2018

UPS SUPPLY CHAIN SOLUTIONS, INC.

SHIPPING ORDER NO.
201822211529

CARGO IS RECEIVED SUBJECT TO THE TERMS SET FORTH AND INCORPORATED BY REFERENCE ON THIS SIDE AND ON THE REVERSE SIDE OF THIS DOCUMENT. COPIES OF WHICH ARE AVAILABLE ON REQUEST.



## ATTACHED LIST

| | |
|---|---|
| H-B/L No. | 7796110828 |
| Date | 02 OCT, 2018 |

| MARKS AND NUMBERS | DESCRIPTION OF GOODS: |
|---|---|
| *** | --- |
| ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS: | 7400470279257/740059002659<br>740059003384/740059006858<br>HS CODE: 6110.30.3059 |
| KMART  B2XE3<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS: | STYLE: WC8EK78904MI<br>LADIES KNIT SOFT TOUCH MELANGE STUDIO TEE 70%<br>POLYESTER 27% RAYON 3% SPANDEX<br>PO#B2WTF<br>REF#804C |
| KMART  B2XE4<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS: | ITEM:<br>740034178384/740036826881<br>740036826899/740036827244<br>740065354078/740065358830<br>740065358962/740065362857 |
| KMART  B2XE5<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS: | HS CODE: 6110.30.3059<br><br>STYLE: WC8EK78905MI<br>LADIES KNIT SOFT TOUCH MELANGE STUDIO TANK 70%<br>POLYESTER 27% RAYON 3% SPANDEX |
| KMART  B2XE6<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS: | PO#B3WVM<br>REF#804C<br>ITEM:<br>740034178392/740036827251<br>740036827269/740059038313 |
| KMART  B2XE7<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS: | 740059039263/740059041921<br>740059057208/740059058966<br>HS CODE: 6110.30.3059 |
| KMART<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS: | STYLE: WS9EK78010MI<br>LADIES EVS WIDE STRAP CROSS BACK SPORT BRA POWER<br>LINING  88% POLYESTER 12% SPANDEX<br>PO#B2XE3<br>REF#801C |
| KMART<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS: | ITEM:<br>740025175753/740034865766<br>HS CODE: 6212.10.9020<br><br>STYLE: WS9EK53916MI<br>LADIES EVS TRACK STAR KNIT PANT 94%POLYESTER<br>6%SPANDEX<br>PO#B2XE4<br>REF#801C<br>ITEM:<br>740025175670/740034865543<br>HS CODE: 6104.63.2006<br><br>STYLE: WS9EK53910MI<br>LADIES KNIT LEGGING 88% POLYESTER 12% SPANDEX<br>PO#B2XE5<br>REF#801C<br>ITEM:<br>740025171232/740034865246<br>HS CODE: 6104.63.2006<br><br>STYLE: WS9EK78906MI<br>LADIES LACED UP SPORT BRA SELF STRAPPING 88%<br>POLYESTER 12% SPANDEX<br>PO#B2XE6<br>REF#801C<br>ITEM:<br>740025158775/740034864983<br>HS CODE: 6212.10.9020<br><br>STYLE: WS9EK78907MI<br>LADIES KNIT RUCHED PERFORMANCE TEE<br>94%POLYESTER 6%SPANDEX<br>PO#B2XE7<br>REF#801C<br>ITEM:<br>740025157520/740034863886<br>740034863894/740034863902<br>740034863951/740034863969 |

VIET TRANS LINK CO., LTD
HOCHIMINH CITY

..........................................
As Agent

## ATTACHED LIST

H-B/L No.    7796110828

Date    02 OCT, 2018

| MARKS AND NUMBERS | DESCRIPTION OF GOODS: |
|---|---|
| | HS CODE.6110.30.3059 |
| | FINAL DESTINATION AND CODE: CCD, MIRA-LOMA, CA 91752, USA |

VIET TRANS LINK CO., LTD
HOCHIMINH CITY

As Agent

# COMMERCIAL INVOICE

Page 1 of 23

DATE: September 27, 2018

INVOICE NO.: 701822213933

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US



SHIPPED FROM:  Ho Chi Minh City, Vietnam    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B1V51 | HIGH WAIST PEAK PERFBLACK ONYX | 56 CARTONS | 56 AST | 35,350 USD AST | 1,979.60 USD |
| ITEM: | 740041457532 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | STYLE: WC8EK53901MI<br>KMART/ EVERLAST/ LADIES CAPRI<br>PRODUCT NAME: LADIES WOVEN HIGH WAIST PEAK PERFORMANCE CAPRI<br>TOPSTITCHING DTM<br>REFLECTIVE SILVER LOGO AT WEARER'S CENTER BACK<br>STITCH COUNT PER CM: 22 HORIZONTAL / 18 VERTICAL<br>FABRICATION: 88%POLYESTER,12%SPANDEX<br>HANGING, HANGER CODE 6012B | | | | |

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B1V51 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | |
| VENDOR ITEM CODE | WC8EK53901MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE | |

FACTORY NO.          104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.          VNALPCRE8101TAN

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B1V51 | HIGH WAIST PEAK PERFBLACK ONYX | 9 CARTONS | 9 AST | 45,450 USD AST | 409.05 USD |
| ITEM: | 740049055882 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | STYLE: WC8EK53901MI<br>KMART/ EVERLAST/ LADIES CAPRI<br>PRODUCT NAME: LADIES WOVEN HIGH WAIST PEAK PERFORMANCE CAPRI<br>TOPSTITCHING DTM<br>REFLECTIVE SILVER LOGO AT WEARER'S CENTER BACK<br>STITCH COUNT PER CM: 22 HORIZONTAL / 18 VERTICAL<br>FABRICATION: 88%POLYESTER,12%SPANDEX<br>HANGING, HANGER CODE 6012B | | | | |

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B1V51 | REFERENCE NO. | 802P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | |
| VENDOR ITEM CODE | WC8EK53901MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 648, RNONE | |

FACTORY NO.          104892

09/10/18

# COMMERCIAL INVOICE

Page 2 of 23

DATE: September 27, 2018

INVOICE NO.: 201822213933

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| KMART | B2NH4 | MESH BACK PERFORMANCPOSEIDON | 81 CARTONS | 81 AST | 25.550 USD AST | 2,069.65 USD |
|---|---|---|---|---|---|---|

ITEM:        740034175588
MADE IN      VIETNAM
CONTENTS     1 ASSORTMENT

STYLE NO: WC8EK78901MI
DESCRIPTION: LADIES KNIT MESH BACK PERFORMANCE TEE
REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM: 15.5 HORIZONTAL / 21 VERTICAL
FABRICATION: 100% POLYESTER
HANGING, HANGER CODE 484B

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2NH4 | REFERENCE NO. | 601P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78901MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| KMART | B2NH4 | MESH BACK PERFORMANCAMARANTH PURPLE | 50 CARTONS | 50 AST | 25.550 UBD AST | 1,277.50 USD |
|---|---|---|---|---|---|---|

ITEM:        740038006052
MADE IN      VIETNAM
CONTENTS     1 ASSORTMENT

STYLE NO: WC8EK78901MI
DESCRIPTION: LADIES KNIT MESH BACK PERFORMANCE TEE
REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM: 15.5 HORIZONTAL / 21 VERTICAL
FABRICATION: 100% POLYESTER
HANGING, HANGER CODE 484B

# COMMERCIAL INVOICE

Page 3 of 23
DATE: September 27, 2018
INVOICE NO.: 201822213933

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Vietnam

| CONTRACT NO. | B2NH4 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78901MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9;
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| KMART | B2NH4 | MESH BACK PERFORMANCFORGED IRON | | 50 CARTONS | 50 AST | 25.550 USD AST | 1,277.50 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 740038016301 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | STYLE NO: WC8EK78901MI | | | | | |

DESCRIPTION: LADIES KNIT MESH BACK PERFORMANCE TEE
REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM: 15.5 HORIZONTAL / 21 VERTICAL
FABRICATION: 100% POLYESTER
HANGING, HANGER CODE 464B

*350* *3.65*

| CONTRACT NO. | B2NH4 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78901MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9;
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| KMART | B2NH4 | MESH BACK PERFORMANCBLACK ONYX | | 81 CARTONS | 81 AST | 25.550 USD AST | 2,069.55 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 740035016172 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | STYLE NO: WC8EK78901MI | | | | | |

DESCRIPTION: LADIES KNIT MESH BACK PERFORMANCE TEE
REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER

*567* *365*

# COMMERCIAL INVOICE

Page 4 of 23

DATE: September 27, 2018

INVOICE NO.: 201822213933

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

STITCH COUNT PER CM: 15.5 HORIZONTAL / 21 VERTICAL
FABRICATION: 100% POLYESTER
HANGING, HANGER CODE 484B

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2NH4 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | |
| VENDOR ITEM CODE | WC8EK78901MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| KMART | B2NH4 | MESH BACK PERFORMANCPOSEIDON | | 34 | 34 | 21,900 USD | 744.80 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 740047027925 | | | CARTONS | AST | AST | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NO: WC8EK78901MI
DESCRIPTION: LADIES KNIT MESH BACK PERFORMANCE TEE
REFLECTIVE SILVER LOGO AT WEARER7S LEFT HEM
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM: 15.5 HORIZONTAL / 21 VERTICAL
FABRICATION: 100% POLYESTER
HANGING, HANGER CODE 484B

*204*    *36*

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2NH4 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | |
| VENDOR ITEM CODE | WC8EK78901MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

## COMMERCIAL INVOICE

Page 6 of 23

DATE: September 27, 2018

INVOICE NO.: 201822213933

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam     SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

| KMART | B2NH4 | MESH BACK PERFORMANC AMARANTH PURPLE | 27 CARTONS | 27 AST | 21,900 USD AST | 591.30 USD |

ITEM:  740059002659
MADE IN  VIETNAM
CONTENTS  1 ASSORTMENT

STYLE NO: WC8EK78901MI
DESCRIPTION: LADIES KNIT MESH BACK PERFORMANCE TEE
REFLECTIVE SILVER LOGO AT WEARER7S LEFT HEM
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM: 15.5 HORIZONTAL / 21 VERTICAL
FABRICATION: 100% POLYESTER
HANGING, HANGER CODE 484B

162   365

| CONTRACT NO. | B2NH4 | REFERENCE NO. | 601P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78901MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.  104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.  VNALPCRE6101TAN

| KMART | B2NH4 | MESH BACK PERFORMANC FORGED IRON | 27 CARTONS | 27 AST | 21,900 USD AST | 591.30 USD |

ITEM:  740059003384
MADE IN  VIETNAM
CONTENTS  1 ASSORTMENT

STYLE NO: WC8EK78901MI
DESCRIPTION: LADIES KNIT MESH BACK PERFORMANCE TEE
REFLECTIVE SILVER LOGO AT WEARER78 LEFT HEM
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM: 15.5 HORIZONTAL / 21 VERTICAL
FABRICATION: 100% POLYESTER
HANGING, HANGER CODE 484B

162   365

| CONTRACT NO. | B2NH4 | REFERENCE NO. | 601P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78901MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.  104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE

## COMMERCIAL INVOICE

Page 8 of 23

DATE: September 27, 2018

INVOICE NO.: 201822213933

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

Vietnam

FTY MID NO.    VNALPCRE8101TAN

**TO:**    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Ho Chi Minh City, Vietnam    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Vietnam

| KMART | B2NH4 | MESH BACK PERFORMANCBLACK ONYX | 34 CARTONS | 34 AST | 21,900 USD | 744.60 USD |
|-------|-------|-------|-------|-------|-------|-------|
| ITEM: | 740059006858 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NO: WC8EK78901MI
DESCRIPTION: LADIES KNIT MESH BACK PERFORMANCE TEE
REFLECTIVE SILVER LOGO AT WEARER'S LEFT HEM
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM: 15.5 HORIZONTAL / 21 VERTICAL
FABRICATION: 100% POLYESTER
HANGING, HANGER CODE 484B

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2NH4 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78901MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| KMART | B2WTF | SOFT TOUCH MELANGE SLAPIS BLUE | 11 CARTONS | 11 AST | 22.200 USD | 244.20 USD |
|-------|-------|-------|-------|-------|-------|-------|
| ITEM: | 740034178384 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NO: WC8EK78904MI
DESCRIPTION: LADIES KNIT SOFT TOUCH MELANGE STUDIO TEE
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 190 gsm
HANGER CODE 484B    STITCH COUNT  15 HORIZONTAL  15 VERTICAL

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2WTF | REFERENCE NO. | 804P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892



## COMMERCIAL INVOICE

Page 7 of 23
DATE: September 27, 2018
INVOICE NO.: 201822213933

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:   KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam        SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-8,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| KMART | B2WTF | SOFT TOUCH MELANGE SCABARET | 11 CARTONS | 11 AST | 25.900 USD AST | 284.90 USD |
|---|---|---|---|---|---|---|

ITEM:          740036826881
MADE IN       VIETNAM
CONTENTS    1 ASSORTMENT

STYLE NO: WC8EK78904MI
DESCRIPTION: LADIES KNIT SOFT TOUCH MELANGE STUDIO TEE
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 190 gsm
HANGER CODE 484B        STITCH COUNT  15 HOROZONTAL  15 VERTICAL

77L        3 7

| CONTRACT NO. | B2WTF | REFERENCE NO. | 804P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.       104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-8,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| KMART | B2WTF | SOFT TOUCH MELANGE SFORGED IRON | 8 CARTONS | 8 AST | 25.900 USD AST | 207.20 USD |
|---|---|---|---|---|---|---|

ITEM:          740036826899
MADE IN       VIETNAM
CONTENTS    1 ASSORTMENT

STYLE NO: WC8EK78904MI
DESCRIPTION: LADIES KNIT SOFT TOUCH MELANGE STUDIO TEE
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 190 gsm
HANGER CODE 484B        STITCH COUNT  15 HOROZONTAL  15 VERTICAL

56L        3 7

| CONTRACT NO. | B2WTF | REFERENCE NO. | 804P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

# COMMERCIAL INVOICE

Page 8 of 23

DATE: September 27, 2018

INVOICE NO.: 201822213933

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

FACTORY NO.      104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.      VNALPCRE8101TAN

| KMART | B2WTF | SOFT TOUCH MELANGE SBLACK ONYX | 17 CARTONS | 17 AST | 25.900 USD AST | 440.30 USD |
|---|---|---|---|---|---|---|
| ITEM: | 740036827244 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NO: WC8EK78904MI
DESCRIPTION: LADIES KNIT SOFT TOUCH MELANGE STUDIO TEE
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 190 gsm
HANGER CODE 484B      STITCH COUNT  15 HOROZONTAL  15 VERTICAL

| CONTRACT NO. | B2WTF | REFERENCE NO. | 804P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.      104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.      VNALPCRE8101TAN

| KMART | B2WTF | SOFT TOUCH MELANGE SLAPIS BLUE | 42 CARTONS | 42 AST | 22.200 USD AST | 932.40 USD |
|---|---|---|---|---|---|---|
| ITEM: | 740065354078 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NO: WC8EK78904MI
DESCRIPTION: LADIES KNIT SOFT TOUCH MELANGE STUDIO TEE
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 190 gsm
HANGER CODE 484B      STITCH COUNT  15 HOROZONTAL  15 VERTICAL

# COMMERCIAL INVOICE

Page 9 of 23

DATE: September 27, 2018

INVOICE NO.: 201822213033

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Vietnam

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | B2WTF | REFERENCE NO. | 804P | | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | | |
| VENDOR ITEM CODE | WC8EK78904MI | COUNTRY OF ORIGIN | VIETNAM | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | | |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03, TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| KMART | B2WTF | SOFT TOUCH MELANGE 8CABARET | 60 CARTONS | 60 AST | 22.200 USD AST | 1,332.00 USD |
|---|---|---|---|---|---|---|
| ITEM: | 740065358830 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NO: WC8EK78904MI
DESCRIPTION: LADIES KNIT SOFT TOUCH MELANGE STUDIO TEE
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 190 gsm
HANGER CODE 484B    STITCH COUNT  15 HOROZONTAL  15 VERTICAL

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | B2WTF | REFERENCE NO. | 804P | | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | | |
| VENDOR ITEM CODE | WC8EK78904MI | COUNTRY OF ORIGIN | VIETNAM | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | | |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03, TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| KMART | B2WTF | SOFT TOUCH MELANGE 8FORGED IRON | 40 CARTONS | 40 AST | 22.200 USD AST | 888.00 USD |
|---|---|---|---|---|---|---|
| ITEM: | 740065358902 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NO: WC8EK78904MI
DESCRIPTION: LADIES KNIT SOFT TOUCH MELANGE STUDIO TEE
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 190 gsm
HANGER CODE 484B    STITCH COUNT  15 HOROZONTAL  15 VERTICAL



# COMMERCIAL INVOICE

Page 10 of 23
DATE: September 27, 2018
INVOICE NO.: 201822213933

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

| CONTRACT NO. | B2WTF | REFERENCE NO. | 804P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| KMART | B2WTF | SOFT TOUCH MELANGE SBLACK ONYX | 96 CARTONS | 96 AST | 22,200 USD AST | 2,175.60 USD |

ITEM:    740065362857
MADE IN    VIETNAM
CONTENTS    1 ASSORTMENT

STYLE NO: WC8EK78904MI
DESCRIPTION: LADIES KNIT SOFT TOUCH MELANGE STUDIO TEE
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 190 gsm
HANGER CODE 464B    STITCH COUNT  15 HOROZONTAL  15 VERTICAL

| CONTRACT NO. | B2WTF | REFERENCE NO. | 804P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78904MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| KMART | B2WVM | SOFT TOUCH MELANGE SCABARET | 17 CARTONS | 17 AST | 20,400 USD AST | 346.80 USD |

ITEM:    740034178392
MADE IN    VIETNAM
CONTENTS    1 ASSORTMENT

STYLE NO: WC8EK78905MI
DESCRIPTION: LADIES KNIT SOFT TOUCH MELANGE STUDIO TANK
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 190 gsm
HANGING, HANGER CODE 464B



# COMMERCIAL INVOICE

Page 11 of 23

DATE: September 27, 2018

INVOICE NO.: 201822213933

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Ho Chi Minh City, Vietnam

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB Vietnam

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2WVM | REFERENCE NO. | 804P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| KMART | B2WVM | SOFT TOUCH MELANGE SLAPIS BLUE | 19 CARTONS | 19 AST | 23.800 USD AST | 462.20 USD AST |
|---|---|---|---|---|---|---|
| ITEM: | 740036827251 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NO: WC8EK78905MI
DESCRIPTION: LADIES KNIT SOFT TOUCH MELANGE STUDIO TANK
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 190 gsm
HANGING, HANGER CODE 484B

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2WVM | REFERENCE NO. | 804P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| KMART | B2WVM | SOFT TOUCH MELANGE SFORGED IRON | 14 CARTONS | 14 AST | 23.800 USD AST | 333.20 USD AST |
|---|---|---|---|---|---|---|
| ITEM: | 740036827269 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NO: WC8EK78905MI
DESCRIPTION: LADIES KNIT SOFT TOUCH MELANGE STUDIO TANK
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 190 gsm
HANGING, HANGER CODE 484B



# COMMERCIAL INVOICE

Page 12 of 23

DATE: September 27, 2018

INVOICE NO.: 201822213033

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Vietnam

| CONTRACT NO. | B2WVM | REFERENCE NO. | 804P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.     104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.     VNALPCRE8101TAN

| KMART | B2WVM | SOFT TOUCH MELANGE SLAPIS BLUE | | 79 CARTONS | 79 AST | 20,400 USD AST | 1,611.60 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 740059039315 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NO: WC8EK78905MI
DESCRIPTION: LADIES KNIT SOFT TOUCH MELANGE STUDIO TANK
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 190 gsm
HANGING, HANGER CODE 484B

| CONTRACT NO. | B2WVM | REFERENCE NO. | 804P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.     104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.     VNALPCRE8101TAN

| KMART | B2WVM | SOFT TOUCH MELANGE SCABARET | | 71 CARTONS | 71 AST | 20,400 USD AST | 1,448.40 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 740059039263 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NO: WC8EK78905MI
DESCRIPTION: LADIES KNIT SOFT TOUCH MELANGE STUDIO TANK
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 190 gsm
HANGING, HANGER CODE 484B

# COMMERCIAL INVOICE

Page 13 of 23

DATE: September 27, 2018

INVOICE NO.: 201822213933

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam          SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2WVM | REFERENCE NO. | 804P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | |
| VENDOR ITEM CODE | WC8EK76905MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| KMART | B2WVM | SOFT TOUCH MELANGE SFORGED IRON | 57 CARTONS | 57 AST | 20,400 USD AST | 1,162.80 USD |
|---|---|---|---|---|---|---|
| ITEM: | 740059041921 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NO: WC8EK76905MI
DESCRIPTION: LADIES KNIT SOFT TOUCH MELANGE STUDIO TANK
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 190 gsm
HANGING, HANGER CODE 484B

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2WVM | REFERENCE NO. | 804P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | |
| VENDOR ITEM CODE | WC8EK76905MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| KMART | B2WVM | SOFT TOUCH MELANGE SBLACK ONYX | 109 CARTONS | 109 AST | 20,400 USD AST | 2,223.60 USD |
|---|---|---|---|---|---|---|
| ITEM: | 740059057208 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE NO: WC8EK76905MI
DESCRIPTION: LADIES KNIT SOFT TOUCH MELANGE STUDIO TANK
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 190 gsm
HANGING, HANGER CODE 484B

# COMMERCIAL INVOICE

Page 14 of 23

DATE: September 27, 2018

INVOICE NO.: 201822213933

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

**TO:** KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Ho Chi Minh City, Vietnam    **SHIPPED TO:** Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB Vietnam

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2WVM | REFERENCE NO. | 804P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC9EK78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| KMART | B2WVM | SOFT TOUCH MELANGE SBLACK ONYX | | 33 CARTONS | 33 AST | 20,400 USD AST | 673.20 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 740059058566 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NO: WC9EK78905MI
DESCRIPTION: LADIES KNIT SOFT TOUCH MELANGE STUDIO TANK
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
FABRICATION: 70 Polyester / 27 Rayon / 3 Spandex, Jersey, 190 gsm
HANGING, HANGER CODE 4846

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2WVM | REFERENCE NO. | 804P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC9EK78905MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| KMART | B2XE3 | EVS WIDE STRAP CROSSBLACK ONYX | | 62 CARTONS | 62 AST | 19,000 USD AST | 1,178.00 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 740025175753 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NO: WS9EK78010MI
KMART/ EVERLAST/ LADIES SPORT BRA
DESCRIPTION: EVS WIDE STRAP CROSS BACK SPORT BRA
POWER LINING
REMOVABLE CUPS
STITCH COUNT PER CM 18 HORIZONTAL / 22 VERTICAL

## COMMERCIAL INVOICE

DATE:  September 27, 2018

INVOICE NO.:  201822213933

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:      KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam      SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

FABRICTION: 88% POLYESTER 12% SPANDEX JERSEY WITH WICKING 260GSM
HANGING, HANGER CODE 484B

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2XE3 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | |
| VENDOR ITEM CODE | WS9EK78010MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 649, RNONE | |

FACTORY NO.          104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.          VNALPCRE8101TAN

| KMART | B2XE3 | EVS WIDE STRAP CROSSBLACK ONYX | | 120 | 120 | 33.250 USD | 3,990.00 USD |
|---|---|---|---|---|---|---|---|
| | | | | CARTONS | AST | AST | |
| ITEM: | 740034865766 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NO: WS9EK78010MI
KMART/ EVERLAST/ LADIES SPORT BRA
DESCRIPTION : EVS WIDE STRAP CROSS BACK SPORT BRA
POWER LINING
REMOVABLE CUPS
STITCH COUNT PER CM 18 HORIZONTAL / 22 VERTICAL
FABRICTION: 88% POLYESTER 12% SPANDEX JERSEY WITH WICKING 260GSM
HANGING, HANGER CODE 484B

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2XE3 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | |
| VENDOR ITEM CODE | WS9EK78010MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 649, RNONE | |

FACTORY NO.          104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.          VNALPCRE8101TAN

# COMMERCIAL INVOICE

Page 16 of 23

DATE: September 27, 2018

INVOICE NO.: 201822213933

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| KMART | B2XE4 | EVS TRACK STAR PANT BLACK ONYX | 89 | 89 | 45.150 USD | 4,018.35 USD |
|-------|-------|-------------------------------|-----|-----|------------|--------------|
| | | | CARTONS | AST | AST | |

ITEM:    740025175670
MADE IN    VIETNAM
CONTENTS    1 ASSORTMENT

STYLE: WS9EK53916MI
KMART/ EVERLAST/ LADIES KNIT PANT
PRODUCT NAME: EVS TRACK STAR PANT
FABRICTION: 94%POLYESTER 6%SPANDEX 4-WAY STRETCH 100D+40D 120GSM NO WICKING
HANGING, HANGER CODE 6012B

| CONTRACT NO. | B2XE4 | REFERENCE NO. | 801P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | DIVision 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WS9EK53916MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 646, RNONE |

FACTORY NO.    104692
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| KMART | B2XE4 | EVS TRACK STAR PANT BLACK ONYX | 82 | 82 | 51.600 USD | 4,231.20 USD |
|-------|-------|-------------------------------|-----|-----|------------|--------------|
| | | | CARTONS | AST | AST | |

ITEM:    740034565543
MADE IN    VIETNAM
CONTENTS    1 ASSORTMENT

STYLE: WS9EK53916MI
KMART/ EVERLAST/ LADIES KNIT PANT
PRODUCT NAME: EVS TRACK STAR PANT
FABRICTION: 94%POLYESTER 6%SPANDEX 4-WAY STRETCH 100D+40D 120GSM NO WICKING
HANGING, HANGER CODE 6012B

| CONTRACT NO. | B2XE4 | REFERENCE NO. | 801P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | DIVision 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WS9EK53916MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 646, RNONE |

FACTORY NO.    104692
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

# COMMERCIAL INVOICE

Page 17 of 23

DATE: September 27, 2018

INVOICE NO.: 201822213933

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:     KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Vietnam

| KMART | B2XE5 | EVS SIDE MESH POCKETBLACK ONYX | 82 CARTONS | 82 AST | 46.000 USD AST | 3,772.00 USD |
|-------|-------|-------------------------------|------------|--------|----------------|--------------|

ITEM:     740025171232
MADE IN   VIETNAM
CONTENTS  1 ASSORTMENT

STYLE: W69EK53910MI
KMART/ EVERLAST/ LADIES KNIT LEGGING
POWER MESH INSERT AND WAISTBAND LINER
FABRICTION: 88% POLYESTER 12% SPANDEX JERSEY WITH WICKING 260GSM
HANGING, HANGER CODE 6012B

| CONTRACT NO. | B2XE5 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | W69EK53910MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 646, RNONE |

FACTORY NO.     104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.     VNALPCRE8101TAN

| KMART | B2XE5 | EVS SIDE MESH POCKETBLACK ONYX | 89 CARTONS | 89 AST | 40.250 USD AST | 3,582.25 USD |
|-------|-------|-------------------------------|------------|--------|----------------|--------------|

ITEM:     740034865246
MADE IN   VIETNAM
CONTENTS  1 ASSORTMENT

STYLE: W69EK53910MI
KMART/ EVERLAST/ LADIES KNIT LEGGING
POWER MESH INSERT AND WAISTBAND LINER
FABRICTION: 88% POLYESTER 12% SPANDEX JERSEY WITH WICKING 260GSM
HANGING, HANGER CODE 6012B

| CONTRACT NO. | B2XE5 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | W69EK53910MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 646, RNONE |

FACTORY NO.     104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.     VNALPCRE8101TAN



## COMMERCIAL INVOICE

Page 18 of 23
DATE: September 27, 2018
INVOICE NO.: 201822213033

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

| KMART | B2XE6 | LACED UP SPORT BRA BLACK ONYX | 91 CARTONS | 91 AST | 38.500 USD AST | 3,503.50 USD |
|-------|-------|-------------------------------|-----|-----|------|------|

ITEM:  740025159775
MADE IN  VIETNAM
CONTENTS  1 ASSORTMENT

STYLE NO: WS9EK78908MI
KMART/ EVERLAST/ LADIES LACED UP SPORT BRA
SELF STRAPPING
MESH LINING AT FRONT LINING
REMOVABLE CUPS
REFLECTIVE SILVER LOGO AT WEARER?S CENTER BACK
STITCH COUNT PER CM 18 HORIZONTAL / 22 VERTICAL
FABRICTION: 88% POLYESTER 12% SPANDEX JERSEY WITH WICKING 260GSM
HANGING, HANGER CODE 484B

| CONTRACT NO. | B2XE6 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WS9EK78908MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 649, RNONE |

FACTORY NO.  104892
ALPINE CREATIONS - VIETNAM
LOT 6-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.  VNALPCRE8101TAN

| KMART | B2XE6 | LACED UP SPORT BRA BLACK ONYX | 22 CARTONS | 22 AST | 33.000 USD AST | 726.00 USD |
|-------|-------|-------------------------------|-----|-----|------|------|

ITEM:  740034864953
MADE IN  VIETNAM
CONTENTS  1 ASSORTMENT

STYLE NO: WS9EK78908MI
KMART/ EVERLAST/ LADIES LACED UP SPORT BRA
SELF STRAPPING
MESH LINING AT FRONT LINING
REMOVABLE CUPS
REFLECTIVE SILVER LOGO AT WEARER?S CENTER BACK
STITCH COUNT PER CM 18 HORIZONTAL / 22 VERTICAL
FABRICTION: 88% POLYESTER 12% SPANDEX JERSEY WITH WICKING 260GSM
HANGING, HANGER CODE 484B

| CONTRACT NO. | B2XE6 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WS9EK78908MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 649, RNONE |

FACTORY NO.  104892

# COMMERCIAL INVOICE

Page 19 of 23

DATE: September 27, 2018

INVOICE NO.: 201822213933

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam    SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.        VNALPCRE8101TAN

| KMART | B2XE7 | RUCHED PERFORMANCE T BLACK ONYX | 91 CARTONS | 91 AST | 27.900 USD AST | 2,538.90 USD |
|---|---|---|---|---|---|---|

**ITEM:**        740025157520

**MADE IN**    VIETNAM

**CONTENTS**    1 ASSORTMENT

STYLE NO: WS9EK78907MI
KMART/ EVERLAST/ LADIES KNIT RUCHED PERFORMANCE TEE
STITCH COUNT PER CM 17 HORIZONTAL / 22 VERTICAL
FABRICATION: 94%POLYESTER 6%SPANDEX HTR JERSEY 155GSM WITH WICKING
HANGING, HANGER CODE 484B

| CONTRACT NO. | B2XE7 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | DIvision 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WS9EK78907MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.        VNALPCRE8101TAN

| KMART | B2XE7 | RUCHED PERFORMANCE T BLUE CURACAO | 90 CARTONS | 90 AST | 27.900 USD AST | 2,511.00 USD |
|---|---|---|---|---|---|---|

**ITEM:**        740034963656

**MADE IN**    VIETNAM

**CONTENTS**    1 ASSORTMENT

STYLE NO: WS9EK78907MI
KMART/ EVERLAST/ LADIES KNIT RUCHED PERFORMANCE TEE
STITCH COUNT PER CM 17 HORIZONTAL / 22 VERTICAL
FABRICATION: 94%POLYESTER 6%SPANDEX HTR JERSEY 155GSM WITH WICKING
HANGING, HANGER CODE 484B

| CONTRACT NO. | B2XE7 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | DIvision 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WS9EK78907MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

## COMMERCIAL INVOICE

Page 20 of 23

DATE: September 27, 2018

INVOICE NO.: 201822213933

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US.

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| KMART | B2XE7 | RUCHED PERFORMANCE TBLUE CURACAO | | 73 | 73 | 32,550 USD | 2,376.15 USD |
|-------|-------|-----------------------------------|---|-----|-----|------------|--------------|
| | | | | CARTONS | AST | AST | |
| ITEM: | 740034863894 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NO: WS9EK78907MI
KMART/ EVERLAST/ LADIES KNIT RUCHED PERFORMANCE TEE
STITCH COUNT PER CM 17 HORIZONTAL / 22 VERTICAL
FABRICATION: 94%POLYESTER 6%SPANDEX HTR JERSEY 155GSM WITH WICKING
HANGING, HANGER CODE 484B

| CONTRACT NO. | B2XE7 | REFERENCE NO. | 601P |
|--------------|-------|---------------|------|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WS9EK78907MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| KMART | B2XE7 | RUCHED PERFORMANCE TBLACK ONYX | | 72 | 72 | 32,550 USD | 2,343.60 USD |
|-------|-------|----------------------------------|---|-----|-----|------------|--------------|
| | | | | CARTONS | AST | AST | |
| ITEM: | 740034863902 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NO: WS9EK78907MI
KMART/ EVERLAST/ LADIES KNIT RUCHED PERFORMANCE TEE
STITCH COUNT PER CM 17 HORIZONTAL / 22 VERTICAL
FABRICATION: 94%POLYESTER 6%SPANDEX HTR JERSEY 155GSM WITH WICKING
HANGING, HANGER CODE 484B

## COMMERCIAL INVOICE

Page 21 of 23

DATE: September 27, 2018

INVOICE NO.: 201822213933

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| CONTRACT NO. | B2XE7 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WS9EK78907MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| KMART | B2XE7 | RUCHED PERFORMANCE THIGH RISK RED | | 27 | 27 | 27,900 USD | 753.30 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 740034853951 | | | CARTONS | AST | AST | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NO: WS9EK78907MI
KMART/ EVERLAST/ LADIES KNIT RUCHED PERFORMANCE TEE
STITCH COUNT PER CM 17 HORIZONTAL / 22 VERTICAL
FABRICATION: 94%POLYESTER 6%SPANDEX HTR JERSEY 155GSM WITH WICKING
HANGING, HANGER CODE 484B

| CONTRACT NO. | B2XE7 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WS9EK78907MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.    VNALPCRE8101TAN

| KMART | B2XE7 | RUCHED PERFORMANCE THIGH RISK RED | | 37 | 37 | 32,550 USD | 1,204.35 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 740034853969 | | | CARTONS | AST | AST | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE NO: WS9EK78907MI
KMART/ EVERLAST/ LADIES KNIT RUCHED PERFORMANCE TEE
STITCH COUNT PER CM 17 HORIZONTAL / 22 VERTICAL
FABRICATION: 94%POLYESTER 6%SPANDEX HTR JERSEY 155GSM WITH WICKING
HANGING, HANGER CODE 484B

# COMMERCIAL INVOICE

Page 22 of 23

DATE: September 27, 2018

INVOICE NO.: 201822213933

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17005
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:  Chambersburg , PA

FOB Vietnam

| CONTRACT NO. | B2XE7 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WS9EK78907MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104692
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| KMART | B2XE7 | RUCHED PERFORMANCE TFORGED IRON | | | 27 CARTONS | 27 AST | 27.900 USD AST | 753.30 USD |
|---|---|---|---|---|---|---|---|---|
| ITEM: | 740034664421 | | | | | | | |
| MADE IN | VIETNAM | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |

STYLE NO: WS9EK78907MI
KMART/ EVERLAST/ LADIES KNIT RUCHED PERFORMANCE TEE
STITCH COUNT PER CM 17 HORIZONTAL / 22 VERTICAL
FABRICATION: 94%POLYESTER 6%SPANDEX HTR JERSEY 155GSM WITH WICKING
HANGING, HANGER CODE 484B

| CONTRACT NO. | B2XE7 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WS9EK78907MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.    104692
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| KMART | B2XE7 | RUCHED PERFORMANCE TFORGED IRON | | | 37 CARTONS | 37 AST | 32.550 USD AST | 1,204.36 USD |
|---|---|---|---|---|---|---|---|---|
| ITEM: | 740034664785 | | | | | | | |
| MADE IN | VIETNAM | | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | | |

STYLE NO: WS9EK78907MI
KMART/ EVERLAST/ LADIES KNIT RUCHED PERFORMANCE TEE
STITCH COUNT PER CM 17 HORIZONTAL / 22 VERTICAL
FABRICATION: 94%POLYESTER 6%SPANDEX HTR JERSEY 155GSM WITH WICKING
HANGING, HANGER CODE 484B



# COMMERCIAL INVOICE

Page 23 of 23
DATE: September 27, 2018
INVOICE NO.: 201822213933

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam        SHIPPED TO: Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2XE7 | REFERENCE NO. | 601P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | W39EK78907MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03, TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE6101TAN

PAYMENT TERM          Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER          OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 2,226 | 2,226 | ASSORTMENTS | 65,197.20  USD |

TOTAL US DOLLARS SIXTY-FIVE THOUSAND ONE HUNDRED NINETY-SEVEN DOLLARS AND TWENTY CENTS ONLY.

ALPINE CREATIONS LTD.

EMPLOYEE NAME        NGUYEN THI BICH THAO
EMPLOYEE TITLE        EXPORT COORDINATOR - VTN1245

البـاين كـريشنــز المـحـدودة
ALPINE CREATIONS LTD.
P.O. Box: 17008
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.

## ATTACHED LIST

| H-B/L No. | 7796110883 |
| --- | --- |
| Date | 09 OCT, 2018 |

| MARKS AND NUMBERS | DESCRIPTION OF GOODS: |
| --- | --- |
| **•••**<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS: | ---<br>740047027925/740059002659<br>740059003384/740059006858<br>HS CODE: 6110.30.3059 |
| KMART    B2XE3<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS: | STYLE: WC8EK78904MI<br>LADIES KNIT SOFT TOUCH MELANGE STUDIO TEE 70%<br>POLYESTER 27% RAYON 3% SPANDEX<br>PO#B2WTF<br>REF#804P |
| KMART    B2XE4<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS: | ITEM:<br>740034178384/740036826881<br>740036826899/740036827244<br>740065354078/740065358830<br>740065358962/740065362857 |
| KMART    B3XE5<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS: | HS CODE: 6110.30.3059<br><br>STYLE: WC8EK78905MI<br>LADIES KNIT SOFT TOUCH MELANGE STUDIO TANK 70%<br>POLYESTER 27% RAYON 3% SPANDEX |
| KMART    B2XE6<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS: | PO#B3WVM<br>REF#804P<br>ITEM:<br>740034178392/740036827251 |
| KMART    B2XE7<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS: | 740036827369/740059038315<br>740059039263/740059041921<br>740059057208/740059058966<br>HS CODE: 6110.30.3059 |
| KMART<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS: | STYLE: WS9EK78010MI<br>LADIES EVS WIDE STRAP CROSS BACK SPORT BRA POWER<br>LINING  88% POLYESTER 12% SPANDEX<br>PO#B2XE3<br>REF#801P |
| KMART<br>ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS: | ITEM:<br>740025175753/740034865766<br>HS CODE: 6212.10.9020<br><br>STYLE: WS9EK53916MI<br>LADIES EVS TRACK STAR KNIT PANT 94%POLYESTER<br>6%SPANDEX<br>PO#B2XE4<br>REF#801P<br>ITEM:<br>740025175670/740034865543<br>HS CODE: 6104.63.2006<br><br>STYLE: WS9EK53910MI<br>LADIES KNIT LEGGING 88% POLYESTER 12% SPANDEX<br>PO#B2XE5<br>REF#801P<br>ITEM:<br>740025171233/740034865246<br>HS CODE: 6104.63.2006<br><br>STYLE: WS9EK78906MI<br>LADIES LACED UP SPORT BRA SELF STRAPPING 88%<br>POLYESTER 12% SPANDEX<br>PO#B3XE6<br>REF#801P<br>ITEM:<br>740025158775/740034864983<br>HS CODE: 6212.10.9020<br><br>STYLE: WS9EK78907MI<br>LADIES KNIT RUCHED PERFORMANCE TEE<br>94%POLYESTER 6%SPANDEX<br>PO#B2XE7<br>REF#801P<br>ITEM:<br>740025157520/740034863886<br>740034863894/740034863902<br>740034863951/740034863969 |

VIET TRANS LINK CO., LTD
HOCHIMINH CITY

As Agent