## ATTACHED LIST

H-B/L No.    7796110883

Date    09 OCT, 2018

| MARKS AND NUMBERS | DESCRIPTION OF GOODS: |
|---|---|
| | HS CODE: 6110.30.3059 |
| | FINAL DESTINATION & CODE: PCD, CHAMBURSBURG, PA, 17201, USA |

VIET TRANS LINK CO., LTD
HOCHIMINH CITY

As Agent



# COMMERCIAL INVOICE

Page 1 of 9

DATE: October 07, 2018

INVOICE NO.: 201822382106

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

[DG6737]

SHIPPED FROM: Damietta, Egypt          SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Egypt

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2WTP | TWILL P/O CAPRI DOVE | 12 CARTONS | 12 AST | 29.260 USD AST | 351.12 USD AST |
| **ITEM:** | 530052738952 | | | | | |
| **MADE IN** | EGYPT | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE: WC9BE53173MI
DESCRIPTION: LADIES PULL ON TWILL CAPRI
ALL SEAMS ARE 5 THREAD SAFETY STITCHED UNLESS OTHERWISE NOTED.
DOUBLE TURNED WAIST FOR TUNNEL ENCASING
BOTTOM HEM IS DBL TURNED & TOPSTITCHED, TWO POCKET AT SIDE
EDGES ARE EDGESTITCHED TO BODY, FULL LENGTH
REINFORCEMENT, TRIANGLE AT TOP CORNERS.
FABRIC: WH0029 - TWILL 100% COTTON 5.50 OZ/YD2
HANGER CODE: 8012B
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: EGYPT

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2WTP | REFERENCE NO. | 803 | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | |
| VENDOR ITEM CODE | WC9BE53173MI | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE | |
| FACTORY NO. | 052967 | | | |
| ALEX APPARELS | | | | |
| STREET NO. 12-17 | | | | |
| PLOT NO.210- AMRYA PUBLIC FREE ZONE | | | | |
| ALEXANDRIA | | | | |
| Egypt | | | | |
| FTY MID NO. | EGALEAPP1217ALE | | | |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2WTP | TWILL P/O CAPRI BLACK ONYX | 26 CARTONS | 26 AST | 29.260 USD AST | 760.76 USD AST |
| **ITEM:** | 530069725752 | | | | | |
| **MADE IN** | EGYPT | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |

STYLE: WC9BE53173MI
DESCRIPTION: LADIES PULL ON TWILL CAPRI
ALL SEAMS ARE 5 THREAD SAFETY STITCHED UNLESS OTHERWISE NOTED.
DOUBLE TURNED WAIST FOR TUNNEL ENCASING
BOTTOM HEM IS DBL TURNED & TOPSTITCHED, TWO POCKET AT SIDE
EDGES ARE EDGESTITCHED TO BODY, FULL LENGTH
REINFORCEMENT, TRIANGLE AT TOP CORNERS.
FABRIC: WH0029 - TWILL 100% COTTON 5.50 OZ/YD2
HANGER CODE: 8012B
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: EGYPT

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2WTP | REFERENCE NO. | 803 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC9BE53173MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

11/10/18



# COMMERCIAL INVOICE

Page 2 of 9

DATE: October 07, 2018

INVOICE NO.: 201822382106

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt          SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Egypt

FACTORY NO.      052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.      EGALEAPP1217ALE

| KMART | B2WTP | TWILL P/O CAPRI BLACK ONYX | 16 CARTONS | 16 AST | 25.080 USD AST | 401.28 USD |
|---|---|---|---|---|---|---|

ITEM:      530069725760
MADE IN    EGYPT
CONTENTS   1 ASSORTMENT

STYLE: WC9BE53173MI
DESCRIPTION: LADIES PULL ON TWILL CAPRI
ALL SEAMS ARE 5 THREAD SAFETY STITCHED UNLESS OTHERWISE NOTED.
DOUBLE TURNED WAIST FOR TUNNEL ENCASING
BOTTOM HEM IS DBL TURNED & TOPSTITCHED, TWO POCKET AT SIDE
EDGES ARE EDGESTITCHED TO BODY. FULL LENGTH
REINFORCEMENT, TRIANGLE AT TOP CORNERS.
FABRIC: WH0029 - TWILL 100% COTTON 5.50 OZ/YD2
HANGER CODE: 8012B
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: EGYPT

| CONTRACT NO. | B2WTP | REFERENCE NO. | 803 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC9BE53173MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.      052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.      EGALEAPP1217ALE

| KMART | B2WTP | TWILL P/O CAPRI BLACK ONYX | 6 CARTONS | 6 AST | 41.800 USD AST | 250.80 USD |
|---|---|---|---|---|---|---|

ITEM:      530069725778
MADE IN    EGYPT
CONTENTS   1 ASSORTMENT

STYLE: WC9BE53173MI
DESCRIPTION: LADIES PULL ON TWILL CAPRI
ALL SEAMS ARE 5 THREAD SAFETY STITCHED UNLESS OTHERWISE NOTED.
DOUBLE TURNED WAIST FOR TUNNEL ENCASING
BOTTOM HEM IS DBL TURNED & TOPSTITCHED, TWO POCKET AT SIDE
EDGES ARE EDGESTITCHED TO BODY. FULL LENGTH
REINFORCEMENT, TRIANGLE AT TOP CORNERS.
FABRIC: WH0029 - TWILL 100% COTTON 5.50 OZ/YD2
HANGER CODE: 8012B
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: EGYPT

# COMMERCIAL INVOICE

Page 3 of 9

DATE: October 07, 2018

INVOICE NO.: 201822382106

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Egypt

| CONTRACT NO. | B2WTP | REFERENCE NO. | 803 |
|---|---|---|---|
| OC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC9BE53173MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.    EGALEAPP1217ALE

| KMART | B2WTP | TWILL P/O CAPRI BLACK ONYX | | 11 CARTONS | 11 AST | 29.260 USD AST | 321.86 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 530069725786 | | | | | | |
| MADE IN | EGYPT | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE: WC9BE53173MI
DESCRIPTION: LADIES PULL ON TWILL CAPRI
ALL SEAMS ARE 5 THREAD SAFETY STITCHED UNLESS OTHERWISE NOTED.
DOUBLE TURNED WAIST FOR TUNNEL ENCASING
BOTTOM HEM IS DBL TURNED & TOPSTITCHED, TWO POCKET AT SIDE
EDGES ARE EDGESTITCHED TO BODY, FULL LENGTH
REINFORCEMENT, TRIANGLE AT TOP CORNERS.
FABRIC: WH0028 - TWILL 100% COTTON 6.50 OZ/YD2
HANGER CODE: 6012B
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: EGYPT

| CONTRACT NO. | B2WTP | REFERENCE NO. | 803 |
|---|---|---|---|
| OC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC9BE53173MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.    052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.    EGALEAPP1217ALE

| KMART | B2WTP | TWILL P/O CAPRI MARITIME BLUE | | 18 CARTONS | 18 AST | 25.080 USD AST | 451.44 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 530069726057 | | | | | | |
| MADE IN | EGYPT | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE: WC9BE53173MI
DESCRIPTION: LADIES PULL ON TWILL CAPRI
ALL SEAMS ARE 5 THREAD SAFETY STITCHED UNLESS OTHERWISE NOTED.

# COMMERCIAL INVOICE

Page 4 of 9

DATE: October 07, 2018

INVOICE NO.: 201822382108

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Egypt

DOUBLE TURNED WAIST FOR TUNNEL ENCASING
BOTTOM HEM IS DBL TURNED & TOPSTITCHED, TWO POCKET AT SIDE
EDGES ARE EDGESTITCHED TO BODY. FULL LENGTH
REINFORCEMENT, TRIANGLE AT TOP CORNERS.
FABRIC: WH0029 - TWILL 100% COTTON 5.50 OZ/YD2
HANGER CODE: 6012B
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: EGYPT

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2WTP | REFERENCE NO. | 803 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC9BE53173MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.        052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.        EGALEAPP1217ALE

| KMART | B2WTP | TWILL P/O CAPRI MARITIME BLUE | 7 CARTONS | 7 AST | 41,800 USD AST | 292.60 USD |
|---|---|---|---|---|---|---|
| ITEM: | 530000726651 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE: WC9BE53173MI
DESCRIPTION: LADIES PULL ON TWILL CAPRI
ALL SEAMS ARE 5 THREAD SAFETY STITCHED UNLESS OTHERWISE NOTED.
DOUBLE TURNED WAIST FOR TUNNEL ENCASING
BOTTOM HEM IS DBL TURNED & TOPSTITCHED, TWO POCKET AT SIDE
EDGES ARE EDGESTITCHED TO BODY. FULL LENGTH
REINFORCEMENT, TRIANGLE AT TOP CORNERS.
FABRIC: WH0029 - TWILL 100% COTTON 5.50 OZ/YD2
HANGER CODE: 6012B
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: EGYPT

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2WTP | REFERENCE NO. | 803 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC9BE53173MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.        052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.        EGALEAPP1217ALE

# COMMERCIAL INVOICE

Page 5 of 8

DATE: October 07, 2018

INVOICE NO.: 201822082106

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Damietta, Egypt      SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB Egypt

| KMART | B2WTP | TWILL P/O CAPRI MARITIME BLUE | 32 CARTONS | 32 AST | 29.260 USD AST | 938.32 USD |
|---|---|---|---|---|---|---|

ITEM:  530069726593
MADE IN  EGYPT
CONTENTS  1 ASSORTMENT

STYLE: WC9BE53173MI
DESCRIPTION: LADIES PULL ON TWILL CAPRI
ALL SEAMS ARE 5 THREAD SAFETY STITCHED UNLESS OTHERWISE NOTED.
DOUBLE TURNED WAIST FOR TUNNEL ENCASING
BOTTOM HEM IS DBL TURNED & TOPSTITCHED, TWO POCKET AT SIDE
EDGES ARE EDGESTITCHED TO BODY, FULL LENGTH
REINFORCEMENT, TRIANGLE AT TOP CORNERS.
FABRIC: WH0029 - TWILL 100% COTTON 5.50 OZ/YD2
HANGER CODE: 6012B
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: EGYPT

| | | |
|---|---|---|
| CONTRACT NO. | B2WTP | REFERENCE NO. | 803 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC9BE53173MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.  052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.  EGALEAPP1217ALE

| KMART | B2WTP | TWILL P/O CAPRI MARITIME BLUE | 9 CARTONS | 9 AST | 29.260 USD AST | 263.34 USD |
|---|---|---|---|---|---|---|

ITEM:  530069726701
MADE IN  EGYPT
CONTENTS  1 ASSORTMENT

STYLE: WC9BE53173MI
DESCRIPTION: LADIES PULL ON TWILL CAPRI
ALL SEAMS ARE 5 THREAD SAFETY STITCHED UNLESS OTHERWISE NOTED.
DOUBLE TURNED WAIST FOR TUNNEL ENCASING
BOTTOM HEM IS DBL TURNED & TOPSTITCHED, TWO POCKET AT SIDE
EDGES ARE EDGESTITCHED TO BODY, FULL LENGTH
REINFORCEMENT, TRIANGLE AT TOP CORNERS.
FABRIC: WH0029 - TWILL 100% COTTON 5.50 OZ/YD2
HANGER CODE: 6012B
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: EGYPT

| | | |
|---|---|---|
| CONTRACT NO. | B2WTP | REFERENCE NO. | 803 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC9BE53173MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.  052967

# COMMERCIAL INVOICE

Page 6 of 9

DATE: October 07, 2018

INVOICE NO.: 201822382106

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damletta, Egypt    SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Egypt

ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.        EGALEAPP1217ALE

| KMART | B2WTP | TWILL P/O CAPRI DOVE | | 1 | 1 | 37.620 USD | 37.62 USD |
|-------|-------|----------------------|---|---|---|---------|----------|
| | | | | CARTONS | AST | AST | |

ITEM:        530069728719
MADE IN      EGYPT
CONTENTS     1 ASSORTMENT

STYLE: WC9BE53173MI
DESCRIPTION: LADIES PULL ON TWILL CAPRI
ALL SEAMS ARE 5 THREAD SAFETY STITCHED UNLESS OTHERWISE NOTED.
DOUBLE TURNED WAIST FOR TUNNEL ENCASING
BOTTOM HEM IS DBL TURNED & TOPSTITCHED, TWO POCKET AT SIDE
EDGES ARE EDGESTITCHED TO BODY. FULL LENGTH
REINFORCEMENT, TRIANGLE AT TOP CORNERS.
FABRIC: WH0028 - TWILL 100% COTTON 5.50 OZ/YD2
HANGER CODE: 6012B
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: EGYPT

| CONTRACT NO. | B2WTP | REFERENCE NO. | 803 |
|--------------|-------|---------------|-----|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC9BE53173MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.      052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.        EGALEAPP1217ALE

| KMART | B2XEM | DENIM P/O CAPRI MEDIUM WASH | | 49 | 49 | 32.410 USD | 1,588.09 USD |
|-------|-------|------------------------------|---|----|----|---------|-------------|
| | | | | CARTONS | AST | AST | |

ITEM:        530069724588
MADE IN      EGYPT
CONTENTS     1 ASSORTMENT

STYLE: WC9BE54178MI
DESCRIPTION: WOMEN PULL ON WOVEN DENIM CAPRI
FULL ELASTIC FOLDOVER WAISTBAND, CHAINSTITCH AT WAIST, FULL LENGTH.
BAND EVENLY SPACED, BAR TACK AT TOP ROW OF STITCHING, FAUX FLY,
POCKETS AT TWO SIDE WITH, LENGTHWISE GRAININTERLINING, DOUBLE TURN HEM
HANGER CODE: 6012B
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: EGYPT
FABRIC: 100% COTTON 9OZ WOVEN BLUE DENIM

# COMMERCIAL INVOICE

Page 7 of 9

DATE: October 07, 2018

INVOICE NO.: 201822382106

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt        SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB Egypt

| | | | | |
|---|---|---|---|
| CONTRACT NO. | B2XEM | REFERENCE NO. | 803 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC9BE54179MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.        052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.        EGALEAPP1217ALE

| KMART | B2XEM | DENIM P/O CAPRI MEDIUM WASH | | 12 | 12 | 41.670 USD | 500.04 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 530072565245 | | | CARTONS | AST | | AST |
| MADE IN | EGYPT | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE: WC9BE54179MI
DESCRIPTION: WOMEN PULL ON WOVEN DENIM CAPRI
FULL ELASTIC FOLDOVER WAISTBAND, CHAINSTITCH AT WAIST, FULL LENGTH.
BAND EVENLY SPACED, BAR TACK AT TOP ROW OF STITCHING, FAUX FLY,
POCKETS AT TWO SIDE WITH, LENGTHWISE GRAININTERLINING, DOUBLE TURN HEM
HANGER CODE: 6012B
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: EGYPT
FABRIC: 100% COTTON 8OZ WOVEN BLUE DENIM

| | | | | |
|---|---|---|---|
| CONTRACT NO. | B2XEM | REFERENCE NO. | 803 |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC9BE54179MI | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 348, RNONE |

FACTORY NO.        052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.        EGALEAPP1217ALE

| KMART | B2XEM | DENIM P/O CAPRI MEDIUM WASH | | 6 | 6 | 46.300 USD | 277.80 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 530072565815 | | | CARTONS | AST | | AST |
| MADE IN | EGYPT | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

STYLE: WC9BE54179MI
DESCRIPTION: WOMEN PULL ON WOVEN DENIM CAPRI
FULL ELASTIC FOLDOVER WAISTBAND, CHAINSTITCH AT WAIST, FULL LENGTH.
BAND EVENLY SPACED, BAR TACK AT TOP ROW OF STITCHING, FAUX FLY,
POCKETS AT TWO SIDE WITH, LENGTHWISE GRAININTERLINING, DOUBLE TURN HEM

# COMMERCIAL INVOICE

Page 8 of 9

DATE: October 07, 2018

INVOICE NO.: 201822382106

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Egypt

HANGER CODE: 8012B
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: EGYPT
FABRIC: 100% COTTON 8OZ WOVEN BLUE DENIM

| | | |
|---|---|---|
| CONTRACT NO. | B2XEM | |
| DC CODE | PCD | |
| DIVISION NO. | Division 4 | |
| VENDOR ITEM CODE | WC9BE54179MI | |
| BINDING RULING # OR PRECLASS # | | |
| FACTORY NO. | 052987 | |

| | |
|---|---|
| REFERENCE NO. | 803 |
| DEPARTMENT NO. | 027 |
| VENDOR NO. | 4312 |
| COUNTRY OF ORIGIN | EGYPT |
| CATEGORY | 348, RNONE |

ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt

FTY MID NO.    EGALEAPP1217ALE

| KMART | B2XEM | DENIM P/O CAPRI MEDIUM WASH | 9 CARTONS | 9 AST | 46.300 USD AST | 416.70 USD |
|---|---|---|---|---|---|---|
| ITEM: | 530072565823 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE: WC9BE54179MI
DESCRIPTION: WOMEN PULL ON WOVEN DENIM CAPRI
FULL ELASTIC FOLDOVER WAISTBAND, CHAINSTITCH AT WAIST, FULL LENGTH.
BAND EVENLY SPACED, BAR TACK AT TOP ROW OF STITCHING, FAUX FLY,
POCKETS AT TWO SIDE WITH, LENGTHWISE GRAININTERLINING, DOUBLE TURN HEM
HANGER CODE: 8012B
COUNTRY OF FABRIC: CHINA
COUNTRY OF CUTTING AND ASSEMBLY: EGYPT
FABRIC: 100% COTTON 8OZ WOVEN BLUE DENIM

| | | |
|---|---|---|
| CONTRACT NO. | B2XEM | |
| DC CODE | PCD | |
| DIVISION NO. | Division 4 | |
| VENDOR ITEM CODE | WC9BE54179MI | |
| BINDING RULING # OR PRECLASS # | | |
| FACTORY NO. | 052987 | |

| | |
|---|---|
| REFERENCE NO. | 803 |
| DEPARTMENT NO. | 027 |
| VENDOR NO. | 4312 |
| COUNTRY OF ORIGIN | EGYPT |
| CATEGORY | 348, RNONE |

ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt

FTY MID NO.    EGALEAPP1217ALE

| | |
|---|---|
| PAYMENT TERM | Open Acct |
| ORDER PAYMENT TERMS | |
| DRAWN UNDER | OPEN ACCOUNT |

# COMMERCIAL INVOICE

Page 9 of 9

DATE: October 07, 2018

INVOICE NO.: 201822382108

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:      KMART CORPORATION
         3333 Beverly Road
         Hoffman Estates, IL 60179
         US

SHIPPED FROM: Damietta, Egypt      SHIPPED TO: Chambersburg , PA

MODE OF TRANSPORTATION: Ocean

FOB Egypt

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 214 | 214 | ASSORTMENTS | 6,649.77 USD |

**TOTAL US DOLLARS SIX THOUSAND EIGHT HUNDRED FORTY-NINE DOLLARS AND SEVENTY-SEVEN CENTS ONLY.**

We hereby certify that this shipment does not contain solid wood packing material.

The merchandise covered by this invoice was produced in the Egyptian qualified industrial zone

Own quota, no quota charges are included in FOB price of goods.

ALPINE CREATIONS LTD.

EMPLOYEE NAME      EIHAB ELHOFY

EMPLOYEE TITLE     EXPORT COORDINATOR ( EG07371



البـاين كـريـيشـنـز المـحـدودة
**ALPINE CREATIONS LTD.**
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.



**THE COMPLETE SOLUTION**

UPS SUPPLY CHAIN SOLUTIONS
UPS SCS (EGYPT) LLC
13, Misr El Tameer Buildings, 9th District
Sheraton Heliopolis
Cairo, Egypt
Tel.: +20 2 268 0136
Fax: +20 2 268 0138

**FORWARDER'S CARGO RECEIPY**

| SHIPPER/EXPORTER<br>ALEX APPARELS<br>PO BOX 23612<br>ALEXANDRIA PUBLIC FREE ZONE<br>PLOT 203<br>ALEXANDRIA<br>EGYPT | Received by UPS SCS Egypt hereinafter referrel to bas FTI in apparent good order and condition, unless otherwise indicated, the following cargoes for shipment<br><br>by the first available vessel subject to the terms and conditions as hereunder : |
|---|---|
| CONSIGNEE<br>KMART CORPORATION<br>3333 BEVERLY ROAD, HOFFMAN ESTATES,<br>IL 60179, US | UPS SCS Egypt As Multimodal Transport Operator<br><br>FCR#          : 7063221220<br><br>SHIPPING ORDER #   : 201822382106 |
| NOTIFY PARTY<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, TORRANCE,<br>CA 90502, UNITED STATES<br>MARY ELLEN WRATSCHKO<br>TEL:(310) 404-2792 | LETTER OF CREDIT #   :<br><br>INVOICE #         :<br><br>DATED           : |

| PRE CARRIAGE BY | PORT OF LOADING<br>DAMIETTA, EG | VALUE DECLARED   : |
|---|---|---|
| EXPORTINO CARRIER<br>(VESSEL NAME/VOYAGE)<br>TORRENTE - 0IN1HW1MA | PORT OF LOADING<br>DAMIETTA, EG | OCEAN FREIGHT     : COLLECT |
| AIR SEA PORT OF DISCHARGE<br>NEW YORK | PLACE OF DELIVERY BY ON-CARRIER<br>CHAMBERSBURG,PA | ONWARD INLAND ROUTING AND FINAL DESTINATION |

| PARTICULARS FIRNISHED BY SHIPPER | | | | |
|---|---|---|---|---|
| MARKS & NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGE AND GOODS | GROSS WEIGHT | MEASUREMENT |
| 1 X 20ST CONTAINER<br><br>ECMU1817776<br>G1736876 | 214 Ctns | Date Cargo Recelved 10.04.18<br>Date Document Received 10.04.18<br>GARMENTS<br>CONTRACT# B2WTP REF# 803<br>CONTRACT# B2XEM REF# 803<br>ETD: 10.11.18<br>FINAL DESTINATION: Chambersburg, PA 17201<br>SHIPPER'S STOW, LOAD AND COUNT<br>FREIGHT COLLECT | KGS/BS<br><br><br>G.W. 740.000 KG<br><br><br><br>N.W. | CBM/CFT<br><br><br>6.520 M3 |

ORIGINAL

| * APPLICABLE WHEN A THROUGH BILL OF LADING IS TO BE ISSUED<br>* THIS CARGO RECEIPT IS NOT A DOCUMENT OF TITLE<br>WE HAVE RECEIVED THE FOLLOWING DOCUMENTS : | | IN ACCEPTING THIS CARGO RECEIPT, THE SHIPPER, CONSIGNEES AND OWNER OF THE GOODS AGREE TO BOUND BY ALL OF ITS STIPULATIONS, AND CONDITIONS AVAILABLE ON REQUEST |
|---|---|---|
| 1. SPECIAL CUSTOMS INVOICE #<br>  ORIGINAL | COPIES | IN WITNESS WHEREOF THE FREIGHT FORWARDER HAS SIGNED ONE ORIGINAL CARGO RECEIPT.       ALL OF THIS TENOR AND DATE, ONE WHICH BEING ACCOMPLISHED, THE OTHERS TO STAND VOID. |
| 2. PACKING LIST<br>  ORIGINAL | COPIES | |
| 3. COMMERCIAL INVOICE #<br>  ORIGINAL | COPIES | PLACE AND DATE OF ISSUE:<br>UPS SCS EGYPT |
| 4. EXPORT LICENSE 4TH COPY WITH VISA STAMPED<br>  ORIGINAL | COPIES | TRANSPORTATION<br>INTERNATIONAL CO., LTD |
| 5. FORM A<br>  ORIGINAL | COPIES | |
| 6. INSPECTION CERTIFICATE<br>  ORIGINAL | COPIES | Cargo is received subject to the terms on both sides of this forwarder's cargo receipt |

UPS SCS EGYPT LLC
Misr Heliopolis
9th Distruteer Bldgs.
9th Distrito Heliopolis
Cairo  Egypt
Tel. : 202 2680 136
Fax. : 202 2680 136



## COMMERCIAL INVOICE

Page 1 of 3

DATE: October 05, 2018

INVOICE NO.: 201822525311

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

VIN-1951

SHIPPED FROM: Haiphong, Vietnam

SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2WR0 | LOGO HOODIE PRINCESS BLUE | 112 CARTONS | 112 AST | 20.880 USD AST | 2,338.56 USD |
| ITEM: | 710059317172 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE:BS9EK71524BB  6 GARMENTS PER ASSORTMENT
KMART/ EVERLAST SPORT/ BOYS
DESCRIPTION: BOYS KNITTED LONG SLEEVE LOGO GRAPHIC HOODIE, NO POCKETS
RIBBED BOTTOM/SLEEVE CUFFS, NO OPENING, REACHES THE CROTCH AREA
FABRICATION: 100% POLYESTER KNIT, 140GSM
STITCH COUNT PER CM: 45 HORIZONTAL AND 65 VERTICAL
HANGING, HANGER CODE 585SB

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2WR0 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | DIvision 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | BS9EK71524BB | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

FACTORY NO.        102601
TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.        VNTRILIMBAC

| KMART | B2WR0 | LOGO HOODIE QUIET SHADE | 189 CARTONS | 189 AST | 20.880 USD AST | 3,946.32 USD |
|---|---|---|---|---|---|---|
| ITEM: | 710070398304 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE:BS9EK71524BB  6 GARMENTS PER ASSORTMENT
KMART/ EVERLAST SPORT/ BOYS
DESCRIPTION: BOYS KNITTED LONG SLEEVE LOGO GRAPHIC HOODIE, NO POCKETS
RIBBED BOTTOM/SLEEVE CUFFS, NO OPENING, REACHES THE CROTCH AREA
FABRICATION: 100% POLYESTER KNIT, 140GSM
STITCH COUNT PER CM: 45 HORIZONTAL AND 65 VERTICAL
HANGING, HANGER CODE 585SB

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2WR0 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | DIvision 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | BS9EK71524BB | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

FACTORY NO.        102801
TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH

11/10/18

# COMMERCIAL INVOICE

Page 2 of 3

DATE: October 05, 2018

INVOICE NO.: 201822525311

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

Vietnam

FTY MID NO.         VNTRILIMBAC

SHIPPED FROM: Haiphong, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Vietnam

| KMART | B2WR0 | LOGO HOODIE CHERRY TOMATO | 189 CARTONS | 189 AST | 20,880 USD AST | 3,948.32 USD |
|---|---|---|---|---|---|---|

ITEM:       710070396353
MADE IN    VIETNAM
CONTENTS  1 ASSORTMENT

STYLE:BSSEK71524BB  8 GARMENTS PER ASSORTMENT
KMART/ EVERLAST SPORT/ BOYS
DESCRIPTION: BOYS KNITTED LONG SLEEVE LOGO GRAPHIC HOODIE, NO POCKETS
RIBBED BOTTOM/SLEEVE CUFFS, NO OPENING, REACHES THE CROTCH AREA
FABRICATION: 100% POLYESTER KNIT, 140GSM
STITCH COUNT PER CM: 45 HORIZONTAL AND 55 VERTICAL
HANGING, HANGER CODE 6858B

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2WR0 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | BSSEK71524BB | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

FACTORY NO.       102601
TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.       VNTRILIMBAC

PAYMENT TERM           Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER            OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 490 | 490 | ASSORTMENTS | 10,231.20 USD |

TOTAL US DOLLARS TEN THOUSAND TWO HUNDRED THIRTY-ONE DOLLARS AND TWENTY CENTS ONLY.



# COMMERCIAL INVOICE

Page 3 of 3

DATE: October 05, 2018

INVOICE NO.: 201822625311

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:      KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Haiphong, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Vietnam

**ALPINE CREATIONS LTD**

| | |
|---|---|
| **EMPLOYEE NAME** | NGUYEN THI BICH THAO |
| **EMPLOYEE TITLE** | EXPORT COORDINATOR - VTN1251 |

الباين كريشكيز المحدودة
ALPINE CREATIONS LTD.
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.



**UPS SUPPLY CHAIN SOLUTIONS**
**C/O VIET TRANS LINK CO.,LTD**
**FORWARDER'S CARGO RECEIPT**

UPS Supply Chain SolutionsSM

No.    7796161890

| | |
|---|---|
| **SHIPPER / EXPORTER**<br>TRIDUC COMPANY LIMITED.<br>DUC HIEP VILLAGE, XUAN LAM COMMUNE, THUAN THANH<br>DISTRICT, BAC NINH PROVINCE, VIETNAM. | UPS SUPPLY CHAIN SOLUTIONS, INC hereby acknowledges receipt only for the external condition of the packages delivered to UPS Supply Chain Solutions, Inc. and the number of packages that were via b/a to UPS Supply Chain Solutions, Inc. It does not act as a receipt for the number of packages or items not exactly and reasonably via b/a to UPS Supply Chain Solutions, Inc. |
| | **REFERENCES** |
| **CONSIGNEE:**<br>KMART CORPORATION<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES<br>IL. 60179, USA | **PURCHASE ORDER NO.**<br><br>**LETTER OF CREDIT NO.**<br>VHSE1810/0003<br>**INVOICE NO. / DATED** | **ORIGINAL** |
| **NOTIFY PARTY**<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE<br>TORRANCE, CA 90502<br>ATTN: MARYELLEN WRATSCHKO<br>TEL: (310) 404-2792<br>FAX: (310)404-2962 | UNLESS A HIGHER VALUE IS DECLARED AT THE BOTTOM OF THIS BOX FOR AN EXTRA CHARGE, LIABILITY IS LIMITED TO $0.05 PER POUND. IF COGSA GOVERNS WITH THE FORCE OF LAW ITS LIMITATION, DESCRIBED IN PARAGRAPH 3 ON THE REVERSE SIDE, CONTROLS UNLESS A HIGHER VALUE IS DECLARED.<br><br>DECLARED VALUE IS _____ |

| DATE RECEIVED<br>05 October 2018 | PLACE OF RECEIPT<br>HAI PHONG, VIETNAM | ONWARD INLAND ROUTING AND FINAL DESTINATION<br>MIRA LOMA, CA |
|---|---|---|
| EXPORTING CARRIER (VESSEL/AIRLINE)<br>BRIDGE 1810 | PORT OF LOADING<br>HAI PHONG, VIETNAM | |
| SEA/AIR PORT OF DISCHARGE<br>LOS ANGELES, CA | INTENDED MOTHER VESSEL | |

**PARTICULARS FURNISHED BY SHIPPER**

| MARKS & NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CFS/CY<br>40DC<br><br>SHIPPING MARKS:<br>KMART B2WR0 | 490 CTNS | A PART OF 01X40'DC CONTAINER(S) S.T.C.:<br>TOTAL: 2940 PCS<br><br>STYLE: BS9EK71524BB | 1,401.89KGS | 7.180CBM |
| ITEM NO:<br>MADE IN: VIETNAM<br>CONTENTS: | | BOYS KNITTED LONG SLEEVE LOGO GRAPHIC HOODIE 100% POLYESTER<br><br>PO# B2WR0<br>REF# 801C<br><br>ITEM:<br>710059317172<br>710070396304<br>710070396353<br><br>HS CODE: 6110.30.3053<br>SAY: FOUR HUNDRED AND NINETY CARTONS ONLY<br><br><br><br><br>FREIGHT COLLECT | | |
| | | | CLEAN ON BOARD<br>11 OCT, 2018 | |

In witness whereof the freight forwarder has signed   ONE (01) original forwarder's cargo receipt(s), all of this tenor and date, one of which being accomplished, the others to stand void.

VIET TRANS LINK CO., LTD
HANOI

As Agent

Place and date of Issue:    HAI PHONG, VIETNAM 11 OCT, 2018

UPS SUPPLY CHAIN SOLUTIONS, INC.

SHIPPING ORDER NO.
201822525311

CARGO IS RECEIVED SUBJECT TO THE TERMS SET FORTH
AND INCORPORATED BY REFERENCE ON THIS SIDE AND ON
THE REVERSE SIDE OF THIS DOCUMENT, COPIES OF WHICH
ARE AVAILABLE ON REQUEST.



# COMMERCIAL INVOICE

Page 1 of 6

DATE: October 04, 2018

INVOICE NO.: 201822454650

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17005
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma , CA

FOB Vietnam

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2NHB | GET HIGH PERFORMANCEAMARANTH PURPLE | 14 CARTONS | 14 AST | 23.030 USD AST | 322.42 USD |
| ITEM: | 740034176376 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

WC8EK78902MI
DESCRIPTION:LADIES 88%POLYESTER12%SPANDEX KNITTED
GET HIGH PERFORMANCE TANK
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:28 HORIZONTAL  20 VERTICAL
FABRICATION: 88%POLYESTER12%SPANDEX JERSEY 180GSM
HANGING, HANGER CODE 484B ,

| CONTRACT NO. | B2NHB | REFERENCE NO. | 804C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78902MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 639 |
| FACTORY NO. | 104892 | | |

ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam

FTY MID NO.    VNALPCRE8101TAN

| KMART | B2NHB | GET HIGH PERFORMANCEPOSEIDON | 24 CARTONS | 24 AST | 23.030 USD AST | 552.72 USD |
|---|---|---|---|---|---|---|
| ITEM: | 740036826196 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

WC8EK78902MI
DESCRIPTION:LADIES 88%POLYESTER12%SPANDEX KNITTED
GET HIGH PERFORMANCE TANK
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:28 HORIZONTAL  20 VERTICAL
FABRICATION: 88%POLYESTER12%SPANDEX JERSEY 180GSM
HANGING, HANGER CODE 484B ,

| CONTRACT NO. | B2NHB | REFERENCE NO. | 804C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78902MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 639 |
| FACTORY NO. | 104892 | | |

# COMMERCIAL INVOICE

Page 2 of 6

DATE: October 04, 2018

INVOICE NO.: 201822454690

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.       VNALPCRE8101TAN

| KMART | B2NHB | GET HIGH PERFORMANCEFORGED IRON | 14 CARTONS | 14 AST | 23,030 USD AST | 322.42 USD |
|---|---|---|---|---|---|---|
| ITEM: | 740036826204 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

WC8EK78902MI
DESCRIPTION: LADIES 88%POLYESTER12%SPANDEX KNITTED
GET HIGH PERFORMANCE TANK
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:28 HORIZONTAL  20 VERTICAL
FABRICATION: 88%POLYESTER12%SPANDEX JERSEY 180GSM
HANGING, HANGER CODE 484B ,

| CONTRACT NO. | B2NHB | REFERENCE NO. | 804C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78902MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 639 |

FACTORY NO.       104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.       VNALPCRE8101TAN

| KMART | 92NHB | GET HIGH PERFORMANCEBLACK ONYX | 24 CARTONS | 24 AST | 23,030 USD AST | 552.72 USD |
|---|---|---|---|---|---|---|
| ITEM: | 740036826212 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

WC8EK78902MI
DESCRIPTION: LADIES 88%POLYESTER12%SPANDEX KNITTED
GET HIGH PERFORMANCE TANK
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:28 HORIZONTAL  20 VERTICAL
FABRICATION: 88%POLYESTER12%SPANDEX JERSEY 180GSM
HANGING, HANGER CODE 484B ,

# COMMERCIAL INVOICE

Page 3 of 6

DATE: October 04, 2018

INVOICE NO.: 201822454650

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho CN Minh City, Vietnam     SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | B2NHB | REFERENCE NO. | 804C | | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | | |
| VENDOR ITEM CODE | WC6EK78902MI | COUNTRY OF ORIGIN | VIETNAM | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 639 | | |

FACTORY NO.        104692
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| KMART | B2NHB | GET HIGH PERFORMANCEPOSEIDON | 103 CARTONS | 103 AST | 19.740 USD AST | 2,033.22 USD |
|---|---|---|---|---|---|---|
| ITEM: | 740047041314 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

WC6EK78902MI
DESCRIPTION: LADIES 88%POLYESTER12%SPANDEX KNITTED
GET HIGH PERFORMANCE TANK
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:28 HORIZONTAL. 20 VERTICAL
FABRICATION: 88%POLYESTER12%SPANDEX JERSEY 180GSM
HANGING, HANGER CODE 484B ,

| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NO. | B2NHB | REFERENCE NO. | 804C | | |
| DC CODE | CCD | DEPARTMENT NO. | 027 | | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | | |
| VENDOR ITEM CODE | WC6EK78902MI | COUNTRY OF ORIGIN | VIETNAM | | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 639 | | |

FACTORY NO.        104692
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| KMART | B2NHB | GET HIGH PERFORMANCEFORGED IRON | 59 CARTONS | 59 AST | 19.740 USD AST | 1,164.66 USD |
|---|---|---|---|---|---|---|
| ITEM: | 740059085357 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

WC6EK78902MI
DESCRIPTION: LADIES 88%POLYESTER12%SPANDEX KNITTED
GET HIGH PERFORMANCE TANK
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER

# COMMERCIAL INVOICE

Page 4 of 6

DATE: October 04, 2018

INVOICE NO.: 201822454650

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

SHIPPED TO: Mira Loma , CA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

STITCH COUNT PER CM:28  HORIZONTAL  20 VERTICAL
FABRICATION: 88%POLYESTER12%SPANDEX JERSEY 180GSM
HANGING, HANGER CODE 484B ,

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2NHB | REFERENCE NO. | 804C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78902MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 646, RNONE |

FACTORY NO.        104692
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9.
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| KMART | B2NHB | GET HIGH PERFORMANCEBLACK ONYX | | 106 CARTONS | 106 AST | 19.740  USD AST | 2,072.70  USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 740059104206 | | | | | | |
| MADE IN | VIETNAM | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |

WC8EK78902MI
DESCRIPTION: LADIES 88%POLYESTER12%SPANDEX KNITTED
GET HIGH PERFORMANCE TANK
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:28  HORIZONTAL  20 VERTICAL
FABRICATION: 88%POLYESTER12%SPANDEX JERSEY 180GSM
HANGING, HANGER CODE 484B .

630+        3.29

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2NHB | REFERENCE NO. | 804C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78902MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | RNONE, 639 |

FACTORY NO.        104692
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN



# COMMERCIAL INVOICE

Page 5 of 6

DATE: October 04, 2018

INVOICE NO.: 201822454650

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:   Mira Loma , CA

FOB Vietnam

| KMART | B2NHB | GET HIGH PERFORMANCEAMARANTH PURPLE | 59 | 59 | 19.740  USD | 1,164.66  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

ITEM:         740065366650
MADE IN       VIETNAM
CONTENTS      1 ASSORTMENT

WC8EK78902MI
DESCRIPTION: LADIES 88%POLYESTER12%SPANDEX KNITTED
GET HIGH PERFORMANCE TANK
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:28 HORIZONTAL  20 VERTICAL
FABRICATION: 88%POLYESTER12%SPANDEX JERSEY 180GSM
HANGING, HANGER CODE 484B .

| | | |
|---|---|---|
| CONTRACT NO. | B2NHB | REFERENCE NO. | 604C |
| DC CODE | CCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78902MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        104882
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

PAYMENT TERM          Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER           OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 402 | 402 | ASSORTMENTS | 8,165.52  USD |

TOTAL US DOLLARS EIGHT THOUSAND ONE HUNDRED EIGHTY-FIVE DOLLARS AND FIFTY-TWO CENTS ONLY.

# COMMERCIAL INVOICE

Page 6 of 0

DATE: October 04, 2018

INVOICE NO.: 201822454650

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
UB

SHIPPED FROM:  Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION:  Ocean

SHIPPED TO:  Mira Loma , CA

FOB Vietnam

| ALPINE CREATIONS LTD | |
|---|---|
| EMPLOYEE NAME | NGUYEN THI BICH THAO |
| EMPLOYEE TITLE | EXPORT COORDINATOR - VTN1246 |

البــايـن كــريبشــنـز المــحـدودة
ALPINE CREATIONS LTD.
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.



**UPS SUPPLY CHAIN SOLUTIONS**
**C/O VIET TRANS LINK CO.,LTD**
**FORWARDER'S CARGO RECEIPT**

UPS Supply Chain SolutionsSM

No.   7796164321

| | |
|---|---|
| SHIPPER / EXPORTER<br>ALPINE CREATIONS VIET NAM CO , LTD.<br>FACTORIES 7+8, LOT 08-10-12, ROAD NO. 03, TAN DUC INDUSTRIAL<br>ZONE, DUC HOA HA COMMUNE, DUC HOA DISTRICT, LONG AN<br>PROVINCE, VIETNAM<br>TEL: +84 723 765 929 | UPS SUPPLY CHAIN SOLUTIONS, INC. hereby acknowledges receipt only for the external condition of the packages delivered to UPS Supply Chain Solutions, Inc. and the number of packages that were visible to UPS Supply Chain Solutions, Inc. It does not act as a receipt for the number of packages or items not readily and reasonably visible to UPS Supply Chain Solutions, Inc. |
| | REFERENCES |
| CONSIGNEE:<br>KMART CORPORATION<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179 USA | PURCHASE ORDER NO.       **ORIGINAL**<br><br>LETTER OF CREDIT NO.<br><br>INVOICE NO. / DATED |
| NOTIFY PARTY<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE: (310) 404-2792 FAX: (310) 404-2962<br>ATTN: MARY ELLEN WRATSCHKO | UNLESS A HIGHER VALUE IS DECLARED AT THE BOTTOM OF THIS BOX FOR AN EXTRA CHARGE, LIABILITY IS LIMITED TO $0.25 PER POUND, IF COGSA GOVERNS WITH THE FORCE OF LAW ITS LIMITATION, DESCRIBED IN PARAGRAPH 3 ON THE REVERSE SIDE. CONTROLS UNLESS A HIGHER VALUE IS DECLARED.<br><br>DECLARED VALUE IS _____ |
| DATE RECEIVED<br>04 October 2018 | PLACE OF RECEIPT<br>HO CHI MINH CITY, VIET NAM | ONWARD INLAND ROUTING AND FINAL DESTINATION<br>MIRA LOMA, CA |
| EXPORTING CARRIER (VESSEL/AIRLINE)<br>NYK ARGUS 097E | PORT OF LOADING<br>HO CHI MINH CITY, VIET NAM | |
| SEA/AIR PORT OF DISCHARGE<br>LOS ANGELES, CA | INTENDED MOTHER VESSEL | |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| LCL/LCL-CFS/CFS<br>TTNU5363748/40DC/<br>YMAB145557<br><br>SHIPPING MARKS:<br>KMART   B2NHB<br>ITEM NO:<br>MADE IN:VIETNAM<br>CONTENTS: | 402 CTNS | A PART OF 01X40' DC CONTAINER(S) S.T.C.:<br>402 CTNS<br><br>TOTAL: 2488 PCS<br><br>LADIES KNITTED GET HIGH PERFORMANCE TANK<br>88%POLYESTER12%SPANDEX<br>STYLE: WC8EK78902A11<br>PO#: B2NHB / REF#: 804C<br>ITEM#<br>740034178376/740036826196<br>740036826204/740036826212<br>740047041314/740059085357<br>740059104208/740065366650<br>HS CODE: 6114.30.1020<br><br>FINAL DESTINATION AND CODE: CCD, MIRA<br>LOMA, CA, 91752, USA<br>SAY: FOUR HUNDRED AND TWO CARTONS ONLY<br><br><br><br>FREIGHT COLLECT | 731.64KGS | 7.340CBM |

VIET TRANS LINK CO., LTD
HOCHIMINH CITY

As Agent

CLEAN ON BOARD
13 Oct, 2018

In witness whereof the freight forwarder has signed  THREE (03) original forwarder's cargo receipt(s), all of this tenor and date, one of which being accomplished, the others to stand void.

Place and date of issue:       HO CHI MINH CITY, VIET NAM 13 Oct, 2018

UPS SUPPLY CHAIN SOLUTIONS, INC.

SHIPPING ORDER NO.
2018224546?0

CARGO IS RECEIVED SUBJECT TO THE TERMS SET FORTH AND INCORPORATED BY REFERENCE ON THIS SIDE AND ON THE REVERSE SIDE OF THIS DOCUMENT, COPIES OF WHICH ARE AVAILABLE ON REQUEST.

## COMMERCIAL INVOICE

Page 1 of 8

DATE: October 04, 2018

INVOICE NO.: 201822456814

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US



SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO:  Chambersburg , PA
MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2NHB | GET HIGH PERFORMANCEAMARANTH PURPLE | 14 CARTONS | 14 AST | 23.030 USD AST | 322.42 USD |
| ITEM: | 740034178376 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

WC8EK78902MI
DESCRIPTION: LADIES 88%POLYESTER12%SPANDEX KNITTED
GET HIGH PERFORMANCE TANK
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:28 HORIZONTAL 20 VERTICAL
FABRICATION: 88%POLYESTER12%SPANDEX JERSEY 180GSM
HANGING, HANGER CODE 484B ,

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2NHB | REFERENCE NO. | 804P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | |
| VENDOR ITEM CODE | WC8EK78902MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.    104892
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.    VNALPCRE8101TAN

| KMART | B2NHB | GET HIGH PERFORMANCEPOSEIDON | 25 CARTONS | 25 AST | 23.030 USD AST | 575.75 USD |
|---|---|---|---|---|---|---|
| ITEM: | 740036826196 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

WC8EK78902MI
DESCRIPTION: LADIES 88%POLYESTER12%SPANDEX KNITTED
GET HIGH PERFORMANCE TANK
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:28 HORIZONTAL 20 VERTICAL
FABRICATION: 88%POLYESTER12%SPANDEX JERSEY 180GSM
HANGING, HANGER CODE 484B ,

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2NHB | REFERENCE NO. | 804P | |
| DC CODE | PCD | DEPARTMENT NO. | 027 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | |
| VENDOR ITEM CODE | WC8EK78902MI | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE | |

FACTORY NO.    104892





# COMMERCIAL INVOICE

Page 2 of 6

DATE: October 04, 2018

INVOICE NO.: 201822456814

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17008
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:  KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam     SHIPPED TO:  Chambersburg , PA

MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.          VNALPCRE8101TAN

| KMART | B2NHB | GET HIGH PERFORMANCEFORGED IRON | 14 | 14 | 23,030 USD | 322.42 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | AST |
| ITEM: | 740036826204 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

WC8EK78902MI
DESCRIPTION: LADIES 88%POLYESTER12%SPANDEX KNITTED
GET HIGH PERFORMANCE TANK
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:28  HORIZONTAL  20 VERTICAL
FABRICATION: 88%POLYESTER12%SPANDEX JERSEY 180GSM
HANGING, HANGER CODE 484B ,

| CONTRACT NO. | B2NHB | REFERENCE NO. | 804P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78902MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.          104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.          VNALPCRE8101TAN

| KMART | B2NHB | GET HIGH PERFORMANCEBLACK ONYX | 25 | 25 | 23,030 USD | 575.75 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | AST |
| ITEM: | 740036826212 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

WC8EK78902MI
DESCRIPTION: LADIES 88%POLYESTER12%SPANDEX KNITTED
GET HIGH PERFORMANCE TANK
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:28  HORIZONTAL  20 VERTICAL
FABRICATION: 88%POLYESTER12%SPANDEX JERSEY 180GSM
HANGING, HANGER CODE 484B ,

## COMMERCIAL INVOICE

Page 3 of 8

DATE: October 04, 2018

INVOICE NO.: 201822456814

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM:  Ho Chi Minh City, Vietnam          SHIPPED TO:  Chambersburg , PA
MODE OF TRANSPORTATION:  Ocean

FOB Vietnam

| CONTRACT NO. | B2NHB | REFERENCE NO. | 804P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78902MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        104692
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| KMART | B2NHB | GET HIGH PERFORMANCEPOSEIDON | 108 CARTONS | 108 AST | 19.740 USD AST | 2,131.92 USD |
| ITEM: | 740047041314 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

WC8EK78902MI
DESCRIPTION: LADIES 88%POLYESTER12%SPANDEX KNITTED
GET HIGH PERFORMANCE TANK
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:28  HORIZONTAL  20 VERTICAL
FABRICATION: 88%POLYESTER12%SPANDEX JERSEY 180GSM
HANGING, HANGER CODE 484B .

| CONTRACT NO. | B2NHB | REFERENCE NO. | 804P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78902MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        104692
ALPINE CREATIONS - VIETNAM
LOT 8-10-12, FACTORY 7-8-9,
ROAD NO 03,TAN DUC IDZ, DUC HOA DIS
TAN AN
LONG AN PROVINCE
Vietnam
FTY MID NO.        VNALPCRE8101TAN

| KMART | B2NHB | GET HIGH PERFORMANCEFORGED IRON | 61 CARTONS | 61 AST | 19.740 USD AST | 1,204.14 USD |
| ITEM: | 740059085357 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

WC8EK78902MI
DESCRIPTION: LADIES 88%POLYESTER12%SPANDEX KNITTED
GET HIGH PERFORMANCE TANK
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER

# COMMERCIAL INVOICE

Page 4 of 6

DATE: October 04, 2018

INVOICE NO.: 201822456814

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg , PA

FOB Vietnam

STITCH COUNT PER CM:28  HORIZONTAL  20 VERTICAL
FABRICATION: 88%POLYESTER12%SPANDEX JERSEY 180GSM
HANGING, HANGER CODE 484B ,

| CONTRACT NO. | B2NHB | REFERENCE NO. | 804P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78902MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 646, RNONE |

FACTORY NO.        104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.        VNALPCRE8101TAN

| KMART | B2NHB | GET HIGH PERFORMANCEBLACK ONYX | 110 CARTONS | 110 AST | 19.740  USD AST | 2,171.40  USD |
| ITEM: | 740059104208 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

WC8EK78902MI
DESCRIPTION:LADIES 88%POLYESTER12%SPANDEX KNITTED
GET HIGH PERFORMANCE TANK
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:28  HORIZONTAL  20 VERTICAL
FABRICATION: 88%POLYESTER12%SPANDEX JERSEY 180GSM
HANGING, HANGER CODE 484B ,

| CONTRACT NO. | B2NHB | REFERENCE NO. | 804P |
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78902MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 636, RNONE |

FACTORY NO.        104892

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.        VNALPCRE8101TAN



## COMMERCIAL INVOICE

Page 5 of 6

DATE: October 04, 2018

INVOICE NO.: 201822456814

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam    SHIPPED TO: Chambersburg, PA

MODE OF TRANSPORTATION: Ocean

FOB Vietnam

| KMART | B2NHB | GET HIGH PERFORMANCEAMARANTH PURPLE | 81 CARTONS | 81 AST | 19.740 USD AST | 1,204.14 USD |
|---|---|---|---|---|---|---|
| ITEM: | 740065366650 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

WC8EK78902MI
DESCRIPTION: LADIES 88%POLYESTER12%SPANDEX KNITTED
GET HIGH PERFORMANCE TANK
NO POCKETS, NO BUTTON , NO METAL / PLASTIC ZIPPER
STITCH COUNT PER CM:28  HORIZONTAL  20 VERTICAL
FABRICATION: 88%POLYESTER12%SPANDEX JERSEY 180GSM
HANGING, HANGER CODE 484B ,

366L    3.29

| CONTRACT NO. | B2NHB | REFERENCE NO. | 804P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 027 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | WC8EK78902MI | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 639, RNONE |

FACTORY NO.        104692

ALPINE CREATIONS - VIETNAM

LOT 8-10-12, FACTORY 7-8-9,

ROAD NO 03,TAN DUC IDZ, DUC HOA DIS

TAN AN

LONG AN PROVINCE

Vietnam

FTY MID NO.        VNALPCRE8101TAN

PAYMENT TERM        Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER        OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 418 | 418 | ASSORTMENTS | 8,507.94 USD |

TOTAL US DOLLARS EIGHT THOUSAND FIVE HUNDRED SEVEN DOLLARS AND NINETY-FOUR CENTS ONLY.



## COMMERCIAL INVOICE

Page 6 of 6

DATE: October 04, 2018

INVOICE NO.: 201822456814

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI

United Arab Emirates

TO:    KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Ho Chi Minh City, Vietnam

MODE OF TRANSPORTATION: Ocean

SHIPPED TO:  Chambersburg , PA

FOB Vietnam

| ALPINE CREATIONS LTD | |
| --- | --- |
| EMPLOYEE NAME | NGUYEN THI BICH THAO |
| EMPLOYEE TITLE | EXPORT COORDINATOR - VTN1250 |

البـاين كـريـيـشـنـز الـحـكـومـة
ALPINE CREATIONS LTD.
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.



**UPS SUPPLY CHAIN SOLUTIONS**
**C/O VIET TRANS LINK CO.,LTD**
**FORWARDER'S CARGO RECEIPT**

UPS Supply Chain SolutionsSM

No.   7796164387

| | |
|---|---|
| SHIPPER / EXPORTER<br>ALPINE CREATIONS VIET NAM CO., LTD<br>FACTORIES 7+8, LOT 08-10-12, ROAD NO. 03, TAN DUC INDUSTRIAL<br>ZONE, DUC HOA HA COMMUNE, DUC HOA DISTRICT, LONG AN<br>PROVINCE, VIETNAM | UPS SUPPLY CHAIN SOLUTIONS, INC. hereby acknowledges receipt only for the external condition of the packages delivered to UPS Supply Chain Solutions, Inc. and the number of packages that were visible to UPS Supply Chain Solutions, Inc. It does not act as a receipt for the number of packages or items not ready and reasonably visible to UPS Supply Chain Solutions, Inc. |
| | REFERENCES |
| CONSIGNEE:<br>KMART CORPORATION<br>3333 BEVERLY ROAD<br>HOFFMAN ESTATES, IL 60179 USA | PURCHASE ORDER NO.<br><br>LETTER OF CREDIT NO.<br><br>INVOICE NO. / DATED |
| NOTIFY PARTY<br>UPS SUPPLY CHAIN SOLUTIONS<br>19701 HAMILTON AVENUE, SUITE 250<br>TORRANCE, CA 90502<br>PHONE: (310) 404-2792 FAX: (310) 404-2962<br>ATTN: MARY ELLEN WRATSCHKO | UNLESS A HIGHER VALUE IS DECLARED AT THE BOTTOM OF THIS BOX FOR AN EXTRA CHARGE, LIABILITY IS LIMITED TO $0.25 PER POUND. IF COGSA GOVERNS WITH THE FORCE OF LAW ITS LIMITATION, DESCRIBED IN PARAGRAPH 3 ON THE REVERSE SIDE, CONTROLS UNLESS A HIGHER VALUE IS DECLARED.<br><br>DECLARED VALUE IS _____ |

| DATE RECEIVED<br>04 October 2018 | PLACE OF RECEIPT<br>HOCHIMINH, VIETNAM | ONWARD INLAND ROUTING AND FINAL DESTINATION<br>CHAMBERSBURG, PA |
|---|---|---|
| EXPORTING CARRIER (VESSEL/AIRLINE)<br>HANGZHOU BAY BRIDGE 029E | PORT OF LOADING<br>HOCHIMINH, VIETNAM | |
| SEA/AIR PORT OF DISCHARGE<br>NEW YORK, NY | INTENDED MOTHER VESSEL | |

| MARKS & NUMBERS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| LCL/LCL-CFS/CFS<br>YMMU4122133/40DC/<br>YMAB145443<br><br>SHIPPING MARKS:<br>KMART  B2NHB<br>ITEM NO:<br>MADE IN:VIETNAM<br>CONTENTS: | 418 CTNS | A PART OF 01X40'DC CONTAINER(S) S.T.C.:<br>418 CTNS<br><br>TOTAL: 2586 PCS<br><br>LADIES KNITTED GET HIGH PERFORMANCE TANK<br>88%POLYESTER12%SPANDEX<br>STYLE: WC8EK78902BII<br>PO#: B2NHB / REF#: 804P<br>ITEM#:<br>740034178376/740036826196<br>740036826204/740036826212<br>740047041314/740039085357<br>740059104208/740065366650<br>HS CODE: 6114.30.1020<br><br>FINAL DESTINATION AND CODE: PCD,<br>CHAMBERSBURG, PA, 17201, USA<br>SAY: FOUR HUNDRED AND EIGHTEEN CARTONS ONLY<br><br><br><br>FREIGHT COLLECT | 760.76KGS | 7.632CBM |

VIET TRANS LINK CO., LTD
HOCHIMINH CITY

by ......................................
As Agent

CLEAN ON BOARD
13 OCT, 2018

In witness whereof the freight forwarder has signed   01  original
forwarder's cargo receipt(s), all of this tenor and date, one of which being
accomplished, the others to stand void.

Place and date of issue:   HOCHIMINH, VIETNAM 13 OCT, 2018

UPS SUPPLY CHAIN SOLUTIONS, INC.

SHIPPING ORDER NO.
201822456814

CARGO IS RECEIVED SUBJECT TO THE TERMS SET FORTH
AND INCORPORATED BY REFERENCE ON THIS SIDE AND ON
THE REVERSE SIDE OF THIS DOCUMENT, COPIES OF WHICH
ARE AVAILABLE ON REQUEST.