# EXHIBIT "B"

## Proof of Claim (Without Invoices)

## UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Fill in this information to identify the case (Select only one Debtor per claim form):

| | | | | |
|---|---|---|---|---|
| ☒ Sears Holdings Corporation (18-23538) | ☐ Kmart Corporation (18-23549) | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) | ☐ MyGofer LLC (18-23573) | ☐ Kmart.com LLC (18-23585) |
| ☐ Sears, Roebuck and Co. (18-23537) | ☐ MaxServ, Inc. (18-23550) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Brands Business Unit Corporation (18-23574) | ☐ Sears Brands Management Corporation (18-23586) |
| ☐ Kmart Holding Corporation (18-23539) | ☐ Private Brands, Ltd. (18-23551) | ☐ Wally Labs LLC (18-23563) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | ☐ SHC Licensed Business LLC (18-23616) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Development Co. (18-23552) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ Kmart of Michigan, Inc. (18-23576) | ☐ SHC Promotions LLC (18-23630) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SHC Desert Springs, LLC (18-23577) | ☐ SRe Holding Corporation (19-22301) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ SOE, Inc. (18-23578) | |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KBL Holding Inc. (18-23567) | ☐ StarWest, LLC (18-23579) | |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ KLC, Inc. (18-23568) | ☐ STI Merchandising, Inc. (18-23580) | |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ Troy Coolidge No. 13, LLC (18-23581) | |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (18-23558) | ☐ Kmart of Washington LLC (18-23570) | ☐ BlueLight.com, Inc. (18-23582) | |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Brands, L.L.C. (18-23583) | |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Sears Buying Services, Inc. (18-23584) | |

RECEIVED APR 0 5 2019 Prime Clerk LLC

04/16

# Proof of Claim

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?** ALPINE CREATIONS LTD
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
ALPINE CREATIONS LTD
PLOT NO WT-10, PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI, UNITED ARAB EMIRATES
"SEE ALSO RIDER"
Contact phone 00971-48816117
Contact email DAVID@ALPINECREATIONS.AE

Where should payments to the creditor be sent? (if different)
☒ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☐ No Copy Provided

Contact phone _____
Contact email _____

**4. Does this claim amend one already filed?**
☐ No
☒ Yes. Claim number on court claims registry (if known) 491 AND 500    Filed on 10/19/2018

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Proof of Claim



page 1

Claim Number: 15992

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?
   - ☑ No
   - ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. How much is the claim?    $ 4,715,270.43    . Does this amount include interest or other charges?
   - ☑ No
   - ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   _____

9. Is all or part of the claim secured?
   - ☐ No
   - ☑ Yes. The claim is secured by a lien on property.

   **Nature of property:**
   - ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   - ☐ Motor vehicle
   - ☑ Other. Describe: RECLAMATIONS CLAIM AS SET FORTH IN NOTICE OF DEMAND DATED NOVEMBER 01, 2018

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:**    $ 1361346.87

   **Amount of the claim that is secured:**    $ 1361346.87

   **Amount of the claim that is unsecured:** $ 0    (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:**    $ _____

   **Annual Interest Rate** (when case was filed) _____ %
   - ☐ Fixed
   - ☐ Variable

10. Is this claim based on a lease?
    - ☑ No
    - ☐ Yes. Amount necessary to cure any default as of the date of the petition.    $ _____

11. Is this claim subject to a right of setoff?
    - ☑ No
    - ☐ Yes. Identify the property: _____

| | | Amount entitled to priority |
|---|---|---|
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No<br>☐ Yes. Check one:<br>☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | *Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☐ No<br>☒ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | $ 677,681.72 |

### Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  04/02/2019  (mm/dd/yyyy)

_____
Signature

Print the name of the person who is completing and signing this claim:

Name: DAVID  MEKKATTULLAM  VARAPPAN
      First name    Middle name    Last name

Title: VICE PRESIDENT - FINANCE

Company: ALPINE CREATIONS LTD
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: PLOT NO-WT 10, PO BOX-17006, JEBEL ALI FREE ZONE
         Number    Street
         DUBAI,  UNITED  ARAB  EMIRATES
         City    State    ZIP Code

Contact phone: 00971-48816117    Email: DAVID@ALPINECREATIONS.AE

Modified Form 410                   Proof of Claim                   page 3

# RIDER TO PROOF OF CLAIM OF
# ALPINE CREATIONS LTD

Alpine Creations Ltd (collectively, "Alpine") attaches this Rider to its Proof of Claim against the jointly administered estates of In re Sears Holding Corporation, et al., Bankr. Case No. 18-23538 (RD) (Jointly Administered) (collectively, the "Debtors").

### A. Basis For Claim

1. Alpine supplied various goods to the Debtors, as more fully set forth in the documents and spreadsheets attached hereto. While the goods were provided to Sears Roebuck & Co. and Kmart Corporation, to the extent that the goods were used and sold by other Debtors or to the extent that the jointly administered cases are eventually substantively consolidated, out of an abundance of caution, Alpine submits this proof of claim against all of the Debtors. The Proof of Claim asserts a total claim of $4,715,270.43, broken down as follows:

- Secured Reclamation Claim:   $1,361,346.87
- Section 503(b)(9) Claim:   $677,681.72
- General Unsecured Claim:   $2,676,241.84

A few examples of invoices are included in the Proof of Claim. Due to the voluminous nature of all of the invoices, the balance of the invoices related to this Proof of Claim are not being attached hereto but are available upon request.

### B. Notices

2. Any notices or communications regarding this Proof of Claim should be sent to the addresses set forth below:

> Alpine Creations Ltd.
> Plot No. – WT10, P.O. Box 17006
> Jebel Ali Free Zone, Dubai
> United Arab Emirates
>
> And
>
> Tarter Krinsky & Drogin LLP
> 1350 Broadway, 11th Floor
> New York, NY 10018
> Attn:   Rocco A. Cavaliere
> Tel:    212-216-8000
> Email: rcavaliere@tarterkrinsky.com

### C. Reservation of Rights

{Client/085149/1/01792416.DOC;1 }

3. Alpine reserves the right to (i) amend, update and/or supplement this Proof of Claim at any time and in any respect, including with respect to any right of indemnity, (ii) file additional proofs of claim for additional claims which may be based on the same or additional documents and/or (iii) file a request for payment of administrative expenses in accordance with 11 U.S.C. §§ 503 and 507.

4. This Proof of Claim is filed without prejudice to the right of Alpine, its successors and assigns to file additional proofs of claim with respect to any other liability or indebtedness of the Debtors.

5. The filing of this Proof of Claim is not: (a) a waiver or release of Alpine's rights against any person, entity or property, (b) a consent by Alpine to the jurisdiction of this Court with respect to the subject matter of this claim, any objection hereto, or any other proceeding commenced in these cases against or otherwise involving Alpine, (c) a waiver of the right to move to withdraw the reference, or otherwise to challenge the jurisdiction of this Court, with respect to the subject matter of this claim, any objection hereto, or any other proceeding commenced in these cases against or otherwise involving Alpine, or to assert that the reference has already been withdrawn with respect to the subject matter of this claim, any objection hereto, or any other proceeding commenced in these cases against or otherwise involving Alpine, or (d) an election of remedy.

6. Alpine preserves all of its procedural and substantive defenses and rights with respect to any claim that may be asserted against Alpine by the Debtors, any trustee appointed in the Debtors' cases, any non-debtor entity, any other party in interest in the bankruptcy cases, or any other person or entity whatsoever.

**ALPINE CREATIONS LTD**
PLOT NO WT-10
P.O.Box: 17006, JAFZ, Dubai.U.A.E.
Tel: +971 4 8816117

**Sears Roebuck & Co.,**
3333 Beverly Road
Hoffman Estates.IL 60179

## Statement of Account as on 15th October 2018

**Bill-wise Details**

| Inv.No. | Cargo Received Date | Type | Country | Amount $ | Balance $ |
|---|---|---|---|---:|---:|
| 201820309707 | 02/07/2018 | Kmart Open | Vietnam | 10,544.64 | 10,544.64 |
| 201820474047 | 09/07/2018 | Kmart Open | Vietnam | 12,255.05 | 12,255.05 |
| 201820484595 | 09/07/2018 | Kmart Open | Vietnam | 13,879.70 | 13,879.70 |
| 201820496433 | 09/07/2018 | Kmart Open | Vietnam | 7,472.40 | 7,472.40 |
| 201820496849 | 09/07/2018 | Kmart Open | Vietnam | 9,516.00 | 9,516.00 |
| 201820496299 | 09/07/2018 | Sears Open | Vietnam | 17,191.20 | 17,191.20 |
| 201820496630 | 09/07/2018 | Sears Open | Vietnam | 14,055.60 | 14,055.60 |
| 201820484393 | 10/07/2018 | Sears Open | Vietnam | 21,997.30 | 21,997.30 |
| 201820580880 | 12/07/2018 | Sears Open | Vietnam | 1,743.84 | 1,743.84 |
| 201820588276 | 12/07/2018 | Sears Open | Vietnam | 1,296.00 | 1,296.00 |
| 201820724203 | 19/07/2018 | Kmart Open | Vietnam | 3,369.60 | 3,369.60 |
| 201820724352 | 19/07/2018 | Kmart Open | Vietnam | 2,636.40 | 2,636.40 |
| 201820724435 | 19/07/2018 | Sears Open | Vietnam | 1,138.80 | 1,138.80 |
| 201820724527 | 19/07/2018 | Sears Open | Vietnam | 936.00 | 936.00 |
| 201820774453 | 22/07/2018 | Sears Open | Vietnam | 4,596.80 | 4,596.80 |
| 201820776640 | 26/07/2018 | Kmart Open | Egypt | 3,916.80 | 3,916.80 |
| 201821064835 | 10/08/2018 | Sears LC | Vietnam | 53,190.04 | 53,190.04 |
| 201821199108 | 13/08/2018 | Kmart LC | Vietnam | 31,124.20 | 31,124.20 |
| 201821219231 | 13/08/2018 | Kmart LC | Vietnam | 32,492.20 | 32,492.20 |
| 201821198729 | 13/08/2018 | Sears LC | Vietnam | 7,916.22 | 7,916.22 |
| 201821219119 | 13/08/2018 | Sears LC | Vietnam | 6,411.78 | 6,411.78 |
| 201820878581 | 30/07/2018 | Kmart Open | Vietnam | 8,439.10 | 8,439.10 |
| 201820878640 | 30/07/2018 | Kmart Open | Vietnam | 8,804.65 | 8,804.65 |
| 201820878749 | 30/07/2018 | Sears Open | Vietnam | 3,773.64 | 3,773.64 |
| 201820878848 | 30/07/2018 | Sears Open | Vietnam | 3,150.60 | 3,150.60 |
| 201820902662 | 31/07/2018 | Sears Open | Vietnam | 59,459.40 | 59,459.40 |
| 201821191377 | 16/08/2018 | Kmart LC | Vietnam | 20,691.00 | 20,691.00 |
| 201821412477 | 16/08/2018 | Kmart LC | Vietnam | 14,840.80 | 14,840.80 |
| 201821245698 | 16/08/2018 | Kmart LC | Egypt | 5,752.32 | 5,752.32 |

| | | | | |
|---|---|---|---|---|
| 201821061229 | 16/08/2018 Sears LC | Vietnam | 64,843.62 | 64,843.62 |
| 201821245799 | 16/08/2018 Sears LC | Egypt | 73,113.60 | 73,113.60 |
| 201820902349 | 01/08/2018 Sears Open | Vietnam | 62,946.00 | 62,946.00 |
| 201821275596 | 17/08/2018 Kmart LC | Vietnam | 6,223.80 | 6,223.80 |
| 201821275904 | 17/08/2018 Kmart LC | Vietnam | 6,448.20 | 6,448.20 |
| 201821337347 | 18/08/2018 Kmart LC | Vietnam | 56,946.40 | 56,946.40 |
| 201821411700 | 18/08/2018 Kmart LC | Vietnam | 17,212.00 | 17,212.00 |
| 201821336745 | 18/08/2018 Sears LC | Vietnam | 49,805.60 | 49,805.60 |
| 201820928858 | 03/08/2018 Sears Open | Vietnam | 6,727.00 | 6,727.00 |
| 201820929463 | 03/08/2018 Sears Open | Vietnam | 5,544.00 | 5,544.00 |
| 201821057863 | 04/08/2018 Kmart Open | Vietnam | 167,176.32 | 167,176.32 |
| 201820979602 | 04/08/2018 Sears Open | Vietnam | 281,647.08 | 281,647.08 |
| 201821384094 | 20/08/2018 Kmart LC | Vietnam | 2,759.65 | 2,759.65 |
| 201821384134 | 20/08/2018 Kmart LC | Vietnam | 2,885.75 | 2,885.75 |
| 201821058175 | 05/08/2018 Kmart Open | Vietnam | 124,030.18 | 124,030.18 |
| 201821384108 | 20/08/2018 Sears LC | Vietnam | 18,443.88 | 18,443.88 |
| 201821384160 | 20/08/2018 Sears LC | Vietnam | 15,036.84 | 15,036.84 |
| 201821450537 | 20/08/2018 Sears LC | Vietnam | 13,916.70 | 13,916.70 |
| 201820984450 | 05/08/2018 Sears Open | Vietnam | 230,247.63 | 230,247.63 |
| 201821405668 | 21/08/2018 Kmart LC | Vietnam | 11,606.40 | 11,606.40 |
| 201821406538 | 21/08/2018 Kmart LC | Vietnam | 14,765.40 | 14,765.40 |
| 201821437730 | 21/08/2018 Kmart LC | Vietnam | 54,092.85 | 54,092.85 |
| 201821138096 | 06/08/2018 Kmart Open | Vietnam | 78,682.42 | 78,682.42 |
| 201821197150 | 06/08/2018 Kmart Open | Vietnam | 20,985.44 | 20,985.44 |
| 201821437969 | 21/08/2018 Sears LC | Vietnam | 17,061.00 | 17,061.00 |
| 201821139554 | 06/08/2018 Sears Open | Vietnam | 15,264.90 | 15,264.90 |
| 201821173796 | 06/08/2018 Sears Open | Vietnam | 12,016.80 | 12,016.80 |
| 201821450526 | 22/08/2018 Kmart LC | Vietnam | 56,280.70 | 56,280.70 |
| 201821196938 | 09/08/2018 Kmart Open | Vietnam | 20,178.56 | 20,178.56 |
| 201821146202 | 09/08/2018 Sears Open | Vietnam | 22,257.84 | 22,257.84 |
| 201821146337 | 09/08/2018 Sears Open | Vietnam | 18,383.76 | 18,383.76 |
| 201821327856 | 25/08/2018 Kmart LC | Vietnam | 55,367.20 | 55,367.20 |
| 201821458830 | 25/08/2018 Kmart LC | Vietnam | 105,923.50 | 105,923.50 |
| 201821192333 | 10/08/2018 Kmart Open | Vietnam | 12,947.20 | 12,947.20 |
| 201821069202 | 10/08/2018 Kmart Open | Egypt | 95,954.87 | 95,954.87 |
| 201821312911 | 25/08/2018 Sears LC | Vietnam | 60,953.20 | 60,953.20 |
| 201821064927 | 10/08/2018 Sears Open | Vietnam | 5,562.90 | 5,562.90 |
| 201821197673 | 10/08/2018 Sears Open | Vietnam | 13,942.70 | 13,942.70 |
| 201821197979 | 10/08/2018 Sears Open | Vietnam | 11,390.00 | 11,390.00 |
| 201821173841 | 11/08/2018 Kmart Open | Vietnam | 132,863.63 | 132,863.63 |
| 201821219641 | 11/08/2018 Kmart Open | Vietnam | 312.00 | 312.00 |
| 201821199180 | 13/08/2018 Kmart Open | Vietnam | 2,946.40 | 2,946.40 |

| | | | | | |
|---|---|---|---|---:|---:|
| 201821219282 | 13/08/2018 | Kmart Open | Vietnam | 3,793.20 | 3,793.20 |
| 201821297267 | 13/08/2018 | Kmart Open | Vietnam | 1,948.83 | 1,948.83 |
| 201821257543 | 14/08/2018 | Sears Open | Vietnam | 19,708.00 | 19,708.00 |
| 201821258134 | 14/08/2018 | Sears Open | Vietnam | 16,168.00 | 16,168.00 |
| 201821679966 | 30/08/2018 | Kmart LC | Vietnam | 3,172.05 | 3,172.05 |
| 201821680204 | 30/08/2018 | Kmart LC | Vietnam | 4,085.55 | 4,085.55 |
| 201821458268 | 31/08/2018 | Kmart LC | Vietnam | 101,427.93 | 101,427.93 |
| 201821561443 | 31/08/2018 | Kmart LC | Vietnam | 60,424.57 | 60,424.57 |
| 201821508140 | 31/08/2018 | Kmart LC | Egypt | 49,068.00 | 49,068.00 |
| 201821191238 | 16/08/2018 | Kmart Open | Vietnam | 12,392.80 | 12,392.80 |
| 201821358710 | 16/08/2018 | Kmart Open | Vietnam | 37,887.76 | 37,887.76 |
| 201821245760 | 16/08/2018 | Kmart Open | Egypt | 13,977.60 | 13,977.60 |
| 201821508172 | 31/08/2018 | Sears LC | Egypt | 53,860.95 | 53,860.95 |
| 201821062777 | 16/08/2018 | Sears Open | Vietnam | 6,854.40 | 6,854.40 |
| 201821385942 | 16/08/2018 | Sears Open | Vietnam | 5,458.50 | 5,458.50 |
| 201821386197 | 16/08/2018 | Sears Open | Vietnam | 4,617.00 | 4,617.00 |
| 201821563355 | 01/09/2018 | Kmart LC | Vietnam | 65,706.96 | 65,706.96 |
| 201821275571 | 17/08/2018 | Kmart Open | Vietnam | 8,864.80 | 8,864.80 |
| 201821275874 | 17/08/2018 | Kmart Open | Vietnam | 9,161.60 | 9,161.60 |
| 201821275668 | 17/08/2018 | Sears Open | Vietnam | 6,854.40 | 6,854.40 |
| 201821275962 | 17/08/2018 | Sears Open | Vietnam | 5,562.90 | 5,562.90 |
| 201821358900 | 17/08/2018 | Sears Open | Vietnam | 3,661.00 | 3,661.00 |
| 201821358918 | 17/08/2018 | Sears Open | Vietnam | 2,968.00 | 2,968.00 |
| 201821386273 | 18/08/2018 | Kmart Open | Vietnam | 30,820.87 | 30,820.87 |
| 201821358741 | 18/08/2018 | Kmart Open | Vietnam | 24,621.15 | 24,621.15 |
| 201821337265 | 18/08/2018 | Sears Open | Vietnam | 55,996.27 | 55,996.27 |
| 201821384091 | 20/08/2018 | Kmart Open | Vietnam | 6,024.95 | 6,024.95 |
| 201821384124 | 20/08/2018 | Kmart Open | Vietnam | 6,260.75 | 6,260.75 |
| 201821450507 | 20/08/2018 | Kmart Open | Vietnam | 30,879.30 | 30,879.30 |
| 201821405711 | 21/08/2018 | Kmart Open | Vietnam | 4,056.00 | 4,056.00 |
| 201821406630 | 21/08/2018 | Kmart Open | Vietnam | 5,116.80 | 5,116.80 |
| 201821437482 | 21/08/2018 | Kmart Open | Vietnam | 29,454.21 | 29,454.21 |
| 201821406054 | 21/08/2018 | Sears Open | Vietnam | 10,513.60 | 10,513.60 |
| 201821406740 | 21/08/2018 | Sears Open | Vietnam | 8,632.80 | 8,632.80 |
| 201821924437 | 06/09/2018 | Kmart LC | Vietnam | 28,957.43 | 28,957.43 |
| 201821924642 | 06/09/2018 | Kmart LC | Vietnam | 27,682.24 | 27,682.24 |
| 201821693052 | 07/09/2018 | Sears LC | Egypt | 39,644.70 | 39,644.70 |
| 201821358558 | 25/08/2018 | Kmart Open | Vietnam | 13,030.05 | 13,030.05 |
| 201821327851 | 25/08/2018 | Sears Open | Vietnam | 77,795.27 | 77,795.27 |
| 201821459098 | 26/08/2018 | Kmart Open | Vietnam | 49,694.99 | 49,694.99 |
| 201821899739 | 10/09/2018 | Sears LC | Vietnam | 4,928.10 | 4,928.10 |
| 201821900995 | 10/09/2018 | Sears LC | Vietnam | 4,111.70 | 4,111.70 |

| | | | | |
|---|---|---|---|---|
| 201821460192 | 26/08/2018 *Sears Open* | Vietnam | 11,356.79 | 11,356.79 |
| 201821964299 | 13/09/2018 *Kmart LC* | Vietnam | 30,086.05 | 30,086.05 |
| 201821996739 | 13/09/2018 *Sears LC* | Vietnam | 13,846.20 | 13,846.20 |
| 201821896397 | 14/09/2018 *Sears LC* | Vietnam | 11,953.60 | 11,953.60 |
| 201821896730 | 14/09/2018 *Sears LC* | Vietnam | 9,920.00 | 9,920.00 |
| 201821924294 | 14/09/2018 *Sears LC* | Egypt | 15,256.34 | 15,256.34 |
| 201821966115 | 15/09/2018 *Kmart LC* | Vietnam | 31,141.35 | 31,141.35 |
| 201821458521 | 31/08/2018 *Kmart Open* | Vietnam | 45,492.04 | 45,492.04 |
| 201821561132 | 31/08/2018 *Kmart Open* | Vietnam | 9,326.02 | 9,326.02 |
| 201821508131 | 31/08/2018 *Kmart Open* | Egypt | 25,686.50 | 25,686.50 |
| 201821692401 | 31/08/2018 *Kmart Open* | Egypt | 32,766.63 | 32,766.63 |
| 201821996655 | 15/09/2018 *Sears LC* | Vietnam | 11,329.35 | 11,329.35 |
| 201821562882 | 31/08/2018 *Sears Open* | Vietnam | 2,597.22 | 2,597.22 |
| 201821459434 | 31/08/2018 *Sears Open* | Vietnam | 13,597.51 | 13,597.51 |
| 201821563224 | 01/09/2018 *Kmart Open* | Vietnam | 10,231.29 | 10,231.29 |
| 201821886101 | 16/09/2018 *Sears LC* | Egypt | 16,155.70 | 16,155.70 |
| 201821563394 | 01/09/2018 *Sears Open* | Vietnam | 1,805.16 | 1,805.16 |
| 201822031391 | 17/09/2018 *Sears LC* | Vietnam | 4,619.16 | 4,619.16 |
| 201822031533 | 17/09/2018 *Sears LC* | Vietnam | 3,767.40 | 3,767.40 |
| 201822040405 | 21/09/2018 *Kmart LC* | Egypt | 5,429.76 | 5,429.76 |
| 201821924464 | 06/09/2018 *Kmart Open* | Vietnam | 17,529.22 | 17,529.22 |
| 201821924661 | 06/09/2018 *Kmart Open* | Vietnam | 18,262.60 | 18,262.60 |
| 201822040473 | 21/09/2018 *Sears LC* | Egypt | 68,398.08 | 68,398.08 |
| 201821692982 | 07/09/2018 *Sears Open* | Egypt | 20,195.00 | 20,195.00 |
| 201821858427 | 09/09/2018 *Kmart Open* | Egypt | 56,848.43 | 56,848.43 |
| 201821963893 | 13/09/2018 *Kmart Open* | Vietnam | 20,842.90 | 20,842.90 |
| 201821965129 | 13/09/2018 *Sears Open* | Vietnam | 46,736.66 | 46,736.66 |
| 201821885772 | 14/09/2018 *Sears Open* | Egypt | 56,742.35 | 56,742.35 |
| 201821965849 | 15/09/2018 *Kmart Open* | Vietnam | 21,278.58 | 21,278.58 |
| 201821965726 | 15/09/2018 *Sears Open* | Vietnam | 36,489.92 | 36,489.92 |
| 201821885678 | 16/09/2018 *Kmart Open* | Egypt | 8,878.25 | 8,878.25 |
| 201821885981 | 16/09/2018 *Sears Open* | Egypt | 133,574.21 | 133,574.21 |
| 201822030915 | 17/09/2018 *Sears Open* | Vietnam | 1,940.00 | 1,940.00 |
| 201822031156 | 17/09/2018 *Sears Open* | Vietnam | 1,420.00 | 1,420.00 |
| 201822113010 | 17/09/2018 *Sears Open* | Vietnam | 1,465.20 | 1,465.20 |
| 201822113270 | 17/09/2018 *Sears Open* | Vietnam | 1,188.00 | 1,188.00 |
| 201822216358 | 04/10/2018 *Sears LC* | Egypt | 15,280.65 | 15,280.65 |
| 201822195260 | 21/09/2018 *Kmart Open* | Vietnam | 10,201.10 | 10,201.10 |
| 201822195377 | 21/09/2018 *Kmart Open* | Vietnam | 10,606.18 | 10,606.18 |
| 201822040419 | 21/09/2018 *Kmart Open* | Egypt | 8,985.60 | 8,985.60 |
| 201822196011 | 21/09/2018 *Sears Open* | Vietnam | 9,469.98 | 9,469.98 |
| 201822196255 | 21/09/2018 *Sears Open* | Vietnam | 7,736.04 | 7,736.04 |

| | | | | | |
|---|---|---|---|---:|---:|
| 201822040393 | 23/09/2018 | Kmart Open | Egypt | 1,776.44 | 1,776.44 |
| 201822211529 | 27/09/2018 | Kmart Open | Vietnam | 62,592.30 | 62,592.30 |
| 201822210246 | 27/09/2018 | Sears Open | Vietnam | 125,268.70 | 125,268.70 |
| 201822213933 | 01/10/2018 | Kmart Open | Vietnam | 65,197.20 | 65,197.20 |
| 201822213337 | 01/10/2018 | Sears Open | Vietnam | 102,160.80 | 102,160.80 |
| 201822454650 | 04/10/2018 | Kmart Open | Vietnam | 8,185.52 | 8,185.52 |
| 201822456814 | 04/10/2018 | Kmart Open | Vietnam | 8,507.94 | 8,507.94 |
| 201822382106 | 04/10/2018 | Kmart Open | Egypt | 6849.77 | 6849.77 |
| 201822453271 | 04/10/2018 | Sears Open | Vietnam | 7,376.40 | 7,376.40 |
| 201822456735 | 04/10/2018 | Sears Open | Vietnam | 6,442.20 | 6,442.20 |
| 201822525311 | 05/10/2018 | Kmart Open | Vietnam | 10,231.20 | 10,231.20 |
| 201822525462 | 05/10/2018 | Kmart Open | Vietnam | 12,987.36 | 12,987.36 |
| 201822569347 | 05/10/2018 | Sears Open | Vietnam | 18,235.20 | 18,235.20 |
| 201822569429 | 05/10/2018 | Sears Open | Vietnam | 14,894.40 | 14,894.40 |

**Amount Due**     $   4,715,270.43

| **Current** | **0-30 Days** | **31-60 Days** | **61-90 Days** | **91-120 Days** | **121 and Over** |
|---|---|---|---|---|---|
| $ 4,131,775.13 | $ 583,495.30 | $ - | $ - | $ - | $ - |

```
البــاين كــريـيشنــز المــحدودة
ALPINE CREATIONS LTD.
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.
```

**ALPINE CREATIONS LTD**
**PLOT NO WT-10**
P.O.Box: 17006, JAFZ, Dubai.U.A.E.
Tel: +971 4 8816117

Kmart Corporation
3333 Beverly Road
Hoffman Estates.IL 60179

### Details of shipment made from 01/09/2018 to 14/10/2018

| Inv.No. | PO Number | Cargo Received Date | Type | Country | Amount $ | Balance $ |
|---|---|---|---|---|---|---|
| 201821563355 | B1V3W, B1VGM, B1VGP | 01/09/2018 | Kmart LC | Vietnam | 65,706.96 | 65,706.96 |
| 201821924437 | B1V3W, B1VGM | 06/09/2018 | Kmart LC | Vietnam | 28,957.43 | 28,957.43 |
| 201821924642 | B1V3W | 06/09/2018 | Kmart LC | Vietnam | 27,682.24 | 27,682.24 |
| 201821964299 | B1VH0, B1VH2, B1VH3 | 13/09/2018 | Kmart LC | Vietnam | 30,086.05 | 30,086.05 |
| 201821966115 | B1VH0, B1VH2, B1VH3 | 15/09/2018 | Kmart LC | Vietnam | 31,141.35 | 31,141.35 |
| 201822040405 | B2R6L | 21/09/2018 | Kmart LC | Egypt | 5,429.76 | 5,429.76 |
| 201821563224 | B1VGC, B2XA9, B2Y4V | 01/09/2018 | Kmart Open | Vietnam | 10,231.29 | 10,231.29 |
| 201821924464 | B2X90 | 06/09/2018 | Kmart Open | Vietnam | 17,529.22 | 17,529.22 |
| 201821924661 | B2X90 | 06/09/2018 | Kmart Open | Vietnam | 18,262.60 | 18,262.60 |
| 201821858427 | B1V4Q, B2NK7, B2WTP, B2WTQ, B2WTR, B2XEG, B2XEH, B2XEJ, B2XEK, B2XEM, B2XER | 09/09/2018 | Kmart Open | Egypt | 56,848.43 | 56,848.43 |
| 201821963893 | B1V51, B1VGC | 13/09/2018 | Kmart Open | Vietnam | 20,842.90 | 20,842.90 |
| 201821965849 | B1V51, B1VGC | 15/09/2018 | Kmart Open | Vietnam | 21,278.58 | 21,278.58 |
| 201821886678 | B2WVZ | 16/09/2018 | Kmart Open | Egypt | 8,878.25 | 8,878.25 |
| 201822195260 | B2WTG | 21/09/2018 | Kmart Open | Vietnam | 10,201.10 | 10,201.10 |
| 201822195377 | B2WTG | 21/09/2018 | Kmart Open | Vietnam | 10,606.18 | 10,606.18 |
| 201822040419 | B2R6W | 21/09/2018 | Kmart Open | Egypt | 8,985.60 | 8,985.60 |
| 201822040393 | B2NK7 | 23/09/2018 | Kmart Open | Egypt | 1,776.44 | 1,776.44 |
| 201822211529 | B1V51, B2NH4, B2WTF, B2WVM, B2XE3, B2XE4, B2XE5, B2XE6, B2XE7 | 27/09/2018 | Kmart Open | Vietnam | 62,592.30 | 62,592.30 |
| 201822213933 | B1V51, B2NH4, B2WTF, B2WVM, B2XE3, B2XE4, B2XE5, B2XE6, B2XE7 | 01/10/2018 | Kmart Open | Vietnam | 65,197.20 | 65,197.20 |
| 201822454650 | B2NHB | 04/10/2018 | Kmart Open | Vietnam | 8,185.52 | 8,185.52 |
| 201822456814 | B2NHB | 04/10/2018 | Kmart Open | Vietnam | 8,507.94 | 8,507.94 |
| 201822382106 | B2WTP, B2XEM | 04/10/2018 | Kmart Open | Egypt | 6849.77 | 6849.77 |
| 201822525311 | B2WR0 | 05/10/2018 | Kmart Open | Vietnam | 10,231.20 | 10,231.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 201822525462 | B2WR0 | 05/10/2018 | Kmart Open | Vietnam | 12,987.36 | 12,987.36 |
| 201821693052 | SV1771 | 07/09/2018 | Sears LC | Egypt | 39,644.70 | 39,644.70 |
| 201821899739 | SS1641, SX6025 | 10/09/2018 | Sears LC | Vietnam | 4,928.10 | 4,928.10 |
| 201821900995 | SS1641, SX6025 | 10/08/2018 | Sears LC | Vietnam | 4,111.70 | 4,111.70 |
| 201821996739 | SF8724 | 13/09/2018 | Sears LC | Vietnam | 13,846.20 | 13,846.20 |
| 201821896397 | SG6536 | 14/09/2018 | Sears LC | Vietnam | 11,953.60 | 11,953.60 |
| 201821896730 | SG6536 | 14/09/2018 | Sears LC | Vietnam | 9,920.00 | 9,920.00 |
| 201821924294 | SE8895 | 14/09/2018 | Sears LC | Egypt | 15,256.34 | 15,256.34 |
| 201821996655 | SF8724 | 15/09/2018 | Sears LC | Vietnam | 11,329.35 | 11,329.35 |
| 201821886101 | SF8958 | 16/09/2018 | Sears LC | Egypt | 16,165.70 | 16,165.70 |
| 201822031391 | SX6021 | 17/09/2018 | Sears LC | Vietnam | 4,619.16 | 4,619.16 |
| 201822031533 | SX6021 | 17/09/2018 | Sears LC | Vietnam | 3,767.40 | 3,767.40 |
| 201822040473 | SX6027 | 21/09/2018 | Sears LC | Egypt | 68,398.08 | 68,398.08 |
| 201822216358 | SS1640 | 04/10/2018 | Sears LC | Egypt | 15,280.65 | 15,280.65 |
| 201821563394 | SH6561 | 01/09/2018 | Sears Open | Vietnam | 1,805.16 | 1,805.16 |
| 201821692982 | SS1785 | 07/09/2018 | Sears Open | Egypt | 20,195.00 | 20,195.00 |
| 201821965129 | SF8627, SF8628, SF8693, SG8588, SH6561 | 13/09/2018 | Sears Open | Vietnam | 46,736.66 | 46,736.66 |
| 201821885772 | SE8892, SH8923, SI6653, SI6668 | 14/09/2018 | Sears Open | Egypt | 56,742.35 | 56,742.35 |
| 201821965726 | SF8627, SF8628, SF8693, SG8588, SH6561 | 15/09/2018 | Sears Open | Vietnam | 36,489.92 | 36,489.92 |
| 201821885981 | SE8871, SE8890, SE8893, SE8894, SF8897, SF8953, SF8957, SI6654, SJ6667 | 16/09/2018 | Sears Open | Egypt | 133,574.21 | 133,574.21 |
| 201822030915 | SR1998 | 17/09/2018 | Sears Open | Vietnam | 1,940.00 | 1,940.00 |
| 201822031156 | SR1998 | 17/09/2018 | Sears Open | Vietnam | 1,420.00 | 1,420.00 |
| 201822113010 | SX6097 | 17/09/2018 | Sears Open | Vietnam | 1,465.20 | 1,465.20 |
| 201822113270 | SX6097 | 17/09/2018 | Sears Open | Vietnam | 1,188.00 | 1,188.00 |
| 201822195011 | SF9000 | 21/09/2018 | Sears Open | Vietnam | 9,469.98 | 9,469.98 |
| 201822196255 | SF9000 | 21/09/2018 | Sears Open | Vietnam | 7,736.04 | 7,736.04 |
| 201822210246 | SE8856, SE8857, SE8858, SE8864, SE8866, SE8867, SE8868, SE8873, SF8627, SF8711, SF8883 | 27/09/2018 | Sears Open | Vietnam | 125,268.70 | 125,268.70 |
| 201822213337 | SE8856, SE8857, SE8858, SE8864, SE8866, SE8867, SE8868, SE8873, SF8627, SF8711, SF8883 | 01/10/2018 | Sears Open | Vietnam | 102,160.80 | 102,160.80 |
| 201822453271 | SF8623, SF8684 | 04/10/2018 | Sears Open | Vietnam | 7,376.40 | 7,376.40 |
| 201822456735 | SF8623, SF8684 | 04/10/2018 | Sears Open | Vietnam | 6,442.20 | 6,442.20 |
| 201822569347 | SN4709 | 05/10/2018 | Sears Open | Vietnam | 18,235.20 | 18,235.20 |
| 201822569429 | SN4709 | 05/10/2018 | Sears Open | Vietnam | 14,894.40 | 14,894.40 |
| | | | | TOTAL US$ | | 1,361,346.87 |

الباين كريبيشنز المحدودة
ALPINE CREATIONS LTD.
P.O. Box: 17005
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.

**ALPINE CREATIONS LTD**
PLOT NO WT-10
P.O.Box: 17006, JAFZ, Dubai.U.A.E.
Tel: +971 4 8816117

**Sears Roebuck & Co.,**
3333 Beverly Road
Hoffman Estates.IL 60179

Statement of Shipment to Sears & Kmart 20 Days prior to Bankrupcy declaration on 15th Oct 2018
( Based on 20 days prior to "Shipped on Board Date" )

| Shipped on Board Date | Cargo Received Date | Inv.No | Type | Country | Amount $ |
|---|---|---|---|---|---|
| **Sears Roebuck & Co.,** | | | | | |
| 29/09/2018 | 10/09/2018 | 201821900995 | Sears LC | Vietnam | 4,111.70 |
| 29/09/2018 | 15/09/2018 | 201821996655 | Sears LC | Vietnam | 11,329.35 |
| 28/09/2018 | 17/09/2018 | 201822031391 | Sears LC | Vietnam | 4,619.16 |
| 03/10/2018 | 17/09/2018 | 201822031533 | Sears LC | Vietnam | 3,767.40 |
| 27/09/2018 | 21/09/2018 | 201822040473 | Sears LC | Egypt | 68,398.08 |
| 29/09/2018 | 15/09/2018 | 201821965726 | Sears Open | Vietnam | 36,489.92 |
| 28/09/2018 | 17/09/2018 | 201822030915 | Sears Open | Vietnam | 1,940.00 |
| 03/10/2018 | 17/09/2018 | 201822031156 | Sears Open | Vietnam | 1,420.00 |
| 28/09/2018 | 17/09/2018 | 201822113010 | Sears Open | Vietnam | 1,465.20 |
| 03/10/2018 | 17/09/2018 | 201822113270 | Sears Open | Vietnam | 1,188.00 |
| 27/09/2018 | 21/09/2018 | 201822196011 | Sears Open | Vietnam | 9,469.98 |
| 27/09/2018 | 21/09/2018 | 201822196255 | Sears Open | Vietnam | 7,736.04 |
| 11/10/2018 | 04/10/2018 | 201822216358 | Sears LC | Egypt | 15,280.65 |
| 02/10/2018 | 27/09/2018 | 201822210246 | Sears Open | Vietnam | 125,268.70 |
| 09/10/2018 | 01/10/2018 | 201822213337 | Sears Open | Vietnam | 102,160.80 |
| 11/10/2018 | 05/10/2018 | 201822569347 | Sears Open | Vietnam | 18,235.20 |
| 13/10/2018 | 04/10/2018 | 201822453271 | Sears Open | Vietnam | 7,376.40 |
| 13/10/2018 | 04/10/2018 | 201822456735 | Sears Open | Vietnam | 6,442.20 |
| **Kmart Corporation** | | | | | |
| 28/09/2018 | 15/09/2018 | 201821966115 | Kmart LC | Vietnam | 31,141.35 |
| 27/09/2018 | 21/09/2018 | 201822040405 | Kmart LC | Egypt | 5,429.76 |
| 29/09/2018 | 15/09/2018 | 201821965849 | Kmart Open | Vietnam | 21,278.58 |
| 27/09/2018 | 21/09/2018 | 201822195260 | Kmart Open | Vietnam | 10,201.10 |
| 27/09/2018 | 21/09/2018 | 201822195377 | Kmart Open | Vietnam | 10,606.18 |
| 27/09/2018 | 21/09/2018 | 201822040419 | Kmart Open | Egypt | 8,985.60 |
| 27/09/2018 | 23/09/2018 | 201822040393 | Kmart Open | Egypt | 1,776.44 |
| 02/10/2018 | 27/09/2018 | 201822211529 | Kmart Open | Vietnam | 62,592.30 |
| 09/10/2018 | 01/10/2018 | 201822213933 | Kmart Open | Vietnam | 65,197.20 |
| 11/10/2018 | 04/10/2018 | 201822382106 | Kmart Open | Egypt | 6,849.77 |
| 11/10/2018 | 05/10/2018 | 201822525311 | Kmart Open | Vietnam | 10,231.20 |
| 13/10/2018 | 04/10/2018 | 201822454650 | Kmart Open | Vietnam | 8,185.52 |
| 13/10/2018 | 04/10/2018 | 201822456814 | Kmart Open | Vietnam | 8,507.94 |
| | | | | **TOTAL** | **677,681.72** |

ألبـاين كـريـيـشـنـز الـمـحـدودة
**ALPINE CREATIONS LTD.**
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.