# EXHIBIT "C"

# Section 503(b)(1) Invoices

# COMMERCIAL INVOICE

Page 1 of 4
DATE: January 18, 2019
INVOICE NO.: 201924804961

VTN-1285

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO: SEARS ROEBUCK & CO
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Haiphong, Vietnam
MODE OF TRANSPORTATION: Ocean
SHIPPED TO: Mira Loma, CA
FOB Vietnam

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SN4703 | POLY LS LO RED | 32 CARTONS | 32 AST | 37.680 USD AST | 1,205.76 USD AST |
| ITEM: | 800016099020 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 640 | | | | | |
| SEARS ITEM/SKU | 53842/ | | | | | |

STYLE:BS9ES71524JU
SEARS/ EVERLAST E/ BOYS
PRODUCT NAME: POLY LS LOGO GRAPHIC PO HOODIE
GRAPHIC LOGO
STITCH COUNT PER CM: 45 HORIZONTAL / 65 VERTICAL
FABRICATION:100%POLYESTER
HANGING, HANGER CODE 585SB,

| CONTRACT NO. | SN4703 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | BS9ES71524JU | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |
| FACTORY NO. | 102601 | | |

TRIDUC LIMITED COMPANY
DUC HIEP VLG, XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.       VNTRILIMBAC

| SEARS | SN4703 | POLY LS LO RED | 81 CARTONS | 81 AST | 37.680 USD AST | 3,052.08 USD AST |
|---|---|---|---|---|---|---|
| ITEM: | 800016104176 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 640 | | | | | |
| SEARS ITEM/SKU | 53842/ | | | | | |

STYLE:BS9ES71524JU
SEARS/ EVERLAST E/ BOYS
PRODUCT NAME: POLY LS LOGO GRAPHIC PO HOODIE
TOPSTITCHING
GRAPHIC LOGO
STITCH COUNT PER CM: 45 HORIZONTAL / 65 VERTICAL
FABRICATION:100%POLYESTER
HANGING, HANGER CODE 585SB,

| CONTRACT NO. | SN4703 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | BS9ES71524JU | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |
| FACTORY NO. | 102601 | | |

24/01/19

## COMMERCIAL INVOICE

Page 2 of 4
DATE: January 18, 2019
INVOICE NO.: 201924804961

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Haiphong, Vietnam
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Mira Loma, CA

FOB Vietnam

TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.    VNTRILIMBAC

---

| SEARS | SN4703 | POLY LS LO BLUE GRASS/BLA | 64 CARTONS | 64 AST | 37.680 USD AST | 2,411.52 USD |
|---|---|---|---|---|---|---|

ITEM: 800016115057
MADE IN: VIETNAM
CONTENTS: 1 ASSORTMENT
SEARS DIV: 640
SEARS ITEM/SKU: 05385/

STYLE:BS9ES71524JU
SEARS/ EVERLAST E/ BOYS
PRODUCT NAME: POLY LS LOGO GRAPHIC PO HOODIE
TOPSTITCHING
GRAPHIC LOGO
STITCH COUNT PER CM: 45 HORIZONTAL / 65 VERTICAL
FABRICATION:100%POLYESTER
HANGING, HANGER CODE 585SB,

| CONTRACT NO. | SN4703 | REFERENCE NO. | 801C |
|---|---|---|---|
| DC CODE | CCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | BS9ES71524JU | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

FACTORY NO.    102601
TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.    VNTRILIMBAC

---

| SEARS | SN4703 | POLY LS LO BLUE GRASS/BLA | 62 CARTONS | 62 AST | 37.680 USD AST | 2,336.16 USD |
|---|---|---|---|---|---|---|

ITEM: 800016116436
MADE IN: VIETNAM
CONTENTS: 1 ASSORTMENT
SEARS DIV: 640
SEARS ITEM/SKU: 05385/

STYLE:BS9ES71524JU
SEARS/ EVERLAST E/ BOYS
PRODUCT NAME: POLY LS LOGO GRAPHIC PO HOODIE
TOPSTITCHING
GRAPHIC LOGO
STITCH COUNT PER CM: 45 HORIZONTAL / 65 VERTICAL
FABRICATION:100%POLYESTER
HANGING, HANGER CODE 585SB,

# COMMERCIAL INVOICE

Page 3 of 4
DATE: January 18, 2019
INVOICE NO.: 201924804961

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Haiphong, Vietnam
MODE OF TRANSPORTATION: Ocean
SHIPPED TO: Mira Loma, CA
FOB Vietnam

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SN4703 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 034 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | BS9ES71524JU | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE | |
| FACTORY NO. | 102601 | | | |

TRIDUC LIMITED COMPANY
DUC HIEP VLG, XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.   VNTRILIMBAC

| SEARS | SN4703 | POLY LS LO GREY | 88 CARTONS | 88 AST | 37.680 USD AST | 3,315.84 USD |
|---|---|---|---|---|---|---|
| ITEM: | 800016126047 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 640 | | | | | |
| SEARS ITEM/SKU | 53855/ | | | | | |

STYLE: BS9ES71524JU
SEARS/ EVERLAST E/ BOYS
PRODUCT NAME: POLY LS LOGO GRAPHIC PO HOODIE
TOPSTITCHING
GRAPHIC LOGO
STITCH COUNT PER CM: 45 HORIZONTAL / 65 VERTICAL
FABRICATION: 100% POLYESTER
HANGING, HANGER CODE 585SB,

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SN4703 | REFERENCE NO. | 801C | |
| DC CODE | CCD | DEPARTMENT NO. | 034 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | BS9ES71524JU | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE | |
| FACTORY NO. | 102601 | | | |

TRIDUC LIMITED COMPANY
DUC HIEP VLG, XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.   VNTRILIMBAC

| SEARS | SN4703 | POLY LS LO GREY | 53 CARTONS | 53 AST | 37.680 USD AST | 1,997.04 USD |
|---|---|---|---|---|---|---|
| ITEM: | 800016127607 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 640 | | | | | |
| SEARS ITEM/SKU | 53855/ | | | | | |

# COMMERCIAL INVOICE

Page 4 of 4
DATE: January 18, 2019
INVOICE NO.: 201924804961

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Haiphong, Vietnam
MODE OF TRANSPORTATION: Ocean
SHIPPED TO: Mira Loma, CA
FOB Vietnam

STYLE: BS9ES71524JU
SEARS/ EVERLAST E/ BOYS
PRODUCT NAME: POLY LS LOGO GRAPHIC PO HOODIE
TOPSTITCHING
GRAPHIC LOGO
STITCH COUNT PER CM: 45 HORIZONTAL / 65 VERTICAL
FABRICATION: 100%POLYESTER
HANGING, HANGER CODE 585SB.

| | | | |
|---|---|---|---|
| CONTRACT NO. | SN4703 | REFERENCE NO. | 801C |
| DC CODE | CCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | BS9ES71524JU | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

FACTORY NO. 102601
TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO. VNTRILIMBAC

PAYMENT TERM: Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER: OPEN ACCOUNT
LC#: NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 380 | 380 | ASSORTMENTS | 14,318.40 USD |

TOTAL US DOLLARS FOURTEEN THOUSAND THREE HUNDRED EIGHTEEN DOLLARS AND FORTY CENTS ONLY.

| ALPINE CREATIONS LTD | |
|---|---|
| EMPLOYEE NAME | NGUYEN THI BICH THAO-VTN1285 |
| EMPLOYEE TITLE | SHIPMENT MADE PURSUANT TO APPROVED DIP BUDGET |



ALPINE CREATIONS LTD.
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.



# COMMERCIAL INVOICE

Page 1 of 4
DATE: January 18, 2019
INVOICE NO.: 201924805035

VON-1286

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Haiphong, Vietnam
SHIPPED TO: Chambersburg, PA
MODE OF TRANSPORTATION: Ocean
FOB Vietnam

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SN4703 | POLY LS LO RED | 26 CARTONS | 26 AST | 37.680 USD AST | 979.68 USD AST |
| ITEM: | 800016099020 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 540 | | | | | |
| SEARS ITEM/SKU | 53842/ | | | | | |

STYLE:BS9ES71524JU
SEARS/ EVERLAST E/ BOYS
PRODUCT NAME: POLY LS LOGO GRAPHIC PO HOODIE
GRAPHIC LOGO
STITCH COUNT PER CM: 45 HORIZONTAL / 65 VERTICAL
FABRICATION:100%POLYESTER
HANGING, HANGER CODE 585SB.

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SN4703 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 034 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | BS9ES71524JU | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE | |
| FACTORY NO. | 102601 | | | |

TRIDUC LIMITED COMPANY
DUC HIEP VLG, XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam

FTY MID NO.    VNTRILIMBAC

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SN4703 | POLY LS LO RED | 66 CARTONS | 66 AST | 37.680 USD AST | 2,486.88 USD AST |
| ITEM: | 800016104176 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 540 | | | | | |
| SEARS ITEM/SKU | 53842/ | | | | | |

STYLE:BS9ES71524JU
SEARS/ EVERLAST E/ BOYS
PRODUCT NAME: POLY LS LOGO GRAPHIC PO HOODIE
TOPSTITCHING
GRAPHIC LOGO
STITCH COUNT PER CM: 45 HORIZONTAL / 65 VERTICAL
FABRICATION:100%POLYESTER
HANGING, HANGER CODE 585SB.

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SN4703 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 034 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | BS9ES71524JU | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE | |
| FACTORY NO. | 102601 | | | |

24/01/19

## COMMERCIAL INVOICE

Page 2 of 4
DATE: January 18, 2019
INVOICE NO.: 201924805035

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Haiphong, Vietnam
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Vietnam

TRIDUC LIMITED COMPANY
DUC HIEP VLG, XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.     VNTRILIMBAC

| SEARS | SN4703 | POLY LS LO BLUE GRASS/BLA | 52 CARTONS | 52 AST | 37.680 USD AST | 1,959.36 USD |
|---|---|---|---|---|---|---|

ITEM: 800016115057
MADE IN: VIETNAM
CONTENTS: 1 ASSORTMENT
SEARS DIV: 640
SEARS ITEM/SKU: 05385/

STYLE: BS9ES71524JU
SEARS/ EVERLAST E/ BOYS
PRODUCT NAME: POLY LS LOGO GRAPHIC PO HOODIE
TOPSTITCHING
GRAPHIC LOGO
STITCH COUNT PER CM: 45 HORIZONTAL / 65 VERTICAL
FABRICATION: 100%POLYESTER
HANGING, HANGER CODE 585SB,

| CONTRACT NO. | SN4703 | REFERENCE NO. | 801P |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | BS9ES71524JU | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # |  | CATEGORY | 638, RNONE |

FACTORY NO.    102601
TRIDUC LIMITED COMPANY
DUC HIEP VLG, XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.     VNTRILIMBAC

| SEARS | SN4703 | POLY LS LO BLUE GRASS/BLA | 50 CARTONS | 50 AST | 37.680 USD AST | 1,884.00 USD |
|---|---|---|---|---|---|---|

ITEM: 800016116436
MADE IN: VIETNAM
CONTENTS: 1 ASSORTMENT
SEARS DIV: 640
SEARS ITEM/SKU: 05385/

STYLE: BS9ES71524JU
SEARS/ EVERLAST E/ BOYS
PRODUCT NAME: POLY LS LOGO GRAPHIC PO HOODIE
TOPSTITCHING
GRAPHIC LOGO
STITCH COUNT PER CM: 45 HORIZONTAL / 65 VERTICAL
FABRICATION: 100%POLYESTER
HANGING, HANGER CODE 585SB.

## COMMERCIAL INVOICE

Page 3 of 4
DATE: January 18, 2019
INVOICE NO.: 201924805035

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Haiphong, Vietnam
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Vietnam

| | | | |
|---|---|---|---|
| CONTRACT NO. | SN4703 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | BS9ES71524JU | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

FACTORY NO. 102601
TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO. VNTRILIMBAC

| SEARS | SN4703 | POLY LS LO GREY | 72 CARTONS | 72 AST | 37.680 USD AST | 2,712.96 USD |
|---|---|---|---|---|---|---|
| ITEM: | 800016126047 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 640 | | | | | |
| SEARS ITEM/SKU | 53855/ | | | | | |

STYLE:BS9ES71524JU
SEARS/ EVERLAST E/ BOYS
PRODUCT NAME: POLY LS LOGO GRAPHIC PO HOODIE
TOPSTITCHING
GRAPHIC LOGO
STITCH COUNT PER CM: 45 HORIZONTAL / 65 VERTICAL
FABRICATION:100%POLYESTER
HANGING, HANGER CODE 585SB,

| | | | |
|---|---|---|---|
| CONTRACT NO. | SN4703 | REFERENCE NO. | 801P |
| DC CODE | PCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | BS9ES71524JU | COUNTRY OF ORIGIN | VIETNAM |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE |

FACTORY NO. 102601
TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO. VNTRILIMBAC

| SEARS | SN4703 | POLY LS LO GREY | 43 CARTONS | 43 AST | 37.680 USD AST | 1,620.24 USD |
|---|---|---|---|---|---|---|
| ITEM: | 800016127607 | | | | | |
| MADE IN | VIETNAM | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 640 | | | | | |
| SEARS ITEM/SKU | 53855/ | | | | | |

# COMMERCIAL INVOICE

Page 4 of 4
DATE: January 18, 2019
INVOICE NO.: 201924805035

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:
SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Haiphong, Vietnam
MODE OF TRANSPORTATION: Ocean
SHIPPED TO: Chambersburg, PA
FOB Vietnam

STYLE: BS9ES71524JU
SEARS/ EVERLAST E/ BOYS
PRODUCT NAME: POLY LS LOGO GRAPHIC PO HOODIE
TOPSTITCHING
GRAPHIC LOGO
STITCH COUNT PER CM: 45 HORIZONTAL / 65 VERTICAL
FABRICATION: 100%POLYESTER
HANGING, HANGER CODE 585SB,

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SN4703 | REFERENCE NO. | 801P | |
| DC CODE | PCD | DEPARTMENT NO. | 034 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | BS9ES71524JU | COUNTRY OF ORIGIN | VIETNAM | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 638, RNONE | |

FACTORY NO.    102601
TRIDUC LIMITED COMPANY
DUC HIEP VLG,XUAN LAM COMMUNE
THUAN THANH DISTRICT
BAC NINH
Vietnam
FTY MID NO.    VNTRILIMBAC

PAYMENT TERM    Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER    OPEN ACCOUNT
LC#    NO LC

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 309 | 309 | ASSORTMENTS | 11,643.12 USD |

TOTAL US DOLLARS ELEVEN THOUSAND SIX HUNDRED FORTY-THREE DOLLARS AND TWELVE CENTS ONLY.

ALPINE CREATIONS LTD
EMPLOYEE NAME    NGUYEN THI BICH THAO--VTN1266
EMPLOYEE TITLE    SHIPMENT MADE PURSUANT TO APPROVED DIP BUDGET

الباين كريشنز المحدودة
ALPINE CREATIONS LTD.
P.O. Box: 17005
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.



# COMMERCIAL INVOICE

Page 1 of 5
DATE: January 27, 2019
INVOICE NO.: 201924717318

[EG-67535]

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt
MODE OF TRANSPORTATION: Ocean
SHIPPED TO: Chambersburg, PA
FOB Egypt

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SL4650 | OH SHORT BOSSA NOVA | 208 CARTONS | 208 AST | 27.936 USD AST | 5,810.69 USD |
| ITEM: | 380019427681 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 640 | | | | | |
| SEARS ITEM/SKU | 53295/ | | | | | |

STYLE:BS9ES79211BB
SEARS/ EVERLAST E / BOYS KNIT SHORTS
PRODUCT NAME: OPEN HOLE MESH SHORTS
FABRICATION:100%POLYESTER
HANGING, HANGER CODE 6010B,

| | | | |
|---|---|---|---|
| CONTRACT NO. | SL4650 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | BS9ES79211BB | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE |
| FACTORY NO. | 052967 | | |

ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.    EGALEAPP1217ALE

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| SEARS | SL4650 | OH SHORT PACIFIC | 208 CARTONS | 208 AST | 27.936 USD AST | 5,810.69 USD |
| ITEM: | 380019434737 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 640 | | | | | |
| SEARS ITEM/SKU | 53296/ | | | | | |

STYLE:BS9ES79211BB
SEARS/ EVERLAST E / BOYS KNIT SHORTS
PRODUCT NAME: OPEN HOLE MESH SHORTS
FABRICATION:100%POLYESTER
HANGING, HANGER CODE 6010B,

| | | | |
|---|---|---|---|
| CONTRACT NO. | SL4650 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | BS9ES79211BB | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE |
| FACTORY NO. | 052967 | | |

01/02/19

# COMMERCIAL INVOICE

Page 2 of 5
DATE: January 27, 2019
INVOICE NO.: 201924717318

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt
MODE OF TRANSPORTATION: Ocean
SHIPPED TO: Chambersburg, PA
FOB Egypt

ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.    EGALEAPP1217ALE

| SEARS | SL4650 | OH SHORT PACIFIC | | 293 CARTONS | 293 AST | 27.936 USD AST | 8,185.25 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 380019437201 | | | | | | |
| MADE IN | EGYPT | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 640 | | | | | | |
| SEARS ITEM/SKU | 53296/ | | | | | | |

STYLE:BS9ES79211BB
SEARS/ EVERLAST E / BOYS KNIT SHORTS
PRODUCT NAME: OPEN HOLE MESH SHORTS
FABRICATION:100%POLYESTER
HANGING, HANGER CODE 6010B,

| CONTRACT NO. | SL4650 | REFERENCE NO. | 801 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | BS9ES79211BB | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE |

FACTORY NO.    052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.    EGALEAPP1217ALE

| SEARS | SL4650 | OH SHORT BOSSA NOVA | | 293 CARTONS | 293 AST | 27.936 USD AST | 8,185.25 USD |
|---|---|---|---|---|---|---|---|
| ITEM: | 380019438308 | | | | | | |
| MADE IN | EGYPT | | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | | |
| SEARS DIV | 640 | | | | | | |
| SEARS ITEM/SKU | 53295/ | | | | | | |

STYLE:BS9ES79211BB
SEARS/ EVERLAST E / BOYS KNIT SHORTS
PRODUCT NAME: OPEN HOLE MESH SHORTS
FABRICATION:100%POLYESTER
HANGING, HANGER CODE 6010B,

# COMMERCIAL INVOICE

Page 3 of 5
DATE: January 27, 2019
INVOICE NO.: 201924717318

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Egypt

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SL4650 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 034 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | BS9ES79211BB | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE | |

FACTORY NO.  052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.  EGALEAPP1217ALE

| SEARS | SL4650 | OH SHORT SURF THE WEB | 637 CARTONS | 637 AST | 27.936 USD AST | 17,795.23 USD |
|---|---|---|---|---|---|---|
| ITEM: | 380019438357 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 640 | | | | | |
| SEARS ITEM/SKU | 53299/ | | | | | |

STYLE:BS9ES79211BB
SEARS/ EVERLAST E / BOYS KNIT SHORTS
PRODUCT NAME: OPEN HOLE MESH SHORTS
FABRICATION:100%POLYESTER
HANGING, HANGER CODE 6010B,

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SL4650 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 034 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | BS9ES79211BB | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE | |

FACTORY NO.  052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.  EGALEAPP1217ALE

| SEARS | SL4650 | OH SHORT SURF THE WEB | 267 CARTONS | 267 AST | 27.936 USD AST | 7,458.91 USD |
|---|---|---|---|---|---|---|
| ITEM: | 380019438365 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 640 | | | | | |
| SEARS ITEM/SKU | 53299/ | | | | | |

STYLE:BS9ES79211BB
SEARS/ EVERLAST E / BOYS KNIT SHORTS
PRODUCT NAME: OPEN HOLE MESH SHORTS

# COMMERCIAL INVOICE

Page 4 of 5
DATE: January 27, 2019
INVOICE NO.: 201924717318

7051
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Egypt

FABRICATION:100%POLYESTER
HANGING, HANGER CODE 6010B,

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SL4650 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 034 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | BS9ES79211BB | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE | |

FACTORY NO.   052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.   EGALEAPP1217ALE

| SEARS | SL4650 | OH SHORT QUIET SHADE | 267 CARTONS | 267 AST | 27.936 USD AST | 7,458.91 USD |
|---|---|---|---|---|---|---|
| ITEM: | 380019442060 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 640 | | | | | |
| SEARS ITEM/SKU | 05330/ | | | | | |

STYLE:BS9ES79211BB
SEARS/ EVERLAST E / BOYS KNIT SHORTS
PRODUCT NAME: OPEN HOLE MESH SHORTS
FABRICATION:100%POLYESTER
HANGING, HANGER CODE 6010B,

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | SL4650 | REFERENCE NO. | 801 | |
| DC CODE | PCD | DEPARTMENT NO. | 034 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 | |
| VENDOR ITEM CODE | BS9ES79211BB | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE | |

FACTORY NO.   052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.   EGALEAPP1217ALE

| SEARS | SL4650 | OH SHORT QUIET SHADE | 669 CARTONS | 669 AST | 27.936 USD AST | 18,689.18 USD |
|---|---|---|---|---|---|---|
| ITEM: | 380019443019 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |
| SEARS DIV | 640 | | | | | |

# COMMERCIAL INVOICE

Page 5 of 5
DATE: January 27, 2019
INVOICE NO.: 201924717318

**7051**
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO: SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt
MODE OF TRANSPORTATION: Ocean
SHIPPED TO: Chambersburg, PA
FOB Egypt

SEARS ITEM/SKU | 05330/

STYLE: BS9ES79211BB
SEARS/ EVERLAST E / BOYS KNIT SHORTS
PRODUCT NAME: OPEN HOLE MESH SHORTS
FABRICATION: 100% POLYESTER
HANGING, HANGER CODE 6010B,

| | | | |
|---|---|---|---|
| CONTRACT NO. | SL4650 | REFERENCE NO. | 801 |
| DC CODE | PCD | DEPARTMENT NO. | 034 |
| DIVISION NO. | Division 4 | VENDOR NO. | 7051 |
| VENDOR ITEM CODE | BS9ES79211BB | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647, RNONE |

FACTORY NO.    052867
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.    EGALEAPP1217ALE

PAYMENT TERM    Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER    OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 2,842 | 2,842 | ASSORTMENTS | 79,384.11 USD |

TOTAL US DOLLARS SEVENTY-NINE THOUSAND THREE HUNDRED NINETY-FOUR DOLLARS AND ELEVEN CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.
The merchandise covered by this invoice was produced in the Egyptian qualified industrial zone
Own quota, no quota charges are included in FOB price of goods.

ALPINE CREATIONS LTD
EMPLOYEE NAME    EIHAB ELHOFY -EG67535
EMPLOYEE TITLE    SHIPMENT MADE PURSUANT TO APPROVED DIP BUDGET

الباين كريشنز المحدودة
ALPINE CREATIONS LT
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.

# COMMERCIAL INVOICE

Page 1 of 5
DATE: January 27, 2019
INVOICE NO.: 201924947930

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

[EO-67536]

SHIPPED FROM: Damietta, Egypt
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Egypt

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| KMART | B2WH4 | OH MSH SHORT BLACK BLACK ONYX | 367 CARTONS | 367 AST | 20.940 USD AST | 7,684.98 USD |

ITEM: 790016312878
MADE IN: EGYPT
CONTENTS: 1 ASSORTMENT

STYLE: BS9EK79211BB   6 GARMENTS PER ASSORTMENT   FOB $3.49/GARMENT
DESCRIPTION: BOYS KNITTED OPEN HOLE MESH SHORT
FLAT DRAWCORD AT INTERIOR WAISTBAND WITH TURN OVER EDGE AND STITCHED.
INCLOSED ELASTIC AT WAISTBAND, EMBROIDERY LOGO,
POCKETS AT BOTH SIDESEAM, NO FLY, LINED.
FABRICATION - 100% POLYESTER OPEN HOLE MESH, 125GSM
STITCH COUNT PER CM: 45 STITCHES IN HORIZONTAL, 65 STITCHES IN VERTICAL
HANGING, HANGER CODE 6010B

| CONTRACT NO. | B2WH4 | REFERENCE NO. | 804 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | BS9EK79211BB | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647 |
| FACTORY NO. | 052967 | | |

ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.   EGALEAPP1217ALE

| KMART | B2WH4 | OH MSH SHORT PACIF/PACIFIC | 500 CARTONS | 500 AST | 20.940 USD AST | 10,470.00 USD |
|---|---|---|---|---|---|---|

ITEM: 790016313280
MADE IN: EGYPT
CONTENTS: 1 ASSORTMENT

STYLE: BS9EK79211BB   6 GARMENTS PER ASSORTMENT   FOB $3.49/GARMENT
DESCRIPTION: BOYS KNITTED OPEN HOLE MESH SHORT
FLAT DRAWCORD AT INTERIOR WAISTBAND WITH TURN OVER EDGE AND STITCHED.
INCLOSED ELASTIC AT WAISTBAND, EMBROIDERY LOGO,
POCKETS AT BOTH SIDESEAM, NO FLY, LINED.
FABRICATION - 100% POLYESTER OPEN HOLE MESH, 125GSM
STITCH COUNT PER CM: 45 STITCHES IN HORIZONTAL, 65 STITCHES IN VERTICAL
HANGING, HANGER CODE 6010B

| CONTRACT NO. | B2WH4 | REFERENCE NO. | 804 |
|---|---|---|---|
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | BS9EK79211BB | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647 |
| FACTORY NO. | 052967 | | |

01/02/19



## COMMERCIAL INVOICE

Page 2 of 5
DATE: January 27, 2019
INVOICE NO.: 201924947930

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Egypt

ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.    EGALEAPP1217ALE

---

| KMART | B2WH4 | OH MSH SHORT BOSSA BOSSA NOVA | 359 CARTONS | 359 AST | 20.940 USD AST | 7,517.46 USD |
|---|---|---|---|---|---|---|
| ITEM: | 790016337792 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE: BS9EK79211BB   6 GARMENTS PER ASSORTMENT   FOB $3.49/GARMENT
DESCRIPTION: BOYS KNITTED OPEN HOLE MESH SHORT
FLAT DRAWCORD AT INTERIOR WAISTBAND WITH TURN OVER EDGE AND STITCHED.
INCLOSED ELASTIC AT WAISTBAND, EMBROIDERY LOGO,
POCKETS AT BOTH SIDESEAM, NO FLY, LINED.
FABRICATION - 100% POLYESTER OPEN HOLE MESH, 125GSM
STITCH COUNT PER CM: 45 STITCHES IN HORIZONTAL, 65 STITCHES IN VERTICAL
HANGING, HANGER CODE 6010B

| | | | | |
|---|---|---|---|---|
| CONTRACT NO. | B2WH4 | REFERENCE NO. | 804 | |
| DC CODE | PCD | DEPARTMENT NO. | 049 | |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 | |
| VENDOR ITEM CODE | BS9EK79211BB | COUNTRY OF ORIGIN | EGYPT | |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647 | |

FACTORY NO.    052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.    EGALEAPP1217ALE

---

| KMART | B2WH4 | OH MSH SHORT BOSSA BOSSA NOVA | 874 CARTONS | 874 AST | 20.940 USD AST | 18,301.56 USD |
|---|---|---|---|---|---|---|
| ITEM: | 790016337917 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE: BS9EK79211BB   6 GARMENTS PER ASSORTMENT   FOB $3.49/GARMENT
DESCRIPTION: BOYS KNITTED OPEN HOLE MESH SHORT
FLAT DRAWCORD AT INTERIOR WAISTBAND WITH TURN OVER EDGE AND STITCHED.
INCLOSED ELASTIC AT WAISTBAND, EMBROIDERY LOGO,
POCKETS AT BOTH SIDESEAM, NO FLY, LINED.
FABRICATION - 100% POLYESTER OPEN HOLE MESH, 125GSM
STITCH COUNT PER CM: 45 STITCHES IN HORIZONTAL, 65 STITCHES IN VERTICAL
HANGING, HANGER CODE 6010B

# COMMERCIAL INVOICE

Page 3 of 5
DATE: January 27, 2019
INVOICE NO.: 201924947930

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Egypt

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2WH4 | REFERENCE NO. | 804 |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | BS9EK79211BB | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647 |
| FACTORY NO. | 052967 | | |

ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.    EGALEAPP1217ALE

| KMART | B2WH4 | OH MSH SHORT SURF SURF THE WEB | 658 CARTONS | 658 AST | 20.940 USD AST | 13,778.52 USD |
|---|---|---|---|---|---|---|
| ITEM: | 790016347304 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE: BS9EK79211BB   6 GARMENTS PER ASSORTMENT   FOB $3.49/GARMENT
DESCRIPTION: BOYS KNITTED OPEN HOLE MESH SHORT
FLAT DRAWCORD AT INTERIOR WAISTBAND WITH TURN OVER EDGE AND STITCHED.
INCLOSED ELASTIC AT WAISTBAND, EMBROIDERY LOGO,
POCKETS AT BOTH SIDESEAM, NO FLY, LINED.
FABRICATION - 100% POLYESTER OPEN HOLE MESH, 125GSM
STITCH COUNT PER CM: 45 STITCHES IN HORIZONTAL, 65 STITCHES IN VERTICAL
HANGING, HANGER CODE 6010B

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2WH4 | REFERENCE NO. | 804 |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | BS9EK79211BB | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647 |
| FACTORY NO. | 052967 | | |

ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.    EGALEAPP1217ALE

| KMART | B2WH4 | OH MSH SHORT SURF SURF THE WEB | 271 CARTONS | 271 AST | 20.940 USD AST | 5,674.74 USD |
|---|---|---|---|---|---|---|
| ITEM: | 790016347650 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE: BS9EK79211BB   6 GARMENTS PER ASSORTMENT   FOB $3.49/GARMENT
DESCRIPTION: BOYS KNITTED OPEN HOLE MESH SHORT
FLAT DRAWCORD AT INTERIOR WAISTBAND WITH TURN OVER EDGE AND STITCHED.
INCLOSED ELASTIC AT WAISTBAND, EMBROIDERY LOGO,
POCKETS AT BOTH SIDESEAM, NO FLY, LINED.
FABRICATION - 100% POLYESTER OPEN HOLE MESH, 125GSM

# COMMERCIAL INVOICE

Page 4 of 5
DATE: January 27, 2019
INVOICE NO.: 201924947930

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO: KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA

FOB Egypt

STITCH COUNT PER CM: 45 STITCHES IN HORIZONTAL, 65 STITCHES IN VERTICAL
HANGING, HANGER CODE 6010B

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2WH4 | REFERENCE NO. | 804 |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | BS9EK79211BB | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647 |

FACTORY NO.    052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.    EGALEAPP1217ALE

| KMART | B2WH4 | OH MSH SHORT QUIET QUIET SHADE | 474 CARTONS | 474 AST | 20.940 USD AST | 9,925.56 USD |
|---|---|---|---|---|---|---|
| ITEM: | 790016348518 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE: BS9EK79211BB   6 GARMENTS PER ASSORTMENT   FOB $3.49/GARMENT
DESCRIPTION: BOYS KNITTED OPEN HOLE MESH SHORT
FLAT DRAWCORD AT INTERIOR WAISTBAND WITH TURN OVER EDGE AND STITCHED.
INCLOSED ELASTIC AT WAISTBAND, EMBROIDERY LOGO,
POCKETS AT BOTH SIDESEAM, NO FLY, LINED.
FABRICATION - 100% POLYESTER OPEN HOLE MESH, 125GSM
STITCH COUNT PER CM: 45 STITCHES IN HORIZONTAL, 65 STITCHES IN VERTICAL
HANGING, HANGER CODE 6010B

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2WH4 | REFERENCE NO. | 804 |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | BS9EK79211BB | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647 |

FACTORY NO.    052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.    EGALEAPP1217ALE

| KMART | B2WH4 | OH MSH SHORT QUIET QUIET SHADE | 1,126 CARTONS | 1,126 AST | 20.940 USD AST | 23,578.44 USD |
|---|---|---|---|---|---|---|
| ITEM: | 790094167145 | | | | | |
| MADE IN | EGYPT | | | | | |
| CONTENTS | 1 ASSORTMENT | | | | | |

STYLE: BS9EK79211BB   6 GARMENTS PER ASSORTMENT   FOB $3.49/GARMENT

## COMMERCIAL INVOICE

Page 5 of 5
DATE: January 27, 2019
INVOICE NO.: 201924947930

4312
ALPINE CREATIONS LTD
PLOT NO WT-10 PO BOX 17006
JEBEL ALI FREE ZONE
DUBAI
United Arab Emirates

TO:
KMART CORPORATION
3333 Beverly Road
Hoffman Estates, IL 60179
US

SHIPPED FROM: Damietta, Egypt
MODE OF TRANSPORTATION: Ocean

SHIPPED TO: Chambersburg, PA
FOB Egypt

DESCRIPTION: BOYS KNITTED OPEN HOLE MESH SHORT
FLAT DRAWCORD AT INTERIOR WAISTBAND WITH TURN OVER EDGE AND STITCHED.
INCLOSED ELASTIC AT WAISTBAND, EMBROIDERY LOGO,
POCKETS AT BOTH SIDESEAM, NO FLY, LINED.
FABRICATION - 100% POLYESTER OPEN HOLE MESH, 125GSM
STITCH COUNT PER CM: 45 STITCHES IN HORIZONTAL, 65 STITCHES IN VERTICAL
HANGING, HANGER CODE 6010B

| | | | |
|---|---|---|---|
| CONTRACT NO. | B2WH4 | REFERENCE NO. | 804 |
| DC CODE | PCD | DEPARTMENT NO. | 049 |
| DIVISION NO. | Division 4 | VENDOR NO. | 4312 |
| VENDOR ITEM CODE | BS9EK79211BB | COUNTRY OF ORIGIN | EGYPT |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 647 |

FACTORY NO.      052967
ALEX APPARELS
STREET NO. 12-17
PLOT NO.210- AMRYA PUBLIC FREE ZONE
ALEXANDRIA
Egypt
FTY MID NO.      EGALEAPP1217ALE

PAYMENT TERM      Open Acct
ORDER PAYMENT TERMS
DRAWN UNDER      OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| TOTAL INVOICE | 4,629 | 4,629 | ASSORTMENTS | 96,931.26 USD |

TOTAL US DOLLARS NINETY-SIX THOUSAND NINE HUNDRED THIRTY-ONE DOLLARS AND TWENTY-SIX CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.
The merchandise covered by this invoice was produced in the Egyptian qualified industrial zone
Own quota, no quota charges are included in FOB price of goods.

ALPINE CREATIONS LTD
EMPLOYEE NAME      EIHAB ELHOFY - EG67538
EMPLOYEE TITLE      SHIPMENT MADE PURSUANT TO APPROVED DIP BUDGET

الباين كريشنز المحدودة
ALPINE CREATIONS LTD.
P.O. Box: 17006
PLOT NO WT - 10
JEBEL ALI, DUBAI - U.A.E.