WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ray C. Schrock, P.C.
Jacqueline Marcus
Garrett A. Fail
Sunny Singh

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                      :

**In re**                 :         **Chapter 11**
                      :

**SEARS HOLDINGS CORPORATION,** *et al.,*  :      **Case No. 18-23538 (RDD)**
                      :

**Debtors.**[1]          :       **(Jointly Administered)**
                      :

---------------------------------------------------------------x

## NOTICE OF FILING OF PLAN SUPPLEMENT IN CONNECTION WITH MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF SEARS HOLDINGS CORPORATION AND ITS AFFILIATED DEBTORS

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); SR – Rover de Puerto Rico, LLC (f/k/a Sears, Roebuck de Puerto Rico, Inc.) (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**PLEASE TAKE NOTICE** that on October 15, 2018 and continuing thereafter, Sears and its debtor affiliates (collectively, the "**Debtors**"), each commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that on June 28, 2019, the Debtors filed the *Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors* (ECF No. 4389) (as modified by the *Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors* (ECF No. 4476)) and related disclosure statement (ECF No. 4390) (as modified by the *Disclosure Statement for the Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and its Affiliated Debtors* (ECF No. 4478)) (the "**Disclosure Statement**"). By order dated June 28, 2019 (ECF No. 4392), the Court approved the adequacy of the information contained in the Disclosure Statement, and the Debtors commenced solicitation of the Plan (as defined below) shortly thereafter.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Plan, the Debtors hereby file this Plan Supplement consisting of the following documents:

| | |
|---|---|
| **Exhibit A** | Schedule of Individuals or Entities Not Considered "Released Parties" or "Related Parties" Under the Plan |
| **Exhibit C** | Schedule of Assumed Executory Contracts and Unexpired Leases |
| **Exhibit D** | Toggle Plan Intercompany Loan Interest Rate |
| **Exhibit E** | Liquidating Trustee |
| **Exhibit F** | Primary Trust Litigation Counsel |

**PLEASE TAKE FURTHER NOTICE that the documents, schedules, and other information contained in this Plan Supplement are integral to and part of the Plan.**

WEIL:\97134346\1\73217.0004

**PLEASE TAKE FURTHER NOTICE** that the documents contained in this Plan Supplement remain subject to (a) further review, negotiation, and modification, and (b) final documentation in a manner consistent with the Plan.  The Debtors, in accordance with the Plan, reserve the right to amend, modify, or supplement this Plan Supplement through the Effective Date, and any of the schedules, exhibits, and designations contained herein.

**PLEASE TAKE FURTHER NOTICE** that the Plan Supplement can be viewed and obtained (a) by accessing the Court's website at www.nysb.uscourts.gov or (b) from the Debtors' claims and noticing agent, Prime Clerk, LLC ("**Prime Clerk**").  In addition, a copy of the Plan Supplement will be provided on request free of charge by contacting Prime Clerk by calling (844) 384-4460 (domestic toll-free) or (929) 955-2419 (international) or emailing https://restructuring.primeclerk.com/sears. Note that a PACER password is needed to access documents on the Court's website.

Dated: July 26, 2019
    New York, New York

       /s/   Sunny Singh_____
       WEIL, GOTSHAL & MANGES LLP
       767 Fifth Avenue
       New York, New York  10153
       Telephone:  (212) 310-8000
       Facsimile:  (212) 310-8007
       Ray C. Schrock, P.C.
       Jacqueline Marcus
       Garrett A. Fail
       Sunny Singh

       *Attorneys for Debtors*
       *and Debtors in Possession*

WEIL:\97134346\1\73217.0004

**Exhibit A**

**SCHEDULE OF INDIVIDUALS OR ENTITIES NOT CONSIDERED
"RELEASED PARTIES" OR "RELATED PARTIES" UNDER THE PLAN**

The following individuals and entities have been identified by the Primary Trust Litigation Counsel as individuals and entities which may be named as defendants to one or more estate Causes of Action owned by, or for the benefit of, the Debtors or their Estates.

Certain of such Causes of Action have already been set forth in the adversary proceeding filed by the Debtors, Case No. 19-AP-08250 (RDD) (the "**Adversary Proceeding**"), and the Primary Trust Litigation Counsel anticipates that the Liquidating Trust will plead additional Causes of Action and name additional defendants in an amended complaint following its formation. The below list of potential defendants may be amended or supplemented in advance of the Effective Date, subject to the agreement of the Debtors and the Creditors' Committee and in consultation with the prospective members of the Liquidating Trust Board or as otherwise determined by the Bankruptcy Court.

| | **Name of Individual or Entity** |
|---|---|
| 1 | All defendants presently named in the Adversary Proceeding |
| 2 | Benefit Street 2018, LLC |
| 3 | Canary SC Master Fund, L.P. |
| 4 | Cascade Investments, LLC |
| 5 | Crescent 1, L.P. |
| 6 | CRS Master Fund, L.P. |
| 7 | Cushman & Wakefield, Inc. |
| 8 | Cyrus 1740 Master Funds, L.P. |
| 9 | Cyrus Capital Partners, L.P. |
| 10 | Cyrus Opportunities Master Fund II, Ltd. |
| 11 | Cyrus Select Opportunities Master Fund, L.P. |
| 12 | Cyrus Special Strategies Master Fund, L.P. |
| 13 | Paul G. DePodesta |
| 14 | Duff & Phelps LLC |
| 15 | Scott Huckins |

| 16 | William Hutchinson |
|----|--------------------|
| 17 | Joseph Jordan |
| 18 | Jennifer Joye |
| 19 | William C. Kunkler |
| 20 | Lawrence Meerschaert |
| 21 | Leena Munjal |
| 22 | Robert Phelan |
| 23 | Jodie Quinn |
| 24 | Ann N. Reese |
| 25 | Robert Riecker |
| 26 | Dave Rodney |
| 27 | Robert Schriesheim |
| 28 | Karen Smathers |
| 29 | Luke Valentino |
| 30 | Paris Wells |
| 31 | To be identified Sears Holdings Corp. shareholders who participated in the Lands' End Spin-off |
| 32 | To be identified Sears Holdings Corp. shareholders who participated in the Seritage Rights Offering |

2

## Exhibit B

## LIQUIDATING TRUST AGREEMENT

## [To Come.]

WEIL:\97134346\1\73217.0004

**Exhibit C**

## SCHEDULE OF ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| # | Debtor Counterparty(s) | Counterparty Name | Contract Title | Contract Type | Contract Number | Cure Amount |
|---|---|---|---|---|---|---|
| 1 | SEARS HOLDINGS CORPORATION | ACE AMERICAN INSURANCE COMPANY | EXCESS WORKERS' COMPENSATION | INSURANCE POLICY AGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | WCU C65226273 | Counterparty asserts Cure Amount exceeds $0 (see Cure Objection at ECF No. 1900) |
| 2 | SEARS HOLDINGS CORPORATION | ACE AMERICAN INSURANCE COMPANY | WORKERS' COMPENSATION | INSURANCE POLICY AGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | WLR C65226236 | Counterparty asserts Cure Amount exceeds $0 (see Cure Objection at ECF No. 1900) |
| 3 | SEARS HOLDINGS CORPORATION | ACE FIRE UNDERWRITERS INSURANCE COMPANY | WORKERS' COMPENSATION | INSURANCE POLICY AGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | SCF C65226315 | Counterparty asserts Cure Amount exceeds $0 (see Cure Objection at ECF No. 1900) |
| 4 | SEARS HOLDINGS CORPORATION | ACE PROPERTY AND CASUALTY INSURANCE COMPANY | LEAD UMBRELLA | INSURANCE POLICY AGREEMENT | XOO G28144799 003 | Counterparty asserts Cure Amount exceeds $0 (see Cure Objection at ECF No. 1900) |
| 5 | SEARS HOLDINGS CORPORATION | FEDERAL INSURANCE COMPANY | COMPREHENSIVE CRIME | INSURANCE POLICY AGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | 82472277 | $0 |
| 6 | KMART CORPORATION; SEARS HOLDINGS CORPORATION | ACE AMERICAN INSURANCE COMPANY | GENERAL LIABILITY - MAHOPAC | INSURANCE POLICY AGREEMENT. LISTED THE MULTIPLE ENTITIES IN CONTRACT. | CGO G71097778 | Counterparty asserts Cure Amount exceeds $0 (see Cure Objection at ECF No. 1900) |
| 7 | SEARS HOLDINGS CORPORATION | ACE AMERICAN INSURANCE COMPANY | GENERAL LIABILITY | INSURANCE POLICY AGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | HDO G71097614 | Counterparty asserts Cure Amount exceeds $0 (see Cure Objection at ECF No. 1900) |
| 8 | SEARS HOLDINGS CORPORATION | ACE AMERICAN INSURANCE COMPANY | GENERAL LIABILITY - SIMON | INSURANCE POLICY AGREEMENT | HDO G71097651 | Counterparty asserts Cure Amount exceeds $0 (see Cure Objection at ECF No. 1900) |

| # | Debtor Counterparty(s) | Counterparty Name | Contract Title | Contract Type | Contract Number | Cure Amount |
|---|---|---|---|---|---|---|
| 9 | SEARS HOLDINGS CORPORATION | ACE AMERICAN INSURANCE COMPANY | GENERAL LIABILITY - MACERICH | INSURANCE POLICY AGREEMENT | HDO G71097699 | Counterparty asserts Cure Amount exceeds $0 (see Cure Objection at ECF No. 1900) |
| 10 | SEARS HOLDINGS CORPORATION | ACE AMERICAN INSURANCE COMPANY | GENERAL LIABILITY - GGP | INSURANCE POLICY AGREEMENT | HDO G71097730 | Counterparty asserts Cure Amount exceeds $0 (see Cure Objection at ECF No. 1900) |
| 11 | SEARS HOLDINGS CORPORATION | ACE AMERICAN INSURANCE COMPANY | AUTO LIABILITY - NON-PPT | INSURANCE POLICY AGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | ISA H25159871 | Counterparty asserts Cure Amount exceeds $0 (see Cure Objection at ECF No. 1900) |
| 12 | SEARS HOLDINGS CORPORATION | ACE AMERICAN INSURANCE COMPANY | AUTO LIABILITY - NH | INSURANCE POLICY AGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | ISA H25159883 | Counterparty asserts Cure Amount exceeds $0 (see Cure Objection at ECF No. 1900) |
| 13 | SEARS HOLDINGS CORPORATION | ACE AMERICAN INSURANCE COMPANY | AUTO LIABILITY - PPT | INSURANCE POLICY AGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | ISA H25159895 | Counterparty asserts Cure Amount exceeds $0 (see Cure Objection at ECF No. 1900) |
| 14 | SEARS HOLDINGS CORPORATION | ACE AMERICAN INSURANCE COMPANY | CONTRACT OF INSURANCE | PROPERTY POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | RLOD3739824A011 | Counterparty asserts Cure Amount exceeds $0 (see Cure Objection at ECF No. 1900) |
| 15 | INNOVEL SOLUTIONS, INC. | ACE FIRE UNDERWRITERS INSURANCE COMPANY | PROFESSIONAL - INNOVEL | INSURANCE POLICY AGREEMENT | G2823708A 002 | $0 |
| 16 | SEARS HOLDINGS CORPORATION | AIG | WORKERS COMPENSATION INSURANCE POLICY | INSURANCE POLICY AGREEMENT. LISTED THE MULTIPLE ENTITIES IN CONTRACT. | DBP1271076 | $0 |
| 17 | SEARS HOLDINGS CORPORATION | AIG | AUTO LIABILITY INSURANCE POLICY | INSURANCE POLICY AGREEMENT. LISTED THE MULTIPLE ENTITIES IN CONTRACT. | UNASSIGNED | $0 |

2

| # | Debtor Counterparty(s) | Counterparty Name | Contract Title | Contract Type | Contract Number | Cure Amount |
|---|---|---|---|---|---|---|
| 18 | SEARS HOLDINGS CORPORATION | AIG | GENERAL LIABILITY INSURANCE POLICY | INSURANCE POLICY AGREEMENT. LISTED THE MULTIPLE ENTITIES IN CONTRACT. | UNASSIGNED | $0 |
| 19 | SEARS HOLDINGS CORPORATION | AIG EUROPE LIMITED | CONTRACT OF INSURANCE | PROPERTY POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | PTNAM1802875 | $0 |
| 20 | SEARS HOLDINGS CORPORATION | ALLIED WORLD ASSURANCE COMPANY | CONTRACT OF INSURANCE | PROPERTY POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | P003839/015 | $0 |
| 21 | SEARS HOLDINGS CORPORATION | ALLIED WORLD ASSURANCE COMPANY | CONTRACT OF INSURANCE | PROPERTY POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | P043866/001 | $0 |
| 22 | SEARS HOLDINGS CORPORATION | ARGO RE LTD. | 9TH EXCESS DIRECTORS & OFFICERS LIABILITY | INSURANCE POLICY AGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | ARGO-ASIDE-17-001041.1 | $0 |
| 23 | SEARS HOLDINGS CORPORATION | ASPEN SPECIALTY INSURANCE COMPANY | CONTRACT OF INSURANCE | PROPERTY POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | PXAA52818 | $0 |
| 24 | SEARS HOLDINGS CORPORATION | AXA INSURANCE COMPANY | FINE ARTS FLOATER - THE UNIVERSE | INSURANCE POLICY AGREEMENT | 01-334-12-17-00034 | $0 |
| 25 | SEARS HOLDINGS CORPORATION | AXIS INSURANCE COMPANY | 8TH EXCESS DIRECTORS & OFFICERS LIABILITY | INSURANCE POLICY AGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | MCN738227/01/2017 | $0 |
| 26 | SEARS HOLDINGS CORPORATION | AXIS INSURANCE COMPANY | COMPREHENSIVE CRIME | INSURANCE POLICY AGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | MCN793165012018 | $0 |

3

WEIL:\97134346\1\73217.0004

| # | Debtor Counterparty(s) | Counterparty Name | Contract Title | Contract Type | Contract Number | Cure Amount |
|---|---|---|---|---|---|---|
| 27 | SEARS HOLDINGS CORPORATION | BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | EXCESS LIABILITY | INSURANCE POLICY AGREEMENT | 47-XSF-302809-03 | $0 |
| 28 | SEARS HOLDINGS CORPORATION | BUNKER HILL INTERNATIONAL INSURANCE BERMUDA | PUNITIVE DAMAGES | INSURANCE POLICY AGREEMENT | 748901 | $0 |
| 29 | SEARS HOLDINGS CORPORATION | CHUBB BERMUDA INSURANCE LTD. | EXCESS LIABILITY | INSURANCE POLICY AGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | SHLD-0221/BSF03 | $0 |
| 30 | SEARS HOLDINGS CORPORATION | CHUBB BERMUDA INSURANCE LTD. | PUNITIVE DAMAGES | INSURANCE POLICY AGREEMENT | SHLD-PD/18 | $0 |
| 31 | SEARS HOLDINGS CORPORATION | CONTINENTAL CASUALTY COMPANY | 5TH EXCESS DIRECTORS & OFFICERS LIABILITY | INSURANCE POLICY AGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | 596686796 | $0 |
| 32 | SEARS HOLDINGS CORPORATION | CRUM & FORSTER | CONTRACT OF INSURANCE | PROPERTY POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | PPP-910258 | $0 |
| 33 | SEARS HOLDINGS CORPORATION | ENDURANCE WORLDWIDE INSURANCE LTD. | CONTRACT OF INSURANCE | PROPERTY POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | PTNAM1802912 | $0 |
| 34 | SEARS HOLDINGS CORPORATION | EVEREST NATIONAL INSURANCE COMPANY | EXCESS LIABILITY | INSURANCE POLICY AGREEMENT | XC5EX00224-181 | $0 |
| 35 | SEARS HOLDINGS CORPORATION | GREAT LAKES INSURANCE SE | CONTRACT OF INSURANCE | PROPERTY POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | PTNAM1802903 | $0 |
| 36 | SEARS HOLDINGS CORPORATION | HAMILTON RE, LTD. | CONTRACT OF INSURANCE | PROPERTY POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | PX18-4217-01 | $0 |

4

| # | Debtor Counterparty(s) | Counterparty Name | Contract Title | Contract Type | Contract Number | Cure Amount |
|---|---|---|---|---|---|---|
| 37 | SEARS HOLDINGS CORPORATION | HDI GLOBAL INSURANCE COMPANY | CONTRACT OF INSURANCE | PROPERTY POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | XPD1488701 | $0 |
| 38 | SEARS HOLDINGS CORPORATION | HISCOX $2M / ACT $3M | 4TH EXCESS DIRECTORS & OFFICERS LIABILITY | INSURANCE POLICY AGREEMENT | FSUSC1802479 | $0 |
| 39 | SEARS HOLDINGS CORPORATION | HISCOX INSURANCE COMPANY INC. | KIDNAP AND RANSOM | INSURANCE POLICY AGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | UKA3001668.16 | $0 |
| 40 | SEARS HOLDINGS CORPORATION | HUDSON SPECIALTY INSURANCE COMPANY | CONTRACT OF INSURANCE | PROPERTY POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | HCS102360 | $0 |
| 41 | SEARS HOLDINGS CORPORATION | ILLINOIS NATIONAL INSURANCE CO. | GENERAL LIABILITY INSURANCE POLICY | INSURANCE POLICY AGREEMENT | GL5425886 | $0 |
| 42 | SEARS HOLDINGS CORPORATION | ILLINOIS NATIONAL INSURANCE CO. | GENERAL LIABILITY INSURANCE POLICY | INSURANCE POLICY AGREEMENT | GL5425887 | $0 |
| 43 | SEARS HOLDINGS CORPORATION | ILLINOIS NATIONAL INSURANCE CO. | GENERAL LIABILITY INSURANCE POLICY | INSURANCE POLICY AGREEMENT | GL8425888 | $0 |
| 44 | SEARS HOLDINGS CORPORATION | ILLINOIS NATIONAL INSURANCE COMPANY (AIG) | 14TH EXCESS DIRECTORS & OFFICERS LIABILITY | INSURANCE POLICY AGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | 01-423-04-29 | $0 |
| 45 | SEARS HOLDINGS CORPORATION | ILLINOIS NATIONAL INSURANCE COMPANY (AIG) | 4TH EXCESS DIRECTORS & OFFICERS LIABILITY | INSURANCE POLICY AGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | 01-423-10-78 | $0 |
| 46 | SEARS HOLDINGS CORPORATION | ILLINOIS UNION INSURANCE COMPANY (ACE) | POLLUTION LEGAL LIABILITY | INSURANCE POLICY AGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | PPLG24882688 001 | $0 |
| 47 | SEARS HOLDINGS CORPORATION | IRONSHORE SPECIALTY INSURANCE COMPANY | CONTRACT OF INSURANCE | PROPERTY POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | 000423109 | $0 |

WEIL:\97134346\1\73217.0004

| # | Debtor Counterparty(s) | Counterparty Name | Contract Title | Contract Type | Contract Number | Cure Amount |
|---|---|---|---|---|---|---|
| 48 | SEARS HOLDINGS CORPORATION | LIBERTY MUTUAL FIRE INSURANCE COMPANY | CONTRACT OF INSURANCE | PROPERTY POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | MJ2L9L426774038 | $0 |
| 49 | SEARS HOLDINGS CORPORATION | LLOYD'S OF LONDON (AIG 80% / ACT 20%) | 11TH EXCESS DIRECTORS & OFFICERS LIABILITY | INSURANCE POLICY AGREEMENT | FSUSC1801090 | $0 |
| 50 | SEARS HOLDINGS CORPORATION | LLOYD'S OF LONDON (BEAZLEY 37.5% / ASPEN 15% / ACT 20% / STARTPOINT 12.5% / AIG 15% (UK)) | 10TH EXCESS DIRECTORS & OFFICERS LIABILITY | INSURANCE POLICY AGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | FSUSC1801088 | $0 |
| 51 | SEARS HOLDINGS CORPORATION | LLOYD'S OF LONDON (BEAZLEY) | 1ST EXCESS DIRECTORS & OFFICERS LIABILITY | INSURANCE POLICY AGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | FSUSC1800413 | $0 |
| 52 | SEARS HOLDINGS CORPORATION | LLOYD'S OF LONDON (HISCOX 50% / AIG 30% / ACT 20% (UK)) | 7TH EXCESS DIRECTORS & OFFICERS LIABILITY | INSURANCE POLICY AGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | FSUSC1800971 | $0 |
| 53 | SEARS HOLDINGS CORPORATION | LLOYD'S OF LONDON (STARTPOINT 50% / ASPEN 30% / ACT 20% (UK)) | 6TH EXCESS DIRECTORS & OFFICERS LIABILITY | INSURANCE POLICY AGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | FSUSC1800410 | $0 |
| 54 | SEARS HOLDINGS CORPORATION | LLOYD'S SYNDICATE NO. 1183 (TAL, BRT) | CONTRACT OF INSURANCE | PROPERTY POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | PTNAM1802913 | $0 |
| 55 | SEARS HOLDINGS CORPORATION | LLOYD'S SYNDICATE NO. 1414 (ASC) | CONTRACT OF INSURANCE | PROPERTY POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | PTNAM1802914 | $0 |
| 56 | SEARS HOLDINGS CORPORATION | LLOYD'S SYNDICATE NO. 1955 (BARBICAN) | CONTRACT OF INSURANCE | PROPERTY POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | 042768061808 | $0 |

6

| # | Debtor Counterparty(s) | Counterparty Name | Contract Title | Contract Type | Contract Number | Cure Amount |
|---|---|---|---|---|---|---|
| 57 | SEARS HOLDINGS CORPORATION | LLOYD'S SYNDICATE NO. 1955 (BARBICAN) | CONTRACT OF INSURANCE | PROPERTY POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | 042768061812 | $0 |
| 58 | SEARS HOLDINGS CORPORATION | LLOYD'S SYNDICATE NO. 1955 (BARBICAN) | CONTRACT OF INSURANCE | BUYER | 42768061808 | $0 |
| 59 | SEARS HOLDINGS CORPORATION | LLOYD'S SYNDICATE NO. 1955 (BARBICAN) | CONTRACT OF INSURANCE | BUYER | 42768061812 | $0 |
| 60 | SEARS HOLDINGS CORPORATION | LLOYD'S SYNDICATE NO. 1955 (BARBICAN) | CONTRACT OF INSURANCE | PROPERTY POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | XPP926068011 | $0 |
| 61 | SEARS HOLDINGS CORPORATION | LLOYD'S SYNDICATE NO. 2468 (NEON) | CONTRACT OF INSURANCE | PROPERTY POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | BNPD18AA158Z | $0 |
| 62 | SEARS HOLDINGS CORPORATION | LLOYD'S SYNDICATE NO. 318 (MSP) | CONTRACT OF INSURANCE | PROPERTY POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | PTNAM1801122 | $0 |
| 63 | SEARS HOLDINGS CORPORATION | MAGNA CARTA INSURANCE LIMITED | PUNITIVE DAMAGES | INSURANCE POLICY AGREEMENT | MCEV204734 | $0 |
| 64 | SEARS HOLDINGS CORPORATION | MARKEL BERMUDA LTD. | CONTRACT OF INSURANCE | PROPERTY POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | 1374862-9606-PRMAN-2018 | $0 |
| 65 | SEARS HOLDINGS CORPORATION | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | AUTO LIABILITY INSURANCE POLICY | INSURANCE POLICY AGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | CA97667458 | $0 |
| 66 | KMART CORPORATION; SEARS HOLDINGS CORPORATION | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | AUTO LIABILITY INSURANCE POLICY | INSURANCE POLICY AGREEMENT. LISTED THE MULTIPLE ENTITIES IN CONTRACT. | CA9767459 | $0 |

WEIL:\97134346\1\73217.0004

| # | Debtor Counterparty(s) | Counterparty Name | Contract Title | Contract Type | Contract Number | Cure Amount |
|---|---|---|---|---|---|---|
| 67 | SEARS HOLDINGS CORPORATION | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | GENERAL LIABILITY INSURANCE POLICY | INSURANCE POLICY AGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | GL5425885 | $0 |
| 68 | SEARS HOLDINGS CORPORATION | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | GENERAL LIABILITY INSURANCE POLICY | INSURANCE POLICY AGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | GL8425889 | $0 |
| 69 | SEARS HOLDINGS CORPORATION | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | WORKERS COMPENSATION INSURANCE POLICY | INSURANCE POLICY AGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | WC5565590 | $0 |
| 70 | SEARS HOLDINGS CORPORATION | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | WORKERS COMPENSATION INSURANCE POLICY | INSURANCE POLICY AGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | WC5565591 | $0 |
| 71 | SEARS HOLDINGS CORPORATION | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | WORKERS COMPENSATION INSURANCE POLICY | INSURANCE POLICY AGREEMENT. LISTED THE MULTIPLE ENTITIES IN CONTRACT. | WC5565592 | $0 |
| 72 | SEARS HOLDINGS CORPORATION | NEW HAMPSHIRE INSURANCE CO | WORKERS COMPENSATION INSURANCE POLICY | INSURANCE POLICY AGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | 012717073 | $0 |
| 73 | SEARS HOLDINGS CORPORATION | NORTH AMERICAN SPECIALTY INSURANCE COMPANY | 3RD EXCESS DIRECTORS & OFFICERS LIABILITY | INSURANCE POLICY AGREEMENT | DAX 2000102 00 | $0 |
| 74 | SEARS HOLDINGS CORPORATION | OLD REPUBLIC INSURANCE COMPANY | 13TH EXCESS DIRECTORS & OFFICERS LIABILITY | INSURANCE POLICY AGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | ORPRO 39488 | $0 |
| 75 | SEARS HOLDINGS CORPORATION | PARTNERRE IRELAND INSURANCE DA | CONTRACT OF INSURANCE | PROPERTY POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | PTNAM1802911 | $0 |

WEIL:\97134346\1\73217.0004

| # | Debtor Counterparty(s) | Counterparty Name | Contract Title | Contract Type | Contract Number | Cure Amount |
|---|---|---|---|---|---|---|
| 76 | SEARS HOLDINGS CORPORATION | STARR INDEMNITY & LIABILITY COMPANY | CONTRACT OF INSURANCE | PROPERTY POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | MASICNY0264US18 | $0 |
| 77 | SEARS HOLDINGS CORPORATION | STARR SURPLUS LINES INSURANCE COMPANY | CONTRACT OF INSURANCE | PROPERTY POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | SLSTPTY11075718 | $0 |
| 78 | SEARS HOLDINGS CORPORATION | STARR SURPLUS LINES INSURANCE COMPANY | CONTRACT OF INSURANCE | PROPERTY POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | SLSTPTY11075718 | $0 |
| 79 | SEARS HOLDINGS CORPORATION | STRATFORD INSURANCE COMPANY (VALIDUS) | 12TH EXCESS DIRECTORS & OFFICERS LIABILITY | INSURANCE POLICY AGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | PDX0000018 | $0 |
| 80 | SEARS HOLDINGS CORPORATION | TOKIO MARINE AMERICA INSURANCE COMPANY | CONTRACT OF INSURANCE | PROPERTY POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | LCP648016707 | $0 |
| 81 | SEARS INSURANCE SERVICES, L.L.C. | UNDERWRITERS AT LLOYDS | SEARS INSURANCE SERVICES LLC | INSURANCE POLICY AGREEMENT | MPL1732387.18 | $0 |
| 82 | SERVICELIVE, INC. | UNDERWRITERS AT LLOYDS | CYBER E&O - SERVICELIVE (NEST) | INSURANCE POLICY AGREEMENT | MPL2078696.18 | $0 |
| 83 | SEARS HOLDINGS CORPORATION | WESTPORT INSURANCE CORPORATION | CONTRACT OF INSURANCE | PROPERTY POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | NAP045210506 | $0 |
| 84 | SEARS HOLDINGS CORPORATION | XL BERMUDA LTD. | CONTRACT OF INSURANCE | PROPERTY POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | XL PRP 714637 18 | $0 |
| 85 | SEARS HOLDINGS CORPORATION | XL CATLIN (LLOYDS SYNDICATE 2003) | CONTRACT OF INSURANCE | PROPERTY POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | CMCTR1802826 | $0 |

9

| # | Debtor Counterparty(s) | Counterparty Name | Contract Title | Contract Type | Contract Number | Cure Amount |
|---|---|---|---|---|---|---|
| 86 | SEARS HOLDINGS CORPORATION | XL SPECIALTY INSURANCE COMPANY | LEAD DIRECTORS & OFFICERS LIABILITY | INSURANCE POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | ELU149912-17 | $0 |
| 87 | SEARS HOLDINGS CORPORATION | ZURICH AMERICAN INSURANCE COMPANY | CONTRACT OF INSURANCE | PROPERTY POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | XPP926068011 | $0 |
| 88 | SEARS HOLDINGS CORPORATION | ZURICH AMERICAN INSURANCE COMPANY | CONTRACT OF INSURANCE | PROPERTY POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | XPP926068011 | $0 |
| 89 | SEARS HOLDINGS CORPORATION | NATIONAL UNION FIRE INS CO OF PITTSBURGH, PA | BUSINESS TRAVEL ACCIDENT | INSURANCE POLICY AGGREEMENT. APPLIES TO THE DEBTOR'S AFFILIATES | GTP9129594 | $0 |

WEIL:\97134346\1\73217.0004

**Exhibit D**

**TOGGLE PLAN INTERCOMPANY LOAN INTEREST RATE**

Pursuant to Section 1.176 of the Plan, the interest rate payable to lenders of post-Effective Date intercompany loans shall be interest in-kind at 10% per annum.

WEIL:\97134346\1\73217.0004

**Exhibit E**

**LIQUIDATING TRUSTEE**

To the extent a Liquidating Trustee is appointed, pursuant to Section 10.7(a) of the Plan, the Liquidating Trustee shall be selected by the vote of a simple majority of the proposed members of the Liquidating Trust Board; *provided that* the proposed members of the Liquidating Trust Board voting in favor of the Liquidating Trustee must also determine that the selection of the Liquidating Trustee is in the best interests of the Liquidating Trust and Liquidating Trust Beneficiaries; *provided, further, that,* if at least four of the five proposed members of the Liquidating Trust Board do not vote for such Liquidating Trustee, then any opposing member may file an objection to the selection of the Liquidating Trustee with the Bankruptcy Court on the grounds that the selection of such Liquidating Trustee is not in the best interests of the Liquidating Trust and Liquidating Trust Beneficiaries.

**Exhibit F**

**PRIMARY TRUST LITIGATION COUNSEL**

Pursuant to Section 10.7(a) of the Plan, the Liquidating Trust Board, taking into consideration the best interests of the Liquidating Trust and the Liquidating Trust Beneficiaries, has selected **Akin Gump Strauss Hauer & Feld LLP** as the Primary Trust Litigation Counsel.

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036-6745
Telephone: (212) 872-1000
Facsimile: (212) 872 - 1002