COZEN O'CONNOR
*Attorneys for Scents of Worth, Inc.*
Frederick E. Schmidt, Jr.
277 Park Avenue
New York, NY  10172
(212) 883-4900
(646) 588-1552 (fax)
eschmidt@cozen.com

Hearing Date: **August 22, 2019 at 10:00 a.m.**
Objection Deadline: **August 15, 2019 at 4:00 p.m.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF MOTION TO COMPEL PAYMENT OF PROCEEDS OF POST-PETITION SALES OF CONSIGNED GOODS TO SCENTS OF WORTH, INC.**

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") to consider the annexed motion (the "Motion")[2] of Scents of Worth, Inc. ("SOW") seeking entry of an order directing the above-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LL/C (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

LEGAL\42092744\1

captioned debtors and debtors-in-possession (collectively, the "Debtors") to account for all goods consigned to them by SOW and to remit to SOW the net proceeds of consigned goods, will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, Courtroom 118, 300 Quarropas Street, White Plains, New York, 10601 (the "Bankruptcy Court") on **August 22, 2019 at 10:00 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion, if any, must be in writing, and shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Bankruptcy Court, and shall be served in accordance with the *Amended Order Implementing Certain Notice and Case Management Procedures* [ECF # 405] (the "Amended Case Management Order"), and shall be served upon all parties contained in the most current Master Service List (as that term is defined in the Amended Case Management Order) and upon counsel for SOW, Cozen O'Connor, 277 Park Avenue, New York, New York 10172 (Attn.: Frederick E. Schmidt, Jr., Esq.); (, so as to be received no later than **August 15, 2019, at 4:00 p.m. (ET).**

**PLEASE TAKE FURTHER NOTICE** that if an objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

ated:   New York, New York
       July 29, 2019

                                                COZEN O'CONNOR

                                By:   */s/ Frederick E. Schmidt, Jr.*
                                          Frederick E. Schmidt, Jr.
                                          eschmidt@cozen.com
                                          277 Park Avenue
                                          New York, NY  10172
                                          (212) 883-4900

                                          *Attorneys for Scents of Worth, Inc.*