# EXHIBIT "E"

# SCENTS of Worth, Inc

February 14 2014

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Joseph Burt
Director
Wells Fargo Bank, NA
One Boston Place – 18th Floor
Boston, MA 02108

Re:   KMART CORPORATION INCLUDING ITS SUBSIDIARIES AND AFFILIATES NOTIFICATION OF CONSIGNMENT INTEREST AND FILING OF UCC-1 FINANCING STATEMENT

Dear Mr. Burt:

This is to notify you, pursuant to the terms of the Uniform Commercial Code Section 9-324, that from time to time, on or after the date hereof, Scents of Worth, Inc. (the "Consignor") shall deliver certain goods comprised of perfume and fragrance products (collectively, "Fragrance Inventory") on consignment to Kmart Corporation including its subsidiaries and affiliates (collectively, the "Consignees").  The corporate headquarters for the Consignees is located at 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Notice is further given that the Consignor holds and has acquired, or expects to hold or acquire, a consignment interest in such Fragrance Inventory, including the proceeds thereof, which inventory collateral has been or will from time to time hereafter be delivered to and/or located in various stores and retail locations of the Consignees, including, but not limited to those locations set forth on Exhibit B hereto.  A revolving inventory of perfume and fragrance products is expected.

The foregoing consignment interest was created by and is pursuant to consignment agreements, dated August 31, 2000 as amended and January 1, 2014 and entered into by and between Scents of Worth, Inc., as consignor, and Kmart Corporation including its subsidiaries and affiliates as consignees.  In connection with the consignment of the Fragrance Inventory, a UCC-1 Financing

35 Sawgrass Drive – Suite 2, Bellport, New York 11713

Statement was filed on December 20, 2013, File No. 2013179478-4 at the Michigan Department of State, U.C.C. Filing Section. A copy of that UCC-1 Financing Statement is enclosed herewith.

Very truly yours,

*[signature: Michael W. Katz]*

Michael W. Katz
President and CEO