**BURR & FORMAN LLP**
Richard A. Robinson
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
Telephone: (302) 830-2300
Email: rrobinson@burr.com
*Attorneys for California Drive In Theaters, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.,* | Case No. 18-23538 (RDD) |
| **Debtors.** | **(Jointly Administered)** |

---

### NOTICE OF WITHDRAWAL OF CALIFORNIA DRIVE IN THEATERS, INC.'S LIMITED OBJECTION TO DEBTORS' NOTICE OF ASSUMPTION AND ASSIGNMENT OF ADDITIONAL DESIGNATABLE LEASES

**PLEASE TAKE NOTICE** that pursuant to a resolution reached among the applicable parties, California Drive In Theaters, Inc., hereby withdraws its Limited Objection to Debtors' Notice of Assumption and Assignment of Additional Designatable Leases [ECF No. 3575] filed on May 3, 2019.

Dated: July 29, 2019

**BURR & FORMAN LLP**

/s/  Richard A. Robinson
Richard A. Robinson
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
Telephone:  302-397-4852
Facsimile:  205-458-5100
Email: rrobinson@burr.com
*Attorneys for California Drive In Theaters, Inc.*

33887333v1

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2019 a true and correct copy of the foregoing *Notice of Withdrawal of California Drive in Theaters, Inc.'s Limited Objection to Debtors' Notice of Assumption and Assignment of Additional Designatable Leases* was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing though the Court's CM/ECF system.

/s/ *Richard A. Robinson*

33887333v1