# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **SEARS HOLDINGS CORPORATION,** *et al.*, | : | Case No. 18-23538 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| **Debtors.** | : | |

------------------------------------------------------------

## NOTICE OF WITHDRAWAL OF
## MOTION FOR RELIEF FROM STAY

**PLEASE TAKE NOTICE** that Matt L. Bauer, by and through his undersigned counsel, hereby withdraws his *Motion for Relief from Stay* [ECF No. 3177], filed on April 12, 2019, in the above-captioned chapter 11 cases, without prejudice.

Dated: July 30, 2019
         West Des Moines, Iowa

                    By:  */s/  Robert C. Gainer*
                         Robert C. Grainer, Esq.
                         CUTLER LAW FIRM, P.C.
                         1307 50th Street
                         West Des Moines, Iowa 50266
                         Telephone:  (515) 223-6600
                         Facsimile:  (515) 223-6787
                         E-mail:  RGainer@CutlerFirm.com

                         *Attorneys for Matt L. Bauer*

# **CERTIFICATE OF SERVICE**

      I, Courtney Bauman, hereby certify that a true and correct copy of the foregoing *Notice of Withdrawal of Motion for Relief from Stay* was filed electronically with the Bankruptcy Court on July 30, 2019, via the Bankruptcy Court's ECF System.  A true and correct copy of the foregoing *Notice of Withdrawal of Motion for Relief from Stay* was served electronically via the Bankruptcy Court's ECF System on this July 30, 2019, upon all parties registered to receive such notice by operation of the ECF System.  In addition, true and correct copies were also served via first class United States mail upon the following parties:

    Kyle J. TumSuden, Esq.
    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153

      I hereby certify that the foregoing statement made by me are true.

                                */s/ Courtney Bauman*
                                Courtney Bauman