## AFFIRMATION OF PERSONAL SERVICE

I, SANDRA L. BONDER, ESQ. being an attorney duly licensed to practice law before the United States District Court, Southern District of New York hereby affirms that the statements herein are true and accurate, under the penalties of perjury, that on July 23, 2019, I personally served the within:

### MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR ABSTENTION WITH EXHIBITS

by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State addressed to the following person at the last known address set after each name:

SIMMONS JANNACE DELUCA LLP
43 Corporate Drive
Hauppauge, New York 11788

and that on July 30, 2019 I served those appearing on the Docket via Electronic Mail

Dated: Bronx, New York
July 30, 2019

*Sandra L. Bonder*
SANDRA L. BONDER, ESQ.