**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) (Jointly Administered) |
| Debtors.[1] | **Related Doc. No. 4633** |

**CERTIFICATE OF SERVICE REGARDING MOTION TO COMPEL**
**PAYMENT OF PROCEEDS OF POST-PETITION SALES OF**
**CONSIGNED GOODS TO SCENTS OF WORTH, INC.**

I, Jill L. Deeney, certify as follows:

1.      I am a paralegal employed by the law firm of Cozen O'Connor, counsel to Scents

of Worth, Inc. in the above-captioned chapter 11 cases.

2.      On July 29, 2019, I caused the following document to be electronically filed with

the Court, using the Court's electronic filing system and served a copy on the parties identified on

the service list attached hereto as Exhibit "A" via U.S. First Class Mail unless otherwise indicated:

- Motion to Compel Payment of Proceeds of Post-Petition Sales of Consigned Goods to Scents of Worth, Inc. [Docket No. 4633; Filed 7/29/2019] (the "Motion").

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LL/C (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc.(2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816).  The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

3.      I further certify that I caused a copy of the Motion to be served via e-mail transmission on the parties identified on the service list attached hereto as Exhibit "B".

I hereby certify that the foregoing statements made by me are true and correct.

Dated:   July 30, 2019

/s/ Jill L. Deeney

_____

Jill L. Deeney, Paralegal
Cozen O'Connor
1201 N. Market Street
Suite 1001
Wilmington, DE  19801
Telephone:  (302) 295-2027
Email:   jdeeney@cozen.com

2