# EXHIBIT "A"

Sears Holdings Corporation, et al
Case No. 18-23538 (RDD)

Service List:   Motion to Compel Payment of Proceeds of Post-Petition Sales of Consigned Goods to Scents of Worth, Inc.
[Docket No. 4633; Filed 7/29/2019]

| | |
|---|---|
| **VIA OVERNIGHT MAIL FEDERAL EXPRESS**<br>Chambers of the Honorable<br>Judge Robert D. Drain<br>United States Bankruptcy Court<br>for the Southern District of New York<br>300 Quarropas Street<br>Room 248<br>White Plains, New York 10601 | **VIA OVERNIGHT MAIL FEDERAL EXPRESS**<br>Office of the United States Trustee<br>for Region 2<br>Attn: Paul Schwartzberg, Esq.<br>201 Varick Street<br>Suite 1006<br>New York, New York 10014 |
| **VIA E-MAIL AND U.S. MAIL**<br>Weil, Gotshal & Manges LLP<br>Attn: Ray C. Schrock, P.C., Jacqueline Marcus, Esq., Garret A. Fail, Esq., and Sunny Singh, Esq.<br>767 Fifth Avenue<br>New York, New York  10153<br>*Attorneys for the Debtors* | Debtors, c/o:  Sears Holdings Corporation<br>Attn: Stephen Sitley Esq.<br>Attn:  Luke J. Valentino, Esq.<br>3333 Beverly Road<br>Hoffman Estates, IL 60179 |
| **VIA E-MAIL AND U.S. MAIL**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Paul D. Leake, Esq., Shana A. Elberg, Esq., and George R. Howard, Esq.<br>4 Times Square<br>New York, NY 10036<br>*Attorneys for Bank of America, N.A., administrative agent under the First Lien Credit Facility and the DIP ABL Agent* | Davis Polk & Wardell LLP<br>Attn: Marshall S. Huebner, Esq.<br>Attn:  Eli J. Vonnegut, Esq.<br>450 Lexington Avenue<br>New York, NY, 10017<br>*Attorneys for Citibank, N.A., as administrative agent under the Stand-Alone L/C Facility* |
| **VIA E-MAIL AND U.S. MAIL**<br>Cleary, Gottlieb, Steen & Hamilton<br>Attn: Sean A. O'Neal, Esq.<br>One Liberty Plaza<br>New York, NY  10006<br>*Attorneys for JPP, LLC, as agent under the Second Lien Credit Facility, IP/Ground Lease Term Loan Facility, and the Consolidated Secured Loan Facility* | **VIA E-MAIL AND U.S. MAIL**<br>Kelley Drye & Warren LLP<br>Attn: Eric R. Wilson, Esq.,<br>Benjamin D. Feder, Esq., and T. Charlie Liu, Esq.<br>101 Park Avenue<br>New York, NY 10178<br>*Attorneys for Computershare Trust Company, N.A., as trustee for the Second Lien PIK Notes, the Holdings Unsecured PIK Notes, and the Holdings Unsecured Notes* |

**VIA E-MAIL AND U.S. MAIL**
Seyfarth Shaw LLP
Attn: Edward M. Fox, Esq.
620 Eighth Avenue
New York, NY 10018
***Attorneys for Wilmington Trust, National Association, as indenture trustee for the Second Lien Notes***

**VIA E-MAIL AND U.S. MAIL**
Carter Ledyard & Milburn LLP
Attn: James Gadsden, Esq.
2 Wall Street
New York, NY 10015
***Attorneys for The Bank of New York Mellon Trust Company, as successor trustee for the SRAC Unsecured PIK Notes, SRAC Unsecured Notes, and the SRAC Medium Term Notes***

**VIA E-MAIL AND U.S. MAIL**
Locke Lord LLP
Attn: Brian A. Raynor, Esq.
111 South Wacker Drive
Chicago, IL 60606
***Attorneys for the Pension Benefit Guaranty Corporation***

**VIA E-MAIL AND U.S. MAIL**
Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin, Esq., Ira Dizengoff, Esq., and Sara Lynne Brauner, Esq.
One Bryant Park
New York, NY 10036
***Attorneys for the Official Committee of Unsecured Creditors***

Brookfield Property REIT Inc.
Attn: Kristen N. Pate
350 N. Orleans St.
Suite 300
Chicago, IL 60654
***Counsel to Brookfield Proprty REIT Inc., as Agent***

BST International Fashion Ltd.
Attn: A.R. Shrinivasan, Managing Director
39 Wang Kwong Rd,
Ste 2301B,
Skyline Tower, Kowloon Bay
Kowloon Hong Kong

Fein, Such & Crane, LLP
Attn: Tammy L. Terrell Benoza
1400 Old Country Road
Suite C103
Westbury, NY 11590
***Counsel to Bayview Loan Servicing, LLC, as servicer for The Bank of New York Mellon FKA the Bank of New York, as Trustee (CWALT 2007-HY4)***

Fein, Such & Crane, LLP
Attn: Tammy L. Terrell Benoza
1400 Old Country Road
7 Century Drive, Suite 201
Parsippany, NJ 07054
***Counsel to Bayview Loan Servicing, LLC, as servicer for The Bank of New York Mellon FKA the Bank of New York, as Trustee (CWALT 2007-HY4)***

Frenkel, Lambert, Weiss, Weisman & Gordon, LLP
Attn: Michelle C. Marans, Esq.
53 Gibson Street
Bay Shore, NY 11706
***Counsel to Select Portfolio Servicing Inc.***

| | |
|---|---|
| Linebarger Goggan Blair & Sampson, LLP<br>Attn: Diane Wade Sanders<br>P.O. Box 17428<br>Austin, TX  78760<br>**Counsel to Aransas County** | Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Andrew M. Leblanc<br>1850 K Street, NW<br>Suite 1100<br>Washington, DC  20006<br>**Counsel to Cyrus Capital Partners, L.P.** |
| Montee & Associates<br>Attn: Kevin P. Montee, Esq.<br>1250-I Newell Ave.<br>Suite 149<br>Walnut Creek, CA  94596<br>**Counsel to Creditor Hudson Concourse, LLC** | Ohio Department of Taxation<br>Attn: Office of the Ohio Attorney General<br>1600 Carew Tower<br>441 Vine Street<br>Cincinnati, OH  45202<br>**Counsel to Ohio Department of Taxation** |
| The Bank of New York Mellon Trust Company<br>Attn: Corporate Trust Administration<br>101 Barclay St., Floor 8W<br>New York, NY  10286<br>**Successor Trustee for the SRAC Unsecured PIK** | Wilmington Trust, National Association<br>Attn: Sears Holdings Corp. Administrator<br>Corporate Capital Markets<br>50 South Sixth Street, Suite 1290<br>Minneapolis, MN  55402<br>**Indenture Trustee for the Second Lien Notes** |
| Wilmorite Management Group LLC<br>Attn: Donald C. Cowan, Jr.<br>1265 Scottsville Road<br>Rochester, NY  14624<br>**Counsel to Eastview Mall, LLC, Greece Ridge, LLC & The Marketplace** | |