## Schedule 1—List of Rejected Contracts

| Ref. No. | Debtor | Counterparty | Contract Title | Contract No. | Contract Executed Date | Contract Expiration Date |
|---|---|---|---|---|---|---|
| 1 | KMART CORPORATION | ICON NY HOLDINGS LLC (AS SUCCESSOR IN INTEREST TO OFFICIAL PILLOWTEX LLC) | LICENSE AGREEMENT - "CANNON" AND "CANNON ROYAL FAMILY" - MANUFACTURING / IMPORTING /MARKETING / SALE OF LICENSED PRODUCTS | N/A | 2/20/2008 | 2/1/14 (WITH OPTION FOR 5-YEAR RENEWAL) |
| 2 | KMART CORPORATION | ICON NY HOLDINGS LLC | FIRST RENEWAL (ADDITIONAL 5-YEAR TERM) TO CANNON LICENSE AGREEMENT BETWEEN KMART CORPORATION AND ICON NY HOLDINGS LLC (AS SUCCESSOR IN INTEREST TO OFFICIAL PILLOWTEX LLC) DATED FEBRUARY 20, 2008 | N/A | 8/29/2003 | N/A |
| 3 | KMART CORPORATION | ICON DE HOLDINGS LLC (AS SUCCESSOR IN INTEREST TO IP HOLDINGS LLC AS ASSIGNEE OF JOE BOXER LICENSING LLC) | LICENSE AGREEMENT - "JOE BOXER" AND RELATED PROJECTS - DESIGNING / MANUFACTURING / IMPORTING /MARKETING / SALE OF LICENSED PRODUCTS | N/A | 9/26/2006 | 12/31/10 (WITH OPTION FOR 3 ADDITIONAL 5-YEAR RENEWAL PERIODS) |
| 4 | KMART CORPORATION | ICON DE HOLDINGS LLC | FIRST AMENDMENT TO JOE BOXER LICENSE AGREEMENT BETWEEN ICON DE HOLDINGS LLC AND KMART CORPORATION | N/A | 8/1/2015 | 12/31/2020 |
| 5 | KMART CORPORATION | ICON DE HOLDINGS LLC | LICENSE AGREEMENT – "JOE BOXER" AND RELATED PROJECTS – EXTENSION LETTER | N/A | 6/29/2010 | 6/29/2015 |
| 6 | KMART CORPORATION | ICON DE HOLDINGS LLC (AS SUCCESSOR IN INTEREST TO IP HOLDINGS LLC) | LICENSE AGREEMENT - "BONGO" - MANUFACTURING / IMPORTING / MARKETING / SALE OF LICENSED PRODUCTS | N/A | 2/8/2010 | 2/1/16 (WITH OPTION FOR CONSECUTIVE 2-YEAR TERMS IN PERPETUITY) |
| 7 | SEARS, ROEBUCK AND CO. | ICON DE HOLDINGS LLC | FIRST AMENDMENT TO BONGO LICENSE AGREEMENT BETWEEN ICON DE HOLDINGS LLC AND SEARS, ROEBUCK AND CO. (AS ASSIGNEE OF KMART CORPORATION) | N/A | 8/1/2015 | 2/1/16 (WITH OPTION FOR CONSECUTIVE 2-YEAR TERMS IN PERPETUITY) |
| 8 | SEARS, ROEBUCK AND CO. | ICON DE HOLDINGS LLC | SECOND AMENDMENT TO BONGO LICENSE AGREEMENT BETWEEN ICON DE HOLDINGS LLC AND SEARS, ROEBUCK AND CO. (AS ASSIGNEE OF KMART CORPORATION) | N/A | 1/23/2018 | 2/2/2019 |