**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEARS HOLDINGS CORPORATION, *et al.*,[1] | ) | Case No. 18-23538 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## MONTHLY FEE STATEMENT OF PRIME CLERK LLC, AS ADMINISTRATIVE AGENT TO THE DEBTORS, FOR THE PERIOD FROM JUNE 1, 2019 THROUGH JUNE 30, 2019

By this monthly fee statement (the "**Statement**"), pursuant to sections 327, 330 and 331 of

title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of

Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 2016-1 of the Local Rules of the

United States Bankruptcy Court for the Southern District of New York (the "**Local Bankruptcy**

**Rules**"), Prime Clerk LLC ("**Prime Clerk**"), administrative agent to the above captioned debtors

and debtors in possession (collectively, the "**Debtors**"), hereby seeks compensation and

reimbursement for reasonable and necessary fees and expenses incurred for the period from June

---

[1]The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); and Sears Brands Management Corporation (5365). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1, 2019 through June 30, 2019 (the "**Statement Period**"). In accordance with the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 796] (the "**Compensation Order**"), Prime Clerk seeks (i) allowance of reasonable and necessary fees incurred during the Statement Period in an amount equal to $8,266.65 and payment of $6,613.32, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in an amount equal to $0.00. In support of the Statement, Prime Clerk respectfully represents as follows:

| | |
|---|---|
| Name of Professional: | Prime Clerk LLC |
| Authorized to Provide Administrative Agent Services to: | Debtors and Debtors in Possession |
| Date of Retention: | November 19, 2018 *nunc pro tunc* to October 15, 2018 |
| Period for which compensation and reimbursement is sought: | June 1, 2019 through June 30, 2019 |
| Amount of compensation sought as actual, reasonable and necessary: | $8,266.65[2] |
| 80% of compensation sought as actual, reasonable and necessary: | $6,613.32 |
| Amount of expense reimbursement sought as actual, reasonable and necessary | $0.00 |

---

[2] In accordance with the Compensation Order, at the expiration of the Objection Deadline (as defined in the Compensation Order), the Debtors are authorized to promptly pay 80% of the fees and 100% of the expenses identified in the Statement to which no Objection (as defined in the Compensation Order) has been served.

## Prior Monthly Statements

| Date Filed; Docket No. | Period Covered | Requested | | Approved | | Holdback (20%) |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 4/15/19; Docket No. 3193 | 10/15/18 – 11/30/18; 2/1/19 – 3/31/19 | $6,493.55 (payment of 80% or $5,194.84) | $0.00 | $5,194.84 (80% of $6,493.55) | $0.00 | $1,298.71 |
| 5/23/19; Docket No. 4013 | 4/1/19 – 4/30/19 | $2,223.55 (payment of 80% or $1,778.84) | $0.00 | $1,778.84 (80% of $2,223.55) | $0.00 | $444.71 |
| 6/28/18; Docket No. 4393 | 5/1/19 – 5/31/19 | $14,577.85 (payment of 80% or $11,662.28) | $0.00 | $11,662.28 (80% of $14,577.85) | $0.00 | $2,915.57 |

## Prior Interim Applications

| Date Filed; Docket No. | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 4/15/19; Docket No. 3196 | 10/15/18 – 2/28/19 | $981.75 | $0.00 | $981.75 | $0.00 |
| **Total** | | **$981.75** | **$0.00** | **$981.75** | **$0.00** |

## Summary of Hours Billed by Prime Clerk Employees During the Statement Period

| Employee Name | Title | Total Hours | Rate | Total |
|---|---|---|---|---|
| Daloia, James F | Director of Solicitation | 0.50 | $240.00 | $120.00 |
| Johnson, Craig | Director of Solicitation | 28.60 | $240.00 | $6,864.00 |
| Pullo, Christina | Director of Solicitation | 2.90 | $240.00 | $696.00 |
| Sharp, David | Director of Solicitation | 0.30 | $240.00 | $72.00 |
| Adler, Adam M | Director | 0.90 | $220.00 | $198.00 |
| Dubin, Mariah | Director | 1.10 | $220.00 | $242.00 |
| Jaffar, Amrita C | Director | 0.10 | $220.00 | $22.00 |
| Weiner, Shira D | Director | 1.20 | $220.00 | $264.00 |
| Brown, Mark M | Solicitation Consultant | 6.90 | $215.00 | $1,483.50 |
| Labissiere, Pierre | Solicitation Consultant | 5.60 | $215.00 | $1,204.00 |
| Orchowski, Alex T | Solicitation Consultant | 0.10 | $215.00 | $21.50 |
| Scully, Nickesha C | Solicitation Consultant | 0.20 | $215.00 | $43.00 |

| Allen, Richard M | Director | 1.20 | $210.00 | $252.00 |
|---|---|---|---|---|
| Pagan, Chanel C | Consultant | 0.30 | $175.00 | $52.50 |
| Singh, Kevin | Technology Consultant | 5.00 | $55.00 | $275.00 |
| | **TOTAL** | **54.90** | | **$11,809.50[3]** |
| | **BLENDED RATE** | | **$215.11** | |

### Summary of Fees Billed by Subject Matter During the Statement Period

| Matter Description | Total Hours | Total |
|---|---|---|
| Ballots | 5.00 | $275.00 |
| Call Center / Credit Inquiry | 4.80 | $1,073.50 |
| Retention / Fee Application | 1.50 | $316.50 |
| Solicitation | 43.60 | $10,144.50 |
| **TOTAL** | **54.90** | **$11,809.50[4]** |

### Summary of Expenses Incurred by Prime Clerk Employee During the Statement Period

| Description | Total |
|---|---|
| N/A | N/A |
| **TOTAL** | **$0.00** |

*[Remainder of page intentionally left blank]*

---

[3, 4] This amount has been discounted to $8,266.65 in accordance with the terms of Prime Clerk's retention. Taking into account this discount, the blended hourly rate is $150.58.

### Jurisdiction

1.       The United States Bankruptcy Court for the Southern District of New York (the
"**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the Amended Standing
Order of Reference of the United States District Court for the Southern District of New York,
dated January 31, 2012 (Preska, C.J.).   This is a core proceeding pursuant to 28 U.S.C. §
157(b)(2)(A).   Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.   The
predicates for the relief requested herein are sections 327, 330 and 331 of the Bankruptcy Code,
Bankruptcy Rule 2016 and the Local Bankruptcy Rules.

### Background

2.       On October 15, 2018 (the "**Commencement Date**"), each of the Debtors filed a
voluntary petition with the Court under chapter 11 of the Bankruptcy Code.   The Debtors are
operating their business and managing their property as debtors in possession pursuant to
sections 1107(a) and 1108 of the Bankruptcy Code.   On October 16, 2018, this Court entered an
order jointly administering these chapter 11 cases pursuant to Bankruptcy Rule 1015(b).   An
official committee of unsecured creditors was appointed in these chapter 11 cases on October 24,
2018.  On April 22, 2019, the Court entered an order appointing an independent fee examiner [Docket
No. 3307].

### Retention of Prime Clerk

3.       On November 19, 2018, the Court entered the *Order Pursuant to 11 U.S.C. §
327(a), Bankruptcy Rules 2014(a) and 2016(a), and Local Rules 2014-1 and 2016-1 Authorizing
Retention and Employment of Prime Clerk LLC as Administrative Agent for the Debtors Nunc Pro
Tunc to the Commencement Date* [Docket No. 812], which authorized the Debtors to employ and

retain Prime Clerk as administrative agent *nunc pro tunc* to the Commencement Date in these chapter 11 cases.

### **Relief Requested**

4.      Prime Clerk submits this Statement in accordance with the Compensation Order. All services for which Prime Clerk requests compensation were performed for, or on behalf of, the Debtors.

5.      Prime Clerk seeks (i) allowance of reasonable and necessary fees incurred during the Statement Period in the total amount of $8,266.65 and payment of $6,613.32, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in the amount of $0.00.

6.      Prime Clerk maintains computerized records of the time spent by employees of Prime Clerk in connection with its role as administrative agent to the Debtors.  In that regard, **Exhibit A**: (i) identifies the employee that rendered services in each task category; (ii) describes each service such employee performed; (iii) sets forth the number of hours in increments of one-tenth of an hour spent by each individual providing services; and (iv) as applicable, sets forth the type of expenses incurred.  **Exhibit B** hereto sets forth the type of expenses incurred by each Prime Clerk employee during the Statement Period, if any.  In addition, Prime Clerk's hourly rates are set at a level designed to fairly compensate Prime Clerk for the work of its employees and cover routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals assigned and are subject to periodic adjustments to reflect economic and other conditions.

7.      In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of these cases, (b) the time expended, (c) the rates charged for such services, (d) the nature and extent of the services

rendered, (e) the value of such services and (f) the costs of comparable services other than in a case under this title.

## Notice

8.      Pursuant to the Compensation Order, this Statement will be served upon the Notice Parties (as defined in the Compensation Order).  Prime Clerk submits, in light of the relief requested, no other or further notice is necessary.

## Conclusion

9.      WHEREFORE, pursuant to the Compensation Order, Prime Clerk respectfully requests (i) allowance of reasonable and necessary fees for the Statement Period in the total amount of $8,266.65 and payment of $6,613.32, which represents 80% of the total amount, and (ii) reimbursement of actual, reasonable and necessary expenses incurred during the Statement Period in the amount of $0.00.

Dated: July 30, 2019
      New York, New York                  Prime Clerk LLC

                                      */s/ Shira D. Weiner*
                                      Shira D. Weiner
                                      General Counsel
                                      One Grand Central Place
                                      60 East 42nd Street, Suite 1440
                                      New York, NY 10165
                                      Telephone: (212) 257-5450
                                      Email: sweiner@primeclerk.com

                                      *Administrative Agent to the Debtors*

**<u>Exhibit A</u>**

**Fee Detail**



Prime Clerk

One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY  10165

primeclerk.com

## Hourly Fees by Employee through June  2019

| Initial | Employee Name | Title | Hours | Rate | Total |
|---------|---------------|-------|-------|------|-------|
| KS | Singh, Kevin | TC  - Technology Consultant | 5.00 | $55.00 | $275.00 |
| CCP | Pagan, Chanel C | CO  - Consultant | 0.30 | $175.00 | $52.50 |
| RMA | Allen, Richard M | DI  - Director | 1.20 | $210.00 | $252.00 |
| MMB | Brown, Mark M | SA  - Solicitation Consultant | 6.90 | $215.00 | $1,483.50 |
| PL | Labissiere, Pierre | SA  - Solicitation Consultant | 5.60 | $215.00 | $1,204.00 |
| ATO | Orchowski, Alex T | SA  - Solicitation Consultant | 0.10 | $215.00 | $21.50 |
| NCS | Scully, Nickesha C | SA  - Solicitation Consultant | 0.20 | $215.00 | $43.00 |
| AMA | Adler, Adam M | DI  - Director | 0.90 | $220.00 | $198.00 |
| MDU | Dubin, Mariah | DI  - Director | 1.10 | $220.00 | $242.00 |
| ACJ | Jaffar, Amrita C | DI  - Director | 0.10 | $220.00 | $22.00 |
| SW | Weiner, Shira D | DI  - Director | 1.20 | $220.00 | $264.00 |
| JFD | Daloia, James F | DS - Director of Solicitation | 0.50 | $240.00 | $120.00 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 28.60 | $240.00 | $6,864.00 |
| CP | Pullo, Christina | DS - Director of Solicitation | 2.90 | $240.00 | $696.00 |
| DS | Sharp, David | DS - Director of Solicitation | 0.30 | $240.00 | $72.00 |
| | | **TOTAL:** | **54.90** | | **$11,809.50** |

## Hourly Fees by Task Code through June  2019

| Task Code | Task Code Description | Hours | Total |
|-----------|----------------------|-------|-------|
| BALL | Ballots | 5.00 | $275.00 |
| INQR | Call Center / Credit Inquiry | 4.80 | $1,073.50 |
| RETN | Retention / Fee Application | 1.50 | $316.50 |
| SOLI | Solicitation | 43.60 | $10,144.50 |

Sears Holdings Corporation

Invoice #: 10008

| | | |
|---|---|---|
| **TOTAL:** | **54.90** | **$11,809.50** |

Sears Holdings Corporation

Page 3

Invoice #: 10008

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 06/03/19 | CJ | DS | Prepare for, participate in, and conduct follow up regarding call M. Weinberg (Cleary Gottlieb) on status of ESL party list and participants in second lien credit facility as of the voting record date for purposes of solicitation | Solicitation | 0.40 |
| 06/03/19 | CJ | DS | Prepare for, participate in, and conduct follow up regarding call with James Gadsden (Carter Ledyard) RE: medium term notes | Solicitation | 0.30 |
| 06/03/19 | CJ | DS | Prepare for, participate in, and conduct follow up regarding call with P. DiDonato (WGM) on status of entry of disclosure statement order | Solicitation | 0.30 |
| 06/03/19 | CJ | DS | Prepare for, participate in, and conduct follow up regarding communications with M. Callahan (BNY Mellon) RE: medium term notes | Solicitation | 0.30 |
| 06/03/19 | CJ | DS | Prepare for, participate in, and conduct follow up regarding discussion with P. Labissiere (Prime Clerk) on plan class report | Solicitation | 0.70 |
| 06/03/19 | CJ | DS | Revise and circulate class 2 / class 4 lender ballot and class 2 / class 4 master ballot for use by holders of second lien debt | Solicitation | 1.10 |
| 06/03/19 | CJ | DS | Revise ballots based on comments from A. Alves (Seward Kissel) | Solicitation | 0.40 |
| 06/03/19 | CJ | DS | Update securities spreadsheet based on feedback from indenture trustees | Solicitation | 0.50 |
| 06/03/19 | CP | DS | Coordinate with C. Johnson (Prime Clerk) regarding solicitation preparations, plan class report, ballot issues and updates from Weil team | Solicitation | 0.60 |
| 06/03/19 | KS | TC | Technical support for processing ballots | Ballots | 1.70 |
| 06/04/19 | CJ | DS | Compile and catalog registered holder information for all notes | Solicitation | 0.70 |
| 06/04/19 | CJ | DS | Prepare for, participate in, and conduct follow up regarding calls with M. Callahan (BNY Mellon) on registered holders of 2002 SRAC unsecured notes (medium term notes) | Solicitation | 0.60 |
| 06/04/19 | CJ | DS | Prepare for, participate in, and conduct follow up regarding communication with E. Fox (Seyfarth) on any registered holders of second lien notes | Solicitation | 0.20 |
| 06/04/19 | CJ | DS | Prepare for, participate in, and conduct follow up regarding communication with J. Gadsden (Carter Ledyard) on any registered holders of 2002 SRAC Unsecured "Medium Term Notes" | Solicitation | 0.30 |
| 06/04/19 | CJ | DS | Review and analyze plan classing for solicitation purposes | Solicitation | 0.60 |
| 06/04/19 | CJ | DS | Review registered holder information and apprise WGM of those holders for voting purposes | Solicitation | 0.40 |

Sears Holdings Corporation                                                              Page 4

| 06/04/19 | CJ | DS | Revise Class 2 and Class 4 second lien credit facility ballot | Solicitation | 0.70 |
|---|---|---|---|---|---|
| 06/04/19 | CP | DS | Coordinate with Prime Clerk case team regarding solicitation and ballot issues | Solicitation | 0.20 |
| 06/04/19 | KS | TC | Technical support for processing ballots | Ballots | 1.90 |
| 06/04/19 | NCS | SA | Confer and coordinate with case team re upcoming solicitation | Solicitation | 0.20 |
| 06/05/19 | ATO | SA | Update solicitation team task tracker | Solicitation | 0.10 |
| 06/05/19 | CJ | DS | Prepare for, participate in, and conduct follow up regarding call with P. Labissiere on status of solicitation preparation | Solicitation | 0.40 |
| 06/05/19 | CJ | DS | Prepare for, participate in, and conduct follow up regarding e-mail with P. DiDonato (WGM) on ballots | Solicitation | 0.40 |
| 06/05/19 | CP | DS | Monitor solicitation preparation and updates in coordination with Prime Clerk case team | Solicitation | 0.20 |
| 06/06/19 | AMA | DI | Meet with Prime Clerk team re solicitation logistics; internal follow up re same | Solicitation | 0.80 |
| 06/06/19 | CJ | DS | Compile voting information for lenders and conduct quality assurance of that information | Solicitation | 0.60 |
| 06/06/19 | CJ | DS | Prepare for, participate in, and conduct follow up regarding call with D. Klein (Broadridge) re: tabulating votes through Broadridge | Solicitation | 0.80 |
| 06/06/19 | CJ | DS | Prepare for, participate in, and conduct follow up regarding calls and e-mails with M. Weinberg (Cleary) re identities of lenders for voting and noticing purposes | Solicitation | 0.40 |
| 06/06/19 | CJ | DS | Prepare for, participate in, and conduct follow up on communications with P. DiDonato (WGM) on status of disclosure statement order and timetable for mailing notice of confirmation hearing | Solicitation | 0.40 |
| 06/06/19 | CJ | DS | Review and amend ballots | Solicitation | 0.70 |
| 06/06/19 | MDU | DI | Meet and confer with Prime Clerk team re upcoming solicitation noticing, communication and ballot intake and processing logistics | Solicitation | 0.80 |
| 06/06/19 | MMB | SA | Confer and coordinate with case team (C. Johnson, A. Adler, M. Carey, H. Baer) re upcoming solicitation | Solicitation | 0.80 |
| 06/06/19 | PL | SA | Confer and coordinate with case team re the upcoming solicitation | Solicitation | 0.70 |
| 06/06/19 | RMA | DI | Confer and correspond with H Baer, M Dubin, C Johnson, A Adler and S Bindra re upcoming solicitation | Solicitation | 0.90 |
| 06/07/19 | CJ | DS | Compile and draft communication plan in connection with solicitation | Call Center / Credit Inquiry | 0.70 |
| 06/07/19 | CJ | DS | Coordinate with M. Weinberg (Cleary) regarding loan parties for solicitation mailing purposes | Solicitation | 0.40 |
| 06/07/19 | CJ | DS | Manage Prime Clerk proprietary database for voting purposes | Solicitation | 0.50 |
| 06/07/19 | CJ | DS | Prepare for, participate in, and conduct follow up regarding call with H. Baer, A. Adler, and P. Labissiere (Prime Clerk) on plan for handling of inbound solicitation related calls | Call Center / Credit Inquiry | 0.50 |

Sears Holdings Corporation

Invoice #: 10008

| 06/07/19 | CP | DS | Review emails between Weil (N. Hwangpo, P. DiDonato), Cleary (C. Rosenbloom) and Prime Clerk case team regarding lender solicitation issues and solicitation status | Solicitation | 0.20 |
|---|---|---|---|---|---|
| 06/07/19 | KS | TC | Technical support for processing ballots | Ballots | 1.40 |
| 06/07/19 | MDU | DI | Meet and confer with Prime Clerk team re upcoming communication needs relating to solicitation mailing | Call Center / Credit Inquiry | 0.30 |
| 06/07/19 | MMB | SA | Review correspondence with case team (C. Johnson; A. Adler, P. Labissiere), Debtors' counsel (N. Hwangpo, P. DiDonato at Weil, Gotshal), and lender counsel (M. Weinberg and C. Rosenbloom at Cleary Gottlieb) related to upcoming solicitation | Solicitation | 0.20 |
| 06/07/19 | PL | SA | Respond to nominee inquiries related to upcoming solicitation | Call Center / Credit Inquiry | 0.50 |
| 06/10/19 | CJ | DS | Prepare for and coordinate with P. Labissiere and M. Brown (Prime Clerk) regarding the customized of the Class 4 Ballots to the registered holders of medium term notes | Solicitation | 0.40 |
| 06/10/19 | CJ | DS | Prepare for, participate in, and conduct follow up regarding call with D. Klein (Broadridge) re: processing of voting event through Broadridge's electronic voting platform | Solicitation | 0.40 |
| 06/10/19 | CJ | DS | Prepare for, participate in, and conduct follow up regarding call with M. Weinberg (Cleary) on status of lender information for voting purposes | Solicitation | 0.40 |
| 06/10/19 | CJ | DS | Prepare for, participate in, and conduct follow up regarding call with P. DiDonato (WGM) on status of disclosure statement order | Solicitation | 0.30 |
| 06/10/19 | CJ | DS | Prepare process for receipt and response to expected solicitation inquiries | Call Center / Credit Inquiry | 0.40 |
| 06/10/19 | CJ | DS | Review latest drafts of ballots as customized for each voting bloc in preparation for solicitation | Solicitation | 0.60 |
| 06/10/19 | MMB | SA | Confer and coordinate with case team (C. Johnson, P. Labissiere) re upcoming solicitation (.3); draft and revise ballots (.8) | Solicitation | 1.10 |
| 06/10/19 | PL | SA | Respond to creditor inquiries related to the upcoming solicitation | Call Center / Credit Inquiry | 0.80 |
| 06/10/19 | RMA | DI | Confer and correspond with solicitation team re upcoming tasks | Solicitation | 0.30 |
| 06/11/19 | CJ | DS | Prepare for, participate in, and conduct follow up on call with P. DiDonato (WGM) regarding status of disclosure statement order | Solicitation | 0.10 |
| 06/11/19 | CP | DS | Coordinate with Prime Clerk case team (C. Johnson, P. Labissiere) regarding solicitation preparation and related issues | Solicitation | 0.30 |
| 06/11/19 | PL | SA | Respond to creditor inquiries related to the upcoming solicitation | Call Center / Credit Inquiry | 0.90 |
| 06/12/19 | CJ | DS | Prepare for, participate in, and conduct follow up on call with D. Klein (Broadridge) regarding processing opt-out elections | Solicitation | 0.40 |
| 06/12/19 | CJ | DS | Prepare for, participate in, and conduct follow up on call | Solicitation | 0.40 |

Sears Holdings Corporation

Page 6

Invoice #: 10008

| | | | | | |
|---|---|---|---|---|---|
| | | | with P. Didonato and A. Hwang (WGM) regarding opt-out elections | | |
| 06/12/19 | CJ | DS | Review and revise all ballot forms for all classes of creditors | Solicitation | 2.40 |
| 06/12/19 | CP | DS | Coordinate with Broadridge, Prime Clerk case team (D. Sharp, C. Johnson) and Weil (G. Fail) regarding bond voting and plan release opt out issues | Solicitation | 1.10 |
| 06/12/19 | DS | DS | Prepare for and participate in telephone conference with Sears regarding solicitation mechanics | Solicitation | 0.30 |
| 06/12/19 | MMB | SA | Confer and coordinate with case team (C. Johnson, P. Labissiere) re upcoming solicitation (.4); draft and revise ballots (1.9) | Solicitation | 2.30 |
| 06/13/19 | CJ | DS | Prepare for, participate in, and conduct follow-up regarding call with N. Hwangpo and P. diDonato (WGM) and J. Daloia (Prime Clerk) on opt-out mechanics | Solicitation | 0.60 |
| 06/13/19 | CJ | DS | Prepare for, participate in, and conduct follow-up regarding communications with Broadridge on the processing of opt-outs | Solicitation | 0.40 |
| 06/13/19 | JFD | DS | Telephone conference with P. DiDanato at Weil and Craig Johnson regarding solicitation mechanics | Solicitation | 0.50 |
| 06/13/19 | PL | SA | Respond to nominee inquiries related to the upcoming solicitation | Call Center / Credit Inquiry | 0.70 |
| 06/14/19 | CJ | DS | Revise Sears ballots per client comments | Solicitation | 1.60 |
| 06/15/19 | CJ | DS | Review and revise ballots | Solicitation | 4.30 |
| 06/17/19 | CJ | DS | Follow up and exchange e-mails with WGM Team regarding status of solicitation and mechanics for opt-out | Solicitation | 0.40 |
| 06/17/19 | CJ | DS | Prepare for, participate in, and conduct follow-up regarding communications with D. Klein (Broadridge) on mechanics for collecting votes | Solicitation | 0.40 |
| 06/17/19 | CP | DS | Coordinate with Prime Clerk case team regarding solicitation issues, latest ballot drafts and opt out issues | Solicitation | 0.30 |
| 06/18/19 | MMB | SA | Confer and coordinate with case team (C. Johnson) re upcoming solicitation (.1); draft and revise ballots (.7) | Solicitation | 0.80 |
| 06/18/19 | SW | DI | Draft monthly fee statement for filing with court | Retention / Fee Application | 1.20 |
| 06/19/19 | CJ | DS | Prepare to circulate revised drafts of class 5 ESL ballots | Solicitation | 0.40 |
| 06/19/19 | MMB | SA | Confer and coordinate with case team (C. Johnson) re upcoming solicitation (.1); draft and revise ballots (1.6) | Solicitation | 1.70 |
| 06/20/19 | CJ | DS | Gather, format, and provide to P. DiDonato (WGM) form of ballots for inclusion in submitted disclosure statement order | Solicitation | 0.40 |
| 06/25/19 | CJ | DS | Coordinate with D. Klein (Broadridge) on revised ballot templates | Solicitation | 0.30 |
| 06/25/19 | CJ | DS | Prepare for, participate in, and conduct follow up regarding communications with M. Weinberg (Cleary) on lender voting information | Solicitation | 0.20 |
| 06/25/19 | PL | SA | Confer and coordinate with Prime Clerk case team re logistics relating to the upcoming solicitation mailing | Solicitation | 1.50 |

Sears Holdings Corporation

Page 7

Invoice #: 10008

| 06/26/19 | CJ | DS | Prepare for, participate in, and conduct follow up regarding call with M. Weinberg (Clearly) on status of lender information for solicitation purposes | Solicitation | 0.30 |
| 06/27/19 | CJ | DS | Prepare, participate in, and conduct follow up regarding communications with Broadridge (R. Altinel) on status of upcoming solicitation | Solicitation | 0.20 |
| 06/28/19 | ACJ | DI | Meet and confer with A. Adler team re logistics for processing upcoming ballots | Solicitation | 0.10 |
| 06/28/19 | AMA | DI | Conference with A. Jaffar team re ballot processing logistics | Solicitation | 0.10 |
| 06/28/19 | CCP | CO | Review and file monthly fee statement | Retention / Fee Application | 0.30 |
| 06/28/19 | PL | SA | Draft email to Prime Clerk team to coordinate solicitation and related outstanding items | Solicitation | 0.50 |

**Total Hours**   **54.90**

**<u>Exhibit B</u>**

**<u>Detail of Expenses Incurred by Prime Clerk Employees During the Statement Period</u>**

None.