| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Law Offices of David M Schlachter, LLC<br>8 Carefree Lane<br>Suffern, New York 10901<br><br><br>In Re:<br>Sears Holdings Corporation, et al. | Case No.:  __18-23538 RDD_____<br><br>Chapter:  ___11_____<br><br>Adv. No.:  _____<br><br>Hearing Date:  _____<br><br>Judge:  Robert D. Drain, USBJ |

## CERTIFICATION OF SERVICE

1. I, __David M Schlachter_____ :

    ☒ represent __Arthur Schwartz_____ in the this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On _July 31, 2019_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Motion to Vacate, exhibit

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   __July 31, 2019_____              _____
                                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Trustee | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Sears Holdings Corp<br>c/o Paul M. Basta<br>Paul Weiss Rifkind Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>212-373-3000<br>Email: pbasta@paulweiss.com | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Prime Clerk, LLC<br>One Grand Central Place<br>60 East 42nd Street<br>Suite 1440<br>New York, NY 10165<br>212-257-5465<br>Email: aadler@primeclerk.com | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Elise S. Frejka<br>Frejka PLLC<br>420 Lexington Avenue - Suite 310<br>New York, NY 10170<br>212-641-0848<br>Email: efrejka@frejka.com | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| **Name and Address of Party Served** | **Relationship of** | **Mode of Service** |

|  | **Party to the Case** |  |
|---|---|---|
| Official Committee of Unsecured Creditors<br>c/o Ira S. Dizengoff<br>Akin, Gump, Strauss, Hauer & Feld, LLP<br>One Bryant Park<br>New York, NY 10036<br>(212) 872-1000<br>Fax : (212) 872-1002<br>Email: idizengoff@akingump.com |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |