**JOHNSON POPE BOKOR RUPPEL
AND BURNS LLP**
Angelina E. Lim, Esq. (AL-8845)
Alberto "Al" F. Gomez, Jr., Esq.
401 E. Jackson Street, Ste.
3100 Tampa, FL  33602
Telephone: (813) 225.2500
Facsimile: (813) 223-7118
E-mail: AngelinaL@JPFirm.com
         AL@JPFirm.com

*Attorneys for Creditor, Demert Brands, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

In re:

SEARS HOLDINGS CORPORATION, *et al.*,

        Debtors.

-------------------------------------------------------------X

Chapter:  11
Case No.: 18-23538 (RDD)

(Jointly Administered)

**DEMERT BRANDS, INC.'S NOTICE AND MOTION FOR AN ORDER PURSUANT TO
11 U.S.C. § 503, (i) GRANTING AN ADMINISTRATIVE EXPENSE; (ii) COMPELLING
THE IMMEDIATE PAYMENT OF THE ADMINISTRATIVE EXPENSE CLAIM FOR
GOODS PROVIDED BY DEMERT BRANDS, INC. TO THE DEBTOR POST-
PETITION; AND (iii) FOR SUCH OTHER AND FURTHER RELIEF THE COURT
<u>DEEMS APPROPRIATE</u>**

**PLEASE TAKE NOTICE,** that on August 22, 2019, at 10:00 a.m., a hearing will be held before the Honorable Robert D. Drain at the United States Court House located at 300 Quarropas Street, White Plains, New York in the Chapter 11 case of SEARS HOLDINGS CORPORATION, INC., the debtors and the debtors-in-possession ("Debtors") on Demert Brands, Inc.'s motion for an order (i) granting an administrative claim; (ii) compelling the immediate payment of such Administrative Expense Claim; and (iii) for such other and further relief the court deems appropriate (the "Motion").

**PLEASE TAKE FURTHER NOTICE**, objections to the Motion shall be filed with the Clerk of the Bankruptcy Court no later than 5:00 PM, seven (7) days before the hearing date, and shall state the name of the objecting party, whether the objecting party is a creditor, the amount of its claim or interest, and the nature and basis of the objection. The objection shall be served upon (i) Johnson Pope Bokor Ruppel & Burns, LLP, 401 E. Jackson Street, Ste. 3100, Tampa, FL 33602, with a copy to (iii) the Court.

Dated: Tampa, Florida
July 31, 2019.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP
*Counsel for Demert Brands, Inc.*

/s/ Angelina E. Lim
Angelina E. Lim, Esq. (AL-8845)