# DeMert Brands Inc.
P.O. Box 82163
Tampa, FL 33682-2163

# Invoice

| Date | Invoice # |
|---|---|
| 12/26/2018 | 77752 |

**Bill To**

SEARS HOLDINGS
3051 LAKEVIEW RD
LAWRENCE KS 66049

**Ship To**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 08273691927 | Net 30 | AS | 12/26/2018 | UPS | City and Stat | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|---|---|---|---|---|---|
| 192 | RRHP-H1 | HIPROPAC EXTREMELY D1.75OZ AMAGED MASQUE | ea | 10.20 | 1,958.40T |
| 1,428 | 13009 | NYM CLEAN FREAK   7OZ DRY SHAMPOO | ea | 3.60 | 5,140.80T |
| | | Out-of-state sale, exempt from sales tax | | 0.00% | 0.00 |

**Total** $7,099.20

# DeMert Brands Inc.
P.O. Box 82163
Tampa, FL 33682-2163

# Invoice

| Date | Invoice # |
|---|---|
| 12/27/2018 | 77850 |

**Bill To**

SEARS HOLDINGS
3051 LAKEVIEW RD
LAWRENCE KS 66049

**Ship To**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 08273691928 | Net 30 | AS | 12/27/2018 | UPS | City and Stat | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|---|---|---|---|---|---|
| 168 | RRHP-K1 | HIPROPAC KERATIN REP1.75OZ LENISH MASQUE | ea | 10.20 | 1,713.60 |
| 798 | 11021C | PROFESSIONAL FREEZIN10OZ G HAIR SPRAY | ea | 3.60 | 2,872.80 |
| 474 | 13013 | NOT YOUR MOTHER WAY 8OZ TO GROW CONDITIO | ea | 3.60 | 1,706.40 |
| 540 | 13012 | NOT YOUR MOTHER WAY 8OZ TO GROW SHAMPOO | ea | 3.60 | 1,944.00 |
| 264 | 13015 | NOT YOUR MOTHER'S BE4FZ ACH BABE TEXTURI | ea | 3.60 | 950.40 |
| 534 | 13006 | NYM BEACH BABE TXT 8FZ SEA SALT SPRAY | ea | 3.60 | 1,922.40 |
| 366 | 13026 | NYM BEACH BABE CND 8FZ CONDITIONER 8 FL | ea | 3.60 | 1,317.60 |
| 324 | 13025 | NYM BEACH BABE TXTUR8FZ SHAMPOO | ea | 3.60 | 1,166.40 |
| 594 | 13001 | NYM SHES A TEASE VOL8OZ HAIR SPRAY | ea | 3.60 | 2,138.40 |
| 690 | 13005 | NYM KINKY MOVES CURL4FZ 4 FZ DEFINING CR | ea | 3.60 | 2,484.00 |

**Total** $18,216.00

# Invoice

**DeMert Brands Inc.**
P.O. Box 82163
Tampa, FL 33682-2163

| Date | Invoice # |
|---|---|
| 1/2/2019 | 77854 |

**Bill To**

SEARS HOLDINGS
3051 LAKEVIEW RD
LAWRENCE KS 66049

**Ship To**

SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 08273692164 | Net 30 | AS | 1/2/2019 | UPS | City and Stat | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|---|---|---|---|---|---|
| 12 | RRHP-H1 | HIPROPAC EXTREMELY D1.75OZ AMAGED MASQUE | ea | 10.20 | 122.40 |
| 144 | RRHP-K1 | HIPROPAC KERATIN REP1.75OZ LENISH MASQUE | ea | 10.20 | 1,468.80 |
| 678 | 11021C | PROFESSIONAL FREEZIN10OZ G HAIR SPRAY | ea | 3.60 | 2,440.80 |
| 390 | 13013 | NOT YOUR MOTHER WAY 8OZ TO GROW CONDITIO | ea | 3.60 | 1,404.00 |
| 444 | 13012 | NOT YOUR MOTHER WAY 8OZ TO GROW SHAMPOO | ea | 3.60 | 1,598.40 |
| 228 | 13015 | NOT YOUR MOTHER'S BE4FZ ACH BABE TEXTURI | ea | 3.60 | 820.80 |
| 456 | 13006 | NYM BEACH BABE TXT 8FZ SEA SALT SPRAY | ea | 3.60 | 1,641.60 |
| 330 | 13026 | NYM BEACH BABE CND 8FZ CONDITIONER 8 FL | ea | 3.60 | 1,188.00 |
| 282 | 13025 | NYM BEACH BABE TXTUR8FZ SHAMPOO | ea | 3.60 | 1,015.20 |
| 486 | 13001 | NYM SHES A TEASE VOL8OZ HAIR SPRAY | ea | 3.60 | 1,749.60 |
| 564 | 13005 | NYM KINKY MOVES CURL4FZ 4 FZ DEFINING CR | ea | 3.60 | 2,030.40 |

**Total** $15,480.00

# Invoice

**DeMert Brands Inc.**
P.O. Box 82163
Tampa, FL 33682-2163

| Date | Invoice # |
|---|---|
| 1/29/2019 | 79575 |

**Bill To**
SEARS HOLDINGS
3051 LAKEVIEW RD
LAWRENCE KS 66049

**Ship To**
SEARS HOLDINGS CORP
3051 LAKEVIEW RD
LAWRENCE, KS 66049

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 08273696402 | Net 30 | AS | 1/29/2019 | UPS | City and Stat | |

| Quantity | Item Code | Description | U/M | Price Each | Amount |
|---|---|---|---|---|---|
| 48 | RRHP-H1 | HIPROPAC EXTREMELY D1.75OZ AMAGED MASQUE | ea | 10.20 | 489.60 |
| 720 | 13009 | NYM CLEAN FREAK   7OZ DRY SHAMPOO | ea | 3.60 | 2,592.00 |

**Total** $3,081.60