MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
Howard B. Kleinberg
Michael Kwiatkowski
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
Telephone: (516) 741-6565
Facsimile: (516) 741-6706
Email: hkleinberg@msek.com
       mkwiatkowski@msek.com

CULLEN AND DYKMAN, LLP
Thomas R. Slome, Esq.
Sophia Hepheastou, Esq
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
Telephone:(516) 357-3700
Facsimile: (516) 357-3792
Email: tslome@cullenanddykman.com
       shepheastou@cullenanddykman.com

*Counsel to Appalachian Power Company, et al.(see attached Schedule 1)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

SEARS HOLDINGS CORPORATION, *et al.*,

        Debtors.[1]

Chapter 11
Case No.: 18-23538 (RDD)
(Jointly Administered)

-----------------------------------------------------------------X

## NOTICE OF SUBSTITUTION OF
## COUNSEL AND REQUEST FOR NOTICE AND SERVICE OF PAPERS

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan ,Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc.(9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

PLEASE TAKE NOTICE that, the law firm of Meyer, Suozzi, English & Klein, P.C., hereby withdraws as counsel to Appalachian Power Company and all of the other parties listed in Schedule 1, annexed hereto (the "Utility Companies") with respect to all matters related to these bankruptcy cases, and gives notice that the law firm of Cullen and Dykman LLP is hereby substituted as counsel to the Utility Companies in these matters.

Pursuant to section 1109(b) of the Bankruptcy Code and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure the Utility Companies request that copies of all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> Thomas R. Slome, Esq.
> Cullen and Dykman, LLP
> 100 Quentin Roosevelt Boulevard
> Garden City, New York 11530
> Telephone: (516) 357-3700
> Facsimile: (516) 357-3792
> Email: Tslome@CullenandDykman.com

Dated: July 22, 2019

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

By: /s/ Howard B. Kleinberg (MK)
    Howard B. Kleinberg
    Michael Kwiatkowski
    990 Stewart Avenue, Suite 300
    P.O. Box 9194
    Garden City, New York 11530-9194
    Telephone: (516) 741-6565
    Facsimile: (516) 741-6706
    Email: hkleinberg@msek.com
           mkwiatkowski@msek.com

Dated: July 22, 2019

CULLEN AND DYKMAN, LLP

By: /s/ Thomas R. Slome
    Thomas R. Slome, Esq.
    Sophia Hepheastou, Esq
    100 Quentin Roosevelt Boulevard
    Garden City, NY 11530
    Telephone:(516) 357-3700
    Facsimile: (516) 357-3792
    Email: tslome@cullenanddykman.com
           shepheastou@cullenanddykman.com

## Schedule 1

### Utility Companies

| | |
|---|---|
| Appalachian Power Company | Monongahela Power Company |
| Indiana Michigan Power Company | Potomac Edison Company |
| Kentucky Power Company | Toledo Edison Company |
| Kingsport Power Company | Metropolitan Edison Company |
| Ohio Power Company | Jersey Central Power & Light Company |
| Public Service Company of Oklahoma and | Pennsylvania Electric Company |
| Southwestern Electric Power Company | The Cleveland Electric Illuminating Company |
| Arizona Public Service Company | Ohio Edison Company |
| Baltimore Gas and Electric Company | Pennsylvania Power Company |
| Commonwealth Edison Company | Florida Power & Light Company |
| PECO Energy Company | Georgia Power Company |
| The Potomac Electric Power Company | Boston Gas Company |
| Delmarva Power & Light Company | Colonial Gas Company |
| Atlantic City Electric Company | KeySpan Energy Delivery Long Island |
| City of Ocala Florida | KeySpan Energy Delivery New York |
| Consolidated Edison Company of New York, Inc. | Massachusetts Electric Company |
| Orange & Rockland Utilities | Narragansett Electric Company |
| Virginia Electric and Power Company d/b/a | Niagara Mohawk Power Corporation |
| Dominion Energy Virginia | New York State Electric and Gas Corporation |
| The Dominion East Ohio Gas Company d/b/a | Rochester Gas & Electric Corporation |
| Dominion East Ohio | Salt River Project |
| Connecticut Light & Power Company | San Diego Gas and Electric Company |
| Public Service Company of New Hampshire | Southern California Gas Company |
| Yankee Gas Services Company | Sacramento Municipal Utility District |
| NStar Electric Company | Southern California Edison Company |
| Eastern Massachusetts | Tucson Electric Power Company |
| NStar Electric Company | UNS Electric, Inc. |
| Western Massachusetts | UNS Gas, Inc. |
| West Penn Power Company | Public Service Electric and Gas Company |

## CERTIFICATE OF SERVICE

I, Thomas Slome, hereby certify that on the 31 day of July 2019, I caused a true and correct copy of the foregoing *Notice of Substitution of Counsel and Request for Notices and Service of Papers* to be served via the Court's CM/ECF system on those parties receiving Notice of Electronic Filing generated by the Court's CM/ECF system.

/s/  Thomas Slome
Thomas Slome