**JOHNSON POPE BOKOR RUPPEL
AND BURNS LLP**
Angelina E. Lim, Esq. (AL-8845)
Alberto "Al" F. Gomez, Jr., Esq.
401 E. Jackson Street, Ste.
3100 Tampa, FL 33602
Telephone: (813) 225.2500
Facsimile: (813) 223-7118
E-mail: AngelinaL@JPFirm.com
    AL@JPFirm.com

*Attorneys for Creditor, Demert Brands, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

In re:

SEARS HOLDINGS CORPORATION, *et al.*,

Debtors.[1]

------------------------------------------------------------X

Chapter: 11
Case No.: 18-23538 (RDD)

(Jointly Administered)

**AFFIDAVIT OF SERVICE**

STATE OF FLORIDA           )
                           ) SS.:
COUNTY OF HILLSBOROUGH     )

KATHERINE I. BABBITT, being duly sworn deposes and says:

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034);

Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

1. I am over eighteen (18) years of age and not a party to the above-captioned proceeding. I am employed by Johnson Pope Bokor Ruppel & Burns, LLP having offices at 401 E. Jackson Street, Ste. 3100, Tampa, FL 33602.

2. On July 31, 2019, I served a true and correct copy of the Notice of and Motion of Demert Brands, Inc. for an Order Pursuant to 11 U.S.C. § 503, (i) granting its Motion for the payment of all unpaid post-petition invoices as an administrative expense; (ii) requiring the Debtor to immediately pay such allowed administrative expense claim, and (iii) granting such other and further relief as the Court may deem just and proper [Dkt. No. 4663]

    i. On the parties receiving ECF notifications via the Court's CM/ECF case notification system;

    ii. Via regular, first class mail and email to:

Ray C. Schrock, Esq. (ray.schrock@weil.com)
Jacqueline Marcus, Esq. (Jacqueline.marcus@weil.com)
Garrett Fail, Esq. (garrett.fail@weil.com)
Sunny Sing, Esq.(sunny.sing@weil.com)
Weil, Gotshal & Manges, LLP
767fth Ave.
New York, NY 10153

Ira S. Dizengoff, Esq. (idizengoff@akingump.com)
Martin Lawrence, Esq. (llawrence@akingump.com)
Official Committee of Unsecured Creditors
of Sears Holdings Corporation, et al.
c/o Akin, Gump, Strauss, Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

    iii. Via first class mail to:

United States Trustee
Office of the United States Trustee
201 Varick Street, Ste. 1006
New York, NY 10014

Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Room 248
White Plains, NY 10601

Sears Holdings Corporation
Attn: Stephen Sitley, Esq.
Luke Valentino, Esq.
3333 Beverly Road
Hoffman Estates, IL 60179

Dated:    Tampa, Florida
          July 31, 2019.

_____
Katherine I. Babbitt, Legal Assistant

Sworn to before me this
31st day of July, 2019.

_____
Notary Public

ANDRENA WESTCOTT
Notary Public - State of Florida
Commission # GG 282790
My Comm. Expires Mar 20, 2023
Bonded through National Notary Assn.

5690590_1