GOULD & RATNER LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
312.236.3003
Matthew A. Olins (admitted *pro hac vice*)
Ellen M. Chapelle (admitted *pro hac vice*)
Vanessa R. Tiradentes (admitted *pro hac vice*)

*Attorneys for 233 S. Wacker, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| SEARS HOLDING CORPORATION, *et al.*, | ) Case No. 18-23538 (RDD) |
| Debtors. | ) (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Matthew A. Olins, an attorney, hereby certify that on July 31, 2019, I caused 233 S. Wacker, LLC's Objection to Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors [Docket No. 4668] to be served via FedEx overnight on the parties listed on <u>Exhibit A</u> and via email on the email addresses on <u>Exhibit B</u>.

Dated: July 31, 2019

/s/ Matthew A. Olins
Matthew A. Olins (admitted *pro hac vice*)
molins@gouldratner.com
GOULD & RATNER LLP
222 North LaSalle Street, Suite 800
Chicago, Illinois 60601
Telephone: (312) 899-1651
Facsimile:  (312) 236-3241

*Attorneys for 233 S. Wacker, LLC*

**EXHIBIT A**

The Chambers of the Honorable Judge Robert D. Drain
United States Bankruptcy Court for the Southern District of New York
300 Quarropas Street
Room 248
White Plains, NY 10601
[Two Copies Sent]

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Ray C. Schrock, P.C.
Jacqueline Marcus, Esq.
Garret A. Fail, Esq.
Sunny Singh, Esq.

The Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Paul Schwartzberg, Esq.

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Attn: Ira Dizengoff, Esq.
Philip Dublin, Esq.
Sara Brayner, Esq.

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates IL 60179
Attn: Stephen Sitley Esq., and Luke J. Valentino, Esq.

Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY, 10017
Attn: Marshall S. Huebner
Eli J. Vonnegut, Esq.

## EXHIBIT B

ray.schrock@weil.com; garrett.fail@weil.com; jacqueline.marcus@weil.com; sunny.singh@weil.com; JeriLeigh.Miller@weil.com; jessica.liou@weil.com; Paloma.VanGroll@weil.com; Jared.Friedmann@weil.com; Jessie.Mishkin@weil.com; richard.morrissey@usdoj.gov; paul.schwartzberg@usdoj.gov; Paul.Leake@skadden.com; Shana.Elberg@skadden.com; George.Howard@skadden.com; liman@cgsh.com; amainoo@cgsh.com; lbarefoot@cgsh.com; soneal@cgsh.com; aweaver@cgsh.com; tmoloney@cgsh.com; KDWBankruptcyDepartment@KelleyDrye.com; bfeder@kelleydrye.com; emfox@seyfarth.com; bankruptcy@clm.com; gadsden@clm.com; Dennis.roemlein@bnymellon.com; braynor@lockelord.com; asmith@lockelord.com; idizengoff@akingump.com; pdublin@akingump.com; aqureshi@akingump.com; sbrauner@akingump.com;