DLA PIPER LLP (US)
1251 Avenue of the Americas
27th Floor
New York, NY 10020
Telephone: (212) 335-4500
Richard A. Chesley
Rachel Ehrlich Albanese
R. Craig Martin

*Attorneys for Transform Holdco LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                                        :    Chapter 11
                                                             :
SEARS HOLDINGS CORPORATION, et al.,                          :    Case No. 18-23538 (RDD)
                                                             :
                                                             :    (Jointly Administered)
           Debtors.                                          :
------------------------------------------------------------ x    **[Related D.I. 4607, 4611, 4612, and 4614]**

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Rachel Ehrlich Albanese, do hereby certify that on June 23, 2019, I caused a true and correct copy of the following to be served on Allen Matkins Leck Gamble Mallory & Natsis LLP, attn.: Ivan M. Gold, Esq. (igold@allenmatkins.com):

- *Notice of Presentment of Stipulation and Order By and Among Sellers, Buyer, and Graziadio Investment Company Extending Time Under 11 U.S.C. § 365(d)(4) for Assumption or Rejection of Certain Lease of Nonresidential Real Property* [D.I. 4611]; and

- *Notice of Presentment of Stipulation and Order By and Among Sellers, Buyer, and WRI/Raleigh, L.P. Extending Time Under 11 U.S.C. § 365(d)(4) for Assumption or Rejection of Certain Lease of Nonresidential Real Property* [D.I. 4612].

I further certify that on June 23, 2019, I caused a true and correct copy of the following to be served on Larkin Hoffman, attn.: Thomas J. Flynn and Alexander J. Beeby (tflynn@larkinhoffman.com, abeeby@larkinhoffman.com):

EAST\168447885.1

- *Notice of Presentment of Stipulation and Order by and Among Sellers, Buyer, and MOAC Mall Holdings LLC Extending Time Under 11 U.S.C. § 365(d)(4) for Lease of Nonresidential Real Property* [D.I. 4607];

| | |
|---|---|
| Dated: August 1, 2019<br>New York, New York | */s/ Rachel Ehrlich Albanese*<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas<br>27th Floor<br>New York, NY 10020<br>Telephone (212) 335-4500<br>Richard A. Chesley<br>Rachel Ehrlich Albanese<br>R. Craig Martin<br><br>*Attorneys for Transform Holdco LLC* |