TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Fax: (212) 967-4258
Frank A. Oswald
Neil Berger

*Counsel to Tannor Capital Advisors LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | Chapter 11 |
| **SEARS HOLDINGS CORPORATION,** *et al.,* | Case No. 18-23538 (RDD) |
| Debtors.[1] | **(Jointly Administered)** |

**AFFIDAVIT OF SERVICE OF**
**OBJECTION OF TANNOR CAPITAL ADVISORS LLC TO CONFIRMATION**
**OF THE MODIFIED SECOND AMENDED JOINT CHAPTER 11 PLAN OF**
**SEARS HOLDINGS CORPORATION AND ITS AFFILIATED DEBTORS**

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); SHC Licensed Business LLC (3718); SHC Promotions LLC (9626); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

STATE OF NEW YORK    )
                                        ) ss.:
COUNTY OF NEW YORK )

       DENISE CAHIR, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at New York, New York.

       On August 1, 2019, deponent served a copy of the *Objection of Tannor Capital Advisors LC to Confirmation of the Modified Second Amended Joint Chapter 11 Plan of Sears Holdings Corporation and Its Affiliated Debtors*, together with its Exhibit A, upon each of the parties set forth on the service list annexed hereto, by (i) depositing true copies of same enclosed in pre-paid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, or (ii) FedEx overnight mail, as indicated.

       /s/ Denise Cahir
       DENISE CAHIR

Sworn to before me this
1st day of August, 2019

/s/ Krista Lee Ackerman
NOTARY PUBLIC

2

**SERVICE LIST**

| Party | Method of Service |
|---|---|
| The Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court, S.D.N.Y.<br>300 Quarropas Street<br>White Plains, NY 10601 | FedEx Overnight Mail |
| Sears Holdings Corporation<br>3333 Beverly Road<br>Hoffman Estates, IL 60179<br>Attn: Stephen Sitley Esq.<br>        Luke J. Valentino, Esq. | First-Class Mail |
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Ray C. Schrock, P.C.<br>        Jacqueline Marcus, Esq.<br>        Garret A. Fail, Esq.<br>        Sunny Singh, Esq. | First-Class Mail |
| Office of the United States Trustee for Region 2<br>201 Varick Street, Suite 1006<br>New York, New York 10014<br>Attn: Paul Schwartzberg, Esq. | First-Class Mail |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>*Attorneys for Bank of America, N.A.*<br>4 Times Square<br>New York, NY 10036<br>Attn: Paul D. Leake, Esq.<br>        Shana A. Elberg, Esq.<br>        George R. Howard, Esq. | First-Class Mail |
| Davis Polk & Wardell LLP<br>*Attorneys for Citibank, N.A.*<br>450 Lexington Avenue<br>New York, NY, 10017<br>Attn: Marshall S. Huebner, Esq.<br>        Eli J. Vonnegut, Esq. | First-Class Mail |
| Cleary, Gottlieb<br>*Attorneys for JPP, LLC*<br>One Liberty Plaza<br>New York, NY, 10006<br>Attn: Sean A. O'Neal, Esq. | First-Class Mail |

| **Party** | **Method of Service** |
|---|---|
| Kelley Drye & Warren LLP<br>*Attorneys for Computershare Trust Company, N.A.*<br>101 Park Avenue<br>New York, NY 1017<br>Attn: Eric R. Wilson, Esq.<br>    Benjamin D. Feder, Esq.<br>    T. Charlie Liu, Esq. | First-Class Mail |
| Seyfarth Shaw LLP<br>*Attorneys for Wilmington Trust, National Association*<br>620 Eighth Avenue<br>New York, NY 10018<br>Attn: Edward M. Fox, Esq. | First-Class Mail |
| Carter Ledyard & Milburn LLP<br>*Attorneys for the Bank of New York Mellon Trust Company*<br>2 Wall Street<br>New York, NY 10015<br>Attn: James Gadsden, Esq. | First-Class Mail |
| Locke Lord LLP<br>*Attorneys for the Pension Benefit Guaranty Corporation*<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Attn: Brian A. Raynor, Esq. | First-Class Mail |
| Akin Gump Strauss Hauer & Feld LLP<br>*Attorneys for the Official Committee of Unsecured Creditors*<br>One Bryant Park<br>New York, NY 10036<br>Attn: Philip C. Dublin, Esq.<br>    Ira Dizengoff, Esq.<br>    Sara Lynne Brauner, Esq. | First-Class Mail |