**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Bankruptcy No.: 18-23538(RDD) |
| SEARS HOLDINGS CORPORATION, *et al.* | Chapter 11 |
| Debtors[1] | (Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

TO THE HONORABLE COURT:

I, Javier Vilariño Santiago, request admission *pro hac vice*, before the Honorable Robert D. Drain, to represent Edgewell Personal Care Puerto Rico, Inc. a creditor in the above-referenced case.

**I certify that I am a member in good standing** of the Bars of the Commonwealth of Puerto Rico and the United States District Court for the District of Puerto Rico.

I have submitted the filing fee of $200 with this motion for *pro hac vice* admission.

Dated: August 1, 2019

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON THIS SAME DATE, I ELECTRONICALLY FILED THE FOREGOING WITH THE CLERK OF THE COURT USING THE CM/ECF SYSTEM WHICH WILL SEND NOTIFICATION OF SUCH FILING TO ALL REGISTERED CM/ECF PARTICIPANTS.

*/s/ Javier Vilariño*
JAVIER VILARIÑO
USDC NUM. 223503

**VILARIÑO & ASSOCIATES LLC**
PO BOX 9022515
San Juan, PR 00902-2515
E-mail: jvilarino@vilarinolaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC (5554); Sears STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816); The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Bankruptcy No.: 18-23538(RDD) |
| SEARS HOLDINGS CORPORATION, *et al.* | Chapter 11 |
| Debtors | (Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Javier Vilariño Santiago, to be admitted *pro hac vice*, to represent Edgewell Personal Care Puerto Rico, Inc., a creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the Bar of the Commonwealth of Puerto Rico and of the United States District Court for the District of Puerto Rico, it is hereby:

ORDERED, that Javier Vilariño Santiago, is admitted to practice, *pro hac vice* in the above referenced case to represent Edgewell Personal Care Puerto Rico Inc. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____ 2019

                                                      Honorable Robert D. Drain
                                                    United States Bankruptcy Judge