**Hearing Date and Time: August 22, 2019 at 10:00 am**
**Objection Deadline: August 15, 2019 at 5:00 pm**

**THE SARACHEK LAW FIRM**
Joseph E. Sarachek, Esq. (NY Bar #2163228)
101 Park Avenue -27th Floor
New York, NY. 10178
Telephone: (646) 517-5420
Facsimile: (646) 861-4950

*Attorneys for Mingle Fashion Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**SEARS HOLDING CORPORATION**, *et al.[1]*,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 18-23538 (RDD)**<br><br>**(Jointly Administered)** |

**MINGLE FASHION'S NOTICE AND MOTION**
**FOR ENTRY OF AN ORDER PURSUANT TO**
**11 U.S.C. § 503(b) TO ALLOW AND COMPEL**
**PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS**

TO:   **THE HONORABLE ROBERT D. DRAIN**
      **UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

**PLEASE TAKE NOTICE** that a hearing on the attached motion (the "Motion") of Mingle Fashion Limited ("Mingle") to allow and compel payment of administrative expense claim under 11 U.S.C. § 503(b) for goods sold and delivered to Sears, Roebuck & Co., a debtor and debtor in possession in the above-captioned chapter 11 cases, (the "Debtor" and, with the other debtors and debtors in possession in the above-captioned chapter 11 cases, the "Debtors"), post-petition, as more fully set forth in the Motion, will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, New York, 10601-4140 (the "Bankruptcy Court") on **August 22, 2019 at 10:00 a.m.** (the "Hearing"), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion shall be in writing and shall be (i) filed with the clerk of the Bankruptcy Court on the Court's ECF system, (ii) served upon The Sarachek Law Firm, 101 Park Avenue, 27th Floor, New York, NY 10178, Attn: Joseph E. Sarachek, Esq. and (iii) delivered to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, so that same are received no later than **August 15, 2019 at 5:00 p.m.** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Motion, Mingle may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend

the Hearing, and failure to appear may result in relief being granted upon default.

Date:   New York, NY
        August 1, 2019

Respectfully submitted,

THE SARACHEK LAW FIRM

/s/ Joseph E. Sarachek
Joseph E. Sarachek
101 Park Avenue, 27th Floor
New York, NY 10178
Telephone: (646) 517-5420
Facsimile: (646) 861-4950
joe@saracheklawfirm.com

Hearing Date and Time: **August 22, 2019 at 10:00 am**
Objection Deadline: **August 15, 2019 at 5:00 pm**

**THE SARACHEK LAW FIRM**
Joseph E. Sarachek, Esq. (NY Bar #2163228)
101 Park Avenue -27th Floor
New York, NY. 10178
Telephone: (646) 517-5420
Facsimile: (646) 861-4950

*Attorneys for Mingle Fashion Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | **Chapter 11** |
| **SEARS HOLDING CORPORATION, *et al.*[1],** | **Case No. 18-23538 (RDD)** |
| **Debtors.** | **(Jointly Administered)** |

**MINGLE FASHION'S MOTION FOR ENTRY OF AN ORDER**
**PURSUANT TO 11 U.S.C. §§ 503(b) AND 105(a) TO ALLOW AND COMPEL**
<u>**PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS**</u>

Mingle Fashion Limited ("Mingle"), by its attorneys, The Sarachek Law Firm,

respectfully represents as follows in support of this motion (the "Motion"):

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

## RELEVANT BACKGROUND

2.      On October 15, 2018 (the "Commencement Date"), Sears, Roebuck & Co., a debtor and debtor in possession in the above-captioned chapter 11 cases, (the "Debtor" and, with the other debtors and debtors in possession in the above-captioned chapter 11 cases, the "Debtors") commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors' chapter 11 cases are being jointly administered for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

3.      The Debtors have continued to operate and manage their businesses as debtors-in-possession pursuant to 1107 and 1108 of the Bankruptcy Code.

4.      In January 2019, the Debtors ordered goods from Mingle pursuant to Invoices 201924661162 and 201924661357, (the "Invoices") copies of which are attached hereto as Exhibit A.

5.      The ASN Dates for the Invoices were January 23, 2019 and January 21, 2019, respectively, and payment per the terms between Mingle and the Debtors was due on February 21, 2019 and February 19, 2019, respectively.  Mingle is currently owed $47,840.00 for these goods.

6.       In a series of emails between Mingle, the Debtors and the Debtors' counsel,

Mingle made a demand for payment. In April, Mingle was told by Debtors' counsel that all

administrative claims will be reviewed, but the Debtors believe the buyer of their business

assumed liability for certain administrative expenses and has not paid.  After hearing nothing for

four months, Mingle reached out to the Debtors in July and was told the exact same thing. Yet

there does not appear to have been any effort to review the claim.  Copies of the emails are

attached as Exhibit B.

## RELIEF REQUESTED

7.       Mingle requests, pursuant to section 503(b) of the Bankruptcy Code, entry of an

order, substantially in the form attached hereto as Exhibit C, (i) granting  Mingle an allowed

administrative expense claim in the amount of $47,840.00 under section 503(b)(1)(A) of the

Bankruptcy Code for goods delivered shipped and delivered to the Debtors post-petition, and (ii)

requiring the Debtor to pay such allowed administrative expense claim within seven (7) days

after the entry of the order.

## BASIS FOR RELIEF

8.       Section 503(b)(1)(A) provides for the allowance, as an administrative expense,

the "actual, necessary costs and expenses of preserving the estate …" 11 U.S.C. § 503(b)(1)(A).

Section 105(a) of the Bankruptcy Code allows a bankruptcy court to "issue any order, process, or

judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. §

105(a). This language applies to section 503(b).

9.       The Court in *In Re Patient Media*, 221 B.R. 97 (Bankr. S.D.N.Y. 1998) held that

503(b)(1)(A) the granting of administrative priority under 503(b)(1)(A) "…furthers the goal of

rehabilitation by encouraging third parties to supply goods and services on credit to the estate."
*In re Patient Media at* 101.

10.    The party asserting the administrative claim must show "(1) his claim arose from a transaction with or on account of consideration furnished to the debtor-in-possession, and (2) the transaction or consideration directly benefitted the debtor-in-possession." *In Re Patient Media* at 101.

11.    In this case, Mingle provided goods to the Debtors post-petition, and in the ordinary course of business, that allowed the Debtors to continue their operations. The Debtors have benefitted because these goods were placed in their stores for sale.

12.    The amounts owed to Mingle for the goods that were both shipped and delivered to the Debtors after the Commencement Date are undisputed obligations of the Debtors that are entitled to administrative expense priority pursuant to and section 503(b)(1)(A) of the Bankruptcy Code. While the payment amount may be small to the Debtors, it is a meaningful amount to manufacturers such as Mingle.  Numerous other parties have filed similar motions during this bankruptcy, and it is unknown how many others may have similar claims.

13.    Mingle should not have to wait for the Debtors and Transform to solve their litigation disputes to be paid. It is certain that professionals in the case would not postpone receiving payment until the disputes between the Debtors and Transform are fully resolved. Mingle should be paid, and if it is determined that the payments should have come from Transform, then Transform can reimburse the Debtors.

14.    The Debtors should be required to immediately pay Mingle for the goods delivered.  Accordingly, the Debtor should be compelled to pay the amount owed to Mingle within seven (7) days after the entry of the order.

## **CONCLUSION**

For the foregoing reasons, Mingle respectfully requests that the Court (a) enter an order, substantially in the form attached hereto as Exhibit C, (i) granting Mingle an allowed administrative expense claim in the amount of $47,840.00 for goods ordered, shipped and delivered to the Debtors after the Commencement Date, and (ii) requiring the Debtor to pay such allowed administrative expense claim, and (b) grant such other and further relief to Mingle as the Court deems just and proper.

Date:   New York, NY
       August 1, 2019

               Respectfully submitted,

               THE SARACHEK LAW FIRM

               /s/ Joseph E. Sarachek__
               Joseph E. Sarachek
               101 Park Avenue, 27th Floor
               New York, NY. 10178
               Telephone: (646) 517-5420
               Facsimile: (646) 861-4950
               joe@saracheklawfirm.com

# EXHIBIT A

# COMMERCIAL INVOICE

Page 1 of 4

**DATE:** January 10, 2019

**INVOICE NO.:** 201924661162

9081
MINGLE FASHION LIMITED
RM 13,6F,BLK C, HK INDUSTRIAL CTR
489-491 CASTLE PEAK RD
KOWLOON
HONG KONG
Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China     **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| **SEARS** | SF9153 | HOODIE TUN CLOUD DANCER | 173 | 173 | 60.340 USD | 10,438.82 USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 840068620236 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |
| **SEARS DIV** | 607 | | | | | |
| **SEARS ITEM/SKU** | 62122/ | | | | | |

STYLE #:WP9SS72559MI
DESCRIPTION: HOODIE TUNIC SWEATER
LONG SLEEVE, JERSEY OVERALL WITH HOOD
CUFF 1X1 RIB, HEM/HOOD TRIM TUBULAR, NOT KNIT TO SHAPE
GARMENT LENGTH REACHES THE HIP, HANGER CODE: 584SB ,ORIGIN OF THE HANGER: CHINA
FABRICATION:55%RAMIE 45%COTTON
FABRIC GAUGE :7GG  2END 1CM PER VERTICAL : 6 STITCHES   HORIZONTAL : 4 STITCHE

| **CONTRACT NO.** | SF9153 | **REFERENCE NO.** | 801C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9081 |
| **VENDOR ITEM CODE** | WP9SS72559MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 845, RNONE |

| **FACTORY NO.** | 102518 |
|---|---|
| LUCY WEIYA FASHION CO LTD | |
| WEIYA BUILDING, WEST 30A ST AREA | |
| TAISHAN ROAD,LONGHU DISTRICT, | |
| SHANTOU | |
| GUANGDONG | |
| China | |
| **FTY MID NO.** | CNLUCWEI30SHA |

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| **SEARS** | SF9153 | HOODIE TUN CLOUD DANCER | 47 | 47 | 94.820 USD | 4,456.54 USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 840068620244 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1 ASSORTMENT | | | | | |
| **SEARS DIV** | 607 | | | | | |
| **SEARS ITEM/SKU** | 62122/ | | | | | |

STYLE #:WP9SS72559MI
DESCRIPTION: HOODIE TUNIC SWEATER
LONG SLEEVE, JERSEY OVERALL WITH HOOD
CUFF 1X1 RIB, HEM/HOOD TRIM TUBULAR, NOT KNIT TO SHAPE
GARMENT LENGTH REACHES THE HIP, HANGER CODE: 584SB , ORIGIN OF THE HANGER: CHINA
FABRICATION:55%RAMIE 45%COTTON
FABRIC GAUGE :7GG  2END 1CM PER VERTICAL : 6 STITCHES   HORIZONTAL : 4 STITCHE

| **CONTRACT NO.** | SF9153 | **REFERENCE NO.** | 801C |
|---|---|---|---|
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9081 |
| **VENDOR ITEM CODE** | WP9SS72559MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 845, RNONE |

# COMMERCIAL INVOICE

Page 2 of 4

**DATE:** January 10, 2019

**INVOICE NO.:** 201924661162

9081
MINGLE FASHION LIMITED
RM 13,6F,BLK C, HK INDUSTRIAL CTR
489-491 CASTLE PEAK RD
KOWLOON
HONG KONG
Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China    **SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| FACTORY NO. | 102518 |
| --- | --- |

LUCY WEIYA FASHION CO LTD

WEIYA BUILDING, WEST 30A ST AREA

TAISHAN ROAD,LONGHU DISTRICT,

SHANTOU

GUANGDONG

China

| FTY MID NO. | CNLUCWEI30SHA |
| --- | --- |

| SEARS | SF9153 | HOODIE TUN CLOUD DANCER | 3 | 3 | 86.200 USD | 258.60 USD |
| --- | --- | --- | --- | --- | --- | --- |
| | | | CARTONS | AST | AST | |

| ITEM: | 840068621119 |
| --- | --- |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 62122/ |

STYLE #:WP9SS72559MI
DESCRIPTION: HOODIE TUNIC SWEATER
LONG SLEEVE, JERSEY OVERALL WITH HOOD
CUFF 1X1 RIB, HEM/HOOD TRIM TUBULAR, NOT KNIT TO SHAPE
GARMENT LENGTH REACHES THE HIP, HANGER CODE: 584SB, ORIGIN OF THE HANGER: CHINA
FABRICATION:55%RAMIE 45%COTTON
FABRIC GAUGE :7GG  2END 1CM PER VERTICAL : 6 STITCHES   HORIZONTAL : 4 STITCHE

| CONTRACT NO. | SF9153 | REFERENCE NO. | 801C |
| --- | --- | --- | --- |
| DC CODE | CCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9081 |
| VENDOR ITEM CODE | WP9SS72559MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 845, RNONE |

| FACTORY NO. | 102518 |
| --- | --- |

LUCY WEIYA FASHION CO LTD

WEIYA BUILDING, WEST 30A ST AREA

TAISHAN ROAD,LONGHU DISTRICT,

SHANTOU

GUANGDONG

China

| FTY MID NO. | CNLUCWEI30SHA |
| --- | --- |

| SEARS | SF9153 | HOODIE TUN DARK DENIM | 118 | 118 | 60.340 USD | 7,120.12 USD |
| --- | --- | --- | --- | --- | --- | --- |
| | | | CARTONS | AST | AST | |

| ITEM: | 840068621507 |
| --- | --- |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 62123/ |

STYLE #:WP9SS72559MI
DESCRIPTION: HOODIE TUNIC SWEATER
LONG SLEEVE, JERSEY OVERALL WITH HOOD
CUFF 1X1 RIB, HEM/HOOD TRIM TUBULAR, NOT KNIT TO SHAPE
GARMENT LENGTH REACHES THE HIP, HANGER CODE: 584SB, ORIGIN OF THE HANGER: CHINA
FABRICATION:55%RAMIE 45%COTTON
FABRIC GAUGE :7GG  2END 1CM PER VERTICAL : 6 STITCHES   HORIZONTAL : 4 STITCHE

# COMMERCIAL INVOICE

Page 3 of 4

**DATE:** January 10, 2019

**INVOICE NO.:** 201924661162

9081
MINGLE FASHION LIMITED
RM 13,6F,BLK C, HK INDUSTRIAL CTR
489-491 CASTLE PEAK RD
KOWLOON
HONG KONG
Hong Kong

**TO:**　　SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China

**SHIPPED TO:** Mira Loma , CA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SF9153 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9081 | |
| **VENDOR ITEM CODE** | WP9SS72559MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 845, RNONE | |

**FACTORY NO.**　　102518

LUCY WEIYA FASHION CO LTD

WEIYA BUILDING, WEST 30A ST AREA

TAISHAN ROAD,LONGHU DISTRICT,

SHANTOU

GUANGDONG

China

**FTY MID NO.**　　CNLUCWEI30SHA

| **SEARS** | SF9153 | HOODIE TUN DARK DENIM | 9 | 9 | 68.960 USD | 620.64 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840068624840 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 62123/ |

STYLE #:WP9SS72559MI
DESCRIPTION: HOODIE TUNIC SWEATER
LONG SLEEVE, JERSEY OVERALL WITH HOOD
CUFF 1X1 RIB, HEM/HOOD TRIM TUBULAR, NOT KNIT TO SHAPE
GARMENT LENGTH REACHES THE HIP, HANGER CODE: 584SB, ORIGIN OF THE HANGER: CHINA
FABRICATION:55%RAMIE 45%COTTON
FABRIC GAUGE :7GG  2END 1CM PER VERTICAL : 6 STITCHES  HORIZONTAL : 4 STITCHE

| | | | | |
|---|---|---|---|---|
| **CONTRACT NO.** | SF9153 | **REFERENCE NO.** | 801C | |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 | |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9081 | |
| **VENDOR ITEM CODE** | WP9SS72559MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) | |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 845, RNONE | |

**FACTORY NO.**　　102518

LUCY WEIYA FASHION CO LTD

WEIYA BUILDING, WEST 30A ST AREA

TAISHAN ROAD,LONGHU DISTRICT,

SHANTOU

GUANGDONG

China

**FTY MID NO.**　　CNLUCWEI30SHA

| **SEARS** | SF9153 | HOODIE TUN DARK DENIM | 36 | 36 | 94.820 USD | 3,413.52 USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840068635408 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1 ASSORTMENT |
| **SEARS DIV** | 607 |

# COMMERCIAL INVOICE

Page 4 of 4

**DATE:** January 10, 2019

**INVOICE NO.:** 201924661162

9081
MINGLE FASHION LIMITED
RM 13,6F,BLK C, HK INDUSTRIAL CTR
489-491 CASTLE PEAK RD
KOWLOON
HONG KONG
Hong Kong

**TO:**   SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:**  Yantian, China       **SHIPPED TO:**  Mira Loma , CA

**MODE OF TRANSPORTATION:**  Ocean

FOB China

**SEARS ITEM/SKU**  62123/

STYLE #:WP9SS72559MI
DESCRIPTION: HOODIE TUNIC SWEATER
LONG SLEEVE, JERSEY OVERALL WITH HOOD
CUFF 1X1 RIB, HEM/HOOD TRIM TUBULAR, NOT KNIT TO SHAPE
GARMENT LENGTH REACHES THE HIP, HANGER CODE: 584SB,ORIGIN OF THE HANGER: CHINA
FABRICATION:55%RAMIE 45%COTTON
FABRIC GAUGE :7GG  2END 1CM PER VERTICAL : 6 STITCHES   HORIZONTAL : 4 STITCHE

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SF9153 | **REFERENCE NO.** | 801C |
| **DC CODE** | CCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9081 |
| **VENDOR ITEM CODE** | WP9SS72559MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 845, RNONE |

**FACTORY NO.**        102518

LUCY WEIYA FASHION CO LTD

WEIYA BUILDING, WEST 30A ST AREA

TAISHAN ROAD,LONGHU DISTRICT,

SHANTOU

GUANGDONG

China

**FTY MID NO.**       CNLUCWEI30SHA

**PAYMENT TERM**        Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**        OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 386 | 386 | ASSORTMENTS | 26,308.24  USD |

TOTAL US DOLLARS TWENTY-SIX THOUSAND THREE HUNDRED EIGHT DOLLARS AND TWENTY-FOUR CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| MINGLE FASHION LIMITED | |
|---|---|
| **EMPLOYEE NAME** | SUE WANG |
| **EMPLOYEE TITLE** | SHIPPING |

# COMMERCIAL INVOICE

Page 1 of 4

**DATE:** January 10, 2019

**INVOICE NO.:** 201924661357

9081
MINGLE FASHION LIMITED
RM 13,6F,BLK C, HK INDUSTRIAL CTR
489-491 CASTLE PEAK RD
KOWLOON
HONG KONG
Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China        **SHIPPED TO:**  Chambersburg , PA

**MODE OF TRANSPORTATION:** Ocean

FOB China

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| **SEARS** | SF9153 | HOODIE TUN CLOUD DANCER | 142 | 142 | 60.340  USD | 8,568.28  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 840068620236 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| **SEARS DIV** | 607 | | | | | |
| **SEARS ITEM/SKU** | 62122/ | | | | | |

STYLE #:WP9SS72559MI
DESCRIPTION: HOODIE TUNIC SWEATER
LONG SLEEVE, JERSEY OVERALL WITH HOOD
CUFF 1X1 RIB, HEM/HOOD TRIM TUBULAR, NOT KNIT TO SHAPE
GARMENT LENGTH REACHES THE HIP, HANGER CODE: 584SB ,ORIGIN OF THE HANGER: CHINA
FABRICATION:55%RAMIE 45%COTTON
FABRIC GAUGE :7GG  2END 1CM PER VERTICAL : 6 STITCHES   HORIZONTAL : 4 STITCHE

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SF9153 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9081 |
| **VENDOR ITEM CODE** | WP9SS72559MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 845, RNONE |

**FACTORY NO.**     102518

LUCY WEIYA FASHION CO LTD

WEIYA BUILDING, WEST 30A ST AREA

TAISHAN ROAD,LONGHU DISTRICT,

SHANTOU

GUANGDONG

China

**FTY MID NO.**     CNLUCWEI30SHA

| MARKS AND NUMBERS | | DESCRIPTION OF GOODS | QUANTITY (CARTONS) | QUANTITY (PER UNIT PRICE) | UNIT PRICE | AMOUNT (US$ PER) |
|---|---|---|---|---|---|---|
| **SEARS** | SF9153 | HOODIE TUN CLOUD DANCER | 38 | 38 | 94.820  USD | 3,603.16  USD |
| | | | CARTONS | AST | AST | |
| **ITEM:** | 840068620244 | | | | | |
| **MADE IN** | CHINA (MAINLAND) | | | | | |
| **CONTENTS** | 1  ASSORTMENT | | | | | |
| **SEARS DIV** | 607 | | | | | |
| **SEARS ITEM/SKU** | 62122/ | | | | | |

STYLE #:WP9SS72559MI
DESCRIPTION: HOODIE TUNIC SWEATER
LONG SLEEVE, JERSEY OVERALL WITH HOOD
CUFF 1X1 RIB, HEM/HOOD TRIM TUBULAR, NOT KNIT TO SHAPE
GARMENT LENGTH REACHES THE HIP, HANGER CODE: 584SB , ORIGIN OF THE HANGER: CHINA
FABRICATION:55%RAMIE 45%COTTON
FABRIC GAUGE :7GG  2END 1CM PER VERTICAL : 6 STITCHES   HORIZONTAL : 4 STITCHE

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SF9153 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9081 |
| **VENDOR ITEM CODE** | WP9SS72559MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 845, RNONE |

# COMMERCIAL INVOICE

Page 2 of 4

**DATE:** January 10, 2019

**INVOICE NO.:** 201924661357

9081
MINGLE FASHION LIMITED
RM 13,6F,BLK C, HK INDUSTRIAL CTR
489-491 CASTLE PEAK RD
KOWLOON
HONG KONG
Hong Kong

**TO:**

SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:** Chambersburg , PA

FOB China

| FACTORY NO. | 102518 |
| --- | --- |
| LUCY WEIYA FASHION CO LTD | |
| WEIYA BUILDING, WEST 30A ST AREA | |
| TAISHAN ROAD,LONGHU DISTRICT, | |
| SHANTOU | |
| GUANGDONG | |
| China | |
| FTY MID NO. | CNLUCWEI30SHA |

| SEARS | SF9153 | HOODIE TUN CLOUD DANCER | | 2 | 2 | 86.200  USD | 172.40  USD |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | CARTONS | AST | AST | |
| ITEM: | 840068621119 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 62122/ | | | | | | |

STYLE #:WP9SS72559MI
DESCRIPTION: HOODIE TUNIC SWEATER
LONG SLEEVE, JERSEY OVERALL WITH HOOD
CUFF 1X1 RIB, HEM/HOOD TRIM TUBULAR, NOT KNIT TO SHAPE
GARMENT LENGTH REACHES THE HIP, HANGER CODE: 584SB, ORIGIN OF THE HANGER: CHINA
FABRICATION:55%RAMIE 45%COTTON
FABRIC GAUGE :7GG  2END 1CM PER VERTICAL : 6 STITCHES   HORIZONTAL : 4 STITCHE

| CONTRACT NO. | SF9153 | REFERENCE NO. | 801P |
| --- | --- | --- | --- |
| DC CODE | PCD | DEPARTMENT NO. | 007 |
| DIVISION NO. | Division 4 | VENDOR NO. | 9081 |
| VENDOR ITEM CODE | WP9SS72559MI | COUNTRY OF ORIGIN | CHINA (MAINLAND) |
| BINDING RULING # OR PRECLASS # | | CATEGORY | 845, RNONE |

| FACTORY NO. | 102518 |
| --- | --- |
| LUCY WEIYA FASHION CO LTD | |
| WEIYA BUILDING, WEST 30A ST AREA | |
| TAISHAN ROAD,LONGHU DISTRICT, | |
| SHANTOU | |
| GUANGDONG | |
| China | |
| FTY MID NO. | CNLUCWEI30SHA |

| SEARS | SF9153 | HOODIE TUN DARK DENIM | | 96 | 96 | 60.340  USD | 5,792.64  USD |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | CARTONS | AST | AST | |
| ITEM: | 840068621507 | | | | | | |
| MADE IN | CHINA (MAINLAND) | | | | | | |
| CONTENTS | 1  ASSORTMENT | | | | | | |
| SEARS DIV | 607 | | | | | | |
| SEARS ITEM/SKU | 62123/ | | | | | | |

STYLE #:WP9SS72559MI
DESCRIPTION: HOODIE TUNIC SWEATER
LONG SLEEVE, JERSEY OVERALL WITH HOOD
CUFF 1X1 RIB, HEM/HOOD TRIM TUBULAR, NOT KNIT TO SHAPE
GARMENT LENGTH REACHES THE HIP, HANGER CODE: 584SB, ORIGIN OF THE HANGER: CHINA
FABRICATION:55%RAMIE 45%COTTON
FABRIC GAUGE :7GG  2END 1CM PER VERTICAL : 6 STITCHES   HORIZONTAL : 4 STITCHE

# COMMERCIAL INVOICE

Page 3 of 4

**DATE:** January 10, 2019

**INVOICE NO.:** 201924661357

9081
MINGLE FASHION LIMITED
RM 13,6F,BLK C, HK INDUSTRIAL CTR
489-491 CASTLE PEAK RD
KOWLOON
HONG KONG
Hong Kong

**TO:**  SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**  Chambersburg , PA

FOB China

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SF9153 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9081 |
| **VENDOR ITEM CODE** | WP9SS72559MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 845, RNONE |

**FACTORY NO.**   102518

LUCY WEIYA FASHION CO LTD

WEIYA BUILDING, WEST 30A ST AREA

TAISHAN ROAD,LONGHU DISTRICT,

SHANTOU

GUANGDONG

China

**FTY MID NO.**   CNLUCWEI30SHA

| SEARS | SF9153 | HOODIE TUN DARK DENIM | 8 | 8 | 68.960  USD | 551.68  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840068624840 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 607 |
| **SEARS ITEM/SKU** | 62123/ |

STYLE #:WP9SS72559MI
DESCRIPTION: HOODIE TUNIC SWEATER
LONG SLEEVE, JERSEY OVERALL WITH HOOD
CUFF 1X1 RIB, HEM/HOOD TRIM TUBULAR, NOT KNIT TO SHAPE
GARMENT LENGTH REACHES THE HIP, HANGER CODE: 584SB, ORIGIN OF THE HANGER: CHINA
FABRICATION:55%RAMIE 45%COTTON
FABRIC GAUGE :7GG  2END 1CM PER VERTICAL : 6 STITCHES  HORIZONTAL : 4 STITCHE

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SF9153 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9081 |
| **VENDOR ITEM CODE** | WP9SS72559MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 845, RNONE |

**FACTORY NO.**   102518

LUCY WEIYA FASHION CO LTD

WEIYA BUILDING, WEST 30A ST AREA

TAISHAN ROAD,LONGHU DISTRICT,

SHANTOU

GUANGDONG

China

**FTY MID NO.**   CNLUCWEI30SHA

| SEARS | SF9153 | HOODIE TUN DARK DENIM | 30 | 30 | 94.820  USD | 2,844.60  USD |
|---|---|---|---|---|---|---|
| | | | CARTONS | AST | AST | |

| | |
|---|---|
| **ITEM:** | 840068635408 |
| **MADE IN** | CHINA (MAINLAND) |
| **CONTENTS** | 1  ASSORTMENT |
| **SEARS DIV** | 607 |

# COMMERCIAL INVOICE

Page 4 of 4

**DATE:** January 10, 2019

**INVOICE NO.:** 201924661357

9081
MINGLE FASHION LIMITED
RM 13,6F,BLK C, HK INDUSTRIAL CTR
489-491 CASTLE PEAK RD
KOWLOON
HONG KONG
Hong Kong

**TO:**　SEARS ROEBUCK & CO.
3333 Beverly Road
Hoffman Estates, IL 60179
US

**SHIPPED FROM:** Yantian, China

**MODE OF TRANSPORTATION:** Ocean

**SHIPPED TO:**　Chambersburg , PA

FOB China

**SEARS ITEM/SKU** 62123/

STYLE #:WP9SS72559MI
DESCRIPTION: HOODIE TUNIC SWEATER
LONG SLEEVE, JERSEY OVERALL WITH HOOD
CUFF 1X1 RIB, HEM/HOOD TRIM TUBULAR, NOT KNIT TO SHAPE
GARMENT LENGTH REACHES THE HIP, HANGER CODE: 584SB,ORIGIN OF THE HANGER: CHINA
FABRICATION:55%RAMIE 45%COTTON
FABRIC GAUGE :7GG  2END 1CM PER VERTICAL : 6 STITCHES   HORIZONTAL : 4 STITCHE

| | | | |
|---|---|---|---|
| **CONTRACT NO.** | SF9153 | **REFERENCE NO.** | 801P |
| **DC CODE** | PCD | **DEPARTMENT NO.** | 007 |
| **DIVISION NO.** | Division 4 | **VENDOR NO.** | 9081 |
| **VENDOR ITEM CODE** | WP9SS72559MI | **COUNTRY OF ORIGIN** | CHINA (MAINLAND) |
| **BINDING RULING # OR PRECLASS #** | | **CATEGORY** | 845, RNONE |

**FACTORY NO.**　102518

LUCY WEIYA FASHION CO LTD

WEIYA BUILDING, WEST 30A ST AREA

TAISHAN ROAD,LONGHU DISTRICT,

SHANTOU

GUANGDONG

China

**FTY MID NO.**　CNLUCWEI30SHA

**PAYMENT TERM**　Open Acct

**ORDER PAYMENT TERMS**

**DRAWN UNDER**　OPEN ACCOUNT

| | QUANTITY (CARTONS) | QUANTITY (INVOICE UNITS) | | AMOUNT (US$) |
|---|---|---|---|---|
| **TOTAL INVOICE** | 316 | 316 | ASSORTMENTS | 21,532.76  USD |

TOTAL US DOLLARS TWENTY-ONE THOUSAND FIVE HUNDRED THIRTY-TWO DOLLARS AND SEVENTY-SIX CENTS ONLY.

We hereby certify that this shipment does not contain solid wood packing material.

| MINGLE FASHION LIMITED | |
|---|---|
| **EMPLOYEE NAME** | SUE WANG |
| **EMPLOYEE TITLE** | SHIPPING |

# EXHIBIT B

**From: Fail, Garrett** Garrett.Fail@weil.com 📎
**Subject:** RE: Payment updates - Mingle
**Date:** April 25, 2019 at 8:57 AM
**To:** Mingle - Connie Lee connielee@minglefashion.com
**Cc:** Podzius, Bryan Bryan.Podzius@weil.com, vendorassistance@searsestate.com, searsaccountspayable@miiipartners.com

GF

The Debtors will review all asserted administrative claims, but please note that the Debtors believe that the buyer of their businesses assumed liability to pay for certain administrative expenses and has failed to do so.



**Garrett Fail**
Partner

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Garrett.Fail@weil.com
+1 212 310 8451 Direct
+1 516 642 4031 Mobile
+1 212 310 8007 Fax

---

**From:** Mingle - Connie Lee <connielee@minglefashion.com>
**Sent:** Thursday, April 25, 2019 3:58 AM
**To:** Podzius, Bryan <Bryan.Podzius@weil.com>; vendorassistance@searsestate.com; Fail, Garrett <Garrett.Fail@weil.com>
**Cc:** Mingle - Connie Lee <connielee@minglefashion.com>
**Subject:** Payment updates - Mingle
**Importance:** High

**Dear Rryan,**

**We have waiting for this payment for over 3 months and no response at all till now.   This guaranteed payment should be paid 29 days after shipment effective by Jan 21, 2019.  It's no way to hold nearly 3 months with no news at all, herewith attached with the official PO for your study.**



| ORDER DATE : 28-SEP-2018 | ORDER NO : SF9153 | BUYER : JL5 JENNIFER LU |
|---|---|---|
| DIV : Division 4 | DEPT NO : 007 | |

SEARS ROEBUCK & CO.

3333 Beverly Road

Hoffman Estates, IL 60179



| VENDOR | | TOTAL COST OF ORDER USD |
|---|---|---|
| NAME | MINGLE FASHION LIMITED | $47,841.00 |



Best Regards,
Connie Lee
General Manager
**Mingle Fashion Limited**
Tel : (852) 2742 6088


---

**From:** Mingle - Connie Lee <connielee@minglefashion.com>
**Sent:** Wednesday, 17 April 2019 2:59 PM
**To:** vendorassistance@searsestate.com; garrett.fail@weil.com
**Cc:** Mingle - Connie Lee <connielee@minglefashion.com>
**Subject:** RE: Payment updates - Mingle
**Importance:** High

Pls get back

---

**From:** Mingle - Connie Lee <connielee@minglefashion.com>
**Sent:** Friday, 12 April 2019 6:49 PM
**To:** vendorassistance@searsestate.com; garrett.fail@weil.com
**Cc:** Mingle - Connie Lee <connielee@minglefashion.com>
**Subject:** FW: Payment updates - Mingle
**Importance:** High

RESEND

---

**From:** Mingle - Connie Lee <connielee@minglefashion.com>
**Sent:** Tuesday, 9 April 2019 2:13 PM
**To:** vendorassistance@searsestate.com; garrett.fail@weil.com

**To:** vendorassistance@searsestate.com, garrett.fail@weil.com
**Cc:** Mingle - Connie Lee <connielee@minglefashion.com>
**Subject:** Payment updates - Mingle
**Importance:** High

**Dear Sirs / Madam,**

Attached please find the outstanding POST PETITION PAYMENT were overdue nearly 2 months, this is pre-approved payment by Sears.  Kindly help to check and let us know the status by return, many thanks.

-----------------------------------------------------------------
Hi Vendor,

Regarding your outstanding payments for pre-petition and post-petition shipments, you may contact  vendorassistance@searsestate.com for further follow up, this mailbox is being responded by the consulting firm - Miii who advised SHC throughout the bankruptcy process.

In addition, Garrett Fail - The Legal Representative was the main contact when we were a part of SHC at Weil, you may also contact Garrett Fail at garrett.fail@weil.com for the payment status.

Thanks!

-----------------------------------------------------------------

Best Regards,
Connie Lee
General Manager
**Mingle Fashion Limited**
Tel : (852) 2742 6088

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.



Post Petition
Payme...3).xlsx

SF9153  ~
WP9SS...19.pdf

**From:** **Mingle - Connie Lee** connielee@minglefashion.com
**Subject:** RE: Payment updates - Mingle
**Date:** July 23, 2019 at 2:19 AM
**To:** Sears Accounts Payable searsaccountspayable@miiipartners.com
**Cc:** Garrett Fail garrett.fail@weil.com,  Bryan.Podzius@weil.com,  vendorassistance@searsestate.com, Mingle - Connie Lee connielee@minglefashion.com



RESEND, PLEASE ADVISE, MANY THANKS.

**From:** Mingle - Connie Lee <connielee@minglefashion.com>
**Sent:** Thursday, 18 July 2019 12:01 PM
**To:** 'Sears Accounts Payable' <searsaccountspayable@miiipartners.com>
**Cc:** 'Garrett Fail' <garrett.fail@weil.com>; Bryan.Podzius@weil.com; vendorassistance@searsestate.com; Mingle - Connie Lee <connielee@minglefashion.com>
**Subject:** RE: Payment updates - Mingle

Dear Mary,

May we at least have the date of commenced litigation?  This is guaranteed amount not included for Chapter 11.

Rgds,
Connie

**From:** Sears Accounts Payable <searsaccountspayable@miiipartners.com>
**Sent:** Wednesday, 17 July 2019 8:12 PM
**To:** connielee@minglefashion.com
**Cc:** Garrett Fail <garrett.fail@weil.com>; Bryan.Podzius@weil.com; vendorassistance@searsestate.com
**Subject:** Fwd: Payment updates - Mingle

The Debtors will review all asserted administrative claims, but please note that the Debtors believe that the buyer of their businesses assumed liability to pay for certain administrative expenses and has failed to do so.

The Debtors have commenced litigation with the buyer of their businesses which the Debtors hope will resolve issues, including yours.

Regards,
Mary

Mary A. Korycki
M-III Partners, L.P.
130 West 42nd St., 17th Floor
New York, NY 10036
mkorycki@miiipartners.com
(o) (212) 716-1499


Begin forwarded message:

> **From:** "Mingle - Connie Lee" <connielee@minglefashion.com>
> **Date:** July 17, 2019 at 3:21:11 AM EDT
> **To:** "'Garrett'" <Garrett.Fail@weil.com>
> **Cc:** "'Bryan'" <Bryan.Podzius@weil.com>,
> <vendorassistance@searsestate.com>,
> <searsaccountspayable@miiipartners.com>, "Mingle - Connie Lee"
> <connielee@minglefashion.com>
> **Subject: Payment updates - Mingle**
>
> **Dear Sirs,**
>
> **Kindly keep me update situation of payment for this Post petition
> payment !!   It's no way to deny till now, goods being sold at the shop.
> Pls advise URGENTLY !!**
>
> **We have waiting for this payment for over 6 months and no response at
> all till now.   This guaranteed payment should be paid 29 days after
> shipment effective by Jan 21, 2019.  It's no way to hold nearly 3 months
> with no news at all, herewith attached with the official PO for your
> study.**

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email or by calling 212-716-1491 and delete the message.

EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDING CORPORATION, *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br>(Jointly Administered) |

### ORDER GRANTING MOTION OF MINGLE FASHION LIMITED TO ALLOW AND COMPEL PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. § 503(b) FOR GOODS DELIVERED TO THE DEBTOR POST-PETITION

Upon the motion (the "Motion") of Mingle Fashion Limited ("Mingle"), pursuant to

sections 105(a) and 503(b) of title 11 of the United States Code, for entry of an order (i) granting

Mingle an allowed administrative expense claim in the amount of $47,840.00 on account of the

goods ordered and delivered to Sears, Roebuck & Co., a debtor and debtor in possession in the

above-captioned chapter 11 cases, (the "Debtor" and, with the other debtors and debtors in

possession in this Chapter 11 case, the "Debtors"), after the commencement of the Debtors'

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

bankruptcy case, and (ii) requiring the Debtor to promptly pay such allowed administrative

expense claim; and the Court having jurisdiction to decide the Motion and the relief requested

therein pursuant to 28 U.S.C. §§ 157 (a) and (b) and 1334(b); and consideration of the Motion

and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of

the Motion having been provided and no further notice being required; and upon the Court's

review of the Motion and all responses thereto; and upon the Court's determination that the legal

and factual bases set forth in the Motion establish just cause for the relief requested therein; and

after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is granted.

2.    Mingle Fashion Limited is granted an administrative expense claim in the amount of

$47,840.00 under 11 U.S.C. § 503(b)(1)(A) for goods delivered post-petition to the Debtor. The

Debtor is ordered to pay such administrative expense claim within seven (7) days after the entry

of this Order.

3.    The entry of this Order is without prejudice to Mingle Fashion Limited to seek any

appropriate damages against the Debtor relating to the aforementioned goods ordered and

delivered to the Debtor post-petition.

4.    The Court shall retain jurisdiction to hear and determine all matters arising from or

related to the implementation, interpretation and/or enforcement of this Order.

Dated: August __, 2019
        White Plains, New York

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE