Order (Rev. 02/24/05) CCG N002

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Mario Aliano

v.

Sears, Roebuck + Co

No. 09 CH 16132

transferred to Municipal Department

## ORDER

The matter coming to be heard on Sears' Motion for Approval of Appeal Bond due notice having been given

IT IS HEREBY ORDERED THAT:

Sears's Motion for Approval of Appeal Bond is granted

Attorney No.: 36511
Name: Paul De Aguia / Gremby Hay
Atty. for: Sears
Address: 77 W. Wacker Dr Suite 3100
City/State/Zip: Chicago, IL 60601
Telephone: 312-456-8400

ENTERED:

Dated: Associate Judge Thomas More Donnelly
OCT 23 2017
Circuit Court - 1803

Judge        Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**Exhibit 2**