Sirlin Lesser & Benson, P.C.
123 South Broad Street, Suite 2100
Philadelphia, PA 19109
Telephone: (215) 864-9700
Fax: (215) 864-9669
dplon@sirlinlaw.com
Dana S. Plon, Esquire

*Attorney for Pennsee, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDINGS CORPORATION, *et al.*, | Case No. 18-23538 (RDD) |
| *Debtors* | (Jointly Administered) |

---

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2019, a true and accurate copy of the Motion of Sirlin Lesser & Benson, P.C. to Withdraw as Counsel of Record for Pennsee, LLC was served via regular U.S. Mail to the following:

Chambers of the Honorable Robert D. Drain
U.S. Bankruptcy Court for the Southern District of New York
300 Quarropas Street, Suite 248
White Plains, NY 10601

Pennsee, LLC
c/o Mr. John Strougo
John C. Strougo Realty Associates
350 Lexington Avenue, Suite 204
New York, NY 10016

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179
Attn: Stephen Sitley, Esquire
Luke J. Valentino, Esquire

Ray C. Schrock, Esquire
Jacqueline Marcus, Esquire
Garrett A. Fail, Esquire
Sunny Singh, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Paul Schwartzberg, Esquire
Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY  10014

Paul D. Leake, Esquire
Shana A. Elberg, Esquire
George R. Howard, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY  10036

Marshall S. Huebner, Esquire
Eli J. Vonnegut, Esquire
Davis Polk & Wardell LLP
450 Lexington Avenue
New York, NY  10017

Sean A. O'Neal, Esquire
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006

Eric R. Wilson, Esquire
Benjamin D. Feder, Esquire
T. Charlie Liu, Esquire
Kelly Drye & Warren LLP
101 Park Avenue
New York, NY  10178

Edward M. Fox, Esquire
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY  10018

James Gadsden, Esquire
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10015

Brian A. Raynor, Esquire
Locke Lorde LLP
111 South Wacker Drive
Chicago, IL 60606

Philip C. Dubin, Esquire
Ira Dizengoff, Esquire
Sara Lynne Brauner, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036


Dated: August 2, 2019          SIRLIN LESSER & BENSON, P.C.
Philadelphia, PA               *Attorney for Pennsee, LLC*

                        By:    _____
                               Dana S. Plon, Esquire
                               123 South Broad Street, Suite 2100
                               Philadelphia, PA 19109
                               Telephone: (215) 864-9700
                               Fax: (215) 864-9669
                               *dplon@sirlinlaw.com*