**DIAMOND MCCARTHY LLP**
*Counsel to Team Worldwide Corporation*
295 Madison Avenue, 27th Floor
New York, New York 10017
(212) 430-5400
Allan B. Diamond
Charles M. Rubio
Sheryl P. Giugliano
adiamond@diamondmccarthy.com
crubio@diamondmccarthy.com
sgiugliano@diamondmccarthy.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

In re:                                          Chapter 11

SEARS HOLDING CORPORATION, *et al*.            Case No. 18-23538 (RDD)

                                               (Jointly Administered)

                        Debtors.[1]

----------------------------------------------------------x

## NOTICE OF ADJOURNMENT

    **PLEASE TAKE NOTICE** that the hearing (the "Hearing") on the *Motion of Team*

*Worldwide Corporation to Modify Automatic Stay Pursuant to 11 U.S.C. §362* [Dkt. 4344],

originally scheduled to be held before the Honorable Robert D. Drain, United States

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sears Holdings Corporation (0798); Kmart Holding Corporation (3116); Kmart Operations LLC (6546); Sears Operations LLC (4331); Sears, Roebuck and Co. (0680); ServiceLive Inc. (6774); SHC Licensed Business LLC (3718); A&E Factory Service, LLC (6695); A&E Home Delivery, LLC (0205); A&E Lawn & Garden, LLC (5028); A&E Signature Service, LLC (0204); FBA Holdings Inc. (6537); Innovel Solutions, Inc. (7180); Kmart Corporation (9500); MaxServ, Inc. (7626); Private Brands, Ltd. (4022); Sears Development Co. (6028); Sears Holdings Management Corporation (2148); Sears Home & Business Franchises, Inc. (6742); Sears Home Improvement Products, Inc. (8591); Sears Insurance Services, L.L.C. (7182); Sears Procurement Services, Inc. (2859); Sears Protection Company (1250); Sears Protection Company (PR) Inc. (4861); Sears Roebuck Acceptance Corp. (0535); Sears, Roebuck de Puerto Rico, Inc. (3626); SYW Relay LLC (1870); Wally Labs LLC (None); SHC Promotions LLC (9626); Big Beaver of Florida Development, LLC (None); California Builder Appliances, Inc. (6327); Florida Builder Appliances, Inc. (9133); KBL Holding Inc. (1295); KLC, Inc. (0839); Kmart of Michigan, Inc. (1696); Kmart of Washington LLC (8898); Kmart Stores of Illinois LLC (8897); Kmart Stores of Texas LLC (8915); MyGofer LLC (5531); Sears Brands Business Unit Corporation (4658); Sears Holdings Publishing Company, LLC. (5554); Sears Protection Company (Florida), L.L.C. (4239); SHC Desert Springs, LLC (None); SOE, Inc. (9616); StarWest, LLC (5379); STI Merchandising, Inc. (0188); Troy Coolidge No. 13, LLC (None); BlueLight.com, Inc. (7034); Sears Brands, L.L.C. (4664); Sears Buying Services, Inc. (6533); Kmart.com LLC (9022); Sears Brands Management Corporation (5365); and SRe Holding Corporation (4816). The location of the Debtors' corporate headquarters is 3333 Beverly Road, Hoffman Estates, Illinois 60179.

Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New

York, 300 Quarropas Street, White Plains, New York 10601 on August 22, 2019 at 10:00 a.m.

**has been adjourned to October 23, 2019 at 10:00 a.m.**

       **PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time

to time without further notice other than the filing of a notice on the Court's electronic docket

for these cases or the announcement of such adjournment in open Court.

Dated:  August 2, 2019
New York, New York               **DIAMOND MCCARTHY LLP**


              By: _/s/ Sheryl P. Giugliano_____
              Allan B. Diamond
              Charles M. Rubio
              Sheryl P. Giugliano
              295 Madison Avenue, 27th Floor
              New York, New York 10017
              (212) 430-5400

              *Counsel to Team Worldwide Corporation*