UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>SEARS HOLDINGS CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-23538 (RDD)<br><br><u>CERTIFICATE OF SERVICE</u> |

  I, Jonathan H. Miller, an attorney admitted to practice in the State of New York, hereby certify that on August 1, 2019, Mingle Fashion Limited's *Notice and Motion For Entry of An Order Pursuant to 11 U.S.C. § 503(b) to Allow and Compel Payment of Administrative Expense Claims* was filed and served electronically via CM/ECF on all parties registered to receive notices in this case, and upon the parties listed below as indicated.

**Via USPS first class mail upon**:

Honorable Robert D. Drain
U.S. Bankruptcy Court
For the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Office of The United States Trustee
201 Varick St. Ste. 1006
New York, NY 10014

Sears Holding Corporation
3333Beverly Road
Hoffman Estates, IL  60179
Attn: Stephen Sitley, Esq.
Attn: Luke Valentino, Esq.

**Via electronic mail**:

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Ray C. Schrock, P.C. (ray.schrock@weil.com)
Jacqueline Marcus, Esq. (jacqueline.marcus@weil.com)
Garrett A. Fail, Esq. (garrett.fail@weil.com)

1

Sunny Singh, Esq. (sunny.singh@weil.com)
Counsel to the Debtors

United States Trustee
Southern District of New York
Office of The United States Trustee for Region 2
201 Varick St. Ste. 1006
New York, NY 10014
Attn: Paul Schwartzberg, (paul.schwartzberg@usdoj.gov)

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Attn: Philip C. Dublin, Esq. (pdublin@akingump.com)
Ira Dizengoff, Esq. (idizengoff@akingump.com)
Abid Qureshi (aqureshi@akingump.com)
Sara Lynne Brauner, Esq. (sbrauner@akingump.com)
Counsel to the Official Committee of Unsecured Creditors

Dated: New York, New York
August 2, 2019

/s/Jonathan H. Miller
Jonathan H. Miller
The Sarachek Law Firm
101 Park Avenue, 27th Floor
New York, NY 10178
(646) 517-5420
jon@sarscheklawfirm.com

2